UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20758-CR-ALTONAGA

18 U.S.C. § 2340A(c)
18 U.S.C. § 2340A
18 U.S.C. § 924(c)
18 U.S.C. § 2

WILLIAM C. TURNOFF

UNITED STATES OF AMERICA

v.

ROY M. BELFAST, Jr.,
a/k/a "Chuckie Taylor,"
a/k/a "Charles Taylor, Jr.,"
a/k/a "Charles Taylor II,"
a/k/a "Charles McArther Emmanuel,"

Defendant.
_____/



## INDICTMENT

The Grand Jury charges that:

### INTRODUCTORY ALLEGATIONS

1. The defendant, **ROY M. BELFAST, Jr.,** a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel," was born in Boston, Massachusetts, under the name of Charles Emmanuel.

2. The defendant, **ROY M. BELFAST, Jr.,** a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel," had his name legally changed to Roy McArthur Belfast, Jr. on January 30, 1990.

3. The defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** is present in the United States, having arrived at Miami International Airport in Miami-Dade County in the Southern District of Florida on March 30, 2006, and having remained in Miami-Dade County in the Southern District of Florida through and including the filing date of this Indictment.

4. As used in this Indictment and as defined in 18 U.S.C. § 2340, "torture" means an act committed by a person acting under color of law specifically intended to inflict severe physical pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody and physical control.

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. The Republic of Liberia (hereinafter "Liberia") was a country located in West Africa, sharing borders with the countries of Guinea, Sierra Leone and the Ivory Coast.

2. The capital of Liberia was the city of Monrovia, Liberia.

3. The President of Liberia was Charles McArthur Taylor.

4. The offices and official residence of the President of Liberia were located in Monrovia in a building known as the Executive Mansion.

5. The personal residence of Charles McArthur Taylor was located in a compound known as Whiteflower, in the Congotown section of Monrovia.

6. The defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** was the son of Charles McArthur Taylor, the President of Liberia.

7. The national military for Liberia was the Armed Forces of Liberia ("AFL").

8. The national police force for Liberia was the Liberian National Police ("LNP").

9. Liberia also had an armed security force known as the Special Security Service ("SSS") with responsibilities that included combating armed rebel groups and providing security for government officials.

10. Liberia also had an armed security force known as the Antiterrorist Unit ("ATU") with responsibilities that included providing security for the President.

11. During 2002, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** had authority to command members of the Antiterrorist Unit.

12. During 2002, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles Emmanuel,"** participated in joint activities of Liberian security forces, including the Antiterrorist Unit, the Special Security Service and the Liberian National Police.

13. During 2002, Liberia had both non-violent groups and armed rebel groups opposed to the Taylor presidency.

## COUNT ONE

1. Paragraphs 1-4 of the Introductory Allegations portion of this Indictment and Paragraphs 1-13 of the General Allegations portion of this Indictment are realleged and incorporated by reference as if fully set forth herein.

2. On or about July 24, 2002, while outside of the United States and in Liberia, the defendant,

3

ROY M. BELFAST, JR.,
a/k/a "Chuckie Taylor,"
a/k/a "Charles Taylor, Jr.,"
a/k/a "Charles Taylor II,"
a/k/a "Charles McArther Emmanuel,"

did knowingly conspire with others known and unknown to the Grand Jury to commit torture, in that the defendant and others conspired to commit acts, under the color of law, with the specific intent to inflict severe physical pain and suffering upon a person known to the grand jury (referred to herein as "the victim") within their custody and physical control.

### Object of the Conspiracy

It was the object of the conspiracy to obtain information from the victim about actual, perceived or potential opponents of the Taylor presidency including by committing torture, in violation of Title 18, United States Code, Sections 2340A and 2340(1).

### Acts In Furtherance Of The Conspiracy

In furtherance of the conspiracy and to accomplish its purpose and objects, at least one of the conspirators committed, or caused to be committed, outside of the United States, at least one of the following acts, among others:

1. On or about July 24, 2002, members of the Antiterrorist Unit and the Liberian National Police detained and abducted the victim from the victim's home.

2. On or about July 24, 2002, members of the Liberian National Police and others transported the victim to various locations, finally arriving at Whiteflower, the residence of Charles McArthur Taylor.

3. On or about July 24, 2002, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** observed questioning of the victim at Whiteflower.

4. On or about July 24, 2002, the victim was transported for continued interrogation to the residence of a co-conspirator who was a member of the Special Security Service (referred to herein as "the co-conspirator").

5. On or about July 24, 2002, the defendant **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II" a/k/a "Charles McArther Emmanuel,"** left Whiteflower for the residence of the co-conspirator.

6. On or about July 24, 2002, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** and the coconspirator interrogated the victim at the residence of the co-conspirator.

7. On or about July 24, 2002, while threatening the victim at gunpoint, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther Emmanuel,"** forced the victim to hold scalding water in his hands.

8. On or about July 24, 2002, the co-conspirator poured scalding water on other locations of the victim's body.

9. On or about July 24, 2002, the co-conspirator repeatedly applied a hot iron to the victim's flesh, causing burning and scarring in various locations.

