UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20758-CR-ALTONAGA
Magistrate Judge Turnoff

UNITED STATES OF AMERICA

v.

ROY M. BELFAST, Jr.,
 a/k/a "Chuckie Taylor,"
        "Charles Taylor, Jr.,"
        "Charles Taylor II,"
        "Charles McArther Emmanuel."

_____/

GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order entered in this case. This response is numbered to correspond to that order.

A.1  Written statements of the defendant are attached hereto. These are in addition to any statements which counsel previously received in case number 06-20263-CR-GRAHAM. Statements which were previously disclosed will not be duplicated with this response.

A.2  Any statements of the defendant in response to interrogation by a known government agent have already been provided to defense counsel in case number 06-20263-CR-GRAHAM and will not be duplicated here.

A.3  No defendant testified before the grand jury.

A.4  Records relating to the defendant's arrest and conviction history were already provided in connection with case number 06-20263-CR-GRAHAM, and were listed in the

PreSentence Investigation Report for that case; accordingly, that history will not be repeated here. The defense is already aware of the defendant's conviction and 11-month sentence in case number 06-20263-CR-GRAHAM.

A.5  Copies of books, papers, etc. that the government intends to use as evidence during its case in chief, or which were obtained from the defendant, can be inspected by arranging an appointment with the undersigned prosecutor, who may be reached at (305) 961-9234. Certain documents within the scope of this paragraph which can be copied are attached hereto; **however, counsel is hereby notified that any documents attached to this response do not represent all documents or all material within the scope of this paragraph**, and counsel should therefore contact the undersigned to arrange to inspect all materials, which include but are not limited to materials disclosed pursuant to case number 06-20263-CR-GRAHAM.

A.6  Reports of physical examinations are being provided to defense counsel under separate cover simultaneously with the filing of this response.

B.  The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.  The United States is unaware of any information within the scope of this paragraph; however, to the extent that there is information even arguably within its scope, it is being disclosed under separate cover simultaneously with the filing of this response.

D.  The United States is unaware of any information within
the scope of this paragraph; however, to the extent that there is information even arguably within its scope, it is being disclosed under separate cover simultaneously with the filing of this response.

E.  The United States is unaware of any witness within the scope of this paragraph.

F.  Copies of photographs or a photographic line-up were used to identify the defendant. Copies are attached. Please contact the undersigned to arrange to inspect the originals.

G.  The government has advised its agents and officers involved in this case to preserve all rough notes.

H.  The government will advise the defendant prior to
trial of its intent, if any, to introduce evidence pursuant to F.R.E. 404(b).

I.  The defendant has not been the subject of surveillance pursuant to 18 U.S.C. §§2510-2522.

J. The government has ordered transcribed the grand jury testimony of all witnesses who will testify for the government at the trial of this cause.

K. No contraband was seized in connection with this case.

L. The United States is not in possession of any vehicles involved in this case.

M. The government is not currently aware of any latent fingerprints or palm prints which have been identified by a government expert as those of a defendant.

N. Upon request of the defendant, the United States will make disclosure regarding expert testimony.

O. Counsel may contact the undersigned to confer regarding stipulations.

P. Upon scheduling and conclusion of the discovery conference referenced in paragraph A.5 above, the undersigned is available to collaborate regarding a statement describing discovery material exchanged.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to ensure a fair trial.

In addition, the United States here by gives notice of its intention to rely on F.R.E. 902(11) and 18 U.S.C. §3505 to introduce certain records of regularly conducted activity.

Pursuant to Rule 12.1(a)(1) of the Federal Rules of Criminal Procedure, the United States hereby demands notice of alibi for the defendant as follows:

Date:   July 24-25, 2002

Time:   12:00 a.m. - 8:00 a.m.

Places:      Residence of Charles M. Taylor
               a/k/a/ Whiteflower
               Congotown, Monrovia, Liberia

               Residence of Benjamin Yeaten
               Congotown, Monrovia, Liberia

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:    /s/KAREN E. ROCHLIN
        KAREN E. ROCHLIN
        ASSISTANT U.S. ATTORNEY
        99 N.E. 4th Street
        Miami, Florida  33132
        (305) 961-9234
        (305) 536-4675 (fax)
        Court I.D. No. A5500050

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

.

/s/
KAREN E. ROCHLIN