UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-20758-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**CHARLES MCARTHUR EMMANUEL**,

    Defendant.
_____/

## ORDER ON DEFENDANT'S OBJECTIONS TO REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court for oral argument on March 16, 2007, on Defendant, Charles McArthur Emmanuel's Objections to Report and Recommendation on Motion to Dismiss Indictment Due to Factual Insufficiency [D.E. 37], filed on February 23, 2007. On January 16, 2007, the undersigned referred Defendant's Motion to Dismiss Indictment Due to Factual Insufficiency [D.E. 21] to Magistrate Judge William C. Turnoff for a report and recommendation. The Magistrate Judge issued his report on February 12, 2007, recommending that the Motion be denied because it contains sufficient facts and elements of the alleged offense to inform the accused of the charge and to enable him to prepare a defense and invoke the double jeopardy clause, if appropriate.

The undersigned has carefully considered the parties' written submissions, the Magistrate Judge's Report and Recommendation, and applicable authorities. Finding no error in the Magistrate Judge's analysis and conclusions, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [D.E. 30] is **AFFIRMED**, Defendant's Objections to Report and Recommendation [D.E. 37] are

Case No. 06-20758-Cr-Altonaga/Turnoff

**OVERRULED**, and the Motion to Dismiss Indictment Due to Factual Insufficiency [D.E. 21] is

**DENIED.**

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of March, 2007.

                                                 _____
                                                 **CECILIA M. ALTONAGA**
                                                 **UNITED STATES DISTRICT JUDGE**

cc:    Magistrate Judge William C. Turnoff
         counsel of record