# CRIMINAL CALENDAR/MINUTES
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

U.S. MAGISTRATE JUDGE **WILLIAM C. TURNOFF**     COURTROOM  X

Case No. 06-20758-CR-ALTONAGA     Date: 6/13/07  Time: 10:00am  End: 3:30pm

Magistrate Clerk     Marilyn Carter

Tape No. :  07G- 39-39; 40-1; 41-1

Title of Case  **USA v. EMMANUEL a/k/a BELFAST**

Plaintiff Attorney (s)     **AUSA Karen Rochlin**     **Caroline Heck-Miller**

Defendant Attorney (s)    **AFPD John Wylie**     **AFPD Miguel Caridad**

Reason for Hearing::     **Various motions**

Result of Hearing:   Evidentiary Hearing held; Taken under advisement;  Report and recommendation/order to follow.

AO 187 (Rev. 11/2002) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 06-20758-CR-Altonaga

U.S.A.  Plaintiff

v.

C. Belfast  Defendant

## EXHIBIT AND WITNESS LIST

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William C. Turnoff | K. Rochlin / C. Heck Miller | J. Wylie / M. Caridad |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6-13-07 | Tammy Nestor | M. Carter |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES |
|---|---|---|---|---|---|
| | | 6-13-07 | — | — | Matthew Baechtle, ICE agent |
| 5 | | 6-13-07 | X | X | Redacted Memo: Request for foreign travel |
| 1 | | 6-13-07 | X | X | Copy of card "Miranda Rights" |
| 2 | | 6-13-07 | X | X | Statement of Rights |
| 4 | | 6-13-07 | X | X | Sealed - Memo of interview |
| | | 6-13-07 | — | — | Jacques Smith, Customs ofcr. |
| 3 | | 6-13-07 | X | X | "Hold harmless + Release" form |
| | | 6-13-07 | — | — | Alejandro Diaz, S.A. ICE |
| | | 6-13-07 | — | — | Valerie Price, case mgr. FDC |
| 6 | | 6-13-07 | X | X | Copy of notarized document |
| | | 6-13-07 | — | — | Thomas G. Naples, S.A. FBI |
| | A | 6-13-07 | X | X | Copy of photo display of 12-5-06 (Sealed) |
| | | 6-13-07 | — | — | Christopher Malone, ICE |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages