UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-20758-CR-ALTONAGA

**UNTIED STATES OF AMERICA**,

    Plaintiff,

vs.

**ROY M. BELFAST, JR.**,
a/k/a Charles McArthur Emmanuel,

    Defendant.
_____/

### ORDER DENYING MOTION TO SEAL REPLY TO VARMUYAN DULLEH'S MOTION TO QUASH SUBPOENA DUCES TECUM

THIS CAUSE came before the Court on the Defendant's Motion to Seal Reply to Varmuyan Dulleh's Motion to Quash Subpoena Duces Tecum, filed on August 8, 2007 (D.E. 202). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**. Document entries 202 and 203 are hereby **UNSEALED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 16th day of August, 2007.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record