UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-20758-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**CHARLES MCARTHUR EMMANUEL**,

    Defendant.

_____/

**ORDER ON DEFENDANT'S OBJECTION
TO REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court on Defendant, Charles McArthur Emmanuel's Objection to Report and Recommendation [D.E. 334], filed on March 7, 2008. On January 17, 2008, the undersigned referred Defendant's Amended Motion to Suppress in Court and Out of Court Identification and Request for Evidentiary Hearing [D.E. 296] and Amended Motion for Production of Evidence Regarding Out of Court Identification [D.E. 297] to Magistrate Judge William C. Turnoff for a report and recommendation. The Magistrate Judge issued his report on February 19, 2008, recommending that the Motions be denied in part and granted in part.

The undersigned has carefully considered the parties' written submissions, the Magistrate Judge's Report and Recommendation, and applicable authorities. Finding no error in the Magistrate Judge's analysis and conclusions, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [D.E. 326] is **AFFIRMED**, and Defendant's Objection to Report and Recommendation [D.E. 334] is **OVERRULED**.

Case No. 06-20758-Cr-Altonaga/Turnoff

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of March, 2008.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     Magistrate Judge William C. Turnoff
        counsel of record