UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20758-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

CHARLES EMMANUEL,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court for a hearing on August 12, 2008. Upon a careful review of the parties' written submissions and applicable law, and for the reasons stated in open court, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Protective Order Concerning Disclosure of Identity of Three Alibi Witnesses and Other Persons Listed in Documents Produced to the Government [D.E. 376] is **GRANTED**.

2. Defendant's Motion to Exclude Medical Records Pursuant to 18 U.S.C. § 3505 [D.E. 396] is **DENIED** without prejudice. The Government shall provide defense counsel with a written consent by the alleged victim authorizing release of the medical records at issue within ten (10) calendar days.

3. As to Defendant's Notice of Status Regarding Deposition of Witnesses in Foreign Country [D.E. 398], Defendant shall provide the Government with the deponent's name, a summary of his expected deposition testimony, and a date and location for the deposition which is to take place in South Africa, by no later than August 20, 2008. The deposition must be concluded by no later than

Case No. 06-20758-Cr-Altonaga

Tuesday, September 9, 2008.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of August, 2008.

*Cecilia M. Altonaga*
_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:     counsel of record