UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  06-20758-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES McARTHUR EMMANUEL,

    Defendant.
_____/

### DEFENDANT'S RESPONSE TO COURT'S ORDER GRANTING MOTION FOR RECONSIDERATION AND VACATING PROTECTIVE ORDER

The Defendant CHARLES McARTHUR EMMANUEL, through counsel, responds to this Court's Order [DE:472] granting his motion for reconsideration and vacating its protective order. The defendant has no legal arguments in addition to those made in his Motion to Reconsider Order Granting Government's Motion for Protective Order. [DE:466].

To summarize, in his Motion to Reconsider the defense maintains that the government in its application for the protective order proposed a legal standard that is incorrect and misleading. The correct standard is that the evidence need only be helpful and relevant to the defense of an accused. *See United States v Roviaro*, 353

U.S. 53, 60 (1957); *United States . Baptista-Rodriguez*, 17 F.3d 1354, 1363 (11th Cir. 1994).

The analysis of the classified information that the defense asks this Court to make is whether the government-approved interrogation techniques are similar or analogous to the allegations of torture made against the defendant. If they are, they are relevant within the meaning of Fed. R. Evid. 401 and the failure to allow presentation of such evidence will deny the defendant his constitutional right to present an effective defense.

            Respectfully Submitted,

            KATHLEEN M. WILLIAMS
            FEDERAL PUBLIC DEFENDER

    BY:   s/Miguel Caridad
        Miguel Caridad
        Assistant Federal Public Defender
        Florida Bar No. 384021
        150 West Flagler Street, Suite 1700
        Miami, FL 33130
        (305) 530-7000
        (305) 536-4559 - Fax
        miguel_caridad@fd.org, E-mail

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing electronically Notice of Electronic Filing.

        By: s/Miguel Caridad
           Miguel Caridad

# SERVICE LIST
## UNITED STATES OF AMERICA v. CHARLES EMMANUEL
## Case No. 06-20758-CR-ALTONAGA
## United States District Court, Southern District of Florida

Miguel Caridad. AFPD
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Fax No. (305) 536-4559
Email: miguel_caridad@fd.org

John W. Wylie, AFPD
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Fax No. (305) 536-4559
Email: john_wylie@fd.org

Karen Rochlin, AUSA
99 NE 4 Street
Miami, FL 33132
305-961-9234
Fax: 536-4675
Email: karen.rochlin@usdoj.gov

Caroline Heck Miller, AUSA
99 NE 4 Street
Miami, FL 33132
305-961-9432
Fax: 530-6168
Email: caroline.miller@usdoj.gov

Christopher Graveline, AUSA
Tenth Constitution Avenue, NW
Washington, DC 20530
Tel: 202-514-3270
Fax: 202-616-5749
Email: christopher.graveline@usdoj.gov