UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-20758-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

CHARLES MCARTHUR EMMANUEL,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant, Charles McArthur Emmanuel's Motion to Exclude Testimony of Government Expert Bruce Hyma [D.E. 467]. The Court has carefully reviewed the parties' written submissions and applicable law.

Defendant seeks to exclude the testimony of the Government's forensic medical expert, Dr. Bruce Hyma, who examined several alleged victims of Defendant's charged conspiracy to commit torture, obtained their statements, had their photographs taken, and opines that the wounds he examined on the bodies of these witnesses are consistent with statements given to him by the witnesses concerning the source of the injuries. The basis for Defendant's request is that, notwithstanding receipt of the alleged victims' color photographs and Dr. Hyma's written report, none of these witnesses agrees to be similarly examined and questioned by a medical expert retained by Defendant. The Government explains that it lacks the ability to compel the witnesses to submit to a medical examination by Defendant's expert, and that it has not interfered with Defendant's ability to obtain the witnesses' consent. While Defendant's position is persuasive, and it would appear inequitable to allow one party to present evidence that is otherwise available but is arbitrarily

CASE NO. 06-20758-CR-ALTONAGA

being denied to the party against whom it is being presented, the law addressed and analyzed in the parties' papers supports the Government's opposition. *See, e.g., California v. Trombetta*, 467 U.S. 479 (1984); *United States v. Bennett*, 928 F.2d 1548, 1553-54 (11th Cir. 1991); *United States v. Manor*, 936 F.2d 1238, 1242 (11th Cir. 1991). Moreover, Defendant has the opportunity of reviewing the photographs and Dr. Hyma's report, and questioning Dr. Hyma prior to trial. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion to Exclude Testimony of Government Expert Bruce Hyma [D.E. 467] is **DENIED**. Defendant may certainly explore the witnesses' refusal to allow examination by a defense expert, and the Government's efforts to assist in that regard, in cross-examination.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of September, 2008.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record