**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 06-20758-CR-ALTONAGA(s)(s)**

**UNITED STATES OF AMERICA,**

vs.

**ROY BELFAST, Jr.,**
a/k/a "Chuckie Taylor,"
a/k/a "Charles Taylor, Jr.,"
a/k/a "Charles Taylor, II,"
a/k/a "Charles McArther Emmanuel,"

Defendant.
_______________________________/

**VERDICT**

We, the Jury, unanimously find the defendant, **ROY BELFAST, Jr.,** as to Count 1 of the Second Superseding Indictment:

GUILTY ✓ NOT GUILTY_______

We, the Jury, unanimously find the defendant, **ROY BELFAST, Jr.,** as to Count 2 of the Second Superseding Indictment:

GUILTY ✓ NOT GUILTY_______

We, the Jury, unanimously find the defendant, **ROY BELFAST, Jr.,** as to Count 3 of the Second Superseding Indictment:

GUILTY ✓ NOT GUILTY_______

We, the Jury, unanimously find the defendant, **ROY BELFAST, Jr.,** as to Count 4 of the Second Superseding Indictment:

GUILTY ✓ NOT GUILTY_______

We, the Jury, unanimously find the defendant, **ROY BELFAST, Jr.**, as to Count 5 of the Second Superseding Indictment:

GUILTY ✓ NOT GUILTY_______

We, the Jury, unanimously find the defendant, **ROY BELFAST, Jr.**, as to Count 6 of the Second Superseding Indictment:

GUILTY ✓ NOT GUILTY_______

We, the Jury, unanimously find the defendant, **ROY BELFAST, Jr.**, as to Count 7 of the Second Superseding Indictment:

GUILTY ✓ NOT GUILTY_______

We, the Jury, unanimously find the defendant, **ROY BELFAST, Jr.**, as to Count 8 of the Second Superseding Indictment:

GUILTY ✓ NOT GUILTY_______

SO SAY WE ALL.

Date: 10/30/08

_______________________
Foreperson (Please Sign)
United States Courthouse
Miami, Florida