UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 06-20758-CR-ALTONAGA

THE UNITED STATES OF AMERICA,

        Plaintiff,

                              MIAMI, FLORIDA

        vs.

                              SEPTEMBER 29, 2008

ROY M. BELFAST, JR., a/k/a
CHUCKIE TAYLOR, CHARLES
McARTHUR EMMANUEL, CHARLES
TAYLOR, JR. and CHARLES
TAYLOR, III,

        Defendant.
_____

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE CECILIA M. ALTONAGA,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                    KAREN ROCHLIN, A.U.S.A.
                    CAROLINE HECK-MILLER, A.U.S.A.
                    Office of the U.S. Attorney
                    99 N.E. 4th Street
                    Miami, FL  33132 - 305.961.9234
                    (Fax) 305.536.4675
                    Email:  karen.rochlin@usdoj.gov
                                caroline.miller@usdoj.gov

                    CHRISTOPHER GRAVELINE, Trial Attorney
                    U.S. Department of Justice
                    950 Pennsylvania Avenue, N.W.
                    Washington, D.C. 20530 - 202.514.3270
                    christopher.graveline@usdoj.gov

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

**September 29, 2008**

FOR THE DEFENDANT:

                    JOHN WYLIE, A.F.P.D.
                    MIGUEL CARIDAD, A.F.P.D.
                    Federal Public Defender's Office
                    150 West Flagler Street
                    Miami, FL  33130 - 305/536-6900
                         (Fax) 305/530-7120
                    Email:  miguel_caridad@fd.org
                         john_wylie@fd.org

REPORTED BY:

                    BARBARA MEDINA
                    Official United States Court Reporter
                    400 North Miami Avenue, Ste. 12-2
                    Miami, FL  33128 - 305.523.5518
                         (Fax) 305.523.5519
                    Email:  barbmedina@aol.com

                    - - - -

## TABLE OF CONTENTS

                                                  Page

Pete Davis ............................................. 36

     Direct Examination By Ms. Rochlin .................... 36

     Cross-Examination By Mr. Caridad ..................... 61

     Redirect Examination By Ms. Rochlin .................. 88

Julian Doyle ........................................... 93

     Direct Examination By Ms. Heck-Miller ................ 93

     Cross-Examination By Mr. Wylie ....................... 182

     Redirect Examination By Ms. Heck-Miller .............. 189

Rufus Kpadeh ........................................... 191

     Direct Examination By Ms. Heck-Miller ................ 191

Reporter's Certificate ................................. 242

**TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION**
**September 29, 2008**

## INDEX TO EXHIBITS

| Exhibits | Marked for Identification | | Received in Evidence | |
|---|---|---|---|---|
| Description | Page | Line | Page | Line |
| Government Exhibit Map 1 ........ | 39 | 20 | | |
| Government Exhibit Map 1 ......................... | | | 40 | 19 |
| Government Exhibit Map 2 ........ | 41 | 12 | | |
| Government Exhibit 2 ........................... | | | 42 | 10 |
| Government Exhibit Map 3 ........ | 42 | 25 | 43 | 21 |
| Government Exhibit Map 4 ........ | 43 | 25 | 44 | 20 |
| Government Exhibit Map 5 ........ | 46 | 16 | | |
| Government Exhibit Map 5 ......................... | | | 49 | 20 |
| Government Exhibits    .......... | 99 | 14 | | |
| Government Exhibits  ............................ | | | 101 | 1 |
|     ............................................ | | | 101 | 6 |
| Government Exhibits GB 108 and 110 .............. | | | 107 | 16 |
| Government Exhibit GB 119 ...... | 126 | 15 | 127 | 2 |
| Government Exhibits GB  ........ 120, 121, 122 | 134 | 15 | 135 | 7 |
| Government Exhibits PD 3,  ..... 2, 6, 7 | 140 | 22 | 141 | 20 |
| Government Exhibits  .......... | 146 | 6 | | |
|     ........................... | 146 | 8 | | |
| Government Exhibits  ........................... | | | 146 | 24 |
|     ............................................ | | | 147 | 1 |
| Government Exhibit BR 68 ....... | 160 | 23 | 161 | 9 |

Government Exhibits 111 ....... 164          4
through 118

Government Exhibits GB 111 through 118 .......... 165          2

Government Exhibits .......... 181          5

 ............................ 181          6

Government Exhibits ............................ 181          20

CITATION INDEX

Page

SIDEBAR CONFERENCE INDEX

Descriptions                                    Page

Sidebar Conference Begins ................................. 56

Proceedings In Open Court Resume ......................... 60

ADMINISTRATIVE CONVENTIONS:

        When counsel does not identify themselves each time they

address the Court during a telephone conference, the

industry-standard speaker identification is indicated by

chevrons, i.e., >>>:

September 29, 2008

1          THE COURT:   Good morning.

2              I asked my courtroom deputy to give the attorneys and

3     the parties a photocopy of a letter from a juror.   You all know

4     who the juror is, as do I.

5              It is my intention, if I have the parties' agreement,

6     to call the employer and tell them under law -- and I can cite

7     the statute -- they are not allowed to bring this kind of

8     pressure on the employee and not to stop a project because they

9     can't find a replacement, unless the parties disagree that I

10    should have that contact.

11         MS. ROCHLIN:   Karen Rochlin for the United States,

12    Your Honor.   We agree.

13         MR. CARIDAD:   Judge, my only concern is that the

14    gentleman, if he remains as a juror, be completely satisfied

15    that everything at work is going to be okay.

16             As long as it's clear that the employer will have no

17    problems, that there's no pressure on him to hurry up and get

18    back.   I think it's important the juror himself understands

19    that and be very comfortable with whatever the employer said.

20         THE COURT:   What I thought I would do is right before

21    the lunch break, leave the juror with us for a few moments and

22    advise the juror it's my intention to call his employer and

23    advise the employer of what the law provides and see if that

24    was acceptable to him and then do so during the lunch recess.

25             Is that all right?

**September 29, 2008**

1          MR. CARIDAD:   Yes.

2          MS. ROCHLIN:   Yes, Your Honor.

3          THE COURT:   Are there any issues we need to address

4     before we bring the jury in?  I did receive the defendant's

5     motion filed on September 28th, yesterday.

6          MR. CARIDAD:   I don't think we need to consider that

7     now.   I think we can proceed.

8          THE COURT:   The Government still intended to take 20

9     minutes for opening?

10          MR. GRAVELINE:   That's correct, Your Honor.

11          THE COURT:   It will be my intention to swear this

12     panel in, which we had not done last week.

13          Again, let me ask the Government, do you agree with

14     the selection of the jurors in this case?

15          MS. ROCHLIN:   We do Your Honor.

16          THE COURT:   And the defense?

17          MR. CARIDAD:   Yes, Your Honor.

18          THE COURT:   Mr. Emmanuel, if you would raise your

19     right hand.

20          [The defendant was sworn at 9:28 a.m]

21          THE COURT:   Mr. Emmanuel, you were here throughout the

22     jury selection process.   Do you agree with the jury that has

23     been selected?

24          THE DEFENDANT:   Yes, ma'am

25          THE COURT:   Thank you.

**September 29, 2008**

1          We're missing two.

2          [The jury returns to the courtroom at 9:38 a.m.]

3          THE COURT:   Good morning and welcome back to my

4    courtroom.

5          I would ask you now remain standing as my courtroom

6    deputy will now administer your oath as jurors in this case.

7          THE DEPUTY CLERK:   Please raise your right hand.

8          [The jury was sworn at 9:38 a.m.]

9          THE DEPUTY CLERK:   Thank you.   You may be seated.

10         Members of the Jury, you have now been sworn as the

11   jury to try this case.   By your verdict you will decide the

12   disputed issues of fact.   I will decide all questions of law

13   that arise during the trial, and before you retire to

14   deliberate together and decide the case at the end of the trial

15   I will instruct you on the rules of law that you must follow

16   and apply in reaching your decision.

17         Because you will be called upon to decide the facts of

18   the case, you should give careful attention to the testimony

19   and evidence presented for your consideration during the trial,

20   but you should keep an open mind and you should not form or

21   state any opinion about the case one way or the other until you

22   have heard all of the evidence and have had the benefit of the

23   closing arguments of the lawyers, as well as my instructions to

24   you on the applicable law.

25         During the trial you must not discuss the case in any

1   manner among yourselves or with anyone else, and you must not

2   permit anyone to attempt to discuss it with you or in your

3   presence, and insofar as the lawyers are concerned, as well as

4   others whom you may come to recognize as having some connection

5   with the case, you are instructed that in order to avoid even

6   the appearance of impropriety, you should have no conversation

7   whatever with those persons while you are serving on the jury.

8          Again, you must also avoid reading any newspaper

9   articles that might be published about the case now that the

10  trial has begun and you must also avoid listening to or

11  observing any broadcast news program on either television or

12  radio because of the possibility that some mention might be

13  made of the case during such a broadcast now that the trial is

14  in progress.  Similarly, you should avoid reading articles on

15  the Internet because of the possibility that some mention might

16  be made of this case.

17         The reason for these cautions, of course, lies in the

18  fact that it will be your duty to decide the case only on the

19  basis of the testimony and evidence presented during the trial

20  without consideration of any other matters whatever.

21         From time to time during the trial I may be called

22  upon to make rulings of law on motions or objections made by

23  the lawyers.  You should not infer or conclude from any ruling

24  I may make that I have any opinion on the merits of the case

25  favoring one side or the other, and if I sustain an objection

**September 29, 2008**

1  to a question that goes unanswered by the witness, you should

2  not speculate on what answer might have been given.   Nor should

3  you draw any inferences or conclusions from the question

4  itself.

5          During the trial it may be necessary for me to confer

6  with the lawyers from time to time out of your hearing

7  concerning questions of law or procedure that require

8  consideration by the Court alone.   On some occasions you may be

9  excused from the courtroom as a convenience to you and to us

10  while I discuss such matters with the lawyers.   I will try to

11  limit such interruptions as much as possible, but you should

12  remember at all times the importance of the matter you are here

13  to determine and you should be patient even though the case may

14  seem to go slowly.

15          In that regard, as you were told during the process of

16  your selection, we expect the case to last approximately six to

17  eight weeks, but I will make every effort to expedite the trial

18  whenever possible.

19          Now we will begin by affording the lawyers from each

20  side an opportunity to make opening statements to you in which

21  they may explain the issues in the case and summarize the facts

22  the evidence will show.

23          After all the testimony and evidence have been

24  presented, the lawyers will be given another opportunity to

25  address you at the end of the trial and make their summations

**September 29, 2008**

1  and final arguments in the case.  The statements the lawyers

2  make now, as well as the arguments they present at the end of

3  the trial, are not to be considered by you either as evidence

4  in the case, which comes only from the witnesses and the

5  exhibits, or as your instruction on the law, which will come

6  only from me.  Nevertheless, these statements and arguments are

7  intended to help you understand the issues and the evidence as

8  they come in, as well as the positions taken by both sides.

9          I ask you now give the lawyers your close attention as

10 I recognize them for the purpose of making their opening

11 statement.

12         We'll hear from the Government.

13         MR. GRAVELINE:  Thank you, Your Honor.

14         Burning flesh, beheading, fiercely stabbing men's

15 hands with sharp metal rods, cutting a man's penis with a sharp

16 blade, shocking a man's genitals with electrical prods,

17 sodomizing that same man with electrical prods.

18         Ladies and gentlemen of the jury, over the next

19 several weeks you will hear dozens of witnesses and be able to

20 examine hundreds of exhibits all detailing remarkable acts of

21 excessive cruelty and brutality.  In short, you'll be hearing

22 much evidence about torture, evidence that will show that this

23 man, Roy Belfast, Jr., committed those acts of torture, ordered

24 those acts of torture and conspired with others to commit those

25 acts of torture, the defendant, Roy Belfast, Jr., or as he was

**September 29, 2008**

1    more commonly known in Liberia as Chuckie Taylor.

2           Now, as you have been spoken to last week during voir

3    dire, all of the crimes in this case happened in Liberia, a

4    small country in West Africa as shown here on this map.   This

5    is Liberia here on the west coast of Africa.   It is bounded on

6    the east by Sierra Leone, on the north by Guinea, on the west

7    by Côte D'Ivoire, or more commonly known here in America as the

8    Ivory Coast, and on the south by the Atlantic Ocean.

9           As we spoke to you last week, you might be wondering

10   to yourself "How did a case that happened in Liberia end up

11        being heard in Miami?"

12          You are going to learn our Congress passed a law

13   making it a crime for any U.S. citizen to commit torture

14   anywhere in the world outside of the United States.   That same

15   law makes it a crime for any person to commit torture outside

16   of the United States and then try to enter our country as well.

17          You will learn that the defendant, Roy Belfast, was

18   actually born under the name of Charles Emmanuel in Boston in

19   1977.   You will learn that his mother was Bernice Yolanda

20   Emmanuel and he was born to a man named Charles Taylor, this

21   man, right here dressed in white with the red arrow underneath.

22          Charles Taylor is a native Liberian and he was in

23   Boston at the time studying when he fathered the defendant in

24   this case.   You will also learn that Charles Taylor left Boston

25   to travel back to Africa while the defendant was still a small

**September 29, 2008**

 1   child.   You will learn his mother, Bernice Yolanda Emmanuel, in

 2   subsequent years married Roy Belfast, Sr. in Boston.

 3          This young family, Roy Belfast, Sr., Yolanda Emmanuel,

 4   the defendant and his sister all moved to Orlando and that's

 5   where the defendant was raised, in Orlando, Florida.   That's

 6   where he took the name of his stepfather, Roy Belfast.   That's

 7   how Charles Emmanuel became Roy Belfast, Jr.

 8          When he was a teenager, however, he traveled back to

 9   Africa to reunite with his biological father and he actually

10   stayed in Africa in the country of Liberia beginning in the

11   mid-1990s.

12          Now during this time frame, Liberia was in the midst

13   of a Civil War with a number of warring factions.   Charles

14   Taylor, the defendant's father, was head of one of these

15   warring factions, the National Patriotic Front of Liberia or

16   the NPFL.   1987 Charles Taylor became the acting President of

17   Liberia.   You will learn from the evidence President Taylor's

18   rein over Liberia was to be an era marked by fear, brutality

19   and torture as he tried to intimidate or punish any political

20   dissent in that county free.

21          It was during that same time frame the defendant, this

22   American, Roy Belfast, Jr., became known in Liberia by the name

23   of Chuckie Taylor.   You will hear witness after witness take

24   the stand and talk about the fear that the Liberian people felt

25   when they heard that name, Chuckie, because Chuckie was the

**September 29, 2008**

1   head of what was known as the Anti-Terrorist Unit or the ATU.

2   This was the defendant's brain-child, which he went, spoke to

3   his father and asked him to allow him to form this

4   para-military unit under the auspices of the protection force

5   for the President.   The ATU, or as it was more commonly known

6   by the regular, common every-day man and woman in Liberia, was

7   the Demon Force.   These Demon Forces were under the command of

8   the defendant.

9          It was the defendant who decided where to locate them

10  He chose an old military base near Gbatala in the center part

11  of Liberia.   This training base had been used by his father

12  during the NPFL days during the 1990s.   Now it became the

13  source and center of all ATU activities.

14         This military base was built by the defendant, built

15  up to become two different things for him   One, a training

16  base.   They built obstacle courses.   They had buildings where

17  they taught military tactics to the ATU.   The other purpose for

18  the Gbatala base was to be a holding area for civilian

19  prisoners.   You will hear how they built a village of holes,

20  holes dug in the ground, holes with metal stakes on top with

21  barbwire and this is where they would hold the political

22  prisoners of Liberia.   This is where many of the witnesses you

23  are going to hear from were taken to, held and tortured by this

24  man and by his Demon forces.

25         You will hear how the defendant regularly came to the

**September  29,  2008**

1    Gbatala camp and how his ATU forces would call him chief.   As

2    you see in this picture with the red arrow pointing up to the

3    defendant in this case, he was the head of the ATU.   He was the

4    one who could order and have things done to these political

5    prisoners.

6            You will hear many of our witnesses come into this

7    court and tell you how the defendant would arrive.   They would

8    hear the soldiers saying "The chief is coming.   The chief is

9      coming," and when the chief came, he would take them out of

10   the holes and order them to be treated.

11           You will hear evidence in Liberia when someone is told

12   to be treated, that means incredible inhumane torture is about

13   to happen in any number of ways.   You will hear about tortuous

14   activities called running the rim, bullfrogging and juking, all

15   of which happened to the witnesses in our case.

16           As time went on, specifically from the year 2000 to

17   2002, you will hear President Taylor actually took the

18   defendant out of his leadership role in the ATU.   The defendant

19   was still a prominent person in the Liberian society at this

20   time.   The regime continued its acts of torture and brutality

21   to its people.   It was back in 2002 the defendant was

22   reinstated as the head of the ATU.   At this time the torture

23   happened in Monrovia, in the very backyard of the President.

24           You will hear in 2002 the intensity of the fighting

25   picked up in Liberia and that President Taylor focused on one

1    particular ethnic tribal group as his perceived enemy, the

2    Mandingos.   You will hear how several Mandingo men were

3    arrested by the ATU and other governmental forces and brought

4    to Whiteflower, the President's compound, as you can see on

5    your screen.   This compound is where President Taylor lived,

6    worked, had his main offices.

7         You will also hear that these men were brought here,

8    questioned, interrogated and turned over to the defendant and

9    another man, General Benjamin Yeaton, the head of the Special

10   Security Service, the SSS, to have these men confess to their

11   crimes.

12        They were then taken to Benjamin Yeaton's house.   As

13   you can see on the picture here, the house on the bottom

14   left-hand side with the arrow is Benjamin Yeaton's house just

15   down the hill from Whiteflower.   They were brought to this

16   house, put down in the garage and there interrogated by both

17   General Benjamin Yeaton and the defendant.   You will hear how

18   torture occurred in this garage, where men were burned, they

19   were prodded with electrical prods on their genitals, all to

20   encourage them to confess to their nonexistent crimes, to

21   confess to being Mandingo men.

22        Despite all their attempts to cling to power, however,

23   the Taylors eventually advocated their rule of Liberia in 2003.

24   You will hear testimony how the defendant left and began to

25   live in Trinidad.   He lived in Trinidad from 2003 to 2006 when

**September 29, 2008**

1    he then tried to re-enter this country.   U.S. authorities got

2    word of his attempted re-entry and met him at Mani

3    International Airport.   It was there that he was arrested.

4            That, ladies and gentlemen of the jury, is the long

5    and short of how this defendant, Roy Belfast Jr., Charles

6    Emmanuel, Chuckie Taylor, ended up in this courtroom today on

7    trial for the acts of torture.   But he's not the only person

8    that needs introduction at the beginning of this trial.   There

9    are men, men who live today with the scars that this man has

10   left on their bodies and on their spirits who will also be

11   coming into this courtroom today, men who were strangers

12   before, men who came from different social strata of the

13   Liberian society, but men who all bear the common bond now of

14   the scars and the broken bodies left behind by the defendant

15   and his fellow co-conspirators.

16           You will meet Rufus Kpadeh.   Mr. Kpadeh is a farmer

17   and furniture-maker from the northern part of Liberia.   You

18   will hear in August of 1999 the Government forces were battling

19   some rebel elements in the northern part of Liberia.

20   Mr. Kpadeh and his family decided they needed to leave that

21   area to get out of the middle of the fight.   They started

22   traveling south towards Monrovia.   They were stopped at a

23   check-point by the Gbalatuah Bridge across the St. Paul River.

24           It was there Mr. Kpadeh was singled out.   He had a

25   political card, a business card from the National Unity Party.

**September 29, 2008**

1   You will hear testimony the National Unity Party was not one of

2   these warring factions.   It was a political party, not

3   affiliated with the Taylors, however.

4          Mr. Kpadeh was separated from the rest of the caravan

5   heading south.   That's where he met the defendant, Chuckie

6   Taylor, and his ATU men in this office, the office of the

7   commander, and it was there that Mr. Kpadeh was given a choice

8   by the defendant.   "Confess to being a rebel or join the ATU

9       and fight with us."

10         Now, Mr. Kpadeh, you are going to hear, is a peaceful

11  man.   He did not want to fight and he was not about to admit to

12  being a rebel.   He had never taken up arms before.   So he

13  refused that choice and you will hear how the defendant ordered

14  his detention right then and there, stripped, bound and taken

15  to the Gbatala Base where the first thing as he gets off the

16  truck he hears the defendant order another man, David Compari,

17  to "Cut that man's nuts," and Mr. Compari takes a sharp blade

18  and cuts Mr. Kpadeh's penis.

19         He can feel the blood running down his leg.   He's

20  tossed into one of the holes in the village, one of these holes

21  with water up to his chest as he's still bleeding from the cut

22  he just received.   You will hear testimony over the next month

23  and a half to two months, Mr. Kpadeh was held in these holes at

24  the Gbatala Base.   You will hear how he had to endure various

25  acts of torture.

**September 29, 2008**

1     One of the first things you are going to hear is

2 called running the rim  This is a picture of Mr. Kpadeh at the

3 Gbatala Base demonstrating the size of the log that was put on

4 his shoulders as he was forced to run in a circle.  It was the

5 size of a telephone pole about, a 7 foot piece placed on his

6 shoulder.  As he ran around the circle, soldiers with metal

7 rods would beat on the log driving it into his shoulders, all

8 the time as the defendant sat there and watched, all the time

9 as the defendant sat there laughing at Mr. Kpadeh.  You'll hear

10 how this running the rim left this welt, now nine years later,

11 still on Mr. Kpadeh.

12     You will hear how the defendant ordered Mr. Kpadeh and

13 his fellow prisoners to play stone soccer or stone football.

14 They would take a bolder and order them to kick the bolder as

15 hard as they could and they couldn't stop until everyone had

16 scored a goal, their feet bleeding, bruised, all the time as

17 the defendant sat there laughing at them

18     You will hear how as they were in the holes with metal

19 grates on top, the ATU soldiers would melt plastic and pure it

20 on top of their flesh, burning their flesh, take sharp metal

21 rods jabbing them, jabbing their hands, all because Mr. Kpadeh

22 had a different political affiliation card with him that one

23 day.

24     You will meet Sulaiman Jusu.  You will hear he comes

25 from Sierra Leone, the neighboring country.  You will hear how

**September 29, 2008**

1  Mr. Jusu in late 1998 fled his country trying to get away from

2  some of the violence in his country.   In April of 1999 he was

3  stopped at the checkpoint at the St. Paul River Bridge.   At

4  that checkpoint, he met the defendant.   It was at this

5  checkpoint that the defendant accused him of being a rebel,

6  accused the entire group of men who were traveling as being

7  rebels.

8           They separated the men out from the women.   They put

9  the men in one spot and the defendant sat there saying "If you

10      don't confess to being a rebel, this is what's going to

11      happen."

12          They get brought out.   He takes a number of the men

13  out and shoots them in the head.   They were then beheaded in

14  front of the other men and their heads are displayed for the

15  other prisoners.

16          They then take to beating Mr. Jusu and the other men

17  who were still there at the checkpoint with their weapons, gun

18  butts, stroking them, kicking them, and they are taken to

19  Gbatala Base and they are put in the same types of holes as

20  Mr. Kpadeh.

21          You will hear Mr. Jusu actually predated Mr. Kpadeh at

22  the Gbatala Base.   This happened in April of '99.   Mr. Kpadeh

23  ends up there in August of '99.   You will hear from Mr. Jusu

24  they had metal grates, but they were able to slip out sometimes

25  and actually there was an escape attempt from Gbatala Base

**September 29, 2008**

1   where Mr. Jusu and another man, Abdul Cole, tried to escape

2   from the ATU.

3           A day and a half later they were caught, brought back

4   to Gbatala Base.   Once again, the defendant, Chuckie Taylor,

5   assembled the other prisoners and ordered the beheading of

6   Abdul Cole, severing his head from back to front, all the time

7   as Mr. Coal begged for his life, all the time witnessed by

8   Mr. Jusu and the other prisoners at the Gbatala Base.

9           You will hear how these ATU soldiers dripped molten

10  plastic, burned them with cigarettes.   You will hear by the

11  time that got out of Gbatala Base, his skin was deteriorating

12  both from being in the water and all the burns that happened to

13  him

14          You will meet Mulbah Kamara.   This is one of the

15  Mandingo men I spoke about.   He was a small business owner in

16  Monrovia in 2002.   He owned his own Internet cafe and charging

17  station.   He owned a generator.   People could come in and

18  charge their cell phones there.   He was picked up, brought to

19  Whiteflower, the President's compound, interrogated by the

20  President and turned over to General Benjamin Yeaton and the

21  defendant.

22          He was taken to Benjamin Yeaton's garage, laid on the

23  floor, stripped, with a large bright light shining down on his

24  face, incredibly close to his face, and told to stare at that

25  light -- if he blinked he would be killed -- for hours.

**September 29, 2008**

1          Then Benjamin Yeaton came with the electrical prod and

2  started shocking him on his genitals, started sodomizing him

3  with the electrical prod.  You will hear how Benjamin Yeaton

4  takes a clothes iron, pressing it on his stomach, leaving the

5  indentation of the clothes iron on his stomach to this day.

6          You will hear how the defendant came right after

7  Benjamin Yeaton did it to him the one night, he comes the very

8  next day and asked Mr. Kamara if he was ready to confess to his

9  crimes.  Mr. Kamara said "I have nothing to confess to."  It

10  was at this point the defendant tells his men "He's not ready

11     to talk yet.  Continue to treat him"

12          Mr. Kamara is subjected to more electrical shock and

13  more staring at this bright light.  He's then confined for

14  another nine months before he can see his family again, no

15  charges brought, never brought to a court.

16          This is the criminal conspiracy charged against the

17  defendant in this case.

18          At the end of this case we're going to ask you to

19  consider certain groups of crimes.  The first group of crimes

20  is the crime of conspiracy.  There are actually two criminal

21  conspiracies charged in this Indictment and, essentially, what

22  a conspiracy is is an agreement between parties.  It doesn't

23  have to be a written agreement.  It doesn't have to be a signed

24  agreement.  It's just two people or more who agreed to do some

25  crime.  The first conspiracy charged in this Indictment is

**September 29, 2008**

1  torture.   For all of the facts as I just enunciated and more

2  that you will hear, the United States Government has charged

3  Mr. Belfast with the criminal conspiracy of torture.

4           The second conspiracy that we have charged him with is

5  that of using firearms during the commission of a crime of

6  violence, that crime of violence being torture, and the

7  commission of the offense with the firearm is the fact that you

8  will hear all these ATU were heavily armed, AK-47s, and you

9  will hear the defendant was rarely seen without his pistol, if

10 not two pistols on both hips.

11          The next set of crimes we're going to ask you to

12 consider, Counts III through VII, are what's called the actual

13 substantive acts of torture and you will hear as many as four

14 to five of the victims get on the stand and tell you about what

15 happened to them   The very thing that we just talked about,

16 the burning, the cutting, the shocking, those all go towards

17 victims in our case, and finally Count VIII is using firearms

18 during the commission of a crime of violence.

19          At the end of this case, the United States believes

20 that we will present the evidence necessary to find beyond a

21 reasonable doubt that the defendant, Chuckie Taylor, conspired

22 with others and tortured men in Liberia in order to keep his

23 father in power, to intimidate the rest of the country and

24 consolidate the Taylors' power.

25          At the end of the day we will ask you to convict

**September 29, 2008**

1  Mr. Belfast, Chuckie Taylor, of all of the crimes of the

2  Indictment.

3          Thank you very much.

4          MR. WYLIE:   May I have a moment, Your Honor?

5          THE COURT:   Yes.

6          MR. WYLIE:   Ladies and gentlemen, Charles Emmanuel is

7  not guilty.   He's not guilty because he didn't torture anyone

8  and he didn't conspire to torture anyone.

9          Ladies and gentlemen, if this case were a newspaper

10  article, the headline would be "Desperate and disgruntled

11  Africans accuse American to escape war torn Liberia, desperate

12  and disgruntled Africans, to escape war-torn Liberia."

13          Now, who is Charles Emmanuel?   He was born oh February

14  12th, 1977 in Boston, Massachusetts to Bernice Yolanda Emmanuel

15  and Charles Taylor.   As the Government, mentioned Mr. Taylor

16  returned to his home of Liberia and during his childhood

17  Mr. Emmanuel was raised by his mother, Ms. Emmanuel, and his

18  stepfather, Roy Belfast, Sr.   In fact, Mr. Emmanuel legally

19  changed his name to Roy Belfast, Jr. to reflect who was his

20  father and the life he was living.

21          During his teen-aged years, Mr. Emmanuel moved back to

22  Liberia to live with his father.   Now, I would normally call

23  Mr. Emmanuel Mr. Emmanuel the whole trial and you'll probably

24  hear myself and Mr. Caridad refer to him as Mr. Emmanuel --

25  that's his birth name --   but when he moved to Liberia, because

**September 29, 2008**

1  of the resemblance to the father, because his father was

2  President, people started referring to him as Charles, Jr. or

3  Chuckie.   Most of the witnesses in this case are from Liberia

4  and they will refer to him as Charles, Jr. or Chuckie.   You'll

5  hear Mr. Caridad and myself refer to him as Chuckie.   You'll

6  hear the Government refer to him as Chuckie.   While in Liberia,

7  he went by the name Chuckie or Charles, Jr.

8             As you know by now, the acts in this case happened in

9  Liberia.   They happened in Africa on the other side of the

10  world, a country called Liberia that's boarded by the Atlantic

11  Ocean, Sierra Leone, Guinea and the Ivory Coast.   Its capital

12  is Monrovia.

13             Let's take a brief glimpse of one portion of Monrovia

14  in a video.

15                      [Videotape played.]

16             MR. WYLIE:   This is Monrovia, the capital City of

17  Liberia.   Liberia is literally one of the poorest countries in

18  the entire world.   There is no electricity throughout the

19  entire country.   The wealthy have generators and they get their

20  power that way, but there's no power grids.   There are no land

21  lines, no telephone lines.   So only the people lucky enough to

22  have cell phones are able to communicate with telephones.

23             Because there are no land lines, there are no ATMs.

24  Unemployment is 85 percent.   The life expectancy of a Liberian

25  man is approximately 40-years-old.   The infant mortality rate

September 29, 2008

1    is one of the highest in the entire world.   Education is

2    lacking.   Schools are often shut down because of the fighting

3    that's going on in the country.   The literacy rate is very low.

4    They have problems with disease.   The ocean, the Atlantic Ocean

5    is filled with sewage.   HIV is rampant in Liberia.   Hepatitis

6    A, hepatitis B, all rampant.   Malaria is an epidemic in

7    Liberia.

8            The United Nations Human Growth Index, which ranks

9    countries on their human development, how developed are they as

10   a country, ranks Sierra Leone, the neighboring country where

11   some of the Government witnesses accusing Mr. Emmanuel come

12   from, they rank Sierra Leone, depending on the year, 173 out of

13   173 countries, 177 out of 177 countries, literally ranked the

14   worst, the most underdeveloped country out of all the U.N.

15   index during the relevant time of this case.

16           Liberia isn't on this list.   It's even lower because

17   they couldn't get enough data out of there to make the list

18   because of the fighting that's going on.

19           So, quite literally -- you may hear this from a

20   witness -- Sierra Leone and Liberia are the worst places in the

21   world to live.

22           Now, adding to the problems -- the poverty, the lack

23   of education and disease -- adding to that is the constant

24   fighting and the warring that takes place in this area of the

25   world.

September 29, 2008

1      Liberia's history is filled with animosity among the

2  16 local tribes there.  You heard the Government mention the

3  Mandingo.  You will also hear Government witnesses that are

4  from the Mende tribe.

5      There's fighting going on for a long time.  In the

6  '80s there was a leader named Samuel Doe who was widely looked

7  at as an impressive leader and somebody the people did not

8  like.  In 1989 several rebellions started to materialize and

9  started to fight.  One was the NPFL.  It was Charles Taylor's

10  group and they controlled areas of Liberia and started to fight

11  to overthrow Samuel Dole.   In 1990 Doe was assassinated.

12  Shortly thereafter, peace-keepers came in and established an

13  interim government, the NPFL, with Charles Taylor was one.

14  There were two others.  They worked together until 1997.  There

15  was an election.   75 percent of the people voted for Charles

16  Taylor and made him the President of their country.   Things

17  were better for a while, but then in 1998, early '99, a group,

18  among other groups, called LURD, L-U-R-D, not exclusively, but

19  largely made up of many Mandingo men, began to attack Liberia.

20  You will hear the first attack happened in 1989.   You will hear

21  about the first attack of LURD.   There is tribal animosity that

22  goes back to the beginning of Liberia, generations and

23  generations, the type of things fathers teach their sons who

24  teach their sons.   So this hatred runs very, very deep.

25      Someone once said the first casualty of war is the

**September 29, 2008**

1   truth and you are going to see that in this case.  Every one of

2   the Government witnesses that comes in to accuse Mr. Emmanuel

3   of this crime will be opposed to Charles Taylor and the Taylor

4   government.  They're enemies.  Some are soldiers who actually

5   took up arms to overthrow the Government.  Others were

6   sympathizers with these soldiers.  You will find they're all

7   biased.  They all have something against Charles Taylor and his

8   government, and you have to keep that in account when you're

9   judging their credibility as they testify.

10          But you'll also hear they have a tremendous motive to

11   lie in this matter.  You've heard Liberia and Sierra Leone are

12   the worst places in the world to live, made even worse by the

13   constant fighting and the ruin that war causes and the

14   heartbreak and the displaced people and the refugees and all of

15   that contributes to the situation that is Liberia and Sierra

16   Leone.  Who wouldn't want to get out of that situation.

17          So, you'll hear that most, if not at all of the

18   Government witnesses accusing Mr. Emmanuel, have received some

19   sort of protective status, political asylum, either in Sweden

20   or the United States, or they are in the process of gaining

21   that asylum, all of them  Who can blame them for wanting to

22   get out of there?

23          Something you need to understand, and the evidence

24   will show, this asylum process, you don't get out of Liberia or

25   Sierra Leone by telling Sweden or the United States "It's

September 29, 2008

1    very poor here.  It's a very bad place to live."

2         You don't even get out by saying "There's a lot of

3    crime here and I feel like my life is in danger.  The guy

4    down the street doesn't like me and if I go back to Liberia

5    or Sierra Leone, he's going to hurt me."

6         You don't get out of that area by that either.  You

7    get out of there by accusing the Government of persecuting you,

8    by saying "If I go back, this government or people associated

9    with the Government are going to hurt me" and that makes

10   Mr. Emmanuel, the son of a President, an American, an easy

11   target, and you'll hear about this motive to lie by the

12   accusers.  But you'll hear they have even more motive to lie

13   because some of them have serious medical conditions,

14   conditions that left untreated will probably mean their death

15   in Liberia.

16        Now, the life expectancy of a male in Liberia is about

17   40-years-old already.  Now imagine if you have a serious

18   medical disease on top of that.  Who wouldn't do what they

19   could to get out of the situation, to get adequate medical

20   care?  Who wouldn't do that?  You will hear there's more reason

21   or motive for these disgruntled and desperate Liberians and

22   Sierra Leonians to lie about this, and you'll hear the Judge

23   instruct you when determining the credibility of a witness,

24   you're to look to see do they have a stake in the outcome of

25   this case.  Well, the Government witnesses accusing

**September 29, 2008**

1  Mr. Emmanuel do have a stake in the outcome of this case.

2  You'll hear they will have the opportunity to sue Mr. Emmanuel

3  and his father here in a United States Court for damage,

4  financial damages.  You will also hear there's something in

5  Liberia that was created called The Truth and Reconciliation

6  Committee or Group.  It's a group, like a forum for people who

7  have been hurt or damaged by the war to come in and air their

8  grievances in front of the committee.  That committee can award

9  damages as well.  You will hear the outcome of this case may

10  mean financial -- it may mean money coming to the people

11  accusing Mr. Emmanuel of a crime in this case.

12          Now, only out of the type of hatred, history of hatred

13  and history of war that comes from Liberia and Sierra Leone do

14  you get the type of tales that you are going to hear in this

15  case, the stuff that movies are made of.

16          You will hear about people's heads being cut off and

17  displayed on posts, of people's heads being cut from back to

18  front.  You will hear about electrocution of genitals and

19  cutting of genitals, electrocution of a rectum, very, very

20  horrible things.  But, ladies and gentlemen, these are just

21  stories.  These are just words, and you have taken an oath to

22  listen to this evidence critically and to weed through some of

23  these horrible accusations to make sure you get, you find the

24  truth and the right answer.

25          Now, along with these tales, you will have very little

1   physical evidence.   It will be he-said-she-said and that's

2   about it.   Some evidence you will have are medical pictures

3   taken years after the alleged acts in this case of some of the

4   people accusing Mr. Emmanuel.

5          Now, you're going to have pictures and these men are

6   going to have marks on their body and when these men come in

7   and testify, you will maybe see them cry or get very emotional.

8   I'm sure all of them have had very terrible things happen to

9   them in their lives and I'm sure this is going to be very

10  emotional for all of them   Some of them may have been tortured

11  at the hands of others.   They may have seen what happened to

12  somebody else.   They may have heard about it.   I'm sure it may

13  strike a nerve within them   But, ladies and gentlemen, you

14  will have to determine three things about the marks on these

15  men's bodies.   First, how did these marks get there?   What

16  caused these marks?   Second, were these marks torture, the

17  result of torture, and third and most importantly, who was

18  responsible for those marks if they were torture, Mr. Emmanuel

19  or somebody else?

20         Other evidence that you'll hear in this case.   You

21  will hear that Mr. Emmanuel was arrested about two and a half

22  years ago, March 30th, 2006 at Miami International Airport.   He

23  voluntarily spoke to agents that day and adamantly denied ever

24  torturing anybody.   He said "I never did any of that."

25         Now, you will hear some of the things he purportedly

1    said.   The Government will offer them as admissions.   They'll

2    try to weave them into their case to corroborate the

3    he-said-she-said story from the stand.

4            What you'll find out about the so-called admissions,

5    they were never recorded.   This is the Federal agents at the

6    Miami International Airport, they do not record what was said.

7    They do not have Mr. Emmanuel write out in his own hand what

8    his statements are.   They don't even write it out for him and

9    have Mr. Emmanuel sign it himself.

10           You are going to be relying on what the agents tell

11   you happened two and a half years ago to the extent they offer

12   any of that evidence.

13           Ladies and gentlemen, that's going to roughly be the

14   Government's case.   When it's all said and done, you will see

15   they have not met their burden, that their case leaves you

16   wanting more, more physical evidence, more evidence in general,

17   and you will find they have not met their burden, and because

18   the Government has the burden of proof in this case, myself,

19   Mr. Caridad, Mr. Emmanuel we could sit there and play chess

20   this whole time and see if the Government meets their burden.

21           Ladies and gentlemen, we're not going to do that.

22   We're not going to be sitting over there playing chess.   We're

23   going to prove to you Mr. Emmanuel did not do these things and

24   we're going to put on evidence.

25           That evidence is going to start with the bridge.

**September 29, 2008**

1   You've heard about St. Paul River Bridge.  The allegations are

2   the men were fleeing from the north of Liberia.  The men were

3   picked out of a group of suspected rebels and shot, a number of

4   men --  it was unclear whether it was three or four men because

5   the witnesses in this case are changing their story, but three

6   or four men where are shot, beheaded and their heads displayed.

7   You are going to hear witnesses that are going to say that that

8   never happened.

9           Let's take a look at the bridge briefly, just a little

10  clip of some video of the bridge in this area.

11                      [Videotape played.]

12          MR. WYLIE:  The last thing you saw was the checkpoint

13  about 200 or so yards down from the bridge.

14          We're going to bring in witnesses to testify to you,

15  ladies and gentlemen of the jury, from all walks of life who do

16  not have any stake in the outcome of this case, do not have any

17  biases or motive to lie who are going to tell you "I live and

18      work right there in that checkpoint and I didn't see any

19      heads displayed, anybody beaten.  I would have seen it.  I

20      would have heard about it.  I was there in April of '99

21      when they say this happened.  I was there every day, but it

22      didn't happen."

23          You are going to hear that from their own mouths.

24  They're going to come in and tell you, ladies and gentlemen.

25          Now, according to the Government witnesses, they were

1    later taken from this bridge area, which is in the northern

2    part of Liberia, down a little further south, down the road to

3    a place called, a police station called Gbarnga, G-b-a-r-n-g-a.

4    The G is not pronounced.

5            Let's take a look at a little bit of video of the

6    police station.

7                    [Videotape played.]

8            MR. WYLIE:  That's the city of Gbarnga and the police

9    station.  You will see like the bridge, this is a very open

10   area.  You can see what's going on in the area and you'll hear

11   the people that worked in this area and were there when the

12   allegations supposedly happened, that know Gbarnga and this

13   police station, well, they'll say they never saw the Government

14   witnesses accusing Mr. Emmanuel there.  They never saw them

15   beaten there and that the allegations that they claim never

16   happened at least while they were there when they say it

17   happened, and then, ladies and gentlemen, you're going to hear

18   witnesses regarding the Anti-Terrorist Unit training base, the

19   Gbatala.  That base was created in 1988.  Mr. Emmanuel, along

20   with other people, created the base and had the idea for a very

21   disciplined elite special forces-type small para-military group

22   to protect the President and this base was created to train

23   these men.

24           You'll hear at times Mr. Emmanuel had a commanding

25   position over it.  At times he did not.  Some witnesses will

1    say they saw him as a commander.   Other times a man named Momo

2    Jibbah was the commander.   He lived in Monrovia, the capital

3    city, and the man that ran it day by day was a man named David

4    Compari.

5            You saw pictures regarding these holes.   Keep in mind,

6    this is Liberia during a war.   The infra-structure is virtually

7    non-existent.   Construction costs are very high.   To build a

8    jail is expensive.   The common practice is to dig a hole and to

9    put somebody in there, but you'll hear these holes were not

10   used for prisoners of war.   This was a training base.   They

11   didn't bring prisoners of war.   These holes were not used for

12   civilians.   Again, this was a training base for the

13   Anti-Terrorist Unit.   These holes were to discipline their own

14   soldiers.   Soldiers that had gone AWOL, soldiers who violated

15   rules were put in there for a day or two or maybe longer to

16   learn a lesson.

17           You'll here the atrocities of people accusing

18   Mr. Emmanuel of these crimes say happened on these dates didn't

19   happen.   You'll hear witnesses.   There were soldiers there who

20   will tell you "I was there.   I didn't see any of this.   I

21     didn't see these people on this base."

22           You will hear there were civilians working on the base

23   that didn't see any of this.   You'll hear there were foreign

24   trainers, people brought in from outside of Liberia to teach

25   these men discipline and how to be a soldier that were there

1    and they never reported any of these atrocities.   They won't

2    come here and tell you that they've seen this stuff happen on

3    the base because it didn't happen, ladies and gentlemen, and

4    we'll have witnesses to show you that.

5           That will be our case, ladies and gentlemen.   When the

6    evidence is all closed and when it's all said and done, you

7    will have only one verdict that you can reach, not guilty.

8           The Government is asking you to take yourself back in

9    time on the other side of the world, drop yourself in the

10   middle of a war and determine if these acts actually happened.

11   That's impossible, ladies and gentlemen, certainly to the

12   standard this Court demands, beyond all reasonable doubt, and

13   you will have only one choice and that choice is to find

14   Mr. Emmanuel not guilty of all counts.

15          Thank you very much for your time.

16          THE COURT:   Ladies and gentlemen, because transcripts

17   will not be available, you are permitted to take notes during

18   the trial if you want to do so, and the Court security officer

19   will at this time provide you with notebooks and pens.

20          On the other hand, of course, you are not required to

21   take notes if you do not want to.   That will be left up to you

22   required.

23          If you do decide to take notes, please be careful not

24   to get so involved in notetaking that you become distracted

25   from the ongoing proceedings.   Don't try to summarize all of

**September 29, 2008**

## Davis - Direct

1  the testimony.   Instead, limit your notetaking to specific

2  items of information that might be difficult to remember later

3  such as dates, times, measurements, amounts or identities and

4  relationships.   But remember, you must decide upon the

5  credibility or believability of each witness and you must,

6  therefore, observe the demeanor and the appearance of each

7  witness while testifying.   Notetaking must not distract you

8  from that task.

9         Also, your notes should be used only as aids to your

10 memory and whether you take notes or not, you should rely upon

11 your own independent recollection or memory of what the

12 testimony was and you should not be unduly influenced by the

13 notes of other jurors.   Notes are not entitled to any greater

14 weight than the recollection or impression of each juror as to

15 what the testimony was.

16        The Government's first witness, please.

17        MS. ROCHLIN:   Your Honor, the United States calls Pete

18 Davis.

19

20        PETE DAVIS, GOVERNMENT'S WITNESS, SWORN

21              DIRECT EXAMINATION

22 [Beginning at 10:36 a.m.]

23 BY MS. ROCHLIN:

24 Q.   Mr. Davis, please tell us what you do for a living.

25 A.   I'm the Liberian Desk Officer at the U.S. Department of

## Davis - Direct

1  State.

2  Q.  Where exactly do you work now in the Department of State?

3  A.  In the Bureau of African Affairs.

4  Q.  In what city?

5  A.  Washington, D.C.

6  Q.  Mr. Davis, how long have you been the Liberian Desk Officer

7  at the State Department?

8  A.  Since January, 2006.

9  Q.  And can you tell us a little bit about your educational

10 background?

11 A.  I have a Bachelor's in history with a concentration in

12 Third World Studies from the University of Rochester in New

13 York.  I have a Master's Degree in International Relations from

14 Johns Hopkins.

15 Q.  How did you get to become the Desk Officer for Liberia for

16 the Department of State, Mr. Davis?

17 A.  I was accepted into the job through a fellowship called the

18 Presidential Management Fellowship, which is a competitive

19 program that Master's Degree graduates compete for and there

20 are -- the State Department uses that program as a recruiting

21 tool to bring in qualified applicants for the Desk Officer

22 jobs.

23 Q.  And you were selected for your position through that

24 program?

25 A.  I was initially selected for a different Desk Officer

**September 29, 2008**

## Davis - Direct

1  position but in the same office.  I worked in the office of

2  West African Affairs, but I covered countries, Senegal, Gambia,

3  Guinea.  I have worked at Côte D'Ivoire, Sierra Leone and

4  Sudan.  I have covered a number of different countries in that

5  office, but starting in January, 2006, I was promoted into the

6  Liberia job when that position became vacant.  The gentleman

7  who was working there moved to a different position and it was

8  a promotion for me to go to the Liberia Desk because it's

9  considered to be more high profile, a more difficult account.

10 Q.   Mr. Davis, explain to us what exactly it is that the Desk

11 Officer for Liberia does.

12 A.   In a general sense, I manage the relationship between the

13 United States and Liberia.  I'm the, what you could call the

14 first line of managers on that relationship.  There's,

15 obviously, people above me who have an interest in Liberia.

16 The Secretary of State and the President of the U.S. have been

17 to Liberia.  They take an active interest.

18         My job is to keep track of everything that happens in

19 Liberia and to know when there are any issues that may require

20 the attention of the people who I work for, the Secretary of

21 State and the President.  And, so, I have to be aware of and

22 keep track of everything that's happening in that country.

23 Q.   Mr. Davis, in your line of work and in your current

24 position, how important is it for you to be familiar with basic

25 facts relating to the country of Liberia?

**September 29, 2008**

## Davis - Direct

1   A.   That's essential to me doing my work.

2   Q.   Mr. Davis, have you, yourself, ever been to Liberia?

3   A.   Yes, I have been there three times.   I was there in

4   December, 2005 immediately before taking the position as Desk

5   Officer.   I happened to be traveling in the region and my

6   supervisors were planning to have me take over the job, so they

7   asked me to do an initial visit.

8        I repeated the visit in March of 2007 to follow up and

9   make more contacts and visit the country.   I went again in

10  April of this year to do another visit and keep in touch with

11  what's happening there.

12  Q.   Mr. Davis, tell us, please, as a result of the work that

13  you do and as a result of your travel to Liberia, are you

14  familiar with its geography?

15  A.   Yes.

16       MS. ROCHLIN:   Your Honor, at this time I would request

17  the Court's permission to bring up for identification purposes

18  Government's Exhibit Map Number 1 on the screen for the

19  witness.

20       [Government Exhibit May 1 marked for identification at

21  10:42 a.m]

22       THE COURT:   You may.

23  BY MS. ROCHLIN:

24  Q.   Mr. Davis, do you see a document on the screen in front of

25  you at this time?

## Davis - Direct

1   A.   Yes, I do.

2   Q.   If you would refer to that as Government's Exhibit Map

3   Number 1.   Do you recognize what that exhibit shows?

4   A.   It's a world map.

5   Q.   And does this particular world map show the location of

6   Liberia in the world?

7   A.   Yes.   The position of Liberia is highlighted.   It shows

8   Liberia to be on the west coast of Africa and it's highlighted

9   in pink.

10  Q.   Based on your experience and based on your own knowledge,

11  does this map fairly and accurately depict where Liberia is

12  located in the world?

13  A.   Yes.

14          MS. ROCHLIN:   Your Honor, at this time the United

15  States would move for the admission of Map Number 1 into

16  evidence.

17          MR. CARIDAD:   I have no objection.

18          THE COURT:   Admitted.

19  [Government Exhibit Map 1 received in evidence at 10:43 a.m]

20          MS. ROCHLIN:   We would move to publish, Your Honor.

21          THE COURT:   You may.

22          MS. ROCHLIN:   May I approach the witness, Your Honor?

23          THE COURT:   You may.

24  BY MS. ROCHLIN:

25  Q.   Mr. Davis, as a matter of housekeeping, I am showing you

**September 29, 2008**

## Davis - Direct

1    now what we've also marked for identification as Government's

2    Exhibit Map Number 1.   Can you tell us please is this board a

3    copy of the document appearing on your screen?

4    A.   Yes, it's the same.

5    Q.   The same thing?

6    A.   Aha.

7              MS. ROCHLIN:   And, Your Honor, with the Court's

8    permission, for purposes of identification by the witness, I

9    would ask for Map Number 2 to be brought up on the screen for

10   the witness.

11             THE COURT:   You may.

12    [Government Exhibit Map 2 marked for identification at 10:44

13                            a.m]

14   BY MS. ROCHLIN:

15   Q.   Mr. Davis, do you recognize what now appears on the screen

16   in front of you?

17   A.   Yes, it is a map of Africa.

18   Q.   And in this map, is the rest of the world shown or simply

19   the continent of Africa?

20   A.   No, simply the continent of Africa.

21   Q.   And are you able to recognize on this map where Liberia is

22   located?

23   A.   Yes.   Liberia is highlighted in dark green.

24   Q.   Mr. Davis, again, based on your knowledge and your

25   experience, does this map accurately depict the continent of

**September 29, 2008**

## Davis - Direct

1  Africa and the location of the country of Liberia?

2  A.  Yes, it does.

3         MS. ROCHLIN:  Your Honor, at this time the United

4  States would move for the admission of Government's Exhibit Map

5  2.

6         MR. CARIDAD:  No objection.

7         THE COURT:  Admitted.

8         MS. ROCHLIN:  And we would move to publish.

9         THE COURT:  You may.

10    [Government Exhibit 2 received in evidence at 10:45 a.m]

11         MS. ROCHLIN:  May I again approach the witness, Your

12  Honor?

13         THE COURT:  You may.

14  BY MS. ROCHLIN:

15  Q.  Mr. Davis, I am showing you now what is also marked for

16  identification as Government's Exhibit Map Number 2, and for

17  housekeeping purposes, would you tell us whether or not this

18  board is the same as what appears on the screen?

19  A.  Yes, it is.

20         MS. ROCHLIN:  With the Court's permission, I would ask

21  for purposes of the witness' identification Government's

22  Exhibit Map Number 3 be brought up on the screen for the

23  witness.

24         THE COURT:  You may.

25   [Government Exhibit Map 3 marked for identification at 10:46

**September 29, 2008**

## Davis - Direct

1                                a.m]

2  BY MS. ROCHLIN:

3  Q.   Mr. Davis, do you recognize what appears on your screen at

4  this moment?

5  A.   Yes.   It's a map showing a portion of West Africa.

6  Q.   And does this map show the portion of West Africa,

7  including Liberia?

8  A.   Yes, it does.

9  Q.   Does it also show those countries which border Liberia?

10  A.   Yes, it shows Freeport to the north and west -- I'm

11  sorry -- Sierra Leone to the north and west.   It shows Guinea

12  to the north and the Ivory Coast or Côte D'Ivoire to the east.

13  Q.   Based on your experience and your knowledge, does this map

14  accurately depict the region, including Liberia and the

15  countries which border it?

16  A.   Yes, it does.

17          MS. ROCHLIN:   At this time, Your Honor, the United

18  States moves for the admission of Map Number 3.

19          MR. CARIDAD:   No objection.

20          THE COURT:   Admitted.

21      [Government Exhibit Map 3 received in evidence].

22          MS. ROCHLIN:   Your Honor, with the Court's permission,

23  the Government would ask to have Map Number 4 brought up on the

24  screen for the witness.

25      [Government Exhibit Map 4 marked for identification at

September 29, 2008

**Davis - Direct**

1   10:47 a.m]

2           THE COURT:   You may.

3   BY MS. ROCHLIN:

4   Q.   Mr. Davis, do you recognize what now appears on your

5   screen?

6   A.   Yes, it's a map of Liberia.

7   Q.   Can you explain what this map of Liberia displays?

8   A.   It shows all of Liberia.   It shows the 15 counties of

9   Liberia and the bordering countries.

10  Q.   Does it show those bordering countries in their entirety or

11  portions of those countries?

12  A.   Only portions of those countries.

13  Q.   And, Mr. Davis, on this map, does it fairly and accurately

14  show the country of Liberia, its counties and the areas

15  surrounding the country of Liberia?

16  A.   Yes, it does.

17          MS. ROCHLIN:   Your Honor, at this time the United

18  States would move for the admission of map number 4.

19          THE COURT:   Admitted.

20  [Government Exhibit Map 4 received in evidence at 10:48 a.m]

21          MR. CARIDAD:   No objection.

22          THE COURT:   We would move to publish.

23          THE COURT:   You may.

24  BY MS. ROCHLIN:

25  Q.   Mr. Davis, what's the capital of Liberia?

**September 29, 2008**

## Davis - Direct

1  A.   The capital of Liberia is Monrovia.

2  Q.   And on the map now appearing on your screen, can you

3  indicate where Monrovia, the capital, is located?

4  A.   The capital is located along the coast, about a third of

5  the day down from where the west -- going from west to east.   I

6  don't know if I can indicate.

7         Oh, yes.

8  Q.   What you just circled on the map is the location of

9  Monrovia?

10  A.   Yes, that's Monrovia.

11  Q.   And are you able to show us where Liberia borders the

12  country of Sierra Leone?

13  A.   Yes.   The Sierra Leone border is right there where I've

14  indicated.

15  Q.   Are you able to show us where Liberia borders the country

16  of Guinea?

17  A.   Yes.   Liberia borders Guinea to the north.

18  Q.   And can you show us where Liberia borders Côte d'Ivoire or

19  the Ivory Coast?

20  A.   (Indicating.)

21  Q.   Mr. Davis, on the map appearing on your screen, are you

22  able to locate Lofa County?

23  A.   Yes.   Lofa County is in the north of Liberia, and I'll

24  circle it.

25  Q.   And within Lofa County, are you able to locate a city

**September 29, 2008**

## Davis - Direct

1  called Voinjama?

2  A.   Yes.   Voinjama is to the north, the northern side of Lofa

3  County near the border with Guinea.   I'll circle it.

4  Q.   Moving south on the map, are you able to locate either the

5  St. Paul River Bridge or an area known as Gbalatuah?

6  A.   Yes, I will circle it.

7  Q.   And moving somewhat further south, are you able to locate a

8  town known as Gbatala?

9  A.   Yes, it's in Bong County.   I'll circle it.

10 Q.   Moving roughly south and west, can you indicate a location

11 of a place called Klay?

12 A.   Yes.   Klay is in Bong County.   I'll circle it.

13           MS. ROCHLIN:   Your Honor, at this time, for

14 identification, the Government would bring up map number 5 on

15 the screen for the witness.

16  [Government Exhibit May 5 marked for identification at 10:50

17                            a.m]

18           MS. ROCHLIN:   Your Honor, if you will bear with me, I

19 need to find the function that clears the mark on the screen.

20           Your Honor, I knew this moment would come.   I am stuck

21 with the technology.

22      MS. HECK-MILLER:   May I?

23           THE COURT:   I was going to give the jury a morning

24 recess.   Might this be a good time?

25           MS. ROCHLIN:   It's entirely up to you, Your Honor.

**September 29, 2008**

## Davis - Direct

1  Whatever is convenient.  We've managed to clear the screen.

2          THE COURT:  All right.

3          Ladies and gentlemen, we'll take a 10 minute recess.

4  Please do not discuss the case.

5          [The jury leaves the courtroom at 10:53 a.m.]

6          THE COURT:  All right.  We'll take 10 minutes.

7          [There was a short recess at 10:53 a.m.]

8          THE COURT:  Please bring them in.

9          [The jury returns to the courtroom at 11:01 a.m.]

10          THE COURT:  Everyone please be seated.

11          Please proceed.

12  BY MS. ROCHLIN:

13  Q.   Mr. Davis, before the recess, I was going to ask you about

14  a map.  Does that map now appear on your screen?

15  A.   Yes, it does.

16  Q.   Is the map now clear of any marks or indications on it?

17  A.   Yes.

18  Q.   Do you recognize what that map depicts?

19  A.   It depicts downtown Monrovia.

20  Q.   Does the map itself accurately show the layout of downtown

21  Monrovia?

22  A.   Yes, it does.

23  Q.   Does the map show all of Monrovia or a portion of Monrovia?

24  A.   Just a portion.  Just the downtown part of Monrovia.

25  Q.   And are there areas on the map which are highlighted by

**September 29, 2008**

## Davis - Direct

1   arrows?

2   A.   Yes.

3   Q.   Let me ask about the first arrow moving from the left side

4   of the map to the right side of the map.   What area does that

5   arrow highlight?

6   A.   It highlights the Barclay Training Center.

7   Q.   Are you familiar with what the Barclay Training Center is?

8   A.   Yes.

9   Q.   What is it?

10  A.   It's a facility used by the armed forces of Liberia.

11  Q.   When you refer to the armed forces of Liberia, what are you

12  referring to?

13  A.   Liberia's national army.

14  Q.   Is the armed forces of Liberia also known simply as the

15  AFL, in your experience?

16  A.   Yes.

17  Q.   On the map appearing on your screen, does it accurately

18  reflect where the Barclay Training Center is located?

19  A.   Yes, it does.

20  Q.   Does the map, with respect to that location, contain an

21  insert?

22  A.   Yes, it appears to show a photograph.

23  Q.   And does that particular photograph, to the best of your

24  knowledge, accurately reflect the appearance of the Barclay

25  Training Center?

**September 29, 2008**

## Davis - Direct

1   A.   Yes, it does.

2   Q.   Moving towards the right of the map, is another location

3   highlighted?

4   A.   Yes.   The Executive Mansion is highlighted.

5   Q.   Does the map accurately reflect the location of the

6   Executive Mansion?

7   A.   Yes.

8   Q.   Is there another inset on the map with respect to the

9   highlighted area?

10  A.   Yes.

11  Q.   Does that photograph accurately reflect the appearance of

12  the Executive Mansion?

13  A.   Yes.

14          MS. ROCHLIN:   Your Honor, at this time the United

15  States would move for the admission of map number 5.

16          MR. CARIDAD:   No objection.

17          THE COURT:   Admitted.

18          MS. ROCHLIN:   The United States would move to publish.

19          THE COURT:   You may.

20   [Government Exhibit Map 5 received in evidence at 11:05 a.m]

21  BY MS. ROCHLIN:

22  Q.   Mr. Davis, what kind of government does the country of

23  Liberia have?

24  A.   Liberia has a democracy, constitutional democracy or

25  republic.

September 29, 2008

## Davis - Direct

1    Q.   How long has Liberia been a republic or constitutional

2    democracy?

3            MR. CARIDAD:   Your Honor, I object.   Beyond this

4    witness's knowledge.

5            THE COURT:   Overruled.

6    A.   Liberia has been a republic since 1947.

7    Q.   Mr. Davis, directing your attention to the time period

8    between 1999 and 2003, during that time was Liberia a republic

9    or constitutional democracy?

10           MR. CARIDAD:   Objection, Your Honor.   Calls for expert

11   opinion.   Lack of knowledge.   Lack of personal knowledge.

12   A.   Yes.   From 1999 through 2003, Liberia was a constitutional

13   republic.

14   Q.   Are you familiar with the structure of the Liberian

15   government?

16   A.   Yes, I am

17   Q.   Could you give us the basics of the national structure of

18   government?

19           MR. CARIDAD:   Your Honor, as to what time, please?

20   Relevance.

21           MS. ROCHLIN:   Your Honor, I'll direct the witness to

22   1999 through 2003.

23           MR. CARIDAD:   No foundation for this witness's

24   testimony.

25   A.   The structure of the Liberian government as it is today is

**September 29, 2008**

## Davis - Direct

1  very similar to the United States' government.  It's modeled

2  after ours.

3          There is a President.  There's a legislature and

4  independent judiciary.  The legislature has an upper and lower

5  house called the Senate and House of Representatives.

6  Q.   Is there in Liberia a Liberian equivalent to the White

7  House?

8  A.   Yes.

9  Q.   What is that called?

10  A.   The Executive Mansion.

11  Q.   Is what appears on Government's Exhibit 5 labeled the

12  Executive Mansion, is that what you're referring to?

13  A.   Yes.

14  Q.   Mr. Davis, from the time period of 1999 to 2003, who was

15  the President of Liberia?

16  A.   During that period the President of Liberia was Charles

17  Taylor.

18  Q.   Can you tell us where did Charles Taylor live when he was

19  President of Liberia?

20          MR. CARIDAD:   Your Honor, beyond the scope of this

21  witness's knowledge.

22          MS. ROCHLIN:   803(2), Your Honor, and I believe the

23  United States has laid the appropriate foundation based on his

24  employment.

25          THE COURT:   Overruled.

**September 29, 2008**

## Davis - Direct

1  A.   The President of Liberia lives and works, just like in our

2  country, at the Executive Mansion, which is the White House

3  equivalent.

4  Q.   And, Mr. Davis, specifically with respect to Charles

5  Taylor, can you tell us whether he resided at the Executive

6  Mansion when he was President or was there some other location

7  where he lived?

8        MR. CARIDAD:   Same objection, Your Honor.   It's

9  opinion testimony.

10        THE COURT:   Overruled.

11  A.   President Taylor maintains, in addition to the Executive

12  Mansion, President Taylor maintains a residence in Monrovia.

13  It was called Whiteflower.

14  Q.   Mr. Davis, during your travels to Monrovia or -- excuse

15  me -- during your travels to Liberia, did you spend time in the

16  capital, Monrovia?

17  A.   Yes.

18  Q.   And with your own eyes, have you personally seen

19  Whiteflower?

20  A.   Yes, I have.

21  Q.   Mr. Davis, does Liberia have a constitution?

22  A.   Yes, it does.

23  Q.   How long has that constitution -- how long has the current

24  constitution been in existence?

25  A.   The current constitution has been in existence since 1985.

**September 29, 2008**

## Davis - Direct

1   Q.   And can you tell us a little bit about the origin of that

2   constitution?

3   A.   The 1985 constitution was, was drafted under the, and

4   enacted under the rule of then President Samuel Doe.

5   Q.   Mr. Davis, with respect to the legislative portion, or

6   actually all branches of the Liberian government, can you tell

7   us whether or not political parties exist?

8   A.   Yes, they do.

9   Q.   And is there more than one political party in the country

10  of Liberia?

11  A.   Yes.

12         MR. CARIDAD:   Can we have a time reference as to when

13  this --

14         MS. ROCHLIN:   I'm coming to that, Your Honor.

15         THE COURT:   All right.

16  A.   Yes, there are a number of political parties in Liberia.

17  Q.   Let me ask you now about the time period from 1999 to 2003.

18  During that time was there more than one political party in

19  existence in the country of Liberia?

20  A.   Yes.

21  Q.   Are you able to tell us the names of some of those

22  political parties?

23  A.   Sure.

24         The ruling political party during Charles Taylor's

25  period was called the National Patriotic Party or NPP.   Other

**September 29, 2008**

## Davis - Direct

1   parties in existence included the Unity Party or UP, Liberty

2   Party or LP.   There were several other ones.   Those were the

3   big ones.

4   Q.   With respect to the Unity Party, what can you tell us about

5   the Unity Party regarding its origin?

6   A.   The Unity Party was created in 1984.   Edwards Vinyah

7   Kesselley.   Its initial intent was to compete in the 1985

8   presidential and legislative elections in Liberia.

9   Q.   For the benefit of the court reporter, can you spell the

10  name of the individual who created the Unity Party?

11  A.   It's Edward V-i-n-y-a-h.   Last name, K-e-s-s-e-l-l-e-y.

12  I'm not 100 percent sure of the spelling of Kesselley, but it's

13  something like that.

14  Q.   After the 1985 election, did the Unity Party continue to

15  exist?

16  A.   Yes.

17  Q.   An what, if anything, can you tell us about the goals of

18  the Unity Party?

19          MR. CARIDAD:   Judge, this is opinion testimony.   We

20  have not been notified of this testimony, expert opinion

21  testimony.

22          THE COURT:   Overruled.

23  A.   The goals of the Unity Party were to gain seats in the

24  legislature and to win the Presidential election.

25  Q.   What, if any, history of violence did the Unity Party have?

**September 29, 2008**

**Davis - Direct**

1   A.   None that I am aware of.

2            MR. CARIDAD:   Your Honor, this is mere speculation.

3            THE COURT:   It's not opinion testimony.   It's --

4   please approach.

**September 29, 2008**

## Davis - Direct

1              [Proceedings at sidebar follow]:

2              THE COURT:   It's sort of a professor giving an opinion

3    of the country.

4              MR. CARIDAD:   It's opinion testimony.   He saw none of

5    this.

6              THE COURT:   It's no different than a professor who

7    teaches about the country of Liberia.

8              MR. CARIDAD:   If you want to bring him in -- we

9    notified them about a year ago we had an expert historian who

10   would testify about such matters.   This man is testifying to

11   things he didn't see with his own eyes, what he heard.   They

12   never notified us.

13             The history of the country is covered by expert

14   testimony.   It's either expert testimony or lay opinion.   Lay

15   opinion is what he saw with his own eyes.   This man is telling

16   us things he must have read about or heard about and that is

17   expert opinion.

18             If there's another rule of evidence that I have ever

19   seen that would allow this man to testify about such things, I

20   would like the Government to point me to it.

21             MS. ROCHLIN:   Your Honor, the Government's response is

22   twofold.   First of all, we are not eliciting expert testimony

23   from this witness, as you've recognized.   We're not calling for

24   opinions.   We're calling for actual answers to questions which

25   are not scientific, technical, complex or really calling for

**September 29, 2008**

## Davis - Direct

1   specialized knowledge.  These are facts probably that any

2   Liberian school child could recite up until this point.

3            As for the fact that the witness has gained knowledge

4   of certain historical facts, as the Government previously

5   briefed in response to a prior motion from defense counsel,

6   this area is covered through Federal Rule of Evidence 803(20).

7   Historical facts of significance to the community, the state or

8   nation in question may be elicited and that's all that we're

9   doing.

10           MR. CARIDAD:   803(20) talks about reputation in a

11  community arising from the controversy as to the boundaries of

12  or customs affecting the lands in the community, general

13  history of the state or nation in which located.

14           What does that mean?  They're having this man testify

15  about whether the Unity Party has a history of violence.   How

16  can that possibly come into evidence under any of these rules?

17           Rufus Kpadeh had the Unity Party card on his person.

18  They want to give the impression -- right or wrong -- that

19  party is nonviolent and, therefore, Mr. Kpadeh was nonviolent

20  and, therefore, Mr. Kpadeh was not doing anything to this

21  government to cause him to be imprisoned the way he was.

22           That testimony, the Unity Party in his opinion does

23  not have a reputation for violence, is rank hearsay.  They have

24  got to bring somebody in who is an expert in the Unity Party to

25  say such a thing.  This man has not been qualified as an

**September 29, 2008**

## Davis - Direct

1    expert.   He has not been noticed as an expert.

2             THE COURT:   The problem is hearsay is an out of court

3    statement proffered for its truth.   He is, basically, giving us

4    an overview of certain aspects of this testimony.   It's not

5    expert testimony.   I suppose you could probably do the same.

6    Anyone can open Wikipedia and read about the country's

7    particulars.   I don't see it's expert testimony and I similarly

8    don't see it as hearsay.

9             MR. CARIDAD:   My last point:   How does he come by this

10   information?   How does he come by it?   Someone told him or he

11   read it, which is the same thing.   He read the Unity Party

12   doesn't have a history of violence.   How else could he possibly

13   come across that information?

14            He's making an out-of-court statement someone has said

15   to him -- if someone said to him "Chuckie Taylor tortured three

16      people," it would be hearsay.   How is that any different,

17        "The Unity Party doesn't have a history of violence"?

18            THE COURT:   The objection is it's inferential hearsay.

19            MS. ROCHLIN:   There's an exception that covers it.

20   Otherwise, no party in any case could ever offer any historical

21   background or context.   History is history precisely because it

22   happened when you and I were not along to see it.

23            The theory behind the rule is that as to certain facts

24   of historical significance, which are also part of generalized

25   knowledge, it is unlikely that the community is going to err

**September 29, 2008**

## Davis - Direct

1  with respect to these facts, which is why the witness is

2  properly able to testify to basic facts like Liberia has a

3  history, it has a constitution, it has parties which behave in

4  certain ways.

5           THE COURT:   Overruled.

6           Thank you

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**September 29, 2008**

## Davis - Direct

1                    [Proceedings in open court follow]:

2                    MS. ROCHLIN:   May I proceed?

3                    THE COURT:   You may.

4    BY MS. ROCHLIN:

5    Q.   Mr. Davis, please tell us whether or not the Unity Party

6    had any history of violence?

7    A.   It did not, not that I am aware of.

8    Q.   And please tell us whether or not the Unity Party had any

9    kind of military wing?

10   A.   No.

11   Q.   Mr. Davis, directing your attention to the Executive Branch

12   of the Liberian government, I believe you had already

13   referenced the AFL or Armed Forces of Liberia.   Is that

14   correct?

15   A.   Yes.

16   Q.   Can you tell us whether or not during the time frame of

17   1999 to 2003 the Liberian government had other armed security

18   services?

19   A.   Yes, it did.

20                   MR. CARIDAD:   Judge, again, opinion testimony.

21                   THE COURT:   Overruled.

22   A.   Yes, it did.

23   Q.   Can you identify for us what those other armed security

24   services were within that time frame?

25   A.   Yes.

**September 29, 2008**

## Davis - Cross

1           The other armed security services included the Liberia

2    National Police or LNP, the Special Security Service or SSS

3    which was the VIP protection service, the Anti-Terrorist Unit

4    or ATU, and there were several others.  One I believe was the

5    Special Operations Division, SOD.

6    Q.   Mr. Davis, what is the official language of Liberia?

7    A.   English.

8    Q.   And can you tell us briefly what, if any, historical ties

9    Liberia has with the United States?

10   A.   Liberia has strong historical ties to the United States.

11   It was founded by free African Americans and freed slaves who

12   resettled in Liberia beginning in the 1820s.

13           MS. ROCHLIN:   Your Honor, if I could have one moment?

14           At this time, Your Honor, the United States would

15   tender Mr. Davis for cross-examination.

16                       CROSS EXAMINATION

17   [Beginning at 11:20 a.m., 9/29/08.]

18   BY MR. CARIDAD:

19   Q.   Mr. Davis, you said you traveled to Liberia first in

20   December of 2005?

21   A.   Yes, sir.

22   Q.   How long did you stay?

23   A.   Approximately one week.

24   Q.   Did you travel throughout the country or did you stay in

25   Monrovia?

**September 29, 2008**

## Davis - Cross

1   A.   I did not travel throughout the country.   Are you asking

2   specifically about the 2005 visit?

3   Q.   Yes.

4   A.   In the 2005 visit I went to Bong County.   In addition to

5   Monrovia, I went to Bong County and I believe I went to

6   Buchanan during that visit.

7   Q.   Is Buchanan a city or a county?

8   A.   That's a city.

9   Q.   How long were you there on your second trip in March of

10  2007?

11  A.   Again, approximately one week.

12  Q.   Did you leave Monrovia?

13  A.   Yes, I did.

14  Q.   Where did you go?

15  A.   During that visit I went to Tubmanburg, which is the county

16  seat of Bomi County and also went to Buchanan again.

17  Q.   Just this year in April, you also went to Liberia?

18  A.   Yes.

19  Q.   How long were you there?

20  A.   I was there for approximately one week.

21  Q.   And where did you go?

22  A.   I went to, in addition to Monrovia, I went to Bopulu,

23  B-o-p-u-l-u.

24  Q.   The total amount of time you have spent in the country of

25  Liberia is three weeks?

**September 29, 2008**

## Davis - Cross

1   A.   Yes, sir.

2   Q.   Everything you've the told us about, for example, that the

3   Unity Party does not have a history of violence, is because you

4   read it somewhere.   Right?   You were not a member of the Unity

5   Party?

6   A.   Right.   I am aware of those facts because of my position in

7   the State Department.

8   Q.   That position means you read it somewhere or someone has

9   told you?

10  A.   Correct.

11  Q.   You didn't live through the Unity Party.   Right?

12  A.   No, I didn't.

13  Q.   You're not a member of the Unity Party.   Right?

14  A.   No, I'm not.

15  Q.   You didn't observe any members of the Unity Party do

16  anything in Liberia?

17  A.   During what time period?

18  Q.   Any time at all.

19  A.   Yes, I've observed members of the Unity Party conducting

20  business and government in Liberia.

21  Q.   In what year?

22  A.   2005, 2007, and 2008.

23  Q.   The time frame of this Indictment is 1999 to 2003.   Do you

24  understand that?

25  A.   Yes, I do.

**September 29, 2008**

## Davis - Cross

1  Q.   During that time you didn't set one foot in Liberia.

2  Right?

3  A.   No, I did not.

4  Q.   While you were there in 2005 and 2007 and 2008, you were

5  able to, at least during those three weeks, notice the

6  condition of the country.   Right?

7  A.   Yes.

8  Q.   Is it fair to say there is no or very little, if any, no

9  electrical grid in that country?

10          MS. ROCHLIN:   Objection, Your Honor.   Beyond the scope

11  of direct.   Rule 611(b).

12          THE COURT:   Overruled.

13  A.   The electrical Grid is only now being reestablished since

14  the beginning of 2006.

15  Q.   Before 2006 if you wanted to have light in your house, you

16  had to have a generator.   If you wanted electricity, you had to

17  have a generator.   Correct?

18  A.   During what time period?

19  Q.   Any time before 2005.

20  A.   No, that's not correct.

21  Q.   When was there an electrical grid in the city?

22  A.   Before the Civil War.

23  Q.   You mentioned the Civil War.   When did the Civil War begin?

24  A.   That question is not easy to answer.   There are different

25  opinions about when civil conflict began in Liberia.

**September 29, 2008**

## Davis - Cross

1  Q.  Are you familiar with the State Department's web page on

2  Liberia?

3  A.  Yes, I am

4  Q.  Did you have anything to do with writing it?

5  A.  I wrote it myself.  I'm sorry.  With my colleagues.

6  Q.  Beginning 1989 to 1996, there was a Civil War in Liberia.

7  Correct?

8  A.  That's what that page says.

9  Q.  Okay.

10          Let's talk a little bit about the history of Liberia.

11  In 1980, there was a constitutionally elected President of

12  Liberia.  Correct?

13  A.  In 1980?

14  Q.  Yes.

15  A.  Yes, there was.

16  Q.  What was his name?

17  A.  His name was Richard Tolbert.

18  Q.  Tolbert.

19          In that same year -- are you sure about that?

20  A.  I think I have the first name wrong.  His last name was

21  Tolbert.

22  Q.  Do you want to look at the State Department web page?

23  A.  No, thank you.  I can tell you it was President Tolbert.

24  Q.  And then along came a person by the name of Samuel Doe.

25  Correct?

**September 29, 2008**

## Davis - Cross

1  A.   Correct.

2  Q.   Who was called, they called a master sergeant.

3  A.   Yes.

4  Q.   And he stages a coup against the President of the country

5  in 1980?

6  A.   Yes.

7  Q.   And he ruled, Samuel Doe ruled Liberia from the moment he

8  overthrew that government until 1989 when he, himself, was

9  killed.   Is that correct?

10  A.   No, that's not correct.

11  Q.   When was he killed?

12  A.   1990.

13  Q.   1990.

14         Now, after Samuel Doe was killed or shortly before,

15  Charles Taylor arrived in Liberia.   Is that correct?

16  A.   During what time period?

17  Q.   1989.

18  A.   Yes.

19  Q.   Okay.

20         There were other groups besides the Charles Taylor

21  group that wanted to get rid of Samuel Doe.   Is that a correct

22  statement of history?

23  A.   Yes.

24  Q.   It's also a correct statement of history that Charles

25  Taylor's group was fighting not only against Samuel Doe's

## September 29, 2008

## Davis - Cross

1  government, but other groups that wanted to take control of the

2  Government.  Is that correct?

3  A.  It's not so easy to indicate that.  I would need more

4  specific questions.

5  Q.  What was the name of Charles Taylor's group, by the way?

6  A.  NPFL, National Patriotic Front of Liberia.

7  Q.  Can you give us the name of any other groups also fighting

8  to get rid of Samuel Doe?

9  A.  In 1990, a splinter group formed called the Independent

10  NPFL.

11  Q.  Who was the head of that group?

12  A.  His name was Prince Johnson.

13  Q.  Now, we have the Doe government.  We have Prince Johnson's

14  group.  We have Charles Taylor's group.

15  A.  Yes.

16  Q.  Any other groups you can tell us about?

17  A.  No.

18  Q.  That Civil War you told us about which the State Department

19  says began in 1989 and ended, more or less, in 1996 -- is that

20  correct?

21  A.  No.

22  Q.  Okay.

23          Doesn't the State Department website page say from

24  1989 to 1996 there was a Civil War?

25  A.  It may say that, but to my understanding, the Civil War

**September 29, 2008**

## Davis - Cross

1  ended in 1997 when Charles Taylor took office as President of

2  Liberia.

3  Q.   Okay.

4        It extended one year longer than the web page here

5  says, up to 1997?

6  A.   Yes, although it could be that the peace agreement that led

7  to the elections was signed in 1996.

8  Q.   There was a lot of lives lost in Liberia during the Civil

9  War?

10  A.   Yes.

11  Q.   A lot of people were displaced into refugee camps?

12  A.   Yes.

13  Q.   And, basically, you could say the infra-structure of the

14  country, the buildings, the roads were heavily damaged?

15  A.   Yes.

16  Q.   Now, after Charles -- Charles Taylor was elected President

17  in 1997.   Is that correct?

18  A.   Yes.

19  Q.   As a matter of fact, Jimmy Carter was one of the observers

20  at that election.   Is that correct?

21  A.   I believe so.

22  Q.   From 1997 until 2003, Charles Taylor was the duly elected

23  President of the country of Liberia?

24  A.   Yes.

25  Q.   Now, when you visited Liberia for those three weeks, did

**September 29, 2008**

## Davis - Cross

1   you notice the condition of the country?

2   A.   Yes, I did.

3   Q.   Is it fair to say that even in 2005, 2007 and 2008 the

4   roads were in very poor condition?

5   A.   Yes.

6   Q.   And most people did not have electricity in their houses?

7   A.   Yes.

8   Q.   And that no house has indoor plumbing.  Is that right?

9   A.   I don't know if I would say that.  I would say very few

10  houses have indoor plumbing.

11  Q.   Less than 1 percent of the country?

12  A.   Perhaps.  A very small percentage.

13  Q.   And they don't have running water in their houses.  A large

14  majority of the people do not?

15  A.   Correct.  The public water system has been virtually

16  destroyed.

17  Q.   And unemployment is very high?

18  A.   Yes.

19  Q.   Life expectancy is very low?

20  A.   Yes.

21  Q.   Children die very young?

22  A.   Yes.  The under 5 mortality rate is high.

23  Q.   Schools are sometimes open, but mostly not available.  Is

24  that correct?

25  A.   Not exactly.  The Government, since 2006, has instituted a

**September 29, 2008**

## Davis - Cross

1  poles of 100 percent universal free education.   That's the

2  Government's poles today.   It's true that the educational

3  system is poorly resourced.

4  Q.   Medical care is not very good?

5  A.   Correct.

6  Q.   There's a lot of diseases in the country?

7  A.   Yes.

8  Q.   A lot of sexually transmitted diseases?

9  A.   I don't have great knowledge on that, but I would assume

10  so.   The HIV/AIDS rate is about average with respect to, in

11  comparison to other countries in the region.

12  Q.   Which is very high compared to ours in the United States.

13  Is that correct?

14          MS. ROCHLIN:   Objection as to relevancy.

15          THE COURT:   Overruled.

16  A.   I actually don't know what the rate of HIV prevalence is in

17  the United States.

18  Q.   What you are telling us about now the lack the conditions

19  in the country, the lack of health care, that's just what you

20  saw in 2005, 2007, 2008.

21  A.   Yes.

22  Q.   We can assume during the Liberian Civil War and its

23  aftermath, the conditions would have been worse.   Would that be

24  a safe assumption, after years of war?

25  A.   Yes.   The conditions today are beginning to improve, but

**September 29, 2008**

Davis - Cross

1  they are, more or less, what was left after the war.

2  Q.    Now, is it fair to say Liberia was founded by a group of

3  freed American slaves who were liberated traveling from the

4  United States to Liberia?

5  A.    Freed slaves and also free African-Americans.

6  Q.    Do you know when that was, what year that was?

7  A.    The initial journey and the initial founding of a

8  settlement was in the 1820s.

9  Q.    So tell me if I'm right.  There's a group of

10  African-Americans who left America to found a country for

11  themselves in Africa?

12  A.    Correct.

13  Q.    Okay.

14          And they landed in a place that eventually became

15  known as Liberia?

16  A.    Correct.

17  Q.    The name Liberia comes from liberty -- correct -- because

18  these slaves wanted to have their own place where they could be

19  free from discrimination in the United States.  Correct?

20  A.    That's correct.

21  Q.    So they traveled there and they land there, but they're not

22  alone.  Right?  There are other people living there?

23  A.    Yes.

24  Q.    As a matter of fact, there are numerous tribes living

25  there?

September 29, 2008

## Davis - Cross

1  A.   Yes.

2  Q.   How many tribes are in Liberia today?

3  A.   There are 16 ethnic groups in Liberia in addition to the

4  decendents of those initial settlers.

5  Q.   So there are the decendents of the initial settlers called

6  American Liberians?

7  A.   Yes.

8  Q.   They were descendents from the original persons who crossed

9  the ocean, kind of like a reverse Mayflower thing?

10  A.   Yes.

11  Q.   They're there and they have to live with and meet all these

12  16 tribes?

13  A.   Yes.

14  Q.   Can you give us some of the names of these tribes?

15  A.   Yes.   There are 16 of them   The largest ones are the

16  Bassa, the Kpelle, the Gola, the Kru.   Others include the

17  Mandingo, the Vai, the Krahn.   I can go on.   There are several

18  others.

19  Q.   There's 16?

20  A.   Correct.

21  Q.   Do they all speak their own language?

22  A.   Yes.

23  Q.   Do they all pretty much stay to themselves?

24  A.   No.

25  Q.   There is some mixing between them

**September 29, 2008**

## Davis - Cross

1          So you have these African-Americans arriving in

2    Liberia who have to deal with tribes of people who have been

3    there for a long time, and the Americans -- I'll call them the

4    Americans -- end up being the ruling party or the ruling elite

5    of the country?

6    A.    Yes.

7    Q.    Eventually Liberia is established as a free country.

8    Right?

9    A.    An independent republic, yes.

10   Q.    An independent republic.

11          When did that happen?

12   A.    1847.

13   Q.    At that point, the boundaries of Liberia were created.

14   Correct?

15   A.    Yes.

16   Q.    And living in this country were all those tribes.   Correct?

17   A.    Yes.

18   Q.    The decendents of the original American settlers.

19   A.    Yes.

20   Q.    And the capital was named Monrovia?

21   A.    Yes.

22   Q.    After James Monroe?

23   A.    Yes.

24   Q.    Our President.

25   A.    The U.S. President.

**September 29, 2008**

## Davis - Cross

1  Q.   The man who was President when the American Liberians

2  decide to leave America and go to Liberia.   That's how we get

3  the name Liberia.   That's how we get the name Monrovia.

4  A.   Yes.

5  Q.   Would it be fair to say there has always been, I'm going to

6  call it struggle or some conflict, not necessarily

7  war-like, between the ruling elite and the rest of the country?

8  A.   I wouldn't say always.   Throughout Liberia's history, there

9  has been periodic conflicts between the state, the central

10  government based in Monrovia and various groups in various

11  parts of the country.

12  Q.   Is it fair to say -- for example, let's talk about Samuel

13  Doe, the man who stages a coup in 1980 and overthrew the

14  previous President.   He was from a particular tribe in Liberia.

15  Is that correct?

16  A.   Yes.

17  Q.   And he overthrew the President who was considered American

18  Liberian.   Is that correct?

19  A.   Yes.

20  Q.   And the name of Mr., I guess we'll call him Master Sergeant

21  Doe's tribe, was the Krahn tribe?

22  A.   Yes.

23  Q.   K-r-a-h-n?

24  A.   Yes.

25  Q.   There was another tribe favored by President Doe.   That was

**September 29, 2008**

## Davis - Cross

1  the Mandingo.   Is that correct?

2  A.   Yes.

3  Q.   The Mandingo had some ties to the Government at the time

4  during -- favored by President Doe, you said?

5  A.   Yes.

6  Q.   So in Liberia, it's correct to speak about an

7  administration having certain ties to certain tribes like we

8  can fairly say Samuel Doe was of the Krahn tribe?

9  A.   Samuel Doe was of the Krahn tribe, but I will not agree

10 that his government was ethnically based.

11 Q.   But is it fair to say the Mandingo tribe liked Samuel Doe?

12 They liked that he was in power?

13 A.   What I could say is over time, the Government did treat the

14 Mandingo people decently and the popular perception was or is

15 the Mandingo people did fare well under the Doe period.

16 Q.   So it's a completely different situation than what we have

17 in the United States.   You don't speak of our President

18 belonging to a tribe or favoring a particular tribe.   That just

19 doesn't exist in our country.   Right?

20 A.   We don't, we don't have the same sort of ethnic or tribal

21 loyalties in the same way that it happens in Africa.

22        I would say from my own personal view that we do have

23 ethnic identities, but it's differently expressed in Africa.

24 Q.   In Africa it's more -- there's more cohesion between people

25 of the same tribe, wouldn't you say?

**September 29, 2008**

## Davis - Cross

1  A.   I don't know I would say that.   I would say the ethnic

2  differences are expressed differently in Africa than they are

3  here.

4  Q.   You mentioned a few of the parties that were active.   You

5  mentioned the NPP, Charles Taylor's party, the Unity Party, the

6  Liberty Party.   That was active in 1999.   Can you give us the

7  names of any more parties?

8  A.   Yes.   There are a multitude of political parties in

9  Liberia.   There's a party called the Congress for Democrat

10 Change.   That's a more recent party.   The Coalition for the

11 Transformation of Liberia.   During the period of the Tolbert

12 period and the Doe period and even more recently, there was a

13 party called the True Wig Party which was very important.

14 Q.   Now, after President Taylor was elected -- he was elected

15 in 1997 -- in 1999 there began attacks against towns in

16 Liberia --   isn't that correct -- by dissident groups that

17 wanted to overthrow Charles Taylor.   Would that be fair to say?

18 A.   Yes.

19 Q.   One of these groups was called LURD, L-u-r-d.

20         Can you give us what those letters mean?

21 A.   Liberians United for Reconciliation and Democracy.

22 Q.   Who was the leader of that group?

23 A.   Sekou Conneh, S-e-k-o-u C-o-n-n-e-h.

24 Q.   Was that group composed primarily of Mandingos?

25 A.   I don't know about primarily.   I know there was a strong

**September 29, 2008**

## Davis - Cross

1   Mandingo representation in that group, but I don't know what

2   the percentage of membership was.

3   Q.   What other group was represented in the LURD?

4   A.   There were a number of people who came together under,

5   under the LURD banner, and I know that some were Mandingo.

6   Others were not.   They could have come from various groups in

7   Liberian society who were opposed to Charles Taylor.

8   Q.   Was the Krahn group another group, part of Mandingo, part

9   of LURD?

10  A.   I'm sure there were members of LURD who were Krahn.

11  Q.   Now, there also arose yet another group that was trying to

12  overthrow Charles Taylor called MODEL.

13         How do you spell that?

14  A.   M-o-d-e-l.

15  Q.   What does that mean?

16  A.   I believe it stands for Movement for Democracy in Liberia.

17  I'm not 100 percent sure.

18  Q.   Do you know who the leader of that group was?

19  A.   I'm not familiar with that, no.

20  Q.   Now, LURD began its attack in Liberia in 1999?

21  A.   Yes.

22  Q.   MODEL began its attack into Liberia in what year?

23  A.   I don't know, but I believe it came later.

24  Q.   And the LURD attack came from the north, you said the

25  northwest part of Liberia?

**September 29, 2008**

## Davis - Cross

1   A.   Yes, I would agree with that.

2   Q.   Into a town called Voinjama?

3   A.   Yes.

4   Q.   Voinjama is spelled how?

5   A.   V-o-i-n-j-a-m-a.

6   Q.   Have you been to Voinjama, by the way?

7   A.   No, I have not.

8   Q.   MODEL, on the other hand, began its entry into Liberia from

9   the south?

10  A.   Yes.

11  Q.   Do you know what tribe they were composed of primarily?

12  A.   My understanding is MODEL was primarily composed of Krahn

13  people, but, again, I believe MODEL had some kind of a

14  multi-ethnic character to it.

15  Q.   So when we talked about these groups, LURD, MODEL, in some

16  fashion you can say they were associated with a particular

17  tribe in Liberia.  Is that fair to say?  Not that they were

18  exclusively composed of one tribe or another, but there were

19  certain elements of one tribe in one group and certain elements

20  in another group?

21  A.   Yes.

22  Q.   You might even say the administration of the President

23  himself favored a certain group.  If I'm using the wrong word,

24  "favored," or "viewed."  Put it another way.

25  A.   I don't know what time you're talking about.

**September 29, 2008**

## Davis - Cross

1          MS. ROCHLIN:   Objection to the extent this line of

2   questioning is now calling for an opinion from this witness.

3          THE COURT:   Why don't I hear the question?

4   BY MR. CARIDAD:

5   Q.   It's fair to say, isn't it, that even the party of Charles

6   Taylor had certain tribal groups affiliated with it, the Gio,

7   the Mano?

8   A.   No, I would say Charles Taylor's was multi-ethnic in

9   character.

10  Q.   Now, you spoke a bit about the types of state organizations

11  under the administration of Charles Taylor, such as the AFL,

12  Armed Forces of Liberia.

13  A.   Yes.

14  Q.   How long had the Armed Forces of Liberia existed?

15  A.   The Armed Forces of Liberia, I believe, were created in the

16  1960s.   They took the place of the previous armed forces, which

17  were called the Frontier Force.

18  Q.   The point is the Armed Forces of Liberia has been around a

19  long time, way before Charles Taylor came to power.   Right?

20  A.   Yes.

21  Q.   And the Liberian National Police was around a long time

22  before Charles Taylor came to power.   Right?

23  A.   Yes.

24  Q.   And the Armed Forces of Liberia and Liberian National

25  Police were still in existence during Charles Taylor's

**September 29, 2008**

## Davis - Cross

1  administration.   Correct?

2  A.   Yes.

3  Q.   You mentioned another group called the SSS.

4  A.   Yes, the Special Security Service.

5  Q.   They were in charge of VIP protection.   Is that right?

6  A.   Yes.

7  Q.   "VIP," meaning protection of the President and his family?

8  A.   And other dignitaries.

9  Q.   Was there also a group called the SSU?

10 A.   I'm not familiar with the SSU.

11 Q.   Did you ever work at the U.S. Embassy in Monrovia?

12 A.   Yes, I have worked there.

13 Q.   Is there a process whereby people can go there and claim

14 asylum?

15         MS. ROCHLIN:   Objection, Your Honor.   Relevance and

16 beyond the scope, 611(b).

17 A.   I'm not familiar with asylum procedures at the U.S. Embassy

18 in Monrovia.

19 Q.   Are you familiar with asylum procedures at all?

20 A.   I know they exist, but I have no training or experience in

21 asylum issues.

22 Q.   "Asylum" means somebody is asking for the protection of,

23 let's say, the United States Government.   Correct?

24         MS. ROCHLIN:   Objection.   Lack of foundation from this

25 witness.

**September 29, 2008**

## Davis - Cross

1           THE COURT:   Overruled.

2    BY MR. CARIDAD:

3    Q.   Is that what asylum means generally, political asylum?

4    A.   That's what I understand.

5    Q.   Somebody from the county of Liberia may need to get out of

6    the country and they can ask the United States for protection?

7    A.   Yes.

8    Q.   They can ask Sweden for protection?

9    A.   Correct.

10   Q.   There are certain requirements of political asylum   Is

11   that correct?  There are certain things the person has to say

12   or allege in order to be able to get asylum  Isn't that right?

13   A.   Again, I have no experience.

14           MS. ROCHLIN:   Objection.

15           THE COURT:   Sustained.

16   BY  MR. CARIDAD:

17   Q.   You do work for the State Department.   Right?

18   A.   Yes, sir.

19   Q.   Does the State Department have anything to do with asylum?

20   A.   Yes, it does.

21   Q.   It is the one agency in the United States charged with

22   asylum proceedings.   Right?

23   A.   No, that's not correct.

24   Q.   Is it the principal one?

25   A.   I can't say that for sure.   I know we have other agencies

**September 29, 2008**

## Davis - Cross

1  that cooperate on issues like that.

2  Q.   Okay.

3       What do you know about the asylum process?

4  A.   Very little.  Like I said, that's not my expertise.  That's

5  not the area where I work.

6  Q.   We've talked a little bit about tribes and I want to ask

7  you about whether you think that Liberia still today is a

8  tribal-based society.

9       MS. ROCHLIN:  Objection.  Calls for an opinion, Your

10  Honor.

11       THE COURT:  Sustained.

12  BY MR. CARIDAD:

13  Q.   You did tell us there are 16 tribes in Liberia.  Right?

14  A.   Yes.  I don't like the use of the word "tribe."  I prefer

15  "ethnic" or "language groups."

16  Q.   What do they call them in Liberia?

17  A.   Depends on who you ask, I guess.

18  Q.   When one Liberian asks another what group he's from, he

19  doesn't say "What tribe are you from?"  He says "What language

20  or ethic group are you from?"

21  A.   I have never observed an interaction like that.  I don't

22  know.

23  Q.   In your traveling throughout Liberia, did you notice some

24  towns were segregated into a Mandingo section or a Krahn

25  section or a Gio section, Mano section?  Did you ever notice

## Davis - Cross

1  that?

2  A.   I know there are areas of town named according to a certain

3  ethnic group.   My understanding is that you can find people of

4  that ethnic group living in that place.   I would not use the

5  word "segregated," though.

6  Q.   For example, the Mandingo Quarter.   Have you ever heard

7  that?

8  A.   I don't know the Mandingo Quarter.

9  Q.   Can you give us an example of what you're talking about?

10  A.   For example, there's a place in Monrovia called Congotown.

11  There's a place in Monrovia called Vai Town.

12  Q.   Those are tribes?

13  A.   Vai is an ethnic or language group.

14  Q.   You don't like to call them tribes?

15  A.   No, I don't.

16  Q.   Is that because the United States wants Liberia to move

17  away from a tribal society?

18         MS. ROCHLIN:   Objection to what the United States

19  wants coming from this witness, Your Honor.

20         THE COURT:   Overruled.

21  A.   I don't know if there's a United States poles on that

22  issue.   I'm speaking personally.   I don't personally like the

23  use of the word "tribe" because I find that it's an inaccurate

24  word.

25  Q.   It's divisive?

**September 29, 2008**

## Davis - Cross

1   A.   I said "inaccurate."

2   Q.   By definition, the word "tribe" divides people into groups.

3   Correct?

4   A.   Yes.

5   Q.   You belong to a tribe or you don't belong to a tribe.

6   Correct?

7   A.   I guess.

8   Q.   You belong to the Krahn tribe or you don't.   Right?

9   A.   Yes.

10  Q.   You can't join it.   You're born into it or not born into

11  it.   Right?

12  A.   I'm not an expert on tribes.   I guess that you're right.

13          MR. CARIDAD:   If I could have one moment, Judge?

14          THE COURT:   Yes.

15  BY MR. CARIDAD:

16  Q.   Now, before the 1997 elections, there were various parties

17  that were going to vie for that election.   Right?

18  A.   Yes.

19  Q.   One of them was Charles Taylor's party?

20  A.   Yes.

21  Q.   Another party?

22  A.   The Unity Party was another party.

23  Q.   Can you name another one?

24  A.   The Liberty Party.

25  Q.   A man named Alhaji Kromah, did he lead a party that was

**September 29, 2008**

## Davis - Cross

1  part of that election?

2  A.   I believe so, but not sure of that and I'm not sure what

3  the party was.

4  Q.   Have you heard of the ULIMO party?

5  A.   I have heard of ULIMO.

6  Q.   What is that?

7  A.   I'm trying to think of what it stands for.   ULIMO was one

8  of the combatants in the Civil War.

9  Q.   Was that headed by Alhaji Kromah?

10  A.   Alhaji Kromah.

11  Q.   That party split off to create -- did a group from the

12  ULIMO party split off to create another party called ULIMO-J?

13  A.   Yes.   ULIMO split during the conflict to ULIMO-K and

14  ULIMO-J.   K stands for Kromah.   ULIMO-J was named for a man

15  named Roosevelt Johnson.

16  Q.   When you say the parties arose during the conflict, you're

17  talking about the years between 1989 through 1997 which was a

18  period of conflict.   Is that fair to say?

19  A.   Yes.

20  Q.   And the parties you mentioned are ULIMO-K, the K standing

21  for Kromah?

22  A.   Yes.

23  Q.   Were they dominated by an ethnic group?

24  A.   ULIMO-K was primarily Mandingo.

25  Q.   And the other group that split off was ULIMO-J, the J

**September 29, 2008**

## Davis - Cross

1  standing for?

2  A.   Johnson.

3  Q.   Is that dominated by another ethnic group?

4  A.   That was primarily Krahn.

5  Q.   Mandingo under Alhaji Kromah and ULIMO-J under Roosevelt

6  Johnson?

7  A.   Correct.

8  Q.   We also have Charles Taylor's party.

9  A.   Yes.

10  Q.   Were there any other parties involved from 1989 to 1997

11  when we have the election of Charles Taylor?

12  A.   By "party," do you mean armed factions, armed combatants?

13  Q.   Yes.

14  A.   Yes.   There were a multitude of groups that participated in

15  the conflict.

16  Q.   Can you give us any other names of groups?

17  A.   One was called the Liberia Peace Council or LPC.   One was

18  called the Lofa Defense Force.   I can't think of any others

19  right now.

20  Q.   These were involved in armed conflicts?

21  A.   Yes, these were armed factions.

22  Q.   These are people armed with guns?

23  A.   Yes.

24  Q.   Machetes?

25  A.   I would assume so.

**September 29, 2008**

## Davis - Cross

1  Q.   Knives?

2  A.   Right, weapons.

3  Q.   All sort of weapons?

4  A.   Yes.

5  Q.   And they were fighting against each other, apparently?

6  A.   It was a war, right.

7  Q.   Eventually, there was an interim government established

8  like a temporary government.   Is that correct?

9  A.   There were a series of interim governments that were

10  established during the conflicts according to a series of peace

11  agreements that were signed during that time period.

12  Q.   There would be a peace agreement.   It would be violated.

13  There would be another peace agreement.   It would be violated?

14  A.   Basically, yes.

15  Q.   It was a very unstable situation?

16  A.   Yes.

17  Q.   A lot of people moving from one place in the country to

18  another.   We call them IDPs?

19  A.   Internally displaced people.

20  Q.   These were people living in one place and, unfortunately,

21  they had to get up and move to another place all together.

22  Correct?

23  A.   Correct.

24  Q.   There were certainly a lot of people injured, as there are

25  in every war.   Correct?

**September 29, 2008**

## Davis - Redirect

1    A.   Yes, there were a lot of fatalities and people wounded.

2    Q.   Wounded with knife marks, bullet marks -- correct --

3    obviously?

4    A.   Yes, wounded.

5    Q.   But eventually things got under control enough and there

6    was an election -- correct -- in '97?

7    A.   In 1997.

8    Q.   And that's when Charles Taylor was elected President, in

9    1997?

10   A.   Yes.

11          MR. CARIDAD:   Could I have one moment, Judge.

12          THE COURT:   You may.

13          MR. CARIDAD:   Thank you, Your Honor.   I have no

14   further questions.

15          THE COURT:   Redirect.

16          MS. ROCHLIN:   One moment, Your Honor.

17                     REDIRECT EXAMINATION

18   [Beginning at 12:00 p.m., 9/29/08.]

19   BY MS. ROCHLIN:

20   Q.   Mr. Davis, on cross-examination you were questioned by

21   Mr. Caridad about various parties.

22          Do you recall that line of questioning?

23   A.   Yes.

24   Q.   And you were asked about whether or not affiliations

25   existed between certain parties and certain tribes.

**September 29, 2008**

# Davis - Redirect

1          Do you recall that line of questioning?

2   A.   Yes.

3   Q.   Mr. Davis, let me ask you to explain, when you identified a

4   relationship, if you will, between a political party and a

5   particular tribe, are you saying that every member of a

6   specific tribe or ethnic group is necessarily a member of the

7   party you've identified?

8   A.   No.   What I would say, it's an oversimplification to

9   identify any particular party with any particular tribe in such

10  concrete terms.

11  Q.   Mr. Davis, you've also stated -- and please correct me if

12  I'm wrong -- that you, personally, do not like to use the term

13  "tribe."  Is that right?

14  A.   Correct.

15  Q.   Please correct me, but I believe you also said the use of

16  the term "tribe" is inaccurate.   Is that right?

17  A.   At times it can be inaccurate.   Correct.

18  Q.   Can you explain why?

19  A.   Well, the use of the word "tribe" implies that there is

20  some sort of timeless and unchangeable quality to it, that

21  tribes are unchanging throughout time and people only view

22  themselves as being members of one tribe and that their primary

23  loyalty lies with that.

24          In Liberia and in other places that I have studied and

25  visited, those categories are not quite so rigid and I would

**September 29, 2008**

## Davis - Redirect

1  say the categories are more fluid and more changing.  So it's

2  for me more accurate to talk about ethnicity, to talk about

3  languages, recognizing that the boundaries between various

4  ethnicities and languages are sometimes overlapping.  Sometimes

5  people carry more than one allegiance or more than one

6  identification with any particular group.

7  Q.   Mr. Davis, I'd also like to try and clarify another area

8  you touched on.

9         Do you recall when Mr. Caridad was asking you about

10  certain organizations in existence prior to 1997?

11  A.   Yes.

12  Q.   And was one of those organizations what you referred to as

13  the NPFL?

14  A.   Yes.

15  Q.   And was that the organization you told us Charles Taylor

16  was running prior to 1997?

17  A.   Yes.

18  Q.   Now, Mr. Caridad asked you if the NPFL was one of a series

19  of parties.  Do you recall that line of questioning?

20  A.   Yes.

21  Q.   Explain whether it's your understanding that the NPFL was a

22  political party or some other type of organization.

23  A.   The NPFL was an armed group.  The political party

24  associated with NPFL was the NPP, the National -- I'm sorry --

25  the National Patriotic Party.

**September 29, 2008**

## Davis - Redirect

1  Q.   So the NPFL was a military group?

2  A.   Correct, it was a military organization.

3  Q.   It was involved in fighting a war?

4  A.   Right.

5  Q.   And you have identified a number of other organizations

6  that were also fighting in the war.  Is that correct?

7  A.   Yes.

8  Q.   Can you briefly summarize what those other organizations

9  were?

10  A.   There was the NPFL.  There was the INPFL, the Independent

11  NPFL.  There was ULIMO, ULIMO-K, ULIMO-J, as we discussed

12  before.  The LPC, the Liberia Peace Council, and Lofa Defense

13  Force, and I believe there were other smaller combatants, but I

14  can't name them at this time.

15  Q.   Do you also recall referencing political parties in Liberia

16  in existence not prior to 1997, but during the time period 1999

17  to 2003?

18  A.   Yes.

19  Q.   When you were referring to those political parties, explain

20  whether those parties were military organizations.

21  A.   The political parties were not also military organizations.

22  Q.   So, for example, the Unity Party, was that a military

23  organization or not?

24  A.   No, it was simply a political party.

25          MS. ROCHLIN:   Your Honor, I have no further questions

**September 29, 2008**

## Davis - Redirect

1  for Mr. Davis at this time.

2          THE COURT:   Thank you.   You are excused.

3          [The witness was excused at 12:06 p.m.].

4          THE COURT:   Ladies and gentlemen, we will recess for

5  lunch.   I am going to ask that everyone please return by 1:15.

6  Please do not discuss this case.   Please avoid contact with

7  those whom you see have a relationship to the case and we'll

8  have you back at 1:15.

9          Have a good lunch.

10          [The jury leaves the courtroom at 12:06 p.m.]

11          THE COURT:   I would ask Mr. Monroe be seated for a

12  second.

13          Mr. Monroe, my courtroom deputy gave me earlier a copy

14  of a letter your employer gave you.   It was my intention during

15  the lunch recess to call your employer and make your employer

16  aware of both Federal and local laws that bar your employer

17  putting any sort of pressure on you as a result of you being

18  called to jury service.

19          I wanted to make sure that was all right with you.

20          THE JUROR:   Yes, ma'am.

21          THE COURT:   Thank you.

22          [The juror departed the courtroom at 12:07 p.m.]

23          THE COURT:   We're in recess.   Have a good lunch.

24          [Luncheon recess at 12:15 p.m.]

25          THE COURT:   Your second witness.

**September 29, 2008**

## Doyle - Direct

1          MS. HECK MILLER:   We call Julian Doyle.

2              THE COURT:   Let's bring the jury in please.

3           [The jury returns to the courtroom at 1:19 p.m].

4              THE COURT:   Everyone please be seated.

5

6        JULIAN DOYLE, GOVERNMENT'S WITNESS, SWORN

7                    DIRECT EXAMINATION

8   [Beginning at 1:20 p.m]

9   BY MS. HECK-MILLER:

10  Q.   Good afternoon.

11  A.   Good afternoon.

12  Q.   Please tell us your name and spell your last name.

13  A.   Sure.   It's Julian Doyle.   Last name is D-o-y-l-e.

14  Q.   Sir, what is your occupation?

15  A.   I'm a Special Agent with Immigration & Customs Enforcement.

16  Q.   What is Immigration & Customs Enforcement?

17  A.   It's an agency of the Department of Homeland Security.

18  Q.   Sir, briefly what is your education?

19  A.   I have a Master's Degree in Criminal Justice from

20  Northeastern University.

21  Q.   Agent Doyle, in the course of your duties, did you have

22  occasion to visit the country of Liberia?

23  A.   Yes, I did.

24  Q.   And how many occasions did you visit Liberia?

25  A.   Twice.

**September 29, 2008**

## Doyle - Direct

1   Q.   And when was that?

2   A.   The first time was in February of 2007 and the second time

3   was in May of 2007.

4   Q.   During those visits, did you meet a person named Rufus

5   Kpadeh?

6   A.   Yes, I did.

7   Q.   Could you spell that last name for us, please?

8   A.   His last name is spelled K-p-a-d-e-h.

9   Q.   Specifically, agent, I'd like to turn your attention to the

10  date of May 28th, 2007.   Did you have any contact with Rufus

11  Kpadeh on that day?

12  A.   Yes.

13  Q.   Where were you on that day?

14  A.   In Liberia.

15  Q.   Could you tell us, please, what contact you had that day

16  with Rufus Kpadeh and who else was with you on that occasion?

17  A.   We accompanied Rufus Kpadeh to various points throughout

18  Liberia.   Special Agent Matthew Baechtle was with us.   A U.S.

19  Embassy employee driver was with us and, yourself, Ms. Miller.

20  Q.   You mentioned Special Agent Matt Baechtle.   Do you know how

21  that is spelled?

22  A.   Yes.

23  Q.   Could you spell that for us, please?

24  A.   B-a-e-c-h-t-l-e.

25  Q.   And you mentioned there was a driver and vehicle involved.

**September 29, 2008**

## Doyle - Direct

1  A.   Yes, ma'am

2  Q.   How long was the trip that you and the other people took in

3  a vehicle that day?

4  A.   Start to finish, it was approximately 12 hours.

5  Q.   And can you tell us, just very generally, what were the

6  locations that you went to that day?

7  A.   Sure.  We originated in Monrovia.  We traveled to Gbatala,

8  to Gbarnga, which is in Bong County, and north to the St. Paul

9  River between the border of Bong County and Lofa.  County?

10 Q.   I'm showing you now what has been admitted into evidence as

11 Map 4.

12          MS. HECK-MILLER:   Your Honor is this visible to the

13 jury as well?

14          THE COURT:   I believe so.

15 BY MS. HECK-MILLER:

16 Q.   Agent, could you show us by tracing your finger the route

17 you took in May, 2007?

18 A.   We originated here in Monrovia and traveled east through

19 Gbatala -- I don't think it's tracing very well -- east to

20 Gbatala, on to Gbarnga and north to the St. Paul River.

21 Q.   Could you clear the screen again for us.

22 A.   (Complied.)

23          MS. HECK-MILLER:   And could we take down the map,

24 please?

25          AGENT BAECHTLE:   (Complied.)

September 29, 2008

## Doyle - Direct

1  BY MS. HECK-MILLER:

2  Q.   Now, after you left Monrovia, how far did you go --

3  withdrawn.

4        Did you pick anyone up along the way?

5  A.   Yes.

6  Q.   Whom did you pick up?

7  A.   Rufus Kpadeh.

8  Q.   And after you picked up Rufus Kpadeh and driven out of

9  Monrovia for approximately 100 miles, did you make a turn?

10  A.   Yes.

11  Q.   And where did you make your turn?

12  A.   Near Gbatala.

13  Q.   And what is Gbatala?

14  A.   It's my understanding Gbatala is a town and there's also a

15  base near the town of Gbatala.

16  Q.   When you made your turn, had you reached the town yet?

17  A.   No.

18  Q.   Could you, please, spell the word "Gbatala" for us?

19  A.   Sure.   G-b-a-t-a-l-a.

20  Q.   When you turned off of the road to go to this location

21  before the town of Gbatala, could you describe the terrain that

22  you encountered as you made this turn?

23  A.   Sure.   We turned to the right on to a dirt road.   There are

24  areas of clearing by the road along the dirt road, but,

25  essentially, fairly dense vegetation, trees, brush.

**September 29, 2008**

## Doyle - Direct

1  Q.   Were there any dwellings or homes in the area?

2  A.   There were a few people roaming the area, a couple of

3  makeshift huts I guess you could say.

4  Q.   What was the road like after you made the turn off from the

5  highway?

6  A.   It was dirt.  It was rough.

7  Q.   Did there come to a place where that dirt road split?

8  A.   Yes.

9  Q.   About how far was that from the highway?

10 A.   Not far.  It was a few hundred yards, perhaps.  There was a

11 fork to the left or right.

12 Q.   Which direction did you take?

13 A.   We continued to the right.

14 Q.   Did you encounter any structures as you continued to the

15 right?

16 A.   Yes.

17 Q.   What kind of structure did you encounter?

18 A.   The first structured we encountered was a cinder block

19 building, two levels on one side and one level on the remaining

20 part of the building.

21 Q.   And, agent, try to speak directly into the microphone a

22 little bit more, if you could.

23       Was that structure intact?

24 A.   Somewhat.  It was missing a roof.  The back wall was

25 missing as well.

**September 29, 2008**

## Doyle - Direct

1  Q.   And what was the color of the structure?

2  A.   The outer portion was camouflage and the inside was the

3  original cinder block color.

4  Q.   Agent Doyle, did you have any photographic equipment with

5  you on that day May 28th, 2007?

6  A.   Yes, I did.

7  Q.   What type of photographic equipment did you have?

8  A.   I had a digital camera.

9  Q.   Did you have some particular duties or responsibilities

10  with regard to that camera?

11  A.   I was taking photographs of points of interest.

12  Q.   And have you had occasion to review those photographs since

13  then?

14  A.   Yes.

15  Q.   Now, agent, I placed to your left a box that contains

16  various folders containing exhibits.   Are you familiar with

17  that material?   Have you looked at it previously?

18  A.   Yes, I have.

19  Q.   You can put the box up on the desk in front of you if you

20  wish to.

21  A.   (Complied.)

22  Q.   Agent, I'm going to ask you collectively now about a number

23  of exhibits.   If you need to look at them again, you're free to

24  do so?

25       I would ask you, in particular, to consider the

## Doyle - Direct

1  following exhibits.

2          MS. HECK-MILLER:  And with the Court's permission, I

3  will read a list of numbers here.  I previously provided a copy

4  to the court reporter and to counsel.

5  BY MS. HECK-MILLER:

6  Q.  Agent, would you please consider exhibits for

7  identification purposes all with the prefix GB, girl boy, GB,

8  and numbered as follows:  1, 2, 4, 5, 6, 8, 10, 11, 12, 13, 14,

9  15, 16, , 19, 21, 22, 23, 24, 25, 28, 29, 30, 31, 32, 33, 34,

10  35, 36, 37, 39, 40, 41, 42, 43, 44, 45, 46, 47, 49, 50, 51, 52,

11  53, 54, 55, 56, 57, 58, 59, 60, 62, 63, 65, 66, 67, 69, 70, 71,

12  72, 73, 74, 75, 77, 79, 80, 81, 82, 83, 84, 85, 87, 89, 90, 91,

13  92, 93, 94, 95, 97, 98, 99, 100, 101, 102.

14    [Government Exhibits   1, 2, 4, 5, 6, 8, 10, 11, 12, 13, 14,

15  15, 16, , 19, 21, 22, 23, 24, 25, 28, 29, 30, 31, 32, 33, 34,

16  35, 36, 37, 39, 40, 41, 42, 43, 44, 45, 46, 47, 49, 50, 51, 52,

17  53, 54, 55, 56, 57, 58, 59, 60, 62, 63, 65, 66, 67, 69, 70, 71,

18  72, 73, 74, 75, 77, 79, 80, 81, 82, 83, 84, 85, 87, 89, 90, 91,

19        92, 93, 94, 95, 97, 98, 99, 100, 101, 102 marked for

20                identification at 1:29 p.m]

21  BY MS. HECK-MILLER:

22  Q.  Now, agent, with regard to all of those exhibits which I

23  will collectively refer to as the GB group -- do you understand

24  what I mean?  I'm talking about all the exhibits I just read.

25  A.  Yes.

## September 29, 2008

## Doyle - Direct

1  Q.   Are you familiar with the GB group?

2  A.   Yes, I am.

3  Q.   What are the GB group?

4  A.   The GB group contains various photographs from our visit to

5  the Gbatala Base.

6  Q.   Were those photographs taken on May 28th, 2007?

7  A.   Yes, they were.

8  Q.   Did you take most of those photographs yourself?

9  A.   I took most of them myself, yes.

10  Q.   Were there a few in there you did not take yourself?

11  A.   Yes.

12  Q.   Why were there some photos you did not take?

13  A.   I appeared in a few of the photos.  They were taken by Agent

14  Baechtle.

15  Q.   Were you present when all of the photos were taken?

16  A.   Yes, I was.

17  Q.   Do those photos truly and accurately depict the conditions

18  you observed that day on your visit to Gbatala, May 28th, 2007?

19  A.   Yes.

20       MS. HECK MILLER:   Your Honor, the Government moves

21  into evidence the previously recited exhibits which I'm

22  referring to collectively as the GB group.

23       THE COURT:   Any objection?

24       MR. WYLIE:   No objection, Your Honor.

25       THE COURT:   Admitted.

**September 29, 2008**

## Doyle - Direct

```
 1  [Government Exhibits 1, 2, 4, 5, 6, 8, 10, 11, 12, 13, 14, 15,
 2  16,  , 19, 21, 22, 23, 24, 25, 28, 29, 30, 31, 32, 33, 34, 35,
 3  36, 37, 39, 40, 41, 42, 43, 44, 45, 46, 47, 49, 50, 51, 52, 53,
 4  54, 55, 56, 57, 58, 59, 60, 62, 63, 65, 66, 67, 69, 70, 71, 72,
 5  73, 74, 75, 77, 79, 80, 81, 82, 83, 84, 85, 87, 89, 90, 91, 92,
 6  93, 94, 95, 97, 98, 99, 100, 101, 102      received in evidence
 7                            at 1:30 p.m]
```

 8  BY MS. HECK-MILLER:

 9  Q.   Now, agent, with regard to all of those exhibits, is there

10  some relationship between the order of the exhibit numbers and

11  the order in which the photographs were taken that day?

12  A.   Yes.

13  Q.   What is that relationship?

14  A.   The exhibit numbers are in sequential order, in the same

15  order they were actually taken.

16          MS. HECK-MILLER:   Your Honor, with regard to the

17  exhibits, with the Court's permission, I will be publishing

18  them seriatim to the jury and the witness as he describes them

19          THE COURT:   You may.

20          MS. HECK-MILLER:   Agents Baechtle, if you could show

21  us GB 1.

22          AGENT BAECHTLE:   (Complied.)

23  BY MS. HECK-MILLER:

24  Q.   Agent Doyle, do you recognize GB 1?

25  A.   GB 1 is the structure that I earlier mentioned.  That was

**September 29, 2008**

## Doyle - Direct

1   the first structure we came across.

2   Q.   And can you tell us how many stories this structure had?

3   A.   Sure.   It had two to the right.   The rest of the remaining

4   of the building was just one level.

5   Q.   What was the condition of any roof of this building?

6   A.   It was nonexistent.

7   Q.   And what was inside this building?

8   A.   The building was empty.   It had a hard gravel surface for

9   the floor.   There were weeds growing inside.   There was a log

10  in the first level of the building.

11  Q.   Did you go into this structure?

12  A.   Yes, I did.

13  Q.   Did you go into all parts of the structure?

14  A.   No.   I was in the first level primarily.

15  Q.   Are you talking about the portion on the left or the

16  portion on the right?

17  A.   The portion on the left.

18  Q.   Was there a reason that you didn't go into a portion on the

19  right?

20  A.   It was hard to get into.   The vegetation was very dense

21  behind it and entering into it.

22  Q.   Now, these openings that we see in the building on both

23  levels, did they have any glass in them?

24  A.   No.

25  Q.   Did you observe any glass in the debris around the

**September 29, 2008**

# Doyle - Direct

1 building?

2 A.   I don't recall.

3          MS. HECK-MILLER:   If we can now take a look, please,

4 at GB 2.

5          AGENT BAECHTLE:   (Complied.)

6 BY MS. HECK-MILLER:

7 Q.   What is GB 2?

8 A.   GB 2 is a close-up of lettering on the structure.

9 Q.   What does the lettering say?

10 A.   In white letters it says "College of Knowledge."

11          MS. HECK-MILLER:   Could we now look at GB 4.

12          AGENT BAECHTLE:   (Complied.)

13 BY MS. HECK-MILLER:

14 Q.   Agent Doyle, what is GB 4?

15 A.   The log I just mentioned.

16 Q.   Where is the log in relationship to the College of

17 Knowledge building we were just looking at?

18 A.   Inside to the left adjacent to the front of the cinder

19 block wall.

20 Q.   Were the cinder blocks inside the structure painted in any

21 way?

22 A.   No.

23 Q.   This pole we see here as it disappears off to the right,

24 what happened to it after that?

25 A.   It extends into that overgrown section of weeds.

**September 29, 2008**

## Doyle - Direct

1   Q.   Now, you were accompanied at this time by whom?

2   A.   Matthew Baechtle and Rufus Kpadeh.

3   Q.   Was there one other person there?

4   A.   Yourself.

5   Q.   And did Rufus Kpadeh show you anything about this log?

6   A.   Yes, he did.

7   Q.   Did you photograph that?

8   A.   Yes, I did.

9           MS. HECK MILLER:   Could we see please GB 5?

10          AGENT BAECHTLE:   (Complied.)

11  BY MS. HECK-MILLER:

12  Q.   Could you tell us, please, who is the person in GB 5?

13  A.   That person is Rufus Kpadeh.

14  Q.   What is he doing with his hands?

15  A.   He's sectioning off a certain length of the pole.

16  Q.   Is there a reason that he was sectioning off that

17  particular length of the pole?

18  A.   Yes.

19  Q.   Agent Doyle, after this picture was taken, did Rufus Kpadeh

20  go somewhere?

21  A.   Yes, he went behind the building.

22  Q.   And what do you mean when you say "he went behind the

23  building"?  Was he just standing there.  Was he proceeding?

24  A.   He was proceeding.  He was attempting to show us to another

25  location.

**September 29, 2008**

## Doyle - Direct

1  Q.   And what was the terrain like behind the building?

2  A.   It was very dense.   It was grown with brush, weeds, trees.

3  There was a swampy area, possibly a stream going through the

4  swampy area.

5           MS. HECK MILLER:   Could we go back for a moment, Agent

6  Baechtle, to GB 1?

7           AGENT BAECHTLE:   (Complied.)

8  BY MS. HECK-MILLER:

9  Q.   Could you indicate to us, Agent Doyle, this area behind the

10 College of Knowledge Rufus Kpadeh attempted to proceed?

11 A.   It was back toward that direction.

12 Q.   Thank you.

13          Could you clear the screen?

14 A.   (Complied.)

15 Q.   Did you attempt to follow Rufus Kpadeh?

16 A.   Yes.

17 Q.   Did you photograph where you were going?

18 A.   Yes.

19          MS. HECK MILLER:   Could we see please GB 6.

20          AGENT BAECHTLE:   (Complied.)

21 BY MS. HECK-MILLER:

22 Q.   What is GB 6?

23 A.   GB 6 is just a panoramic shot of what was behind the

24 building.

25 Q.   Did you continue going in that direction?

**September 29, 2008**

## Doyle - Direct

1    A.    No.

2    Q.    Why not?

3    A.    This was a fairly wet area there that contained a swamp or

4    stream and it was too difficult to pass.

5    Q.    Finding that route impassable, was another decision made?

6    A.    Yes.

7    Q.    What decision was made at that point?

8    A.    We learned that there may be an alternate entryway to the

9    same location, so we boarded the vehicle and continued on the

10    road.

11          MS. HECK-MILLER:   Agent Baechtle, you can take down

12    this picture?

13          AGENT BAECHTLE:   (Complied.)

14          MS. HECK-MILLER:   I would now like to show several

15    pictures for the witness that are only for identification

16    purposes.

17    BY MS. HECK-MILLER:

18    Q.    Agent, if you could look at item marked for identification

19    AS GB 108 and 110.

20          MS. HECK-MILLER:   Agent, if you could show those to

21    the witness in succession.

22          AGENT BAECHTLE:   (Complied.)

23    BY MS. HECK-MILLER:

24    Q.    Agent Doyle, do you recognize GB 108 and 110?

25    A.    Yes, I do.

**September 29, 2008**

## Doyle - Direct

1  Q.   What are GB 108 and 110?

2  A.   Those pictures are an aerial shot of the same area that we

3  had just visited and photographed.

4  Q.   Now, agent, did you take these pictures GB 108 and 110?

5  A.   No, I did not.

6  Q.   Were you present when they were taken?

7  A.   No, I was not.

8  Q.   Do you, nonetheless, recognize them as a true and accurate

9  depiction of the area you observed from the ground on that

10  date, May 28th, 2007?

11  A.   Yes, I do.

12        MS. HECK MILLER:   Your Honor, the Government offers in

13  evidence GB 108 and 110.

14        MR. WYLIE:   No objection.

15        THE COURT:   Admitted.

16  [Government Exhibits GB 108 and 110 received in evidence at

17                        1:41 p.m]

18        MS. HECK MILLER:   Agent Baechtle, if you could show us

19  GB 108

20

21        AGENT BAECHTLE:   (Complied.)

22  BY MS. HECK-MILLER:

23  Q.   Now that we can all see this, can you show us the main road

24  from Liberia and the road you turned off of?

25  A.   The main road is this one right here with Monrovia being to

## Doyle - Direct

1   the left and Gbatala and Gbarnga being to the right.  This area

2   is where we made the right turn and this area is the fork where

3   we continued to the right.

4   Q.   Thank you.

5           Agent Doyle, could you clear that screen, please?

6           MS. HECK-MILLER:   Agent Baechtle, could we take a look

7   at GB 110?  If we could take a look at GB 110.

8           AGENT BAECHTLE:   (Complied.)

9   BY MS. HECK-MILLER:

10  Q.   Agent Doyle, if you could, describe GB 110.

11  A.   In that photograph, the main road would be that one.

12          A JUROR:   When you mark it, it disappears.

13          THE COURT:   When he marks them, it disappears.

14          MS. HECK MILLER:   Agent, clear the screen.

15          Agent Baechtle, could you try putting an arrow on the

16  main road from Monrovia?

17          Could I ask the jury if it disappeared that way?

18          A JUROR:   It's fine.

19          MS. HECK MILLER:   I think we will proceed in that

20  fashion.

21  BY MS. HECK-MILLER:

22  Q.   Agent Doyle, could you also, please, indicate to us

23  generally what we're looking at in this picture?

24  A.   Sure.   That's the initial turnoff of the main road where we

25  made the right followed by the fork in the right where we

**September 29, 2008**

## Doyle - Direct

1 continued to the right, and in the lower left-hand portion of

2 the photograph is the College of Knowledge, an aerial version,

3 including the back end.

4       MS. HECK MILLER:   Agent Baechtle, could you put an

5 arrow please on the College of Knowledge?  Just show us what

6 we're talking about.

7       AGENT BAECHTLE:   (Complied.)

8       MS. HECK MILLER:   Could you clear both those arrows?

9       AGENT BAECHTLE:   (Complied.)

10       MS. HECK MILLER:   Agent Baechtle, could you give us,

11 please, a close-up of the College of Knowledge?  Zoom in on

12 that.

13       AGENT BAECHTLE:   (Complied.)

14 BY MS. HECK-MILLER:

15 Q.   Agent Doyle, this is the same structure you were just

16 talking about?

17 A.   Yes, it is.

18 Q.   Is this the view from the front or the back?

19 A.   That is the view from the back.

20 Q.   That is looking into the anterior of the one-story portion?

21 A.   Yes, and partially of the two story.

22       MS. HECK MILLER:   If we could take off the zooning and

23 go back to GB 110?

24       AGENT BAECHTLE:   (Complied.)

25 BY MS. HECK-MILLER:

## Doyle - Direct

1  Q.   Agent Doyle, where did you proceed after the College of

2  Knowledge?  If you could describe that for us on this

3  photograph.

4  A.   Sure.   We proceeded on the dirt road past the first curve

5  which goes to the right and parked somewhere down in the lower

6  right section of the road.

7  Q.   Where you parked, is that on the picture or off the picture

8  or you're not sure?

9  A.   I'm not sure.

10          MS.  HECK-MILLER:   If we could take down GB 110.

11          AGENT BAECHTLE:    (Complied.)

12  BY MS.  HECK-MILLER:

13  Q.   Was there a reason you parked in the area that you parked?

14  A.   Yes.

15  Q.   Who, if anybody, gave you the indication to park there?

16  A.   Rufus Kpadeh.

17          MR.  WYLIE:   Objection, Your Honor.   Hearsay.

18          THE COURT:   Sustained.   The answer is stricken.

19  BY MS.  HECK-MILLER:

20  Q.   Without telling us what anybody told you, Agent Doyle, can

21  you tell us who caused you to stop?

22  A.   Rufus Kpadeh.

23          MR.  WYLIE:   Objection.   Hearsay.

24          THE COURT:   Sustained.

25  BY MS.  HECK-MILLER:

## Doyle - Direct

1   Q.   When you stopped, what did you see?

2   A.   When we stopped, we observed four posts protruding from the

3   ground of various length, similar to the telephone pole that we

4   had previously seen.

5            MS. HECK MILLER:   Agent Baechtle, could you, please,

6   show us by showing on the screen in succession GB 8, 10 and 11.

7            AGENT BAECHTLE:   (Complied.)

8   BY MS. HECK-MILLER:

9   Q.   Agent Doyle, what relationship, if any, is there among GB

10  8, 10 and 11?

11  A.   Those are the four posts that were protruding from the

12  ground.

13           MS. HECK MILLER:   If we could go back to GB 10 for a

14  moment, please.

15           AGENT BAECHTLE:   (Complied.)

16  BY MS. HECK-MILLER:

17  Q.   Do you see in the upper right --

18           MS. HECK MILLER:   Agent Baechtle, perhaps you could

19  put an arrow on this.

20           AGENT BAECHTLE:   (Complied.)

21  BY MS. HECK-MILLER:

22  Q.   -- A green wall or structure?

23  A.   Yes, I do.

24  Q.   What was this green wall or structure?

25  A.   It was, essentially, just a front wall.  It wasn't attached

**September 29, 2008**

## Doyle - Direct

1  to a whole structure.  It was what was remaining, perhaps, of a

2  structure.

3  Q.  Is this the same as the College of Knowledge?

4  A.  No.  It had the same paint, but it was not the same

5  building Mr.

6          MS. HECK MILLER:  Could we go back again, please, to

7  GB 11 for a moment.

8          AGENT BAECHTLE:  (Complied.)

9  BY MS. HECK-MILLER:

10  Q.  What was the terrain around the area of these posts that

11  was stuck in the ground?

12  A.  It was rough.  The ground was hard gravel with patches of

13  weeds and grass growing around the posts.

14  Q.  Was this a densely overgrown area or an open area?

15  A.  That was an open area.

16  Q.  Did anybody from your group proceed in a certain direction

17  from this area?

18  A.  Yes.

19  Q.  And who was that?

20          MR. WYLIE:  Objection, Your Honor.  Hearsay.

21          THE COURT:  Overruled.

22  BY MS. HECK-MILLER:

23  Q.  You may answer, agent.

24  A.  Yes.  Rufus Kpadeh proceeded in that direction.

25  Q.  What direction did Rufus Kpadeh proceed in?

## Doyle - Direct

1  A.   Towards the dense overgrown area in the background of the

2  photograph.

3  Q.   And did you follow him?

4  A.   Yes.

5  Q.   And did you notice any change in the terrain as you were

6  following Rufus Kpadeh?

7  A.   Yes.

8  Q.   What change did you notice?

9  A.   It became overgrown and there were trees --

10        MR. WYLIE:   Objection, Your Honor.   Hearsay.

11        THE COURT:   Overruled.

12  A.   It was densely grown.   There were trees, brush, bushes,

13  weeds.   It became swampy.

14  Q.   What do you mean "it became swampy"?

15  A.   Wet, difficult to pass.   There was, essentially, standing

16  water.

17  Q.   Did you observe any bodies of water?

18  A.   Yes.

19        MS. HECK MILLER:   Could we please take a look, Agent

20  Baechtle, at GB 12?

21        AGENT BAECHTLE:   (Complied.)

22  BY MS. HECK-MILLER:

23  Q.   What is GB 12, Agent Doyle?

24  A.   That's an initial pass where we attempted to go past the

25  water or through the water.

**September 29, 2008**

## Doyle - Direct

1  Q.   Were these logs in the water when you found them?

2  A.   Yes.

3  Q.   Did they have a purpose?

4  A.   They, essentially, acted as a bridge over the water.

5  Q.   Did you cross on those logs?

6  A.   Yes.

7          MS. HECK MILLER:   Could we also take a look, please,

8  Agent Baechtle, at GB 14?

9          AGENT BAECHTLE:   (Complied.)

10 BY MS. HECK-MILLER:

11 Q.   What is GB 14?

12 A.   That's similar, another area of standing water with a log

13 acting as a bridge.

14 Q.   Were these photographs, GB 12 and GB 14, taken near one

15 another?

16 A.   Yes.

17 Q.   You told us that you crossed on the logs.  Is that correct?

18 A.   Yes.

19 Q.   Once you crossed on the logs, did the terrain change again?

20 A.   Yes, it did.

21 Q.   In what way did it change?

22 A.   It wasn't as wet, but it remained overgrown with brush and

23 vegetation.

24 Q.   Once you crossed over the logs into this dense and

25 overgrown area, did you observe any people around?

## September 29, 2008

## Doyle - Direct

1    A.    In that area, no.

2    Q.    Did you observe any structures around?

3    A.    Yes, there was one structure.

4    Q.    What was the structure that you observed?

5    A.    It was, essentially, a thatched hut.  It was a two-sided

6    roofed hut that extended from the ceiling to the ground.

7    Q.    Did you notice anything else about the terrain or ground?

8    A.    Yeah, there were holes found throughout the area.

9    Q.    Now, can you describe these holes?

10   A.    They varied.  Most were rectangular, had four sides.  They

11   were varying depths.

12   Q.    What were the deepest ones that you saw?

13   A.    The deepest ones I saw were probably about up to my breast

14   bone, so I would say four and a half feet, perhaps.

15   Q.    And what was in these holes?

16   A.    It varied.  Some, packed dirt.  Others, various vegetation

17   was growing in them

18   Q.    And about how many holes did you see in that area?

19   A.    I would offer an estimate of at least 10, up to 20,

20   perhaps.

21   Q.    Agent Doyle, I'd now like you to look through three

22   pictures --

23          MS. HECK-MILLER:  If Agent Baechtle could just flash

24   those first in succession on the screen.

25          AGENT BAECHTLE:  (Complied.)

**September 29, 2008**

## Doyle - Direct

 1  BY MS. HECK-MILLER:

 2  Q.   -- and tell me if there's anything in common among these

 3  three pictures, GB 15, 16 and 19.

 4  A.   Yes.

 5  Q.   What is the common feature among these pictures?

 6  A.   That's the same hole and that's the first hole we observed.

 7  Q.   What kind of edges did this hole have?

 8  A.   The edges were packed dirt.   They were packed fairly firmly

 9  and densely, but as you can see in the photograph, the

10  vegetation started to overgrow the sides.

11  Q.   Now GB 16 --

12          MS. HECK MILLER:   If we could go back to that one for

13  a moment.

14          AGENT BAECHTLE:   (Complied.)

15  BY MS. HECK-MILLER:

16  Q.   -- has a person in it.   Who is that?

17  A.   That is Rufus Kpadeh.

18  Q.   I'd now like you to look at another succession of pictures.

19          MS. HECK MILLER:   Agent Baechtle, if you could show

20  these in succession.

21          AGENT BAECHTLE:   (Complied.)

22  BY MS. HECK-MILLER:

23  Q.   And if you can tell us if there are any common features in

24  these photographs, GB 22, 23, 24, 25.

25  A.   Yes.

## September 29, 2008

## Doyle - Direct

1    Q.    What is the common feature among these photographs?

2    A.    That is another hole that we observed.

3    Q.    Are these all one hole?

4    A.    Yes.

5    Q.    GB 21 through 25?

6    A.    Yes.

7            MS. HECK MILLER:   If we could take a look, please, at

8    GB 21.

9            AGENT BAECHTLE:   (Complied.)

10   BY MS. HECK-MILLER:

11   Q.    What is this gray V shape we see at the bottom of the

12   photograph?

13   A.    That's, essentially, two sides of the hole connecting.

14   Q.    And what is the substance that makes up the sides of the

15   hole?

16   A.    Very dense, packed almost like a clay.   It's very hard,

17   very dense.

18   Q.    Now, there's a person kneeling at the back of this hole.

19   Who is that?

20   A.    That is Rufus Kpadeh.

21           MS. HECK MILLER:   Could we take a look, please, at GB

22   24?

23           AGENT BAECHTLE:   (Complied.)

24   BY MS. HECK-MILLER:

25   Q.    This is the same hole?

September 29, 2008

## Doyle - Direct

1   A.   Yes.

2   Q.   This is Rufus Kpadeh standing in it?

3   A.   Yes.

4   Q.   Approximately how deep?

5   A.   I would estimate four feet, four and a half feet.   It came

6   up to his breast bone as well.

7   Q.   Agent Doyle, I would now like you to look at a succession

8   of pictures.

9          MS. HECK MILLER:   Agent Baechtle, if you could show in

10   succession, please, GB 28, 29 and 30.

11          AGENT BAECHTLE:   (Complied.)

12   BY MS. HECK-MILLER:

13   Q.   Is there any common feature among GB 28, 29 and 30?

14   A.   Yes.

15   Q.   What is that?

16   A.   That is another hole that we observed.

17   Q.   Are these all the same holes, GB 28, 29 and 30?

18   A.   Yes.

19          MS. HECK MILLER:   If we could take a look at GB 28 for

20   a moment, please?

21          AGENT BAECHTLE:   (Complied.)

22   BY MS. HECK-MILLER:

23   Q.   Did this hole have well-defined edges or not well-defined

24   edges?

25   A.   The edges were well-defined.

**September 29, 2008**

## Doyle - Direct

1  Q.   What was in this hole?

2  A.   Weeds, vegetation, brush.

3  Q.   Agent Doyle, I would now like you to look at two

4  photographs, GB 31 and GB 32 in succession and tell us if

5  there's any common feature between these photographs.

6  A.   Yes.

7  Q.   And what is common between these photographs?

8  A.   It's the same hole.

9  Q.   And is there something in the background, for instance,

10 that helps you know these are the same hole?

11 A.   Yeah.  You can tell by the branches, the four branches

12 growing behind the hole.

13           MS.  HECK MILLER:  Agent Baechtle, perhaps if you could

14 just put, since the arrow doesn't work too well from Agent

15 Doyle's place, the arrow on the far right tree with the leaf

16 hanging down.

17           AGENT BAECHTLE:  (Complied.)

18           MS.  HECK MILLER:  If you could clear that, please, and

19 go back for a moment to GB 31.

20           AGENT BAECHTLE:  (Complied.)

21           MS.  HECK MILLER:  At the left end of the frame, if you

22 could show us that same tree with the leaf hanging down.

23           AGENT BAECHTLE:  (Complied.)

24 BY MS.  HECK-MILLER:

25 Q.   Agent Doyle, I now would ask you to take a look at picture

September 29, 2008

## Doyle - Direct

1  GB 33.

2  A.   (Complied.)

3  Q.   And what is GB 33?

4  A.   That is another hole that we observed with me standing in

5  it.

6  Q.   And approximately how deep was this hole?

7  A.   That was about four and a half feet, again to my chest.

8  Q.   And could you describe to us the walls of that hole?

9  A.   Sure.   It was very packed, packed in dense clay again.   It

10  was overgrown within the hole, the vegetation, the brush,

11  leaves.

12  Q.   Agent Doyle, I would like to look now at a few shots of the

13  area around this these holes.

14       MS. HECK MILLER:   Agent Baechtle, if you could show us

15  quickly in succession, please, GB 34, 35 and 36.

16       AGENT BAECHTLE:   (Complied.)

17  BY MS. HECK-MILLER:

18  Q.   Agent Doyle, what are these three photos, GB 34, 35, 36?

19  A.   Those are, essentially, panoramic shots of the area.

20  Q.   And the area, was it physically closed off from the rest of

21  the world in any way?

22  A.   No.

23  Q.   And you testified when you turned off the main road you did

24  see some people.   Is that correct?

25  A.   Yes.

**September 29, 2008**

## Doyle - Direct

1    Q.   Did you see any people in this area where these holes were?

2    A.   I don't recall seeing any people in the area of the holes.

3    Q.   Agent Doyle, I'd like to call your attention to a

4    structure.   There's like a little gray structure and --

5            MS. HECK-MILLER:   Agent Baechtle, you may be able to

6    put an arrow on it for us in the left-hand side of the

7    background.

8            AGENT BAECHTLE:   (Complied.)

9    BY MS. HECK-MILLER:

10   Q.   Do you know what that structure is?

11   A.   Yes.

12   Q.   What is it?

13   A.   That's the thatched hut I previously mentioned.

14   Q.   As you proceeded, did you go toward that thatched building?

15   A.   Yes.

16   Q.   What did you encounter as YOU went toward that thatched

17   building?

18   A.   In the area of that building, we encountered a ball of

19   tangled barbwire.

20   Q.   Did you notice anything about the terrain in the area as

21   you walked toward the thatched building?

22   A.   Yeah.   I mean, the terrain was varied.   There were

23   clearings, but there was also a very dense area as well which

24   the picture depicts.

25   Q.   Were there anymore holes in the area?

**September 29, 2008**

## Doyle - Direct

1  A.   Yes,  aha.

2  Q.   Agent,  I'd like you now to look at two photographs and tell

3  us if there's any common feature between photographs GB 37 and

4  GB 39.

5           AGENT BAECHTLE:   (Complied.)

6  A.   Yes.

7  Q.   What is that?

8  A.   That's another hole we observed in the area.

9  Q.   These are two pictures of the same hole?

10  A.   Can I see the previous picture again?

11           AGENT BAECHTLE:   (Complied.)

12  A.   Yes.

13  Q.   And about how deep was that hole?

14  A.   That hole is difficult to estimate because, as you could

15  see at the bottom, there was a lot of dead vegetation at the

16  bottom  It was hard to see how far down it extended.

17  Q.   What were the walls of that hole?

18  A.   Again,  very packed dense clay or dirt.

19  Q.   Agent,  could you now look,  please,  at the next two photos,

20  GB 40 and GB 41 and tell us if there's any common feature

21  between those photos?

22           AGENT BAECHTLE:   (Complied.)

23  A.   Yes.

24  Q.   What are GB 40 and GB 41?

25  A.   It appears to be yet another hole.

**September  29,  2008**

## Doyle - Direct

1  Q.   And were you able to tell how deep this hole was?

2  A.   No.

3  Q.   Why not?

4  A.   Again, it was filled at the bottom with what appeared to be

5  dead vegetation, dead branches.   Without going inside, it was

6  hard to see where the bottom began.

7  Q.   Agent, I'd now like you to look at two photos, GB 42 and GB

8  43 and tell us if there's any common feature between those

9  photos.

10         AGENT BAECHTLE:   (Complied.)

11 A.   Yes.

12 Q.   What do those photos depict?

13 A.   It depicts another hole.

14 Q.   Those are both pictures of the same hole?

15 A.   Yes.

16 Q.   And are the edges of this hole regular or irregular?

17 A.   Regular.   The edges are pretty firm

18 Q.   I'd now like you to take a look at picture GB 44 and tell

19 us what that is.

20         AGENT BAECHTLE:   (Complied.)

21 A.   That is another hole.

22 Q.   About how deep?

23 A.   That one was probably about three or four feet again, but,

24 again, it was grown at the bottom fairly densely.   So that

25 would be an estimate.

## September 29, 2008

## Doyle - Direct

1  Q.  If you could, please, take a look at GB 45 and tell us what

2  that is.

3         AGENT BAECHTLE:  (Complied.)

4  A.  That's another hole.

5  Q.  And could you, please, take a look at the following two

6  photographs and tell us if they have any feature or features in

7  common, GB 46 and GB 47.

8         AGENT BAECHTLE:  (Complied.)

9  A.  Yes, that's the same hole.

10 Q.  GB 46 and 47 are two different shots of the same hole?

11 A.  Yes.

12 Q.  Could you take a look, please, at GB 49 and tell us what

13 that is?

14        AGENT BAECHTLE:  (Complied.)

15 A.  That's a zoomed-in shot of that same hole.

16 Q.  Could you, please, take a Look -- withdrawn.  One moment.

17        GB 49 is the same hole as GB 46 and 47?

18 A.  Yes.  It's zoomed in.  You can only see the interior walls,

19 essentially.

20 Q.  Finally, Agent Doyle, could you take a look, please, at

21 photos GB 50 and 51 and tell us if those have any common

22 features?

23        AGENT BAECHTLE:  (Complied.)

24 A.  Yes.  That's the same hole, a different hole from the

25 previous series, but this is two photos of the same.

**September 29, 2008**

## Doyle - Direct

1  Q.   What is the shape of this hole?

2  A.   This hole is probably closely similar to a square.

3  Q.   And about what size is it?

4  A.   I don't recall.  It was one of the smaller ones because it

5  was a square, as opposed to a rectangle.

6  Q.   Now, agent, you mentioned earlier that you saw some

7  barbwire out on this terrain.  Is that correct?

8  A.   Yes.

9  Q.   Did you photograph that?

10  A.   Yes.

11  Q.   Could you take a look, please, at GB 52?

12         AGENT BAECHTLE:   (Complied.)

13  BY MS. HECK-MILLER:

14  Q.   What is GB 52?

15  A.   That is a photograph of the tangled ball of barbwire that

16  was pulled out of the brush.

17  Q.   Where did you find that barbwire?

18  A.   In the same area of the holes.

19  Q.   Who is that holding the barbwire?

20  A.   That's me.

21  Q.   Could you look, please, at GB 57?

22         AGENT BAECHTLE:   (Complied.)

23  BY MS. HECK-MILLER:

24  Q.   What is that?

25  A.   That is the same ball of barbwire.

**September 29, 2008**

## Doyle - Direct

1   Q.   You just put it on the ground?

2   A.   Yeah.   It was set in a clearing to take the photograph.

3   Q.   Agent Doyle, did you or Agent Baechtle do anything to try

4   to actually physically retrieve a piece of that barbwire?

5   A.   Yes.

6   Q.   What did you do?

7   A.   When we placed it on the ground, pieces broke off and we

8   kept one of the pieces, one of the smaller pieces.

9   Q.   Did you cause that piece of barbwire to be shipped back to

10  the United States?

11  A.   Yes.

12  Q.   Agent, if you could turn to your left, please, and just

13  take a look at GB 119 in the box.   Don't pull it out.   Just

14  take a look at it please, marked for identification.

15      [Government Exhibit GB 119 marked for identification at

16  2:00 p.m]

17  BY MS. HECK-MILLER:

18  Q.   Do you recognize GB 119?

19  A.   Yes.

20  Q.   What is GB 119?

21  A.   It appears to be the piece we took from Gbatala on that

22  day.

23          MS. HECK-MILLER:   Your Honor, the Government offers in

24  evidence GB 119.

25          MR. WYLIE:   No objection.

**September 29, 2008**

## Doyle - Direct

1    THE COURT:   Admitted.

2    [Government Exhibit GB 119 received in evidence at 2:00 p.m]

3   BY MS. HECK-MILLER:

4   Q.   Agent, could you, please, take GB 119 out of the box.

5        Now you're holding in your hands a clear plastic box.

6   Could you tell us, please, what's inside that box?

7   A.   Sure.   Inside of the box is the barbwire I previously

8   mentioned.

9        MS. HECK-MILLER:   Your Honor, with the Court's

10  permission, I would ask to circulate the box among the jurors.

11       THE COURT:   You may.

12       MS. HECK-MILLER:   May I approach the witness?

13       THE COURT:   You may.

14       MS. HECK-MILLER:   (Publishing to the jury.)

15  BY MS. HECK-MILLER:

16  Q.   Agent, you mentioned a thatched roof structure that you

17  observed at that location.   Do you recall that?

18  A.   Yes, I do.

19  Q.   Was there a name for that type of structure?

20  A.   I was told it's a kitchen in Africa.

21       MS. HECK-MILLER:   And could you turn, please, Agent

22  Baechtle to Government's Exhibit -- first let's just take a

23  look at Government's Exhibit 34 again.

24       AGENT BAECHTLE:   (Complied.)

25  BY MS. HECK-MILLER:

## September 29, 2008

## Doyle - Direct

1  Q.   And, Agent Doyle, in the upper left, is that the kitchen

2  structure, the little gray area?

3         MS. HECK MILLER:   Agent Baechtle, if you could put an

4  arrow on it.

5         AGENT BAECHTLE:   (Complied.)

6  A.   Yes.

7  Q.   Did you go up close?

8  A.   Yes, we did.

9         MS. HECK MILLER:   Agent Baechtle, could you, please,

10  show us in succession GB 53 and GB 54.

11         AGENT BAECHTLE:   (Complied.)

12  BY MS. HECK-MILLER:

13  Q.   What are GB 53 and GB 54?

14  A.   Both of those are photographs of the thatched hut from a

15  close-up position.

16  Q.   Now, agent, when you reached that thatched hut, did you go

17  any farther?

18  A.   No.  We retreated.

19  Q.   Before you retreated, did you make any further shots of the

20  area that you had just visited?

21  A.   Yes.

22         MS. HECK MILLER:   I would ask you, please, Agent

23  Baechtle, if you could show the witness and the jury what has

24  been received in evidence as GB 58 and GB 59.

25         AGENT BAECHTLE:   (Complied.)

**September 29, 2008**

## Doyle - Direct

1  BY MS. HECK-MILLER:

2  Q.   What are GB 58 and 59?

3  A.   Essentially, as we were making our way back, those are two,

4  again, panoramic shots of the area.

5  Q.   As you were walking back, Agent Doyle, did you observe any

6  further barbwire?

7  A.   Yes.

8  Q.   What -- withdrawn.

9           Where did you observe barbwire and in what form did it

10  take?

11  A.   I observed wooden posts with barbwire attached to them

12  Q.   Did you photograph those?

13  A.   Yes.

14           MS. HECK MILLER:   Agent Baechtle, could we see,

15  please, GB 60 and GB 62.

16           AGENT BAECHTLE:   (Complied.)

17  BY MS. HECK-MILLER:

18  Q.   Does this illustrate what you photographed that day, Agent

19  Doyle?

20  A.   Yes.

21  Q.   After you left the area where the holes were, where did you

22  go?

23  A.   We proceeded to a clearing area where we observed some more

24  telephone pole structures protruding from the ground in a

25  linear fashion.

**September 29, 2008**

## Doyle - Direct

1  Q.   And did you take photographs of those?

2  A.   Yes.

3  Q.   These poles that you saw, were they similar to any other

4  poles you had seen that day at the base?

5  A.   Yeah, they appeared to be longer versions of, perhaps, the

6  four that were protruding from the ground initially and the one

7  that was inside of the College of Knowledge.

8  Q.   Now, this area that had the poles that you saw, was it in a

9  clearing or was it in the brush?

10  A.   Both.   There was a section in the clearing and they

11  proceeded in a linear fashion into the brush.

12  Q.   When you first saw it, did you see it through brush or

13  through a clearing?

14  A.   Initially, through brush.

15       MS. HECK MILLER:   Could we, please, take a look at GB

16  63, Agent Baechtle?

17       AGENT BAECHTLE:   (Complied.)

18  BY MS. HECK-MILLER:

19  Q.   What is GB 63?

20  A.   GB 63 is, essentially, my first sight of the poles as I saw

21  it from the other side of the weeds and brush.

22       MS. HECK MILLER:   Could we now take a look, please,

23  Agent Baechtle, first at GB 65 and then at GB 66?

24       AGENT BAECHTLE:   (Complied.)

25  BY MS. HECK-MILLER:

## September 29, 2008

## Doyle - Direct

1  Q.   What is GB 65?

2        MS. HECK-MILLER:   If we can go back to that one?

3        AGENT BAECHTLE:   (Complied.)

4  A.   GB 65 depicts two of the poles protruding from the ground.

5  They're the two that appeared in the clearing.

6        MS. HECK-MILLER:   Again, if we could look at GB 66.

7        AGENT BAECHTLE:   (Complied.)

8  BY MS. HECK-MILLER:

9  Q.   If you could, tell us where that is.

10 A.   That's where the linear, the line, essentially, of the

11 poles continues into the dense brush.

12 Q.   Take a look at the ground in the area where these poles

13 were, Agent Doyle.

14 A.   Yes.

15 Q.   And did you notice any particular type of debris on the

16 ground?

17 A.   Yes.

18 Q.   What did you see?

19 A.   We saw shell casings.   We saw a button.   We saw a clip.

20 Q.   Now, Agent Doyle, you mentioned shell casings.   Are you

21 familiar with shell casings?

22 A.   Yes.

23 Q.   How is it that you are familiar with shell casings?

24 A.   It's as part of my current position, we are required to

25 maintain certain level of proficiency with a firearm  So we

**September 29, 2008**

## Doyle - Direct

1  fire numerous rounds of ammunition a year.

2  Q.   What is a shell casing?

3  A.   A shell casing is, essentially, the packaging that contains

4  the gunpowder and the bullet.

5  Q.   And do those portions of the package separate from each

6  other at some point?

7  A.   Yes.

8  Q.   And what is that process?

9  A.   When ammunition is fired from the gun or the firearm,

10  essentially, the bullet dislodges from the casing and travels

11  out of the gun through the barrel while the casing ejects from

12  the firearm in the area of the shooter usually.

13  Q.   Did you take photographs of this debris?

14  A.   Yes.

15  Q.   And was this debris lying on top of the ground?  Was it

16  buried in the ground?  Was it half buried?  Was it a

17  combination?  Please describe the relationship of the debris to

18  the earth.

19  A.   Essentially, it was embedded in the ground.  It wasn't

20  necessary to dig in the ground for them, but they were lodged

21  into the ground.  They were visible from our vantage point,

22  though.

23          MS. HECK-MILLER:   Agent Baechtle, could you, please,

24  briefly go through putting on the screen in succession GB 67,

25  69, 71, 72, and 73?

## September 29, 2008

## Doyle - Direct

1    AGENT BAECHTLE:   (Complied.)

2   BY MS. HECK-MILLER:

3   Q.   What is depicted in those photographs, Agent Doyle?

4   A.   The shell casings that I previously discussed.

5   Q.   And, for instance, in the one we're looking at now, GB 73,

6   were those casings embedded or were they on the surface?

7   A.   They were on the surface.   Some were embedded.   A couple

8   are laying on top of the gravel.

9   Q.   What about in GB 71?

10   A.   That one is embedded.

11   Q.   You mentioned that you found some objects in addition to

12   casings.   Did you photograph any of those?

13   A.   Yes.

14    MS. HECK-MILLER:   Could we take a look, please, at GB

15   70?

16    AGENT BAECHTLE:   (Complied.)

17   BY MS. HECK-MILLER:

18   Q.   What are we looking at in GB 70?

19   A.   Essentially, the top of the photograph is my foot added for

20   context for the photograph, and directly to the right of my

21   foot is a what appears to be a three-pronged clip.

22   Q.   When you say to the right of your foot, is that actually

23   the right part of the picture?   What part of the picture is

24   that in?

25   A.   The bottom part.

**September 29, 2008**

## Doyle - Direct

1    MS. HECK-MILLER:   Agent Baechtle, could you put an

2    arrow on that, please, or highlight it, perhaps?

3    AGENT BAECHTLE:   (Complied.)

4    MS. HECK-MILLER:   Thank you.

5    BY MS. HECK-MILLER:

6    Q.   Agent Doyle, did you take some steps with regard to

7    checking any of this material?

8    A.   Yes.

9    Q.   Did you cause those items to be brought back to the United

10   States?

11   A.   Yes.

12   Q.   I'm asking you, please, to turn your attention to items in

13   the box in front of you marked for identification as GB 120

14   composite, GB 121 and GB 122 --

15   [Government Exhibits GB 120, 121, 122 marked for identification

16                          at 2:09 p.m]

17   BY MS. HECK-MILLER:

18   Q.   -- and ask you if you recognize them

19   A.   Yes, I do.

20   Q.   What is GB 120 composite?

21   A.   GB 120 contains the shell casings that we collected at

22   Gbatala, in addition to the plastic bag that we placed them in.

23   Q.   What is GB 121?

24   A.   GB 121 is the three-pronged clip that we last viewed.

25   Q.   And what is GB 122?

**September 29, 2008**

## Doyle - Direct

1    A.    That is a button that we retrieved from the area.

2              MS. HECK-MILLER:    The Government offers GB 120, 121

3    and 122 into evidence.

4              THE COURT:    No objection?

5              MR. WYLIE:    No objection.

6              THE COURT:    Admitted.

7    [Government Exhibits GB 120, 121, 122 received in evidence at

8                             2:11 p.m]

9    BY MS. HECK-MILLER:

10   Q.    Agent Doyle, could you pull those three items out of the

11   box, please?

12   A.    (Complied.)

13   Q.    Looking at GB 120 composite, what is that, Agent Doyle?

14   A.    Like I said, that's the casings that were retrieved in

15   addition to the original bag that they were placed into.

16   Q.    How many casings are there?  Have you counted them?

17   A.    I have.

18   Q.    How many are there?

19   A.    21.

20   Q.    Are they the same size?

21   A.    They vary.

22   Q.    What is GB 121?

23   A.    GB 121 is the three-pronged clip.

24   Q.    Does that 3-pronged clip say anything on it?

25   A.    Yes.

## Doyle - Direct

1  Q.  What does it say?

2  A.  I'll need to look at it more closely to refresh my memory.

3  It's an M and numerous, two digits, M 13.

4  Q.  What is GB 122?

5  A.  GB 122 is a green button.

6  Q.  Do you recognize that type of button?

7  A.  Yes.

8  Q.  How is it that you recognize that type of button?

9  A.  Prior to college, I was in the military and it's similar to

10  a button found on a battle dress uniform or fatigues.

11  Q.  Does battle dress uniform also have an abbreviation it's

12  known by?

13  A.  Commonly referred to as BDUs.

14        MS. HECK MILLER:   Your Honor, if I may approach the

15  witness.   I ask permission to publish those three exhibits by

16  circulating them to the jury.

17        THE COURT:   You may.

18        MS. HECK MILLER:   (Publishing to the jury).

19  BY MS. HECK-MILLER:

20  Q.  Following the collection of these items, what did you do,

21  Agent Doyle, with your group on May 28th, 2007?

22  A.  We proceeded back to the vehicle.

23  Q.  And where did you go?

24  A.  We returned back to the main road from where we had come.

25  Q.  On your way back to the main road, did you or immediately

**September 29, 2008**

## Doyle - Direct

1   at the main road did you observe anything else about the base

2   area that you had just been traveling through?

3   A.   I don't understand the question.

4   Q.   Did you see any buildings that were associated with the

5   base area?

6   A.   Yes.

7   Q.   And where did you see these buildings?

8   A.   Once we proceeded on the main road, they were to the right.

9   Q.   And did you stop and look at the buildings at that time?

10  A.   No.

11  Q.   Why did you not stop and look at those buildings at that

12  time?

13  A.   We felt it necessary to return to the Embassy while it was

14  still light out, so we wanted to get on the road.   We figured

15  we would stop on the way back.   We had a couple of other points

16  of interest where we wanted to travel to.

17  Q.   Before you got back to the vehicle, did you take any last

18  photographs back toward the area you had just come from?

19  A.   Yes.

20           MS. HECK MILLER:   Agent Baechtle, if we could take a

21  look at GB 74 please.

22           AGENT BAECHTLE:   (Complied.)

23  BY MS. HECK-MILLER:

24  Q.   Could you tell us, please, what that photograph is?

25  A.   That's a photograph taken from the clearing looking back

**September 29, 2008**

## Doyle - Direct

1   into the overgrown area.   You can see the thatched hut ever so

2   slightly in the horizon.

3   Q.   Is that in the break between the two darker lines of small

4   trees?

5   A.   Yes.

6           MS. HECK MILLER:   Agent Baechtle, if you see what that

7   area is, can you put an arrow on it.

8           AGENT BAECHTLE:   (Complied.)

9           MS. HECK MILLER:   Thank you.

10          Agent Baechtle, could you take us back for a moment to

11  GB 108, all the way back there.

12          AGENT BAECHTLE:   (Complied.)

13  BY MS. HECK-MILLER:

14  Q.   Agent Doyle, could you describe to us where you went after

15  you left the dirt road and went back to the highway in terms of

16  this photograph?

17  A.   Sure.   We continued on the road we had come from and then

18  at the fork we had made a left to get to the main road which we

19  then made a right onto the main road.

20  Q.   So as you continued on, were you heading toward the left of

21  the photograph or the right of the photograph?

22  A.   As we continued on, we were heading to the right of the

23  photograph.

24  Q.   As you continued in the direction of the right of this

25  photograph, did you notice anything above the highway road

**September 29, 2008**

## Doyle - Direct

1  itself?

2  A.   Yes.

3  Q.   What did you observe?

4  A.   There was a cable structure going from one side of the road

5  to the other, but above the road.

6  Q.   Did you stop to take pictures of those cables?

7  A.   Later in the day, yes.

8  Q.   Agent Doyle, since that touch screen is not working too

9  well, if I could ask you to step down to the map here.

10  A.   (Complied.)

11  Q.   Agent Doyle, could you, please, point out on the map with

12  your finger, the area of Gbatala you were referring to?

13  A.   Sure.   Gbatala Base was in this area just shy or just west

14  of the town of Gbatala.

15  Q.   And where did you go from Gbatala?

16  A.   Proceeded northeast to Gbarnga.

17  Q.   Did you stop in Gbarnga?

18  A.   Yes, we did.

19  Q.   I'm going to ask you about Gbarnga in a moment.

20          Just so I don't have to ask you to step down to the

21  map again, after the stop at Gbarnga, would you show us with

22  your finger where you went after that stop?

23  A.   After our stop in Gbarnga, we made a left and headed north

24  toward the St. Paul River.

25  Q.   Can you show us on the map where that St. Paul River is?

**September 29, 2008**

## Doyle - Direct

1   A.   (Complied.)

2   Q.   Does that St. Paul River form a natural boundary of some

3   kind?

4   A.   Yes.

5   Q.   What does that form a border between?

6   A.   Lofa County and Bong County.

7   Q.   Is that area also associated with the name of a town?

8   A.   Yes.

9   Q.   What town is that?

10  A.   Gbalatuah.

11  Q.   Would you point that out to us on the map, please?

12  A.   Yes.

13  Q.   Thank you, Agent Doyle.  If you could take your seat again.

14  A.   (Complied.)

15  Q.   Where did you stop in Gbarnga?

16  A.   We stopped at a police station in Bong County.

17  Q.   What did you do at that police station?

18  A.   We photographed it from the outside and then we entered it.

19  Q.   I would ask you turn your attention to the exhibits marked

20  for identification purposes in the box in front of you marked

21  PD 3, PD 2 PD 6 and PD 7.  These are just for identification?

22  [Government Exhibits PD 3, 2, 6, 7 marked for identification at

23                          2:19 p.m]

24  BY MS. HECK-MILLER:

25  Q.   Agent, do you recognize PD 3, PD 2, PD 6 and PD 7?

**September 29, 2008**

## Doyle - Direct

1           Are they not in there?

2   A.   I'm not finding the PD series in the box.

3           MS. HECK-MILLER:   Permission to approach the witness,

4   please?

5           THE COURT:   You may.

6   BY MS. HECK-MILLER:

7   Q.   Sorry, agent.   They were in the wrong place

8   A.    I recognize those.

9   Q.   Did you take those photographs?

10  A.   Yes.

11  Q.   Are they photographs of the Gbarnga Police Station?

12  A.   Yes.

13  Q.   Do they truly and accurately depict the police station as

14  you saw it on that date, May 27th?

15  A.   Yes.

16          MS. HECK-MILLER:   Your Honor, the Government offers PD

17  2, PD 3, PD 6, PD 7 into evidence.

18          MR. WYLIE:   No objection.

19          THE COURT:   Admitted.

20  [Government Exhibits PD 3, 2, 6, 7 received in evidence at 2:21

21                          p.m]

22          MS. HECK-MILLER:   Agent Baechtle, if we could see PD

23  3.

24          AGENT BAECHTLE:   (Complied.)

25  BY MS. HECK-MILLER:

**September 29, 2008**

## Doyle - Direct

1   Q.   What is PD 3, Agent Doyle?

2   A.   PD 3 is a photograph of the police station from the right

3   side as far as I could go left.

4   Q.   There's a flag and flag pole visible in that photograph,

5   Agent Doyle.

6   A.   Yes.

7   Q.   What flag is that?

8   A.   The Liberian national flag.

9   Q.   This is the north end or the south end of the building?

10  A.   That would be the south end, the southwest end.

11  Q.   And could you now, please, take a look at PD 2.

12          AGENT BAECHTLE:   (Complied.)

13  BY MS. HECK-MILLER:

14  Q.   What is depicted in PD 2?

15  A.   That is the rest of the building.

16  Q.   And you see how it's recessed off at the left side and

17  there's a portion that has got a separate roof at right angles

18  to the main roof?

19  A.   Yes.

20  Q.   What is that left-hand portion?

21  A.   That is the detention portion of the police department.

22  That's where inmates are held.

23  Q.   How do you know that?

24  A.   I walked back there.

25  Q.   And did you see it from the inside as well?

**September 29, 2008**

## Doyle - Direct

1   A.   Yes.

2   Q.   Could you take a look please at PD 6 and tell us what that

3   is?

4            AGENT BAECHTLE:   (Complied.)

5   A.   PD 6 is another photograph depicting the area where inmates

6   are held and the entrance where you would go into the building.

7            MS.  HECK-MILLER:   Could we go back for a moment to PD

8   2, Agent Baechtle?

9            AGENT BAECHTLE:   (Complied.)

10   BY MS.  HECK-MILLER:

11   Q.   Agent Doyle, do you see where the doorway is going into

12   that building?

13   A.   Yes.

14   Q.   Can you describe where the doorway is?

15   A.   To the middle and when you go, you enter to the left.

16   Q.   Is that doorway behind that blue cart?

17   A.   Yes, that's where the break in the fence or post is.

18   Q.   You went in through that doorway.  Is that correct?

19   A.   Yes.

20   Q.   When you go in through that doorway, what do you see on

21   your left?

22   A.   On your left, there's a door across the way.  There's a

23   counter in that area.

24   Q.   And did you photograph that?

25   A.   Yes, I did.

## September 29, 2008

## Doyle - Direct

1          MS. HECK MILLER:   Could we take a look, please, at PD

2    7.

3          AGENT BAECHTLE:   (Complied.)

4    BY MS. HECK-MILLER:

5    Q.   What is PD 7?

6    A.   PD 7 depicts a photograph towards the back where the

7    inmates are housed from the counter that you initially come

8    into contact with when you enter.

9    Q.   This is the counter you just referred to from the prior

10   photograph?

11   A.   Yes.

12   Q.   So when you enter the police department, this counter is on

13   your left?

14   A.   Yes.   When you enter, it's along to the left, that's

15   correct.

16   Q.   You see the dark area just to the right of the center of

17   the photograph and --

18          MS. HECK MILLER:   Agent Baechtle, if you could put a

19   box around that, please?

20          AGENT BAECHTLE:   (Complied.)

21   BY MS. HECK-MILLER:

22   Q.   What is that dark area?

23   A.   That dark area is looking back to the cells where the

24   inmates were housed.

25   Q.   Is that dark area closed off from the counter?

**September 29, 2008**

## Doyle - Direct

1  A.   No, you could walk back there.

2  Q.   And is the cell structure itself behind a solid door or

3  open door of some kind?

4  A.   It was an open door.  We -- I walked back there very

5  briefly.

6  Q.   From that cell area and the open door, is it possible to

7  see this counter?

8  A.   Yes.

9  Q.   Is it possible to hear what's going on at this counter?

10  A.   Yes.   There's nothing dividing the two.

11       MS. HECK MILLER:   Now if we could take down that

12  photograph, please.

13       AGENT BAECHTLE:   (Complied.)

14  BY MS. HECK-MILLER:

15  Q.   Agent Doyle, you told us after Gbarnga you turned left and

16  proceeded north towards the St. Paul River Bridge.

17  A.   Yes.

18  Q.   Ant went as far as Gbalatuah at the St. Paul River Bridge

19  and that was the final end point before you came back.  Is that

20  correct?

21  A.   That's correct.

22  Q.   Did you also take photographs at that area?

23  A.   Yes, I did.

24  Q.   Could you take a look, please, in the box in front of you

25  at documents, exhibits that have been marked for identification

**September 29, 2008**

## Doyle - Direct

1  purposes and that are labeled -- again this will be a

2  succession of numbers -- ER 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12,

3  14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 28, 40, 42, 45,

4  51, 52, 53, 56, 57, 58, 59, 60 and 61, all of those numbers

5  preceded by the letter ER in the exhibit?

6  [Government Exhibits ER 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 14,

7  15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 28, 40, 42, 45, 51,

8  52, 53, 56, 57, 58, 59, 60 and 61 marked for identification at

9  2:27 p.m]

10  BY MS. HECK-MILLER:

11  Q.   Agent, are you familiar with all of those exhibits?

12  A.   Yes, I am

13  Q.   Are those all photographs?

14  A.   Yes, they are.   I took them

15  Q.   Well, were those photographs all with the prefix ER taken

16  in the vicinity of the St. Paul River on May 28th, 2007?

17  A.   Yes.

18  Q.   Do they depict the conditions there that day?

19  A.   Yes.

20        MS. HECK MILLER:   Your Honor, the Government moves

21  into evidence the previously recited list of exhibits.

22        MR. WYLIE:   No objection.

23        THE COURT:   Admitted.

24  [Government Exhibits ER 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 14,

25  15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 28, 40, 42, 45, 51,

**September 29, 2008**

## Doyle - Direct

1    52, 53, 56, 57, 58, 59, 60 and 61 received in evidence at

2   2:28 p.m]

3   BY MS. HECK-MILLER:

4   Q.   Agent, would you please take a look first --

5            MS. HECK-MILLER:   And Agent Baechtle, if you could

6   show them in succession, BR 1 and BR 2.

7            AGENT BAECHTLE:   (Complied.)

8   BY MS. HECK-MILLER:

9   Q.   What are BR 1 and BR 2?

10   A.   Those photographs depict the checkpoints near the St. Paul

11   River Bridge.

12   Q.   The two photographers, are they facing different

13   directions?

14   A.   Yes.

15   Q.   We're now looking at BR 2.   Which direction are we looking

16   at?

17   A.   BR 2 is taken looking south back towards Bong County.

18   Q.   That is also back towards Monrovia?

19   A.   Yes.

20   Q.   What is BR 1?

21   A.   BR 1 is the photograph of the checkpoints as we saw it in

22   the direction we were traveling north looking towards Lofa

23   County.

24   Q.   Did you go up to the bridge itself on foot?

25   A.   Yes, I did.

**September 29, 2008**

## Doyle - Direct

1   Q.   Did you take photographs there?

2   A.   Yes, I did.

3              MS. HECK-MILLER:   Could we take a look, please, Agent

4   Baechtle, if you could show us in succession BR 10 and BR 11.

5              AGENT BAECHTLE:   (Complied.)

6   BY MS. HECK-MILLER:

7   Q.   What are those photographs?

8   A.   Photographs of the bridge from the Bong County side.

9   Q.   These houses and structures we're looking at, which county

10  are those in?

11  A.   Those are in Lofa County.

12  Q.   Can we actually see the river in these photographs?

13  A.   BR 11, yes, and BR 12, I believe as well, yes.

14             MS. HECK-MILLER:   Could we now take a look, please, at

15  BR 14?

16             AGENT BAECHTLE:   (Complied.)

17  BY MS. HECK-MILLER:

18  Q.   What is BR 14?

19  A.   BR 14 is a photograph of the bridge as the road leads you

20  to it from the Bong County side.

21             MS. HECK-MILLER:   Could we take a look, please, in

22  succession at BR 16, 17, 18.

23             AGENT BAECHTLE:   (Complied.)

24  BY MS. HECK-MILLER:

25  Q.   What are BR 16, 17 and 18?

**September 29, 2008**

## Doyle - Direct

1  A.   Those are shots from the bridge or directly adjacent to it.

2          MS. HECK MILLER:   Could we go back, please, to ER 16

3  and tell us what that is.

4          AGENT BAECHTLE:   (Complied.)

5  A.   That is a photograph of the name plate attached to the

6  bridge.

7  Q.   Now, was there any damage to this plate?

8  A.   Yes.

9  Q.   And was there damage to the bridge structure itself?

10  A.   Yes.

11  Q.   Did you recognize what this damage was?

12  A.   It appeared to be bullet holes.

13  Q.   Are you familiar with bullet holes?

14  A.   Yes.

15  Q.   What makes you familiar with bullet holes?

16  A.   Again, my current employment requires to maintain a level

17  of proficiency with firearms.

18  Q.   Could you, please, take a look at ER 17 --

19          AGENT BAECHTLE:   (Complied.)

20  BY MS. HECK-MILLER:

21  Q.   -- and tell us what this is.

22  A.   That is a photograph of the damage to the bridge.

23  Q.   And what did you observe that damage to be?

24  A.   Again, bullet holes.

25  Q.   Could you take a look, please, at ER 18?

**September 29, 2008**

## Doyle - Direct

1    AGENT BAECHTLE:   (Complied.)

2  BY MS. HECK-MILLER:

3  Q.   Now, you've told us previously that this is the bridge.   Do

4  you see in the background a structure with a pointed red roof?

5  A.   Yes.

6  Q.   And where is this red roof building?

7  A.   The red roof building is on the Bong County side near the

8  checkpoint we previously viewed.

9  Q.   And did you have occasion to look more closely at that red

10  roof building later on?

11  A.   Yes.

12  Q.   Is there a reason that you looked more closely toward that

13  red roof building later on?

14  A.   Yes.

15  Q.   Did anybody direct you toward that building?

16  A.   Yes.

17  Q.   Who directed you towards that red roof building?

18    MR. WYLIE:   Objection, Your Honor.   Hearsay.

19    THE COURT:   Sustained.

20  BY MS. HECK-MILLER:

21  Q.   Could you take a look at BR 207?

22    AGENT BAECHTLE:   (Complied.)

23  BY MS. HECK-MILLER:

24  Q.   Can you tell us, please, what we're looking at here?

25  A.   It's a photograph of the bridge from the Lofa County side

## Doyle - Direct

1  as if you are about to cross it into Bong County.

2  Q.   Is the red roof structure visible in this photograph as

3  well?

4  A.   Yes, it is.

5          MS. HECK MILLER:   Agent Baechtle, could you give us an

6  arrow on the red roof building.

7          AGENT BAECHTLE:   (Complied.)

8  BY MS. HECK-MILLER:

9  Q.   Agent Doyle, could you, please, take a look at ER 12?

10          AGENT BAECHTLE:   (Complied.)

11  BY MS. HECK-MILLER:

12  Q.   What are we looking at in ER 12?

13  A.   ER 12 is a photograph that also includes the red roof

14  building and includes a checkpoint as if you had traveled from

15  Lofa into Bong approaching the checkpoint.

16  Q.   In terms of the order of the items, including the

17  checkpoint, the bridge and the red roof building, can you

18  describe to us what is the physical order?

19  A.   From the bridge you would first come across this thatched

20  hut on the right, followed by the red roof building, followed

21  by the checkpoint.

22  Q.   Could you, please, describe the red roof building?  What

23  sort of structure was it?

24  A.   Sure.   It was somewhat weathered.   It had damage to it.   It

25  was made of what appeared to be cement, but some of the chunks

## September 29, 2008

## Doyle - Direct

1  of the cement had been broken off.  It was riddled on one side

2  with what appeared to be bullet holes.  It was in fairly poor

3  condition.

4  Q.  And were there hallways in this building?

5  A.  Yes.

6  Q.  How many?

7  A.  There appeared to be two hallways.

8  Q.  And did they run from the front to the back?

9  A.  Yes.

10  Q.  Did you ever hear the term of a shotgun building?

11  A.  I have heard that term

12  Q.  Was that what the hallway structure was like in this

13  building?

14  A.  Yes.

15  Q.  Agent Doyle, I would ask you to, please, take a look at BR

16  5.

17          AGENT BAECHTLE:   (Complied.)

18          MS. HECK-MILLER:   Before we get to BR 5, let's take a

19  look, please, at BR 6.

20          AGENT BAECHTLE:   (Complied.)

21  BY MS. HECK-MILLER:

22  Q.  What is BR 6?

23  A.  BR 6 is a photograph of the entryway into the building and

24  it depicts some writing on the wall.

25  Q.  And is there also one of the hallways shown in this

## Doyle - Direct

1  photograph?

2  A.   Yes.

3  Q.   And where is that?

4  A.   That would be the hallway to the right.

5  Q.   At the far right edge of the photograph?

6  A.   Yes.

7       MS. HECK MILLER:   Could we take a look, please, at BR

8  25.

9       AGENT BAECHTLE:   (Complied.)

10 BY MS. HECK-MILLER:

11 Q.   What is that?

12 A.   That's just a closer photograph of the writing that

13 appeared on the front of the building.

14 Q.   What does the writing say?

15 A.   It said "Mission Possible Base" with a design underneath

16 it.

17 Q.   What was the design?

18 A.   It appears to be a scorpion.

19 Q.   Did you enter the red roof building?

20 A.   Yes, I did.

21 Q.   And where did you enter it?

22 A.   On the right hallway.

23 Q.   If you could take a look, please, at BR 26.

24      AGENT BAECHTLE:   (Complied.)

25 BY MS. HECK-MILLER:

## Doyle - Direct

1   Q.   What is BR 26?

2   A.   BR 26 depicts the shotgun hallway.   I am in the front

3   photographing it towards the back.

4   Q.   Who is that walking out the back of the building?

5   A.   It is Matthew Baechtle and Rufus Kpadeh.

6   Q.   What appears at the front right of this photograph?

7   A.   There's a wooden door.

8         MS. HECK MILLER:   Agent Baechtle, could you, please,

9   point out the door.

10         AGENT BAECHTLE:   (Complied.)

11         MS. HECK MILLER:   Could we now take a look, please, at

12   BR 28.

13         AGENT BAECHTLE:   (Complied.)

14   BY MS. HECK-MILLER:

15   Q.   What is BR 28?

16   A.   BR 28 is a close-up version of the doorway.

17   Q.   Now, there appears to be a lock on that door.

18   A.   Yes.

19   Q.   And was that securely locked on the day you were there, May

20   28th, 2007?

21   A.   Yes, it was.

22   Q.   Did you do something with regard to the lock for that room?

23   A.   Yes.

24   Q.   What did you do?

25   A.   We requested that one of the occupants with a key unlock it

**September 29, 2008**

## Doyle - Direct

1  so that we could observe the inside.

2  Q.   Was that request granted?

3  A.   Yes.

4  Q.   On May 28th, 2007, were you able to observe what that

5  building was being used for?

6  A.   Can you repeat that?

7  Q.   On May 28th, 2007, were you able to observe what that

8  building was being used for that day?

9  A.   Yes.

10  Q.   What was that?

11  A.   A number of people appeared to be living in that building.

12  Q.   What was it that caused you to conclude that people were

13  living in that building?

14  A.   There were people in the area.   There were clothes hanging.

15  There were clothes hanging inside of that room

16        MS.  HECK-MILLER:   If we could take a look, please, at

17  BR 42.

18        AGENT BAECHTLE:   (Complied.)

19  BY MS.  HECK-MILLER:

20  Q.   What is BR 42?

21  A.   BR 42 depicts lettering that was above the doorway.

22  Q.   Is this the outside in the hallway or is this inside in the

23  room?

24  A.   That's the outside in the hallway.

25  Q.   It seems to be a little dark.   Can you read those words?

**September 29, 2008**

## Doyle - Direct

1  A.   Yes.   It says "Office of the MP" and appears to be

2  "Commander."

3  Q.   Now, you mentioned somebody agreed to unlock the room and

4  allow you inside.   Is that correct?

5  A.   Yes.

6  Q.   And when you got inside, were you able to observe things in

7  it?

8  A.   Yes.

9  Q.   What things did you see in that room?

10  A.   There were clothes hanging.   There were various mesh

11  fabrics hanging on the wall and writings on the wall behind a

12  majority of the clothing.

13            MS. HECK MILLER:   Could you take a look, please, at ER

14  40.

15            AGENT BAECHTLE:   (Complied.)

16  BY MS. HECK-MILLER:

17  Q.   What does ER 40 show?

18  A.   ER 40 shows writing above one of the makeshift windows

19  that's actually on the front façade of the building.

20  Q.   What does that writing say?

21  A.   "Office" -- and what appears to be "Commander" and

22  something referring to house underneath the office.

23  Q.   Could you take a look, please, at ER 45?

24            AGENT BAECHTLE:   (Complied.)

25  A.   Yes.

## Doyle - Direct

1   Q.   Do you recognize ER 45?

2   A.   Yes, I do.

3   Q.   Was ER 45 taken inside or outside of the room?

4   A.   That was inside of that room

5   Q.   What is ER 45?

6   A.   It's a photograph of the writing that was on the wall with

7   the clothing that I previously mentioned hanging.

8   Q.   And what did the writing say?

9   A.   Again "Office of the MP Commander."

10  Q.   About how high on the wall was this writing?

11  A.   It was about, I guess, chest level.   In various parts of

12  the room there was different writing.

13          MS. HECK MILLER:   Agent Baechtle, could we now take a

14  look, please, at ER 7.

15          AGENT BAECHTLE:   (Complied.)

16  BY MS. HECK-MILLER:

17  Q.   What is ER 7?

18  A.   ER 7 is a photograph of the front of the building depicting

19  the entryway that I entered the building.

20  Q.   And did you notice damage to this building?

21  A.   Yes.

22  Q.   Is that shown in ER 7?

23  A.   Yes.

24  Q.   Now, were there other structures in the area of the

25  checkpoint and the St. Paul River Bridge besides this red roof

**September 29, 2008**

## Doyle - Direct

1  building?

2  A.   Yes.

3  Q.   Were there structures on the other side of the road from

4  the red roof building?

5  A.   Yes, there were.

6            MS. HECK MILLER:   Can we take a look, please, at ER 60

7            MR. BAECHTLE:   (Complied.)

8  BY MS. HECK-MILLER:

9  Q.   What is ER 60?

10  A.   ER 60 is a photograph of the red roof structure.   To orient

11  you a bit, the bridge is to the right and we are on the

12  opposite side of the road from the red roof building.

13  Q.   Is the road visible in this picture?

14  A.   I believe it is.

15            MS. HECK MILLER:   Agent Baechtle, can you give us an

16  arrow showing that road or maybe a line?

17            AGENT BAECHTLE:   (Complied.)

18  BY MS. HECK-MILLER:

19  Q.   Agent Doyle, is that the road running in front of the red

20  roof building?

21  A.   Yes.

22  Q.   What is on the other side of the road from the red roof

23  building in the foreground of this picture?

24  A.   Well, there was a gazebo or some sort of structure with no

25  walls, just a ceiling and some posts, and that's the structure

**September 29, 2008**

# Doyle - Direct

1  you see there.

2  Q.   Agent Doyle, I'd like to turn your attention to the very

3  right-hand edge of the photograph.  Do you see a clothes line

4  hanging off the very edge of the red roof building?

5        MS. HECK MILLER:  Agent Baechtle, can you give us a

6  box or an arrow?  That's good.

7        AGENT BAECHTLE:  (Complied.)

8  BY MS. HECK-MILLER:

9  Q.   Did you make any observations of the area, the ground to

10  the right-hand side of the red roof building?

11 A.   Yes.

12 Q.   Did you notice any particular type of debris in that area?

13 A.   Yes.

14 Q.   What debris did you see?

15 A.   More shell casings.

16 Q.   Did you photograph those casings?

17 A.   Yes.

18        MS. HECK MILLER:  Could we take a look at BR 8 and 9.

19        AGENT BAECHTLE:  (Complied.)

20 BY MS. HECK-MILLER:

21 Q.   What are BR 8 and 9?

22 A.   BR 8 and 9 is a photograph of the casings that I observed

23 in that area with my foot next to it just added for context.

24 Q.   These photographs are taken at that area by the red roof

25 building?

**September 29, 2008**

## Doyle - Direct

1    A.   Yes.

2              MS. HECK MILLER:   And if we could just look

3    successively, Agent Baechtle, through pictures BR 51, 52 and

4    53.

5              AGENT BAECHTLE:   (Complied.)

6    BY MS. HECK-MILLER:

7    Q.   Agent Doyle, do these photographs have any relationship to

8    the area where you found the shell casings?

9    A.   Yes.

10   Q.   What is the relationship between these photographs and the

11   area where you found the shell casings?

12   A.   That is the side of the red roof structure the casings were

13   found on.  If you were facing the building from the front, it

14   would be the right side.

15   Q.   Agent Doyle, did you collect any casings from the location

16   that day?

17   A.   Yes.

18   Q.   Did you cause them to be brought back here to the United

19   States?

20   A.   Yes, I did.

21   Q.   Could you take a look in that box and take a look at what

22   has been marked for identification as GB 68?

23        [Government Exhibit BR 68 marked for identification at

24   2:44 p.m]

25   A.   Yes.

## September 29, 2008

## Doyle - Direct

1  Q.   Do you recognize GB 68?

2  A.   Yes, I do.

3  Q.   What do you recognize GB 68 to be?

4  A.   The shell casings taken from that location.

5        MS. HECK MILLER:   The Government offers GB 68

6  composite into evidence.

7        MR. WYLIE:   No objection.

8        THE COURT:   Admitted.

9   [Government Exhibit BR 68 received in evidence at 2:44 p.m]

10  BY MS. MILLER:

11  Q.   Agent Doyle, how many casings are there in GB 68 composite?

12  A.   14.

13        MS. HECK MILLER:   Your Honor, if I may approach the

14  witness?  I would ask permission to publish those casings by

15  circulating them to the jury.

16        THE COURT:   You may.

17        MS. HECK MILLER:   (Publishing to the jury.)

18        MS. HECK MILLER:   Your Honor, Ms. Rochlin reminds me,

19  and I would like to correct it, those should be BR 68, not GB

20  68.

21        THE COURT:   Thank you.

22  BY MS. HECK-MILLER:

23  Q.   Agent Doyle, the BR signifies these are related to the

24  bridge area?

25  A.   Yes.

**September 29, 2008**

## Doyle - Direct

1   Q.   The GB series are related to the Gbatala area?

2   A.   That's correct.

3   Q.   Agent, turning your attention again to the buildings on the

4   other side of the road, I would ask you to take a look, please,

5   now at BR 56 and 57.

6          AGENT BAECHTLE:   (Complied.)

7   BY MS. HECK-MILLER:

8   Q.   What are BR 56 and 57?

9   A.   Essentially, those are photographs as seen from the side of

10  the road with the red roof on it looking across the street.

11  Those are the two structures and the flag directly across the

12  road from the red roof building structure.

13  Q.   And, again, what flag is that?

14  A.   The Liberian national flag.

15  Q.   And could you take a look, please, at photograph BR 61?

16         AGENT BAECHTLE:   (Complied.)

17  BY MS. HECK-MILLER:

18  Q.   What is BR 61?

19  A.   BR 61 is that gazebo-like structure.

20  Q.   This is another angle of it?

21  A.   Yes, the back end.

22  Q.   Is there writing visible on the back end?

23  A.   Yes.

24  Q.   The writing immediately to the left of the wall just left

25  center says what?

September 29, 2008

## Doyle - Direct

1  A.   "ATU."

2          MS. HECK MILLER:   Could we just blow that up a little

3  bit, Agent Baechtle?

4          AGENT BAECHTLE:   (Complied.)

5          MS. HECK MILLER:   All right.   We could take that

6  photograph down.

7          AGENT BAECHTLE:   (Complied.)

8  BY MS. HECK-MILLER:

9  Q.   Now, you told us, agent, this was the farthest point on

10  your trip and you then turned around and started to proceed

11  back?

12  A.   Yes.

13  Q.   Agent, did you make a second stop at any place you had

14  previously visited on this trip?

15  A.   Yes, we did.

16  Q.   Where was that?

17  A.   We made a second stop at the Gbatala Base.

18  Q.   Where did you go this time when you went to the Gbatala

19  Base?

20  A.   We went to the area of the buildings that we had previously

21  seen from the main road.

22  Q.   Agent Doyle, I would now like you to take a look at some

23  exhibits that are marked for identification purposes as -- they

24  should be in the box.   Let me know if they're not -- GB 111,

25  112, 113, 114, 115, 116, 117, and 118.

**September 29, 2008**

## Doyle - Direct

1    A.    They don't appear to be in the box.

2             MS. HECK MILLER:   May I approach the witness?

3             THE COURT:   You may.

4    [Government Exhibits 111 through 118 marked for identification

5                         at 2:46 p.m.]

6    A.    (Complied.)

7    Q.    Do you recognize GB 111 through 118?

8    A.    Yes, I do.

9    Q.    Have you seen them previously?

10   A.    Yes, I have.

11   Q.    What are they?

12   A.    They're aerial photos of the building area that I mentioned

13   previously.

14   Q.    At Gbatala Base?

15   A.    At Gbatala Base.

16   Q.    Agent Doyle, did you take those photos?

17   A.    No, I did not.

18   Q.    Were you present when those photos were taken?

19   A.    No, I was not.

20   Q.    Nevertheless, do you recognize them to be a true and

21   accurate depiction of what you observed May 28th, 2007?

22   A.    Yes, I do.

23             MS. HECK MILLER:   Government offers GB 111, 112, 113,

24   114, 115, 116, 117, 118 into evidence.

25             MR. WYLIE:   No objection.

**September 29, 2008**

## Doyle - Direct

1          THE COURT:   Admitted.

2    [Government Exhibits GB 111 through 118 received in evidence at

3                           2:47 p.m.]

4

5    BY MS. HECK-MILLER:

6    Q.   Now, Agent Doyle, with regard to all of these photographic

7    exhibits you have before you, they're paper prints of

8    photographs.   Is that correct?

9    A.   Yes.

10   Q.   You took many of these photographs yourself -- is that

11   correct -- of all the photographs we've been looking at today?

12   A.   Yes.

13   Q.   Those are on a digital camera?

14   A.   Yes.

15   Q.   The images we have been looking at on the computer, are

16   those the exact same images as the paper photographs of each

17   exhibit?

18   A.   Yes.

19   Q.   Just a different version of the same image?

20   A.   Yes.

21          MS. HECK-MILLER:   Agent Baechtle, if we could briefly

22   scroll through in succession GB 111 through 118.

23          AGENT BAECHTLE:   (Complied.)

24   BY MS. HECK-MILLER:

25   Q.   Agent Doyle, what is depicted in these pictures?

September 29, 2008

## Doyle - Direct

1  A.   Those are the aerial photographs of the cluster of

2  buildings at Gbatala Base.

3  Q.   Do they also show Gbatala town in several of them?

4  A.   Yes, you can see that to the north.

5  Q.   So, for instance, in GB 118 that we're looking at and --

6          MS. HECK MILLER:   Agent Baechtle, if you could just

7  put a box around it.

8          AGENT BAECHTLE:   (Complied.)

9  BY MS. HECK-MILLER:

10 Q.   Could you tell us the general area of Gbatala town, Agent

11 Doyle?

12 A.   Essentially, at the top of the photograph, the cluster of

13 buildings the road actually travels to the east, not north.

14 You can see it, nonetheless.

15 Q.   Where are these administrative buildings of Gbatala Base?

16 A.   Just below that box.   If there was another box of a similar

17 size placed directly underneath it, that encompasses the

18 cluster of buildings.

19         MS. HECK MILLER:   Agent Baechtle, if you could

20 indicate the Gbatala Base buildings.

21         AGENT BAECHTLE:   (Complied.)

22         MS. HECK MILLER:   Thank you.

23         If you could take the marks off and the picture,

24 please.

25         If we could take a look at GB 114.

**September 29, 2008**

## Doyle - Direct

1              AGENT BAECHTLE:   (Complied.)

2  BY MS. HECK-MILLER:

3  Q.  Now, does this focus more in the foreground on the Gbatala

4  Base buildings?

5  A.  Yes.

6  Q.  What was the general condition of those buildings?

7  A.  They were run down, very weathered, poor condition.

8  Q.  And were there any people there?

9  A.  There were people in the area, yes.

10  Q.  As you walk through the buildings, were there people in the

11  buildings?

12  A.  I don't recall any in the buildings, but there were people

13  in the area.

14  Q.  And you mentioned that these buildings at this area of

15  Gbatala Base were in poor condition.   What were the interior of

16  the buildings like?

17  A.  Very run down.   There were -- there was debris material,

18  tiles on the floors of the buildings, dead brush and leaves and

19  various dead vegetation inside of the buildings.

20  Q.  Was there any glass in any of the window openings?

21  A.  No glass in the window openings.

22  Q.  Did you photograph any of these buildings?

23  A.  Yes, I did.

24              MS. HECK MILLER:   Could we take a look, please, at GB

25  75 and then GB 76 -- excuse me -- 77.

## September 29, 2008

## Doyle - Direct

1              AGENT BAECHTLE:   (Complied.)

2    BY MS.  HECK-MILLER:

3    Q.   Is there any common feature between GB 75 and GB 77?

4    A.   Yes.

5    Q.   What is its common feature?

6    A.   GB 77 is an interior photo of GB 75.

7    Q.   What were the words on GB 75?

8    A.   "Executive Mansion."

9              MS.  HECK-MILLER:   Could we now take a look, please, at

10   certain photos, and I'm going to ask you if they have any

11   common features.   GB 79, GB 80, GB 81, GB 82 and GB 85.

12             AGENT BAECHTLE:   (Complied.)

13   BY MS.  HECK-MILLER:

14   A.   Can you go through them one more time.

15             MS.  HECK-MILLER:   If you could go through GB 79, GB

16   80, GB 81, GB 82 and GB 85.

17             AGENT BAECHTLE:   (Complied.)

18   A.   Yes.

19   Q.   What, if anything, is the common feature among those

20   photographs?

21   A.   That's the same building with a few interior photos taken.

22   Q.   Now, the picture we're looking at now, GB 85, shows a paint

23   pattern on the outside.   Is that correct, Agent Doyle?

24   A.   Yes.

25   Q.   How would you describe that paint pattern?

## Doyle - Direct

1  A.   It's a paint pattern similar to the College of Knowledge

2  with it being a camouflage pattern.

3  Q.   Do we see that also in GB 79?

4           AGENT BAECHTLE:   (Complied.)

5  A.   Yes.

6  Q.   Is this building the College of Knowledge?

7  A.   No, it's not.

8  Q.   Are they in the same area of Gbatala?

9  A.   No, they are not.

10 Q.   They just have the same style of paint on the outside.   Is

11 that correct?

12 A.   On that one side of this building, yes.

13          THE COURT:   Is this a good point for us to take a

14 brief recess?

15          MS. HECK MILLER:   Sure Your Honor.

16          THE COURT:   Ladies and gentlemen, we'll take 10

17 minutes.   Please do not discuss the case.

18          [The jury leaves the courtroom at 2:56 p.m]

19          THE COURT:   All right.   We're in recess.

20          MR. CARIDAD:   Thank you.

21            [There was a short recess at 2:57 p.m]

22          THE COURT:   Bring the jury in.

23          [The jury returns to the courtroom at 3:11 p.m]

24          THE COURT:   Please proceed.

25          MS. HECK MILLER:   Thank you, Your Honor.

**September 29, 2008**

## Doyle - Direct

1      Agent Baechtle, could we take a look, please, at GB

2  89.

3           AGENT BAECHTLE:   (Complied.)

4  BY MS. HECK-MILLER:

5  Q.   Agent Doyle, do you recognize GB 89?

6  A.   Yes.

7  Q.   Where did you see it?

8  A.   GB 89 depicts, obviously, two poles and a telephone pole

9  structure protruding from the ground.

10 Q.   Was this at Gbatala Base?

11 A.   Yes, amidst the previous location we discussed.

12 Q.   What are these horizontal protrusions on this telephone

13 pole?

14 A.   They appear to be some sort of linear wooden bars affixed

15 to the telephone pole?

16 Q.   How did this telephone pole compare to others that we've

17 seen earlier in GB 4 and GB 8?

18           MS. HECK-MILLER:   If we could take a look at GB 4 and

19 GB 8 for a minute, please.

20           AGENT BAECHTLE:   (Complied.)

21 A.   Similar in width, obviously much taller.

22 Q.   Agent Doyle, previously in your testimony you mentioned

23 from the road you could see something across the road.   Do you

24 recall that?

25 A.   Yes.

**September 29, 2008**

## Doyle - Direct

1  Q.  What was that?

2  A.  That was two cables extending across the road from one side

3  to the other.

4  Q.  Are those cables visible in any of the area photographs?

5  A.  Yes.

6          MS. HECK MILLER:  Could we take a look, please, at GB

7  114.

8          AGENT BAECHTLE:  (Complied.)

9  BY MS. HECK-MILLER:

10  Q.  Can you see in this aerial photograph the place where those

11  cables crossed the road?

12  A.  I can see the place where they crossed the road.  I

13  don't know if you could zoom in enough to see them on this

14  particular photo.  You can see part of it.

15  Q.  Zooming in, can you see part of the cable?

16  A.  Yes, you can see the right side of it.

17  Q.  Is that this thin line that is going around the upper third

18  of the picture?

19  A.  Yes, it is.

20  Q.  Agent Baechtle is giving us an arrow, I believe.  That's

21  this cable you're talking about?

22  A.  Yes.

23  Q.  Did you take some photographs of those cables?

24  A.  Yes.

25          MS. HECK-MILLER:  Can we take a look now at GB 90?

## September 29, 2008

## Doyle - Direct

1          AGENT BAECHTLE:   (Complied.)

2    BY MS.  HECK-MILLER:

3    Q.   What are we looking at here, Agent Doyle?

4    A.   We're looking at the cables as they extend from the

5    building side of the road to the brush on the other.

6    Q.   Is the road visible in this photo?

7    A.   It's down below.  It doesn't appear to be visible.

8    Q.   Could we take a look at GB 91, please, and what are we

9    looking at here?

10   A.   It's the same structure extending over the road with the

11   road visible in this one.

12          MS.  HECK-MILLER:   Could we take a look at GB 92

13   please?

14          AGENT BAECHTLE:   (Complied.)

15   BY MS.  HECK-MILLER:

16   Q.   What is GB 92?

17   A.   GB 92 includes the cable as it goes across the road, but it

18   also includes the post it's affixed to.

19   Q.   Is this post on the side of the road where the Gbatala Base

20   is or on the other side of the road?

21   A.   It's on the Gbatala Base side.

22   Q.   Is there a building this post was close to?

23   A.   Yes.

24   Q.   Can you describe the building in some way?

25   A.   It was a building in poor condition.  It was a cinder block

**September 29, 2008**

## Doyle - Direct

1  building, again, very small and it had words written on the top

2  of the interior wall.

3           MS. HECK MILLER:   Could we take a look, please, at GB

4  93.

5           AGENT BAECHTLE:   (Complied.)

6  BY MS. HECK-MILLER:

7  Q.   What is GB 93?

8  A.   That is a photograph of the words I was referring to.

9  That's the interior wall.

10          MS. HECK MILLER:   GB 97.

11          AGENT BAECHTLE:   (Complied.)

12  A.   That's standing outside of the structure looking into the

13  interior wall.   The roof is, obviously, absent from the

14  structure.

15  Q.   Agent Doyle, I would now like you to take a look at two

16  photographs that are admitted in evidence as GB 94 and GB 95.

17          AGENT BAECHTLE:   (Complied.)

18  BY MS. HECK-MILLER:

19  Q.   What are these photographs of?

20  A.   Those photographs depict a stone that we found in the area

21  with Matt Baechtle standing next to the stone.

22  Q.   Was that a photograph of the same stone?

23  A.   Yes.

24  Q.   Was there a reason you photographed that stone?

25  A.   Yes.

**September 29, 2008**

## Doyle - Direct

1  Q.   Agent Doyle, I'd like you now to take a look, please, at GB

2  98 and GB 99 and what are GB 98 and 99?

3              AGENT BAECHTLE:   (Complied.)

4              THE WITNESS:   Can you go back to 98?

5              AGENT BAECHTLE:   (Complied.)

6  A.   Those are two buildings in the area of the cluster of

7  buildings at the Gbatala Base.

8  Q.   Agent Doyle, I would now like you to take a look at three

9  pictures.

10             MS.  HECK-MILLER:   Agent Baechtle, if you could show

11 them in succession, GB 100, 101 and 102?

12             AGENT BAECHTLE:   (Complied.)

13 BY MS.  HECK-MILLER:

14 Q.   What is shown in these three photographs?

15 A.   There was a cement area near that office of the base

16 commandant building that I photographed.   It was sort of an

17 L-fashion and those photographs just depict each angle of that

18 cement.

19 Q.   So these three photographs are all of the same area from

20 different angles, GB 100, 101 and 102?

21 A.   Yes.

22 Q.   Going back to GB 102 for a moment.   Are there tiles

23 visible?

24 A.   Yes.

25             MS.  HECK-MILLER:   Agent Baechtle, can you give us an

**September 29, 2008**

## Doyle - Direct

1    arrow or a box?

2            AGENT BAECHTLE:   (Complied.)

3            MS. HECK MILLER:   Thank you.

4            MS. HECK MILLER:   Now, could we take a look, please,

5    Agent Baechtle, show us again GB 114, one of the aerials.

6            AGENT BAECHTLE:   (Complied.)

7    BY MS. HECK-MILLER:

8    Q.   Now, this photograph shows in the foreground the deserted

9    buildings of the Gbatala Base and in the background Gbatala

10   town.   Is that correct, Agent Doyle?

11   A.   Yes, it is.

12   Q.   Was there a direct access to the highway from this area

13   where the deserted base buildings are?

14   A.   There didn't appear to be.   We entered that area through

15   the main turnoff that we discussed earlier.

16   Q.   That's the photograph we saw earlier as GB 108 and GB 110.

17           MS. HECK MILLER:   Agent Baechtle, I don't know if you

18   can go all the way back to that.   That was toward the

19   beginning.   There's 110, 108.

20           AGENT BAECHTLE:   (Complied.)

21   A.   Yes.

22   Q.   In order to get to the administrative buildings --

23   withdrawn.

24           In order to get to the College of Knowledge, you told

25   us that you took a right at a certain fork.   Is that correct,

**September 29, 2008**

## Doyle - Direct

1  Agent Doyle?

2  A.   Yes.

3  Q.   How did you get to those administrative buildings?

4  A.   At that same fork, we took a left.

5  Q.   Is that the fork that appears as a Y in the middle left

6  portion of this photograph?

7  A.   Yes.

8          MS. HECK MILLER:   Agent Baechtle, can you give us an

9  arrow there?

10         AGENT BAECHTLE:   (Complied.)

11         MS. HECK MILLER:   Thank you.

12  BY MS. HECK-MILLER:

13  Q.   Agent Doyle, what did you do after you photographed this

14  administrative area of Gbatala Base?

15  A.   We exited the base.

16         MS. HECK MILLER:   We can take down the photos now of

17  Gbatala Base, Agent Baechtle.

18         AGENT BAECHTLE:   (Complied.)

19  BY MS. HECK-MILLER:

20  Q.   Where did you go after that?

21  A.   We made our way back towards the U.S. Embassy in Monrovia.

22  Q.   Agent Doyle, did you do something to keep track of the

23  mileage of the time and distances that you traveled?

24  A.   Yes.

25  Q.   Did you make a memorandum of those data?

**September 29, 2008**

## Doyle - Direct

1   A.   Agent Baechtle did.

2   Q.   And have you reviewed that memorandum?

3   A.   I have.

4   Q.   Do you have in your head the memory of all of those

5   distances and times?

6   A.   No.   I have an approximation in my head, but not the exact.

7   Q.   Have you reviewed that memorandum, however?

8   A.   Yes, I have.

9   Q.   Is that memorandum something that was accurate and known by

10  you to be accurate at the time that it was made?

11  A.   Yes, definitely.

12  Q.   If you need to refer to the memorandum then, Agent Doyle,

13  you may as I ask you these questions.

14          As you measured or noted it that day, what was the

15  distance between Monrovia and Gbatala.

16  A.   The distance in time was approximately three hours on the

17  return.   We documented the mileage and the time on the return

18  journey.

19  Q.   And what was that mileage?

20  A.   I would have to refer to the memorandum

21  Q.   You may.

22  A.   Where is it.

23  Q.   Do you have that with you?

24  A.   I do not.

25  Q.   Agent Doyle, do you recall approximately what the mileage

**September 29, 2008**

## Doyle - Direct

1  was?

2  A.   It was, it was in the 90s.   I can't approximate.   It was

3  roughly 165 kilometers from Gbatala to the Embassy.

4  Q.   I'm sorry.   Did you say 165 kilometers?

5  A.   Yes.

6  Q.   Approximately what mileage is 165 kilometers, if you know?

7  A.   In miles?

8  Q.   Yes, sir.

9  A.   Approximately 100.   It's .62.

10  Q.   What about the distance between Gbatala and Gbarnga?

11  A.   Gbatala to Gbarnga is approximately 35 kilometers.

12       MS.  HECK MILLER:   Your Honor, if I can have a moment?

13  I believe I have the memorandum here.

14       THE COURT:   Yes.

15       MS.  HECK MILLER:   Your Honor, may I approach the

16  witness?

17       THE COURT:   You may.

18  BY MS.  HECK-MILLER:

19  Q.   Agent Doyle, I've just handed you a memorandum   Is this

20  the memorandum that you previously told us concerns the matter

21  of the mileage and is a matter as to which you once had

22  knowledge and was accurate and when made?

23  A.   Yes.

24  Q.   Can you tell us, please, based on the memorandum, what was

25  the distance as measured that day between Monrovia and Gbatala?

**September 29, 2008**

## Doyle - Direct

1    A.    165 kilometers.

2    Q.    Approximately how long did it take to drive?

3    A.    Approximately three hours.

4    Q.    What was the distance that day between Gbatala and Gbarnga?

5    A.    About 35 kilometers.

6    Q.    And approximately how long did that take to drive?

7    A.    Approximately 30 minutes.

8    Q.    And what was the distance between Gbarnga and Gbalatuah?

9    A.    45 kilometers.

10   Q.    And approximately how long did that take to drive?

11   A.    It took about an hour, 50-something minutes.

12   Q.    That was an hour and 50 minutes?

13   A.    No, about 50 minutes.  We stopped along the way and I

14   deducted that from travel time.

15   Q.    Why was the drive between Gbarnga and Gbalatuah slower than

16   the drive between other areas?

17   A.    The road was in worse condition.  It was a dirt road.  It

18   was harder and more difficult to travel on.

19   Q.    The road, even though it was a dirt road, was it smooth or

20   a dirt road?

21   A.    All roads had holes, even the tarred roads.

22   Q.    When you say "all roads," you mean in Liberia?

23   A.    All roads we traveled on that day.

24   Q.    Besides all these photographs we're talking about taken on

25   May 28th, 2007, did you also take photographs on another

**September 29, 2008**

## Doyle - Direct

1  occasion --

2  A.   Yes.

3  Q.   -- in connection with this case?

4  A.   Yes.

5  Q.   When was that?

6  A.   That was in February of 2007.

7  Q.   What sort of photographs did you take in February of 2007?

8  A.   I took photographs of other points of interest, but of an

9  individual.

10  Q.   What individual was that?

11  A.   Rufus Kpadeh.

12  Q.   What sort of photographs did you take of Rufus Kpadeh?

13  A.   I took photographs of various marks on his body.

14  Q.   How was it you were seeing these marks on his body?

15  A.   We were in the Embassy medical doctor's office.

16  Q.   Did the medical officer examine Rufus Kpadeh?

17  A.   No.

18  Q.   Why not?

19  A.   He solely observed his body for any marks.

20  Q.   Did he state any opinions or conclusions?

21  A.   No, he did not.

22  Q.   Why not?

23  A.   The reason was he's not a forensically trained medical

24  doctor.

25  Q.   Agent Doyle, you should have before you in the box of

## September 29, 2008

## Doyle - Direct

1  exhibits and marked for identification the following exhibits,

2  and I'm going to ask you if you recognize these exhibits all

3  with the prefix RK 1, RK 2, RK 23, 4, 5, 6, 7, 8, 9, 10, 11,

4  12, 13, 14, 15, 16, 17, 20, 21, 23, 24, 25, and 26.

5  [Government Exhibits RK 1, RK 2, RK 23, 4, 5, 6, 7, 8, 9, 10,

6  11, 12, 13, 14, 15, 16, 17, 20, 21, 23, 24, 25, and 26 marked

7            for identification at 3:27 p.m]

8  A.   Yes.

9  Q.   What are those?

10 A.   Those are the photographs I took of Rufus Kpadeh.

11 Q.   In February of 2007?

12 A.   Yes, in February of 2007.

13 Q.   Do they truly and accurately depict Rufus Kpadeh's body as

14 you observed it that day?

15 A.   Yes, they do.

16        MS. HECK MILLER:   The Government offers in evidence

17 the photographs whose numbers I just read into the record.

18        MR. WYLIE:   No objection.

19        THE COURT:   Admitted.

20 [Government Exhibits RK 1, RK 2, RK 23, 4, 5, 6, 7, 8, 9, 10,

21 11, 12, 13, 14, 15, 16, 17, 20, 21, 23, 24, 25, and 26 received

22            in evidence at 3:28 p.m]

23        MS. HECK MILLER:   May I have a moment Your Honor?

24        THE COURT:   You may.

25        MS. HECK MILLER:   Thank you, Your Honor.

## September 29, 2008

## Doyle - Cross

1          The Government tenders the witness.

2          THE COURT:   Cross-examination.

3          MR. WYLIE:   Thank you, Your Honor.

4                        CROSS EXAMINATION

5    [Beginning at 3:28 p.m., 9/29/08.]

6    BY MR. WYLIE:

7    Q.   Now, agent, you took this trip from Monrovia to Gbatala, to

8    Gbarnga, the bridge and back on May 28th, 2007?

9    A.   Correct.

10   Q.   And was that your first time going to those locations?

11   A.   Yes.

12   Q.   And the first time you took pictures of those locations?

13   A.   Yes.

14   Q.   Now, that's almost eight years after the incidents, alleged

15   incidents in this case happened.  Is that correct?

16   A.   I'm not aware of the alleged incident date.  I only visited

17   in 2007.

18   Q.   2007.

19          So you don't know how those areas looked in 1999?

20   A.   Correct.

21   Q.   You don't know how they looked in 2000, 2001, 2002?

22   A.   I only visited in 2007.

23   Q.   For example, you saw some bullet holes at, I guess, the red

24   roof, the bridge area?

25   A.   Yes.

**September 29, 2008**

## Doyle - Cross

1  Q.    You don't know when those bullet holes were made?

2  A.    Sometime before my trip in 2007.

3  Q.    Sometime before 2007.

4         You don't know who shot those bullets?

5  A.    No.

6  Q.    You don't know when they were shot other than before 2007?

7  A.    Before 2007, correct.

8  Q.    And, likewise, with the bridge, the bullet holes in the

9  bridge, you don't know when, other than prior to 2007, those

10 bullet holes were made?

11 A.    Correct.

12 Q.    You don't know who shot those bullets?

13 A.    That's correct.

14 Q.    You also found some shells near the red roof.  You don't

15 know when those shells were left there other than prior to

16 2007?

17 A.    Right.  My only visit was in May of 2007.

18 Q.    Now, you also found some barbwire on the base?

19 A.    Yes.

20 Q.    And you don't know when that barbwire was placed there.

21 A.    At some point before May of 2007.

22 Q.    And the writing that you showed on the buildings near the

23 bridge --

24 A.    Aha.

25 Q.    -- you don't know when those writings were placed on those

**September 29, 2008**

## Doyle - Cross

1  walls, do you?

2  A.   That's correct.

3  Q.   Sometime before you got there in 2007?

4  A.   Right.

5  Q.   Now, the base in Gbatala, you said that was open to the

6  public.

7  A.   There was nothing prohibiting someone from walking around

8  that area.

9  Q.   Nobody stopped you when you drove onto the base.   Correct?

10  A.   Correct.

11  Q.   Nobody stopped you when you walked around the base?

12  A.   No.

13  Q.   In fact, you saw other people living on the base --

14  correct -- walking around the base?

15  A.   Correct.

16  Q.   Besides the people who were living there as well?

17  A.   Correct, in the area.

18  Q.   There was some farming going on on the base when you were

19  there in 2007?

20  A.   I'm not aware of that.

21  Q.   No?  Did you see banana trees?

22  A.   Not that I recall.

23  Q.   You don't remember the banana trees in some of the holes

24  you showed?

25  A.   I remember trees in the holes.  I wouldn't know if they

September 29, 2008

## Doyle - Cross

1  were banana trees or not.

2  Q.   Fair enough.

3        Now, there's also a quarry in the base.   Correct?

4  A.   Correct.

5  Q.   And people routinely come on and off the base collecting

6  rocks.   Is that correct?

7  A.   I can't make that assumption.

8  Q.   You did didn't see anybody while you were there?

9  A.   I saw people walking in the area.   As far as collecting

10  rocks, I can't say either way.

11  Q.   So you don't have any idea who was controlling this base in

12  2004, 2005?

13  A.   Any firsthand knowledge, no.

14        MR. WYLIE:   If we could take a look at the Gbatala

15  Base 4 picture.

16        MR. BAECHTLE:   (Complied.)

17  BY MR. WYLIE:

18  Q.   This is the log or a telephone pole you previously

19  discussed.   Do you remember this?

20  A.   I do.

21  Q.   Did you try to pick this pole up?

22  A.   No.

23  Q.   It doesn't look to be hollow.   It's not hollow, is it?

24  A.   I didn't attempt to pick it up.   I wouldn't know.

25  Q.   Did Agent Baechtle attempt to pick it up?

**September 29, 2008**

**Doyle - Cross**

1  A.   Not in my presence.

2  Q.   Mr. Kpadeh, did he attempt to pick it up?

3  A.   Not that I recall.

4  Q.   Not even one side of it?  Did you try to pick up one side

5  of it?

6  A.   I don't recall that.

7  Q.   Did you try to pick up one side of it?

8  A.   I did not.

9  Q.   You didn't see how heavy it was?

10  A.   I did not.

11  Q.   Now, the holes that you encountered on the base, again,

12  those are -- the first time you saw those was in May of 2007?

13  A.   Correct.

14  Q.   You don't know what they were like in 1999?

15  A.   No.

16  Q.   You don't know if they had concrete lining?

17  A.   My first visit was May of 2007.

18  Q.   You wouldn't know if they had any kind of cover or roof

19  back in 1999?

20  A.   I have never visited there in 1999.

21  Q.   Now, you mentioned you saw some holes initially --

22  correct -- and then you walked a distance to see some more

23  holes.   Is that it?

24  A.   They were all concentrated in one area, yes.

25  Q.   There were -- were not some further over by the thatched

**September 29, 2008**

## Doyle - Cross

1  roof you discussed?

2  A.   Yes, along that way there were some.

3  Q.   Okay.

4       But they weren't really separated from each other.

5  They were all in kind of one group?

6  A.   I don't recall that detail.

7  Q.   You don't remember how far the holes were apart from each

8  other?

9  A.   No.  It was very overgrown, as the pictures indicate.

10  Q.   Do you know how far the initial holes you encountered, how

11  far they were from the thatched roof, approximately?

12  A.   No, but the photographs, obviously, show that the thatched

13  roof was quite a walk away.

14  Q.   I mean, are we talking 50 feet, 300 feet?

15  A.   We were in that area where the holes were located for over

16  an hour walking around around an hour or so.  We walked a good

17  area from there.

18  Q.   So, agent, you have no idea when the holes were created on

19  the Gbatala Base?

20  A.   They were there May 28th, 2007.

21  Q.   You don't know at what point before that they were created?

22  A.   Judging from how they appeared, they were there for quite a

23  while, would be my conclusion.

24  Q.   Okay.

25       MR. WYLIE:   Do you have an aerial of the quarry?

## Doyle - Cross

1          AGENT BAECHTLE:   (Complied)

2            MR. WYLIE:   That will work.   Thank you very much.

3    BY MR. WYLIE:

4    Q.   Can you see the quarry from this picture?

5    A.   Yes, I believe so.

6    Q.   Can you make some mark or circle where it is?

7    A.   (Complied.)

8    Q.   That's in close proximity to the holes?

9    A.   I believe the next picture will show a more panoramic view.

10          AGENT BAECHTLE:   (Complied.)

11    BY MR. WYLIE:

12    Q.   Where are the holes in relation to this quarry?

13    A.   You can see the back of the College of Knowledge building

14    where we initially attempted to pass.   They're back behind

15    there off of the actual photograph.   I don't know how to

16    indicate that way traveling down.

17    Q.   This quarry also has holes all around it and in it.

18    Correct?

19    A.   I didn't walk up to the quarry.

20    Q.   But that's what a quarry is.   Right?   People dig holes to

21    get rocks out of the ground?

22    A.   If you say so.   I'm not familiar with quarries.

23    Q.   You're not aware of the holes near this quarry?   You didn't

24    investigate the area?

25    A.   I did not go on that side of the road.   I remained on the

**September 29, 2008**

## Doyle - Redirect

1  side of the road in the foreshot.

2  Q.   I want to take you back to the bridge for a moment, the red

3  roof house you called it.  Do you remember the lock you

4  discussed?  There was a door with a lock on it in the red roof?

5  A.   Yes.

6  Q.   You don't know who put that lock there, do you?

7  A.   I would surmise it was the person who inserted the key and

8  opened it.

9  Q.   Do you know when they put that lock there?

10  A.   I don't.

11          MR. WYLIE:   No further questions.

12                  REDIRECT EXAMINATION

13  [Beginning at 3:39 p.m., 9/29/08.]

14          MS. HECK-MILLER:   Agent Baechtle, could you, please,

15  clear the screen and put back GB 110 for us?

16          AGENT BAECHTLE:   (Complied.)

17  BY MS. HECK-MILLER:

18  Q.   Agent Doyle, on cross-examination you were asked whether

19  the holes that you saw were near the quarry.  The quarry is

20  visible in GB 110.  Is that correct?

21  A.   Yes.

22  Q.   And the College of Knowledge is visible in GB 110.  Is that

23  correct?

24  A.   Yes.

25  Q.   Is the area --

**September 29, 2008**

1              MR. WYLIE:   Objection.   Leading, Your Honor.

2              THE COURT:   Sustained.

3    BY MS. HECK-MILLER:

4    Q.   Where in relationship to GB 110 are the holes that you

5    visited?

6    A.   They would be behind the College of Knowledge in this area.

7    Q.   Are they within the scope of this photograph or are they

8    off the edge of this photograph?

9    A.   I can't say for certain because we walked from the right

10   side of the photograph, but we initially attempted to walk from

11   the back of the College of Knowledge.   So I would say where

12   they intersect is where the holes would have been.

13   Q.   Now, what about the thatched roof building area with the

14   clearing, was that visible in this photograph?

15   A.   No, I wasn't able to find it in this photograph.

16   Q.   Is that off the edge of this photograph?

17   A.   Yes, it is.

18   Q.   Is that on a different part of the base than is shown in

19   this photograph?

20   A.   Yes.

21              MS. HECK-MILLER:   I have no further questions, Your

22   Honor.

23              THE COURT:   Thank you.   You may step down.

24                    [The witness was excused.]

25              THE COURT:   Government's next witness, please.

**September 29, 2008**

## Kpadeh - Direct

1      MS. HECK MILLER:   The Government calls Rufus Kpadeh.

2      MILLER:   Your Honor, if I may approach the witness and

3   get the box of exhibits.

4      THE COURT:   You may.

5      RUFUS  KPADEH, GOVERNMENT'S WITNESS, SWORN

6   [Beginning at 3:42 p.m]

7   BY MS. HECK-MILLER:

8   Q.  Sir, please tell us your name and spell your last name.

9   A.  My name is Rufus Kpadeh.   Kpadeh is spelled K-p-a-d-e-h.

10  Q.  Mr. Kpadeh, what year were you born?

11  A.  I was born December 6th, 1971.

12  Q.  And what country were you born in?

13  A.  I was born in Liberia.

14  Q.  What part of Liberia were you born in?

15  A.  I was born in Lofa County.

16  Q.  Where is Lofa County?

17  A.  Lofa is in Voinjama, border on Guinea.

18  Q.  Mr. Kpadeh, what level of education do you have?

19  A.  I am a high school graduate.

20  Q.  And what occupation have you followed in your life?

21  A.  First of all, learned arts and craft.   From there I did

22  commercial driving.

23  Q.  And with regard to the trade of arts and crafts that you

24  learned, did you have a business?

25  A.  Yes.

**September 29, 2008**

## Kpadeh - Direct

1  Q.   What kind of business did you have?

2  A.   I have a business that I manage.   We used to make furniture

3  for office and household use.

4  Q.   Did you make the furniture yourself?

5  A.   Yes.

6  Q.   In addition to working as a furniture-maker and a

7  commercial driver, is there also a family business that you

8  have participated in?

9  A.   Yes.

10  Q.   And what business is that?

11  A.   Farming business.

12  Q.   And does your family have a farm?

13  A.   Yes.

14  Q.   Where is your family farm?

15  A.   We have it in Lofa County.

16  Q.   Approximately how big is the family farm?

17  A.   Over 1,800 acres of land.

18  Q.   Mr. Kpadeh, do you still live in Liberia?

19  A.   Yes.

20  Q.   And are you still working as a furniture-maker?

21  A.   No.

22  Q.   Are you still working as a commercial driver?

23  A.   Yes.

24  Q.   And do you still help with the family farm?

25  A.   Yes.

**September 29, 2008**

## Kpadeh - Direct

1  Q.   Mr. Kpadeh, prior to coming to Miami for this trial, had

2  you ever before left Africa?

3  A.   No.

4  Q.   Had you ever before been in an airplane?

5  A.   No.

6  Q.   Mr. Kpadeh, I'd like to ask you to turn your attention,

7  please, to 1999.   Could you tell us, please, what part of

8  Liberia were you living in in 1999?

9  A.   Yes, I lived in Voinjama, Lofa County.

10  Q.   Were you living with anybody in Voinjama?

11  A.   Yes.

12  Q.   Who were you living with in Voinjama?

13  A.   My family.

14  Q.   And what business were you in at that time in 1999?

15  A.   The arts and craft business, furniture.

16  Q.   And did you sell furniture?

17  A.   Yes.

18  Q.   And who did your customers include?

19  A.   We have some organizations like UDA, MSF, et cetera.

20  Q.   What is UDA?

21  A.   Well, this was a nongovernment organization sponsored by

22  MSF.

23  Q.   Both UDA and MSF were nongovernmental organizations?

24  A.   Yes.

25  Q.   Did something happen in August of 1999, Mr. Kpadeh, that

**September 29, 2008**

## Kpadeh - Direct

1  caused you or anyone you were living with to leave your home in

2  Voinjama?

3  A.   Yes.

4  Q.   What happened in August of 1999 that caused you to leave

5  Voinjama?

6  A.   In August, 1999 Voinjama was under attack by LURD rebels.

7  Q.   Say the word, please, what kind of rebels you said Voinjama

8  was under attack by?

9  A.   Voinjama was under attack by LURD rebels.

10  Q.   When did that happen?

11  A.   It was on the 19th of August.

12  Q.   What did the attack by LURD rebels mean for you and your

13  family?

14  A.   It was very bad because they were coming with war,

15  fighting.   We couldn't stay there.   We had to leave.

16  Q.   What did you and your family do in response to the prospect

17  of attack by LURD rebels on Voinjama?

18  A.   We flee from Voinjama to Zorzor.

19  Q.   How was it that you fled from Voinjama to Zorzor?

20  A.   We walk from Voinjama to Zorzor.

21          MS. HECK-MILLER:   Agent Baechtle, could we please take

22  a look at Map 4 which has previously been admitted in evidence?

23  BY MS. HECK-MILLER:

24  Q.   Mr. Kpadeh, do you see this map on the computer screen in

25  front of you?

**September 29, 2008**

## Kpadeh - Direct

1  A.   Yes.

2  Q.   Do you see where Voinjama is?

3  A.   Yes.

4          MS. HECK MILLER:   Agent Baechtle, could you give us an

5  arrow on Voinjama?

6          AGENT BAECHTLE:   (Complied.)

7  BY MS. HECK-MILLER:

8  Q.   Do you also see where Zorzor is?

9  A.   Yes.   I went you to make the screen big for me so I can get

10  close up.

11          MS. HECK MILLER:   Agent Baechtle, can you zoom in on

12  Lofa County, please.

13          AGENT BAECHTLE:   (Complied).

14  BY MS. HECK-MILLER:

15  Q.   Can you see that clearly, Mr. Kpadeh?

16  A.   Yes.

17  Q.   Do you see where Zorzor is?

18  A.   Yes.

19          MS. HECK MILLER:   Agent Baechtle, can you put an arrow

20  on Zorzor?

21          AGENT BAECHTLE:   (Complied.)

22  BY MS. HECK-MILLER:

23  Q.   Mr. Kpadeh, these are the two cities you fled between, from

24  Voinjama to Zorzor?

25  A.   Yes.

**September 29, 2008**

## Kpadeh - Direct

1   Q.   How do you get from Voinjama to Zorzor?

2   A.   We walk for two days, two nights.

3   Q.   Who was walking with me?

4   A.   My family and myself.

5   Q.   What family members?

6   A.   My wife, my children, my grandmother, my mom and my uncle.

7   Q.   And did they all walk?

8   A.   Yes.

9   Q.   Even your grandmother?

10  A.   Yes.

11  Q.   What happened after you got to Zorzor?

12  A.   On the 23rd of August we learned that Zorzor was

13  threatening attack.

14  Q.   What did that cause you to do?

15  A.   We fled from Zorzor to Belefuanai.

16  Q.   What county is Belefuanai in?

17  A.   Bong County.

18          MS. HECK MILLER:   Agent Baechtle, could you take out

19  the zoom and show us Bong County.

20          AGENT BAECHTLE:   (Complied.)

21  BY MS. HECK-MILLER:

22  Q.   Do you see Belefuanai in Bong County marked on the map?

23  A.   Yes.

24          MS. HECK-MILLER:   Agent Baechtle, can you give us an

25  arrow on Belefuanai?

**September 29, 2008**

## Kpadeh - Direct

1          AGENT BAECHTLE:  (Complied.)

2   A.   Yes.

3   Q.   Is that where you were trying to get to?

4   A.   Yes.

5   Q.   How does a person get from Zorzor to Belefuanai?

6   A.   Two means, walk or by transport.

7          MS. HECK MILLER:  Agent Baechtle, please take off the

8   zoom and if you could take off the arrows also, please.

9          AGENT BAECHTLE:  (Complied.)

10  BY MS. HECK-MILLER:

11  Q.   Did you seek any transportation to get from Zorzor to

12  Belefuanai?

13  A.   Yes.

14  Q.   What did you do to seek transportation?

15  A.   I talked to the customers that used to buy from me from the

16  nongovernment organization to help transport my family and

17  myself.  They accepted my request to bring my family to get on

18  the truck.

19  Q.   The customer, what kind of truck did he have?

20  A.   He had a Daf truck.

21  Q.   What is Daf?

22  A.   Daf is a model of car.  It's spelled D-a-f, Daf.

23  Q.   Is that a brand name?

24  A.   Yes.

25  Q.   This Daf truck, what did that truck belong to or relate to,

**September 29, 2008**

**Kpadeh - Direct**

1   some particular organization?

2   A.   Yes.

3   Q.   What organization?

4   A.   UDA.

5   Q.   What happened with regard to you and your family and this

6   Daf truck?

7   A.   We road on the truck from Zorzor.   We got to Gbatala

8   checkpoint where the ATU made us stop.

9   Q.   Just looking at the issue of this truck, Mr. Kpadeh, was

10  your whole family with you on that truck?

11  A.   No.

12  Q.   Were there other members of your family you saw in Zorzor

13  who did not go with you on that truck?

14  A.   Yes.

15  Q.   And who are some of the family members that you saw in

16  Zorzor who did not travel with you in that UDA truck?

17  A.   My little brother.

18  Q.   When you say your little brother, who are you referring to?

19  A.   That's Henry Marwolo.

20  Q.   What was the plan for Henry Marwolo?

21  A.   We were all hailing from the walk from Zorzor.

22  Q.   Why did Henry Marwolo not go with you to Belefuanai?

23  A.   We all were finding ways to get to Belefuanai.   He was

24  lucky to get on another truck.

25  Q.   Now, Zorzor is in Lofa County.   Is that correct?

**September 29, 2008**

# Kpadeh - Direct

1   A.   Yes.

2   Q.   Belefuanai is in Bong County?

3   A.   Yes.

4            MS. HECK-MILLER:   Agent, could you zoom in on the area

5   that includes Zorzor and Belefuanai?

6            AGENT BAECHTLE:   (Complied.)

7   BY MS. HECK-MILLER:

8   Q.   What road or you route would a person have to take in order

9   to get from Zorzor to Belefuanai?

10  A.   You have to take the direction, come in to Gbarnga.

11  Q.   And do you have to cross any natural landmark in order to

12  cross from Lofa County into Bong County in order to get to

13  Belefuanai from Zorzor?

14  A.   Yes.

15  Q.   What would you have to cross in order to get from Lofa

16  County to Bong County?

17  A.   There's a river called St. Paul River.

18  Q.   How does a person get over the St. Paul River?

19  A.   There's a long bridge crossing the river.

20  Q.   Now, on the day --

21           MS. HECK-MILLER:   Thank you agent.   I think we can

22  take off the map now.

23  BY MS. HECK-MILLER:

24  Q.   On the day you traveled in this truck from Zorzor to the

25  St. Paul River, how long did it take for the truck to get from

## September 29, 2008

## Kpadeh - Direct

1   Zorzor to the St. Paul River?

2   A.   It's about four hour drive.

3   Q.   Is that how long it usually takes to get from Zorzor to the

4   St. Paul River?

5   A.   No.

6   Q.   Does it usually go faster than that?

7   A.   At that time the road was very bad.  It wasn't paved.  This

8   is why it used to take four hours.  Now it can take less than

9   an hour.

10  Q.   Were there a lot of people on the road on August 23rd, 1999

11  trying to get between Zorzor and the St. Paul River?

12  A.   Yes.

13  Q.   Why is that?

14  A.   Because of the war.

15  Q.   When the truck got to the St. Paul River, did it go over

16  the bridge?

17  A.   Yes.

18  Q.   And did it have to stop once it got over the bridge?

19  A.   Yes.

20  Q.   Where did the truck stop?

21  A.   When it crossed the bridge, they have a checkpoint after

22  the bridge.  Stopped at the checkpoint.

23  Q.   What is a checkpoint?

24  A.   It gets where you have to inspect all cars.

25  Q.   Now, about what time of day was it when the truck arrived

**September 29, 2008**

## Kpadeh - Direct

1  at the checkpoint at the St. Paul River Bridge?

2  A.   Around 5:00 in the noon.

3  Q.   Were you able to see the area?

4  A.   Yes.

5  Q.   And what did you see in that area in terms of people?

6  A.   I saw soldiers all around the place with some people that

7  lived there.

8  Q.   And did you see -- about how many soldiers did you see?

9  A.   More than 20.

10 Q.   In the area of the checkpoint, was there also a building

11 that you were familiar with?

12 A.   Yes.

13 Q.   What building was that?

14 A.   The Mission building.

15 Q.   Did that Mission have a name?

16 A.   Yes.

17 Q.   What was the name of the Mission?

18 A.   Gbalatuah Mission.

19 Q.   How is it you were familiar with the Gbalatuah Mission

20 building?

21 A.   Gbalatuah Mission was an institute we used to go from all

22 Liberia to go to learn.

23 Q.   Was it still being used as a school in August of 1999?

24 A.   No.

25 Q.   In August of 1999 -- had you passed by the outside of that

September 29, 2008

## Kpadeh - Direct

1  Mission building on other occasions?

2  A.   Yes.

3  Q.   Had you ever been inside the Gbalatuah Mission building?

4  A.   No.

5  Q.   What happened when your truck reached the checkpoint?

6  A.   When we got at the checkpoint, we were asked to get out

7  from the truck.

8  Q.   Who asked you to get out from the truck?

9  A.   The ATU security.

10  Q.   And did they ask just you?  Did they ask more than you?

11  Who did they ask to get out from the truck?

12  A.   They said all the men should come down from the truck.

13  Q.   Now, you're saying that the soldiers who told you to get

14  down from the truck were ATU security.  Is that what you just

15  told us?

16  A.   Yes.

17  Q.   What were these soldiers wearing?

18  A.   They had a uniform on.

19  Q.   Can you describe the uniform?

20  A.   Yes.   They call the uniform tiger's stripe.

21  Q.   Why do they call the uniform tiger's stripe?

22  A.   I don't know from them, but this is what I heard.

23  Q.   What did it look like?

24  A.   It gave the color of a tiger.

25  Q.   Did they have anything on their head?

**September 29, 2008**

## Kpadeh - Direct

1  A.   Yes.

2  Q.   What, if anything, did the soldiers have on their head?

3  A.   They have beret on their head.

4  Q.   Any particular color of the berets they have on their head?

5  A.   Some have green color.   Some have red.

6  Q.   Did they have any badge or patch that you saw?

7  A.   Yes.

8  Q.   What did you see in terms of a badge or patch?

9  A.   Only the panel on the shirt they have the scorpion photo

10 with the cobra photo behind.

11 Q.   Did that mean anything to you?

12 A.   I understood it to be a uniform for them   I saw it on

13 them

14 Q.   Did the patch have any words or letters on it?

15 A.   Yes.

16 Q.   What were those?

17 A.   ATU.

18 Q.   Mr. Kpadeh, had you ever seen this type of uniform before

19 that day in August of 1999?

20 A.   No.

21 Q.   Had you seen some uniforms previously when you were in

22 Monrovia?

23 A.   Yes.

24 Q.   What kinds of uniforms did you see when you were in

25 Monrovia previous to August of 1999?

**September 29, 2008**

## Kpadeh - Direct

1  A.   We saw the same uniform, but at that time they were called

2  Demon Forces.   I never knew them by the name of ATU.

3  Q.   Did there come a time when you made a connection between

4  the name of Demon Forces and the name of ATU?

5  A.   Say that.

6  Q.   Did there come a time -- did it ever happen that you made a

7  connection between the name of Demon Forces and the name of

8  ATU?

9  A.   Yes.

10  Q.   When did you make that connection?

11  A.   The time I were arrested.

12  Q.   And what was it when you were arrested that made the

13  connection between the name Demon Forces and the name ATU?

14  A.   Because I got close to them and I saw the writing on the

15  uniform, ATU.

16  Q.   Why did that tell you anything about Demon Forces?

17  A.   It shows to me they were soldiers and they were using that

18  uniform

19  Q.   So that was the same uniform you had previously seen?

20  A.   Yes.

21  Q.   Mr. Kpadeh, after you got down from the truck, what

22  happened?

23  A.   I was told I should carry my bag so that they will check

24  it.   So I took my bag and carried it in from there.   They

25  opened my bag.   They told me to put all my belongings from the

**September 29, 2008**

## Kpadeh - Direct

1   bag on the ground.  I took all out.  I have my membership card

2   for the Unity Party that was in my bag for which they arrested

3   me for.

4   Q.   You told us you had your card from the Unity Party.   What

5   card was this?

6   A.   Unity Party is a political party in Liberia and it is my

7   political party I'm member of.

8   Q.   And what did you do with the Unity Party back in 1999?

9   What was your role with the Unity Party?

10  A.   I was the youth leader of the Unity Party branch of my

11  village.

12  Q.   Was the Unity Party the rebels?

13  A.   No.

14  Q.   Was the Unity Party an armed party?

15  A.   No.

16  Q.   Did the Unity Party have a militia?

17  A.   No.

18  Q.   Did you ever take up arms for the Unity Party?

19  A.   No.

20  Q.   Did you ever take up arms for any party or political group?

21  A.   No.

22  Q.   Back in August of 1999, who was the head of the Unity

23  Party?

24  A.   Ellen Johnson Sirleaf.

25  Q.   Who is Ellen Johnson Sirleaf?

## Kpadeh - Direct

1   A.   She's now the President of Liberia.

2   Q.   What role does Ellen Johnson Sirleaf have with regard to

3   the Unity Party at the present time?

4   A.   She's the president and standard bearer of the party.

5   Q.   Now, the soldiers who found your Unity Party card, were

6   they armed?

7   A.   Yes.

8   Q.   How were they armed?

9   A.   They have gun hanging on them

10  Q.   In August of 1999, did you know there was something called

11  the ATU?

12  A.   No.

13  Q.   In August of 1999, did you know there was something called

14  the Demon Forces?

15  A.   Yes.

16  Q.   What did you understand the Demon Forces to be?

17  A.   Well, at time they were called Demon Forces.  They used to

18  stand to duty.  They would not talk to anybody until they leave

19  from there.  This is how they used to call them Demon Forces.

20  They don't talk to nobody on duty in Monrovia.

21  Q.   In August of 1999, did you know who was the head of this

22  unit?

23  A.   Say that.

24  Q.   In August of 1999, did you know who was the head of this

25  unit that was arresting you?

**September 29, 2008**

## Kpadeh - Direct

1  A.   No until I was arrested.

2  Q.   When the soldiers arrested you for having the Unity Party

3  card, did they say anything to you or ask you anything about

4  the Unity Party?

5  A.   Yes.

6  Q.   What did they say or ask you?

7          MR. WYLIE:   Objection.   Hearsay.

8          MS. HECK MILLER:   80 --

9          THE COURT:   Overruled.

10 BY MS. HECK-MILLER:

11 Q.   You may answer, Mr. Kpadeh.

12 A.   Yes.   They told me they were going to take me into the

13 commander for investigation for having the Unity Party card.

14 Q.   Did you know who their commander was?

15 A.   No.

16 Q.   Did you say anything to the soldiers or ask anything to the

17 soldiers?

18 A.   No.

19 Q.   Did they take you to see somebody?

20 A.   Yes.

21 Q.   How did they do that?   Physically what did they do to bring

22 you to this person?

23 A.   They push me from my back until we entered into the

24 building.

25 Q.   What building?

## Kpadeh - Direct

1  A.   The Mission building.

2  Q.   And where in the Mission building did you enter?

3  A.   The Mission building has two hallways.  The hallway on the

4  right-hand side.   The first room on the right was where we

5  entered.

6  Q.   As you entered the building, did you see anything written

7  on that building?

8  A.   Yes.

9  Q.   What did you see -- withdrawn.

10       Was that on the outside of the building before you

11  entered it?

12  A.   Yes, outside of the building.

13  Q.   What did you see written on the outside of the building

14  before you entered it?

15  A.   It was writing on the building, "Mission Possible Base."

16  Q.   Was there anything else on the building where those words,

17  "Mission Possible Base" were?

18  A.   Yes.

19  Q.   What was on the building where those words were?

20  A.   A drawing of scorpion.

21  Q.   Where in the building did the soldiers take you?

22  A.   The first room on the right-hand side.

23  Q.   And did you go into that room?

24  A.   Yes.

25  Q.   Did you see any writing outside that room?

**September 29, 2008**

## Kpadeh - Direct

1   A.   Say that.

2   Q.   Did you see any writing outside that room?

3   A.   Yes.

4   Q.   What did you see written outside that room?

5   A.   There was a writing on the wall saying "Office of the

6   Commander."

7   Q.   When you entered the room, did the soldiers go in there

8   with you?

9   A.   No.

10   Q.   When you entered the room, was there any person in the

11   room?

12   A.   Yes.

13   Q.   Was it just you and this other person in the room?

14   A.   Yes.

15   Q.   Did you know the name of the person in the room at that

16   time when you went into the room?

17   A.   No.

18   Q.   Did you later learn the name of that person?

19   A.   Yes.

20   Q.   And what did you later learn the name of that person to be?

21   A.   I was told by the soldiers that their chief was Chuckie,

22   the one who they carried me to.

23   Q.   Did you know who Chuckie was?

24   A.   At that time, no.

25   Q.   When you entered the room that this Chuckie was in, was

## Kpadeh - Direct

1  there any furniture in the room?

2  A.   Yes.

3  Q.   What was the furniture in the room?

4  A.   They have table with a chair.

5  Q.   And where was Chuckie?

6  A.   Chuckie was sitting behind the table in the chair.

7  Q.   Was there anything behind Chuckie?

8  A.   Yes.   He -- there was a writing to his back view.

9  Q.   What was the writing at the back view of Chuckie?

10  A.   The writing was "Office of the Commander."

11  Q.   And where was that written?

12  A.   When you enter in the room, he was sitting like this, so to

13  his back view, written on the wall.

14  Q.   Now, Mr. Kpadeh, did you visit that building again in 2007?

15  A.   Yes.

16  Q.   Who were you with in 2007 when you visited that building

17  again?

18  A.   I was with the agents.

19  Q.   Did you go into that room again?

20  A.   Yes.

21  Q.   Had you ever been in that room between the time of August

22  1999 and the time you went back in 2007?

23  A.   No.

24  Q.   When you went into that room again in 2007, did you see

25  anything on the wall?

**Kpadeh - Direct**

1   A.   Yes.

2   Q.   What did you see on the wall in 2007?

3   A.   The same "Office of the Commander" writing.

4   Q.   Was that the same writing that you saw in August of 1999?

5   A.   Yes.

6   Q.   Going back to August of 1999, when you went into that room

7   with Chuckie, who spoke first?

8   A.   He spoke to me.

9   Q.   What did Chuckie say to you?

10  A.   He ask me whether I was a rebel.

11  Q.   Did you answer him?

12  A.   Yes.

13  Q.   What did you say?

14  A.   I said "No."

15  Q.   Why did you say "No"?

16  A.   Because I wasn't a rebel.

17  Q.   Did he say anything else to you?

18  A.   Yes.

19  Q.   What did he say to you?

20  A.   He asked me whether I could join him to fight for him

21  Q.   And what -- did you say anything back to him?

22  A.   Yes.

23  Q.   What did you say?

24  A.   I said "No."

25  Q.   Why did you say "No" to Chuckie?

**September 29, 2008**

## Kpadeh - Direct

1  A.  Because I don't believe in war.  I'm not a war lover.

2  Q.  After you said "No" to Chuckie, what happened?

3  A.  He order his men to get me out of his office, to strip me

4  naked, tie my feet, tie my elbows, tie my face and put me on

5  the truck to be taken to the base.

6  Q.  Mr. Kpadeh, I know it has been a long time since 1999.  Do

7  you think you would recognize Chuckie if you saw him again?

8  A.  Yes.

9  Q.  Do you see Chuckie in this courtroom today?

10  A.  Yes.

11  Q.  Could you point him out to us please?

12  A.  Yes.  (Indicating).

13         MS. HECK MILLER:  Your Honor, may the record reflect

14  the witness is pointing to the individual sitting between

15  Mr. Caridad and Mr. Wylie, the defendant?

16         THE COURT:  The record so reflects.

17  BY MS. HECK-MILLER:

18  Q.  Mr. Kpadeh, how was Chuckie dressed that day in August of

19  1999?

20  A.  He was in the same ATU uniform

21  Q.  What, if any, arms did Chuckie have that day that you saw?

22  A.  He has a pistol on his side.

23  Q.  Could you describe Chuckie's voice as you heard it that day

24  in the office at the Mission building in August of 1999?

25  A.  Yes.

**September 29, 2008**

## Kpadeh - Direct

1    Q.    Please describe that voice to us.

2    A.    Yes.   He said "Men, I want you to get this man out, undress

3    him, tie him, put him in the truck to be taken to the base."

4    Q.    Did he speak in a soft voice or loud voice?

5    A.    Loud voice.

6    Q.    Did he speak in a high voice or base voice?

7    A.    Base voice.

8    Q.    What language did he speak in?

9    A.    English.

10   Q.    And did his English sound like an American or a Liberian?

11   A.    Liberian.

12   Q.    Did you know whether Chuckie was an American back in August

13   of 1999?

14   A.    No.

15   Q.    What happened to you after Chuckie gave that order?

16   A.    The soldiers tie me, crossing my elbows on my back, tie my

17   hands in front of me, tie my feet, tie my face and throw me

18   into the truck.

19   Q.    You said they tied you by your elbows.   Can you explain to

20   us -- withdrawn.

21         Mr. Kpadeh, can you stand in the witness area where

22   you are and show us with your elbows what you mean when you

23   say --

24   A.    I was tied from here together from there.

25   Q.    Your elbows were hitting together in back when you were

**September 29, 2008**

## Kpadeh - Direct

1   tied?

2   A.   Yes.

3   Q.   You may be seated.

4   A.   (Complied.)

5   Q.   Were your elbows tied tight or loose?

6   A.   It was tied very tight.

7   Q.   What were you tied with?

8   A.   Rope.

9   Q.   Did the rope do anything to your skin?

10  A.   Yes.

11  Q.   What did it do?

12  A.   It caused me to start bleeding from there.

13  Q.   Were your hands tied tight or loose?

14  A.   My hand was tied loose so I couldn't escape.  It wasn't

15  tied like my elbow.

16  Q.   Mr. Kpadeh, is there a name in Liberia for the way that you

17  were tied?

18  A.   Yes.

19  Q.   What is the name for that way of tying somebody?

20  A.   Tabie.

21  Q.   Tabie?

22  A.   Yes.

23  Q.   How did tabie make you feel?

24  A.   I felt very bad.

25  Q.   Where did you feel bad?

## Kpadeh - Direct

1  A.   Because I was bleeding from my hands, my chest.   I was

2  bleeding from there.   My blood vessels were all -- I couldn't

3  shake by myself.

4  Q.   Did the tabie make any marks on your body.

5  A.   Yes.

6  Q.   Where did the tabie make marks on your body?

7  A.   From the joints in my elbows to my fingers.

8  Q.   Do you still have marks on your elbows from the tabie?

9  A.   Yes.

10        MS. HECK MILLER:   Your Honor, I would ask the witness

11  be able to show the jury the marks on his inner arms from

12  tabie.

13        THE COURT:   He may.

14  BY MS. HECK-MILLER:

15  Q.   Mr. Kpadeh, you may walk in front of the jury and pull up

16  your sleeves and show them your inner arms.

17  A.   (Complied.)

18  Q.   Mr. Kpadeh, why don't you walk, please, in front of this

19  wooden part and let the jury see?

20        THE WITNESS:   (Complied.)

21  BY MS. HECK-MILLER:

22  Q.   Thank you, Mr. Kpadeh.   You may take the witness stand

23  again.

24  A.   (Complied.)

25  Q.   Mr. Kpadeh, what happened to the Unity Party card?

## Kpadeh - Direct

1   A.   Before I was being tied, one of the soldiers burned it on

2   the spot.

3   Q.   Did you see that?

4   A.   Yes.

5   Q.   And you told us that they put you in the back of the truck.

6   What kind of truck?

7   A.   They have a military truck.

8   Q.   And did they put you in the front or did they put you in

9   the back?  Where in the truck did they put you?

10  A.   At the back of the truck.

11  Q.   And was there anyone in the truck in the back with you?

12  A.   Yes.

13  Q.   Who was with you -- withdrawn.

14       Were you blindfolded at that time?

15  A.   Yes.

16  Q.   How do you know that there were other people in the back of

17  the truck with you?

18  A.   Because I wasn't arrested alone.  I was arrested with other

19  people that were also shouting for help for someone to help

20  them

21  Q.   Besides your truck, was there any other vehicle in the

22  group?

23  A.   Yes.

24  Q.   What other vehicle was there in the group besides your

25  truck?

## Kpadeh - Direct

1  A.   They got all trucks that were behind us that brought some

2  people also on the truck.   Other guys came up to us.

3  Q.   What other people were in the vehicle behind you?

4  A.   All people that were escaping from the war.

5  Q.   Do you know where Chuckie Taylor was?

6  A.   Say that.

7  Q.   Do you know where Chuckie was?

8  A.   At what time?

9  Q.   When you were in the truck?

10  A.   You saying when I was in the truck where was Chuckie?

11  Q.   That's what I'm asking, if you know.

12  A.   Chuckie drove behind us to go to the base.

13  Q.   How do you know Chuckie drove behind you to go to the base?

14  A.   At that time the road was very bad.   Anywhere the truck

15  would cross, they would stop, say "We let the chief cross."

16  When the chief cross, we pull out.

17  Q.   Now, did you hear something about going to a base?

18  A.   Yes.

19  Q.   Did you know what that meant?

20  A.   At that time, no.

21  Q.   Did you know where you were going as you were in this

22  truck?

23  A.   At that time, no.

24  Q.   Did the truck move?

25  A.   Yes.

## Kpadeh - Direct

1   Q.   And did you travel in the truck for a while?

2   A.   Yes.

3   Q.   How long did you travel in the truck?

4   A.   Four to five hour drive.

5   Q.   What was the ride like?  Was it fast or slow?  Was it rough

6   or smooth?  Describe what the driving part was like?

7   A.   It was slow and rough because of the road condition.

8   Q.   Did there come a time when the truck stopped?

9   A.   Yes.

10  Q.   What happened to you when the truck stopped?

11  A.   When we got at the base, the truck stop and they push me

12  down from the truck.  I dropped.  From there, Chuckie advised

13  his men not to carry me at the barracks jail but carry me to

14  Vietnam prison.

15  Q.   Did you hear that yourself?

16  A.   Yes.

17  Q.   Did you know what Chuckie meant when he said not to carry

18  you to the barracks jail but to carry you to the Vietnam

19  prison?  Did you know what he was talking about?

20  A.   At that time, no.

21  Q.   Did you later learn?

22  A.   Yes.

23  Q.   Now, at this point, Mr. Kpadeh, could you see?

24  A.   No.

25  Q.   Why not?

September 29, 2008

## Kpadeh - Direct

1    A.    I was still blindfolded.

2    Q.    How do you know that it was Chuckie who said that about the

3    barracks jail and the Vietnam prison?

4    A.    I knew him by his voice, the order he give at the bridge,

5    and the same way he spoke at the base.

6    Q.    What was that way?

7    A.    Say that.

8    Q.    What was that way?  How did he speak?

9    A.    He ordered them the same way he said "Men, you don't take

10         this man to the barracks jail.  Take him to Vietnam

11         prison."

12   Q.    After the order to take you to the Vietnam prison, what

13   happened?

14   A.    They push me towards the camouflage building.  There we

15   took the trip to go to the Vietnam prison.

16   Q.    Now, could you see the camouflage building?

17   A.    At that time, no.

18   Q.    Later on, could you see the camouflage building?

19   A.    Yes.

20   Q.    Did anything happen at the camouflage building?

21   A.    Yes.

22   Q.    What happened at the camouflage building?

23   A.    He give the order to Compari to torture me until I can tell

24   him the truth.

25   Q.    Who is "He"?  You said "He gave the order."

**September 29, 2008**

## Kpadeh - Direct

1  A.   Chuckie gave order to Compari to torture me until I can

2  tell him the truth.

3  Q.   Now, you mentioned someone named Compari.  Who was Compari?

4  A.   A little later I knew Compari was the base training

5  commander.

6  Q.   How do you know that Chuckie gave that order to Compari?

7  A.   Compari speak different from Liberians.  Compari speak like

8  a Gambian.

9  Q.   What words did Chuckie say when he gave that order?

10  A.   He said "Torture him until he can tell you the truth."

11  Q.   And did he use the name of the person that he was giving

12  the order to?

13  A.   Yes.

14  Q.   What name did he say?

15  A.   He say "Compari."

16  Q.   After Chuckie gave that order to Compari, what happened to

17  you?

18  A.   I was taken down to the water.

19  Q.   How were you taken down to the water?

20  A.   They pushed me.  I stood up on my legs.  He started pushing

21  me from my back until we went to the creek.

22  Q.   What happened at the creek?

23  A.   He put my head under the water four different times.  When

24  they put my head under the water, when it stay for some time

25  they would take it off and ask me "Tell us the truth.  Are you

**September 29, 2008**

## Kpadeh - Direct

1          a rebel?"

2              I say "No."

3              They would put it back.

4    Q.   How did that feel when they put your head under the water?

5    A.   It was very terrible because if you don't caught your

6    breath, you die.

7    Q.   Could you hear who was there?

8    A.   Yes.

9    Q.   Who did you hear?  Whose voice you could recognize?

10   A.   I still recognize Compari voice and Chuckie.

11   Q.   What, if anything else, did you hear Chuckie say?

12   A.   When they put my head under the water four different times,

13   I couldn't tell them what they wanted to hear.  Chuckie order

14   Compari to cut of my nuts.

15   Q.   What words did Chuckie say when he gave Compari that order?

16   A.   He said "Compari, cut under his nuts.  Let him tell you the

17       truth."

18   Q.   After Chuckie said the words "Cut under his nuts," what

19   happened to you?

20   A.   I started bleeding from my nuts.

21   Q.   Did you feel anything happen to you?

22   A.   Yes.

23   Q.   What was it you felt?

24   A.   I was cut and bleeding from there.

25   Q.   How were you cut?

**September 29, 2008**

## Kpadeh - Direct

1    A.    With knife.

2    Q.    And what part of your body was cut?

3    A.    Between my nut and my penis.

4    Q.    Was that on your penis?

5    A.    Yes.

6    Q.    Did somebody take hold of your penis to cut it?

7    A.    Yes.

8    Q.    Who was it who was told to do that?

9    A.    Compari.

10   Q.    Mr. Kpadeh, I must ask you how did that feel?

11   A.    I felt very bad and I felt I was losing my life.

12   Q.    And again, excuse me, please, but I must ask you, was that

13   painful?

14   A.    Very painful.

15   Q.    What happened to you after you had this experience at the

16   stream and being cut?

17   A.    I was bleeding from there and he ordered to carry me to put

18   me in the hole.

19   Q.    Now, what do you mean when you say to carry you to put you

20   in the hole?

21   A.    Vietnam prison is a place with holes underground.

22   Q.    What happened when you got to the holes?

23   A.    They took the knife and cut the rope from my elbow.   From

24   there they loosen the blindfold from my face and lift up the

25   iron on the hole to put me into the hole.

**September 29, 2008**

## Kpadeh - Direct

1  Q.   What were you wearing when they put you into the hole?

2  A.   Before putting me into the hole, they took off all my

3  clothes, my trousers.   I was naked.

4  Q.   Who was there when you were put into the hole?

5  A.   Compari.

6  Q.   Was Chuckie there at that time?

7  A.   No.

8  Q.   Now, how long had you been tied at that point?  For how

9  long of a time?

10  A.   I was tied from Gbalatuah until we entered to the base.

11  Q.   About how many hours was that?

12  A.   Seven hours because with the driving, it was like four to

13  five hours.   They tortured me for two hours plus.

14  Q.   When they cut the rope that was holding your elbows

15  together, could you move your hands and your arms?

16  A.   No.

17  Q.   What did your hands and your arms feel like after they cut

18  the rope?

19  A.   It was very painful.   The blood was trying to circulate, to

20  go down.   It was too painful.

21  Q.   Before they cut the rope, were your hands or arms numb in

22  any way?

23  A.   Yes.

24  Q.   Did that change after they cut the rope?

25  A.   Yes, it changed.   It was great pain in it.

**September 29, 2008**

## Kpadeh - Direct

1  Q.   And did that pain have some relationship to the blood

2  circulation that you just mentioned?

3  A.   Yes.

4  Q.   What was the relationship between the pain you felt and the

5  blood circulation?

6  A.   When the blood tried to circulate, then I start feel more

7  pain because of the rope mark on my hands.

8  Q.   Mr. Kpadeh, you said they put you in a hole.  What do you

9  mean by "a hole"?

10  A.   The hole is square, four-corner, cemented with water in it

11  with steel.  This is what they using as a jail.

12  Q.   About what size was the hole?

13  A.   Deep, five feet.

14  Q.   Now, how tall are you, Mr. Kpadeh?

15  A.   I am 5 feet and a half inches tall.

16  Q.   Could you stand up in that hole?

17  A.   Not exactly so.

18  Q.   Why not?

19  A.   Because.

20  Q.   Was there anything above your head when you were in the

21  hole?

22  A.   Yes.

23  Q.   What was above your head when you was in the hole?

24  A.   They have steel all on the hole to use it as a cover.  You

25  can lift it up and then leave it so you can't escape from the

September 29, 2008

## Kpadeh - Direct

1   hole.

2   Q.   This steel that was being used as a cover for the hole, was

3   this a solid piece of steel?  Was it in parts?  Please describe

4   to us the steel.

5   A.   The steel like open.

6   Q.   So these were bars?

7   A.   Yes.

8   Q.   Could you lift up the bars?

9   A.   No.

10   Q.   Why not?

11   A.   They have a lock on it.

12   Q.   Now, you said there were many in the hole?

13   A.   I said we were many in the hole.  We couldn't just be free

14   in the hole.

15   Q.   Were there people in the hole?

16   A.   Yes.

17   Q.   About how big was the hole?

18   A.   The hole is not big.  Almost like a four-corners.

19   Q.   You've told us you were not able to stand up in the hole.

20   Is that correct, Mr. Kpadeh?

21   A.   Yes.

22   Q.   Were you able to sit in the hole?

23   A.   You could sit, but your foot would be numb, so we all used

24   to squat.

25   Q.   Why would you squat when you were in the hole?

**September 29, 2008**

## Kpadeh - Direct

1  A.    Because I was naked.   I can't sit with my nakedness on the

2  ground.

3  Q.   Was there anything in the hole besides the people?

4  A.   Yes,  water.

5  Q.   Where was the water coming from?

6  A.   They have one, Waterfall.   The Waterfall is closer to the

7  river we cross to enter the base.   Whenever the rain fall and

8  the river flood its banks, it enter into the hole and stay

9  there.

10 Q.   Is that why the hole was called Waterfall?

11 A.   Yes.

12 Q.   Is that the name of the hole they put you in the first

13 time?

14 A.   Yes.

15 Q.   How deep was the water in the hole?

16 A.   The water would catch you when you squat down on your chest

17 level.

18         MS.  HECK MILLER:   Your Honor, if I might ask the

19 witness to just step in front of the witness box and

20 demonstrate how he had to squat in the hole?

21         THE COURT:   He may do so.

22 BY MS.  HECK-MILLER:

23 Q.   Mr. Kpadeh, can you squat in the witness box and show us

24 the position?

25 A.   Squat like this into the water and the water come, was up

**September 29, 2008**

## Kpadeh - Direct

1  to here.

2         MS. HECK MILLER:   Your Honor, could the record reflect

3  the witness was touching his breast bone area when he said "the

4  water was up to here"?

5         THE COURT:   The record so reflects.

6  BY MS. HECK-MILLER:

7  Q.   Mr. Kpadeh, you can go back to the witness stand.

8  A.   (Complied.)

9  Q.   Mr. Kpadeh, when you were put in the hole, were you

10 bleeding?

11 A.   Yes.

12 Q.   From where?

13 A.   My penis.

14 Q.   How long were you bleeding?

15 A.   It lasted for two weeks.

16 Q.   Did you get any medical attention?

17 A.   No.

18 Q.   What, if any, medical attention did you ever get at

19 Gbatala?

20 A.   None.

21 Q.   Mr. Kpadeh, you told us that you were crouching in the hole

22 and that there were other people in the hole.  What position

23 were the other people in?

24 A.   We all were squatting behind one another, one line.

25 Q.   Did the people have to lean on one another?

**September 29, 2008**

## Kpadeh - Direct

1   A.   Yes.

2   Q.   And besides the people and the water, was there anything

3   else in that hole?

4   A.   No.

5   Q.   Was the hole clean or was it dirty?

6   A.   The hole was clean one way.  They have cement on the wall.

7   There was cement there.

8   Q.   How long were you in that hole?

9   A.   I spent about two weeks in that hole.

10   Q.   Were you ever allowed out?

11   A.   Yes.

12   Q.   How often were you allowed out of the hole, Waterfall, that

13   you were in?

14   A.   If you want to go in the restroom, they would put you out

15   and follow you and let you out to the toilet and go back in the

16   hole.

17   Q.   When you say "the restroom," are you talking about a real

18   room?

19   A.   At the prison compound, you just dig a hole and use it.

20   Q.   When you said they would let you out to toilet, was that to

21   urinate or defecate?

22   A.   To defecate.

23   Q.   What happened when the prisoners in the pit had to urinate?

24   A.   You urinate in the water.

25   Q.   Did you receive food while you were in the hole?

## September 29, 2008

## Kpadeh - Direct

1   A.   Yes.

2   Q.   What kind of food did you receive.

3   A.   Rice?

4   Q.   How did you eat it?

5   A.   They would put it in your hand.

6   Q.   How often did you get food?

7   A.   At the time they feed you.

8   Q.   Did you have enough food to eat while you were in the hole?

9   A.   No.

10  Q.   Were you given water while you were in the hole?

11  A.   At times.

12  Q.   And how were you given water when you were in the hole?

13  A.   The guards come and put it to the water and you hold it.

14  They shoot the water and you drink.

15  Q.   You said you were given water at times?

16  A.   Yes.

17  Q.   Were there times when you were not given water?

18  A.   If you're not feed.

19  Q.   What did the prisoners do when you called for water and the

20  guards would not give them water?

21  A.   At the time you feed, they would do it.

22  Q.   What would the prisoners get to drink if you were not given

23  water?

24  A.   If you were thirsty, the water you were in, you drink it.

25  Q.   When you were in the Waterfall, Mr. Kpadeh, could you see

**September 29, 2008**

## Kpadeh - Direct

1  outside of the hole?

2  A.   Yes.

3  Q.   What could you see from your position in the hole?

4  A.   You would see the view of the training ground where they

5  used to train.

6  Q.   Could you hear?

7  A.   Yes.

8  Q.   What could you hear?

9  A.   What would they be saying on the training.  You hear that.

10  Q.   Now, were you ever in any other hole at Gbatala Base

11  besides Waterfall?

12  A.   Yes.

13  Q.   Did the other holes have names also?

14  A.   Yes.

15  Q.   What other holes were you in at Gbatala Base?

16  A.   Belle Yella.

17  Q.   You are saying a word, "Belle Yella"?

18  A.   Yes.

19  Q.   What is Belle Yella?

20  A.   Belle Yella in Liberia is high up in the forest.  That's

21  the name of the jail they use for that hole.

22  Q.   There is a prison in Belle Yella in another place in

23  Liberia.  Is that correct?

24  A.   Yes.

25  Q.   That's what this hole was called?

September 29, 2008

## Kpadeh - Direct

1  A.   Yes.

2  Q.   Where is Belle Yella?

3  A.   Belle Yella is in lower Lofa.

4  Q.   And was there another hole that you were kept in besides

5  Waterfall and Belle Yella?

6  A.   Yes.

7  Q.   What was the name of any other hole you were kept in?

8  A.   Survivor.

9  Q.   Now, you've told us the condition of Waterfall.  Could you

10  describe to us, please, what were the conditions, the physical

11  conditions, in Belle Yella?

12  A.   Yes.   Belle Yella, when it rains, you get water in it.

13  When the rain stop after only two days, it go out of water.

14  Q.   Did Belle Yella have as much water as Waterfall?

15  A.   No.

16  Q.   And what were the conditions in Survivor?

17  A.   Survivor was clean, dry.   There was no water.

18  Q.   Do you know why that hole was called Survivor?

19  A.   Like when you get to Survivor, you have a dream like to be

20  free from the jail and other people went there and they were

21  free.

22  Q.   You told us about three holes you were in, Waterfall, Belle

23  Yella and Survivor.   Were there any other holes you were in at

24  Gbatala Base?

25  A.   Say that.

September 29, 2008

## Kpadeh - Direct

1   Q.   Were there any other holes you were in at Gbatala Base

2   besides Waterfall, Belle Yella and Survivor?

3   A.   No.

4   Q.   How would did you spend in holes at Gbatala Base?

5   A.   From August 23rd to October.

6   Q.   And about when in October?

7   A.   Around October 20th.

8   Q.   During the time that you were in holes at Gbatala Base from

9   August 23rd of 1999 to about October 20th, what, if anything,

10  did you wear?

11  A.   Nothing.   I was naked throughout.

12  Q.   What, if anything, did you have on your feet?

13  A.   Nothing.

14         THE COURT:   Is this a good point for us to adjourn?

15         MS.  HECK MILLER:   Yes, Your Honor.

16         THE COURT:   One of our jurors has to be somewhere by

17  5:30 every day?

18         Ladies and gentlemen, we'll adjourn.   Let me give you

19  some instructions I will be repeating these throughout the

20  trial.   Let me apologize for being so repetitive.

21         Number one, please do not discuss this case with each

22  other or anyone else.   Please avoid reading any newspaper

23  articles, looking at any accounts on the television, radio or

24  Internet regarding this trial, and if you see any of the

25  parties or the attorneys before we proceed tomorrow morning

**September 29, 2008**

## Kpadeh - Direct

1  outside, perhaps on this floor, please know they cannot have

2  any contact with you.

3  I ask that you all return tomorrow morning at 9:30,

4  the same time we started today.  Please know that if you're the

5  last juror to get here, everyone else is waiting for you so

6  time your departure from home.

7  Because of some building issues and the unavailability

8  of this courtroom tomorrow morning, we will walk you over to

9  another courtroom on the 11th floor.  We'll escort you there.

10  That's the courtroom we will be using tomorrow morning.  Please

11  come here and we'll take you to the room we'll be using in the

12  morning.

13  You can leave those note pads and pens in the jury

14  room  They will be there when you return tomorrow evening.

15  [The jury leaves the courtroom at 4:41 p.m.]

16  THE COURT:  Please be seated.

17  I find myself looking at the realtime quite a bit so I

18  can understand what the witness is saying.  I haven't seen any

19  jurors raise their hand, and they certainly don't have the

20  benefit of realtime, but the language is an issue for me.

21  I don't know if you're all able to understand that

22  which I cannot.  Barbara sometimes also is unable to capture

23  some of the words.  I just say that because you're trying to

24  create a record and you're trying to have jurors understand

25  what a witness says.  I think you repeat much of what he says

## Kpadeh - Direct

1   in a question, in a follow-up question, so it can be clear, but

2   some of the things are not repeated in follow-up questions and

3   remain unintelligible to me.

4          MS. HECK MILLER:  Thank you, Your Honor.  Could I have

5   a moment please?

6          Your Honor, we do have available and actually waiting

7   in the anteroom a court interpreter who is an interpreter in

8   Creole, but also has experience in channeling Liberian English

9   into American style English.  I have him on standby in case we

10  need him

11         It is a little difficult.  What happens, we do become

12  accustomed to the speech.  I may not be as sensitive to things

13  that are not being understood.  We do have the alternative of

14  Mr. Ibeagha and, in addition, we have spoken with Mr. Ibeagha

15  and Ms. Tomasini about a technique that has been used, for

16  instance, with Jamaica Patois speakers, since it's not

17  necessarily in a simultaneous translation, since it's in

18  English, but where it is on an as-needed basis where an

19  interpreter is able to pronounce words.

20         THE COURT:  My suggestion is to tell the jury tomorrow

21  morning "If at any time you do not understand what a witness is

22      saying, please raise your hands."

23         I'm not sure we need every answer translated,

24  particularly when you follow up with a question that

25  reincorporates the answer into the next question.

**September 29, 2008**

## Kpadeh - Direct

1          MS. HECK-MILLER:   That would be very agreeable to us.

2    I'm trying to walk a line on this reincorporation because I

3    know we need assistance with the words, but I don't want to

4    slop over into anything inappropriate.   But if it assists in

5    understanding, I can also use that technique and I am trying to

6    be very careful in terms of --

7          THE COURT:   If the parties don't have an objection, I

8    will tell the jury "If at any time you don't understand what a

9          witness is saying, raise your hand to alert us and we will

10         have an interpreter available to repeat the answer."

11         I'm trying to make it not so time consuming.   I'm

12   understanding with your follow-up questions incorporating his

13   response.   I believe I understand maybe 50 percent of what he

14   says.

15         You all, the lawyers, understand quite a bit more than

16   we do because you have been working with this case about two

17   years, meeting with witnesses, traveling to Liberia and

18   acquiring an ear for the manner of speech.

19         This is the first time I hear anyone speak from

20   Liberia and I think we explored that during voir dire and this

21   is the first time these jurors have heard that.

22         50 percent is what I'm getting before your follow-up

23   questions incorporate the response and Barbara is missing some

24   things as well that I can see on realtime.   I think it might

25   make sense to have the person in the room, not interpreting

**September 29, 2008**

## Kpadeh - Direct

1 every response, but when a juror raises his or her hand to
2 alert us.
3          MS. HECK-MILLER:   In addition, having discussed this
4 issue with the court reporter previously, I think there may
5 also be instances where they don't understand and the court
6 reporter has captured it and may be able to read it back, which
7 may be faster.
8          THE COURT:   I'm just trying to find a workable method.
9          MS. HECK-MILLER:   I would like the flexibility to do
10 both as needed.
11          THE COURT:   Mr. Caridad.
12          MR. CARIDAD:   This is precisely why more than six
13 months ago I asked the Court that the Court order this matter
14 be looked into and resolved.   I don't know what progress has
15 been made on that front, but before someone walks in who I have
16 never heard about who he is, what his qualifications are,
17 anything about him, before anybody like that is going to start
18 translating for a key Government witness, I think we need to
19 have some sort of airing of who this man is, what
20 qualifications he has, some test of his ability.   Otherwise,
21 he's going to be the one to end up testifying, not Mr. Kpadeh.
22          THE COURT:   I thought you all resolved this
23 previously.   I entered an order granting your motion.   If what
24 we're going to have is a jury and a Judge understanding about
25 50 percent of what a witness says prior to the attorney

September 29, 2008

## Kpadeh - Direct

1   incorporating a response into a follow-up question, sobeit.

2   This matter was addressed a long time ago in response to

3   Mr. Caridad's motion.

4          MR. CARIDAD:   As far as I know, Ms. Tomasini has told

5   me she located two people who were qualified to do this who

6   lived in Minnesota and I don't believe the Government wanted to

7   avail themselves --   I'm going to be corrected if I'm wrong --

8   avail themselves of those people or hadn't spoken to

9   Ms. Tomasini about using those people.

10         I told her I would need them for our witnesses.   I

11  don't know if those people are still available.   Apparently,

12  the Government -- I don't think they believed they needed such

13  translators.

14         MS. ROCHLIN:   Your Honor, I had a discussion with

15  Ms. Tomasini about the individual's in Minnesota that

16  Mr. Caridad is referring to and the issue is not that we did

17  not wish to avail ourselves of these people.   The issue was, as

18  Ms. Tomasini informed me, these individuals refused to work at

19  all for the Government because they were afraid.   They would

20  only consider working for the Government if they could work

21  anonymously and behind a screen so that no one could see who

22  they were.

23         The fact that these individuals were this concerned

24  about participating in this trial and seemed to voice very

25  strongly their refusal to work for the Government led us to

September 29, 2008

## Kpadeh - Direct

1  believe that, perhaps, they were not the right choice for this

2  trial.

3          We did nothing to prevent them from assisting the

4  defense.  They can still do that if the defense wants to use

5  their services for their witnesses, but they were adamantly

6  opposed to working for the United States because of their

7  perceived fear --

8          THE COURT:  So they're not available.  The problem is

9  we started a trial and we're looking at an issue head on that

10 was addressed by the defense and by the Court over the

11 Government's objection and should no longer be an issue.

12         Now, if the defense has no objection to half of what

13 your witnesses say remaining unintelligible, that will be it.

14 That will be the quality of the evidence the jury has to work

15 with.

16         I put it in your hands as to how you want to proceed.

17 If the defense is not satisfied with this Jamaican Patois

18 person having the qualifications to translate this Liberian

19 English into United States English so that we can understand

20 it, then I'm not sure what guidance to give you.  I'm not going

21 to address it now.  I'm not going to stall the trial.  I'm not

22 going to postpone the trial because I granted the defense's

23 motion many, many months ago.

24         MS. ROCHLIN:  Your Honor, just to be clear, we're

25 absolutely willing to take measures to resolve this situation

**September 29, 2008**

## Kpadeh - Direct

1   and to make it work properly.

2            Our proposed interpreter is not a Jamaican Patois

3   interpreter.  He interpreters African languages.  He has

4   experience.

5            THE COURT:  Why wasn't this information shared with

6   the defense attorneys so they could say "He's acceptable,

7       Judge.  We have no problem"?

8            MS. ROCHLIN:  Your Honor, we only realized the

9   interpreter was appropriate and effective for this trial as of

10  Sunday.  It we determined that he actually had the capability

11  to work with our witnesses Sunday when we did a kind of test

12  run with him.  We knew of this interpreter from a context

13  outside of Liberian English interpretation, but we have now

14  determined he can also assist in this area as well.

15           THE COURT:  Talk it over with Mr. Caridad and

16  Mr. Wylie.  If you are all in agreement to this person's

17  qualifications to serve on an as-needed basis, then we can

18  proceed that route.

19           If he's not acceptable, we'll proceed the way we did

20  today with counsel repeating what was said in an answer, as

21  much as counsel can, so that we can all capture the essence of

22  the response a few seconds after you who are well versed in

23  Liberian English, who prepared these witnesses, who know what

24  they're going to say, who know what it is they're saying.

25           Is there anything else we need to address before

**September 29, 2008**

## Kpadeh - Direct

1    tomorrow morning?

2              Mr. Caridad?

3              MR. CARIDAD:  What's the schedule for tomorrow?

4              THE COURT:   9:30 to 4:45.

5              MR. CARIDAD:  I heard the Court say last week there

6    was a problem with an elevator.

7              THE COURT:   That's why you I told the jury -- we're

8    actually going to be using Judge Seitz' courtroom  There's no

9    problem with the prisoner elevator there, so Mr. Emmanuel can

10   join us there.  We'll do the trial there in the morning.  What

11   that means is you will have no realtime for the morning because

12   we're not wired into her system there.

13             MR. CARIDAD:  What's the courtroom?

14             THE COURT:   11-4.

15             MR. CARIDAD:  It's on another floor?

16             THE COURT:   You can proceed right over there.  I just

17   wanted the jury to gather here so we have them all together and

18   take them down.

19             MR. CARIDAD:  I have a request.  Mr. Emmanuel wanted

20   to be able to speak with us.  We're going to try to speak with

21   him today and then tomorrow morning.  I don't know what time,

22   first of all, the Marshals get here.  If they get here, can

23   they bring him up to Judge Seitz' courtroom so we can sit there

24   with him?

25             THE COURT:   I'm going to be using Judge Seitz'

**September 29, 2008**

## Kpadeh - Direct

1    courtroom starting at 8:30.   I'll put him on the calendar.

2                MR. CARIDAD:   We'll be able to sit in the courtroom on

3    one side?

4                THE COURT:   Sure.

5                MR. CARIDAD:   How late will Mr. Emmanuel stay here

6    tonight so we can meet him with him after court?

7                THE COURT:   Only the Marshals can answer that.

8                THE MARSHAL:   I have no idea.

9                MR. CARIDAD:   We'll figure it out.

10               9:30 tomorrow?

11               THE COURT:   I'll have Mr. Emmanuel on my calendar at

12   8:30.   I'll expect to see him in Judge Seitz' courtroom in my

13   presence at 8:30.

14               MR. CARIDAD:   Thank you.

15               THE COURT:   Is there anything additional?

16               MR. CARIDAD:   No, Your Honor.

17

18

19

20

21

22

23

24

25

**September 29, 2008**

1

## C E R T I F I C A T E

2          I hereby certify that the foregoing is an accurate

3  transcription of proceedings in the above-entitled matter.

4

5  11/14/08
   _____          _____
         DATE                     BARBARA MEDINA

6                                 Official United States Court Reporter

                                  400 North Miami Avenue, Suite 12-2

7                                 Miami, FL   33128 - 305.523.5518
                                             (Fax) 305.523.5519

8                                 Email:   barbmedina@aol.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Quality Assurance by Proximity Linguibase Technologies**
**September 29, 2008**

**A**

**abbreviation** 136:11
**Abdul** 20:1,6
**ability** 236:20
**able** 10:19 19:24 24:22 41:21
45:11,15,22,25 46:4,7 53:21
59:2 64:5 81:12 121:5 123:1
155:4,7 156:6 190:15 201:3
215:11 225:19,22 233:21
234:19 236:6 240:20 241:2
**above-entitled** 242:3
**absent** 173:13
**absolutely** 238:25
**acceptable** 5:24 239:6,19
**accepted** 37:17 197:17
**access** 1:25 175:12
**accompanied** 94:17 104:1
**account** 27:8 38:9
**accounts** 232:23
**accurate** 90:2 107:8 164:21
177:9,10 178:22 242:2
**accurately** 40:11 41:25 43:14
44:13 47:20 48:17,24 49:5,11
100:17 141:13 181:13
**accusations** 29:23
**accuse** 23:11 27:2
**accused** 19:5,6
**accusers** 28:12
**accusing** 25:11 27:18 28:7,25
29:11 30:4 33:14 34:17
**accustomed** 234:12
**acquiring** 235:18
**acres** 192:17
**acted** 114:4
**acting** 12:16 114:13
**active** 38:17 76:4,6
**activities** 13:13 14:14
**acts** 10:20,23,24,25 14:20 16:7
17:25 22:13 24:8 30:3 35:10
**actual** 12:12 56:24 188:15
**adamantly** 30:23 238:5
**added** 133:19 159:23
**adding** 25:22,23
**addition** 52:11 62:4,22 72:3
133:11 134:22 135:15 192:6
234:14 236:3
**additional** 241:15
**address** 4:17 6:3 9:25 238:21
239:25
**addressed** 237:2 238:10
**adequate** 28:19
**adjacent** 103:18 149:1
**adjourn** 232:14,18
**administer** 7:6
**administration** 75:7 78:22 79:11
80:1
**administrative** 4:15 166:15
175:22 176:3,14
**admission** 40:15 42:4 43:18
44:18 49:15
**admissions** 31:1,4
**admit** 17:11
**admitted** 40:18 42:7 43:20 44:19
49:17 95:10 100:25 107:15
127:1 135:6 141:19 146:23
161:8 165:1 173:16 181:19
194:22
**advise** 5:22,23
**advised** 218:12
**advocated** 15:23
**aerial** 107:2 109:2 164:12 166:1
171:10 187:25
**aerials** 175:5
**Affairs** 37:3 38:2
**affiliated** 17:3 79:6
**affiliation** 18:22
**affiliations** 88:24

**affixed** 170:14 172:18
**affording** 9:19
**AFL** 48:15 60:13 79:11
**afraid** 237:19
**Africa** 11:4,5,25 12:9,10 24:9
40:8 41:17,19,20 42:1 43:5,6
71:11 75:21,23,24 76:2 127:20
193:2
**African** 37:3 38:2 61:11 239:3
**Africans** 23:11,12
**African-Americans** 71:5,10 73:1
**aftermath** 70:23
**afternoon** 93:10,11
**agencies** 81:25
**agency** 81:21 93:17
**agent** 93:15,21 94:9,18,20 95:16
95:25 97:21 98:4,15,22 99:6
99:22 100:13 101:9,22,24
103:5,12,14 104:10,19 105:5,7
105:9,20 106:11,13,18,20,22
106:24 107:4,18,21 108:5,6,8
108:10,14,15,22 109:4,7,9,10
109:13,15,24 110:1,11,20
111:5,7,9,15,18,20 112:8,23
113:19,21,23 114:8,9 115:21
115:23,25 116:14,19,21 117:9
117:23 118:7,9,11,21 119:3,13
119:14,17,20,23,25 120:12,14
120:16,18 121:3,5,8 122:2,5
122:11,19,22 123:7,10,20
124:3,8,14,20,23 125:6,12,22
126:3,3,12 127:4,16,21,24
128:1,3,5,9,11,16,22,25 129:5
129:14,16,18 130:16,17,23,24
131:3,7,13,20 132:23 133:1,3
133:16 134:1,3,6 135:10,13
136:21 137:20,22 138:6,8,10
138:12,14 139:8,11 140:13,25
141:7,22,24 142:1,5,12 143:4
143:8,9,11 144:3,18,20 145:13
145:15 146:11 147:4,5,7 148:3
148:5,16,23 149:4,19 150:1,22
151:5,7,9,10 152:15,17,20
153:9,24 154:8,10,13 155:18
156:15,24 157:13,15 158:15
158:17,19 159:2,5,7,19 160:3
160:5,7,15 161:11,23 162:3,6
162:16 163:3,4,7,9 13,22
164:16 165:6,21,23,25 166:6,8
166:10,19,21 167:1 168:1,12
168:17,23 169:4 170:1,3,5,20
170:22 171:8,20 172:1,3,14
173:5,11,15,17 174:1,3,5,8,10
174:12,25 175:2,5,6,10,17,20
176:1,8,10,13,17,18,22 177:1
177:12,25 178:19 180:25
182:7 185:25 187:18 188:1,10
189:14,16,18 194:21 195:4,6
195:11,13,19,21 196:18,20,24
197:1,7,9 199:4,6,21
**agents** 30:23 31:5,10 101:20
210:18
**ago** 30:22 31:11 56:9 236:13
237:2 238:23
**agree** 5:12 6:13,22 75:9 78:1
**agreeable** 235:1
**agreed** 21:24 156:3
**agreement** 5:5 21:22,23,24 68:6
87:12,13 239:16
**agreements** 87:11
**aha** 41:6 122:1 183:24
**aids** 36:9
**air** 29:7
**airing** 236:19
**airplane** 193:4
**Airport** 16:3 30:22 31:6
**AK-47s** 22:8
**alert** 235:9 236:2

**Alhaji** 84:25 85:9,10 86:5
**allegations** 32:1 33:12,15
**allege** 81:12
**alleged** 30:3 182:14,16
**allegiance** 90:5
**allow** 13:3 56:19 156:4
**allowed** 5:7 228:10,12
**alternate** 106:8
**alternative** 234:13
**ALTONAGA** 1:13
**America** 1:4 11:7 71:10 74:2
71:3 72:6 73:18 74:1,17
213:10,12 234:9
**Americans** 61:11 73:3,4
**amidst** 170:11
**ammunition** 132:1,9
**amount** 62:24
**amounts** 36:3
**angle** 162:20 174:17
**angles** 142:17 174:20
**animosity** 26:1,21
**anonymously** 237:21
**answer** 9:2 29:24 64:24 110:18
112:23 207:11 211:11 234:23
234:25 235:10 239:20 241:7
**answers** 56:24
**Ant** 145:18
**anterior** 109:20
**anteroom** 234:7
**Anti-Terrorist** 13:1 33:18 34:13
61:3
**anybody** 30:24 32:19 110:15,20
112:16 150:15 185:8 193:10
206:18 236:17
**anymore** 121:25
**apart** 187:7
**apologize** 232:20
**apparently** 87:5 237:11
**appear** 47:14 164:1 170:14
172:7 175:14
**appearance** 8:6 36:6 48:24
49:11
**APPEARANCES** 1:16
**appeared** 100:13 133:4 130:5
131:5 149:12 151:25 152:2,7
153:13 155:11 187:22
**appearing** 41:3 45:2,21 48:17
**appears** 41:15 42:18 43:3 44:4
48:22 51:11 122:25 126:21
133:21 153:18 154:6,17 156:1
156:21 176:5
**applicable** 7:24
**applicants** 37:21
**apply** 7:16
**approach** 40:22 42:11 55:4
127:12 136:14 141:3 161:13
164:2 178:15 191:2
**approaching** 151:15
**appropriate** 51:23 239:9
**approximate** 178:2
**approximately** 9:16 24:25 61:23
62:11,20 95:4 96:9 118:4
120:6 177:16,25 178:6,9,11
179:2,3,6,7,10 187:11 192:16
**approximation** 177:6
**April** 19:2,22 32:20 39:10 62:17
**area** 13:18 16:21 25:24 28:6
32:10 33:1,10,10,11 46:5 48:4
49:9 57:6 82:5 90:7 97:1,2
105:3,4,9 106:3 107:2,9 108:1
108:2 110:13 112:10,14,14,15
112:17 113:1 114:12,25 115:1
115:8,18 120:13,19,20 121:1,2
121:18,20,23,25 122:8 125:18
128:2,20 129:4,21,23 130:8
131:12 132:12 135:1 137:2,5
137:18 138:1,7 139:12,13

140:7 143:5,23 144:16,22,23
144:25 145:6,22 155:14
157:24 159:9,12,23,24 160:8
160:11 161:24 162:1 163:20
164:12 166:10 167:9,13,14
169:8 171:4 173:20 174:6,15
174:19 175:12,14 176:14
182:24 184:8,17 185:9 186:24
187:15,17 188:24 189:25
190:6,13 199:4 201:3,5,10
213:21 227:3 239:14
**areas** 26:10 44:14 47:25 83:2
96:24 179:16 182:19
**arguments** 7:23 10:1,2,6
**arising** 57:11
**armed** 22:8 48:10,11,14 60:13
60:17,23 61:1 79:12,14,15,16
79:18,24 86:12,12,20,21,22
90:23 205:14 206:6,8
**arms** 17:12 27:5 205:18,20
212:21 215:11,16 223:15,17
223:21
**army** 48:13
**arose** 77:11 85:16
**arrested** 15:3 16:3 30:21 204:11
204:12 205:2 207:1,2 216:18
216:18
**arresting** 206:25
**arrive** 14:7
**arrived** 66:15 200:25
**arriving** 73:1
**arrow** 11:21 14:2 15:14 48:3,5
108:15 109:5 111:19 119:14
119:15 121:6 128:4 134:2
138:7 151:6 158:16 159:6
171:20 175:1 176:9 195:5,19
196:25
**arrows** 48:1 109:8 197:8
**article** 23:10
**articles** 8:9,14 232:23
**arts** 191:21,23 193:15
**asked** 5:2 13:3 21:8 39:7 88:24
90:18 189:18 202:6,8 211:20
236:13
**asking** 35:8 62:1 80:22 90:9
134:12 217:11
**asks** 82:18
**aspects** 58:4
**assassinated** 26:11
**assembled** 20:5
**assist** 239:14
**assistance** 235:3
**assisting** 238:3
**assists** 235:4
**associated** 28:8 78:16 90:24
137:4 140:7
**assume** 70:9,22 86:25
**assumption** 70:24 185:7
**asylum** 27:19,21,24 80:14,17,19
80:21,22 81:3,3,10,12,19,22
82:3
**as-needed** 234:18 239:17
**Atlantic** 11:8 24:10 25:4
**ATMs** 24:23
**atrocities** 34:17 35:1
**attached** 111:25 129:11 149:5
**attack** 26:19,20,21 77:20,22,24
194:6,8,9,12,17 196:13
**attacks** 76:15
**attempt** 8:2 19:25 105:15 185:24
185:25 186:2
**attempted** 16:2 105:10 113:24
188:14 190:10
**attempting** 104:24
**attempts** 15:22
**attention** 7:18 10:9 38:20 50:7
60:11 94:9 121:3 134:12
140:19 159:2 162:3 193:6

227:16,18
**attorney** 1:18,22 236:25
**attorneys** 5:2 232:25 239:6
**ATU** 13:1,5,13,17 14:1,3,18,22
15:3 17:6,8 18:19 20:2,9 22:8
61:4 163:1 198:8 202:9,14
203:17 204:2,4,8,13,15 206:11
212:20
**August** 16:18 19:23 193:25
194:4,6,11 196:12 200:10
201:23,25 203:19,25 205:22
206:10,13,21,24 210:21 211:4
211:6 212:18,24 213:12 232:5
232:9
**auspices** 13:4
**authorities** 16:1
**avail** 237:7,8,17
**available** 35:17 69:23 234:6
235:10 237:11 238:8
**Avenue** 1:23 2:9 242:6
**average** 70:10
**avoid** 8:5,8,10,14 92:6 232:22
**award** 29:8
**aware** 38:21 55:1 60:7 63:6
92:16 182:16 184:20 188:23
**AWOL** 34:14
**A.F.P.D** 2:2,3
**a.m** 6:20 7:2,8 36:22 39:21 40:19
41:13 42:10 43:1 44:1,20
46:17 47:5,7,9 49:20 61:17
**A.U.S.A** 1:17,18
**a/k/a** 1:8

**B**

**B** 25:6
**Bachelor's** 37:11
**back** 5:18 7:3 11:25 12:8 14:21
20:3,6 23:21 26:22 28:4,8
29:17 35:8 92:8 97:24 105:5
105:11 109:3,18,19,23 111:13
112:6 116:12 117:18 119:19
126:9 129:3,5 131:2 134:9
136:22,24,25 137:15,17,18,25
138:10,11,15 142:24 143:7
144:6,23 145:1,4,19 147:17,18
149:2 152:8 154:3,4 160:18
162:21,22 163:11 174:4,22
175:18 176:21 182:8 186:19
188:13,14 189:2,15 190:11
205:8,22 207:23 210:8,9,13,22
211:6,21 213:12,16,25 216:5,9
216:10,11,16 220:21 221:3
227:7 228:15 236:6
**background** 37:10 58:21 113:1
119:9 121:7 150:4 175:9
**backyard** 14:23
**bad** 28:1 194:14 200:7 214:24,25
217:14 222:11
**badge** 203:6,8
**Baechtle** 94:18,20 95:25 100:14
101:20,22 103:5,12 104:2,10
105:6,7,20 106:11,13,22
107:18,21 108:6,8,15 109:4,7
109:9,10,13,24 110:11 111:5,7
111:15,18,20 112:8 113:20,21
114:8,9 115:23,25 116:14,19
116:21 117:9,23 118:9,11,21
119:13,17,20,23 120:14,16
121:5,8 122:5,11,22 123:10,20
124:3,8,14,23 125:12,22 126:3
127:22,24 128:3,5,9,11,23,25
129:14,16 130:16,17,23,24
131:3,7 132:23 133:1,16 134:1
134:3 137:20,22 138:6,8,10,12
141:22,24 142:12 143:4,8,9
144:3,18,20 145:13 147:5,7
148:4,5,16,23 149:4,19 150:1

150:22 151:5,7,10 152:17,20
153:9,24 154:5,8,10,13 155:18
156:15,24 157:13,15 158:7,15
158:17 159:5,7,19 160:3,5
162:6,16 163:3,4,7 165:21,23
166:6,8,19,21 167:1 168:1,12
168:17 169:4 170:1,3,20 171:8
171:20 172:1,14 173:5,11,17
173:21 174:3,5,10,12,25 175:2
175:5,6,17,20 176:8,10,17,18
177:1 185:16,25 188:1,10
189:14,16 194:21 195:4,6,11
195:13,19,21 196:18,20,24
197:1,7,9 199:6
**bag** 134:22 135:15 204:23,24,25
205:1,2
**ball** 121:18 125:15,25
**banana** 184:21,23 185:1
**banks** 226:8
**banner** 77:5
**bar** 92:16
**Barbara** 2:8 233:22 235:23 242:5
barbmedina@aol.com 2:10
242:8
**barbwire** 121:3 121:19 125:7,15
125:17,19,25 126:4,9 127:7
128:6,12,24 132:5 133:18,20
**Barclay** 48:6,7,18,24
**barracks** 218:13,18 219:3,10
**barrel** 132:11
**bars** 170:14 225:6,8
**base** 13:10,11,14,16,18 17:15,24
18:3 19:19,22,25 20:4,8,11
33:18,19,20,22 34:10,12,21,22
35:3 96:15 100:5 130:4 137:1
137:5 139:13 153:15 163:17
163:19 164:14,15 166:2,15,20
167:4,15 170:10 172:19,21
174:7,15 175:9,13 176:14,15
176:17 183:18 184:5,9,11,13
184:14,18 185:3,5,11,15
186:11 187:19 190:18 208:15
208:17 212:5 213:3,6,7 217:12
217:13,17 218:11 219:5 220:4
223:10 226:7 230:10,15
231:24 232:1,4,8
**based** 40:10,10 41:24 43:13
51:23 74:10 75:10 178:24
**basic** 38:24 59:2
**basically** 58:3 68:13 87:14
**basics** 50:17
**basis** 8:19 234:18 239:17
**Bassa** 72:16
**battle** 136:10,11
**battling** 16:18
**BDUs** 136:13
**bear** 16:13 46:18
**bearer** 206:4
**beat** 18:7
**beaten** 32:19 33:15
**beating** 19:16
**began** 15:24 26:19 64:25 67:19
76:15 77:20,22 78:8 123:6
**begged** 20:7
**beginning** 12:10 16:8 26:22
36:22 61:12,17 64:14 65:6
70:25 88:18 93:8 175:19 182:5
189:13 191:6
**Begins** 4:13
**begun** 8:10
**behave** 59:3
**beheaded** 19:13 32:6
**beheading** 10:14 20:5
**Belefuanai** 196:15,16,22,25
197:5,12 198:22,23 199:2,5,9
199:13
**Belfast** 1:8 10:23,25 11:17 12:2
12:3,6,7,22 16:5 22:3 23:1,18

23:19
**believability** 36:5
**believe** 51:22 60:12 61:4 62:5
68:21 77:16,23 78:13 79:15
85:2 89:15 91:13 95:14 148:13
158:14 171:20 178:13 188:5,9
212:1 235:13 237:6 238:1
**believed** 237:12
**believes** 22:19
**Belle** 230:16,17,19,20,22 231:2,3
231:5,11,12,14,22 232:2
**belong** 84:5,5,8 197:25
**belonging** 75:18
**belongings** 204:25
**benefit** 7:22 54:9 233:20
**Benjamin** 15:9,12,14,17 20:20
20:22 21:1,3,7
**beret** 203:3
**berets** 203:4
**Bernice** 11:19 12:1 23:14
**best** 48:23
**better** 26:17
**beyond** 22:20 35:12 50:3 51:20
64:10 80:16
**biased** 27:7
**biases** 32:17
**big** 54:3 192:16 195:9 225:17,18
**biological** 12:9
**birth** 23:25
**bit** 33:5 37:9 53:1 65:10 79:10
82:6 97:22 158:11 163:3
233:17 235:15
**blade** 10:16 17:17
**blame** 27:21
**bleeding** 17:21 18:16 214:12
215:1,2 221:20,24 222:17
227:10,14
**blindfold** 222:24
**blindfolded** 216:14 219:1
**blinked** 20:25
**block** 97:18 98:3 103:19 172:25
**blocks** 103:20
**blood** 17:19 215:2 223:19 224:1
224:5,6
**blow** 163:2
**blue** 143:16
**board** 41:2 42:18
**boarded** 24:10 106:9
**bodies** 16:10,14 30:15 113:17
**body** 30:6 180:13,14,19 181:13
215:4,6 222:2
**bolder** 18:14,14
**Bomi** 62:16
**bond** 16:13
**bone** 115:14 118:6 227:3
**Bong** 46:9,12 62:4,5 95:8,9
140:6,16 147:17 148:8,20
150:7 151:1,15 196:17,19,22
199:2,12,16
**Bopulu** 62:22
**border** 43:9,15 45:13 46:3 95:9
140:5 191:17
**bordering** 44:9,10
**borders** 45:11,15,17,18
**born** 11:18,20 23:13 84:10,10
191:10,11,12,13,14,15
**Boston** 11:18,23,24 12:2 23:14
**bottom** 15:13 117:11 122:15,16
123:4,6,24 133:25
**bound** 17:14
**boundaries** 57:11 73:13 90:3
**boundary** 140:2
**bounded** 11:5
**box** 16:15,19 126:13 127:4,5,6,7
127:10 134:13 135:11 140:20
141:2 144:19 145:24 159:6
160:21 163:24 164:1 166:7,16
166:16 175:1 180:25 191:3

226:19,23
**boy** 99:7
**BR** 3:25 146:2,5,6,15,24 147:6,6
147:9,9,15,17,20,21 148:4,4
148:13,13,15,18,19,22,25
149:2,18,25 150:21 151:9,12
151:13 152:15,18,19,22,23
153:7,23 154:1,2,12,15,16
155:17,20,21 156:13,17,18,23
157:1,3,5,14,17,18,22 158:6,9
158:10 159:18,21,22 160:3,23
161:9,19,23 162:5,8,15,18,19
**brain-child** 13:2
**branch** 60:11 205:10
**branches** 63:6 119:11,11 123:5
**brand** 197:23
**break** 138:13 143:17
**breast** 115:13 118:6 227:3
**breath** 221:6
**bridge** 16:23 19:3 31:25 32:1,9
32:10,13 33:1,9 46:5 114:4,13
145:16,18 147:11,24 148:8,19
149:1,6,9,22 150:3,25 151:17
151:19 157:25 158:11 161:24
182:8,24 183:8,9,23 189:2
199:19 200:16,18,21,22 201:1
219:4
**brief** 24:13 169:14
**briefed** 57:5
**briefly** 32:9 61:8 91:8 93:18
132:24 145:5 165:21
**bright** 20:23 21:13
**bring** 5:7 6:4 32:14 34:11 37:21
39:17 46:14 47:8 56:8 57:24
93:2 169:22 197:17 207:21
240:23
**broadcast** 8:11,13
**broke** 126:7
**broken** 16:14 152:1
**brother** 198:17,18
**brought** 15:3,7,15 19:12 20:3,18
21:15,15 34:24 41:9 42:22
43:23 134:9 160:18 217:1
**bruised** 18:16
**brush** 96:25 105:2 113:12
114:22 119:2 120:10 125:16
130:9,11,12,14,21 131:11
167:18 172:5
**brutality** 10:21 12:18 14:20
**Buchanan** 62:6,7,16
**build** 34:7
**building** 97:19,20 102:4,5,7,8,10
102:22 103:1,17 104:21,23
105:1,24 112:5 121:14,17,18
121:21 142:9,15 143:6,12
150:6,7,10,13,15,17 151:6,14
151:17,20,22 152:4,10,13,23
153:13,19 154:4 155:5,8,11,13
156:19 157:18,19,20 158:1,4
158:12,20,23 159:4,10,25
160:13 162:12 164:12 168:21
169:6,12 172:5,22,24,25 173:1
174:16 188:13 190:13 201:10
201:13,14,20 202:1,3 207:24
207:25 208:1,2,3,6,7,10,12,13
208:15,16,19,21 210:14,16
212:24 219:14,16,18,20,22
233:7
**buildings** 13:16 68:14 137:4,7,9
137:11 162:3 163:20 166:2,13
166:15,18,20 167:4,6,10,11,12
167:14,16,18,19,22 174:6,7
175:9,13,22 176:3 183:22
**built** 13:14,14,16,19
**bullet** 88:2 132:4,10 149:12,13
149:15,24 152:2 182:23 183:1
183:8,10
**bullets** 183:4,12

**bullfrogging** 14:14
**burden** 31:15,17,18,20
**Bureau** 37:3
**buried** 132:16,16
**burned** 15:18 20:10 216:1
**burning** 10:14 18:20 22:16
**burns** 20:12
**bushes** 113:12
**business** 16:25 20:15 63:20
191:24 192:1,2,7,10,11 193:14
193:15
**button** 131:19 135:1 136:5,6,8
136:10
**butts** 19:18
**buy** 197:15
**B-a-e-c-h-t-l-e** 94:24
**B-o-p-u-l-u** 62:23

**C**

**C** 242:1,1
**cable** 139:4 171:15,21 172:17
**cables** 139:6 171:2,4,11,23
172:4
**cafe** 20:16
**calendar** 241:1,11
**call** 5:6,22 14:1 23:22 38:13 73:3
74:6,20 82:16 83:14 87:18
92:15 93:1 121:3 202:20,21
206:19
**called** 7:17 8:21 14:14 18:2
22:12 24:10 26:18 29:5 33:3,3
37:17 46:1,11 51:5,9 52:13
53:25 66:2,2 67:9 72:5 76:9,13
76:19 77:12 78:2 79:17 80:3,9
83:10,11 85:12 86:17,18 92:18
189:3 199:17 204:1 206:10,13
206:17 226:10 229:19 230:25
231:18
**calling** 56:23,24,25 79:2
**calls** 36:17 50:10 82:9 191:1
**camera** 98:8,10 165:13
**camouflage** 98:2 169:2 219:14
219:16,18,20,22
**camp** 14:1
**camps** 68:11
**capability** 239:10
**capital** 24:11,16 34:2 44:25 45:1
45:3,4 52:16 73:20
**capture** 233:22 239:21
**captured** 236:6
**car** 197:22
**caravan** 17:4
**card** 16:25,25 18:22 57:17 205:1
205:4,5 206:5 207:3,13 215:25
**care** 28:20 70:4,19
**careful** 7:18 35:23 235:6
**Caridad** 2:3,16 5:13 6:1,6,17
23:24 24:5 31:19 40:17 42:6
43:19 44:21 49:16 50:3,10,19
50:23 51:20 52:8 53:12 54:19
55:2 56:4,8 57:10 58:9 60:20
61:18 79:4 81:2,16 82:12
84:13,15 88:11,13,21 90:9,18
169:20 212:15 236:11,12
237:4,16 239:15 240:2,3,5,13
240:15,19 241:2,5,9,14,16
**Caridad's** 237:3
**CAROLINE** 1:18
caroline.miller@usdoj.gov 1:21
**carried** 204:24 209:22
**carry** 90:5 204:23 218:13,13,17
218:18 222:17,19
**cars** 200:24
**cart** 143:16
**Carter** 68:19
**case** 1:3 6:14 7:6,11,14,18,21,25
8:5,9,13,16,18,24 9:13,16,21

10:1,4 11:3,10,24 14:3,15
21:17,18 22:17,19 23:9 24:3,8
25:15 27:1 28:20 29:1,9,11,15
30:3,20 31:2,14,15,18 32:5,16
35:5 47:4 58:20 92:6,7 169:17
180:3 182:15 232:21 234:9
235:16
**casing** 132:2,3,10,11
**casings** 131:19,20,21,23 133:4,6
133:12 134:21 135:14,16
159:15,16,22 160:8,11,12,15
161:4,11,14
**casualty** 26:25
**catch** 226:16
**categories** 89:25 90:1
**caught** 20:3 221:5
**cause** 57:21 126:9 134:9 160:18
196:14
**caused** 30:16 110:21 155:12
194:1,4 214:12
**causes** 27:13
**cautions** 8:17
**CECILIA** 1:13
**ceiling** 115:6 158:25
**cell** 20:18 24:22 145:2,6
**cells** 144:23
**cement** 151:25 152:1 174:15,18
228:6,7
**cemented** 224:10
**center** 13:10,13 48:6,7,18,25
144:16 162:25
**central** 74:9
**certain** 21:19 57:4 58:4,23 59:4
75:7,7 78:19,19,23 79:6 81:10
81:11 83:2 88:25,25 90:10
104:15 112:16 131:25 168:10
175:25 190:9
**certainly** 35:11 87:24 233:19
**Certificate** 2:24
**certify** 242:2
**cetera** 193:19
**chair** 210:4,6
**change** 76:10 113:5,8 114:19,21
223:24
**changed** 23:19 223:25
**changing** 32:5 90:1
**channeling** 234:8
**character** 78:14 79:9
**charge** 20:18 80:5
**charged** 21:16,21,25 22:2,4
81:21
**charges** 21:15
**charging** 20:16
**Charles** 1:8,9,9 11:18,20,22,24
12:7,13,16 16:5 23:6,13,15
24:2,4,7 26:9 13,15 27:3,7
51:16,18 52:4 53:24 66:15,20
66:24 67:5,14 68:1,16,16,22
76:5,17 77:7,12 79:5,8,11,19
79:22,25 84:19 86:8,11 88:8
90:15
**check** 204:23
**checking** 134:7
**checkpoint** 19:3,4,5,17 32:12,18
150:8 151:14,15,17,21 157:25
198:8 200:21,22,23 201:1,10
202:5,6
**checkpoints** 147:10,21
**check-point** 16:23
**chess** 31:19,22
**chest** 17:21 120:7 157:11 215:1
226:16
**chevrons** 4:19
**chief** 14:1,8,8,9 209:21 217:15
217:16
**child** 12:1 57:2
**childhood** 23:16
**children** 69:21 196:6

**choice** 17:7,13 35:13,13 238:1
**chose** 13:10
**CHRISTOPHER** 1:22
christopher.graveline@usdoj...
1:24
**Chuckie** 1:8 11:1 12:23,25,25
16:6 17:5 20:4 22:21 23:1 24:3
24:4,5,6,7 58:15 209:21,23,25
210:5,6,7,9 211:7,9,25 212:2,7
212:9,18,21 213:12,15 217:5,7
217:10,12,13 218:12,17 219:2
220:1,6,9,16 221:10,11,13,15
221:18 223:6
**Chuckie's** 212:23
**chunks** 151:25
**cigarettes** 20:10
**cinder** 97:18 98:3 103:18,20
172:25
**circle** 18:4,6 45:24 46:3,6,9,12
188:6
**circled** 45:8
**circulate** 127:10 223:19 224:6
**circulating** 136:16 161:15
**circulation** 224:2,5
**CITATION** 4:7
**cite** 5:6
**cities** 195:23
**citizen** 11:13
**city** 24:16 33:8 34:3 37:4 45:25
62:7,8 64:21
**civil** 12:13 64:22,23,23,25 65:6
67:18,24,25 68:8 70:22 85:8
**civilian** 13:18
**civilians** 34:12,22
**claim** 33:15 80:13
**clarify** 90:7
**clay** 117:16 120:9 122:18
**clean** 228:5,6 231:17
**clear** 5:16 47:1,16 95:21 105:13
108:5,14 109:8 119:18 127:5
189:15 234:1 238:24
**clearing** 96:24 126:2 129:23
130:9,10,13 131:5 137:25
190:14
**clearings** 121:23
**clearly** 195:15
**clears** 46:19
**CLERK** 7:7,9
**cling** 15:22
**clip** 32:10 131:19 133:21 134:24
135:23,24
**close** 10:9 20:24 128:7 172:22
188:8 195:10 204:14
**closed** 35:6 120:20 144:25
**closely** 125:2 136:2 150:9,12
**closer** 153:12 226:6
**close-up** 103:8 109:11 128:15
154:16
**closing** 7:23
**clothes** 21:4,5 155:14,15 156:10
159:3 223:3
**clothing** 156:12 157:7
**cluster** 166:1,12,18 174:6
**Coal** 20:7
**Coalition** 76:10
**coast** 11:5,8 24:11 40:8 43:12
45:4,19
**cobra** 203:10
**cohesion** 75:24
**Cole** 20:1,6
**colleagues** 65:5
**collect** 160:15
**collected** 134:21
**collecting** 185:9
**collection** 136:20
**collectively** 98:22 99:23 100:22
**college** 103:10,16 105:10 109:2
109:5,11 110:1 112:3 130:7

**136:9 169:1,6 175:24 188:13
189:22 190:6,11
**color** 98:1,3 202:24 203:4,5
**combatants** 85:8 86:12 91:13
**combination** 132:17
**come** 8:4 10:5,8 14:6 20:17
25:11 29:7 30:6 32:24 35:2
46:20 57:16 58:9,10,13 77:6
97:7 136:24 137:18 138:17
144:7 151:19 185:5 199:10
202:12 204:3,6 218:8 226:25
229:13 233:11
**comes** 10:4 18:24 21:7 27:2
29:13 71:17
**comfortable** 5:19
**coming** 14:8,9 16:11 29:10
53:14 83:19 193:1 194:14
226:5
**command** 13:7
**commandant** 174:16
**commander** 17:7 34:1,2 156:2
156:21 157:9 207:13,14 209:6
210:10 211:3 220:5
**commanding** 33:24
**commercial** 191:22 192:7,22
**commission** 22:5,7,18
**commit** 10:24 11:13,15
**committed** 10:23
**committee** 29:6,8,8
**common** 13:6 16:13 34:8 116:2
116:5,23 117:1 118:13 119:5,7
122:3,20 123:8 124:7,21 168:3
168:5,11,19
**commonly** 11:1,7 13:5 136:13
**communicate** 24:22
**community** 57:7,11,12 58:25
**compare** 70:16
**compared** 70:12
**Compari** 17:16,17 34:4 219:23
220:1,3,3,4,6,7,7,15,16 221:10
221:14,15,16 222:9 223:5
**comparison** 70:11
**compete** 37:19 54:7
**competitive** 37:18
**completely** 5:14 75:16
**complex** 56:25
**Complied** 95:22,25 98:21 101:22
103:5,12 104:10 105:7,14,20
106:13,22 107:21 108:8 109:7
109:9,13,24 110:11 111:7,15
111:20 112:8 113:21 114:9
115:25 116:14,21 117:9,23
118:11,21 119:17,20,23 120:2
120:16 121:8 122:5,11,22
123:10,20 124:3,8,14,23
125:12,22 127:24 128:5,11,25
129:16 130:17,24 131:3,7
133:1,16 134:3 135:12 137:22
138:8,12 139:10 140:1,14
141:24 142:12 143:4,9 144:3
144:20 145:13 147:7 148:5,16
148:23 149:4,19 150:1,22
151:7,10 152:17,20 153:9,24
154:10,13 155:18 156:15,24
157:15 158:7,17 159:7,19
160:5 162:6,16 163:4,7 164:6
165:23 166:8,21 167:1 168:1
168:12,17 169:4 170:3,20
171:8 172:1,14 173:5,11,17
174:3,5,12 175:2,6,20 176:10
176:18 185:16 188:1,7,10
189:16 195:6,13,21 196:20
197:1,9 199:6 214:4 215:17,20
215:24 227:8
**composed** 76:24 78:11,12,18
**composite** 134:14,20 135:13
161:6,11
**compound** 15:4,5 20:19 228:19

**computer** 165:15 194:24
**concentrated** 186:24
**concentration** 37:11
**concern** 5:13
**concerned** 8:3 237:23
**concerning** 9:7
**concerns** 178:20
**conclude** 8:23 155:12
**conclusion** 187:23
**conclusions** 9:3 180:20
**concrete** 89:10 186:16
**condition** 64:6 69:1,4 102:5
  152:3 167:6,7,15 172:25
  179:17 218:7 231:9
**conditions** 28:13,14 70:18,23,25
  100:17 146:18 231:10,11,16
**conducting** 63:19
**confer** 9:5
**conference** 4:11,13,17
**confess** 15:10,20,21 17:8 19:10
  21:8,9
**confined** 21:13
**conflict** 64:25 74:6 85:13,16,18
  86:15
**conflicts** 74:9 86:20 87:10
**Congotown** 83:10
**Congress** 11:12 76:9
**connecting** 117:13
**connection** 8:4 180:3 204:3,7,10
  204:13
**Conneh** 76:23
**consider** 6:6 21:19 22:12 98:25
  99:6 237:20
**consideration** 7:19 8:20 9:8
**considered** 10:3 38:9 74:17
**consolidate** 22:24
**conspiracies** 21:21
**conspiracy** 21:16,20,22,25 22:3
  22:4
**conspire** 23:8
**conspired** 10:24 22:21
**constant** 25:23 27:13
**constitution** 52:21,23,24,25
  53:2,3 59:3
**constitutional** 49:24 50:1,9,12
**constitutionally** 65:11
**Construction** 34:7
**consuming** 235:11
**contact** 5:10 92:6 94:10,15
  144:8 233:2
**contacts** 39:9
**contain** 48:20
**contained** 106:3
**containing** 98:16
**contains** 98:15 100:4 132:3
  134:21
**CONTENTS** 2:12
**context** 58:21 133:20 159:23
  239:12
**continent** 41:19,20,25
**continue** 21:11 54:14 105:25
**continued** 14:20 97:13,14 106:9
  108:3 109:1 138:17,20,22,24
**continues** 131:11
**contributes** 27:15
**control** 67:1 88:5
**controlled** 26:10
**controlling** 185:11
**controversy** 57:11
**convenience** 9:6
**convenient** 47:1
**CONVENTIONS** 4:15
**conversation** 8:6
**convict** 22:25
**cooperate** 82:1
**copy** 41:3 92:13 99:3
**correct** 6:10 60:14 63:10 64:17
  64:20 65:7,12,25 66:1,9,10,15

66:21,24 67:2,20 68:17,20
69:15,24 70:5,13 71:12,16,17
71:19,20 72:20 73:14,16 74:15
74:18 75:1,6 76:16 80:1,23
81:9,11,23 84:3,6 86:7 87:8,22
87:23,25 88:2,6 89:11,14,15
89:17 91:2,6 114:17 120:24
125:7 143:18 144:15 145:20
145:21 156:4 161:19 162:2
165:8,11 168:23 169:11
175:10,25 182:9,15,20 183:7
183:11,13 184:2,9,10,14,15,17
185:3,4,6 186:13,22 188:18
189:20,23 198:25 225:20
230:23
**corrected** 237:7
**corroborate** 31:2
**costs** 34:7
**Council** 86:17 91:12
**counsel** 4:16 57:5 99:4 239:20
  239:21
**Count** 22:17
**counted** 135:16
**counter** 143:23 144:7,9,12,25
  145:7,9
**counties** 44:8,14
**countries** 24:17 25:9,13,13 38:2
  38:4 43:9,15 44:9,10,11,12
  70:11
**country** 11:4,16 12:10 16:1
  18:25 19:1,2 22:23 24:10,19
  25:3,10,10,14 26:16 38:22,25
  39:9 42:1 44:14,15 45:12,15
  49:22 52:2 53:9,19 56:3,7,13
  61:24 62:1,24 64:6,9 66:4
  68:14,23 69:1,11 70:6,19
  71:10 73:5,7,16 74:7,11 75:19
  81:6 87:17 93:22 191:12
**country's** 58:6
**counts** 22:12 35:14
**county** 12:20 45:22,23,25 46:3,9
  46:12 62:4,5,7,15,16 81:5 95:8
  95:9,9 140:6,6,16 147:17,23
  148:8,9,11,20 150:7,25 151:1
  191:15,16 192:15 193:9
  195:12 196:16,17,19,22
  198:25 199:2,12,12,16,16
**coup** 66:4 74:13
**couple** 97:2 133:7 137:15
**course** 8:17 35:20 93:21
**courses** 13:16
**court** 1:1 2:8 4:14,17 5:1,20 6:3
  6:8,11,16,18,21,25 7:3 9:8
  14:7 21:15 23:5 29:3 35:12,16
  35:18 39:22 40:18,21,23 41:11
  42:7,9,13,24 43:20 44:2,19,22
  44:23 46:23 47:2,6,8,10 49:17
  49:19 50:5 51:25 52:10 53:15
  54:9,22 55:3 56:2,6 58:2,2,18
  59:5 60:1,3,21 64:12 70:15
  79:3 81:1,15 82:11 83:20
  84:14 88:12,15 92:2,4,11,21
  92:23,25 93:2,4 95:14 99:4
  100:23,25 101:19 107:15
  108:13 110:18,24 112:21
  113:11 127:1,11,13 135:4,6
  136:17 141:5,19 146:23
  150:19 161:8,16,21 164:3
  165:1 169:13,16,19,22,24
  178:14,17 181:19,24 182:2
  190:2,23,25 191:4 207:9
  212:16 215:13 226:21 227:5
  232:14,16 233:16 234:7,20
  235:7 236:4,5,8,11,13,12,22
  238:8,10 239:5,15 240:4,5,7
  240:14,16,25 241:4,6,7,11,15
  242:6
**courtroom** 1:25 5:2 7:2,4,5 9:9

16:6,11 47:5,9 92:10,13,22
93:3 169:18,23 212:9 233:8,9
233:10,15 240:8,13,23 241:1,2
241:12
**Court's** 39:17 41:7 42:20 43:22
  99:2 101:17 127:9
**cover** 186:18 224:24 225:2
**covered** 38:2,4 56:13 57:6
**covers** 58:19
**co-conspirators** 16:15
**craft** 191:21 193:15
**crafts** 191:23
**create** 85:11,12 233:24
**created** 29:5 33:19,20,22 54:6
  54:10 73:13 79:15 187:18,21
**credibility** 27:9 28:23 36:5
**creek** 220:21,22
**Creole** 234:8
**crime** 11:13,15 21:20,25 22:5,6
  22:18 27:3 28:3 29:11
**crimes** 11:3 15:11,20 21:9,19,19
  22:11 23:1 34:18
**criminal** 21:16,20 22:3 93:19
**critically** 29:22
**cross** 61:16 114:5 151:1 182:4
  199:11,12,15 217:15,15,16
  226:7
**crossed** 72:8 114:17,19,24
  171:11,12 200:21
**crossing** 199:19 213:16
**cross-examination** 2:16,20
  61:15 88:20 182:2 189:18
**crouching** 227:21
**cruelty** 10:21
**cry** 30:7
**current** 38:23 52:23,25 131:24
  149:16
**curve** 110:4
**customer** 197:19
**customers** 193:18 197:15
**customs** 57:12 93:15,16
**cut** 17:17,21 29:16,17 221:14,16
  221:18,24,25 222:2,6,16,23
  223:14,17,21,24
**cuts** 17:18
**cutting** 10:15 22:16 29:19
**C-o-n-n-e-h** 76:23
**Côte** 11:7 38:3 43:12 45:18

---

**D**

**Daf** 197:20,21,22,22,25 198:6
**damage** 29:3 149:7,9,11,22,23
  151:24 157:20
**damaged** 29:7 74:16
**damages** 29:4,9
**danger** 28:3
**dark** 41:23 144:16,22,23,25
  155:25
**darker** 138:3
**data** 25:17 176:25
**date** 94:10 107:10 141:14 182:16
  242:5
**dates** 34:18 36:3
**David** 17:16 34:3
**Davis** 2:14 36:18,20,24 37:6,16
  38:10,23 39:2,12,24 40:25
  41:15,24 42:15 43:3 44:4,13
  44:25 45:21 47:13 49:22 50:7
  51:14 52:4,14,21 53:5 60:5,11
  61:6,15,19 88:20 89:3,11 90:7
  92:1
**day** 18:23 20:3 21:5,8 22:25
  30:23 32:21 34:3,3,15 45:5
  94:11,13,15 95:3,6 98:5
  100:18 101:11 126:22 129:18
  130:4 139:7 146:18 154:19
  155:8 160:16 177:14 178:25

179:4,23 181:14 199:20,24
200:25 203:19 212:18,21,23
232:17
**days** 13:12 196:2 231:13
**dead** 122:15 123:5,5 167:18,19
**deal** 73:2
**death** 28:14
**debris** 102:25 131:15 132:13,15
  132:17 159:12,14 167:17
**December** 39:4 61:20 191:11
**decendents** 72:4,5 73:18
**decently** 75:14
**decide** 7:11,12,14,17 8:18 35:23
  36:4 74:2
**decided** 13:9 16:20
**decision** 7:16 106:5,7
**deducted** 179:14
**deep** 26:24 118:4 120:6 122:13
  123:1,22 224:13 226:15
**deepest** 115:12,13
**defecate** 228:21,22
**defendant** 1:11 2:1 6:20,24
  10:25 11:17,23,25 12:4,5,21
  13:8,9,14,25 14:3,7,18,18,21
  15:8,17,24 16:5,14 17:5,8,13
  17:16 18:8,9,12,17 19:4,5,9
  20:4,21 21:6,10,17 22:9,21
  212:15
**defendant's** 6:4 12:14 13:2
**Defender's** 2:3
**defense** 6:16 57:5 86:18 91:12
  238:4,4,10,12,17 239:6
**defense's** 238:22
**definitely** 177:11
**definition** 84:2
**Degree** 37:13,19 93:19
**deliberate** 7:14
**demands** 35:12
**demeanor** 36:6
**democracy** 49:24,24 50:2,9
  76:21 77:16
**Democrat** 76:9
**Demon** 13:7,7,24 204:2,4,7,13
  204:16 206:14,16,17,19
**demonstrate** 226:20
**demonstrating** 18:3
**denied** 30:23
**dense** 96:25 102:20 105:2 113:1
  114:24 117:16,17 120:9
  121:23 122:18 131:11
**densely** 112:14 113:12 116:9
  123:24
**departed** 92:22
**department** 1:22 36:25 37:2,7
  37:16,20 63:7 65:22 67:18,23
  81:17,19 93:17 142:21 144:12
**Department's** 65:1
**departure** 233:6
**depending** 25:12
**Depends** 82:17
**depict** 40:11 41:25 43:14 100:17
  123:12 141:13 146:18 147:10
  173:20 174:17 181:13
**depicted** 133:3 142:14 165:25
**depicting** 143:5 157:18
**depiction** 107:9 164:21
**depicts** 47:18,19 121:24 123:13
  131:4 144:6 152:24 154:2
  155:21 170:8
**depths** 115:11
**deputy** 5:2 7:6,7,9 92:13
**descendents** 72:8
**describe** 96:21 108:10 110:2
  115:9 120:8 132:17 138:14
  143:14 151:18,22 168:25
  172:24 202:19 212:23 213:1
  218:6 225:3 231:10
**describes** 101:18

**Description** 3:4
**Descriptions** 4:12
**deserted** 175:8,13
**design** 153:15,17
**desk** 36:25 37:6,15,21,25 38:8 38:10 39:4 98:19
**desperate** 23:10,11 28:21
**Despite** 15:22
**destroyed** 69:16
**detail** 187:6
**detailing** 10:20
**detention** 17:14 142:21
**deteriorating** 20:11
**determine** 9:13 30:14 35:10
**determined** 239:10,14
**determining** 28:23
**developed** 25:9
**development** 25:9
**die** 69:21 221:6
**differences** 76:2
**different** 13:15 16:12 18:22 37:25 38:4,7 56:6 58:16 64:24 75:16 124:10,24 147:12 157:12 165:19 174:20 190:18 220:7,23 221:12
**differently** 75:23 76:2
**difficult** 36:2 38:9 106:4 113:15 122:14 179:18 234:11
**dig** 34:8 132:20 188:20 228:19
**digital** 98:8 165:13
**digits** 136:3
**dignitaries** 80:8
**dire** 11:3 235:20
**direct** 2:15,19,23 36:21 50:21 64:11 93:7 150:15 175:12
**directed** 150:17
**directing** 50:7 60:11
**direction** 97:12 105:11,25 112:16,24,25 138:24 147:15 147:22 199:10
**directions** 147:13
**directly** 97:21 133:20 149:1 162:11 166:17
**dirt** 96:23,24 97:6,7 110:4 115:16 116:8 122:18 138:15 179:17,19,20
**dirty** 228:5
**disagree** 5:9
**disappeared** 108:17
**disappears** 103:23 108:12,13
**discipline** 34:13,25
**disciplined** 33:21
**discrimination** 71:19
**discuss** 7:25 8:2 9:10 47:4 92:6 169:17 232:21
**discussed** 91:11 133:4 170:11 175:15 185:19 187:1 189:4 236:3
**discussion** 237:14
**disease** 25:4,23 28:18
**diseases** 70:6,8
**disgruntled** 23:10,12 28:21
**dislodges** 132:10
**displaced** 27:14 68:11 87:19
**displayed** 19:14 29:17 32:6,19
**displays** 44:7
**disputed** 7:12
**dissent** 12:20
**dissident** 76:16
**distance** 177:15,16 178:10,25 179:4,8 186:22
**distances** 176:23 177:5
**distract** 36:7
**distracted** 35:24
**DISTRICT** 1:1,1,14
**divides** 84:2
**dividing** 145:10
**Division** 1:2 61:5

**divisive** 83:25
**doctor** 180:24
**doctor's** 180:15
**document** 39:24 41:3
**documented** 177:17
**documents** 145:25
**Doe** 26:6,11 53:4 65:24 66:7,14 66:21 67:8,13 74:13,25 75:4,8 75:9,11,15 76:12
**Doe's** 66:25 74:21
**doing** 39:1 57:9,20 104:14
**Dole** 26:11
**dominated** 85:23 86:3
**door** 143:22 145:2,3,4,6 154:7,9 154:17 189:4
**doorway** 143:11,14,16,18,20 154:16 155:21
**doubt** 22:21 35:12
**downtown** 47:19,20,24
**Doyle** 2:18 93:1,6,13,21 98:4 101:24 103:14 104:19 105:9 106:24 108:5,10,22 109:15 110:1,20 111:9 113:23 115:21 118:7 119:3,25 120:12,18 121:3 124:20 126:3 128:1 129:5,19 131:13,20 133:3 134:6 135:10,13 136:21 138:14 139:8,11 140:13 142:1 142:5 143:11 145:15 151:9 152:15 158:19 159:2 160:7,15 161:11,23 163:22 164:16 165:6,25 166:11 168:23 170:5 170:22 172:3 173:15 174:1,8 175:10 176:1,13,22 177:12,25 178:19 180:25 189:18
**Doyle's** 119:15
**dozens** 10:19
**drafted** 53:3
**draw** 9:3
**drawing** 208:20
**dream** 231:19
**dress** 136:10,11
**dressed** 11:21 212:18
**drink** 229:14,22,24
**dripped** 20:9
**drive** 179:2,6,10,15,16 200:2 218:4
**driven** 96:8
**driver** 94:19,25 192:7,22
**driving** 18:7 191:22 218:6 223:12
**drop** 35:9
**dropped** 218:12
**drove** 184:9 217:12,13
**dry** 231:17
**dug** 13:20
**duly** 68:22
**duties** 93:21 98:9
**duty** 8:18 206:18,20
**dwellings** 97:1
**D'Ivoire** 11:7 38:3 43:12 45:18
**D-a-f** 197:22
**D-o-y-l-e** 93:13
**D.C** 1:23 37:5

**E**

**E** 242:1,1
**ear** 235:18
**earlier** 92:13 101:25 125:6 170:17 175:15,16
**early** 26:17
**earth** 132:18
**east** 11:6 43:12 45:5 95:18,19 166:13
**easy** 28:10 64:24 67:3
**eat** 229:4,8
**edge** 153:5 159:3,4 190:8,16

**edges** 116:7,8 118:23,24,25 123:16,17
**education** 25:1,23 70:1 93:18 191:18
**educational** 37:9 70:2
**Edward** 54:11
**Edwards** 54:6
**effective** 239:9
**effort** 9:17
**eight** 9:17 182:14
**either** 8:11 10:3 27:19 28:6 46:4 56:14 185:10
**ejects** 132:11
**elbow** 214:15 222:23
**elbows** 212:4 213:16,19,22,25 214:5 215:7,8 223:14
**elected** 65:11 68:16,22 76:14,14 88:8
**election** 26:15 54:14,24 68:20 84:17 85:1 86:11 88:6
**elections** 54:8 68:7 84:16
**electrical** 10:16,17 15:19 21:1,3 21:12 64:9,13,21
**electricity** 24:18 64:16 69:6
**electrocution** 29:18,19
**elements** 16:19 78:19,19
**elevator** 240:6,9
**elicited** 57:8
**eliciting** 56:22
**elite** 33:21 73:4 74:7
**Ellen** 205:24,25 206:2
**Email** 1:20 2:5,10 242:8
**Embassy** 80:11,17 94:19 137:13 176:21 178:3 180:15
**embedded** 132:19 133:6,7,10
**Emmanuel** 1:9 6:18,21 11:18,20 12:1,3,7 16:6 23:6,13,14,17,17 23:18,21,23,23,24 25:11 27:2 27:18 28:10 29:1,2,11 30:4,18 30:21 31:7,9,19,23 33:14,19 33:24 34:18 35:14 240:9,19 241:5,11
**emotional** 30:7,10
**employee** 5:8 94:19
**employer** 5:6,16,19,22,23 92:14 92:15,15,16
**employment** 51:24 149:16
**empty** 102:8
**enacted** 53:4
**encompasses** 166:17
**encounter** 97:14,17 121:16
**encountered** 96:22 97:18 121:18 186:11 187:10
**encourage** 15:20
**ended** 16:6 67:19 68:1
**ends** 19:23
**endure** 17:24
**enemies** 27:4
**enemy** 15:1
**Enforcement** 93:15,16
**English** 61:7 213:9,10 234:8,9 234:18 238:19,19 239:13,23
**enter** 11:16 143:15 144:8,12,14 153:19,21 208:2 210:12 226:7 226:8
**entered** 140:18 157:19 175:14 207:23 208:5,6,11,14 209:7,10 209:25 223:10 236:23
**entering** 102:21
**entire** 19:6 24:18,19 25:1
**entirely** 46:25
**entirety** 44:10
**entitled** 36:13
**entrance** 143:6
**entry** 78:8
**entryway** 106:8 152:23 157:19
**enunciated** 22:1
**epidemic** 25:6

**equipment** 98:4,7
**equivalent** 51:6 52:3
**era** 12:18
**err** 58:25
**escape** 19:25 20:1 23:11,12 214:14 224:25
**escaping** 217:4
**escort** 233:9
**essence** 239:21
**essential** 39:1
**essentially** 21:21 96:25 111:25 113:15 114:4 115:5 117:13 120:19 124:19 129:3 130:20 131:10 132:3,10,19 133:19 162:9 166:12
**established** 26:12 73:7 87:7,10
**estimate** 115:19 118:5 122:14 123:25
**et** 193:19
**ethic** 82:20
**ethnic** 15:1 72:3 75:20,23 76:1 82:15 83:3,4,13 85:23 86:3 89:6
**ethnically** 75:10
**ethnicities** 90:4
**ethnicity** 90:2
**evening** 233:14
**eventually** 15:23 71:14 73:7 87:7 88:5
**every-day** 13:6
**evidence** 3:3 7:19,22 8:19 9:22 9:23 10:3,7,22,22 12:17 14:11 22:20 27:23 29:22 30:1,2,20 31:12,16,16,24,25 35:6 40:16 40:19 42:10 43:21 44:20 49:20 56:18 57:6,16 95:10 100:21 101:6 107:13,16 126:24 127:2 128:24 135:3,7 141:17,20 146:21 147:1 161:6,9 164:24 165:2 173:16 181:16,22 194:22 238:14
**exact** 165:16 177:6
**exactly** 37:2 38:10 69:25 224:17
**Examination** 2:15,17,19,21,23 36:21 61:16 88:17 93:7 182:4 189:12
**examine** 10:20 180:16
**example** 63:2 74:12 83:6,9,10 91:22 182:23
**exception** 58:19
**excessive** 10:21
**exclusively** 26:18 78:18
**excuse** 52:14 167:25 222:12
**excused** 9:9 92:2,3 190:24
**Executive** 49:4,6,12 51:10,12 52:2,5,11 60:11 168:8
**exhibit** 3:5,6,7,8,9,10,11,12,17 3:25 39:18,20 40:2,3,19 41:2 41:12 42:4,10,16,22,25 43:21 43:25 44:20 46:16 49:20 51:11 101:10,14 126:15 127:2,22,23 146:5 160:23 161:9 165:17
**exhibits** 3:1,2,13,14,16,18,19,21 3:23 4:1,2,3,5 10:5,20 98:16 98:23 99:1,6,14,22,24 100:21 101:1,9,17 107:16 134:15 135:7 136:15 140:19,22 141:20 145:25 146:6,11,21,24 163:23 164:4 165:2,7 181:1,1 181:2,5,20 191:3
**exist** 53:7 54:15 75:19 80:20
**existed** 79:14 88:25
**existence** 52:24,25 53:19 54:1 79:25 90:10 91:16
**exited** 176:15
**expect** 9:16 241:12
**expectancy** 24:24 28:16 69:19
**expedite** 9:17

expensive 34:8
experience 40:10 41:25 43:13
  48:15 80:20 81:13 222:15
  234:8 239:4
expert 50:10 54:20 56:9,13,14
  56:17,22 57:24 58:1,1,5,7
  84:12
expertise 82:4
explain 9:21 38:10 44:7 89:3,18
  90:21 91:19 213:19
explored 235:20
expressed 75:23 76:2
extend 172:4
extended 68:4 115:6 122:16
extending 171:2 172:10
extends 103:25
extent 31:11 79:1
eyes 52:18 56:11,15

**F**

F 242:1
fabrics 156:11
face 20:24,24 212:4 213:17
  222:24
facility 48:10
facing 147:12 160:13
fact 7:12 8:18 22:7 23:18 57:3
  68:19 71:24 184:13 237:23
factions 12:13,15 17:2 86:12,21
facts 7:17 9:21 22:1 38:25 57:1,4
  57:7 58:23 59:1,2 63:6
fair 64:8 69:3 71:2 74:5,12 75:11
  76:17 78:17 79:5 85:18 185:2
fairly 44:11 44:13 75:8 96:25
  106:3 116:8 123:24 152:2
fall 226:7
familiar 38:24 39:14 48:7 50:14
  65:1 77:19 80:10,17,19 98:16
  100:1 131:21,23 146:11
  149:13,15 188:22 201:11,19
family 12:3 16:20 21:14 80:7
  192:7,12,14,16,24 193:13
  194:13,16 196:4,5 197:16,17
  198:5,10,12,15
far 96:2 97:9,10 119:15 122:16
  142:3 145:18 153:5 185:9
  187:7,10,11 237:4
fare 75:15
farm 192:12,14,16,24
farmer 16:16
farming 184:18 192:11
farther 128:17
farthest 163:9
fashion 78:16 108:20 129:25
  130:11
fast 218:5
faster 200:6 236:7
fatalities 88:1
father 12:9,14 13:3,11 22:23
  23:20,22 24:1,1 29:3
fathered 11:23
fathers 26:23
fatigues 136:10
favored 74:25 75:4 78:23,24
favoring 8:25 75:18
Fax 1:20 2:5,10 242:7
façade 156:19
fear 12:18,24 238:7
feature 116:5 117:1 118:13
  119:5 122:3,20 123:8 124:6
  168:3,5,19
features 116:23 124:6,22 168:11
February 23:13 94:2 180:6,7
  181:11,12
Federal 2:3 31:5 57:6 92:16
feed 229:7,18,21
feel 17:19 28:3 214:23,25 221:4

feet 18:16 115:14 118:5,5 120:7
  123:23 187:14,14 212:4
  213:17 224:13,15 232:12
fellow 16:15 18:13
fellowship 37:17,18
felt 13:22 147:13 214:24 221:23
  222:11,11 224:4
fence 143:17
fiercely 10:14
fight 16:21 17:9,11 26:9,10
  211:20
fighting 1:24 25:2,18,24 26:5
  27:13 66:25 67:7 87:5 91:3,6
  194:15
figure 241:9
figured 137:14
filed 6:5
filled 25:5 26:1 123:4
final 10:1 145:19
finally 22:17 124:20
financial 29:4,10
find 5:9 22:20 27:6 29:23 31:4,17
  35:13 46:19 83:3,23 125:17
  190:15 233:17 236:8
finding 106:5 141:2 198:23
fine 108:18
finger 95:16 139:12,22
fingers 215:7
finish 95:4
fire 132:1
firearm 22:7 131:25 132:9,12
firearms 22:5,17 149:17
fired 132:9
firm 123:17
firmly 116:8
first 17:15 18:1 21:19,25 26:20
  26:21,25 30:15 36:16 38:14
  48:3 56:22 61:19 65:20 94:2
  97:18 102:1,10,14 110:4
  115:24 116:6 127:22 130:12
  130:20,23 147:4 151:19
  182:10,12 186:12,17 191:21
  208:4,22 211:7 226:12 235:19
  235:21 240:22
firsthand 185:13
five 22:14 218:4 223:13 224:13
FL 1:19 2:4,9 242:7
flag 142:4,4,7,8 162:11,13,14
Flagler 2:4
flash 115:23
fled 19:1 194:19 195:23 196:15
flee 194:18
fleeing 32:2
flesh 10:14 18:20,20
flexibility 236:9
flood 226:8
floor 20:23 102:9 233:1,9 240:15
floors 167:18
Florida 1:1,6 12:5
fluid 90:1
focus 167:3
focused 14:25
folders 98:16
follow 7:15 39:8 56:1 60:1
  105:15 113:3 228:15 234:24
followed 108:25 151:20,20
  191:20
following 99:1 113:6 124:5
  136:20 181:1
follows 99:8
follow-up 234:1,2 235:12,22
  237:1
food 228:25 229:2,6,8
foot 18:5 64:1 133:19,21,22
  147:24 159:23 225:23
football 18:13
force 13:4,7 79:17 86:18 91:13

forced 18:4
forces 13:7,24 14:1 15:3 16:18
  48:10,11,14 60:3 79:12,14,15
  79:16,18,24 204:2,4,7,13,16
  206:14,16,17,19
forces-type 33:21
foregoing 242:2
foreground 158:23 167:3 175:8
foreign 34:23
forensically 180:23
foreshot 189:1
forest 230:20
fork 97:11 108:2,25 138:18
  175:25 176:4,5
form 7:20 13:3 129:9 140:2,5
formed 67:9
forum 29:6
found 71:10 114:1 115:8 133:11
  136:10 160:8,11,13 173:20
  183:14,18 206:5
foundation 50:23 51:23 80:24
founded 61:11 71:2
founding 71:7
four 22:13 32:4,6 111:2,11
  115:10,14 118:5,5 119:11
  120:7 123:23 130:6 200:2,8
  218:4 220:23 221:12 223:12
four-corner 224:10
four-corners 225:18
frame 12:12,21 60:16,24 63:23
  119:21
free 12:20 61:11 70:1 71:5,19
  73:7 98:23 225:13 231:20,21
freed 61:11 71:3,5
Freeport 43:10
front 12:15 19:14 20:6 29:8,18
  39:24 41:16 67:6 98:19 103:18
  109:18 111:25 134:13 140:20
  145:24 152:8 153:13 154:2,6
  156:19 157:18 158:19 160:13
  194:25 213:17 215:15,18
  216:8 226:19 236:15
Frontier 79:17
function 46:19
furniture 192:2,4 193:15,16
  210:1,3
furniture-maker 16:17 192:6,20
further 33:2 46:7 88:14 91:25
  128:19 129:6 186:25 189:11
  190:21

**G**

G 33:4
gain 54:23
gained 57:3
gaining 27:20
Gambia 38:2
Gambian 220:9
garage 15:16,18 20:22
gather 240:17
gazebo 158:24
gazebo-like 162:19
GB 3:16,17,18 4:2 99:7,7,23
  100:1,3,4,22 101:21,24,25
  103:4,7,8,11,14 104:9,12
  105:6,19,22,23 106:19,24
  107:1,4,13,16,19 108:7,7,10
  109:23 110:10 111:6,9,13
  112:7 113:20,23 114:8,11,14
  114:14 116:3,11,24 117:5,8,21
  118:10,13,17,19 119:4,4,19
  120:1,3,15,18 122:3,4,6,20,20
  122:24,24 123:7,7,18 124:1,7
  124:7,10,12,17,17,21 125:11
  125:14,21 126:13,15,18,20,24
  127:2,4 128:10,10,13,13,24,24
  129:2,15,15 130:15,19,20,23

130:23 131:1,4,6 132:24 133:5
  133:9,14,18 134:13,14,14,15
  134:20,21,23,24,25 135:2,7,13
  135:22,23 136:4,5 137:21
  138:11 160:22 161:1,3,5,11,19
  162:1 163:24 164:7,23 165:2
  165:22 166:5,25 167:24,25
  168:3,3,6,6,7,11,11,11,11,11
  168:15,15,16,16,16,22 169:3
  170:1,5,8,17,17,18,19 171:6
  171:25 172:8,12,16,17 173:3,7
  173:10,16,16 174:1,2,2,11,20
  174:22 175:5,16,16 189:15,20
  189:22 190:4
Gbalatuah 16:23 46:5 140:10
  145:18 179:8,15 201:18,19,21
  202:3 223:10
Gbarnga 33:3,8,12 95:8,20
  108:1 139:16,17,19,21,23
  140:15 141:11 145:15 178:10
  178:11 179:4,8,15 182:8
  199:10
Gbatala 13:10,18 14:1 17:15,24
  18:3 19:19,22,25 20:4,8,11
  33:19 46:8 95:7,19,20 96:12
  96:13,14,15,18,21 100:5,18
  108:1 126:21 134:22 139:12
  139:13,14,15 162:1 163:17,18
  164:14,15 166:2,3,10,15,20
  167:3,15 169:8 170:10 172:19
  172:21 174:7 175:9,9 176:14
  176:17 177:15 178:3,10,11,25
  179:4 182:7 184:5 185:14
  187:19 198:7 227:19 230:10
  230:15 231:24 232:1,4,8
general 15:9,17 20:20 31:16
  38:12 57:12 166:10 167:6
generalized 58:24
generally 81:3 95:5 108:23
generations 26:22,23
generator 20:17 64:16,17
generators 24:19
genitals 10:16 15:19 21:2 29:18
  29:19
gentleman 5:14 38:6
gentlemen 10:18 16:4 23:6,9
  29:20 30:13 31:13,21 32:15,24
  33:17 35:3,5,11,16 47:3 92:4
  169:16 232:18
geography 39:14
getting 235:22
Gio 79:6 82:25
girl 99:7
give 5:2 7:18 10:9 46:23 50:17
  57:18 67:7 72:14 76:6,20 83:9
  86:16 109:10 151:5 158:15
  159:5 174:25 176:8 195:4
  196:24 219:4,23 229:20
  232:18 238:20
given 9:2,24 17:7 229:10,12,15
  229:17,22
giving 56:2 58:3 171:20 220:11
glass 102:23,25 167:20,21
glimpse 24:13
go 9:14 22:16 28:4,8 38:8 62:14
  62:21 72:17 74:2 80:13 96:2
  96:20 102:11,13,18 104:20
  105:5 109:23 111:13 112:6
  113:24 116:12 119:19 121:14
  128:7,16 129:22 131:2 132:24
  136:23 139:15 142:3 143:6,7
  143:15,20 147:24 149:2
  163:18 168:14,15 174:4
  175:18 176:20 188:25 198:13
  198:22 200:6,15 201:21,22
  208:23 209:7 210:19 217:12
  217:13 219:15 223:20 227:7
  228:14,15 231:13

**goal** 18:16
**goals** 54:17,23
**goes** 9:1 26:22 110:5 172:17
**going** 5:15 11:12 13:23 17:10
18:1 19:10 21:18 22:11 25:3
25:18 26:5 27:1 28:5,9 29:14
30:5,6,9 31:10,13,21,22,23,24
31:25 32:7,7,14,17,23,24
33:10,17 45:5 46:23 47:13
58:25 74:5 84:17 92:5 98:22
105:3,17,25 123:5 139:4,19
143:11 145:9 168:10 171:17
174:22 181:2 182:10 184:18
207:12 211:6 217:17,21
236:17,21,24 237:7 238:20,21
238:22 239:24 240:8,20,25
**Gola** 72:16
**good** 5:1 7:3 46:24 70:4 92:9,23
93:10,11 159:6 169:13 187:16
232:14
**government** 1:17 3:5,6,7,8,9,10
3:11,12,13,14,16,17,18,19,21
3:23,25 4:1,2,3,5 6:8,13 10:12
16:18 22:2 23:15 24:6 25:11
26:2,3,13 27:2,4,5,8,18 28:7,8
28:9,25 31:1,18,20 32:25
33:13 35:8 39:20 40:19 41:12
42:10,25 43:21,23,25 44:20
46:14,16 49:20,22 50:15,18,25
51:1 53:6 56:20 57:4,21 60:12
60:17 63:20 66:8 67:1,2,13
69:25 74:10 75:3,10,13 80:23
87:7,8 99:14 100:20 101:1
107:12,16 126:15,23 127:2
134:15 135:2,7 140:22 141:16
141:20 146:6,20,24 160:23
161:5,9 164:4,23 165:2 181:5
181:16,20 182:1 191:1 236:18
237:6,12,19,20,25
**governmental** 15:3
**governments** 87:9
**Government's** 31:14 36:16,20
39:18 40:2 41:1 42:4,16,21
51:11 56:21 70:2 93:6 127:22
127:23 190:25 191:5 238:11
**graduate** 191:19
**graduates** 37:19
**grandmother** 196:6,9
**granted** 155:2 238:22
**granting** 236:23
**grass** 112:13
**grates** 18:19 19:24
**gravel** 102:8 112:12 133:8
**GRAVELINE** 1:22 6:10 10:13
**gray** 117:11 121:4 128:2
**great** 70:9 223:25
**greater** 36:13
**green** 41:23 111:22,24 136:5
203:5
**grid** 64:9,13,21
**grids** 24:20
**grievances** 29:8
**ground** 13:20 107:9 111:3,12
112:11,12 115:6,7 126:1,7
129:24 130:6 131:4,12,16
132:15,16,19,20,21 159:9
170:9 188:21 205:1 226:2
230:4
**group** 15:1 19:6 21:19 26:10,17
29:6,6 32:3 33:21 66:21,25
67:5,9,11,14,14 71:2,9 76:22
76:24 77:1,3,8,8,11,18 78:19
78:20,23 80:3,9 82:18,20 83:3
83:4,13 85:11,23,25 86:3 89:6
90:6,23 91:1 99:23 100:1,3,4
100:22 112:16 136:21 187:5
205:20 216:22,24
**groups** 21:19 26:18 66:20 67:1,7

67:16 72:3 74:10 76:16,19
77:6 78:15 79:6 82:15 84:2
86:14,16
**growing** 102:9 112:13 115:17
119:12
**grown** 105:2 113:12 123:24
**Growth** 25:8
**guards** 229:13,20
**guess** 74:20 82:17 84:7,12 97:3
157:11 182:23
**guidance** 238:20
**guilty** 23:7,7 35:7,14
**Guinea** 11:6 24:11 38:3 43:11
45:16,17 46:3 191:17
**gun** 96:17 132:9,11 206:9
**gunpowder** 132:4
**guns** 86:22
**guy** 28:3
**guys** 217:2
**G-b-a-r-n-g-a** 33:3
**G-b-a-t-a-l-a** 96:19

---

## H

**hailing** 198:21
**half** 17:23 20:3 30:21 31:11
115:14 118:5 120:7 132:16
224:15 238:12
**hallway** 152:12 153:4,22 154:2
155:22,24 208:3
**hallways** 152:4,7,25 208:3
**hand** 6:19 7:7 31:7 35:20 78:8
214:14 229:5 233:19 235:9
236:1
**handed** 178:19
**hands** 10:15 18:21 30:11 104:14
127:5 213:17 214:13 215:1
223:15,17,21 224:7 234:22
238:16
**hanging** 119:16,22 155:14,15
156:10,11 157:7 159:4 206:9
**happen** 14:13 19:11 30:8 32:22
34:19 35:2,3 73:11 193:25
194:10 204:6 219:20 221:21
**happened** 11:3,10 14:15,23
19:22 20:12 22:15 24:8,9
26:20 30:11 31:11 32:8,21
33:12,16,17 34:18 35:10 39:5
58:22 103:24 182:15 194:4
196:11 198:5 202:5 204:22
212:2 213:15 215:25 218:10
219:13,22 220:16,22 221:19
222:15,22 228:23
**happening** 38:22 39:11
**happens** 38:18 75:21 234:11
**hard** 18:15 102:8,20 112:12
117:16 122:16 123:6
**harder** 179:18
**hatred** 26:24 29:12,12
**head** 12:14 13:1 14:3,22 15:9
19:13 20:6 67:11 177:4,6
202:25 203:2,3,4 205:22
206:21,24 220:23,24 221:4,12
224:20,23 238:9
**headed** 85:9 139:23
**heading** 17:5 138:20,22
**headline** 23:10
**heads** 19:14 29:16,17 32:6,19
**health** 70:19
**hear** 10:12,19 12:23 13:19,23,25
14:6,8,11,13,17,24 15:2,7,17
15:24 16:18 17:1,10,13,22,24
18:1,9,12,18,24,25 19:21,23
20:9,10 21:3,6 22:2,8,9,13
23:24 24:5,6 25:19 26:3,20,20
27:10,17 28:11,12,20,22 29:2
29:4,9,14,16,18 30:20,21,25
32:7,23 33:10,17,24 34:9,19

34:22,23 79:3 145:9 152:10
217:17 218:15 221:7,9,11,13
230:6,8,9 235:19
**heard** 7:22 11:11 12:25 26:2
27:11 30:12 32:1,20 56:11,16
83:6 85:4,5 152:11 202:22
212:23 235:21 236:16 240:5
**hearing** 9:6 10:21
**hears** 17:16
**hearsay** 57:23 58:2,8,16,18
110:17,23 112:20 113:10
150:18 207:7
**heartbreak** 27:14
**heavily** 22:8 68:14
**heavy** 186:9
**HECK** 93:1 100:20 101:16,20
104:9 105:5,19 107:12,18
108:14,19 109:4,8,10,22
110:10 111:5,13,18 112:6
113:19 114:7 116:12,19 117:7
117:21 118:9,19 119:13,18,21
120:14 121:5 126:23 127:9,12
127:14 128:3,9,22 129:14
130:15,22 131:6 133:14 134:1
134:4 135:2 136:14,18 137:20
138:6,9 141:3,16,22 143:7
148:3,14,21 149:2 151:5 153:7
154:8,11 155:16 156:13
157:13 158:6,15 159:5,18
160:2 161:5,13,17,18 163:2,5
164:2,23 165:21 166:6,19,22
167:24 168:9,15 169:15,25
171:6 173:3,10 174:25 175:3,4
175:17 176:8,11,16 178:12,15
181:16,23,25 189:14 190:21
191:1 195:4,11,19 196:18
197:7 199:21 207:8 212:13
215:10 226:18 227:2 232:15
234:4
**Heck-Miller** 1:18 2:19,21,23
46:22 93:9 95:12,15,23 96:1
99:2,5,21 101:8,23 103:3,6,11
103:13 104:11 105:8,21
106:11,14,17,20,23 107:22
108:6,9,21 109:14,25 110:12
110:19,25 111:8,16,21 112:9
112:22 113:22 114:10 115:23
116:1,15,22 117:10,24 118:12
118:22 119:24 120:17 121:9
125:13,23 126:17 127:3,15,21
127:25 128:12 129:1,17
130:18,25 131:2,8 132:23
133:2,17 134:5,17 135:9
136:19 137:23 138:13 140:24
141:6,25 142:13 143:10 144:4
144:21 145:14 146:10 147:3,8
148:6,17,24 149:20 150:2,20
150:23 151:8,11 152:18,21
153:10,25 154:14 155:19
156:16 157:16 158:8,18 159:8
159:20 160:6 161:22 162:7,17
163:8 165:5,24 166:9 167:2
168:2,13 170:4,18 171:9,25
172:2,12,15 173:6,18 174:10
174:13 175:7 176:12,19
178:18 189:17 190:3 191:7
194:21,23 195:7,14,22 196:21
196:24 197:10 199:4,7,23
207:10 212:17 215:14,21
226:22 227:6 235:1 236:3,9
**held** 13:23 17:23 142:22 143:6
**help** 10:7 192:24 197:16 216:19
216:19
**helps** 119:10
**Henry** 198:19,20,22
**hepatitis** 25:5,6
**he-said-she-said** 30:1 31:3

**high** 34:7 38:9 69:17,22 70:12
157:10 191:19 213:6 230:20
**highest** 25:1
**highlight** 48:5 134:2
**highlighted** 40:7,8 41:23 47:25
49:3,4,9
**highlights** 48:6
**highway** 97:5,9 138:15,25
175:12
**hill** 15:15
**hips** 22:10
**historian** 56:9
**historical** 57:4,7 58:20,24 61:8
61:10
**history** 26:1 29:12,13 37:11
54:25 56:13 57:13,15 58:12,17
58:21,21 59:3 60:6 63:3 65:10
66:22,24 74:8
**hitting** 235:17
**HIV** 25:5 70:16
**HIV/AIDS** 70:10
**hold** 13:21 222:6 229:13
**holding** 13:18 125:19 127:5
223:14
**hole** 34:8 116:6,6,7 117:2,3,13
117:15,18,25 118:16,23 119:1
119:8,10,12 120:4,6,8,10
122:8,9,13,14,17,25 123:1,13
123:14,16,21 124:4,9,10,15,17
124:24,24 125:1,2 222:18,20
222:25,25 223:1,2,4 224:8,9
224:10,12,16,21,23,24 225:1,2
225:12,13,14,15,17,18,19,22
225:25 226:3,8,10,12,15,20
227:9,21,22 228:3,5,6,8,9,12
228:16,19,25 229:8,9,10,12
230:1,3,10,21,25 231:4,7,18
**holes** 13:19,20,20 14:10 17:20
17:20,23 18:18 19:19 34:5,9
34:11,13 115:8,9,15,18 118:17
120:13 121:1,2,25 125:18
129:21 149:12,13,15,24 152:2
179:21 182:23 183:1,8,10
184:23,25 186:11,21,23 187:7
187:10,15,18 188:8,12,17,20
188:23 189:19 190:4,12
222:21,22 230:13,15 231:22
231:23 232:1,4,8
**hollow** 185:23,23
**home** 23:16 194:1 233:6
**Homeland** 93:17
**homes** 97:1
**Honor** 5:12 6:2,10,15,17 10:13
23:4 36:17 39:16 40:14,20,22
41:7 42:3,12 43:17,22 44:17
46:13,18,20,25 49:14 50:3,10
50:19,21 51:20,22 52:8 53:14
55:2 56:21 61:13,14 64:10
80:15 82:10 83:19 88:13,16
91:25 95:12 100:20,24 101:16
107:12 110:17 112:20 113:10
126:23 127:9 136:14 141:16
146:20 150:18 161:13,18
169:15,25 178:12,15 181:23
181:25 182:3 190:1,22 191:2
212:13 215:10 226:18 227:2
232:15 234:4,6 237:14 238:24
239:8 241:16
**Hopkins** 37:14
**horizon** 138:2
**horizontal** 170:12
**horrible** 29:20,23
**hour** 179:11,12 187:16,16 200:2
200:9 218:4
**hours** 20:25 95:4 177:16 179:3
200:8 223:11,12,13,13
**house** 15:12,13,14,16 51:5,5,7
52:2 64:15 69:8 156:22 189:3

**housed** 144:7,24
**household** 192:3
**housekeeping** 40:25 42:17
**houses** 69:6,10,13 148:9
**human** 25:8,9
**hundred** 97:10
**hundreds** 10:20
**hurry** 5:17
**hurt** 28:5,9 29:7
**hut** 115:5,6 121:13 128:14,16
  138:1 151:20
**huts** 97:3

**I**

**Ibeagha** 234:14,14
**idea** 33:20 185:11 187:18 241:8
**identification** 3:3 4:18 39:17,20
  41:1,8,12 42:16,21,25 43:25
  46:14,16 90:6 99:7,20 106:15
  106:18 126:14,15 134:13,15
  140:20,21,22 145:25 146:8
  160:22,23 163:23 164:4 181:1
  181:7
**identified** 89:3,7 91:5
**identify** 4:16 60:23 89:9
**identities** 36:3 75:23
**IDPs** 87:18
**III** 1:10 22:12
**illustrate** 129:18
**image** 165:19
**images** 165:15,16
**imagine** 28:17
**immediately** 39:4 136:25 162:24
**Immigration** 93:15,16
**impassable** 106:5
**implies** 89:19
**importance** 9:12
**important** 5:18 38:24 76:13
**importantly** 30:17
**impossible** 35:11
**impression** 36:14 57:18
**impressive** 26:7
**imprisoned** 57:21
**impropriety** 8:6
**improve** 70:25
**inaccurate** 83:23 84:1 89:16,17
**inappropriate** 235:4
**inches** 224:15
**incident** 182:16
**incidents** 182:14,15
**include** 72:16 193:18
**included** 54:1 61:1
**includes** 151:13,14 172:17,18
  199:5
**including** 43:7,14 109:3 151:16
**incorporate** 235:23
**incorporating** 235:12 237:1
**incredible** 14:12
**incredibly** 20:24
**indentation** 21:5
**independent** 36:11 51:4 67:9
  73:9,10 91:10
**index** 3:1 4:7,11 25:8,15
**indicate** 45:3,6 46:10 67:3 105:9
  108:22 166:20 187:9 188:16
**indicated** 4:18 45:14
**Indicating** 45:20 212:12
**indication** 110:15
**indications** 47:16
**Indictment** 21:21,25 23:2 63:23
**individual** 54:10 180:9,10
  212:14
**individuals** 237:18,23
**individual's** 237:15
**indoor** 69:8,10
**industry-standard** 4:18
**infant** 24:25

**infer** 8:23
**inferences** 9:3
**inferential** 58:18
**influenced** 36:12
**information** 36:2 58:10,13 239:5
**informed** 237:18
**infra-structure** 34:6 68:13
**inhumane** 14:12
**initial** 39:7 54:7 71:7,7 72:4,5
  108:24 113:24 187:10
**initially** 37:25 130:6,14 144:7
  186:21 188:14 190:10
**injured** 87:24
**inmates** 142:22 143:5 144:7,24
**inner** 215:11,16
**INPFL** 91:10
**insert** 45:11
**inserted** 189:7
**inset** 49:8
**inside** 98:2 102:7,9 103:18,20
  123:5 127:6,7 130:7 142:25
  155:1,15,22 156:4,6 157:3,4
  167:19 202:3
**insofar** 8:3
**inspect** 200:24
**instance** 119:9 133:5 166:5
  234:16
**instances** 236:5
**institute** 201:21
**instituted** 69:25
**instruct** 7:15 28:23
**instructed** 8:5
**instruction** 10:5
**instructions** 7:23 232:19
**intact** 97:23
**intended** 6:8 10:7
**intensity** 14:24
**intent** 54:7
**intention** 5:5,22 6:11 92:14
**interaction** 82:21
**interest** 38:15,17 98:11 137:16
  180:8
**interim** 26:13 87:7,9
**interior** 124:18 167:15 168:6,21
  173:2,9,13
**Internally** 87:19
**International** 16:3 30:22 31:6
  37:13
**Internet** 8:15 20:16 232:24
**interpretation** 239:13
**interpreter** 234:7,7,19 235:10
  239:2,3,9,12
**interpreters** 239:3
**interpreting** 235:25
**interrogated** 15:8,16 20:19
**interruptions** 9:11
**intersect** 190:12
**intimidate** 12:19 22:23
**introduction** 16:8
**investigate** 188:24
**investigation** 207:13
**involved** 35:24 86:10,20 91:3
  94:25
**iron** 21:4,5 222:25
**irregular** 123:16
**issue** 83:22 198:9 233:20 236:4
  237:16,17 238:9,11
**issues** 6:3 7:12 9:21 10:7 38:19
  80:21 82:1 233:7
**item** 106:18
**items** 36:2 134:9,12 135:10
  136:20 151:16
**Ivory** 11:8 24:11 43:12 45:19
**i.e** 4:19

**J**

**J** 85:25

**jabbing** 18:21,21
**jail** 34:8 218:13,18 219:3,10
  224:11 230:21 231:20
**Jamaica** 234:16
**Jamaican** 238:17 239:2
**James** 73:22
**January** 37:8 38:5
**Jibbah** 34:2
**Jimmy** 68:19
**job** 37:17 38:6,18 39:6
**jobs** 37:22
**JOHN** 2:2
**Johns** 37:14
**Johnson** 67:12 85:15 86:2,6
  205:24,25 206:2
**Johnson's** 67:13
**john_wylie@fd.org** 2:6
**join** 17:8 84:10 211:20 240:10
**joints** 215:7
**journey** 71:7 177:18
**Jr** 1:8,9 10:23,25 12:7,22 16:5
  23:19 24:2,4,7
**Judge** 1:14 5:13 28:22 54:19
  60:20 84:13 88:11 236:24
  239:7 240:8,23,25 241:12
**judging** 27:9 187:22
**judiciary** 51:4
**juking** 14:14
**Julian** 2:3 91:3,6,13
**juror** 5:3,4,14,18,21,22 36:14
  92:20,22 108:12,18 233:5
  236:1
**jurors** 6:14 7:6 36:13 127:10
  232:16 233:19,24 235:21
**jury** 1:13 6:4,22,22 7:2,8,10,11
  8:7 10:18 16:4 32:15 46:23
  47:5,9 92:10,18 93:2,3 95:13
  101:18 108:17 127:14 128:23
  136:16,18 161:15,17 169:18
  169:22,23 215:11,15,19
  233:13,15 234:20 235:8
  236:24 238:14 240:7,17
**Justice** 1:22 93:19
**Jusu** 18:24 19:1,16,21,23 20:1,8

**K**

**K** 85:14,20
**Kamara** 20:14 21:8,9,12
**Karen** 1:17 5:11
**karen.rochlin@usdoj.gov** 1:20
**keep** 7:20 22:22 27:8 34:5 38:18
  38:22 39:10 176:22
**kept** 126:8 231:4,7
**Kesseley** 54:7,12
**key** 154:25 189:7 236:18
**kick** 18:14
**kicking** 19:18
**killed** 20:25 66:9,11,14
**kilometers** 178:3,4,6,11 179:1,5
  179:9
**kind** 5:7 49:22 60:9 72:9 78:13
  97:17 116:7 140:3 145:3
  186:18 187:5 192:1 194:7
  197:19 216:6 229:2 239:11
**kinds** 203:24
**kitchen** 127:20 128:1
**Klay** 46:11,12
**kneeling** 117:18
**knew** 46:20 204:2 219:4 220:4
  239:12
**knife** 88:2 222:1,23
**Knives** 87:1
**know** 5:3 24:8 33:12 38:19 45:6
  69:9 70:16 71:6 76:1,25,25
  77:1,5,18,23 78:11,25 80:20
  81:25 82:3,22 83:2,8,21 94:20
  119:10 121:10 142:23 163:24

171:13 175:17 178:6 182:19
  182:21 183:1,4,6,9,12,15,20
  183:25 184:25 185:24 186:14
  186:16,18 187:10,21 188:15
  189:6,9 202:22 206:10,13,21
  206:24 207:14 209:15,23
  212:6 213:12 216:16 217:5,7
  217:11,13,19,21 218:17,19
  219:2 220:6 231:18 233:1,4,21
  235:3 236:14 237:4,11 239:23
  239:24 240:21
**knowledge** 40:10 41:24 43:13
  48:24 50:4,11,11 51:21 57:1,3
  58:25 70:9 103:10,17 105:10
  109:2,5,11 110:2 112:3 130:7
  169:1,6 175:24 178:22 185:13
  188:13 189:22 190:6,11
**known** 11:1,7 12:22 13:1,5 46:5
  46:8 48:14 71:15 136:12 177:9
**Kpadeh** 2:22 16:16,16,20,24
  17:4,7,10,23 18:2,9,11,12,21
  19:20,21,22 57:17,19,20 94:5
  94:11,16,17 96:7,8 104:2,5,13
  104:19 105:10,15 110:16,22
  112:24,25 113:6 116:17
  117:20 118:2 154:5 180:11,12
  180:16 181:10 186:2 191:1,5,9
  191:9,10,18 192:18 193:1,6,25
  194:24 195:15,23 198:9
  203:18 204:21 207:11 210:14
  212:6,18 213:21 214:16
  215:15,18,22,25 218:23
  222:10 224:8,14 225:20
  226:23 227:7,9,21 229:25
  236:21
**Kpadeh's** 17:18 181:13
**Kpelle** 72:16
**Krahn** 72:17 74:21 75:8,9 77:8
  77:10 78:12 82:24 84:8 86:4
**Kromah** 84:25 85:9,10,14,21
  86:5
**Kru** 72:16
**K-e-s-s-e-l-l-e-y** 54:11
**K-p-a-d-e-h** 94:8 191:9
**K-r-a-h-n** 74:23

**L**

**labeled** 51:11 146:1
**lack** 25:22 50:11,11 70:18,19
  80:24
**lacking** 25:2
**ladies** 10:18 16:4 23:6,9 29:20
  30:13 31:13,21 32:15,24 33:17
  35:3,5,11,16 47:3 92:4 169:16
  232:18
**laid** 20:22 51:23
**land** 24:20,23 71:21 192:17
**landed** 71:14
**landmark** 199:11
**lands** 57:12
**language** 61:6 72:21 82:15,19
  83:13 213:8 233:20
**languages** 90:3,4 239:3
**large** 20:23 69:13
**largely** 26:19
**largest** 72:15
**lasted** 227:15
**late** 19:1 241:5
**laughing** 18:9,17
**law** 5:6,23 7:12,15,24 8:22 9:7
  10:5 11:12,15
**laws** 92:16
**lawyers** 7:23 8:3,23 9:6,10,19,24
  10:1,9 235:15
**lay** 56:14,14
**laying** 133:8
**layout** 47:20

**lead** 84:25
**leader** 26:6,7 76:22 77:18 205:10
**leadership** 14:18
**Leading** 190:1
**leads** 148:19
**leaf** 119:15,22
**lean** 227:25
**learn** 11:12,17,19,24 12:1,17
  34:16 201:22 209:18,20
  218:21
**learned** 106:8 191:21,24 196:12
**leave** 5:21 16:20 62:12 74:2
  194:1,4,15 206:18 224:25
  233:13
**leaves** 31:15 47:5 92:10 120:11
  167:18 169:18 233:15
**leaving** 21:4
**led** 68:6 237:25
**left** 11:24 15:24 16:10,14 18:10
  28:14 35:21 48:3 71:1,10 96:2
  97:11 98:15 102:15,17 103:18
  108:1 119:21 126:12 128:1
  129:21 138:15,18,20 139:23
  142:3,16 143:15,21,22 144:13
  144:14 145:15 162:24,24
  176:4,5 183:15 193:2
**left-hand** 15:14 109:1 121:6
  142:20
**leg** 17:19
**legally** 23:18
**legislative** 53:5 54:8
**legislature** 51:3,4 54:24
**legs** 220:20
**length** 104:15,17 111:3
**Leone** 11:6 18:25 24:11 25:10,12
  25:20 27:11,16,25 28:5 29:13
  38:3 43:11 45:12,13
**Leonians** 28:22
**lesson** 34:16
**letter** 5:3 92:14 146:5
**lettering** 103:8,9 155:21
**letters** 76:20 103:10 203:14
**let's** 24:13 32:9 33:5 65:10 74:12
  80:23 93:2 127:22 152:18
**level** 29:19 102:4,10,14 131:25
  149:16 157:11 191:18 226:17
**levels** 97:19 102:23
**liberated** 71:3
**Liberia** 11:1,3,5,10 12:10,12,15
  12:17,18,22 13:6,11,22 14:11
  14:25 15:23 16:17,19 22:22
  23:11,12,16,22,25 24:3,6,9,10
  24:17,17 25:5,7,16,20 26:10
  26:19,22 27:11,15,24 28:4,15
  28:16 29:5,13 32:2 33:2 34:6
  34:24 37:15 38:6,8,11,13,15
  38:17,19,25 39:2,13 40:6,7,8
  40:11 41:21,23 42:1 43:7,9,14
  44:6,7,8,9,14,15,25 45:1,11,15
  45:17,18,23 48:10,11,14 49:23
  49:24 50:1,6,8,12 51:6,15,16
  51:19 52:1,15,21 53:10,16,19
  54:8 56:7 59:2 60:13 61:1,6,9
  61:10,12,19 62:17,25 63:16,20
  64:1,25 65:2,6,10,12 66:7,15
  67:6 68:2,8,23,25 71:2,4,15,17
  72:2,3 73:2,7,13 74:2,3,14
  75:6 76:9,11,16 77:16,20,22
  77:25 78:8,17 79:12,14,15,18
  79:24 81:5 82:7,13,16,23
  83:16 86:17 89:24 91:12,15
  93:22,24 94:14,18 107:24
  179:22 191:13,14 192:18
  193:8 201:22 205:6 206:1
  214:16 230:20,23 235:17,20
**Liberian** 11:22 12:24 14:19
  16:13 24:24 36:25 37:6 50:14
  50:25 51:6 53:6 57:2 60:12,17

70:22 74:18 77:7 79:21,24
82:18 142:8 162:14 213:10,11
234:8 238:18 239:13,23
**Liberians** 28:21 72:6 74:1 76:21
  220:7
**Liberia's** 26:1 48:13 74:8
**liberty** 54:1 71:17 76:6 84:24
**lie** 27:11 28:11,12,22 32:17
**lies** 8:19 89:23
**life** 20:7 23:20 24:24 28:3,16
  32:15 69:19 191:20 222:11
**lift** 222:24 224:25 225:8
**light** 20:23,25 21:13 64:15
  137:14
**liked** 75:11,12
**likewise** 183:8
**limit** 9:11 36:1
**line** 3:4,4 38:14,23 79:1 88:22
  89:1 90:19 131:10 158:16
  159:3 171:17 227:24 235:2
**linear** 129:25 130:11 131:10
  170:14
**lines** 24:21,21,23 138:3
**lining** 186:16
**list** 25:16,17 99:3 146:21
**listen** 29:22
**listening** 8:10
**literacy** 25:3
**literally** 24:17 25:13,19
**little** 29:25 32:9 33:2,5 37:9 53:1
  64:8 65:10 82:4,6 97:22 121:4
  128:2 155:25 163:2 198:17,18
  220:4 234:11
**live** 15:25 16:9 23:22 25:21
  27:12 28:1 32:17 51:18 63:11
  72:11 192:18
**lived** 15:5,25 34:2 52:7 193:9
  201:7 237:6
**lives** 30:9 52:1 68:8
**living** 23:20 36:24 71:22,24
  73:16 83:4 87:20 155:11,13
  184:13,16 193:8,10,12 194:1
**LNP** 61:2
**local** 26:2 92:16
**locate** 13:9 45:22,25 46:4,7
**located** 40:12 41:22 45:3,4 48:18
  57:13 187:15 237:5
**location** 40:5 42:1 45:8 46:10
  48:20 49:2,5 52:6 96:20
  104:25 106:9 127:17 160:15
  161:4 170:11
**locations** 95:6 182:10,12
**lock** 154:17,22 189:3,4,6,9
  225:11
**locked** 154:19
**lodged** 132:20
**Lofa** 45:22,23,25 46:2 86:18
  91:12 95:9 140:6 147:22
  148:11 150:25 151:15 191:15
  191:16,17 192:15 193:9
  195:12 198:25 199:12,15
  231:3
**log** 18:3,7 102:9 103:15,16 104:5
  114:12 185:18
**logs** 114:1,5,17,19,24
**long** 5:16 16:4 26:5 37:6 50:1
  52:23,23 61:22 62:9,19 73:3
  79:14,19,21 95:2 179:2,6,10
  199:19,25 200:3 212:6 218:3
  223:8,9 227:14 228:8 237:2
**longer** 34:15 68:4 130:5 238:11
**look** 28:24 32:9 33:5 65:22 98:23
  103:3,11 106:18 108:6,7
  113:19 114:7 115:21 116:18
  117:7,21 118:7,19 119:3,25
  120:12 122:2,19 123:17,18
  124:1,5,12,16,20 125:11,21
  126:13,14 127:23 130:15,22

131:6,12 133:14 136:2 137:9
137:11,21 142:11 143:2 144:1
145:24 147:4 148:3,14,21
149:18,25 150:9,21 151:9
152:15,19 153:7,23 154:11
155:16 156:13,23 157:14
158:6 159:18 160:2,21,21
162:4,15 163:22 166:25
167:24 168:9 170:1,18 171:6
171:25 172:8,12 173:3,15
174:1,8 175:4 185:14,23
194:22 202:23
**looked** 26:6 98:17 150:12 182:19
  182:21 236:14
**looking** 103:17 108:23 109:20
  133:5,18 135:13 137:25
  144:23 147:15,15,17,22 148:9
  150:24 151:12 162:10 165:11
  165:15 166:5 168:22 172:3,4,9
  173:12 198:9 232:23 233:17
  238:9
**loose** 214:5,13,14
**loosen** 222:24
**losing** 222:11
**lost** 68:8
**lot** 28:2 68:8,11 70:6,8 87:17,24
  88:1 122:15 200:10
**loud** 213:4,5
**lover** 212:1
**low** 25:3 69:19
**lower** 25:16 51:4 109:1 110:5
  231:3
**loyalties** 75:21
**loyalty** 89:23
**LP** 54:2
**LPC** 86:17 91:12
**lucky** 24:21 198:24
**lunch** 5:24 92:5,9,15,23
**lunchbreak** 5:21
**Luncheon** 92:24
**LURD** 26:18,21 76:19 77:3,5,9
  77:10,20,24 78:15 194:6,9,12
  194:17
**lying** 132:15
**L-fashion** 174:17
**L-u-r-d** 26:18 76:19

---

**M**

**M** 1:8,13 136:3,3
**Machetes** 86:24
**main** 15:6 107:23,25 108:11,16
  108:24 120:23 136:24,25
  137:1,8 138:18,19 142:18
  163:21 175:15
**maintain** 131:25 149:16
**maintains** 52:11,12
**majority** 69:14 156:12
**makeshift** 97:3 156:18
**making** 10:10 11:13 58:14 129:3
**Malaria** 25:9
**male** 28:16
**man** 10:17,23 11:20,21 13:6,24
  15:9 16:9 17:11,16 20:1 24:25
  34:1,3,3 56:10,15,19 57:14,25
  74:1,13 84:25 85:14 213:2
  219:10 236:19
**manage** 38:12 192:2
**managed** 47:1
**Management** 37:18
**managers** 38:14
**Mandingo** 15:2,21 20:15 26:3,19
  72:17 75:1,3,11,14,15 77:1,5,8
  82:24 83:6,8 85:24 86:5
**Mandingos** 15:2 76:24
**manner** 8:1 235:18
**Mano** 79:7 82:25
**Mansion** 49:4,6,12 51:10,12

52:2,6,12 168:8
**man's** 10:15,16 17:17
**map** 3:6,7,9,10,12 11:4 39:18
  40:2,4,5,11,15,19 41:2,9,12,17
  41:18,21,25 42:4,16,22,25
  43:5,6,13,18,21,23,25 44:6,7
  44:13,18,20 45:2,8,21 46:4,14
  47:14,14,16,18,20,23,25 48:4
  48:4,17,20 49:2,5,8,15,20
  95:11,23 139:9,11,21,25
  140:11 194:22,24 196:22
  199:22
**March** 30:22 39:8 62:9
**mark** 46:19 108:12 188:6 224:7
**marked** 3:2 12:18 39:20 41:1,12
  42:15,25 43:25 46:16 99:19
  106:18 126:14,15 134:13,15
  140:19,20,22 145:25 146:8
  160:22,23 163:23 164:4 181:1
  181:6 196:22
**marks** 30:6,14,15,16,16,18 47:16
  88:2,2 108:13 166:23 180:13
  180:14,19 215:4,6,8,11
**married** 12:2
**MARSHAL** 241:8
**Marshals** 240:22 241:7
**Marwolo** 198:19,20,22
**Massachusetts** 23:14
**master** 66:2 74:20
**Master's** 37:13,19 93:19
**material** 98:17 134:7 167:17
**materialize** 26:8
**Matt** 94:20 173:21
**matter** 9:12 27:11 40:25 68:19
  71:24 178:20,21 236:13 237:2
  242:3
**matters** 8:20 9:10 56:10
**Matthew** 94:18 104:2 154:5
**Mayflower** 72:9
**ma'am** 6:24 92:20 95:1
**McARTHUR** 1:17
**mean** 28:14 29:10,10 57:14
  76:20 77:15 86:12 99:24
  104:22 113:14 121:22 179:22
  187:14 194:12 203:11 213:22
  222:19 224:9
**meaning** 80:7
**means** 14:12 63:8 80:22 81:3
  197:6 240:11
**meant** 217:19 218:17
**measured** 177:14 178:25
**measurements** 36:3
**measures** 238:25
**medical** 28:13,18,19 30:2 70:4
  180:15,16,23 227:16,18
**MEDINA** 2:8 242:5
**meet** 16:16 18:24 20:14 72:11
  94:4 241:6
**meeting** 235:17
**meets** 31:20
**melt** 18:19
**member** 63:4,13 89:5,6 205:7
**members** 7:10 63:15,19 77:10
  89:22 196:5 198:12,15
**membership** 77:2 205:1
**memorandum** 176:25 177:2,7,9
  177:12,20 178:13,19,20,24
**memory** 36:10,11 136:2 177:4
**men** 15:2,7,10,18,21 16:9,9,11
  16:12,13 17:6 19:6,8,9,12,14
  19:16 20:15 21:10 22:22 26:19
  30:5,6 32:2,2,4,4,6 33:23
  34:25 202:12 212:3 213:2
  218:13 219:9
**Mende** 26:4
**mention** 8:12,15 26:2
**mentioned** 23:15 64:23 76:4,5
  80:3 85:20 94:20,25 101:25

103:15 121:13 125:6 127:8,16
131:20 133:11 156:3 157:7
164:12 167:14 170:22 186:21
220:3 224:2
**men's** 10:14 30:15
**mere** 55:2
**merits** 8:24
**mesh** 156:10
**met** 16:2 17:5 19:4 31:15,17
**metal** 10:15 13:20 18:6,18,20
19:24
**method** 236:8
**Miami** 1:2,6,19 2:4,9,9 11:11
16:2 30:22 31:6 193:1 242:6,7
**microphone** 97:21
**middle** 16:21 35:10 143:15 176:5
**midst** 12:12
**mid-1990s** 12:11
**MIGUEL** 2:3
**miguel_caridad@fd.org** 2:5
**mileage** 176:23 177:17,19,25
178:6,21
**miles** 96:9 178:7
**military** 13:10,14,17 60:9 91:1,2
91:20,21,22 136:9 216:7
**militia** 205:16
**Miller** 93:1 94:19 100:20 101:16
101:20 104:9 105:5,19 107:12
107:18 108:14,19 109:4,8,10
109:22 110:10 111:5,13,18
112:6 113:19 114:7 116:12,19
117:7,21 118:9,19 119:13,18
119:21 120:14 121:5 126:23
127:9,12,14 128:3,9,22 129:14
130:15,22 131:6 133:14 134:1
134:4 135:2 136:14,18 137:20
138:6,9 141:3,16,22 143:7
144:1,18 145:11 146:20 147:5
148:3,14,21 149:2 151:5 153:7
154:8,11 155:16 156:13
157:13 158:6,15 159:5,18
160:2 161:5,10,13,17,18 163:2
163:5 164:2,23 165:21 166:6
166:19,22 167:24 168:9,15
169:15,25 171:6 173:3,10
174:25 175:3,4,17 176:8,11,16
178:12,15 181:16,23,25
189:14 190:21 191:1,2 195:4
195:11,19 196:18 197:7
199:21 207:8 212:13 215:10
226:18 227:2 232:15 234:4
**mind** 7:20 34:5
**Minnesota** 237:6,15
**minute** 47:3 170:19
**minutes** 6:9 47:6 169:17 179:7
179:11,12,13
**missing** 7:1 97:24,25 235:23
**Mission** 153:15 201:14,15,17,18
201:19,21 202:1,3 208:1,2,3
208:15,17 212:24
**mixing** 72:25
**model** 77:12,22 78:8,12,13,15
197:22
**modeled** 51:1
**molten** 20:9
**mom** 196:6
**moment** 23:4 43:4 46:20 61:13
66:7 84:13 88:11,16 105:5
111:14 112:7 116:13 118:20
119:19 124:16 138:10 139:19
143:7 174:22 178:12 181:23
189:2 234:5
**moments** 5:21
**Momo** 34:1
**money** 29:10
**Monroe** 73:22 92:11,13
**Monrovia** 14:23 16:22 20:16
24:12,13,16 34:2 45:1,3,9,10

47:19,21,23,23,24 52:12,14,16
61:25 62:5,12,22 73:20 74:3
74:10 80:11,18 83:10,11 95:7
95:18 96:2,9 107:25 108:16
147:18 176:21 177:15 178:25
182:7 203:22,25 206:20
**month** 17:22
**months** 17:23 21:14 236:13
238:23
**morning** 5:1 7:3 46:23 232:25
233:3,8,10,12 234:21 240:1,10
240:11,21
**mortality** 24:25 69:22
**mother** 11:19 12:1 23:17
**motion** 6:5 57:5 236:23 237:3
238:23
**motions** 8:22
**motive** 27:10 28:11,12,21 32:17
**mouths** 32:23
**move** 40:15,20 42:4,8 44:18,22
49:15,18 83:16 87:21 217:24
223:15
**moved** 12:4 23:21,25 38:7
**Movement** 77:16
**moves** 43:18 100:20 146:20
**movies** 29:15
**moving** 46:4,7,10 48:3 49:2
87:17
**MP** 156:1 157:9
**MSF** 193:19,22,23
**Mulbah** 20:14
**multitude** 76:8 86:14
**multi-ethnic** 78:14 79:8
**M-o-d-e-l** 77:14

---

**N**

**naked** 212:4 223:3 226:1 232:11
**nakedness** 226:1
**name** 11:18 12:6,22,25 23:19,25
24:7 54:10,11 65:16,17,20,20
65:24 67:5,7,12 71:17 74:3,3
74:20 84:23 91:14 93:12,12,13
94:7,8 127:19 140:7 149:5
191:8,8,9 197:23 201:15,17
204:2,4,4,7,7,13,13 209:15,18
209:20 214:16,19 220:11,14
226:12 230:21 231:7
**named** 11:20 26:6 34:1,3 73:20
83:2 84:25 85:14,15 94:4
220:3
**names** 53:21 72:14 76:7 86:16
230:13
**nation** 57:8,13
**national** 12:15 16:25 17:1 48:13
50:17 53:25 61:2 67:6 79:21
79:24 90:24,25 142:8 162:14
**Nations** 25:8
**native** 11:22
**natural** 140:2 199:11
**near** 13:15 46:3 96:12,15 114:14
147:10 150:7 174:15 183:14
183:22 188:23 189:19
**necessarily** 74:6 89:6 234:17
**necessary** 9:5 22:20 132:20
137:13
**need** 6:3,6 27:23 46:19 67:3 81:5
98:23 136:2 177:12 234:10,23
235:3 236:18 237:10 239:25
**needed** 16:20 236:10 237:12
**needs** 16:8
**neighboring** 18:25 25:10
**nerve** 30:13
**never** 17:12 21:15 30:24 31:5
32:8 33:13,14,15 35:1 56:12
82:21 186:20 204:2 236:16
**Nevertheless** 10:6 164:20
**New** 37:12

**news** 8:11
**newspaper** 8:8 23:9 232:22
**night** 21:7
**nights** 196:2
**nine** 18:10 21:14
**nonexistent** 15:20 102:6
**nongovernment** 193:21 197:16
**nongovernmental** 193:23
**nonviolent** 57:19,19
**non-existent** 34:7
**noon** 201:2
**normally** 23:22
**north** 2:9 11:6 32:2 43:10,11,12
45:17,23 46:2 77:24 95:8,20
139:23 142:9 145:16 147:22
166:4,13 242:6
**northeast** 139:16
**Northeastern** 93:20
**northern** 16:17,19 33:1 46:2
**northwest** 77:25
**note** 233:13
**notebooks** 35:19
**noted** 177:14
**notes** 35:17,21,23 36:9,10,13,13
113:8 115:7 121:20 131:15
138:25 157:20 159:12
**noticed** 58:1
**notified** 54:20 56:9,12
**NPFL** 12:16 13:12 26:9,13 67:6
67:10 90:13,18,21,23,24 91:1
91:10,11
**NPP** 53:25 76:5 90:24
**numb** 223:21 225:23
**number** 12:13 14:13 19:12 32:3
38:4 39:18 40:3,15 41:2,9
42:16,22 43:18,23 44:18 46:14
49:15 53:16 77:4 91:5 98:22
155:11 232:21
**numbered** 99:8
**numbers** 99:3 101:10,14 146:2,4
181:17
**numerous** 71:24 132:1 136:3
**nut** 222:3
**nuts** 17:17 221:14,16,18,20
**N.E** 1:19
**N.W** 1:23

---

**O**

**oath** 7:6 29:21
**object** 50:3
**objection** 8:25 40:17 42:6 43:19
44:21 49:16 50:10 52:8 58:18
64:10 70:14 79:1 80:15,24
81:14 82:9 83:18 100:23,24
107:14 110:17,23 112:20
113:10 126:25 135:4,5 141:18
146:22 150:18 161:7 164:25
181:18 190:1 207:7 235:7
238:11,12
**objections** 8:22
**objects** 133:11
**observations** 159:9
**observe** 36:6 63:15 102:25
113:17 114:25 115:2 129:5,9
137:1 139:3 149:23 155:1,4,7
156:6
**observed** 63:19 82:21 100:18
107:9 111:2 115:4 116:6 117:2
118:16 120:4 122:8 127:17
129:11,23 159:22 164:21
180:19 181:14
**observers** 68:19
**observing** 8:11
**obstacle** 13:16
**obviously** 38:15 88:3 170:8,21

173:13 187:12
**occasion** 93:22 94:16 98:12
150:9 180:1
**occasions** 9:8 93:24 202:1
**occupants** 154:25
**occupation** 93:14 191:20
**occurred** 15:18
**ocean** 11:8 24:11 25:4,4 72:9
**October** 232:5,6,7,9
**offense** 22:7
**offer** 31:1,11 58:20 115:19
**offers** 107:12 126:23 135:2
141:16 161:5 164:23 181:16
**office** 1:18 2:3 17:6,6 38:1,1,5
68:1 156:1,21,22 157:9 174:15
180:15 192:3 209:5 210:10
211:3 212:3,24
**officer** 35:18 36:25 37:6,15,21
37:25 38:11 39:5 180:16
**offices** 15:6
**official** 2:8 61:6 242:6
**oh** 23:13 45:7
**okay** 5:15 65:9 66:19 67:22 68:3
71:13 82:2 187:3,24
**old** 13:10
**once** 20:4 26:25 114:19,24 137:8
178:21 200:18
**ones** 54:2,3 72:15 115:12,13
125:4
**one-story** 109:20
**ongoing** 35:25
**open** 4:14 7:20 33:9 58:6 60:1
69:23 112:14,15 145:3,4,6
184:5 225:5
**opened** 189:8 204:25
**opening** 6:9 9:20 10:10
**openings** 102:22 167:20,21
**Operations** 61:5
**opinion** 7:21 8:24 50:11 52:9
54:19,20 55:3 56:2,4,14,15,17
57:22 60:20 79:2 82:9
**opinions** 56:24 64:25 180:20
**opportunity** 30:24 49:2
**opposed** 27:3 77:7 125:5 238:6
**opposite** 158:12
**order** 8:5 14:4,10 17:16 18:14
22:22 81:12 101:10,11,14,15
151:16,18 175:22,24 199:8,11
199:12,15 212:3 213:15 219:4
219:12,23,25 220:1,6,9,12,16
221:13,15 236:13,23
**ordered** 10:23 17:13 18:12 20:5
219:9 222:17
**organization** 90:15,22 91:2,23
193:21 197:16 198:1,3
**organizations** 79:10 90:10,12
91:5,8,20,21 193:19,23
**orient** 158:10
**origin** 53:1 54:5
**original** 72:8 73:18 98:3 135:15
**originated** 95:7,18
**Orlando** 12:4,5
**outcome** 28:24 29:1,9 32:16
**outer** 98:2
**outside** 11:14,15 34:24 140:18
155:22,24 157:3 168:23
169:10 173:12 201:25 208:10
208:12,13,25 209:2,4 230:1
233:1 239:13
**out-of-court** 58:14
**overgrow** 116:10
**overgrown** 103:25 112:14 113:1
113:9 114:22,25 120:10 138:1
187:9
**overlapping** 90:4
**Overruled** 50:5 51:25 52:10
54:22 59:5 60:21 64:12 70:15
81:1 83:20 112:21 113:11

207:9
**oversimplification** 89:8
**overthrew** 66:8 74:13,17
**overthrow** 26:11 27:5 76:17
77:12
**overview** 58:4
**owned** 20:16,17
**owner** 20:15

**P**

**package** 132:5
**packaging** 132:3
**packed** 115:16 116:8,8 117:16
120:9,9 122:18
**pads** 233:13
**page** 2:13 3:4,4 4:8,12 65:1,8,22
67:23 68:4
**pain** 223:25 224:1,4,7
**painful** 222:13,14 223:19,20
**paint** 112:4 168:22,25 169:1,10
**painted** 103:20
**panel** 6:12 203:9
**panoramic** 105:23 120:19 129:4
188:9
**paper** 165:7,16
**para-military** 13:4 33:21
**park** 110:15
**parked** 110:5,7,13,13
**part** 13:10 16:17,19 33:2 47:24
58:24 77:8,8,25 85:1 97:20
131:24 133:23,23,25 171:14
171:15 190:18 191:14 193:7
215:19 218:6 222:2
**partially** 109:21
**participated** 86:14 192:8
**participating** 237:24
**particular** 15:1 40:5 48:23 74:14
75:18 78:16 89:5,9,9 90:6 98:9
98:25 104:17 131:15 159:12
171:14 198:1 203:4
**particularly** 234:24
**particulars** 58:7
**parties** 5:3,5,9 21:22 53:7,16,22
54:1 59:3 76:4,7,8 84:16 85:16
85:20 86:10 88:21,25 90:19
91:15,19,20,21 232:25 235:7
**parts** 74:11 102:13 157:11 225:3
**party** 16:25 17:1,2 53:9,18,24,25
54:1,2,4,5,6,10,14,18,23,25
57:15,17,19,22,24 58:11,17,20
60:5,8 63:3,5,11,13,15,19 73:4
76:5,5,6,9,10,13,13 79:5 84:19
84:21,22,22,24,25 85:3,4,11
85:12,12 86:8,12 89:4,7,9
90:22,23,25 91:22,24 205:2,4
205:6,6,7,8,9,10,12,14,14,16
205:18,20,23 206:3,4,5 207:2
207:4,13 215:25
**pass** 106:4 113:15,24 188:14
**passed** 11:12 201:25
**patch** 203:6,8,14
**patches** 112:12
**patient** 9:13
**Patois** 234:16 238:17 239:2
**Patriotic** 12:15 53:25 67:6 90:25
**pattern** 168:23,25 169:1,2
**Paul** 16:23 19:3 32:1 46:5 95:8
95:20 139:24,25 140:2 145:16
145:18 146:16 147:10 157:25
199:17,18,25 200:1,4,11,15
201:1
**paved** 200:7
**PD** 3:19 140:21,21,21,22,25
140:25,25,25 141:2,16,17,17
141:17,20,22 142:1,2,11,14
143:2,5,7 144:1,5,6
**peace** 68:6 86:17 87:10,12,13

91:12
**peaceful** 17:10
**peace-keepers** 26:12
**penis** 10:15 17:18 222:3,4,6
227:13
**Pennsylvania** 1:23
**pens** 35:19 233:13
**people** 12:24 14:21 20:17 21:24
24:2,21 26:7,15 27:14 28:8
29:6,10 30:4 33:11,20 34:17
34:21,24 38:15,20 58:16 68:11
69:6,14 71:22 73:2 75:14,15
75:24 77:4 78:13 80:13 83:3
84:2 86:22 87:17,19,20,24
88:1 89:21 90:5 95:2 97:2
114:25 120:24 121:1,2 155:11
155:12,14 167:8,9,10,12
184:13,16 185:5,9 188:20
200:10 201:5,6 216:16,19
217:2,3,4 225:15 226:3 227:22
227:23,25 228:2 231:20 237:5
237:8,9,11,17
**people's** 29:16,17
**perceived** 15:1 238:7
**percent** 24:24 26:15 54:12 69:11
70:1 77:17 235:13,22 236:25
**percentage** 69:12 77:2
**perception** 75:14
**period** 50:7 51:14,16 53:17,25
63:17 64:18 66:16 75:15 76:11
76:12,12 85:18 87:11 91:16
**periodic** 74:9
**permission** 39:17 41:8 42:20
43:22 99:2 101:17 127:10
136:15 141:3 161:14
**permit** 8:2
**permitted** 35:17
**persecuting** 28:7
**person** 11:5 14:19 16:7 57:17
65:24 81:11 94:4 104:3,12,13
116:16 117:18 189:7 197:5
199:8,18 207:22 209:10,13,15
209:18,20 220:11 235:25
238:18
**personal** 50:11 75:22
**personally** 52:18 83:22,22 89:12
**persons** 8:7 72:8
**person's** 239:16
**Pete** 2:14 36:17,20
**phones** 20:18 24:22
**photo** 168:6 171:14 172:6 203:9
203:10
**photocopy** 5:3
**photograph** 48:22,23 49:11
104:7 105:17 108:11 109:2
110:3 113:2 116:9 117:12
125:9,15 126:2 129:12 133:12
133:19,20 137:24,25 138:16
138:21,21,23,25 142:2,4 143:5
143:24 144:6,10,17 145:12
147:21 148:19 149:5,22
150:25 151:2,13 152:23 153:1
153:5,12 154:6 157:6,18
158:10 159:3,16,22 162:15
163:6 166:12 167:22 171:10
173:8,22 175:8,16 176:8
188:15 190:7,8,10,14,15,16,19
**photographed** 107:3 129:18
140:18 173:24 174:16 176:13
**photographers** 147:12
**photographic** 98:4,7 165:6
**photographing** 154:3
**photographs** 98:11,12 100:4,6,8
101:11 114:14 116:24 117:1
119:4,5,7 122:2,3 124:6
128:14 130:1 132:13 133:3
137:18 141:9,11 145:22
146:13,15 147:10 148:1,7,8,12

159:24 160:7,10 162:9 165:8
165:10,11,16 166:1 168:20
171:4,23 173:16,19,20 174:14
174:17,19 179:24,25 180:7,8
180:12,13 181:10,17 187:12
**photos** 100:12,13,15,17 120:18
122:19,21 123:7,9,12 124:21
124:25 164:12,16,18 168:10
168:21 176:16
**physical** 30:1 31:16 151:18
231:10
**physically** 120:20 126:4 207:21
**pick** 96:4,6 185:21,24,25 186:2,4
186:7
**picked** 14:25 20:18 32:3 96:8
**picture** 14:2 15:13 18:2 104:19
106:12 108:23 110:7,7 119:25
121:24 122:10 123:18 133:23
133:23 158:13,23 166:23
168:22 171:18 185:15 188:4,9
**pictures** 30:2,5 34:5 106:15
107:2,4 115:22 116:3,5,18
118:8 122:9 123:14 139:6
160:3 165:25 174:9 182:12
187:9
**piece** 18:5 126:4,9,21 225:3
**pieces** 126:7,8,8
**pink** 40:9
**pistol** 22:9 212:22
**pistols** 22:10
**pit** 228:23
**place** 25:24 28:1 33:3 46:11
71:14,18 79:16 83:4,10,11
87:17,20,21 97:7 119:15 141:7
163:13 171:10,12 201:6
222:21 230:22
**placed** 18:5 98:15 126:7 134:22
135:15 166:17 183:20,25
**places** 25:20 27:12 89:24
**Plaintiff** 1:5
**plan** 198:20
**planning** 39:6
**plastic** 18:19 20:10 127:5 134:22
**plate** 149:5,7
**play** 18:13 31:19
**played** 24:15 32:11 33:7
**playing** 31:22
**please** 7:7 35:23 36:16,24 39:12
41:2 47:4,8,10,11 50:19 55:4
60:5,8 89:11,15 92:5,6,6 93:2
93:4,12 94:7,15,23 95:24
96:18 99:6 103:3 104:9,12
105:19 108:5,22 109:5,11
111:5,14 112:6 113:19 114:7
117:7,21 118:10,20 119:18
120:15 122:19 124:1,5,12,16
124:20 125:11,21 126:12,14
127:4,6,21 128:9,22 129:15
130:15,22 132:17,23 133:14
134:2,12 135:11 137:21,24
139:11 140:11 141:4 142:11
143:2 144:1,19 145:12,24
147:4 148:3,14,21 149:2,18,25
150:24 151:9,22 152:15,19
153:7,23 154:8,11 155:16
156:13,23 157:14 158:6 162:4
162:15 166:24 167:24 168:9
169:17,24 170:1,19 171:6
172:8,13 173:3 174:1 175:4
178:24 189:14 190:25 191:8
193:7,7 194:7,21 195:12 197:7
197:8 212:11 213:1 215:18
222:12 225:3 231:10 232:21
232:22 233:1,4,10,16 234:5,22
**plumbing** 69:8,10
**plus** 223:13
**point** 21:10 56:20 57:2 58:9
73:13 79:18 106:7 132:6,21

139:11 140:11 145:19 154:9
163:9 169:13 183:21 187:21
212:11 218:23 223:8 232:14
**pointed** 150:4
**pointing** 14:2 212:14
**points** 94:17 98:11 137:15 180:8
**pole** 18:5 103:23 104:15,17
111:3 129:24 142:4 170:8,13
170:15,16 185:18,21
**poles** 70:1,2 83:21 130:3,4,8,20
131:4,11,12 170:8
**police** 33:3,6,8,13 61:2 79:21,25
140:16,17 141:11,13 142:2,21
144:12
**political** 12:19 13:21 14:4 16:25
17:2 18:22 27:19 53:7,9,16,18
53:22,24 76:8 81:3,10 89:4
90:22,23 91:15,19,21,24 205:6
205:7,20
**poor** 28:1 69:4 152:2 167:7,15
172:25
**poorest** 24:17
**poorly** 70:3
**popular** 75:14
**portion** 24:13 43:5,6 47:23,24
53:5 98:2 102:15,16,17,18
109:1,20 142:17,20,21 176:6
**portions** 44:11,12 132:5
**position** 33:25 37:23 38:1,6,7,24
39:4 40:7 63:6,8 128:15
131:24 226:24 227:22 230:3
**positions** 10:8
**possibility** 8:12,15
**possible** 9:11,18 145:6,9 153:15
208:15,17
**possibly** 57:16 58:12 105:3
**post** 143:17 172:18,19,22
**postpone** 238:22
**posts** 29:17 111:2,11 112:10,13
129:11 158:25
**poverty** 25:22
**power** 15:22 22:23,24 24:20,20
75:12 79:19,22
**practice** 34:8
**preceded** 146:5
**precisely** 58:21 236:12
**predated** 19:21
**prefer** 82:14
**prefix** 99:7 146:15 181:3
**prepared** 239:23
**presence** 8:3 186:1 241:13
**present** 10:2 22:20 100:15 107:6
164:18 206:3
**presented** 7:19 8:19 9:24
**president** 12:16,17 13:5 14:17
14:23,25 15:5 20:20 24:2
26:16 28:10 33:22 38:16,21
51:3,15,16,19 52:1,6,11,12
53:4 65:11,23 66:4 68:1,16,23
73:24,25 74:1,14,17,25 75:4
75:17 76:14 78:22 80:7 88:8
206:1,4
**presidential** 37:18 54:8,24
**President's** 15:4 20:19
**pressing** 21:4
**pressure** 5:8,17 92:17
**pretty** 72:23 123:17
**prevalence** 70:16
**prevent** 238:3
**previous** 74:14 79:16 122:10
124:25 170:11 203:25
**previously** 57:4 98:17 99:3
100:21 111:4 121:13 127:7
133:4 146:21 150:3,8 157:7
163:14,20 164:9,13 170:22
178:20 185:18 194:22 203:21
204:19 236:4,23
**primarily** 76:24,25 78:11,12

253

85:24 86:4 102:14
**primary** 89:22
**Prince** 67:12,13
**principal** 81:24
**prints** 165:7
**prior** 57:5 90:10,16 91:16 136:9
144:9 183:9,15 193:1 236:25
**prison** 218:14,19 219:3,11,12,15
222:21 228:19 230:22
**prisoner** 240:9
**prisoners** 13:19,22 14:5 18:13
19:15 20:5,8 34:10,11 228:23
229:19,22
**probably** 23:23 28:14 57:1 58:5
115:13 123:23 125:2
**problem** 58:2 238:8 239:7 240:6
240:9
**problems** 5:17 25:4,22
**procedure** 9:7
**procedures** 80:17,19
**proceed** 6:7 47:11 60:2 105:10
108:19 110:1 112:16,25
163:10 169:24 232:25 238:16
239:18,19 240:16
**proceeded** 110:4 112:24 121:14
129:23 130:11 136:22 137:8
139:16 145:16
**proceeding** 104:23,24
**proceedings** 1:13 4:14 35:25
56:1 60:1 81:22 242:3
**process** 6:22 9:15 27:20,24
80:13 82:3 132:8
**prod** 21:1,3
**prodded** 15:19
**prods** 10:16,17 15:19
**professor** 56:2,6
**proffered** 58:3
**proficiency** 131:25 149:17
**profile** 38:9
**program** 8:11 37:19,20,24
**progress** 8:14 236:14
**prohibiting** 184:7
**project** 5:8
**prominent** 14:19
**promoted** 38:5
**promotion** 38:8
**pronounce** 234:19
**pronounced** 33:4
**proof** 31:18
**properly** 59:2 239:1
**proposed** 239:2
**prospect** 194:16
**protect** 33:22
**protection** 13:4 61:3 80:5,7,22
81:6,8
**protective** 27:19
**protruding** 111:2,11 129:24
130:6 131:4 170:9
**protrusions** 170:12
**prove** 31:23
**provide** 35:19
**provided** 99:3
**provides** 5:23
**proximity** 188:8
**public** 2:3 69:15 184:6
**publish** 40:20 42:8 44:22 49:18
136:15 161:14
**published** 8:9
**publishing** 101:17 127:14
136:18 161:17
**pull** 126:13 135:10 215:15
217:16
**pulled** 125:16
**punish** 12:19
**pure** 18:19
**purportedly** 30:25
**purpose** 10:10 13:17 114:3
**purposes** 39:17 41:8 42:17,21

99:7 106:16 140:20 146:1
163:23
**push** 207:23 218:11 219:14
**pushed** 220:20
**pushing** 220:20
**put** 15:16 18:3 19:8,19 31:24
34:9,15 78:24 98:19 104:9
111:19 119:14 121:6 126:1
128:3 134:1 138:7 144:18
166:7 189:6,9,15 195:19
204:25 212:4 213:3 216:5,8,8
216:9 220:23,24 221:3,4,12
222:17,19,25 223:1,4 224:8
226:12 227:9 228:14 229:5,13
238:16 241:1
**putting** 92:17 108:15 132:24
223:2
**p.m** 88:18 92:3,10,22,24 93:3,8
99:20 101:7 107:17 126:16
127:2 134:16 135:8 140:23
141:21 146:9 147:2 160:24
161:9 164:5 165:3 169:18,21
169:23 181:7,22 182:5 189:13
191:6 233:15

### Q

**qualifications** 236:16,20 238:18
239:17
**qualified** 37:21 57:25 237:5
**quality** 89:20 238:14
**quarries** 188:22
**quarry** 185:3 187:25 188:4,12,17
188:19,20,23 189:19,19
**Quarter** 83:6,8
**question** 9:1,3 57:8 64:24 79:3
137:3 234:1,1,24,25 237:1
**questioned** 15:8 88:20
**questioning** 79:2 88:22 89:1
90:19
**questions** 7:12 9:7 56:24 67:4
88:14 91:25 177:13 189:11
190:21 234:2 235:12,23
**quickly** 120:15
**quite** 25:19 89:25 187:13,22
233:17 235:15

### R

**R** 242:1
**radio** 8:12 232:23
**rain** 226:7 231:13
**rains** 231:12
**raise** 6:18 7:7 233:19 234:22
235:9
**raised** 12:5 23:17
**raises** 236:1
**rampant** 25:5,6
**ran** 18:6 34:3
**rank** 25:12 57:23
**ranked** 25:13
**ranks** 25:8,10
**rarely** 22:9
**rate** 24:25 25:3 69:22 70:10,16
**reach** 35:7
**reached** 96:16 128:16 202:5
**reaching** 7:16
**read** 16:6 58:6,11,11 63:4,8
99:3,24 155:25 181:17 236:6
**reading** 8:8,14 232:22
**ready** 21:8,10
**real** 228:17
**realized** 239:8
**really** 56:25 187:4
**realtime** 1:25 233:17,20 235:24
240:11
**reason** 8:17 28:20 102:18
104:16 110:13 150:12 173:24
180:23

**reasonable** 22:21 35:12
**rebel** 16:19 17:8,12 19:5,10
211:10,16 221:1
**rebellions** 26:8
**rebels** 19:7 32:3 194:6,7,9,12,17
205:12
**recall** 88:22 89:1 90:9,19 91:15
103:2 121:2 125:4 127:17
167:12 170:24 177:25 184:22
186:3,6 187:6
**receive** 6:4 228:25 229:2
**received** 3:2 17:22 27:18 40:19
42:10 43:21 44:20 49:20 101:6
107:16 127:2 128:24 135:7
141:20 147:1 161:9 165:2
181:21
**recess** 5:24 46:24 47:3,7,13 92:4
92:15,23,24 169:14,19,21
**recessed** 142:16
**recite** 57:2
**recited** 100:21 146:21
**recognize** 8:4 10:10 40:3 41:15
41:21 43:3 44:4 47:18 101:24
106:24 107:8 126:18 134:18
136:6,8 140:25 141:8 149:11
157:1 161:1,3 164:7,20 170:5
181:2 212:7 221:9,10
**recognized** 56:23
**recognizing** 90:3
**recollection** 36:11,14
**Reconciliation** 29:5 76:21
**record** 31:6 181:17 212:13,16
227:2,5 233:24
**recorded** 31:5
**recruiting** 37:20
**rectangle** 125:5
**rectangular** 115:10
**rectum** 29:19
**red** 11:21 14:2 150:4,6,7,9,13,17
151:2,6,13,17,20,22 153:19
157:25 158:4,10,12,19,22
159:4,10,24 160:12 162:10,12
182:23 183:14 189:2,4 203:5
**Redirect** 2:17,21 88:15,17
189:12
**reestablished** 64:13
**refer** 23:24 24:4,5,6 40:2 48:11
99:23 177:12,20
**reference** 53:12
**referenced** 60:13
**referencing** 91:15
**referred** 90:12 136:13 144:9
**referring** 24:2 48:12 51:12 91:19
100:22 139:12 156:22 173:8
198:18 237:16
**reflect** 23:19 48:18,24 49:5,11
212:13 227:2
**reflects** 212:16 227:5
**refresh** 136:2
**refugee** 68:11
**refugees** 27:14
**refusal** 237:25
**refused** 17:13 237:18
**regard** 9:15 98:10 99:22 101:9
101:16 134:6 154:22 165:6
191:23 198:5 206:2
**regarding** 33:18 34:5 54:5
232:24
**regime** 14:20
**region** 39:5 43:14 70:11
**regular** 13:6 123:16,17
**regularly** 13:25
**rein** 12:18
**reincorporates** 234:25
**reincorporation** 235:2
**reinstated** 14:22
**relate** 197:25
**related** 161:23 162:1

**relating** 38:25
**relation** 188:12
**Relations** 37:13
**relationship** 38:12,14 89:4 92:7
101:10,13 103:16 111:9
132:17 160:7,10 190:4 224:1,4
**relationships** 36:4
**Relevance** 50:20 80:15
**relevancy** 70:14
**relevant** 25:15
**rely** 36:10
**relying** 31:10
**remain** 7:5 234:3
**remained** 114:22 188:25
**remaining** 97:19 102:3 112:1
238:13
**remains** 5:14
**remarkable** 10:20
**remember** 9:12 36:2,4 184:23,25
185:19 187:7 189:3
**reminds** 161:18
**repeat** 155:6 233:25 235:10
**repeated** 39:8 234:2
**repeating** 232:19 239:20
**repetitive** 232:20
**replacement** 5:9
**reported** 2:7 35:1
**reporter** 2:8 54:9 99:4 236:4,6
242:6
**Reporter's** 2:24
**representation** 77:1
**Representatives** 51:5
**represented** 77:3
**republic** 49:25 50:1,6,8,13 73:9
73:10
**reputation** 57:10,23
**request** 39:16 155:2 197:17
240:19
**requested** 154:25
**require** 9:7 38:19
**required** 35:20,22 131:24
**requirements** 81:10
**requires** 149:16
**resemblance** 24:1
**resettled** 61:12
**resided** 52:5
**residence** 52:12
**resolve** 238:25
**resolved** 236:14,22
**resourced** 70:3
**respect** 48:20 49:8 52:4 53:5
54:4 59:1 70:10
**response** 56:21 57:5 194:16
235:13,23 236:1 237:1,2
239:22
**responsibilities** 98:9
**responsible** 30:18
**rest** 17:4 22:23 41:18 74:7 102:3
120:20 142:15
**restroom** 228:14,17
**result** 30:17 39:12,13 92:17
**Resume** 4:14
**retire** 7:13
**retreated** 128:18,19
**retrieve** 126:4
**retrieved** 135:1,14
**return** 92:5 137:13 177:17,17
233:3,14
**returned** 23:16 136:24
**returns** 7:2 47:9 93:3 169:23
**reunite** 12:9
**reverse** 72:9
**review** 98:12
**reviewed** 177:2,7
**re-enter** 16:1
**re-entry** 16:2
**Rice** 229:3
**Richard** 65:17

**rid** 66:21 67:8
**riddled** 152:1
**ride** 218:5
**right** 5:20,25 6:19 7:7 11:21
17:14 21:6 29:24 32:18 45:13
47:2,6 48:4 49:2 53:15 57:18
63:4,6,11,13 64:2,6 69:8 71:9
71:22 73:8 75:19 79:19,22
80:5 81:12,17,22 82:13 84:8
84:11,12,17 86:19 87:2,6
89:13,16 91:4 92:19 96:23
97:11,13,15 102:3,16,19
103:23 107:25 108:1,2,3,25,25
109:1 110:5,6 111:17 119:15
133:20,22,23 137:8 138:19,21
138:22,24 142:2,17 144:16
151:20 153:4,5,22 154:6
158:11 160:14 163:5 169:19
171:16 175:25 183:17 184:4
188:20 190:9 208:4 238:1
240:16
**right-hand** 159:3,10 208:4,22
**rigid** 89:25
**rim** 14:14 18:2,10
**river** 16:23 19:3 32:1 46:5 95:9
95:20 139:24,25 140:2 145:16
145:18 146:16 147:11 148:12
157:25 199:17,17,18,19,25
200:1,4,11,15 201:1 226:7,8
**RK** 181:3,3,3,5,5,5,20,20,20
**road** 33:2 96:20,23,24,24 97:4,7
106:10 107:23,24,25 108:11
108:16,24 110:4,6 120:23
136:24,25 137:1,8,14 138:15
138:17,18,19,25 139:4,5
148:19 158:3,12,13,16,19,22
162:4,10,12 163:21 166:13
170:23,23 171:2,11,12 172:5,6
172:10,11,17,19,20 179:17,17
179:19,19,20 188:25 189:1
198:7 199:8 200:7,10 217:14
218:7
**roads** 68:14 69:4 179:21,21,22
179:23
**roaming** 97:2
**Rochester** 37:12
**Rochlin** 1:17 2:15,17 5:11,11 6:2
6:15 36:17,23 39:16,23 40:14
40:20,22,24 41:7,14 42:3,8,11
42:14,20 43:2,17,22 44:3,17
44:24 46:13,18,25 47:12 49:14
49:18,21 50:21 51:22 53:14
56:21 58:19 60:2,4 61:13
64:10 70:14 79:1 80:15,24
81:14 82:9 83:18 88:16,19
91:25 161:18 237:14 238:24
239:8
**rocks** 185:6,10 188:21
**rods** 10:15 18:7,21
**role** 14:18 205:9 206:2
**roof** 97:24 102:5 127:16 142:17
142:18 150:4,6,7,10,13,17
151:2,6,13,17,20,22 153:19
157:25 158:4,10,12,20,22
159:4,10,24 160:12 162:10,12
173:13 182:24 183:14 186:18
187:1,11,13 189:3,4 190:13
**roofed** 115:6
**room** 154:22 155:15,23 156:3,9
157:3,4,12 208:4,22,23,25
209:2,4,7,10,11,13,15,16,25
210:1,3,12,19,21,24 211:6
228:18 233:11,14 235:25
**Roosevelt** 85:15 86:5
**rope** 214:8,9 222:23 223:14,18
223:21,24 224:7
**rough** 97:6 112:12 218:5,7
**roughly** 31:13 46:10 178:3

**rounds** 132:1
**route** 95:16 106:5 199:8 239:18
**routinely** 185:5
**Roy** 1:8 10:23,25 11:17 12:2,3,6
12:7,22 16:5 23:18 31:16
**Rufus** 2:22 16:16 57:17 94:4,10
94:16,17 96:7,8 104:2,5,13,19
105:10,15 110:16,22 112:24
112:25 113:6 116:17 117:20
118:2 154:5 180:11,12,16
181:10,13 191:1,5,9
**ruin** 27:13
**rule** 15:23 53:4 56:18 57:6 58:23
64:11
**ruled** 66:7,7
**rules** 7:15 34:15 57:16
**ruling** 8:23 53:24 73:4,4 74:7
**rulings** 8:22
**run** 18:4 152:8 167:7,17 239:12
**running** 14:14 17:19 18:2,10
69:13 90:16 158:19
**runs** 26:24

**S**

**safe** 70:24
**Samuel** 26:6,11 53:4 65:24 66:7
66:14,21,25 67:8 74:12 75:8,9
75:11
**sat** 18:8,9,17 19:9
**satisfied** 5:14 238:17
**saw** 32:12 33:13,14 34:1,5 56:4
56:15 70:20 115:12,13 125:6
130:3,8,12,20 131:19,19,19
141:14 147:21 175:16 182:23
184:13 185:9 186:12,21
189:19 198:12,15 201:6 203:6
203:12 204:1,14 211:4 212:7
212:21
**saying** 14:8 19:9 28:2,8 89:5
202:13 209:5 217:10 230:9,17
233:18 234:22 235:9 239:24
**says** 65:8 67:19 68:5 82:19
103:10 156:1 162:25 233:25
233:25 235:14 236:25
**scars** 16:9,14
**schedule** 240:3
**school** 57:2 191:19 201:23
**Schools** 25:2 69:23
**scientific** 56:25
**scope** 51:20 64:10 80:16 190:7
**scored** 18:16
**scorpion** 153:18 203:9 208:20
**screen** 15:5 39:18,24 41:3,9,15
42:18,22 43:3,24 44:5 45:2,21
46:15,19 47:1,14 48:17 95:21
105:13 108:5,14 111:6 115:24
132:24 139:8 189:15 194:24
195:9 237:21
**scroll** 165:22
**seat** 62:16 140:13
**seated** 7:9 47:10 92:11 93:4
214:3 233:16
**seats** 54:23
**second** 22:4 30:16 62:9 92:12,25
94:2 163:13,17
**seconds** 239:22
**Secretary** 38:16,20
**section** 82:24,25,25 103:25
110:6 130:10
**sectioning** 104:15,16
**securely** 154:19
**security** 15:10 35:18 60:17,23
61:1,2 80:4 93:17 202:9,14
**see** 5:23 14:2 15:4,13 21:14 27:1
28:24 30:7 31:14,20 32:18
33:9,10 34:20,21,23 39:24
56:11 58:7,8,22 92:7 102:22

103:23 104:9 105:19 107:23
111:1,17 115:18 116:9 117:11
120:24 121:1 122:10,15,16
123:6 124:18 129:14 130:12
131:18 137:4,7 138:1,6 141:22
142:16,25 143:11,20 144:16
145:7 148:12 150:4 156:9
159:1,3,14 166:4,14 169:3
170:7,23 171:10,12,13,14,15
171:16 184:21 185:8 186:9,22
188:4,13 194:24 195:2,8,15,17
196:22 201:3,5,8,8 203:8,24
207:19 208:6,9,13,25 209:2,4
210:24 211:2 212:9 215:19
216:3 218:23 219:16,18
229:25 230:3,4 232:24 235:24
237:21 241:12
**seeing** 121:2 180:14
**seek** 197:11,14
**seen** 22:9 30:11 32:19 35:2
52:18 56:19 111:4 130:4 162:9
163:21 164:9 170:17 203:18
203:21 204:19 233:18
**segregated** 82:24 83:5
**Seitz** 240:8,23,25 241:12
**Sekou** 76:23
**selected** 6:23 37:23,25
**selection** 6:14,22 9:16
**sell** 193:16
**Senate** 51:5
**Senegal** 38:2
**sense** 38:12 235:25
**sensitive** 234:12
**separate** 132:5 142:17
**separated** 17:4 19:8 187:4
**September** 1:7 6:5
**sequential** 101:14
**sergeant** 66:2 74:20
**seriatim** 101:18
**series** 87:9,10 90:18 124:25
141:2 162:1
**serious** 28:13,17
**serve** 239:17
**service** 15:10 61:2,3 80:4 92:18
**services** 60:18,24 61:1 238:5
**serving** 8:7
**set** 22:11 64:1 126:2
**settlement** 71:8
**settlers** 72:4,5 73:18
**Seven** 223:12
**severing** 20:6
**sewage** 25:5
**sexually** 70:8
**shake** 215:3
**shape** 117:11 125:1
**shared** 239:5
**sharp** 10:15,15 17:17 18:20
**shell** 131:19,20,21,23 132:2,3
133:4 134:21 159:15 160:8,11
161:4
**shells** 183:14,15
**shining** 20:23
**shipped** 126:9
**shirt** 203:9
**shock** 21:12
**shocking** 10:16 21:2 22:16
**shoot** 229:14
**shooter** 132:12
**shoots** 19:13
**short** 10:21 16:5 47:7 169:21
**shortly** 26:12 66:14
**shot** 32:3,6 105:23 107:2 124:15
183:4,6,12
**shotgun** 152:10 154:2
**shots** 120:12,19 124:10 128:19
129:4 149:1
**shoulder** 18:6
**shoulders** 18:4,7

**shouting** 216:19
**show** 9:22 10:22 27:24 35:4 40:5
43:6,9 44:10,14 45:11,15,18
47:20,23 48:22 95:16 101:20
104:5,24 106:14,20 107:18,23
109:5 111:6 116:19 118:9
119:22 120:14 128:10,23
139:21,25 147:6 148:4 156:17
166:3 174:10 175:5 187:12
188:9 196:19 213:22 215:11
215:16 226:23
**showed** 183:22 184:24
**showing** 40:25 42:15 43:5 95:10
111:6 158:16
**shown** 11:4 41:18 152:25 157:22
174:14 190:18
**shows** 40:3,7 43:10,11 44:8,8
156:18 168:22 175:8 204:17
**shut** 25:2
**shy** 139:13
**side** 8:25 9:20 15:14 24:9 35:9
46:2 48:3,4 97:19 121:6
130:21 139:4 142:3,16 148:8
148:20 150:7,25 152:1 158:3
158:12,22 159:10 160:12,14
162:4,9 169:12 171:2,16 172:5
172:19,20,21 186:4,4,7 188:25
189:1 190:10 208:4,22 212:22
241:3
**sidebar** 4:11,13 56:1
**sides** 10:8 115:10 116:10 117:13
117:14
**Sierra** 11:6 18:25 24:11 25:10,12
25:20 27:11,15,25 28:5,22
29:13 38:3 43:11 45:12,13
**sight** 130:20
**sign** 31:9
**signed** 21:23 68:7 87:11
**significance** 57:7 58:24
**signifies** 161:23
**similar** 51:1 111:3 114:12 125:2
130:3 136:9 166:16 169:1
170:21
**similarly** 8:14 58:7
**simply** 41:18,20 48:14 91:24
**simultaneous** 234:17
**singled** 16:24
**sir** 61:21 63:1 81:18 93:14,18
178:8 191:8
**Sirleaf** 205:24,25 206:2
**sister** 12:4
**sit** 31:19 225:22,23 226:1 240:23
241:2
**sitting** 31:22 210:6,12 212:14
**situation** 27:15,16 28:19 75:16
87:15 238:25
**six** 9:16 236:12
**size** 18:3,5 125:3 135:20 166:17
224:12
**skin** 20:11 214:9
**slaves** 61:11 71:3,5,18
**sleeves** 215:16
**slightly** 138:2
**slip** 19:24
**slop** 235:4
**slow** 218:5,7
**slower** 179:15
**slowly** 9:14
**small** 11:4,25 20:15 33:21 69:12
138:3 173:1
**smaller** 91:13 125:4 126:8
**smooth** 179:19 218:6
**sobeit** 237:1
**soccer** 18:13
**social** 16:12
**society** 14:19 16:13 77:7 82:8
83:17
**SOD** 61:5

sodomizing 10:17 21:2
soft 213:4
soldier 34:25
soldiers 14:8 18:6,19 20:9 27:4
27:6 34:14,14,14,19 201:6,8
202:13,17 203:2 204:17 206:5
207:2,16,17 208:21 209:7,21
213:16 216:1
solely 180:19
solid 145:2 225:3
somebody 26:7 30:12,19 34:9
57:24 80:22 81:5 156:3 207:19
214:19 222:6
somewhat 46:7 97:24 151:24
son 28:10
sons 26:23,24
sorry 43:11 65:5 90:24 141:7
178:4
sort 27:19 56:2 75:20 87:3 89:20
92:17 151:23 158:24 170:14
174:16 180:7,12 236:19
sound 213:10
source 13:13
south 11:8 16:22 17:5 33:2 46:4
46:7,10 78:9 142:9,10 147:17
SOUTHERN 1:1
southwest 142:10
so-called 31:4
speak 72:21 75:6,17 97:21 213:4
213:6,8 219:8 220:7,7 235:19
240:20,20
speaker 4:18
speakers 234:16
speaking 83:22
special 15:9 33:21 61:2,5 80:4
93:15 94:18,20
specialized 57:1
specific 36:1 67:4 89:6
specifically 14:16 52:4 62:2 94:9
speculate 9:2
speculation 55:2
speech 234:12 235:18
spell 54:9 77:13 93:12 94:7,23
96:18 191:8
spelled 78:4 94:8,21 191:9
197:22
spelling 54:12
spend 52:15 232:4
spent 62:24 228:9
spirits 16:10
splinter 67:9
split 85:11,12,13,25 97:7
spoke 11:9 13:2 20:15 30:23
79:10 211:7,8 219:5
spoken 11:2 234:14 237:8
sponsored 193:21
spot 19:9 216:2
square 125:2,5 224:10
squat 225:24,25 226:16,20,23,25
squatting 227:24
Sr 12:2,3 23:18
SSS 15:10 61:2 80:3
SSU 80:9,10
St 16:23 19:3 32:1 46:5 95:8,20
139:24,25 140:2 145:16,18
146:16 147:10 157:25 199:17
199:18,25 200:1,4,11,15 201:1
stabbing 10:14
stages 66:4 74:13
stake 28:24 29:1 32:16
stakes 13:20
stall 238:21
stand 12:24 22:14 31:3 206:18
213:21 215:22 224:16 225:19
227:7
standard 35:12 206:4
standby 234:9
standing 7:5 85:20 86:1 104:23

113:15 114:12 118:2 120:4
173:12,21
stands 77:16 85:7,14
stare 20:24
staring 21:13
start 31:25 95:4 214:12 224:6
236:17
started 16:21 21:2,2 24:2 26:8,9
26:10 116:10 163:10 220:20
221:20 233:4 238:9
starting 38:5 241:1
state 7:21 37:1,2,7,16,20 38:16
38:21 57:7,13 63:7 65:1,22
67:18,23 74:9 79:10 81:17,19
180:20
stated 89:11
statement 10:11 58:3,14 66:22
66:24
statements 9:20 10:1,6 31:8
States 1:1,4,14 2:8 5:11 11:14
11:16 22:2,19 27:20,25 29:3
36:17 38:13 40:15 42:4 43:18
44:18 49:15,18 51:1,23 61:9
61:10,14 70:12,17 71:4,19
75:17 80:23 81:6,21 83:16,18
83:21 126:10 134:10 160:19
238:6,19 242:6
station 20:17 33:3,6,9,13 140:16
140:17 141:11,13 142:2
status 27:19
statute 5:7
stay 61:22,24 72:23 194:15
220:24 226:8 241:5
stayed 12:10
Ste 2:9
steel 224:11,24 225:2,3,4,5
step 139:9,20 190:23 226:19
stepfather 12:6 23:18
steps 134:6
stomach 21:4,5
stone 18:13,13 173:20,21,22,24
stood 220:20
stop 5:8 18:15 110:21 137:9,11
137:15 139:6,17,21,22,23
140:15 163:13,17 198:8
200:18,20 217:15 218:11
231:13
stopped 16:22 19:3 111:1,2
140:16 179:13 184:9,11
200:22 218:8,10
stories 29:21 102:2
story 31:3 32:5 109:21
strangers 16:11
strata 16:12
stream 105:3 106:4 222:16
street 1:19 2:4 28:4 162:10
stricken 110:18
strike 30:13
strip 212:3
stripe 202:20,21
stripped 17:14 20:23
stroking 19:18
strong 61:10 76:25
strongly 237:25
structure 50:14,17,25 97:17,23
98:1 101:25 102:1,2,11,13
103:8,20 109:15 111:22,24
112:1,2 115:3,4 121:4,4,10
127:16,19 128:2 139:4 145:2
149:9 150:4 151:2,23 152:12
158:10,24,25 160:12 162:12
162:19 170:9 172:10 173:12
173:14
structured 97:18
structures 97:14 115:2 129:24
148:9 157:24 158:3 162:11
struggle 74:6
stuck 46:20 112:11

studied 89:24
Studies 37:12
studying 11:23
stuff 29:15 35:2
style 169:10 234:9
subjected 21:12
subsequent 12:2
substance 117:14
substantive 22:13
succession 106:21 111:6 115:24
116:18,20 118:7,10 119:4
120:15 128:10 132:24 146:2
147:6 148:4,22 165:22 174:11
successively 160:3
Sudan 38:4
sue 29:2
suggestion 234:20
Suite 242:6
Sulaiman 18:24
summarize 9:21 35:25 91:8
summations 9:25
Sunday 239:10,11
supervisors 39:6
suppose 58:5
supposedly 33:12
sure 29:23 30:8,9,12 53:23 54:12
65:19 77:10,17 81:25 85:2,2
92:19 93:13 95:7 96:19,23
102:3 108:24 110:4,8,9 120:9
127:7 138:17 139:13 151:24
169:15 234:23 238:20 241:4
surface 102:8 133:6,7
surmise 189:7
surrounding 44:15
Survivor 231:8,16,17,18,19,23
232:2
suspected 32:3
sustain 8:25
Sustained 81:15 82:11 110:18
110:24 150:19 190:2
swamp 106:3
swampy 105:3,4 113:13,14
swear 6:11
Sweden 27:19,25 81:8
sworn 6:20 7:8,10 36:20 93:6
191:5
sympathizers 27:6
system 69:15 70:3 240:12
S-e-k-o-u 76:23

------

T

T 242:1,1
tabie 214:20,21,23 215:4,6,8,12
table 2:12 210:4,6
tactics 13:17
take 6:8 12:23 14:9 18:14,20
19:16 24:13 32:9 33:5 35:8,17
35:21,23 36:10 38:17 39:6
47:3,6 67:1 95:23 97:12 100:8
100:10,12 103:3 106:11 107:4
108:6,7 109:22 110:10 113:19
114:7 117:7,21 118:19 119:25
123:18 124:1,5,12,16,20
125:11 126:2,13,14 127:4,22
129:10 130:1,15,22 131:12
132:13 133:14 134:6 137:17
137:20 138:10 139:6 140:13
141:9 142:11 143:2 144:1
145:11,22,24 147:4 148:1,3,14
148:21 149:18,25 150:21
151:9 152:15,18 153:7,23
154:11 155:16 156:13,23
157:13 158:6 159:18 160:21
160:21 162:4,15 163:5,22
164:16 166:23,25 167:24
168:9 169:13,16 170:1,18
171:6,23,25 172:8,12 173:3,15

174:1,8 175:4 176:16 179:2,6
179:10,25 180:7,12 185:14
189:2 194:21 196:18 197:7,8
199:8,10,22,25 200:8,8 205:18
205:20 207:12,19 208:21
215:22 219:9,10,12 220:25
222:6 233:11 238:25 240:18
taken 10:8 13:23 15:12 17:12,14
19:18 20:22 29:21 30:3 33:1
100:6,13,15 101:11,15 104:19
107:6 114:14 137:25 146:15
147:17 157:3 159:24 161:4
164:18 168:21 179:24 212:5
213:3 220:18,19
takes 17:17 19:12 21:4 25:24
200:3
tales 29:14,25
talk 12:24 21:11 65:10 74:12
90:2,2 206:18,20 239:15
talked 22:15 78:15 82:6 197:15
talking 78:25 83:9 85:17 99:24
102:15 109:6,16 171:21
179:24 187:14 218:19 228:17
talks 57:10
tall 224:14,15
taller 170:21
tangled 121:19 125:15
target 28:11
tarred 179:21
task 36:8
taught 13:17
Taylor 1:8,9,10 11:1,20,22,24
12:14,16,23 14:17,25 15:5
16:6 17:6 20:4 22:21 23:1,15
23:15 26:13,16 27:3,3,7 51:17
51:18 52:5,11,12 58:15 66:15
66:20 68:1,16,22 76:14,17
77:7,12 79:6,11,19,22 86:11
88:8 90:15 217:5
Taylors 15:23 17:3 22:24
Taylor's 12:17 26:9 53:24 66:25
67:5,14 76:5 79:8,25 84:19
86:8
teach 26:23,24 34:24
teaches 56:7
technical 56:25
technique 234:15 235:5
technology 46:21
teenager 12:8
teen-aged 23:21
telephone 4:17 18:5 24:21 111:3
129:24 170:8,12,15,16 185:18
telephones 24:22
television 8:11 232:23
tell 5:6 14:7 22:14 31:10 32:17
32:24 34:20 35:2 36:24 37:9
39:12 41:2 42:17 51:18 52:5
53:1,6,21 54:4,17 60:5,8,16
61:8 65:23 67:16 71:9 82:13
93:12 94:15 95:5 102:2 104:12
110:21 116:2,23 119:4,11
122:2,20 123:1,8,18 124:1,6
124:12,21 127:6 131:9 137:24
143:2 149:3,21 150:24 166:10
178:24 191:8 193:7 204:16
219:23 220:2,10,25 221:13,16
234:20 235:8
telling 27:25 56:15 70:18 110:20
tells 21:10
temporary 87:8
tender 61:15
tenders 182:1
term 89:12,16 152:10,11
terms 89:10 138:15 151:16
201:5 203:8 235:6
terrain 96:21 105:1 112:10 113:5
114:19 115:7 121:20,22 125:7
terrible 30:8 221:5

**test** 236:20 239:11
**testified** 120:23
**testify** 27:9 30:7 32:14 56:10,19 57:14 59:2
**testifying** 36:7 56:10 236:21
**testimony** 7:18 8:19 9:23 15:24 17:1,22 36:1,12,15 50:24 52:9 54:19,20,21 55:3 56:4,14,14 56:22 57:22 58:4,5,7 60:20 170:22
**thank** 6:25 7:9 10:13 23:3 35:15 59:6 65:23 88:13 92:2,21 105:12 108:4 134:4 138:9 140:13 161:21 166:22 169:20 169:25 175:3 176:11 181:25 182:3 188:2 190:23 199:21 215:22 234:4 241:14
**thatched** 115:5 121:13,14,16,21 127:16 128:14,16 138:1 151:19 186:25 187:11,12 190:13
**theory** 58:23
**thin** 171:17
**thing** 17:15 22:15 32:12 41:5 57:25 58:11 72:9
**things** 13:15 14:4 18:1 26:16,23 29:20 30:8,14,25 31:23 56:11 56:16,19 81:11 88:5 156:6,9 234:2,12 235:24
**think** 5:18 6:6,7 65:20 82:7 85:7 86:18 95:19 108:19 199:21 212:7 233:25 235:20,24 236:4 236:18 237:12
**third** 30:17 37:12 45:4 171:17
**thirsty** 229:24
**thought** 5:20 236:22
**threatening** 196:13
**three** 30:14 32:4,5 39:3 58:15 62:25 64:5 68:25 115:21 116:3 120:18 123:23 135:10 136:15 174:8,14,19 177:16 179:3 231:22
**three-pronged** 133:21 134:24 135:23
**throw** 213:17
**tie** 212:4,4,4 213:3,16,16,17,17
**tied** 213:19,24 214:1,5,6,7,13,14 214:15,17 216:1 223:8,10
**ties** 61:8,10 75:3,7
**tiger** 202:24
**tiger's** 202:20,21
**tight** 214:5,6,13
**tiles** 167:18 174:22
**time** 4:16 8:21,21 9:6,6 11:23 12:12,21 14:16,20,22 18:8,8 18:16 20:6,7,11 25:15 26:5 31:20 35:9,15,19 39:16,25 40:14 42:3 43:17 44:17 46:13 46:24 49:14 50:7,8,19 51:14 52:15 53:12,17,18 60:16,24 61:14 62:24 63:17,18,23 64:1 64:18,19 66:16 73:3 75:3,13 78:25 79:19,21 87:11 89:21 91:14,16 92:1 94:2,2 104:1 137:9,12 163:18 168:14 176:23 177:10,16,17 179:14 182:10,12 186:12 193:14 200:7,25 204:1,3,6,11 206:3 206:17 209:16,24 210:21,22 212:6 216:14 217:8,14,20,23 218:8,20 219:17 220:24 223:6 223:9 226:13 229:7,21 232:8 233:4,6 234:21 235:8,11,19,21 237:2 240:21
**timeless** 89:20
**times** 9:12 33:24,25 34:1 36:3 39:3 89:17 177:5 220:23 221:12 229:11,15,17

**today** 16:6,9,11 50:25 70:2,25 72:2 82:7 165:11 212:9 233:4 239:20 240:21
**toilet** 228:15,20
**Tolbert** 65:17,18,21,23 76:11
**told** 9:15 14:11 20:24 58:10 63:2 63:9 67:18 90:15 110:20 114:17 127:20 145:15 150:3 163:9 175:24 178:20 202:13 202:15 204:23,25 205:4 207:12 209:21 216:5 222:8 225:19 227:21 231:9,22 237:4 237:10 240:7
**Tomasini** 234:15 237:4,9,15,18
**tomorrow** 232:25 233:3,8,10,14 234:20 240:1,3,21 241:10
**tonight** 241:6
**tool** 37:21
**top** 13:20 18:19,20 28:18 132:15 133:8,19 166:12 173:1
**torn** 23:11
**tortuous** 14:13
**torture** 10:22,23,24,25 11:13,15 12:19 14:12,20,22 15:18 16:7 17:25 22:1,3,6,13 23:7,8 30:16 30:17,18 219:23 220:1,10
**tortured** 13:23 22:22 30:10 58:15 223:13
**torturing** 30:24
**tossed** 17:20
**total** 1:25 62:24
**touch** 30:10 139:8
**touched** 90:8
**touching** 227:3
**town** 46:8 78:2 83:2,11 96:14,15 96:16,21 139:14 140:7,9 166:3 166:10 175:10
**towns** 76:15 82:24
**tracing** 95:16,19
**track** 38:18,22 176:22
**trade** 191:23
**train** 33:22 230:5
**trained** 180:23
**trainers** 34:24
**training** 13:11,15 33:18 34:10,12 48:6,7,18,25 80:20 220:4 230:4,9
**transcription** 1:25 242:3
**TRANSCRIPT OF** 1:13
**transcripts** 35:16
**Transformation** 76:11
**translate** 238:18
**translated** 234:23
**translating** 236:18
**translation** 234:17
**translators** 237:13
**transmitted** 70:8
**transport** 197:6,16
**transportation** 197:11,14
**travel** 11:25 39:13 61:24 62:1 137:16 179:14,18 198:16 218:1,3
**traveled** 12:8 61:19 71:21 95:7 95:18 151:14 176:23 179:23 199:24
**traveling** 16:22 19:6 39:5 71:3 82:23 137:2 147:22 188:16 235:17
**travels** 52:14,15 132:10 166:13
**treat** 21:11 75:13
**treated** 14:10,12
**tree** 119:15,22
**trees** 96:25 105:2 113:9,12 138:4 184:21,23,25 185:1
**tremendous** 27:10
**trial** 1:13,22 7:13,14,19,25 8:10 8:13,19,21 9:5,17,25 10:3 16:7 16:8 23:23 35:18 193:1 232:20

**232:24 237:24 238:2,9,21,22 239:9 240:10
**tribal** 15:1 26:21 75:20 79:6 83:17
**tribal-based** 82:8
**tribe** 26:4 74:14,21,21,25 75:8,9 75:11,18,18,25 78:11,17,18,19 82:14,19 83:23 84:2,5,5,8 89:5 89:6,9,13,16,19,22 100:10
**tribes** 26:2 71:24 72:2,12,14 73:2,16 75:7 82:6,13 83:12,14 84:12 88:25 89:21
**tried** 12:19 16:1 20:1 224:6
**Trinidad** 15:25,25
**trip** 62:9 95:2 163:10,14 182:7 183:2 219:15
**trousers** 223:3
**truck** 17:16 197:18,19,20,25,25 198:6,7,9,10,13,16,24 199:24 199:25 200:15,20,25 202:5,7,8 202:11,12,14 204:21 212:5 213:3,18 216:5,6,7,9,10,11,17 216:21,25 217:2,9,10,14,22,24 218:1,3,8,10,11,12
**trucks** 217:1
**true** 70:2 76:13 107:8 164:20
**truly** 100:17 141:13 181:13
**truth** 27:1 29:5,24 58:3 219:24 220:2,10,25 221:17
**try** 7:11 9:10 11:16 31:2 35:25 90:7 97:21 108:15 126:3 185:21 186:4,7 240:20
**trying** 19:1 77:11 85:7 197:3 200:11 223:19 233:23,24 235:2,5,11 236:8
**Tubmanburg** 62:15
**turn** 94:9 96:9,11,16,22 97:4 108:2 126:12 127:21 134:12 140:19 159:2 193:6
**turned** 15:8 20:20 96:20,23 107:24 120:23 145:15 163:10
**turning** 162:3
**turnoff** 108:24 175:15
**Twice** 93:25
**two** 7:1 13:15 17:23 21:20,24 22:10 26:14 30:21 31:11 34:15 97:19 102:3 109:21 117:13 119:3 122:2,9,19 123:7 124:5 124:10,25 129:3 131:4,5 136:3 138:3 145:10 147:12 152:7 162:11 170:8 171:2 173:15 174:6 195:23 196:2,2 197:6 208:3 223:13 227:15 228:9 231:13 235:16 237:5
**twofold** 56:22
**two-sided** 115:5
**tying** 214:19
**type** 26:23 29:12,14 90:22 98:7 127:19 131:15 136:6,8 159:12 203:18
**types** 19:19 79:10

**U**

**UDA** 193:19,20,23 198:4,16
**ULIMO** 85:4,5,7,12,13 91:11
**ULIMO-J** 85:12,14,14,25 86:5 91:11
**ULIMO-K** 85:13,20,24 91:11
**unable** 233:22
**unanswered** 9:11
**unavailability** 233:7
**unchangeable** 89:20
**unchanging** 89:21
**uncle** 196:6
**unclear** 32:4
**underdeveloped** 25:14
**underground** 222:21

**underneath** 11:21 153:15 156:22 166:17
**understand** 10:7 27:23 63:24 81:4 99:23 137:3 206:16 233:18,21,24 234:21 235:8,13 235:15 236:5 238:19
**understanding** 67:25 78:12 83:3 90:21 96:14 235:5,12 236:24
**understands** 5:18
**understood** 203:12 234:13
**undress** 213:2
**unduly** 36:12
**unemployment** 24:24 69:17
**unfortunately** 87:20
**uniform** 136:10,11 202:18,19,20 202:21 203:12,18 204:1,15,18 204:19 212:20
**uniforms** 203:21,24
**unintelligible** 234:3 238:13
**unit** 13:1,4 33:18 34:13 61:3 206:22,25
**United** 1:1,4,14 2:8 5:11 11:14 11:16 22:2,19 25:8 27:20,25 29:3 36:17 38:13 40:14 42:3 43:17 44:17 49:14,18 51:1,23 61:9,10,14 70:12,17 71:4,19 75:17 76:21 80:23 81:6,21 83:16,18,21 126:10 134:9 160:18 238:6,19 242:6
**Unity** 16:25 17:1 54:1,4,5,6,10 54:14,18,23,25 57:15,17,22,24 58:11,17 60:5,8 63:3,4,11,13 63:15,19 76:5 84:22 91:22 205:2,4,6,8,9,10,12,14,16,18 205:22 206:3,5 207:2,4,13 215:25
**universal** 70:1
**University** 37:12 93:20
**unlock** 154:25 156:3
**unstable** 87:15
**untreated** 28:14
**upper** 51:4 111:17 128:1 171:17
**urinate** 228:21,23,24
**use** 82:14 83:4,23 89:12,15,19 192:3 220:11 224:24 228:19 230:21 235:5 238:4
**uses** 37:20
**usually** 132:12 200:3,6
**U.N** 25:14
**U.S** 1:18,22 11:13 16:1 36:25 38:16 73:25 80:11,17 94:18 176:21

**V**

**V** 117:11
**vacant** 38:6
**Vai** 72:17 83:11,13
**vantage** 132:21
**varied** 115:10,16 121:22
**various** 17:24 74:10,10 77:6 84:16 88:21 90:3 94:17 98:16 100:4 111:3 115:16 156:10 157:11 167:19 180:13
**vary** 135:21
**varying** 115:11
**vegetation** 96:25 102:20 114:23 115:16 116:10 119:2 120:10 122:15 123:5 167:19
**vehicle** 94:25 95:3 106:9 136:22 137:17 216:21,24 217:3
**verdict** 7:11 35:7
**versed** 239:22
**version** 109:2 154:16 165:19
**versions** 130:5
**vessels** 215:2
**vicinity** 146:16
**victims** 22:14,17

**video** 24:14 32:10 33:5
**Videotape** 24:15 32:11 33:7
**vie** 84:17
**Vietnam** 218:14,18 219:3,10,12 219:15 222:21
**view** 75:22 89:21 109:18,19 188:9 210:8,9,13 230:4
**viewed** 78:24 134:24 150:8
**VII** 22:12
**VIII** 22:17
**village** 13:19 17:20 205:11
**Vinyah** 54:6
**violated** 34:14 87:12,13
**violence** 19:2 22:6,6,18 54:25 57:15,23 58:12,17 60:6 63:3
**VIP** 61:3 80:5,7
**virtually** 34:6 69:15
**visible** 95:12 132:21 142:4 151:2 158:13 162:22 171:4 172:6,7 172:11 174:23 189:20,22 190:14
**visit** 39:7,8,9,10 62:2,4,6,15 93:22,24 100:4,18 183:17 186:17 210:14
**visited** 68:25 89:25 107:3 128:20 163:14 182:16,22 186:20 190:5 210:16
**visits** 94:4
**voice** 212:23 213:1,4,4,5,6,6,7 219:4 221:9,10 237:24
**Voinjama** 46:1,2 78:2,4,6 191:17 193:9,10,12 194:2,5,6,7,9,17 194:18,19,20 195:2,5,24 196:1
**voir** 11:2 235:20
**voluntarily** 30:23
**voted** 26:15
**vs** 1:7
**V-i-n-y-a-h** 54:11
**V-o-i-n-j-a-m-a** 78:5

**W**

**waiting** 233:5 234:6
**walk** 145:1 167:10 187:13 188:19 190:10 194:20 196:2,7 197:6 198:21 215:15,18 233:8 235:2
**walked** 121:21 142:24 145:4 184:11 186:22 187:16 190:9
**walking** 129:5 154:4 184:7,14 185:9 187:16 196:3
**walks** 32:15 236:15
**wall** 97:24 103:19 111:22,24,25 152:24 156:11,11 157:6,10 162:24 173:2,9,13 209:5 210:13,25 211:2 228:6
**walls** 120:8 122:17 124:18 158:25 184:1
**want** 17:11 27:16 35:18,21 56:8 57:18 65:22 82:6 189:2 213:2 228:14 235:3 238:16
**wanted** 64:15,16 66:21 67:1 71:18 76:17 92:19 137:14,16 221:13 237:6 240:17,19
**wanting** 27:21 31:16
**wants** 83:16,19 238:4
**war** 12:13 23:11 26:25 27:13 29:7,13 34:6,10,11 35:10 64:22,23,23 65:6 67:18,24,25 68:9 70:22,24 71:1 85:8 87:6 87:25 91:3,6 194:14 200:14 212:1,1 217:4
**warring** 12:13,15 17:2 25:24
**war-like** 74:7
**war-torn** 23:12
**Washington** 1:23 37:5
**wasn't** 111:25 114:22 132:19 190:15 200:7 211:16 214:14

216:18 239:5
**watched** 18:8
**water** 17:21 20:12 69:13,15 113:16,17,25,25 114:1,4,12 220:18,19,23,24 221:22 224:10 226:4,5,15,16,25,25 227:4 228:2,24 229:10,12,13 229:14,15,17,19,20,23,24 231:12,13,14,17
**Waterfall** 226:6,6,10 228:12 229:25 230:11 231:5,9,14,22 232:2
**way** 7:21 24:20 57:21 67:5 75:21 78:6,24 79:19 96:4 103:21 108:17 114:21 120:21 129:3 136:25 137:15 138:11 143:22 172:24 175:18 176:21 179:13 185:10 187:2 188:16 214:16 214:19 219:5,6,8,9 223:22 228:6 239:19
**ways** 14:13 59:4 198:23
**wealthy** 24:19
**weapons** 19:17 87:2,3
**wear** 232:10
**wearing** 202:17 223:1
**weathered** 151:24 167:7
**weave** 31:2
**web** 65:1,22 68:4
**website** 67:23
**weed** 29:22
**weeds** 102:9 103:25 105:2 112:13 113:13 119:2 130:21
**week** 6:12 11:2,9 61:23 62:11,20 240:5
**weeks** 9:17 10:19 62:25 64:5 68:25 227:15 228:9
**weight** 36:14
**welcome** 7:3
**well-defined** 118:23,23,25
**welt** 18:10
**went** 13:2 14:16 24:7 39:9 62:4,5 62:5,15,16,17,22,22 95:6 104:21,22 121:16 138:14,15 139:22 143:18 145:18 163:18 163:20 195:9 209:16 210:22 210:24 211:6 220:21 231:20
**weren't** 187:4
**west** 2:4 11:4,5,6 38:2 40:8 43:5 43:6,10,11 45:5,5 46:10 139:13
**wet** 106:3 113:15 114:22
**we'll** 10:12 35:4 47:3,6 74:20 92:7 169:16 232:18 233:9,11 233:11 239:19 240:10 241:2,9
**we're** 7:1 21:18 22:11 31:21,22 31:22,24,24 32:14 56:23,24 57:8 92:23 108:23 109:6 133:5 147:15 148:9 150:24 166:5 168:22 169:19 172:4 179:24 236:24 238:9,24 240:7,12,20
**we've** 41:1 47:1 82:6 165:11 170:16
**white** 11:21 51:6 52:2 103:10
**Whiteflower** 15:4,15 20:19 52:13 52:19
**widely** 26:6
**width** 170:21
**wife** 196:6
**Wig** 76:13
**Wikipedia** 58:6
**willing** 238:25
**win** 54:24
**window** 167:20,21
**windows** 156:18
**wing** 60:9
**wired** 240:12
**wish** 98:20 237:17
**withdrawn** 96:3 124:16 129:8

175:23 208:9 213:20 216:13
**witness** 9:1 12:23,23 25:20 28:23 36:5,7,16,20 39:19 40:22 41:8,10 42:11,21,23 43:24 46:15 50:21 56:23 57:3 59:1 79:2 80:25 83:19 92:3,25 93:6 101:18 106:15,21 127:12 128:23 136:15 141:3 161:14 164:2 174:4 178:16 182:1 190:24,25 191:2,5 212:14 213:21 215:10,20,22 226:19 226:19,23 227:3,7 233:18,25 234:21 235:9 236:18,25
**witnessed** 20:7
**witnesses** 10:4,19 13:22 14:6,15 24:3 25:11 26:3 27:2,18 28:25 34:19 35:4 235:17 237:10 238:5,13 239:11,23
**witness's** 50:4,23 51:21
**woman** 13:6
**women** 19:8
**wondering** 11:9
**wooden** 129:11 154:7 170:14 215:19
**word** 16:2 78:23 82:14 83:5,23 83:24 84:2 89:19 96:18 194:7 230:17
**words** 29:21 155:25 168:7 173:1 173:8 203:14 208:16,19 220:9 221:15,18 233:23 234:19 235:3
**work** 5:15 32:18 37:2 38:20,23 39:1,12 80:11 81:17 82:5 119:14 188:2 237:18,20,25 238:14 239:1,11
**workable** 236:8
**worked** 15:6 26:14 33:11 38:1,3 80:12
**working** 34:22 38:7 139:8 192:6 192:20,22 235:16 237:20 238:6
**works** 52:1
**world** 11:14 24:10,18 25:1,21,25 27:12 35:9 37:12 40:4,5,6,12 41:18 120:21
**worse** 27:12 70:23 179:17
**worst** 25:14,20 27:12
**wouldn't** 27:16 28:18,20 74:8 75:25 184:25 185:24 186:18
**wounded** 88:1,2,4
**write** 31:7,8
**writing** 65:4 152:24 153:12,14 156:18,20 157:6,8 162:10 162:22,24 183:22 204:14 208:15,25 209:2,5 210:8,9,10 211:3,4
**writings** 156:11 183:25
**written** 21:23 173:1 208:6,13 209:4 210:11,13
**wrong** 57:18 65:20 78:23 89:12 141:7 237:7
**wrote** 65:5
**Wylie** 2:2,20 23:4,6 24:16 32:12 33:8 100:24 107:14 110:17,23 112:20 113:10 126:25 135:5 141:18 146:22 150:18 161:7 164:25 181:18 182:3,6 185:14 185:17 187:25 188:2,3,11 189:11 190:1 207:7 212:15 239:16

**Y**

**Y** 176:5
**yards** 32:13 97:10
**Yeah** 115:8 119:11 121:22 126:2 130:5

**year** 14:16 25:12 39:10 56:9 62:17 63:21 65:19 68:4 71:6 77:22 132:1 191:10
**years** 12:2 18:10 23:21 30:3,22 31:11 70:24 85:17 182:14 235:17
**Yeaton** 15:9,17 20:20 21:1,3,7
**Yeaton's** 15:12,14 20:22
**Yella** 230:16,17,19,20,22 231:2,3 231:5,11,12,14,23 232:2
**yesterday** 6:5
**Yolanda** 11:19 12:1,3 23:14
**York** 37:13
**young** 12:3 69:21
**youth** 205:10

**Z**

**zoom** 109:11 171:13 195:11 196:19 197:8 199:4
**zoomed** 124:18
**zoomed-in** 124:15
**zooming** 109:22 171:15
**Zorzor** 194:18,19,20 195:8,17,20 195:24 196:1,11,12,15 197:5 197:11 198:7,12,16,21,25 199:5,9,13,24 200:1,3,11

**0**

**06-20758-CR-ALTONAGA** 1:3

**1**

**1** 3:5,6,14,24 39:18,20 40:3,15 40:19 41:2 69:11 99:8,14 101:1,21,24,25 105:6 146:2,6 146:24 147:6,9,20,21 181:3,5 181:20
**1,800** 192:17
**1:15** 92:5,8
**1:19** 93:3
**1:20** 93:8
**1:29** 99:20
**1:30** 101:7
**1:41** 107:17
**10** 3:8 47:3,6 99:8,14 101:1 111:6,10,13 115:19 146:2,6,24 148:4 169:16 181:3,5,20
**10:36** 36:22
**10:42** 39:21
**10:43** 40:19
**10:44** 41:12
**10:45** 42:10
**10:46** 42:25
**10:47** 44:1
**10:48** 44:20
**10:50** 46:16
**10:53** 47:5,7
**100** 54:12 70:1 77:17 96:9 99:13 99:19 101:6 174:11,20 178:9
**101** 3:14,15 99:13,19 101:6 174:11,20
**102** 99:13,19 101:6 174:11,20,22
**107** 3:16
**108** 3:16 106:19,24 107:1,4,13 107:16 108:7,7,10 109:23 110:10 175:16,19 189:15,20 189:22 190:4
**11** 99:8,14 101:1 111:6,10 112:7 146:2,6,24 148:4,13 181:3,6 181:21
**11th** 233:9
**11-4** 240:14
**11:01** 47:9
**11:05** 49:20
**11:20** 61:17
**110** 3:16 106:19,24 107:1,4,13 107:16 108:7,7,10 109:23 110:10 175:16,19 189:15,20 189:22 190:4
**111** 4:1,2 163:24 164:4,7,23

165:2,22
**112** 163:25 164:23
**113** 163:25 164:23
**114** 163:25 164:24 166:25 171:7 175:5
**115** 163:25 164:24
**116** 163:25 164:24
**117** 163:25 164:24
**118** 4:1,2 163:25 164:4,7,24 165:2,22 166:5
**119** 3:17 126:13,15,18,20,24 127:2,4
**12** 3:7 95:4 99:8,14 101:1 113:20 113:23 114:14 146:2,6,24 148:13 151:9,12,13 181:4,6,21
**12th** 23:14
**12-2** 2:9 242:6
**12:00** 88:18
**12:06** 92:3,10
**12:07** 92:22
**12:15** 92:24
**120** 3:18 134:13,15,20,21 135:2 135:7,13
**121** 3:18 134:14,15,23,24 135:2 135:7,22,23
**122** 3:18 134:14,15,25 135:3,7 136:4,5
**126** 3:17
**127** 3:17
**13** 99:8,14 101:1 136:3 181:4,6 181:21
**134** 3:18
**135** 3:18
**14** 3:13 99:8,14 101:1 114:8,11 114:14 146:3,6,24 148:15,18 148:19 161:12 181:4,6,21
**140** 3:19
**141** 3:19
**146** 3:21,22,23
**147** 3:24
**15** 3:17,18 44:8 99:9,15 101:1 116:3 146:3,7,25 181:4,6,21
**150** 2:4
**16** 3:11,16 26:2 72:3,12,15,19 82:13 99:9,15 101:2 116:3,11 146:3,7,25 148:22,25 149:2 181:4,6,21
**160** 3:25
**161** 3:25
**164** 4:1
**165** 4:2 178:3,4,6 179:1
**17** 146:3,7,25 148:22,25 149:18 181:4,6,21
**173** 25:12,13
**177** 25:13,13
**18** 146:3,7,25 148:22,25 149:25
**181** 4:3,4,5
**182** 2:20
**1820s** 61:12 71:8
**1847** 73:12
**189** 2:21
**19** 3:6 99:9,15 101:2 116:3 146:3 146:7,25
**19th** 194:11
**191** 2:22,23
**1947** 50:6
**1960s** 79:16
**1971** 191:11
**1977** 11:19 23:14
**1980** 65:11,13 66:5 74:13
**1984** 54:6
**1985** 52:25 53:3 54:7,14
**1987** 12:16
**1988** 33:19
**1989** 26:8,20 65:6 66:8,17 67:19 67:24 85:17 86:10
**1990** 26:11 66:12,13 67:9
**1990s** 13:12

**1996** 65:6 67:19,24 68:7
**1997** 26:14 68:1,5,17,22 76:15 84:16 85:17 86:10 88:7,9 90:10,16 91:16
**1998** 19:1 26:17
**1999** 16:18 19:2 50:8,12,22 51:14 53:17 60:17 63:23 76:6 76:15 77:20 91:16 182:19 186:14,19,20 193:7,8,14,25 194:4,6 200:10 201:23,25 203:19,25 205:8,22 206:10,13 206:21,24 210:22 211:4,6 212:6,19,24 213:13 232:9

**2**
**2** 3:7,8,17,20 4:2 41:9,12 42:5,10 42:16 99:8,14 101:1 103:4,7,8 140:21,22,25 141:17,20 142:11,14 143:8 146:2,6,24 147:6,9,15,17 181:3,5,20
**2:00** 126:16 127:2
**2:09** 134:16
**2:11** 135:8
**2:19** 140:23
**2:21** 141:20
**2:27** 146:9
**2:28** 147:2
**2:44** 160:24 161:9
**2:46** 164:5
**2:47** 165:3
**2:56** 169:18
**2:57** 169:21
**20** 3:5,10,12,19 4:5 6:8 115:19 146:3,7,25 181:4,6,21 201:9
**20th** 232:7,9
**200** 32:13
**2000** 14:16 182:21
**2001** 182:21
**2002** 14:17,21,24 20:16 182:21
**2003** 15:23,25 50:8,12,22 51:14 53:17 60:17 63:23 68:22 91:17
**2004** 185:12
**2005** 39:4 61:20 62:2,4 63:22 64:4,19 69:3 70:20 185:12
**2006** 15:25 30:22 37:8 38:5 64:14,15 69:25
**2007** 39:8 62:10 63:22 64:4 69:3 70:20 94:2,3,10 95:17 98:5 100:6,18 107:10 136:21 146:16 154:20 155:4,7 164:21 179:25 180:6,7 181:11,12 182:8,17,18,22 183:2,3,6,7,9 183:16,17,21 184:3,19 186:12 186:17 187:20 210:14,16,22 210:24 211:2
**2008** 1:7 63:22 64:4 69:3 70:20
**202.514.3270** 1:23
**20530** 1:23
**207** 150:21
**21** 3:9 99:9,15 101:2 117:5,8 135:19 146:3,7,25 181:4,6,21
**22** 3:19 99:9,15 101:2 116:24 146:3,7,25
**23** 3:25 99:9,15 101:2 116:24 181:3,4,5,6,20,21
**23rd** 196:12 200:10 232:5,9
**24** 3:23 99:9,15 101:2 116:24 117:22 146:3,7,25 181:4,6,21
**242** 2:24
**25** 3:9,10 99:9,15 101:2 116:24 117:5 146:3,7,25 153:8 181:4 181:6,21
**26** 146:3,7,25 153:23 154:1,2 181:4,6,21
**27th** 141:14
**28** 99:9,15 101:2 118:10,13,17 118:19 146:3,7,25 154:12,15

154:16
**28th** 6:5 94:10 98:5 100:6,18 107:10 136:21 146:16 154:20 155:4,7 164:21 179:25 182:8 187:20
**29** 1:7 99:9,15 101:2 118:10,13 118:17

**3**
**3** 3:9,19 42:22,25 43:18,21 140:21,22,25 141:17,20,23 142:1,2 146:2,6,24
**3-pronged** 135:24
**3:11** 169:23
**3:27** 181:7
**3:28** 181:22 182:5
**3:39** 189:13
**3:42** 191:6
**30** 99:9,15 101:2 118:10,13,17 179:7
**30th** 30:22
**300** 187:14
**305.523.5518** 2:9 242:7
**305.523.5519** 2:10 242:7
**305.536.4675** 1:20
**305.961.9234** 1:19
**305/530-7120** 2:5
**305/536-6900** 2:4
**31** 99:9,15 101:2 119:4,19
**32** 99:9,15 101:2 119:4
**33** 99:9,15 101:2 120:1,3
**33128** 2:9 242:7
**33130** 2:4
**33132** 1:19
**34** 99:9,15 101:2 120:15,18 127:23
**35** 99:10,16 101:2 120:15,18 178:11 179:5
**36** 2:14,15 99:10,16 101:3 120:15,18
**37** 99:10,16 101:3 122:3
**39** 3:5 99:10,16 101:3 122:4

**4**
**4** 3:10 4:1 43:23,25 44:18,20 95:11 99:8,14 101:1 103:11,14 170:17,18 181:3,5,20 185:15 194:22
**4th** 1:19
**4:41** 233:15
**4:45** 240:4
**40** 3:6 99:10,16 101:3 122:20,24 146:3,7,25 156:14,17,18
**40-years-old** 24:25 28:17
**400** 2:9 242:6
**41** 3:7 99:10,16 101:3 122:20,24
**42** 3:8,9 99:10,16 101:3 123:7 146:3,7,25 155:17,20,21
**43** 3:9,10 99:10,16 101:3 123:8
**44** 3:10 99:10,16 101:3 123:18
**45** 99:10,16 101:3 124:1 146:3,7 146:25 156:23 157:1,3,5 179:9
**46** 3:11 99:10,16 101:3 124:7,10 124:17
**47** 99:10,16 101:3 124:7,10,17
**49** 3:10 99:10,16 101:3 124:12 124:17

**5**
**5** 3:11,12 4:3 46:14,16 49:15,20 51:11 69:22 99:8,14 101:1 104:9,12 146:2,6,24 152:16,18 181:3,5,20 224:15
**5:00** 201:2
**5:30** 232:17
**50** 99:10,16 101:3 124:21 179:12 179:13 187:14 235:13,22

236:25
**50-something** 179:11
**51** 99:10,16 101:3 124:21 146:4 146:7,25 160:3
**52** 99:10,16 101:3 125:11,14 146:4,8 147:1 160:3
**53** 99:11,17 101:3 128:10,13 146:4,8 147:1 160:4
**54** 99:11,17 101:4 128:10,13
**55** 99:11,17 101:4
**56** 4:13 99:11,17 101:4 146:4,8 147:1 162:5,8
**57** 99:11,17 101:4 125:21 146:4 146:8 147:1 162:5,8
**58** 99:11,17 101:4 128:24 129:2 146:4,8 147:1
**59** 99:11,17 101:4 128:24 129:2 146:4,8 147:1

**6**
**6** 3:15,20,21 4:4 99:8,14 101:1 105:19,22,23 140:21,22,25 141:17,20 143:2,5 146:2,6,24 152:19,22,23 181:3,5,20
**6th** 191:11
**60** 4:14 99:11,17 101:4 129:15 146:4,8 147:1 158:6,9,10
**61** 2:16 146:4,8 147:1 162:15,18 162:19
**611(b)** 64:11 80:16
**62** 99:11,17 101:4 129:15 178:9
**63** 99:11,17 101:4 130:16,19,20
**65** 99:11,17 101:4 130:23 131:1 131:4
**66** 99:11,17 101:4 130:23 131:6
**67** 99:11,17 101:4 132:24
**68** 3:25 160:22,23 161:1,3,5,9,11 161:19,20
**69** 99:11,17 101:4 132:25

**7**
**7** 3:18,20 18:5 140:21,22,25 141:17,20 144:2,5,6 146:2,6 146:24 157:14,17,18,22 181:3 181:5,20
**70** 99:11,17 101:4 133:15,18
**71** 99:11,17 101:4 132:25 133:9
**72** 99:12,18 101:4 132:25
**73** 99:12,18 101:5 132:25 133:5
**74** 99:12,18 101:5 137:21
**75** 26:15 99:12,18 101:5 167:25 168:3,6,7
**76** 167:25
**77** 99:12,18 101:5 167:25 168:3 168:6
**79** 99:12,18 101:5 168:11,15 169:3

**8**
**8** 3:22 99:8,14 101:1 111:6,10 146:2,6,24 159:18,21,22 170:17,19 181:3,5,20
**8:30** 241:1,12,13
**80** 99:12,18 101:5 168:11,16 207:8
**80s** 26:6
**803(2)** 51:22
**803(20)** 57:6,10
**81** 99:12,18 101:5 168:11,16
**82** 99:12,18 101:5 168:11,16
**83** 99:12,18 101:5
**84** 99:12,18 101:5
**85** 24:24 99:12,18 101:5 168:11 168:16,22
**86** 99:12,18 101:5
**87** 99:12,18 101:5
**88** 2:17
**89** 99:12,18 101:5 170:2,5,8

**9**

**9** 3:25 146:2,6,24 159:18,21,22
  181:3,5,20
**9/29/08** 61:17 88:18 182:5
  189:13
**9:28** 6:20
**9:30** 233:3 240:4 241:10
**9:38** 7:2,8
**90** 99:12,18 101:5 171:25
**90s** 178:2
**91** 99:12,18 101:5 172:8
**92** 99:13,19 101:5 172:12,16,17
**93** 2:18,19 99:13,19 101:6 173:4
  173:7
**94** 99:13,19 101:6 173:16
**95** 99:13,19 101:6 173:16
**950** 1:23
**97** 88:6 99:13,19 101:6 173:10
**98** 99:13,19 101:6 174:2,2,4
**99** 1:19 3:13 19:22,23 26:17
  32:20 99:13,19 101:6 174:2,2