UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 06-20758-CR-ALTONAGA

THE UNITED STATES OF AMERICA,

       Plaintiff,

                          MIAMI, FLORIDA

vs.

                          SEPTEMBER 30, 2008

ROY M. BELFAST, JR., a/k/a
CHUCKIE TAYLOR, CHARLES
M-ARTHUR EMMANUEL, CHARLES
TAYLOR, JR. and CHARLES
TAYLOR, III,

       Defendant.

_____

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE CECILIA M. ALTONAGA,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                KAREN ROCHLIN, A.U.S.A.
                CAROLINE HECK-MILLER, A.U.S.A.
                Office of the U.S. Attorney
                99 N.E. 4th Street
                Miami, FL  33132 - 305.961.9234
                (Fax) 305.536.4675
                Email:  karen.rochlin@usdoj.gov
                        caroline.miller@usdoj.gov

                CHRISTOPHER GRAVELINE, Trial Attorney
                U.S. Department of Justice
                950 Pennsylvania Avenue, N.W
                Washington, D.C. 20530 - 202.514.3270
                christopher.graveline@usdoj.gov

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

**September 30, 2008**

FOR THE DEFENDANT:

JOHN WYLIE, A.F.P.D.
MIGUEL CARIDAD, A.F.P.D.
Federal Public Defender's Office
150 West Flagler Street
Miami, FL  33130 - 305/536-6900
                (Fax) 305/530-7120
Email:  miguel_caridad@fd.org
                john_wylie@fd.org

REPORTED BY:

BARBARA MEDINA
Official United States Court Reporter
400 North Miami Avenue, Ste. 12-2
Miami, FL  33128 - 305.523.5518
                (Fax) 305.523.5519
Email:  barbmedina@aol.com

- - - -

## TABLE OF CONTENTS

                                                                Page

Rufus Kpadeh By Ms. Heck-Miller ............................ 7

     Direct Examination .................................... 7

     Cross-Examination By Mr. Wylie ...................... 101

     Redirect Examination By Ms. Heck-Miller ............. 174

Henry Marwolo ........................................... 183

     Direct Examination By Ms. Heck-Miller ............... 183

     Cross-Examination By Mr. Wylie ...................... 208

     Redirect Examination By Ms. Heck-Miller ............. 217

Reporter's Certificate .................................. 227

## INDEX TO EXHIBITS

Exhibits                        Marked for          Received

**TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION**
**September 30, 2008**

| | | | | Identification | | in Evidence | |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | Description | | | Page | Line | Page | Line |
| 3 | Government Exhibit 27 .......... | | | 39 | 21 | 40 | 16 |
| 4 | Government Exhibits AT 1, ...... 2, 3, 4, 5 | | | 51 | 1 | 51 | 18 |

CITATION INDEX

Page

SIDEBAR CONFERENCE INDEX

Descriptions                                                   Page

Sidebar Conference Begins ................................  199

Proceedings In Open Court Resume .........................  207

ADMINISTRATIVE CONVENTIONS:

       When counsel does not identify themselves each time they

address the Court during a telephone conference, the

industry-standard speaker identification is indicated by

chevrons, i.e., >>>:

September 30, 2008

1   THE COURT:   Good morning.   Are we ready to proceed?

2   MR. CARIDAD:   Judge, Miguel Caridad, on behalf of

3   Mr. Emanuel.   I would like to discuss the issue of the

4   interpreter.

5   I spoke to the interpreter the Government referred to

6   yesterday.   I was able to locate a case he worked on in

7   Chicago.   I called the attorney who defended that case who

8   highly recommended this gentleman.   So my only concern is that

9   he be available for us as well, and I spoke to him outside the

10   courtroom today and he's pretty sure that he will be, but he'll

11   know for sure around 11:30 our time because he has to check

12   with somebody.

13   So that's my only concern, that unless we get the same

14   service that the Government gets, we would object to him being

15   an interpreter, not because of his qualifications, but because

16   we need the interpreter as much as the Government does.   As

17   long as that's understood, we have no objection to him

18   THE COURT:   I'll hear from the Government.   Can we

19   have that guaranty?

20   MS. HECK-MILLER:   Your Honor, this person is a free

21   agent.   I cannot press him into service.   I don't believe he's

22   unwilling to work further in this case.   I think he wants to

23   check his schedule.

24   I want to emphasize at this point the Government has

25   engaged him   It's not as if he is now working for the Court,

1    but not available fully.   We engaged him simply because we are

2    indigent and in the same situation as Mr. Caridad.   So I think

3    we should proceed.   He's available now.   He would be available

4    during cross-examination of this witness should Mr. Caridad

5    need him and I think that Mr. Ibeagha and anyone else that

6    Ms. Tomasini may find may provide the resource that Mr. Caridad

7    needs.   But I don't really see a logical linkage between our

8    not being able to proceed now and Mr. Caridad being guaranteed

9    an interpreter later in the trial.

10           I believe --

11           THE COURT:   Here is the rule that I will announce:

12   We'll begin with the gentleman so we don't hold up the trial.

13   I will instruct the jury if at any time they don't understand

14   the witness, if we could see a show of the hand and that way

15   the interpreter will restate whatever the testimony was that

16   was not comprehensible to us, and, third, if at 11:30 he says

17   he's not available weeks down the road during the defense case,

18   then he stops being of service to any party in this case.

19           MS. HECK-MILLER:   Your Honor, may I suggest that the

20   Government would like to proceed with the process that the

21   Court has outlined, asking jurors to raise their hands if they

22   don't understand, but if the juror does not understand we first

23   try to have the witness repeat the word or if may be able to

24   incorporate it in a question.

25           The Court wishes not to use the interpreter unless

**September 30, 2008**

1  it's absolutely necessary.

2          THE COURT:  Very well.

3          MS. HECK-MILLER:  Thank you, Your Honor.

4          THE COURT:  Let's have the interpreter here.  Is he or

5  she in the courtroom?

6          MS. HECK-MILLER:  He's out in the anteroom

7          THE COURT:  That way if the need should arise, there

8  will be no delay.

9          MS. HECK-MILLER:  So the record will be complete, I

10 would like to submit to the Court a copy of the interpreter's

11 credentials.

12          Your Honor, to my left is Mr. Anthony Ibeagha whose

13 credentials you now have.  If it's agreeable, we would like to

14 have him sit in the spectator area or one of the side chairs.

15          THE COURT:  Why don't we have him sit where normally

16 the interpreter would sit so if we need him, we won't have to

17 wait for him to walk through the courtroom and engage in

18 further delay?  He can sit like any other interpreter and not

19 have his services commence unless and until you indicate he

20 needs to interpret.

21          Where is the witness, please?

22          MS. HECK-MILLER:  Your Honor, could we also check to

23 make sure this malfunction we had yesterday is not happening

24 here so when the touch screen is used --

25          THE COURT:  You can do something with it.  I don't

**September 30, 2008**

# Kpadeh - Direct

1  know.  If you want to try.

2              MS. HECK-MILLER:  It's good.

3              Ready, Your Honor.

4              THE COURT:  Let's bring the jury in.

5          [The jury returns to the courtroom at 1:18 p.m.]

6              THE COURT:  Everyone please be seated.  Welcome back,

7  ladies and gentlemen.  Good morning.

8              Please proceed.

9              MS. HECK-MILLER:  Thank you.

10              RUFUS KPADEH, GOVERNMENT'S WITNESS, RESUMED

11                  DIRECT EXAMINATION (cont'd)

12  [Beginning at 1:18 p.m., 9/30/08.]

13              MS. HECK-MILLER:  Your Honor, I think I might have

14  left something turned on in my briefcase.  If I could just turn

15  it off.

16              THE COURT:  Sure.

17              Everyone is a little warmer today.  Right?

18              MS. HECK-MILLER:  Thank you, Judge.  I do not want

19  that going off.

20  BY MS. HECK-MILLER:

21  Q.  Mr. Kpadeh, you recall yesterday that you were testifying

22  about having been held in some pits or holes at the Gbatala

23  Base.  Do you recall that?

24  A.  Yes.

25  Q.  What are there occasions when you were taken out of the

**September 30, 2008**

## Kpadeh - Direct

1  pits?

2  A.   Say that.

3  Q.   What caused you to be taken out of the pits?

4  A.   They order me to get out of the pit.

5         THE COURT:   Just one second.  I'm sorry to interrupt.

6         Ladies and gentlemen, if at any time you don't

7  understand any of the witnesses, please just raise your hand to

8  let us know you're having difficulty either hearing or

9  understanding.   We'll either have the witness restate the

10  testimony or we also have an interpreter available who may be

11  able to interpret as well.

12         Please continue.

13         MS. HECK-MILLER:   Thank you, Your Honor.

14  BY MS. HECK-MILLER:

15  Q.   What sort of activities were you taken out of the pits for,

16  Mr. Kpadeh?

17  A.   The first time I was taken out of the pit to take, to go

18  out for torturing.

19  Q.   What sort of activity was this?

20  A.   When I was taken out of the pit I was ordered by Chuckie to

21  go and tote a log on my shoulder.

22  Q.   When you say you were ordered to tote a log on your

23  shoulder, where did that occur?

24  A.   From the pit to the training ground where they used to

25  train.

**September 30, 2008**

## Kpadeh - Direct

1   Q.   Was anyone else taken out of the pit at that time?

2   A.   No.

3   Q.   Approximately when was this?

4   A.   It was in September.

5   Q.   What type of log were you ordered to tote?

6   A.   It's a size of a lamp pole.

7   Q.   And about how long was it?

8   A.   About six feet long.

9   Q.   Can you describe the area where you were made to tote that

10  log?

11  A.   Yes.

12  Q.   Please describe that for us.

13  A.   The place is like a rim  They got three posts.  You

14  continue to run around it while they're knocking you with

15  another metal.

16  Q.   What was it that you were running around?

17  A.   It was a means of punishment.

18  Q.   Was there a physical structure at the center of where you

19  were running?

20  A.   Yes.

21  Q.   What was that physical structure at the center of where you

22  were running?

23  A.   They have another post standing that you have to run around

24  it.

25  Q.   Was there anything on top of those posts?

**Kpadeh - Direct**

1  A.   Yes.   They have steps on top where they used to sit to

2  watch the view of the base.

3  Q.   Now, was this log heavy or light?

4  A.   It was heavy.

5  Q.   And how did you hold the log?

6  A.   I have to hold it one way and start running around the rim

7       MS.  HECK-MILLER:   Your Honor, may the record reflect

8  the witness put his hands up to his right shoulder as he so

9  testified?

10      THE COURT:   The record so reflects.

11 BY MS.  HECK-MILLER:

12 Q.   While you would hold this log and run around the posts, was

13 there anything else that was happening with regard to this log?

14 A.   Yes.   When you hold the log while you go around the rim,

15 they would start to knock it on the shoulder.

16 Q.   Who would start to knock it on your shoulder?

17 A.   The soldiers.

18 Q.   What were they using to knock the rod?

19 A.   They have another heavy rod that would knock it so I would

20 feel the pain of it.

21 Q.   Was it painful to carry the log?

22 A.   Yes.

23 Q.   Did the pain change when the soldiers would knock the log

24 with the metal?

25 A.   Yes.

**September 30, 2008**

## Kpadeh - Direct

1  Q.   In what way did the pain change when the soldiers would

2  knock the log with the metal?

3  A.   When they hit the log with the metal, I would always feel

4  severe pain running down my body.

5  Q.   How long did you have to continue running with this log on

6  your shoulder and the soldiers knocking it?

7  A.   When they tired, they let you go.

8  Q.   Do you recall how long it was before they let you go?

9  A.   It was more than 45 minutes.

10  Q.   Why did you not stop running yourself if you felt this

11  pain?

12  A.   Because I was afraid of death.

13  Q.   Was there a name for this activity?

14  A.   Yes.

15  Q.   What was the name?

16  A.   To run around the rim  This is what I heard from them

17  Q.   Did you have to run the rim more than one time?

18  A.   No.

19  Q.   Did you see anyone else being made to run the rim?

20  A.   No.

21  Q.   Now, you've shown us that you were holding the log on your

22  right shoulder.   Did you move the log to your left shoulder at

23  any time?

24  A.   No.

25  Q.   Why not?

**September 30, 2008**

## Kpadeh - Direct

1  A.   Because I was not told to do so.

2  Q.   What did this activity do to your right shoulder?

3  A.   It put sore on my shoulder.

4  Q.   Did it cause blood?

5  A.   Yes.

6  Q.   Did it cause an injury?

7  A.   Yes.

8  Q.   And do you still have any marks from that injury?

9  A.   Yes.

10  Q.   Is there a scar?

11  A.   Yes.

12         MS. HECK-MILLER:   Your Honor, I would ask the Court's

13  permission for the witness to step down from the witness

14  stand -- he is wearing an undershirt -- remove his shirt and

15  allow the jury to see the scar.

16         THE COURT:   He may do so.

17  A.   (Complied.)

18  Q.   Mr. Kpadeh, could you roll your sleeve up rather than pull

19  it down?

20  A.   (Complied.)

21  Q.   And could you, please, walk in front of the jury box.

22  A.   (Complied.)

23  Q.   And turn your right shoulder turn the jury.

24  A.   (Complied.)

25  Q.   Thank you, Mr. Kpadeh.   You may return to the witness

## September 30, 2008

## Kpadeh - Direct

1   chair.

2   A.   (Complied.)

3   Q.   Now, Mr. Kpadeh, you told us -- withdrawn.

4           Who ordered you to run the rim?

5   A.   Chuckie ordered that I should be put into the rim and be

6   torture.

7   Q.   Were there other occasions that you saw Chuckie at Gbatala?

8   A.   Yes.

9   Q.   Did you see him every day?

10  A.   No.

11  Q.   Did you understand whether Chuckie was at Gbatala every

12  day?

13  A.   No.

14  Q.   What was your understanding of when Chuckie was at Gbatala?

15  A.   Every Wednesday or Saturday.

16  Q.   And was that in the daytime, the morning, the afternoon,

17  the night?  Can you tell us when on Wednesday and Saturday

18  Chuckie was at Gbatala?

19  A.   Sometime in the evening.   Sometime in the noon.   Sometime

20  in the morning.

21  Q.   How did Wednesdays and Saturdays compare with other days at

22  Gbatala?

23  A.   It was very terrible on Wednesday and Saturday when he

24  comes.   He pick out somebody out of the jail or punish somebody

25  from the jail.

## Kpadeh - Direct

1  Q.   Were the prisoners frightened when Chuckie came around?

2  A.   Yes.

3  Q.   What would the prisoners do as a result of being frightened

4  when Chuckie came around?

5  A.   When he comes at the jail compound, everybody would fight

6  to come behind so you can't sit in front for him to call for

7  you.

8  Q.   Ordinarily, did prisoners want to sit in the back of the

9  pit or the front of the pit?

10  A.   In the absence of him, everybody would like to sit in the

11  front of the pit.

12  Q.   Why is that?

13  A.   Because any time they bring food, you be the first to

14  receive.

15  Q.   When Chuckie would come around, did that preference for

16  being in the front of the pit change?

17  A.   Yes.

18  Q.   And what would happen?

19  A.   Everybody would like to sit at the back so that he can't

20  offer you.

21  Q.   Did there come a time when you had an experience or more

22  than one experience at Gbatala involving the game of football?

23  A.   Yes.

24  Q.   What happened to you -- withdrawn.

25         First of all, Mr. Kpadeh, when you refer to football,

## Kpadeh - Direct

1  is that the game that in America we call soccer?

2  A.   Yes.

3  Q.   What happened to you at Gbatala Base with regard to the

4  game of football?

5  A.   The soldiers at the jail used to pull us out to play a

6  stone as a football.

7  Q.   What do you mean "to play a stone as football"?

8  A.   To play a stone as soccer.

9  Q.   What did the prisoners have to do when the soldiers would

10  make the prisoners play stone football?

11  A.   We have to play the ball and there was a time one of the

12  prisoner complain to Chuckie that this is what the soldiers

13  were doing to us and he said he wanted to see it lively.

14  Q.   And what happened when Chuckie said that?

15  A.   There was a time that when he came, they put us out to play

16  the stone as soccer.

17  Q.   Were the prisoners divided into teams?

18  A.   Yes.

19  Q.   And what did each team have to do?

20  A.   Each team have to go one direction.   The other team go in

21  the other direction, and play the stone as soccer until one

22  team was defeated by the other.

23  Q.   How big was the stone the prisoners had to use to play

24  stone football?

25  A.   It's the size of like this.

**September 30, 2008**

## Kpadeh - Direct

1          MS. HECK-MILLER:  Your Honor, may the record reflect

2  the witness is indicating about 12 to 14 inches with his hands?

3          THE COURT:  The record so reflects.

4  BY MS. HECK-MILLER:

5  Q.  And what did the prisoners wear to play stone football?

6  A.  Nothing.  You would play with your bare feet.

7  Q.  When playing stone football, did your feet have contact

8  with the stone?

9  A.  Yes.

10  Q.  What did that do to your feet?

11  A.  I have a cut on my feet.

12  Q.  Now, if the prisoners had to play until a goal was scored,

13  why did one team not just let the other team score a goal so

14  that stone football could be over more quickly?

15  A.  Because they have a referee.  The referee would have to

16  decide when the goal was a good goal or not.

17  Q.  Who was the referee?

18  A.  One of the soldiers.

19  Q.  While you were playing, who was watching?

20  A.  Chuckie was watching with some of his soldiers.

21  Q.  And what were the spectators doing while they watched?

22  A.  They sit and laugh at us.  When you play, sometime drop the

23  ball.  They would laugh.

24  Q.  What did Chuckie do?

25  A.  After they call the game, he left.

**September 30, 2008**

## Kpadeh - Direct

1  Q.   Did Chuckie also laugh?

2  A.   Yes.   He wanted to watch the game so he have to laugh.

3  Q.   Did you have to play stone football more than once?

4  A.   With Chuckie, one time.

5  Q.   And without Chuckie, did you have to play stone football

6  also?

7  A.   Yes.

8  Q.   Was playing stone football -- how did that feel?

9  A.   It was very painful.

10  Q.   Was there any other activity that Chuckie ordered that you

11  do?

12  A.   Yes.

13  Q.   What other activity did Chuckie order that you do?

14  A.   It was forceful sodomy, to have sex with one another.

15  Q.   Did something precede this event where Chuckie ordered

16  forceful sodomy?

17  A.   Yes.

18  Q.   What happened before that event?

19  A.   One person by the name of Nathaniel Koah complained to

20  Chuckie about having forceful sodomy with one another.   He say

21  he wanted to see whether it was the truth.

22  Q.   Did you hear that?

23  A.   Yes.

24  Q.   After Chuckie said that he wanted to see whether it was

25  true, what happened?

**September 30, 2008**

## Kpadeh - Direct

1  A.   He came down to the jail compound and pulled us out of the

2  jail, decided us two, one pressing.   They give you bar of soap

3  to use it on your penis and have your friend.

4  Q.   What happened after the prisoners had to use the bar of

5  soap on their bodies?

6  A.   It would make it easier to have your friend and tell your

7  friend to have it, too.

8  Q.   Did you have to commit sodomy on somebody?

9  A.   Yes.

10  Q.   And did somebody commit sodomy on you?

11  A.   Yes.

12  Q.   Again, Mr. Kpadeh, excuse me for asking this, but did this

13  cause pain?

14  A.   Yes.

15  Q.   Why did this cause pain?

16  A.   Because at that time I was still having sore on my penis.

17  Q.   Where was the defendant when you had to do this activity?

18  A.   He was on the scene.

19  Q.   And what, if anything, was the defendant doing?

20  A.   He sat and watch.   He did not say anything.

21  Q.   Was anyone else watching?

22  A.   Yes, he used to move with a crew.

23  Q.   What were the other people doing?

24  A.   To sit and laugh.

25  Q.   Did Chuckie laugh?

**September 30, 2008**

## Kpadeh - Direct

1  A.  Yes.

2  Q.  Was that the only time that you were forced to have sodomy

3  when you were at Gbatala Base?

4  A.  The soldiers were doing it to us before they complained to

5  him.  When he came, we did it in front of him.  It was the last

6  time I did it.

7  Q.  Why did you not refuse to participate?

8  A.  Because I wanted to save my life.

9  Q.  Mr. Kpadeh, you've told us that there were other --

10  withdrawn.

11      You have told us about three holes called Waterfall,

12  Belle Yella and Survivor.  Do you recall that yesterday?

13  A.  Yes.

14  Q.  Besides those three holes, were there other holes that you

15  observed at Gbatala Base?

16  A.  Yes.

17  Q.  And what, if anything, did you observe about these other

18  holes?

19  A.  Those holes were there.  They have other prisoners in it.

20  The time of the playing of the stone football, they brought

21  prisoners from there to play with us.

22  Q.  Did you see people coming out of the other holes?

23  A.  Yes.

24  Q.  Was there anything on top of the holes?

25  A.  Yes.

**September 30, 2008**

## Kpadeh - Direct

1  Q.   Besides the steel that you have already told us about,

2  what, if anything, was on top of the holes?

3  A.   We have kitchen over the hole.   When we say "kitchen" in

4  Africa, some things like a shelter where people sit when they

5  are working on the farm

6  Q.   And were these kitchens -- what were these kitchens made

7  out of?   What material?

8  A.   They are made out of palm thatch and sticks.

9  Q.   Palm thatch and sticks?

10  A.   Yeah.

11  Q.   Who used the kitchens?

12  A.   The kitchens were being used by the ATU soldiers.

13  Q.   What did the ATU soldiers use the kitchen for?

14  A.   You had a kitchen for every hole we were in, so that if it

15  was raining, they would put a mattress there and sleep.

16  Q.   Who would put a mattress?

17  A.   The ATU soldiers at the jail compound.

18  Q.   Where would the soldiers put the mattress?

19  A.   Over the hole that we are in.

20  Q.   And what would they do with the mattresses?

21  A.   They spread it and lie down on top of it.

22  Q.   Mr. Kpadeh, when, if ever, did you see any ATU soldiers

23  being put in holes?

24  A.   We used to be to the jail.   It was once they punish one of

25  the soldier and they brought him down and put him in the hole.

September 30, 2008

## Kpadeh - Direct

1  Q.   Did you see that?

2  A.   Yes.

3  Q.   What did you see done to the soldier who was punished and

4  put in a hole?

5  A.   They drag him on his back.

6  Q.   Was he wearing clothes or not?

7  A.   No clothes.

8  Q.   Did you see what happened to his body when he was dragged

9  on his back?

10 A.   Yes.

11 Q.   What happened to his body?

12 A.   His whole back have sore.

13 Q.   Now, you've also mentioned a barracks prison at Gbatala

14 Base.   Did you, yourself, ever see any barracks prison?

15 A.   No.

16 Q.   Did you see other areas of Gbatala Base besides where the

17 holes were?

18 A.   Yes.

19 Q.   What was it that caused you to see other areas of the base

20 besides where the holes were?

21 A.   When you get out of the hole, you see the view of the place

22 because the whole place they were training was a level ground.

23 Q.   Was the base at that time overgrown or was it clear?

24 A.   It was very clear.

25 Q.   How was it maintained in that clear condition?

**September 30, 2008**

## Kpadeh - Direct

1  A.   When they try to grow grass, they put prisoner out to cut

2  grass.

3  Q.   Were you ever put out to cut grass at Gbatala Base?

4  A.   Yes.

5  Q.   Please describe to us what that involved.

6  A.   They would give you a cutlass and give you a portion and

7  say "You have to cut the grass from there to the wall.   When

8       you finish cutting the grass, you go back to the jail."

9  Q.   When you were using this cutlass to cut grass, what were

10 you wearing?

11 A.   Nothing.

12 Q.   Mr. Kpadeh, you mentioned a name Nathaniel Koah.   Do you

13 recall that?

14 A.   Yes.

15 Q.   Who was Nathaniel Koah?

16 A.   Nathaniel Koah was one of the prisoners I met in jail.

17 Q.   Had you ever met Nathaniel Koah before Gbatala?

18 A.   No.

19 Q.   When you left Gbatala Base, was Nathaniel Koah still there?

20 A.   No.

21 Q.   Do you know what happened to Nathaniel Koah?

22           MR. WYLIE:   Objection.   Hearsay?

23           MS. HECK-MILLER:   I'll withdraw that, Your Honor.

24           THE COURT:   Okay.

25 BY MS. HECK-MILLER:

**September 30, 2008**

## Kpadeh - Direct

1  Q.   Mr. Kpadeh, did you know a person named Richie Abu?

2  A.   Yes.

3  Q.   Who was Richie Abu?

4  A.   He was a prisoner also that I met in jail.

5  Q.   At Gbatala?

6  A.   Yes.

7  Q.   And can you describe Richie Abu?

8  A.   Yes.   Richie Abu told me he was a businessman in Bong

9  County.

10  Q.   What, if any, languages did Richie Abu speak?

11  A.   Mandingo.

12  Q.   And how could you communicate with Richie Abu?

13  A.   He speak both English, but his language was Mandingo.

14  Q.   Mr. Kpadeh, do you speak more than one language?

15  A.   Yes.

16  Q.   Besides English, what other languages do you speak?

17  A.   I speak Loma and French.

18  Q.   Did there come a time when something happened with regard

19  to Richie Abu?

20  A.   Yes.

21  Q.   Please tell us what happened to Richie Abu that you,

22  yourself, personally observed.

23  A.   It was one night Chuckie came to the prison and call for

24  Richie Abu to get out of the hole with three other prisoners

25  and they were taken out and he carried them

September 30, 2008

## Kpadeh - Direct

1  Q.  Now, you said he called for Richie Abu and you also said

2  something about three other prisoners.  Is that correct?

3  A.  Yes.

4  Q.  Who were the three other prisoners?

5  A.  The three prisoners were called Yekpaulo and Tokpah.

6  Q.  Did the defendant call for them as well or only for Richie

7  Abu?

8  A.  He called for them and they went with him

9  Q.  Did you see the men taken anywhere?

10  A.  Yes.  They took them into the main barrack.

11  Q.  After the men were taken toward the main barrack, did there

12  come a time when you heard something?

13  A.  Yes.

14  Q.  How long was it until you heard something?

15  A.  They traveled about 10 minutes.

16  Q.  What did you hear?

17  A.  We heard the sound of a gun.

18  Q.  After the sound of the gun, did you hear anything else?

19  A.  Yes, we heard Richie Abu crying in Mandingo.

20  Q.  And could you hear him?

21  A.  Yes.  He were crying, say "Eh Allah, eh Allah, eh Allah."

22  Q.  What was the tone of his voice?

23  A.  He was crying normally as a voice crying in his dialect.

24  Q.  Did you hear any other voices?

25  A.  No.

**September 30, 2008**

## Kpadeh - Direct

1  Q.  Did you see anything else?

2  A.  Yes.

3  Q.  What did you see?

4  A.  We were in the hole.  We saw the view of fire blazing.

5  Q.  In what direction was the fire?

6  A.  The direction they took.

7  Q.  How long did the fire last?

8  A.  The fire, about 30 minutes.

9  Q.  Did you see Richie Abu or the other men after that?

10 A.  No.

11 Q.  Now, Mr. Kpadeh, with regard to the issue of fire, did

12 anything ever happen to you involving fire?

13 A.  Yes.

14 Q.  Tell us, please, what happened to you involving fire.

15 A.  The soldiers at the jail took melted plastic sheets, had

16 fire on it and started burn my body with it.

17 Q.  And how did they do that?

18 A.  They took the plastic and then put it on piece of stick,

19 light it on fire and told me to put my hand on the wire, their

20 feet on my two hands, start to light the fire and the molten

21 drop on me.

22 Q.  Was it the fire they put on you or the burning plastic?

23 A.  The burning plastic have a fire.

24 Q.  Can you tell us, please, how that felt?

25 A.  It was very painful.  I felt bad.

**September 30, 2008**

## Kpadeh - Direct

1  Q.   Did that leave any marks on your body?

2  A.   Yes.

3  Q.   Do you still have any of those marks?

4  A.   Yes.

5  Q.   Where on your body do you have marks from burning plastic?

6  A.   On my hands.

7  Q.   Do you have any marks above your hands?

8  A.   Yes.

9  Q.   Where on your body do you have marks from burning plastic

10 above your hands?

11 A.   All on my arm.  Part of my body.  I no have shirt on.  I no

12 have trousers.

13 Q.   What, if any, marks do you have on your right forearm?

14 A.   The right foot is the mark of the stone football.

15 Q.   Mr. Kpadeh, I was not asking -- let me repeat.  What marks,

16 if any, do you have on your right forearm, the front part of

17 your arm between the elbows and your wrist?

18 A.   I have marks there with the burn and on my foot.

19          MS. HECK-MILLER:   Your Honor, I would request

20 Mr. Kpadeh be permitted to step down in front of the jury box

21 and show the marks on his right forearm.

22          THE COURT:   He may do so.

23 A.   (Complied.)

24 Q.   Thank you, Mr. Kpadeh.  If you could take the witness

25 stand.

**September 30, 2008**

## Kpadeh - Direct

1    A.    (Complied.)

2    Q.    Mr. Kpadeh, did this activity of burning plastic onto you

3    take place while you were in the pit or out of the pit?

4    A.    When I was in the pit.

5    Q.    Did it happen to you one time or more than one time?

6    A.    More than one time.

7    Q.    Was the defendant present when that happened to you?

8    A.    No.

9    Q.    Mr. Kpadeh, were there other things that the ATU guards

10   made you do?

11   A.    Yes.

12   Q.    Were you required to eat anything that was not food?

13   A.    Yes.

14   Q.    What happened to you in that regard?

15   A.    When they used to smoke the cigarette, they would give you

16   the butts and say you have to eat it.

17   Q.    What was it you would have to eat?

18   A.    You were forced.  They say "If you don't do it, I have to

19        do other thing to you."  So I have to eat it.

20   Q.    Mr. Kpadeh, can you speak more slowly, please?

21   A.    I said it was forced for me to eat it, so I have to eat it.

22   Q.    Was there anything you were required to drink that was not

23   drinkable?

24   A.    Yes.

25   Q.    What happened to you in that regard?

**September 30, 2008**

## Kpadeh - Direct

1   A.   When you were in the pit and you continue to say you want

2   to urinate, they would tell you you have to urinate in a cup

3   and drink your own urine.

4   Q.   Did that happen to you?

5   A.   Yes.

6   Q.   Did you have to drink your urine from a cup?

7   A.   Yes.

8   Q.   Did you see that happen to anyone else?

9   A.   Yes.

10  Q.   Did you see anyone else forced to eat a cigarette butt?

11  A.   Yes.

12  Q.   Was the defendant present when those things happened?

13  A.   No.

14  Q.   Mr. Kpadeh, does the term "bull-frog" mean anything in the

15  context of what happened to you at Gbatala?

16  A.   Yes.

17  Q.   What does bull-frog mean in connection with Gbatala?

18  A.   The bull-frog, they had an iron on their gun.  They would

19  take it out while you were in the water and start juking you

20  with it.  They would say we were catching bull-frog.  The

21  bull-frog lived in the water.

22  Q.   You used a word that was "juke."

23  A.   You know, when you hit the water with something, we call it

24  juke.

25  Q.   Did that happen to you?

**September 30, 2008**

## Kpadeh - Direct

1  A.   Yes.

2  Q.   What was this iron from their gun they were using?

3  A.   They used to use it to clean the barrel of the gun.

4  Q.   And did you get juked or stuck with this iron cleaning

5  device?

6  A.   Yes.

7  Q.   Where on your body did that happen?

8  A.   On my arm, right here, and my left hand.

9  Q.   Did that leave marks on your body?

10 A.   Yes.

11 Q.   Did you observe any barbed wire at Gbatala?

12 A.   Yes.

13 Q.   Where did you see barbed wire at Gbatala?

14 A.   The barbwire was around the whole prison compound.

15 Q.   Did you see any barbed wire specifically in connection with

16 holes?

17 A.   Yes.   They have the barbwire over some of the steel that

18 they have over the holes.

19 Q.   Was the barbwire on every hole or just on some holes?

20 A.   On some of the holes.

21 Q.   Now, you've told us that there came a time when you were

22 moved to a hole called Survivor.   Do you recall that?

23 A.   Yes.

24 Q.   Was there something that happened to you in Survivor that

25 did not happen in other holes?

**September 30, 2008**

## Kpadeh - Direct

1  A.   Yes.

2  Q.   What was it that happened to you in Survivor that did not

3  happen in other holes?

4  A.   The soldiers took wild driver ants and put it in the holes

5  only to bite my body.

6  Q.   What are wild driver ants?

7  A.   They are ants in Africa.   Sometime they go around palm nut.

8  Whenever you got palm nut around the place, they go and eat.

9         When they used to cook the palm butter, they would put

10 it inside the kitchen.   When the ants come, they whiz it and

11 put it in the holes so they bite us.

12 Q.   Can you describe what the bite of a wild driver ant feels

13 like?

14 A.   Yes, very painful because pit got.

15 Q.   When the soldiers would whiz these ants on to you and you

16 were in the Survivor pit, what would happen?

17 A.   You would have to fight them to kill all of them because

18 the pain would start.

19 Q.   Were you always able to kill every ant before they bit you?

20 A.   Some would climb up the wall and go by themself.

21 Q.   Did this process result in you being bitten by ants?

22 A.   Yes.

23 Q.   How did that feel?

24 A.   It was very painful.

25 Q.   Well, now, you've told us about pain that you felt.   What,

**September 30, 2008**

## Kpadeh - Direct

1   if anything, did you feel in your emotions during the time you

2   were at Gbatala Base?

3   A.   Say that?

4   Q.   What, if anything, did you feel emotionally in your

5   feelings when you were at Gbatala Base?

6   A.   The feeling was I felt that I was losing my life because of

7   the punishment I was going on.

8   Q.   What, if anything, did you do to try to get through the

9   experience?

10  A.   Nothing.  You have to stay with what they did.  You want

11  them to let you go, let you go.

12  Q.   What, if anything, did you do in your own mind to try to

13  get through the experience?

14  A.   There was no other way because the prisoner -- there's no

15  other idea to escape.

16  Q.   Did there come a time when you got out of the Gbatala Base?

17  A.   Yes.

18  Q.   About when was that?

19  A.   This was in October '99.  We were taken from the hole to

20  the barrack itself.

21  Q.   What hole were you taken from?

22  A.   We were taken from Survivor hole and taken to the barrack

23  itself.

24  Q.   Was it just you?

25  A.   No, we were many.

**September 30, 2008**

## Kpadeh - Direct

1  Q.   And did you know that you were going to be taken to the

2  barrack area?

3  A.   Yes, because that's one way out of the prison compound.

4  Q.   Who was it that ordered -- withdrawn.

5       Did you see the defendant that day?

6  A.   When we got at the barrack, yes.

7  Q.   When you got to the barrack, did the defendant say anything

8  that you heard?

9  A.   Yes.

10 Q.   What did you hear the defendant say that day when you got

11 to the barracks area?

12 A.   He told Compari to take us to Gbatala Police Station.

13 Q.   Did you hear any other instructions the defendant gave that

14 day?

15 A.   He told Compari not to talk to the human rights people

16 because they were going to the base for human rights abuse.

17 Q.   Now, when you were brought to the barracks area, what were

18 you wearing?

19 A.   Nothing.

20 Q.   What was your physical condition?  What was your hair like?

21 A.   Hair was bushy.  My hair was looking like a gorilla.

22 Q.   Did something happen at the barracks area with regard to

23 your appearance and clothing?

24 A.   Yes.

25 Q.   What happened there?

**September 30, 2008**

## Kpadeh - Direct

1  A.   We start to cut one another hair.   They give us soap.   We

2  took shower.   We came back at the barrack.   They brought

3  trousers, shirt and shower slipper to put on.

4  Q.   Did you have anything on your feet?

5  A.   Before get into the barrack, no, but leaving from the

6  barrack, yes.

7  Q.   What did they give you to put on your feet?

8  A.   Shower slipper.

9  Q.   Did the defendant say anything to you or the other

10 prisoners that day?

11 A.   Yes.

12 Q.   What did the defendant say?

13 A.   He said to us not to tell the Human Rights that we were

14 being detained at Gbatala jail, but, rather, at the Gbarnga

15 Police Station.

16 Q.   What happened after you got washed and your hair cut and

17 the clothing?

18 A.   We were put on a military Jeep and Compari and Mac drove us

19 to Gbarnga Police Station.

20 Q.   Who was Mac?

21 A.   Deputy to Compari.

22 Q.   Could you describe Mac?

23 A.   Mac slim in the body, dark in complexion.

24 Q.   Was Mac Liberian?

25 A.   No, Gambian.

**September 30, 2008**

## Kpadeh - Direct

1    Q.    How could you tell he was Gambian?

2    A.    Their speaking accents is different from Liberian.

3    Q.    Who, if anyone else, is Gambian?

4    A.    Compari.

5

6    Q.    Did Mac or Compari say anything to you on the way to --

7                MR. WYLIE:    Objection.   Hearsay.

8                MS. HECK-MILLER:    801(d)(2)(e) Your Honor.

9                THE COURT:    Overruled.

10   BY MS. HECK-MILLER:

11   Q.    Did Mac or Compari say anything to you on the way to the

12   Gbarnga Police Station?

13   A.    Yes.   Compari told me that when we get to Gbarnga Police

14   Station, we shouldn't tell anybody we were detained at Gbatala

15   Base.

16   Q.    What happened when you got to the Gbarnga Police Station?

17   A.    Before putting us into the police station jail, Compari

18   told me that he wanted to make friend with me and he wanted me

19   to be an ATU soldier.

20   Q.    What did you say in response to Compari saying he wanted to

21   be friends with you and for you to be an ATU soldier?

22   A.    I told him, say "No, I'm not well and I'm not interested in

23        being a soldier."

24   Q.    What happened when you got to the Gbarnga Police Station?

25   A.    We were turned over to the police and the police detain us.

**September 30, 2008**

## Kpadeh - Direct

1  Q.   Where in the police station did you go?

2  A.   To the cells of the police station.

3  Q.   And what did you do in the cells at the Gbarnga Police

4  Station?

5  A.   We were there.  Later on I saw my mother with my brother.

6  Q.   What did you do while you were in the cell?

7  A.   We were only there waiting to see what would be --

8  Q.   I'm sorry.  Did you finish your answer?

9  A.   I say we were there and waiting what could they say.  We

10  don't know what to carry on there for.

11  Q.   How long were you in the cell at the Gbarnga Police

12  Station?

13  A.   We were there about three to four hours.

14  Q.   And did you see your brother at some point when you were in

15  the Gbarnga Police Station?

16  A.   Yes.

17  Q.   Where was your brother?

18  A.   My brother was standing on the front desk.

19  Q.   Which brother is this?  What is his name?

20  A.   Massayan Borvah.

21  Q.   B-o-r-v-a-h?

22  A.   Yes.

23  Q.   Did you see -- was anyone with your brother at that front

24  desk at the police station that you could see?

25  A.   Yes, it was my mom

**September 30, 2008**

## Kpadeh - Direct

1   Q.   And did you see anyone else?

2   A.   Yes.

3   Q.   Who else did you see?

4   A.   I saw an Immigration officer was there.

5   Q.   And what happened to you at that point?

6   A.   Later we were put out by the police and my brother told me

7   that --

8          MR. WYLIE:   Objection.

9   BY MS. HECK-MILLER:

10  Q.   Mr. Kpadeh, please don't tell us anything your brother told

11  you.   I just want to ask what happened to you without telling

12  us what your brother told you.

13         Let me ask it this way:   Were you released?

14  A.   Yes.

15  Q.   Mr. Kpadeh, the whole time from when you were arrested at

16  the Gbalatuah bridge until you were released at the Gbarnga

17  Police Station, were you ever charged with a crime?

18  A.   No.

19  Q.   Were you ever brought before a Judge?

20  A.   No.

21  Q.   Did you ever have a trial?

22  A.   No.

23  Q.   After you were released from the Gbatala Base and the

24  Gbarnga Police Station, where did you go?

25  A.   I went with my mother in Monrovia.

**September 30, 2008**

## Kpadeh - Direct

1  Q.   And did you meet other family there?

2  A.   Yes.

3  Q.   Mr. Kpadeh, when you got to Monrovia, what was your

4  physical condition?

5  A.   I was very sick.

6  Q.   And had your weight changed?

7  A.   Yes.

8  Q.   In what way had your weight changed from the time that you

9  were detained at the Gbalatuah Bridge until the time you were

10  released?

11  A.   I lose weight and my whole body was peeled.

12  Q.   What do you mean your whole body was peeled?

13  A.   The water change the color of my body.

14  Q.   Did the water change the texture of your skin?

15  A.   Yes.

16  Q.   Did you have any sores or cuts or burns on your body?

17  A.   Yes.

18  Q.   What did you have on your body?

19  A.   The places that I were being tortured and the tying of the

20  rope made this marks and sores.

21  Q.   Did you have any problems with your lungs?

22  A.   Yes.

23  Q.   What, if any, problems did you have with your lungs?

24  A.   The water causes my lungs every time I want to breathe, I

25  have to start breathing with force.

**September 30, 2008**

## Kpadeh - Direct

1  Q.   Did you have any problems when you got out of the Gbatala

2  Base and the Gbarnga Police Department with your hands or your

3  fingers?

4  A.   Yes.

5  Q.   What problems did you have with your hands or your fingers?

6  A.   I said the tying of my hands at the pit causes my fingers

7  could not bend at all.

8  Q.   Were you able to move your hands and fingers normally?

9  A.   Not normal like before, because I used to write with this

10 hand.   Now I'm forced to write with my left hand.

11 Q.   What was your state of mind when you got out of Gbatala

12 Base?

13 A.   Say that.

14 Q.   What was your state of mind, your mind?

15 A.   Well, it was very terrible to come to myself because it was

16 like I was still afraid when I was in Monrovia because in

17 Monrovia, there you see most of the ATU soldiers.   When I used

18 to be in Monrovia, at time I used to get afraid by myself.

19 When I got well, I have to go back home.

20 Q.   Mr. Kpadeh, did you do anything after you got to Monrovia

21 with regard to your health problems?

22 A.   Yes.

23 Q.   What did you do?

24 A.   On the 25th of October, my mom took me to JFK Medical

25 Center.

## Kpadeh - Direct

1  Q.   That's the 25th of October, 1999?

2  A.   Yes.

3  Q.   What is JFK Medical Center?

4  A.   John F. Kennedy Medical Center is a big hospital in Libria.

5       MS. HECK-MILLER:   Just a moment, Your Honor.   I'm

6  looking for a particular exhibit.

7       Could I, please, have RK 27 and RK 28?

8  BY MS. HECK-MILLER:

9  Q.   When you went to JFK Medical Center on October 25, 1999,

10  did you receive anything?

11  A.   Yes.

12       MS. HECK-MILLER:   May I approach the witness, Your

13  Honor?

14       THE COURT:   You may.

15  BY MS. HECK-MILLER:

16  Q.   (Handing to the witness.)

17       Mr. Kpadeh, I have just handed you what has been

18  marked for identification purposes as Government's Exhibit 27

19  and I would ask you to take a look at that.

20       [Government Exhibit 27 marked for identification at

21  1:23 p.m.]

22  A.   Yes.

23  Q.   Do you recognize Government's Exhibit 27?

24  A.   Yes.

25  Q.   Now, without telling us the words on it, can you tell us

**September 30, 2008**

## Kpadeh - Direct

1  generally what it is?

2  A.   Yes, this is the hospital card.

3  Q.   Don't show us, please.   Just keep it on the table.

4  A.   All right.   It's my hospital card.

5  Q.   Does that hospital card have anything to do with October

6  25, 1999?

7  A.   Yes.

8  Q.   Is that the same card that you received from the hospital

9  that day?

10  A.   Yes.

11       MS. HECK-MILLER:   Your Honor, the Government offers RK

12  27.

13       MR. WYLIE:   No objection.

14       THE COURT:   Admitted.

15    [Government Exhibit 27 received in evidence at 1:24 p.m.]

16       MS. HECK-MILLER:   Could we please have the exhibit

17  displayed on the computer.

18       AGENT NAPLES:   (Complied.)

19  BY MS. HECK-MILLER:

20  Q.   Mr. Kpadeh, this is your hospital card and it says

21  "Out-patient Hospital Card."   Do you see that?

22  A.   Yes.

23  Q.   Do you know why it says "Out-patient Hospital card"?

24  A.   Yes.

25  Q.   Why is that?

**September 30, 2008**

## Kpadeh - Direct

1  A.   It's like when you take treatment and you don't stay at the

2  hospital.

3  Q.   Is there also a date on that card?

4  A.   Yes.

5  Q.   What is the date?

6  A.   10 25th '99.

7           MS. HECK-MILLER:   We can take that down.

8           AGENT NAPLES:   (Complied.)

9  BY MS. HECK-MILLER:

10 Q.   Mr. Kpadeh, was October 25th, 1999 the only day you were at

11 JFK Medical Center?

12 A.   No.

13 Q.   Were there other days you went to JFK Medical Center?

14 A.   Yes.

15 Q.   How long were you receiving treatment at JFK Medical

16 Center?

17 A.   Three months.

18 Q.   What, if any, medical problems or physical problems were

19 you having with regard to urination?

20 A.   At that time I used to urinate, it start to burn me.  The

21 doctor told me I have an infection at the jail and I have to

22 take some antibody.

23 Q.   Was that something you were treated for at JFK Medical

24 Center?

25 A.   Yes.

## Kpadeh - Direct

1  Q.   When you were at JFK Medical Center, did you have visits

2  from people?

3  A.   Yes.

4  Q.   Who visited you at JFK Medical Center?

5  A.   My mother and my brothers.

6  Q.   Which brothers are you talking about?

7  A.   Henry Marwolo.

8  Q.   Was that the same brother, Henry Marwolo, you told us was

9  at Zorzor and took a different route than you?

10  A.   Yes.

11  Q.   Did any other brothers visit you?

12  A.   Yes.

13  Q.   What other brothers visited you there?

14  A.   Massayan Borvah.

15  Q.   What about your wife?  Did she visit you there?

16  A.   She was at home taking care of my kids.

17       THE COURT:   Can you repeat that, please?

18       THE WITNESS:   She was at home taking care of my kids.

19  BY MS. HECK-MILLER:

20  Q.   After your hospital stay, Mr. Kpadeh, where did you go?

21  A.   I went back to Lofa.

22  Q.   Did you spend any time in Monrovia between the time of the

23  hospital and going back to Lofa?

24  A.   Yes.

25  Q.   Why did you spend some time staying in Monrovia before you

## Kpadeh - Direct

1  went back to Lofa?

2  A.   Because I have to continue the treatment for some time and

3  the hospital, at that time they were treating the wounded

4  soldiers in the hospital.  So it was terrible for me to just

5  stay in the hospital all day long.

6  Q.   Because there were soldiers there?

7  A.   Yes.  All the wounded soldiers from the front were treated

8  in the same hospital.

9  Q.   Now, you told us that you went back to Lofa.  Is that where

10  you still live?

11  A.   Yes.

12  Q.   And are you still a member of the Unity Party?

13  A.   Yes.

14  Q.   Do you still work as a farmer?

15  A.   Yes.

16  Q.   And what other work do you do?

17  A.   When I do the commercial driving and see my salary, I pay

18  my people to do my work on the farm

19  Q.   Now, Mr. Kpadeh, during the course of the time when the

20  Government has been preparing and investigating this case, have

21  you received any money from the Government?

22  A.   Yes.

23  Q.   What was that money for?

24  A.   For transportation, phone card, passport fee and also

25  another transportation for my mother.

**September 30, 2008**

## Kpadeh - Direct

1   Q.   And was this transportation over long distances?

2   A.   Yes.

3   Q.   And why is that?

4   A.   From Lofa to Monrovia, back to Lofa.

5   Q.   And was that to meet with the agents that you were making

6   that travel?

7   A.   Yes.

8   Q.   Mr. Kpadeh, why are you testifying here today?

9   A.   Because I want the world to know what happened to me in my

10  life so that my children can remember in the future.

11  Q.   Mr. Kpadeh, are you testifying here today with regard to

12  any private lawsuit?

13  A.   That is not on my agenda now.  What I want to see is the

14  process we were going through.

15  Q.   Are you represented by a lawyer?

16  A.   Yes.

17  Q.   What lawyer are you represented by?

18  A.   My lawyer is from Human Rights USA.

19  Q.   When did you first have a lawyer?

20  A.   Into this process.

21  Q.   Can you tell us what year?

22  A.   From 2007.

23          MS. HECK-MILLER:   Your Honor, at this stage I'm going

24  to move into a phase working with some exhibits with the

25  witness.   We can continue or --

September 30, 2008

## Kpadeh - Direct

1          THE COURT:   Would the jury like to take their morning

2    recess?  Is this a good time?

3          Let's take 10 minutes.  Please don't discuss the case.

4                [The jury leaves the courtroom]

5          THE COURT:  All right.  We're in recess.  We'll take

6    10 minutes.

7                    [There was a short recess.]

8          THE COURT:  Are we ready?

9          MS. HECK-MILLER:  Yes.

10          THE COURT:  Bring the witness back inside, please.

11          THE WITNESS:  [Entered the courtroom]

12          THE COURT:  Bring the jury in, please.

13          [The jury returns to the courtroom]

14          THE COURT:  Everyone please be seated.

15          Please proceed.

16          MS. HECK-MILLER:  Thank you, Your Honor.

17    BY MS. HECK-MILLER:

18    Q.  Mr. Kpadeh, when I asked you a few minutes ago what

19    languages you speak, you said French and Loma?

20    A.  Yes.

21    Q.  What is Loma?

22    A.  Yes.

23    Q.  What is Loma?

24    A.  The tribe I'm from

25    Q.  Mr. Kpadeh, I would like to look at some exhibits with you.

**September 30, 2008**

## Kpadeh - Direct

1            MS. HECK-MILLER:   Agent, if you could show us quickly

2    in succession, these are photographs previously admitted into

3    evidence.   Put them on the screen for us, please.   ER 10 and ER

4    11.

5            AGENT NAPLES:   (Complied.)

6    BY MS. HECK-MILLER:

7    Q.   Mr. Kpadeh, do you recognize ER 10 and ER 11?

8    A.   Yes.

9    Q.   What do those two pictures show?

10   A.   It's the St. Paul River.

11   Q.   This is the bridge you were talking about in your

12   testimony?

13   A.   Yes.

14   Q.   I would also ask you to take a look, please, at

15   Government's Exhibits -- if we could show that on the screen --

16   14, 16 and 17.

17           AGENT NAPLES:   (Complied).

18   BY MS. HECK-MILLER:

19   Q.   Do you recognize those pictures?

20   A.   Yes.

21   Q.   What are those pictures from?

22   A.   It's a picture of the bridge and the direction.

23   Q.   Looking back at Exhibit 17, do you see certain holes in

24   that picture.

25   A.   Yes.

**September 30, 2008**

## Kpadeh - Direct

1   Q.   Have you been passing that bridge for all of your life?

2   A.   Yes.

3   Q.   Do you recall approximately when these holes started to

4   appear in the bridge?

5   A.   Yes, from 1990 to now.

6   Q.   Now, I'd like you to take a look, please, at ER 1.

7           AGENT NAPLES:   (Complied).

8   BY MS. HECK-MILLER:

9   Q.   Do you recognize ER 1?

10  A.   Yes.

11  Q.   What is that?

12  A.   It's the checkpoint.

13  Q.   The checkpoint where?

14  A.   To Gbalatuah Mission outside the bridge.

15  Q.   Now, you were present when these photographs were taken in

16  May of 2007.   Is that correct?

17  A.   Yes.

18  Q.   What about back in 1999, August of 1999?  Is this the same

19  place where the checkpoint was?

20  A.   Yes.

21  Q.   Was the checkpoint back in August of 1999 the same as this

22  checkpoint?

23  A.   No, they have rope by the road.

24          MS. HECK-MILLER:   Now, agent, if you could, please,

25  give us a split screen so we could take a look at two pictures

September 30, 2008

## Kpadeh - Direct

1  together.   I think this is going to be a horizontal split

2  screen.   If we could take a look at ER 18 and ER 3.

3           AGENT NAPLES:   (Complied).

4  BY MS. HECK-MILLER:

5  Q.   Now, Mr. Kpadeh, off in the distance of ER 18, the top

6  photograph, do you see a building?

7  A.   Yes.

8  Q.   What building is that?

9  A.   It's the Mission Building we talk about at Gbalatuah.

10 Q.   On the bottom of the split screen, what building is that?

11 A.   It's the same building.

12          MS. HECK-MILLER:   If you could just take off ER 18 and

13 make ER 3 the full screen.   If you could do that, agent.

14          Actually, I did that backwards.   If you could take off

15 ER 3 and put up ER 18.

16          AGENT NAPLES:   (Complied.)

17          MS. HECK-MILLER:   Agent, if you could go back to ER 3.

18          AGENT NAPLES:   (Complied.)

19          MS. HECK-MILLER:   Yes.

20 BY MS. HECK-MILLER:

21 Q.   Now, Mr. Kpadeh, you described the Mission Building with

22 two hallways.   Could you, please, point to us on the screen by

23 just touching, touching it with your finger, the two hallways?

24 A.   Yes.   Here and here.

25 Q.   And of these two hallways, which is the one where you were

## Kpadeh - Direct

1  taken on August 23rd, 1999?

2  A.   This.

3  Q.   Could you circle that, please?

4  A.   Yes.   (Complied.)

5  Q.   Sometimes when you touch the screen, it makes an arrow

6  instead of a circle.   Is that correct?

7  A.   All right.

8  Q.   Now, right in the middle here, do you see some words on

9  that building?

10  A.   Yes.

11        MS.  HECK-MILLER:   Agent Naples, could you blow up

12  those words for us that are in the middle of the building?

13        AGENT NAPLES:   (Complied.)

14  BY MS.  HECK-MILLER:

15  Q.   Now, this is how the building appeared when the photograph

16  was taken in May of 2007.   Is that correct, Mr.  Kpadeh?

17  A.   Yes.

18  Q.   What about in August of 1999?   Were these words on the

19  building at that time?

20  A.   Yes.

21  Q.   And what about the drawing underneath?   Was that on the

22  building at that time?

23  A.   Yes.

24  Q.   Did you observe those words and that drawing of the

25  scorpion back in August of 1999?

**September 30, 2008**

## Kpadeh - Direct

1    A.    Yes.

2    Q.    Where else did you see a scorpion on August 23rd, 1999?

3    A.    It's across the road to the former president yard.

4    Q.    Do you see the design of the scorpion?

5           MS. HECK-MILLER:   Agent, I don't know if you can box

6    that in the zoomed portion.   Is that possible?

7           AGENT NAPLES:   (Complied.)

8           MS. HECK-MILLER:   Yes.

9    BY MS. HECK-MILLER:

10   Q.    Do you see that design inside the box of the scorpion?

11   A.    Yes.

12   Q.    Did you see that design any place else other than?

13   A.    Yes.

14   Q.    Where else did you see that design?

15   A.    On the badge of their uniform

16          MS. HECK-MILLER:   Agent, you can take down that

17   photograph and remove the marks, please?

18          AGENT NAPLES:   (Complied.)

19   BY MS. HECK-MILLER:

20   Q.    Now, you have described that uniform to us previously.   Is

21   that correct, Mr. Kpadeh?

22   A.    Yes.

23   Q.    I'm now handing you what has been marked for identification

24   purposes as At 1, 2, 3, 4 and 5.

25          [Government Exhibits AT 1, 2, 3, 4, 5 marked for

## Kpadeh - Direct

1                        identification.]

2            MS. HECK-MILLER:   If I may approach the witness?

3            THE COURT:   You may.

4  BY MS. HECK-MILLER:

5  Q.   Mr. Kpadeh, I would ask you please to look at those five

6  folders that I have just placed in front of you, AT 1, AT 2, AT

7  3, AT 4 and AT 5.   Do you recognize what is shown there?

8  A.   Yes.

9  Q.   And could you tell us generally what AT 1 through 5 show?

10 A.   It's the uniform they used to wear.

11 Q.   Who used to wear?

12 A.   ATU.

13           MS. HECK-MILLER:   The Government offers AT 1, AT 2, AT

14 3, AT 4, AT 5 in evidence.

15           MR. WYLIE:   No objection.

16           THE COURT:   Admitted.

17 [Government Exhibits AT 1, 2, 3, 4, 5 received in evidence].

18           MS. HECK-MILLER:   Agent Naples, could you, please, put

19 AT 1 on the screen for us?

20           AGENT NAPLES:   (Complied.)

21 BY MS. HECK-MILLER:

22 Q.   Mr. Kpadeh, what is it about this uniform that you

23 recognize as being the kind the ATU wore?

24 A.   This was the uniform that they were using called tiger

25 stripe.

**September 30, 2008**

## Kpadeh - Direct

1    Q.    This shirt doesn't have any sleeves.   Is this something you

2    observed on soldiers on August 23rd, 1999?

3    A.   No, the uniform they were using have sleeve.

4              MS. HECK-MILLER:   Could we please see AT 2?

5              AGENT NAPLES:   (Complied.)

6    BY MS. HECK-MILLER:

7    Q.   What part of the uniform is this?

8    A.   It's the trouser.

9    Q.   Did you observe those sort of trousers on soldiers on

10   August 23rd, 1999?

11   A.   Yes.

12             MS. HECK-MILLER:   Could we see AT 3, please?

13             AGENT NAPLES:   (Complied.)

14   BY MS. HECK-MILLER:

15   Q.   Is this the back of the shirt?

16   A.   Yes.

17             MS. HECK-MILLER:   Could we see AT 4 and AT 5?

18             AGENT NAPLES:   (Complied.)

19   BY MS. HECK-MILLER:

20   Q.   And do you know why they called it tiger stripe?

21   A.   No.

22   Q.   Now, returning to the Mission Building that you were

23   talking about a few moments ago, Mr. Kpadeh --

24             MS. HECK-MILLER:   Could we take a look, please, agent,

25   at BR 26?

**September 30, 2008**

## Kpadeh - Direct

1          AGENT NAPLES:   (Complied.)

2   BY MS. HECK-MILLER:

3   Q.  Do you recognize BR 26?

4   A.  Yes.

5   Q.  And what is BR 26?

6   A.  It's the hallway in the Mission Building.

7          MS. HECK-MILLER:   Agent Naples, could you put an arrow

8   on the door at the front right of the picture?

9          AGENT NAPLES:   (Complied.)

10  BY MS. HECK-MILLER:

11  Q.  Do you recognize that doorway in particular?

12  A.  Yes.

13  Q.  What, if anything, did that doorway have to do with what

14  happened to you on August 23rd, 1999?

15  A.  It was the place Chuckie were using as his office.

16         MS. HECK-MILLER:   Could we take a look, please, at BR

17  28?

18         AGENT NAPLES:   (Complied).

19  BY MS. HECK-MILLER:

20  Q.  What is BR 28?

21  A.  It's the room door showing in BR 28.

22         MS. HECK-MILLER:   Could we take a look now, please, at

23  BR 42?

24         AGENT NAPLES:   (Complied.)

25  BY MS. HECK-MILLER:

## Kpadeh - Direct

1   Q.   Do you recognize BR 42?

2   A.   Yes.

3   Q.   What is BR 42?

4   A.   It's the window.

5   Q.   Now, could you, please, take a look at the bottom of BR 42

6   and do you see in the lower left a certain something that's

7   written there?

8   A.   Yes.

9   Q.   And what is written in the lower left of that picture?

10  A.   You have to blow up.

11          MS. HECK-MILLER:   Could you blow up the lower left

12  portion of that picture, agent?

13          AGENT NAPLES:   (Complied.)

14  BY MS. HECK-MILLER:

15  Q.   Do you see what's written there?

16  A.   It says the "Number 65."

17          MS. HECK-MILLER:   Could we go back to BR 28 for a

18  moment, please?

19          AGENT NAPLES:   (Complied.)

20          MS. HECK-MILLER:   Agent could you now focus in on the

21  upper left portion of BR 28?

22          AGENT NAPLES:   (Complied.)

23  BY MS. HECK-MILLER:

24  Q.   Do you see what's written there Mr. Kpadeh?

25  A.   Yes.

September 30, 2008

## Kpadeh - Direct

1    Q.   What is that?

2    A.   It's "Number 65" with --

3    Q.   What is the relationship between ER 28 and ER 42?

4    A.   It's the same, but the photo cut the other half.

5    Q.   So is this a photograph of the same item?

6    A.   Yes.

7    Q.   And is that a door or a window?

8    A.   It's a door.

9         MS. HECK-MILLER:   Could we go back, please, to ER 42?

10        AGENT NAPLES:   (Complied).

11   BY MS. HECK-MILLER:

12   Q.   What is written above the doorway?

13   A.   Could you make it clearer to me.

14   Q.   Mr. Kpadeh --

15        MS. HECK-MILLER:   Could I have the paper print of ER

16   42, please?

17        Your Honor, may I approach the witness?

18        THE COURT:   You may.

19   BY MS. HECK-MILLER:

20   Q.   Mr. Kpadeh, could you, please, take a look at the paper

21   photographic print of what has been admitted in evidence as ER

22   42.

23   A.   (Complied.)

24   Q.   From looking at that photograph, are you able to read the

25   words above the doorway?

September 30, 2008

## Kpadeh - Direct

1    A.    Yes.

2    Q.    What do those words say?

3    A.    "Office of the MB Commander."

4    Q.    I would now ask you that you take a look at ER 45.

5            MS. HECK-MILLER:   Agent Naples, if you could put that

6    up, please.

7            AGENT NAPLES:   (Complied.)

8    BY MS. HECK-MILLER:

9    Q.    Do you recognize what is shown in ER 45?

10   A.    Yes.

11   Q.    What is that?

12   A.    It's the writing on the wall.

13   Q.    What does it say?

14   A.    "Office of the MP Commander."

15   Q.    Now, this picture was taken in May of 2007 in your

16   presence.   Do you recall that, Mr. Kpadeh?

17   A.    Yes.

18   Q.    What about in April -- excuse me -- in August of 1999 when

19   you were at the Gbalatuah Mission?

20   A.    This writing was on the back view of Chuckie.

21   Q.    And are these the words -- withdrawn.

22           Are these the letters that you saw on August 23rd,

23   1999?

24   A.    Yes.

25   Q.    Mr. Kpadeh, I'd like you to take a look now, please, at ER

## September 30, 2008

## Kpadeh - Direct

1   60.

2           MS. HECK-MILLER:   If we could show that one, agent.

3           AGENT NAPLES:   (Complied.)

4   BY MS. HECK-MILLER:

5   Q.   Could you tell us what is shown in BR 60?

6   A.   The yard of the former president.

7   Q.   The yard on the left -- do you see this building that has

8   got open walls and just some posts?

9   A.   Yes.

10  Q.   Are you familiar with that building from having traveled in

11  this area all your life?

12  A.   Yes.

13  Q.   Does this building presently have a function?

14  A.   Yes.

15  Q.   What is the present-day function of that building?

16  A.   The security at the gate use it, inspect passengers

17  records.

18  Q.   Could you take a look, please, at BR 56 and BR 57?

19          AGENT NAPLES:   (Complied.)

20  BY MS. HICK-MILLER:

21  Q.   Are those the same buildings?

22  A.   Yes.

23  Q.   Was that building there in August of 1999?

24  A.   Yes.

25  Q.   Do you remember what it was being used for?

**September 30, 2008**

## Kpadeh - Direct

1    A.   Yes, it was still being used by the ATU soldiers.

2    Q.   Did you see ATU soldiers at that building?

3    A.   Yes.

4    Q.   I'd now like you to take a look at BR 61.

5             AGENT NAPLES:   (Complied.)

6    BY MS. HECK-MILLER:

7    Q.   Do you recognize BR 61?

8    A.   Yes.

9    Q.   What is that?

10   A.   It's a back view of the same building.

11   Q.   Is there any writing that you see on that building?

12   A.   Yes.

13   Q.   What writing do you see?

14   A.   "ATU".

15            MS. HECK-MILLER:   Agent Naples, could you zoom in on

16   that, please?

17            AGENT NAPLES:   (Complied.)

18   BY MS. HECK-MILLER:

19   Q.   This writing saying "ATU," do you recall whether that was

20   there in 1999?

21   A.   Yes.

22   Q.   How do you know it was there in 1999?

23   A.   Because ATU took assignment there in 1999.

24   Q.   Now, I'd like to move on now to pictures of where you went

25   after Gbalatuah.   Where did you go after Gbalatuah back in

**September 30, 2008**

## Kpadeh - Direct

1    August of 1999?

2    A.    We went at Gbatala Base.

3    Q.    And where did you first stop at the Gbatala Base?

4    A.    We went and stopped at a camouflage building.

5              MS. HECK-MILLER:   Agent Naples, this is not on your

6    list, but if you could go back to, please, and show us GB 1.

7              AGENT NAPLES:   (Complied.)

8    BY MS. HECK-MILLER:

9    Q.    What is GB 1?

10   A.    GB 1 is the first building.   When you enter the training

11   base, you can see right behind it College of Knowledge.

12   Q.    Is this the camouflage building you were referring to?

13   A.    Yes.

14   Q.    Thank you.

15             MS. HECK-MILLER:   Now, Agent Naples, if we could go

16   back to the list and if you could show us, please, GB 12 and GB

17   14.

18             AGENT NAPLES:   (Complied.)

19   BY MS. HECK-MILLER:

20   Q.    Do you recognize GB 12 and GB 14?

21   A.    Yes.

22   Q.    What do we see in those pictures?

23   A.    When you go in to the pit, you have to cross this water.

24   Q.    What happened to you with water like this at Gbatala Base?

25   A.    This was the water I was tortured to before crossing into

September 30, 2008

## Kpadeh - Direct

1  the pit hole.

2  Q.    Now, when these pictures were taken in May of 2007, had you

3  been back to Gbatala Base since you were there in 1999?

4  A.    No.

5  Q.    Did you notice any differences between the way Gbatala Base

6  looked when you saw it in 1999 and the way it looked in 2007?

7  A.    Yes.

8  Q.    What did you notice that was different?

9  A.    The difference, the whole place was clay.  Now there's

10  grass growing all over.

11  Q.    Did you see anything growing there besides grass?

12  A.    Now, yes, they have farmers there.  Farmers produce

13  cassava, banana and other vegetable.

14  Q.    How do you know it's being used for farming?

15  A.    From 2007?

16  Q.    How do you know that, that it's farming?

17  A.    I am a farmer.  I know what is farming.

18  Q.    Do you recognize the plants growing there?

19  A.    Yes.

20  Q.    Are there food plants that are growing there?

21  A.    Yes.

22  Q.    Did you see some of those plants growing in the holes

23  themselves?

24  A.    Yes.

25        MS. HECK-MILLER:   Agent Naples, could we, please, take

## Kpadeh - Direct

1   a look at GB 28, 29 and 30?

2          AGENT NAPLES:   (Complied.)

3   BY MS. HECK-MILLER:

4   Q.   Mr. Kpadeh, with regard to this hole, is there any

5   particular food plant you notice growing in the area of this

6   hole?

7   A.   Yes.

8   Q.   What plant is that?

9   A.   Cassava.

10  Q.   Can you circle with your finger, please, the cassava we see

11  in GB 30?

12  A.   Yes.   (Complied.)

13  Q.   Was cassava -- oh, two places -- was cassava growing in the

14  holes when you were there in August of 1999?

15  A.   No.

16  Q.   Now, Mr. Kpadeh, you've also told us that some of the holes

17  were dry and some were more wet.   Is that correct?

18  A.   Yes.

19          MS. HECK-MILLER:   Could we see, please, GB 31 and GB

20  32?

21          AGENT NAPLES:   (Complied.)

22  A.   Yes.

23  Q.   Was this one of the holes that you saw at Gbatala?

24  A.   Yes.

25  Q.   And could you describe the condition of this hole?

## Kpadeh - Direct

1  A.  Yes.  At that time this hole was very dry and the dirt from

2  the hole is packing up and you can see on top.

3  Q.  Could you take a look, please, at GB 42 and 43?

4        AGENT NAPLES:  (Complied).

5  BY MS. HECK-MILLER:

6  Q.  Does this show a dry hole or a wet hole?

7  A.  A dry hole.

8  Q.  Do you recognize any of the vegetation that's now growing

9  in this hole?

10  A.  Yes.

11  Q.  What do you recognize?

12  A.  Paw paw tree and banana.

13  Q.  Could you circle for us first what is the paw paw tree?

14  A.  (Complied.)

15  Q.  And could you circle, please, the banana?

16  A.  Yes.

17  Q.  Mr. Kpadeh, back in August of 1999, was there anything

18  growing like this in these holes?

19  A.  No.

20  Q.  I'd like you, please --

21        MS. HECK-MILLER:  Agent Naples, if you could show us

22  GB 21, 22, 23, 24 and 25?

23        AGENT NAPLES:  (Complied.)

24        MS. HECK-MILLER:  If we could go back specifically to

25  GB 23.

**September 30, 2008**

## Kpadeh - Direct

1            AGENT NAPLES:   (Complied.)

2   BY MS. HECK-MILLER:

3   Q.   These pictures of this hole, what do you notice with regard

4   to any dirt being PILED up?

5   A.   Say that.

6   Q.   With regard to these pictures of this hole, what, if

7   anything, do you notice with regard to any dirt being piled up?

8   A.   Yes.   The dirt you see below is the dirt that were dug from

9   the hole to make it as a prison compound.

10   Q.   Could you just show us by drawing a line where you're

11   talking about?

12   A.   I'm talking about the dirt packing here is from the hole

13   there in the middle.

14   Q.   Thank you.

15            Mr. Kpadeh, I would ask you now to please take a

16   look --

17            MS. HECK-MILLER:   Agent Naples, if you could show us

18   in succession GB 15, 16 and 19.

19            AGENT NAPLES:   (Complied.)

20   BY MS. HECK-MILLER:

21   Q.   Now, with regard to this hole, Mr. Kpadeh, how does the

22   depth of this hole as we see it in 2007 compare to any depth of

23   it that you might have observed in 1999?

24   A.   In 1999 this hole was deep and it have water in it, but now

25   the reason that you see it fill up is because of the farmer

**September 30, 2008**

## Kpadeh - Direct

1 cleaning up the farm and using the place.

2 Q.   Mr. Kpadeh, I would ask you now to look at some

3 photographs --

4          MS. HECK-MILLER:   Agent, if you could show us, please,

5 in succession GB 34, GB 35, GB 36, GB 58 and GB 59.

6          AGENT NAPLES:   (Complied.)

7 BY MS. HECK-MILLER:

8 Q.   Do you recognize those photographs?

9 A.   Yes.

10 Q.   What are those photographs of?

11 A.   It's the whole compound of the jail.

12 Q.   Do you notice -- and you can see off in the corner here of

13 GB 59 a structure, a gray structure with a roof on it?

14 A.   Yes.

15 Q.   Do you remember seeing that structure when you went back to

16 Gbatala Base in May of 2007?

17 A.   Yes.

18 Q.   What was that structure?

19 A.   It's the kitchen that I were talking about.   This is how we

20 build kitchen on a farm in Africa.

21 Q.   Where was that kitchen that you saw in May of 2007 located

22 in relation to holes?

23 A.   It was right side the holes we were in.

24 Q.   Back in August of 1999, was this area overgrown like this?

25 A.   No.

**September 30, 2008**

## Kpadeh - Direct

1  Q.   And you've told us that prisoners did work clearing grass.

2  Is that correct?

3  A.   Yes.

4  Q.   Was there any other labor that prisoners performed at

5  Gbatala Base that you observed?

6  A.   Yes.   At time to make a fire, they would put them out to go

7  and get wood for them

8  Q.   What about water?   Was there any labor involving water?

9  A.   Yes.   They would ask you to go bring water so that they

10 could cook the food.

11 Q.   Now, Mr. Kpadeh, I would like to take a look, please, at GB

12 53 and GB 54.

13          AGENT NAPLES:   (Complied).

14 BY MS.  HECK-MILLER:

15 Q.   What is shown in these two photographs?

16 A.   It's the kitchen the farmer have for the cassava farm

17 Q.   You saw these in May of 2007?

18 A.   Yes.

19 Q.   Was this particular kitchen present in August of 1999?

20 A.   No.

21 Q.   How do you know this kitchen was not there in August of

22 1999?

23 A.   Because I were there in prison and the kitchen we have

24 there wasn't in the position.   If you build kitchen from that

25 time to now, it will not stay because this was thatch.

## Kpadeh - Direct

1   Q.   The thatch would not last that long?

2   A.   No.

3   Q.   How do the kitchens that were there in August of 1999

4   compare with this kitchen in terms of their size?

5   A.   It's build in the same formula, but then it's lower than

6   this.   It would not be high up like this.

7           MS. HECK-MILLER:   Your Honor, Ms. Rochlin tells me one

8   of the jurors put a hand up a question or two ago.

9           THE COURT:   All right.

10          MS. HECK-MILLER:   Does the Court want to inquire if it

11  was something the juror didn't hear?

12          THE COURT:   It's for the witness to restate the

13  question.

14  BY MS. HECK-MILLER:

15  Q.   Mr. Kpadeh if we could go back to the previous question.

16  If we could take a look at GB 34, 35, 36, 58 and 59.

17          AGENT NAPLES:   (Complied.)

18  BY MS. HECK-MILLER:

19  Q.   Do you recall this area?

20  A.   I say yes.

21  Q.   And how did this area look back in August of 1999?

22  A.   I say it was very pave, clean.

23  Q.   Is that because of the work the prisoners did?

24  A.   Yes.

25  Q.   And I asked you then was there other labor that prisoners

## Kpadeh - Direct

1   performed at Gbatala Base?

2   A.   I say yes.

3   Q.   And what other labor did prisoners perform at Gbatala Base?

4   A.   To cut grass, bring water, cut wood.

5   Q.   And in addition to cutting grass and bringing water and

6   bringing wood, was there anything else you recall?

7   A.   No.

8   Q.   Mr. Kpadeh, I would ask you now to take a look at GB 40 and

9   41.

10          AGENT NAPLES:   (Complied)

11  BY MS. HECK-MILLER:

12  Q.   Is there something growing in this hole as we see it in May

13  of 2007?

14  A.   Yes.

15  Q.   What is that?

16  A.   It's banana tree.

17  Q.   As a farmer, Mr. Kpadeh, is this something that would grow

18  on its own in a hole like that?

19  A.   No.

20  Q.   Is this something instead that would be planted to grow in

21  that hole?

22  A.   Yes.

23  Q.   And if I could ask you, please, to take a look at GB 37 and

24  GB 39.

25          AGENT NAPLES:   (Complied.)

## Kpadeh - Direct

1  BY MS. HECK-MILLER:

2  Q.   Is there something growing in this hole?

3  A.   Yes.

4  Q.   What is growing in this hole?

5  A.   Just grass.

6  Q.   And the stick with the mushrooms, as a farmer, does that

7  look like a crop to you?

8  A.   No, no.

9  Q.   Mr. Kpadeh, I would ask you now to take a look, please, at

10  GB 50 and 51.

11       AGENT NAPLES:   (Complied.)

12  BY MS. HECK-MILLER:

13  Q.   And with regard to this hole, what is the shape of it?

14  A.   It's four-corner square.

15  Q.   Was that typical of the holes you saw at Gbatala Base in

16  August of 1999?

17  A.   Yes.

18  Q.   Could you take a look, please, at GB 52 and GB 55?

19       AGENT NAPLES:   (Complied.)

20  BY MS. HECK-MILLER:

21  Q.   Do you remember back in May, 2007 finding a ball of barbed

22  wire at Gbatala Base?

23  A.   Yes.

24  Q.   And do you recall barbed wire at Gbatala Base back in

25  August of 1999?

**September 30, 2008**

## Kpadeh - Direct

1    A.   Yes.

2    Q.   Where?

3    A.   Around the hole prison compound and also some of the holes.

4    Q.   Could you take a look, please, at GB 60 and GB 62?

5         AGENT NAPLES:   (Complied.)

6    BY MS. HECK-MILLER:

7    Q.   Do you recognize anything that is shown in GB 60 and GB 62?

8    A.   Yes.

9    Q.   What do you recognize?

10   A.   The barbed barrier around the prison compound.

11   Q.   Could you describe the barrier here?

12   A.   The same way they used to put sticks and put this wire so

13   that you can't ever escape out of the place.

14   Q.   Now, Mr. Kpadeh, you recall some testimony about toting a

15   log or what was known as running the rim?

16   A.   Yes.

17   Q.   I would ask you, please, to take a look now at GB 4.

18        AGENT NAPLES:   (Complied.)

19   A.   Yes.

20   Q.   Do you recall seeing this, what is shown in this picture

21   here, on May 28th, 2007?

22   A.   Yes.

23   Q.   And where was this log?

24   A.   It was behind the camouflage building.

25   Q.   And did you take note of this log back on May 28th of 2007?

**September 30, 2008**

## Kpadeh - Direct

1  A.   Yes.

2  Q.   Why did you notice this particular log?

3  A.   Because I remember the kind of a log I tote was the same.

4  Q.   And did you try to show something about that log?

5  A.   Yes.

6  Q.   And what were you showing with regard to that log?

7  A.   I was trying to show the length of the log that I tote.

8       MS. HECK-MILLER:   Could you take a look, please, at GB

9  5?

10       AGENT NAPLES:   (Complied.)

11 BY MS. HECK-MILLER:

12 Q.   This is you in the picture?

13 A.   Yes.

14 Q.   What are you indicating in with your hand?

15 A.   I'm indicating the length of the log that I tote.

16       MS. HECK-MILLER:   Agent Naples, if you could show us

17 in succession GB 8, GB 10 -- take the arrow off please -- and

18 GB 11.

19       AGENT NAPLES:   (Complied.)

20 BY MS. HECK-MILLER:

21 Q.   Do you recognize those pictures?

22 A.   Yes.

23 Q.   Are they the same place?

24 A.   Yes.

25 Q.   What place is that?

**September 30, 2008**

## Kpadeh - Direct

1  A.   The place that we used to tote the log and run around the

2  rim

3  Q.   Now, these posts that we see in the middle, what -- were

4  those posts -- withdrawn.

5        Did those posts have some relationship to where you

6  would run?

7  A.   Yes.

8  Q.   And where would you run in relationship to those posts?

9  A.   When they put the log on the shoulder, you have to run

10 around these posts.

11 Q.   Could you show us by drawing with your finger on this

12 photograph, GB 11, where you would run?

13 A.   It's like all the way and they tell you to run around and

14 knocking the log with metal.

15 Q.   What, if anything, was on top of these posts back in August

16 of 1999?

17 A.   August, 1999, these posts were very tall.   They use this as

18 a watch view.   They climbed it and sit to watch the whole base.

19 Q.   Now, you have also told us about stone football,

20 Mr. Kpadeh.   In May of 28th, 2007 when you went back to Gbatala

21 Base, did you see anything there with regard to stone football?

22 A.   Yes, I saw a row, a stone.   I point out the size like we

23 play as a stone football.

24 Q.   You're not saying this was the very same stone, are you?

25 A.   I'm saying the size of it.

**September 30, 2008**

## Kpadeh - Direct

1   Q.   And did you show that to the agents?

2   A.   Yes.

3           MS. HECK-MILLER:   Could we take a look, please, at GB

4   94 and GB 95?

5           AGENT NAPLES:   (Complied.)

6   BY MS. HECK-MILLER:

7   Q.   What is GB 94 and GB 95?

8   A.   It's the stone that I was describing to them like this is

9   the size of stone we're playing as a soccer.

10  Q.   Now, Mr. Kpadeh, in your testimony earlier, did you refer

11  to an exercise area or a training area?

12  A.   Yes.

13  Q.   Did you observe that exercise area in May of 2007?

14  A.   Yes.

15  Q.   Did you also observe that training area back when you were

16  at Gbatala Base in the summer and autumn of 1999?

17  A.   Yes.

18          MS. HECK-MILLER:   Could we take a look, please, at GB

19  63, 65 and 66?

20          AGENT NAPLES:   (Complied.)

21  BY MS. HECK-MILLER:

22  Q.   Do you recognize what is shown in those photos?

23  A.   Yes.

24  Q.   What is shown?

25  A.   The posts.

# Kpadeh - Direct

1  Q.   And what are these posts?  Where are they located?

2  A.   They are located at Gbatala Base.  Chuckie used the place

3  to aim target and the soldiers used to run in between to train.

4  Q.   You said Chuckie would use the place for aiming targets?

5  A.   Yes.

6  Q.   Was Chuckie, in particular, involved with target practice?

7  A.   Every time he come on the base, he would have to shoot

8  target.

9  Q.   And did this area have another use in addition to being

10  used for target practice?

11  A.   Say that.

12  Q.   Did this area that we're looking at in this photograph have

13  another use in addition to being used for target practice?

14  A.   Yes, it were being used for training.

15  Q.   What kind of training?

16  A.   The military training.  They used to train the ATU

17  soldiers.

18  Q.   And were you able to observe who was in charge of

19  conducting the training at Gbatala Base?

20  A.   Yes.

21  Q.   Who was that?

22  A.   Compari.

23  Q.   Did anybody assist Compari with the training?

24  A.   Yes.

25  Q.   Who was that?

**September 30, 2008**

## Kpadeh - Direct

1   A.   Mac.

2   Q.   Now, Mr. Kpadeh, you also told us that the day that you

3   were taken from Gbatala to the Gbarnga Police Station you were

4   at a different area of Gbatala Base.   Is that correct?

5   A.   Yes.

6           MS. HECK-MILLER:   Could we take a look, please, at GB

7   75?

8           AGENT NAPLES:   (Complied.)

9   BY MS. HECK-MILLER:

10  Q.   Do you recognize GB 75?

11  A.   Yes.

12  Q.   This picture is from May of 2007.   Did you see anything

13  concerning what is shown in this picture back in 1999 when you

14  were at Gbatala Base?

15  A.   Yes.

16  Q.   What did you see back in 1999 that relates to this picture?

17  A.   This is the place Chuckie was using as Executive Mansion.

18  Q.   Did you see that?

19  A.   Yes.

20  Q.   When did you see that?

21  A.   The day I was taken from the hole.

22  Q.   Now, the day that you were taken from the hole, you've also

23  told us that you were given some clothing.   Is that correct?

24  A.   Yes.

25  Q.   Where did that clothing come from?

## Kpadeh - Direct

1   A.   It came from one of the building.

2   Q.   Do you remember the color of the building?

3   A.   Yes, camouflage building.

4   Q.   Was this the same camouflage building we looked at earlier

5   that said "College of Knowledge"?

6   A.   No.

7   Q.   Was it located in the same part of Gbatala Base as the

8   College of Knowledge?

9   A.   It was located at the main barrack.

10           MS. HECK-MILLER:   Could we take a look, please, at GB

11   79 and GB 80?

12           AGENT NAPLES:   (Complied.)

13   BY MS. HECK-MILLER:

14   Q.   Do you recognize those pictures?

15   A.   Yes.

16   Q.   What is shown in those pictures, GB 79 and GB 80?

17   A.   It's the camouflage building I'm talking about that they

18   brought the clothes from

19   Q.   They brought the clothes out to you?

20   A.   Yes.

21   Q.   Did you ever go in that building?

22   A.   No.

23   Q.   Could you take a look, please, at GB 89?

24           AGENT NAPLES:   (Complied.)

25   BY MS. HECK-MILLER:

September 30, 2008

## Kpadeh - Direct

1  Q.   Do you recognize GB 89?

2  A.   Yes.

3  Q.   What is GB 89?

4  A.   It's the same hole they use for watch view.

5  Q.   And did you see that -- withdrawn.  Where is this located?

6  A.   This is located at the main barrack.

7  Q.   Did you see that pole back in 1999?

8  A.   Yes.

9  Q.   I would like you now to take a look, please, at GB 90, 91

10  and 92.

11           AGENT NAPLES:   (Complied.)

12  BY MS.  HECK-MILLER:

13  Q.   Do you recognize those three photographs?

14  A.   Yes.

15  Q.   What is shown in those three photographers that you

16  recognize?

17  A.   It's the long cable crossing the road from the barrack

18  across the other side.

19  Q.   And did you see that cable in 1999?

20  A.   Yes.

21  Q.   Did you see anybody using that cable for anything back in

22  1999?

23  A.   No.

24  Q.   I'd like you now to -- withdrawn.

25           In this picture, GB 92, do you see the end of the

**September 30, 2008**

## Kpadeh - Direct

1  cable tethered to a stick, attached to a stick.

2  A.   Yes.

3  Q.   I'd like you now to take a look, please, at GB 93 and GB

4  97.

5           AGENT NAPLES:   (Complied).

6  A.   Yes.

7  Q.   Do you recognize what's shown in GB 93 and GB 97?

8  A.   Yes.

9  Q.   What is that that you recognize?

10  A.   It's the office of the base commander, Compari.

11  Q.   And did you see that building when you were at Gbatala Base

12  in 1999?

13  A.   Yes.

14  Q.   How close is this building to those cables that you saw?

15  A.   The cable is right around this building.

16  Q.   Now, I'd like you to take a look, please, at GB 100, 101,

17  and 102.

18           AGENT NAPLES:   (Complied.)

19  BY MS.  HECK-MILLER:

20  Q.   Do you recognize what is shown in GB 100, 101 and 102?

21  A.   Yes.

22  Q.   What is shown in those pictures?

23  A.   These are infra-structures of buildings that will break

24  down during the war.

25  Q.   Now, you have been passing by on that road all your life.

**September 30, 2008**

## Kpadeh - Direct

1  Is that correct, Mr. Kpadeh?

2  A.   Yes.

3  Q.   Do you know what was on that location before it was used

4  for a military base?

5  A.   Yes.

6  Q.   What was that?

7  A.   The place was being used by rock crushing factory.

8  Q.   Do you know the name of that rock crushing factory?

9  A.   No.

10  Q.   And when you were at Gbatala Base, did you observe any area

11  of crushed rock?

12  A.   Yes.

13          MS. HECK-MILLER:   Agent, could you, please, show us GB

14  108 and GB 102.   Excuse me.   GB 110.

15          AGENT NAPLES:   (Complied.)

16  BY MS. HECK-MILLER:

17  Q.   Do you recognize those photographs?

18  A.   Yes.

19  Q.   What are those photographs of?

20  A.   It's a photograph of the crushed rock.

21  Q.   Where is this?

22  A.   This is on the main base at Gbatala.

23  Q.   Could you please circle with your finger the crushed rock?

24  A.   (Complied.)

25  Q.   Thank you.

**September 30, 2008**

## Kpadeh - Direct

1          Now, Mr. Kpadeh, you also told us after Gbatala, you

2    were taken to the Gbarnga Police Station.   Is that correct?

3    A.   Yes.

4    Q.   Now, the Gbarnga Police Station is on the road between Lofa

5    and Monrovia.   Is that correct?

6    A.   Yes.

7    Q.   So you've also been passing there all your life?

8    A.   Yes.

9    Q.   Had you ever been inside the Gbarnga Police Station before

10   you were brought there from Gbatala Base?

11   A.   No.

12   Q.   Had you ever been inside the Gbarnga Police Station since

13   that day until the time that you went back there with the

14   agents in May of 2007?

15   A.   No.

16          MS. HECK-MILLER:   Could we take a look, please, at PD

17   3?

18          AGENT NAPLES:   (Complied.)

19   BY MS. HECK-MILLER:

20   Q.   Do you recognize PD 3?

21   A.   It's the police station in Gbarnga, Bong County.

22   Q.   Do you see a sign and a flag there?

23   A.   Yes.

24   Q.   Do you recognize that flag?

25   A.   Yes.

**September 30, 2008**

## Kpadeh - Direct

1  Q.   What flag is that?

2  A.   It's the flag of Libria.

3  Q.   Now, Mr. Kpadeh, earlier you told us something about a

4  brand of a truck that was used when you went from Zorzor to

5  Gbalatuah?

6  A.   Yes.

7  Q.   What was the brand of that truck?

8  A.   It was a Daf truck 4 wheel drive.

9  Q.   In this picture, do you see a truck that has some

10 resemblance to the truck you were in that day coming from

11 Zorzor to Gbalatuah?

12 A.   Yes.

13 Q.   Where in this picture do you see such a truck?

14 A.   Right behind the lamp pole in the photo.

15 Q.   Could you just circle that truck please?

16 A.   (Complied.)

17 Q.   That's a Daf truck?

18 A.   Yes, the same model.

19         MS. HECK-MILLER:   Agent, could you, please, blow up

20 the truck Mr. Kpadeh just circled.

21         AGENT NAPLES:   (Complied.)

22 BY MS. HECK-MILLER:

23 Q.   Can you show us, please, where, Mr. Kpadeh, anywhere it

24 identifies it as a Daf truck?

25 A.   Here it says D-a-f, Daf.

**September 30, 2008**

## Kpadeh - Direct

1           MS. HECK-MILLER:   Agent, can you put an arrow on it.

2           AGENT NAPLES:   (Complied.)

3    BY MS. HECK-MILLER:

4    Q.   This is not the same truck you went to Gbalatuah in, is it?

5    A.   Say that.

6    Q.   This is not the very same truck you went to Gbalatuah in,

7    is it?

8    A.   Yes.

9    Q.   This is the one you went in?

10   A.   No, I told you four-wheel drive.   This is not a four-wheel

11   drive.

12   Q.   And what about the open back?   Is that the style of the

13   truck you went to Gbalatuah in?

14   A.   Yes.

15   Q.   Now, you've also told us that from Gbalatuah you were taken

16   to Gbatala Base in a truck as well.   Is that correct?

17   A.   Yes.

18   Q.   Whose truck was that?

19   A.   The truck owned by Chuckie.

20   Q.   Was that an ATU truck?

21   A.   Yes.

22   Q.   What kind of truck was the ATU truck that you were taken to

23   Gbatala Base in?

24   A.   It was a Daf truck with camouflage color.

25   Q.   And was that truck similar to the one that we see in the

September 30, 2008

## Kpadeh - Direct

1  picture other than its color?

2  A.   It was also a four-wheel drive.

3  Q.   And this is not a four-wheel drive?

4  A.   No.

5  Q.   But it's the same brand?

6  A.   Yes.

7  Q.   Mr. Kpadeh, I'd like you to take a look now, please, at PD

8  2.

9           AGENT NAPLES:   (Complied.)

10 BY MS. HECK-MILLER:

11 Q.   Do you recognize PD 2?

12 A.   Yes.

13 Q.   What is PD 2?

14 A.   The building of the police station.

15 Q.   What is at the left side of PD 2?

16 A.   It's the cell.

17 Q.   Were you ever in that cell?

18 A.   Yes.

19 Q.   When were you in that cell?

20 A.   The day Compari carry us in Gbarnga.

21 Q.   Could you, please, take a look at PD 6.

22           MS. HECK-MILLER:   If we could see that one, agent.

23           AGENT NAPLES:   (Complied).

24 BY MS. HECK-MILLER:

25 Q.   What is PD 6?

**September 30, 2008**

## Kpadeh - Direct

1    A.   It's the same view of the building.

2    Q.   How many cells were there in that cell area?

3    A.   Two.

4    Q.   Was there a difference between those cells?

5    A.   Yes.

6    Q.   What was the difference?

7    A.   One for female.   One for male.

8         MS. HECK-MILLER:   Could we take a look, please, at PD

9    7.

10        AGENT NAPLES:   (Complied.)

11   BY MS. HECK-MILLER:

12   Q.   Do you recognize PD 7?

13   A.   Yes.

14   Q.   What is PD 7?

15   A.   PD 7, the place they carry you before they carry you in the

16   cell.

17   Q.   Can you show us the area where they charge you or do other

18   business?

19   A.   Yes.

20   Q.   Can you show us with your fingers where is the area of the

21   cells?

22   A.   Here.

23   Q.   From that area with the cells, is it possible to see the

24   area with the counter?

25   A.   Yes.

## Kpadeh - Direct

1  Q.   Is it possible to hear the area with the counter?

2  A.   Yes.

3  Q.   Mr. Kpadeh, I now would like to turn to some other

4  photographs.  Do you recall photographs being taken in February

5  of 2007?

6  A.   Yes.

7  Q.   What pictures were taken in February of 2007 that you

8  recall?

9  A.   February, 2007, photos of my body, places that I have mark

10 from

11        MS. HECK-MILLER:  Agent Naples, could we take a look,

12 please, at exhibits RK 1, 2, 3, and 4 previously entered in

13 evidence.

14        AGENT NAPLES:   (Complied.)

15 BY MS. HECK-MILLER:

16 Q.   Do you recognize those pictures, Mr. Kpadeh?

17 A.   Yes.

18 Q.   What are RK 1, 2, 3 and 4 pictures of?

19 A.   It show the mark that I got from the toting of the log.

20 Q.   Before you went to Gbatala Base, did you have any mark on

21 your shoulder?

22 A.   No.

23 Q.   Who was present when you got that mark on your shoulder?

24 A.   In Chuckie's presence.

25 Q.   When you got that mark on your shoulder, Mr. Kpadeh, were

## Kpadeh - Direct

1  you saying or doing anything?

2  A.   Say that.

3  Q.   When you got that mark on your shoulder, were you saying or

4  doing anything?

5  A.   Yes, I shed tears.

6  Q.   When you shed tears, did anybody say anything to you?

7  A.   No.

8  Q.   Now, this is the mark as it looked in February, 2007.   Is

9  that correct, Mr. Kpadeh?

10  A.   Yes.

11  Q.   How did that mark look when you got out of Gbatala Base in

12  October of 1999?

13  A.   It was bigger than this.

14  Q.   And was it raised up like this or was it flat?

15  A.   It was flat at that time.   It was bigger than that.

16  Q.   Over time, what has happened to the mark?

17  A.   As I grow body, it started rise.

18  Q.   There mark or this scar that you have, is it hard or is it

19  soft?

20  A.   It's hard.

21  Q.   And is this scar painful?

22  A.   Right now, no.

23  Q.   Do you have any pain other places in your body from what

24  happened to you from running the rim?

25  A.   Yes.

**September 30, 2008**

## Kpadeh - Direct

1  Q.   Where do you have pain in your body from what happened to

2  you from running the rim?

3  A.   On my neck and in my chest.

4          MS. HECK-MILLER:   Could we take a look, please, at RK

5  5, RK 6 and RK 21.

6          AGENT NAPLES:   (Complied.)

7  BY MS. HECK-MILLER:

8  Q.   Mr. Kpadeh, what are we looking at in RK, 5 RK 6 and RK 21?

9  A.   It's the photo of my two hands.

10 Q.   Is this the hand part or the arm part of your body?

11 A.   It's the arm part of my body.

12 Q.   Are there any marks that we see in this picture that relate

13 to anything that happened to you from the time you were

14 arrested at Gbalatuah Bridge until you were released from

15 Gbatala Base?

16 A.   Yes.

17 Q.   What marks are those?

18 A.   The marks of the rope that I was tied with.

19 Q.   Is that from tabie?

20 A.   Yes.

21 Q.   Could you, please, show us by indicating with your finger

22 on RK 21 and circling where are the marks of tabie?

23 A.   (Complied.)

24 Q.   Did tabie cause pain?

25 A.   Yes.

**September 30, 2008**

## Kpadeh - Direct

1   Q.   Besides the area where the marks are, did tabie cause pain

2   in any other parts of your body?

3   A.   Yes.

4   Q.   What other parts of your body?

5   A.   My finger.

6   Q.   And what, if anything, did you feel in your chest from

7   tabie?

8   A.   I felt severe pain in my chest 'cause my two elbows have to

9   cross to one another.

10   Q.   Have you had any lasting effect to your fingers or any

11   other part of your body from tabie?

12   A.   Yes.

13   Q.   What lasting effect have you had to your body from tabie?

14   A.   My right hand finger don't function well like before.

15   Q.   And are there things that you used to be able to do with

16   your right hand that you no longer do with your right hand?

17   A.   Yes.

18   Q.   What is that?

19   A.   I used to write with my right hand, cut crafts with my

20   right hand, do farming with my right hand, but right now I do

21   all with my left.

22   Q.   Mr. Kpadeh, did you receive marks on your arms from

23   burning?

24   A.   Yes.

25          MS. HECK-MILLER:   Could we take a look, please, at RK

**September 30, 2008**

## Kpadeh - Direct

1    7, 8 and 9.

2              AGENT NAPLES:   (Complied.)

3    BY MS. HECK-MILLER:

4    Q.   What is shown in RK 7, 8 and 9?

5    A.   It's the mark I receive from the burning.

6    Q.   What burning is that?

7    A.   With the melted plastic.

8    Q.   Who burned you that way?

9    A.   ATU soldiers.

10   Q.   Was that painful?

11   A.   Yes.

12   Q.   Was it painful when you received the burning or was it

13   painful afterward or both?

14   A.   Both.

15   Q.   And was there anything that caused it to become more

16   painful after you actually received the burn?

17   A.   Yes.

18   Q.   What was that?

19   A.   When I were put back in the water.

20   Q.   What did that feel like when the burnt arm would be put

21   back in the water?

22   A.   It started to burn more.

23   Q.   Is the skin where you were burnt different from the skin on

24   the rest of your body?

25   A.   Yes.

## Kpadeh - Direct

1  Q.   What is different about the skin where you were burnt?

2  A.   It left mark there different than my normal body.

3  Q.   Does hair grow on the scars where you were burnt?

4  A.   Not exactly.

5  Q.   Is the area where the scars are smooth or is it shiny?

6  A.   Some are shiny.   Some are dark.

7  Q.   Is that different from the rest of your skin?

8  A.   Yes.

9  Q.   Now, Mr. Kpadeh, this particular photograph we're looking

10  at, RK 9, also shows your right hand.   Is that correct?

11  A.   Yes.

12  Q.   Are there marks on your right hand from what happened to

13  you at Gbatala?

14  A.   Yes.

15  Q.   Could you tell us, please, and if necessary you can show

16  with your finger, what marks on your right hand are from things

17  that happened to you at Gbatala?

18  A.   Yes.   This mark you see here, here, here are from the

19  juking with the cleaning rod of the arm

20  Q.   Mr. Kpadeh, are any other marks on your right hand from

21  anything that is different?

22  A.   Yes.   You can see here --

23  Q.   Just a second, please.   Go ahead.

24       Now these marks you just put on the picture on your

25  upper arm, what are those marks from?

**September 30, 2008**

## Kpadeh - Direct

1  A.   From the juking of the cleaning rod of the arm

2  Q.   Now, Mr. Kpadeh, there is a mark on your right middle

3  finger.

4          MS. HECK-MILLER:   Agent Naples, if you could zoom in

5  on that, please.

6          AGENT NAPLES:   (Complied.)

7  BY MS. HECK-MILLER:

8  Q.   You see the line, and I'm going to now put a mark on it,

9  the line on your middle finger?

10 A.   Yes, I see it.

11 Q.   Does that mark have anything to do with what happened to

12 you at Gbatala?

13 A.   No.

14 Q.   That's from some different injury?

15 A.   Yes.

16 Q.   Some other time in your life?

17 A.   Yes.

18 Q.   Now, that was your right hand.

19          MS. HECK-MILLER:   Could we now take a look, please, at

20 RK 10 and RK 11.

21          AGENT NAPLES:   (Complied.)

22 BY MS. HECK-MILLER:

23 Q.   What do we see in RK 10 and 11?

24 A.   Mark of the burning and the juking.

25 Q.   Is that your left hand we see in those pictures?

## Kpadeh - Direct

1  A.   Yes.

2          MS. HECK-MILLER:   And if we could go back for a moment

3  to RK 10 in particular.

4          AGENT NAPLES:   (Complied.)

5  BY MS. HECK-MILLER:

6  Q.   Now, RK 10 on your left hand, does this have marks from the

7  burning and from the juking?

8  A.   Yes.

9  Q.   Is there a difference in the appearance of the two kinds of

10  marks?

11  A.   Yes.

12  Q.   Could you describe to us the difference between the two

13  kinds of marks?

14  A.   Yes.

15  Q.   How are they different?

16  A.   The mark you see black is from the burning.   The mark you

17  see white from my skin is from the juking.

18  Q.   Could you, please, show us by touching one of these light

19  colored marks from juking.

20  A.   Here.

21  Q.   Are there any other juking marks on your left hand here you

22  can show us?

23  A.   Here.

24  Q.   Now, Mr. Kpadeh, I'm going to just change to a different

25  color.   We've now changed to pink.   Could you now mark, show us

**September 30, 2008**

## Kpadeh - Direct

1  on your hand the darker colored marks that come from burning?

2  A.  Yes.   Here.

3  Q.  So, Mr. Kpadeh, the marks that are in yellow are from

4  juking and the mark that is pink is an example of the burning.

5  Is that correct?

6  A.  Yes.

7              MS. HECK-MILLER:   Could we now take a look, please, at

8  RK 12.

9              AGENT NAPLES:   (Complied.)

10  BY MS. HECK-MILLER:

11  Q.  Now, this is your right hand.   Is that correct?

12  A.  Yes.

13  Q.  And does this also have marks from the burning and from the

14  juking?

15  A.  Yes.

16  Q.  All right.

17              We were using pink for the burning.   Could you,

18  please, show us the burning marks on your right hand?

19  A.  Yes.   Here.

20  Q.  And now I will change colors again, and now could you show

21  us marks from juking that appear in this photograph?

22  A.  Here, here, here, here.

23  Q.  So the pink marks are from burning and the green marks are

24  from juking.   Is that correct, Mr. Kpadeh?

25  A.  Yes.

**September 30, 2008**

## Kpadeh - Direct

1   Q.   How is it that you would get juking marks on your hands?

2   A.   They will tell you to put your hand where the iron and they

3   step their feet on your hand and then start to juke you.

4   Q.   Did you receive any marks on your back?

5   A.   Yes.

6   Q.   What, if any, marks did you receive on your back?

7   A.   From the juking.

8   Q.   How is it that you would end up being juked on your back?

9   A.   When they step on your hand, they juke you on your back.

10  Q.   Now, you've told us about stone football.  Do you recall

11  that?

12  A.   Yes.

13  Q.   Do you have any marks on your body from stone football?

14  A.   Yes.

15          MS. HECK-MILLER:  Could we take a look, please, at

16  photographs RK 14, 15, 16, 17 and 20.

17          AGENT NAPLES:  (Complied.)

18  BY MS. HECK-MILLER:

19  Q.   What are these photographs of?

20  A.   Photos of my feet.

21  Q.   And do these photos show some of the marks from stone

22  football?

23  A.   Yes.

24          MS. HECK-MILLER:  Could we take a look, please, at RK

25  17.

## Kpadeh - Direct

1        AGENT NAPLES:   (Complied.)

2   BY MS. HECK-MILLER:

3   Q.   Mr. Kpadeh, on RK 17, first describe to us and then show us

4   any marks that we see in this photograph that came from stone

5   football.

6   A.   Yes.   Here,

7   Q.   Now, you've shown us a mark on your left foot.   Are there

8   any marks on your right foot from stone football?

9   A.   Yes.

10  Q.   Could you show us that, please?

11  A.   (Complied.)

12  Q.   Now, I'm just going to clear the colors -- before we clear

13  the colors --

14        MS. HECK-MILLER:   Agent, could you zoom in on the area

15  that includes those two marks.

16        AGENT NAPLES:   (Complied.)

17        MS. HECK-MILLER:   That doesn't really work, does it?

18        Could you zoom out?  Could you zoom in again, but make

19  the area a little bit bigger?  Right there.

20        AGENT NAPLES:   (Complied.)

21  BY MS. HECK-MILLER:

22  Q.   Now, these are the insides of your two feet.   Is that

23  correct, Mr. Kpadeh?

24  A.   Yes.

25  Q.   Of the marks you got on your left foot and on your right

September 30, 2008

## Kpadeh - Direct

1  foot, which was the worst injury?

2  A.   On my left foot.

3  Q.   Can you describe the injury you had to your left foot?

4  A.   Yes.   I have a cut deep in the sole that last for long.

5  Q.   Can you describe the cut on the right foot?

6  A.   Yes.   It wasn't deep like the other foot.

7  Q.   Now, you said that the cut on the left foot lasted a long

8  time.   Why was that?

9  A.   Because it was deep than the other one.

10 Q.   Where were your feet when you received this cut?

11 A.   On the ground playing stone football.

12 Q.   After stone football was over, where did you have to go?

13 A.   Back in the hole.

14 Q.   Were the conditions of your feet there wet or dry?

15 A.   Wet.

16          MS. HECK-MILLER:   Please take off that picture.

17          AGENT NAPLES:   (Complied.)

18 BY MS. HECK-MILLER:

19 Q.   Now, Mr. Kpadeh, you told us you also received an injury to

20 your penis.   Is that correct?

21 A.   Yes.

22 Q.   Were you willing to have photos made of your penis in

23 February, 2007?

24 A.   Yes.

25          MS. HECK-MILLER:   Could we take a look, please, at RK

**September 30, 2008**

## Kpadeh - Direct

1   23 and 24 which are entered in evidence.

2              AGENT NAPLES:   (Complied)

3   BY MS. HECK-MILLER:

4   Q.   What are we looking at?

5   A.   It's the photo of my penis.

6   Q.   Is this where you were cut?

7   A.   Yes.

8   Q.   Can you show us please on this photograph where you were

9   cut.

10  A.   Yes.   (Complied.)

11  Q.   Did the skin separate at that place?

12  A.   Yes.

13  Q.   Did that leave marks?

14  A.   Yes.

15             MS. HECK-MILLER:   Thank you, agent.   If you could take

16  the photo down.

17             AGENT NAPLES:   (Complied.)

18  BY MS. HECK-MILLER:

19  Q.   Now, Mr. Kpadeh, you told us that you went to JFK Hospital

20  in order to have treatment.   Is that correct?

21  A.   Yes.

22  Q.   When you went to JFK Hospital, did you see doctors there?

23  A.   Yes.

24  Q.   And did you tell those doctors what had happened to you?

25             MR. WYLIE:   Objection.   Hearsay.

**September 30, 2008**

## Kpadeh - Direct

1          MS. HECK-MILLER:   Your Honor, I'm not going to bring

2    out anything he said at this point.

3    A.   Yes.

4    Q.   Just tell us whether you told the doctors what happened to

5    you.

6    A.   Yes.

7    Q.   Why did you tell the doctors what had happened to you?

8    Please don't tell us what you said to them.   Do you understand

9    what I'm asking you?

10   A.   Yes.

11   Q.   I just want you to tell us why you told the doctors what

12   happened to you, not what actually happened to you or what you

13   told the doctors.   Do you understand?

14   A.   I understand that.

15   Q.   Please tell us why did you tell the doctors what happened

16   to you?

17   A.   The doctor asked me what happened.   I have to tell them

18   what happened before getting treatment.

19   Q.   Why did they want to know what happened to you?

20   A.   That's the only way they will prescribe the kind of

21   medicine I need.

22   Q.   What were you treated for at JFK Hospital?

23   A.   Infection and for my body being peeled.

24   Q.   Did you receive any therapy for your hand?

25   A.   Yes.

**September 30, 2008**

## Kpadeh - Direct

1   Q.   What kind of therapy did you receive for your hand?

2   A.   I had an ointment I were using.

3   Q.   Did you receive any treatment for the urination problem?

4   A.   Yes.

5   Q.   What did they give you for that?

6   A.   Injection with some tablet.

7   Q.   Mr. Kpadeh, you told us about some pains that you still

8   have as a result of what happened to you at Gbatala.  Is that

9   correct?

10  A.   Yes.

11  Q.   You've told us about your fingers that you still have some

12  problems with.  Is that correct?

13  A.   Yes.

14  Q.   What about your breathing, Mr. Kpadeh?  Have you ever

15  recovered back to your previous state of breathing?

16  A.   No.

17  Q.   What breathing problems have you had since you were at

18  Gbatala?

19  A.   I have problem with hard breath at times.  When the weather

20  is very cold, I will start to breathe very hard and getting

21  sick out of it.

22  Q.   Did that happen to you before Gbatala Base?

23  A.   No.

24       MS. HECK-MILLER:   May I have a moment, Your Honor?

25       THE COURT:   You may.

**September 30, 2008**

## Kpadeh - Direct

1  BY MS. HECK-MILLER:

2  Q.   Just to go back to one point that I asked you about,

3  Mr. Kpadeh.   Do you remember you were talking about the

4  kitchen?

5  A.   Yes.

6         MS. HECK-MILLER:   Agent, can we go back to GB -- I

7  think it's 53 and 54.   If we can take a look at those.

8         AGENT NAPLES:   (Complied.)

9  BY MS. HECK-MILLER:

10  Q.   This is the kitchen that you saw in May of 2007.   Is that

11  correct?

12  A.   Yes.

13  Q.   And you told us that this kitchen was not there in August

14  of 1999.   Is that correct?

15  A.   Aha.

16  Q.   Could you tell us, please, how do you know or conclude that

17  this kitchen was not at Gbatala Base when you were back there

18  in 1999?

19  A.   Because the kitchen were smaller with this and covered with

20  plastic.

21  Q.   What is this kitchen made of?

22  A.   Thatch.

23  Q.   Will thatch last from 1999 to 2007 outdoors in the Liberian

24  climate?

25  A.   No.

**September 30, 2008**

## Kpadeh - Direct

1          MS. HECK-MILLER:   Thank you, Your Honor.   We'll tender

2    the witness.

3          THE COURT:   Ladies and gentlemen, I think this is a

4    good time for us to take our lunch recess.

5          Please remember my instructions do not discuss this

6    case with each other or where anyone else.   Please avoid

7    reading any newspapers or any other journals or looking through

8    the Internet because a mention of the case may appear.

9          I will ask by everyone to please return by 1:30.

10   Furthermore, when you return, please go back to my jury room on

11   the 12th floor.   We expect to be able to use my courtroom this

12   afternoon.   When you return, please go back to the jury room on

13   floor number 12.   We'll see you at 1:30.

14          [The jury leaves the courtroom at 12:15 p.m]

15          THE COURT:   Is there anything we need to address

16   before we resume at 1:30?

17          MR. CARIDAD:   No.   1:30 back in your courtroom?

18          THE COURT:   You all have a good lunch.

19          MS. ROCHLIN:   Thank you, Judge.

20          [Luncheon recess at 12:17 p.m]

21          THE COURT:   Are we ready for the jury?

22          MR. GRAVELINE:   I believe Agent Naples went to get the

23   witness, Your Honor.

24          THE COURT:   All right.

25          [The jury returns to the courtroom]

**September 30, 2008**

## Kpadeh - Cross

1          THE COURT:   Everyone please be seated.   Welcome back,

2    ladies and gentlemen.

3          Did you tender the witness for cross?

4          MS. HECK-MILLER:   Yes, we did.   We tendered the

5    witness for cross-examination.

6          THE COURT:   Cross-examination.

7                    CROSS EXAMINATION

8    [Beginning at 1:33 p.m., 9/30/08.]

9    BY MR. WYLIE:

10   Q.   Good afternoon, Mr. Kpadeh.

11   A.   How are you?

12   Q.   Now, you stated in your direct testimony that you were not

13   planning a lawsuit at this time.   Is that correct?

14   A.   Yes.

15   Q.   But you are aware that you can sue Chuckie in the United

16   States Courts?

17   A.   Why?

18   Q.   I'm just asking if you are aware that you can.

19   A.   That is private.

20   Q.   Excuse me?

21   A.   It's private whether I decide to sue or not.

22   Q.   Your answer is it's private?

23   A.   Yes.   It's private to me whether I decide to sue or not.

24   Q.   Now, you're also aware that you can sue Charles Taylor?

25   A.   Say that.

**September 30, 2008**

## Kpadeh - Cross

1   Q.   Are you aware that you can sue Charles Taylor, the former

2   President of Libria?

3   A.   No, I'm not aware of that.

4   Q.   You realize the ex-President, he probably has a lot of

5   money?

6   A.   No.

7   Q.   You're not aware of that?

8   A.   No.

9   Q.   You have a lawyer.   Correct?

10   A.   Say that.

11   Q.   You have a lawyer?

12   A.   Yes.

13   Q.   Are you aware of the Truth & Reconciliation Organization?

14   A.   Where?

15   Q.   In Libria.

16   A.   Yes.

17   Q.   And that's an organization that hears grievances or

18   complaints from the war.   Correct?

19   A.   Yes.

20   Q.   You can go in front of them and tell them the problems you

21   had from the war?

22   A.   If you wish to.

23   Q.   If you wish to.

24        And you are aware you can receive damages, financial

25   damages, if they found you had a problem during the war?

## Kpadeh - Cross

1    A.    I'm not aware of that.

2    Q.    You're not aware of that.

3          Now, you allege these acts, alleged acts of torture,

4    took place from August of '99 through October of '99?

5    A.    Yes.

6    Q.    The first time you met Chuckie Taylor you claim is at the

7    bridge in 1999?  You were then taken to the training base in

8    Gbatala in 1999?

9    A.    Yes.

10   Q.    And you took the agents when you went with the agents back

11   to the bridge in 2007.  Is that correct?

12   A.    Yes.

13   Q.    And you went back with the agents to the Gbatala Base in

14   2007.  Correct?

15   A.    Yes.

16   Q.    Between 1999 and 2007, where were you living?

17   A.    Lofa.

18   Q.    In Lofa.  That's in Libria?

19   A.    Yes.

20   Q.    And I think you testified you have been driving past the

21   bridge, the St. Paul River Bridge, all your life.  Is that

22   correct?

23   A.    Yes.

24   Q.    You have been driving through Gbatala your whole life as

25   well?

**September 30, 2008**

## Kpadeh - Cross

1  A.   When you say "Gbatala" on the base or on the main road?

2  Q.   On the road that goes by the base.

3  A.   Yes.

4  Q.   And, so, you passed by those places between 1999 and 2007.

5  Is that correct?

6  A.   Yes.

7  Q.   And you stated that you had been to I think the building

8  you called the Mission.  Is that correct?

9  A.   At Gbalatuah, yes.

10  Q.   You have been there before?

11  A.   To the checkpoint, yes.

12  Q.   Lots of times?

13  A.   Say that.

14  Q.   Lots of times, many times?

15  A.   In the building or seeing the building?  You say "You been

16      to the building."  You try to tell me I been in the

17  building.  No, I been in the building the day I went there with

18  the agents and the time I were arrested.

19  Q.   But you've seen the building many times.

20  A.   Yes.

21  Q.   Now you're a farmer?

22  A.   Yes.

23  Q.   How big is the area of land that you farm?

24  A.   About 1,800 acres of land.

25  Q.   1,800 kilometers?

**September 30, 2008**

## Kpadeh - Cross

1   A.   Of land.

2   Q.   Do you own that land?

3   A.   Yes.

4   Q.   And that's difficult work, farming?

5   A.   Say that.

6   Q.   Farming is difficult work.   Right?

7   A.   Not all farming.

8   Q.   Not all farming?

9   A.   Yes.

10  Q.   What sort of things do you do in farming.   Do you clear

11  brush?

12  A.   Sometime.

13  Q.   Sometimes?

14  A.   Yes.

15  Q.   And what tools do you use to do that?

16  A.   Cutlass, hoe, et cetera.

17  Q.   You said before this you used to do that right-handed?

18  A.   Yes.

19  Q.   What was the first tool you referred to?

20  A.   Say that.

21  Q.   What tools do you use?   What was the first tool you

22  referred to?

23  A.   I say "cutlass."

24  Q.   Is that like a knife or machete?

25  A.   Longer than a knife, what we use to cut.

**September 30, 2008**

## Kpadeh - Cross

1   Q.   Longer than a knife?

2   A.   Yes.

3   Q.   But it's very sharp?

4   A.   Yes.

5   Q.   Now, do you have electricity on your farm?

6   A.   Say that.

7   Q.   Do you have electricity in your farm?

8   A.   Say that.

9   Q.   In your home or your farm, do you have electricity?

10  A.   No.

11  Q.   How do you cook?

12  A.   Say that.

13  Q.   How do you cook?

14  A.   I cook the African way.  You either cut wood and have fire.

15  Q.   You either use a fire -- that's one way.  What was the

16  other way?

17  A.   It's the same fire, but it's something made by metal that

18  you can put coal in it and use the fire.

19  Q.   Did you use coal for that?

20  A.   Yes.

21  Q.   Every time you cook, you use fire?

22  A.   The cooking process is this:  When we go to work on the

23  farm, the women are responsible to cook.  The men are

24  responsible to go to work.  That is the process of cooking.  I

25  used to cook.

September 30, 2008

## Kpadeh - Cross

1  Q.   Did you ever load coal into a fire?

2  A.   No.

3  Q.   Never?

4  A.   No.

5  Q.   Did you ever start a fire or make a fire?

6  A.   Yes.

7  Q.   Now, you mentioned in your previous testimony that it was,

8  that some of those banana trees or cassava root had been

9  planted.   Is that correct?

10 A.   Where?

11 Q.   At the base in Gbatala.

12 A.   After the time we left from there, yes.

13 Q.   They're not growing wild, in other words?

14 A.   Say that.

15 Q.   Those plants were not growing wild.   Somebody put them

16 there?

17 A.   Yes.

18 Q.   And they put them in the holes?

19 A.   Yes.

20 Q.   Is that a good spot for them to grow plants?

21 A.   Yes.   The reason is where you clear the dirt from other

22 places, you put it in the hole.   It produce more fertilizer for

23 plants to grow there well.

24 Q.   Now, you also stated that you're a carpenter.   You make

25 furniture.

**September 30, 2008**

## Kpadeh - Cross

1  A.   I make furniture, but I'm not a carpenter.

2  Q.   What tools do you use to make furniture?

3  A.   I use hammer and other material.  We don't call it

4  carpentry.  We call it arts and crafts.

5  Q.   Do you carve this furniture out of wood?

6  A.   Say that.

7  Q.   Do you carve this furniture out of wood?

8  A.   I carve?

9  Q.   Carve.  Do you cut the wood to make the furniture?

10  A.   Yes.

11  Q.   What do you use to do that.  What tool?

12  A.   We got a knife and we make it soft, to be clean.

13  Q.   The knife has got to be sharp to work.  Correct?

14  A.   Yes.

15  Q.   Now, I want to take you back to August of 1999.  You were

16  living in Voinjama.  Is that correct?

17  A.   Yes.

18  Q.   You testified that there was an attack on Voinjama?

19  A.   Yes.

20  Q.   How did you know about the attack?

21  A.   We were in bed.  We heard shooting of the gun and we left

22  town.

23  Q.   You left with your family?

24  A.   Yes.

25  Q.   And you were walking?

**September 30, 2008**

## Kpadeh - Cross

1  A.   Yes.

2  Q.   Did you look for a truck?

3  A.   At that time, no.

4  Q.   So you walked all the way to Zorzor?

5  A.   Yes.

6  Q.   Who was walking with you from your home there?

7  A.   Exactly, my family and myself.

8  Q.   What members of your family?

9  A.   My wife, my children.

10  Q.   How many children did you have?

11  A.   At that time, two.

12  Q.   Who else?

13  A.   I told you.   My wife, my family, my brother, my grandmother

14  and my uncle with my mom

15  Q.   So your wife, your two children, your brother, your

16  grandmother and your mother?

17  A.   With my uncle.

18  Q.   And your uncle?

19  A.   Yes.

20  Q.   Is that it?

21  A.   Yes.

22  Q.   Now, were you walking, was this group walking alone or in a

23  larger group?

24  A.   We, my family, were walking alone, but there were other

25  groups walking also.

## Kpadeh - Cross

1    Q.    Along the road?

2    A.    Yes.

3    Q.    How many people would you say?

4    A.    No, I can't tell you that.  The whole city was being

5    depleted.

6    Q.    Say that again?

7    A.    Everybody left the city.

8    Q.    Lots and lots of people were on the road.  Hundreds?

9    A.    I'm telling you the whole city.  Voinjama is a city.  More

10   than that.  I can't give you a figure.  I don't know the

11   population of the city at that time.

12   Q.    So the whole city left their home and just took a few

13   things and left?

14   A.    All the people went different direction.  The whole city

15   was being depleted and they left.

16   Q.    And you went to Zorzor.  Is that correct?

17   A.    Yes.

18   Q.    How long were you in Zorzor?

19   A.    About two to three days.

20   Q.    Did you stay with somebody?  Did you sleep outside?  What

21   happened in Zorzor?

22   A.    We stay -- we were able to find place to stay until we got

23   ready to leave.

24   Q.    Say that again.

25   A.    We found a place to stay until we got ready to leave.

**September 30, 2008**

## Kpadeh - Cross

1  Q.  Who did you stay with?

2  A.  Ourself.

3  Q.  In a hotel?

4  A.  No.  There was a place with people over there.

5  Q.  Do you remember the people's names you stayed with?

6  A.  No.

7  Q.  You just asked somebody on the street, "Can we stay at your

8      house?"

9  A.  When the war is going on, we reach people and say "We are

10     running away from the war.  Can you give us a place to

11     stay?"

12         The guy say "Yeah, yeah.  Go inside here until you're

13     ready to leave."

14  Q.  Then you learned Zorzor was going to be attacked?

15  A.  Yes.

16  Q.  How did you learn that?

17  A.  People were coming, walking and when they got there, they

18  heard us and say "We be attacked.  This is what caused us

19     leave."  They say "War is coming."  I don't want to see the

20  war.  It's impossible.  I couldn't do that.

21  Q.  Did you know people that were members of LURD?  Is that how

22  you knew that the attack was coming?

23  A.  Say that.

24  Q.  Did you in 1999 know members of the rebel group LURD?

25  A.  No.

**September 30, 2008**

## Kpadeh - Cross

1  Q.   Were you associated with LURD in any way?

2  A.   No.

3  Q.   But you knew that they were going to attack Zorzor on a

4  future date?

5  A.   I told you we were there.   People came from the war, from

6  the direction and said Zorzor going to be under attack and say

7  we have to leave.

8  Q.   So you decided to leave Zorzor?

9  A.   Yes.

10  Q.   Did you ride in the truck immediately or did you start

11  walking first?

12  A.   I went to find a truck to leave the place.

13  Q.   You went to find one?

14  A.   I went to find a car to leave Zorzor.

15  Q.   And did you know the area of Zorzor?   Did you know people

16  that lived in Zorzor?

17  A.   No.

18  Q.   Then how did you find a truck?

19  A.   The trucks are left from Voinjama.   I knew people that have

20  it.

21  Q.   You knew somebody that had a truck in Voinjama?

22  A.   Yes.

23  Q.   How did they get to Zorzor?

24  A.   They drove the car from Voinjama to Zorzor.

25  Q.   To pick you up?

## Kpadeh - Cross

1   A.   No.

2   Q.   I want to know how you met up with this person with the

3   truck.

4   A.   The man have a truck, work with an organization called UDA,

5   and they were a customer to me that used to buy my furniture.

6   So they knew me.   When I met them in Zorzor, I asked them to

7   help me transport my family and myself in Bong County.   He

8   accept to bring my family and we got in his car and left.

9   Q.   Did you call him on the phone?

10  A.   No.

11  Q.   How did you contact him?

12  A.   I met him in Zorzor.

13  Q.   You met him in Zorzor?

14  A.   Yes.

15  Q.   But I thought you stated you had known him from before.

16  A.   I told you I know him from Voinjama.   He been my customer

17  and used to buy furniture from me.   When I saw him in Zorzor, I

18  walked to him and asked him to help me transport my family out

19  of Zorzor.

20  Q.   It was just a coincidence that he was in Zorzor?

21  A.   Yes.

22  Q.   What's his name or her name?

23  A.   The man?

24  Q.   Yes.

25  A.   I don't know his name.   It's a long time.

**September 30, 2008**

## Kpadeh - Cross

1    Q.    You forgot his name?

2    A.    Yes.

3    Q.    When you got in the truck, it was you and your two

4    children?

5    A.    And my grandmother.

6    Q.    Grandmother?

7    A.    And my mother.

8    Q.    And your uncle?

9    A.    Yes.

10    Q.    How about your brother?

11    A.    No.

12    Q.    Your brother stayed in Zorzor?

13    A.    He got another car.

14    Q.    And did he follow the truck?  The other car, did that

15    follow the truck?

16    A.    Yes.

17    Q.    How many people were in this truck on the ride from Zorzor

18    to the bridge?

19    A.    I couldn't count, there were so many.

20    Q.    The truck was filled?

21    A.    Yes.

22    Q.    Dozens of people?

23    A.    You can describe it that way, but I know.  There were more

24    than -- the truck was all ready.  Everybody wanted to carry

25    their family.

**September 30, 2008**

## Kpadeh - Cross

1  Q.   I'm trying to find out how many people were in the truck.

2  A.   I can't know.   You can figure your own way.

3  Q.   It was a big truck?

4  A.   Yes.

5  Q.   It was filled?

6  A.   Yes.

7  Q.   So filled, your brother, there was no room for him   Right?

8  A.   He wasn't, he wasn't present when we were making the

9  arrangements.

10  Q.   Do you remember any of the names of any of the people you

11  took to ride from Zorzor to the bridge with other than your

12  family?

13  A.   Yes.

14  Q.   Who?

15  A.   I remember one plan called Winbah Jibba.

16  Q.   Winbah Jibba?

17  A.   Yes.

18  Q.   Anybody else?

19  A.   No.

20  Q.   That's the only person you remember?

21  A.   Aha.

22  Q.   How long was the ride from Zorzor to the bridge?

23  A.   About four hour drive.

24  Q.   Four hour drive?

25  A.   Yes.

**September 30, 2008**

**Kpadeh - Cross**

1  Q.   So after a four hour drive, you arrive at the bridge?

2  A.   Yes.

3  Q.   And you crossed the bridge?  The truck crossed the bridge?

4  A.   Correct.

5  Q.   Was it dark outside?

6  A.   Evening hours, around 5:00.

7  Q.   Around 5:00?

8  A.   Yes.

9  Q.   But it wasn't completely dark?

10  A.   No.

11  Q.   And when you arrived in at the checkpoint, you were ordered

12  off the truck by soldiers?

13  A.   Everybody on the truck were ordered to come down, not only

14  me.

15  Q.   Everybody was ordered off the truck?

16  A.   Let all men come down.

17  Q.   All men?

18  A.   Yes.

19  Q.   No women?

20  A.   Women come down because they had to give the way for men to

21  come down.

22  Q.   Were the women ordered down?

23  A.   I said no, but they have to give way.  This is why they got

24  out.

25  Q.   Sir, you've spoken with the agents in this case prior to

**September 30, 2008**

## Kpadeh - Cross

1  today.   Right?

2  A.   Say that.

3  Q.   You've spoken with the agents for the United States

4  Government prior to today about this case?

5  A.   Yes.

6  Q.   In fact, you've spoken to them several times?

7  A.   Yes.

8  Q.   And when you spoke to them, they told you it was important

9  to tell the truth.   Right?

10  A.   Whether they tell me to say the truth or not, I know that

11  it is important to say the truth to anybody.

12  Q.   Those people were taking notes, the agents.   Right?

13  A.   Yes.

14  Q.   They told you it was important to be accurate?

15  A.   Whether they told me or not, I know it's important to be

16  accurate.

17  Q.   Because you knew this was an important meeting with these

18  agents?

19  A.   Yes.

20  Q.   Now, you met with these agents in February of 2007.   Is

21  that correct?

22  A.   Yes.

23  Q.   And you told the agents at that time all men were ordered

24  down from the truck.   Is that right?

25  A.   Yes.

## Kpadeh - Cross

1  Q.   But you met with the agents again in 2007, November of 2007

2  or -- excuse me -- May of 2007.   Do you remember that meeting

3  in May of 2007?

4  A.   Yeah.

5  Q.   And you told the agents at that time that everyone was

6  ordered down from the truck.   Is that correct?

7  A.   No.   That's -- they told us let all men come down.   The

8  women have to get down because of the men finding a space to

9  come down.   What I told you from the beginning is what I told

10  you the second time.

11  Q.   So you did not tell the agents in this case that everyone

12  was ordered down from the truck?

13          MS. HECK-MILLER:   Objection, Your Honor.   Asked and

14  answered.

15          THE COURT:   Overruled.

16  A.   Say that.

17  Q.   So it's your testimony that you did not tell the agents in

18  this case in May of 2007 that everyone was ordered down from

19  the truck?

20  A.   This is what I told you.   I told them that the men were

21  ordered to come down from the truck, but everybody got down

22  because for the men to find space to get out of the truck.   You

23  understand it differently, but what I told them is what I'm

24  telling you.

25  Q.   Okay.

September 30, 2008

## Kpadeh - Cross

1          Just to be clear, you did not tell the agents that

2    women were ordered down from the truck?

3    A.    No.

4    Q.    Now, in May of 2007 during the meeting with the agents you

5    told them, the agents, your wife, three children, your mother

6    and other -- excuse me.   LET me withdraw that.

7          You told the agents in May, 2007 that your wife and

8    three children and mother were in the truck from Zorzor to the

9    bridge.   Is that correct?

10   A.    No.   I told the agents my wife and my children with my

11   parents travel together.   I did not told the agents my three

12   children.

13   Q.    You did not say your three children?

14   A.    At that time I did not have three children.   I told them

15   two.

16   Q.    Did you tell that to the agents when they interviewed you

17   in 2007?

18   A.    I don't know how they understood me.   I told them my

19   children, my wife and my mother with my other family travel

20   together.   At that time I have two kids.   My third kid was born

21   in 2003.

22   Q.    Leaving the kids part aside for a moment, you told the

23   agents in May of 2007 your mother was on the truck with you

24   from Zorzor to the bridge.   Is that correct?

25   A.    Yes.

**September 30, 2008**

## Kpadeh - Cross

1  Q.   But you told the agents at another meeting in November of

2  2007 that -- excuse me.   You stated in May of 2007 that your

3  mother was or was not on your truck?

4  A.   Say that.

5  Q.   In May of 2007 when you spoke to the agents, you stated

6  that your mother was not on the truck with you from Zorzor to

7  the bridge?

8  A.   No.

9  Q.   You did not say that?

10 A.   No.

11 Q.   And in November of 2007 you said that your mother was on

12 the truck.   Is that correct?

13 A.   Yes.

14 Q.   It's your testimony here today that your mother was on the

15 truck?

16 A.   Yes.

17 Q.   Because you would remember something like that.   Right?

18 A.   What happened is what I say in my testimony.

19 Q.   Now, when you got to the bridge, there was ATU soldiers at

20 the checkpoint?

21 A.   Yes.

22 Q.   Was there also police in the area?

23 A.   No.

24 Q.   There were no police there, no Liberian police?

25 A.   No.

**September 30, 2008**

## Kpadeh - Cross

1   Q.   How about Immigration officials?  Were there any

2   Immigration officials there at the checkpoint?  Were there any

3   Non-ATU soldiers, AFL members, were they at the checkpoint?

4   A.   No.

5   Q.   Were there civilians, people who live in the area, when you

6   arrived at the checkpoint?

7   A.   Yes.

8   Q.   There's a town right there when you arrived at the

9   checkpoint?

10  A.   Yes.

11  Q.   What's that town called?

12  A.   Gbalatuah.

13  Q.   Isn't it Waterside?

14  A.   You have water between Gbalatuah and Waterside.  The water

15  is St. Paul River.

16  Q.   Isn't there a place called Waterside at the river there?

17  A.   I don't know Waterside.

18  Q.   You never heard of Waterside?

19  A.   No.

20  Q.   So when you arrived at this town by the checkpoint, did you

21  see anybody you knew there?

22  A.   No.

23  Q.   You don't remember anybody's name that saw you ordered down

24  from the truck?

25  A.   Say that.

September 30, 2008

## Kpadeh - Cross

1   Q.   You don't remember anybody's name who saw you ordered down

2   from that truck?

3   A.   No.

4   Q.   The only person that you remember the name that's on the

5   truck is Winbah Jibba?

6   A.   Yes.   He came with us on the truck besides my family.

7   Q.   The only people you remember from the truck are your family

8   and Winbah Jibba?

9   A.   That was all.

10  Q.   Now, when you went into the room to meet with Chuckie, was

11  he the only person in the room?

12  A.   Yes.

13  Q.   And then you were taken and put back on a truck.   Is that

14  correct?

15  A.   Which other truck?

16  Q.   After meeting with Chuckie, were you put by the soldiers

17  back on a truck?

18  A.   On a military truck.

19  Q.   On a different truck?

20  A.   Yes.

21  Q.   About the same size as the truck you took from Zorzor to

22  the bridge.   Correct?

23  A.   Say that.

24  Q.   The truck that you got onto at the checkpoint to go to the

25  training place in Gbatala was about the same size of the truck

**September 30, 2008**

## Kpadeh - Cross

1  you took from Zorzor to the bridge.  Is that correct?

2  A.  Yes.

3  Q.  And how many people were on this truck?

4  A.  I did not check how many people were there, but we were in

5  the truck crying.  We were blindfolded.  How could I check who

6  was there.

7  Q.  You couldn't see anything?

8  A.  Yes.

9  Q.  There were other people there with you?

10  A.  Yes.

11  Q.  What part of the truck were you in?

12  A.  I was lying on the floor of the truck.

13  Q.  Lying on the floor of the back part of the truck?

14  A.  Yes.

15  Q.  Do you remember how many soldiers were in the truck with

16  you?

17  A.  I was blindfolded, so I couldn't tell you that.

18  Q.  You couldn't see anything?

19  A.  No.

20  Q.  But you said you knew that Chuckie followed you?

21  A.  Yes.

22  Q.  You couldn't see him, though, could you?

23  A.  I told you that I knew that Chuckie followed us because

24  when we got to the bad place of the road, the soldiers say "Let

25      the chief cross."  He was behind us.

**September 30, 2008**

## Kpadeh - Cross

1   Q.   You heard somebody say "Let the Jeep cross"?

2   A.   We heard somebody say "Let the chief cross," Chief Chuckie.

3   Q.   So you arrived at the training base.   How many people are

4   taken offer the truck with you?

5   A.   I was blindfolded.   I couldn't tell you how many people

6   came down.

7   Q.   Was anybody put into the hole the same day you were?

8   A.   Yes.

9   Q.   When did they take the blindfold off?

10  A.   The time they were putting me in the hole.

11  Q.   Right before that time?

12  A.   Yeah.

13  Q.   Did you have clothes on at this point?

14  A.   Yes.

15  Q.   You had clothes on?

16  A.   Then they took the clothes off.

17  Q.   When did they take the clothes off of you?

18  A.   When Chuckie order to strip me naked and tie my feet, the

19  soldier didn't take off my clothes.   He tie my hand and my face

20  and put me on the truck.

21          When we got to Gbatala Base, that's the time they say

22          "You have to be naked to go into the hole."

23  Q.   You had your clothes on from the ride from the bridge to

24  the training base?

25  A.   Yes.

**September 30, 2008**

## Kpadeh - Cross

1  Q.   Didn't you testify yesterday you were naked during that

2  time?

3  A.   Say that.

4  Q.   Didn't you testify yesterday that you were naked for that

5  ride from the bridge to the base in Gbatala?

6  A.   No.

7  Q.   You had all your clothes on?

8  A.   I had my clothes on.   I say he give the order to strip me

9  naked and put me on the truck.

10  Q.   So Chuckie ordered you to be stripped naked?

11  A.   Yes.

12  Q.   But it's your testimony today his soldiers didn't follow

13  that order?

14  A.   That order, I'm telling you, until we got to the base

15  before my clothes was taken out.

16  Q.   Did you have your shirt on as well?

17  A.   The shirt were on me when I was tied.

18  Q.   So you were fully clothed until you got to the base in

19  Gbatala?

20  A.   Yes.

21  Q.   And they took your clothes off right before they put you in

22  the hole?

23  A.   Yes.

24  Q.   So when you claim that you were being dunked in the water,

25  you had your clothes on?

**September 30, 2008**

## Kpadeh - Cross

1  A.   Say that.

2  Q.   You say that Compari was putting your head under the water.

3  Is that correct?

4  A.   Yes.

5  Q.   You had your clothes on at that time?

6  A.   Yes.

7  Q.   Okay.

8        And you didn't take your clothes off until you got to

9  the hole?

10  A.   Yes.

11  Q.   Now, when they put you in the hole, how many men were

12  there?

13  A.   I didn't check them

14  Q.   You didn't count them?

15  A.   No.

16  Q.   You don't remember?

17  A.   I don't remember how many men were there.

18  Q.   You said the hole was about the size of a grave.

19  A.   Yes.

20  Q.   And there weren't 20 men in there.   Correct?

21  A.   Are you saying how many men were in the hole or before

22  putting me in the hole, how many --

23  Q.   No, when they put you in the hole, how many in the hole

24  with you?

25  A.   Oh, all right.   I met three person that I went to that

**September 30, 2008**

## Kpadeh - Cross

1   hole.

2   Q.   What were the names of those three people?

3   A.   Nathaniel Koah, Richie Abu and there was another person.   I

4   can't remember their name now.

5   Q.   You can't remember the name of the third person?

6   A.   No.

7   Q.   How long were you in the hole with these other three men?

8   A.   I spent -- I left from there after two weeks.

9   Q.   So you got to know these men pretty well that were in the

10  hole?

11  A.   Yeah.   We were in the hole, yes.

12  Q.   You were together a lot?

13  A.   Yes.

14  Q.   You can't remember the name of the third man?

15  A.   I can't think of the name.

16  Q.   Okay.

17          I want to take you back to the bridge for a moment.

18  You said you got there in the late afternoon, around 5:00?

19  A.   Yes.

20  Q.   And it was getting dark?

21  A.   In Libria after 5:00, the sun would be putting to rest.

22          THE COURT:   Could you sit up, please?

23          THE WITNESS:   (Complied.)

24  BY MR. WYLIE:

25  Q.   You were taken in to see Chuckie in the room?

**September 30, 2008**

## Kpadeh - Cross

1    A.    Yes.

2    Q.    Did the room have a window?

3    A.    Yes.

4    Q.    Was it as the picture that we saw?  Was the window boarded

5    up?

6    A.    Say that.

7    Q.    The window in the room, was it boarded it?

8    A.    It were closed.

9    Q.    It was closed?

10   A.    Yes.

11   Q.    Could you see through the glass or was it closed with a

12   board?

13   A.    It was not a glass.   It was hooded window.

14   Q.    Say that again.

15   A.    Hood, something like plank, yes.

16   Q.    Light was not coming through the window?

17   A.    No.

18   Q.    Were lights on there?

19   A.    Yes.

20   Q.    Was it a bright light?

21   A.    Yes.

22   Q.    When you were speaking to Chuckie, were you scared?

23   A.    No.

24   Q.    You weren't scared?

25   A.    No.

September 30, 2008

## Kpadeh - Cross

1  Q.   Because you got an awful good memory of things that were

2  written in the office.  Is that what you were doing when he was

3  talking to you, reading the walls?

4  A.   I never thought I be arrested.  I saw him and meet him as a

5  gentleman.

6  Q.   How long were you in the room with him?

7  A.   Close to 10 minutes.

8  Q.   You were not blindfolded when you were in the room?

9  A.   No.

10  Q.   Is that on your monitor there, sir?

11  A.   What?

12  Q.   This picture.  Can you see a picture of, I think you call

13  it, the Mission Building?

14  A.   There is no picture on my screen.

15       Yes.

16  Q.   Could you touch the hallway or make some sort of mark in

17  the hallway that you entered?

18  A.   Yes.

19  Q.   So it's the one on the right?

20  A.   Yes.

21  Q.   You say you went in the first room on the right and that

22  was Chuckie's office?

23  A.   Yes.

24       MR. WYLIE:  If you could zoom in on the scorpion.

25       AGENT NAPLES:  (Complied.)

**September 30, 2008**

## Kpadeh - Cross

1    BY MR. WYLIE:

2    Q.   Is this the picture on the patch for the ATU uniform?

3    A.   Yes.   They have a scorpion on the batch on the ATU

4    uniforms.

5    Q.   There's also a cobra behind it.   Is that correct?

6    A.   Yes.

7    Q.   It's a little different than that?

8    A.   I'm telling you the scorpion photo is on the patch, also

9    the cobra.   I'm telling you the drawing here is on the patch.

10   Q.   There's a building you identified as having "ATU" written

11   on it.   Is that correct?

12   A.   Yes.

13   Q.   That's not this building.   Right?   That's the one across

14   the road?

15   A.   Yes.

16   Q.   Your testimony is the first hole you were put in is

17   Waterfall at the Gbatala Base?

18   A.   Yes.

19   Q.   The second whole you were put into was Belle Yella.   Is

20   that correct?

21   A.   Yes.

22   Q.   The third and final hole was called Survivor?

23   A.   Yes.

24   Q.   That's what you told the agents the first time you spoke to

25   them?

**September 30, 2008**

## Kpadeh - Cross

1  A.  Right.

2  Q.  The next time you spoke to the agents, they showed you

3  pictures of those three holes in a different order.  Do you

4  remember that?

5  A.  No.

6  Q.  Are you aware the next time you spoke to the agents, the

7  pictures of the holes you identified differently than the time

8  before that?

9          MS. HECK-MILLER:  Excuse me.

10          I would ask counsel identify what was the first time

11  and what was the second time in time.

12  BY MR. WYLIE:

13  Q.  Sir, do you remember speaking to the agents in this case in

14  May, 2007?

15  A.  Yes.

16  Q.  You said the first hole you were in was Waterfall.

17  Correct?

18  A.  Yes.

19  Q.  And pictures were taken of Waterfall?

20          MS. HECK-MILLER:  Your Honor, I would ask for

21  specification as to when the pictures were taken.

22  BY MR. WYLIE:

23  Q.  Do you remember identifying Waterfall was the first hole

24  you were in?

25  A.  The day in my testimony I tell you all of these holes were

## Kpadeh - Cross

1   located at different places.  The first at the base at that

2   time and this time are not the same, so you can't stand and

3   just say this is Waterfall or this is Survivor.  But I remember

4   the holes we were in.  Specifically, you can't know by the

5   structure now.

6   Q.   So the condition of the base now makes it difficult to tell

7   which hole is which from pictures?

8   A.   Yes.

9   Q.   Now, you testified that the alleged torture in this case

10  was the worst on Wednesdays and Saturdays.

11  A.   Yes.

12  Q.   Because those were the days Chuckie came to the base?

13  A.   Yes.

14  Q.   You didn't have a calendar in your hole, did you?

15  A.   I never have a calendar, but I should know the days and the

16  date and the month of the year.

17  Q.   You kept close track of the dates and the day of the week

18  and what day of the month it was?

19  A.   Yes.

20  Q.   You were able to keep track of that?

21  A.   Yes.

22  Q.   And you were there for how long, two months?

23  A.   I told you from August 23rd to October.

24  Q.   So about two months?

25  A.   Yes.

**September 30, 2008**

## Kpadeh - Cross

1  Q.   Now, you testified that as punishment you were told to run

2  with a log on your right shoulder.   Is that correct?

3  A.   Yes.

4           MR. WYLIE:   Can I see Gbatala picture 5?

5           AGENT NAPLES:   (Complied.)

6  BY MR. WYLIE:

7  Q.   Do you see that picture on your screen there?

8  A.   Yes.

9  Q.   And you said that that's a similar log to the one you had

10  to carry?

11  A.   Yes.  I was indicating the length of it.

12  Q.   And it was about the length that you were measuring off

13  there with your hand in this picture?

14  A.   Yes.

15  Q.   Now, was this log hollow or was it solid inside?

16  A.   Say that.

17  Q.   The log --

18  A.   Aha.

19  Q.   -- was it solid inside or was it hollow?

20  A.   Solid and hollow?  What is solid?  I don't understand.

21  When you say "hollow," I don't know what you mean.

22  Q.   When I say "hollow," was the middle of the log, was it

23  taken out?

24  A.   No.

25  Q.   You couldn't look through the log.  Right?

**September 30, 2008**

## Kpadeh - Cross

1   A.   No.

2   Q.   It was solid all the way through?

3   A.   Yes.

4   Q.   And I think you call this a lamp post.   Right?

5   A.   Yes.

6   Q.   It's similar to the one that's hanging near the barracks.

7   Right?

8   A.   Yes.

9   Q.   It looks just like that.   Right?

10   A.   Yes.

11   Q.   And did you lift that up yourself?

12   A.   Yes.

13   Q.   You lifted it up yourself?

14   A.   Yes.

15   Q.   And you said this was in September?

16   A.   Yes.

17   Q.   Do you remember what day of the week?

18   A.   No.

19   Q.   Do you remember the date?

20   A.   Say that.

21   Q.   Do you remember the date that you lifted this log?

22   A.   No.

23   Q.   But you had been at the base for a while?

24   A.   Say that.

25   Q.   When you lifted this log, you had been at the Gbatala Base

**September 30, 2008**

## Kpadeh - Cross

1  for a period of time?

2  A.   Yes, but I enter the base August 23rd.   From then, we end

3  it in September.   So I been there for a time.

4  Q.   When you lifted this log, how long do you think,

5  approximately, had you been at the Gbatala Base?

6  A.   It was the earlier part.   From the 23rd to the end, maybe

7  something like eight or nine days left for the month to end and

8  it was in the early part of September.

9  Q.   The early part of September?

10  A.   Yes.

11  Q.   More or less, about two weeks you had been at the base?

12  A.   You can say it that way.

13  Q.   You claim you had not been eating very much.

14  A.   No.   Say that?

15  Q.   During the first two weeks you were on the base, you were

16  not fed very well?

17  A.   True.   At the base I had not been fed better.

18  Q.   You didn't get to drink very much, clean water?

19  A.   No.

20  Q.   You say you had been forced to drink your own urine?

21  A.   Yes.

22  Q.   Did that make you sick?

23  A.   Yes.

24  Q.   So you must have been feeling really bad after you had been

25  at this base for two weeks.

**September 30, 2008**

## Kpadeh - Cross

1   A.   Say that.

2   Q.   You must have been feeling very weak after you had been at

3   this base for two weeks?

4   A.   It depends on the strength you have.   I am an African

5   child.   I am very strong.

6   Q.   Even after you didn't eat for two weeks?

7   A.   I didn't tell you I never eat at all.   I never told you in

8   my testimony I never eat at all or not drink at all.

9   Q.   Okay.

10          So you were able to lift this log.   Correct?

11   A.   The size of this log, yes.

12   Q.   And hold it over your shoulder like this?

13   A.   Yes.

14   Q.   Just on your right shoulder?

15   A.   Hold it with my two hands.

16   Q.   You weren't holding it across your back with --

17   A.   No.

18   Q.   You were holding it with one shoulder and both arms?

19   A.   Yes.

20          THE COURT:   Can you approach the microphone?

21   A.   When I push it, I stood up, hold it from the down part.   I

22   lock it on my shoulder and hold it in one direction.

23   Q.   And you ran with it?

24   A.   Yes.

25   Q.   And soldiers were hitting it?

**September 30, 2008**

**Kpadeh - Cross**

1    A.   Yes.

2    Q.   You didn't fall when they hit it?

3    A.   If it dropped, they would let you put it back.

4    Q.   I mean, not the log.  You didn't fall to the ground?

5    A.   I did not fall.  The log fall and I put it back.

6    Q.   You pick it up again?

7    A.   They would tell you to do it and you have to.

8    Q.   You said you did this for 45 minutes?

9    A.   I didn't have a watch on my hand to say, to check, but

10   there's a time you can calculate when things going on.

11   Q.   More or less, 45 minutes?

12   A.   Something like that.

13   Q.   That's a lot of running.

14   A.   Say that?

15   Q.   That's a lot of running, 45 minutes?

16   A.   You not going to run like your chasing something.  You have

17   the men knocking.

18   Q.   You run slowly?

19   A.   Yes.

20   Q.   Like a jog?

21   A.   Yes, going around.

22   Q.   Okay.

23        Now, you also claim that you were forced to play

24   football with a big rock.  Is that correct?

25   A.   Yes.

**September 30, 2008**

## Kpadeh - Cross

1          MR. WYLIE:   95, please, Gbatala 95.

2          AGENT NAPLES:   (Complied.)

3   BY MR. WYLIE:

4   Q.   Is this similar to the rock that you played football with?

5   A.   Yes.

6   Q.   And it's your testimony everybody had to score a goal with

7   that rock?

8   A.   No.   I said one team have to score the goal for the other

9   team to be defeated.

10  Q.   Okay.

11          So you had to kick that rock?

12  A.   You have to kick it to goal.

13  Q.   Okay.

14          Did you push the rock like that with your foot or

15  would you have to kick it?

16  A.   You have to push it and in pushing it, if the other person

17  to come from the other direction push it together to get you.

18  Q.   Did you break any toes?

19  A.   Say that.

20  Q.   You didn't break any toes?

21  A.   No.

22  Q.   You had cuts on your foot?

23  A.   Cut on my foot, but I did not break my toe.

24  Q.   Now, you testified that you were forced to sodomize another

25  man.   Is that correct?

## Kpadeh - Cross

1  A.  Yes.

2  Q.  When was the first time that happened at the base?

3  A.  It happened between the soldiers and us in the absence of

4  Chuckie the first time.

5  Q.  The first time Chuckie wasn't there?

6  A.  No.

7  Q.  But how many weeks had you been or days had you been at the

8  Gbatala Base before this happened the first time?

9  A.  This happen late September.

10  Q.  Late September?

11  A.  Yes.

12  Q.  So you had been there about a month?

13  A.  Yes.

14  Q.  And you hadn't eaten well for a month?

15  A.  Say that?

16  Q.  You hadn't eaten very well for a month?

17  A.  I told you we eat, but not sufficient.  They would give you

18  food.  It would not be sufficient like when I eat to my house,

19  no.

20  Q.  Okay.

21      And you had to sleep in this pit.  Is that correct?

22  A.  Yes.

23  Q.  You slept like crouched down.  Is that how you slept?

24  A.  Yes.

25  Q.  And you had not adequate amounts of water.  Is that

**September 30, 2008**

## Kpadeh - Cross

1  correct?

2  A.   To drink?

3  Q.   Yes.

4  A.   Yes.

5  Q.   After a month there, you must have been very sick.

6  A.   It depends on the strength you have.  I tell you I'm an

7  African child.  I'm very strong.

8  Q.   Okay.  I understand that.

9           Even for you, you must have been less strong a month

10  after being on the base than you were when you got there.

11  Correct?

12  A.   Not fighting for survival.  You have to be strong.

13  Q.   You had cuts on your body?

14  A.   Correct.

15  Q.   And you had a cut on your penis.  Correct?

16  A.   Yes.

17  Q.   They asked you to have sodomy with this man?

18  A.   Yes.

19  Q.   And they told you to use soap as a lubricant.  Is that

20  correct?

21  A.   Say that.

22  Q.   They told you to use soap as a lubricant?

23  A.   Yes.

24  Q.   And you were able to get erect to have sodomy with this

25  man?

**September 30, 2008**

## Kpadeh - Cross

1   A.   Yes.

2   Q.   You were able to do that upon command?  They ordered you to

3   do it and you did it?

4   A.   Yes.

5   Q.   Now, you have -- some of the scars on your body are not

6   from the alleged acts of Chuckie.  Is that correct?

7   A.   Say that.

8   Q.   You have marks on your body, scars on your body that aren't

9   related to the torture you claim in this case.

10  A.   I'm not getting you.  Say that.

11  Q.   Do you have scars or marks on your body that are not

12  related to this case?

13  A.   Yes.

14  Q.   For example, you have scars on your ankle.  Right?  That's

15  from something else?

16  A.   Yes.

17  Q.   What's that from?

18  A.   The one from my uncle.  We was making a farming system   I

19  got caught by my cutlass, by a cutlass.

20  Q.   Say that one more time.

21  A.   I got caught.  You use a cutlass in the brush.

22  Q.   You got cut in the brush with a knife?

23  A.   Cutlass.

24  Q.   While you were farming?

25  A.   Yes.

**September 30, 2008**

## Kpadeh - Cross

1  Q.   You have a scar on your right forearm that you admit has

2  nothing to do with this case.   Is that right?

3  A.   Yes.

4  Q.   How did you get that scar or mark?

5  A.   On my foot, I got cut there before, during my childhood

6  days.

7  Q.   Doing your job?

8            THE COURT:   His childhood days.

9  BY MR. WYLIE:

10  Q.   You were playing?

11  A.   Yes.

12  Q.   Sir, what are your religious beliefs?

13  A.   Say that?

14  Q.   What are your religious beliefs?

15  A.   You asking me what religion I am of the belief?

16  Q.   Yes.

17  A.   I am a Christian.

18  Q.   Do you practice Coro?

19  A.   Say that.

20  Q.   Have you ever heard of Poro?

21  A.   No.

22  Q.   You never heard of the Secret Society?

23  A.   No.

24  Q.   Is that -- you're not aware of a religion in Libria called

25  the Secret Society?

### September 30, 2008

## Kpadeh - Cross

1    A.   No.

2    Q.   Sir, you have marks on your back, scars on your back.   Is

3    that correct?

4    A.   Yes.

5    Q.   And there's, I think, 20 of them?

6    A.   Say that?

7    Q.   20 marks on your back?

8    A.   No.

9    Q.   No?

10   A.   No.

11   Q.   How many marks?

12   A.   I can't check the marks on my back.

13   Q.   What were those marks caused from?

14   A.   The marks over there was caused by the juking of the metal.

15   Q.   You have marks on your back that are unrelated to this

16   case?

17   A.   Yes, right over there.

18   Q.   What are those from?

19   A.   I told you.   They juking with the rod that they use to

20   clean the barrel with.

21   Q.   Right.

22   A.   All right.   They juke me over here with it.

23   Q.   Other than being juked with the rifle cleaner, you have

24   other marks that have nothing to do with Chuckie Taylor.   Is

25   that correct?

**September 30, 2008**

**Kpadeh - Cross**

1  A.   On my back?

2  Q.   Yes.

3  A.   I'm not aware of that.

4  Q.   You're not aware of those marks?

5  A.   No.

6  Q.   You don't remember the doctor taking pictures of those

7  marks?

8  A.   Say that?

9  Q.   Do you remember the doctor taking pictures of your back?

10 A.   Yes.

11 Q.   And you're not a member of the Secret Society in Libria?

12 A.   No.

13 Q.   Okay.

14      When you were released from the police station, you

15 went to Monrovia?

16 A.   Yes.

17 Q.   And you went to the JFK Hospital?

18 A.   First, I went to the house.

19 Q.   You went to your house first?

20 A.   Yes.

21 Q.   So you went from the police station and you went home, sir?

22 A.   Yes.

23 Q.   Where is that, Voinjama?

24 A.   No, Monrovia.   I got a place there.

25 Q.   You have a place in Monrovia?

**September 30, 2008**

## Kpadeh - Cross

1   A.   Yes.

2   Q.   How long were you at home before you went to the hospital?

3   A.   We spend one day.  The second day, we were at the hospital.

4   Q.   One day at home and then you went to the hospital?

5   A.   Yeah.

6   Q.   And you saw a doctor?

7   A.   Yes.

8   Q.   And you were released that day?

9   A.   No.

10  Q.   No?  You had a copy of that card that said "Out-patient."

11  Correct?

12  A.   I told you the reason I have to have the out-patient card

13  is because of the treatment of the wounded soldiers that were

14  in the hospital.  They were not focusing on other patients

15  besides the wounded soldiers.  I had means of getting treatment

16  because my uncle work there.

17  Q.   The hospital was treating all the wounded soldiers and not

18  you?

19  A.   The focus was on the wounded soldiers, not like any other

20  patient, no.

21  Q.   I'm sorry.  I'm confused.  So you're stating that you did

22  stay in the hospital?

23  A.   You ask me that the card say "Out-patient."  I told you the

24  reason it have to be out-patient is the wounded soldiers were

25  busy with the hospital.  My uncle found me to get treatment

**September 30, 2008**

## Kpadeh - Cross

1  from there.   I used to get treatment there, spent some time
2  there and later on I have to leave.
3  Q.   You didn't stay in the hospital.
4  A.   The first part I told you I spend time in the hospital.
5  Q.   How long did you stay in the hospital without leaving?
6  A.   There come a time I spend a week.   My uncle would carry me
7  back for another time, treatment, and spend time there.   The
8  Government had to treat the wounded soldiers.
9  Q.   You would come and go when you wanted?
10 A.   Not when I wanted.   They had a process there because of the
11 wounded soldiers.
12 Q.   If you felt like you weren't getting treatment, you would
13 go home?
14 A.   Not by my own way.
15 Q.   Have you ever had a psychological exam by a psychiatrist
16 regarding this case?
17 A.   Say that?
18 Q.   Have you ever had a psychiatrist treat you for the acts you
19 say happened in this case?
20 A.   Specifically on what part of my body?
21 Q.   A doctor for the mind.
22 A.   I have never had a problem like that before.
23 Q.   You have no problems in your mind?
24 A.   No.
25 Q.   So you never met with a doctor to talk about that?

**September 30, 2008**

## Kpadeh - Cross

1   A.   I have never have a bad dream before and my mind, my brain

2   is quite correct.

3   Q.   As you said, you have lawyers.   Correct?

4   A.   Yeah.

5   Q.   Do you remember a time when your lawyers told you that the

6   lawyers for Chuckie wanted you to be examined by a doctor?

7   A.   Yes.

8   Q.   The lawyers for Chuckie asked you more than once for you to

9   take a medical examination from one of their doctors.   Remember

10  that?

11  A.   Say that?

12  Q.   In fact, you have been asked more than once by Chuckie's

13  lawyers to take a medical exam

14  A.   By what means of communication?

15  Q.   By a letter.

16  A.   Addressed to me?

17  Q.   Forwarded to you by your lawyers.

18  A.   Yes, they told me and I told them "No," and the reason was

19  because of my security.   Chuckie have 75 percent control of the

20  youth in Libria and all of his men are still there and living

21  there.   So it's very risky to interview with other agents.   I

22  told my lawyer I can't go with them if any agents are there

23  because Chuckie know.

24  Q.   Your lawyer told you that the medical exam would have been

25  under your conditions.   Correct?

**September 30, 2008**

## Kpadeh - Cross

1    A.   Say that?

2    Q.   The medical exam could have been in the United States if

3    you wanted it.

4    A.   Yes.

5    Q.   The medical exam could have been anywhere in Libria that

6    you wanted.

7    A.   Say that?

8    Q.   You could have had the medical exam in any place in Libria

9    that you wanted.   Right?

10   A.   The problem with that, I did not say I can't have a medical

11   checkup in Libria.   I said except with the Government agents,

12   alone with you, but not only between you and myself, no.

13   Q.   So you refused a medical exam?

14   A.   If it was only you, the lawyer of Chuckie.

15   Q.   You were told your lawyers could be present also.

16   A.   Say that?

17   Q.   Your lawyers told you that they were going to be present at

18   the medical exam also.   Is that correct?

19            MS. HECK-MILLER:   Objection, Your Honor, to what his

20   lawyers told him without a degree of specificity.

21            THE COURT:   Overruled.

22   BY MR. WYLIE:

23   Q.   You may answer.

24   A.   Say that.

25   Q.   Did your lawyers tell you that they would also be present

**September 30, 2008**

## Kpadeh - Cross

1  at the medical exam that the lawyers for Chuckie asked you to

2  take?

3  A.  Yes, and I told them no.  I didn't want to talk to you,

4  with you until the day of trial, because of my security.

5  Q.  Okay.  That brings me to my next point.

6       You also refused all requests by defense counsel to

7  interview you.  Correct?

8  A.  Say that.

9  Q.  You refused to meet with Chuckie's lawyers before the

10  trial.  Correct?

11  A.  I said I couldn't talk to you until the day of the trial

12  because of my security.

13  Q.  So, you're worried about your security?

14  A.  Yes, because of it.

15  Q.  How long have you been here in the United States?

16  A.  I got here September 8th.

17  Q.  So you have been here about three weeks?

18  A.  Yes.

19  Q.  Do you know when you're going home, back to Libria?

20  A.  After the trial.  I'm here for the trial.

21  Q.  For the whole trial.  Are you going to claim asylum,

22  political asylum in the United States before you return to

23  Libria?

24  A.  Why?

25  Q.  Well, you just said you were concerned with your security

**September 30, 2008**

## Kpadeh - Cross

1   back in Libria.

2   A.   Not exactly so.   But my security is better.

3   Q.   Have you discussed with your lawyer about claiming

4   political asylum?

5   A.   No.

6   Q.   You are aware that you're able to do that?

7   A.   Say that?

8   Q.   You are aware that you can make claims in the United States

9   saying you will be hurt if you return to Libria?

10   A.   Why?

11   Q.   Are you aware that you can do that?

12   A.   Why would I do that?

13   Q.   Well, you stated that you were concerned about your

14   security.

15   A.   Yes.   You told me you wanted to talk to me in Libria and I

16   refused to talk to you.   I told you it was because of my

17   security and because your client have a lot of loyalists there.

18   Q.   You have a brother that lives in the United States.   Is

19   that correct?

20   A.   No.

21   Q.   No?

22   A.   No.

23   Q.   McDonald?

24   A.   Say that?

25   Q.   Well, McDonald, is that your brother?

**September 30, 2008**

## Kpadeh - Cross

1  A.   He's my uncle, not my brother.

2  Q.   He lives in the United States.   Correct?

3  A.   Yes.

4  Q.   Now, you stated on direct testimony that the Government in

5  this case paid many expenses for you.   Is that correct?

6  A.   Say that?

7  Q.   The Government paid expenses for you related to this case.

8  Is that correct?

9  A.   I told you the Government give me money for transportation,

10 travel allowance to get to Monrovia and back to Voinjama.

11 Q.   They paid for your passport and things like that.   Right?

12 A.   Yeah.

13 Q.   Do you know in total how much that money was?

14 A.   No.

15 Q.   Now, let's talk about your hometown or home country of

16 Libria.   You were born in Libria?

17 A.   Yes.

18 Q.   How old are you now?

19 A.   36.

20 Q.   36.

21       So in 1989, you were, more or less, 18-years-old?

22 A.   1999 or 1989?

23 Q.   '89.

24 A.   Yeah.

25 Q.   You were an adult in 1989.   Correct?

**September 30, 2008**

## Kpadeh - Cross

1  A.   Say that.

2  Q.   In 1989 you were 18-years-old?

3  A.   Yeah.

4  Q.   So you probably remember Samuel Doe as president?

5  A.   Yes.

6  Q.   Do you remember when he was assassinated in 1990?

7  A.   No.

8  Q.   Do you remember the fighting that took place in Libria

9  throughout the '90s?

10  A.   Yes, where I were living.

11  Q.   Where you were living?

12  A.   Yes.   I remember.

13  Q.   Was there a lot of war in that area?

14  A.   From the beginning, no.

15  Q.   When did the war start where you lived?

16  A.   The end of the war.

17  Q.   Which war are we talking about.   What year?

18  A.   Talking about when LURD rebel were coming in '99.

19  Q.   I want to talk about before 1999 when Charles Taylor was

20  the head of the NPFL.

21  A.   Yes.

22  Q.   Are you aware of the organization, ULIMO?

23  A.   No.

24  Q.   You never heard of ULIMO?

25  A.   Not at the time.

September 30, 2008

**Kpadeh - Cross**

1  Q.   You were aware several groups were fighting for power in
2  Libria during the '90s?
3  A.   Well, I don't have political background, so I were not
4  focusing on that.
5  Q.   Of course, as a citizen of Libria, you remember the wars?
6  A.   Yes.
7  Q.   There was a lot of fighting in the '90s?  A lot of people
8  were displaced from their homes?
9  A.   Why?
10 Q.   The early '90s --
11 A.   Not in that part of Libria.
12 Q.   I'm sorry?
13 A.   I don't know about the whole Libria.   I only know about
14 where I was living.
15 Q.   Where you were living there was fighting?
16 A.   From the beginning, no.
17 Q.   When did the fighting begin where you live?
18 A.   The physical fighting between when LURD was coming with the
19 war.
20 Q.   Where you live, was there a problem with unemployment in
21 1997 and '98 in Voinjama?  Are many people without a job?
22 A.   Say that.
23 Q.   Are many people without a job in Voinjama in 1997 or '98?
24 A.   I don't know about that, whether they were working or not.
25 Q.   You know if people were homeless or wandering the streets

**September 30, 2008**

## Kpadeh - Cross

1  without a job.  Is that correct?

2  A.   I know it was happening, but that time, no.

3  Q.   Is disease a problem in Voinjama?

4  A.   Say that?

5  Q.   Is disease a problem in Voinjama?

6        MS. HECK-MILLER:   Your Honor, I ask for a time frame,

7  please.

8        MR. WYLIE:   1998, '97, '98.

9  A.   I'm not aware of that.

10 Q.   Do you know anybody that has gotten malaria in 1997 or

11 before?

12 A.   No.

13 Q.   You don't know anybody that has ever had malaria?

14 A.   No.

15 Q.   How about hepatitis?

16 A.   No.

17 Q.   So Voinjama was doing very, very well in the 1990s?

18 A.   I wasn't going around finding people's condition or not.

19 Q.   So you didn't live in Voinjama?

20 A.   I lived in Voinjama, but that was not my job to do.

21 Q.   Would you say a lot of people in Voinjama are poor?

22 A.   I don't know of that.  I don't check their financial

23 background.

24 Q.   Now, let's talk about 1999.  You were living in Voinjama.

25 Correct?

September 30, 2008

## Kpadeh - Cross

1   A.   Yes.

2   Q.   And in August, LURD attacked the city.   Is that correct?

3   A.   Yes.

4   Q.   And you fled your home?

5   A.   Yes.

6   Q.   Left everything and just took your family and went?

7   A.   Yes.

8   Q.   Because you were concerned for your safety?

9   A.   Right.

10  Q.   And you were concerned for your family's safety?

11  A.   Yes.

12  Q.   Because staying in Voinjama would have been dangerous?

13  A.   Yes.

14  Q.   So you fled.   You fled for your life?

15  A.   Yes.

16  Q.   So you left your home so that you could get a better living

17  condition.   Is that right?

18  A.   I left my home.   Soon the war could finish and go back, not

19  to find better condition than where I'm from   My home is the

20  best for me.

21  Q.   You are a member of the Unity Party.   Is that correct?

22  A.   Yes.

23  Q.   That's the card you said that was found on you that led to

24  your problem?

25  A.   Yes.

**September 30, 2008**

## Kpadeh - Cross

1  Q.   Where was that card located?

2  A.   I have it in my bag.

3  Q.   Where inside your bag?

4  A.   When you say in the bag, the bag have a pocket.  You got

5  place to put clothes.  You have place to put documents.  It was

6  in the bag, one of the smaller pockets.

7  Q.   It was in a small pocket in the bag?

8  A.   Yes.

9  Q.   What else was in the bag?

10 A.   My business records.  I received when customer buy from me,

11 I give them a receipt.  Beside that, only my clothes.

12 Q.   And did the soldiers find your Unity Card quickly or did it

13 take them a long time to look through the bag?

14 A.   They were checking through the bag, taking the clothes to

15 put it down.  From there they start checking all the pockets.

16 Q.   Now, the checkpoint at the bridge, the St. Paul River

17 Bridge, that's not the only checkpoint in Libria during 1999.

18 Is that correct?

19 A.   Yes.

20 Q.   It is the only checkpoint?

21 A.   I say "No," they have lots of checkpoints.

22 Q.   Lots of checkpoints in Libria?

23 A.   Yes.

24 Q.   How many did you go through between Zorzor and the bridge?

25 A.   Zorzor have one, the bridge.  Gbarnga have one.

**September 30, 2008**

**Kpadeh - Cross**

1    Q.    You went by a checkpoint at Zorzor?

2    A.    Yes.

3    Q.    Nobody found your Unity Card there?

4    A.    They did not check the card.

5    Q.    They did not check it?

6    A.    Yes.

7    Q.    Now, you're a very active member of the Unity Party, would

8    you say?

9    A.    Yes.

10   Q.    You're a youth leader.   Right?

11   A.    Yes.

12   Q.    So you're trying to bring young people into this party and

13   it's very important to you.   Is that correct?

14   A.    Yes.

15   Q.    And the Unity Party is opposed or was opposed to Charles

16   Taylor.   Is that a fair statement?

17   A.    Say that?

18   Q.    The Unity Party in 1998 was opposed to the Taylor

19   government.   Is that a fair statement?

20   A.    We have election in 1997.   Taylor was elected.

21   Q.    I understand.   But as a member of the Unity Party, were you

22   for or against Charles Taylor?

23   A.    I was in the Unity Party.   I was not a member of his party.

24   Q.    You did not agree with Charles Taylor?

25   A.    Every country have a political party.   You have to decide

**September 30, 2008**

## Kpadeh - Cross

1  the best.

2  Q.    The best for you is the Unity Party?

3  A.    Good.

4  Q.    The Unity Party, Ellen Sirleaf Johnson is the head of that?

5  A.    Yes.

6  Q.    She's currently the President of Libria?

7  A.    Yes.

8  Q.    She ran for President in 1997.  Is that correct?

9  A.    Yes.

10  Q.    She lost to Charles Taylor?

11  A.    Yes.

12  Q.    You wanted her to win that election.  Is that correct?

13  A.    Yes.

14          MR. WYLIE:   May I have one moment, Your Honor?

15          THE COURT:   You may.

16  BY MR. WYLIE:

17  Q.   I want to take you back for a moment with the truck that

18  you took from Zorzor to the bridge.  It was owned by UDA.   Is

19  that correct?

20  A.    Yes.

21  Q.    What is UDA?

22  A.    UDA was a part of the organization that were being

23  sponsored by MSF, Medecins Sans Frontiers.

24  Q.    Was it a big organization?

25  A.    It was a small branch to MSF.

**September 30, 2008**

## Kpadeh - Cross

1  Q.   Now, you met with the Government many times prior to

2  testifying in this case.   Correct?

3  A.   Yes.

4  Q.   You've spoken to the agents many times?

5  A.   Yes.

6  Q.   You spoke to them on February 13th, 2007.   Do you remember

7  that day?

8  A.   Yes.

9  Q.   And you told the agents that your head had been dunked

10  under the water at the Gbatala Base four times while your penis

11  was bleeding.   Do you remember telling them that?

12  A.   Yes.

13  Q.   And then on February 20th, 2007, you also met with the

14  Government.   Is that correct?

15  A.   Yes.

16  Q.   And you told them that day that your head was dunked under

17  the water four times and then your penis was cut.   Is that

18  correct?

19  A.   No, I said my penis was still bleeding.

20  Q.   So you did not tell them -- you did not tell the agents or

21  the Government on February 20th, 2007 that your penis was cut

22  after your head was put in the water four times?

23  A.   No.

24  Q.   Okay.

25          And then you also met with the Government on November

**September 30, 2008**

## Kpadeh - Cross

1  6th, 2007.  Do you remember that?

2  A.   Yes.

3  Q.   On that date, you told the Government you were put three

4  times under the water.  Then your penis was cut and you were

5  dunked under the water one more time?

6  A.   No.

7  Q.   Do you remember telling them that?

8  A.   No.

9  Q.   You don't remember telling them that?

10  A.   No.

11  Q.   But it's your testimony here right now that your penis was

12  cut before your head was dunked in the water four times?

13  A.   Yes.

14  Q.   Now, again, you met with the agents on February, 2007.  Do

15  you remember that?

16  A.   Yes.

17  Q.   At that time you told them that Charles was present for one

18  stone football game?

19  A.   Say that?

20  Q.   You told the agents that in February, 2007 that Chuckie was

21  present for one stone football game.  Is that correct?

22  A.   Yes.

23  Q.   But you told the agents in November of 2007 that he may

24  have been present for more.  Is that correct?

25  A.   I'm not aware of that.

**September 30, 2008**

## Kpadeh - Cross

1  Q.   You didn't tell the Government that?

2  A.   No.

3  Q.   Now, again, in this February, 2007 meeting with the

4  Government, you told them that Chuckie ordered the torture.   He

5  ordered men to melt plastic on you.   Do you remember telling

6  them that?

7  A.   No.   I said the time they melt the plastic on me Chuckie

8  wasn't in there.   It was in the absence of Chuckie.

9  Q.   You said he was there?

10  A.   No.

11  Q.   You said he was not there?

12  A.   Yes.

13  Q.   That's what you said on November 7th -- November of 2007.

14  Excuse me -- but I'm talking about in February of 2007.

15  A.   What I explain to you, you explain something to somebody,

16  they may understand it different.   Initially I told you Chuckie

17  wasn't there for it.   It was done by his soldiers and it was

18  what I told them

19  Q.   So Chuckie was not there when plastic was melted on you?

20  A.   Yes.

21  Q.   And the Government misunderstood you when they thought you

22  said he was?

23  A.   I told you people understand you different.

24  Q.   During this February, 2007 meeting with the Government, you

25  stated that three other men were killed with Richie Abu.   Is

September 30, 2008

## Kpadeh - Cross

1  that correct?

2  A.   I said three other persons were taken out from the jail

3  along with Richie Abu.

4  Q.   Let me give you the exact statement you said.   In February,

5  2007 Kollie Last-Name-Unknown, Tokpah and Yekpaulo

6  Last-Name-Unknown were killed with Richie Abu.

7  A.   I told you in the statement, they took them away along with

8  Richie Abu until the time I heard the shot and Richie Abu cried

9  for some time, and from then until now, I have not seen him

10 Q.   On November 5th, 2007 you told the Government, the agents

11 in this case, that you're not sure if Yekpaulo

12 Last-Name-Unknown was killed or not.

13 A.   Say that?

14 Q.   On November 5th, 2007 you met with the agents.   Do you

15 remember that?

16 A.   Yes.

17 Q.   And you told the Government agents at that time you were

18 not sure with Yekpaulo Last-Name-Unknown was killed with Richie

19 Abu?

20 A.   I'm not aware of that.

21 Q.   You don't remember telling them that?

22 A.   No.

23 Q.   On the next day, November 6th, 2007, you met with them and

24 you told the Government agents, in fact, Yekpaulo

25 Last-Name-Unknown was killed.   Do you remember telling them

September 30, 2008

## Kpadeh - Cross

1  that on November 6th?

2  A.   You say I told them November Yekpaulo was killed?

3  Q.   I'm saying on November 5th you were not sure he was killed

4  and on November 6th, the next day, you said yes, he was killed.

5  Do you remember that?

6  A.   No.   They understand me differently, but I remember what I

7  said.

8  Q.   Which is it?   Which one of those two is the right answer?

9  A.   I told you Yekpaulo, Kollie and another man were taken with

10 Richie Abu and follow Chuckie and later on we heard a gun sound

11 and Richie Abu was crying.

12 Q.   How far away did they take these men?

13 A.   They walked away from the jail compound for 10 or 12 minute

14 distant.

15 Q.   10 or 12 minute distance?

16 A.   Yes.   You have to go a cross and into the training ground.

17 Q.   You were in your hole at this time?

18 A.   Yes.

19 Q.   With a lock, a roof, bars over the top of the hole?

20 A.   Yes.

21 Q.   So you could not get out?

22 A.   Say that?

23 Q.   You could not get out of the hole because of the roof with

24 the bars?

25 A.   Yes.

**September 30, 2008**

## Kpadeh - Cross

1  Q.   You couldn't see very far away, could you?

2  A.   The view in front of the hole you could see.   All right?

3  We saw the place.   I saw the place of the fire, but I wasn't

4  there when anything happen.   I was there when they took him out

5  of the hole.

6  Q.   You couldn't stick your head out of the hole to see things,

7  could you?

8  A.   You could only see the view of the lights.

9           THE COURT:   Is this a good point for us to take a

10  brief afternoon recess, Mr. Wylie?

11           MR. WYLIE:   Sure.

12           THE COURT:   Ladies and gentlemen, we'll take 10

13  minutes.   Please do not discuss the case.

14           [The jury leaves the courtroom at 3:00 p.m.]

15           THE COURT:   All right.   We're in recess.

16           [There was a short recess at 3:00 p.m.]

17               [The jury returns to the courtroom]

18           THE COURT:   Please be seated.

19           Please proceed.

20  BY MR. WYLIE:

21  Q.   Mr. Kpadeh, I want to talk about, again, the February, 2007

22  meeting that you had with the agents.   Do you remember that?

23  A.   Yes.

24  Q.   At that meeting you told the Government agents that when

25  you were put in the tabie position, you were tied with boot

## Kpadeh - Cross

1  laces.

2  A.   Say that.

3  Q.   You were tied in the tabie position with boot laces.   Do

4  you remember telling the Government agents that?

5  A.   I told them I was tied with rope, not boot laces, rope.

6  Q.   You told them that in 2007, but do you remember telling

7  them -- excuse me.   You told them that in September of '07, but

8  do you remember telling them in November of '07 you were tied

9  with boot laces?

10  A.   When you say "boot laces," what do you mean.

11  Q.   Laces from a boot, shoe laces from a boot?

12  A.   When we say "rope" from Africa, it can be anything you can

13  tie with.   I told them I was tied with a rope.

14  Q.   So you were not tied with laces from a boot?

15  A.   It can be used as rope, but I'm telling you I was tied with

16  rope.

17  Q.   I understand it could be used as rope.   I want to be clear

18  with what you were actually tied with.

19  A.   With a rope.

20  Q.   With a rope that you can swing from and hang on.   Is that

21  correct?

22  A.   It can be from that.   It can be boot string.   It can be any

23  other thing.   We call rope anything that can be tied with.

24  Q.   Rope can be anything in Liberia?

25  A.   That you can be tied with.

**September 30, 2008**

## Kpadeh - Cross

1   Q.   Were you tied with boot laces?

2   A.   I was tied with rope.

3   Q.   Now, I want to talk about the police station, the Gbarnga

4   Police Station.   You said you were there about three or four

5   hours after you were released from the Gbatala Base?

6   A.   Yes.

7   Q.   Were you in the cell with anybody?

8   A.   Yes.

9   Q.   How many people?

10   A.   There were plenty.   I did not check how many people.

11   Q.   People were in the cell?

12   A.   We came from Gbatala.   We met some people there.   I did not

13   check how many persons were there.

14   Q.   How many people came with you from Gbatala to the cell at

15   the Gbarnga Police Station?

16   A.   We were six.

17   Q.   Six people from Gbatala?

18   A.   Yes.

19   Q.   Who were they?   Do you remember the names?

20   A.   I don't remember everybody name.

21   Q.   Do you remember anybody's name?

22   A.   Not everybody.

23   Q.   Do you remember anybody's name?

24   A.   Yes.

25   Q.   Who?

**September 30, 2008**

## Kpadeh - Cross

1  A.   Garofee Konneh.

2  Q.   Anybody else?

3  A.   Boy.

4  Q.   Bob?

5  A.   B-o-y, we call him

6  Q.   Boy?

7  A.   Yeah.

8  Q.   Do you remember his last name?

9  A.   No.

10  Q.   Just Boy?

11  A.   Yes.

12  Q.   Anybody else?

13  A.   Thomas.

14  Q.   Do you remember his last name?

15  A.   No.

16  Q.   Anybody else?

17  A.   Yes, Konneh.

18  Q.   Konneh?

19  A.   Yes.

20  Q.   Anybody else?

21  A.   There were people, but I can't figure out their name.

22  Q.   You can't remember anybody else's name?

23  A.   No.

24  Q.   How many people other than the people you arrived in

25  Gbatala with or people that were in the cell when you got

## Kpadeh - Cross

1  there, how many other people saw you at the police station in

2  Gbarnga?

3  A.   My mom and my brother.

4  Q.   Which brother?

5  A.   My bigger brother, Massayan Borvah.

6  Q.   Any other people?

7  A.   There were other persons, but I don't remember.

8  Q.   Any other names of people that saw you at the Gbarnga

9  Police Station that you can give me?

10  A.   I remember plenty of people, but I don't remember their

11  names.

12  Q.   There were other people there?

13  A.   Yes.

14  Q.   Were there policemen there?

15  A.   Yes.

16  Q.   Liberian policemen there?

17  A.   Yes.

18  Q.   Now, who saw you in the hospital, the JFK Hospital, after

19  you were released from the Gbarnga Police Station?

20  A.   When you say who saw me, from when, now?

21  Q.   Anybody.   Who with their own eyes saw you in the JFK

22  Hospital?   Do you know any names?

23  A.   My uncle that works there, Anthony Korvah.

24  Q.   Your uncle?

25  A.   Yes.

September 30, 2008

## Kpadeh - Cross

1  Q.   Which uncle?

2  A.   He works at JFK.

3  Q.   His name?

4  A.   Anthony Korvah.

5  Q.   Anybody else see you at JFK?

6  A.   My family.  They carry me there.

7  Q.   Your family saw you?

8  A.   The people who took me to the hospital were with me.

9  Q.   Who took you?

10  A.   My mom

11  Q.   Anybody else.

12  A.   My younger brother came there and he visited me.

13  Q.   Henry?

14  A.   Yes.

15  Q.   Anybody else?

16  A.   That's all I remember.

17  Q.   These are the only ones you remember?

18  A.   Yes.

19  Q.   Any other names that you can remember that came and saw you

20  at the JFK Hospital after you were released from Gbatala?

21  A.   I remember plenty of people, but nobody by name.

22  Q.   You remember them, but you don't remember their name?

23  A.   Yes, I remember them to see them

24  Q.   Now, how many people saw the injuries that you had on your

25  body after you left the Gbatala Base?

**September 30, 2008**

## Kpadeh - Cross

1  A.   People that visited me, people that came to visit me saw

2  the mark.

3  Q.   Okay.   That would be your uncle, Anthony Korvah?

4  A.   Aha.

5  Q.   Your mom who took you?

6  A.   Yes.

7  Q.   And your brother, Henry?

8  A.   Yes.

9  Q.   Anyone else?

10  A.   I told you many people came there, but I can't remember

11  them by name.

12  Q.   Many people came and saw you, but you don't remember them?

13  A.   Yes.

14  Q.   Were you married when you went to the JFK Hospital?

15  A.   Yes.

16  Q.   You had already married your wife?

17  A.   Yes.

18          Let me give you example to the marriage system in

19  Africa.   In the western world, you go to work and marry with

20  ring.   In Africa, we have both.   Our own way, we marry

21  traditional way and marry the western way.   When you want to

22  marry the western way, you go and pay her dowry and her family

23  take her to you and you go home.

24  Q.   Are you married in the traditional sense?

25  A.   Yes.

**September 30, 2008**

## Kpadeh - Cross

1  Q.   When did you become married?

2  A.   When I came from Guinea, I became married in '97.   That's

3  the time we did it traditionally.

4  Q.   Before you were released from the Gbatala Training Base,

5  you say that Chuckie told you not to tell the Human Rights

6  individuals.   Is that correct?

7  A.   Yes.

8  Q.   This is the man you say tortured you?

9  A.   Say that?

10  Q.   Chuckie is the man you say tortured you?

11  A.   Yes, he's the one.

12  Q.   Yet he released you from Gbatala and told you not to tell

13  anybody?

14  A.   Yes.   They told me when we were going to the police

15  station.

16  Q.   You could have gone, when you got out of the police

17  station, to the U.S. Embassy in Monrovia, couldn't you?

18  A.   Say that?

19  Q.   You could have gone to the U.S. Embassy in Monrovia after

20  you were released from the police station and told them what

21  happened.

22  A.   After I did that, I could still be rearrested by him

23  Q.   You say you could still be rearrested by Chuckie if you

24  went to the Embassy?

25  A.   After you go there and make a complaint doesn't mean you're

## Kpadeh - Cross

1  going to stay in the Embassy.   You have to go back home.

2  Q.   ATU soldiers accused you of being a rebel fighter.   Is that

3  correct?

4  A.   They accuse me for having a membership card of Unity Party.

5  Q.   And they asked you if you were a rebel fighter.   Right?

6  A.   Yes, and I said "No."

7  Q.   And you would have been killed had you admitted that you

8  were a rebel fighter.   Right?

9  A.   If I was not a rebel, why should I admit that to lie on

10  myself and die.

11  Q.   You would die?

12  A.   Yes.

13  Q.   You said no you were not a rebel fighter?

14  A.   Yes, because I was not a rebel fighter.

15  Q.   Then you were asked by ATU soldiers at the bridge or asked

16  by Chuckie, himself, at the bridge to fight for him?

17  A.   Yes.   He said "Can you fight for the government?" and I

18  said "No."

19  Q.   And you refused?

20  A.   Yes.

21  Q.   Were you ever asked again by anybody to fight for the ATU?

22  A.   Yes.   The time we were at Gbarnga Police Station, Compari

23  asked me to be his friend and if I wished to fight and join the

24  ATU.

25  Q.   But during -- strike that.

**September 30, 2008**

## Kpadeh - Cross

1              Between the time that you were asked by Chuckie at the

2    bridge to fight for him and the time that you were released and

3    Compari asked you to fight for the ATU, did anybody during that

4    other time ask you to fight for them?

5    A.   I don't remember that.

6    Q.   Did anybody during that time interrogate you?

7    A.   About what?

8    Q.   About being a rebel fighter or about what information you

9    had.

10   A.   No.

11   Q.   So despite the fact that you were tortured repeatedly, you

12   refused to fight.  Is that correct?

13   A.   Say that?

14   Q.   You say despite being tortured, you still refused to fight?

15   A.   Yes.

16   Q.   And people were killed on the base while you were there?

17   A.   In my presence.

18   Q.   Are you aware -- is it your belief that people were killed

19   on the base while you were there?

20   A.   Yes, because people were taken away and up to now I have

21   not seen them  I don't know their whereabouts.

22   Q.   Yet you still refused to fight?

23   A.   Yes.

24   Q.   But, yet, you were released for refusing to fight?

25   A.   Yes.

**September 30, 2008**

## Kpadeh - Redirect

1  Q.   They just let you go?

2  A.   I told you that Chuckie say Human Rights are going to come

3  inspect his base.   We went to Gbarnga Police Station.   That's

4  the time he tell not to tell the Human Rights people that, at

5  the Gbatala Base, but rather at the police station.

6  Q.   So rather than being killed, they released you?

7  A.   Yeah.   Maybe under the influence of the human rights going

8  to inspect his base, he have to free me.

9  Q.   In fact, on the way to the Gbarnga Police Station, you say

10 Compari said he wanted to be your friend, that he could help

11 you?

12 A.   Yes.

13 Q.   This is the man that tortured you for the last two months?

14 Now he wants to be your friend?

15 A.   Yes.

16         MR. WYLIE:   No further questions, Your Honor.

17         THE COURT:   Redirect.

18                   REDIRECT EXAMINATION

19 [Beginning at 3:27 p.m., 9/30/08.]

20 BY MS. HECK-MILLER:

21 Q.   Mr. Kpadeh, when Compari said he wanted to be your friend

22 as he was taking you from Gbatala Base, did you think that he

23 really wanted to be friends with you?

24 A.   No.

25 Q.   What did you think?

**September 30, 2008**

## Kpadeh - Redirect

1    A.   I felt that maybe because I gonna be free and because of

2    what he did to me, this is why he saying that.

3    Q.   You were just asked despite being tortured, you kept saying

4    that you refused to fight.   Do you recall those questions?

5    A.   Yes.

6    Q.   Why did you refuse to fight even though you were being

7    tortured?

8    A.   In the first place, in my life I believe in

9    self-employment.   I don't believe in doing what I dislike and

10   especially for the war.   The war is very terrible to fight.

11   Q.   So you don't like doing what people tell you to do if you

12   don't want to do it?

13   A.   No, especially on a line of weakness.

14   Q.   Now, at Gbatala Base, you did do some things that you

15   didn't like doing.   Isn't that correct?

16   A.   Yes.

17   Q.   Having to have forced sodomy, you didn't want to do that,

18   did you?

19              MR. WYLIE:   Objection.   Leading.

20              THE COURT:   Sustained.

21              MS. HECK-MILLER:   I'll rephrase.

22   BY MS. HECK-MILLER:

23   Q.   When you were forced to have sodomy?   Is that something you

24   were forced to do or not?

25   A.   It was not something I wanted to do.   I had to do it

**September 30, 2008**

## Kpadeh - Redirect

1   because of my life.

2   Q.   You were forced to have sodomy.   Were you feeling the best

3   you ever felt in terms of your life?

4   A.   It was the very worst thing for me to have things like

5   that.

6   Q.   If your health was not good, why did you have sex with

7   somebody?

8   A.   Because I was doing it not by my own will.

9   Q.   What about lifting that log?   When you were lifting that

10  log, were you in the best strength that you have ever been in

11  your life?

12  A.   No.

13  Q.   Then why did you lift the log?

14  A.   To survive.   I had to force myself to do it.

15  Q.   You were asked about the Truth & Reconciliation Commission.

16  Do you recall those questions?

17  A.   Yes.

18  Q.   Have you gone to the Truth & Reconciliation Commission in

19  Liberia?

20  A.   No.

21  Q.   Why not?

22  A.   I don't have interest because of his loyalists.

23  Q.   You were also asked about poverty and conditions in Lofa an

24  Voinjama.

25  A.   Yes.

**September 30, 2008**

# Kpadeh - Redirect

1  Q.   Mr. Kpadeh, how big is the farm you work on?

2  A.   I told you, 1,800 acres of land.

3  Q.   Who owns that land?

4  A.   It was bought by my late father.

5  Q.   Who owns it now?

6  A.   Yes, we manage the farm, my brothers and myself.

7  Q.   Is that a family farm?

8  A.   Yes.

9  Q.   Are you planning on going back to that farm

10 A.   Yes, that's my home.

11 Q.   Have you been doing anything in the United States with

12 regard to your plans for the farm?

13 A.   No.

14 Q.   Have you seen any equipment in the United States that you

15 were interested in for the farm?

16 A.   Yes.

17 Q.   What equipment is that?

18 A.   A chain saw.

19 Q.   Have you been checking out the ads for chain saws?

20 A.   Yes.

21 Q.   Why is that?

22 A.   I go from place to place to know the price and compare with

23 the price in Liberia.

24 Q.   Why are you checking out prices for chain saws?

25 A.   When I get money, I can afford to get one and carry it to

**September 30, 2008**

## Kpadeh - Redirect

1    Liberia.

2    Q.   You also were asked on cross-examination and you answered

3         "My home is the best for me."   Do you recall that?

4    A.   Yes.

5    Q.   Where is your home?

6    A.   Liberia, Voinjama.

7    Q.   You still feel that way?

8    A.   Yes.

9    Q.   Now, you were also asked about any wounds that you might

10   have gotten from cutting wood.   Do you recall those questions?

11   A.   Yes.

12        MS. HECK-MILLER:   Agent, could you show us, please, RK

13   2?

14        AGENT NAPLES:   (Complied.)

15   BY MS. HECK-MILLER:

16   Q.   Mr. Kpadeh, did you get that wound from cutting wood?

17   A.   No.

18   Q.   How did you get that wound?

19   A.   From the toting of the log on the Gbatala Base.

20        MS. HECK-MILLER:   Could we take look at RD 21?

21        AGENT NAPLES:   (Complied)

22   BY MS. HECK-MILLER:

23   Q.   Mr. Kpadeh, how did you get the marks?

24   A.   From the tying of the ATU.

25        MS. HECK-MILLER:   If you would take down the picture,

**September 30, 2008**

## Kpadeh - Redirect

1   please.

2           AGENT NAPLES:   (Complied).

3   BY MS. HECK-MILLER:

4   Q.   Mr. Kpadeh, you were asked some questions about stone

5   football.   Do you recall that on cross-examination?

6   A.   Yes.

7   Q.   You were asked if you kicked the stone.   Do you recall

8   those questions?

9   A.   Yes.

10  Q.   Would you tell us, please, how the stone was moved by the

11  prisoners who were playing stone football?

12  A.   You have to put your feet on the stone to move it from one

13  direction to the other.

14  Q.   That is done by kicking?

15  A.   By pushing it first.

16  Q.   And did more than one person have to push the stone at one

17  time?

18  A.   Yes.   When it reach to the place to score goal and the

19  other team will want to score, you all have to get there.

20  Q.   You were asked some questions on cross-examination about

21  where you went after you were released from Gbarnga Police

22  Department.   Do you recall that?

23  A.   Yes.

24  Q.   You said you went to a house in Monrovia.   Do you recall

25  that?

**September 30, 2008**

## Kpadeh - Redirect

1    A.    Yes.

2    Q.    Whose house is that?

3    A.    That's my uncle's house.

4    Q.    Now, do you have more than one uncle?

5    A.    Yes.  We got your father brother can be called uncle and

6    your mother brother can be called uncle.

7    Q.    Now, you mentioned also on cross-examination an uncle who

8    worked at the JFK Hospital.  Do you recall that?

9    A.    Yes.

10   Q.    What is his name?

11   A.    Mr. Anthony Korvah.

12   Q.    Did your uncle, Anthony Korvah, help you with regard to

13   getting treatment at JFK Hospital?

14   A.    Very well.

15   Q.    Did he help you with regard to the situation of being an

16   in-patient or an out-patient?

17   A.    Yes.

18   Q.    What did he do?

19   A.    He used to talk to the doctors to treat me if they don't

20   want to because of the position he occupies in the hospital.

21   Q.    And why would they not want to treat you?

22   A.    Because the drugs they have there were only for wounded

23   soldiers.

24   Q.    You were asked about whether you traveled through other

25   checkpoints besides the Gbalatuah Bridge checkpoint.

**September 30, 2008**

## Kpadeh - Redirect

1    A.   Yes.

2    Q.   You were asked about traveling through the Zorzor

3    checkpoint.

4    A.   Yes.

5    Q.   You were asked whether your bag was checked at the Zorzor

6    checkpoint.

7    A.   Yes.

8    Q.   Was there ATU at the Zorzor checkpoint?

9    A.   No.

10   Q.   Who was it that checked your bag at the Gbalatuah

11   checkpoint?

12   A.   The ATU soldiers.

13   Q.   Do you recall being questioned about the truck that you

14   took from Zorzor to Gbalatuah?

15   A.   Yes.

16   Q.   And that was a UDA truck?

17   A.   Yes.

18   Q.   Do you recall testifying about what UDA is or who sponsors

19   it?

20   A.   Yes.

21   Q.   Who sponsors it?

22   A.   Medecins Sans Frontiers.

23   Q.   Is that French for something?

24   A.   Medecins Sans Frontiers means in French no border.

25   Q.   Is that Doctors Without Borders?

## Kpadeh - Redirect

1  A.   Yes.

2          MS. HECK-MILLER:   Could I have a moment, please?

3          THE COURT:   Yes.

4  BY MS. HECK-MILLER:

5  Q.   You were asked some questions, Mr. Kpadeh, about your

6  lawyer.   Do you recall that?

7  A.   Yes.

8  Q.   When did you get your lawyer?

9  A.   The year 2007.

10  Q.   Did you ever have a lawyer before 2007 regarding what

11  happened to you at Gbatala?

12  A.   No.

13  Q.   Well, you also testified about being in Guinea.   Do you

14  recall that?

15  A.   Yes.

16  Q.   What is Guinea?

17  A.   Guinea is another African country bordering Liberia.

18  Q.   When were you in Guinea?

19  A.   1993 to '96.

20  Q.   Why were you in Guinea from 1993 to 1996?

21  A.   Because of the war.   We went to refugee life.

22  Q.   Were you going there to fight or get away from the

23  fighting?

24  A.   We were going there to get away from the fighting.

25          MS. HECK-MILLER:   Thank you, Mr. Kpadeh.

**September 30, 2008**

## Marwolo - Direct

1          No further questions.

2              [The witness was excused at 3:39 p.m.]

3          THE COURT:   Government's next witness please.

4          MS. HECK-MILLER:   We call Henry Marwolo.

5          THE COURT:

6

7          **HENRY Marwolo, GOVERNMENT'S WITNESS, SWORN**

8                    **DIRECT EXAMINATION**

9    [Beginning at 3:40 p.m.]

10         THE COURT:   Good afternoon.   Please be sure to sit

11   close to the microphone and speak into the microphone.

12         Please proceed.

13   BY MS. HECK-MILLER:

14   Q.   Please tell us your name and spell your last name.

15   A.   Henry Marwolo.   Marwolo is M-a-r-w-a-l-o.

16   Q.   You need to either move the microphone or clip it on.

17   We're not hearing you very well.

18         You are a little taller, Mr. Marwolo.   Could you bend

19   the microphone up and get it as close to your mouth as

20   possible?

21   A.   (Complied.)

22   Q.   Sir, what year were you born?

23   A.   I was born 1981.

24   Q.   And what country?

25   A.   In Liberia.

**September 30, 2008**

## Marwolo - Direct

1  Q.   What part of Liberia?

2  A.   Lofa County.

3  Q.   And, sir, how high did you go with your education?

4  A.   I graduated from high school and then I enrolled in

5  aviation school.

6  Q.   What is the name of the aviation school?

7  A.   International School of Aviation.

8  Q.   Where is that located?

9  A.   It's located on Roberts International Airport Highway.

10  Q.   In what city?

11  A.   In Monrovia.

12  Q.   Have you graduated from International School of Aviation?

13  A.   I did my exam, but not graduation.

14  Q.   That is occurring while you are here in the United States?

15  A.   Yes.

16  Q.   Following your graduation and getting your degree,

17  Mr. Marwolo, what is your plan for your employment?

18  A.   My plan is to seek job at the Roberts International Airport

19  or airport in Monrovia.

20  Q.   Is that in the aviation field?

21  A.   I did cargo handling major.  Anywhere that have to do with

22  cargo, I can work.

23  Q.   In what city?

24  A.   In Monrovia.

25  Q.   Mr. Marwolo, are you related to somebody named Rufus

**September 30, 2008**

## Marwolo - Direct

1   Kpadeh?

2   A.   Yes.

3   Q.   What is your relationship to Rufus Kpadeh?

4   A.   Rufus Kpadeh is my brother.

5   Q.   Is he your full brother or your half brother?

6   A.   He's my half brother.

7   Q.   Do you have the same father?

8   A.   No.

9   Q.   Do you have the same mother?

10  A.   Yes.

11  Q.   Who is older, you or Rufus Kpadeh?

12  A.   Rufus Kpadeh.

13  Q.   And is there any other brother in the family?

14  A.   Yes.

15  Q.   And who is any other brother?

16  A.   Massayan Borvah.

17  Q.   Mr. Marwolo, I would ask you, please, to turn your thoughts

18  and memory back to all August of 1999.  What was your

19  occupation in August of 1999?

20  A.   I was a student in August, 1999.

21  Q.   Where were you living?

22  A.   I was living in Voinjama.

23  Q.   And did you go some place from Voinjama in August of 1999?

24  A.   Yes.

25  Q.   Where did you go?

**September 30, 2008**

## Marwolo - Direct

1  A.   Please repeat.

2  Q.   Where did you go from Voinjama in 1999?

3  A.   I came to Monrovia.

4  Q.   How do you get from Voinjama to Monrovia?

5  A.   I came by the road of Zorzor.   From Zorzor to Gbarnga.

6  From Gbarnga to Monrovia.

7  Q.   Now, when you were in Zorzor on your way from Voinjama, did

8  you see any of your family members in Zorzor?

9  A.   Yes.

10  Q.   What family members did you see in Zorzor in August of

11  1999?

12  A.   I saw my brother.

13  Q.   Which brother?

14  A.   Rufus Kpadeh, my mother, my grandmother and my uncle.

15  Q.   And did you stay in Zorzor?

16  A.   Yes, I did.

17  Q.   Where did you stay in Zorzor?

18  A.   I stayed at Zorzor Central High.   There's a school building

19  called Zorzor Central High.

20  Q.   Zorzor Central High?

21  A.   Yes.

22  Q.   Did there come a time when you decided to leave Zorzor?

23  A.   Yes.

24  Q.   What, if anything, happened to make you decide to leave

25  Zorzor?

**September 30, 2008**

## Marwolo - Direct

1  A.   Zorzor was threatening an attack.  That is why I left

2  Zorzor.

3  Q.   Did you travel with your family when you left Zorzor?

4  A.   I traveled alone with other people, but not my family.

5  Q.   Why did you not travel with your family when you left

6  Zorzor?

7  A.   Because the vehicle they were on, there was no space for me

8  to ride on, yes.

9  Q.   Did you find another vehicle to ride from Zorzor?

10  A.   Yes, I found a ride on a Daf truck owned by WFP.

11  Q.   WFP?

12  A.   Yes.

13  Q.   Where did your Daf truck go?

14  A.   It went to St. Paul Bridge, a boundary between Bong County

15  and Lofa County.

16  Q.   What happened when your truck got to the St. Paul Bridge?

17  A.   When I got there, I met a strange military group.  It was

18  my first time to see them

19  Q.   Did you later learn what that military group was?

20  A.   Yes.

21  Q.   What did you later learn that military group was?

22  A.   They were trained to protect the President, Presidential

23  Guard.

24  Q.   Do you know what the name of that military group was?

25  A.   Yes.  They was ATU, meaning the Anti-Terrorist Unit.

**September 30, 2008**

## Marwolo - Direct

1  Q.   And can you describe what -- withdrawn.

2         When you got to the St. Paul River Bridge, did you see

3  this Anti-Terrorist Unit?

4  A.   Yes.

5  Q.   What or who did you see from the Anti-Terrorist Unit?

6  A.   I saw them with arm and I saw them in uniform

7  Q.   About -- can you describe for us the uniform that you saw?

8  A.   Yes.   The uniform had a rope at the foot where you could

9  tie it.   It had pockets on the side and the shirt, some had

10  short sleeve and some were long sleeve.

11  Q.   Do you remember the design on the fabric of the uniform?

12  A.   Yes.

13  Q.   What did the fabric of the uniform look like?

14  A.   Excuse me.   One more.

15  Q.   Do you remember the fabric of the uniform and any pattern

16  on the fabric?

17  A.   What do you mean "fabric"?

18  Q.   The cloth.

19  A.   Yes.

20  Q.   Do you remember what the design or pattern was on the

21  cloth?

22  A.   I can remember some.

23  Q.   Would you describe that cloth to us, please?

24  A.   Yes, the cloth was striped or it had some like fatigue

25  color.

**September 30, 2008**

## Marwolo - Direct

1   Q.   Are you saying "fatigue color," a scrappy look?

2   A.   Yes, scrappy look.

3   Q.   Did you see anything else that identified part of this

4   uniform?

5   A.   Yes.

6   Q.   What did you see by way of identification on this uniform?

7   A.   On the uniform I saw a badge on the arm and in the badge I

8   saw a photo of a cobra and a scorpion.

9   Q.   Was there any writing on the badge?

10   A.   Yes.

11   Q.   What writing was on the badge?

12   A.   It was ATU, meaning the Anti-Terrorist Unit.

13   Q.   Did you see this badge on one soldier or on more than one

14   soldier?

15   A.   More than one.

16   Q.   Now, in August of 1999 when you saw this badge with "ATU,"

17   did you know then when ATU was?

18   A.   It was my first time seeing them

19   Q.   Had you previously heard of something called Demon Forces?

20   A.   Yes.   Before I left Lofa or I left Voinjama, I heard of

21   Demon Forces.

22   Q.   What was Demon Forces?

23   A.   It was a military group trained by former President Taylor

24   to guard him, the Presidential guard.

25   Q.   Was there a relationship that you understood between Demon

## Marwolo - Direct

1   Forces and ATU?

2              MR. WYLIE:  Objection.  Hearsay.

3              THE COURT:  Overruled.

4   BY MS. HECK-MILLER:

5   Q.  You may answer that question, Mr. Marwolo.

6   A.  Yes.

7   Q.  What was your understanding between any relationship

8   between Demon Forces and ATU?

9   A.  What I first called -- they were first called Demon Forces

10  and then the name was changed to ATU, Anti-Terrorist Unit.

11  Q.  Did you have any encounter or conversation with any of the

12  ATU soldiers at the bridge at Gbalatuah?

13  A.  Yes.

14  Q.  What did any soldiers say to you and you say to them?

15              MR. WYLIE:  Objection.  Hearsay.

16              MS. HECK-MILLER:  Your Honor, 801(d)(2)(e), and

17  also --

18              THE COURT:  Overruled.

19  BY MS. HECK-MILLER:

20  Q.  You may answer that question.

21  A.  Please ask.

22  Q.  What did any ATU soldiers say to you and what did you say

23  back to them?

24  A.  When I got there, they asked for my name.  I show my name.

25  They asked me to identify myself and I did.  I showed my

**September 30, 2008**

## Marwolo - Direct

1  student ID card.  They asked me to empty my bag, my belongings

2  in my bag, which I did.  They searched my bag and they told me

3  to pack my bag and leave.

4  Q.  I'm sorry.  Pack your bag and what?

5  A.  And leave.

6  Q.  Did you have any sort of identification card with you in

7  your bag?

8  A.  Yes.

9  Q.  What kind of identification card did you have?

10  A.  Student identification card.

11  Q.  Did the soldiers see that student identification card?

12  A.  Yes.

13  Q.  After they saw the student identification card, what did

14  they do?

15  A.  They told me to pack my belongings that I took from the bag

16  and then leave from the place.

17  Q.  When you were at the Gbalatuah Bridge and the checkpoint,

18  did you see any of your family members there?

19  A.  No.

20  Q.  Eventually, were you reunited with any of your family

21  members?

22  A.  Yes, it was in Monrovia.

23  Q.  What family members did you encounter when you got to

24  Monrovia?

25  A.  I saw my mother, my grandmother and my elder brother,

**September 30, 2008**

## Marwolo - Direct

1  Massayan.

2  Q.   Did you see Rufus Kpadeh when you got to Monrovia?

3  A.   No.

4  Q.   Was your family doing anything with regard to Rufus Kpadeh

5  when you got to Monrovia?

6  A.   Yes.

7  Q.   What was your family doing?

8  A.   They were searching some prison centers in Monrovia.

9  Q.   Did they search at Gbatala?

10  A.   No.

11  Q.   Why did your family not search for Rufus Kpadeh at Gbatala?

12          MR. WYLIE:   Objection.   Hearsay.

13          THE COURT:   Overruled.

14          You may answer.

15  A.   Because they were not military personnel.   Only military

16  personnel were allowed to enter Gbatala.

17  Q.   Did there come a time when members of your family looked

18  for Rufus Kpadeh in Gbarnga?

19  A.   Yes.

20  Q.   What, if anything, caused any family member to look for

21  Rufus Kpadeh in Gbarnga?

22  A.   Repeat.

23  Q.   You want me to repeat?

24  A.   Yes.

25  Q.   What, if anything, happened to cause your family members to

**September 30, 2008**

## Marwolo - Direct

1  look for Rufus Kpadeh in Gbarnga, and I don't want you to tell

2  us what anyone said, just what happened, if you can?

3  A.   Yes.

4          After the search in Monrovia and they didn't find him,

5  so they decided to go to Gbarnga and then search some prison

6  centers there, too.

7  Q.   At that time, Mr. Marwolo, was there any news in the news

8  media about Gbatala?

9          MR. WYLIE:   Objection.

10         MS. HECK-MILLER:   I'm not asking for contents, Your

11  Honor.

12         THE COURT:   Overruled.

13         You may answer.

14  A.   Yes, there was news.

15  Q.   And did Gbatala become a topic of --

16         MR. WYLIE:   Objection.   Hearsay.

17         THE COURT:   Let me hear the question.

18  BY MS. HECK-MILLER:

19  Q.   Did Gbatala become a topic of discussion?

20         THE COURT:   For whom?   I'm sorry.

21  BY MS. HECK-MILLER:

22  Q.   Did Gbatala become a topic of discussion in the news media?

23         THE COURT:   Overruled.

24  A.   Yes.

25  Q.   What, if anything -- was a person named -- withdrawn.

**September 30, 2008**

## Marwolo - Direct

1                   Are you familiar with the name Nathaniel Koah?

2    A.   Yes.

3    Q.   Was Nathaniel Koah of any discussion in the news media

4    about Gbatala?

5              MR. WYLIE:   Objection hearsay.

6              THE COURT:   Overruled.

7    A.   Yes.

8    Q.   And when was that?

9    A.   It was in August of 1999.

10   Q.   And did that continue after August of 1999?

11             MR. WYLIE:   Objection, Your Honor.   No personal

12   knowledge.

13             THE COURT:   Overruled.

14   A.   Yes.

15   Q.   Did that continue on into October of 1999?

16             MR. WYLIE:   Same objection.

17             THE COURT:   Overruled.

18   A.   Yes.

19   Q.   Did there come a time when you again saw your brother,

20   Rufus Kpadeh?

21   A.   Yes.

22   Q.   When did you next see Rufus Kpadeh -- now, you had seen

23   Rufus Kpadeh in Zorzor in August of 1999.   Is that correct?

24   A.   Yes.

25   Q.   What was the next time after seeing him in Zorzor after

**September 30, 2008**

## Marwolo - Direct

1  August of 1999 did you see Rufus Kpadeh?

2  A.   I saw Rufus Kpadeh in October of 1999.

3  Q.   Where did you see him?

4  A.   In Monrovia.

5  Q.   Was Rufus Kpadeh's appearance different from what you had

6  seen in August of 1999?

7  A.   Precisely.

8  Q.   Could you describe, please, the difference in the

9  appearance of Rufus Kpadeh when you saw him in October of 1999?

10  A.   When I saw Rufus in October of 1999, he was completely

11  deplorable in his body and he had some marks on him and break

12  down, completely break down in the body.

13  Q.   What was it about his body that was deplorable?

14  A.   He lost weight.

15  Q.   When you say he lost weight, about how much of his body

16  weight did he appear to you to have lost?

17  A.   About one third of his body weight.

18  Q.   Did you notice anything about your brother Rufus Kpadeh's

19  breathing when you next encountered him in October of 1999?

20  A.   Yes.

21  Q.   What did you notice about his breathing in October of 1999?

22  A.   He have a difficult breathing.

23  Q.   Had you ever observed your brother have difficulty

24  breathing before you saw him in October of 1999?

25  A.   Not at all.

## Marwolo - Direct

1   Q.   Did your brother show you his body in October of 1999?

2   A.   Yes.

3   Q.   What did you notice about his body in October of 1999?

4   A.   He have marks on him, sores, marks, cuts on his body.

5   Q.   And did your brother show you his penis?

6   A.   Yes, he did.

7   Q.   And did you see anything on his penis?

8   A.   Yes.

9   Q.   What did you see?

10   A.   I saw a cut on his penis.

11   Q.   When you first saw your brother in Monrovia in October of

12   1999, where was that?

13   A.   It was on the GSA Road where we were staying.

14   Q.   After you saw him on GSA Road where you were staying, where

15   was the next place you saw your brother, Rufus Kpadeh?

16   A.   It was John F. Kennedy Hospital.

17   Q.   Where was the John F. Kennedy Hospital?

18   A.   It was in Sinkor, Monrovia.

19   Q.   What was Rufus Kpadeh doing at the John F. Kennedy Hospital

20   in Monrovia?

21   A.   He was seeking medical treatment.

22   Q.   Over how long a period of time was your brother at John F.

23   Kennedy Hospital based on the time you visited him?

24   A.   About three months.

25   Q.   What were the conditions at John F. Kennedy Hospital during

**September 30, 2008**

## Marwolo - Direct

1  the three months when you were visiting your brother there?

2  A.   John F. Kennedy Hospital was very busy.   They were bringing

3  wounded soldiers.   They most often pay attention to wounded

4  soldiers than civilian.

5  Q.   Where in the hospital did you see your brother?

6  A.   It was in a room   I cannot remember the room number.   He

7  was in a room with a lot of other patients.

8  Q.   Was it one other patient or many other patients?

9  A.   Many other patients were there.

10  Q.   How often did you visit your brother at John F. Kennedy

11  Hospital during the late part of 1999?

12  A.   I visit him on weekends.

13  Q.   After your brother got out of the hospital, to your

14  knowledge, where did he go?

15  A.   He came home where we were staying.

16  Q.   When you say "home," where do you mean?

17  A.   In Monrovia, on GSA Road.

18  Q.   And eventually did your brother go some place from GSA

19  Road?

20  A.   Yes.

21  Q.   Where did he go?

22  A.   He went back Lofa after the war.

23  Q.   How have you had the opportunity to see your brother during

24  the years following 1999?

25  A.   The question again?

**September 30, 2008**

## Marwolo - Direct

1   Q.   Have you seen your brother since 1999?

2   A.   Yes.

3   Q.   And have you continued to see him from time to time during

4   the time from 1999 until now?

5   A.   Yes.

6   Q.   Have you been able to observe whether your brother

7   recovered from his deplorable condition?

8   A.   Not totally.

9   Q.   In what ways has your brother not totally recovered from

10   his deplorable condition?

11   A.   He still have difficult breathing.

12   Q.   Can you describe that, please?

13   A.   Yes.   For every time he's giving breath it is difficult.

14          MS. HECK-MILLER:   Your Honor, there's a remaining

15   matter we should take up at the bench before I proceed.

16

17

18

19

20

21

22

23

24

25

September 30, 2008

## Marwolo - Direct

1          [Proceedings at sidebar follow]:

2          MS. HECK-MILLER:   Your Honor, the remaining topic of

3     inquiry for this witness is with regard to prior consistent

4     statements that Rufus Kpadeh made to him.  I know that's the

5     topic of litigation.   I didn't want to launch into that.   We

6     believe the prior consistent statements and the conditions for

7     it set forth in rule 801 have been met here.

8          The cross-examination we heard of Rufus Kpadeh just a

9     few moments ago included questions that he should have gone to

10    the U.S. Embassy with his complaints.   We believe that is the

11    sort of predication that provides a sound basis under rule 801

12    for the testimony I would elicit, which is, basically, that

13    Rufus Kpadeh told him about his injuries and told him that,

14    among others, Chuckie was responsible for them.

15          I'll let counsel state whatever further objections

16    they have.   Then I'm also going to defer to Mr. Graveline who

17    drafted our response should any further argument be needed.

18          MR. CARIDAD:   Judge, a prior consistent statement is

19    admissible to rebut the claim of recent fabrication.   The

20    question is when did the motive to fabricate arrive?  In our

21    discussion at the beginning of this case, the motive to

22    fabricate arose because of the conditions in Liberia beginning

23    in 1990 all the way up to 1999.   The war, the horrible living

24    conditions, the poverty, the lack of medical attention, these

25    people want to get out of that country.   That's the motive to

## Marwolo - Direct

1   fabricate.  It existed long before 1999.  The motive existed

2   before 1999.  This is not proper prior consistent statement.

3   　　　　THE COURT:  Isn't part of what you elicited that they

4   first saw an attorney in 2007, obtained an attorney in 2007

5   after this prosecution was filed?  I mean, that came out.

6   　　　　MR. CARIDAD:  He got an attorney in 2007, he said.

7   　　　　THE COURT:  Why isn't that sort of fabrication, "You

8   　　just now in 2007" --

9   　　　　MR. CARIDAD:  We're not saying that the fact that he

10  got an attorney does not mean he's lying about anything.  It

11  means he has got an attorney, that he may file a lawsuit.

12  That's all that means.

13  　　　　The question, the issue under prior consistent

14  statement is when did the motive to fabricate arise.  That's

15  not an easy thing to determine in every case.  It's different

16  in every case.

17  　　　　We have been clear from the beginning of the case the

18  need to fabricate arose because of living conditions from 1990

19  stretching up to 1997 when the election was held.  Those are

20  horrible living conditions that created an environment for

21  people who wanted to leave Liberia.  The motive to fabricate

22  existed before.

23  　　　　MR. GRAVELINE:  The defense is trying to paint every

24  witness with the same broad brush.  Mr. Kpadeh has been clear.

25  He's not leaving Liberia.  The living conditions are fine for

**September 30, 2008**

## Marwolo - Direct

1   him  He has a big farm  To say he has the same motive to lie

2   as somebody who allegedly left Liberia is not accurate in

3   Mr. Kpadeh's case.

4           THE COURT:  Isn't the rule -- and I'm looking at the

5   Government's memorandum filed today -- the statement is

6   observed to an express or implied charge of recent fabrication

7   or improper influence or motive.

8           MR. CARIDAD:  When did the motive to fabricate arise?

9           THE COURT:  Based on what I have heard, the argument

10  could be made the motive to fabricate arose in 2007 which is

11  the first time he goes to get and hired himself an attorney.

12          MR. CARIDAD:  Why would hiring an attorney be evidence

13  of a motive to fabricate?

14          MR. GRAVELINE:  Because of your statement in opening

15  statement that he's going to go file a lawsuit and get

16  financial gain from this.

17          MR. CARIDAD:  That has nothing to the with the motive

18  to fabricate.  He could have a motive to fabricate from 1990.

19  The fact he goes to get an attorney in 2007 does not change

20  anything.  The motive to fabricate existed way before.

21          THE COURT:  That's your position.  I'm saying if we're

22  looking at this in terms of whether I allow the evidence in or

23  not, why do we have to look at the evidence in the light as

24  you're painting it?  Isn't there a reasonable way to say "Look,

25     the conditions have been deplorable throughout.  He doesn't

**September 30, 2008**

## Marwolo - Direct

1      do anything about this and after this Indictment is

2      returned, he now gets himself a lawyer"?  Why isn't that

3   recent fabrication?

4          MR. GRAVELINE:   There's no evidence of when he came

5   out of the woodwork.   There's no evidence when he first said

6   anything at all.

7          We're hearing a man testify in court today in 2008.

8   Okay.   There's no evidence he said anything to anybody, not to

9   his attorney or to anybody.   It has been his position the

10   attorney has nothing to do with anything.   There's no evidence.

11   All we have is a man testifying today and they want to say that

12   in 1999 he told somebody.   He told his brother.

13          THE COURT:   Before he had a motive to fabricate.

14          MR. CARIDAD:   The only allegation, the only allegation

15   in the case so far is the reason to fabricate arose because of

16   the living conditions in Liberia caused by the Civil War.

17          THE COURT:   That's how you want --

18          MR. CARIDAD:   What else in the evidence has shown any

19   other kind OF motive?

20          MR. GRAVELINE:   The statement in opening statement,

21   some of these people would be filing lawsuits or trying to gain

22   financial gain through the TRC.   The first questions from

23   Mr. Wylie were about "Did you have a lawyer?   Are you going to

24      file something with the TRC?"   That has been the express

25   motive to lie in this case.   You guys have made that charge.

September 30, 2008

## Marwolo - Direct

1           MS. HECK-MILLER:   Your Honor, I was going to say I

2    don't believe that the defense can bootstrap a motivation to

3    lie by simply posing questions where in this case the witness

4    has denied them.   In terms of the economic conditions, he has

5    denied that as anything that factors into his life.   The only

6    motivation to lie that defense counsel was able to establish,

7    some arguable evidentiary hook, in 2007 he got a lawyer.   He

8    did raise those.   That is the only motivation that they were

9    able to establish in cross-examination.

10          MR. CARIDAD:   Judge, just one more thing.   Whatever

11   Mr. Kpadeh says on the stand is for the jury to decide whether

12   he's credible or not.   I know he denied he doesn't want to

13   stay.   I know he denied that he had a reason to leave Liberia,

14   but we have evidence that Liberia was a horrible place to live

15   in 1990 through 1997 --  in 1990, as far as --

16          THE COURT:   The problem is what I have heard, Liberia

17   has been a horrible case to live in throughout its existence,

18   from the 1820s.   Deplorable living conditions have existed

19   throughout.   These folks, the brother who testified before this

20   gentleman who lives in this condition is a strong African who

21   is used to it, who cooks without electricity.   He has no

22   running water.   He lives in this horrible country throughout,

23   but he only accuses your client quite recently, not back in

24   '99, not back in 2000, in 2001.   The only evidence I've heard

25   is, apparently, he tries to do something about what happened to

**September 30, 2008**

## Marwolo - Direct

1   him quite recently, in 2007.   Why isn't that recent

2   fabrication?

3              MR. CARIDAD:   The lawyer has nothing to do with doing

4   anything.   The only evidence so far is he has a lawyer from the

5   a Human Rights group.   He doesn't say the lawyer is

6   representing him to file any lawsuit.

7              We have a man testifying today in 2008.   They want to

8   introduce a statement from 1999.   What do we say and what does

9   the evidence show the defense is putting forward they had a

10  motive to fabricate?   Because of living conditions in Liberia.

11  That's what the motive was.   Liberia a bad place to live,

12  according to what we're saying, from 1999 when Charles Taylor

13  invaded until Charles Taylor left power.   That's when we're

14  saying the conditions were bad.   We have said nothing about any

15  other history of Liberia.   We concentrated on from 1989 until

16  when Charles Taylor left power.

17             The motive to fabricate arose in the 1990.   This man

18  can deny all he wants Liberia is a bad place.   That's for the

19  jury to decide.   Our defense, our attack on these witnesses,

20  they had a motive to fabricate in the '90s.

21             THE COURT:   My question to you is why am I constrained

22  in my review of the evidence thus far, accepting that

23  characterization of the evidence when there are other ways?

24             MR. CARIDAD:   I'm not saying you're constrained.   From

25  our view, the motive to fabricate arose in the 1990s.

**September 30, 2008**

## Marwolo - Direct

1          THE COURT:   The problem is I can't accept that.   I'm

2   not persuaded.

3          MR. CARIDAD:   What is it we have done to show the

4   motive to fabricate?

5          THE COURT:   That's what your theme was in opening and

6   what Mr. Wylie tried to show in cross.   More has been

7   presented.   Your position is the motive to fabricate these

8   horrible acts, the motives are as a result of the horrible

9   living conditions in Liberia and the goal is to get out from

10   under them

11          Similarly, there's other evidence presented that he

12   didn't fabricate way back then.   He did nothing way back then.

13   He did nothing for many, many years following that.   One could

14   see these references to getting the lawyer last year to all of

15   a sudden seeking redress to be a recent fabrication because you

16   want to make some money.

17          MR. CARIDAD:   Judge, the only evidence so far is that

18   he got a lawyer.   We don't even know what the lawyer was for.

19          THE COURT:   We know what the lawyer was for.

20          MR. CARIDAD:   I don't know.

21          MS. ROCHLIN:   Questions were directed to discussions

22   with counsel and what was his knowledge of his ability to file

23   a lawsuit in relation to this case.   Also, the claim of recent

24   fabrication does not have to be express.   The rule explicitly

25   addresses express or implied allegations of recent fabrication

**September 30, 2008**

## Marwolo - Direct

1   and the way certainly that it strikes the Government is

2   everything is now cued up with respect to Mr. Kpadeh to argue

3   that he can seek redress in civil litigation.   The question

4   could he file a civil suit here in the United States was asked

5   of him on cross.   He has a lawyer he obtained in 2007.   He can

6   seek financial gain just as the defense asserted the jury would

7   hear in its opening statement.

8           Given that line-up and that questioning, whether it is

9   made any more express or whether it is simply a basis for

10  argument because of the implication already made, the

11  prerequisites of the rule have been made.

12          THE COURT:   I am going to be denying the defendant's

13  motion.   I believe they have been met.

14

15

16

17

18

19

20

21

22

23

24

25

**September 30, 2008**

## Marwolo - Direct

1          [Proceedings in open court follow]:

2    BY MS. HECK-MILLER:

3    Q.   Mr. Marwolo, when you saw your brother Rufus Kpadeh in

4    October, 1999 and observed his condition, did he tell you

5    anything about how he came to be in that condition?

6    A.   Yes.

7    Q.   What did your brother tell you about how he came to be in

8    that condition?

9    A.   He told me on the 23rd of August he was arrested at St.

10   Paul River Bridge and he was taken to Gbatala Base and upon

11   arriving there, he was stripped naked and he was tortured.

12   Q.   And what, if anything, did he say about how he was

13   tortured?

14   A.   He said he was juke on his body.  He was told to play stone

15   football and also told to tote a log on his shoulder and then

16   he was cut on his penis with a knife.

17   Q.   What, if anything, did the defendant say about who caused

18   these things to be done?

19   A.   He said to me it was the ATU soldier who did it, but they

20   were ordered by Chuckie Taylor.

21   Q.   What did the defendant say about Chuckie Taylor?

22   A.   He saw Chuckie Taylor order his men to torture him that

23   way.

24          MS. HECK-MILLER:   No further questions, Your Honor.

25          THE COURT:   Cross-examination.

September 30, 2008

## Marwolo - Cross

1                    CROSS EXAMINATION

2    [Beginning at 4:17 p.m., 9/30/08.]

3    BY MR. WYLIE:

4    Q.   Mr. Marwolo, you stated that when you were in Zorzor you

5    slept at Central High.  Is that correct?

6    A.   Yes.

7    Q.   Is that the high school?

8    A.   It's a high school, Zorzor Central High.

9    Q.   Did you sleep with your brother, Mr. Kpadeh, that day in

10   the same facility?

11   A.   No.

12   Q.   You slept at a different location?

13   A.   Yes.

14   Q.   Where did he sleep?  Do you know?

15   A.   There were multitudes of people, so I don't know where he

16   stayed.

17   Q.   At some point you leave Zorzor.  Is that correct?

18   A.   Yes.

19   Q.   And your brother, Mr. Kpadeh, left in a truck to the St.

20   Paul River Bridge.  Is that correct?

21   A.   No.

22   Q.   That's not correct?

23   A.   No.

24   Q.   How did he leave?

25   A.   He left on a different vehicle.  I left on a truck, but

**September 30, 2008**

## Marwolo - Cross

1   they left on a different vehicle, not a truck.

2   Q.   What kind of car was it?

3   A.   A UDA pickup, not governmental agent vehicle.   It wasn't a

4   truck.   He left before me.   I rode in the truck.

5   Q.   You rode in the truck and they rode in another vehicle?

6   A.   Yes.

7   Q.   A smaller vehicle?

8   A.   Yes.

9   Q.   Was it a car or a small truck?

10  A.   A car.

11  Q.   He left in a car?

12  A.   Yes.

13  Q.   Was his mother, your mother, was she with him?

14  A.   Yes.

15  Q.   Who else was with him?

16  A.   Our grandmother.

17  Q.   Your grandmother was with him?

18  A.   Yes.

19  Q.   How about his children?

20  A.   His children and wife.

21  Q.   How many children were with him?

22  A.   Three children.

23  Q.   Three children were with him?

24  A.   Yes.

25  Q.   Now, sir, you eventually made it to the St. Paul River

## Marwolo - Cross

1  Bridge.   Is that right?

2  A.   Yes.

3  Q.   And you encountered the ATU there?

4  A.   Yes.

5  Q.   Were there other groups there?  Was the Liberian National

6  Police at the checkpoint near the bridge?

7  A.   I did not see any police.

8  Q.   No police?

9  A.   I did not see any police.

10  Q.   How about Immigration officials?  Were there any

11  Immigration officials there?

12  A.   I didn't see Immigration officials.

13  Q.   Are you familiar with the AFL?

14  A.   I didn't see the AFL.

15  Q.   What's your understanding of what the AFL is?

16  A.   I didn't see AFL.  I saw ATU.

17  Q.   The AFL is another group of soldiers other than the ATU.

18  Is that right?

19  A.   I saw ATU soldiers.  I didn't see --

20  Q.   ATU soldiers only?

21  A.   They're the ones I saw.

22  Q.   This checkpoint, there's a little town around there.   Is

23  that correct?

24  A.   Yes.

25  Q.   Were there civilians in the area?

**September 30, 2008**

## Marwolo - Cross

1   A.   Yes, there were a multitude of people moving coming towards

2   Gbarnga.

3   Q.   Lots and lots of people?

4   A.   Lots of them

5   Q.   You were searched at the checkpoint.  Is that correct?

6   A.   Yes.

7   Q.   How old were you at the time?

8   A.   I was 18.

9   Q.   You were 18-years-old?

10  A.   Yes.

11  Q.   You were a soldier's age?

12  A.   Pardon me?

13  Q.   You were the age of a soldier?

14  A.   I was 18-years-old.  I don't know what you mean by "age of

15  soldier."

16  Q.   Did anybody from the ATU ask you if you were a rebel?

17  A.   They did not ask me whether I was rebel.  They asked me to

18  identify myself.

19  Q.   Did anybody from the ATU ask you to come join them and

20  fight with them?

21  A.   No.

22  Q.   Did anybody else ask you to fight with them at the

23  checkpoint?

24  A.   No.

25  Q.   Now, you stated that you saw your brother at the JFK

**September 30, 2008**

## Marwolo - Cross

1    Hospital?

2    A.   I saw him at the house first before JFK Hospital.

3    Q.   At some point you saw him at the hospital?

4    A.   Yes.

5    Q.   But he was at the house first for a day or was it a day?

6    A.   Yes, a day.

7    Q.   One day he was at the house?

8    A.   Yes.

9    Q.   And then he went to the hospital?

10   A.   He went to the hospital.

11   Q.   And it's your testimony he stayed for three months?

12   A.   Three months.

13   Q.   And you would visit him there?

14   A.   Yes.

15   Q.   Did he also leave the hospital and go home?

16   A.   From the beginning he was stationed there, but he used to

17   come home.

18   Q.   Most of the time he was at the hospital?

19   A.   From the beginning he was at the hospital, but as time went

20   by, they were not paying much attention to civilians.   They

21   were focusing on wounded soldiers, so he used to come home.

22   Q.   Are you familiar with the term "out-patient"?

23   A.   Pardon me?

24   Q.   Are you familiar with the term "out-patient"?

25   A.   I don't know what you mean by "out-patient."

**September 30, 2008**

## Marwolo - Cross

1  Q.   Have you ever heard when somebody checks into a hospital

2  and they're treated and released it's called out-patient?  Have

3  you ever heard that term before?

4  A.   Yes, I heard that term

5  Q.   Was your brother, Mr. Kpadeh, he was an out-patient at the

6  hospital.  Correct?

7  A.   No, because from the beginning he was there so cannot be an

8  out-patient. "

9  Q.   Now, these statements you claim your brother said to you

10  about being tortured at the Gbatala Base, do you remember

11  testifying about that?

12  A.   Yes, I testified about that.

13  Q.   You didn't see any of these things happen, did you?

14  A.   I did not see them  I did not go to the Gbatala Base.

15  Q.   And this is just what your brother told you?

16  A.   I saw the marks on him, so I believe him

17  Q.   You saw the marks on him  Were these open wounds?

18  A.   They were open wounds.

19  Q.   Still bleeding?

20  A.   No, they were not still bleeding.

21  Q.   They were marks, scars?

22  A.   The sore marks was still there.

23  Q.   The what marks?

24  A.   The sore was still on his body.

25  Q.   It was an unhealed wound?

**September 30, 2008**

## Marwolo - Cross

```
 1   A.   Unhealed.   Unhealed wounds, yes.
 2             MR. WYLIE:   May I have a moment, Your Honor?
 3   BY MR. WYLIE:
 4   Q.   Mr. Marwolo, I believe you testified you saw a wound on
 5   your brother's penis.   Is that correct?
 6   A.   Yes.
 7   Q.   Did you see any other wounds on your brother?
 8   A.   Yes.
 9   Q.   Where?
10   A.   On his shoulder, on his foot and on his hand and on his
11   back.
12   Q.   Do you still live with your brother?
13   A.   No.
14   Q.   Do you still live in the same area?
15   A.   No.
16   Q.   Do you see your brother regularly?
17   A.   Not regularly.
18   Q.   But you've seen him many times since 1999?
19   A.   Yes.
20   Q.   Have you talked about coming to America with him?
21   A.   No, no, no.
22   Q.   You never mentioned you were coming here to the United
23   States?
24   A.   Pardon me again?
25   Q.   Excuse me?
```

**September 30, 2008**

## Marwolo - Cross

1   A.   Please ask your question again.

2   Q.   Have you talked about coming to the United States to

3   testify with your brother?

4   A.   Have I told him or did he ask me?

5   Q.   Have you discussed with your brother coming to the United

6   States to testify in this case?

7   A.   No, no, no.

8   Q.   Never discussed it?

9   A.   No.

10  Q.   Did you fly on the same plane over here with him?

11  A.   Yes, I flew the same plane.

12  Q.   It's a long flight.   Right?

13  A.   Very long.

14  Q.   You sat near him?

15  A.   No.

16  Q.   You didn't sit next to him?

17  A.   No, no, no.

18  Q.   You didn't talk to him at the airport?

19  A.   I talked to him on the airport, but it was not on this

20  case.

21  Q.   Okay.

22       And when you showed up at the airport in Monrovia to

23  fly to the United States, were you surprised to see your

24  brother in the airport, too?

25  A.   We rode the same car to come to the airport.

September 30, 2008

## Marwolo - Cross

1  Q.   You rode in the car to come to the airport?

2  A.   Yes.

3  Q.   You knew he was coming to the United States to testify?

4  A.   Excuse me?

5  Q.   So you knew that your brother was coming to the United

6  States to testify in this case?

7  A.   I -- from that moment I knew that he was coming here, but I

8  didn't know what he was coming to say or nothing.

9  Q.   So the first time you realized your brother was coming to

10  the United States to testify was when you took the car with him

11  to the airport?

12  A.   Yes.

13  Q.   That's the first time you realized he was coming to the

14  United States?

15  A.   (No response.)

16  Q.   When did you arrange for that ride to the airport?

17  A.   When did I arrange?

18  Q.   Yes.   Who drove?

19  A.   We drove from the Embassy.

20  Q.   From the Embassy?

21  A.   Yeah.

22  Q.   So it was on the ride from the U.S. Embassy to the airport,

23  that was the first time you realized you were both coming over

24  here to testify?

25  A.   Excuse me again?

**September 30, 2008**

## Marwolo - Redirect

1  Q.   On the car ride from the U.S. Embassy to Roberts

2  International Airport in Monrovia, that's the first time that

3  you realized you and your brother were both coming here to

4  testify in this case?

5  A.   When we assembled at the U.S. Embassy, when we met there.

6  Q.   When you met at the U.S. Embassy, that was the first day

7  you realized you were coming here to testify?

8  A.   Yes.

9  Q.   You never mentioned it before?

10  A.   We don't live at the same place.

11  Q.   It was just a coincidence you ended up at the U.S. Embassy

12  the same day?

13  A.   Yeah.

14  Q.   You hadn't had any contact with your brother before that?

15  A.   I had contact with him, but we didn't discuss anything

16  relating to this case.

17  Q.   You talk to your brother on a cell phone.   Right?

18  A.   I talk to my brother on a cell phone.   We don't discuss

19  anything about the case because I live in Monrovia and he's in

20  Lofa.

21          MR. WYLIE:   No further questions, Your Honor.

22          THE COURT:   Redirect?

23          MS. HECK-MILLER:   Yes, Your Honor.

24                  REDIRECT EXAMINATION

25  [Beginning at 4:29 p.m, 9/30/08.]

**September 30, 2008**

## Marwolo - Redirect

1  BY MS. HECK-MILLER:

2  Q.   Mr. Marwolo, how was it that you came to be involved in

3  this prosecution?

4  A.   I was called upon.  I was called.  I receive a call from

5  the Embassy.

6  Q.   And did your brother play a role of putting you in touch

7  with the agents in this case?

8  A.   Yes.  He told me that people at the Embassy wanted to see

9  me.

10  Q.   And did you know that your brother had some contact with

11  agents in this case?

12  A.   He didn't tell me --  he just told me people wanted to see

13  me at the Embassy.

14  Q.   Have you discussed the contents of your testimony with your

15  brother?

16  A.   I have never done that.

17  Q.   Why not?

18  A.   My own testimony, what I saw, and that is what I came to

19  say.  I need not discuss it with him

20  Q.   Now, you have told us about visiting your brother at John

21  F. Kennedy Hospital.  Did you visit him every day?

22  A.   No.

23  Q.   Why not?

24  A.   I was in school, so I only had time on the weekend I went

25  to see him

**September 30, 2008**

## Marwolo - Redirect

1   Q.   So do you know of your personal knowledge every time your

2   brother came to the hospital or left the hospital?

3   A.   Pardon me?

4   Q.   Do you know yourself the exact times that your brother came

5   to the hospital or left the hospital?

6   A.   He came to the hospital in October when I first saw him at

7   the house that day.   The next day he went at the hospital.   The

8   exact time that he left from there, I can never remember.

9   Q.   Did you know every time that he went to the hospital or

10   came back from the hospital?

11   A.   No.

12          MS. HECK-MILLER:   Could I have a moment, Your Honor?

13          Thank you, Your Honor.   I have no further questions.

14          THE COURT:   Thank you.   You are excused.   You are free

15   to go.   Have a good day.

16          THE WITNESS:   Thank you.

17          [The witness was excused at 4:32 p.m].

18          THE COURT:   Ladies and gentlemen, I think this is a

19   good time for us to adjourn.

20          I know of the concerns that some of you have regarding

21   my restricting your ability to keep up with world events and

22   reading the newspaper and listening and watching the news.   So

23   let me try to be clear.   You are certainly free to look at the

24   television and look at national news.   I would ask that you

25   stay away from local news, both on the television, in the

**September 30, 2008**

## Marwolo - Redirect

1  newspaper and in the Internet.   Does that answer some of your

2  concerns?   Yes.

3           Ladies and gentlemen, if you can return tomorrow

4  morning at 9:00.  We're going to start a little bit earlier

5  tomorrow, at 9:00.  You see, we're ending earlier generally

6  most days to get some of you where you need to be to pick up

7  your children and so forth.

8           Please remember my instructions not to discuss this

9  case with each other or with anyone else and have a safe drive

10  home.

11           [The jury leaves the courtroom at 4:33 p.m.]

12           THE COURT:   Please be seated.

13           Are there issues we should discuss with respect to

14  witnesses for tomorrow?

15           MS. HECK-MILLER:   Your Honor, there's a witness

16  tomorrow.   I'm going to seek to introduce some evidence.   I

17  think it's quite likely the defense will object.

18           Let me tell you what I think the issue will be so that

19  you may be thinking about it.   I'm going to be calling an

20  individual names James Torh, T-o-r-h.   This goes to an issue

21  that has been touched upon already in cross-examination, which

22  is why was this individual allowed to leave Gbatala Base after

23  all these terrible things had happened to him

24           Mr. Torh is going to be testifying about an NGO he was

25  part of called Focus that in late 1999 became involved in a

**September 30, 2008**

## Marwolo - Redirect

1   campaign to free an individual from Gbatala, this man,

2   Nathaniel Koah.

3            We expect he'll testify about that and I will elicit

4   there was a campaign by his organization to put attention on

5   Gbatala Base and seek its closing, which I believe is relevant

6   to this issue of why Mr. Kpadeh or any others were let go.

7            In addition, we have actual newspapers, the Liberian

8   newspapers from October of 1999 which reflects this publicity

9   campaign and I have headlines, "Should Gbatala Base be

10  closed?"

11           We will seek to introduce those newspapers, not for

12  the truth of anything that is in them, but for the fact that

13  there was a publicity wave at that time with regard to Gbatala

14  Base.

15           Now, I haven't heard yet, but I'm sure the defense

16  will be objecting to that and that's why I thought that would

17  be a worthwhile issue to bring up now.

18           THE COURT:   Should we gather together at 8:30 to

19  discuss it then so we don't take up the jury's time?

20           MS. HECK-MILLER:   Certainly.   We should do it when we

21  don't have to take up the jury's time.

22           THE COURT:   Mr. Caridad?  Mr. Wylie?

23           MR. CARIDAD:   Whenever the Court wants to hear us.   It

24  seems to me the issue is going to be -- I don't want to argue

25  now, Judge, but I've heard that it's not offered for the truth

**September 30, 2008**

## Marwolo - Redirect

1  when, in fact, it is offered exactly for that and it's an

2  overwhelming accusation in the newspapers, "Gbatala is

3      horrible.  It has to be closed down," and that's really the

4  effect of this evidence.  The little tiny bit that was

5  explained doesn't weigh at all next to the prejudice caused by

6  this.

7          It's rank hearsay.  The newspaper article is going to

8  be saying horrible things about Gbatala.  The jury is going to

9  see that and I can't cross examine that newspaper.  I can't

10 cross examine anybody that calls up that newspaper and says

11     "Hey, Gbatala is a horrible place."  I won't be able to

12 do nothing with that.  The jury will be stuck with the

13 newspaper article saying Gbatala is a horrible place.  That's

14 going to be the issue, the fact I can't cross examine the

15 newspaper.

16         THE COURT:  How about the first issue, though?

17         MR. CARIDAD:  This gentleman, Nathaniel Koah, is going

18 to testify --

19         MS. HECK-MILLER:  Excuse me.  It's not Nathaniel Koah.

20         MR. CARIDAD:  Mr. Torh is going to testify, first, I'm

21 almost certain, to things that are way beyond his personal

22 knowledge.  I'm guessing.  I think it's an educated guess.

23         The second problem with his testimony, it's going to

24 be hearsay.  He's going to be filling his testimony with things

25 he has heard about Gbatala, about Chuckie, about Charles

**September 30, 2008**

## Marwolo - Redirect

1    Taylor, and that, I think, is 90 percent of what his testimony

2    is going to be.  We'll have to wait and see.

3              Those are the problems I see tomorrow with this man's

4    testimony.  I don't think he's going to testify about things

5    that happened in to him personally.  I don't think he's going

6    to testify he, himself, was detained and tortured.  If that's

7    going to happen, that's yet a third problem

8              The first time I heard Mr. Torh was going to be a

9    witness was August 25 and I don't know what he's going to say

10   happened to him  He could say he was tortured for a month, a

11   year, and I would have no way to prepare a defense to his

12   allegation that my client, the President, David Compari did

13   anything to him at all.  I have no way of preparing to bring

14   witnesses into court to contradict what Mr. Torh is going to

15   say.

16             Those are the three issues, the newspapers, lack of

17   personal knowledge, hearsay, and I have no way to defend

18   against any of this.

19             THE COURT:  Isn't Mr. Torh the gentleman affiliated

20   with the NGO?

21             MS. HECK-MILLER:  Yes, with the group called Focus.

22             Your Honor, I appreciate Mr. Caridad doesn't know at

23   this point what I'm going to be eliciting.  I assure you I will

24   not be eliciting hearsay.  I will not be eliciting Mr. Torh's

25   personal negative experiences with the Liberian government or

**September 30, 2008**

## Marwolo - Redirect

1   any torture he may have suffered.

2          Mr. Torh left Liberia in March of 2000 and now lives

3   in Canada.   I will elicit that, but not anything about why he

4   left or his own personal experiences.

5          THE COURT:   He wasn't the one in the base?

6          MS. HECK-MILLER:   He was the one who took action with

7   regard to the person who was in the base.   He was involved in

8   seeking relief for him so he could be released from the base

9   and I do intend to elicit that, but in very cut and dried terms

10  and I do not intend to elicit anything he was told about

11  conditions on the base.

12         THE COURT:   As to this witness, I don't have a problem

13  given the Government's proffer where it intends to go with him

14  tomorrow.

15         The newspaper articles trouble me and I would be more

16  favorably disposed if you wanted to show newspaper articles

17  that simply had the name of this camp in the headlines, but the

18  rest of it is deleted so that they know there was coverage

19  about it, but not the rest of the headline and not, certainly,

20  the text of the article.

21         MS. HECK-MILLER:   Your Honor, one compromise that we

22  would suggest would be simply to have the newspaper, the date

23  and the headline, as you say, rather than --

24         THE COURT:   Not even the full headline.   Just the name

25  of the base and the rest of whatever the headline might say

**September 30, 2008**

## Marwolo - Redirect

1   deleted.

2          MS. HECK-MILLER:   Your Honor, I'll take a look at the

3   newspapers and see if I can fashion something appropriate and

4   show Mr. Caridad what I come up with.

5          THE COURT:   Mr. Caridad, do you want and, Mr. Wylie,

6   do you want the defendant here at 8:30 to meet with him before

7   we begin at 9:00 or no?

8          MR. CARIDAD:   Yes, that would be good.

9          THE COURT:   We'll have him here at 8:30.

10         I would ask the Marshal to have the defendant here at

11   8:30.  We'll begin at 9:00, unless you all think there's an

12   issue you need to address and Barbara and I can come out.

13         MR. CARIDAD:   Looking way further ahead, I have plans

14   to make for people who have to come from Liberia.  I would like

15   to know as soon as possible when I should have them here.  I

16   need to give people a date.  I don't know if the Government is

17   able to give us a date as to when they'll be done.

18         THE COURT:   I'm sure both sides can work together on

19   that.  I know the Government is not favorably disposed to a

20   long break between the Government's case and the defendant's

21   case.  The more you coordinate, the better it will be.

22         MS. ROCHLIN:   Your Honor, we'll still getting a sense

23   of how the pace of the trial will develop.  I think today was

24   pretty educational.

25         Clearly, when we think we can give a reasonably

**September 30, 2008**

**Marwolo - Redirect**

1   accurate estimate to Mr. Caridad, we're happy to do so.

2           THE COURT:   You all have a good evening.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**September 30, 2008**

1    **C E R T I F I C A T E**

2          I hereby certify that the foregoing is an accurate

3    transcription of proceedings in the above-entitled matter.

4

5    11/14/08
     _____          _____

6          DATE                       BARBARA MEDINA
                                      Official United States Court Reporter
                                      400 North Miami Avenue, Suite 12-2

7                                     Miami, FL  33128 - 305.523.5518
                                              (Fax) 305.523.5519

8                                     Email:  barbmedina@aol.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## A

**ability** 205:22 219:21
**able** 4:6 5:8,23 8:11 30:19 38:8
55:24 73:18 87:15 100:11
110:22 132:20 136:10 140:24
141:2 150:6 198:6 203:6,9
222:11 225:17
**above-entitled** 227:3
**absence** 14:10 139:3 161:8
**absolutely** 6:1
**Abu** 23:1,3,7,8,10,12,19,21,24
24:1,7,19 25:9 127:3 161:25
162:3,6,8,8,19 163:10,11
**abuse** 32:16
**accents** 34:2
**accept** 113:8 205:1
**accepting** 204:22
**ACCESS** 1:25
**accurate** 117:14,16 201:2 226:1
227:2
**accusation** 222:2
**accuse** 172:4
**accused** 172:2
**accuses** 203:23
**acres** 104:24 177:2
**action** 224:6
**active** 157:7
**activities** 8:15
**activity** 8:19 11:13 12:2 17:10,13
18:17 27:2
**actual** 221:7
**addition** 67:5 73:9,13 221:7
**address** 3:16 100:15 225:12
**Addressed** 147:16
**addresses** 205:25
**adequate** 139:25
**adjourn** 219:19
**ADMINISTRATIVE** 3:14
**admissible** 199:19
**admit** 142:1 172:9
**admitted** 40:14 46:2 51:16 55:21
172:7
**ads** 177:19
**adult** 151:25
**affiliated** 223:19
**afford** 177:25
**AFL** 121:3 210:13,14,15,16,17
**afraid** 11:12 38:16,18
**Africa** 20:4 30:7 64:20 165:12
170:19,20
**African** 106:14 136:4 140:7
182:17 203:20
**afternoon** 13:16 100:12 101:10
127:18 164:10 183:10
**afterward** 88:13
**age** 211:11,13,14
**agenda** 44:13
**agent** 4:21 40:18 41:8 46:1,5,17
47:7,24 48:3,13,16,17,18
49:11,13 50:5,7,16,18 51:18
51:20 52:5,13,18,24 53:1,7,9
53:18,24 54:12,13,19,20,22
55:10 56:5,7 57:2,3,19 58:5,15
58:17 59:5,7,15,18 60:25 61:2
61:21 62:4,21,23 63:1,17,19
64:4,6 65:13 66:17 67:10,25
68:11,19 69:5,18 70:10,16,19
72:5,20 74:8 75:12,24 76:11
77:5,18 78:13,15 79:18 80:19
80:21 81:1,2 82:9,22,23 83:10
84:11,14 86:6 88:2 90:4,6,21
91:4 92:9 93:17 94:1,14,16,20
95:17 96:2,15,17 99:6,8
100:22 129:25 133:5 138:2
178:12,14,21 179:2 209:3
**agents** 44:5 72:1 79:14 103:10

**ago** 45:18 52:23 66:8 199:9
**agree** 157:24
**agreeable** 6:13
**Aha** 99:15 115:21 133:18 170:4
**ahead** 89:23 225:13
**aim** 73:3
**aiming** 73:4
**airport** 184:9,18,19 215:18,19,22
215:24,25 216:1,11,16,22
217:2
**Allah** 24:21,21,21
**allegation** 202:14,14 223:12
**allegations** 205:25
**allege** 103:3
**alleged** 103:3 132:9 141:6
**allegedly** 201:2
**allow** 12:15 201:22
**allowance** 151:10
**allowed** 192:16 220:22
**ALTONAGA** 1:13
**America** 1:4 15:1 214:20
**amounts** 139:25
**ankle** 141:14
**announce** 5:11
**answer** 35:8 101:22 148:23
163:8 190:5,20 192:14 193:13
220:1
**answered** 118:14 178:2
**ant** 30:12,19
**anteroom** 6:24
**Anthony** 6:12 168:23 169:4
170:3 180:11,12
**antibody** 41:2
**Anti-Terrorist** 187:25 188:3,5
189:12 190:10
**ants** 30:4,6,7,10,15,21
**anybody** 34:14 73:23 76:21 85:6
115:18 117:11 121:21 124:7
154:10,13 166:7 167:2,12,16
167:20,22 168:21 169:5,11,15
171:13 172:21 173:3,6 202:8,9
211:16,19,22 222:10
**anybody's** 121:23 122:1 166:21
166:23
**apparently** 203:25
**appear** 47:4 92:21 100:8 195:16
**appearance** 32:23 91:9 195:5,9
**APPEARANCES** 1:16
**appeared** 49:15
**appreciate** 223:22
**approach** 39:12 51:2 55:17
136:20
**appropriate** 225:3
**approximately** 9:3 47:3 135:5
**April** 56:18
**area** 6:14 9:19 32:2,11,17,22
57:11 61:5 64:24 66:19,21
72:11,11,13,15 73:9,12 74:4
78:10 83:2,17,20,23,24 84:1
87:1 89:5 94:14,19 104:23
112:15 120:22 121:5 152:13
210:25 214:14
**areas** 21:16,19
**arguable** 203:7
**argue** 206:2 221:24
**argument** 199:17 201:9 206:10
**arm** 26:11,17 29:8 86:10,11
88:20 89:19,25 90:1 188:6
189:7
**arms** 87:22 136:18

**arose** 199:22 200:18 201:10
202:15 204:17,25
**arrange** 216:16,17
**arrangements** 115:9
**arrested** 36:15 86:14 104:18
129:4 207:9
**arrive** 116:1 199:20
**arrived** 116:11 121:6,8,20 124:3
167:24
**arriving** 207:11
**arrow** 49:5 53:7 70:17 81:1
**article** 222:7,13 224:20
**articles** 224:15,16
**arts** 108:4
**aside** 119:22
**asked** 45:18 66:25 97:17 99:2
111:7 113:6,18 118:13 140:17
147:8,12 149:1 172:5,15,15,21
172:23 173:1,3 175:3 176:15
176:23 178:2,9 179:4,7,20
180:24 181:2,5 182:5 190:24
190:25 191:1 206:4 211:17
**asking** 5:21 18:12 26:15 97:9
101:18 142:15 193:10
**assassinated** 152:6
**assembled** 217:5
**asserted** 206:6
**assignment** 58:23
**assist** 73:23
**associated** 112:1
**assure** 223:23
**asylum** 149:21,22 150:4
**attached** 77:1
**attack** 108:18,20 111:22 112:3,6
187:1 204:19
**attacked** 111:14,18 155:2
**attention** 197:3 199:24 212:20
221:4
**attorney** 1:18,22 4:7 200:4,4,6
200:10,11 201:11,12,19 202:9
202:10
**ATU** 20:12,13,17,22 27:9 34:19
34:21 38:17 51:12,23 58:1,2
58:14,19,23 73:16 81:20,22
88:9 120:19 130:2,3,10 172:2
172:15,21,24 173:3 178:24
181:8,12 187:25 189:12,16,17
190:1,8,10,12,22 207:19 210:3
210:16,17,19,20 211:16,19
**August** 47:18,21 49:1,18,25 50:2
52:2,10 53:14 56:18,22 57:23
59:1 61:14 62:17 64:24 65:19
65:21 66:3,21 68:16,25 71:15
71:17 99:13 103:4 108:15
132:23 135:2 155:2 185:18,19
185:20,23 186:10 189:16
194:9,10,23 195:1,6 207:9
223:9
**autumn** 72:16
**available** 4:9 5:1,3,3,17 8:10
**Avenue** 1:23 2:9 227:6
**aviation** 184:5,6,7,12,20
**avoid** 100:6
**aware** 101:15,18,24 102:1,3,7,13
102:24 103:1,2 131:6 142:24
144:3,4 150:6,8,11 152:22
153:1 154:9 160:25 162:20
173:18
**awful** 129:1
**A.F.P.D** 2:2,3
**A.U.S.A** 1:17,18
**a/k/a** 1:8

## B

**back** 7:6 14:8,19 21:5,9,12 22:8
33:2 38:19 42:21,23 43:1,9
44:4 45:10 46:23 47:18,21

48:17 49:25 52:15 54:17 55:9
56:20 58:10,25 59:6,16 60:3
62:17,24 64:15,24 66:15,21
68:21,24 69:25 71:15,20 72:15
74:13,16 76:7,21 79:13 81:12
88:19,21 91:2 93:4,6,8,9 95:13
98:15 99:2,6,17 100:10,12,17
101:1 103:10,13 108:15
122:13,17 123:13 127:17
136:16 137:3,5 143:2,2,7,12
143:15 144:1,9 146:7 149:19
150:1 151:10 155:18 158:17
172:1 177:9 185:18 190:23
197:22 203:23,24 205:12,12
214:11 219:10
**background** 153:3 154:23
**backwards** 48:14
**bad** 25:25 123:24 135:24 147:1
204:11,14,18
**badge** 50:15 189:7,7,9,11,13,16
**bag** 156:2,3,4,4,6,7,9,13,14
181:5,10 191:1,2,2,3,4,7,15
**ball** 15:11 16:23 68:21
**banana** 60:13 62:12,15 67:16
107:8
**bar** 18:2,4
**Barbara** 2:8 225:12 227:5
**barbed** 29:11,13,15 68:21,24
69:10
**barbmedina@aol.com** 2:10
227:8
**barbwire** 29:14,17,19
**bare** 16:6
**barrack** 24:10,11 31:20,22 32:2
32:6,7 33:2,5,6 75:9 76:6,17
**barracks** 21:13,14 32:11,17,22
134:6
**barrel** 29:3 143:20
**barrier** 69:10,11
**bars** 163:19,24
**base** 7:23 10:2 15:3 19:3,15
21:14,16,19,23 22:3,19 31:2,5
31:16 32:16 34:15 36:23 38:2
38:12 59:2,3,11,24 60:3,5
64:16 65:5 67:1,3 68:15,22,24
71:18,21 72:16 73:2,7,19 74:4
74:14 75:7 77:10,11 78:4,10
78:22 79:10 81:16,23 84:20
85:11 86:15 98:22 99:17 103:7
103:13 104:1,2 107:11 124:3
124:21,24 125:5,14,18 130:17
132:1,6,12 134:23,25 135:2,5
135:11,15,17,25 136:3 139:2,8
140:10 159:10 166:5 169:25
171:4 173:16,19 174:3,5,8,22
175:14 178:19 207:10 213:10
213:14 220:22 221:5,9,14
224:5,7,8,11,25
**based** 196:23 201:9
**basically** 199:12
**basis** 199:11 206:9
**batch** 130:3
**bed** 108:21
**beginning** 7:12 101:8 118:9
152:14 153:16 174:19 183:9
199:21,22 200:17 208:2
212:16,19 213:7 217:25
**Begins** 91:3
**behalf** 4:2
**BELFAST** 1:8
**belief** 142:15 173:18
**beliefs** 142:12
**believe** 4:21 5:10 100:22 175:8,9
199:6,10 203:2 206:13 213:16
214:4 221:5
**Belle** 19:12 130:19
**belongings** 191:1,15
**bench** 198:15

**bend** 38:7 183:18
**best** 155:20 158:1,2 176:2,10 178:3
**better** 135:17 150:2 155:16,19 225:21
**beyond** 222:21
**big** 15:23 39:4 104:23 115:3 137:24 158:24 177:1 201:1
**bigger** 85:13,15 94:19 168:5
**bit** 30:19 94:19 220:4 222:4
**bite** 30:5,11,12
**bitten** 30:21
**black** 91:16
**blazing** 25:4
**bleeding** 159:11,19 213:19,20
**blindfold** 124:9
**blindfolded** 123:5,17 124:5 129:8
**blood** 12:4
**blow** 49:11 54:10,11 80:19
**board** 128:12
**boarded** 128:4,7
**Bob** 167:4
**bodies** 18:5
**body** 11:4 21:8,11 25:16 26:1,5 26:9,11 29:7,9 30:5 33:23 37:11,12,13,16,18 84:9 85:17 85:23 86:1,10,11 87:2,4,11,13 88:24 89:2 93:13 97:23 140:13 141:5,8,8,11 146:20 169:25 195:11,12,13,15,17 196:1,3,4 207:14 213:24
**Bong** 23:8 79:21 113:7 187:14
**boot** 164:25 165:3,5,9,10,11,11 165:14,22 166:1
**bootstrap** 203:2
**border** 181:24
**bordering** 182:17
**Borders** 181:25
**born** 119:20 151:16 183:22,23
**Borvah** 35:20 42:14 168:5 185:16
**bottom** 48:10 54:5
**bought** 177:4
**boundary** 187:14
**box** 12:21 26:20 50:5,10
**Boy** 167:3,6,10
**BR** 46:3,3,7,7 47:6,9 48:2,2,5,12 48:13,15,15,17 52:25 53:3,5 53:16,20,21,23 54:1,3,5,17,21 55:3,3,9,15,21 56:4,9,25 57:5 57:18,18 58:4,7
**brain** 147:1
**branch** 158:25
**brand** 80:4,7 82:5
**break** 77:23 138:18,20,23 195:11 195:12 225:20
**breath** 98:19 198:13
**breathe** 37:24 98:20
**breathing** 37:25 98:14,15,17 195:19,21,22,24 198:11
**bridge** 36:16 37:9 46:11,22 47:1 47:4,14 86:14 103:7,11,21,21 114:18 115:11,22 116:1,3,3 119:9,24 120:7,19 122:22 123:1 124:23 125:5 127:17 156:16,17,24,25 158:18 172:15,16 173:2 180:25 187:14,16 188:2 190:12 191:17 207:10 208:20 210:1,6
**brief** 164:10
**briefcase** 7:14
**bright** 128:20
**bring** 7:4 14:13 45:10,12 65:9 67:4 97:1 113:8 157:12 221:17 223:13
**bringing** 67:5,6 197:2
**brings** 149:5

**broad** 200:24
**brother** 35:5,14,17,18,19,23 36:6,10,12 42:8 109:13,15 114:10,12 115:7 150:18,25 151:1 168:3,4,5 169:12 170:7 180:5,6 185:4,5,5,6,13,15 186:12,13 191:25 194:19 195:18,23 196:1,5,11,15,22 197:1,5,10,13,18,23 198:1,5 202:12 203:19 207:3,7 208:9 208:19 211:25 213:5,9,15 214:7,12,16 215:3,5,24 216:5 216:9 217:3,14,17,18 218:6,10 218:15,20 219:2,4
**brothers** 42:5,6,11,13 177:6
**brother's** 214:5
**brought** 19:20 20:25 32:17 33:2 36:19 75:18,19 79:10
**brush** 105:11 141:21,22 200:24
**build** 64:20 65:24 66:5
**building** 46:8,8,9,10,11,21 49:9 49:12,15,19,22 52:22 53:6 57:7,10,13,15,23 58:2,10,11 59:4,10,12 69:24 75:1,2,3,4,17 75:21 77:11,14,15 82:14 83:1 104:7,15,15,16,17,17,19 129:13 130:10,13 186:18
**buildings** 57:21 77:23
**bull-frog** 28:14,17,18,20,21
**burn** 25:16 26:18 41:20 88:16,22
**burned** 88:8
**burning** 25:22,23 26:5,9 27:2 87:23 88:5,6,12 90:24 91:7,16 92:1,4,13,17,18,23
**burns** 37:16
**burnt** 88:20,23 89:1,3
**bushy** 32:21
**business** 83:18 156:10
**businessman** 23:8
**busy** 145:25 197:2
**butt** 28:10
**butter** 30:9
**butts** 27:16
**buy** 113:5,17 156:10
**B-o-r-v-a-h** 35:21
**B-o-y** 167:5

| C |
|---|

**C** 227:1,1
**cable** 76:17,19,21 77:1,15
**cables** 77:14
**calculate** 137:10
**calendar** 132:14,15
**call** 14:6 15:1 16:25 23:23 24:6 28:23 108:3,4 113:9 129:12 134:4 165:23 167:5 183:4 218:4
**called** 4:7 19:11 24:1,5,8 29:22 51:24 52:20 104:8 113:4 115:15 121:11,16 130:22 142:24 180:5,6 186:19 189:19 190:9,9 213:2 218:4,4 220:25 223:21
**calling** 220:19
**calls** 222:10
**camouflage** 59:4,12 69:24 75:3 75:4,17 81:24
**camp** 224:17
**campaign** 221:1,4,9
**Canada** 224:3
**car** 112:14,24 113:8 114:13,14 209:2,9,10,11 215:25 216:1,10 217:1
**card** 40:2,4,5,8,20,21,23 41:3 42:24 145:10,12,23 155:23 156:1,12 157:3,4 172:4 191:1 191:6,9,10,11,13

**care** 42:16,18
**cargo** 184:21,22
**Caridad** 2:3 4:2,2 5:2,4,6,8 100:17 199:18 200:6,9 201:8 201:12,17 202:14,18 203:10 204:3,24 205:3,17,20 221:22 221:23 222:17,20 223:22 225:4,5,8,13 226:1
**CAROLINE** 1:18
caroline.miller@usdoj.gov 1:21
**carpenter** 107:24 108:1
**carpentry** 108:4
**carried** 23:25
**carry** 10:21 35:10 82:20 83:15 83:15 114:24 133:10 146:6 169:6 177:25
**carve** 108:5,7,8,9
**case** 1:3 4:6,7,22 5:17,18 43:20 45:3 100:6,8 116:25 117:4 118:11,18 131:13 132:9 141:9 141:12 142:2 143:16 146:16 146:19 151:5,7 159:2 162:11 164:13 199:21 200:15,16,17 201:3 202:15,25 203:3,17 205:23 215:6,20 216:6 217:4 217:16,19 218:7,11 220:9 225:20,21
**cassava** 60:13 61:9,10,13,13 65:16 107:8
**catching** 28:20
**caught** 141:19,21
**cause** 12:4,6 18:13,15 86:24 87:1,8 192:25
**caused** 8:3 21:19 88:15 111:18 143:13,14 192:20 202:16 207:17 222:5
**causes** 37:24 38:6
**CECILIA** 1:13
**cell** 35:6,11 82:16,17,19 83:2,16 166:7,11,14 167:25 217:17,18
**cells** 35:2,3 83:2,4,21,23
**center** 9:18,21 38:25 39:3,4,9 41:11,13,16,24 42:1,4
**centers** 192:8 193:6
**Central** 186:18,19,20 208:5,8
**certain** 46:23 54:6 222:21
**certainly** 206:1 219:23 221:20 224:19
**Certificate** 2:22
**certify** 227:2
**cetera** 105:16
**chain** 177:18,19,24
**chair** 13:1
**chairs** 6:14
**change** 10:23 11:1 14:16 37:13 37:14 91:24 92:20 201:19
**changed** 37:6,8 91:25 190:10
**characterization** 204:23
**charge** 73:18 83:17 201:6 202:25
**charged** 36:17
**Charles** 1:8,9,9 101:24 102:1 152:19 157:15,22,24 158:10 160:17 204:12,13,16 222:25
**chasing** 137:16
**check** 4:11,23 6:22 123:4,5 126:13 137:9 143:12 154:22 157:4,5 166:10,13
**checked** 181:5,10
**checking** 156:14,15 177:19,24
**checkpoint** 47:12,13,19,21,22 104:11 116:11 120:20 121:2,3 121:6,9,20 122:24 156:16,17 156:20 157:1 180:25 181:3,6,8 181:11 191:17 210:6,22 211:5 211:23
**checkpoints** 156:21,22 180:25
**checks** 213:1

**checkup** 148:11
**chest** 86:3 87:6,8
**chevrons** 3:18
**Chicago** 4:7
**chief** 123:25 124:2,2
**child** 136:5 140:7
**childhood** 142:5,8
**children** 44:10 109:9,10,15 114:4 119:5,8,10,12,13,14,19 209:19,20,21,22,23 220:7
**Christian** 142:17
**CHRISTOPHER** 1:22
christopher.graveline@usdoj... 1:24
**Chuckie** 1:8 8:20 13:5,7,11,14 13:18 14:1,4,15 15:12,14 16:20,24 17:1,4,5,10,13,15,20 17:24 18:25 23:23 53:15 56:20 73:2,4,6 74:17 81:19 101:15 103:6 122:10,16 123:20,23 124:2,18 125:10 127:25 128:22 132:12 139:4,5 141:6 143:24 147:6,8,19,23 148:14 149:1 160:20 161:4,7,8,16,19 163:10 171:5,10,23 172:16 173:1 174:2 199:14 207:20,21 207:22 222:25
**Chuckie's** 84:24 129:22 147:12 149:9
**cigarette** 27:15 28:10
**circle** 49:3,6 61:10 62:13,15 78:23 80:15
**circled** 80:20
**circling** 86:22
**CITATION** 3:7
**citizen** 153:5
**city** 110:4,7,9,9,11,12,14 155:2 184:10,23
**civil** 202:16 206:3,4
**civilian** 197:4
**civilians** 121:5 210:25 212:20
**claim** 103:6 125:24 135:13 137:23 141:9 149:21 199:19 205:23 213:9
**claiming** 150:3
**claims** 150:8
**clay** 60:9
**clean** 29:3 66:22 108:12 135:18 143:20
**cleaner** 143:23
**cleaning** 29:4 64:1 89:19 90:1
**clear** 21:23,24,25 94:12,12 105:10 107:21 119:1 165:17 200:17,24 219:23
**clearer** 55:13
**clearing** 65:1
**Clearly** 225:25
**client** 150:17 203:23 223:12
**climate** 99:24
**climb** 30:20
**climbed** 71:18
**clip** 183:16
**close** 77:14 129:7 132:17 183:11 183:19
**closed** 128:8,9,11 221:10 222:3
**closing** 221:5
**cloth** 188:18,21,23,24
**clothed** 125:18
**clothes** 21:6,7 75:18,19 124:13 124:15,16,17,19,23 125:5,15 125:21,25 126:5,8 156:5,11,14
**clothing** 32:23 33:17 74:23,25
**coal** 106:18,19 107:1
**cobra** 130:5,9 189:8
**coincidence** 113:20 217:11
**cold** 98:20
**College** 59:11 75:5,8
**color** 37:13 75:2 81:24 82:1

91:25 188:25 189:1
colored 91:19 92:1
colors 92:20 94:12,13
come 14:6,15,21 23:18 24:12
30:10 31:16 38:15 73:7 74:25
92:1 116:13,16,20,21 118:7,9
118:21 138:17 146:6,9 174:2
186:22 192:17 194:19 211:19
212:17,21 215:25 216:1 225:4
225:12,14
comes 13:24 14:5
coming 19:22 80:10 111:17,19
111:22 128:16 152:18 153:18
211:1 214:20,22 215:2,5 216:3
216:5,7,8,9,13,23 217:3,7
command 141:2
commander 56:3,14 77:10
commence 6:19
commercial 43:17
Commission 176:15,18
commit 18:8,10
communicate 23:12
communication 147:14
compare 13:21 63:22 66:4
177:22
Compari 32:12,15 33:18,21 34:4
34:6,11,13,17,20 73:22,23
77:10 82:20 126:2 172:22
173:3 174:10,21 223:12
complain 15:12
complained 17:19 19:4
complaint 171:25
complaints 102:18 199:10
complete 6:9
completely 116:9 195:10,12
complexion 33:23
Complied 12:17,20,22,24 13:2
26:23 27:1 40:18 41:8 46:5,17
47:7 48:3,16,18 49:4,13 50:7
50:18 51:20 52:5,13,18 53:1,9
53:18,24 54:13,19,22 55:10,23
56:7 57:3,19 58:5,17 59:7,18
61:2,12,21 62:4,14,23 63:1,19
64:6 65:13 66:17 67:10,25
68:11,19 69:5,18 70:10,19
72:5,20 74:8 75:12,24 76:1
77:5,18 78:15,24 79:18 80:16
80:21 81:2 82:9,23 83:10
84:14 86:6,23 88:2 90:6,21
91:4 92:9 93:17 94:1,11,16,20
95:17 96:2,10,17 99:8 127:23
129:25 133:5 138:2 178:14,21
179:2 183:21
compound 14:5 18:1 20:17
29:14 32:3 63:9 64:11 69:3,10
163:13
comprehensible 5:16
compromise 224:21
computer 40:17
concentrated 204:15
concern 4:8,13
concerned 149:25 150:13 155:8
155:10
concerning 74:13
concerns 219:20 220:2
conclude 99:16
condition 21:25 32:20 37:4
61:25 132:6 154:18 155:17,19
198:7,10 203:20 207:4,5,8
conditions 95:14 147:25 176:23
196:25 199:6,22,24 200:18,20
200:25 201:25 202:16 203:4
203:18 204:10,14 205:9
224:11
conducting 73:19
conference 3:10,12,16
confused 145:21
connection 28:17 29:15

consistent 199:3,6,18 200:2,13
constrained 204:21,24
contact 16:7 113:11 217:14,15
218:10
contents 2:12 193:10 218:14
context 28:15
continue 8:12 9:14 11:5 28:1
43:2 44:25 194:10,15
continued 198:3
contradict 223:14
control 147:19
cont'd 7:11
CONVENTIONS 3:14
conversation 190:11
cook 30:9 65:10 106:11,13,14,21
106:23,25
cooking 106:22,24
cooks 203:21
coordinate 225:21
copy 6:10 145:10
corner 64:12
Coro 142:18
correct 24:2 47:16 49:6,16 50:21
61:17 65:2 74:4,23 78:1 79:2,5
81:16 85:9 89:10 92:5,11,24
94:23 95:20 96:20 98:9,12
99:11,14 101:13 102:9,18
103:11,14,22 104:5,8 107:9
108:13,16 110:16 116:4
117:21 118:6 119:9,24 120:12
122:14,22 123:1 126:3,20
130:5,11,20 131:17 133:2
136:10 137:24 138:25 139:21
140:1,11,14,15,20 141:6 143:3
143:25 145:11 147:2,3,25
148:18 149:7,10 150:19 151:2
151:5,8,25 154:1,25 155:2,21
156:18 157:13 158:8,12,19
159:2,14,18 160:21,24 162:1
165:21 171:6 172:3 173:12
175:15 194:23 208:5,17,20,22
210:23 211:5 213:6 214:5
counsel 3:15 131:10 149:6
199:15 203:6 205:22
count 114:19 126:14
counter 83:24 84:1
country 151:15 157:25 182:17
183:24 199:25 203:22
County 23:9 79:21 113:7 184:2
187:14,15
course 43:19 153:5
court 1:1 2:8 3:13,16 4:1,18,25
5:11,21,25 6:2,4,7,10,15,25
7:4,6,16 8:5 10:10 12:16 16:3
22:24 26:22 34:9 39:14 40:14
42:17 45:1,5,8,10,12,14 51:3
51:16 55:18 66:9,10,12 98:25
100:3,15,18,21,24 101:1,6
118:15 127:22 136:20 142:8
148:21 158:15 164:9,12,15,18
174:17 175:20 182:3 183:3,5
183:10 190:3,18 192:13
193:12,17,20,23 194:6,13,17
200:3,7 201:4,9,21 202:7,13
202:17 203:16 204:21 205:1,5
205:19 206:12 207:1,25
217:22 219:14,18 220:12
221:18,22,23 222:16 223:14
223:19 224:5,12,24 225:5,9,18
225:22 226:2 227:6
courtroom 1:25 4:10 6:5,17 7:5
45:4,11,13 100:11,14,17,25
164:14,17 220:11
Courts 101:16
Court's 12:12
coverage 224:18
covered 99:19
crafts 87:19 108:4

created 200:20
credentials 6:11,13
credible 203:12
crew 18:22
cried 162:8
crime 36:17
crop 68:7
cross 59:23 87:9 101:3,7 123:25
124:1,2 163:16 205:6 206:5
208:1 222:9,10,14
crossed 116:3,3
crossing 59:25 76:17
cross-examination 2:16,20 5:4
101:5,6 178:2 179:5,20 180:7
199:8 203:9 207:25 220:21
crouched 139:23
crushed 78:11,20,23
crushing 78:7,8
crying 24:19,21,23,23 123:5
163:11
cued 206:2
cup 28:2,6
currently 158:6
customer 113:5,16 156:10
cut 16:11 22:1,3,7,9 33:1,16 55:4
67:4,4 87:19 95:4,5,7,10 96:6
96:9 105:25 106:14 108:9
138:23 140:15 141:22 142:5
159:17,21 160:4,12 196:10
207:16 224:9
cutlass 22:6,9 105:16,23 141:19
141:19,21,23
cuts 22:8 67:5 178:10,16
cutting 22:8 67:5 178:10,16

D

Daf 80:8,17,24,25 81:24 187:10
187:13
damages 102:24,25
dangerous 155:12
dark 33:23 89:6 116:5,9 127:20
darker 92:1
date 41:3,5 112:4 132:16 134:19
134:21 160:3 224:22 225:16
225:17 227:5
dates 132:17
David 223:12
day 13:9,12 32:5,10,14 33:10
40:9 41:10 43:5 74:2,21,22
79:13 80:10 82:20 104:17
124:7 131:25 132:17,18
134:17 145:3,3,4,8 149:4,11
159:7,16 162:23 163:4 208:9
212:5,5,6,7 217:6,12 218:21
219:7,7,15
days 13:21 41:13 110:19 132:12
132:15 135:7 139:7 142:6,8
220:6
daytime 13:16
death 11:12
decide 16:16 101:21,23 157:25
186:24 203:11 204:19
decided 18:2 112:8 186:22 193:5
deep 63:24 95:4,6,9
defeated 15:22 138:9
defend 223:17
defendant 1:11 2:1 18:17,19
24:6 27:7 28:12 32:5,7,10,13
33:9,12 207:17,21 225:6,10
defendant's 206:12 225:20
defended 4:7
Defender's 2:3
defense 5:17 149:6 200:23 203:2
203:6 204:9,19 206:6 220:17
221:15 223:11
defer 199:16
degree 148:20 184:16

delay 6:8,18
deleted 224:18 225:1
Demon 189:19,21,22,25 190:8,9
denied 203:4,5,12,13
deny 204:18
denying 206:12
Department 1:22 38:2 179:22
depends 136:4 140:6
depleted 110:5,15
deplorable 195:11,13 198:7,10
201:25 203:18
depth 63:22,22
Deputy 33:21
describe 9:9,12 22:5 23:7 30:12
33:22 61:25 69:11 91:12 94:3
95:3,5 114:23 188:1,7,23
195:8 198:12
described 48:21 50:20
describing 72:8
Description 3:2
Descriptions 3:11
design 50:4,10,12,14 188:11,20
desk 35:18,24
despite 173:11,14 175:3
detain 34:25
detained 33:14 34:14 37:9 223:6
determine 200:15
develop 225:23
device 29:5
dialect 24:23
die 172:10,11
difference 60:9 83:4,6 91:9,12
195:8
differences 60:5
different 34:2 42:9 60:8 74:4
88:23 89:1,2,7,21 90:14 91:15
91:24 110:14 112:3 130:7
131:3 132:1 161:16,23 195:5
200:15 208:12,25 209:7
differently 118:23 131:7 163:6
difficult 105:4,6 132:6 195:22
198:11,13
difficulty 8:8 195:23
direct 2:15,19 7:11 101:12 151:4
183:8
directed 205:21
direction 15:20,21 25:5,6 46:22
110:14 112:6 136:22 138:17
179:13
dirt 62:1 63:4,7,8,8,12 107:21
discuss 4:3 45:3 100:5 164:13
217:15,18 218:19 220:8,13
221:19
discussed 150:3 215:5,8 218:14
discussion 193:19,22 194:3
199:21
discussions 205:21
disease 154:3,5
dislike 175:9
displaced 153:8
displayed 40:17
disposed 224:16 225:19
distance 48:5 163:15
distances 44:1
distant 163:14
DISTRICT 1:1,1,14
divided 15:17
DIVISION 1:2
doctor 41:21 97:17 144:6,9
145:6 146:21,25 147:6
doctors 96:22,24 97:4,7,11,13
97:15 147:9 180:19 181:25
documents 156:5
Doe 152:4
doing 15:13 16:21 18:19,23 19:4
85:1,4 129:2 142:7 154:17
175:9,11,15 176:8 177:11
192:4,7 196:19 204:3

**door** 53:8,21 55:7,8
**doorway** 53:11,13 55:12,25
**dowry** 170:22
**Dozens** 114:22
**drafted** 199:17
**drag** 21:5
**dragged** 21:8
**drawing** 49:21,24 63:10 71:11
130:9
**dream** 147:1
**dried** 224:9
**drink** 27:22 28:3,6 135:18,20
136:8 140:2
**drinkable** 27:23
**drive** 80:8 81:10,11 82:2,3
115:23,24 116:1 220:9
**driver** 30:4,6,12
**driving** 43:17 103:20,24
**drop** 16:22 25:21
**dropped** 137:3
**drove** 33:18 112:24 216:18,19
**drugs** 180:22
**dry** 61:17 62:1,6,7 95:14
**dug** 63:8
**dunked** 125:24 159:9,16 160:5
160:12
**D-a-f** 80:25
**D.C** 1:23

**E**

**E** 227:1,1
**earlier** 72:10 75:4 80:3 135:6
220:4,5
**early** 135:8,9 153:10
**easier** 18:6
**easy** 200:15
**eat** 27:12,16,17,19,21,21 28:10
30:8 136:6,7,8 139:17,18
**eaten** 139:14,16
**eating** 135:13
**economic** 203:4
**educated** 222:22
**education** 184:3
**educational** 225:24
**effect** 87:10,13 222:4
**eh** 24:21,21,21
**eight** 135:7
**either** 8:8,9 106:14,15 183:16
**elbows** 26:17 87:8
**elder** 191:25
**elected** 157:20
**election** 157:20 158:12 200:19
**electricity** 106:5,7,9 203:21
**elicit** 199:12 221:3 224:3,9,10
**elicited** 200:3
**eliciting** 223:23,24,24
**Ellen** 158:4
**else's** 167:22
**Email** 1:20 2:5,10 227:8
**Embassy** 171:17,19,24 172:1
199:10 216:19,20,22 217:1,5,6
217:11 218:5,8,13
**Emmanuel** 1:9 4:3
**emotionally** 31:4
**emotions** 31:1
**emphasize** 4:24
**employment** 184:17
**empty** 191:1
**encounter** 190:11 191:23
**encountered** 195:19 210:3
**ended** 217:11
**engage** 6:17
**engaged** 4:25 5:1
**English** 23:13,16
**enrolled** 184:4
**enter** 59:10 135:2 192:16
**entered** 45:11 84:12 96:1 129:17

**environment** 200:20
**equipment** 177:14,17
**erect** 140:24
**escape** 31:15 69:13
**especially** 175:10,13
**establish** 203:6,9
**estimate** 226:1
**et** 105:16
**evening** 13:19 116:6 226:2
**event** 17:15,18
**events** 219:21
**eventually** 191:20 197:18
209:25
**everybody** 14:5,10,19 110:7
114:24 116:13,15 118:21
138:6 166:20,22
**evidence** 3:1 40:15 46:3 51:14
51:17 55:21 84:13 96:1 201:12
201:22,23 202:4,5,8,10,18
203:14,24 204:4,9,22,23
205:11,17 220:16 222:4
**evidentiary** 203:7
**exact** 162:4 219:4,8
**exactly** 89:4 109:7 150:2 222:1
**exam** 146:15 147:13,24 148:2,5
148:8,13,18 149:1 184:13
**examination** 2:15,17,19,21 7:11
101:7 147:9 174:18 183:8
208:1 217:24
**examine** 222:9,10,14
**examined** 147:6
**example** 92:4 141:14 170:18
**excuse** 18:12 56:18 78:14
101:20 118:2 119:6 120:2
131:9 161:14 165:7 188:14
214:25 216:4,25 222:19
**excused** 183:2 219:14,17
**Executive** 74:17
**exercise** 72:11,13
**exhibit** 3:3 39:6,18,20,23 40:15
40:16 46:23
**exhibits** 2:24,25 3:4 44:24 45:25
46:15 50:25 51:17 84:12
**existed** 200:1,1,22 201:20
203:18
**existence** 203:17
**expect** 100:11 221:3
**expenses** 151:5,7
**experience** 14:21,22 31:9,13
**experiences** 223:25 224:4
**explain** 161:15,15
**explained** 222:5
**explicitly** 205:24
**express** 201:6 202:24 205:24,25
206:9
**ex-President** 102:4
**eyes** 168:21

**F**

**F** 39:4 196:16,17,19,22,25 197:2
197:10 218:21 227:1
**fabric** 188:11,13,15,16,17
**fabricate** 199:20,22 200:1,14,18
200:21 201:8,10,13,18,18,20
202:13,15 204:10,17,20,25
205:4,7,12
**fabrication** 199:19 200:7 201:6
202:3 204:2 205:15,24,25
**face** 124:19
**facility** 208:10
**fact** 117:6 147:12 162:24 173:11
174:9 200:9 201:19 221:12
222:1,14
**factors** 203:11
**factory** 78:7,8
**fair** 157:16,19
**fall** 137:2,4,5,5

**familiar** 57:10 194:1 210:13
212:22,24
**family** 37:1 108:23 109:7,8,13,24
113:7,8,18 114:25 115:12
119:19 122:6,7 155:6 169:6,7
170:22 177:7 185:13 186:8,10
187:3,4,5 191:18,20,23 192:4
192:7,11,17,20,25
**family's** 155:10
**far** 163:12 164:1 202:15 203:15
204:4,22 205:17
**farm** 20:5 43:18 64:1,20 65:16
104:23 106:5,7,9,23 177:1,6,7
177:9,12,15 201:1
**farmer** 43:14 60:17 63:25 65:16
67:17 68:6 104:21
**farmers** 60:21,22
**farming** 60:14,16,17 87:20 105:4
105:6,7,8,10 141:18,24
**fashion** 225:3
**father** 177:4 180:5 185:7
**fatigue** 188:24 189:1
**favorably** 224:16 225:19
**Fax** 1:20 2:5,10 227:7
**February** 84:4,7,9 85:8 95:23
117:20 159:6,13,21 160:14,20
161:3,14,24 162:4 164:21
**fed** 135:16,17
**Federal** 2:7
**fee** 43:24
**feel** 10:20 11:3 17:8 30:23 31:1,4
87:6 88:20 178:7
**feeling** 31:6 135:24 136:2 176:2
**feelings** 31:5
**feels** 30:12
**feet** 9:8 16:6,7,10,11 25:20 33:4
33:7 93:3,20 94:22 95:10,14
124:18 179:12
**felt** 11:10 25:24,25 30:25 31:6
87:8 146:12 175:1 176:3
**female** 83:7
**fertilizer** 107:22
**field** 184:20
**fight** 14:5 30:17 172:16,17,21,23
173:2,3,4,12,14,22,24 175:4,6
175:10 182:22 211:20,22
**fighter** 172:2,5,8,13,14 173:8
**fighting** 140:12 152:8 153:1,7,15
153:17,18 182:23,24
**figure** 110:10 115:2 167:21
**file** 200:11 201:15 202:24 204:6
205:22 206:4
**filed** 200:5 201:5
**filing** 202:21
**fill** 63:25
**filled** 114:20 115:5,7
**filling** 222:24
**final** 130:22
**financial** 102:24 154:22 201:16
202:22 206:6
**find** 5:6 110:22 112:12,13,14,18
115:1 118:22 155:19 156:12
187:9 193:4
**finding** 68:21 118:8 154:18
**fine** 200:25
**finger** 48:23 61:10 71:11 78:23
86:21 87:5,14 89:16 90:3,9
**fingers** 38:3,5,6,8 83:20 87:10
98:11
**finish** 22:8 35:8 155:18
**fire** 25:4,5,7,8,11,12,14,16,19,20
25:22,23 65:6 106:14,15,17,18
106:21 107:1,5,5 164:3
**first** 5:22 8:17 14:13,25 44:19
59:3,10 62:13 94:3 103:6
105:19,21 112:11 129:21
130:16,24 131:10,16,23 132:1
135:15 139:2,4,5,8 144:18,19

146:4 175:8 179:15 187:18
189:18 190:9,9 196:11 200:4
201:11 202:5,22 212:2,5 216:9
216:13,23 217:2,6 219:6
222:16,20 223:8
**five** 51:5
**FL** 1:19 2:4,9 227:7
**flag** 79:22,24 80:1,2
**Flagler** 2:4
**flat** 85:14,15
**fled** 155:4,14,14
**flew** 215:11
**flight** 215:12
**floor** 100:11,13 123:12,13
**FLORIDA** 1:1,6
**fly** 215:10,23
**focus** 54:20 145:19 220:25
223:21
**focusing** 145:14 153:4 212:21
**folders** 51:6
**folks** 203:19
**follow** 114:14,15 125:12 163:10
199:1 207:1
**followed** 123:20,23
**following** 184:16 197:24 205:13
**food** 14:13 27:12 60:20 61:5
65:10 139:18
**foot** 26:14,18 94:7,8,25 95:1,2,3
95:5,6,7 138:14,22,23 142:5
188:8 214:10
**football** 14:22,25 15:4,6,7,10,24
16:5,7,14 17:3,5,8 19:20 26:14
71:19,21,23 93:10,13,22 94:5
94:8 95:11,12 137:24 138:4
160:18,21 179:5,11 207:15
**force** 37:25 176:14
**forced** 19:2 27:18,21 28:10
38:10 135:20 137:23 138:24
175:17,23,24 176:2
**forceful** 17:14,16,20
**Forces** 189:19,21,22 190:1,8,9
**forearm** 26:13,16,21 142:1
**foregoing** 227:2
**forgot** 114:1
**former** 50:3 57:6 102:1 189:23
**formula** 66:5
**forth** 199:7 220:7
**forward** 204:9
**Forwarded** 147:17
**found** 102:25 110:25 145:25
155:23 157:3 187:10
**four** 35:13 115:23,24 116:1
159:10,17,22 160:12 166:4
**four-corner** 68:14
**four-wheel** 81:10,10 82:2,3
**frame** 154:6
**free** 4:20 174:8 175:1 219:14,23
221:1
**French** 23:17 45:19 181:23,24
**friend** 18:3,6,7 34:18 172:23
174:10,14,21
**friends** 34:21 174:23
**frightened** 14:1,3
**front** 12:21 14:6,9,11,16 19:5
26:16,20 35:18,23 43:7 51:6
53:8 102:20 164:2
**Frontiers** 158:23 181:22,24
**full** 48:13 185:5 224:24
**fully** 5:1 125:18
**function** 57:13,15 87:14
**furniture** 107:25 108:1,2,5,7,9
113:5,17
**further** 4:22 6:18 174:16 183:1
199:15,17 207:24 217:21
219:13 225:13
**Furthermore** 100:10
**future** 44:10 112:4

**G**

gain 201:16 202:21,22 206:6
Gambian 33:25 34:1,3
game 14:22 15:1,4 16:25 17:2
160:18,21
Garofee 167:1
gate 57:16
gather 221:18
GB 59:6,9,10,16,16,20,20 61:1
61:11,19,19 62:3,22,25 63:18
64:5,5,5,5,5,13 66:1,12 66:16
67:8,23,24 68:10,18,18 69:4,4
69:7,7,17 70:8,17,17,18 71:12
72:3,4,7,7,18 74:6,10 75:10,11
75:16,16,23 76:1,3,9,25 77:3,3
77:7,7,16,20 78:13,14,14 99:6
Gbalatuah 36:16 37:9 47:14
48:9 56:19 58:25,25 80:5,11
81:4,6,13,15 86:14 104:9
121:12,14 180:25 181:10,14
190:12 191:17
Gbarnga 33:14,19 34:12,13,16
34:24 35:3,11,15 36:16,24
38:2 74:3 79:2,4,9,12,21 82:20
156:25 166:3,15 168:2,8,19
172:22 174:3,9 179:21 186:5,6
192:18,21 193:1,5 211:2
Gbatala 7:22 13:7,11,14,18,22
14:22 15:3 19:3,15 21:13,16
22:3,17,19 23:5 28:15,17
29:11,13 31:2,5,16 32:12
33:14 34:14 36:23 38:1,11
59:2,3,24 60:3,5 61:23 64:16
65:5 67:1,3 68:15,22,24 71:20
72:16 73:2,19 74:3,4,14 75:7
77:11 78:10,22 79:1,10 81:16
81:23 84:20 85:11 86:15 89:13
89:17 90:12 98:8,18,22 99:17
103:8,13,24 104:1 107:11
122:25 124:21 125:5,19
130:17 133:4 134:25 135:5
138:1 139:8 159:10 166:5,12
166:14,17 167:25 169:20,25
171:4,12 174:5,22 175:14
178:19 182:11 192:9,11,16
193:8,15,19,22 194:4 207:10
213:10,14 220:22 221:1,5,9,13
222:2,8,11,13,25
generally 40:1 51:9 220:5
gentleman 4:8 5:12 129:5
203:20 222:17 223:19
gentlemen 7:7 8:6 100:3 101:2
164:12 219:18 220:3
getting 97:18 98:20 127:20
141:10 145:15 146:12 180:13
184:16 205:14 225:22
give 18:2 22:6,6 27:15 33:1,7
47:25 98:5 110:10 111:10
116:20,23 125:8 139:17 151:9
156:11 162:4 168:9 170:18
225:16,17,25
given 74:23 206:8 224:13
giving 198:13
glass 128:11,13
go 8:17,21 10:14 11:7,8 15:20,20
22:8 30:7,8,20 31:11,11 35:1
36:24 38:19 42:20 48:17 54:17
55:9 58:25 59:6,15,23 62:24
65:6,9 66:15 75:21 89:23 91:2
95:12 99:2,6 100:10,12 102:20
106:22,24 111:12 122:24
124:22 146:9,13 147:22
155:18 156:24 163:16 170:19
170:22,23 171:25 172:1 174:1
177:22 184:3 185:23,25 186:2
187:13 193:5 197:14,18,21
201:15 212:15 213:14 219:15

221:6 224:13
goal 16:12,13,16,16 138:6,8,12
179:18 205:9
goes 104:2 201:11,19 220:20
going 7:19 31:7 32:1,16 42:23
44:14,23 48:1 90:8 91:24
94:12 97:1 111:9,14 112:3,6
137:10,16,21 148:17 149:19
149:21 154:18 171:14 172:1
174:2,7 177:9 182:22,24
199:16 201:15 202:23 203:1
206:12 220:4,16,19,24 221:24
222:7,8,14,17 223:24,24 223:2
223:4,5,7,8,9,14,23
gonna 175:1
good 4:1 7:2,7 16:16 45:2 100:4
100:18 101:10 107:20 129:1
158:3 164:9 176:6 183:10
219:15,19 225:8 226:2
gorilla 32:21
gotten 154:10 178:10
government 1:17 3:3,4 4:5,14
4:16,18,24 5:20 39:20 40:11
40:15 43:20,21 50:25 51:13,17
117:4 146:8 148:11 151:4,7,9
157:19 159:1,14,21,25 160:3
161:1,4,21,24 162:10,17,24
164:24 165:4 172:17 206:1
223:25 225:16,19
governmental 209:3
Government's 7:10 39:18,23
46:15 183:3,7 201:5 224:13
225:20
graduated 184:4,12
graduation 184:13,16
grandmother 109:13,16 114:5,6
186:14 191:25 209:16,17
grass 22:1,2,3,7,8,9 60:10,11
65:1 67:4,5 68:5
grave 126:18
Graveline 1:22 100:22 199:16
200:23 201:14 202:4,20
gray 64:13
green 92:23
grievances 102:17
ground 8:24 21:22 95:11 137:4
163:16
group 109:22,23 111:24 187:17
187:19,21,24 189:23 204:5
210:17 223:21
groups 109:25 153:1 210:5
grow 22:1 67:17,20 85:17 89:3
107:20,23
growing 60:11,18,20,22 61:5
61:13 62:8,18 67:12 68:2,4
107:13,15
GSA 196:13,14 197:17,18
guaranteed 5:8
guaranty 4:19
guard 187:23 189:24,24
guards 27:9
guess 222:22
guessing 222:22
Guinea 171:2 182:13,16,17,18
182:20
gun 24:17,18 28:18 29:2,3
108:21 163:10
guy 111:12
guys 202:25

**H**

hair 32:20,21,21 33:1,16 89:3
half 55:4 185:5,6
hallway 53:6 129:16,17
hallways 48:22,23,25
hammer 108:3
hand 5:14 8:7 25:19 29:8 38:10

38:10 66:8 70:14 86:10 87:14
87:16,16,19,20,20 89:10,12,16
89:20 90:18,25 91:6,21 92:1
92:11,18 93:2,3,9 97:24 98:1
124:19 133:13 137:9 214:10
handed 39:17
handing 16:9 50:23
handling 184:21
hands 5:21 10:8 16:2 25:20 26:6
26:7,10 38:2,5,6,8 86:9 93:1
136:15
hang 165:20
hanging 134:6
happen 14:18 25:12 27:5 28:4,8
28:25 29:7,25 30:3,16 32:22
98:22 139:9 164:4 213:13
223:7
happened 14:24 15:3,14 17:18
17:25 18:4 21:8,11 22:21
23:18,21 25:14 27:7,14,25
28:12,15 29:24 30:2 32:25
33:16 34:16,24 36:5,11 44:9
53:14 59:24 85:16,24 86:1,13
89:12,17 90:11 96:24 97:4,7
97:12,12,15,17,18,19 98:8
110:21 120:18 139:2,3,8
146:19 171:21 182:11 186:24
187:16 192:25 193:2 203:25
220:23 223:5,10
happening 6:23 10:13 154:2
happy 226:1
hard 85:18,20 98:19,20
head 126:2 152:20 158:4 159:9
159:16,22 160:12 164:6
headline 224:19,23,24,25
headlines 219:1 224:17
health 38:21 176:6
hear 4:18 17:22 24:16,18,20,24
32:10,13 66:11 84:1 193:17
206:7 221:23
heard 11:16 24:12,14,17,19 32:8
108:21 111:18 121:18 124:1,2
142:20,22 152:24 162:8
163:10 189:19,20 199:8 201:9
203:16,24 213:1,3,4 221:15,25
222:25 223:8
hearing 8:8 183:17 202:7
hears 102:17
hearsay 22:22 34:7 96:25 190:2
190:15 192:12 193:16 194:5
222:7,24 223:17,24
heavy 10:3,4,19
Heck-Miller 1:18 2:14,17,19,21
4:20 5:19 6:3,6,9,22 7:2,9,13
7:18,20 8:13,14 10:7,11 12:12
16:1,4 22:23,25 26:19 34:8,10
36:9 39:5,8,12,15 40:11,16,19
41:7,9 42:19 44:23 45:9,16,17
46:1,6,18 47:8,24 48:4,12,17
48:19,20 49:11,14 50:5,8,9,16
50:19 51:2,4,13,18,21 52:4,6
52:12,14,17,19,24 53:2,7,10
53:16,19,22,25 54:11,14,17,20
54:23 55:9,11,15,19 56:5,8
57:2,4 58:6,15,18 59:5,8,15,19
60:25 61:3,19 62:1,2,6,6,7,9
63:17,20 64:4,7 65:14 66:7,10
66:14,18 67:11 68:1,12,20
69:6 70:8,11,16,20 72:3,6,18
72:21 74:6,9 75:10,13,25
76:12 77:19 78:13,16 79:16,19
80:19,22 81:1,3 82:10,22,24
83:8,11 84:11,15 86:4,7 87:25
88:3 90:4,7,19,22 91:2,5 92:7
92:10 93:15,18,24 94:2,14,17
94:21 95:16,18,25 96:3,15,18
97:1 98:24 99:1,6,9 100:1
101:4 118:13 131:9,20 148:19

154:6 174:20 175:21,22
178:12,15,20,22,25 179:3
182:2,4,25 183:4,13 190:4,16
190:19 193:10,18,21 198:14
199:2 203:1 207:2,24 217:23
218:1 219:12 220:15 221:20
222:19 223:21 224:6,21 225:2
held 7:22 200:19
Henry 2:18 42:7,8 169:13 170:7
183:4,7,15
hepatitis 154:15
Hey 222:11
he'll 4:10 221:3
HICK-MILLER 57:20
high 66:6 184:3,4 186:18,19,20
208:5,7,8,8
highly 4:8
Highway 184:9
hired 201:11
hiring 201:12
history 204:15
hit 11:3 28:23 137:2
hitting 136:25
hoe 105:16
hold 5:12 10:5,6,12,14 136:12,15
136:21,22
holding 11:21 136:16,18
hole 21:3,14,19,25 21:4,21 23:24
25:4 29:19,22 31:19,21,22
60:1 61:4,6,25 62:1,2,6,6,7,9
63:3,6,9,12,21,22,24 67:12,18
67:21 68:2,4,13 69:3 74:21,22
76:4 95:13 107:22 124:7,10,22
125:22 126:9,11,18,21,22,23
126:23 127:1,7,10,11 130:16
130:22 131:16,23 132:7,14
163:17,19,23 164:2,5,6
holes 7:22 19:11,14,14,18,19,22
19:24 20:2,23 21:17,20 29:16
29:18,19,20,25 30:3,4,11
46:23 47:3 60:22 61:14,16,23
62:18 64:22,23 68:15 69:3
107:18 131:3,7,25 132:4
hollow 133:15,19,20,21,22
home 38:19 42:16,18 106:9
109:6 110:12 144:21 145:2,4
146:13 149:19 151:15 155:4
155:16,18,19 170:23 172:1
177:10 178:3,5 197:15,16
212:15,17,21 220:10
homeless 153:25
homes 153:8
hometown 151:15
Honor 4:20 5:19 6:3,12,22 7:3,13
8:13 10:7 12:12 16:1 22:23
26:19 34:8 39:5,13 40:11
44:23 45:16 55:17 66:7 97:1
98:24 100:1,23 118:13 131:20
148:19 154:6 158:14 174:16
190:16 193:11 194:11 198:14
199:2 203:1 207:24 214:2
217:21,23 219:12,13 220:15
223:22 224:21 225:2,22
Hood 128:15
hooded 128:13
hook 203:7
horizontal 48:1
horrible 199:23 200:20 203:14
203:17,22 205:8,8 222:3,8,11
222:13
hospital 39:4 40:2,4,5,8,20,20
40:23 41:2 42:20,23 43:3,4,5,8
96:19,22 97:22 144:17 145:2,3
145:4,14,17,22,25 146:3,4,5
168:18,18,22 169:8,20 170:14
180:8,13,20 196:16,17,19,23
196:25 197:2,5,11,13 212:1,2

212:3,9,10,15,18,19 213:1,6
218:21 219:2,2,5,5,6,7,9,10
**hotel** 111:3
**hour** 115:23,24 116:1
**hours** 35:13 116:6 166:5
**house** 111:8 139:18 144:18,19
179:24 180:2,3 212:2,5,7
219:7
**human** 32:15,16 33:13 44:18
171:5 174:2,4,7 204:5
**Hundreds** 110:8
**hurt** 150:9

**I**

**Ibeagha** 5:5 6:12
**ID** 191:1
**idea** 31:15
**identification** 3:1,17 39:18,20
50:23 51:1 189:6 191:6,9,10
191:11,13
**identified** 130:10 131:7 189:3
**identifies** 80:24
**identify** 3:15 131:10 190:25
211:18
**identifying** 131:23
**Ill** 1:10
**immediately** 112:10
**Immigration** 36:4 121:1,2
210:10,11,12
**implication** 206:10
**implied** 201:6 205:25
**important** 117:8,11,14,15,17
157:13
**impossible** 111:20
**improper** 201:7
**inches** 16:2
**included** 199:9
**includes** 94:15
**incorporate** 5:24
**INDEX** 2:24 3:7,10
**indicate** 6:19
**indicated** 3:17
**indicating** 16:2 70:14,15 86:21
133:11
**Indictment** 202:1
**indigent** 5:2
**individual** 220:20,22 221:1
**individuals** 171:6
**industry-standard** 3:17
**infection** 41:21 97:23
**influence** 174:7 201:7
**information** 173:8
**infra-structures** 77:23
**Initially** 161:16
**Injection** 98:6
**injuries** 169:24 199:13
**injury** 12:6,8 90:14 95:1,3,19
**inquire** 66:10
**inquiry** 199:3
**inside** 30:10 45:10 50:10 79:9,12
111:12 133:15,19 156:3
**insides** 94:22
**inspect** 57:16 174:3,8
**instruct** 5:13
**instructions** 32:13 100:5 220:8
**intend** 224:9,10
**intends** 224:13
**interest** 176:22
**interested** 34:22 177:15
**International** 184:7,9,12,18
217:2
**Internet** 100:8 220:1
**interpret** 6:20 8:11
**interpreter** 4:4,5,15,16 5:9,15,25
6:4,16,18 8:10
**interpreter's** 6:10
**interrogate** 173:6

**interrupt** 8:5
**interview** 147:21 149:7
**interviewed** 119:16
**introduce** 204:8 220:16 221:11
**invaded** 204:13
**investigating** 43:20
**involved** 22:5 73:6 218:2 220:25
224:7
**involving** 14:22 25:12,14 65:8
**in-patient** 180:16
**iron** 28:18 29:2,4 93:2
**issue** 4:3 25:11 200:13 220:18
220:20 221:6,17,24 222:14,16
225:12
**issues** 220:13 223:16
**item** 55:5
**i.e** 3:18

**J**

**jail** 13:24,25 14:5 15:5 18:1,2
20:17,24 22:8,16 23:4 25:15
33:14 34:17 41:21 64:11 162:2
163:13
**James** 220:20
**Jeep** 33:18 124:1
**JFK** 38:24 39:3,9 41:11,13,15,23
42:1,4 96:19,22 97:22 144:17
168:18,21 169:2,5,20 170:14
180:8,13 211:25 212:2
**Jibba** 115:15,16 122:5,8
**job** 142:7 153:21,23 154:1,20
184:18
**jog** 137:20
**John** 2:2 39:4 196:16,17,19,22
196:25 197:2,10 218:20
**Johnson** 158:4
john_wylie@fd.org 2:6
**join** 172:23 211:19
**journals** 100:7
**JR** 1:8,9
**Judge** 1:14 4:2 7:18 36:19
100:19 199:18 203:10 205:17
221:25
**juke** 28:22,24 93:3,9 143:22
207:14
**juked** 29:4 93:8 143:23
**juking** 28:19 89:19 90:1,24 91:7
91:17,19,21 92:4,14,21,24
93:1,7 143:14,19
**juror** 5:22 66:11
**jurors** 5:21 66:8
**jury** 5:13 7:4,5 12:15,21,23
26:20 45:1,4,12,13 100:10,12
100:14,21,25 164:14,17
203:11 204:19 206:6 220:11
222:8,12
**jury's** 221:19,21
**Justice** 1:22

**K**

**KAREN** 1:17
karen.rochlin@usdoj.gov 1:20
**keep** 40:3 132:20 219:21
**Kennedy** 39:4 196:16,17,19,23
196:25 197:2,10 218:21
**kept** 132:17 175:3
**kick** 138:11,12,15
**kicked** 179:7
**kicking** 179:14
**kid** 119:20
**kids** 42:16,18 119:20,22
**kill** 30:17,19
**killed** 161:25 162:6,12,18,25
163:2,3,4 172:7 173:16,18
174:6
**kilometers** 104:25
**kind** 51:23 70:3 73:15 81:22

97:20 98:1 191:9 202:19 209:2
**kinds** 91:9,13
**kitchen** 20:3,3,13,14 30:10 64:19
64:20,21 65:16,19,21,23,24
66:4 99:4,10,13,17,19,21
**kitchens** 20:6,6,11,12 66:3
**knew** 111:22 112:3,19,21 113:6
117:17 121:21 123:20,23
216:3,5,7
**knife** 105:24,25 106:1 108:12,13
141:22 207:16
**knock** 10:15,16,18,19,23 11:2
**knocking** 9:14 11:6 71:14
137:17
**know** 4:11 7:1,8 8:21 22:21 23:1
28:23 32:1 35:10 40:23 44:9
50:5 52:20 58:22 60:14,16,17
65:21 78:3,8 97:19 99:16
108:20 110:10 111:21,24
112:15,15 113:2,16,25 114:23
115:2 117:10,15 119:18
121:17 127:9 132:4,15 133:21
147:23 149:19 151:13 153:13
153:13,24,25 154:2,10,13,22
168:22 173:21 177:22 187:24
189:17 199:4 203:12,13
205:18,19,20 208:14,15
211:14 212:25 216:8 218:10
219:1,4,9,20 223:9,22 224:18
225:15,16,19
**knowledge** 59:11 75:5,8 194:12
197:14 205:22 219:1 222:22
223:17
**known** 69:15 113:15
**Koah** 17:19 22:12,15,16,17,19
22:21 127:3 194:1,3 221:2
222:17,19
**Kollie** 162:5 163:9
**Konneh** 167:1,17,18
**Korvah** 168:23 169:4 170:3
180:11,12
**Kpadeh** 2:14 7:10,21 8:16 12:18
12:25 13:3 14:25 18:12 19:9
20:22 22:12 23:1,14 25:11
26:15,20,24 27:2,9,20 28:14
36:10,15 37:3 38:20 39:17
40:20 41:10 42:20 43:19 44:8
44:11 45:18,25 46:7 48:5,21
49:16 50:21 51:5,22 52:23
54:24 55:14,20 56:16,25 61:4
61:16 62:17 63:15,21 64:2
65:11 66:15 67:8,17 68:9
69:14 71:20 72:10 74:2 78:1
79:1 80:3,20,23 82:7 84:3,16
84:25 85:9 86:8 87:22 89:9,20
90:2 91:24 92:3,24 94:3,23
95:19 96:19 98:7,14 99:3
101:10 164:21 174:21 177:1
178:16,23 179:4 182:5,25
185:1,3,4,11,12 186:14 192:2
192:4,11,18,21 193:1 194:20
194:22,23 195:1,2,9 196:15,19
199:4,8,13 200:24 203:11
206:2 207:3 208:9,19 213:5
221:6
**Kpadeh's** 195:5,18 201:3

**L**

**labor** 65:4,8 66:25 67:3
**laces** 165:1,3,5,9,10,11,11,14
166:1
**lack** 199:24 223:16
**ladies** 7:7 8:6 100:3 101:2
164:12 219:18 220:3
**lamp** 9:6 80:14 134:4
**land** 104:23,24 105:1,2 177:2,3
**language** 23:13,14

**languages** 23:10,16 45:19
**larger** 109:23
**lasted** 95:7
**lasting** 87:10,13
**Last-Name-Unknown** 162:5,6
162:12,18,25
**late** 127:18 139:9,10 177:4
197:11 220:25
**laugh** 16:22,23 17:1,2 18:24,25
**launch** 199:5
**lawsuit** 44:12 101:13 200:11
201:15 204:6 205:23
**lawsuits** 202:21
**lawyer** 44:15,17,18,19 102:9,11
147:22,24 148:14 150:3 182:6
182:8,10 202:2,23 203:7 204:3
204:4,5 205:14,18,18,19 206:5
**lawyers** 147:3,5,6,8,13,17
148:15,17,20,25 149:1,9
**leader** 157:10
**Leading** 175:19
**learn** 111:16 187:19,21
**learned** 111:14
**leave** 26:1 29:9 96:13 110:23,25
111:13,19 112:7,8,12,14 146:2
186:22,24 191:3,5,16 200:21
203:13 208:17,24 212:15
220:22
**leaves** 45:4 100:14 164:14
220:11
**leaving** 33:5 119:22 146:5
200:25
**led** 155:23
**left** 6:12 7:14 11:22 16:25 22:19
29:8 38:10 54:6,9,11,21 57:7
82:15 87:21 89:2 90:25 91:6
91:21 94:7,25 95:2,3,7 107:12
108:21,23 110:7,12,13,15
112:19 113:8 127:8 135:7
155:6,16,18 169:25 187:1,3,5
189:20,20 201:2 204:13,16
208:19,25,25 209:1,4,11 219:2
219:5,8 224:2,4
**length** 70:7,15 133:11,12
**letter** 147:15
**letters** 56:22
**let's** 6:4 7:4 45:3 151:15 154:24
**level** 21:22
**Liberia** 165:24 176:19 177:23
178:1,6 182:17 183:25 184:1
199:22 200:21,25 201:2
202:16 203:13,14,16 204:10
204:11,15,18 205:9 224:2
225:14
**Liberian** 33:24 34:2 99:23
120:24 168:16 210:5 221:7
223:25
**Libra** 39:4 80:2 102:2,15 103:18
127:21 142:24 144:11 147:20
148:5,8,11 149:19,23 150:1,9
150:15 151:16,16 152:8 153:2
153:5,11,13 156:17,22 158:6
**lie** 20:21 172:9 201:1 202:25
203:3,6
**life** 19:8 31:6 44:10 47:1 57:11
77:25 79:7 90:16 103:21,24
155:14 175:8 176:1,3,11
182:21 203:5
**lift** 134:11 136:10 176:13
**lifted** 134:13,21,25 135:4
**lifting** 176:9,9
**light** 10:3 25:19,20 91:18 128:16
128:20 201:23
**lights** 128:18 164:8
**line** 3:2,2 63:10 90:8,9 175:13
**line-up** 206:8
**linkage** 5:7
**list** 59:6,16

listening 219:22
litigation 199:5 206:3
little 7:17 94:19 130:7 183:18 210:22 220:4 222:4
live 43:10 121:5 153:17,20 154:19 203:14,17 204:11 214:12,14 217:10,19
lived 28:21 112:16 152:15 154:20
lively 15:13
lives 150:18 151:2 203:20,22 224:2
living 103:16 108:16 147:20 152:10,11 153:14,15 154:24 155:16 185:21,22 199:23 200:18,20,25 202:16 203:18 204:10 205:9
load 107:1
local 219:25
locate 4:6
located 64:21 73:1,2 75:7,9 76:5 76:6 132:1 156:1 184:8,9
location 78:3 208:12
lock 136:22 163:19
Lofa 42:21,23 43:1,9 44:4,4 79:4 103:17,18 176:23 184:2 187:15 189:20 197:22 217:20
log 8:21,22 9:5,10 10:3,5,12,13 10:14,21,23 11:2,3,5,21,22 69:15,23,25 70:2,3,4,6,7,15 71:1,9,14 84:19 133:2,9,15,17 133:22,25 134:21,25 135:4 136:10,11 137:4,5 176:9,10,13 178:19 207:15
logical 5:7
Loma 23:17 45:19,21,23
long 4:17 9:7,8 11:5,8 24:14 25:7 35:11 41:15 43:5 44:1 66:1 76:17 95:4,7 110:18 113:25 115:22 127:7 129:6 132:22 135:4 145:2 146:5 149:15 156:13 188:10 196:22 200:1 215:12,13 225:20
longer 87:16 105:25 106:1
look 39:19 45:25 46:14 47:6,25 48:2 51:5 52:24 53:16,22 54:5 55:20 56:4,25 57:18 58:4 61:1 62:3 63:16 64:2 65:11 66:16 66:21 67:8,23 68:7,9,18 69:4 69:17 70:8 72:3,18 74:6 75:10 75:23 76:9 77:3,16 79:16 82:7 82:21 83:8 84:11 85:11 86:4 87:25 90:19 92:7 93:15,24 95:25 99:7 109:2 133:25 156:13 178:20 188:13 189:1,2 192:20 193:1 201:23,24 219:23,24 225:2
looked 60:6,6 75:4 85:8 192:17
looking 32:21 39:6 46:23 55:24 73:12 86:8 89:9 96:4 100:7 201:4,22 225:13
looks 134:9
lose 37:11
losing 31:6
lost 158:10 195:14,15,16
lot 102:4 127:12 137:13,15 150:17 152:13 153:7,7 154:21 197:7
lots 104:12,14 110:8,8 156:21,22 211:3,3,4
lower 54:6,9,11 66:5
loyalists 150:17 176:22
lubricant 140:19,22
lunch 100:4,18
Luncheon 100:20
lungs 37:21,23,24
LURD 111:21,24 112:1 152:18 153:18 155:2

lying 123:12,13 200:10

## M

M 1:8,13
Mac 33:18,20,22,23,24 34:6,11 74:1
machete 105:24
main 24:10,11 75:9 76:6 78:22 104:1
maintained 21:25
major 184:21
making 44:5 115:8 141:18
malaria 154:10,13
male 83:7
malfunction 6:23
man 113:4,23 127:14 138:25 140:17,25 163:9 171:8,10 174:13 202:7,11 204:7,17 221:1
manage 177:6
Mandingo 23:11,13 24:19
Mansion 74:17
man's 223:3
March 224:2
mark 26:14 84:9,19,20,23,25 85:3,8,11,16,18 88:5 89:2,18 90:2,8,11,24 91:16,16,25 92:4 94:7 129:16 142:4 170:2
marked 2:25 39:18,20 50:23,25
marks 1:28 26:1,3,5,7,9,13,15,18 26:21 29:9 37:20 50:17 86:12 86:17,18,22 87:1,22 89:12,16 89:20,24,25 91:6,10,13,19,21 92:1,3,13,18,21,23,23 93:1,4,6 93:13,21 94:4,8,15,25 96:13 141:8,11 143:2,7,11,12,13,14 143:15,24 144:4,7 178:23 195:11 196:4,4 213:16,17,21 213:22,23
marriage 170:18
married 170:14,16,24 171:1,2
marry 170:19,20,21,22
Marshal 225:10
Marwolo 2:18 42:7,8 183:4,7,15 183:15,18 184:17,25 185:17 190:5 193:7 207:3 208:4 214:4 218:2
Massayan 35:20 42:14 168:5 185:16 192:1
material 20:7 108:3
matter 198:15 227:3
mattress 20:15,16,18
mattresses 20:20
MB 56:3
McARTHUR 1:9
McDonald 150:23,25
mean 15:7 28:14,17 37:12 133:21 137:4 165:10 171:25 188:17 197:16 200:5,10 211:14 212:25
meaning 187:25 189:12
means 9:17 145:15 147:14 181:24 200:11,12
measuring 133:12
Medecins 158:23 181:22,24
media 193:8,22 194:3
medical 38:24 39:3,4,9 41:11,13 41:15,18,23 42:1,4 147:9,13 147:24 148:2,5,8,10,13,18 149:1 196:21 199:24
medicine 97:21
MEDINA 2:8 227:5
meet 37:1 44:5 122:10 129:4 149:9 225:6
meeting 117:17 118:2 119:4 120:1 122:16 161:3,24 164:22 164:24

melt 161:5,7
melted 25:15 88:7 161:19
member 43:12 144:11 155:21 157:7,21,23 192:20
members 109:8 111:21,24 121:3 186:8,10 191:18,21,23 192:17 192:25
membership 172:4
memorandum 201:5
memory 129:1 185:18
men 24:9,11 25:9 116:23 116:16 116:17,20 117:23 118:7,8,20 118:22 126:11,17,20,21 127:7 127:9 137:17 147:20 161:5,25 163:12 207:22
mention 100:8
mentioned 21:13 22:12 107:7 180:7 214:22 217:9
met 22:16,17 23:4 103:6 113:2,6 113:12,13 117:20 118:1 126:25 146:25 159:1,13,25 160:14 162:14,23 166:12 187:17 199:7 206:13 217:5,20
metal 9:15 10:24 11:2,3 71:14 106:17 143:14
Miami 1:2,6,19 2:4,9,9 227:6,7
microphone 136:20 183:11,11 183:16,19
middle 49:8,12 63:13 71:3 90:2,9 133:22
Miguel 2:3 4:2
miguel_caridad@fd.org 2:5
military 33:18 73:16 78:4 122:18 187:17,19,21,24 189:23 192:15,15
mind 31:12 38:11,14,14 146:21 146:23 147:1
minute 163:13,15
minutes 11:9 24:15 25:8 45:3,6 45:18 129:7 137:8,11,15 164:13
Mission 47:14 48:9,21 52:22 53:6 56:19 104:8 129:13
misunderstood 161:21
model 80:18
molten 25:20
mom 35:25 38:24 109:14 168:3 169:10 170:5
moment 39:5 54:18 91:2 98:24 119:22 127:17 158:14,17 182:2 214:2 216:7 219:12
moments 52:23 199:9
money 43:21,23 102:5 151:9,13 177:25 205:16
monitor 129:10
Monrovia 36:25 37:3 38:16,17 38:18,20 42:22,25 44:4 79:5 144:15,24,25 151:10 171:17 171:19 179:24 184:11,19,24 186:3,4,6 191:22,24 192:2,5,8 193:4 195:4 196:11,18,20 197:17 215:22 217:2,19
month 132:16,18 135:7 139:12 139:14,16 140:5,9 223:10
months 41:17 132:22,24 174:13 196:24 197:1 212:11,12
morning 4:1 7:7 13:16,20 45:1 220:4
mother 35:5 36:25 42:5 43:25 109:16 114:7 119:5,8,19,23 120:3,6,11,14 180:6 185:9 186:14 191:25 209:13,13
motion 206:13
motivation 203:2,6,8
motive 199:20,21,25 200:1,14 200:21 201:1,7,8,10,13,17,18 201:20 202:13,19,25 204:10 204:11,17,20,25 205:4,7

motives 205:8
mouth 183:19
move 11:22 18:22 38:8 44:24 58:24 179:12 183:16
moved 29:22 179:10
moving 211:1
MP 56:14
MSF 158:23,25
multitude 211:1
multitudes 208:15
mushrooms 68:6
M-a-r-w-a-l-o 183:15

## N

naked 124:18,22 125:1,4,9,10 207:11
name 11:13,15 17:19 22:12 35:19 78:8 113:22,22,25 114:1 121:23 122:1,4 127:4,5,14,15 166:20,21,23 167:8,14,21,22 169:3,21,22 170:11 180:10 183:14,14 184:6 187:24 190:10,24,24 194:1 224:17,24
named 23:1 184:25 193:25
names 11:5 115:10 127:2 166:19 168:8,11,12 169:19 220:20
Naples 40:18 41:8 46:5,17 47:7 48:3,16,18 49:11,13 50:7,18 51:18,20 52:5,13,18 53:1,7,9 53:18,24 54:13,19,22 55:10 56:5,7 57:3,19 58:5,15,17 59:5 59:7,15,18 60:25 61:2,21 62:4 62:21,23 63:1,17,19 64:6 65:13 66:17 67:10,25 68:11,19 69:5,18 70:10,16,19 72:5,20 74:8 75:12,24 76:11 77:5,18 78:15 79:18 80:21 81:2 82:9 82:23 83:10 84:11,14 86:6 88:2 90:4,6,21 91:4 92:19 93:17 94:1,16,20 95:17 96:2,17 99:8 100:22 129:25 133:5 138:2 178:14,21 179:2
Nathaniel 17:19 22:12,15,16,17 22:19,21 127:3 194:1,3 221:2 222:17,19
national 210:5 219:24
near 134:6 210:6 215:14
necessary 6:1 89:15
neck 86:3
need 4:16 5:5 6:7,16 97:21 100:15 183:16 200:18 218:19 220:6 225:12,16
needed 199:17
needs 5:7 6:20
negative 223:25
never 107:3 121:18 129:4 132:15 136:7,7,8 142:22 146:22,25 147:1 152:24 214:22 215:8 217:9 218:16 219:8
news 193:7,7,14,22 194:3 219:22,24,25
newspaper 219:22 220:1 222:7 222:9,10,13,15 224:15,16,22
newspapers 100:7 221:7,8,11 222:2 223:16 225:3
NGO 220:24 223:20
night 13:17 23:23
nine 135:7
Non-ATU 121:3
noon 13:19
normal 38:9 89:2
normally 6:15 24:23 38:8
North 2:9 227:6
note 69:25
notes 117:12

notice 60:5,8 61:5 63:3,7 64:12
70:2 195:18,21 196:3
November 118:1 120:1,11
159:25 160:23 161:13,13
162:10,14,23 163:1,2,3,4
165:8
NPFL 152:20
number 54:16 55:2 100:13 197:6
nut 30:7,8
N.E 1:19
N.W 1:23

O

object 4:14 220:17
objecting 221:16
objection 4:17 22:22 34:7 36:8
40:13 51:15 96:25 118:13
148:19 175:19 190:2,15
192:12 193:9,16 194:5,11,16
objections 199:15
observe 19:17 29:11 49:24 52:9
72:13,15 73:18 78:10 198:6
observed 19:15 23:22 52:2
63:23 65:5 195:23 201:6 207:4
obtained 200:4 206:5
occasions 7:25 13:7
occupation 185:19
occupies 180:20
occur 8:23
occurring 184:14
October 31:19 38:24 39:1,9 40:5
41:10 85:12 103:4 132:23
194:15 195:2,9,10,19,21,24
196:1,3,11 207:4 219:6 221:8
offer 14:20 124:4
offered 221:25 222:1
offers 40:11 51:13
office 1:18 2:3 53:15 56:3,14
77:10 129:2,22
officer 36:4
Official 2:8 227:6
officials 121:1,2 210:10,11,12
oh 61:13 126:25
ointment 98:2
Okay 22:24 118:25 126:7 127:16
136:9 137:22 138:10,13
139:20 140:8 144:13 149:5
159:24 170:3 202:8 215:21
old 151:18 211:7
older 185:11
once 17:3 20:24 147:8,12
ones 169:17 210:21
open 3:13 57:8 81:12 207:1
213:17,18
opening 201:14 202:20 205:5
206:7
opportunity 197:23
opposed 157:15,15,18
order 8:4 17:13 96:20 124:18
125:8,13,14 131:3 207:22
ordered 8:20,22 9:5 13:4,5 17:10
17:15 32:4 116:11,13,15,22
117:23 118:6,12,18,21 119:2
121:23 122:1 125:10 141:2
161:4,5 207:20
Ordinarily 14:8
organization 102:13,17 113:4
152:22 158:22,24 221:4
Ourself 111:2
outdoors 99:23
outlined 5:21
outside 4:9 47:14 110:20 116:5
outpatient 40:21,23 145:10,12
145:23,24 180:16 212:22,24
212:25 213:2,5,8
overgrown 21:23 64:24
Overruled 34:9 118:15 148:21

190:3,18 192:13 193:12,23
194:6,13,17
overwhelming 222:2
owned 81:19 158:18 187:10
owns 177:3,5

P

pace 225:23
pack 191:3,4,15
packing 62:2 63:12
Page 2:13 3:2,2,8,11
paid 151:5,7,11
pain 10:20,23 11:1,4,11 18:13,15
30:18,25 85:23 86:1,24 87:1,8
painful 10:21 17:9 25:25 30:14
30:24 85:21 88:10,12,13,16
pains 98:7
paint 200:23
painting 201:24
palm 20:8,9 30:7,8,9
paper 55:15,20
Pardon 211:12 212:23 214:24
219:3
parents 119:11
part 26:11,16 52:7 75:7 86:10,10
86:11 87:11 119:22 123:11,13
135:6,8,9 136:21 146:4,20
153:11 158:22 184:1 189:3
197:11 200:3 220:25
participate 19:7
particular 39:6 53:11 61:5 65:19
70:2 73:6 89:9 91:3
parts 87:2,4
party 5:18 43:12 155:21 157:7
152:12,15,18,21,23,23,25
158:2,4 172:4
passed 104:4
passengers 57:16
passing 47:1 77:25 79:7
passport 43:24 151:11
patch 130:2,8,9
patient 145:20 197:8
patients 145:14 197:7,8,9
pattern 188:15,20
Paul 46:10 103:21 121:15 156:16
187:14,16 188:2 207:10
208:20 209:25
pave 66:22
paw 62:12,12,13,13
pay 43:17 170:22 197:3
paying 212:20
PD 79:16,20 82:7,11,13,15,21,25
83:8,12,14,15
peeled 37:11,12 97:23
penis 18:3,16 95:20,22 96:5
140:15 159:10,17,19,21 160:4
160:11 196:5,7,10 207:16
214:5
Pennsylvania 1:23
people 18:23 19:22 20:4 32:15
42:23 43:18 110:3,8,14 111:4,9
111:17,21 112:5,15,19 114:17
114:22 115:1,10 117:12 121:5
122:7 123:3,4,9 124:3,5 127:2
153:7,21,23,25 154:21 157:12
161:23 166:9,10,11,12,14,17
167:21,24,24,25 168:1,6,8,10
168:12 169:8,21,24 170:1,1,10
170:12 173:16,18,20 174:4
175:11 187:4 199:25 200:21
202:21 208:15 211:1,3 218:8
218:12 225:14,16
people's 111:5 154:18
percent 147:19 223:1
perform 67:3
performed 65:4 67:1
period 135:1 196:22

permission 12:13
permitted 26:20
person 4:20 17:19 23:1 113:2
115:20 122:4,11 126:25 127:3
127:5 138:16 179:16 193:25
224:7
personal 194:11 219:1 222:21
223:17,25 224:4
personally 23:22 223:5
personnel 192:15,16
persons 162:2 166:13 168:7
persuaded 205:2
phase 44:24
phone 43:24 113:9 217:17,18
photo 55:4 80:14 86:9 96:5,16
130:8 189:8
photograph 48:6 49:15 50:17
55:5,24 71:12 73:12 78:20
89:9 92:21 94:4 96:8
photographers 76:15
photographic 55:21
photographs 46:2 47:15 64:3,8
64:10 65:15 76:13 78:17,19
84:4,4 93:16,19
photos 72:22 84:9 93:20,21
95:22
physical 9:18,21 32:20 37:4
41:18 153:18
pick 13:24 112:25 137:6 220:6
pickup 209:3
picture 42:24 53:8 54:9,12
56:15 69:20 70:12 74:12,13,16
76:25 80:9,13 82:1 86:12
89:24 95:16 128:4 129:12,12
129:14 130:2 133:4,7,13
178:25
pictures 46:9,19,21 47:25 58:24
59:22 60:2 63:3,6 70:21 75:14
75:16 77:22 84:7,16,18 90:25
131:3,7,19,21 132:7 144:6,9
piece 25:18
piled 63:4,7
pink 91:25 92:4,17,23
pit 8:4,17,20,24 9:1 14:9,9,11,16
27:3,3,4 28:1 30:14,16 38:6
59:23 60:1 139:21
pits 7:22 8:1,3,15
place 9:13 21:21,22 27:3 30:8
47:19 50:12 53:15 60:9 64:1
69:13 70:23,25 71:1 73:2,4
74:17 78:7 83:15 96:11 103:4
110:22,25 111:4,10 112:12
121:16 122:25 123:24 144:24
144:25 148:8 152:8 156:5,5
164:3,3 175:8 177:22,22
179:18 185:23 191:16 196:15
197:18 203:14 204:11,18
217:10 222:11,13
placed 51:6
places 37:19 61:13 84:9 85:23
104:4 107:22 132:1
Plaintiff 1:5
plan 115:15 184:17,18
plane 215:10,11
plank 128:15
planning 101:13 177:9
plans 177:12 225:13
plant 61:5,8
planted 67:20 107:9
plants 60:18,20,22 107:15,20,23
plastic 25:15,18,22,23 26:5,9
27:2 88:7 99:20 161:5,7,19
play 15:5,7,8,10,11,15,21,23
16:5,6,12,22 17:3,5 19:21
71:23 137:23 207:14 218:6
played 138:4
playing 16:7,19 17:8 19:20 72:9
95:11 142:10 179:11

please 6:21 7:6,8 8:7,12 9:12
12:21 22:5 23:21 25:14,24
27:20 36:10 39:7 40:3,16
42:17 45:3,10,12,14,15 46:3
46:14 47:6,24 48:22 49:3
50:17 51:5,18 52:4,12,24
53:16,22 54:5,18 55:9,16,20
56:6,25 57:18 58:16 59:6,16
60:25 61:10,19 62:3,15,20
63:15 64:4 65:11 67:23 68:9
68:18 69:4,17 70:8,17 72:3,18
74:6 75:10,23 76:9 77:3,16
78:13,23 79:16 80:15,19,23
82:7,21 83:8 84:12 86:4,21
87:25 89:15,23 90:5,19 91:18
92:7,18 93:15,24 94:10 95:16
95:25 96:8 97:8,15 99:16
100:5,6,9,10,12 101:1 127:22
138:1 154:7 164:13,18,19
178:12 179:1,10 182:2 183:3
183:10,12,14 185:17 186:1
188:23 190:21 195:8 198:12
215:1 220:8,12
plenty 166:10 168:10 169:21
pocket 156:4,7
pockets 156:6,15 188:9
point 4:24 35:14 36:5 48:22
71:22 97:2 99:2 124:13 149:5
164:9 208:17 212:3 223:23
pole 9:6 76:7 80:14
police 32:12 33:15,19 34:12,13
34:16,17,24,25,25 35:1,2,3,11
35:15,24 36:6,17,24 38:2 74:3
79:2,4,9,12,21 82:14 120:22
120:24,24 144:14,21 166:3,4
166:15 168:1,9,19 171:14,16
171:20 172:22 174:3,5,9
179:21 210:6,7,8,9
policemen 168:14,16
political 149:22 150:4 153:3
157:25
poor 154:21
population 110:11
Poro 142:20
portion 22:6 50:6 54:12,21
posing 203:3
position 65:24 164:25 165:3
180:20 201:21 202:9 205:7
possible 50:6 83:23 84:1 183:20
225:15
post 9:23 134:4
posts 9:13,25 10:12 57:8 71:3,4
71:5,8,10,15,17 72:25 73:1
poverty 176:23 199:24
power 153:1 204:13,16
practice 73:6,10,13 142:18
precede 17:15
Precisely 195:7
predication 199:11
preference 14:15
prejudice 222:5
prepare 223:11
preparing 43:20 223:13
prerequisites 206:11
prescribe 97:20
presence 56:16 84:24 173:17
present 27:7 28:12 47:15 65:19
84:23 115:8 148:15,17,25
160:17,21,24
presented 205:7,11
presently 57:13
present-day 57:15
president 50:3 57:6 102:2 152:4
158:6,8 187:22 189:23 223:12
Presidential 187:22 189:24
press 4:21
pressing 18:2
pretty 4:10 127:9 225:24

**previous** 66:15 98:15 107:7
**previously** 46:2 50:20 84:12
189:19
**price** 177:22,23
**prices** 177:24
**print** 55:15,21
**prior** 116:25 117:4 159:1 199:3,6
199:18 200:2,13
**prison** 21:13,14 23:23 29:14
32:3 63:9 65:23 69:3,10 192:8
193:5
**prisoner** 15:12 22:1 23:4 31:14
**prisoners** 14:1,3,8 15:9,10,17,23
16:5,12 18:4 19:19,21 22:16
23:24 24:2,4,5 33:10 65:1,4
66:23,25 67:3 179:11
**private** 44:12 101:19,21,22,23
**probably** 102:4 152:4
**problem** 98:3,19 102:25 146:22
148:10 153:20 154:3,5 155:24
203:16 205:1 222:23 223:7
224:12
**problems** 37:21,23 38:1,5,21
41:18,18 98:12,17 102:20
146:23 223:3
**proceed** 4:1 5:3,8,20 7:8 45:15
164:19 183:12 198:15
**proceedings** 1:13 3:13 199:1
207:1 227:3
**process** 5:20 30:21 44:14,20
106:22,24 146:10
**produce** 60:12 107:22
**proffer** 224:13
**proper** 200:2
**prosecution** 200:5 218:3
**protect** 187:22
**provide** 5:6
**provides** 199:11
**psychiatrist** 146:15,18
**psychological** 146:15
**Public** 2:3
**publicity** 221:8,13
**pull** 12:18 15:5
**pulled** 18:1
**punish** 13:24 20:24
**punished** 21:3
**punishment** 9:17 31:7 133:1
**purposes** 39:18 50:24
**push** 136:21 138:14,16,17
179:16
**pushing** 138:16 179:15
**put** 10:8 12:3 13:5 15:15 20:15
20:16,18,23,25 21:4 22:1,3
25:18,19,22 30:4,9,11 33:3,7
33:18 36:6 46:3 48:15 51:18
53:7 56:5 65:6 66:8 69:12,12
71:9 81:1 88:19,20 89:24 90:8
93:2 106:18 107:15,18,22
122:13,16 124:7,20 125:9,21
126:11,23 130:16,19 137:3,5
156:5,5,15 159:22 160:3
164:25 179:12 221:4
**putting** 34:17 124:10 126:2,22
127:21 204:9 218:6
**p.m** 7:5,12 39:21 40:15 100:14
100:20 101:8 164:14,16
174:19 183:2,9 208:2 217:25
219:17 220:11

---

**Q**

**qualifications** 4:15
**question** 5:24 66:8,13,15 190:5
190:20 193:17 197:25 199:20
200:13 204:21 206:3 215:1
**questioned** 181:13
**questioning** 206:8
**questions** 174:16 175:4 176:16

178:10 179:4,8,20 182:5 183:1
199:9 202:22 203:3 205:21
207:24 217:21 219:13
**quickly** 16:14 46:1 156:12
**quite** 147:2 203:23 204:1 220:17

---

**R**

**R** 227:1
**raining** 20:15
**raise** 5:21 8:7 203:8
**raised** 85:14
**ran** 136:23 158:8
**rank** 222:7
**RD** 178:20
**reach** 111:9 179:18
**read** 55:24
**reading** 100:7 129:3 219:22
**ready** 4:1 7:3 45:8 100:21
110:23,25 111:13 114:24
**realize** 102:4
**realized** 216:9,13,23 217:3,7
222:3
**REALTIME** 1:25
**rearrested** 171:22,23
**reason** 63:25 107:21 145:12,24
147:18 202:15 203:13
**reasonable** 201:24
**reasonably** 225:25
**rebel** 11:24 152:18 172:2,5,8,9
172:13,14 173:8 211:16,17
**rebut** 199:19
**recall** 7:21,23 11:8 19:12 22:13
29:22 47:3 56:16 58:19 66:19
67:6 68:24 69:14,20 84:4,8
93:10 175:4 176:16 178:3,10
179:5,7,22,24 180:8 181:13,18
182:6,14
**receipt** 156:11
**receive** 14:14 39:10 87:22 88:5
93:4,6 97:24 98:1,3 102:24
218:4
**received** 2:25 40:8,15 43:21
51:17 88:12,16 95:10,19
156:10
**receiving** 41:15
**recess** 45:2,5,7 100:4,20 164:10
164:15,16
**recognize** 39:23 46:7,19 47:9
51:7,23 53:3,11 54:1 56:9 58:7
59:20 60:18 62:8,11 64:8 69:7
69:9 70:21 72:22 74:10 75:14
76:1,13,16 77:7,9,20 78:17
79:20,24 82:11 83:12 84:16
**recommended** 4:8
**Reconciliation** 102:13 176:15
176:18
**record** 6:9 10:7,10 16:1,3
**records** 57:17 156:10
**recovered** 98:15 198:7,9
**Redirect** 2:17,21 174:17,18
217:22,24
**redress** 205:15 206:3
**refer** 14:25 72:10
**referee** 16:15,15,17
**references** 201:14
**referred** 4:5 105:19,22
**referring** 59:12
**reflect** 10:7 16:1
**reflects** 10:10 16:3 221:8
**refugee** 182:21
**refuse** 19:7 175:6
**refused** 148:13 149:6,9 150:16
172:19 173:12,14,22 175:4
**refusing** 173:24
**regard** 10:13 15:3 23:18 25:11
27:14,25 32:22 38:21 41:19

44:11 61:4 63:3,6,7,21 68:13
70:6 71:21 177:12 180:12,15
192:4 199:3 221:13 224:7
**regarding** 146:16 182:10 219:20
**regularly** 214:16,17
**relate** 86:12
**related** 141:9,12 151:7 184:25
**relates** 74:16
**relating** 217:16
**relation** 64:22 205:23
**relationship** 55:3 71:5,8 185:3
189:25 190:7
**released** 36:13,16,23 37:10
86:14 144:14 145:8 166:5
168:19 169:20 171:4,12,20
173:2,24 174:6 179:21 213:2
224:8
**relevant** 221:5
**relief** 224:8
**religion** 142:15,24
**religious** 142:12,14
**remaining** 198:14 199:2
**remember** 44:10 57:25 64:15
68:21 70:3 75:2 99:3 100:5
111:5 115:10,15,20 118:2
120:17 121:23 122:1,4,7
123:15 126:16,17 127:4,5,14
131:4,13,23 132:3 134:17,19
134:21 144:6,9 147:5,9 152:4
152:6,8,12 153:5 159:6,11
160:1,7,9,15 161:5 162:15,21
162:25 163:5,6 164:22 165:4,6
165:8 166:19,20,21,23 167:8
167:14,22 168:7,10,10 169:16
169:17,19,21,22,22,23 170:10
170:12 173:5 188:11,15,20,22
197:6 213:10 219:8 220:8
**remove** 12:14 50:17
**repeat** 53:25 26:15 42:17 186:1
192:22,23
**repeatedly** 173:11
**rephrase** 175:21
**REPORTED** 2:7
**Reporter** 2:8 227:6
**Reporter's** 2:22
**represented** 44:15,17
**representing** 204:6
**request** 26:19
**requests** 149:6
**required** 27:12,22
**resemblance** 80:10
**resource** 5:6
**respect** 206:2 220:13
**response** 34:20 199:17 216:15
**responsible** 106:23,24 199:14
**rest** 88:24 89:7 127:21 224:18,19
224:25
**restate** 5:15 8:9 66:12
**restricting** 219:21
**result** 14:3 30:21 98:8 205:8
**resume** 3:13 100:16
**RESUMED** 7:10
**return** 12:25 100:9,10,12 149:22
150:9 220:3
**returned** 202:2
**returning** 52:22
**returns** 7:5 45:13 100:25 164:17
**reunited** 191:20
**review** 204:22
**Richie** 23:1,3,7,8,10,12,19,21,24
24:1,6,19 25:9 127:3 161:25
162:3,6,8,8,18 163:10,11
**ride** 112:10 114:17 115:11,22
124:23 125:5 187:8,9,10
216:16,22 217:1
**rifle** 143:23
**right** 7:17 10:8 11:22 12:2,23
26:13,14,16,21 29:8 40:4 45:5

49:7,8 53:8 59:11 64:23 66:9
77:15 80:14 85:22 87:14,16,16
87:19,20,20,20 89:10,12,16,20
90:2,18 92:11,16,18 94:8,19
94:25 95:5 100:24 105:6 115:7
117:1,9,12,24 120:17 121:8
124:11 125:21 126:25 129:19
129:21 130:13 131:1 133:2,25
134:4,7,9 136:14 141:14 142:1
142:2 143:17,21,22 148:9
151:11 155:9,17 157:10
160:11 163:8 164:2,15 172:5,8
210:1,18 215:12 217:17
**rights** 32:15,16 33:13 44:18
171:5 174:2,4,7 204:5
**right-handed** 105:17
**rim** 9:13 10:6,14 11:16,17,19
13:4,5 69:15 71:2 85:24 86:2
**ring** 170:20
**rise** 85:17
**risky** 147:21
**river** 46:10 103:21 121:15,16
156:16 188:2 207:10 208:20
209:25
**RK** 39:7,7 40:11 84:12,18 86:4,5
86:5,8,8,8,22 87:25 88:4 89:10
90:20,20,23 91:3,6 92:8 93:16
93:24 94:3 95:25 178:12
**road** 5:17 47:23 50:3 76:17
77:25 79:4 104:1,2 110:1,8
123:24 130:14 186:5 196:13
196:14 197:17,19
**Roberts** 184:9,18 217:1
**Rochlin** 1:17 66:7 100:19 205:21
225:22
**rock** 78:7,8,11,20,23 137:24
138:4,7,11,14
**rod** 10:18,19 89:19 90:1 143:19
**rode** 209:4,5,5 215:25 216:1
**role** 218:6
**roll** 12:18
**roof** 64:13 163:19,23
**room** 53:21 100:10,12 115:7
122:10,11 127:25 128:2,7
129:6,8,21 197:6,6,7
**root** 107:8
**rope** 37:20 47:23 86:18 165:5,5
165:12,13,15,16,17,19,20,23
165:24 166:2 188:8
**route** 42:9
**row** 71:22
**ROY** 1:8
**Rufus** 2:14 7:10 184:25 185:3,4
185:11,12 186:14 192:2,4,11
192:18,21 193:1 194:20,22,23
195:1,2,5,9,10,18 196:15,19
199:4,8,13 207:3
**rule** 5:11 199:7,11 201:4 205:24
206:11
**run** 9:14,23 10:12 11:16,17,19
13:4 71:1,6,8,9,12,13 73:3
133:1 137:16,18
**running** 9:16,19,22 10:6 11:4,5
11:10 69:15 85:24 86:2 111:10
137:13,15 203:22

---

**S**

**safe** 220:9
**safety** 155:8,10
**salary** 43:17
**Samuel** 152:4
**Sans** 158:23 181:22,24
**sat** 18:20 215:14
**Saturday** 13:15,17,23
**Saturdays** 13:21 132:10
**save** 19:8
**saw** 13:7 25:4 35:5 36:4 56:22

60:6 61:23 64:21 65:17 68:15
71:22 77:14 99:10 113:17
121:23 122:1 128:4 129:4
145:6 164:3,3 168:1,8,18,20
168:21 169:7,19,24 170:1,12
177:18 186:12 188:6,6,7 189:7
189:8,16 191:13,25 194:19
195:2,9,10,24 196:10,11,14,15
200:4 207:3,22 210:16,19,21
211:25 212:2,3 213:16,17
214:4 218:18 219:6
**saws** 177:19,24
**saying** 34:20 58:19 71:24,25
85:1,3 126:21 150:9 163:3
175:2,3 189:1 200:9 201:21
204:12,14,24 222:8,13
**says** 5:16 40:20,23 54:16 80:25
203:11 222:10
**scar** 12:10,15 85:18,21 142:1,4
**scared** 128:22,24
**scars** 89:3,5 141:5,8,11,14 143:2
213:21
**scene** 18:18
**schedule** 4:23
**school** 184:4,5,6,7,12 186:18
208:7,8 218:24
**score** 16:13 138:6,8 179:18,19
**scored** 16:12
**scorpion** 49:25 50:2,4,10 129:24
130:3,8 189:8
**scrappy** 189:1,2,2
**screen** 6:24 46:3,15 47:25 48:2
48:10,13,22 49:5 51:19 129:14
133:7
**search** 192:9,11 193:4,5
**searched** 191:2 211:5
**searching** 192:8
**seated** 7:6 45:14 101:1 164:18
220:12
**second** 8:5 89:23 118:10 130:19
131:11 145:3 222:23
**Secret** 142:22,25 144:11
**security** 57:16 147:19 149:4,12
149:13,25 150:2,14,17
**see** 5:7,14 11:19 12:15 13:9
15:13 17:21,24 19:22 20:22
21:1,3,8,14,16,19,21 24:9 25:1
25:3,9 28:8,10 29:13,15 32:5
35:7,14,23,24 36:1,3 38:17
40:21 43:17 44:13 46:23 48:6
49:8 50:2,4,10,12,14 52:4,12
52:17 54:6,15,24 57:7 58:2,11
58:13 59:11,22 60:11,22 61:10
61:19 62:2 63:8,22,25 64:12
67:12 71:3,21 74:12,16,18,20
76:5,7,19,21,25 77:11 79:22
80:9,13 81:25 82:22 83:23
86:12 89:18,22 90:8,10,23,25
91:16,17 94:4 96:22 100:13
111:19 121:21 123:7,18,22
127:25 128:11 129:12 133:4,7
164:1,2,6,8 169:5,23 186:8,10
187:18 188:2,5 189:3,6,13
191:11,18 192:2 194:22 195:1
195:3 196:7,9 197:5,23 198:3
205:14 210:7,9,12,14,16,19
213:13,14 214:7,16 215:23
218:8,12,25 220:5 222:9 223:2
223:3 225:3
**seeing** 64:15 69:20 104:15
189:18 194:25
**seek** 184:18 206:3,6 220:16
221:5,11
**seeking** 196:21 205:15 224:8
**seen** 104:19 162:9 173:21
177:14 194:22 195:6 198:1
214:18
**self-employment** 175:9

**sense** 170:24 225:22
**separate** 96:11
**September** 1:7 9:4 134:15 135:3
135:8,9 139:9,10 149:16 165:7
**service** 4:14,21 5:18
**services** 6:19
**set** 199:7
**severe** 11:4 87:8
**sex** 17:14 176:6
**shape** 68:13
**sharp** 106:3 108:13
**shed** 85:5,6
**sheets** 25:15
**shelter** 20:4
**shiny** 89:5,6
**shirt** 12:14 26:11 33:3 52:1,15
125:16,17 188:9
**shoe** 165:11
**shoot** 73:7
**shooting** 108:21
**short** 45:7 164:16 188:10
**shot** 162:8
**shoulder** 8:21,23 10:8,15,16
11:6,22,22 12:2,3,23 71:9
84:21,23,25 85:3 133:2 136:12
136:14,18,22 207:15 214:10
**show** 5:14 26:21 40:3 46:1,9,15
51:9 57:2 59:6,16 62:6,21
63:10,17 64:4 70:4,7,16 71:11
72:1 78:13 80:23 83:17,20
84:19 86:21 89:15 91:18,22,25
92:18,20 93:21 94:3,10 96:8
178:12 190:24 196:1,5 204:9
205:3,6 224:16 225:4
**showed** 131:2 190:25 215:22
**shower** 33:2,3,8
**showing** 53:21 70:6
**shown** 11:21 51:7 56:9 57:5
65:15 69:7,20 72:22,24 74:13
75:16 76:15 77:7,20,22 88:4
94:7 202:18
**shows** 89:10
**sick** 37:5 98:21 135:22 140:5
**side** 6:14 64:23 76:18 82:15
188:9
**sidebar** 3:10,12 199:1
**sides** 225:18
**sign** 79:22
**similar** 81:25 133:9 134:6 138:4
**Similarly** 205:11
**simply** 5:1 203:3 206:9 224:17
224:22
**Sinkor** 196:18
**sir** 116:25 129:10 131:13 142:12
143:2 144:21 183:22 184:3
209:25
**Sirleaf** 158:4
**sit** 6:14,15,16,18 10:1 14:6,8,10
14:19 16:22 18:24 20:4 71:18
127:22 183:10 215:16
**situation** 5:2 180:15
**six** 9:8 166:16,17
**size** 9:6 15:25 66:4 71:22,25
72:9 122:21,25 126:18 151:6
**skin** 37:14 88:23,23 89:1,7 91:17
96:11
**sleep** 20:15 110:20 139:21 208:9
208:14
**sleeve** 12:18 52:3 188:10,10
**sleeves** 52:1
**slept** 139:23,23 208:5,12
**slim** 33:23
**slipper** 33:3,8
**slowly** 27:20 137:18
**small** 156:7 158:25 209:9
**smaller** 99:19 156:6 209:7
**smoke** 27:15
**smooth** 89:5

**soap** 18:2,5 33:1 140:19,22
**soccer** 15:1,8,16,21 72:9
**Society** 142:22,25 144:11
**sodomize** 138:24
**sodomy** 17:14,16,20 18:8,10
19:2 140:17,24 175:17,23
176:2
**soft** 85:19 108:12
**soldier** 20:25 21:3 34:19,21,23
124:19 189:13,14 207:19
211:13,15
**soldiers** 10:17,23 11:1,6 15:5,9
15:12 16:18,20 19:4 20:12,13
20:17,18,22 25:15 30:4,15
38:17 43:4,6,7 52:2,9 58:1,2
73:3,17 88:9 116:12 120:19
121:3 122:16 123:15,24
125:12 136:25 139:3 145:13
145:15,17,19,24 146:8,11
156:12 161:17 172:2,15
180:23 181:12 190:12,14,22
191:11 197:3,4 210:17,19,20
212:21
**soldier's** 211:11
**sole** 95:4
**solid** 133:15,19,20,20 134:2
**somebody** 4:12 13:24,24 18:18
18:10 107:15 110:20 111:7
112:21 124:1,2 161:15 176:7
184:25 201:2 202:12 213:1
**soon** 155:18 225:15
**sore** 12:3 18:16 21:12 213:22,24
**sores** 37:16,20 196:4
**sorry** 8:5 35:8 145:21 153:12
191:4 193:20
**sort** 8:15,19 52:9 105:10 129:16
191:6 199:11 200:7
**sound** 24:17,18 163:10 199:11
**SOUTHERN** 1:1
**space** 118:8,22 187:7
**speak** 23:10,13,14,16,17 27:20
45:19 183:11
**speaker** 3:17
**speaking** 34:2 128:22 131:13
**specifically** 29:15 62:24 132:4
146:20
**specification** 131:21
**specificity** 148:20
**spectator** 6:14
**spectators** 16:21
**spell** 183:14
**spend** 42:22,25 145:3 146:4,6,7
**spent** 127:8 146:1
**split** 47:25 48:1,10
**spoke** 4:5,9 117:8 120:5 130:24
131:2,6 159:6
**spoken** 116:25 117:3,6 159:4
**sponsored** 158:23
**sponsors** 181:18,21
**spot** 107:20
**spread** 20:21
**square** 68:14
**St** 46:10 103:21 121:15 156:16
187:14,16 188:2 207:9 208:19
209:25
**stage** 44:23
**stand** 12:14 26:25 132:2 203:11
**standing** 9:23 35:18
**start** 10:6,15,16 25:20 28:19
30:18 33:1 37:25 41:20 93:3
98:20 107:5 112:10 152:15
156:15 220:4
**started** 25:16 47:3 85:17 88:22
**state** 38:11,14 98:15 199:15
**stated** 101:12 104:7 107:24
113:15 120:2,5 150:13 151:4
161:25 208:4 211:25
**statement** 157:16,19 162:4,7

**statements** 199:4,6 213:9
**States** 1:1,4,14 2:8 101:16 117:3
148:2 149:15,22 150:8,18
151:2 177:11,14 184:14 206:4
214:23 215:2,6,23 216:3,6,10
216:14 227:6
**stating** 145:21
**station** 32:12 33:15,19 34:12,14
34:16,17,24 35:1,4,5,22,24
36:17,24 74:3 79:2,4,9,12,21
82:14 144:14,21 166:3,4,15
168:1,9,19 171:15,17,20
172:22 174:3,5,9
**stationed** 212:16
**stay** 31:10 41:1 42:20 43:5 65:25
110:20,22,22,25 111:1,7,11
145:22 146:3,5 172:1 186:15
186:17 203:13 219:25
**stayed** 111:5 114:12 186:18
208:16 212:11
**staying** 42:25 155:12 196:13,14
197:15
**Ste** 2:9
**steel** 20:1 29:17
**step** 12:13 26:20 93:3,9
**steps** 10:1
**stick** 25:18 68:6 77:1,1 164:6
**sticks** 20:8,9 69:12
**stone** 15:6,7,8,10,16,21,23,24
16:5,7,8,14 17:3,5,8 19:20
26:14 71:19,21,22,23,24 72:8
72:9 93:10,13,21 94:4,8 95:11
95:12 160:18,21 179:4,7,10,11
179:12,16 207:14
**stood** 136:21
**stop** 11:10 59:3
**stopped** 59:4
**stops** 5:18
**strange** 187:17
**street** 1:19 2:4 111:7
**streets** 153:25
**strength** 136:4 140:6 176:10
**stretching** 200:19
**strike** 172:25
**strikes** 206:1
**string** 165:22
**strip** 124:18 125:8
**stripe** 51:25 52:20
**striped** 188:24
**stripped** 125:10 207:11
**strong** 136:5 140:7,9,12 203:20
**structure** 9:18,21 64:13,13,15
64:18 132:5
**stuck** 29:4 222:12
**student** 185:20 191:1,10,11,13
**style** 81:12
**submit** 6:10
**succession** 46:2 63:18 64:5
70:17
**sudden** 205:15
**sue** 101:15,21,23,24 102:1
**suffered** 224:1
**sufficient** 139:17,18
**suggest** 5:19 224:22
**suit** 206:4
**Suite** 227:6
**summer** 72:16
**sun** 127:21
**sure** 4:10,11 6:23 7:16 162:11,18
163:3 164:11 183:10 221:15
225:18
**surprised** 215:23
**survival** 140:12
**survive** 176:14
**Survivor** 19:12 29:22,24 30:2,16
31:22 130:22 132:3

**Sustained** 175:20
**swing** 165:20
**SWORN** 183:7
**system** 141:18 170:18

---

**T**

**T** 227:1,1
**tabie** 86:19,22,24 87:1,7,11,13
164:25 165:3
**table** 2:12 40:3
**tablet** 98:6
**take** 8:17 26:24 27:3 28:19 32:12
39:19 41:1,7,22 45:1,3,5 46:14
47:6,25 48:2,12,14 50:16
52:24 53:16,22 54:5 55:20
56:4,25 57:18 58:4 60:25 62:3
63:15 65:11 66:16 67:8,23
68:9,18 69:4,17,25 70:8,17
72:3,18 74:6 75:10,23 76:9
77:3,16 79:16 82:7,21 83:8
84:11 86:4 87:25 90:19 92:7
93:15,24 95:16,25 96:15 99:7
100:4 108:15 124:9,17,19
126:8 127:17 147:9,13 149:2
156:13 158:17 163:12 164:9
164:12 170:23 178:20,25
198:15 221:19,21 225:2
**taken** 7:25 8:3,15,17,20 9:1
23:25 24:9,11 31:19,21,22,22
32:1 47:15 49:1,16 56:15 60:2
74:3,21,22 79:2 81:15,22 84:4
84:7 103:7 122:13 124:4
125:15 127:25 131:19,21
133:23 162:2 163:9 173:20
207:10
**talk** 32:15 48:9 146:25 149:3,11
150:15,16 151:15 152:19
154:24 164:21 166:3 180:19
215:18 217:17,18
**talked** 214:20 215:2,19
**talking** 42:6 46:11 52:23 63:11
63:12 64:19 75:17 99:3 129:3
152:17,18 161:14
**tall** 71:17
**taller** 183:18
**target** 73:3,6,8,10,13
**targets** 73:4
**Taylor** 1:8,9,10 101:24 102:1
103:6 143:24 152:19 157:16
157:18,20,22,24 158:10
189:23 204:12,13,16 207:20
207:21,22 223:1
**team** 15:19,20,20,22 16:13,13
138:8,9 179:19
**teams** 15:17
**tears** 85:5,6
**telephone** 3:16
**television** 219:24,25
**tell** 13:17 18:6 23:21 25:14,24
28:2 33:13 34:1,14 36:10
39:25 44:21 51:9 57:5 71:13
89:15 93:2 96:24 97:4,7,8,11
97:15,15,17 99:16 102:20
104:16 110:4 117:9,10 118:11
118:17 119:1,16 123:17 124:5
131:25 132:6 136:7 137:7
140:6 148:25 159:20,20 161:1
171:5,12 174:4,4 175:11
179:10 183:14 193:1 207:4,7
218:12 220:18
**telling** 36:11 39:25 110:9 118:24
125:14 130:8,9 159:11 160:7,9
161:5 162:21,25 165:4,6,8,15
**tells** 66:7
**tender** 100:1 101:3
**tendered** 101:4
**term** 28:14 212:22,24 213:3,4

**terms** 66:4 176:3 201:22 203:4
224:9
**terrible** 13:23 38:15 43:4 175:10
220:23
**testified** 10:9 103:20 108:18
132:9 133:1 138:24 182:13
203:19 213:12 214:4
**testify** 125:1,4 202:7 215:3,6
216:3,6,10,24 217:4,7 221:3
222:18,20 223:4,6
**testifying** 7:21 44:8,11 159:2
181:18 202:11 204:7 213:11
220:24
**testimony** 5:15 8:10 46:12 69:14
72:10 101:12 107:7 118:17
120:14,18 125:12 130:16
131:25 136:8 138:6 151:4
160:11 199:12 212:11 218:14
218:18 222:23,24 223:1,4
**tethered** 77:1
**text** 224:20
**texture** 37:14
**Thank** 6:19 7:18 8:13 12:25
26:24 45:16 59:14 63:14 78:25
96:15 100:1,19 182:25 219:13
219:14,16
**thatch** 20:8,9 65:25 66:1 99:22
99:23
**theme** 205:5
**themself** 30:20
**therapy** 97:24 98:1
**thing** 27:19 165:23 176:4 200:15
203:10
**things** 20:4 27:9 28:12 87:15
89:16 105:10 110:13 129:1
137:10 151:11 164:6 175:14
176:4 207:18 213:13 220:23
222:8,21,24 223:4
**think** 4:22 5:2,5 7:13 48:1 99:7
100:3 103:20 104:7 127:15
129:12 134:4 135:4 143:5
174:22,25 219:18 220:17,18
222:22 223:1,4,5 225:11,23,25
**thinking** 220:19
**third** 5:16 119:20 127:5,14
130:22 195:17 223:7
**Thomas** 167:13
**thought** 113:15 129:4 161:21
221:16
**thoughts** 185:17
**threatening** 187:1
**three** 9:13 19:11,14 23:24 24:2,4
24:5 35:13 41:17 76:13,15
110:19 119:5,8,11,13,14
126:25 127:2,7 131:3 149:17
160:3 161:25 162:2 166:4
196:24 197:1 209:22,23
212:11,12 223:16
**tie** 124:18,19 165:13 188:9
**tied** 86:18 125:17 164:25 165:3,5
165:8,13,14,15,18,23,25 166:1
166:2
**tiger** 51:24 52:20
**time** 3:15 4:11 5:13 8:6,17 9:1
11:17,23 14:13,21 15:11,15
17:4 18:16 19:2,6,20 21:23
23:18 24:12 27:5,5,6 29:21
31:1,16 36:15 37:8,9,24 38:18
41:20 42:22,22,25 43:2,3,19
45:2 49:19,22 62:1 65:6,25
73:7 79:13 85:15,16 86:13
90:16 95:8 100:4 101:13 103:6
104:18 106:21 107:12 109:3
109:11 110:11 113:25 117:23
118:5,10 119:14,20 124:10,11
124:21 125:2 126:5 130:24
131:2,6,7,10,11,11 132:2,2
135:1,3 137:10 139:2,4,5,8

141:20 146:1,4,6,7,7 147:5
152:25 154:2,6 156:13 160:5
160:17 161:7 162:8,9,17
163:17 171:3 172:22 173:1,2,4
173:6 174:4 179:17 186:22
187:18 189:18 192:17 193:7
194:19,25 196:22,23 198:3,3,4
198:13 201:11 211:7 212:18
212:19 216:9,13,23 217:2
218:24 219:1,8,9,19 221:13,19
221:21 223:8
**times** 98:19 104:12,14,14,19
117:6 159:1,4,10,17,22 160:4
160:12 214:18 219:4
**tiny** 222:4
**tired** 11:7
**today** 4:10 7:17 44:8,11 117:1,4
120:14 125:12 201:5 202:7,11
204:7 225:23
**toe** 138:23
**toes** 138:18,20
**Tokpah** 24:5 162:5
**told** 12:1 13:3 19:9,11 20:1 23:8
25:19 29:21 30:25 32:12,15
34:13,18,22 36:6,10,12 41:21
42:8 43:9 61:16 65:1 71:19
74:2,23 79:1 80:3 81:10,15
93:10 95:19 96:19 97:4,11,13
98:7,11 99:13 109:13 112:13
113:16 117:8,14,15,23 118:5,7
118:9,9,20,20,23 119:5,7,10
119:11,14,18,22 120:1 123:23
130:24 132:23 133:1 136:7
139:17 140:19,22 143:19
145:12,23 146:4 147:5,18,18
147:22,24 148:15,17,20 149:3
150:15,16 151:9 159:9,16
160:3,17,20,23 161:4,16,18,23
162:7,10,17,24 163:2,9 164:24
165:5,6,7,13 170:10 171:5,12
171:14,20 174:2 177:2 191:2
191:15 199:13,13 202:12,12
207:9,14,15 213:15 215:4
218:8,12,20 224:10
**Tomasini** 5:6
**tomorrow** 220:3,5,14,16 223:3
224:14
**tone** 24:22
**tool** 105:19,21 108:11
**tools** 105:15,21 108:2
**top** 9:25 10:1 19:24 20:2,21 48:5
62:2 71:15 163:19
**topic** 193:15,19,22 199:2,5
**Torh** 220:20,24 222:20 223:8,14
223:19 224:2
**Torh's** 223:24
**torture** 13:6 103:3 132:9 141:9
161:4 207:22 224:1
**tortured** 37:19 59:25 171:8,10
173:11,14 174:13 175:3,7
207:11,13 213:10 223:6,10
**torturing** 8:18
**total** 1:25 151:13
**totally** 198:8,9
**tote** 8:21,22 9:5,9 70:3,7,15 71:1
207:15
**toting** 69:14 84:19 178:19
**touch** 6:24 49:5 129:16 218:6
**touched** 220:21
**touching** 48:23,23 91:18
**town** 108:22 121:8,11,20 210:22
**track** 132:17,20
**traditional** 170:21,24
**traditionally** 171:3
**train** 8:25 73:3,16
**trained** 187:22 189:23
**training** 8:24 21:22 59:10 72:11
72:15 73:14,15,16,19,23 103:7

122:25 124:3,24 163:16 171:4
**TRANSCRIPT** 1:13
**transcription** 1:25 227:3
**transport** 113:7,18
**transportation** 43:24,25 44:1
151:9
**travel** 44:6 119:11,19 151:10
187:3,5
**traveled** 24:15 57:10 180:24
187:4
**traveling** 181:2
**TRC** 202:22,24
**treat** 146:8,18 180:19,21
**treated** 41:23 43:7 97:22 213:2
**treating** 43:3 145:17
**treatment** 41:1,15 43:2 96:20
97:18 98:3 145:13,15,25 146:1
146:7,12 180:13 196:21
**tree** 62:12,13 67:16
**trees** 107:8
**trial** 1:13,22 5:9,12 36:21 149:4
149:10,11,20,20,21 225:23
**tribe** 45:24
**tried** 205:6
**tries** 203:25
**trouble** 224:15
**trouser** 52:8
**trousers** 26:12 33:3 52:9
**truck** 80:4,7,8,9,10,13,15,17,20
80:24 81:4,6,13,16,18,19,20
81:22,22,24,25 109:2 112:10
112:12,18,21 113:3,4 114:3,14
114:15,17,20,24 115:1,3 116:3
116:12,13,15 117:24 118:6,12
118:19,21,22 119:2,8,23 120:3
120:6,12,15 121:24 122:2,5,6
122:7,13,15,17,18,19,21,24,25
123:3,5,11,12,13,15 124:4,20
125:9 158:17 181:13,16
187:10,13,16 208:19,25 209:1
209:4,4,5,9
**trucks** 112:19
**true** 17:25 135:17
**truth** 17:21 102:13 117:9,10,11
176:15,18 221:12,25
**try** 5:23 7:1 22:1 31:8,12 70:4
104:16 219:23
**trying** 70:7 115:1 157:12 200:23
202:21
**turn** 7:14 12:23,23 84:3 185:17
**turned** 7:14 34:25
**two** 18:2 25:20 46:9 47:25 48:22
48:23,25 61:13 65:15 66:8
83:3 86:9 87:8 91:9,12 94:15
94:22 109:11,15 110:19 114:3
119:15,20 127:8 132:22,24
135:11,15,25 136:3,6,15 163:8
174:13
**tying** 37:19 38:6 178:24
**type** 9:5
**typical** 68:15
**T-o-r-h** 220:20

---

**U**

**UDA** 113:4 158:18,21,22 181:16
181:18 209:3
**ULIMO** 152:22,24
**uncle** 109:14,17,18 114:8 141:18
145:16,25 146:6 151:1 168:23
168:24 169:1 170:3 180:4,5,6
180:7,12 186:14
**uncle's** 180:3
**underneath** 49:21
**undershirt** 12:14
**understand** 5:13,22,22 8:7
13:11 97:8,13,14 118:23
133:20 140:8 157:21 161:16

161:23 163:6 165:17
**understanding** 8:9 13:14 190:7
210:15
**understood** 4:17 119:18 189:25
**unemployment** 153:20
**unhealed** 213:25 214:1,1
**uniform** 50:15,20 51:10,22,24
52:3,7 130:2 188:6,7,8,11,13
188:15 189:4,6,7
**uniforms** 130:4
**Unit** 187:25 188:3,5 189:12
190:10
**United** 1:1,4,14 2:8 101:15 117:3
148:2 149:15,22 150:8,18
151:2 177:11,14 184:14 206:4
214:22 215:2,5,23 216:3,5,10
216:14 227:6
**Unity** 43:12 155:21 156:12 157:3
157:7,15,18,21,23 158:2,4
172:4
**unrelated** 143:15
**unwilling** 4:22
**upper** 54:21 89:25
**urinate** 28:2,2 41:20
**urination** 41:19 98:3
**urine** 28:3,6 135:20
**USA** 44:18
**use** 5:25 15:23 18:3,4 20:13 29:3
57:16 71:17 73:4,9,13 76:4
100:11 105:15,21,25 106:15
106:18,19,21 108:2,3,11
140:19,22 141:21 143:19
**U.S** 1:18,22 171:17,19 199:10
216:22 217:1,5,6,11

**V**

**vegetable** 60:13
**vegetation** 62:8
**vehicle** 187:7,9 208:25 209:1,3,5
209:7
**view** 10:2 21:21 25:4 56:20
58:10 71:18 76:4 83:1 164:2,8
204:25
**visit** 42:11,15 170:1 197:10,12
212:13 218:21
**visited** 42:4,13 169:12 170:1
196:23
**visiting** 197:1 218:20
**visits** 42:1
**voice** 24:22,23
**voices** 24:24
**Voinjama** 108:16,18 110:9
112:19,21,24 113:16 144:23
151:10 153:21,23 154:3,5,17
154:19,20,21,24 155:12
176:24 178:6 185:22,23 186:2
186:4,7 189:20
**vs** 1:7

**W**

**wait** 6:17 223:2
**waiting** 35:7,9
**walk** 6:17 12:21
**walked** 109:4 113:18 163:13
**walking** 108:25 109:6,22,22,24
109:25 111:17 112:11
**wall** 22:7 30:20 56:12
**walls** 57:8 129:3
**wandering** 153:25
**want** 4:24 7:1,18 14:8 28:1 31:10
36:11 37:24 44:9,13 66:10
97:11,19 108:15 111:19 113:2
127:17 149:3 152:19 158:17
164:21 165:17 166:3 170:21
175:12,17 179:19 180:20,21
192:23 193:1 199:5,25 202:11
202:17 203:12 204:7 205:16

221:24 225:5,6
**wanted** 15:13 17:2,21,24 19:8
34:18,18,20 114:24 146:9,10
147:6 148:3,6,9 150:15 158:12
174:10,21,23 175:25 200:21
218:8,12 224:16
**wants** 4:22 174:14 204:18
221:23
**war** 77:24 102:18,21,25 111:9,10
111:19,20 112:5 152:13,15,16
152:17 153:19 155:18 175:10
175:10 182:21 197:22 199:23
202:16
**warmer** 7:17
**wars** 153:5
**washed** 33:16
**Washington** 1:23
**wasn't** 65:24 95:6 115:8,8 116:9
139:5 154:18 161:8,17 164:3
209:3 224:5
**watch** 10:2 17:2 18:20 71:18,18
76:4 137:9
**watched** 16:21
**watching** 16:19,20 18:21 219:22
**water** 28:19,21,23 37:13,14,24
59:23,24,25 63:24 65:8,8,9
67:4,5 88:19,21 121:14,14
125:24 126:2 135:18 139:25
159:10,17,22 160:4,5,12
203:22
**Waterfall** 19:11 130:17 131:16
131:19,23 132:3
**Waterside** 121:13,14,16,17,18
**wave** 221:13
**way** 5:14 6:7 10:6 11:1 31:14
32:3 34:6,11 36:13 37:8 60:5,6
69:12 71:13 88:8 97:20 106:14
106:15,16 109:4 112:1 114:23
115:2 116:20,23 134:2 135:12
146:14 170:20,21,21,22 174:9
178:7 186:7 189:6 199:23
201:20,24 205:12,12 206:1
207:23 222:21 223:11,13,17
225:13
**ways** 198:9 204:23
**weak** 183:12
**weakness** 175:13
**wear** 16:5 51:10,11
**wearing** 12:14 21:6 22:10 32:18
**weather** 98:19
**Wednesday** 13:15,17,23
**Wednesdays** 13:21 132:10
**week** 132:17 134:17 146:6
**weekend** 218:24
**weekends** 197:12
**weeks** 5:17 127:8 135:11,15,25
136:3,6 139:7 149:17
**weigh** 222:5
**weight** 37:6,8,11 195:14,15,16
195:17
**Welcome** 7:6 101:1
**went** 24:8 36:25 39:9 41:13
42:21 43:1,9 58:24 59:2,4
64:15 71:20 79:13 80:4 81:4,6
81:9,13 84:20 96:19,22 100:22
103:10,13 104:17 110:14,16
112:12,13,14 122:10 126:25
129:21 144:15,17,18,19,21,21
145:2,4 155:6 157:1 170:14
171:24 174:3 179:21,24
182:21 187:14 197:22 212:9
212:10,19 218:24 219:7,9
**weren't** 126:20 128:24 136:16
146:12
**West** 2:4
**western** 170:19,21,22
**wet** 61:17 62:6 95:14,15
**we'll** 5:12 8:9 45:5 100:1,13

164:12 223:2 225:9,11,22
**we're** 45:5 72:9 73:12 89:9
164:15 183:17 200:9 201:21
202:7 204:12,13 220:4,5 226:1
**We've** 91:25
**WFP** 187:10,11
**wheel** 80:23
**whereabouts** 173:21
**white** 91:17
**whiz** 30:10,15
**wife** 42:15 109:9,13,15 119:5,7
119:10,19 170:16 209:20
**wild** 30:4,6,12 107:13,15
**willing** 95:22
**Wimbah** 115:15,16 122:5,8
**win** 158:12
**window** 54:4 55:7 128:2,4,7,13
128:16
**wire** 25:19 29:11,13,15 68:22,24
69:12
**wish** 102:22,23
**wished** 172:23
**wishes** 5:25
**withdraw** 22:23 119:6
**withdrawn** 13:3 14:24 19:10
32:4 56:21 71:4 76:5,24 188:1
193:25
**witness** 5:4,14,23 6:21 7:10 8:9
10:8 12:13,13,25 24:6 32:24
39:12,16 42:18 44:25 45:10,11
51:2 55:17 66:12 100:2,23
101:3,5 127:23 183:2,3,7
199:3 200:24 203:3 219:16,17
220:15 223:9 224:12
**witnesses** 8:7 204:19 220:14
223:14
**women** 106:23 116:19,20,22
118:8 119:2
**wood** 65:7 67:4,6 106:14 108:5,7
108:9 178:10,16
**woodwork** 202:5
**word** 5:23 28:22
**words** 39:25 49:8,12,18,24 55:25
56:2,21 107:13
**wore** 51:23
**work** 4:22 43:14,16,18 65:1
66:23 94:17 105:4,6 106:22,24
108:13 113:4 145:16 170:19
177:1 184:22 225:18
**worked** 4:6 180:8
**working** 4:25 20:5 44:24 153:24
**works** 168:23 194:9
**world** 44:9 170:19 219:21
**worried** 149:13
**worst** 95:1 132:10 176:4
**worthwhile** 221:17
**wound** 178:16,18 213:25 214:4
**wounded** 43:3,7 145:13,15,17
145:19,24 146:8,11 180:22
197:3,3 212:21
**wounds** 178:9 213:17,18 214:1,7
**wrist** 26:17
**write** 38:9,10 87:19
**writing** 56:12,20 58:11,13,19
189:9,11
**written** 54:7,9,15,24 55:12 129:2
130:10
**Wylie** 2:2,16,20 22:22 34:7 36:8
40:13 51:15 96:25 101:9
127:24 129:24 130:1 131:12
131:22 133:4,6 138:1,3 142:9
148:22 154:8 158:14,16
164:10,11,20 174:16 175:19
190:2,15 192:12 193:9,16
194:5,11,16 202:23 205:6
208:3 214:2,3 217:21 221:22
225:5

**Y**

**yard** 50:3 57:6,7
**yeah** 20:10 111:12,12 118:4
124:12 127:11 145:5 147:4
151:12,24 152:3 167:7 174:7
216:21 217:13
**year** 44:21 132:16 152:17 182:9
183:22 205:14 223:11
**years** 197:24 205:13
**Yekpaulo** 24:5 162:5,11,18,24
163:2,9
**Yella** 19:12 130:19
**yellow** 92:3
**yesterday** 4:6 6:23 7:21 19:12
125:1,4
**young** 157:12
**younger** 169:12
**youth** 147:20 157:10

**Z**

**zoom** 58:15 90:4 94:14,18,18
129:24
**zoomed** 50:6
**Zorzor** 42:9 80:4,11 109:4
110:16,18,21 111:14 112:3,6,8
112:14,15,16,23,24 113:6,12
113:13,17,19,20 114:12,17
115:11,22 119:8,24 120:6
122:21 123:1 156:24,25 157:1
158:18 181:2,5,8,14 186:5,5,7
186:8,10,15,17,18,19,20,22,25
187:1,2,3,6,9 194:23,25 208:4
208:8,17

**0**

**06-20758-CR-ALTONAGA** 1:3
**07** 165:7,8

**1**

**1** 3:4,4 47:6,9 50:24,25 51:6,9,13
51:17,19 59:6,9,10 84:12,18
**1,800** 104:24,25 177:2
**1:18** 7:5,12
**1:23** 39:21
**1:24** 40:15
**1:30** 100:9,13,16,17
**1:33** 101:8
**10** 24:15 41:6 45:3,6 46:3,7
70:17 90:20,23 91:3,6 129:7
163:13,15 164:12
**100** 77:16,20
**101** 2:16 77:16,20
**102** 77:17,20 78:14
**108** 78:14
**11** 46:4,7 70:18 71:12 90:20,23
**11:30** 4:11 5:16
**110** 78:14
**12** 16:2 59:16,20 92:8 100:13
163:13,15
**12th** 100:11
**12-2** 2:9 227:6
**12:15** 100:14
**12:17** 100:20
**13th** 159:6
**14** 16:2 46:16 59:17,20 93:16
**15** 63:18 93:16
**150** 2:4
**16** 3:3 46:16 63:18 93:16
**17** 46:16,23 93:16,25 94:3
**174** 2:17
**18** 3:4 48:2,5,12,15 211:8
**18-years-old** 151:21 152:2 211:9
211:14
**1820s** 203:18
**183** 2:18,19
**19** 63:18
**1981** 183:23

**1989** 151:21,22,25 152:2 204:15
**199** 3:12
**1990** 47:5 152:6 199:23 200:18
201:18 203:15,15 204:17
**1990s** 154:17 204:25
**1993** 182:19,20
**1996** 182:20
**1997** 153:21,23 154:10 157:20
158:8 200:19 203:15
**1998** 154:8 157:18
**1999** 39:1,9 40:6 41:10 47:18,18
47:21 49:1,18,25 50:2 52:2,10
53:14 56:18,23 57:23 58:20,22
58:23 59:1 60:3,6 61:14 62:17
63:23,24 64:24 65:19,22 66:3
66:21 68:16,25 71:16,17 72:16
74:13,16 76:7,19,22 77:12
85:12 99:14,18,23 103:7,8,16
104:4 108:15 111:24 151:22
152:19 154:24 156:17 185:18
185:19,20,23 186:2,11 189:16
194:9,10,15,23 195:1,2,6,9,10
195:19,21,24 196:1,3,12
197:11,24 198:1,4 199:23
200:1,2 202:12 204:8,12 207:4
214:18 220:25 221:8

**2**

**2** 3:4 50:24,25 51:6,13,17 52:4
82:8,11,13,15 84:12,18 178:13
**20** 93:16 126:20 143:5,7
**20th** 159:13,21
**2000** 203:24 224:2
**2001** 203:24
**2003** 119:21
**2007** 44:22 47:16 49:16 56:15
60:2,6,15 63:22 64:16,21
65:17 67:13 68:21 69:21,25
71:20 72:13 74:12 79:14 84:5
84:7,9 85:8 95:23 99:10,23
103:11,14,16 104:4 117:20
118:1,1,2,3,18 119:4,7,17,23
120:2,2,5,11 131:14 159:6,13
159:21 160:1,14,20,23 161:3
161:13,14,24 162:5,10,14,23
164:21 165:6 182:9,10 200:4,4
200:6,8 201:10,19 203:7 204:1
206:5
**2008** 1:7 202:7 204:7
**202.514.3270** 1:23
**20530** 1:23
**207** 3:13
**208** 2:20
**21** 3:3 62:22 86:5,8,22 178:20
**217** 2:21
**22** 62:22
**227** 2:22
**23** 62:22,25 96:1
**23rd** 49:1 50:2 52:2,10 53:14
56:22 132:23 135:2,6 207:9
**24** 62:22 96:1
**25** 39:9 40:6 62:22 223:9
**25th** 38:24 39:1 41:6,10
**26** 52:25 53:3,5
**27** 3:3 39:7,18,20,23 40:12,15
**28** 39:7 53:17,20,21 54:17,21
55:3 61:1
**28th** 69:21,25 71:20
**29** 61:1

**3**

**3** 3:4 48:2,13,15,17 50:24,25
51:7,14,17 52:12 79:17,20
84:12,18
**3:00** 164:14,16
**3:27** 174:19
**3:39** 183:2

**3:40** 183:9
**30** 1:7 25:8 61:1,11
**305.523.5518** 2:9 227:7
**305.523.5519** 2:10 227:7
**305.536.4675** 1:20
**305.961.9234** 1:19
**305/530-7120** 2:5
**305/536-6900** 2:4
**31** 61:19
**32** 61:20
**33128** 2:9 227:7
**33130** 2:4
**33132** 1:19
**34** 64:5 66:16
**35** 64:5 66:16
**36** 64:5 66:16 151:19,20
**37** 67:23
**39** 3:3 67:24

**4**

**4** 3:4 50:24,25 51:7,14,17 52:17
69:17 80:8 84:12,18
**4th** 1:19
**4:17** 208:2
**4:29** 217:25
**4:32** 219:17
**4:33** 220:11
**40** 3:3 67:8
**400** 2:9 227:6
**41** 67:9
**42** 53:23 54:1,3,5 55:3,9,16,22
62:3
**43** 62:3
**45** 11:9 56:4,9 137:8,11,15

**5**

**5** 3:4 50:24,25 51:7,9,14,17
52:17 70:9 86:5,8 133:4
**5th** 162:10,14 163:3
**5:00** 116:6,7 127:18,21
**50** 68:10
**51** 3:4,4 68:10
**52** 68:18
**53** 65:12 99:7
**54** 65:12 99:7
**55** 68:18
**56** 57:18
**57** 57:18
**58** 64:5 66:16
**59** 64:5,13 66:16

**6**

**6** 82:21,25 86:5,8
**6th** 160:1 162:23 163:1,4
**60** 57:1,5 69:4,7
**61** 58:4,7
**62** 69:4,7
**63** 72:19
**65** 54:16 55:2 72:19
**66** 72:19

**7**

**7** 2:14,15 83:9,12,14,15 88:1,4
**7th** 161:13
**75** 74:7,10 147:19
**79** 75:11,16

**8**

**8** 70:17 88:1,4
**8th** 149:16
**8:30** 221:18 225:6,9,11
**80** 75:11,16
**801** 199:7,11
**801(d)(2)(e)** 34:8 190:16
**89** 75:23 76:1,3 151:23

**9**

**9** 88:1,4 89:10
**9/30/08** 7:12 101:8 174:19 208:2
217:25
**9:00** 220:4,5 225:7,11
**90** 76:9 223:1
**90s** 152:9 153:2,7,10 204:20
**91** 76:9
**92** 76:10,25
**93** 77:3,7
**94** 72:4,7
**95** 72:4,7 138:1,1
**950** 1:23
**96** 182:19
**97** 77:4,7 154:8 171:2
**98** 153:21,23 154:8
**99** 1:19 31:19 41:6 103:4,4
152:18 203:24