10. On or about July 24, 2002, the defendant, **ROY M. BELFAST, Jr., a/k/a "Chuckie Taylor," a/k/a "Charles Taylor, Jr.," a/k/a "Charles Taylor II," a/k/a "Charles McArther**

**Emmanuel,"** repeatedly shocked the victim's genitalia and other body parts with an electrical device.

11. On or about July 24, 2002, the co-conspirator rubbed salt into the victim's open wounds.

12. On or about July 24, 2002, members of the conspiracy sent the victim to the first of several detention facilities.

All in violation of Title 18, United States Code, Section 2340A(c).

## COUNT TWO

1. Paragraphs 1-4 of the Introductory Allegations portion of this Indictment and Paragraphs 1-13 of the General Allegations portion of this Indictment are realleged and incorporated by reference as if fully set forth herein.

2. On or about July 24, 2002, while outside of the United States and in Liberia, the defendant,

**ROY M. BELFAST, JR.,**
a/k/a "Chuckie Taylor,"
a/k/a "Charles Taylor, Jr.,"
a/k/a "Charles Taylor II,"
a/k/a "Charles McArther Emmanuel,"

and others known and unknown to the grand jury did, while specifically intending to inflict severe physical pain and suffering, commit and attempt to commit torture, while acting under color of law, by committing acts against another person known to the grand jury (referred to herein as "the victim,") including repeatedly burning the victim's flesh with a hot iron, forcing the victim at gunpoint to hold scalding water in the victim's hands, burning other parts of the victim's flesh with scalding water, repeatedly shocking the victim's genitalia and other body parts with an electrical device, and rubbing salt into the victim's wounds, while the victim was within the defendant's custody and physical control, in violation of Title 18, United States Code, Sections 2340A and 2340(1), and Title 18, United States Code, Section 2.

## COUNT THREE

1. Paragraphs 1-4 of the Introductory Allegations portion of this indictment are realleged and incorporated by reference as if fully set forth herein.

2. On or about July 24, 2002, the defendant,

> ROY M. BELFAST, JR.,
> a/k/a "Chuckie Taylor,"
> a/k/a "Charles Taylor, Jr.,"
> a/k/a "Charles Taylor II,"
> a/k/a "Charles McArther Emmanuel,"

did knowingly use and carry a firearm during and in relation to a crime of violence and did possess a firearm in furtherance of a crime of violence, for which the defendant may be prosecuted in the United States, that is, a violation of Title 18, United States Code, Section 2340A(c) as set forth in Count One of this Indictment, and Title 18, United States Code, Section 2340A as set forth in Count Two of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

_____
JOHN F. COX III, TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE

_____
BRENDA SUE THORNTON, TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| ROY M. BELFAST, Jr., <br> a/k/a "Chuckie Taylor," <br> a/k/a "Charles Taylor, Jr.," <br> a/k/a "Charles Taylor II," <br> a/k/a "Charles McArther Emmanuel" | **CERTIFICATE OF TRIAL ATTORNEY\*** <br><br> 06-20758 CR-ALTONAGA <br> WILLIAM C. TURNOFF |
| Defendant. _____/ | Superseding Case Information |

**Court Division:** (Select One)

| | | New Defendant(s) | Yes ____ No ____ |
|---|---|---|---|
| _X_ Miami ____ Key West | | Number of New Defendants | ____ |
| ____ FTL ____ WPB ____ FTP | | Total number of counts | ____ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _No_
   List language and/or dialect   _____

4. This case will take   _6_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                (Check only one)

   | I   | 0 to 5 days    | ____ | Petty    | ____ |
   |-----|----------------|------|----------|------|
   | II  | 6 to 10 days   | _X_  | Minor    | ____ |
   | III | 11 to 20 days  | ____ | Misdem.  | ____ |
   | IV  | 21 to 60 days  | ____ | Felony   | _X_  |
   | V   | 61 days and over | ____ |        |      |

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _No_
   If yes:
   Magistrate Case No.   _____
   Related Miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   3/30/06
   Defendant(s) in state custody as of   _____
   Rule 20 from the   _____   District of   _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ____ Yes _X_ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ____ Yes _X_ No
   If yes, was it pending in the Central Region?   ____ Yes _X_ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ____ Yes _X_ No

_____
KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500050

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: ROY M. BELFAST, Jr.,
a/k/a "Chuckie Taylor,"
a/k/a "Charles Taylor, Jr.,"a/k/a "Charles Taylor II,"
a/k/a "Charles McArther Emmanuel"

Case No: _____

Counts #: 1

Conspiracy to Commit Torture

18 U.S.C. §2340A(c)

* Max.Penalty: Twenty years' imprisonment

Counts #: 2

Torture

18 U.S.C. §2340A

* Max.Penalty: Twenty years' imprisonment

Counts #: 3

Possession, etc., of firearm during a crime of violence

18 U.S.C. §924(c)

* Max.Penalty: Life imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.