**1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case 06-20758-CR-ALTONAGA

THE UNITED STATES OF AMERICA,

       Plaintiff,

                           MIAMI, FLORIDA

vs.

                           OCTOBER 1, 2008

ROY M BELFAST, JR., a/k/a
CHUCKIE TAYLOR, CHARLES
McARTHUR EMMANUEL, CHARLES
TAYLOR, JR. and CHARLES
TAYLOR, III,

       Defendant.
_____

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE CECILIA M ALTONAGA,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                KAREN ROCHLIN, A.U.S.A.
                CAROLINE HECK-MILLER, A.U.S.A.
                Office of the U.S. Attorney
                99 N.E. 4th Street
                Miami, FL  33132 - 305.961.9234
                (Fax) 305.536.4675
                Email:  karen.rochlin@usdoj.gov
                       caroline.miller@usdoj.gov

                CHRISTOPHER GRAVELINE, Trial Attorney
                U.S. Department of Justice
                950 Pennsylvania Avenue, N.W
                Washington, D.C. 20530 - 202.514.3270
                christopher.graveline@usdoj.gov

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

**October 1, 2008**

**FOR THE DEFENDANT:**

JOHN WYLIE, A.F.P.D.
MIGUEL CARIDAD, A.F.P.D.
Federal Public Defender's Office
150 West Flagler Street
Miami, FL 33130 - 305/536-6900
            (Fax) 305/530-7120
Email:  miguel_caridad@fd.org
                john_wylie@fd.org

**REPORTED BY:**

BARBARA MEDINA
Official United States Court Reporter
400 North Miami Avenue, Ste. 12-2
Miami, FL 33128 - 305.523.5518
            (Fax) 305.523.5519
Email:  barbmedina@aol.com

- - - -

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

October 1, 2008

1                        **TABLE OF CONTENTS**

2                                                              **Page**

3  James Torh ............................................... 7

4        Direct Examination By Ms. Heck-Miller ................. 7

5  William J. Barnett ....................................... 22

6        Direct Examination By Ms. Heck-Miller ................ 22

7        Cross-Examination By Mr. Wylie ....................... 42

8        Redirect Examination By Ms. Heck-Miller .............. 57

9  Roy Belfast, Sr. ......................................... 62

10        Direct Examination By Ms. Rochlin' ................... 62

11        Cross-Examination By Mr. Caridad ..................... 78

12  Monoh Turay .............................................. 80

13        Direct Examination By Ms. Rochlin ................... 80

14        Cross-Examination By Mr. Wylie ...................... 181

15  Reporter's Certificate ................................. 257

16

17                       **INDEX TO EXHIBITS**

18  Exhibits                          **Marked for              Received**
                                     **Identification          in Evidence**
19
    Description                       **Page       Line        Page      Line**
20
    Government Exhibits GB ......... 16          14
21  106, 107, 124, 106 A, 107
    A, 124 A
22
    Government Exhibit CE 09 ......................... 25          10
23
    Government Exhibit 33 ............................ 31           3
24
    Government Exhibit RK 30 ......................... 35           4
25
    Government Exhibit RK 28 ......................... 39          13

1
   Government Exhibit RK 29 ........ 42          7
2
   Government Exhibit CE 5 ......... 67          3
3
   Government Exhibit 5 ............................ 68          13
4
   Government Exhibit CE 3 ......... 72          7          73          2
5
   Government Exhibit SLO 5 ....... 170          14
6
7

                         CITATION INDEX
8
                                                          Page
9

10

11                    SIDEBAR CONFERENCE INDEX

12   Descriptions                                          Page

13   Sidebar Conference Begins ................................. 11

14   Proceedings In Open Court Resume .......................... 13

15   Sidebar Conference Begins ................................. 36

16   Proceedings In Open Court Resume .......................... 39

17   Sidebar Conference Begins ................................. 75

18   Proceedings In Open Court Resume .......................... 76

19   Sidebar Conference Begins ................................. 124

20   Proceedings In Open Court Resume ......................... 125

21                    ADMINISTRATIVE CONVENTIONS:

22          When counsel does not identify themselves each time they

23   address the Court during a telephone conference, the

24   industry-standard speaker identification is indicated by

25   chevrons, i.e., >>>:

                         October 1, 2008

1          THE COURT:   You have all reviewed the letter from the

2   juror's employer?

3          MR. CARIDAD:   I just saw it.

4          THE COURT:   All right.

5          THE COURT SECURITY OFFICER:   They're all here.

6          THE COURT:   All we need is the defendant then.

7          THE DEFENDANT:   [Entered the courtroom at 9:01 a.m]

8          THE COURT:   What would the parties like to do with

9   respect to the juror in question?

10          MS. HECK-MILLER:   Your Honor, for the United States,

11   Assistant United States Carolyn Heck-Miller.   We think this

12   letter should be treated in a similar fashion as the prior

13   juror.

14          MR. WYLIE:   We agree.

15          THE COURT:   I will speak to the juror during the break

16   indicating I will call the employer and indicate about the law.

17          Are we ready to the jury?

18          MS. HECK-MILLER:   Do you want to address the issue

19   about the newspapers?   I did prepare an alternative form of the

20   newspapers where I blanked out the articles.

21          THE COURT:   Did you show it to the defense?

22          MS. HECK-MILLER:   Yes.

23          MR. CARIDAD:   I still object.

24          First of all, there has been no predicate these are

25   authentic news articles.   No one has come in and said "We

**October 1, 2008**

1     printed these articles on this date."

2          Second of all, the newspaper contains other articles.

3     They contain mention of a co-conspirator Benjamin Yeaten.  The

4     third problem, it's hearsay.  It's blacked out.  It says

5     "Article about Gbatala Base."  In the context we're going to

6     hear from James Torh, the only possible conclusion is these

7     articles, before they were redacted, contain negative

8     information about the base.  They're certainly not lauding the

9     base with its great military endeavors.

10          Then you have the problem, Mr. Torh will testify about

11     a gentleman named Nathaniel Koah.  Every bit of information he

12     could have about Mr. Koah has to come from hearsay.  What I

13     read about Mr. Koah on the Internet is he was detained at

14     Gbatala Base and tortured.  This gentlemen has never been to

15     the Gbatala Base.  He's going to testify "Somebody told me

16          Nathaniel Koah was detained.  Somebody told me Mr. Koah was

17          tortured and we have human rights groups to try to get him

18          out."

19          THE COURT:  I don't want to keep the jury waiting.  We

20     should have done this at 8:30, but the defendant was not here.

21          Let's have the witness come in.  I assume he's not

22     going to be testifying about hearsay.

23          MS. HECK-MILLER:  He's not.

24          MR. CARIDAD:  I think the Government is suggesting

25     this witness is not going to testify about anything that

October 1, 2008

## Torh - Direct

1  happened to him, any mistreatment he received.

2          MS. HECK-MILLER:   I have instructed the witness in

3  that regard.

4          THE COURT:   Very well.

5          Let's bring the jury in and bring your witness,

6  please.

7          MS. HECK-MILLER:   The Government calls James Torh.

8          [The jury returns to the courtroom at 9:05 a.m]

9          THE COURT:   Everyone please be seated.

10          Good morning, ladies and gentlemen.   Welcome back.

11              JAMES TORH, GOVERNMENT'S WITNESS, SWORN

12                      DIRECT EXAMINATION

13  [Beginning at 9:06 a.m]

14          THE COURT:   I would ask the Court security officers,

15  any time the witness gets away from the microphone, remind the

16  witness to get closer.

17          THE COURT SECURITY OFFICER:   Yes.

18  BY MS. HECK-MILLER:

19  Q.   Sir, would you state your name and spell your last name?

20  A.   My name is James Torh.   My last name capital T-o-r-h.

21  Q.   Mr. Torh, when were you born?

22  A.   I were born October 23rd, 1963.

23  Q.   What is your education Mr. Torh?

24  A.   I have a BA degree in accounting.

25  Q.   From what institution did you receive your BA degree?

## Torh - Direct

1  A.   From the University of Liberia.

2  Q.   Mr. Torh, are you familiar with an entity known as FOCUS?

3  A.   Yes.

4  Q.   And what is or was FOCUS?

5  A.   FOCUS is a human right institution advocating for the

6  rights of children in Liberia.

7  Q.   Does that name stand for anything, the letters F-O-C-U-S?

8  A.   Yes.

9  Q.   What do those letters stand for?

10 A.   Forerunners of Children Universal Rights of Survival and

11 Development.

12 Q.   Did you have any position with FOCUS?

13 A.   I was the executive director.

14 Q.   Did you participate in the forming of FOCUS?

15 A.   Yes.

16 Q.   When was FOCUS formed?

17 A.   In 1995.

18 Q.   Where was FOCUS formed?

19 A.   In Liberia.

20 Q.   And as the -- withdrawn.

21         Are you still the executive director of FOCUS?

22 A.   No.

23 Q.   As the former executive director of FOCUS, can you tell us,

24 please, what was the Mission of FOCUS?

25         MR. CARIDAD:   Your Honor, relevance.

**October 1, 2008**

## Torh - Direct

1           THE COURT:   Overruled.

2   BY MS. HECK-MILLER:

3   Q.   You may answer the question?

4   A.   The Mission of FOCUS was to advocate for the rights of

5   children.   Eventually we decide to go into advocating for the

6   rights of adults because children were indirectly affected when

7   adults were affected.

8   Q.   And where did FOCUS conduct its activities and mission?

9   A.   In Liberia.

10  Q.   Mr. Torh, as the executive director of FOCUS, did you

11  become well-known in Liberia?

12  A.   Yes, indeed.

13  Q.   Did there come a time in 1999 when FOCUS undertook a

14  project?

15  A.   Yes.

16  Q.   What project did FOCUS undertake in 1999?

17           MR. CARIDAD:   Again, I'm going to object, Your Honor.

18  Relevance, 403.

19           THE COURT:   Overruled.

20  BY MS. HECK-MILLER:

21  Q.   You may answer, Mr. Torh.

22  A.   FOCUS undertook the project to call for the demolition of

23  Gbatala Base.

24  Q.   And did FOCUS undertake any project with regard to any

25  particular individual in association with that project?

**October 1, 2008**

**Torh - Direct**

1      MR. CARIDAD:   Object Your Honor.   I request a sidebar.

2      THE COURT:   You may approach.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 1, 2008**

## Torh - Direct

1                [Proceedings at sidebar follow]:

2                MR. CARIDAD:   The objection is 403.   Highly

3   prejudicial.   There's no probative value.   I assume this man is

4   going to say his group went on a Mission to close down Gbatala.

5   I guess the next thing coming is to target Chuckie or another

6   co-conspirator in this case.   That's all hearsay.

7                MS. HECK-MILLER:   No, Your Honor.   I expect what he'll

8   say is FOCUS participated in organizing a team to seek the

9   release of Nathaniel Koah.

10               MR. CARIDAD:   That's all hearsay.   He has to explain

11   who he is.

12               THE COURT:   Who he is is not hearsay.   Who he is is

13   describing who a person is.   That's not hearsay.

14               MR. CARIDAD:   What this man is going to testify to is

15   there was a plan close down Gbatala.   That relies on hearsay,

16   closing down Gbatala.

17               THE COURT:   He's saying he sought to close down a

18   base.

19               MR. CARIDAD:   What's the relevance of that?

20               MS. HECK-MILLER:   The relevance is the timing helps

21   explain why Mr. Kpadeh was not killed and is here to testify.

22   That's a subject any person might have in their mind.

23               MR. CARIDAD:   Ultimately, by the time we get there,

24   that this man went on a campaign to close down Gbatala Base,

25   why?  Because he heard Nathaniel Koah was detained.

## Torh - Direct

1          THE COURT:   Is he going to say why he went on the

2   mission?

3          MS. HECK-MILLER:   No.

4          MR. CARIDAD:   What is the relevance?

5          THE COURT:   Because, quite frankly, at the end of the

6   witness' testimony yesterday, I also had the same question.

7   Why would somebody be released?  Why would someone be offered

8   to be befriended by their captor and cross-examination probed

9   that area.   "Why would your capture ask to be your friend when

10     it's all over?"  This explains it.

11          MR. CARIDAD:   They can surely try to explain pit, but

12   with relevant and admissible evidence.

13          THE COURT:   I have not heard any question that elicits

14   hearsay.   When I do, I will rule on the objection.

15          Overruled.

16

17

18

19

20

21

22

23

24

25

**October 1, 2008**

## Torh - Direct

1          [Proceedings in open court follow]:

2          MS. HECK-MILLER:  I request the reporter to read back

3    the question before the sidebar.

4          [The requested text was read].

5    BY MS. HECK-MILLER:

6    Q.   You may answer, Mr. Torh?

7    A.   Yes.

8    Q.   Who was that individual?

9    A.   Nathaniel Koah.

10   Q.   What specifically was the project undertaken with regard to

11   Nathaniel Koah?

12   A.   We file a writ of habeas corpus to produce the body of

13   Nathaniel Koah.

14   Q.   Was that writ of habeas corpus successful?

15   A.   It is, yes.

16   Q.   Was Nathaniel Koah --

17          MR. CARIDAD:  Objection.

18          MS. HECK-MILLER:  Withdrawn.

19   BY MS. HECK-MILLER:

20   Q.   Did there come a time when you, yourself, met Nathaniel

21   Koah?

22   A.   Yes.

23   Q.   And was that before or after this writ of habeas corpus?

24   A.   After he was produced in court and released, we met him

25   Q.   And can you tell us -- withdrawn.

**October 1, 2008**

## Torh - Direct

1          Now, as parts of FOCUS' -- withdrawn.

2          As parts of FOCUS's project to seek the closing of

3  Gbatala Base, was a publicity campaign undertaken?

4  A.   Yes, indeed.

5  Q.   Can you tell us, please, what FOCUS did to conduct the

6  publicity campaign, but without telling us anything that FOCUS

7  said?  Do you understand my question?

8  A.   Repeat the question.

9  Q.   Could you tell us, please, what steps FOCUS took to

10 undertake a publicity campaign?  Please do not tell us anything

11 that FOCUS actually said during that publicity campaign.   Do

12 you understand my question?

13 A.   Yes.

14 Q.   You may answer, please.

15 A.   We had a press conference.

16 Q.   And did that press conference receive coverage in Liberia?

17 A.   Yes.   The press were invited.

18 Q.   Did the press publicize that press conference?

19 A.   Yes.

20          MR. CARIDAD:   Objection, Your Honor.   Hearsay.

21          THE COURT:   Overruled.

22 BY MS. HECK-MILLER:

23 Q.   In what forms of media was that press conference

24 publicized?

25 A.   Both print and electronic.

**October 1, 2008**

## Torh - Direct

1   Q.   When you say "print," what are you talking about?

2   A.   Newspapers.

3   Q.   Where were these newspapers published?

4   A.   In Liberia.

5   Q.   Approximately when was this?

6   A.   In Liberia --

7   Q.   No, my question was when.   When did this occur?

8   A.   In October, 1999.

9   Q.   Mr. Torh, did you, yourself, personally go to Gbatala Base?

10  A.   No.

11  Q.   Mr. Torh, you've told us -- now at this time in October of

12  1999, where were you?   What country were you living in?

13  A.   I were in Liberia.

14  Q.   Do you still live in Liberia?

15  A.   No.

16  Q.   What country do you live in now?

17  A.   I'm living in Canada.

18  Q.   Can you tell us, please, when you stopped living in

19  Liberia?

20          MR. CARIDAD:   Objection, Your Honor.   Relevance.

21          THE COURT:   Overruled.

22  BY MS. HECK-MILLER:

23  Q.   You may answer the question.

24  A.   2000.

25          MS. HECK-MILLER:   Your Honor, I'd like to move now

## October 1, 2008

## Torh - Direct

1 into showing the witness some exhibits, but I will not elicit

2 the content of the exhibits.

3        THE COURT:   You may.

4 BY MS. HECK-MILLER:

5 Q.   Mr. Torh, I will ask you to examine three exhibits I have

6 placed in front of you in the folders that are marked GB 106,

7 GB 107 and GB 124.   There are also folders marked GB 106 A, 107

8 A and 124 A.   I am asking you to look at the ones that are

9 marked that don't have the letter A.

10        Do you understand?

11 A.   Go ahead and repeat the question.

12        MS. HECK-MILLER:   If I may just pull out the exhibits

13 I'm asking the witness to look at.

14   [Government Exhibits GB 106, 107, 124, 106 A, 107 A, 124 A

15        marked for identification at 9:17 a.m]

16 BY MS. HECK-MILLER:

17 Q.   Mr. Torh, you have in front of you GB 106, GB 107 and GB

18 124.   Do you recognize these items?

19 A.   Yes, these are newspapers.

20        MR. CARIDAD:   Objection.

21 BY MS. HECK-MILLER:

22 Q.   Mr. Torh, please let me just ask you to wait and just

23 answer what I have asked you and I will then proceed with the

24 next question.

25 A.   Thank you.

**October 1, 2008**

## Torh - Direct

1  Q.  Do you recognize those items?

2  A.  Yes.

3  Q.  What are those items?

4       MR. CARIDAD:  Objection, Your Honor.

5       THE COURT:  Overruled.

6  BY MS. HECK-MILLER:

7  Q.  You may answer.

8  A.  These are national newspapers called the News Newspaper.

9  Q.  What is the newspaper -- withdrawn.

10      Are they all copies of the same newspaper?

11  A.  Yes.

12  Q.  What newspaper is that?

13      MR. CARIDAD:  Objection.  Not in evidence.

14      THE COURT:  Overruled.

15  BY MS. HECK-MILLER:

16  Q.  You may answer the question.  What is the newspaper, the

17  name of the newspaper?

18  A.  The News Newspaper.

19  Q.  What is the News Newspaper.  Withdrawn.

20      Were you familiar with the News Newspaper in 1999?

21  A.  Yes.  The group from the newspaper were invited to come to

22  the press conference.

23      MR. CARIDAD:  Objection.  Beyond the scope of the

24  question.

25      THE COURT:  Sustained.

October 1, 2008

## Torh - Direct

1  BY MS. HECK-MILLER:

2  Q.   Mr. Torh, just answer, please, were you familiar with that

3  particular newspaper in 1999?

4  A.   Yes.

5  Q.   What was the News Newspaper about back in 1999?

6           MR. CARIDAD:   Objection.   Hearsay.   Speculation.   No

7  personal knowledge.

8           THE COURT:   Overruled.

9  BY MS. HECK-MILLER:

10  Q.   You may answer the question.   Do you recall the question?

11  A.   (Indicating.)

12  Q.   What was the News Newspaper about back in 1999?

13  A.   It's a national newspaper.

14  Q.   A national newspaper of what nation?

15  A.   Of Liberia.

16  Q.   What is the date of those three newspapers that are in

17  front of you?

18           MR. CARIDAD:   Objection.   Not in evidence.

19           THE COURT:   Overruled.

20  A.   This one is Tuesday, 26 of October, 1999.

21  Q.   Is that the one in the folder that says Government's

22  Exhibit 124?

23  A.   Yes.

24  Q.   Please put that back in the folder.

25  A.   (Complied.)

**October 1, 2008**

## Torh - Direct

1  Q.   What are the dates of the other two?

2  A.   Wednesday, 27 October, 1999.

3  Q.   Is that the one in the folder that says GB 107?

4  A.   Yes.

5  Q.   What is the date of the third newspaper?

6  A.   Thursday, 14 October, 1999.

7  Q.   Do those three newspapers have some relationship to the

8  publicity campaign of FOCUS?

9       MR. CARIDAD:   Objection, Your Honor.   Speculation.

10 Opinion.

11      THE COURT:   Overruled.

12 BY MS. HECK-MILLER:

13 Q.   Do you recall my question?

14 A.   Repeat your question.

15 Q.   Do those three newspapers have some relationship to the

16 publicity campaign of FOCUS?

17 A.   Yes.

18 Q.   Do each of those newspapers have an article concerning the

19 subject matter of that publicity campaign?

20 A.   Yes.

21 Q.   Now, Mr. Torh, I would also like you to take a look --

22      MS. HECK-MILLER:   If I may approach the witness, Your

23 Honor?

24      THE COURT:   You may.

25 BY MS. HECK-MILLER:

October 1, 2008

## Torh - Direct

1  Q.   Mr. Torh, I have also now placed before you three exhibits

2  marked for identification purposes as 106 A, 107 A and 124 A,

3  putting down 106 A next to the newspaper 106, 107 A next to the

4  newspaper 107 and 124 A next to the newspaper 124.

5         Now, Mr. Torh is there some relationship between --

6  withdrawn.

7         First of all, are 106 A, 107 A and 124 A documents of

8  some kind?

9  A.   Yes.

10  Q.   Are thee photocopies of some kind?

11  A.   Yes.

12  Q.   And what are they photocopies of?

13  A.   They're photocopies of the newspapers.

14  Q.   And is each of those A Exhibits a photocopy of the front

15  page of the newspaper that has the same exhibit number?

16  A.   Yes.

17  Q.   Is there some difference between the photocopies and the

18  actual newspaper?

19         MR. CARIDAD:   Objection, Your Honor.   403.

20         THE COURT:   Overruled.

21  BY MS. HECK-MILLER:

22  Q.   Is there some difference between the photocopy and the

23  actual newspaper?

24  A.   No.

25  Q.   Is there something in the photocopy that has been covered

**October 1, 2008**

## Torh - Direct

1  up or whited out from--

2          MR. CARIDAD:  Objection.  Leading asked and answered.

3  I'm sorry to interrupt.

4          THE COURT:  Overruled.

5  A.   Yes.

6  Q.   And is the matter that has been covered up in the A

7  photocopy the news story that relates to the publicity campaign

8  of FOCUS?

9          MR. CARIDAD:  Same objection, Your Honor.  I'm sorry.

10          THE COURT:  Overruled.

11  A.   Yes.

12          MS. HECK-MILLER:  Can I have a moment, Your Honor?

13          THE COURT:  You may.

14          MS. HECK-MILLER:  Your Honor, other than the Court's

15  ruling, we would now tender the witness.

16          I offer those documents, 106 A, 107 A and 124 A, into

17  evidence at this time, awaiting the Court's ruling whenever

18  that's convenient.

19          THE COURT:  Very well.

20          Cross-examination.

21          MR. CARIDAD:  I don't have any questions, Your Honor.

22          THE COURT:  Thank you, sir.  You are excused.

23          THE WITNESS:  Excused?

24          THE COURT:  Yes.

25          THE WITNESS:  Thanks.

**October 1, 2008**

## Barnett - Direct

1    THE COURT:   Thank you.

2         [The witness was excused at 9:25 a.m].

3         MS. HECK-MILLER:   The Government calls William

4    Barnett.

5         WILLIAM J. BARNETT, GOVERNMENT'S WITNESS, SWORN

6              DIRECT EXAMINATION

7    [Beginning at 9:26 a.m]

8    BY MS. HECK-MILLER:

9    Q.   Sir, would you state your name and spell your last name

10   please?

11   A.   William J. Barnett B-a-r-n-e-t-t.

12   Q.   What is your occupation?

13   A.   I'm a Special Agent with the Federal Bureau of

14   Investigation.

15   Q.   And what type of squad are you assigned to with the FBI?

16   A.   I'm currently assigned to an extraterritorial squad.

17   Q.   What is an extraterritorial squad?

18   A.   An extraterritorial squad is responsible for investigating

19   crimes against U.S. persons and property overseas, as well as

20   by U.S. persons overseas.

21   Q.   Mr. Barnett, perhaps you can try to get the microphone a

22   little closer to your mouth or move in.

23   A.   (Complied.)

24   Q.   Agent Barnett, were you on an assignment abroad in February

25   of 2007?

**October 1, 2008**

## Barnett - Direct

1  A.   Yes, I was.

2  Q.   And specifically on February 21st, 2007, where were you on

3  assignment?

4  A.   I was in Monrovia, Liberia.

5  Q.   Were you working on the matter that eventually became this

6  prosecution?

7  A.   Yes, I was.

8  Q.   Agent Barnett, are you familiar with the concept or term of

9  a photo lineup?

10 A.   Yes, I am

11 Q.   What is a photo lineup?

12 A.   A photo lineup is an investigative tool in which an array

13 of photos, typically six, are lined up usually in two columns

14 of three and presented to a witness for identification.

15 Q.   And what is the goal of the use of a photo lineup?

16 A.   A photo lineup can be used to determine if a particular

17 witness can recognize an individual as being involved in a

18 particular act or at a certain location.

19 Q.   And what, if any, principle is there with regard to the

20 assembly and choice of the other photographs that go to make up

21 a photo lineup?

22 A.   The other photographs that are used in a lineup should be

23 one photograph of a subject or a potential subject and five

24 photographs of similar individuals.

25 Q.   And what is the point of making the other five photographs

## Barnett - Direct

1 similar individuals?

2 A.   In order that the photograph of the potential subject does

3 not stand out from the others.

4 Q.   Is there another term sometimes for the document that's

5 used in a photo lineup?

6 A.   It can be called a photospread, a photo array.

7 Q.   Was a photo lineup or photospread used in this

8 investigation?

9 A.   Yes, it was.

10 Q.   Was the same photospread used throughout the investigation?

11 A.   Yes, it was.

12 Q.   Did you participate in the creation of that photospread?

13 A.   No, I did not.

14 Q.   When you were in Liberia and in Monrovia on February 21st,

15 2007, did you have a copy of that photospread?

16 A.   Yes, I did.

17         MS. HECK-MILLER:   If I may have a moment, Your Honor?

18         THE COURT:   You may.

19         MS. HECK-MILLER:   Your Honor, I'd now like to show the

20 witness an exhibit marked only for identification at this time.

21         Agent Naples, if you could show the witness CE 09.

22         AGENT NAPLES:   (Complied).

23 BY MS. HECK-MILLER:

24 Q.   Do you recognize on the screen what is CE 09?

25 A.   I do recognize that.

**October 1, 2008**

## Barnett - Direct

1  Q.   What is that?

2  A.   That is the photospread or photo array used in this

3  investigation.

4  Q.   Is that the photospread you used and had on February 21st,

5  2007?

6  A.   Yes, it is.

7        MS. HECK-MILLER:   Government offers CE 09 in evidence.

8        MR. WYLIE:   No objection.

9        THE COURT:   Admitted.

10   [Government Exhibit CE 09 received in evidence at 9:30 a.m.]

11        MS. HECK-MILLER:   If we could publish this on the

12  screen to the jury.

13  BY MS. HECK-MILLER:

14  Q.   Agent Barnett, could you explain to us just what we're

15  seeing in CE 09 as we now see it on the screen?

16  A.   That is a photospread or photo array.   As I previously

17  described, there are six individuals, including one photograph

18  of the subject, and five unaffiliated individuals.

19  Q.   Which is the photograph of the subject?

20  A.   Photograph number 3.

21        MS. HECK-MILLER:   Thank you, agent.   You can take down

22  the photograph, please.

23        AGENT NAPLES:   (Complied.)

24  BY MS. HECK-MILLER:

25  Q.   On February 21st, 2007 did you meet with a potential

## Barnett - Direct

1  witness in this case?

2  A.   Yes, I did.

3  Q.   Who was that?

4  A.   His name was Rufus Kpadeh.

5  Q.   And where did that meeting take place?

6  A.   At the United States Embassy in Monrovia, Liberia.

7  Q.   Who else was present at that meeting?

8  A.   Special Agent Julian Doyle of Immigration & Customs

9  Enforcement and Department of Justice attorney John Cox.

10 Q.   And at that meeting, did you use the photospread or photo

11 array in your meeting with Rufus Kpadeh?

12 A.   Yes, I did.

13 Q.   Did you give any instructions or explanation to Rufus

14 Kpadeh concerning what was going to happen?

15 A.   Yes, I did.

16 Q.   What did you say to Rufus Kpadeh?

17 A.   I advised Mr. Kpadeh that he should review the photographs,

18 take his time, and make an identification of anybody that he

19 recognized if he was certain that he recognized someone.

20 Q.   And what, if anything, did you tell him about who was in

21 that photo array?

22 A.   I told him nothing about who was in the photo array.

23 Q.   What, if anything, did you tell him about what or who to

24 look for in the photo array?

25 A.   I told him nothing as far as who to look for in the photo

**October 1, 2008**

## Barnett - Direct

1    array.

2    Q.   With regard to the others who were present, Agent Doyle and

3    Mr. Cox, what, if anything, did any of them say to him about

4    the photo array prior to his examination of it?

5    A.   Prior Mr. Kpadeh examining the photo array, Department of

6    Justice attorney John Cox also advised him that he should take

7    his time and feel no pressure to pick any one person or anyone,

8    in particular, for that matter.

9    Q.   What did you do physically with the photo array?

10   A.   I placed it in front of the witness who was seated on a

11   sofa.   I placed it on the coffee table in front of him

12   Q.   And what, if any, movements or indications did you make

13   with regard to the photo array once you put it on the table?

14   A.   I made no movements or indications.

15   Q.   What, if any, movements or indications did you observe

16   Mr. Cox or Agent Doyle to make with regard to the photo array

17   after you put it on the table?

18   A.   I observed no movements or indications from either Special

19   Agent Doyle or Department of Justice attorney Cox.

20   Q.   What did Rufus Kpadeh do?

21   A.   He spent a few minutes reviewing the photographs and he

22   identified one of the individuals in the lineup.

23   Q.   Which individual in the lineup did he identify?

24   A.   He identified photograph number 3.

25   Q.   Did he say anything?

October 1, 2008

## Barnett - Direct

1   A.   He pointed at photograph number 3 and said "That's him"

2   Q.   What, if anything, was said in response when Rufus Kpadeh

3   said "That's him"?

4   A.   I asked Mr. Kpadeh "Are you certain?"

5   Q.   What did Mr. Kpadeh reply?

6   A.   He said yes, he was certain.

7   Q.   And what, if anything, further did you say to him or did he

8   say to you?

9   A.   I asked Mr. Kpadeh who that person was when he said "That's

10      him"

11  Q.   What did Mr. Kpadeh reply?

12  A.   He replied that that individual was Chuckie Taylor.

13  Q.   And what, if anything, did Mr. Kpadeh say to you or you say

14  to him about Chuckie Taylor?

15  A.   I asked --

16           MR. WYLIE:   Objection.   Hearsay.

17           MS. HECK-MILLER:   Your Honor, I believe that this is

18  covered by an exception to the Hearsay Rule.   I don't have the

19  number at the ready.   I know Ms. Rochlin does.

20           THE COURT:   I'm sorry?

21           MS. HECK-MILLER:   I said I don't have the rule number

22  at the ready.   I believe Ms. Rochlin can assist me.

23           MS. ROCHLIN:   801(d)(3), Your Honor.   Mr. Graveline

24  gets the credit.

25           THE COURT:   Overruled.

## October 1, 2008

## Barnett - Direct

1   BY MS. HECK-MILLER:

2   Q.   Do you recall the question?

3   A.   Could you repeat it, ma'am?

4   Q.   What, if anything, did you say to Mr. Kpadeh or Mr. Kpadeh

5   say to you about Chuckie Taylor?

6   A.   Mr. Kpadeh identified Chuckie Taylor as the individual who

7   ordered his arrest.

8   Q.   And what, if anything, further was said or asked --

9   A.   I asked --

10  Q.   -- at that moment, at the photo array?

11          MR. WYLIE:   Objection, Your Honor.   It goes beyond

12  that rule.   It goes beyond 801.

13          MS. HECK-MILLER:   Your Honor, that's fine.   I'll

14  withdraw that question.

15          THE COURT:   All right.

16  BY MS. HECK-MILLER:

17  Q.   What, if anything, did Rufus Kpadeh say about the

18  appearance of the individual in the photo array?

19  A.   He made two observations.   The first was that he had his

20  father's face, referring to Chuckie Taylor.

21  Q.   What was the second observation?

22  A.   The second observation was that at the time of the arrest,

23  he may not have had a beard.

24  Q.   Did you ask Rufus Kpadeh to do anything with regard to the

25  photo array?

**October 1, 2008**

## Barnett - Direct

1    A.    Yes, ma'am

2    Q.    What did you ask him to do?

3    A.    I asked him to initial, sign and date next to the

4    photograph he selected.

5    Q.    And did he do that?

6    A.    Yes, he did.

7    Q.    And did you do anything with regard to the photo array

8    specifically?

9    A.    I signed and dated the back of the photo array.

10    Q.    Did anybody else sign the back of the photo array?

11    A.    Special Agent Julian Doyle signed the back of the photo

12    array as well.

13    Q.    Now, again, with regard to an exhibit for identification

14    only at this point, I would ask you on your screen to, please,

15    look at RK 33 and I believe there is a second page to RK 33.

16          AGENT NAPLES:   (Complied.)

17    BY MS. HECK-MILLER:

18    Q.    Agent Barnett, do you recognize RK 33?

19    A.    Yes, ma'am

20    Q.    What is RK 33?

21    A.    That is a copy of the signed photo array.

22    Q.    And are the two pages, the front and the back?

23    A.    Yes, ma'am

24          MS. HECK-MILLER:   The Government offers RK 33 into

25    evidence.

### October 1, 2008

## Barnett - Direct

1           MR. WYLIE:   No objection.

2           THE COURT:   Admitted.

3      [Government Exhibit 33 received in evidence at 9:37 a.m]

4           MS. HECK-MILLER:   If we could display RK 33 for the

5  jury, please.

6           AGENT NAPLES:   (Complied.)

7  BY MS. HECK-MILLER:

8  Q.   Is RK 33 in color or in black and white?

9  A.   It is in black and white.

10 Q.   And is this an image of the original photo array that

11 Mr. Kpadeh actually signed or is this an image of a photocopy?

12 A.   This is an image of a photocopy.

13 Q.   Why are we using a photocopy here instead of the original?

14 A.   The original was submitted into the court.   That was in

15 February, this year.

16 Q.   Was the original, the original photo array with the

17 original signature?

18 A.   Yes, ma'am

19 Q.   Is RK 33 a duplicate of the original --  it is a black and

20 white -- other than a photocopy?

21 A.   Yes, it is.

22           MS. HECK-MILLER:   If you could just show us the second

23 page before you take down the document.

24           AGENT NAPLES:   (Complied.)

25           MS. HECK-MILLER:   Now you can take down the document,

**October 1, 2008**

## Barnett - Direct

1   please.

2          AGENT NAPLES:   (Complied.)

3   BY MS. HECK-MILLER:

4   Q.   Agent Barnett, what, if anything, did you tell Rufus Kpadeh

5   concerning whether he had picked Chuckie Taylor's picture out

6   of the photo array?

7   A.   I made no mention whether or not he picked Chuckie --

8   pardon me, ma'am  Can you repeat the question?

9   Q.   What, if anything, did you tell Rufus Kpadeh concerning

10  whether or not he had picked Chuckie Taylor's picture out of

11  the photo array?

12  A.   I told him nothing specifically that he picked Chuckie

13  Taylor's photo.   He advised me that the photo he picked was

14  Chuckie Taylor, but I did not confirm that to him

15  Q.   What, if anything, did you say as to whether he had picked

16  correctly or incorrectly?

17  A.   I said nothing regarding whether or not he had picked

18  correctly or incorrectly.

19  Q.   Agent Barnett, still in this time frame of February, 2007,

20  was there a time in February, 2007 in Monrovia, Liberia when

21  you went some place with Rufus Kpadeh?

22  A.   Yes.

23  Q.   And where did you go with Rufus Kpadeh in February, 2007?

24  A.   I went to John F. Kennedy Hospital in Monrovia Liberia.

25  Q.   Was there anyone with you?

**October 1, 2008**

## Barnett - Direct

1   A.   Yes.

2   Q.   Who was with you?

3   A.   Special Agent Julian Doyle.

4   Q.   When you were at John F. Kennedy Hospital with Rufus Kpadeh

5   and Julian Doyle, did Rufus Kpadeh bring with him any paper or

6   document?

7   A.   Yes, he did.

8   Q.   What paper or document was that?

9   A.   He brought with him what was referred to as a hospital

10  identification card.

11  Q.   And, agent, could you, please, take a look at what has

12  previously been admitted in evidence as RK 27, which we'll put

13  on the screen?

14         AGENT NAPLES:   (Complied.)

15  BY MS. HECK-MILLER:

16  Q.   Do you recognize RK 27?

17  A.   Yes.

18  Q.   What is RK 27?

19  A.   That is the document Mr. Kpadeh brought with him when we

20  went to the hospital.

21  Q.   And what was done with that document or card at John F.

22  Kennedy Hospital in February, 2007 that you observed?

23  A.   That was presented to an individual at the hospital.

24  Q.   Do you remember the name of that individual?

25  A.   His name was Wilfred Selmah.

**October 1, 2008**

## Barnett - Direct

1  Q.   What was the purpose of presenting the card to Wilfred

2  Selmah?

3  A.   The purpose of presenting the card was an attempt to locate

4  any records medical records specifically that were kept at the

5  hospital for Mr. Kpadeh.

6  Q.   And did Mr. Kpadeh sign any request for his medical records

7  to be obtained?

8  A.   Yes, he did.

9         MS. HECK-MILLER:   If we could now see what has been

10  marked for identification as RK 30 on the screen for the

11  witness, please.

12         AGENT NAPLES:   (Complied.)

13         MS. HECK-MILLER:   Do we not have that one stamped?

14  Let me hand it to the witness.

15  BY MS. HECK-MILLER:

16  Q.   Agent Barnett, I've handed you what has been marked for

17  identification as RK 30.   Do you recognize that document?

18  A.   Yes, I do.

19  Q.   What is it?

20  A.   This is a request for medical records from John F. Kennedy

21  Hospital.

22  Q.   And is it signed by somebody?

23  A.   Yes, it is.

24  Q.   By whom?

25  A.   Rufus Kpadeh.

**Barnett - Direct**

1          MS. HECK-MILLER:   The Government offers RK 30.

2          MR. WYLIE:   No objection.

3          THE COURT:   Admitted.

4    [Government Exhibit RK 30 received in evidence at 9:42 a.m.]

5   BY MS. HECK-MILLER:

6   Q.   As a result of Rufus Kpadeh's request, was anything

7   produced by John F. Kennedy Hospital?

8   A.   Yes.

9   Q.   And I'm now showing you what has been marked for

10  identification purposes as RK 28.

11         MS. HECK-MILLER:   Do we have that as an image, Agent

12  Naples.

13         MR. WYLIE:   Objection, Your Honor.   May we approach?

14

15

16

17

18

19

20

21

22

23

24

25

**October 1, 2008**

## Barnett - Direct

1          [Proceedings at sidebar follow]:

2          MR. WYLIE:   Your Honor, this document is subject to a

3   pending objection we have.   There are portions of this document

4   about Chuckie Taylor being detained for two months.   It's

5   hearsay and should not come in.

6          To the extent this document is a medical record being

7   used for medical purposes, it is an exception to the Hearsay

8   Rule, but stuff that is not used for medical diagnosis purposes

9   must come out and be redacted.

10          THE COURT:   Doctors routinely ask "How did you acquire

11     your injuries?" because it assists in the diagnosis and

12   treatment.

13          MR. WYLIE:   You can say you were hit with a bat or you

14   were shot or stabbed, but you cannot say who did it.   That's an

15   accusation.   That's a backdoor way of getting in testimony

16   about who did it.

17          You cannot say anything about an Anti-Terrorist Unit

18   or you were kept at Gbatala.   You can say "I was hurt" and how

19   he was hurt, but you cannot name who did it.   That's like in a

20   rape case saying "So and so raped me."   They're not going to

21   put in who raped.   That's not needed for the medical diagnosis.

22          MS. HECK-MILLER:   First of all, Your Honor, the motion

23   made relates to other medical records.   It didn't include this

24   particular one.   I understand Mr. Wylie's point and I will

25   address it.

**October 1, 2008**

## Barnett - Direct

1          Mr. Wylie completely overlooks the fact in addition to

2  being a medical record, this also is a prior consistent

3  statement and subject to the same analysis we had yesterday

4  with regard to the statements made to Henry Marwolo.  It was

5  made in the exact same time frame, October 25th, 1999.  It does

6  not name Gbatala.  It says "According to patient, he was

7     imprisoned by the Anti-Terrorist Unit for two months and

8     tortured."

9          Those statements are actually even less specific than

10  the ones made to Mr. Marwolo.  They are a prior consistent

11  statement.  They occur before the motive to fabricate.  The

12  fact they are a part of the medical record only enhances their

13  reliability and credibility.

14          Mr. Kpadeh testified yesterday why he made the

15  statements to the doctor.  They are classically in the setting

16  of "I made them so I would, so the doctor would know what

17     happened to me."

18          MR. WYLIE:  First of all, torture is a legal

19  conclusion.  With respect to the prior consistent statement, if

20  they want to bring in the doctor or even Mr. Kpadeh to say "I

21     said" or "So-and-so told me," that's the prior consistent

22  statement when that prior consistent statement is recorded in a

23  medical document.  That's a second level.  That document is

24  also hearsay in addition to the statement when it was made.

25  It's two levels.

# Barnett - Direct

1          So that medical record, to the extent that it's used

2   for medical diagnosis purposes, that portion of the record can

3   come in, but to make the legal conclusion "I was tortured" and

4   to say who it was done by, that does not come in.

5          MS. HECK-MILLER:   Your Honor, with regard to the issue

6   of so-called layers of hearsay, this also is covered by the

7   fact this is a business record.   It has been established by the

8   certificate that was obtained subject to prior litigation.   So

9   Mr. Wylie's objection is not well taken.   There is not a need

10  to bring in the doctor who made this record.   It is a business

11  record, as well as being a statement made for purposes of

12  diagnosis.

13         THE COURT:   For the reasons I stated yesterday and

14  based upon the arguments presented here, the objection is

15  overruled.

16

17

18

19

20

21

22

23

24

25

**October 1, 2008**

## Barnett - Direct

1              [Proceedings in open court follow]:

2    BY MS. HECK-MILLER:

3    Q.   Mr. Barnett, you have on your screen for identification

4    purposes RK 28.   Do you recognize RK 28?

5    A.   Yes, ma'am

6    Q.   Could you tell us, please, generally, what is RK 28?

7    A.   This is the hospital record that was provided to Mr. Kpadeh

8    from John F. Kennedy Hospital.

9    Q.   Was that done in your presence?

10   A.   Yes, it was.

11             MS. HECK-MILLER:   The Government offers RK 28.

12             THE COURT:   Admitted.

13     [Government Exhibit RK 28 received in evidence at 9:47 a.m]

14   BY MS. HECK-MILLER:

15   Q.   Now, Agent Barnett, if we could now see RK 28.   Is there a

16   number that appears in the upper right portion of this medical

17   record?

18   A.   Yes.

19   Q.   And what number is that?

20   A.   95-70-76.

21   Q.   Does that match any number on the hospital card, RK 27,

22   that we previously saw?

23             MS. HECK-MILLER:   Agent Naples, if you could show us

24   RK 27 again, please.

25             AGENT NAPLES:   (Complied).

**October 1, 2008**

## Barnett - Direct

1  A.   Yes, it does.

2  Q.   Where does that number appear on RK 27?

3  A.   In the upper right-hand portion of the card next to

4  Mr. Kpadeh's name.

5  Q.   Thank you.

6       MS. HECK-MILLER:   Agent, you can take down the

7  records.

8       AGENT NAPLES:   (Complied.)

9  BY MS. HECK-MILLER:

10 Q.   Agent Barnett, did you have occasion to return to JFK

11 Hospital later in 2007?

12 A.   Yes, I did.

13 Q.   And did you return there on November 14th, 2007?

14 A.   Yes, I did.

15 Q.   And who was with you on November 14th, 2007?

16 A.   Special Agent Gregory Naples of the FBI and Mr. Peter

17 Doe'kpar

18 Q.   Could you spell Peter Doe'kpar for our reporter?

19 A.   P-e-t-e-r D-o-e hyphen k-p-a-r.

20 Q.   Who is Mr. Peter Doe'kpar?

21 A.   He is a Liberian notary.

22 Q.   What, if anything, did you do -- withdrawn.

23       Whom did you see at John F. Kennedy Hospital in

24 November, 2007?

25 A.   Mr. Wilfred Selmah and Dr. Scott McDonald.

**Barnett - Direct**

1    Q.   Did I ask you the exact date?  Do you remember the date?

2    A.   I'm sorry, ma'am?

3    Q.   Do you remember the particular date in November?

4    A.   I believe it was the 14th of November.

5    Q.   Did Mr. Selmah sign any document at that time?

6    A.   Yes, he did.

7    Q.   Did you also bring a copy of RK 28 with you on that date?

8    A.   Yes, I did.

9    Q.   Did Mr. Selmah examine RK 28?

10   A.   Yes, he did.

11   Q.   Did he compare it with any hospital records?

12   A.   Yes, he did.

13   Q.   And did he provide any certification with regard to RK 28?

14   A.   He did certify RK 28.

15   Q.   And what did he certify RK 28 to be?

16   A.   An exact copy of the original record maintained at John F.

17   Kennedy Hospital.

18   Q.   If I might hand you Government's Exhibit RK 29.  Do you

19   recognize RK 29?

20   A.   Yes, I do.

21   Q.   What is RK 29?

22   A.   This is the original signed certification by Mr. Selmah.

23   Q.   Now, how many pages are there to RK 29?

24   A.   There are two pages.

25   Q.   Which page is the certificate signed by Mr. Selmah?

**October 1, 2008**

**Barnett - Cross**

1  A.   That is page 2.

2  Q.   And with regard to page 1, did the United States Government

3  also obtain a certificate that the notary, Mr. Peter Doe'kpar,

4  is a licensed actual notary of Liberia?

5  A.   Yes.

6         MS. HECK-MILLER:   The Government offers RK 29.

7    [Government Exhibit RK 29 marked for identification at 9:50

8                              a.m]

9         MR. WYLIE:   No objection.

10        THE COURT:   Admitted.

11        MS. HECK-MILLER:   Thank you, Your

12        Honor.   We tender the witness.

13                      CROSS EXAMINATION

14  [Beginning at 9:51 a.m, 10/1/08.]

15  BY MR. WYLIE:

16  Q.   Agent, good morning.

17  A.   Good morning.

18  Q.   The allegations in this case with respect to Rufus Kpadeh

19  happened in August through October of 1999.   Correct?

20  A.   Yes.

21  Q.   And you showed him this photo array on February 21st of

22  2007?

23  A.   Yes, I did.

24  Q.   Roughly eight years later?

25  A.   Approximately.

**October 1, 2008**

## Barnett - Cross

1    Q.   And now when you scheduled this meeting with Mr. Kpadeh,

2    did you identify yourself?

3    A.   Yes, I did.

4    Q.   Told him who you were?

5    A.   Yes.

6    Q.   Told him you work for the FBI?

7    A.   Correct.

8    Q.   Told him you were investigating a case of torture?

9    A.   I did not tell him I was investigating a case of torture.

10   Q.   Tell him you were investigating Chuckie Taylor?

11   A.   No, I did not.

12   Q.   But you told him he was a potential witness in a case you

13   were investigating?

14   A.   At the initial, at the meeting on the 21st I did not tell

15   him that.

16   Q.   He had no idea why he was meeting you that day?

17   A.   He did not know why he was meeting me that day, yes.

18   Q.   What was his understanding of what was to take place at the

19   meeting?

20            MS. HECK-MILLER:   Objection, Your Honor.  Calling for

21   testimony of somebody else's understanding.

22   BY MR. WYLIE:

23   Q.   What did you --

24            THE COURT:   Sustained.

25   BY MR. WYLIE:

**October 1, 2008**

## Barnett - Cross

1  Q.   What did you tell him the meeting was about?

2  A.   The purpose of the meeting was to interview him regarding

3  his experiences in, from the period of August '99 through

4  October '99.

5  Q.   He knew that was the purpose of the meeting then?

6  A.   Yes.

7  Q.   In fact, you did interview him about this case?

8  A.   Yes.

9  Q.   Was that before or after or on both sides of the photo

10 identification?

11 A.   On both sides.  I interviewed him prior to that and after

12 that.

13 Q.   So you talked about his experiences before the photo

14 identification?

15 A.   Yes.

16 Q.   So when he picked the ID out, he knew exactly what realm

17 this potential identification was coming from  Correct?

18 A.   I can't speak to his exact knowledge of what he knew, sir.

19 I can only tell you that I advised him when we presented the

20 photo array that it was to determine if he could recognize any

21 individuals.

22 Q.   But that's following a conversation about his allegations

23 about torture.  Right?

24 A.   That conversation was the previous day.

25 Q.   The previous day?

**October 1, 2008**

## Barnett - Cross

1    A.    Yes.

2    Q.    Now, Mr. Emmanuel is the son of the ex-President of

3    Liberia.   Correct?

4    A.    That's my understanding.

5    Q.    He's a well-known figure in Liberia?

6    A.    I have met several Liberians who do recognize him

7    Q.    And his father certainly is a well-known figure in Liberia.

8    Correct?

9    A.    Again, I have met several Liberians who recognize Charles

10   Taylor, Sr.

11   Q.    As you stated, many people, many Liberians recognize

12   Mr. Emmanuel?

13   A.    I have spoken to several Liberians who have seen him and

14   have heard of him

15   Q.    His picture, Mr. Emmanuel's picture has probably been in

16   the newspaper.   Correct?

17   A.    I have never seen Mr. Emmanuel's photograph in any

18   newspaper.

19   Q.    His father, Charles Taylor's picture has certainly been in

20   the paper -- correct -- in the Liberian papers?

21   A.    I can't speak with any certainty to that, sir.   I haven't

22   read Liberian newspapers.

23   Q.    And I think you testified that Mr. Kpadeh commented on how

24   much Mr. Emmanuel looked like his father?

25   A.    He commented that he has his father's face.

**October 1, 2008**

## Barnett - Cross

1  Q.   Now, the Government created this photo array.   Correct?

2  A.   The Government did create this photo array.

3  Q.   And it was -- the other five pictures, they were taken from

4  where?

5  A.   I can't say, sir.   I did not create the photo array myself.

6  Q.   The other five pictures, they're not Liberians, are they?

7  A.   I can't say, sir.   I did not create the photo array.

8  Q.   Do you have any knowledge of how the photo array was

9  created?

10  A.   Not specific knowledge, sir.

11  Q.   No?   So when you showed this photo array -- strike that.

12        When showing the photo array to the witness,

13  Mr. Kpadeh, you know that you don't want it to be suggestive.

14  Correct?

15  A.   I would not want it to be a suggestive lineup, correct.

16  Q.   So you have to have some understanding of the case to know

17  whether it's suggestive.   Correct?

18  A.   I don't think I would have to have any understanding of the

19  case to know if it was suggestive.   The photo array itself

20  should speak to that.

21  Q.   Well, sir, you know that Mr. Emmanuel was in the Liberian

22  government or associated with the Liberian government.

23  Correct?

24  A.   I was aware of that.

25  Q.   And you have knowledge that many people, many Liberians

**October 1, 2008**

## Barnett - Cross

1  know Mr. Emmanuel.  Correct?

2  A.  As I said, sir, I met Liberians who had seen and heard of

3  Mr. Emmanuel or Chuckie Taylor.

4  Q.  But you claim you don't know if there were any prominent

5  Liberians put in that photo array?

6  A.  I don't know that.

7  Q.  You don't know that.

8          You weren't worried about that when trying to pick a

9  nonsuggestive photo array?

10  A.  This was a photo array that we had used -- excuse me --

11  that was used on previous occasions.  I was satisfied to use it

12  on this occasion.

13  Q.  But you don't know if there were any prominent Liberians in

14  there?

15  A.  I do not know that for a fact, sir.

16  Q.  Was Mr. Kpadeh shown a photo lineup of any of the

17  co-conspirators or alleged co-conspirators in this case?

18  A.  Not by me, sir.

19  Q.  No?  He wasn't shown a picture of David Compari?

20  A.  Not by me, sir.

21  Q.  Was he shown a picture of anybody else that you're aware

22  of?

23  A.  Not by me, sir.

24  Q.  Now, let's talk about the medical record.  Do you have that

25  in front of you, sir?

**October 1, 2008**

## Barnett - Cross

1   A.   No, sir, I do not.

2             MS. HECK-MILLER:   (Handing to Mr. Wylie.)

3             MR. WYLIE:   May I approach, Your Honor?

4             THE COURT:   You may.

5   BY MR. WYLIE:

6   Q.   I'm handing you now what has been admitted as Government's

7   Exhibit RK 28.

8             Sir, what's the date on that document?

9   A.   The date that it's written -- do you mean on the top

10  portion, sir?

11  Q.   The date of visit, yes.

12  A.   10/25/99.

13  Q.   And the document is called an out-patient department

14  medical record.   Is that correct?

15  A.   That is how it reads, sir.

16  Q.   Now, take a look on this document and see if you have --

17  withdraw that.

18             There are notes on the document -- can we put these up

19  for the jury to see?

20             AGENT NAPLES:   (Complied.)

21             MR. WYLIE:   Thank you.

22             Can the jury all see that?

23  BY MR. WYLIE:

24  Q.   There are notes that appear to be a doctor or a medical

25  person's notes regarding an examination.   Is that correct?

## Barnett - Cross

1  A.   There is writing on the document that is legible.

2  Q.   Those notes have a date as 10/25/99 -- is that correct --

3  in the first line there below the heading on the left?

4  A.   In the left-hand column I see the date, 10/25/99.

5  Q.   Do you see any other dates indicating that notes were taken

6  by a medical professional on another date?

7  A.   I cannot see any other date written in the portion where

8  the notes are, sir.

9  Q.   Do you see anything on these medical records mentioning an

10  injury or a wound on Mr. Kpadeh's penis?

11  A.   The writing that I can see that may relate to that is UTI.

12  Q.   Urinary tract infection?

13  A.   That is a common acronym for it.

14  Q.   That's an infection.  Right?  It doesn't imply or speak of

15  a wound, does it?

16  A.   I would say, sir, that I'm not a medical professional.  I

17  cannot speak with medical certainty.  It would seem possible

18  that a wound to the groin could cause a UTI or a urinary tract

19  infection.

20  Q.   We'll let the doctors talk about that.  Do you see any

21  complaint in here about a wound on the penis?

22          MS. HECK-MILLER:  Your Honor, asked and answered.

23          THE COURT:  Overruled.

24  A.   Of the writing that I can make out that's legible, sir, no.

25  Q.   Do you see any writing on here showing that Mr. Kpadeh was

**October 1, 2008**

## Barnett - Cross

1  complaining of a wound or a cut on his right shoulder?

2  A.   There is partial writing that I can make out in the

3  left-hand climb column in which the author of this document is

4  noting something as "right," but I cannot read the line above

5  that.

6  Q.   So as far as you can tell, you don't see any mention of it?

7  A.   I cannot determine that, sir.

8  Q.   Do you see anywhere any indication in this document that

9  Mr. Kpadeh was complaining of chest or neck pain?

10 A.   The -- near the top of the left-hand column there's a

11 notation of "difficulty breathing."  I don't know if that

12 encompasses chest pain or not, but it's noted as "difficulty

13 breathing."

14        I'm sorry, sir.   Would you please repeat the question.

15 Q.   Chest pain or neck pain, any complaints?

16 A.   Again, in the left-hand column close to halfway down, I

17 believe I can make out the word "Condition."

18        I don't know -- it's an ambiguous term so I'm not

19 certain if that refers to any chest or neck pain.   "Condition"

20 Q.   But you don't see any mention of chest pain or neck pain.

21 Correct?

22        MS. HECK-MILLER:   Your Honor, asked and answered.

23        THE COURT:   Overruled.

24 A.   I do not see the words "Neck" or "Chest" in this document.

25 Q.   Do you see anywhere in this document complaints by

**October 1, 2008**

## Barnett - Cross

1   Mr. Kpadeh that he had an injury to his right hand or could not

2   use his right hand?  You see a mention of his current

3   condition, but you don't --

4   A.   I would refer back, sir, to the left-hand column.  There's

5   a notation -- there's some wording that I cannot read, but the

6   word "Right" appears to be clear to me.  I don't know if that

7   refers to his right hand.

8        At the bottom there appears to be a notation of

9   multiple scars.  Again, I don't know if that refers to an

10  injury on his hand or to other parts of his body.

11  Q.   What it does say -- let's go line by line.  Right below the

12  10/25/99, we start with "Difficulty breathing times 2."  You

13  see that?

14  A.   Yes, I do.

15  Q.   Is that accurate?

16  A.   I read that as "Difficulty breathing," an X and 2.

17  Q.   "Painful urination."  Is that correct for the next line?

18  A.   I read that as "Painful urination" with an X and the number

19  2 next to it.

20  Q.   There's another line that says "According to patient."

21  Correct?

22  A.   I believe I could make out "According to," and there

23  appears to be an abbreviated term which could be "patient."

24  Q.   "According to PT."  Correct?

25  A.   That's what it appears to be.

**October 1, 2008**

## Barnett - Cross

1   Q.   He was imprisoned by the Anti-Terrorist Unit for two

2   months."  Is that accurate?

3   A.   That is how I read that, sir.

4   Q.   "And after which he" --

5           MS. HECK-MILLER:   Excuse me, Your Honor.  I believe

6   counsel skipped some words there.

7   BY MR. WYLIE:

8   Q.   "Two months" and I can't read that next word.  Can you?

9   A.   I read that as "tortured," sir.

10  Q.   "And tortured P," with a line over it, which means patient.

11  Correct?

12          MS. HECK-MILLER:   Objection, Your Honor.  No basis for

13  that.

14          THE COURT:   Overruled.

15  A.   I see a "P" with a line with it, sir.

16  Q.   And it goes to the next line, "which he."  Is that correct?

17  A.   I see "WH," which I assume could be "when" or "which."  I

18  see "WH."

19  Q.   What's that third word?

20  A.   "Developed."  That's how I read it.

21  Q.   "Developed the current condition."  Is that correct?

22  A.   That is how I read that.

23  Q.   "He is complaining problem" -- is that correct --

24  "complaining of problem"?

25  A.   I'd say I can see, I can see "He."  I cannot make that next

**October 1, 2008**

## Barnett - Cross

1  word, "complained of problem"

2  Q.  And the next word is "cough at night."  Correct?

3  A.  I can't say that for certain, sir.  I cannot make out what

4  that word is, if it's "cough" or something else.

5          Regarding the last two words, that could be -- it

6  could be "at night" or it could be "at right."  I can't make it

7  out clearly.

8  Q.  Okay.

9          But it doesn't say anything about a right hand.

10  Correct?

11  A.  There's no mention of the word, there's no written word

12  "Hand" that I can see there.

13  Q.  There's no mention of a penis or some other word to

14  describe that.  Correct?

15  A.  I do not see the word "penis" in the medical document.

16  Q.  We'll go back up to the heading to the right where it says

17  "Civil Status."  Do you see that?

18  A.  Yes, sir, I do.

19  Q.  And it's circled, "S."  Is that correct?

20  A.  It is.

21  Q.  That indicates or does pit indicate to you "Single"?

22  A.  I don't know what that indicates, sir.  It could indicate

23  "Single" as it's followed by other letters that could be the

24  letters "D" and "M"

25          Pardon me.  It could mean that.  But I can't say for

**October 1, 2008**

**Barnett - Cross**

1  certain.

2          MR. WYLIE:   May I have a moment, Your Honor?

3          THE COURT:   Is this a good time for us to give

4  everyone a morning recess?

5          MR. WYLIE:   At the Court's pleasure.   I don't have

6  much longer, though.

7          THE COURT:   Ladies and gentlemen, we'll take 10

8  minutes.   Please don't discuss the case.

9          [The jury leaves the courtroom at 10:10 a.m]

10          THE COURT:   All right.   We're in recess.

11           [There was a short recess at 10:11 a.m]

12          THE COURT:   Bring the jury in, please.

13          THE COURT SECURITY OFFICER:   Yes, Your Honor.

14        [The jury returns to the courtroom at 10:25 a.m]

15          THE COURT:   Everyone please be seated.

16          Please continue.

17          MR. WYLIE:   Thank you, Your Honor.

18  BY MR. WYLIE:

19  Q.   Agent, I want to direct your attention to the document we

20  were talking about, RK 28.

21          I want to go down about two thirds of the way down the

22  left-hand column.   I think we talked about that line that says

23  "at night" or "right," maybe.   Correct?

24  A.   That's where we left off.

25  Q.   I want to go to the next line below that.   That line says

**October 1, 2008**

## Barnett - Cross

1  "P/E."  Is that correct?

2  A.   At the far left, sir?

3  Q.   The far left, yes.

4  A.   It does appear to be a "P" and a slash, but I cannot make

5  out what that notation is after the slash.

6  Q.   Does that mean "physical examination" to you?

7  A.   I don't know, sir.  I didn't write the document.

8  Q.   And then there's a "G/C."  Is that correct?

9  A.   It does appear to be a "G/C."

10  Q.   Does that mean "general condition" to you?

11  A.   Again, sir, I don't know.  I didn't write this document.

12  Q.   And then the next word is "good."  Is that correct?

13  A.   It does appear to be the word "good."

14  Q.   Now, this document, was this the only medical record you

15  received that day when you went to the JFK Hospital in

16  Monrovia?

17  A.   Yes, it was.

18         MR. WYLIE:   You can take the exhibit down.   Thank you.

19         AGENT NAPLES:   (Complied.)

20  BY MR. WYLIE:

21  Q.   I want to turn your attention back to the photo array for a

22  moment.   You testified the goal of a photo array is to put six

23  pictures of similar individuals.   Is that correct?

24  A.   Yes.

25  Q.   Yet you made no effort in this case to make sure there were

## Barnett - Cross

1 other prominent Liberians in that photo array?

2 A.   I did not create the photo array, sir.

3 Q.   Now, this was February 21st of 2007 that you presented this

4 array to Mr. Kpadeh.   Correct?

5 A.   Correct, it was February 21st, 2007.

6 Q.   And as we discussed before, it's approximately seven and a

7 half years after the alleged acts in this case with respect to

8 Mr. Kpadeh?

9 A.   Approximately.

10 Q.   And in that seven and a half years in between, you don't

11 have any knowledge about what materials Mr. Kpadeh reviewed, do

12 you?

13 A.   No, sir.

14 Q.   And you don't know what information he was exposed to in

15 that seven and a half years, do you?

16 A.   Prior to the 21st?

17 Q.   Yes.

18 A.   No, sir.

19 Q.   And prior to the 21st, you don't know who Mr. Kpadeh talked

20 to, do you, not everybody, at least?

21 A.   When you say to whom he talked with or to whom he talked

22 with, sir, how do you mean?

23 Q.   Do you have knowledge of everybody that Mr. Kpadeh talked

24 to prior to February 21st?

25 A.   No.

**October 1, 2008**

## Barnett - Redirect

1   Q.   Now, when you showed the photo array, did Mr. Kpadeh

2   recognize anybody else in the photo array?

3   A.   No, he did not.

4   Q.   Did he mention that he recognized other ATU members in the

5   photo array?

6   A.   No, he did not.

7   Q.   Are you aware that in September of 2007 Mr. Kpadeh told the

8   agents in this case that he thought he recognized ATU members

9   in this photo array?

10   A.   He did not tell me that, sir.

11          MR. WYLIE:   No further questions.

12          THE COURT:   Redirect.

13                    REDIRECT EXAMINATION

14   [Beginning at 10:30 a.m., 10/1/08.]

15          MS. HECK-MILLER:   If we could return to RK 28, the

16   medical record.

17          AGENT NAPLES:   (Complied.)

18   BY MS. HECK-MILLER:

19   Q.   Now, Agent Barnett, of course you're not a physician, are

20   you?

21   A.   No, ma'am

22   Q.   Do you have any particular training or background with

23   regard to reading medical records?

24   A.   No, ma'am

25   Q.   Are you aware sometimes doctors use abbreviations?

**October 1, 2008**

## Barnett - Redirect

1  A.  Yes, I am

2  Q.  For instance --

3          MS. HECK-MILLER:  If we could focus in and blow up in

4  the middle of the page, Agent Naples, there's a P with a line

5  over it.

6  BY MS. HECK-MILLER:

7  Q.  Do you see that right to the left of the dividing line?

8          AGENT NAPLES:  (Complied.)

9  A.  Yes, now I see that.

10  Q.  Have you ever seen that as an abbreviation for "after"?

11  A.  No, I have not.

12          MS. HECK-MILLER:  And if we could take off the blow-up

13  again.

14          AGENT NAPLES:  (Complied).

15  BY MS. HECK-MILLER:

16  Q.  You were asked on the last line of the entry "He also

17  complained of" and there was a word after that and counsel

18  suggested it was "Problem"  Do you see that?

19  A.  If I could have a second?

20          MS. HECK-MILLER:  Agent Naples, could you blow up

21  those lines, please?

22          AGENT NAPLES:  (Complied).

23  A.  Yes, ma'am, I see that.

24  Q.  Could that word after "Complained of" also be "productive"?

25  A.  It could be, ma'am  I have some difficulty reading what

**October 1, 2008**

## Barnett - Redirect

1   that word is.

2   Q.   Could that also then be "He also complained of productive

3         cough at night"?

4   A.   It could be, ma'am.

5   Q.   And you mentioned you saw words relating to multiple scars

6   in this record.   Do you recall that?

7   A.   Yes, ma'am.

8         MS. HECK-MILLER:   Agent Naples, could you blow up that

9   line where it says "multiple scars"?  Do you see that, almost

10   at the bottom of the page?

11         AGENT NAPLES:   (Complied.)

12   A.   Yes, ma'am, I see that.

13   Q.   That is what you're referring to.

14         Are there some letters in front of "Multiple scars"?

15   A.   Yes, there are.

16   Q.   What do those letters stand for?

17   A.   The letters are "EXT."

18   Q.   Are you familiar with that as an abbreviation for

19   "extremities"?

20   A.   I'm not familiar with that as an abbreviation for

21   "extremities."   I recognize it could be.

22   Q.   You also said you thought there was the word "Torture" in

23   this document.   Is that correct?

24   A.   Yes, ma'am.

25         MS. HECK-MILLER:   Agent Naples, could you go up to the

## Barnett - Redirect

1    portion where it says "According to patient" and blow up those

2    four or five lines there?

3               AGENT NAPLES:   (Complied.)

4    BY MS. HECK-MILLER:

5    Q.   Is that where you saw that word?

6    A.   Yes.

7    Q.   "According to patient, he was imprisoned by the

8         Anti-Terrorist Unit for two months and tortured, after

9         which he developed the current condition.   He also

10        complains of productive cough."

11             Do you see that?

12   A.   I do.

13   Q.   By the way, agent, you were also asked about the date line

14   in this document.   Do you see under the column "Date" where it

15   says "10/25/99"?

16   A.   Yes, I see that.

17   Q.   Looking at that handwriting and the handwriting on the rest

18   of the page, do those appear to be in the same handwriting or

19   different handwriting, to the extent you can tell?

20   A.   To the extent I can tell, it appears to be different

21   handwriting.

22   Q.   Now, you also were asked some questions about the photo

23   array and anything that was discussed with Rufus Kpadeh

24   concerning his experiences at Gbatala.

25             Were there any discussions with Rufus Kpadeh

## Barnett - Redirect

1  concerning his experiences at Gbatala and with Chuckie Taylor

2  on February 21st, 2007 before he looked at the photo array?

3  A.   No.

4  Q.   Had there been such discussions prior to February 21st?

5  A.   Yes.

6  Q.   On February 21st, what was the first order of business with

7  Rufus Kpadeh that day?

8  A.   The first order of business was to present him with a

9  photographic lineup.

10  Q.   And was that done before any further interviewing on that

11  day?

12  A.   Yes.

13  Q.   Now, you were also asked about the concept of a photo array

14  and the desirability of similarities among the subjects.

15       Agent Barnett, to your understanding, is the goal to

16  have the subjects be similar with regard to physical

17  characteristics or nonphysical characteristics?

18  A.   Physical characteristics.

19  Q.   Why is that?

20  A.   So no one photograph stands out from the others in an

21  unfair manner.

22  Q.   You were also asked questions about why there were no other

23  prominent Liberians in the photos.  Do you recall those

24  questions?

25  A.   Yes, I do.

**October 1, 2008**

## R. Belfast, Sr. - Direct

1  Q.   Would that make sense to establish similarities to have a

2  photo array of just prominent Liberians?

3  A.   I don't know what physical characteristics that would have.

4  Q.   Is one prominent Liberian Ellen Johnson Sirleaf?

5  A.   Correct.

6  Q.   Would it make sense to include a photograph of Ellen

7  Johnson Sirleaf in a photographic line-up of this defendant?

8  A.   No.

9  Q.   Why not?

10  A.   Ellen Johnson Sirleaf is a female.   To put a photograph of

11  a female in with five males would make it dissimilar.

12  Q.   Would the same be true of other prominent Liberians who

13  bore no physical resemblance to the defendant?

14  A.   That would be an improper or unfair use of dissimilar

15  photographs physically from the subject.

16          MS. HECK-MILLER:   Thank you.

17          No further questions.

18          THE COURT:   Thank you.   You are excused.

19          [The witness was excused at 10:36 a.m.]

20          MS. ROCHLIN:   Your Honor the United States calls Roy

21  Belfast, Sr.

22          ROY BELFAST, SR., GOVERNMENT'S WITNESS, SWORN

23                   DIRECT EXAMINATION

24  [Beginning at 10:37 a.m.]

25  BY MS. ROCHLIN:

**October 1, 2008**

# R. Belfast, Sr. - Direct

1  Q.  Sir, please take a seat.

2  A.  (Complied.)

3  Q.  I'll ask you to position yourself near the microphone --

4  A.  Yes.

5  Q.  -- and please tell us your name and spell your full name.

6  A.  My name is Roy Belfast.  R-o-y B-e-l-f-a-s-t.

7  Q.  Mr. Belfast, are you here today under subpoena?

8  A.  Yes, I am

9  Q.  Tell us whether it's your choice to come to court and

10 testify or not?

11 A.  It was the Court choice.

12 Q.  Not yours.  Correct?

13 A.  Yes.

14 Q.  Mr. Belfast, please tell us where you're from originally?

15 A.  I'm from Trinidad, West Indies.

16 Q.  After Trinidad, where did you live?

17 A.  I moved to the states, Baltimore, Maryland.  Then to

18 Boston.

19 Q.  In Baltimore, Maryland, what were you doing for work?

20 A.  I was a welder at Bethlehem Steel shipyard.

21 Q.  In Boston, what were you doing for work?

22 A.  Welding, General Dynamics.

23 Q.  Do you remember when it was you moved to Boston?

24 A.  In 1971, I believe it was.

25 Q.  After you moved to Boston, did a time come when you began a

## R. Belfast, Sr. - Direct

1   relationship with someone?

2   A.   Yes, Bernice Yolanda Emmanuel.

3   Q.   And for the court reporter, Bernice is B-e-r-n-i-c-e?

4   A.   Yes, ma'am.

5   Q.   Yolanda spelled Y-o-l-a-n-d-a?

6   A.   Yes, ma'am.

7   Q.   And the last name Emmanuel, is that E-m-m-a-n-u-e-l?

8   A.   Yes, ma'am

9   Q.   Your relationship with Bernice Yolanda Emmanuel, did it

10  become serious after a time?

11  A.   Yes, it did, ma'am

12  Q.   What, if anything, did you do to bring that relationship to

13  its conclusion?

14  A.   We got married in 1983.

15  Q.   Mr. Belfast, when you got married in 1983, what, in fact,

16  was your marital status?

17  A.   I was still married to my ex.

18  Q.   You were still married to your ex?

19  A.   Yeah.

20  Q.   Were you actually living with or functioning in a marriage

21  with your ex?

22  A.   No, I was with Bernice.

23  Q.   What was the status of your marriage to your ex?

24  A.   I was in the process of going through a divorce.

25  Q.   Had you completed that process?  Had you begun that process

## R. Belfast, Sr. - Direct

1   when you married Bernice Yolanda Emmanuel?

2   A.   I did.

3   Q.   Excuse me?

4   A.   I did.

5   Q.   You did not?  Is that your answer, sir?

6   A.   No, I did.  The process was started.

7   Q.   At the time that you married Bernice Yolanda Emmanuel, tell

8   us whether or not she had children from any prior

9   relationships?

10   A.   She had two kids, Maesha and Charlie.

11   Q.   Was Maesha a boy or girl?

12   A.   Girl.

13   Q.   Was Charlie a boy or girl?

14   A.   Boy.

15   Q.   Which one was the oldest?

16   A.   Maesha.

17   Q.   With respect to Charlie, at the time you met and married

18   Bernice Yolanda Emmanuel, what was the full name for Charlie

19   that you knew?

20   A.   Charles McArthur Emmanuel.

21   Q.   After your marriage to Bernice Yolanda Emmanuel, where did

22   you live, sir, in what city?

23   A.   We lived in Boston and moved to Orlando, Florida.

24   Q.   After your marriage, who lived in your home?

25   A.   Charlie and Maesha.

**October 1, 2008**

## R. Belfast, Sr. - Direct

1  Q.   What about Bernice Yolanda Emmanuel?

2  A.   She was the mom

3  Q.   During this time period when you lived in Boston, did you

4  meet other members of Bernice Yolanda Emmanuel's family besides

5  her children?

6  A.   Yes, her mom and brother and dad.   We all close.

7  Q.   Did you have the opportunity to speak with these other

8  members of Bernice Yolanda Emmanuel's family?

9  A.   Yes, ma'am

10  Q.   Did you have conversations with Bernice Yolanda Emmanuel

11  about her family?

12  A.   Yes, ma'am

13  Q.   And did you learn from Bernice Yolanda Emmanuel where her

14  son, Charles McArthur Emmanuel, was born?

15  A.   Yes, as far as I understand, he was born in Boston.

16  Q.   In Boston, Massachusetts?

17  A.   Yes, ma'am

18  Q.   In the United States of America?

19  A.   Yes, ma'am

20          MS. ROCHLIN:   Your Honor, at this time may I approach

21  the witness?

22          THE COURT:   You may.

23  BY MS. ROCHLIN:

24  Q.   Mr. Belfast, having shown it to defense counsel, I am

25  showing you what is marked for identification as Government's

**October 1, 2008**

## R. Belfast, Sr. - Direct

1  Exhibit CE 5.

2   [Government Exhibit CE 5 marked for identification at 10:43

3                                    a.m]

4  BY MS. ROCHLIN:

5  Q.   When you've had a chance to look at that document,

6  Mr. Belfast, I'd like to ask you not if you've seen the exact

7  same document you're now holding, but if you've seen a version

8  of that document before today.

9  A.   I've seen another birth certificate of Charlie, but this

10  one looks a little different, just the place of birth.

11  Q.   All right.

12          Mr. Belfast, what I've shown you, for identification,

13  CE 5, is that a birth certificate?

14  A.   Yes, it's a birth certificate.

15  Q.   Whose birth certificate is it?

16  A.   It's Charlie's birth certificate, I believe.

17  Q.   Referring to Charles McArthur Emmanuel?

18  A.   Yes.

19  Q.   The birth certificate you're holding in your hands right

20  now, can you tell us whether or not there is a seal at the

21  bottom of that document?

22  A.   There is ma'am

23  Q.   If you put your finger on it, does the seal feel flat or is

24  it raised?

25  A.   It's raised.

**October 1, 2008**

# R. Belfast, Sr. - Direct

1  Q.   And at the bottom of the document that you have identified

2  as the birth certificate of Charles McArthur Emmanuel, does a

3  certification appear at the bottom of that document?

4  A.   Yes, ma'am

5          MS. ROCHLIN:   Your Honor, at this time the United

6  States would now move for the admission of CE 5.

7          MR. CARIDAD:   I have an objection.   Improper custodian

8  of records.

9          MS. ROCHLIN:   Your Honor, it's admissible under

10  803(9).   It's a self-authenticating public record.

11          THE COURT:   Overruled.

12     [Government Exhibit 5 received in evidence at 10:45 a.m]

13          MS. ROCHLIN:   I would ask the document be published on

14  the screen for the jury.

15          THE COURT:   You may.

16          AGENT BAECHTLE:   (Complied.)

17  BY MS. ROCHLIN:

18  Q.   Before today, Mr. Belfast, have you seen Charles McArthur

19  Emmanuel's birth certificate?

20  A.   Yes, I saw it.

21  Q.   And in the past when you saw Charles McArthur Emmanuel's

22  birth certificate, where was it?

23  A.   It was in Yolanda's possession.

24  Q.   Was it in Yolanda's possession in the home where the two of

25  you lived?

# R. Belfast, Sr. - Direct

1    A.    Yes, ma'am

2    Q.    And when you saw the birth certificate previously, did it

3    contain the same information concerning the birth place for

4    Charles McArthur Emmanuel?

5    A.    No, ma'am

6    Q.    In the document that you saw, what was the information on

7    the birth certificate for Charles McArthur Emmanuel relating to

8    place of birth?

9    A.    Boston.

10   Q.    And directing your attention to the upper left-hand portion

11   of the document --

12          I'll ask the agent to zoom in on the portion of the

13   document in the upper left-hand side.

14          AGENT BAECHTLE:    (Complied.)

15   BY MS. ROCHLIN:

16   Q.    Mr. Belfast, all the way on the left of the enlarged

17   portion if your moving vertically from top to bottom, do you

18   see letters that say "Child"?

19   A.    No, ma'am

20          MS. ROCHLIN:    Your Honor, if I may indicate on the

21   document?

22          THE COURT:    You may.

23          MS. ROCHLIN:    Actually, I'll ask the agent if he could

24   place a line by the letters on the far left-hand side on the

25   upper left portion of the document that has just been enlarged.

**October 1, 2008**

## R. Belfast, Sr. - Direct

1                AGENT BAECHTLE:   (Complied.)

2   BY MS. ROCHLIN:

3   Q.   Mr. Belfast, do you see the letters that say "Child"?

4   A.   Yes, ma'am

5                MS. ROCHLIN:   If we could take down the box.

6                AGENT BAECHTLE:   (Complied.)

7   BY MS. ROCHLIN:

8   Q.   Moving to the right of the letters that say "Child," does

9   the word "Boston" appear?

10  A.   Yes, ma'am

11  Q.   And above the word "Boston," does the word "Suffolk"

12  appear?

13  A.   Yes.

14  Q.   Does that refer to Suffolk County in the state of

15  Massachusetts?

16  A.   Massachusetts, yes, ma'am

17  Q.   Mr. Belfast, did you ever learn who was the biological

18  father of Charles McArthur Emmanuel?

19  A.   Charles Taylor.

20  Q.   Who did you learn that from?

21  A.   Yolanda.

22  Q.   Who did you understand Charles Taylor to be?

23  A.   The president of Liberia.

24  Q.   You told us, Mr. Belfast, after living in Boston you moved

25  to Orlando.   Is that correct?

**October 1, 2008**

## R. Belfast, Sr. - Direct

1    A.    Yes, ma'am

2    Q.    Were you referring to Orlando, Florida?

3    A.    Yes, ma'am

4    Q.    Did you move there with your family?

5    A.    Yes, ma'am

6    Q.    At that time, was your family Bernice Yolanda Emmanuel,

7    Maesha and Charles McArthur Emmanuel?

8    A.    Maesha stay back in Boston.   Just Yolanda, Charlie and

9    myself moved down here.

10   Q.    Can you explain the reason why you left Boston for Orlando,

11   Florida with Bernice Yolanda Emmanuel and Charles Emmanuel?

12   A.    She was afraid his father take him, so we tried to put some

13   distance between us and Charles.

14   Q.    In addition to moving from Boston to Orlando, Florida, did

15   you do anything else to put distance between Charles McArthur

16   Emmanuel and his biological father, Charles Taylor?

17   A.    Yeah, we changed his name to Roy Belfast.

18   Q.    And can you explain how it was that you changed the name to

19   Roy Belfast?

20   A.    We went to an attorney and have it legally done through the

21   Court of Orange County.

22   Q.    Orange County, Florida?

23   A.    Florida, yes.

24           MS. ROCHLIN:   Your Honor, may I again approach the

25   witness?

**October 1, 2008**

## R. Belfast, Sr. - Direct

1              THE COURT:   You may.

2    BY MS. ROCHLIN:

3    Q.   Mr. Belfast, having shown this defense counsel, I'm showing

4    you now what is marked for identification as Government's

5    Exhibit CE 3.

6      [Government Exhibit CE 3 marked for identification at 10:52

7                                a.m]

8    BY MS. ROCHLIN:

9    Q.   Do you see that document?

10   A.   Yes, ma'am

11   Q.   Does that appear to you to be a court document?

12   A.   It is.

13   Q.   And is that particular court document a final judgment of

14   change of name?

15   A.   Yes, ma'am

16   Q.   If you look at the bottom of that document, is there some

17   printed material stamped on the document in red ink?

18   A.   Yes, ma'am

19   Q.   Is that also a certificate of some kind?

20   A.   It's a stamp from the State of Florida, County of Orange.

21              MS. ROCHLIN:   Your Honor, at this time the United

22   States would move for the admission of Government's Exhibit CE

23   3.

24              MR. CARIDAD:   No objection.

25              THE COURT:   Admitted.

**October 1, 2008**

## R. Belfast, Sr. - Direct

1    [Government Exhibit CE 3 received in evidence at 10:52 a.m]

2         MS. ROCHLIN:   Your Honor, we would seek to have that

3    published on the screen.

4         THE COURT:   You may.

5         AGENT BAECHTLE:   (Complied.)

6    BY MS. ROCHLIN:

7    Q.   Mr. Belfast, is this the Court order changing the name of

8    Charles McArthur Emmanuel to Roy McArthur Belfast?

9    A.   Yes, ma'am

10   Q.   Did this result from your efforts you just mentioned to

11   change the name of the son of Bernice Yolanda Emmanuel?

12   A.   Yes, ma'am

13   Q.   Mr. Belfast, during the time when you were living with

14   Bernice Yolanda Emmanuel and her son, did you notice any change

15   in her attitude toward Charles Taylor, Sr., the biological

16   father of her son?

17        MR. CARIDAD:   Objection, Your Honor.   Relevance.

18        MS. ROCHLIN:   701, Your Honor, and I can proffer the

19   relevance at sidebar, if necessary.

20        THE COURT:   Overruled.

21   A.   When you say "change," could you explain that to me?

22   Q.   Mr. Belfast, you testified a few moments ago that Bernice

23   Yolanda Emmanuel was afraid Charles Taylor might take her son?

24   A.   Yes.

25   Q.   And during that time, how would you describe her attitude

**October 1, 2008**

**R. Belfast, Sr. - Direct**

1    towards Charlie Taylor, Sr.?

2              MR. CARIDAD:   Objection.   Request a sidebar.

3              THE COURT:   You may approach.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 1, 2008**

## R. Belfast, Sr. - Direct

1              [Proceedings at sidebar follow]:

2              MR. CARIDAD:  I don't what's coming.

3              MS. ROCHLIN:  Where I'm going with this, Judge, I'm

4    seeking to present from the witness the mother and the

5    defendant, her son, traveled.  I'd like to bring out based on

6    his observations the attitude was something where he was no

7    longer scared, but something positive.

8              MR. CARIDAD:  How is that relevant?

9              THE COURT:  Why the change of attitude?  He can

10   testify.

11             MS. ROCHLIN:  The witness has been instructed --

12             THE COURT:  Why don't you just establish what the

13   witness saw?

14             That's where you're going.  Right?

15             MS. ROCHLIN:  Essentially.

16

17

18

19

20

21

22

23

24

25

**October 1, 2008**

## R.  Belfast, Sr.  -  Direct

1        [Proceedings in open court follow]:

2   BY MS.  ROCHLIN:

3   Q.   Mr.  Belfast, let me ask the question this way:   Did the

4   time come when Bernice Yolanda Emmanuel went on a trip away

5   from home?

6   A.   Yes,  ma'am

7   Q.   And did she go with her son or without her son?

8   A.   She went with Charlie.

9   Q.   And when was that first trip, if you remember?

10  A.   I believe it was either '91 or '92.

11  Q.   And where was that trip to?

12  A.   Africa.

13  Q.   Did Bernice Yolanda Emmanuel and her son return to Orlando,

14  Florida from that trip?

15  A.   Yes,  ma'am

16  Q.   And was there another trip after that?

17  A.   Yes,  ma'am

18  Q.   When was the next trip?

19  A.   I believe it was in 1994.

20  Q.   And who went on that trip?

21  A.   Both Charlie and Yolanda.

22  Q.   And when you refer to Charlie, are you referring to Charles

23  McArthur Emmanuel, whose name was changed to Roy M Belfast,

24  Jr.?

25  A.   Yes,  ma'am

**October  1,  2008**

## R. Belfast, Sr. - Direct

1   Q.   Where did Bernice Yolanda Emmanuel and her son go in 1994?

2   A.   They went back to Africa.

3   Q.   Did you ever see Bernice Yolanda Emmanuel or her son after

4   that?

5   A.   Yes, I saw Bernice, but Charlie stayed.

6   Q.   Charlie stayed in Africa?

7   A.   Yeah.

8   Q.   Did you get any communication from Charlie once he was in

9   Africa?

10   A.   A couple of times.

11   Q.   And what form of communication was that?

12   A.   Just say "Hi."

13   Q.   By what means?

14   A.   Telephone.

15   Q.   And what was your understanding where Charlie was calling

16   you from when you received those calls?

17   A.   Liberia.

18   Q.   At any time from 1994 until today, have you seen Charlie?

19   A.   No, ma'am   I have seen him today in court, but prior to

20   that I haven't seen him before.

21   Q.   The individual you have referred to as Charlie or Charles

22   McArthur Emmanuel or Roy M Belfast, Jr., is he in court today?

23   A.   Yes, ma'am

24   Q.   Do you see him in court today?

25   A.   Yes, ma'am

## October 1, 2008

## R. Belfast, Sr. - Cross

1  Q.   Would you please point to him and tell us what he is

2  wearing?

3  A.   In the middle of the two gentlemen wearing a black suit.

4        MS. ROCHLIN:   For the record, Your Honor, indicating

5  the defendant.

6        THE COURT:   The record so reflects.

7        MS. ROCHLIN:   May I have just a moment, Your Honor?

8        THE COURT:   You may.

9        MS. ROCHLIN:   The United States tenders the witness.

10                    CROSS EXAMINATION

11  [Beginning at 11:01 a.m., 10/1/08.].

12  BY MR. CARIDAD:

13  Q.   Mr. Belfast, when did you first meet Charlie?

14  A.   In 1982.

15  Q.   How old was he then?

16  A.   Roughly five years old.

17  Q.   Did you call him Charlie or his mother called him Charlie?

18  A.   I called him Charlie and his mother called him Charlie.

19  Q.   What did he call you?

20  A.   Pops.   Roy became Pops.

21  Q.   How long did you live with him in Boston?

22  A.   I would say at least five years in Boston.

23  Q.   How many years did you live with him in Orlando?

24  A.   I would say another probably six years.

25  Q.   And it was his mother's idea to change his name to Roy

**October 1, 2008**

## R. Belfast, Sr. - Cross

1  Belfast?

2  A.   It was both of us idea, really.

3  Q.   After you changed his name to Roy Belfast, did you still

4  call him Charlie?

5  A.   Yeah, I still call him Charlie.

6  Q.   And was he okay with that, being his name changed to Roy

7  Belfast?

8  A.   It was no problem

9  Q.   I notice the birth certificate they showed you in court

10  today, it doesn't have the name of his father on it, does it?

11  A.   No, I didn't see any father's name.

12  Q.   Did you consider him your son?

13  A.   Yes, he was my son.   I considered him my son.

14        MR. CARIDAD:   Stand up, Mr. Emmanuel?

15        THE DEFENDANT:   (Complied.)

16  BY MR. CARIDAD:

17  Q.   This is the Charlie you're talking about?

18  A.   Yeah.

19        MR. CARIDAD:   Thank you.

20        No further questions.

21        MS. ROCHLIN:   No further questions.

22        THE COURT:   Thank you.

23        You are excused.

24         [The witness was excused at 11:03 a.m]

25        THE COURT:   Government's next witness.

**October 1, 2008**

## Turay - Direct

1          MS. ROCHLIN:   Your Honor, the United States calls

2     Momoh Turay.

3

4          MOMOH TURAY, RESPONDENTS' WITNESS, SWORN

5              DIRECT EXAMINATION

6     [Beginning at 11:04 a.m.]

7          THE COURT:   Please sit close to the microphone.   Thank

8     you.

9     BY MS. ROCHLIN:

10    Q.   Sir, let me ask you to say your full name out loud and to

11    spell your full name.

12    A.   My name is -- my name is Momoh M o-m o-h, Turay, T-u-r-a-y.

13    Q.   Mr. Turay, tell us what country you were born in?

14    A.   I was born in Sierra Leone.

15    Q.   Where is Sierra Leone?

16    A.   Sierra Leone is located in West Africa.

17    Q.   What other countries are near Sierra Leone?

18    A.   Pardon?

19    Q.   What other countries are near Sierra Leone?

20    A.   Liberia and Guinea.

21    Q.   Mr. Turay, where were you born in Sierra Leone?

22    A.   I was born in Kenema.

23    Q.   Where did you grow up?

24    A.   Kenema.

25    Q.   What part of Sierra Leone is Kenema located in?

**October 1, 2008**

## Turay - Direct

1  A.   Kenema is located in the eastern province of Sierra Leone.

2  Q.   How far did you get in school in Sierra Leone?

3  A.   I went to primary school for seven years and secondary

4  school for three years.

5  Q.   Did you get to complete secondary school?

6  A.   No.

7  Q.   Explain why you did not get to complete secondary school.

8  A.   Just because of the war in my country.

9  Q.   I'm sorry.  Go ahead.

10 A.   Because of the war in my country.  I could not finish the

11 education.

12 Q.   And what kind of war came to your country?

13 A.   A civil war.

14 Q.   How old were you when the war came to your country?

15 A.   I was 17-years-old.

16 Q.   When the war came to your country and you had to stop going

17 to school, what did you do?

18 A.   I was helping my mother doing business with her.

19 Q.   What kind of business did your mother have?

20 A.   She was having a shop selling clothes, food items,

21 cigarettes, candy shop and others.

22 Q.   And why did the war coming to Sierra Leone make you help

23 your mother in the shop?

24 A.   Because I cannot continue my education, so I was forced to

25 stop and start helping her.

**October 1, 2008**

## Turay - Direct

1   Q.   Now, did you have any work of your own or was your work

2   helping your mother in the shop?

3   A.   Just help my mother in the shop.

4   Q.   How long did that go on for, Mr. Turay?

5   A.   From '92 up to '97.

6   Q.   What happened in 1997?

7   A.   In '97 there was a fight that came to Kenema.  My father

8   was arrested and he was killed.  Our house was burned down, so

9   I was forced to move.

10  Q.   And where did you move from Kenema?

11  A.   I was living to my cousin's in a house in Kenema still

12  after our house was burned.

13  Q.   So you stayed in Kenema after your house was burned?

14  A.   Yes.

15  Q.   Mr. Turay, by the time your house was burned and you moved

16  to your cousin's house, were you married or were you single?

17  A.   I was engaged -- I was with someone.

18  Q.   The person you were with, was that your legal wife?

19  A.   Yes.

20  Q.   Do you remember, Mr. Turay, when it was that you got

21  married to your legal wife?

22  A.   It was -- we met '92 and we got married in '93, early '93.

23  Q.   After you moved to your cousin's house, were conditions in

24  Kenema the same, better or worse?

25  A.   Condition was worse.

**October 1, 2008**

## Turay - Direct

1   Q.   And for how long did conditions get worse, until when?

2   A.   I was living there for a couple of months and after early

3   '98, the condition become worse.  That leave me to left the

4   town.

5   Q.   What conditions were you talking about?  What was happening

6   that made you leave down?

7   A.   There was a militia group fighting against the Kamajors,

8   the AFRC junta that caused me to leave the town.

9   Q.   Was the fighting in your country between different groups?

10  A.   Yes.

11  Q.   You said the fighting in your country was a civil war.

12  Correct?

13  A.   Can you say that again?

14  Q.   The fighting in your country was a civil war.  Correct?

15  A.   Yes.

16  Q.   Was the Government of your country involved in the

17  fighting?

18  A.   Yes.

19  Q.   You mentioned a group called Kamajors.

20  A.   Yes.

21  Q.   Is that spelled K-a-m-a-j-o-r-s?

22  A.   Yes.

23  Q.   Mr. Turay, explain to us what were the Kamajors.

24  A.   The civil militia working with the present government at

25  that time.

## Turay - Direct

1  Q.   You mentioned another group, the AFRC junta.   Is that what

2  you said?

3  A.   AFRC junta.

4  Q.   The word you're putting after AFRC, is that spelled

5  j-u-n-t-a?

6  A.   Yes.

7  Q.   Which side was the AFRC on?

8  A.   The AFRC mixed with the rebel forces from RUF and the

9  government soldiers.

10  Q.   Since you mentioned it earlier, let me also ask you what

11  was the RUF?

12  A.   Revolutionary United Front.

13  Q.   And what kind of group was the Revolutionary United Front?

14  Which side was it on?

15  A.   They were the rebels.

16  Q.   The RUF was the rebels?

17  A.   Yes.

18  Q.   And in 1998, the fighting involving these groups caused you

19  to leave Kenema?

20  A.   Yes.

21  Q.   From Kenema, where did you go?

22  A.   I left Kenema for Daru.

23  Q.   Is that spelled D-a-r-u?

24  A.   Yes.

25  Q.   Did you stay in Daru?

## Turay - Direct

1  A.   I spent a night there.

2  Q.   After Daru where did you go?

3  A.   I went to Bomaru.

4  Q.   Is Bomaru spelled B-o-m-a-r-u?

5  A.   Yes.

6  Q.   Did you stay in Bomaru?

7  A.   I stayed there for two days.

8  Q.   After Bomaru, where did you go?

9  A.   I crossed the border to Liberia.

10  Q.   When you left Sierra Leone for Liberia, did you leave by

11  yourself or were there other people traveling with you?

12  A.   I leave with my younger brothers, two of my younger

13  brothers, and my cousins, three of my cousins.  Many of us were

14  leaving.

15  Q.   When you left to go to Liberia, where was your wife?

16  A.   She was in the city of Freetown.  She left me in Kenema and

17  went to her mother in Freetown and she couldn't -- the fight

18  break out and she couldn't make it back to me.

19  Q.   What did your mother do when you went from Sierra Leone to

20  Liberia?

21  A.   Well, my mother and my other sisters, they went to a place

22  during the war we call Sukan.  It was a hiding place in the

23  bush.

24  Q.   Can you spell the name of that place?

25  A.   Not really, but I guess it's S-u-k-a-n.

**October 1, 2008**

## Turay - Direct

1   Q.   Did you want to go to that hiding place in the bush or not?

2   A.   No.

3   Q.   Why not?

4   A.   Because it's not safe.

5   Q.   Did you disagree with your mother about that place?

6   A.   Yes.

7   Q.   Now, when you crossed the border into Liberia, where did

8   you go?

9   A.   I came to a small border town.   I don't know the name.

10  From there, I continued to Vahun.

11  Q.   Spelled V-a-h-u-n.

12  A.   Yes.

13  Q.   When you got to Vahun, what did you do?

14  A.   When I came to Vahun, I was registered.   The next morning I

15  registered to UNHCR.

16  Q.   When you registered at UNHCR, did you get anything?

17  A.   Yes.

18  Q.   What did you get?

19  A.   Supply from them

20  Q.   Did YOU get anything to document that you were a refugee?

21  A.   Yes, I did.

22  Q.   What did you get?

23  A.   I have a refugee identification.

24  Q.   Did your refugee identification have a number on it?

25  A.   Yes.

**October 1, 2008**

## Turay - Direct

1  Q.   Did it have your name on it?

2  A.   Yes.

3  Q.   Tell us, Mr. Turay, whether or not you stayed in Vahun.

4  A.   I stayed in Vahun for a couple of weeks.   From there, I

5  continued to Voinjama.

6  Q.   Is Voinjama spelled V-o-n-j-a-m-a?

7  A.   Say it again.

8  Q.   V-o-i-n-j-a-m-a?

9  A.   Not with the "I."   It's V-o-n-j-a-m-a.

10  Q.   Why did you go to Voinjama?

11  A.   Because Voinjama is a little bit far from the border town.

12  In Vahun, we're having threats from the security in Vahun and

13  from the rebels in Sierra Leone.   I decide to go far up from

14  the border town.

15         MS. ROCHLIN:   Could I ask at this time to bring up map

16  number 4, which is in evidence?

17         AGENT BAECHTLE:   (Complied).

18  BY MS. ROCHLIN:

19  Q.   Mr. Turay, do you see a map on the screen in front of you?

20  A.   Yes, I do.

21  Q.   And on that map, can you find Vahun?

22  A.   Let me look closer.   Yes.

23  Q.   Could you circle Vahun with your finger on the map?

24  A.   Yes.

25  Q.   And on the map, can you also find Voinjama?

**October 1, 2008**

## Turay - Direct

1   A.   Yes.

2   Q.   Can you touch Voinjama with your finger on the map on your

3   screen?

4   A.   Right here.

5           MS. ROCHLIN:   Your Honor, I apologize.   Once again,

6   I'm going to need some assistance on the screen.

7           MS. ROCHLIN:   Your Honor, may I ask Ms. Miller to

8   approach the witness' screen and see if she can adjust it?

9           THE COURT:   Certainly.

10          MS. HECK-MILLER:   Sorry, Your Honor.

11          MS. ROCHLIN:   Can we try again to bring up map number

12   4?

13          AGENT BAECHTLE:   (Complied).

14          MS. ROCHLIN:   Can I ask for the area with Vahun to be

15   enlarged?

16          AGENT BAECHTLE:   (Complied.)

17   BY MS. ROCHLIN:

18   Q.   Mr. Turay, let's try again.   Can you touch with your finger

19   where Vahun is located?

20   A.   Yes.

21   Q.   Not too hard.   Just enough to leave a mark.

22   A.   Okay.   There.

23   Q.   Can you try circling your screen?

24   A.   To touch Vahun?

25   Q.   Yes.

**October 1, 2008**

## Turay - Direct

1   A.   (Complied.)

2   Q.   Where the pink mark appears, is that where Vahun is

3   located?

4   A.   Yes.

5   Q.   Try and do the same thing next to Voinjama.

6   A.   Okay.   Yes.

7   Q.   Where the second pink mark appears towards the top of the

8   screen, is that where Voinjama is located?

9   A.   Yes.

10  Q.   What border is Voinjama next to?

11  A.   Voinjama is close to Guinea border.

12  Q.   And what border is Vahun closer to?

13  A.   To Sierra Leone border.

14  Q.   When you wanted to move further from the border, which

15  border did you want to get away from?

16  A.   From the Sierra Leonian border.

17  Q.   What year did you move to Voinjama, Mr. Turay?

18  A.   1998.

19  Q.   When you got to Voinjama, were you able to find work?

20  A.   Pardon?

21  Q.   Were you able to find work when you got to Voinjama?

22  A.   Yes.

23  Q.   What kind of work were you able to find?

24  A.   I was working at the World Food Program as security guard.

25  Q.   What's the World Food Program?  Can you explain what that

**October 1, 2008**

Turay - Direct

1   is?

2   A.   It's NGO that supplies food to refugees.

3   Q.   How long were you working and living in Voinjama, until

4   when?

5   A.   I was working with the WFP until the day they attack

6   Voinjama Town and that was 1999.

7   Q.   Do you remember what month there was an attack on Voinjama

8   Town?

9   A.   Yes.

10  Q.   What month?

11  A.   April, 1999.

12  Q.   Do you remember the date of the attack on Voinjama Town?

13  A.   No.

14  Q.   Is there a document or something I can show you that would

15  help you remember the exact date of the attack on Voinjama

16  Town?

17  A.   Yes.

18        MS. ROCHLIN:   May I approach the witness, Your Honor?

19        THE COURT:   You may.

20  BY MS. ROCHLIN:

21  Q.   Mr. Turay, do you recognize the document that I've just

22  handed you?

23  A.   Yes, I do.

24  Q.   Is that a two-page document?

25  A.   Yes.

October 1, 2008

## Turay - Direct

1   Q.   Is that a document that you wrote?

2   A.   Yes.

3   Q.   In fact, is that a letter that you wrote?

4   A.   Yes.

5   Q.   And without saying the date, just tell us in that letter,

6   among other things, do you mention the date of the attack on

7   Voinjama Town?

8   A.   Yes, I did.

9   Q.   Now, does looking at that letter help you remember the

10  exact date of the attack on Voinjama Town?

11  A.   Yes.

12  Q.   Before I ask you about that date, Mr. Turay, can you tell

13  us when was it that you wrote the letter?

14  A.   I wrote the letter in 2000.

15  Q.   In what month?

16  A.   November, the 5th of November, 2000.

17            MS. ROCHLIN:   May I again approach the witness, Your

18  Honor?

19            THE COURT:   You may.

20  BY MS. ROCHLIN:

21  Q.   Mr. Turay, having looked at the letter, has it refreshed

22  your memory?  Has it helped you remember when the attack on

23  Voinjama took place?

24  A.   Yes, I did.

25  Q.   What was that date?

**October 1, 2008**

## Turay - Direct

1  A.   The 21st April, 1999.

2  Q.   Now, from the time you got to Voinjama until April 21st of

3  1999, can you tell us whether or not there were other people

4  that you knew in Voinjama?

5  A.   Yes.

6  Q.   What other people did you know in Voinjama?

7  A.   At the time I was living in Voinjama, I knew Sierra Leonian

8  refugees, Liberians, some government troops, Liberian

9  government troops and rebels from Sierra Leone.

10  Q.   How big of a place is Voinjama?

11  A.   Voinjama is a big town.

12       MR. CARIDAD:   excuse me, Your Honor.  Can I have a

13  moment with the prosecution?

14       THE COURT:   You may.

15       MR. CARIDAD:   (Conferring with Ms. Rochlin.)

16  BY MS. ROCHLIN:

17  Q.   Who were some of the Sierra Leonian refugees that you knew

18  in Voinjama Town?

19  A.   I knew Foday, Sulaiman Jusu, Mmada, Isaatu and many others,

20  but I've forgotten their names.

21  Q.   Mr. Turay, is Foday spelled F-o-d-a-y?

22  A.   Yes.

23  Q.   Do you remember Foday's last name?

24  A.   Conteh.

25  Q.   Is Conteh spelled C-o-n-t-e?

## Turay - Direct

1   A.   "h."

2   Q.   C-o-n-t-e-h?

3   A.   Yes.

4   Q.   Had you mentioned Isaatu?

5   A.   Yes.

6   Q.   Is Isaatu spelled I-s-a-a-t-u?

7   A.   Yes.

8   Q.   Did you know Isaatu by any other name?

9   A.   Yes, Sao.

10  Q.   And is that spelled S-a-u?

11  A.   S-a-o, yes.

12  Q.   Was Isaatu or Sao a single woman or a married woman?

13  A.   She was married.

14  Q.   Who was she married to?

15  A.   To Sulaiman Jusu.

16  Q.   Is Sulaiman Jusu spelled S-u-l-a-i-m-a-n J-u-s-u?

17  A.   Yes.

18  Q.   You mentioned named Mhada?

19  A.   Yes.

20  Q.   Is Mhada spelled M a-a-d-a?

21  A.   Correct.

22  Q.   Do you know Mhada's last name?

23  A.   Jusu.

24  Q.   What, if any, relationship was there between Mhada Jusu and

25  Sulaiman Jusu?

## Turay - Direct

1   A.   They are brothers.

2   Q.   You also mentioned somebody named Conteh.   Is that correct?

3   A.   Yes.

4   Q.   Is that the same as Foday Conteh?

5   A.   Albert and Abdul Cole, that I didn't mention.

6   Q.   Do you know Albert's last name?

7   A.   No.

8   Q.   Abdul Cole, is that A-b-d-u-l C-o-l-e?

9   A.   Yes.

10  Q.   What happened, Mr. Turay, in April of 1999 that made you

11  leave Voinjama?

12  A.   It was around 4:00 in the morning, getting to 5:00.   There

13  was an attack in Voinjama, gunshot.   So I get up that morning

14  and move straight to WFP office.

15  Q.   And what was it that woke you up that morning?   What did

16  you hear?

17  A.   Gunshot.

18  Q.   And when you heard the gunshots, why did you decide to go

19  to the WFP office?

20  A.   Because it was very safer there for me.

21  Q.   Why did you feel safe there?

22  A.   Because an NGO office and there are NGO people working

23  there, so it let me to go there.

24  Q.   Were you the only person that went to the WFP office once

25  the sound of gunshots was heard?

**October 1, 2008**

## Turay - Direct

1   A.   No.

2   Q.   Who else did you see going to the WFP office?

3   A.   Many, many people went there.   Half of the town went to

4   WFP.

5   Q.   When you got to the WFP office, what happened?

6   A.   Well, in the morning after the place was bright by 9:00 to

7   10:00, we load in the trucks.   There were many trucks from

8   Monrovia that came with supply and the other office cars.   So

9   everybody was in that, in those trucks, and moved direct to

10  Monrovia.

11  Q.   What kind of trucks are we talking about, Mr. Turay?   What

12  kind of trucks are you talking about?

13  A.   I don't know the name of the truck now, but it's a 10-wheel

14  truck.

15  Q.   10-wheeled trucks?

16  A.   Yes.

17  Q.   Did you get on one of these trucks?

18  A.   Yes, I did.

19  Q.   Who got on the truck with you?

20  A.   Many others.   The trucks was full.   Many other Sierra

21  Leonians and Liberians.

22  Q.   When you went to the WFP office, did you go there alone or

23  were you going as part of a group?

24  A.   I went there as part of a group.

25  Q.   Who was in your group?

**October 1, 2008**

## Turay - Direct

1  A.    There were many people in the group.    The place was dark,

2  so I could not recognize anyone.    Everyone was running towards

3  the WFP.

4  Q.    Mr. Turay, did you have family in Voinjama?

5  A.    At that moment I was just there alone with one of my

6  cousin.    The other family members already move to the city

7  before.

8  Q.    What city did your other family move to?

9  A.    To Monrovia.

10 Q.    When you went to WFP, was your cousin with you or not?

11 A.    He was there.

12 Q.    And were you able to get on one of the trucks?

13 A.    No, we get on different trucks.

14 Q.    After you got on your truck, what happened?

15 A.    We head towards Monrovia.

16 Q.    And did you make it all the way to Monrovia?

17 A.    No.

18 Q.    Where did your truck go?    How far?

19 A.    First, we came to a town called Zorzor.

20 Q.    And when the truck came to Zorzor, did it keep going on?

21 Did it stop for a while?

22 A.    It stopped.    We pass the night there and the following day,

23 we continue.

24 Q.    And the following day, how far did the truck get that you

25 were on?

**October 1, 2008**

## Turay - Direct

1   A.   We came all the way to a bridge, St. Paul Bridge.   There we

2   met a checkpoint.   There my journey stop.   Arrested at that

3   bridge.

4   Q.   The checkpoint you're referring to, is that near any city

5   or town in Liberia?

6   A.   Well, that was my first time of travel with that road, so I

7   don't know whether it was closer to any town or county, but

8   after the checkpoint, the big town is Gbarnga.

9   Q.   What did you have to cross before getting to the

10  checkpoint?

11  A.   Bridge.

12  Q.   Did you know the name of the river that the bridge crossed?

13  A.   Yes, St. Paul Bridge.

14  Q.   St. Paul was the name of the river?

15  A.   Yes.

16  Q.   As well as the bridge?

17  A.   Yes.

18  Q.   When the truck that you were in got to the checkpoint, what

19  happened, Mr. Turay?

20  A.   We came to the checkpoint.   All the other trucks were

21  parking there.   From there, the drivers went to talk with the

22  securities and one of the other security that I learn they are

23  called the ATU called me to come down off the truck.

24  Q.   Were you the only person called to come down from the

25  truck?

## Turay - Direct

1    A.   At that -- yes.

2    Q.   And either before or after you were called down from the

3    truck, was anybody else called down from the truck?

4    A.   There were other people that they put down from the truck.

5    Q.   What kind of people were put down from the trucks?

6    A.   They were also Sierra Leonian refugees.

7    Q.   And the refugees that were put down from the trucks, were

8    they men?  Were they women or both?

9    A.   They were men.

10   Q.   When you were called down from the truck, what did you see

11   at the checkpoint?

12   A.   Pardon?

13   Q.   When you were called down from the truck --

14   A.   Yes.

15   Q.   -- what did you see going on at the checkpoint?

16   A.   There was many activities.  There were grown men, security

17   men going up and down.  There were men, civilians, drivers,

18   talking to the securities for the way to continue.

19   Q.   What were the civilians doing that you saw when you saw

20   them at the checkpoint?

21   A.   Some of them were in the truck and some of them were with

22   securities.

23   Q.   When you got down from the truck, what kind of security men

24   did you see?

25   A.   The ATUs.

**October 1, 2008**

## Turay - Direct

1  Q.   And how did you know that the security men were ATU?

2  A.   I learn that they were ATU after I was taken to prison in

3  Monrovia.

4  Q.   When you saw security at the checkpoint, was the security

5  in uniform or not?

6  A.   Yes, they were in uniform

7  Q.   And the security that you saw, were they all in the same

8  uniform or did you see different uniforms?

9  A.   They were in different uniforms.

10  Q.   What kind of different uniforms did you see?

11  A.   There were some in American camouflage.  Some were in a

12  desert uniform, the AFL, and the SODs were wearing black, black

13  uniform, and you have the SSS, and I don't know how to describe

14  that uniform, but if I see it, I can recognize it.

15  Q.   When you talk about American camouflage, what do you mean,

16  Mr. Turay?

17  A.   It's a combat.

18  Q.   A combat?

19  A.   Yeah.

20  Q.   What color?

21  A.   It's just you always see on American soldiers.

22  Q.   After you got down from the truck and you saw the different

23  types of security, what happened to you, Mr. Turay?

24  A.   I was called by the ATUs and they asked me where am I from

25  Q.   Did you tell them?

**October 1, 2008**

## Turay - Direct

1   A.   Yes, I did.

2   Q.   What did you tell them?

3   A.   I told them, I said "I'm a refugee."

4   Q.   Did you tell them where you were a refugee from?

5   A.   I told them I was a refugee from Sierra Leone.  I was

6   residing in Voinjama.

7   Q.   What else happened?

8   A.   They asked me if I have any document with me.

9   Q.   What did you tell them?

10  A.   I told them "Yes, I have a document."

11  Q.   And did you show them the document?

12  A.   Yes.

13  Q.   What document did you show them?

14  A.   I was having my refugee identification and I was working

15  with the WFP and I have my badge, WFP, UNHCR, and I have other

16  papers in my pocket, too.

17  Q.   When you showed your WFP badge and your refugee card and

18  your documents to the security --

19  A.   Yes.

20  Q.   -- what happened, Mr. Turay?

21  A.   Then they asked me if I have any other objects or anything

22  in my pocket.  I said "Yes."  They asked me to take it out.  I

23  did as they said.

24  Q.   What other objects were in your pockets?

25  A.   I was having money in my pocket and I have cigarette.

**October 1, 2008**

## Turay - Direct

1  Those were the things I have in my pocket.

2  Q.   What happened when you took your money and your cigarettes

3  out of your pocket?

4  A.   I give it to them and they asked me to take off my shirt.

5  Q.   Did you take off your shirt, Mr. Turay?

6  A.   Yes, I did.

7  Q.   What else happened to you?

8  A.   After I took off my shirt, they asked me to take off my

9  boots.

10  Q.   Did you take off your boots?

11  A.   Yes, I did.

12  Q.   What happened then?

13  A.   Then after they asked me to took off my trouser.   Then I

14  did.

15  Q.   And when you took off your trousers, what happened then?

16  A.   I was still having another trousers on and they asked me to

17  took that one off and I did also.

18  Q.   Then what happened, Mr. Turay?

19  A.   I was in a T-shirt.   They ask me to took it.   I did also.

20  Q.   Did you take off all of your clothes or did they leave you

21  wearing something?

22  A.   I was just with my pants.

23  Q.   And after you took your clothes off, what happened?

24  A.   I was with them   They were going with me up and down the

25  checkpoint.   After one of the Immigrations who were working at

**October 1, 2008**

## Turay - Direct

1  the checkpoint go and interrogate me.

2  Q.   Were you questioned?

3  A.   Yes.

4  Q.   What kind of questions were you asked?

5  A.   They asked me where am I from  I explained to them  I

6  said "I'm a refugee.  I was residing Voinjama.  I was working

7     there."  So they ask some drivers and some other Liberian

8  citizens.

9  Q.   When the Immigration people went to talk to the drivers --

10  A.   Yes.

11  Q.   -- did you think that was going to finish their questioning

12  of you?

13  A.   Yes, because they release me.

14  Q.   And what happened when you were released?

15  A.   I was called again by this ATU guys.

16  Q.   And when the ATU guys called you back, what happened?

17  A.   They asked me who gave me my belongings.  I said "The

18     Immigration."

19        Then they arrest me again.  They say I have to be --

20  again, they took everything from me again.

21  Q.   Did the ATU men who called you back ask you any other

22  questions?

23  A.   They just say they don't believe me.  They didn't trust me.

24  Q.   They didn't believe you about what, Mr. Turay?

25  A.   They say I'm one of the guys who attacked Voinjama and

**October 1, 2008**

## Turay - Direct

1    tried to make my way to Monrovia.

2    Q.   Mr. Turay, did you participate in the attack on Voinjama on

3    April 21st, 1999?

4    A.   No.

5    Q.   Mr. Turay, at any time up until April 21st of 1999 had you

6    ever been a soldier?

7    A.   No.

8    Q.   When the ATU men called you back and took your belongings,

9    what happened then?

10   A.   I was at the checkpoint.   They went up and down and from

11   there they go and put me with the other guys who they arrested

12   who were sitting down, and from there we saw -- after the

13   trucks leave, all the womens and the trucks left the

14   checkpoint, after some couple of minutes or hour, we saw two

15   pickup van that came through Monrovia, from Monrovia.

16   Q.   You saw -- I'm sorry -- two --

17   A.   Pickup vans.

18   Q.   -- pickup vans?

19   A.   Yes.

20   Q.   What kind of pickup vans?

21   A.   One was a Land Rover Discovery and Toyota Hilux.

22   Q.   Toyota?

23   A.   Yes.

24   Q.   And the --

25   A.   Hilux.

**October 1, 2008**

## Turay - Direct

1  Q.   Were they civilian vehicles or military vehicles?

2  A.   Military vehicles.

3  Q.   How could you tell they were military vehicles?

4  A.   Because all the people on the trucks were wearing combats

5  and arms.

6  Q.   Mr. Turay, when you saw these vehicles arrive, were you

7  alone or with other people?

8  A.   I was with other people.

9  Q.   Do you remember how many people you were with?

10  A.   We were many in that group.

11  Q.   Can you tell --

12  A.   I don't remember exact how many of us was sitting in that

13  group, but we were many.

14  Q.   In the group where you were sitting, did you know any of

15  the other men in that group?

16  A.   Yes.

17  Q.   Who were some of the other men that you knew?

18  A.   Sulaiman was there.  Conteh was there.  Abdul Cole was

19  there.  Albert was there and I, myself, was in the group and

20  others which I don't know their names.

21  Q.   Now, when you say "Albert was there," is that the same

22  Albert that you knew from Voinjama?

23  A.   Yes.

24  Q.   When you say "Abdul Cole was there," is that the same Abdul

25  Cole you knew from Voinjama?

## Turay - Direct

1    A.    Yes.

2    Q.    When you say "Sulaiman was there," is that the same

3    Sulaiman you knew from Voinjama?

4    A.    Yes.

5    Q.    The other name that you mentioned, was that Conteh?

6    A.    Yes.

7    Q.    Was that the same Conteh you knew from Voinjama?

8    A.    Yes.

9    Q.    As you were in this group and you saw the two vehicles

10   arrive?

11   A.    Yes.

12   Q.    What did you see then, Mr. Turay?

13   A.    After the two vehicles arrive, I saw Chuckie with the other

14   security came across the street where we were sitting down.

15   Q.    Now, this person that you referred to as Chuckie, before

16   that day, had you ever seen him before?

17   A.    Yes.

18   Q.    Where had you seen Chuckie before?

19   A.    I saw him in Voinjama in two occasions.

20   Q.    And when were the two occasions that you had seen Chuckie

21   in Voinjama?

22   A.    I don't remember exactly the month or dates, but he was in

23   Voinjama in two occasions.

24   Q.    And on those two occasions, how did you know it was Chuckie

25   you were seeing?

**October 1, 2008**

## Turay - Direct

1  A.  Well, a rebel commander from Sierra Leone was with him and

2  he invite us on a meeting.  We all went and Chuckie was there

3  and present.

4  Q.  Who was the rebel commander in Voinjama?

5  A.  He came from Sierra Leone.  His name is Victor.

6  Q.  When Victor invited you to a meeting, what was the purpose

7  of the meeting?

8  A.  The purpose was that they needed manpower to go to Sierra

9  Leone to go and fight and will be reward, $500, if you accept

10  to go.

11  Q.  At this meeting, did you agree to go and fight in Sierra

12  Leone for $500?

13  A.  No, I didn't agree.

14  Q.  And besides Victor, who did you see at this meeting?

15  A.  Chuckie was there and other RUF members and other ATU

16  soldiers.

17  Q.  Turning your attention back to the checkpoint, Mr. Turay,

18  when you saw the vehicles arrive with Chuckie, were these

19  vehicles open or closed?

20  A.  The vehicle were open.

21  Q.  And did you see what Chuckie was wearing?

22  A.  Yes.

23  Q.  What was Chuckie wearing?

24  A.  He was wearing camouflage.

25  Q.  The men who were with him, what were they wearing?

**October 1, 2008**

## Turay - Direct

1  A.   They, too, were wearing camouflage.

2  Q.   Did you see Chuckie in the vehicle or after he got out?

3  A.   After he got out.

4  Q.   And when this vehicle appeared and Chuckie got out, what

5  reaction did you observe in the people at the checkpoint?

6  A.   Everyone on the checkpoint was very concerned at his

7  presence.  Everyone was looking.  The other securities -- I

8  mean, the AFL, the ATU and the Immigration people were

9  concerned.

10 Q.   When you saw Chuckie arrive, what did you do then?

11 A.   After he arrive, he came across the street to where we were

12 sitting down and he came and stand in front of us.  Then he

13 start to ask if we are the rebels that came to Voinjama to

14 attack the town or if we are the Sierra Leone Kamajors sent to

15 fight his father's government.

16 Q.   When Chuckie asked those questions, if you were Kamajors

17 sent to fight his father's government or if you were rebels who

18 attacked Voinjama, did you give an answer, Mr. Turay?

19 A.   No.

20 Q.   Why not?

21 A.   Because I was afraid.

22 Q.   Did other people in your group give answers?

23 A.   No.

24 Q.   What happened then?

25 A.   After we were silent, then Chuckie point at three of the

**October 1, 2008**

## Turay - Direct

1   guys sitting in the group.   Then other Demon guy took these

2   three guys out of the group.

3   Q.   Now, let me ask you, Mr. Turay, when Chuckie pointed at the

4   men -- how many did he point at again?

5   A.   Three of them

6   Q.   And when these men were taken from the group, where were

7   they taken?

8   A.   They were taken maybe just about 5 or 10 meters from where

9   we were sitting, right close to us.

10  Q.   When the three men were taken from the group, could you see

11  them in the place they were taken to?

12  A.   Yes.

13  Q.   Could you see Chuckie in the place where they were taken

14  to?

15  A.   Yes.   Excuse me.   Can I drink a cup of water?

16  Q.   Do you need a cup, Mr. Turay?

17  A.   Yes.

18  Q.   Do you need more water, Mr. Turay, or can I ask you more

19  questions?

20  A.   You can continue.

21  Q.   Mr. Turay, after you saw the three men taken away, tell us

22  what you saw next?

23  A.   Well, after the three mens were taken from the group,

24  Chuckie was facing us trying to talk, but no one could answer

25  in the group.   He turn his back.   He was having a pistol in his

## Turay - Direct

1   hand.   Then from there, he shot these three guys right in the

2   head in front of us.

3   Q.   When Chuckie pointed at the three men, did you know any of

4   those three men, Mr. Turay?

5   A.   Yes.   One of them was Albert.

6   Q.   Did you see Chuckie shoot Albert?

7   A.   Yes.

8   Q.   Where?

9   A.   In the head.

10   Q.   What happened when Chuckie shot Albert in the head?

11   A.   After he shot them, he turned again to us.   He said next

12   would be our turn.

13   Q.   Mr. Turay, when Chuckie shot Albert in the head, did Albert

14   survive that shot?

15   A.   No.

16   Q.   When Chuckie shot the next man in the head, did the next

17   man survive the shot?

18   A.   No.

19   Q.   When Chuckie shot the man after that in the head, did that

20   man survive?

21   A.   No.

22   Q.   When you saw Chuckie shoot these men, how did you feel?

23   A.   I was just thinking of my own life, what is going to happen

24   to me later.

25   Q.   Mr. Turay, after you saw Chuckie shoot the three men, what

## Turay - Direct

1  did Chuckie do next?

2  A.   Gave orders to his men to take them away.

3  Q.   Did you see Chuckie's men take the bodies away?

4  A.   Yes.

5  Q.   Mr. Turay, did you see those bodies again?

6  A.   No.

7  Q.   Did you see where the bodies were taken?

8  A.   They drag them towards the bridge and after we just saw the

9  heads.

10  Q.   When you saw the heads, were the heads still attached to

11  the rest of the bodies?

12  A.   No.

13  Q.   Where did you see the heads?

14  A.   The heads were at the checkpoint.  They put the heads right

15  to the checkpoint, two of the heads.

16  Q.   And can you describe what the checkpoint was?  What did the

17  checkpoint itself look like?

18  A.   The checkpoint was something across the street and they had

19  some rope where you can put stick down and the stick go up.

20  There are two sticks there at the checkpoint, one here, one

21  here, and there's another one here.

22  Q.   So were there two sticks on either side of the road?

23  A.   Yes.

24  Q.   And another going across?

25  A.   Yes.

**October 1, 2008**

## Turay - Direct

1  Q.   And the heads that you saw on the checkpoint, where were

2  they placed?

3  A.   They were placed at the top of the sticks of the

4  checkpoint, at the top of it.

5  Q.   Did you see the third head?

6  A.   No.

7  Q.   Do you know where that one went?

8  A.   I don't know.

9  Q.   What did Chuckie say after the men were shot?

10  A.   He said next would be our turn.

11  Q.   And after Chuckie said it would be your turn next, what

12  happened then?

13  A.   After he pass the order for the guys to take the three dead

14  from there, they took them outside.   They went and join the

15  cars and drive off.

16  Q.   What happened to you then, Mr. Turay?

17  A.   After they went, they took us to a small cell.

18  Q.   Where was the small cell?

19  A.   Across the other part of the checkpoint.

20  Q.   Mr. Turay, do you remember how long you were in the small

21  cell?

22  A.   I was there a couple of hours until in the night when they

23  came and took me from there.

24  Q.   Who came there and took you from the small cell?

25  A.   Well, it was in the night and when they came in there was a

**October 1, 2008**

## Turay - Direct

1   bright torch light in my face.  I could not see until I came to

2   Gbarnga.   When they brought me to Gbarnga, I saw Chuckie and

3   Compari with another ATU members.

4   Q.   When you came out of the small cell at the checkpoint --

5   A.   Yes.

6   Q.   -- apart from the security men, were you alone or were

7   there other people with you?

8   A.   They brought me out with other people.

9   Q.   Who were those other people?

10  A.   Conteh, Sulaiman, Abdul Cole.

11  Q.   When you were brought out of the cell, what happened to

12  you, Mr. Turay?

13  A.   When they brought me out of the cell, they forced me to the

14  ground.   They were beating me with weapons, kicking me with

15  their boots.   After that, they tied my hand.   They tied my face

16  and they put me in the truck.

17  Q.   Mr. Turay, let me ask you how did they tie your hands when

18  they tied you?

19  A.   They tabied me.   They put my two arms.   They put it at the

20  back like this.   They tie it and my face was blindfold also

21  with a piece of cloth.

22  Q.   So when you were tied in this manner, describe the position

23  of your elbows.

24  A.   My elbows were together and I feel like my chest was going

25  to open.   I was feeling pain at that moment.

**October 1, 2008**

## Turay - Direct

1  Q.    Do you know what your arms were tied with?

2  A.    Yes.   It was a plastic handcuff like the cops use.

3  Q.    Now, you may have said pit, but is there a name for the way

4  in which you were tied?

5  A.    Yes.

6  Q.    What is that name?

7  A.    Tabie.

8  Q.    When you were first taken from the cell and you were beaten

9  and tied, were you able to see what was happening to anybody

10  else?

11  A.    No.   Everybody else was cry just like me.

12  Q.    And please correct me if I'm wrong, Mr. Turay, but I

13  believe you said that you were also blindfolded?

14  A.    Yes.

15  Q.    And once you were blindfolded, where were you put?

16  A.    I was put in the pickup van.

17  Q.    And could you tell whether or not you were put in the

18  pickup van by yourself or with others?

19  A.    I was put in the pickup van with the others.

20  Q.    How did you know, if you were blindfolded, that there were

21  others with you in the pickup van?

22  A.    We were hitting ourself with our body and everybody was cry

23  in that pickup van.

24  Q.    When you were put in the pickup van, was it moving or

25  still?

### October 1, 2008

## Turay - Direct

1    A.    After they put us in the pickup van, they drove direct from

2    there.

3    Q.    And do you remember how long the pickup van was driving?

4    A.    I don't remember exact how long, but it took some time

5    before we came to Gbarnga.

6    Q.    What did it feel like when you were tied in the pickup van?

7    A.    It was painful.   At the same time we were having punishment

8    in that van.   They were hitting us with their weapons.   When

9    you shout, when you cry, they hit you with their boots, step

10   their foot on us.   It was very painful.

11   Q.    Eventually, did the pickup van come to a stop?

12   A.    Yes.

13   Q.    What happened when the vehicle stopped?

14   A.    When the pickup van come to a stop, they took us out from

15   the van and they took the cloth from our eyes.

16   Q.    And when the cloth was taken from your eyes, could you tell

17   where you were?

18   A.    We were in the police station.

19   Q.    How did you know you were at the police station?

20   A.    Because I saw uniform mans and the uniform they are wearing

21   was the SOD.   So they were the police.   So I knew it was the

22   police station.

23   Q.    What happened to you when you got to the police station?

24   A.    It was another terrible thing.   I was punished, beaten by

25   these police, the ATU guys, with sticks, weapons until I have

**October 1, 2008**

**Turay - Direct**

1  to shit on myself before everybody could stop beating me.

2  Q.   Mr. Turay, at this time were you able to see what was

3  happening to the other people in the pickup van?

4  A.   They took all of us to the police station.   All of us were

5  beaten there at the same time.

6  Q.   After you were beaten at the police station, where were you

7  put?

8  A.   I was put in the cell.

9  Q.   And did a time come when you left the cell?

10  A.   Yes, after two days in the cell.

11  Q.   And after two days in the cell, explain how you were taken

12  out of the cell.

13  A.   After two days in the cell, one night I was in the cell.   I

14  heard my name and Sulaiman and Conteh and Abdul Cole.   They

15  took us out again.   We met the other guys with Compari, with

16  the other Demon soldiers.

17         Then Chuckie pass order for them to tie us.   They tied

18  us.   The guy who tied me, he didn't tie me well.   Chuckie

19  became very mad.   Then he came.   He step on my back like this.

20  He take another plastic.   He put it on my hand.   He put it

21  stepping on my back.   They tied our face.   We didn't know where

22  they took us.   Then they drive us from there.

23         We come to a stop.   We were in the forest.

24  Q.   When the truck came to a stop --

25  A.   Yes.

**October 1, 2008**

## Turay - Direct

1   Q.   -- did you stay in the truck or get out of the truck?

2   A.   They pulled us out of the truck.

3   Q.   When you were pulled out of the truck, were you

4   blindfolded?

5   A.   Yes.

6   Q.   Did the blindfold stay on your face?

7   A.   When we came out of the truck, we were blindfolded until we

8   came to a place where they stopped with us.   We were talking.

9   They stopped with us and take the blindfold from our face.

10  Q.   When the blindfolds were taken from your face, who did you

11  see at this place where the truck came to a stop?

12  A.   Chuckie was there.   Compari was there with another Demon

13  soldiers.

14  Q.   Were you able to see who else arrived with you on the

15  truck?

16  A.   Sulaiman was there.   Conteh was there and Abdul Cole also

17  was there.

18  Q.   When you got to this place where the truck stopped, was it

19  light out or was it dark out?

20  A.   Pardon?

21  Q.   When you got to the place where the truck came to a stop,

22  was it light out or was it dark?

23  A.   It was dark.

24  Q.   Were you able to see who was there?

25  A.   Yes, because they were having torch lights.

**October 1, 2008**

## Turay - Direct

1    Q.   And what kind of place were you in at that moment?

2    A.   It was in the forest.

3    Q.   When you came to this place, what happened?

4    A.   When we came there, they took the cloth from our eyes.

5    Then Chuckie tell Compari to take care of us.   Then he went.

6    Q.   And after Chuckie told Compari to take care of you, what

7    happened?

8    A.   Then Compari came in front of us.   He was having -- he told

9    us if we don't want to say the truth, he tell the other Demon

10   guys to take us to the hole and put us in the hole.

11   Q.   What happened?  What happened, Mr. Turay?

12   A.   Then these Demon guys took us walk about 50 meters.  We

13   pass a swamp.  We walk in water, a small swamp, and from there

14   they open a hole.  They put me in there and the other guys,

15   they put them in different holes.

16   Q.   Mr. Turay, can you please describe the hole that you were

17   put in?

18   A.   It was a pit, cement, cement, mixed cement and sand, and

19   there was dead water in there.   There was water there.   There

20   was skeleton, bones and the water was very smelly.

21   Q.   How deep was this pit that you were put in?

22   A.   If I sit in the pit, I sit like this.   If I raise my head

23   like this, they have barbwire and other things.   I sit in the

24   hole.   If you spread your foot like this, it's in the water.

25            MS. ROCHLIN:   For the record, Your Honor, can the

**October 1, 2008**

## Turay - Direct

1  record indicate the witness is sitting in like a hunched

2  position?

3           THE COURT:   The record so reflects.

4  BY MS. ROCHLIN:

5  Q.   Mr. Turay, I'm going to ask you, with the Court's

6  permission, to stand up and come to the front of the witness

7  box.

8  A.   (Complied.)

9  Q.   And from where you are now, can you show us your position

10  when you were in the pit?

11  A.   When you sit in the pit, you sit like this, like this.   You

12  sit like this.   When you raise your head, there are barbwire.

13  If you raise up your head like this, you hit your head with

14  barbwire.   When you sit like this, all your feet is going to be

15  in the water, so you always sit like this.

16  Q.   Just a moment, Mr. Turay.

17           MS. ROCHLIN:   Your Honor, when the witness says "sit

18  like this," may the record reflect he's sitting on the floor,

19  his knees are bent, his feet are flat and his arms are grasped

20  around his knees and his head is slightly down?

21           THE COURT:   The record so reflects.

22  BY MS. ROCHLIN:

23  Q.   Mr. Turay, for a moment you were demonstrating a position

24  with your legs extended straight.   When your legs were extended

25  straight, what was it like in the pit?

**October 1, 2008**

## Turay - Direct

1  A.    There's water in the pit.   All of this was in the water

2  when you sit like this.

3  Q.   Were you able to sit with your legs straight if you chose

4  to?

5  A.   If you chose to put it in the dirty water, yeah, you can

6  sit.

7  Q.   And let me ask you to return to the witness chair,

8  Mr. Turay.

9  A.   (Complied.)

10  Q.   Were you able to sit in the pit with your head straight up?

11  A.   Pardon?

12  Q.   Were you able to sit in the pit with your head straight up?

13  A.   No.

14  Q.   What would happen to your head if you put it straight up?

15  A.   If you put your head straight up, you hit the barbwire,

16  iron rod and around it the barbwire.   If you sit up straight,

17  your head would hit the barbwires and it would juke your head.

18  Q.   When you arrived at this place, Mr. Turay, and you were

19  placed in the hole, were you put in a hole by yourself or with

20  anybody else?

21  A.   I was by myself.

22  Q.   And did you see what happened to Sulaiman Jusu when you

23  were put in the hole?

24  A.   I didn't see what happened to him, but he was put in a

25  hole.   I can heard him crying or shouting.

**October 1, 2008**

## Turay - Direct

1  Q.   And were you able to tell whether Foday Conteh was placed

2  in a follow?

3  A.   Yes, he was placed in a hole, too.

4  Q.   How did you know that?

5  A.   I heard him also crying and shouting also.

6  Q.   Were you able to tell if Abdul Cole was placed in a hole?

7  A.   Yes.

8  Q.   How were you able to tell?

9  A.   The same way.   I can heard him

10  Q.   Once you were placed in the hole, Mr. Turay, how long did

11  you stay there?

12  A.   I stay in that hole for two days and two nights without

13  going out.

14  Q.   The first night you were in the hole --

15  A.   Yes

16  Q.   -- did anything happen to you?

17  A.   Yes.

18  Q.   What happened to you the first night you were in the hole?

19  A.   I was punished by the security guards who were there with

20  their weapons.   They tied my hand up like this.

21        MS. ROCHLIN:   Your Honor, may the record indicate the

22  witness is holding his hands above his head with his elbows

23  bent?

24        THE COURT:   The record reflects.

25  A.   My arm was tied.   They used to hit my hand.   Their boots

**October 1, 2008**

## Turay - Direct

1   step on it and stab us with their weapons, hit us.   Sometime

2   they took the weapon and say they going to fire at me in that

3   hole.   So many punishments in it.

4   Q.   The first night you were in the hole, who was punishing

5   you?

6   A.   The Demon, the securities, the ATU security were there that

7   night.

8   Q.   When you say "Demon," what do you mean?

9   A.   The ATUs, they call them the Demons, too.

10  Q.   The first night you were in the hole and you were receiving

11  the punishment you've described --

12  A.   Yes.

13  Q.   -- was Chuckie there?

14  A.   No.

15  Q.   Was Compari there?

16  A.   No.

17  Q.   Did you stay in the hole the entire night?

18  A.   Yes.

19  Q.   What happened when the sun came up?

20  A.   Well, just punishment throughout.

21  Q.   And how often did the punishment happen?

22  A.   Every moment.   They change shifts.   When this one come,

23  this guard come, he have his own punishment.   They melt plastic

24  on us.

25  Q.   Now, explain how plastic was melted on you.

**October 1, 2008**

## Turay - Direct

1   A.   They put fire on the plastic.   They hang it on top of you

2   so the only thing we protect is our eye.   They drop plastic all

3   over our body in that hole.   Sometime they come.   They tie you

4   up.   Before they left, they punish you enough.   Anyone they

5   come there, he have his own punishment.

6   Q.   Now, who dripped plastic on you?

7   A.   One of the ATU guys.

8   Q.   And when the plastic was dripping on you then, was Chuckie

9   there?

10   A.   No.

11   Q.   Was Compari there?

12   A.   No.

13   Q.   Mr. Turay, forgive me for asking, but how did it feel when

14   the plastic dripped on your body?

15   A.   Painful.

16   Q.   Where on your body did the plastic fall?

17   A.   On my arms.   All over my body.

18          THE COURT:   Is this a good point for us to break?

19          MS. ROCHLIN:   Yes, Your Honor.

20          THE COURT:   Ladies and gentlemen, we will take our

21   lunch recess.   I will remind you not to discuss this case with

22   anyone.   Please avoid contact with those whom you see have a

23   relationship to the case.

24          Please return by 1:30.   Have a good lunch.

25          [The jury leaves the courtroom at 12:14 p.m]

**October 1, 2008**

## Turay - Direct

1          THE COURT:   Just one second.

2          THE WITNESS:   (Complied.)

3          THE COURT:   Could I have juror Teddy Harris.

4          If you can take a seat.

5          MS. ROCHLIN:   Your Honor, should he --

6          THE COURT:   The witness is excused can.

7          Thank you, sir.   We'll see you at 1:30.

8             [The witness was excused at 12:15 p.m]

9          THE COURT:   Mr. Harris, I have the letter that you

10   provided my courtroom deputy this morning from your employer.

11   It is my intention to call your employer and advise him of the

12   law that governs jury service and to let him know you are not

13   excused, if that is acceptable to you.

14          THE JUROR:   That's fine with me.

15          THE COURT:   Thank you very much.   We'll see you at

16   1:30.

17          [The juror departed the courtroom at 12:16 p.m]

18          THE COURT:   I'll see everyone at 1:30.

19          MR. CARIDAD:   Yes, Your Honor.

20          MS. ROCHLIN:   Yes, Your Honor.

21             [Luncheon recess at 12:16 p.m].

22          THE COURT:   Could I ask counsel to approach briefly

23   sidebar.

24

25

**October 1, 2008**

## Turay - Direct

1          [Proceedings at sidebar follow]:

2          THE COURT:   I had told the jurors they could look at

3   national news.   It's on the national news today, so I was going

4   to tell them to avoid looking at cnn.com, if that's all right

5   with everyone.

6          MR. WYLIE:   It is, and another suggestion, if you want

7   to add to that if they happen to run across an article, please

8   stop reading it.

9          THE COURT:   I mentioned that at one point.   I'll

10  remind them as well.

## Turay - Direct

1          [Proceedings in open court follow]:

2              THE COURT:   We're ready.

3          [The jury returns to the courtroom at 1:40 p.m.]

4              THE COURT:   Everyone please be seated.

5              You may proceed.

6              MS. ROCHLIN:   Yes, Your Honor.

7     BY MS. ROCHLIN:

8     Q.   Mr. Turay, before we stopped for lunch, you had testified

9     about melted plastic falling on your body.   Is that correct?

10    A.   Yes.

11    Q.   And when this happened to you, you were in one of the

12    holes.   Is that correct?

13    A.   Yes.

14    Q.   What was the position of your body when the plastic was

15    falling on it?   Can you tell us?

16    A.   I was naked.

17    Q.   You were naked?

18    A.   Yes.

19    Q.   And can you describe how your body was positioned in the

20    hole when the plastic was falling on your body?

21    A.   Sometimes my hand used to tie up when the plastic come off

22    on me.

23    Q.   Where were your hands tied when the plastic was falling on

24    you sometimes?

25    A.   They took my hand on the bar one way and the other way and

**October 1, 2008**

## Turay - Direct

1    the bar in the middle and they tied it with the plastic

2    handcuff.

3    Q.    Who took your hands and tied them with the plastic handcuff

4    to the bar?

5    A.    One of the Demons, one of the ATU soldiers.

6    Q.    And, Mr. Turay, when you talk about the ATU soldiers, why

7    do you call them the Demons?

8    A.    That's their other name known in Liberia.

9    Q.    When the ATU soldiers were tying your hands and dripping

10   the plastic on your body, tell us whether or not that was your

11   first day in the hole or later.

12   A.    It was the second day in the hole.

13   Q.    Can you describe what happened to you your first day in the

14   hole?

15   A.    My first day in the hole, it was in the night they took me

16   in the hole.   They tied my hands up.   I slept there like that

17   the rest of the day.   The next morning they untied my hands

18   while I stay in the hole receiving punishment.

19   Q.    Now, when you say "they," who do you mean?

20   A.    I mean the security guard, ATU.

21   Q.    When you were at the place with the holes, did you see

22   other security besides ATU or not?

23   A.    There was no other security there.   It was only the ATUs.

24   Q.    Mr. Turay, this place with the holes, what kind of place

25   was it?

## Turay - Direct

1  A.   It was in the bush.

2  Q.   And what was the type of location?  What was the purpose of

3  the location?

4  A.   When he came to us, we went down a little bit slope, went

5  to the swamp and went up a little bit slope.  There was the

6  holes and they make something on top of the hole like just with

7  thatch.  They cover the hole with thatch.  When you watch up,

8  you can see up the sky and when it's raining it's fall on you.

9  Q.   And the place you were describing, was it a civilian place

10  or a military place?

11  A.   A military place.

12  Q.   When you first arrived there, did you know the name of this

13  place?

14  A.   No.

15  Q.   After you were there for a while, did you learn the name of

16  the place?

17  A.   No.

18  Q.   The first day you spent at this place, did I understand you

19  correctly that you spent most of the day asleep or were you

20  awake during the day?

21  A.   I was awake.

22  Q.   What happened to you during the first day that you were at

23  in place with the holes?

24  A.   I was punished.  I was naked sitting down in the dirty

25  water, my hands tied up, hitting me with guns and their boots.

**Turay - Direct**

1   Q.   Who was punishing you?

2   A.   The Demon soldiers.

3   Q.   Was Chuckie there when the Demon soldiers were punishing

4   you?

5   A.   No, he was not there.

6   Q.   When the soldiers were hitting you with their guns,

7   specifically how were they hitting you with their guns?

8   A.   The mouth of the weapon, they used to juke me with it with

9   the mouth of the rifle and sometimes when my hands was tied

10  like this, the butt of the weapon.  They used to hit my hand

11  with it.

12  Q.   So, when you were juked with the weapon, was that when your

13  hands were tied above your head?

14  A.   Yes.

15  Q.   Who hit you with the weapon?

16  A.   One of the ATUs.

17  Q.   How else would the ATU punish you during your first day in

18  the hole?

19  A.   Pardon?

20  Q.   How else would the ATU punish you during your first day in

21  the hole?

22  A.   Repeat that again.

23  Q.   What other things happened to you as punishment during your

24  first day in the hole?

25  A.   Those are as I have said.  They were hitting me with

## Turay - Direct

1  rifles, juking me in the hole.  My hand was tied up and those

2  were the punishment I receive in that hole.

3  Q.  Now, when you say "juking," can you explain what you mean,

4  Mr. Turay?

5  A.  I mean stabbing me with their weapons, the mouth of the

6  weapon.

7  Q.  When you were in the hole receiving these punishments, did

8  you know where Sulaiman Jusu was?

9  A.  They were, too, in the hole.  Everyone was shouting,

10  crying.

11  Q.  Was he in the same hole with you?

12  A.  No.

13  Q.  What about --

14  A.  Excuse me.

15  Q.  What about Foday Conteh?  Did you know where he was?

16  A.  He was in another hole.

17  Q.  How did you know that?

18  A.  Because I was hearing them crying just the way I was doing.

19  Q.  Where was Abdul Cole?

20  A.  He, too.

21  Q.  How did you know where he was?

22  A.  He, too, was crying.  Everyone one of us that night.

23  Q.  While you were at this place, Mr. Turay, were all of the

24  people you've just mentioned in their hole for the whole time

25  that you were?

**October 1, 2008**

## Turay - Direct

1  A.   Yes.

2  Q.   Did a time come when that changed?

3  A.   Yes, the second night.

4  Q.   What happened the second night?

5  A.   The second night in the hole, it was raining so there was

6  no guard.   Sulaiman -- I saw Sulaiman and Abdul Cole, they came

7  to my area.   They asked me to escape with them, but I refused.

8  Q.   Now, did you know how Sulaiman and Abdul Cole were able to

9  get out of the hole they were in?

10  A.   No.

11  Q.   When they came to you and asked if you wanted to escape

12  with them, what did you say?

13  A.   I said "No."

14  Q.   Why did you say N?

15  A.   Because I was afraid.   I didn't know the area and I was

16  scared of my life because if they could arrest me again and I

17  think about the punishment I've gone through, it would be worst

18  for me.

19  Q.   When you said no, you did not want to escape from your

20  hole, did Sulaiman Jusu and Abdul Cole stay with you near your

21  hole?

22  A.   No, they escape.   They went.

23  Q.   And how did you know that they escaped?

24  A.   Because after I refused, so they say -- they start running

25  in the bush.

**October 1, 2008**

**Turay - Direct**

1    Q.   Now, when the sun came up the next day after Sulaiman Jusu

2    and Abdul Cole escaped, what happened to you, Mr. Turay?

3    A.   Well, when they escape, that same night the security guard

4    notice they escaped and from that night, I start receiving a

5    lot of punishment until the time they captured them again.

6    Q.   What punishment did you receive during this time?

7    A.   I was receiving the same punishment, hitting me with the

8    weapons, burning plastic on me and tie my hand up of the bar,

9    stepping on my fingers.   All type of punishment I receive.

10   Q.   Who stepped on your fingers?

11   A.   The Demon soldiers.

12   Q.   Who tied your hands to the bar?

13   A.   The Demons.

14   Q.   Who hit you with weapons during this time?

15   A.   It was the Demons.

16   Q.   And as the punishment continued, what happened then?

17   A.   I received the punishment until the following day when they

18   arrested these two guys again and they brought them back to the

19   base, to the same area where we were in the hole.

20   Q.   And how did you know that the two guys were brought back to

21   the base?

22   A.   While I was in the hole, my hands were tied up again that

23   morning.   Then I heard them crying.   Then from there I saw

24   Chuckie with Compari with another Demon guys around the hole

25   where I was in the hole.

**October 1, 2008**

## Turay - Direct

1  Q.   Mr. Turay, who is Compari?

2  A.   He was the second in command to Chuckie for the ATU and

3  he's from-- he's a Gambian.

4  Q.   Before the two guys, Sulaiman Jusu and Abdul Cole, were

5  caught, did anybody ask you where they went?

6  A.   Yes.

7  Q.   Did anybody ask you what happened to them?

8  A.   Yes.

9  Q.   Who asked you those questions?

10  A.   That very night the Demons, the soldiers, when they came

11  back, they say they noticed the two guys have escaped.  They

12  came to me, start asking me why didn't I shout to alarm them

13  that these guys are escaping.

14  Q.   And why didn't you shout, Mr. Turay?

15  A.   I was afraid.

16  Q.   Did anybody else come to your hole after Sulaiman Jusu and

17  Abdul Cole made their escape?

18  A.   Yes, the Demon soldiers came to my hole that very night.

19  Q.   And either that night or the next day, did anybody else

20  come to your hole?

21  A.   Yes.

22  Q.   Who came to your hole?

23  A.   The Demons.  I was receiving punishment from them until

24  they arrest the two guys and bring them back to the base.

25  Q.   Mr. Turay, when you heard that Sulaiman Jusu and Abdul Cole

**October 1, 2008**

## Turay - Direct

1  had been caught and brought back to the base, what happened to

2  you?

3  A.   I was in the hole.   My hand was tied up and there was the

4  Demons who were standing there, hitting me with weapons and

5  Chuckie was around, but these Demon soldiers were smoking.

6  Q.   What happened to you when the Demon soldiers were around

7  and Chuckie was there?

8  A.   Well, they were out with the other Demons guy.   I was in

9  the hole.   My hand was tied and the other guy was smoking and

10  Chuckie take the cigarette from him and hold it right in my

11  arms.   My arms were tied like this.

12            MS. ROCHLIN:   For the record, Your Honor, indicating

13  above the witness' head with his hands clasped.

14            THE COURT:   The record so reflects.

15  BY MS. ROCHLIN:

16  Q.   Who took the cigarette from the soldiers?

17  A.   It was Chuckie.

18  Q.   When Chuckie took the cigarette, what did he do with it?

19  A.   He crush it right here on my wrist here.

20  Q.   When Chuckie touched the cigarette on your wrist --

21  A.   Yeah.

22  Q.    -- was the cigarette lit or unlit?

23  A.   It was light and then he crush it until it gets hot.

24  Q.   When the cigarette touched your wrist, how did that feel,

25  Mr. Turay?

October 1, 2008

## Turay - Direct

1  A.  It feel pain.  It burns me.

2  Q.  Did the cigarette, when it touched, you leave a mark?

3  A.  Pardon?

4  Q.  When the cigarette touched you, did it make a mark on you?

5  A.  Yes.

6  Q.  When the cigarette first touched you, what kind of mark did

7  it leave?

8  A.  Well, I feel the pain.  My hand was tied, so I didn't see

9  what mark did it leave.  My hand was tied up.

10  Q.  Later did you have the opportunity to see your hand?

11  A.  Yes.

12  Q.  At first, what kind of mark was on your hand?

13  A.  I see my hand that it was a burning mark.

14  Q.  That burning mark, is it on your hand as recently as now?

15  A.  I still have it.

16  Q.  How does it look now?

17  A.  It's just if you have a cigarette, if you put lit there,

18  exactly that.  It's the size of cigarette.

19  Q.  How does the mark compare to the rest of your skin?

20  A.  It's different.

21  Q.  How is it different?

22  A.  Because you can see, you can see the mark, the round mark

23  of cigarette on my wrist here.

24          MS. ROCHLIN:  Your Honor, with the Court's permission,

25  may I ask the witness to step in front of the jury box and show

## Turay - Direct

1    the mark on his wrist?

2           THE COURT:   You may do so.

3    A.   (Complied.)

4    Q.   Mr. Turay, if you wouldn't mind just walking along the

5    wooden part.

6    A.   (Complied.)

7           Right here.

8    Q.   Mr. Turay, when Chuckie put the cigarette on your wrist,

9    what was he like?

10   A.   Pardon?

11   Q.   What was Chuckie like when he put the cigarette on your

12   wrist?

13   A.   He was in angry mood.

14   Q.   How did you know he was angry?

15   A.   Through his reaction.

16   Q.   Did you see his face?

17   A.   Yes.

18   Q.   How did his face look?

19   A.   He was very angry.

20   Q.   Did Chuckie say anything to you?

21   A.   After that, he orders the guys to take us from the hole.

22   Q.   And when Chuckie gave that order, did he order just you to

23   come from the hole or did he order other people from the hole

24   as well?

25   A.   They took me out and from there I saw Conteh also.   They

**Turay - Direct**

1  took him out.

2  Q.   Was it just you and Conteh or was it other people at the

3  base as well?

4  A.   He took just me and Conteh.

5  Q.   What happened then?

6  A.   After they took us out, Sulaiman and Abdul Cole was right

7  in front of the other Demons guys standing there with Compari,

8  their hands tied at their back.

9        Then they took us.  They put us together with them

10 Then Chuckie ordered the two of them who escaped to kill one of

11 them, Abdul Cole, because he was the elder among the two who

12 escaped.

13 Q.   Who did Chuckie order to kill Abdul Cole?

14 A.   The Demon soldier.

15 Q.   And when Chuckie gave that order, where were you?

16 A.   I was right in front of them

17 Q.   And are you able to remember what Chuckie said when he gave

18 that order?

19 A.   He told them to kill Abdul Cole.   The Demon soldier wanted

20 to use his weapon.

21 Q.   How do you know one of the Demon soldiers wanted to use his

22 weapon.

23 A.   Because I saw him in fire action.

24 Q.   You saw him in fire action?

25 A.   He took his weapon and put it in fire action.

**October 1, 2008**

## Turay - Direct

1  Q.   And when the soldier reached for his weapon, how did

2  Chuckie react?

3  A.   He say "No, no firing."   He say "Silent."

4  Q.   When Chuckie said "No firing," what did the soldier do with

5  the gun?

6  A.   He put the gun back.   There was another soldier who took

7  out a knife.

8  Q.   When the other soldier took out a knife, what did the

9  soldier do with that knife?

10  A.   That was the time they kill Abdul Cole.

11  Q.   When the soldier took out the knife, tell us, please,

12  Mr. Turay, what kind of knife he took.

13  A.   It was a knife in a pouch.   He have a rope and he have it

14  across his body.

15  Q.   Who had the rope?

16  A.   One of the Demon soldier.   He took the knife from the

17  pouch.

18  Q.   And what -- how large or how small was the knife?

19  A.   The knife was like this size.

20       MS. ROCHLIN:   For the record, Your Honor, indicating

21  approximately three feet?

22       THE COURT:   The record so reflects.

23  A.   It was like this size.

24  Q.   And when the soldier took that knife, Mr. Turay, what did

25  the soldier do with the knife?

**Turay - Direct**

1  A.   When he took out the knife, he took Abdul Cole here from

2  the back of his head.

3  Q.   Can you tell us, Mr. Turay, what the soldier did with the

4  knife?

5  A.   Yes.

6  Q.   Explain what the soldier did with the knife.

7  A.   He took Abdul Cole on the neck and have the knife on the

8  neck and cut Abdul Cole.

9          MS. ROCHLIN:   For the record, Your Honor, the witness

10  is indicating the back of his neck.

11          THE COURT:   The record so reflects.

12  BY MS. ROCHLIN:

13  Q.   Are you able to continue, Mr. Turay?

14  A.   Yes.

15  Q.   I'm sorry for asking you, sir, but I would like you to tell

16  us how it was that the soldier moved the knife when he put it

17  to the back of Abdul Cole's neck.

18  A.   He had Abdul Cole head like.   This have the knife.   He

19  start cutting it like this.   There was something under his head

20  where the blood was draining until Abdul Cole's neck was out.

21  Q.   Was the soldier moving the knife back and forth?

22  A.   Yes.

23  Q.   Was it like a sawing motion or a chopping motion?

24  A.   It was like this, cutting something.

25          MS. ROCHLIN:   May the record reflect, Your Honor, the

**October 1, 2008**

## Turay - Direct

 1   witness is making a back and forth motion with his arm
 2            THE COURT:   The record reflects.
 3   BY MS. ROCHLIN:
 4   Q.   When the soldier put the knife to the back of Abdul Cole's
 5   neck, what did Abdul Cole do?
 6   A.   His hand was tied.   He was begging for his life.
 7   Q.   When Abdul Cole was begging for his life, what did the
 8   soldier do?
 9   A.   He took off his head.
10   Q.   When the soldier took off Abdul Cole's head, you indicated
11   that he started at the back of his neck.   Is that correct?
12   A.   Yes.
13   Q.   Did he go all the way through his neck?
14   A.   Yes.
15   Q.   Did you see Abdul Cole die?
16   A.   Yes, I saw Abdul Cole die.   After he finished and after
17   that Chuckie told them to put us in the hole, if anybody
18   escape, that will be the punishment.
19   Q.   What was the last thing Chuckie said?
20   A.   He said to put us back to the hole.
21   Q.   Did he say anything else ordering you back in the hole?
22   A.   "If anyone escape, that is the punishment."
23   Q.   Was his order followed, to put you back in the hole?
24   A.   Yes.
25   Q.   Who put you back in the hole?

**October 1, 2008**

## Turay - Direct

1  A.    One of the Demon soldiers.

2  Q.    When the soldiers put you back in the hole, did you go into

3  the same hole where you were before or in different holes?

4  A.    The same hole.

5  Q.    And this time did you go into that hole by yourself or with

6  anybody else?

7  A.    I was -- they put Sulaiman also in the name hole.

8  Q.    Who put Sulaiman in the hole with you?

9  A.    One of the Demons.

10 Q.    And how were you and Sulaiman positioned in the hole

11 together?  How were your bodies located?

12 A.    We were sitting in the hole and they took our hands up and

13 tied it together, one of my hands and Sulaiman's hands and they

14 tied it together sitting in the hole like this and bending

15 down.

16 Q.    Mr. Turay, can you repeat the last part of your answer into

17 the microphone?

18 A.    We were sitting together, me and Sulaiman.  Our hands were

19 tied up.  From there, we were sitting, our head bend down close

20 together.

21 Q.    Where was your hands tied?

22 A.    My hand was tied right up.  One of my hands up and one of

23 Sulaiman's hands up was tied together.

24 Q.    To what?

25 A.    They took my hand in one of the bar and Sulaiman hand in

## Turay - Direct

1   one of the bar.   There was an iron between one of our hands and

2   they tied it up together.

3   Q.   After the two of you were tied up together in that way --

4   A.   Yes.

5   Q.   -- How long were you in that hole?

6   A.   We were there until in the night they brought another

7   prisoner.

8   Q.   How did you know another prisoner was brought in the night?

9   A.   Because they put him also in the same hole.

10   Q.   Did you see that with your own eyes?

11   A.   Yes.

12   Q.   And when this prisoner arrived, how did he fit in the hole?

13   A.   When he arrive, they took the rope from our hands.   They

14   open the hole.   They put him in.   They lock it again.   They

15   tied our hands again, me and Sulaiman.

16         Three of us was in the same hole sitting, sitting

17   towards the wall, three of us, but me and Sulaiman, our hands

18   was tied, but this guy was sitting alone because his toes are

19   already chop off.

20   Q.   You saw the feet on this other man?

21   A.   Yes.

22   Q.   What was the condition of his feet?

23   A.   Pardon?

24   Q.   What condition were his feet in?

25   A.   He was broke.   His toe was already broken.

**October 1, 2008**

## Turay - Direct

1  Q.   How were his toes broken?

2  A.   You can feel it.   He showed it to us.   He say they arrest

3  him   They chop off his foot, his toes.

4  Q.   Now, did you learn the name of this other man?

5  A.   Is name was Dumbuya.

6  Q.   Did you learn his last name?

7  A.   No, but he told us he was from ULIMO.

8  Q.   What do you understand ULIMO to mean?

9  A.   It was another faction group in Liberia during the war.

10  Q.   Mr. Turay, how long did the three of you stay in that hole?

11  A.   We stay there and when this guy arrived in this hole, it

12  was in the night.   He asked us if these were the Demon guys.

13  Q.   Did you answer him?

14  A.   We say "Yes."

15  Q.   Did you have further conversation with this man?

16  A.   Yes.

17  Q.   What did the man say?   What did the man tell you?

18        MR. WYLIE:   Objection.   Hearsay.

19        MS. ROCHLIN:   To show action and conformity, Your

20  Honor.

21        THE COURT:   Overruled.

22  BY MS. ROCHLIN:

23  Q.   What did the man say to you?

24  A.   Then this guy asked us, he told us, he say "You guys, if

25       you have the chance to make your way, escape from there."

**October 1, 2008**

## Turay - Direct

1          He say "Do it because I heard them talking, if Chuckie

2      come tomorrow morning, they're going to kill you guys."

3  Q.  When you got this information, how did you react?

4  A.  We were very afraid and we tried to find a way to escape.

5  Q.  Did you find a way to escape?

6  A.  Yes.

7  Q.  How did you find a way to escape?

8  A.  Our two hands was tied like this, me and Sulaiman together.

9  There was an old spoon in the pit where we were sitting.  We

10  took that spoon.  We rub it on the cement and then we start

11  cutting that handcuff.

12          We try, try, try, try until finally, God help us, that

13  cut from there and it was raining that night.  There was no

14  security guard around.  When that rope cut, Sulaiman tried to

15  open the place.  We released the bar.  We went out with this

16  Dumbuya guy and escaped.

17  Q.  When you got out of the hole, was it all three of you got

18  out of the hole?

19  A.  Yes.

20  Q.  When you got out of the hole, what did you do?

21  A.  We run to the bush.  We start running.

22  Q.  Who started running?

23  A.  Three of us.  Two of us.  The other guy was not fit to run,

24  but he hang on with us.

25  Q.  Did there come a time when you and Sulaiman got ahead of

**Turay - Direct**

1  the other guy?

2  A.   Yes.

3  Q.   Once you got ahead of the other guy, did you ever see him

4  again?

5  A.   No.   We heard him shouting, crying.

6  Q.   Did you keep running when you heard the other guy shout and

7  cry?

8  A.   Yes,

9  Q.   Did you and Sulaiman get into the bush?

10  A.   Yes.

11  Q.   What happened when the two of you got into the bush?

12  A.   We were in the bush for the whole night.   In the day, we

13  continue, but late in the evening we were arrested again.

14  Q.   And how was it that you were arrested again?

15  A.   Well, after we were in the bush for the whole day, so we're

16  trying to find our way out.   Then we heard some people talking.

17  We were just going towards them, not knowing that it was

18  Chuckie, Compari and the other Demons guy outside on the

19  street.

20  Q.   And when did you find out that the people you heard talking

21  were Chuckie, Compari and other soldiers?

22  A.   We came close to them, about 10 meters.   Then I stand, I

23  pretend like I'm going to ease myself.   Sulaiman was going in

24  front.   I saw two Demon soldiers running towards where Sulaiman

25  came from

**October 1, 2008**

## Turay - Direct

1   Q.   What happened then?

2   A.   They arrest.   They took me.   They bring me to the street.

3   Then myself I said "No."   I resist arrest.

4   Q.   How did you resist the arrest?

5   A.   Fighting them, asking them to kill me because I said "No, I

6       don't want to go through again that punishment."

7           So I was fighting.   While I was fighting these two

8   guys, Chuckie become angry.   He say why these two guys can't

9   take me down.   He took his bayonet, his knife.   He came and hit

10  me right on the head.

11  Q.   Mr. Turay, where on your head were you hit with the

12  bayonet?

13  A.   Right here in the front of my head here.   Then from there

14  to my leg.   Then I get a kick from him on my stomach.

15  Q.   Who was doing this to you?

16  A.   It was Chuckie while these guys were holding me.

17  Q.   Mr. Turay, is there a mark on your head from where you were

18  hit with the bayonet.

19  A.   Yes.

20  Q.   Is there a mark on your head?

21  A.   Yes.

22  Q.   From what?

23  A.   From the bayonet.

24  Q.   Who put these marks on you?

25  A.   It was Chuckie.

**October 1, 2008**

## Turay - Direct

1  Q.  Is that the same Chuckie who put the cigarette on your

2  wrist and left a mark?

3  A.  Yes.

4  Q.  What happened to you, Mr. Turay?

5  A.  Well, after he hit me on my head, the blood came in my

6  eyes.  I could not see again.  They put me on the ground.  They

7  tied me.  They tied my face.  They took us to the base.

8  Q.  Before you got the cut on your head from the bayonet and

9  before your face was covered, were you able to see what

10  happened to Sulaiman Jusu?

11  A.  Yes.

12  Q.  What happened to Sulaiman Jusu when you were caught by the

13  soldiers?

14  A.  He didn't resist, so they tied him up.  He was on the

15  ground.  They tied him over.  They tied his eyes.

16  Q.  Were you able to see if anything else happened to Sulaiman

17  Jusu or not?

18  A.  I was just see him on the ground when they was tie him

19  Q.  Once you were on the ground and tied, where were you taken?

20  A.  I were taken back to the base.

21  Q.  Where were you taken to at the base?

22  A.  They have a headquarter there.

23  Q.  Who took you to the headquarter?

24  A.  The Demons, Chuckie and the other guys, they took us to the

25  base again.

**October 1, 2008**

**Turay - Direct**

1  Q.   Were you and Sulaiman Jusu taken to the headquarters

2  together or separately?

3  A.   Together.

4  Q.   And when you got back to the base and you were taken to the

5  headquarters, what happened?

6  A.   Then we have someone saying that they just -- he just

7  received a message from Chuckie's father, the President

8  himself.   He said he should not kill us.   They should bring us

9  to his place.   He wants to see us, these two guys who have

10 escaped two times.

11         So they did exactly.   They went and took Conteh and

12 bring him and they took us to Monrovia.

13 Q.   Where was Conteh brought?

14 A.   Conteh was still in the hole.

15 Q.   Where was Conteh taken to?

16 A.   He was taken to the headquarter where we were.

17 Q.   When you were in the headquarters building, what happened

18 to you?

19 A.   They tied us.   They were beating us again with rifle,

20 sticks, kicking with their boots.

21 Q.   Who was beating you in the headquarters building?

22 A.   The Demons.   Our eyes was tied.   I could not see who was

23 hitting me, but I was receiving hit with weapons, sticks, boots

24 kick.

25 Q.   How were the weapons hitting your body?

**October 1, 2008**

## Turay - Direct

1  A.   On my side like you are hitting something, a stick with

2  someone.

3  Q.   How were the boots hitting your body?

4  A.   With the feet.  I was feeling it all over my body, all over

5  my body and my head.

6  Q.   Did anything else happen to you besides the beating?

7  A.   Yes.  After, after we on our way to Monrovia --

8  Q.   All right.  Before you left for Monrovia, did anything else

9  happen to you as punishment in addition to the beating?

10  A.   We are tied.

11  Q.   And how long did the beating last?

12  A.   The beating last until they brought us to Monrovia.

13  Q.   Once you were tied and blindfolded --

14  A.   Yes.

15  Q.   -- where were you put?

16  A.   First, we were put in a small room in the headquarters

17  there.  He went and got Conteh they brought him  They tied

18  him, too.  From there they took all of us out and put us in the

19  pickup.

20  Q.   And put you in the pickup?

21  A.   Yes.

22  Q.   Did they put you in the pickup by yourself or anybody else?

23  A.   Me Sulaiman and Conteh.

24  Q.   How did you know you were in the pickup with Sulaiman and

25  Conteh?

**October 1, 2008**

## Turay - Direct

1  A.   We were on the same floor of the pickup.

2  Q.   Once the three of you were put in the pickup, what did the

3  pickup do?

4  A.   It drove from the base.

5  Q.   Do you know who was driving the pickup?

6  A.   No.

7  Q.   Who was in the pickup besides the three of you?

8  A.   There was another Demon soldier and Chuckie was with them

9  in another pickup and Compari with many other Demon soldiers in

10  the truck where we were sitting.

11  Q.   How long did the truck drive once it started to move?

12  A.   I can't say exactly how long, but it took long time.

13  Q.   Eventually, did the truck stop?

14  A.   Yes.

15  Q.   And did you learn where you were when the truck stopped?

16  A.   First the truck stop in the middle of the road because the

17  way they tied me, I thought my chest was going to open.  So I

18  decide to jump from the truck just for me to fall on the street

19  and die.

20  Q.   Were you successful when you tried to jump from the truck

21  and hit the street and die?

22  A.   No.

23  Q.   What happened?

24  A.   They bring the truck and Chuckie and Compari came out.  My

25  back was to them  They spitting.  I don't know who I said to

**October 1, 2008**

## Turay - Direct

1  kill me.  "I want to die"

2          From there they tied my foot.  They tied my hands.  My

3  hands was tied.  They tied my eyes again.  From there we went

4  to Monrovia.

5  Q.  When the truck started again, were you on the street or

6  back in the truck?

7  A.  In the truck.

8  Q.  You said the truck went to Monrovia?

9  A.  Yes.

10  Q.  When the truck came to its final stop, were you in

11  Monrovia?

12  A.  Yes.  We were in the compound of Charles Taylor.

13  Q.  How did you know you were in the compound of Charles

14  Taylor?

15  A.  It was in a big compound, lights everywhere.  We saw him

16  came out from his residence.

17  Q.  When the truck arrived at the compound, where was your

18  blindfold?

19  A.  When we came to the compound, we were blindfold.  When

20  Charles Taylor came out, we were not blindfold.  They took the

21  cloth from our eyes.

22  Q.  When the blindfold was taken from your eyes, was the truck

23  already inside of the compound or outside of the compound?

24  A.  Inside of the compound.

25  Q.  Who else did you see when Charles Taylor came out of the

**Turay - Direct**

1  house?

2  A.   He came out to Chuckie, Compari with one of the Defense

3  Minister.   He was the Defense Minister and some other big

4  people I don't know.

5  Q.   Did you learn the name of the Defense Minister?

6  A.   Yes.

7  Q.   What was the Defense Minister's name?

8  A.   Daniel Chea.

9  Q.   C-h-e-a?

10  A.   Yes.

11  Q.   Were you able to see Charles Taylor come out of his house?

12  A.   Yes.

13  Q.   At that point in time, were you able to see Sulaiman Jusu

14  and Foday Conteh?

15  A.   Yes.

16  Q.   Where were the three of you?

17  A.   We were in the pickup.

18  Q.   What happened when Charles Taylor came out of his house?

19  A.   He came out.   First he asked us if we are the rebel who

20  came to Voinjama.

21  Q.   Did you answer?

22  A.   We say we were not rebels.   We are refugees.   Later he

23  mention if we are the Kamajors sent to come and fight his

24  government, why didn't we want to go to Sierra Leone to go and

25  fight.

**October 1, 2008**

**Turay - Direct**

1   Q.   How did you react to that?

2   A.   We tell him "We are just refugees.   If you want to kill us,

3        kill us."  It better for us to die than to be alive.

4   Q.   When you told Charles Taylor you were just refugees, what

5   was his reaction?

6   A.   He say if we not going to say the truth, they should take

7   us to the beach and bury our head.   There was the other big

8   man --

9   Q.   Mr. Turay, the other big man was Daniel Chea?

10  A.   Say again.

11  Q.   All right.

12       You referred to the other big man who was Daniel Chea?

13  A.   Yes.

14  Q.   What was it that Daniel Chea?

15  A.   He said they should have more information from us.   If

16  you're supposed to kill us, you could have kill us at the place

17  we were coming from   They should keep us.   They need

18  information from us.

19  Q.   An when Daniel Chea said that, how did Charles Taylor

20  react?

21  A.   He just turn his back and went in and from there they

22  blindfold us again and drove us from the compound.

23  Q.   Mr. Turay, when Charles Taylor said these things, where was

24  Chuckie?

25  A.   Chuckie was standing right by him side.

**October 1, 2008**

## Turay - Direct

1   Q.   When Charles Taylor said these things, where was Compari?

2   A.   He, too, was standing by the side of Chuckie.

3   Q.   When Charles Taylor said these things, where were the other

4   soldiers who rode with you from the base?

5   A.   They were standing by the side of the vehicle.   Some of

6   them were sitting in the vehicle.

7   Q.   Who did you understand Charles Taylor to be when you saw

8   him in the compound?

9   A.   Pardon?

10   Q.   What was your own understanding of who Charles Taylor was

11   when you saw him in the compound?

12   A.   He is the President.

13   Q.   After Charles Taylor walked away --

14   A.   Yes.

15   Q.   -- what happened to you?

16   A.   Then they drove us from the compound.

17   Q.   Where did they take you to?

18   A.   Well, we came to a place I learned to know later.   It's

19   BTC.

20   Q.   Do you know what BTC stands for?

21   A.   Barclay Training Center.

22   Q.   What type of place is that?

23   A.   It's military headquarters.   It's a barracks.

24   Q.   Who was with you when you arrived at BTC, at the Barclay

25   Training Center?

**October 1, 2008**

## Turay - Direct

1   A.   Me, Sulaiman, Conteh, Compari and some other Demon

2   soldiers.

3   Q.   Did Chuckie go with you for the drive to the Barclay

4   Training Center?

5   A.   No.

6   Q.   When you got to the Barclay Training Center, when you

7   arrived, what happened?

8   A.   Then Compari went and talked with the commander who was in

9   charge that night.   He say they should put us in the jail.

10  Then he refused.

11  Q.   Who refused?

12  A.   The commander refused.

13  Q.   When the commander refused, what happened?

14  A.   They beat him  They beat him until they put blood on his

15  eyes.   All the security was, all of them, the MPs, all of them

16  were on the way.

17  Q.   Where did you end up that night at the Barclay Training

18  Center?

19  A.   There was some civil officers working that night in duty.

20  They took us to the office and hide us in the office until the

21  fighting was over.

22  Q.   Did you stay in the office until the fighting was over?

23  A.   We stayed until the fighting was over.

24  Q.   Then where did you go?

25  A.   After the fighting was over, they opened the cell and put

**October 1, 2008**

**Turay - Direct**

1  us in the cell.

2  Q.  Who put you in the cell?

3  A.  One of the Demon soldiers.

4  Q.  Who did they put in the cell?

5  A.  Me, Sulaiman and Conteh.

6  Q.  Tell me what the cell was like.

7  A.  It was a small room -- we meet prisoners in there --  with

8  small windows.  Yeah.

9  Q.  Were there many people in the cell besides the three of you

10  or not?

11  A.  Yes, there are many people in the cell.

12  Q.  What condition were you in when you arrived at the cell?

13  A.  I was almost dead because that is why the commander say

14  they should not take care of us.  They should take us back to

15  the place where they coming with us.

16  Q.  When you say you were almost dead, what was it about your

17  body?

18  A.  All my body was rotting.

19  Q.  When you say your body was rotting, what do you mean?

20  A.  From the wounds, all my body was having wounds, marks.

21  Q.  When you got to the cell, how did the other prisoners

22  react?

23  A.  They ask us -- we have to pay jail fees.  We tell them we

24  don't have money and they put us in a place close to the toilet

25  and where they used to relieve ourself.  They say "You guys

**October 1, 2008**

## Turay - Direct

1     have to sleep there."

2          We sleep there.  In the morning when they saw us,  they

3  start wondering where are they coming with us from

4  Q.   And what did you learn?  What name did you learn that

5  morning?

6  A.   When they asked us, we said we are coming from a place,  a

7  base.  It was in the forest.  They said "It's down in the

8     ground?"  Then the Liberian prisoner know about the place.

9  They say "What are you coming from that base?"

10  Q.   Did they tell you the name of the base?

11  A.   Yes.  That was the day I know about the place.  They say

12  Gbatala.  They say "You guys very lucky.  You never die

13     quick."

14  Q.   Mr. Turay, did a time come when a fight happened involving

15  the other prisoners in the cell?

16  A.   Yes.

17  Q.   What was the reason for that fight?

18  A.   After we spent two weeks in that cell, so me and Sulaiman,

19  Conteh, our body was already rotting with the sores.  If I sit

20  down, I get up, you see my body would stay there.

21          The prisoners who were smelling, they become tired.

22  That morning they fight with the guards.  They said they have

23  to take us out from that cell.  Otherwise, we would break the

24  cell.

25  Q.   Were you taken from the cell?

**October 1, 2008**

**Turay - Direct**

1  A.   Yes, that morning we were taken.   It was almost in the

2  afternoon.   They took us from the cell.

3  Q.   Where did they take you to?

4  A.   To the hospital in the barracks.

5  Q.   And how did you get to the hospital in the barracks?

6  A.   We walked.

7  Q.   What was it like walking to the hospital in the barracks?

8  A.   It's like we took more than an hour to get to the hospital

9  because our feet, under our feet, our body, we were feeling

10 pain.   We cannot even walk fast.

11 Q.   Why could you not walk fast?

12 A.   Because under my feet was already rotten.   I was sitting in

13 water two days and two nights.   All my feet was rotten.

14 Q.   What happened on your way to the hospital at BTC?

15 A.   We came to the hospital.   For us to get treatment,

16 everything, they nurses, they don't want to even touch us

17 because we smelling bad.

18 Q.   Was there anyone you saw on the way to the hospital?

19 A.   Yes.

20 Q.   Who did you see?

21 A.   We saw an AFL soldier who was working in Voinjama whose

22 name was WO Kollie, yes.

23 Q.   Did this man have a rank in the AFL?

24 A.   Yes, he's WO.

25 Q.   WO was his position?

**Turay - Direct**

1  A.   Yeah, was his position.

2  Q.   And his name was Kollie?

3  A.   Kollie, yes.

4  Q.   Where did you know this man from?

5  A.   From Voinjama.

6  Q.   And when you saw WD, what was the man's reaction?

7  A.   He was very surprised.  He could --

8  Q.   Did he say anything?

9  A.   He could not talk with us.  I was having two soldiers with

10 weapon guarding me.  Everyone was having security with weapons,

11 so he could not speak with us.

12 Q.   Do you know what "WD" stands for, Mr. Turay?

13 A.   No.

14 Q.   Did you say anything to this AFL soldier that you knew as

15 Kollie?

16 A.   No.

17 Q.   Who was with you when you were going to the hospital or

18 were you by yourself?

19 A.   It was me, Sulaiman and Conteh.

20 Q.   Can you tell us whether Sulaiman or Conteh said anything to

21 the AFL soldier?

22 A.   I don't know.

23 Q.   Did you get to the hospital at BTC?

24 A.   Yes.

25 Q.   Did you get any treatment at this hospital?

**October 1, 2008**

## Turay - Direct

1   A.   They just put some blue waterish medicine on our whole

2   body.   That was the only treatment we received.

3   Q.   After he they rubbed the medicine on your body, did you go

4   back to your cell?

5   A.   Yes.

6   Q.   Mr. Turay, after your trip to the hospital, did anybody

7   come to your cell?

8   A.   Yes, after the trip.

9   Q.   How long after the trip was it until somebody came to your

10  cell?

11  A.   Since some days after, some days.

12  Q.   Who was it that came to your cell?

13  A.   First was Mr. Mulbah.

14  Q.   Mr. Mulbah?

15  A.   Yes.

16  Q.   Did you learn where Mr. Mulbah worked?

17  A.   Yes.   He came from the UNHCR.

18  Q.   Mr. Turay, do you know what UNHCR stands for?

19  A.   Yes.   United Nations High Commission for Refugees.

20  Q.   Did you learn Mr. Mulbah's position with UNHCR?

21  A.   I later learned he was the assistant protection officer.

22  Q.   What happened when this man came to your cell?

23  A.   He came.   He called my name, Sulaiman's name and Conteh's

24  name.   Then he asked us where do we register when we came to

25  Liberia.   We say "We register in Vahum."

## Turay - Direct

1  Q.   When you told him where you registered, how did he react?

2  A.   He told us "Okay.   I'm going to cross-check to the office.

3       I will get back to you guys."

4  Q.   Did he get back to you guys?

5  A.   After two weeks.

6  Q.   What happened after two weeks?

7  A.   After two weeks, one morning I was in the cell.   They call

8  my name.   They call Sulaiman's name and Conteh's name.   They

9  took us out.   They took us to the office.   There we met the

10 protection officer.

11 Q.   What was the name of the protection officer you met?

12 A.   Carolyn Van Buren.

13 Q.   What happened when you met Caroline Van Buren?

14 A.   We met in the office of the Defense Minister.   Then I knew

15 he was the Defense Minister.

16 Q.   What happened in the Defense Minister's office?

17 A.   When we came down to the Defense Minister office, Caroline

18 became very angry because of our conditions.

19 Q.   And what happened once Caroline became very angry?

20 A.   In front of me, Sulaiman and Conteh, I saw the Defense

21 Minister went on his knees begging Caroline --

22          MR. WYLIE:   Objection.   Hearsay.

23 A.   -- telling her --

24          THE COURT:   One moment.

25          MR. WYLIE:   Objection.   Hearsay.

**October 1, 2008**

Turay - Direct

1          THE COURT:   Exception?

2          MS. ROCHLIN:   Excited utterance, Your Honor.

3          THE COURT:   Overruled.

4    BY MS. ROCHLIN:

5    Q.   What did the Defense Minister say?

6    A.   He told Caroline --  he's trying to beg her not to take

7    action.

8    Q.   After the Defense Minister begged Caroline not to take

9    action, what happened to you?

10   A.   I was taken, me and Sulaiman, in the U.N. ambulance to a

11   clinic in Greystone.

12   Q.   Do you remember the name of the clinic?

13   A.   Greystone Clinic.

14   Q.   Did anybody go with you to the clinic?

15   A.   Caroline followed me and Sulaiman and Conteh.

16   Q.   Mr. Turay, during the time when you were at BTC, did you

17   see your family?

18   A.   No.

19   Q.   During the time you were at BTC, did anybody else come to

20   visit you or see you besides Mr. Mbbah and Caroline Van Buren?

21   A.   I saw Isaatu, Sulaiman's wife.

22   Q.   Did you see anyone besides Isaatu?

23   A.   And Mhada came, too.

24   Q.   Maada Jusu, the man you mentioned before?

25   A.   Yes.

October 1, 2008

## Turay - Direct

1  Q.   Sulaiman Jusu's brother?

2  A.   Yes.

3  Q.   Mr. Turay, when you arrived at the Greystone Clinic, what

4  city was that in?

5  A.   In Monrovia.

6  Q.   What city is BTC in?

7  A.   In Monrovia.

8  Q.   What city is the compound of Charles Taylor in?

9  A.   In Monrovia.

10  Q.   When you got to the clinic at Greystone, did you see a

11  doctor?

12  A.   Yes.

13  Q.   Do you remember the name of the doctor you saw?

14  A.   One of them, Mr. Mansalay.

15  Q.   Did that doctor provide you with treatment?

16  A.   Yes.

17  Q.   Did you discuss your condition with that doctor?

18  A.   Yes.

19  Q.   Did you tell the doctor what caused the condition that your

20  body was in?

21  A.   Yes.

22  Q.   Why did you explain to the doctor what happened to you?

23  A.   Because he was giving me medical care.

24  Q.   Did you show the doctor marks on your body?

25  A.   Yes.

**October 1, 2008**

## Turay - Direct

1  Q.   Did you explain to the doctor how those marks happened to

2  you?

3  A.   Yes.

4  Q.   And apart from showing marks to the doctor, did you tell

5  the doctor other things that were wrong with you?

6  A.   Yes.

7  Q.   Did the doctor listen to what you had to say?

8  A.   Yes.

9  Q.   And the doctor you told these things to, was that

10  Dr. Mansalay?

11  A.   Dr. Mansalay and one of the other doctors.  I don't

12  remember his name.

13  Q.   Mr. Turay, how long did you stay at Greystone Clinic?

14  A.   I stayed there for two weeks.

15  Q.   And were you receiving treatment during those two weeks?

16  A.   Yes.

17  Q.   Did people come to visit you during those two weeks?

18  A.   Yes.

19  Q.   After your two weeks in the Greystone Clinic, where did you

20  go?

21  A.   They took us to the Samukai Refugee Camp.

22  Q.   Do you know who runs the Samukai Refugee Camp?

23  A.   The UNHCR.

24  Q.   Who went with you?

25  A.   Me Sulaiman, and Conteh.

**October 1, 2008**

## Turay - Direct

1   Q.   Who took you to the Samukai Refugee Camp?

2   A.   Caroline, the protection officer.

3   Q.   How long did you stay in the Samukai Refugee Camp?

4   A.   I stayed there until I came to Sweden.

5   Q.   How long is that?

6   A.   I don't remember exact.

7   Q.   Mr. Turay, do you remember what year it was?

8   A.   It was '99 I came to Samukai Refugee Camp.

9   Q.   Do you remember even before you went to Samukai Refugee

10  Camp, do you remember the month when you arrived at the

11  Greystone Clinic?

12  A.   It was in May.

13  Q.   In May of '99?

14  A.   '99.

15  Q.   After you got to the Samukai Refugee Camp, was your body

16  completely healed or not?

17  A.   Not.

18  Q.   After you got to the Samukai Refugee Camp, did you continue

19  to receive medical treatment?

20  A.   Yes.

21  Q.   After you got to the Samukai Refugee Camp, did you continue

22  to see Caroline Van Buren?

23  A.   Yes.

24  Q.   What, if anything, happened to you, Mr. Turay, while you

25  were in the Samukai Refugee Camp?

## Turay - Direct

1  A.   Yes.

2  Q.   What things happened to you when you were in the Samukai

3  Refugee Camp, Mr. Turay?

4  A.   We were having harassment from the securities.   They used

5  to arrest us again, beat us and many other things.

6  Q.   Who were the securities who were arresting you and beating

7  you in the refugee camp?

8  A.   The SODs.

9  Q.   Did you explain to Caroline Van Buren what was happening to

10  you in the camp?

11  A.   Yes.

12  Q.   And after you explained these things to Caroline, what

13  happened to you?

14  A.   Well, she, she told us that we should just keep out, keep

15  to ourselves.

16          MR. WYLIE:   Objection.   Hearsay, Your Honor.

17          THE COURT:   One moment.

18          MS. ROCHLIN:   I'll rephrase the question, Your Honor.

19  BY MS. ROCHLIN:

20  Q.   Mr. Turay, you told us that you spoke with Caroline Van

21  Buren about the harassment you received.   Is that correct?

22  A.   Yes.

23          MR. WYLIE:   Objection.   Hearsay.

24          THE COURT:   Overruled.

25  BY MS. ROCHLIN:

**October 1, 2008**

## Turay - Direct

1  Q.   After you told Caroline Van Buren about the harassment, did

2  you continue to meet with Caroline Van Buren?

3  A.   Yes.

4  Q.   And after your discussions and your meetings with Caroline

5  Van Buren, did anything happen to show you that Caroline Van

6  Buren was addressing the harassment you described?

7  A.   Pardon?

8  Q.   After your meetings and discussions with Caroline Van

9  Buren, did you stay in the refugee camp?

10  A.   Yes.

11  Q.   For how long?

12  A.   Until I -- until March, 2000 when I came to Sweden.

13  Q.   Who was responsible for getting you to Sweden?

14  A.   The UNHCR, the protection officer.

15  Q.   Which protection officer?

16  A.   Caroline Van Buren.

17  Q.   How did you find out that you were going to Sweden?

18  A.   She promise us she would take us to safety place for us to

19  stay.

20  Q.   Did you know that place was going to be Sweden.

21  A.   I didn't know.

22  Q.   How did you get from the refugee camp to Sweden?  By what

23  means of transportation?

24  A.   We travel from Liberia to Abajan, Abajan to France, France

25  to Sweden.

**October 1, 2008**

## Turay - Direct

1   Q.   How did you get from these places to Sweden?

2   A.   By flight.

3   Q.   When you went on the flight that took you to Sweden --

4   A.   Yes.

5   Q.   -- did anybody else go with you?

6   A.   It was me, my brothers, my cousin, my wife, and Sulaiman

7   with his family and Conteh and his family.

8   Q.   Mr. Turay, when you were in the Samukai Refugee Camp, was

9   the woman you married in Sierra Leone who was your legal wife?

10  A.   She was staying in Sierra Leone.

11  Q.   Were you still legally married to this woman when you left

12  the Samukai Refugee Camp?

13  A.   Yes.

14  Q.   Now, you said you got on the plane to Sweden with your

15  wife.   Is that correct?

16  A.   Yes.

17  Q.   When you got on the plane with the other woman, were you

18  getting on the plane with your legal wife?

19  A.   No.

20  Q.   The woman who got on the plane with you, was she or wasn't

21  she really your wife?

22  A.   She wasn't.

23  Q.   She was not?

24  A.   No.

25  Q.   Was she using the name of your legal wife?

**October 1, 2008**

## Turay - Direct

1  A.   Yes.

2  Q.   And were you permitting her to use the name of your legal

3  wife?

4  A.   Yes.

5  Q.   Mr. Turay, were you doing this so the other woman could

6  travel to Sweden with you?

7  A.   Yes.

8  Q.   Were you being completely honest with authorities when you

9  told them this woman was your wife?

10  A.   No.

11  Q.   Mr. Turay, when you got to Sweden, what part of Sweden did

12  you end up in?

13  A.   In the north part of Sweden.

14  Q.   And even today, do you still live in Sweden?

15  A.   Yes, I do.

16  Q.   Did you continue to live in Sweden with the woman you

17  brought with you from Liberia?

18  A.   No.

19  Q.   Where did the other woman go?

20  A.   She's still in Sweden.

21  Q.   Does she live with you?

22  A.   No.

23  Q.   After you got to Sweden, did you contact your legal wife?

24  A.   Yes.

25  Q.   Where now is your legal wife?

**October 1, 2008**

## Turay - Direct

1   A.   In Sweden.

2   Q.   Is she living with you?

3   A.   Yes.

4   Q.   Do you have children with your legal wife, Mr. Turay?

5   A.   Yes.

6   Q.   Are you living with your legal wife as a family?

7   A.   Yes.

8   Q.   Mr. Turay, since you've arrived in Sweden, have you had any

9   problems with authorities in Sweden?

10  A.   Yes.

11  Q.   Were you convicted of what we call a felony crime in

12  Sweden?

13  A.   Pardon?

14  Q.   Were you convicted of a crime in Sweden?

15  A.   Yes.

16  Q.   What sentence did you receive?

17  A.   75 hours of free labor.

18  Q.   75 hours of free labor?

19  A.   Yes, and two years probation.

20  Q.   Have you completed that probation?

21  A.   Yes.

22  Q.   Have you had any legal trouble in Sweden since then?

23  A.   No.

24        MS. ROCHLIN:   If I can have a moment, Your Honor?

25  BY MS. ROCHLIN:

**October 1, 2008**

## Turay - Direct

1   Q.   Mr. Turay, what I would like to do now, with the Court's

2   permission, is show you some exhibits.

3           MS. ROCHLIN:   May I approach the witness, Your Honor?

4           THE COURT:   You may.

5   BY MS. ROCHLIN:

6   Q.   By the way, Mr. Turay, what languages to you speak now?

7   A.   I speak Creole, Mende, English and Swedish.

8           MS. ROCHLIN:   Again, Your Honor may I approach?

9           THE COURT:   You may.

10  BY MS. ROCHLIN:

11  Q.   Mr. Turay, I'm handing you a folder marked Government's

12  Exhibit SLO 5.

13      [Government Exhibit SLO 5 marked for identification at

14  2:47 p.m]

15  BY MS. ROCHLIN:

16  Q.   Please open the folder and tell me simply "yes" or "no" do

17  you see a document in the folder?

18  A.   Yes, I do.

19  Q.   And is the first page of that document in English?

20  A.   Yes.

21  Q.   Now, I'd like you to turn past the first page of the

22  document to the next page.

23  A.   (Complied.)

24  Q.   Tell us about the next page.   What language is that page

25  in?

## Turay - Direct

1    A.   It's in Swedish.

2    Q.   And are you able to tell us as to the Swedish language part

3    of the document what kind of document is that?

4    A.   It's from the hospital, from the place where I was living.

5    Q.   Did you go to that hospital?

6    A.   Yes.

7    Q.   And the document, the Swedish language document that you're

8    looking at now, is that document about you or about somebody

9    else?

10   A.   It's about me.

11   Q.   Are those documents or those pages your medical records

12   from the hospital?

13   A.   Yes.

14   Q.   Do they have your name on it?

15   A.   The first two page.

16   Q.   Mr. Turay, what was the reason initially you went to the

17   hospital that created those records?

18   A.   When we came to Sweden, we went for medical checkup.

19   Q.   When you went for the medical checkup, did you see a

20   doctor?

21   A.   Yes.

22   Q.   Did you speak to the doctor, and, Mr. Turay, please

23   understand, I'm not asking for what you said to the doctor.

24   I'm simply asking if you had a discussion with the doctor.

25   A.   Yes.

## Turay - Direct

1  Q.   And when you had a discussion with the doctor, what was

2  your reason for speaking to the doctor?

3  A.   Because I was explaining to him things that took place with

4  me back in Liberia.

5  Q.   Mr. Turay, why were you telling these things to the doctor?

6  A.   Because I needed help from him, medical help.

7  Q.   And when you told these things to the doctor, was the

8  doctor paying attention to what you said or not?

9  A.   Yes, he was paying attention.

10  Q.   Did the doctor seem interested in what you had to say or

11  not?

12  A.   Yes.

13  Q.   When you went to see the doctor, was anybody forcing you to

14  see the doctor?

15  A.   No.

16  Q.   Were you seeing the doctor voluntarily?

17  A.   Yes.

18  Q.   And did you want the doctor to provide you with medical

19  treatment?

20  A.   Yes.

21  Q.   And what did the doctor need to know in order to help you?

22  A.   Things that I'm suffering, things that I've gone through.

23          MS. ROCHLIN:   Your Honor, may I approach to retrieve

24  the exhibit?

25          THE COURT:   You may.

**October 1, 2008**

## Turay - Direct

1  BY MS. ROCHLIN:

2  Q.   Before coming to court today, Mr. Turay, did you have the

3  opportunity to look at some photographs?

4  A.   Yes.

5  Q.   And were you able to recognize what those photographs

6  showed?

7  A.   Yes.

8         MS. ROCHLIN:   Your Honor, with the Court's permission,

9  at this time I would ask to publish what is already in evidence

10  as Government's Exhibit ER 57.

11         THE COURT:   You may.

12  BY MS. ROCHLIN:

13  Q.   Mr. Turay, please look at the photograph on your screen and

14  let us know if you recognize what appears in that photograph.

15  A.   Yes, I do.

16  Q.   What appears in that photograph?

17  A.   This is the checkpoint where I was arrested.

18  Q.   Are you referring to the checkpoint at the St. Paul Bridge?

19  A.   Yes.

20  Q.   Let me also ask you to take a look at photograph or exhibit

21  ER 15.

22         AGENT BAECHTLE:   (Complied.)

23  BY MS. ROCHLIN:

24  Q.   What appears in that photograph, Mr. Turay?

25  A.   This is road when you get there when you are coming from

## Turay - Direct

1  Lofa towards Monrovia at the checkpoint.

2  Q.   Mr. Turay, in the photograph, do you see a building?

3  A.   Yes, I do.

4  Q.   And does the building -- what color is the roof on that

5  building?

6  A.   (No response.)

7  Q.   What color is the top of the roof?

8  A.   Brown, a little bit white.

9  Q.   Mr. Turay, have you ever been inside of that building?

10  A.   Not inside of the building, but in front, outside of the

11  building.

12         MS. ROCHLIN:   If we could go to ER 20.

13         AGENT BAECHTLE:   (Complied.)

14  BY MS. ROCHLIN:

15  Q.   What do you see in that photograph, Mr. Turay?

16  A.   This is the bridge I crossed before coming to the

17  checkpoint.

18         MS. ROCHLIN:   And if we can go to ER 56.

19         AGENT BAECHTLE:   (Complied).

20  BY MS. ROCHLIN:

21  Q.   What do you see in this photograph, Mr. Turay?

22  A.   This is the checkpoint.   The white building is where the

23  securities have their office, the Immigration at the same

24  checkpoint.

25  Q.   Now, does this photograph show what you see before crossing

**Turay - Direct**

1  the bridge or after?

2  A.   After you cross the bridge.

3  Q.   And the building that you see in this photograph where you

4  said it was used as an office --

5  A.   Yes.

6  Q.   -- could you, please, indicate on the screen by touching it

7  which building you're referring to?

8  A.   The one, the big white one.

9  Q.   Did a green line just appear at the building you say was

10  used as the office?

11  A.   Yes.

12  Q.   What happened to you in that building?

13  A.   I was taken there for investigation by the Immigration.

14  Then after that, I was locked up in one of the rooms in that

15  building.

16  Q.   The building that you've just marked?

17  A.   Yes.

18        MS. ROCHLIN:   Could we publish ER 61, which is in

19  evidence?

20        AGENT BAECHTLE:   (Complied).

21  BY MS. ROCHLIN:

22  Q.   What do you see in this photograph, Mr. Turay?

23  A.   The same building and it's the cell where I was locked

24  before they took me to Gbarnga.

25  Q.   Are you able to see the part of the building where the cell

## Turay - Direct

1   was in this photograph?

2   A.   Yes.

3   Q.   Can you show the part of the building that had the cell

4   where you were put before your trip to Gbarnga?

5   A.   Right there.

6          MS. ROCHLIN:   I'm sorry, agent.   Could we go back to

7   BR 57?

8          AGENT BAECHTLE:   (Complied).

9   BY MS. ROCHLIN:

10  Q.   In this photograph, Mr. Turay do, you see where you were

11  when you were done with Immigration after Chuckie arrived at

12  the checkpoint?

13  A.   I cannot see from this building.

14         MS. ROCHLIN:   If we could move on to exhibit GD 12.

15         AGENT BAECHTLE:   (Complied).

16  BY MS. ROCHLIN:

17  Q.   Mr. Turay, do you recognize what's in GB 12?

18  A.   Yes, I do.

19  Q.   What is in GB 12?

20  A.   This is the small swamp I crossed before getting me in the

21  hole, before he puts me to the hole.

22  Q.   Where is this small swamp?   At what location?

23  A.   It was located in the middle from when you come with me up,

24  when he come with me to the base.   From there to the place

25  where they have the cells, the holes.

## Turay - Direct

1    Q.    What is the name of the place that this picture shows?

2    A.    It's Gbatala.

3             MS. ROCHLIN:   Could we see GB 39, please, which is in

4    evidence?

5             AGENT BAECHTLE:   (Complied.)

6    BY MS. ROCHLIN:

7    Q.    What does this picture show, Mr. Turay?

8    A.    This picture shows the same place in Gbatala, one of the

9    pit.

10   Q.    Now, is this picture in the same place as the picture you

11   just saw?

12   A.    Yes.

13   Q.    And when you say it's in the same place, what do you mean?

14   A.    In the same area.   After you cross the swamp, you have to

15   go up the slope a bit before you could come to this pit.

16            MS. ROCHLIN:   If we could put up GB 58, please.

17            AGENT BAECHTLE:   (Complied.)

18            MS. ROCHLIN:   I'm sorry.   GB 53.

19            AGENT BAECHTLE:   (Complied.)

20   BY MS. ROCHLIN:

21   Q.    Mr. Turay, do you see an exhibit on your screen?

22   A.    Yes, I do.

23   Q.    And what does that exhibit -- what does that photograph

24   look like to you?

25   A.    This one -- this is the type, not exactly like this, but

**October 1, 2008**

## Turay - Direct

1    the type that be on top of the holes, the type building with

2    thatch on top of the holes.

3    Q.   On top of the holes where?

4    A.   At Gbatala.

5         MS. ROCHLIN:  If I could have just a moment, Your

6    Honor?

7         THE COURT:  Might this be a good point for us to take

8    an afternoon recess?

9         MS. ROCHLIN:  Yes, Your Honor.

10        THE COURT:  Ladies and gentlemen, we'll take 10

11   minutes.   Please don't discuss the case.

12        [The jury leaves the courtroom at 3:03 p.m]

13        THE COURT:  We're in recess.

14         [There was a short recess at 3:18 p.m]

15        THE COURT:  Please bring the jury in.

16        [The jury returns to the courtroom at 3:18 p.m]

17        THE COURT:  Please continue, Ms. Rochlin.

18        MS. ROCHLIN:  Yes, Your Honor.

19   BY MS. ROCHLIN:

20   Q.   Mr. Turay, I'd like to go back and clarify something I

21   asked you before.   Do you remember earlier today mentioning

22   Caroline Van Buren?

23   A.   Yes, I do.

24   Q.   What was Caroline Van Buren?

25   A.   She was the protection officer for UNHCR.

**October 1, 2008**

**Turay - Direct**

1  Q.   How did Caroline Van Buren's position compare with

2  Mr. Mbbah's position?

3  A.   Mr. Mbbah was the deputy protection officer.

4  Q.   What was Caroline Van Buren's position?  Who had the higher

5  rank, Caroline Van Buren or Mr. Mbbah, in UNHCR?

6  A.   Caroline.

7  Q.   Who was the boss, Caroline Van Buren or Mr. Mbbah?

8  A.   Caroline was the boss.  Mr. Mbbah was the assistant.

9  Q.   Mr. Turay, earlier in your testimony you mentioned your

10 body was burned with melted plastic.  Is that correct?

11 A.   Yes.

12 Q.   What else, if anything, burned your body when you were at

13 the base?

14 A.   Say again.

15 Q.   Tell us whether or not anything besides plastic burned your

16 body when you were at the Gbatala Base.

17 A.   Before we left for Monrovia, burned under my feet with

18 candles before we left.

19 Q.   Who burned under your feet with candles?

20 A.   The ATU guys.

21 Q.   Do you know which ATU guys burned your feet with candles?

22 A.   I don't know their names.

23 Q.   Who was there when your feet were getting burned with

24 candles by the ATU guys?

25 A.   Chuckie was there.  Compari was there with many other ATUs.

## Turay - Direct

1  Q.  Mr. Turay, earlier in your testimony today you showed a

2  mark on your head.  Do you remember that?

3  A.  Yes, I do.

4  Q.  And when you touch the mark on your head, does it feel like

5  the rest of your head or does it feel different?

6  A.  It feel different.

7  Q.  How does it feel different?

8  A.  I feel like it's swollen.

9  Q.  And what caused that mark on your head?

10  A.  It was the bayonet stab.

11  Q.  And who stabbed you with the bayonet?

12  A.  It was Chuckie.

13  Q.  Where else were you stabbed with the bayonet?

14  A.  On my leg.

15  Q.  Who stabbed you in the leg with the bayonet?

16  A.  Chuckie.

17  Q.  And when you were stabbed in the leg with the bayonet, did

18  it leave a mark, Mr. Turay?

19  A.  Yes.

20  Q.  What kind of mark did it leave?

21  A.  A round deep mark.

22  Q.  Mr. Turay, you also mentioned a mark on your wrist in your

23  earlier testimony.  Is that correct?

24  A.  Yes.

25  Q.  And the mark on your wrist was from what?

**October 1, 2008**

**Turay - Cross**

1  A.   From cigarette.

2  Q.   And who took the cigarette and put it on your wrist causing

3  a mark?

4  A.   It's Chuckie.

5  Q.   Mr. Turay, the man who did these things to you, the burn on

6  your wrist, the stab on your leg with the bayonet, the bayonet

7  on your head that left a mark, do you see that man anywhere in

8  this courtroom today?

9  A.   Yes,

10 Q.   Would you please point to him and tell us where he is or

11 what he looks like.

12 A.   Okay.   That's him   He is sitting in the middle of two, two

13 people right in front of me.

14        MS. ROCHLIN:   Your Honor, may the record reflect the

15 witness has indicated the defendant?

16        THE COURT:   The record so reflects.

17        MS. ROCHLIN:   If I could have a moment?

18        Your Honor, we tender the witness for

19 cross-examination.

20              CROSS EXAMINATION

21 [Beginning at 3:23 p.m., 10/1/08.]

22 BY MR. WYLIE:

23 Q.   Mr. Turay, good afternoon.

24 A.   Good afternoon, sir.

25 Q.   Could you stand up for the jury?

**October 1, 2008**

## Turay - Cross

1    A.    (Complied.)

2    Q.    You look very healthy.   Is your health good right now?

3    A.    Yeah.   I'm trying.

4    Q.    You look very sharp today in court.   Nice suit.

5    A.    Thank you.

6    Q.    You're welcome.

7          You may sit down.

8    A.    (Complied.)

9    Q.    Sweden is treating you well?

10   A.    Pardon?

11   Q.    Sweden has been good for you?

12   A.    Yes.

13   Q.    I want to talk about your former home, Liberia -- excuse

14   me -- Sierra Leone.   You were born in Sierra Leone?

15   A.    Yes.

16   Q.    Kenema?

17   A.    Yes.

18   Q.    What year?

19   A.    1974, (redacted), 1974.

20   Q.    1974.

21          So that would have made you about 25-years-old in

22   1999?

23   A.    Yes.

24   Q.    Okay.

25          Now, you had some very bad things happen to you in

**October 1, 2008**

**Turay - Cross**

1  Kenema.  Correct?

2  A.  Pardon?

3  Q.  You had some very bad things happened to you growing up in

4  Kenema?

5  A.  Yes.

6  Q.  It was a difficult place to live?

7  A.  Yes.

8  Q.  You had war broke out in -- when did you say -- '93?

9  A.  '91.

10  Q.  A war started?

11  A.  Yeah.

12  Q.  How old were you then?

13  A.  17.

14  Q.  And your dad was arrested?

15  A.  Yes.

16  Q.  And he was unfortunately killed?

17  A.  Yes.

18  Q.  And was he a soldier?

19  A.  No.

20  Q.  Was he killed because of the war?

21  A.  He was working with the former government.

22  Q.  He was working with the government?

23  A.  Yeah.

24  Q.  How was he killed?

25  A.  By rebels.

**October 1, 2008**

## Turay - Cross

1   Q.   By rebels?

2   A.   Yeah.

3   Q.   And the rebels burned your house down as well?

4   A.   Yes.

5   Q.   How old were you when your house was burned down?

6   A.   Pardon?

7   Q.   How old were you when your house was burned down?

8   A.   19.

9   Q.   It must have been terrible.

10  A.   (Nodded.)

11  Q.   And so you had to move to another house at that point?

12  A.   Yes.

13  Q.   You moved in with your cousin, you said?

14  A.   Yes.

15  Q.   That was in the same town of Kenema?

16  A.   Yes.

17  Q.   Before your house burned down, did you have electricity?

18  A.   Yes.

19  Q.   You did.

20       Did you have running water in your house?

21  A.   Yes.

22  Q.   And did the war hurt the country of Sierra Leone?

23  A.   Yes.

24  Q.   They have problems now with electricity there?

25  A.   I don't know.   I've been out of there for 10 years.

**October 1, 2008**

## Turay - Cross

1  Q.  Do you speak to people back in Sierra Leone?

2  A.  Yes.

3  Q.  And do they tell you that there's no electricity there?

4         MS. ROCHLIN:  Objection.  Hearsay.

5         THE COURT:  Sustained.

6  BY MR. WYLIE:

7  Q.  Now, would you describe Kenema?  Is it fair to say Kenema

8  was a poor city?

9  A.  Yes.

10  Q.  A lot of poverty?

11  A.  Yes.

12  Q.  Was it difficult to find a job?

13  A.  Yes.

14  Q.  How is the medical care in Kenema?

15  A.  It was okay.

16  Q.  It was okay.

17         Did you have medical insurance in Kenema?

18  A.  My parents have.

19  Q.  Your parents had medical insurance?

20  A.  Yes.

21  Q.  And was there a problem with disease in Kenema in the '90s?

22  A.  I don't know.

23  Q.  You don't know?

24  A.  No.

25  Q.  Did you have friends that had malaria?

**October 1, 2008**

**Turay - Cross**

1    A.   I don't know.

2    Q.   You don't know.   You never met anybody with malaria?

3    A.   No.

4    Q.   How about hepatitis?

5    A.   I don't know.

6    Q.   Did you have a car when you were in Kenema?

7    A.   My parents.

8    Q.   Your parents did.   Did you?

9    A.   No, not on my own.

10   Q.   Did you have a suit like that when you lived in Kenema?

11   A.   Pardon?

12   Q.   Did you have a nice suit like you're wearing today when you

13   lived in Kenema?

14   A.   I did.

15   Q.   You did.   You had nice clothes.

16           You moved into your cousin's house.   How long did you

17   stay there?

18   A.   I stayed there until I moved to Liberia.

19   Q.   And how long was that?

20   A.   I can't say exactly how long I stayed there.

21   Q.   When did you first move in with your cousin?

22   A.   I don't remember the month again.

23   Q.   Do you remember the year?

24   A.   Yes.

25   Q.   What year did you move in with your cousin?

**October 1, 2008**

## Turay - Cross

1  A.   It was ending of '96.

2  Q.   '96?

3  A.   The end.

4  Q.   So the war started in '91 and it was '96 your house was

5  burned down?

6  A.   Yes, in the middle of the night.

7  Q.   That's when you moved in with your cousin?

8  A.   Yes.

9  Q.   How long did you stay there?  '96 to when, approximately?

10  A.   About one year.

11  Q.   One year?

12  A.   Yeah.

13  Q.   And then you moved from his house to Liberia.  Is that

14  correct?

15  A.   Yes.

16  Q.   Why did you leave there?

17  A.   Because of the fighting.

18  Q.   Because of the fighting?

19  A.   Yes.

20  Q.   Was the fighting coming in to Kenema?

21  A.   Yes.

22  Q.   Hadn't the fighting already been in Kenema?  They burned

23  your house down -- right -- in '96?

24  A.   Yes.

25  Q.   What happened later on that made it worse so you would

**October 1, 2008**

**Turay - Cross**

1  leave?

2  A.   It was during the junta's fight.

3  Q.   The what?

4  A.   The junta, AFRC junta.

5  Q.   The fighting made you scared?

6  A.   Yes.

7  Q.   Was it dangerous for you?

8  A.   Yes.

9  Q.   Dangerous for your family?

10  A.   Yes.

11  Q.   Your wife was living with you at that time?

12  A.   She was in Freetown to her mother.  She went to pay a

13  visit.

14  Q.   She went to pay a visit?

15  A.   Yes, with the two children.

16  Q.   When was that?

17  A.   It was in -- after our house was burned, '96.

18  Q.   In '96 she went to visit her mother?

19  A.   Yes.

20  Q.   And she was still in Freetown when you left your cousin's

21  house?

22  A.   Yes.

23  Q.   So she was in Freetown for a long time?

24  A.   Yes.  She was there because the fighting broke out, so she

25  couldn't make her way back to Kenema.

**October 1, 2008**

## Turay - Cross

1  Q.  So she went to visit and the fighting was so bad that she

2  was stuck in Freetown?

3  A.  Yes.

4  Q.  And the fighting got so bad in Kenema that you left Kenema,

5  too?

6  A.  Yes.

7  Q.  You didn't go to Freetown?

8  A.  No.  There was no way for me.  There was no way for me to

9  travel to Freetown.

10 Q.  Couldn't get to Freetown?

11 A.  No.

12 Q.  So you went to Liberia?

13 A.  Yes.

14 Q.  Now, let's talk about Sweden for a moment.  You live in

15 Sweden now?

16 A.  Yes, I do.

17 Q.  And it's a much different place than Sierra Leone or

18 Liberia?

19 A.  Yes.

20 Q.  Do you have free medical care there?

21 A.  Yes.

22 Q.  Do you have a job?

23 A.  Not now.

24 Q.  Not now?

25 A.  Before.

**October 1, 2008**

**Turay - Cross**

1  Q.  What were you doing before?

2  A.  I was working in a restaurant as a cook.

3  Q.  And are you also studying to be a car mechanic?

4  A.  Yes.   Not car mechanic, but engineering.

5  Q.  You're studying to be an engineer?

6  A.  Yes.

7  Q.  So you're going back to school.  You're going back to

8  study?

9  A.  Yes, hopefully.

10  Q.  Hopefully?

11  A.  Yeah.

12  Q.  You had to stop studying because of the war in Kenema?

13  A.  Yes.

14  Q.  Is that why you stopped going to school?

15  A.  Yes.

16  Q.  Do you own a car in Sweden?

17  A.  Car?

18  Q.  Yes.

19  A.  No.

20  Q.  No car in Sweden?

21  A.  No.

22  Q.  You used to own a car in Sweden.   No?

23  A.  No.

24  Q.  You never had one?

25  A.  Never.

**October 1, 2008**

## Turay - Cross

1  Q.   And does your house or the place that you live in Sweden,

2  is it comfortable?

3  A.   Yes.

4  Q.   Does it have heat?

5  A.   Pardon?

6  Q.   Does the house have heat?

7  A.   Heat?

8  Q.   Yeah.   It gets cold in Sweden.   Right?

9  A.   Yes, yes, yes.

10  Q.   The house, is it warm in the wintertime?

11  A.   Yes.

12  Q.   Does it have running water?

13  A.   Yes.

14  Q.   Do you have a toilet, indoor plumbing?

15  A.   Yes.

16  Q.   And electricity?

17  A.   Yes.

18  Q.   And good medical care?

19  A.   Yes.

20  Q.   In fact, you've taken advantage of that medical care.

21  Right?

22  A.   Pardon?

23  Q.   You have taken advantage of the free medical care.   Right?

24  You've seen lots of doctors and nurses in Sweden?

25  A.   Not a lot.

**October 1, 2008**

## Turay - Cross

1  Q.  Not a lot?

2  A.  No.

3  Q.  But you go to the doctor when you need to there.  Right?

4  A.  Yes, when I need.

5  Q.  In fact, you went there immediately upon arriving in

6  Sweden.  You went to the doctor.  Right?

7  A.  Yes.

8  Q.  And they treated you for hepatitis A and B.  Right?

9  A.  Yes.

10  Q.  And you had malaria when you got there.  Is that correct?

11  A.  I don't know.

12  Q.  You don't know?

13  A.  No.

14  Q.  The doctor didn't tell you you had --

15  A.  He just told me about hepatitis.

16  Q.  Excuse me?

17  A.  He told me about hepatitis B.

18  Q.  I'm sorry.  One more time.

19  A.  He told me about hepatitis B.

20  Q.  Oh, he told you about hepatitis B?

21  A.  Yes.

22  Q.  Did he tell you it was contagious?

23  A.  Yes.

24  Q.  And he told you how to treat it?

25  A.  Yes.

**October 1, 2008**

**Turay - Cross**

1    Q.    And he gave you medicine for that?

2    A.    Yes.

3    Q.    And but you're not aware he told you you had malaria?

4    A.    No, I did not know that.

5    Q.    You were very sick when you got to Sweden.  Right?  You

6    were not feeling well when you got to Sweden?

7    A.    No.

8    Q.    And they gave you medicine for that?

9    A.    Yes.

10   Q.    And you've taken up skiing since you moved to Sweden.

11   A.    Say again.

12   Q.    You're a skier now in Sweden, a skier, snow skiing?

13   A.    Yes.

14   Q.    You like to snow ski?

15   A.    Yes.

16   Q.    Are you good at it?

17   A.    No.

18   Q.    There's not a lot of mountains with snow on them in Sierra

19   Leone.  Right?

20   A.    No.

21   Q.    And who pays for the skiing?  That's pretty expensive,

22   isn't it?

23   A.    Yes, but I provide it for myself.

24   Q.    You provide it for yourself.  You have a good job and you

25   make money or you did before.  Right?

**October 1, 2008**

**Turay - Cross**

1   A.   No.   By then I was living a small town so.   I got it from

2   friends free.

3   Q.   Oh, you skied for free?

4   A.   Yes.

5   Q.   And you hurt your knee skiing.   Right?

6   A.   Yes.

7   Q.   And you went to the doctor for that?

8   A.   Yes.

9   Q.   And you also had a bad situation in Sweden where a lot of

10  men beat you up.   Right?

11  A.   Yes.

12  Q.   How many men was that?

13  A.   I don't remember again.

14  Q.   I mean, was it a lot, one, two, five, 10?

15  A.   Maybe two.

16  Q.   Two men?

17  A.   Yeah.

18  Q.   And they beat you?

19  A.   Yes.

20  Q.   And they kicked you?

21  A.   Yes.

22  Q.   And you went to the doctor for that.   Right?

23  A.   Yes.

24  Q.   You had bruises and marks on your body from the beating and

25  the kicking?

**October 1, 2008**

## Turay - Cross

1   A.   Yeah.

2   Q.   Did you hurt your knee playing football also?

3   A.   It was after.   I injured myself from skiing.

4   Q.   From skiing?

5   A.   Yeah.

6   Q.   And it continued to hurt when you played football?

7   A.   Yes.

8   Q.   You like to play football?

9   A.   Yes.

10  Q.   Okay, sir.   I want to talk about -- have some water.   Have

11  a drink.

12           I want to talk about your journey to Sweden.   So you

13  were in Kenema until -- I'm sorry.   You said 1996.   Is that

14  correct.

15  A.   Until '98.

16  Q.   In '98 you were in Kenema?

17  A.   Yeah.

18  Q.   And you left Kenema to go to Bomaru?

19  A.   Yes.

20  Q.   And where is that?

21  A.   It's the border town between Sierra Leone and Liberia.

22  Q.   Are you left Sierra Leone, you crossed the border and went

23  to Bomaru?

24  A.   Bomaru is the border town.

25  Q.   You left Kenema and went to Bomaru?

**October 1, 2008**

**Turay - Cross**

1  A.  Yes.

2  Q.  Who traveled with you there?

3  A.  Me, my brother, cousins and other Sierra Leonians.

4  Q.  How many brothers?

5  A.  Two.

6  Q.  What are their names?

7  A.  Abu and Mohammed.

8  Q.  And how many cousins?

9  A.  Three.

10  Q.  What were their names?

11  A.  Fofana, Moukhtar and Sidiki.

12  Q.  And you said other Sierra Leonians.

13  A.  Other Sierra Leonian refugees who were --

14  Q.  They were all fleeing Kenema?

15  A.  Yes.

16  Q.  Because it was very dangerous in Kenema?

17  A.  Yes.

18  Q.  Were those people walking or riding in a vehicle?

19  A.  It was a convoy, in trucks, cars.

20  Q.  A convoy.

21       Were you on foot or in a vehicle?

22  A.  I was in one of the vehicles.

23  Q.  In one of the vehicles.

24       And you were in a vehicle with your three cousins and

25  two brothers?

**October 1, 2008**

**Turay - Cross**

 1   A.   Yes.

 2   Q.   Who else was in your vehicle?

 3   A.   Many other people.

 4   Q.   Do you remember any of their names?

 5   A.   No.

 6   Q.   None of them?

 7   A.   No.

 8   Q.   How long a ride is that from Kenema to Bomaru?

 9   A.   I didn't travel direct.  I slept in Daru.

10   Q.   Daru?

11   A.   Yes.

12   Q.   How long a trip is it from Kenema to Daru?

13   A.   About one hour, 30 minutes.

14   Q.   Eight hours?

15   A.   One hour, 30 minutes.

16   Q.   And what type of vehicle were you in?

17   A.   A truck.

18   Q.   Whose truck?

19   A.   I don't know, but it was a truck.

20   Q.   Your parents' truck?

21   A.   No commercial truck.

22   Q.   Commercial struck?

23   A.   Yes.

24   Q.   Did you have to pay to get on it?

25   A.   Yes.

**October 1, 2008**

**Turay - Cross**

1  Q.   How much did you pay?  Do you remember?

2  A.   I don't remember exactly now.

3  Q.   So when you left Kenema, you left everything behind?

4  A.   Everything was burned.

5  Q.   Everything was burned?

6  A.   Yes.

7  Q.   In your house?

8  A.   Yes.

9  Q.   Did you have anything in your cousin's house?

10  A.   Just a few clothes.

11  Q.   A few what?

12  A.   Few clothing.

13  Q.   That's all you took as you fled?

14  A.   Yes.

15  Q.   How about your cousin, did he leave everything behind?

16  A.   He just took a few clothing also.

17  Q.   How about your parents' car?  You didn't take that.  You

18  just left that behind?

19  A.   No.

20  Q.   What happened with that?

21  A.   I don't know.

22  Q.   You don't know?

23  A.   No.

24  Q.   You just left it in Kenema?

25  A.   My mother was there.

**October 1, 2008**

**Turay - Cross**

1  Q.   Your mother stayed in Kenema?

2  A.   Yes.

3  Q.   Your mother didn't travel with you?

4  A.   They went to different area.

5  Q.   What area is that?

6  A.   Sokue.

7  Q.   That's in its bush?

8  A.   In the bush, yes.

9  Q.   How far away is that from Kenema?

10 A.   I don't know.   Sokue is in the surrounding bush.

11 Q.   Who went with your mom?

12 A.   My sister.

13 Q.   Your mom and your sister went.

14      How come you didn't go with them?

15 A.   Because I was afraid.   It was not safe.   It was not safe.

16 Q.   They went to an unsafe place?

17 A.   Yes.

18 Q.   You let your mother and your sister go to an unsafe place

19 and you went somewhere else?

20 A.   Yes.

21 Q.   You didn't take them with you?

22 A.   They didn't want to.

23 Q.   They wouldn't go with you?

24 A.   They didn't want to go to Liberia.

25 Q.   They didn't want to go to Liberia?

**October 1, 2008**

**Turay - Cross**

1    A.   Yes.

2    Q.   They wanted to stay somewhere where it was not safe?

3    A.   I don't know.

4    Q.   You just left your mother and your sister?

5    A.   I left them in Kenema.

6    Q.   You left them in Kenema?

7    A.   Yes.

8    Q.   You left before they did?

9    A.   I left before them.

10   Q.   How did you know they left for somewhere else?

11   A.   That was their plan.

12   Q.   That was their plan.

13        So when you left Kenema, they were still there?

14   A.   Yes.

15   Q.   And you left without them?

16   A.   Yes.

17   Q.   Okay.

18        So you go to Daru with your three cousins and your two

19   brothers in a commercial truck and there were a lot of other

20   people in that truck?

21   A.   Yes.

22   Q.   And how -- you stayed one night in Daru?

23   A.   Correct.

24   Q.   And where did you stay?

25   A.   We slept outside.

**October 1, 2008**

**Turay - Cross**

1   Q.   You slept outdoors?

2   A.   Yeah, outdoors.

3   Q.   All your family and your brothers?

4   A.   Everyone.

5   Q.   Everybody that was in that truck slept?

6   A.   Yes.

7   Q.   And you got up the next morning and left?

8   A.   Yes.

9   Q.   That's when you went to Bomaru?

10  A.   Yes.

11  Q.   How long a drive was that?

12  A.   I can't remember exactly, but it's more than -- because of

13  the road, so you can say maybe three or four hours.

14  Q.   Because of the road?  It's very bad?

15  A.   Bad, yeah.

16  Q.   Is it a dirt road?

17  A.   Yes.

18  Q.   And you took this three or four hour drive to Bomaru with

19  all the same people that were in the truck the day before?

20  A.   Yes.

21  Q.   Your three cousins and your two brothers?

22  A.   Yes.

23  Q.   And how long were you in Bomaru?

24  A.   About two days.

25  Q.   Two days?

**October 1, 2008**

## Turay - Cross

1    A.    Yes.

2    Q.    Where did you stay?

3    A.    We were outside, sleeping out, because it's a small town.

4    The town was full.

5    Q.    Excuse me.   What did you say about food?

6    A.    The town was full.

7    Q.    The town was full?

8    A.    So we used to sleep outside the corridor.

9    Q.    That was everybody in the truck slept outside?

10   A.    Yes.

11   Q.    And you said you were there two days?

12   A.    Yes.

13   Q.    You slept outside.

14          And what was your plan when you got to Bomaru?   How

15   long did you plan to stay?

16   A.    My plan was to cross to Liberia.

17   Q.    So Bomaru was only a temporary stop?

18   A.    Yes.

19   Q.    Your plan all along was to get out of Sierra Leone and into

20   Liberia?

21   A.    Yes.

22   Q.    So you were two days in Bomaru and then you left to Vahun?

23   A.    Vahun, that's correct.

24   Q.    How long a ride was that?

25   A.    A ride?

**October 1, 2008**

## Turay - Cross

1   Q.   How long was the trip?

2   A.   I don't remember exact how long it took.

3   Q.   Approximately.   Do you remember?

4   A.   I don't remember again.

5   Q.   I mean, was it minutes, hours?

6   A.   It was hours.

7   Q.   You went in the same commercial truck?

8   A.   Yes.

9   Q.   Again, you paid for the ride?

10  A.   I only pay one time, yeah.

11  Q.   One time.   Back in Kenema?

12  A.   Yeah.

13  Q.   And your goal was to go to Vahun.   That's when you left

14  Kenema, you were heading to Vahun.   Right?

15  A.   I didn't know Vahun.   I was heading for Liberia.

16  Q.   Just Liberia?

17  A.   Yes.

18  Q.   But you stayed two days in Bomaru?

19  A.   In Bomaru.

20  Q.   You stayed two days?

21  A.   Yeah.

22  Q.   The truck just stayed for two days even though you had paid

23  it to go to Liberia?

24  A.   Yeah.

25  Q.   How many -- so the trip to Vahun, that was in the same

**October 1, 2008**

**Turay - Cross**

1  truck with the same people?

2  A.   Yes.

3  Q.   All the same people?

4  A.   Yes.

5  Q.   Your three cousins and your two brothers were still there?

6  A.   Yes.

7  Q.   You don't remember the name of anybody else that was in the

8  that --

9  A.   Truck, no.

10  Q.   Not even first names?

11  A.   No.

12  Q.   I mean, you spent, you know, several days with these

13  people.

14  A.   Yes, it was -- I was with my own cousins and brothers.

15  Q.   You didn't remember the name of the driver?

16  A.   No.

17  Q.   Do you remember the company that took you?

18  A.   No.

19  Q.   Okay.

20       So how long were you in Vahun?

21  A.   I was in Vahun for a couple of weeks, two weeks.

22  Q.   And where did you stay for those two weeks?

23  A.   Well, I was leaving.  I make a friend in Vahun, but I don't

24  remember his name again.  We were staying to his place.

25  Q.   You stayed at your friend's place?

**October 1, 2008**

**Turay - Cross**

 1  A.   Yeah, for two days and later we went to the camp.

 2  Q.   Okay.   I'm sorry.   I thought you said you were in Vahun for

 3  two weeks.

 4  A.   I was in Vahun for two weeks.   The first two days I stay

 5  with a friend and later we went to the camp.   We were living in

 6  the camp.

 7  Q.   Okay.

 8       And this friend that you stayed with for two days, you

 9  don't remember his name.

10  A.   No.

11  Q.   You stayed with him for two days and you can't even

12  remember his first name?

13  A.   No.   It's a long time.

14  Q.   Yeah.

15       And your three cousins and your two brothers also

16  stayed with the friend for two days?

17  A.   Yes.

18  Q.   And then you went to the camp?

19  A.   Yes.

20  Q.   Why did you go to the camp?

21  A.   Because there we can find a big shelter.

22  Q.   A big shelter?

23  A.   Yeah.

24  Q.   Your three cousins and your two brothers went to the camp?

25  A.   Yes, we went to the camp.

**October 1, 2008**

## Turay - Cross

1    Q.   Do you remember the name of the camp?

2    A.   No.

3    Q.   No?

4    A.   No.

5    Q.   Do you remember -- how many people were in this camp?

6    A.   Many.

7    Q.   It was a lot of refugees fleeing from Sierra Leone.   Right?

8    A.   Yes.

9    Q.   So hundreds of people there?

10   A.   Yes.

11   Q.   Sleeping in, like, shelters?

12   A.   Yes.

13   Q.   And they were giving you food.   Did they have good food

14   there?

15   A.   Yes.

16   Q.   And you were sleeping -- what was it, in tents?

17   A.   Tents, yeah.

18   Q.   How would they cook the food?

19   A.   We cook for ourselves.

20   Q.   Did you have electricity?   You didn't have electricity in

21   the tents.

22   A.   No.

23   Q.   So you cook on fire?

24   A.   Yes.

25   Q.   Campfire, like?

## Turay - Cross

1  A.  Yes.

2  Q.  How long were you in that camp?

3  A.  Almost two weeks.

4  Q.  Almost two weeks.

5       And there were lots and lots of people there.  Right?

6  A.  Yes.

7  Q.  Do you remember anybody's name that you met in that camp?

8  A.  No.

9  Q.  No one?

10  A.  No one, no.

11  Q.  Not even a first name?

12  A.  No.

13  Q.  And you were there for two weeks?

14  A.  Yes.

15  Q.  With your three cousins and your two brothers?

16  A.  Yes.

17  Q.  Okay.

18       So why did you leave the camp?

19  A.  Because we were receiving harassment from the Liberian

20  securities and Sierra Leone rebels, so I decide to go forward.

21  Q.  When you say "harassment" --

22  A.  Yeah.

23  Q.  -- what do you mean?

24  A.  They come to the camp.  They raid, take people's property.

25  Sometimes try to take young guys to go in Sierra Leone to

**Turay - Cross**

1    fight, all of this stuff.

2    Q.   Who was recruiting you to fight?

3    A.   Liberian securities and some of the Sierra Leone rebels.

4    Q.   And you didn't want to do that, so you left?

5    A.   Yes.

6    Q.   And you headed to Voinjama?

7    A.   Yes.

8    Q.   How long a trip was it from Vahun to Voinjama?

9    A.   I don't remember exactly, but it's a far journey.

10   Q.   Five hours?

11   A.   More than five hours.

12   Q.   More than five hours.

13        And how did you get from Vahun refugee camp to

14   Voinjama?

15   A.   I travel with one of the U.N. trucks.

16   Q.   With one of the U.N. trucks?

17   A.   Yes.

18   Q.   So that was free?

19   A.   No.

20   Q.   You had to pay them?

21   A.   Yes.

22   Q.   And after all this travel, you still had money on you?

23   A.   Yes.

24   Q.   The Liberian security guards hadn't taken it from you?

25   A.   No, they didn't take it from me.

**October 1, 2008**

## Turay - Cross

1  Q.   They were just taking other people's property?

2  A.   No.   When we came to the, to the border town, at least we

3  have to pay our way to come in.   That's when I did, so they

4  didn't take money from me from Vahun, but they were harassing a

5  lot of people.

6  Q.   Okay.

7        So this U.N. truck, how big was it?

8  A.   It was a Daf truck.

9  Q.   A big truck?

10 A.   Big truck, yes.

11 Q.   And it was loaded full of people?

12 A.   No, not full load of people.

13 Q.   Oh, it wasn't full?

14 A.   No, just few.

15 Q.   Did your three cousins and your two brothers go on that

16 trip with you?

17 A.   Yes.

18 Q.   How many other people were in the car with you or in the

19 truck?

20 A.   Maybe 15, 20 people more.

21 Q.   15 or 20 people?

22 A.   Yeah.

23 Q.   Do you remember any of their names?

24 A.   No.

25 Q.   So how long were you in Voinjama?

**October 1, 2008**

## Turay - Cross

1  A.   I live in Voinjama since '98 to '99.

2  Q.   And where did you stay when you were in Voinjama?

3  A.   I was staying -- first when we came to Voinjama, there was

4  a place we had, the refugees.  They give us an old school and

5  after I find a place to stay.

6  Q.   You stayed in an old school first?

7  A.   Yes.

8  Q.   A refugee shelter?

9  A.   A refugee shelter, yeah.

10  Q.   How long were you there?

11  A.   I was there maybe a week or more.

12  Q.   And how many other people were there?

13  A.   There were many refugees there, too.

14  Q.   And were your three cousins there with you?

15  A.   Yes.

16  Q.   And your two brothers were there with you?

17  A.   Yes.

18  Q.   And do you remember any of the names of the refugees you

19  stayed with at the school?

20  A.   Yes.  I remember Albert was there.

21  Q.   Albert?

22  A.   Yeah.  Sulaiman was there and my brothers, cousins.

23  Q.   Was Mr. Conteh there?

24  A.   Yes, Conteh was there, too.

25  Q.   Conteh was there, too?

**October 1, 2008**

## Turay - Cross

1   A.   Yes.

2   Q.   How about Abdul Cole?

3   A.   Abdul Cole was there in the same school.

4   Q.   Was that where you met these gentlemen?

5   A.   Yeah.

6   Q.   You didn't meet them before that?

7   A.   No, no.

8   Q.   You never knew them before that?

9   A.   I never knew them before.

10  Q.   And -- I'm sorry -- how long did you say you were in this

11  refugee camp?

12  A.   In that school, maybe a week or two weeks.

13  Q.   A week or two weeks?

14  A.   I don't remember exactly.

15  Q.   Are those -- are there any other names of people that you

16  stayed there with that you remember?

17  A.   No.

18  Q.   And what caused you to leave the refugee camp?

19  A.   Because I wanted to find a shelter.

20  Q.   And where did you end up staying?

21  A.   Well, I end up to a friend in Mandingo Quarter, in

22  Voinjama.

23  Q.   In the Mandingo Quarter in Voinjama?

24  A.   Yes.

25  Q.   Are you Mandingo?

**October 1, 2008**

**Turay - Cross**

1    A.    No.

2    Q.    But your friend was?

3    A.    He was Mandingo.

4    Q.    What's his name?

5    A.    No, I don't remember again.

6    Q.    Okay.

7          How long did you stay with him?

8    A.    I stayed there until I left, but he leave me there.

9    Q.    Okay.

10   A.    Yeah.

11   Q.    So you were in Voinjama for about a year?

12   A.    Yes.

13   Q.    And a week of that time you were in the refugee shelter?

14   A.    Yes.

15   Q.    And the rest of the time you were living at your friends's

16   house?

17   A.    Yes.

18   Q.    But you can't remember his name?

19   A.    No, because he just stay some weeks and he left.

20   Q.    Just stayed a few weeks with you and left?

21   A.    Yes.

22   Q.    Left his house to you?

23   A.    Well, his room

24   Q.    That was very nice of him

25         Did your three cousins and two brothers also move in

**October 1, 2008**

## Turay - Cross

1  to this unnamed fellow's house?

2  A.   My two brothers, after we move from the camp, they stayed

3  just two days and they proceed to Monrovia.   Two of my cousins,

4  they went together.   One of my cousins was there, but we were

5  not living in the same room   He has his own place.

6  Q.   Let me make sure I got this right.   One cousin got his own

7  place?

8  A.   Yeah.

9  Q.   And he stayed in Voinjama?

10  A.   Yes.

11  Q.   And two cousins moved in with you?

12  A.   Yes.

13  Q.   And your two brothers left to Monrovia?

14  A.   Two move in with me.

15  Q.   Oh, they did?

16  A.   After two days, they left for Monrovia.

17  Q.   Okay.

18       So they spent two days with you and left to Monrovia?

19  A.   Yes.

20  Q.   Why did they leave for Monrovia?

21  A.   Because they want to go to the city.

22  Q.   And you didn't want to?

23  A.   No.

24  Q.   You were just going to stay in your unnamed friend's house?

25  A.   Yes.

**October 1, 2008**

## Turay - Cross

1    Q.    And how about Jusu and Mr. Conteh and Mr. Cole?

2    A.    They found place later to stay.

3    Q.    Do you remember who they lived with?

4    A.    No.

5    Q.    And while you were in Voinjama, you worked for WFP?

6    A.    Yes, I do.

7    Q.    And what does that stand for?

8    A.    World Food Program

9    Q.    Is that the NGO?

10   A.    It's an NGO.

11   Q.    What is an NGO?

12   A.    Nongovernment office.

13   Q.    Basically, what do NGOs do?

14   A.    They help refugees for food, shelter and medical.

15   Q.    And they're there because of the war?

16   A.    Yes, for the refugees.

17   Q.    And there was a lots of refugees at this time?

18   A.    Yes.

19   Q.    Were there a lot of NGOs there.  Were there other NGOs

20   besides WFP?

21   A.    Yes.

22   Q.    What other NGOs were there in Voinjama?

23   A.    There was GTZ, Action Faim?  Many other NGOs.  I don't

24   remember now.

25   Q.    Many, many.  Right?

**October 1, 2008**

## Turay - Cross

1  A.    Yeah.

2  Q.    And those NGOs -- WFP, for example -- they would help

3  people all the way to the bridge in Gbatala.   Right?

4  A.    Pardon?

5  Q.    The World Food Program would help people in Gbatala by the

6  St. Paul River Bridge?

7  A.    Help people?

8  Q.    Yes.   They would do their work all over that area of

9  Liberia?

10  A.    I only know about the Vahum and Kolahun and Voinjama.

11  Q.    You worked for WFPs?

12  A.    In Voinjama.

13  Q.    You don't know if they also had a presence in the bridge

14  area, the St. Paul River Bridge?

15  A.    No.   I have never traveled that side, so I don't know they

16  were operating at that side.

17  Q.    But if there were refugees in that area, they were probably

18  not government --

19  A.    I don't know whether there was refugees in that area.

20  Q.    Okay.

21        But if there were refugees, WFP was probably there?

22  A.    Yes.

23        MS. ROCHLIN:   Objection.   Calls for speculation.

24        THE COURT:   Overruled.

25  BY MR. WYLIE:

**October 1, 2008**

**Turay - Cross**

1   Q.   You may answer.

2   A.   Once again?

3   Q.   So if there were refugees in the St. Paul River Bridge

4   area, WFP, your employer, was probably there helping people?

5   A.   Yes, of course.

6   Q.   And these NGOs, are they usually from outside the country

7   or local people?

8   A.   From locals and from outside of the country.

9   Q.   A mixture, some local and some people from Europe or the

10   United States?

11   A.   Yes.

12   Q.   How long did you work at WFP?

13   A.   Until I left for Monrovia.

14   Q.   So for about a year?

15   A.   Yes.

16   Q.   And how big an organization was WFP?

17   A.   They were having their headquarter in Voinjama.  They were

18   operating in Kolahun, Vahun and Voinjama as well.

19   Q.   The headquarters is in Voinjama?

20   A.   Yes.

21   Q.   The biggest WFP office in Liberia was in Voinjama?

22   A.   Not in Liberia.  The headquarter was in Monrovia.

23   Q.   Okay.

24   A.   But it was the sole headquarter.

25   Q.   WFP is all over Liberia.

**October 1, 2008**

## Turay - Cross

1    A.    Yes.

2    Q.    But in Voinjama, it's a big place?

3    A.    Yes.

4    Q.    How many employees, how many people work for them in

5    Voinjama?

6    A.    I don't remember exactly, but it's more than 20 or more.

7    Q.    Who was your boss with WFP?

8    A.    The whole boss for the WFP at that time was Mr. Karaoke.

9    He was from Kenya.

10   Q.    A Kenyan named Mr. Karaoke?

11   A.    Karaoke, yeah.

12   Q.    And what are some of the names of your other employees that

13   you worked with WFP?

14   A.    I know a driver called Kuli (ph.).  He was a WFP driver,

15   and after Karaoke was changed, I know Paul, he was a Swedish.

16   Q.    A Swedish guy?

17   A.    Yes, and there was another Liberian boy.  His name was

18   Kuli.

19   Q.    Do you know the last names?

20   A.    No, no.

21   Q.    Do you know anybody's full name that you worked with for a

22   year at WFP?

23   A.    No.

24   Q.    No?

25   A.    No.

**October 1, 2008**

## Turay - Cross

1  Q.   You don't remember any of them?

2  A.   Not any of them

3  Q.   Would you have paperwork as an employee of WFP?  Did you

4  have to fill out an application?

5  A.   Yes.

6  Q.   And they took your name?

7  A.   Yes.

8  Q.   And they had probably an employee file on you.  Right?

9  A.   Yes.

10  Q.   At some point I think you testified that you received a

11  refugee card?

12  A.   Yes.

13  Q.   Do you still have that refugee card?

14  A.   They took it from me from the checkpoint where I was

15  arrested.

16  Q.   They took it at the checkpoint?

17  A.   Yes.

18  Q.   To get that card -- where did you get that, by the way?

19  A.   I got that card in Vahun when I came in and registered.

20  Q.   The first refugee camp in Vahun?

21  A.   Yes?

22  Q.   You registered with them to get that?

23  A.   Yes.

24  Q.   Did they take your name?

25  A.   Well, my particulars, everything.

**October 1, 2008**

## Turay - Cross

1    Q.    Your birth date.   They need to know who you are.   Right?

2    A.    Yes.

3    Q.    They keep a record of that?

4    A.    Yes.

5    Q.    In fact, I think you testified that one of the gentlemen

6    that visited in Monrovia --

7    A.    Mr. Milbah.

8    Q.    -- He checked to see if you were registered as a refugee?

9    A.    Yes.

10   Q.    So he would have checked with that camp in Vahun?

11   A.    Yes.

12   Q.    So you were definitely registered and had paperwork there

13   in that camp.   Right?

14   A.    Yes.

15   Q.    You're in Voinjama.   What causes you to leave Voinjama?

16   A.    It was the attack.

17   Q.    The attack?

18   A.    Yes.

19   Q.    When was that?

20   A.    April 21st, 1999.

21   Q.    April 21st, 1999?

22   A.    Yes.

23   Q.    I think you testified that you woke up in the morning and

24   heard gunshots?

25   A.    Yes.

**October 1, 2008**

**Turay - Cross**

1  Q.   And what did you do?

2  A.   I find my way to the WFP office.

3  Q.   And at this point your two brothers have already gone to

4  Monrovia?

5  A.   Right.

6  Q.   They're no longer with you?

7  A.   No.

8  Q.   By the way, did you tell us their names?

9  A.   Yes, I did.

10  Q.   What are their names again.

11  A.   Abu and Mohammed.

12  Q.   Abu and Mohammed?

13  A.   Yes.

14  Q.   Abu and Mohamed are in Monrovia.   Is that correct?

15  A.   Yes.

16  Q.   And one of your cousins got his own place in Voinjama.

17  What's his name?

18  A.   Fofana.   Mohamed, Fofana.

19  Q.   So when you hear the gunshots in the morning, you're still

20  living with your other two cousins?

21  A.   My other two cousins also went to Monrovia with my two

22  brothers.

23  Q.   Okay.   What are their names?

24  A.   Moukhtar and Sidiki.

25  Q.   So Moukhtar and Sidiki, Abu and Mohammed had all gone to

**October 1, 2008**

## Turay - Cross

1    Monrovia already?

2    A.    Yes.

3    Q.    And so you're living alone?

4    A.    Yes.

5    Q.    And your cousin is living in another place in Voinjama?

6    A.    Yes.

7    Q.    Your cousin that didn't go to Monrovia?

8    A.    Yes.

9    Q.    And you hear these shots.   You go alone to your boss or to

10   the World Food Program?

11   A.    I run towards World Food Program direct.   There are many

12   people running to that direction.   So not only me.

13   Q.    A lot of people?

14   A.    A lot of people.

15   Q.    From your house or the place you were staying, you were the

16   only person to go?

17   A.    No, there are many people leaving that area, too.

18   Q.    That's the Mandingo corridor?

19   A.    Yes.

20   Q.    And they were all -- by the way, do you remember the

21   address of the house you were living in in the Mandingo

22   Quarter?

23   A.    There are no address.

24   Q.    No addresses?

25   A.    No.

**October 1, 2008**

## Turay - Cross

1   Q.   Voinjama doesn't use house numbers or --

2   A.   I never notice that.

3   Q.   What street were you living on?

4   A.   It's only quarter, Mandingo Quarter.

5   Q.   Mandingo Quarter?

6   A.   Yes.

7   Q.   There are no streets in the Mandingo Quarter?

8   A.   No.

9   Q.   There are no streets or there are no street names?

10  A.   There are no street names.

11  Q.   Are they all dirt roads or are some of them paved roads?

12  A.   Mandingo Quarter, Loma, Mende.

13  Q.   The roads within the Mandingo Quarter?

14  A.   I don't know the names.

15  Q.   You don't know the names?

16  A.   No.

17  Q.   You lived there for almost a year though, no?

18  A.   Yes.  I don't look for it.

19  Q.   So you and a lot of people from the Mandingo Quarter are

20  running -- right -- running --

21  A.   Yes.

22  Q.   -- to the World Food Program  Right?

23  A.   Yes.

24  Q.   Where are Mr. Jusu?  Where is Mr. Jusu at this point?  Is

25  he running with you?

**October 1, 2008**

## Turay - Cross

1  A.   I don't know.

2  Q.   The same thing with Albert?

3  A.   I don't know.

4  Q.   What's Albert's last name?

5  A.   I don't know his last name.

6  Q.   And Mr. Conteh, where is he at this point?

7  A.   I don't know.

8  Q.   How about Mr. Cole?

9  A.   I don't know any idea.

10  Q.   How long a run was it from your home in the Mandingo

11  Quarter to the World Food Program?

12  A.   10 minutes.

13  Q.   10 minutes.

14        What time was this in the day?

15  A.   It was 4:00, getting to 5:00 in the morning.

16  Q.   4:00, 5:00 in the morning?

17  A.   Yeah.

18  Q.   Is it still dark?

19  A.   Yes.

20  Q.   So you run for 10 minutes and you end up at the World Food

21  Program  Is that a big building?

22  A.   Yes.

23  Q.   With lots of offices and stuff in it?

24  A.   Yes.

25  Q.   And how many people arrive at the World Food Program that

## Turay - Cross

1  morning?

2  A.   Many.

3  Q.   What's "many"?  Like a dozen, 100?

4  A.   I cannot say.   It was more than 100.

5  Q.   Okay.

6        How long were you at the World Food Program?

7  A.   I was there until the place was bright, around -- I don't

8  remember the exact time, but it was in the morning hours.   We

9  left.   Everyone was load in the truck and we left towards

10  Monrovia.

11  Q.   How many trucks left?

12  A.   I don't remember exactly how many trucks, but there are

13  many trucks.

14  Q.   Okay.

15        And what kind of truck did you get on?

16  A.   I've forgotten the name, but it's 10-wheel trucks.

17  Q.   So a big truck?

18  A.   Big trucks.

19  Q.   Was it packed full of people?

20  A.   Yes.

21  Q.   How many people were on that truck, do you think?

22  A.   I can't say exactly.

23  Q.   Did you see your cousin at the World Food Program?

24  A.   He was not on the truck I was in.

25  Q.   You saw him at the World Food Program?

**October 1, 2008**

**Turay - Cross**

1    A.    Yes, when the place was bright.

2    Q.    But he didn't get on your truck with you?

3    A.    No.

4    Q.    Did you try and stay on the same truck with him?

5    A.    Pardon?

6    Q.    Did you try to stay on the same truck with him?

7    A.    No.

8    Q.    You didn't care?

9    A.    No.

10   Q.    And so how many people -- how many names of people on that

11   truck that you left the World Food Program in Voinjama, how

12   many people do you remember their names?

13   A.    I just remember one name.  It's Kuli, the boy who was

14   working with WFP.

15   Q.    He was the driver?

16   A.    No.  He worked also for them

17   Q.    He was on the truck with you as well?

18   A.    Yes.

19   Q.    How long a ride was it from Voinjama to the checkpoint at

20   the St. Paul River Bridge?

21   A.    We spend one night and we slept at Zorzor.

22   Q.    Okay.

23   A.    The following day, we came to the checkpoint.

24   Q.    I'm sorry.  I missed Zorzor.  How long is it a trip from

25   Voinjama to Zorzor?

## Turay - Cross

1   A.   I cannot tell exactly how long.

2   Q.   I mean, but was it a few minutes?

3   A.   A few hours.

4   Q.   A few hours.

5        So you're in there truck for a few hours and you get

6   to Zorzor.

7   A.   Yes.

8   Q.   What time was it?

9   A.   It was in the night.

10  Q.   It was in the night?

11  A.   Yes.

12  Q.   So it was a longer trip than a few hours then?

13  A.   Yes.

14  Q.   Because you left in the morning.  Right?

15  A.   Yes.

16  Q.   And so you drove all day and you drove until it was dark?

17  A.   Not -- we break, stopping, but we came during the night.

18  Q.   You stopped?

19  A.   In Zorzor.  There we spend the night.

20  Q.   What would you do when you stopped?

21  A.   Yeah, we slept.

22  Q.   In the day?

23  A.   In the night.

24  Q.   No, I mean, on the trip, before you got to Zorzor.

25  A.   Yeah.

**October 1, 2008**

## Turay - Cross

1    Q.    You say you left in the morning?

2    A.    Yeah.

3    Q.    From the World Food Program headquarters in Voinjama?

4    A.    Yes.

5    Q.    Early in the morning.   Right?

6    A.    Around 9:00, 10:00.

7    Q.    9:00 or 10:00.

8          And you said it was a few hours drive to Zorzor, but

9    you stayed -- you got there at night?

10   A.    Yes.

11   Q.    So why did you stop so many times on that trip?

12   A.    Because the road was bad.   Sometimes you have to get down

13   for the trucks to pass.   The road was so bad.

14   Q.    The road was very bad?

15   A.    Very bad.

16   Q.    Was it like a dirt road?

17   A.    Dirt road, yes.

18   Q.    With lots of holes in it?

19   A.    Yes.

20   Q.    You're in a big truck?

21   A.    Yes.

22   Q.    So it took you until the nighttime to get there?

23   A.    Yes.

24   Q.    And did you stop at all other than to avoid potholes and

25   stuff?

**October 1, 2008**

**Turay - Cross**

1    A.    Pardon?

2    Q.    Did you do any other stops other than to get down and avoid

3    potholes and stuff?

4    A.    Sometimes we stopped and wait for the other trucks.   When

5    they come, then we continue.   So it was a convoy.

6    Q.    There was a convoy?

7    A.    Yeah.

8    Q.    A convoy of trucks that are fleeing the fighting in

9    Voinjama?

10   A.    Yes.

11   Q.    They're fleeing gunshots?

12   A.    Yes.

13   Q.    They're trying to get away from Voinjama as quickly as they

14   can?

15   A.    Yes.

16   Q.    But it took them all day and into the night before they got

17   to Zorzor?

18   A.    Yes.

19   Q.    Okay.

20         So you're in Zorzor.   How long did you stay in Zorzor

21   for.

22   A.    We spend the night there.

23   Q.    One night.

24         Where did you stay that night?

25   A.    In the center of the town.

**October 1, 2008**

## Turay - Cross

1  Q.    In the center?

2  A.    Yeah.

3  Q.    In a house or outside?

4  A.    Outside.

5  Q.    Outside.

6        Everybody in the truck slept outside?

7  A.    Yes.

8  Q.    And do you remember anybody that stayed with you that

9  night, anybody you talked to?

10  A.    No.

11  Q.    No, you didn't talk to anybody?

12  A.    No.

13  Q.    And so then you get up in the morning and get back on the

14  same truck?

15  A.    Yeah.

16  Q.    I forgot, did you pay the World Food Program to take you?

17  A.    No.

18  Q.    They were doing it to help out the refugees?

19  A.    Yes.

20  Q.    And so were all the same people again back in the same

21  truck?

22  A.    Yes.

23  Q.    So you slept near the truck and in the morning just got

24  back on it?

25  A.    Yes.

**Turay - Cross**

1  Q.  And how long did it take you to get to the bridge then?

2  A.  I don't remember exactly how many hours it took, but it

3  took some hours.

4  Q.  But you left early in the morning?

5  A.  Yes.

6  Q.  You left early in the morning from Zorzor?

7  A.  Yes.

8  Q.  What time did you get to the bridge?

9  A.  I don't remember exactly, but it was in the after -- in the

10  day, after 12:00, I mean.

11  Q.  Noontime?

12  A.  Noontime.

13  Q.  Middle of the day.

14        The sun was pretty much right over your head?

15  A.  Yeah.

16  Q.  And that's when you got to the checkpoint?

17  A.  Yes.

18  Q.  And the people in your truck, you said you don't remember

19  any of their names?

20  A.  No.

21  Q.  Were there men and women in that truck?

22  A.  Yes.

23  Q.  Were there children also in that truck?

24  A.  Yes.

25  Q.  So it's noontime at the checkpoint.  Is that correct?

**October 1, 2008**

**Turay - Cross**

1    A.    Yes.

2    Q.    And are there a lot of people around?

3    A.    Yes.

4    Q.    Civilians?

5    A.    Yes.

6    Q.    Local -- there's a town right there.   Right?

7    A.    Yes, there's a town.

8    Q.    Those people were there.   Were there a lot of those people

9    around?

10    A.    I don't know.

11    Q.    But you saw some of them?

12    A.    I don't know because there was many people around the

13    convoy.   I don't know who lives in the town or who was with the

14    convoy.

15    Q.    Okay.

16          So there were a lot of people at this checkpoint

17    around noon when you arrived there?

18    A.    Yes.

19    Q.    Was the AFL there?

20    A.    Yes.

21    Q.    Was the SSS there?

22    A.    Yes.

23    Q.    I think you said the SSO was also there.   Right?   Did you

24    see those uniforms?

25    A.    SSO?

**October 1, 2008**

## Turay - Cross

1  Q.  SSO.

2  A.  I said SOD.

3  Q.  Oh, SOD.

4          So you have the AFL?

5  A.  Yes.

6  Q.  The SSS?

7  A.  Yes.

8  Q.  The SOD?

9  A.  Yes.

10  Q.  The Liberian National Police?

11  A.  Yes.

12  Q.  The LNP, did they have people there?

13  A.  I don't know whether the Liberian National Police was

14  there.  I don't know their name.  There was SOD, SSS with some

15  civil officers, and ATUs.

16  Q.  Civil officers and ATU.  I think you mentioned earlier

17  there were Immigration officials as well?

18  A.  That's what I'm talking civil officers, Immigration.

19  Q.  And the civil officers have one uniform  Right?

20  A.  Pardon.

21  Q.  The civil officers, the Immigration officers have a

22  uniform?

23  A.  They don't have any uniform

24  Q.  They're just in civilian clothes?

25  A.  Yes.

**October 1, 2008**

**Turay - Cross**

1  Q.   And the SSS, they have uniforms?

2  A.   They have uniforms.

3  Q.   And the AFL have uniforms?

4  A.   Yes.

5  Q.   And the ATU have uniforms?

6  A.   Yes.

7  Q.   And they're all soldiers?

8  A.   Yes.

9  Q.   And how did you know which organization was which?

10 A.   Well, I know the AFL in Voinjama.  I know the SODs, the

11 uniform they wear.  I know the SSS, the uniform they wear.

12 Q.   So those organizations you would see in Voinjama?

13 A.   Yes.

14 Q.   How about the ATU?

15 A.   I only saw them when Chuckie was present there.

16 Q.   That's the only time you saw the ATU, when Chuckie came?

17 A.   Yes.

18 Q.   I think you said he came twice?

19 A.   Twice, yes.

20 Q.   We'll talk about that in a little bit.

21       So there's a lot of people around at noontime at the

22 bridge.  Right?

23 A.   Yes.

24 Q.   And there's people from the convoy?

25 A.   Yes.

**October 1, 2008**

**Turay - Cross**

1   Q.   Soldiers?

2   A.   (Nodded.)

3   Q.   Civilians?

4   A.   (Nodded.)

5   Q.   How many people would you say were around this area of the

6   checkpoint that could see the checkpoint when you arrived?

7   A.   As I said before, there were many people.   I don't know

8   whether they were from the convoy or they live in that village.

9   Q.   Right.

10       How many people could see the checkpoint when you

11  arrived?

12  A.   There were hundreds of people.

13  Q.   Hundreds?

14  A.   Yes.

15  Q.   Okay.

16       And so then you're stopped at the checkpoint?

17  A.   Yes.

18  Q.   And the ATU soldier orders you down from the truck?

19  A.   Yes.

20  Q.   Just you?

21  A.   Just me.

22  Q.   They picked you out of the whole truck and said "You come

23       down"?

24  A.   Yes.

25  Q.   You were the only one?

**October 1, 2008**

**Turay - Cross**

1   A.   Yes.

2   Q.   They left everybody else in the truck?

3   A.   Yes.

4   Q.   They let them just go?

5   A.   No.

6   Q.   No?  They just stayed in the truck when you came down?

7   A.   When I came down, the truck was still parked there.

8   Everyone was in the truck.

9   Q.   And there were other men on the truck.  Right?

10  A.   Yes.

11  Q.   But you were the only male that they picked out and told to

12  come down?

13  A.   Yes.

14  Q.   The only one?

15  A.   At that moment.

16  Q.   And they take you somewhere.  The ATU takes you somewhere.

17  Where do they take you?

18  A.   Well, there was a big mango tree.

19  Q.   Mango tree?

20  A.   Yes, at the checkpoint.  They took me.

21  Q.   They took you there?

22  A.   Yes.

23  Q.   What happened there?

24  A.   They asked me where am I from   I told them I'm from Sierra

25  Leone.  I'm refugee residing in Voinjama.  They asked me for

**October 1, 2008**

**Turay - Cross**

1   any document.

2   Q.   Who is "they"?

3   A.   The ATUs.

4   Q.   The ATU?

5   A.   Yes.

6   Q.   How many soldiers?

7   A.   There were many there.

8   Q.   Like 5 or 10?  I mean, specifically talking to you at this

9   moment.

10  A.   At this moment, there were maybe five or six sitting under

11  the mango tree.  One was interrogating me, one of them

12  Q.   Were you sitting down or standing up?

13  A.   I was standing.

14  Q.   Did these ATU soldiers have their guns drawn?

15  A.   Pardon?

16  Q.   How were these ATU soldiers' guns?  Were they drawn or in

17  their holsters or how were they?

18  A.   Their guns?

19  Q.   Did they have guns?

20  A.   They had.

21  Q.   Where were they?

22  A.   They were on them

23  Q.   So they talked to you.  Right?

24  A.   Yes.

25  Q.   And I think they said they told you to take off all your

## Turay - Cross

1  clothes?

2  A.  Yes.

3  Q.  Did they say, like, "Take off all your clothes" or did they

4  have you take off one piece of clothing at a time?

5  A.  One piece at a time.

6  Q.  They said "Take off your shirt"?

7  A.  Yes.

8  Q.  You did?

9  A.  I did.

10  Q.  "Take off your pants"?

11  A.  Yes.

12  Q.  You did?

13  A.  Yes.

14  Q.  "Take off your undershirt"?

15  A.  Yes.

16  Q.  "And your boots"?

17  A.  Yes.

18  Q.  Were you fully naked?

19  A.  I was just have on my pants.

20  Q.  In your underwear?

21  A.  Yes.

22  Q.  How long does this take?

23  A.  (No response.)

24  Q.  How long did ATU soldiers talk to you under the mango tree?

25  A.  They talk to me almost an hour.

**October 1, 2008**

## Turay - Cross

1   Q.   Almost an hour?

2   A.   Yes.

3   Q.   How often was it that you took off a piece of clothing?

4   A.   I was taking a piece of clothes after every interview.

5   Q.   So somebody would interview you and you would take a piece

6   of clothing off?

7   A.   Yes.

8   Q.   And somebody else would interview you --

9   A.   The same person.

10  Q.   The same person?

11  A.   Yes.

12  Q.   They would ask you questions?

13  A.   Yes.

14  Q.   A piece of clothing off?

15  A.   Yes.

16  Q.   Ask you more questions, take a piece of clothing off?

17  A.   Yes.

18  Q.   And this goes on for about an hour?

19  A.   About an hour.

20  Q.   What does the ATU people do to you?

21  A.   After I have tooken everything from me, they take me to the

22  Immigration for interrogation.

23  Q.   Where was that?

24  A.   The same checkpoint, different area.

25  Q.   Was that in a building?

**October 1, 2008**

**Turay - Cross**

1  A.   That was in a building, yeah.

2  Q.   Was that the cell you pointed to in the picture?

3  A.   The same building with the cell, yes.

4  Q.   That's where you went?

5  A.   That was where I went.

6  Q.   So this is about -- you said you got to the checkpoint

7  around noon?

8  A.   Yeah.

9  Q.   So now, this is probably around 1:00 you're going into

10  there cell.  Is that right?

11  A.   No.

12  Q.   No?

13  A.   No.

14  Q.   I thought you said it took about an hour under the mango

15  tree.

16  A.   Yes.

17  Q.   What time was it you went into the cell in the Immigration

18  building?

19  A.   It was after I was interviewed by the Immigration.  They

20  say someone innocent.  I got my things from them  I dressed

21  again.  I went to the truck again.  This ATU guy stop me.

22  Q.   I'm just trying to get the timing of all of this.  You

23  arrived at the bridge at noon?

24  A.   Yes.

25  Q.   And you are interrogated by the ATU soldiers --

**October 1, 2008**

## Turay - Cross

1    A.   Yes.

2    Q.   -- for an hour under the mango tree?

3    A.   Yes.

4    Q.   At this point, it's about 1:00 in the afternoon?

5    A.   I didn't have watch with me.  I didn't know exact time.

6    Q.   But approximately?

7    A.   Okay.

8    Q.   Right?

9    A.   Yes.

10   Q.   Would you agree with me?

11   A.   Yeah.

12   Q.   So -- and then at that point, that's when you went to the

13   ATU -- excuse me -- the Immigration building?

14   A.   Yes.

15   Q.   And you spoke to the Immigration officer?

16   A.   Yes.

17   Q.   For about how long?

18   A.   I don't remember exactly, but it didn't took long.

19   Q.   A few minutes?

20   A.   Few minutes.

21   Q.   And you were naked still?

22   A.   I was just having my underwear.

23   Q.   You had your clothes in your hands?

24   A.   They give my clothes to the Immigration officer.

25   Q.   I'm sorry.  What was that?

**October 1, 2008**

## Turay - Cross

1  A.   They give my clothes to the Immigration officer.

2  Q.   The ATU soldiers took your clothes and then gave you and

3  your clothes to the Immigration officer?

4  A.   That's right.

5  Q.   And you went into that building?

6  A.   Yes.

7  Q.   Did you put your clothes on?

8  A.   After interrogation, I got my clothes from the Immigration

9  officers.   I put it on again.

10  Q.   So when the Immigration officers spoke to you, you were

11  only in your underwear?

12  A.   Yes.

13  Q.   That was just for a few minutes?

14  A.   Yes.

15  Q.   Now, it's still a little bit after 1:00 when you're out of

16  the Immigration office.   Right?

17  A.   Yes.

18  Q.   And so then you start to head back to the truck.   Is that

19  correct?

20  A.   Yes.

21  Q.   And everybody is still on the truck?

22  A.   Yes.

23  Q.   All the people that you rode with in the convoy are still

24  in the truck?

25  A.   Yes.

**October 1, 2008**

## Turay - Cross

1  Q.  So then what happened?

2  A.  Pardon?

3  Q.  What happens when you get to the truck?

4  A.  They call me to come down again.

5  Q.  The ATU calls you?

6  A.  Yes.

7  Q.  Same soldiers as before?

8  A.  Yes.

9  Q.  And what did they do with you then?

10  A.  They asked me who give me my things, my clothes.  I said

11  "Immigration."  They say "No, we are not satisfied with you."

12  Q.  What did they do?

13  A.  They put me on the detention again and asked me to take my

14  clothes from me again.  I did.

15  Q.  They took your clothes again?

16  A.  Yes.

17  Q.  And then what did they do to you?

18  A.  So they were going with me up and down across the street

19  and over.  Then they went with me across the street.  There

20  were other people there already arrested who were sitting

21  there.  They put me among them

22  Q.  Okay.

23      So they took you across the street from the

24  Immigration building?

25  A.  Not from the Immigration building, but from under the mango

## October 1, 2008

**Turay - Cross**

1  tree to across the tree, across the street.

2  Q.  Just a short walk?

3  A.  Just a short walk.

4  Q.  Right across the dirt road from the mango tree?

5  A.  Yes.

6  Q.  On the side of the dirt road of the house with the red roof

7  or you described as brown.  You're on that side?

8  A.  On that side.

9  Q.  This is now about a little after 1:00.  Right?

10  A.  Yes.

11  Q.  There are hundreds of people around?

12  A.  Yes.  Still the convoy was around.

13  Q.  Excuse me?

14  A.  Still the convoy was around.

15  Q.  The convoy was around?

16  A.  Yes.

17  Q.  And the soldiers?

18  A.  Yes.

19  Q.  And the civilians that lived in that area.  Right?

20  A.  I don't know whether there were civilians living in that

21  area, as I said earlier.

22  Q.  Okay.  They took you to a group of men that had been

23  arrested?

24  A.  Yes.

25  Q.  But none of those men were from your truck?

**October 1, 2008**

## Turay - Cross

1   A.   They were from other trucks.

2   Q.   Other trucks?

3   A.   In the convoy.

4   Q.   How many men were in this group?

5   A.   Well, I don't remember exactly how many.

6   Q.   About?

7   A.   More than 15, 10 or 15.

8   Q.   10 or 15?

9   A.   More.

10  Q.   Now, Jusu is in this group?

11  A.   Jusu was in the group where I was sit.

12  Q.   Abdul Cole was in this group?

13  A.   Yes.

14  Q.   Mr. Conteh was in the group?

15  A.   Yes.

16  Q.   Albert, the person's last name you don't know, was in that

17  group?

18  A.   Yes.

19  Q.   By the way, did you ever tell the agents for the Government

20  in this matter what Albert's last name is?

21  A.   Never.

22  Q.   You never knew it?

23  A.   I never knew it.

24  Q.   So you knew Albert, Mr. Conteh and Mr. Cole and Mr. Jusu

25  from Voinjama?

**October 1, 2008**

## Turay - Cross

1   A.   Yes.

2   Q.   And you traveled down from Voinjama in different trucks,

3   though?

4   A.   Yes.

5   Q.   But then you ended up, coincidentally, all in the same

6   group again?

7   A.   Yes.

8   Q.   You were back with your friends?

9   A.   Yes.

10  Q.   You had known these gentlemen for a long time?

11  A.   I knew them from Voinjama, yeah.

12  Q.   So for many months you had known them?

13  A.   Yes.

14  Q.   And when you were in this group of people, that's when you

15  see Chuckie drive up.   Right?

16  A.   After the convoy have left.

17  Q.   After the convoy had left?

18  A.   Yes.

19  Q.   So how long were you sitting in that group with those

20  people?

21  A.   When the convoy left?

22  Q.   Yeah.

23  A.   I was there maybe an hour or more.   Maybe one hour, some

24  minutes.

25  Q.   One hour and some minutes?

**October 1, 2008**

## Turay - Cross

1    A.   Yes.

2    Q.   At this point, we're probably at about 3:00?

3    A.   I don't know.  I was not with time.

4    Q.   But it was very sunny out?

5    A.   Yes.

6    Q.   You could still see very well?

7    A.   Yes.

8    Q.   That's when Chuckie drove up?

9    A.   Yes.

10   Q.   And he said -- he accused you of being a rebel.  Right?

11   A.   Yes.

12   Q.   He accused you of being a Kamajors --

13   A.   Yes.

14   Q.   -- that attacked Voinjama?

15   A.   Yes.

16   Q.   It was not the Kamajors that attacked Voinjama.  Correct?

17   A.   I don't know.

18   Q.   Are you familiar with LURD?

19   A.   Pardon?

20   Q.   Are you familiar with, LURD, L-U-R-D?

21   A.   No.

22   Q.   Never heard of them?

23   A.   No.

24   Q.   You were in Liberia in 1999, were you not?

25   A.   Yes, I was in Liberia.

**October 1, 2008**

## Turay - Cross

1    Q.   You didn't know they were one of the rebel groups that was

2    fighting?

3    A.   I don't know.

4    Q.   You didn't know --

5    A.   I knew about the ULIMO.   I didn't know about LURD.

6            MS. ROCHLIN:   Objection, Your Honor.   I would request

7    counsel not talk over the witness' answer.

8    BY MR. WYLIE:

9    Q.   So you did not know that LURD attacked Voinjama in April of

10   1999?

11   A.   No.

12   Q.   So Chuckie accuses you of being a rebel fighter?

13   A.   Yes.

14   Q.   The whole group, he accuses?

15   A.   Yes.

16   Q.   And nobody says anything?

17   A.   No.

18   Q.   Does he ask you to join him and fight or does he just

19   accuse you of being a rebel?

20   A.   At that moment, he just accuse me to be a rebel.

21   Q.   Okay.

22            Nobody said anything?

23   A.   No.

24   Q.   And he picked three men out of the group.   Is that right?

25   A.   Yes.

**October 1, 2008**

Turay - Cross

1  Q.   How long -- how many minutes of silence was there before he

2  picked these men out of the group?

3  A.   I don't remember.

4  Q.   I mean, was it -- he asked the question and how long after

5  he asked the question did he pick these three men out of the

6  group?

7  A.   I don't remember.

8  Q.   Was it a few minutes?  Was it a few hours?

9  A.   No, it was not an hour.   I don't remember exactly how many

10  minutes.

11  Q.   But it was soon after he asked the question.   Right?

12  A.   Yes.

13  Q.   I mean, he didn't stand there and ask a question and wait

14  for an answer for a half-hour or anything like that?

15  A.   No.

16  Q.   It was a few minutes, probably.   Right?

17  A.   Yes.

18  Q.   10 minutes maybe, whatever.

19         It's very sunny out.   It's in the afternoon.   Right?

20  A.   Yes.

21  Q.   He removes these three men from the group?

22  A.   Yes.

23  Q.   Albert Last-Name-Unknown being one of them?

24  A.   Yes.

25  Q.   Your friend.

**Turay - Cross**

1                    And he shoots them all immediately.   Right?

2    A.   Yes.

3    Q.   Quickly?

4    A.   Yes.

5    Q.   Did he tell anybody he was going to shoot them?

6    A.   No.

7    Q.   He just removed them from the group and, shot all three of

8    them?

9    A.   He didn't just remove them and shot them

10   Q.   Then the bodies were taken away?

11   A.   Yes.

12   Q.   And when these people were shot, you said, I think before,

13   there was 100 people around?

14   A.   I didn't say.   There was only securities around.

15   Q.   Because the convoys have left?

16   A.   The convoy have left.

17   Q.   There's AFL there still.   Right?   There's SSS there still.

18   Right?

19   A.   Yes.

20   Q.   And there's, I think what you call, civil Service men?

21   A.   Yes.

22   Q.   Immigration?

23   A.   Immigration there.

24   Q.   Any civilians there?

25   A.   I don't know.

**October 1, 2008**

**Turay - Cross**

1    Q.   You don't know.

2         And so he shoots them in broad daylight about 3:00 or

3    4:00 in the afternoon?

4    A.   Yes.

5    Q.   And then the bodies are taken away?

6    A.   Yes.

7    Q.   How are they taken away?

8    A.   They dragged them.

9    Q.   They dragged them?

10   A.   Yes.

11   Q.   Who is "they"?

12   A.   The ATU guys.

13   Q.   ATU soldiers?

14   A.   Yes.

15   Q.   One soldier per body?

16   A.   Yes.

17   Q.   So three soldiers dragged the three bodies away?

18   A.   Yes.

19   Q.   How far away did they drag them?

20   A.   I don't know.  They drag it towards the bridge.

21   Q.   Drag it towards the bridge?

22   A.   Yes.

23   Q.   Out of your sight?

24   A.   Yes.

25   Q.   And then they bring back just the heads?

**October 1, 2008**

**Turay - Cross**

1    A.   Yes.

2    Q.   All three?

3    A.   Two.

4    Q.   Just two you saw?

5    A.   Yes.

6    Q.   And they post those heads on the checkpoint?

7    A.   Yes.

8    Q.   On each side?

9    A.   Yes.

10   Q.   They were stuck on a post?

11   A.   Yes.

12   Q.   Were they actually on the checkpoint?

13   A.   Stuck on the post.

14   Q.   They were stuck on the post?

15   A.   Yes.

16   Q.   Was the post part of the checkpoint?

17   A.   The pole was part of the checkpoint.

18   Q.   They put the heads on the checkpoint itself.  Right?

19   A.   In the hole.

20   Q.   They didn't stick new posts in the ground?

21   A.   No.

22   Q.   The checkpoint, it crossed the road.  Right?

23   A.   Yes.

24   Q.   Was it a rope that crossed the road?

25   A.   Pardon?

**October 1, 2008**

## Turay - Cross

1  Q.   The checkpoint, the part that went across the road, what

2  was it made out of?

3  A.   I don't know exactly, but it was something like wooden.   I

4  don't know whether just wood or iron.   I don't know.

5  Q.   Wood or iron?

6  A.   It was straight, something across.   I don't know exactly

7  what was that.

8  Q.   It wasn't a rope?

9  A.   No, not rope.

10  Q.   It was wood or iron?

11  A.   Yes.

12  Q.   I think at this point now you've seen the heads come

13  back --   correct --   and you're taken where?

14  A.   Pardon?

15  Q.   Withdraw that question.

16        After you see the heads at the checkpoint --

17  A.   Yes.

18  Q.   -- Chuckie has left already.   Right?

19  A.   Yes.

20  Q.   He shot the people and left immediately?

21  A.   No.

22  Q.   He stayed there for a while?

23  A.   After he give command to have take the body from there,

24  after they took the body, we saw the head.   That was the time

25  had he left.

## Turay - Cross

1  Q.   He stayed there until the heads reappeared?

2  A.   Yes.

3  Q.   Before he left, did he ask anybody in the group to fight

4  with him?

5  A.   No.

6  Q.   Did any soldier ask you to fight with them after that?

7  A.   No.

8  Q.   Did they ask you again if you were a rebel?

9  A.   He just offered the statement that next will be our turn.

10  Q.   Next will be your turn?

11  A.   Yes.

12  Q.   So he threatened to kill you?

13  A.   Yes.

14  Q.   But he didn't?

15  A.   No.

16  Q.   So what happens next?  They take you out of the group and

17  tie you up?

18  A.   After he left, they put me in the small cell.

19  Q.   They put you in a small cell?

20  A.   Yes.

21  Q.   Was that in the building with the brown roof with the white

22  or was it across the street at the Immigration building?

23  A.   At the Immigration building.

24  Q.   That's the cell you went into?

25  A.   Yes.

## Turay - Cross

1   Q.   How long were you there?

2   A.   I don't know exactly when they put me in, but they took me

3   there in the night.   They took me there in the night.

4   Q.   You were there in the night?

5   A.   I was there until in the night they come and collect me

6   from there.

7   Q.   Do you know what time at night they collected you?

8   A.   No.

9   Q.   Was it early in the evening, middle of the night?

10   A.   I can't tell exactly.

11   Q.   Okay.

12          Who was in that cell with you?

13   A.   I was there with other prisoner.

14   Q.   All of them?

15   A.   Pardon?

16   Q.   Who was in the cell with you?

17   A.   With the rest of all that remained.

18   Q.   Excuse me?

19   A.   The rest among the group.

20   Q.   So the entire group --

21   A.   Yes.

22   Q.   -- went to the cell then?

23   A.   Yes.

24   Q.   And you were taken away sometime at night?

25   A.   Yes.

October 1, 2008

## Turay - Cross

1          THE COURT:  Is this a good time?

2          MR. WYLIE:  Yes.

3          THE COURT:  I apologize for interrupting.  I know some

4    of our jurors need to leave pretty much around this time.

5          Ladies and gentlemen, we'll adjourn for the evening.

6    I would ask you all return tomorrow morning at 9:00 as you did

7    today.

8          It has come to my attention -- I believe yesterday I

9    indicated you can certainly take a look at national news.  I

10   didn't want to limit your ability to stay informed.  However,

11   this case has been reported in the national news and I would

12   ask that if any of you do look at national news that you do not

13   read any article that pertains to this case.  All right?

14          Please remember not to discuss this case and to avoid

15   contact with those whom you see have a relationship to the

16   case.

17          We'll see you tomorrow at 9:00.  Have a good evening.

18          [The jury leaves the courtroom at 4:37 p.m]

19          THE COURT:  Are there any issues we need to address

20   before we begin at 9:00 tomorrow?

21          MR. CARIDAD:  No, Your Honor.

22          MS. ROCHLIN:  No, Your Honor.

23          THE COURT:  Should the defendant be here at 8:30 or is

24   9:00 all right?

25          MR. CARIDAD:  I'm sorry, Judge?

**October 1, 2008**

## Turay - Cross

1          THE COURT:   Should the defendant be here at 8:30 or is

2    9:00 all right, so I can tell the Marshal.

3          MR. CARIDAD:   8:30.

4          THE COURT:   I will ask the Marshal to have the

5    defendant here at 8:30.   You all have a good evening.

6          MS. HECK-MILLER:   Excuse me, Your Honor.   We still

7    have outstanding the Government's offer into evidence of the

8    redacted newspaper.

9          THE COURT:   Can I see what they look like and I'll

10   look at them this evening?

11          MR. CARIDAD:   Judge, I wanted to take one moment about

12   the newspaper articles.

13          THE COURT:   Microphone.

14          MR. CARIDAD:   The Court should be informed, at least

15   from my review of it, one of the names is -- there's a

16   gentleman named Benjamin Yeaten.   The Court may not know, he's

17   a co-conspirator in this case.   The other co-conspirator is

18   Mr. Compari, the Court heard.   I didn't see his name in there

19   and, of course, Charles Taylor is mentioned in there, the

20   President.

21          MS. HECK-MILLER:   Your Honor, do you want the

22   redacted?

23          THE COURT:   Just the redacted.   Thank you.

24

25

**October 1, 2008**

1          C E R T I F I C A T E

2          I hereby certify that the foregoing is an accurate

3    transcription of proceedings in the above-entitled matter.

4

5    ___11/14/08_____          _____
          DATE                    BARBARA MEDINA

6                                 Official United States Court Reporter
                                  400 North Miami Avenue, Suite 12-2

7                                 Miami, FL  33128 -  305.523.5518
                                            (Fax) 305.523.5519

8                                 Email:   barbmedina@aol.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**A**

**Abajan** 166:24,24
**abbreviated** 51:23
**abbreviation** 58:10 59:18,20
**abbreviations** 57:25
**Abdul** 94:5,8 104:18,24,24
   112:10 115:14 116:16 120:6
   129:19 130:6,8,20 131:2 132:4
   132:17,25 136:6,11,13,19
   137:10 138:1,7,8,17,18,20
   139:4,5,7,10,15,16 211:2,3
   244:12
**ability** 255:10
**able** 89:19,21,23 96:12 113:9
   115:2 116:14,24 119:3,10,12
   120:1,6,8 130:8 136:17 138:13
   146:9,16 151:11,13 171:2
   173:5 175:25
**above-entitled** 257:3
**abroad** 22:24
**Abu** 196:7 220:11,12,14,25
**accept** 106:9
**acceptable** 123:13
**ACCESS** 1:25 2:25
**accounting** 7:24
**accurate** 51:15 52:2 257:2
**accusation** 36:15
**accuse** 247:19,20
**accused** 246:10,12
**accuses** 247:12,14
**acquire** 36:10
**acronym** 49:13
**act** 23:18
**action** 136:23,24,25 142:19
   161:7,9 214:23
**activities** 9:8 98:16
**acts** 56:7
**actual** 20:18,23 42:4
**add** 124:7
**addition** 37:1,24 71:14 148:9
**address** 4:23 5:18 36:25 221:21
   221:23 255:19
**addresses** 221:24
**addressing** 166:6
**adjourn** 255:5
**adjust** 88:8
**ADMINISTRATIVE** 4:21
**admissible** 12:12 68:9
**admission** 68:6 72:22
**admitted** 25:9 31:2 33:12 35:3
   39:12 42:10 48:6 72:25
**adults** 9:6,7
**advantage** 191:20,23
**advise** 123:11
**advised** 26:17 27:6 32:13 44:19
**advocate** 9:4
**advocating** 8:5 9:5
**AFL** 99:12 107:8 157:21,23
   158:14,21 231:19 232:4 233:3
   233:10 249:17
**afraid** 71:12 73:23 107:21
   130:15 132:15 143:4 199:15
**AFRC** 83:8 84:1,3,4,7,8 188:4
**Africa** 76:12 77:2,6,9 80:16
**afternoon** 157:2 178:8 181:23
   181:24 240:4 248:19 250:3
**agent** 22:13,24 23:8 24:21,22
   25:14,21,23 26:8 27:2,16,19
   30:11,16,18 31:6,24 32:2,4,19
   33:3,11,14 34:12,16 35:11
   39:15,23,25 40:6,8,10,16
   42:16 48:20 54:19 55:19 57:17
   57:19 58:4,8,14,20,22 59:8,11
   59:25 60:3,13 61:15 68:16
   69:12,14,23 70:1,6 73:5 87:17
   88:13,16 173:22 174:13,19
   175:20 176:6,8,15 177:5,17,19

**agents** 57:8 244:19
**ago** 73:22
**agree** 5:14 106:11,13 240:10
**ahead** 16:11 81:9 143:25 144:3
**alarm** 132:12
**Albert** 94:5 104:19,21,22 109:5,6
   109:10,13,13 210:20,21 223:2
   244:16,24 248:23
**Albert's** 94:6 223:4 244:20
**alive** 152:3
**allegations** 42:18 44:22
**alleged** 47:17 56:7
**alternative** 5:19
**ALTONAGA** 1:13
**ambiguous** 50:18
**America** 1:4 66:18
**American** 99:11,15,21
**analysis** 37:3
**angry** 135:13,14,19 145:8
   160:18,19
**answer** 9:3,21 13:6 14:14 15:23
   16:23 17:7,16 18:2,10 65:5
   107:18 108:24 140:16 142:13
   151:21 216:1 247:7 248:14
**answered** 21:2 49:22 50:22
**answers** 107:22
**Anti-Terrorist** 36:17 37:7 52:1
   60:8
**anybody** 26:18 30:10 47:21 57:2
   98:3 113:9 119:20 132:5,7,16
   132:19 139:17 140:6 148:22
   159:6 161:14,19 167:5 172:13
   186:2 204:7 229:8,9,11 249:5
   253:3
**anybody's** 207:7 217:21
**apart** 112:6 163:4
**apologize** 88:5 255:3
**appear** 40:2 48:24 55:4,9,13
   60:18 68:3 70:9,12 72:11
   175:9
**appearance** 29:18
**APPEARANCES** 1:16
**appeared** 107:4
**appears** 39:16 51:6,8,23,25
   60:20 89:2,7 173:14,16,24
**application** 218:4
**approach** 10:2 19:22 35:13 48:3
   66:20 71:24 74:3 88:8 90:18
   91:17 123:22 170:3,8 172:23
**approximately** 15:5 42:25 56:6,9
   137:21 187:9 203:3 240:6
**April** 90:11 92:1,2 94:10 103:3,5
   219:20,21 247:9
**area** 12:9 88:14 130:7,15 131:19
   177:14 199:4,5 215:8,14,17,19
   216:4 221:17 234:5 238:24
   243:19,21
**arguments** 38:14
**arm** 120:25 139:1
**arms** 104:5 112:19 113:1 118:19
   122:17 133:11,11
**array** 23:12 24:6 25:2,16 26:11
   26:21,22,24 27:1,4,5,9,13,16
   29:10,18,25 30:7,9,10,12,21
   31:10,16 32:6,11 42:21 44:20
   46:1,2,5,7,8,11,12,19 47:5,9
   47:10 55:21,22 56:1,2,4 57:1,2
   57:5,9 60:23 61:2,13 62:2
**arrest** 29:7,22 102:19 130:16
   132:24 142:2 145:2,3,4 165:5
**arrested** 88:9 97:2 103:11
   131:18 144:13,14 173:17
   183:14 218:15 242:20 243:23
**arresting** 165:6
**arrive** 104:6 105:10,13 106:18
   107:10,11 141:13 223:25
**arrived** 116:14 119:18 127:12

**B**

**B** 192:8,17,19,20
**BA** 7:24,25
**back** 7:10 13:2 18:5,12,24 30:9
   30:10,11,22 51:4 53:16 55:21
   71:8 77:2 85:18 102:16,21
   103:8 106:17 108:25 112:20

141:12 142:11 150:17 153:24
   154:7 155:12 162:3 164:10
   169:8 176:11 231:17 234:6,11
   239:23
**arriving** 192:5
**article** 6:5 19:18 124:7 255:13
**articles** 5:20,25 6:1,2,7 256:12
**asked** 16:23 21:2 28:4,9,15 29:8
   29:9 30:3 49:22 50:22 58:16
   60:13,22 61:13,22 99:24 100:8
   100:21,22 101:4,8,13,16 102:4
   102:5,17 107:16 130:7,11
   132:9 142:12,24 151:19 156:6
   159:24 178:21 235:24,25
   242:10,13 248:4,5,11
**asking** 16:8,13 122:13 132:12
   138:15 145:5 171:23,24
**asleep** 127:19
**assembly** 23:20
**assigned** 22:15,16
**assignment** 22:24 23:3
**assist** 28:22
**assistance** 88:6
**assistant** 5:11 159:21 179:8
**assists** 36:11
**associated** 46:22
**association** 9:25
**assume** 6:21 11:3 52:17
**attached** 110:10
**attack** 90:5,7,12,15 91:6,10,22
   94:13 103:2 107:14 219:16,17
**attacked** 102:25 107:18 246:14
   246:16 247:9
**attempt** 34:3
**attention** 54:19 55:21 69:10
   106:17 172:8,9 255:8
**attitude** 73:15,25 75:6,9
**attorney** 1:18,22 26:9 27:6,19
   71:20
**ATU** 57:4,8 97:23 99:1,2 102:15
   102:16,21 103:8 106:15 107:8
   112:3 114:25 121:6 122:7
   126:5,6,9,20,22 128:17,20
   132:2 179:20,21,24 232:16
   233:5,14,16 234:18 235:16
   236:4,14,16 237:24 238:20
   239:21,25 240:13 241:2 242:5
   250:12,13
**ATUs** 98:25 99:24 121:9 126:23
   128:10 175:25 232:15 236:3
**August** 42:19 44:3
**authentic** 5:25
**author** 50:3
**authorities** 168:8 169:9
**Avenue** 1:23 2:8 257:6
**avoid** 122:22 124:4 227:24 228:2
   255:14
**awaiting** 21:17
**awake** 127:20,21
**aware** 46:24 47:21 57:7,25 193:3
**A-b-d-u-l** 94:8
**A.F.P.D** 2:2,2
**a.m** 5:7 7:8,13 16:15 22:2,7
   25:10 31:3 35:4 39:14 82:14
   54:9,11,14 57:14 62:19,24
   67:3 68:12 72:7 73:1 78:11
   79:24 80:6
**A.U.S.A** 1:17,18
**a/k/a** 1:8

115:19,21 131:18,20 132:11
   132:24 133:1 136:8 137:6
   138:2,10,17,21 139:1,4,11,20
   139:21,23,25 140:2 146:20
   147:4 149:25 150:6 152:21
   155:14 159:4 160:3,4 172:4
   176:6 178:20 185:1 188:25
   190:7,7 203:11 229:13,20,24
   241:18 245:8 250:25 252:13
**backdoor** 36:15
**background** 57:22
**bad** 157:17 182:25 183:3 189:1,4
   194:9 201:14,15 227:12,13,14
   227:15
**badge** 100:15,17
**BAECHTLE** 68:16 69:14 70:1,6
   73:5 87:17 88:13,16 173:22
   174:13,19 175:20 176:8,15
   177:5,17,19
**Baltimore** 63:17,19
**bar** 125:25 126:1,4 131:8,12
   140:25 141:1 143:15
**BARBARA** 2:7 257:5
**barbmedina@aol.com** 2:10
   257:8
**barbwire** 117:23 118:12,14
   119:15,16
**barbwires** 119:17
**Barclay** 153:21 154:3,6,17
**Barnett** 3:5 22:4,5,11,21,24 23:8
   25:14 30:18 32:4,19 34:16
   39:3,15 40:10 57:19 61:15
**barracks** 153:23 157:4,5,7
**base** 6:5,8,9,14,15 9:23 11:18,24
   14:3 15:9 131:19,21 132:24
   133:1 136:3 146:7,20,21,25
   147:4 149:4 153:4 156:7,9,10
   176:24 179:13,16
**based** 38:14 75:5
**Basically** 214:13
**basis** 52:12
**bat** 36:13
**bayonet** 149:5,12,18,23 146:8
   180:10,11,13,15,17 181:6,6
**beach** 152:7
**beard** 29:23
**beat** 154:14,14 165:5 194:10,18
**beaten** 113:8 114:24 115:5,6
**beating** 112:14 115:1 147:19,21
   148:6,9,11,12 165:6 194:24
**befriended** 12:8
**beg** 161:6
**began** 63:25
**begged** 161:8
**begging** 139:6,7 160:21
**Beginning** 7:13 22:7 42:14 57:14
   62:24 78:11 80:6 181:21
**Begins** 4:13,15,17,19
**begun** 64:25
**Belfast** 1:8 3:9 62:21,22 63:6,7
   63:14 64:15 66:24 67:6,12
   68:18 69:16 70:3,17,24 71:17
   71:19 72:3 73:7,8,13,22 76:3
   76:23 77:22 78:13 79:1,3,7
**believe** 28:17,22 30:15 41:4
   50:17 51:22 52:5 63:24 67:16
   76:10,19 102:23,24 113:13
   255:8
**belongings** 102:17 103:8
**bend** 140:19
**bending** 140:14
**Benjamin** 6:3 256:16
**bent** 118:19 120:23
**Bernice** 64:2,3,9,22 65:1,7,18,21
   66:1,4,8,10,13 71:6,11 73:11
   73:14,22 76:4,13 77:1,3,5
**Bethlehem** 63:20
**better** 82:24 152:3

**beyond** 17:23 29:11,12
**big** 92:10,11 97:8 150:15 151:3
152:7,9,12 175:8 205:21,22
209:7,9,10 216:16 217:2
223:21 224:17,18 227:20
235:18
**biggest** 216:21
**biological** 70:17 71:16 73:15
**birth** 67:9,10,13,14,15,16,19
68:2,19,22 69:2,3,7,8 79:9
219:1
**bit** 6:11 87:11 127:4,5 174:8
177:15 233:20 241:15
**black** 31:8,9,19 78:3 99:12,12
**blacked** 6:4
**blanked** 5:20
**blindfold** 112:20 116:6,9 150:18
150:19,20,22 152:22
**blindfolded** 113:13,15,20 116:4
116:7 148:13
**blindfolds** 116:10
**blood** 138:20 146:5 154:14
**blow** 58:3,20 59:8 60:1
**blow-up** 58:12
**blue** 159:1
**bodies** 110:3,5,7,11 140:11
249:10 250:5,17
**body** 13:12 51:10 113:22 122:3
122:14,16,17 125:9,14,19,20
126:10 137:14 147:25 148:3,4
148:5 155:17,18,19,20 156:19
156:20 157:9 159:2,3 162:20
162:24 164:15 179:10,12,16
194:24 250:15 252:23,24
**Bomaru** 85:3,4,6,8 195:18,23,24
195:25 197:8 201:9,18,23
202:14,17,22 203:18,19
**bones** 117:20
**boots** 101:9,10 112:15 114:9
120:25 127:25 147:20,23
148:3 237:16
**border** 85:9 86:7,9 87:11,14
89:10,11,12,13,14,15,16
195:21,22,24 209:2
**bore** 62:13
**born** 7:21,22 66:14,15 80:13,14
80:21,22 182:14
**boss** 179:7,8 217:7,8 221:9
**Boston** 63:18,21,23,25 65:23
66:3,15,16 69:9 70:9,11,24
71:8,10,14 78:21,22
**bottom** 51:8 59:10 67:21 68:1,3
69:17 72:16
**box** 70:5 118:7 134:25
**boy** 65:11,13,14 217:17 225:13
**BR** 173:10,21 174:12,18 175:18
176:7
**break** 5:15 85:18 122:18 156:23
226:17
**breathing** 50:11,13 51:12,16
**bridge** 97:1,1,3,11,12,13,16
110:8 173:18 174:16 175:1,2
215:3,6,13,14 216:3 225:20
230:1,8 233:22 239:23 250:20
250:21
**briefly** 123:22
**bright** 95:6 112:1 224:7 225:1
**bring** 7:5,5 33:5 37:20 38:10
41:7 54:12 64:12 75:5 87:15
88:11 132:24 145:2 147:8,12
149:24 178:15 250:25
**broad** 250:2
**broke** 141:25 183:8 188:24
**broken** 141:25 142:1
**brother** 66:6 162:1 196:3
**brothers** 85:12,13 94:1 167:6
196:4,25 200:19 201:3,21
204:5,14 205:15,24 207:15

**brought** 33:9,19 112:2,8,11,13
131:18,20 133:1 141:6,8
147:13 148:12,17 168:17
**brown** 174:8 243:7 253:21
**bruises** 194:24
**BTC** 153:19,20,24 157:14 158:23
161:16,19 162:6
**building** 147:17,21 174:2,4,5,9
174:10,11,22 175:3,7,9,12,15
175:16,23,25 176:3,13 178:1
223:21 238:25 239:1,3,18
240:13 241:5 242:24,25
253:21,22,23
**Bureau** 22:13
**Buren** 160:12,13 161:20 164:22
165:9,21 166:1,2,5,6,9,16
178:22,24 179:5,7
**Buren's** 179:1,4
**burn** 181:5
**burned** 82:8,12,13,15 179:10,12
179:15,17,19,21,23 184:3,5,7
184:17 187:5,22,88 188:17 198:4
198:5
**burning** 131:8 134:13,14
**burns** 134:1
**bury** 152:7
**bush** 85:23 86:1 127:1 130:25
143:21 144:9,11,12,15 199:7,8
199:10
**business** 38:7,10 61:6,8 81:18
81:19
**butt** 128:10
**B-a-r-n-e-t-t** 22:11
**B-e-l-f-a-s-t** 63:6
**B-e-r-n-i-c-e** 64:3
**B-o-m-a-r-u** 85:4

---

**C**

**C** 257:1,1
**call** 5:16 9:22 78:17,19 79:4,5
85:22 121:9 123:11 126:7
160:7,8 169:11 242:4 249:20
**called** 17:8 24:6 48:13 78:17,18
78:18 83:19 96:19 97:23,23,24
98:2,3,10,13 99:9 102:15,16
102:21 103:8 159:23 217:14
**calling** 43:20 77:15
**calls** 7:7 22:3 62:20 77:16 80:1
215:23 242:5
**camouflage** 99:11,15 106:24
107:1
**camp** 163:21,22 164:1,3,8,10,15
164:18,21,25 165:3,7,10 166:9
166:22 167:8,12 205:1,5,6,18
205:20,24,25 206:1,5 207:2,7
207:18,24 208:13 211:11,18
213:2 218:20 219:10,13
**campaign** 11:24 14:3,6,10,11
19:8,16,19 21:7
**Campfire** 206:25
**Canada** 15:17
**candles** 179:18,19,21,24
**candy** 81:21
**capital** 7:20
**captor** 12:8
**capture** 12:9
**captured** 131:5
**car** 186:6 190:3,4,16,17,20,22
198:17 209:18
**card** 33:10,21 34:1,3 39:21 40:3
100:17 218:11,13,18,19
**care** 17:5,6 155:14 162:23
185:14 189:20 191:18,20,23
225:8
**Caridad** 2:2 3:11 5:3,23 6:24

8:25 9:17 10:1 11:2,10,14,19
11:23 12:4,11 13:17 14:20
15:20 16:20 17:4,13,23 18:6
18:18 19:9 20:19 21:2,9,21
68:7 72:24 73:17 74:2 75:2,8
78:12 79:14,16,19 92:12,15
123:19 255:21,25 256:3,11,14
**Caroline** 1:18 160:13,17,19,21
161:6,8,15,20 164:2,22 165:9
165:12,20 166:1,2,4,5,8,16
172:22 244 197:1,4,5,6,7,8
caroline.miller@usdoj.gov 1:21
**Carolyn** 5:11 160:12
**cars** 95:8 111:15 196:19
**case** 1:3 11:6 26:1 36:20 42:18
43:8,9,12 44:7 46:16,19 47:17
54:8 55:25 56:7 57:8 122:21
122:23 178:11 255:11,13,14
255:16 256:17
**caught** 132:5 133:1 146:12
**cause** 49:18
**caused** 83:8 84:18 162:19 180:9
211:18
**causes** 219:15
**causing** 181:2
**CE** 3:22 4:2,4 24:21,24 25:7,10
25:15 67:1,2,13 68:6 72:5,6,22
73:1
**CECILIA** 1:13
**cell** 111:17,18,21,24 112:4,11,13
113:8 115:8,9,10,11,12,13,13
154:25 155:1,2,4,6,9,11,12,21
156:15,18,23,24,25 157:2
159:4,7,10,12,22 160:7 175:23
175:25 176:3 239:2,3,10,17
253:18,19,24 254:12,16,22
**cells** 176:25
**cement** 117:18,18,18 143:10
**center** 113:21,25 154:4,6,18
228:25 229:1
**certain** 23:18 26:19 28:4,6 50:19
53:3 54:1
**certainly** 6:8 45:7,19 88:9 255:9
**certainty** 45:21 49:17
**certificate** 3:15 38:8 41:25 42:3
67:9,13,14,15,16,19 68:2,19
68:22 69:2,7 72:19 79:9
**certification** 41:13,22 68:3
**certify** 41:14,15 257:2
**chair** 119:7
**chance** 67:5 142:25
**change** 72:14 73:11,14,21 75:9
78:25 121:22
**changed** 71:17,18 76:23 79:3,6
130:2 217:15
**changing** 73:7
**characteristics** 61:17,17,18 62:3
**charge** 154:9
**Charles** 1:8,9,9 45:9,19 65:20
66:14 67:17 68:2,18,21 69:4,7
70:18,19,22 71:7,11,13,15,16
73:8,15,23 76:22 77:21 150:12
150:13,20,25 151:11,18 152:4
152:19,23 153:1,3,7,10,13
162:8 256:19
**Charlie** 65:10,13,17,18,25 67:9
71:8 74:1 76:8,21,22 77:5,6,8
77:15,18,21 78:13,17,17,18,18
79:4,5,17
**Charlie's** 67:16
**Chea** 151:8 152:9,12,14,19
**checked** 219:8,10
**checkpoint** 97:2,4,8,10,18,20
98:11,15,20 99:4 101:25 102:1
103:10,14 106:17 107:5,6
110:14,15,16,17,18,20 111:1,4
111:19 112:4 173:17,18 174:1
174:17,22,24 176:12 218:14

**218:16** 225:19,23 230:16,25
231:16 234:6,6,10,16 235:20
238:24 239:6 251:6,12,16,17
251:18,22 252:1,16
**checkup** 171:18,19
**chest** 50:9,12,15,19,20,24
112:24 149:17
**chevrons** 4:25
**Child** 69:18 70:3,8
**children** 8:6,10 9:5,6 65:8 66:5
169:4 188:15 230:23
**choice** 23:20 63:9,11
**chop** 141:19 142:3
**chopping** 138:23
**chose** 119:3,5
**CHRISTOPHER** 1:22
christopher.graveline@usdoj...
1:24
**Chuckie** 11:5 28:12,14 29:5
29:6,20 32:5,7,10,12,14 36:4
43:10 47:3 61:1 105:13,15,18
105:20,24 106:2,15,18,21,23
107:2,4,10,16,25 108:3,13,24
109:3,6,10,13,16,19,22,25
110:1 111:9,11 112:2 115:17
115:18 116:12 117:5,6 121:13
122:8 128:3 131:24 132:2
133:5,7,10,17,18,20 135:8,11
135:20,22 136:10,13,15,17
137:2,4 139:17,19 143:1
144:18,21 145:8,16,25 146:1
146:24 149:8,24 151:2 152:24
152:25 153:2 154:3 176:11
179:25 180:12,16 181:4
233:15,16 245:15 246:8
247:12 252:18
**Chuckie's** 110:3 147:7
**cigarette** 100:25 133:10,16,18
133:20,22,24 134:2,4,6,17,18
134:23 135:8,11 146:1 181:1,2
**cigarettes** 81:21 101:2
**circle** 87:23
**circled** 53:19
**circling** 88:23
**CITATION** 4:7
**citizens** 102:8
**city** 65:22 85:16 96:6,8 97:4
162:4,6,8 185:8 213:21
**civil** 53:17 81:13 83:11,14,24
154:19 232:15,16,18,19,21
249:20
**civilian** 104:1 127:9 232:24
**civilians** 98:17,19 231:4 234:3
243:19,20 249:24
**claim** 47:4
**clarify** 178:20
**clasped** 133:13
**classically** 37:15
**clear** 51:6
**clearly** 53:7
**climb** 50:3
**clinic** 161:11,12,13,14 162:3,10
163:13,19 164:11
**close** 11:4,15,17,24 50:16 66:6
80:7 89:11 108:9 140:19
144:22 155:24
**closed** 106:19
**closer** 7:16 22:22 87:22 89:12
97:7
**closing** 11:16 14:2
**cloth** 112:21 114:15,16 117:4
150:21
**clothes** 81:20 101:20,23 186:15
198:10 232:24 237:1,3 238:4
240:23,24 241:1,2,3,7,8
242:10,14,15
**clothing** 198:12,16 237:4 238:3
238:6,14,16

**cnn.com** 124:4
**coffee** 27:11
**coincidentally** 245:5
**cold** 191:8
**Cole** 94:5,8 104:18,24,25 112:10
115:14 116:16 120:6 129:19
130:6,8,20 131:2 132:4,17,25
136:6,11,13,19 137:10 138:1,7
138:8,18 139:5,7,15,16 211:2
211:3 214:1 223:8 244:12,24
**Cole's** 138:17,20 139:4,10
**collect** 254:5
**collected** 254:7
**color** 31:8 99:20 174:4,7
**column** 49:4 50:3,10,16 51:4
54:22 60:14
**columns** 23:13
**combat** 99:17,18
**combats** 104:4
**come** 5:25 6:12,21 9:13 13:20
17:21 36:5,9 38:3,4 63:9,25
76:4 97:23,24 114:11,14 115:9
115:23 118:6 121:22,23 122:3
122:5 125:21 130:2 132:16,20
135:23 143:2,25 151:11,23
156:14 159:7 161:19 163:17
176:23,24 177:15 199:14
207:24 209:3 228:5 234:22
235:12 242:4 252:12 254:5
255:8
**comfortable** 191:2
**coming** 11:5 44:17 75:2 81:22
152:17 155:15 156:3,6,9 173:2
173:25 174:16 187:20
**command** 132:2 252:23
**commander** 106:1,4 154:8,12,13
155:13
**commented** 45:23,25
**commercial** 197:21,22 200:19
203:7
**Commission** 159:19
**common** 49:13
**communication** 77:8,11
**company** 204:17
**compare** 41:11 134:19 179:1
**Compari** 47:19 112:3 115:15
116:12 117:5,6,8 121:15
122:11 131:24 132:1 136:7
144:18,21 149:9,24 151:2
153:1 154:1,8 179:25 256:18
**complained** 53:1 58:17,24 59:2
**complaining** 50:1,9 52:23,24
**complains** 60:10
**complaint** 49:21
**complaints** 50:15,25
**complete** 81:5,7
**completed** 64:25 169:20
**completely** 37:1 164:16 168:8
**Complied** 18:25 22:23 24:22
25:23 30:16 31:6,24 32:2
33:14 34:12 39:25 40:8 48:20
55:19 57:17 58:8,14,22 59:11
60:3 63:2 68:16 69:14 70:1,6
73:5 79:15 87:17 88:13,16
89:1 118:8 119:9 123:2 135:3
135:6 170:23 173:22 174:13
174:19 175:20 176:8,15 177:5
177:17,19 182:1,8
**compound** 150:12,13,15,17,19
150:23,23,24 152:22 153:8,11
153:16 162:8
**concept** 23:8 61:13
**concerned** 107:6,9
**concerning** 19:18 26:14 32:5,9
60:24 61:1 69:3
**conclusion** 6:6 37:19 38:3 64:13
**condition** 50:17,19 51:3 52:21
55:10 60:9 82:25 83:3 141:22

141:24 155:12 162:17,19
**conditions** 82:23 83:1,5 160:18
**conduct** 9:8 14:5
**conference** 4:11,13,15,17,19,23
14:15,16,18,23 17:22
**Conferring** 92:15
**confirm** 32:14
**conformity** 142:19
**consider** 79:12
**considered** 79:13
**consistent** 37:2,10,19,21,22
**contact** 122:22 168:23 255:15
**contagious** 192:22
**contain** 6:3,7 69:3
**contains** 6:2
**Conteh** 92:24,25 94:2,4 104:18
105:5,7 112:10 115:14 116:16
120:1 129:15 135:25 136:2,4
147:11,13,14,15 148:17,23,25
151:14 154:1 155:5 156:19
158:19,20 160:20 161:15
163:25 167:7 210:23,24,25
214:1 223:6 244:14,24
**Conteh's** 159:23 160:8
**content** 16:2
**CONTENTS** 3:1
**context** 6:5
**continue** 54:16 81:24 96:23
98:18 108:20 138:13 144:13
164:18,21 166:2 168:16
178:17 228:5
**continued** 86:10 87:5 131:16
195:6
**convenient** 21:18
**CONVENTIONS** 4:21
**conversation** 44:22,24 142:15
**conversations** 66:10
**convicted** 169:11,14
**convoy** 196:19,20 228:5,6,8
231:13,14 233:24 234:8
241:23 243:12,14,15 244:3
245:16,17,21 249:16
**convoys** 249:15
**cook** 190:2 206:18,19,23
**copies** 17:10
**cops** 113:2
**copy** 24:15 30:21 41:7,16
**corpus** 13:12,14,23
**correct** 42:19 43:7 44:17 45:3,8
45:16,20 46:1,14,15,17,23
47:1 48:14,25 49:2 50:21
51:17,21,24 52:11,16,21,23
53:2,10,14,19 54:23 55:1,8,12
55:23 56:4,5 59:23 62:5 63:12
70:25 83:12,14 93:21 94:2
113:12 125:9,12 139:11
165:21 167:15 179:10 180:23
183:1 187:14 192:10 195:14
200:23 202:23 220:14 230:25
241:19 246:16 252:13
**correctly** 32:16,18 127:19
**corridor** 202:8 221:18
**cough** 53:2,4 59:3 60:10
**counsel** 4:22 52:6 58:17 66:24
72:3 123:22 247:7
**countries** 80:17,19
**country** 15:12,16 80:13 81:8,10
81:12,14,16 83:9,11,14,16
184:22 216:6,8
**county** 70:14 71:21,22 72:20
97:7
**couple** 77:10 83:2 87:4 103:14
111:22 204:21
**course** 57:19 216:5 256:19
**court** 1:1 2:8 4:14,16,18,20,23
5:1,4,5,6,8,15,21 6:19 7:4,9,14
7:14,17 9:1,19 10:2 11:12,17
12:1,5,13 13:1,24 14:21 15:21

16:3 17:5,14,25 18:8,19 19:11
19:24 20:20 21:4,10,13,19,22
21:24 22:1 24:18 25:9 28:20
28:25 29:15 31:2,14 35:3
36:10 38:13 39:1,12 42:10
43:24 48:4 49:23 50:23 52:14
54:3,7,10,12,13,15 57:12
62:18 63:9,11 64:3 66:22
68:11,15 69:22 71:21 72:1,11
72:13,25 73:4,7,20 74:3 75:9
75:12 76:1 77:19,22,24 78:6,8
79:9,22,25 80:7 88:9 90:19
91:19 92:14 118:3,21 120:24
122:18,20 123:1,3,6,9,15,18
123:22 124:2,9 125:1,2,4
133:14 135:2 137:22 138:11
139:2 142:21 160:24 161:1,3
165:17,24 170:4,9 172:25
173:2,11 178:7,10,13,15,17
181:16 182:4 185:5 215:24
255:1,3,19,23 256:1,4,9,13,14
256:16,18,23 257:6
**courtroom** 1:25 2:25 5:7 7:8
54:9,14 122:25 123:10,17
125:3 178:12,16 181:8 255:18
**Court's** 21:14,17 54:5 118:5
134:24 170:1 173:8
**cousin** 96:6,10 167:6 184:13
186:21,25 187:7 198:15 213:6
221:5,7 224:23
**cousins** 85:13,13 196:3,8,24
200:18 201:21 204:5,14
205:15,24 207:15 209:15
210:14,22 212:25 213:3,4,11
220:16,20,21
**cousin's** 82:11,16,23 186:16
188:20 198:9
**cover** 127:7
**coverage** 14:16
**covered** 20:25 21:6 28:18 38:6
146:9
**Cox** 26:9 27:3,6,16,19
**co-conspirator** 6:3 11:6 256:17
256:17
**co-conspirators** 47:17,17
**create** 46:2,5,7 56:2
**created** 46:1,9 171:17
**creation** 24:12
**credibility** 37:13
**credit** 28:24
**Creole** 170:7
**crime** 169:11,14
**crimes** 22:19
**cross** 42:13 78:10 97:9 175:2
177:14 181:20 202:16
**crossed** 85:9 86:7 97:12 174:16
176:20 195:22 251:22,24
**crossing** 174:25
**cross-check** 160:2
**cross-examination** 3:7,11,14
12:8 21:20 181:19
**crush** 133:19,23
**cry** 113:11,22 114:9 144:7
**crying** 119:25 120:5 129:10,18
129:22 131:23 144:5
**cup** 108:15,16
**current** 51:2 52:21 60:9
**currently** 22:16
**custodian** 68:7
**Customs** 26:8
**cut** 50:1 138:8 143:13,14 146:8
**cutting** 138:19,24 143:11
**C-h-e-a** 151:9
**C-o-l-e** 94:8
**C-o-n-t-e** 92:25
**C-o-n-t-e-h** 93:2

**D**
**D** 53:24
**dad** 66:6 183:14
**Daf** 209:8
**dangerous** 188:7,9 196:16
**Daniel** 151:8 152:9,12,14,19
**dark** 96:1 116:19,22,23 223:18
226:16
**Daru** 84:22,25 85:2 197:9,10,12
200:18,22
**date** 6:1 18:16 19:5 30:3 41:1,1,3
41:7 48:8,9,11 49:2,4,6,7
60:13,14 90:12,15 91:5,6,10
91:12,25 219:1 257:5
**dated** 30:9
**dates** 19:1 49:5 105:22
**David** 47:19
**day** 43:16,17 44:24,25 55:15
61:7,11 90:5 96:22,24 105:16
126:11,12,13,15,17 127:18,19
127:20,22 128:17,20,24 131:1
131:17 132:19 144:12,15
156:11 201:19 223:14 225:23
226:16,22 228:16 230:10,13
**daylight** 250:2
**days** 85:7 115:10,11,13 120:12
157:13 159:11,11 201:24,25
202:11,22 203:18,20,22
204:12 205:1,4,8,11,16 213:3
213:16,18
**dead** 111:13 117:19 155:13,16
**decide** 9:5 87:13 94:18 149:18
207:20
**deep** 117:21 180:21
**defendant** 1:11 2:1 5:6,7 6:20
62:7,13 75:5 78:5 79:15
181:15 255:23 256:1,5
**Defender's** 2:3
**defense** 5:21 66:24 72:3 151:2,3
151:5,7 160:14,15,16,17,20
161:5,8
**definitely** 219:12
**degree** 7:24,25
**demolition** 9:22
**Demon** 108:1 115:16 116:12
117:9,12 121:6,8 128:2,3
131:11,24 132:18 133:5,6
136:14,19,21 137:16 140:1
142:12 144:24 149:8,9 154:1
155:3
**Demons** 121:9 126:5,7 131:13
131:15 132:10,23 133:4,8
136:7 140:9 144:18 146:24
147:22
**demonstrating** 118:23
**departed** 123:17
**department** 1:22 26:9 27:5,19
48:13
**deputy** 123:10 179:3
**describe** 53:14 73:25 99:13
110:16 112:22 117:16 125:19
126:13 185:7
**described** 25:17 121:11 166:6
243:7
**describing** 11:13 127:9
**Description** 3:19
**Descriptions** 4:12
**desert** 99:12
**desirability** 61:14
**detained** 6:13,16 11:25 36:4
**detention** 242:13
**determine** 23:16 44:20 50:7
**developed** 52:20,21 60:9
**Development** 8:11
**diagnosis** 36:8,11,21 38:2,12
**die** 139:15,16 149:19,21 150:1
152:3 156:12

**difference** 20:17,22
**different** 60:19,20 67:10 83:9
  96:13 99:8,9,10,22 117:15
  134:20,21 140:3 180:5,6,7
  189:17 199:4 238:24 245:2
**difficult** 183:6 185:12
**difficulty** 50:11,12 51:12,16
  58:25
**direct** 3:4,6,10,13 7:12 22:6
  54:19 62:23 80:5 95:9 114:1
  197:9 221:11
**directing** 69:10
**direction** 221:12
**director** 8:13,21,23 9:10
**dirt** 201:16 222:11 227:16,17
  243:4,6
**dirty** 119:5 127:24
**disagree** 86:5
**Discovery** 103:21
**discuss** 54:8 122:21 162:17
  178:11 255:14
**discussed** 56:6 60:23
**discussion** 171:24 172:1
**discussions** 60:25 61:4 166:4,8
**disease** 185:21
**display** 31:4
**dissimilar** 62:11,14
**distance** 71:13,15
**DISTRICT** 1:1,1,14
**dividing** 58:7
**DIVISION** 1:2
**divorce** 64:24
**doctor** 37:15,16,20 38:10 48:24
  162:11,13,15,17,19,22,24
  163:1,4,5,7,9 171:20,22,23,24
  172:1,2,5,7,8,10,13,14,16,18
  172:21 192:3,6,14 194:7,22
**doctors** 36:10 49:20 57:25
  163:11 191:24
**document** 24:4 31:23,25 33:6,8
  33:19,21 34:17 36:2,3,6 37:23
  37:23 41:5 48:8,13,16,18 49:1
  50:3,8,24,25 53:15 54:19 55:7
  55:11,14 59:23 60:14 67:5,7,8
  67:21 68:1,3,13 69:6,11,13,21
  69:25 72:9,11,13,16,17 86:20
  90:14,21,24 91:1 100:8,10,11
  100:13 170:17,19,22 171:3,3,7
  171:7,8 236:1
**documents** 20:7 21:16 100:18
  171:11
**Doe'kpar** 40:17,18,20 42:3
**doing** 63:19,21 81:18 98:19
  129:18 145:15 168:5 190:1
  229:18
**Doyle** 26:8 27:2,16,19 30:11
  33:3,5
**dozen** 224:3
**Dr** 40:25 163:10,11
**drag** 110:8 250:19,20,21
**dragged** 250:8,9,17
**draining** 138:20
**drawn** 236:14,16
**dressed** 239:20
**drink** 108:15 195:11
**dripped** 122:6,14
**dripping** 122:8 126:9
**drive** 111:15 115:22 149:11
  154:3 201:11,18 227:8 245:15
**driver** 204:15 217:14,14 225:15
**drivers** 97:21 98:17 102:7,9
**driving** 114:3 149:5
**drop** 122:2
**drove** 114:1 149:4 152:22
  153:16 226:16,16 246:8
**Dumbuya** 142:5 143:16
**duplicate** 31:19
**duty** 154:19

**Dynamics** 63:22
**D-a-r-u** 84:23
**D-o-e** 40:19
**D.C** 1:23

**E**

**E** 257:1,1
**earlier** 84:10 178:21 179:9 180:1
  180:23 232:16 243:21
**early** 82:22 83:2 227:5 230:4,6
  254:9
**ease** 144:23
**eastern** 81:1
**education** 7:23 81:11,24
**effort** 55:25
**efforts** 73:10
**eight** 42:24 197:14
**either** 27:18 76:10 98:2 110:22
  132:19
**elbows** 112:23,24 120:22
**elder** 136:11
**electricity** 184:17,24 185:3
  191:16 206:20,20
**electronic** 14:25
**elicit** 16:1
**elicits** 12:13
**Ellen** 62:4,6,10
**else's** 43:21
**Email** 1:20 2:5,10 257:8
**Embassy** 26:6
**Emmanuel** 1:9 45:2,12,24 46:21
  47:1,3 64:2,7,9 65:1,7,18,20
  65:21 66:1,10,13,14 67:17
  68:2 69:4,7 70:18 71:6,7,11,11
  71:16 73:8,11,14,23 76:4,13
  76:23 77:1,3,22 79:14
**Emmanuel's** 45:15,17 66:4,8
  68:19,21
**employee** 218:3,8
**employees** 217:4,12
**employer** 5:2,16 123:10,11
  216:4
**encompasses** 50:12
**endeavors** 6:9
**ended** 245:5
**Enforcement** 26:9
**engaged** 82:17
**engineer** 190:5
**engineering** 190:4
**English** 170:7,19
**enhances** 37:12
**enlarged** 69:16,25 88:15
**Entered** 5:7
**entire** 121:17 254:20
**entity** 8:2
**entry** 58:16
**escape** 130:7,11,19,22 131:3
  132:17 139:18,22 142:25
  143:4,5,7
**escaped** 130:23 131:2,4 132:11
  136:10,12 143:16 147:10
**escaping** 132:13
**Essentially** 75:15
**establish** 62:1 75:12
**established** 38:7
**Europe** 216:9
**evening** 144:13 254:9 255:5,17
  256:5,10
**eventually** 9:5 23:5 114:11
  149:13
**everybody** 56:20,23 95:9 113:11
  113:22 115:1 201:5 202:9
  229:6 235:2 241:21
**evidence** 13:8 12:12 17:13 18:18
  21:17 25:7,10 30:25 31:3
  33:12 35:4 39:13 68:12 73:1
  87:16 173:9 175:19 177:4

**ex** 64:17,18,21,23
**exact** 37:5 41:1,16 44:18 67:6
  90:15 91:10 104:12 114:4
  164:6 203:2 224:8 240:5
**exactly** 44:16 105:22 134:18
  147:11 149:12 177:25 186:20
  198:2 201:12 208:9 211:14
  217:6 224:12,22 226:1 230:2,9
  240:18 244:5 248:9 252:3,6
  254:2,10
**examination** 3:4,6,8,10,13 7:12
  22:6 27:4 42:13 48:25 55:6
  57:13 62:23 78:10 80:5 181:20
**examine** 16:5 41:9
**examining** 27:5
**example** 215:2
**exception** 28:18 36:7 161:1
**Excited** 161:2
**excuse** 47:10 52:5 65:3 92:12
  108:15 129:14 182:13 192:16
  202:5 240:13 243:13 254:18
  256:6
**excused** 21:22,23 22:2 62:18,19
  79:23,24 123:6,8,13
**executive** 8:13,21,23 9:10
**exhibit** 3:22,23,24,25 4:1,2,3,4,5
  18:22 20:15 24:20 25:10 30:13
  31:3 35:4 39:11 41:18 42:7
  48:7 55:18 67:1,2 68:12 72:5,6
  72:22 73:1 170:12,13 172:24
  173:10,20 176:14 177:21,23
**exhibits** 3:17,18,20 16:1,2,5,12
  16:14 20:1,14 170:2
**expect** 11:7
**expensive** 193:21
**experiences** 44:3,13 60:24 61:1
**explain** 11:10,21 12:11 25:14
  71:10,18 73:21 81:7 83:23
  89:25 115:11 121:25 129:3
  138:6 162:22 163:1 165:9
**explained** 102:5 165:12
**explaining** 172:3
**explains** 12:10
**explanation** 26:13
**exposed** 56:14
**EXT** 59:17
**extended** 118:24,24
**extent** 36:6 38:1 60:19,20
**extraterritorial** 22:16,17,18
**extremities** 59:19,21
**ex-President** 45:2
**eye** 122:2
**eyes** 114:15,16 117:4 141:10
  146:6,15 147:22 150:3,21,22
  154:15
**E-m-m-a-n-u-e-l** 64:7

**F**

**F** 32:24 33:4,21 34:20 35:7 39:8
  40:23 41:16 257:1
**fabricate** 37:11
**face** 29:20 45:25 112:1,15,20
  115:21 116:6,9,10 135:16,18
  146:7,9
**facing** 108:24
**fact** 37:1,12 38:7 44:7 47:15
  64:15 91:3 191:20 192:5 219:5
**faction** 142:9
**Faim** 214:23
**fair** 185:7
**fall** 122:16 127:8 149:18
**falling** 125:9,15,20,23
**familiar** 8:2 17:20 18:2 23:8
  59:18,20 246:18,20
**family** 66:4,8,11 71:4,6 96:4,6,8
  161:17 167:7,7 169:6 188:9

**far** 26:25 50:6 55:2,3 66:15 69:24
  81:2 87:11,13 96:18,24 199:9
  208:9 250:19
**fashion** 5:12
**fast** 157:10,11
**father** 45:7,19,24 70:18 71:12,16
  73:16 79:10 82:7 147:7
**father's** 29:20 45:25 79:11
  107:15,17
**Fax** 1:20 2:4,9 257:7
**FBI** 22:15 40:16 43:6
**February** 22:24 23:2 24:14 25:4
  25:25 31:15 32:19,20,23 33:22
  42:21 56:3,5,24 61:2,4,6
**Federal** 2:3 22:13
**feel** 27:7 67:23 94:21 109:22
  112:24 114:6 122:13 133:24
  134:1,8 142:2 180:4,5,6,7,8
**feeling** 112:25 148:4 157:9 193:6
**fees** 155:23
**feet** 118:14,19 137:21 141:20,22
  141:24 148:4 157:9,9,12,13
  179:17,19,21,23
**fellow's** 213:1
**felony** 169:11
**female** 62:10,11
**fight** 82:7 85:17 106:9,11 107:15
  107:17 151:23,25 156:14,17
  156:22 188:2 208:1,2 247:18
  253:3,6
**fighter** 247:12
**fighting** 83:7,9,11,14,17 84:18
  145:5,7,7 154:21,22,23,25
  187:17,18,20,22 188:5,24
  189:1,4 228:8 247:2
**figure** 45:5,7
**file** 13:12 218:8
**fill** 218:4
**final** 72:13 150:10
**finally** 143:12
**find** 87:21,25 89:19,21,23 143:4
  143:5,7 144:16,20 166:17
  185:12 205:21 210:5 211:19
  220:2
**fine** 29:13 123:14
**finger** 67:23 87:23 88:2,18
**fingers** 131:9,10
**finish** 81:10 102:11
**finished** 139:16
**fire** 121:2 122:1 136:23,24,25
  206:23
**firing** 137:3,4
**first** 5:24 20:7 29:19 36:22 37:18
  49:3 61:6,8 76:9 78:13 96:19
  97:6 113:8 120:14,18 121:4,10
  126:11,13,15 127:12,18,22
  128:17,20,24 134:6,12 148:16
  149:16 151:19 159:13 170:19
  170:21 171:15 186:21 204:10
  205:4,12 207:11 210:3,6
  218:20
**fit** 141:12 143:23
**five** 23:23,25 25:18 46:3,6 60:2
  62:11 78:16,22 194:14 208:10
  208:11,12 236:10
**FL** 1:19 2:4,9 257:7
**Flagler** 2:3
**flat** 67:23 118:19
**fled** 198:13
**fleeing** 196:14 206:7 228:8,11
**flight** 167:2,3
**floor** 118:18 149:1
**Florida** 1:1,6 65:23 71:2,11,14
  71:22,23 72:20 76:14
**focus** 8:2,4,5,12,14,16,18,21,23
  8:24 9:4,8,10,13,16,22,24 11:8
  14:1,5,6,9,11 19:8,16 21:8

58:3
**FOCUS's** 14:2
**Foday** 92:19,21 94:4 120:1
   129:15 151:14
**Foday's** 92:23
**Fofana** 196:11 220:18,18
**folder** 18:21,24 19:3 170:11,16
   170:17
**folders** 16:6,7
**follow** 11:1 13:1 36:1 39:1 75:1
   76:1 120:2 124:1 125:1
**followed** 53:23 139:23 161:15
**following** 44:22 96:22,24 131:17
   225:23
**food** 81:20 89:24,25 90:2 202:5
   206:13,13,18 214:8,14 215:5
   221:10,11 222:22 223:11,20
   223:25 224:6,23,25 225:11
   227:3 229:16
**foot** 114:10 117:24 142:3 150:2
   196:21
**football** 195:2,6,8
**forced** 81:24 82:9 112:13
**forces** 84:8
**forcing** 172:13
**foregoing** 257:2
**Forerunners** 8:10
**forest** 115:23 117:2 156:7
**forgive** 122:13
**forgot** 229:16
**forgotten** 92:20 224:16
**form** 5:19 77:11
**formed** 8:16,18
**former** 8:23 182:13 183:21
**forming** 8:14
**forms** 14:23
**forth** 138:21 139:1
**forward** 207:20
**found** 214:2
**four** 60:2 201:13,18
**frame** 32:19 37:5
**France** 166:24,24
**frankly** 12:5
**free** 169:17,18 189:20 191:23
   194:2,3 208:18
**Freetown** 85:16,17 188:12,20,23
   189:2,7,9,10
**friend** 12:9 204:23 205:5,8,16
   211:21 212:2 248:25
**friends** 185:25 194:2 245:8
**friends's** 212:15
**friend's** 204:25 213:24
**front** 16:6,17 18:17 20:14 27:10
   27:11 30:22 47:25 59:14 84:12
   84:13 87:19 107:12 109:2
   117:8 118:6 134:25 136:7,16
   144:24 145:13 160:20 174:10
   181:13
**full** 63:5 65:18 80:10,11 95:20
   202:4,6,7 209:11,12,13 217:21
   224:19
**fully** 237:18
**functioning** 64:20
**further** 28:7 29:8 57:11 61:10
   62:17 79:20,21 89:14 142:15
**F-O-C-U-S** 8:17
**F-o-d-a-y** 92:21

                    **G**

**Gambian** 132:3
**GB** 3:20 16:6,7,7,7,14,17,17,17
   19:3 176:17,19 177:3,16,18
**Gbarnga** 97:8 112:2,2 114:5
   175:24 176:4
**Gbatala** 6:5,14,15 9:23 11:4,15
   11:16,24 14:3 15:9 36:18 37:6
   60:24 61:1 156:12 177:2,8

178:4 179:16 215:3,5
**GD** 176:14
**general** 55:10 63:22
**generally** 39:6
**gentleman** 6:11 256:16
**gentlemen** 6:14 7:10 54:7 78:3
   122:20 178:10 211:4 219:5
   245:10 255:5
**getting** 36:15 94:12 97:9 166:13
   167:18 176:20 179:23 223:15
**girl** 65:11,12,13
**give** 26:13 54:3 101:4 107:18,22
   210:4 240:24 241:1 242:10
   252:23
**giving** 162:23 206:13
**go** 9:5 15:9 16:11 23:20 32:23
   51:11 53:16 54:2,15,21 59:25
   76:7 77:1 81:9 82:4 84:21 85:2
   85:8,15 86:1,8 87:10,13 94:18
   94:23 95:22 96:18 102:1
   103:11 106:8,9,10,11 110:19
   139:13 140:2,5 145:6 151:24
   151:24 154:3,24 159:3 161:14
   163:20 167:5 168:19 171:5
   174:12,18 176:6 177:15
   178:20 189:7 192:3 195:18
   199:14,18,23,24,25 200:18
   203:13,23 205:20 207:20,25
   209:15 213:21 221:7,9,16
   235:4
**goal** 23:15 55:22 61:15 203:13
**God** 143:12
**goes** 29:11,12 52:16 238:18
**going** 6:5,15,22,25 9:17 11:4,14
   12:1 26:14 36:20 64:24 75:3
   75:14 81:16 88:6 95:2,23
   96:20 98:15,17 101:24 102:11
   109:23 110:24 112:24 118:5
   118:14 120:13 121:2 124:3
   143:2 144:17,23,23 149:17
   152:6 158:17 160:2 166:17,20
   190:7,7,14 213:24 239:9
   242:18 249:5
**good** 7:10 42:16,17 54:3 55:12
   55:13 122:18,24 178:7 181:23
   181:24 182:2,11 191:18
   193:16,24 206:13 255:1,17
   256:5
**government** 1:17 3:20,22,23,24
   3:25 4:1,2,3,4,5 6:24 7:7 16:14
   22:3 25:7,10 30:24 31:3 35:1,4
   39:11,13 42:2,6,7 46:1,2,22,22
   67:3 68:12 72:6 73:1 83:16,24
   84:9 92:8,9 107:15,17 151:24
   170:13 183:21,22 215:18
   244:19
**Government's** 7:11 18:21 22:5
   41:18 48:6 62:22 66:25 72:4
   72:22 79:25 170:11 173:10
   256:7
**governs** 123:12
**grasped** 118:19
**Graveline** 1:22 28:23
**great** 6:9
**green** 175:9
**Gregory** 40:16
**Greystone** 161:11,13 162:3,10
   163:13,19 164:11
**groin** 49:18
**ground** 112:14 146:6,15,18,19
   156:8 251:20
**group** 11:4 17:21 83:7,19 84:1
   84:13 95:23,24,25 96:1 104:10
   104:13,14,15,19 105:9 107:22
   108:1,2,6,10,23,25 142:9
   243:22 244:4,4,11,12,14,17
   245:6,14,19 247:14,24 248:2,6
   248:21 249:7 253:3,16 254:19

254:20
**groups** 6:17 83:9 84:18 247:1
**grow** 80:23
**growing** 183:3
**grown** 98:16
**GTZ** 214:23
**guard** 89:24 121:23 126:20
   130:6 131:3 143:14
**guarding** 158:10
**guards** 120:19 156:22 208:24
**guess** 11:5 85:25
**Guinea** 80:20 89:11
**gun** 137:5,6
**guns** 127:25 128:6,7 236:14,16
   236:18,19
**gunshot** 94:13,17
**gunshots** 94:18,25 219:24
   220:19 228:11
**guy** 108:1 115:18 133:8,9 141:18
   142:11,24 143:16,23 144:1,3,6
   144:18 217:16 239:21
**guys** 102:15,16,25 103:11 108:1
   108:2 109:1 111:13 114:25
   115:15 117:10,12,14 122:7
   131:18,20,24 132:4,11,13,24
   135:21 136:7 142:12,24 143:2
   145:8,8,16 146:24 147:9
   155:25 156:12 160:3,4 179:20
   179:21,24 207:25 250:12
**G/C** 55:8,9

                    **H**

**h** 93:1
**habeas** 13:12,14,23
**half** 56:7,10,15 95:3
**halfway** 50:16
**half-hour** 248:14
**hand** 34:14 41:18 51:1,2,7,10
   53:9,12 109:1 112:15 115:20
   120:20,25 125:21,25 128:10
   129:1 131:8 133:3,9 134:8,9
   134:10,12,13,14 139:6 140:22
   140:25,25
**handcuff** 113:2 126:2,3 143:11
**handed** 34:16 90:22
**handing** 48:2,6 170:11
**hands** 67:19 112:17 120:22
   125:23 126:3,9,16,17 127:25
   128:9,13 131:12,22 133:13
   136:8 140:12,13,13,18,21,22
   140:23 141:1,13,15,17 143:8
   150:2,3 240:23
**handwriting** 60:17,17,18,19,21
**hang** 122:1 143:24
**happen** 26:14 109:23 119:14
   120:16 121:21 124:7 148:6,9
   166:5 182:25
**happened** 7:1 37:17 42:19 82:6
   94:10 95:5 96:14 97:19 99:23
   100:7,20 101:2,15,18,23
   102:14,16 103:9 107:24
   109:10 111:12,16 112:11
   114:13,23 117:3,7,11,11
   119:22,24 120:18 121:19
   125:11 126:13 127:22 128:23
   130:4 131:2,16 132:7 133:1,6
   136:5 144:11 145:1 146:4,10
   146:12,16 147:5,17 149:23
   151:18 153:15 154:7,13
   156:14 157:14 159:22 160:6
   160:13,16,19 161:9 162:22
   163:1 164:24 165:2,13 175:12
   183:3 187:25 198:20 235:23
   242:1
**happening** 83:5 113:9 115:3
   165:9
**happens** 242:3 253:16

**harassing** 209:4
**harassment** 165:4,21 166:1,6
   207:19,21
**hard** 88:21
**Harris** 123:3,9
**head** 96:15 109:2,9,10,13,16,19
   111:5 117:22 118:12,13,13,20
   119:10,12,14,15,17,17 120:22
   128:13 133:13 138:2,18,19
   139:9,10 140:19 145:10,11,13
   145:17,20 146:5,8 148:5 152:7
   180:2,4,5,9 181:7 230:14
   241:18 252:24
**headed** 208:6
**heading** 49:3 53:16 203:14,15
**headquarter** 146:22,23 147:16
   216:17,22,24
**headquarters** 147:1,5,17,21
   148:16 153:23 216:19 227:3
**heads** 110:9,10,10,13,14,14,15
   111:1 250:25 251:6,18 252:12
   252:16 253:1
**healed** 164:16
**health** 182:2
**healthy** 182:2
**hear** 6:6 94:16 220:19 221:9
**heard** 11:25 12:13 45:14 47:2
   94:18,25 115:14 119:25 120:5
   120:9 131:23 132:25 143:1
   144:5,6,16,20 219:24 246:22
   256:18
**hearing** 129:18
**hearsay** 6:4,12,22 11:6,10,12,13
   11:15 12:14 14:20 18:6 28:16
   28:18 36:5,7 37:24 38:6
   142:18 160:22,25 165:16,23
   185:4
**heat** 191:4,6,7
**Heck-Miller** 1:18 3:4,6,8 5:10,11
   5:18,22 6:23 7:2,7,18 9:2,20
   11:7,20 12:3 13:2,5,18,19
   14:22 15:22,25 16:4,12,16,21
   17:6,15 18:1,9 19:12,22,25
   20:21 21:12,14 22:3,8 24:17
   24:19,23 25:7,11,13,21,24
   28:17,21 29:1,11,13,16 30:17,24
   31:4,7,22,25 32:3 33:15 34:9
   34:13,15 35:1,5,11 36:22 38:5
   39:2,11,14,23 40:6,9 42:6,11
   43:20 48:2 49:22 50:22 52:5
   52:12 57:15,18 58:3,6,12,15
   58:20 59:8,25 60:4 62:16
   88:10 256:6,21
**help** 81:22 82:3 90:15 91:9
   143:12 172:6,6,21 214:14
   215:2,5,7 229:18
**helped** 91:22
**helping** 81:18,25 82:2 216:4
**helps** 11:20
**Henry** 37:4
**hepatitis** 186:4 192:8,15,17,19
   192:20
**he'll** 11:7
**Hi** 77:12
**hide** 154:20
**hiding** 85:22 86:1
**High** 159:19
**higher** 179:4
**Highly** 11:2
**Hilux** 103:21,25
**hit** 36:13 114:9 118:13 119:15,17
   120:25 121:1 128:10,15
   131:14 145:9,11,18 146:5
   147:23 149:21
**hitting** 113:22 114:8 127:25
   128:6,7,25 131:7 133:4 147:23
   147:25 148:1,3
**hold** 133:10

**holding** 67:7,19 120:22 145:16
**hole** 117:10,10,14,16,24 119:19
119:19,23,25 120:3,6,10,12,14
120:18 121:3,4,10,17 122:3
125:20 126:11,12,14,15,16,18
127:6,7 128:18,21,24 129:1,2
129:7,9,11,16,24 130:5,9,20
130:21 131:19,22,24,25
132:16,18,20,22 133:3,9
135:21,23,23 139:17,20,21,23
139:25 140:2,3,4,5,7,8,10,12
140:14 141:5,9,12,14,16
142:10,11 143:17,18,20
147:14 176:21,21 251:19
**holes** 117:15 125:12 126:21,24
127:6,23 140:3 176:25 178:1,2
178:3 227:18
**holsters** 236:17
**home** 65:24 68:24 76:5 182:13
223:10
**honest** 168:8
**Honor** 5:10 8:25 9:17 10:1 11:7
14:20 15:20,25 17:4 19:9,23
20:19 21:9,12,14,21 24:17,19
28:17,23 29:11,13 35:13 36:2
36:22 38:5 42:12 43:20 48:3
49:22 50:22 52:5,12 54:2,13
54:17 62:20 66:20 68:5,9
69:20 71:24 72:21 73:2,17,18
78:4,7 80:1 88:5,7,10 90:18
91:18 92:12 117:25 118:17
120:21 122:19 123:5,19,20
125:6 133:12 134:24 137:20
138:9,25 142:20 161:2 165:16
165:18 169:24 170:3,8 172:23
173:8 178:6,9,18 181:14,18
247:6 255:21,22 256:6,21
**hopefully** 190:9,10
**hospital** 32:24 33:4,9,20,22,23
34:5,21 35:7 39:7,8,21 40:11
40:23 41:11,17 55:15 157:4,5
157:7,8,14,15,18 158:17,23,25
159:6 171:4,5,12,17
**hot** 133:23
**hour** 103:14 157:8 197:13,15
201:18 237:25 238:1,18,19
239:14 240:2 245:23,23,25
248:8
**hours** 111:22 169:17,18 197:14
201:13 203:5,6 208:10,11,12
224:8 226:3,4,5,12 227:8
230:2,3 248:8
**house** 82:8,11,12,13,15,16,23
151:1,11,18 184:3,5,7,11,17
184:20 186:16 187:4,13,23
188:17,21 191:1,6,10 198:7,9
212:16,22 213:1,24 221:15,21
222:1 229:3 243:6
**human** 6:17 8:5
**hunched** 118:1
**hundreds** 206:9 234:12,13
243:11
**hurt** 36:18,19 184:22 194:5
195:2,6
**hyphen** 40:19

**I**

**ID** 44:16
**idea** 43:16 78:25 79:2 223:9
**identification** 3:18 4:24 16:15
20:2 23:14 24:20 26:18 30:13
33:10 34:10,17 35:10 39:3
42:7 44:10,14,17 66:25 67:2
67:12 72:4,6 86:23,24 100:14
170:13
**identified** 27:22,24 29:6 68:1
**identify** 4:22 27:23 43:2

**III** 1:10
**image** 31:10,11,12 35:11
**immediately** 192:5 249:1 252:20
**Immigration** 26:8 102:9,18
107:8 174:23 175:13 176:11
232:17,18,21 238:22 239:17
239:19 240:13,15,24 241:1,3,8
241:10,16 242:11,24,25
249:22,23 253:22,24
**Immigrations** 101:25
**imply** 49:14
**imprisoned** 37:7 52:1 60:7
**improper** 12:4 68:7
**include** 36:23 62:6
**including** 25:17
**incorrectly** 32:16,18
**INDEX** 3:17 4:7,11
**indicate** 5:16 53:21,22 69:20
118:1 120:21 175:6
**indicated** 4:24 139:10 181:15
255:9
**indicates** 53:21,22
**indicating** 5:16 18:11 49:5 78:4
133:12 137:20 138:10
**indication** 50:8
**indications** 27:12,14,15,18
**Indies** 63:15
**indirectly** 9:6
**individual** 9:25 13:8 23:17 27:23
28:12 29:6,18 33:23,24 77:21
**individuals** 23:24 24:1 25:17,18
27:22 44:21 55:23
**indoor** 191:14
**industry-standard** 4:24
**infection** 49:12,14,19
**information** 6:8,11 56:14 69:3,6
143:3 152:15,18
**informed** 255:10 256:14
**initial** 30:3 43:14
**initially** 171:16
**injured** 195:3
**injuries** 36:11
**injury** 49:10 51:1,10
**ink** 72:17
**innocent** 239:20
**inside** 150:23,24 174:9,10
**instance** 58:2
**institution** 7:25 8:5
**instructed** 7:2 75:11
**instructions** 26:13
**insurance** 185:17,19
**intention** 123:11
**interested** 172:10
**Internet** 6:13
**interrogate** 102:1
**interrogated** 239:25
**interrogating** 236:11
**interrogation** 238:22 241:8
**interrupt** 21:3
**interrupting** 255:3
**interview** 44:2,7 238:4,5,8
**interviewed** 44:11 239:19
**interviewing** 61:10
**investigating** 22:18 43:8,9,10,13
**investigation** 22:14 24:8,10 25:3
175:13
**investigative** 23:12
**invite** 106:2
**invited** 14:17 17:21 106:6
**involved** 23:17 83:16
**involving** 84:18 156:14
**iron** 119:16 141:1 252:4,5,10
**Isaatu** 92:19 93:4,6,8,12 161:21
161:22
**issue** 5:18 38:5
**issues** 255:19
**items** 16:18 17:1,3 81:20
**I-s-a-a-t-u** 93:6

**i.e** 4:25

**J**

**J** 3:5 22:5,11
**jail** 154:9 155:23
**James** 3:3 6:6 7:7,11,20
**JFK** 40:10 55:15
**job** 185:12 189:22 193:24
**John** 2:2 26:9 27:6 32:24 33:4,21
34:20 35:7 39:8 40:23 41:16
**Johnson** 62:4,7,10
**john_wylie@fd.org** 2:5
**join** 111:14 247:18
**journey** 97:2 195:12 208:9
**Jr** 1:8,9 76:24 77:12
**Judge** 1:14 75:3 255:25 256:11
**judgment** 72:13
**juke** 119:17 128:8
**juked** 128:12
**juking** 129:1,3
**Julian** 26:8 30:11 33:3,5
**jump** 149:18,20
**junta** 83:8 84:1,3 188:4,4
**junta's** 188:2
**juror** 5:9,13,15 123:3,14,17
**jurors** 124:2 255:4
**juror's** 5:2
**jury** 5:17 6:19 7:5,8 25:12 31:5
48:19,22 54:9,12,14 68:14
122:25 123:12 125:3 134:25
178:12,15,16 181:25 255:18
**Justice** 1:22 26:9 27:6,19
**Jusu** 92:19 93:15,16,23,24,25
119:22 129:8 130:20 131:1
132:4,16,25 146:10,12,17
147:1 151:13 161:24 214:1
222:24,24 244:10,11,24
**Jusu's** 162:1
**j-u-n-t-a** 84:5
**J-u-s-u** 93:16

**K**

**Kamajors** 83:7,19,23 107:14,16
151:23 246:12,16
**Karaoke** 217:8,10,11,15
**KAREN** 1:17
**karen.rochlin@usdoj.gov** 1:20
**keep** 6:19 96:20 144:6 152:17
165:14,14 219:3
**Kenema** 80:22,24,25 81:7 82:7
82:10,11,13,24 84:19,21,22
85:16 182:16 183:1,4 184:15
185:7,7,14,17,21 186:6,10,13
187:20,22 188:25 189:4,4
190:12 195:13,16,18,25
196:14,16 197:8,12 198:3,24
199:1,9 200:5,6,13 203:11,14
**Kennedy** 32:24 33:4,22 34:20
35:7 39:8 40:23 41:17
**Kenya** 217:9
**Kenyan** 217:10
**kept** 34:4 38:18
**kick** 145:14 147:24
**kicked** 194:20
**kicking** 112:14 147:20 194:25
**kids** 65:10
**kill** 136:10,13,19 137:10 143:2
145:5 147:8 150:1 152:2,3,16
152:16 253:12
**killed** 11:21 82:8 183:16,20,24
**kind** 20:8,10 72:19 81:12,19
84:13 89:23 95:11,12 98:5,23
99:10 102:4 103:20 117:1
126:24 134:6,12 137:12 171:3
180:20 224:15
**knee** 194:5 195:2
**knees** 118:19,20 160:21

**knew** 44:5,16,18 65:19 92:4,7,17
92:19 104:17,22,25 105:3,7
114:21 158:14 160:14 211:8,9
244:22,23,24 245:11 247:5
**knife** 137:7,8,9,11,12,13,16,18
137:19,24,25 138:1,4,6,7,16
138:18,21 139:4 145:9
**know** 28:19 37:16 43:17 46:13
46:16,19,21 47:1,4,6,7,13,50
50:11,18 51:6,9 53:22 55:7,11
56:14,19 62:3 86:9 92:6 93:8
93:22 94:6 95:13 97:7,12 99:1
99:13 104:14,20 105:24 109:3
111:7,8 113:1,20 114:19
115:21 120:4 123:12 127:12
129:8,15,17,21 130:8,15,23
131:20 135:14 136:21 141:8
148:24 149:5,25 150:13 151:4
153:18,20 156:8,11 158:4,12
158:22 159:18 163:22 166:20
166:21 172:21 173:14 179:21
179:22 184:25 185:22,23
186:1,2,5 192:11,12 193:4
197:19 198:21,22 199:10
200:3,10 203:15 204:12
215:10,13,15,19 217:14,15,19
217:21 219:1 222:14,15 223:1
223:3,5,7,9 231:10,12,13
232:13,14 233:9,10,10,11
234:7 240:5 243:20 244:16
246:3,17 247:1,3,4,5,9 249:25
250:1,20 252:3,4,4,6 254:2,7
255:3 256:16
**knowing** 144:17
**knowledge** 18:7 44:18 46:8,10
46:25 56:11,23
**known** 8:2 126:8 245:10,12
**Koah** 6:11,12,13,16,16 11:9,25
13:9,11,13,16,21
**Kolahun** 215:10 216:18
**Kollie** 157:22 158:2,3,15
**Kpadeh** 11:21 26:4,11,14,16,17
27:5,20 28:2,4,5,9,11,13 29:4
29:4,6,17,24 31:11 32:4,9,21
32:23 33:4,5,19 34:5,6,25
37:14,20 39:7 42:18 43:1
45:23 46:13 47:16 49:25 50:9
51:1 56:4,8,11,19,23 57:1,7
60:23,25 61:7
**Kpadeh's** 35:6 40:4 49:10
**Kuli** 217:14,18 225:13
**K-a-m-a-j-o-r-s** 83:21
**k-p-a-r** 40:19

**L**

**labor** 169:17,18
**ladies** 7:10 54:7 122:20 178:10
255:5
**Land** 103:21
**language** 170:24 171:2,7
**languages** 170:6
**large** 137:18
**Last-Name-Unknown** 248:23
**late** 144:13
**lauding** 6:8
**law** 5:16 123:12
**layers** 38:6
**Leading** 21:2
**learn** 66:13 70:17,20 97:22 99:2
127:15 142:4,6 149:15 151:5
156:4,4 159:16,20
**learned** 153:18 159:21
**leave** 83:3,6,8 84:19 85:10,12
88:21 94:11 101:20 103:13
134:2,7,9 180:18,20 187:16
188:1 198:15 207:18 211:18
212:8 213:20 219:15 255:4

leaves 54:9 122:25 178:12
  255:18
leaving 85:14 204:23 221:17
left 49:3 54:24 55:2,3 58:7 69:16
  69:25 71:10 83:3 84:22 85:10
  85:15,16 103:13 115:9 122:4
  146:2 148:8 167:11 179:17,18
  181:7 188:20 189:4 195:18,22
  195:25 198:3,3,18,24 200:4,5
  200:6,8,9,10,13,15 201:7
  202:22 203:13 208:4 212:8,19
  212:20,22 213:13,16,18
  216:13 224:9,9,11 225:11
  226:14 227:1 230:4,6 235:2
  245:16,17,21 249:15,16
  252:18,20,25 253:3,18
left-hand 49:4 50:3,10,16 51:4
  54:22 69:10,13,24
leg 145:14 180:14,15,17 181:6
legal 37:18 38:3 82:18,21 167:9
  167:18,25 168:2,23,25 169:4,6
  169:22
legally 71:20 167:11
legible 49:1,24
legs 118:24,24 119:3
Leone 80:14,15,16,17,19,21,25
  81:1,2,22 85:10,19 87:13
  89:13 92:9 100:5 106:1,5,9,12
  107:14 151:24 167:9,10
  182:14,14 184:22 185:1
  189:17 193:19 195:21,22
  202:19 206:7 207:20,25 208:3
  235:25
Leonian 89:16 92:7,17 98:6
  196:13
Leonians 95:21 196:3,12
letter 5:1,12 16:9 91:3,5,9,13,14
  91:21 123:9
letters 8:7,9 53:23,24 59:14,16
  59:17 69:18,24 70:3,8
let's 6:21 7:5 47:24 51:11 88:18
  189:14
level 37:23
levels 37:25
Liberia 8:1,6,19 9:9,11 14:16
  15:4,6,13,14,19 18:15 23:4
  24:14 26:6 32:20,24 42:4 45:3
  45:5,7 70:23 77:17 80:20 85:9
  85:10,15,20 86:7 97:5 126:8
  142:9 159:25 166:24 168:17
  172:4 182:13 186:18 187:13
  189:12,18 195:21 199:24,25
  202:16,20 203:15,16,23 215:9
  216:21,22,25 246:24,25
Liberian 40:21 45:20,22 46:21
  46:22 62:4 92:8 102:7 156:8
  207:19 208:3,24 217:17
  232:10,13
Liberians 45:6,9,11,13 46:6,25
  47:2,5,13 56:1 61:23 62:2,12
  92:8 95:21
licensed 42:4
life 109:23 130:16 139:6,7
light 112:1 116:19,22 133:23
lights 116:25 150:15
limit 255:10
line 3:19,19 49:3 50:4 51:11,11
  51:17,20 52:10,15,16 54:22,25
  54:25 58:4,7,16 59:9 60:13
  69:24 175:9
lined 23:13
lines 58:21 60:2
lineup 23:9,11,12,15,16,21,22
  24:5,7 27:22,23 46:15 47:16
  61:9
line-up 62:7
listen 163:7
lit 133:22 134:17

litigation 38:8
little 22:22 67:10 87:11 127:4,5
  174:8 233:20 241:15 243:9
live 15:14,16 63:16 65:22 78:21
  78:23 168:14,16,21 183:6
  189:14 191:1 210:1 234:8
lived 65:23,24 66:3 68:25 186:10
  186:13 214:3 222:17 243:19
lives 231:13
living 15:12,17,18 64:20 70:24
  73:13 82:11 83:2 90:3 92:7
  169:2,6 171:4 188:11 194:1
  205:5 212:15 213:5 220:20
  221:3,5,21 222:3 243:20
LNP 232:12
load 95:7 209:12 224:9
loaded 209:11
local 216:7,9 231:6
locals 216:8
locate 34:3
located 80:16,25 81:1 88:19 89:3
  89:8 140:11 176:23
location 23:18 127:2,3 176:22
lock 141:14
locked 175:14,23
Lofa 174:1
Loma 222:12
long 78:21 82:4 83:1 90:3 111:20
  114:3,4 120:10 141:5 142:10
  148:11 149:11,12,12 159:9
  163:13 164:3,5 166:11 186:16
  186:19,20 187:9 188:23 197:8
  197:12 201:11,23 202:15,24
  203:1,2 204:20 205:13 207:2
  208:8 209:25 210:10 211:10
  212:7 216:12 223:10 224:6
  225:19,24 226:1 228:20 230:1
  237:22,24 240:17,18 245:10
  245:19 248:1,4 254:1
longer 54:6 75:7 220:6 226:12
look 16:8,13 19:21 26:24,25
  30:15 33:11 48:16 67:5 72:16
  87:22 110:17 124:2 134:16
  135:18 173:3,13,20 177:24
  182:2,4 222:18 255:9,12 256:9
  256:10
looked 45:24 61:2 91:21
looking 60:17 91:9 107:7 124:4
  171:8
looks 67:10 181:11
lot 131:5 185:10 191:25 192:1
  193:18 194:9,14 200:19 206:7
  209:5 214:19 221:13,14
  222:19 231:2,8,16 233:21
lots 191:24 207:5,5 214:17
  223:23 227:18
loud 80:10
lucky 156:12
lunch 122:21,24 125:8
Luncheon 123:21
LURD 246:18,20 247:5,9
L-U-R-D 246:20

---

**M**

M 1:8,13 53:24 76:23 77:22
Maada 92:19 93:18,20,24 161:23
  161:24
Maada's 93:22
mad 115:19
Maesha 65:10,11,16,25 71:7,8
maintained 41:16
making 23:25 139:1
malaria 185:25 186:2 192:10
  193:3
male 235:11
males 62:11
man 11:3,14,24 109:16,17,19,20

141:20 142:4,15,17,17,23
  152:8,9,12 157:23 158:4
  159:22 161:24 181:5,7
Mandingo 211:21,23,25 212:3
  221:18,21 222:4,5,7,12,13,19
  223:10
mango 235:18,19 236:11 237:24
  239:14 240:2 242:25 243:4
manner 61:21 112:22
manpower 106:8
mans 114:20
Mansalay 162:14 163:10,11
man's 158:6
map 87:15,19,21,23,25 88:2,11
March 166:12
marital 64:16
mark 88:21 89:2,7 134:2,4,6,9,12
  134:13,14,19,22,22 135:1
  145:17,20 146:2 180:2,4,9,18
  180:20,21,22,25 181:3,7
marked 3:18 16:6,7,9,15 20:2
  24:20 34:10,16 35:9 42:7
  66:25 67:2 72:4,6 170:11,13
  175:16
marks 145:24 155:20 162:24
  163:1,4 194:24
marriage 64:20,23 65:21,24
married 64:14,15,17,18 65:1,7
  65:17 82:16,21,22 93:12,13,14
  167:9,11
Marshal 256:2,4
Marwolo 37:4,10
Maryland 63:17,19
Massachusetts 66:16 70:15,16
match 39:21
material 72:17
materials 56:11
matter 19:19 21:6 23:5 27:8
  244:20 257:3
ma'am 29:3 30:1,19,23 31:18
  32:8 39:5 41:2 57:21,24 58:23
  58:25 59:4,7,12,24 64:4,6,8,11
  66:9,12,17,19 67:22 68:4 69:1
  69:5,19 70:4,10,16 71:1,3,5
  72:10,15,18 73:9,12 76:6,15
  76:17,25 77:19,23,25
McARTHUR 1:9 65:20 66:14
  67:17 68:2,18,21 69:4,7 70:18
  71:7,15 73:8,8 76:23 77:22
McDonald 40:25
mean 48:9 53:25 55:6,10 56:22
  99:15 107:8 121:8 126:19,20
  129:3,5 142:8 155:19 177:13
  194:14 203:5 204:12 207:23
  226:2,24 230:10 236:8 248:4
  248:13
means 52:10 77:13 166:23
mechanic 190:3,4
media 14:23
medical 34:4,6,20 36:6,7,8,21,23
  37:2,12,23 38:1,2 39:16 47:24
  48:14,24 49:6,9,16,17 53:15
  55:14 57:16,23 162:23 164:19
  171:11,18,19 172:6,18 185:14
  185:17,19 189:20 191:18,20
  191:23 214:14
medicine 159:1,3 193:1,8
MEDINA 2:7 257:5
meet 25:25 66:4 78:13 155:7
  166:2 211:6
meeting 26:5,7,10,11 43:1,14,16
  43:17,19 44:1,2,5 106:2,6,7,11
  106:14
meetings 166:4,8
melt 121:23
melted 121:25 125:9 179:10
members 57:4,8 66:4,8 96:6
  106:15 112:3

memory 91:22
men 98:8,9,16,17,17,23 99:1
  102:21 103:8 104:15,17
  106:25 108:4,6,10,21 109:3,4
  109:22,25 110:2,3 111:9 112:6
  194:10,12,16 230:21 235:9
  243:22,25 244:4 247:24 248:2
  248:5,21 249:20
Mende 170:7 222:12
mens 108:23
mention 6:3 32:7 50:6,20 51:2
  53:11,13 57:4 91:6 94:5
  151:23
mentioned 59:5 73:10 83:19
  84:1,10 93:4,18 94:2 105:5
  124:9 129:24 161:24 179:9
  180:22 232:16 256:19
mentioning 49:9 178:21
message 147:7
met 13:20,24 45:6,9 47:2 65:17
  82:22 97:2 115:15 160:9,11,13
  160:14 186:2 207:7 211:4
meters 108:8 117:12 144:22
Miami 1:2,6,19 2:4,8,9 257:6,7
microphone 7:15 22:21 63:3
  80:7 140:17 256:13
middle 58:4 78:3 126:1 149:16
  176:23 181:12 187:6 230:13
  254:9
MIGUEL 2:2
miguel_caridad@fd.org 2:5
military 6:9 104:1,2,3 127:10,11
  153:23
militia 83:7,24
Miller 88:7
mind 11:22 135:4
Minister 151:3,3,5 160:14,15,17
  160:21 161:5,8
Minister's 151:7 160:16
minutes 27:21 54:8 103:14
  178:11 197:13,15 203:5
  223:12,13,20 226:2 240:19,20
  241:13 245:24,25 248:1,8,10
  248:16,18
missed 225:24
mission 8:24 9:4,8 11:4 12:2
mistreatment 7:1
mixed 84:8 117:18
mixture 216:9
Mobah 161:20 179:3,5,7,8
Mobah's 179:2
Mohamed 220:14,18
Mohammed 196:7 220:11,12,25
mom 66:2,6 199:11,13
moment 21:12 24:17 29:10 54:2
  55:22 78:7 92:4 96:5 112:25
  117:1 118:16,23 121:22
  160:24 165:17 169:24 178:5
  181:17 189:14 235:15 236:9
  236:10 247:20 256:11
moments 73:22
Momoh 3:12 80:2,4,12
money 100:25 101:2 155:24
  193:25 208:22 209:4
Monrovia 23:4 24:14 26:6 32:20
  32:24 55:16 95:8,10 96:9,15
  96:16 99:3 103:1,15,15 147:12
  148:7,8,12 150:4,8,11 162:5,7
  162:9 174:1 179:17 213:3,13
  213:16,18,20 216:13,22 219:6
  220:4,14,21 221:1,7 224:10
  month 90:7,10 91:15 105:22
  164:10 186:22
months 36:4 37:7 52:2,8 60:8
  83:2 245:12
mood 135:13
morning 7:10 42:16,17 54:4
  86:14 94:12,13,15 95:6 123:10

126:17 131:23 143:2 156:2,5
156:22 157:1 160:7 201:7
219:23 220:19 223:15,16
224:1,8 226:14 227:1,5 229:13
229:23 230:4,6 255:6
**mother** 75:4 78:17,18 81:18,19
81:23 82:2,3 85:17,19,21 86:5
188:12,18 198:25 199:1,3,18
200:4
**mother's** 78:25
**motion** 36:22 138:23,23 139:1
**motive** 37:11
**Moukhtar** 196:11 220:24,25
**mountains** 193:18
**mouth** 22:22 128:8,9 129:5
**move** 15:25 22:22 68:6 71:4
72:22 82:9,10 89:14,17 94:14
96:6,8 149:11 176:14 184:11
186:21,25 212:25 213:2,14
**moved** 63:17,23,25 65:23 70:24
71:9 82:15,23 95:9 138:16
184:13 186:16,18 187:7,13
193:10 213:11
**movements** 27:12,14,15,18
**moving** 69:17 70:8 71:14 113:24
138:21
**MPs** 154:15
**Mulbah** 159:13,14,16 219:7
**Mulbah's** 159:22
**multiple** 51:9 59:5,9,14
**M-a-a-d-a** 93:20
**M-o-m-o-h** 80:12

**N**

**N** 130:14
**naked** 125:16,17 127:24 237:18
240:21
**name** 7:19,19,20,20 8:7 17:17
22:9,9 26:4 33:24,25 36:19
37:6 40:4 63:5,5,6 64:7 65:18
71:17,18 72:14 73:7,11 76:23
78:25 79:3,6,10,11 80:10,11
80:12,12 85:24 86:9 87:1
92:23 93:8,22 94:6 95:13
97:12,14 105:5 106:5 113:3,6
115:14 126:8 127:12,15 140:7
142:4,5,6 151:5,7 156:4,10
157:22 158:2 159:23,23,24
160:8,8,8,11 161:12 162:13
163:12 167:25 168:2 171:14
177:1 204:7,15,24 205:9,12
206:1 207:7,11 212:4,18
217:17,21 218:6,24 220:17
223:4,5 224:16 225:13 232:14
244:16,20 256:18
**named** 6:11 93:18 94:2 217:10
256:16
**names** 92:20 104:20 179:22
196:6,10 197:4 204:10 209:23
210:18 211:15 217:12,19
220:8,10,23 222:9,10,14,15
225:10,12 230:19 256:15
**Naples** 24:21,22 25:23 30:16
31:6,24 32:2 33:14 34:12
35:12 39:23,25 40:8,16 48:20
55:19 57:17 58:4,8,14,20,22
59:8,11,25 60:3
**Nathaniel** 6:11,16 11:9,25 13:9
13:11,13,16,20
**nation** 18:14
**national** 17:8 18:13,14 124:3,3
232:10,13 255:9,11,12
**Nations** 159:19
**near** 50:10 63:3 80:17,19 97:4
130:20 229:23
**necessary** 73:19
**neck** 50:9,15,19,20,24 138:7,8

138:10,17,20 139:5,11,13
**need** 5:6 38:9 88:6 108:16,18
152:17 172:21 192:3,4 219:1
255:4,19
**needed** 36:21 106:8 172:6
**negative** 6:7
**never** 6:14 45:17 156:12 186:2
190:24,25 211:8,9 215:15
222:2 244:21,22,23 246:22
**new** 251:20
**news** 5:25 17:8,18,19,20 18:5,12
21:7 124:3,3 255:9,11,12
**newspaper** 6:2 17:8,9,10,12,16
17:17,18,19,20,21 18:3,5,12
18:13,14 19:5 20:3,4,4,15,18
20:23 45:16,18 256:8,12
**newspapers** 5:19,20 15:2,3
16:19 17:8 18:16 19:7,15,18
20:13 45:22
**NGO** 90:2 94:22,22 214:9,10,11
**NGOs** 214:13,19,19,22,23 215:2
216:6
**nice** 182:4 186:12,15 212:24
**night** 53:2,6 54:23 59:3 85:1
96:22 111:22,25 115:13
120:14,18 121:4,7,10,17
126:15 129:22 130:3,4,5 131:3
131:4 132:10,18,19 141:6,8
142:12 143:13 144:12 154:9
154:17,19 187:6 200:22
225:21 226:9,10,11,19,23
227:9 228:16,22,23,24 229:9
254:3,3,4,5,7,9,24
**nights** 120:12 157:13
**nighttime** 227:22
**Nodded** 184:10 234:2,4
**Nongovernment** 214:12
**nonphysical** 61:17
**nonsuggestive** 47:9
**noon** 231:17 239:7,23
**noontime** 230:11,12,25 233:21
**north** 2:8 168:13 257:6
**notary** 40:21 42:3,4
**notation** 50:11 51:5,8 55:5
**noted** 50:12
**notes** 48:18,24,25 49:2,5,8
**notice** 73:14 79:9 131:4 222:2
**noticed** 132:11
**noting** 50:4
**November** 40:13,15,24 41:3,4
91:16,16
**number** 20:15 25:20 27:24 28:1
28:19,21 39:16,19,21 40:2
51:18 86:24 87:16 88:11
**numbers** 222:1
**nurses** 157:16 191:24
**N.E** 1:19
**N.W** 1:23

**O**

**object** 5:23 9:17 10:1
**objection** 11:2 12:14 13:17
14:20 15:20 16:20 17:4,13,23
18:6,18 19:20 20:19 21:2,9 25:8
28:16 29:11 31:1 35:2,13 36:3
38:9,14 42:9 43:20 52:12 68:7
72:24 73:17 74:2 142:18
160:22,25 165:16,23 185:4
215:23 247:6
**objects** 100:21,24
**observation** 29:21,22
**observations** 29:19 75:6
**observe** 27:15 107:5
**observed** 27:18 33:22
**obtain** 42:3
**obtained** 34:7 38:8
**occasion** 40:10 47:12

**occasions** 47:11 105:19,20,23
105:24
**occupation** 22:12
**occur** 15:7 37:11
**October** 1:7 7:22 15:8,11 18:20
19:2,6 37:5 42:19 44:4
**offer** 21:16 256:7
**offered** 12:7 253:9
**offers** 25:7 30:24 35:1 39:11
42:6
**office** 1:18 2:3 94:14,19,22,24
95:2,5,8,22 154:20,20,22
160:2,9,14,16,17 174:23 175:4
175:10 214:12 216:21 220:2
241:16
**officer** 5:5 7:17 54:13 159:21
160:10,11 164:2 166:14,15
178:25 179:3 240:15,24 241:1
241:3
**officers** 7:14 154:19 232:15,16
232:18,19,21,21 241:9,10
**offices** 223:23
**Official** 2:8 257:6
**officials** 232:17
**Oh** 192:20 194:3 209:13 213:15
232:3
**okay** 53:8 79:6 88:22 89:6 160:2
181:12 182:24 185:15,16
195:10 200:17 204:19 205:2,7
207:17 209:6 212:6,9 213:17
215:20 216:23 220:23 224:1
224:14 225:22 228:19 231:15
234:15 240:7 242:22 243:22
247:21 254:11
**old** 78:15,16 81:14 143:9 183:12
184:5,7 210:4,6
**oldest** 65:15
**once** 27:13 77:8 88:5 94:24
113:15 120:10 144:3 146:19
148:13 149:2,11 160:19 216:2
**ones** 16:8 37:10
**open** 4:14,16,18,20 13:1 39:1
76:1 106:19,20 112:25 117:14
125:1 141:14 143:15 149:17
170:16
**opened** 154:25
**operating** 215:16 216:18
**Opinion** 19:10
**opportunity** 66:7 134:10 173:3
**Orange** 71:21,22 72:20
**order** 24:2 61:6,8 73:7 111:13
115:17 135:22,22,23 136:13
136:15,18 139:23 172:21
**ordered** 29:7 136:10
**ordering** 139:21
**orders** 110:2 135:21 234:18
**organization** 216:16 233:9
**organizations** 233:12
**organizing** 11:8
**original** 31:10,13,14,16,16,17,19
41:16,22
**originally** 63:14
**Orlando** 65:23 70:25 71:2,10,14
76:13 78:23
**ourself** 113:22 155:25
**outdoors** 201:1,2
**outside** 111:14 144:18 150:23
174:10 200:25 202:3,8,9,13
216:6,8 229:3,4,5,6
**outstanding** 256:7
**out-patient** 48:13
**overlooks** 37:1
**overruled** 9:1,19 12:15 14:21
15:21 17:5,14 18:8,19 19:11
20:20 21:4,10 28:25 38:15
49:23 50:23 52:14 68:11 73:20
142:21 161:3 165:24 215:24
**overseas** 22:19,20

**P**

**P** 52:10,15 55:4 58:4
**packed** 224:19
**page** 3:2,19,19 4:8,12 20:15
30:15 31:23 41:25 42:1,2 58:4
59:10 60:18 170:19,21,22,24
170:24 171:15
**pages** 30:22 41:23,24 171:11
**paid** 203:9,22
**pain** 50:9,12,15,15,19,20,20
112:25 134:1,8 157:10
**painful** 51:17,18 114:7,10
122:15
**pants** 101:22 237:10,19
**paper** 33:5,8 45:20
**papers** 45:20 100:16
**paperwork** 218:3 219:12
**pardon** 32:8 53:25 80:18 89:20
98:12 116:20 119:11 128:19
134:3 135:10 141:23 153:9
166:7 169:13 182:10 183:2
184:6 186:11 191:5,22 215:4
225:5 228:1 232:20 236:15
242:2 246:19 251:25 252:14
254:15
**parents** 185:18,19 186:7,8
197:20 198:17
**parked** 235:7
**parking** 97:21
**part** 37:12 80:25 95:23,24
111:19 135:5 140:16 168:11
168:13 171:2 175:25 176:3
251:16,17 252:1
**partial** 50:2
**participate** 8:14 24:12 103:2
**participated** 11:8
**particular** 9:25 18:3 23:16,18
27:8 36:24 41:3 57:22 72:13
**particulars** 218:25
**parties** 5:8
**parts** 14:1,2 51:10
**pass** 96:22 111:13 115:17
117:13 227:13
**patient** 37:6 51:20,23 52:10 60:1
60:7
**Paul** 97:1,13,14 173:18 215:6,14
216:3 217:15 225:20
**paved** 222:11
**pay** 155:23 188:12,14 197:24
198:1 203:10 208:20 209:3
229:16
**paying** 172:8,9
**pays** 193:21
**pending** 36:3
**penis** 49:10,21 53:13,15
**Pennsylvania** 1:23
**people** 45:11 46:25 85:11 92:3,6
94:22 95:3 96:1 98:4,5 102:9
104:4,7,8,9 107:5,8,22 112:7,8
112:9 115:3 129:24 135:23
136:2 144:16,20 151:4 155:9
155:11 163:17 181:13 185:1
196:18 197:3 200:20 201:19
204:1,3,13 206:5,9 207:5
209:5,11,12,18,20,21 210:12
211:15 215:3,5,7 216:4,7,9
217:4 221:12,13,14,17 222:19
223:25 224:19,21 225:10,10
225:12 229:20 230:18 231:2,8
231:8,12,16 232:12 233:21,24
234:5,7,10,12 238:20 241:23
242:20 243:11 245:14,20
249:12,13 252:20
**people's** 207:24 209:1
**period** 44:3 66:3
**permission** 118:6 134:24 170:2
173:8

**permitting** 168:2
**person** 11:13,22 27:7 28:9 82:18
94:24 97:24 105:15 221:16
238:9,10
**personal** 18:7
**personally** 15:9
**persons** 22:19,20
**person's** 48:25 244:16
**pertains** 255:13
Peter 40:16,18,20 42:3
**ph** 217:14
**photo** 23:9,11,12,15,16,21 24:5
24:6,7 25:2,16 26:10,21,22,24
26:25 27:4,5,9,13,16 29:10,18
29:25 30:7,9,10,11,21 31:10
31:16 32:6,11,13,13 42:21
44:9,13,20 46:1,2,5,7,8,11,12
46:19 47:5,9,10,16 55:21,22
56:1,2 57:1,2,5,9 60:22 61:2
61:13 62:2
**photocopies** 20:10,12,13,17
**photocopy** 20:14,22,25 21:7
31:11,12,13,20
**photograph** 23:23 24:2 25:17,19
25:20,22 27:24 28:1 30:4
45:17 61:20 62:6,10 173:13,14
173:16,20,24 174:2,15,21,25
175:3,22 176:1,10 177:23
**photographic** 61:9 62:7
**photographs** 23:20,22,24,25
26:17 27:21 62:15 173:3,5
**photos** 23:13 61:23
**photospread** 24:6,7,10,12,15
25:2,4,16 26:10
**physical** 55:6 61:16,18 62:3,13
**physically** 27:9 62:15
**physician** 57:19
**pick** 27:7 47:8 248:5
**picked** 32:5,7,10,12,13,15,17
44:16 234:22 235:11 247:24
248:2
**pickup** 103:15,17,18,20 113:16
113:18,19,21,23,24 114:1,3,6
114:11,14 115:3 148:19,20,22
148:24 149:1,2,3,5,7,9 151:17
**picture** 32:5,10 45:15,15,19
47:19,21 177:1,7,8,10,10
239:2
**pictures** 46:3,6 55:23
**piece** 112:21 237:4,5 238:3,4,5
238:14,16
**pink** 89:2,7
**pistol** 108:25
**pit** 12:11 53:21 113:3 117:18,21
117:22 118:10,11,25 119:1,10
119:12 143:9 177:9,15
**place** 26:5 32:21 43:18 67:10
69:3,8,24 85:21,22,24 86:1,5
91:23 92:10 95:6 96:1 108:11
108:13 116:8,11,18,21 117:1,3
119:18 126:21,24,24 127:9,9
127:10,11,13,16,18,23 129:23
143:15 147:9 152:16 153:18
153:22 155:15,24 156:6,8,11
166:18,20 171:4 172:3 176:24
177:1,8,10,13 183:6 189:17
191:1 199:16,18 204:24,25
210:4,5 213:5,7 214:2 217:2
220:16 221:5,15 224:7 225:1
**placed** 16:6 20:1 27:10,11 111:2
111:3 119:19 120:1,3,6,10
**places** 167:1
**Plaintiff** 1:5
**plan** 11:15 200:11,12 202:14,15
202:16,19
**plane** 167:14,17,18,20
**plastic** 113:2 115:20 121:23,25
122:1,2,6,8,14,16 125:9,14,20

125:21,23 126:1,3,10 131:8
179:10,15
**play** 195:8
**played** 195:6
**playing** 195:2
**please** 7:6,9 8:24 14:5,9,10,14
15:18 16:22 18:2,24 22:10
25:22 30:14 31:5 32:1 33:11
34:11 39:6,24 50:14 54:8,12
54:15,16 58:21 63:1,5,14 78:1
80:7 113:12 117:16 122:22,24
124:7 125:4 137:11 170:16
171:22 173:13 175:6 177:3,16
178:11,15,17 181:10 255:14
**pleasure** 54:5
**plumbing** 191:14
**pocket** 100:16,22,25 101:1,3
**pockets** 100:24
**point** 23:25 30:14 36:24 78:1
107:25 108:4 122:18 124:9
151:13 178:7 181:10 184:11
218:10 220:3 222:24 223:6
240:4,12 246:2 252:12
**pointed** 28:1 108:3 109:3 239:2
**pole** 251:17
**police** 114:18,19,21,22,23,25
115:4,6 232:10,13
**poor** 185:8
**Pops** 78:20,20
**portion** 38:2 39:16 40:3 48:10
49:7 60:1 69:10,12,17,25
**portions** 36:3
**position** 8:12 63:3 112:22 118:2
118:9,23 125:14 157:25 158:1
159:20 179:1,2,4
**positioned** 125:19 140:10
**positive** 75:7
**possession** 68:23,24
**possible** 6:6 49:17
**post** 251:6,10,13,14,16
**posts** 251:20
**potential** 23:23 24:2 25:25 43:12
44:17
**potholes** 227:24 228:3
**pouch** 137:13,17
**poverty** 185:10
**predicate** 5:24
**prejudicial** 11:3
**prepare** 5:19
**presence** 39:9 107:7 215:13
**present** 26:7 27:2 61:8 75:4
83:24 106:3 233:15
**presented** 23:14 33:23 38:14
44:19 56:3
**presenting** 34:1,3
**president** 70:23 147:7 153:12
256:20
**press** 14:15,16,17,18,18,23
17:22
**pressure** 27:7
**pretend** 144:23
**pretty** 193:21 230:14 255:4
**previous** 44:24,25 47:11
**previously** 25:16 33:12 39:22
69:2
**primary** 81:3
**principle** 23:19
**print** 14:25 15:1
**printed** 6:1 72:17
**prior** 5:12 27:4,5 37:2,10,19,21
37:22 38:8 44:11 56:16,19,24
61:4 65:8 77:19
**prison** 99:2
**prisoner** 141:7,8,12 156:8
254:13
**prisoners** 155:7,21 156:15,21
216:4 218:8 239:9 246:2

248:16
**probation** 169:19,20
**probative** 11:3
**probed** 12:8
**problem** 6:4,10 52:23,24 53:1
58:18 79:8 185:21
**problems** 169:9 184:24
**proceed** 16:23 125:5 213:3
**proceedings** 1:13 4:14,16,18,20
11:1 13:1 36:1 39:1 75:1 76:1
124:1 125:1 257:3
**process** 64:24,25,25 65:6
**produce** 13:12
**produced** 13:24 35:7
**productive** 58:24 59:2 60:10
**professional** 49:6,16
**proffer** 73:18
**Program** 89:24,25 214:8 215:5
221:10,11 222:22 223:11,21
223:25 224:6,23,25 225:11
227:3 229:16
**project** 9:14,16,22,24,25 13:10
14:2
**prominent** 47:4,13 56:1 61:23
62:2,4,12
**promise** 166:18
**property** 22:19 207:24 209:1
**prosecution** 23:6 92:13
**protect** 122:2
**protection** 159:21 160:10,11
164:2 166:14,15 178:25 179:3
**provide** 41:13 162:15 172:18
193:23,24
**provided** 39:7 233:10
**province** 81:1
**PT** 51:24
**public** 2:3 68:10
**publicity** 14:3,6,10,11 19:8,16
19:19 21:7
**publicize** 14:18
**publicized** 14:24
**publish** 25:11 173:9 175:18
**published** 15:3 68:13 73:3
**pull** 16:12
**pulled** 116:2,3
**punish** 122:4 128:17,20
**punished** 14:24 120:19 127:24
**punishing** 121:4 128:1,3
**punishment** 114:7 121:11,20,21
121:23 122:5 126:18 128:23
129:2 130:17 131:5,6,7,9,16
131:17 132:23 139:18,22
145:6 148:9
**punishments** 121:3 129:7
**purpose** 34:1,3 44:2,5 106:6,8
127:2
**purposes** 20:2 35:10 36:7,8 38:2
38:11 39:4
**put** 18:24 27:13,17 33:12 36:21
47:5 48:18 55:22 62:10 67:23
71:12,15 98:4,5,7 103:11
110:14,19 112:16,19,19
113:15,16,17,19,24 114:1
115:7,8,20,20 117:10,14,15,17
117:21 119:5,14,15,19,23,24
122:1 134:17 135:8,11 136:9
136:25 137:6 138:16 139:4,17
139:20,23,25 140:2,7,8 141:9
141:14 145:24 146:1,6 148:15
148:16,18,20,22 149:2 154:9
154:14,25 155:2,4,24 159:1
176:4 177:16 181:2 241:7,9
242:13,21 251:18 253:18,19
254:2
**puts** 176:21
**putting** 20:3 84:4
**P-e-t-e-r** 40:19
**p.m** 122:25 123:8,17,21 125:3

170:14 178:12,14,16 181:21
255:18
**P/E** 55:1

**Q**

**quarter** 211:21,23 221:22 222:4
222:4,5,7,12,13,19 223:11
**question** 5:9 9:3 12:6,13 13:3
14:7,8,12 15:7,23 16:11,24
17:16,24 18:10,10 19:13,14
29:2,14 32:8 50:14 76:3
165:18 248:4,5,11,13 252:15
**questioned** 102:2
**questioning** 102:11
**questions** 21:21 57:11 60:22
61:22,24 62:17 79:20,21 102:4
102:22 107:16 108:19 132:9
238:12,16
**quick** 156:13
**quickly** 228:13 249:3
**quite** 12:5

**R**

R 257:1
**raid** 207:24
**raining** 127:8 130:5 143:13
**raise** 117:22 118:12,13
**raised** 67:24,25
**rank** 157:23 179:5
**rape** 36:20
**raped** 36:20,21
**reached** 137:1
**react** 137:2 143:3 152:1,20
155:22 160:1
**reaction** 107:5 135:15 152:5
158:6
**read** 6:13 13:2,4 45:22 50:4 51:5
51:16,18 52:3,8,9,20,22
255:13
**reading** 57:23 58:25 124:8
**reads** 48:15
**ready** 5:17 28:19,22 125:2
**really** 79:2 85:25 167:21
**realm** 44:16
**REALTIME** 1:25 2:25
**reappeared** 253:1
**reason** 71:10 156:17 171:16
172:2
**reasons** 38:13
**rebel** 84:8 106:1,4 151:19 246:10
247:1,12,19,20 253:8
**rebels** 84:15,16 87:13 92:9
107:13,17 151:22 183:25
184:1,3 207:20 208:3
**recall** 18:10 19:13 29:2 59:6
61:23
**receive** 7:25 14:16 129:2 131:6,9
164:19 169:16
**received** 3:18 7:1 25:10 31:3
35:4 39:13 55:15 68:12 73:1
77:16 131:17 147:7 159:2
165:21 218:10
**receiving** 121:10 126:18 129:7
131:4,7 132:23 147:23 163:15
207:19
**recess** 54:4,10,11 122:21 123:21
178:8,13,14
**recognize** 16:18 17:1 23:17
24:24,25 30:18 33:16 34:17
39:4 41:19 44:20 45:6,9,11
57:2 59:21 90:21 96:2 99:14
173:5,14 176:17
**recognized** 26:19,19 57:4,8
**record** 36:6 37:2,12 38:1,2,7,10
38:11 39:7,17 41:16 47:24
48:14 55:14 57:16 59:6 68:10
78:4,6 117:25 118:1,3,18,21

120:21,24 133:12,14 137:20
137:22 138:9,11,25 139:2
181:14,16 219:3
**recorded** 37:22
**records** 34:4,4,6,20 36:23 40:7
41:11 49:9 57:23 68:8 171:11
171:17
**recruiting** 208:2
**red** 72:17 243:6
**redacted** 6:7 36:9 182:19 256:8
256:22,23
**Redirect** 3:8 57:12,13
**refer** 51:4 70:14 76:22
**referred** 33:9 77:21 105:15
152:12
**referring** 29:20 59:13 67:17 71:2
76:22 97:4 173:18 175:7
**refers** 50:19 51:7,9
**reflect** 118:18 138:25 181:14
**reflects** 78:6 118:3,21 120:24
133:14 137:22 138:11 139:2
181:16
**refreshed** 91:21
**refugee** 86:20,23,24 100:3,4,5
100:14,17 102:6 163:21,22
164:1,3,8,9,15,18,21,25 165:3
165:7 166:9,22 167:8,12
208:13 210:8,9 211:11,18
212:13 218:11,13,20 219:8
235:25
**refugees** 90:2 92:8,17 98:6,7
151:22 152:2,4 159:19 196:13
206:7 210:4,13,18 214:14,16
214:17 215:17,19,21 216:3
229:18
**refused** 130:7,24 154:10,11,12
154:13
**regard** 7:3 9:24 13:10 23:19 27:2
27:13,16 29:24 30:7,13 37:4
38:5 41:13 42:2 57:23 61:16
**regarding** 32:17 44:2 48:25 53:5
**register** 159:24,25
**registered** 86:14,15,16 160:1
218:19,22 219:8,12
**relate** 49:11
**relates** 21:7 36:23
**relating** 59:5 69:7
**relationship** 19:7,15 20:5 64:1,9
64:12 93:24 122:23 255:15
**relationships** 65:9
**release** 11:9 102:13
**released** 12:7 13:24 102:14
143:15
**relevance** 8:25 9:18 11:19,20
12:4 15:20 73:17,19
**relevant** 12:12 75:8
**reliability** 37:13
**relies** 11:15
**relieve** 155:25
**remained** 254:17
**remember** 33:24 41:1,3 63:23
76:9 82:20 90:7,12,15 91:9,22
92:23 104:9,12 105:22 111:20
114:3,4 136:17 161:12 162:13
163:12 164:6,7,9,10 178:21
180:2 186:22,23 194:13 197:4
198:1,2 201:12 203:2,3,4
204:7,15,17,24 205:9,12 206:1
206:5 207:7 208:9 209:23
210:18,20 211:14,16 212:5,18
214:3,24 217:6 218:1 221:20
224:8,12 225:12,13 229:8
230:2,9,18 240:18 244:5 248:3
248:7,9 255:14
**remind** 7:15 122:21 124:10
**remove** 249:9
**removed** 249:7
**removes** 248:21

**repeat** 14:8 16:11 19:14 29:3
32:8 50:14 128:22 140:16
**rephrase** 165:18
**replied** 28:12
**reply** 28:5,11
**reported** 2:6 255:11
**reporter** 2:8 13:2 40:18 64:3
257:6
**Reporter's** 3:15
**request** 10:1 13:2 34:6,20 35:6
74:2 247:6
**requested** 13:4
**resemblance** 62:13
**residence** 150:16
**residing** 100:6 102:6 235:25
**resist** 145:3,4 146:14
**respect** 5:9 37:19 42:18 56:7
65:17
**RESPONDENTS** 80:4
**response** 28:2 174:6 237:23
**responsible** 22:18 166:13
**rest** 60:17 110:11 126:17 134:19
180:5 212:15 254:17,19
**restaurant** 190:2
**result** 35:6 73:10
**Resume** 4:14,16,18,20
**retrieve** 172:23
**return** 40:10,13 57:15 76:13
119:7 122:24 255:6
**returns** 7:8 54:14 125:3 178:16
**review** 26:17 256:15
**reviewed** 5:1 56:11
**reviewing** 27:21
**Revolutionary** 84:12,13
**reward** 106:9
**ride** 197:8 202:24,25 203:9
225:19
**riding** 196:18
**rifle** 128:9 147:19
**rifles** 129:1
**right** 5:4 8:5 29:15 39:16 44:23
49:14 50:1,4 51:1,2,6,7,11
53:6,9,16 54:10,23 58:7 67:11
67:19 70:8 75:14 88:4 108:9
109:1 110:14 124:4 133:10,19
135:7 136:6,16 140:22 145:10
145:13 148:8 152:11,25 176:5
181:13 182:2 187:23 191:8,21
191:23 192:3,6,8 193:5,19,25
194:5,10,22 203:14 206:7
207:5 213:6 214:25 215:3
218:8 219:1,13 220:5 222:20
222:22 226:14 227:5 230:14
231:6,6,23 232:19 233:22
234:9 235:9 236:23 239:10
240:8 241:4,16 243:4,9,19
245:15 246:10 247:24 248:11
248:16,19 249:1,17,18 251:18
251:22 252:18 255:13,24
256:2
**rights** 6:17 8:6,10 9:4,6
**right-hand** 40:3
**river** 97:12,14 215:6,14 216:3
225:20
**RK** 3:24,25 4:1 30:15,15,18,20
30:24 31:4,8,19 33:12,16,18
34:10,17 35:1,4,10 39:4,4,6,11
39:13,15,21,24 40:2 41:7,9,13
41:14,15,18,19,21,23 42:6,7
48:7 54:20 57:15
**road** 97:6 110:22 149:16 173:25
201:13,14,16 227:12,13,14,16
227:17 243:4,6 251:22,24
252:1
**roads** 222:11,11,13
**Rochlin** 1:17 3:10,13 28:19,22
28:23 62:20,25 66:20,23 67:4
68:5,9,13,17 69:15,20,23 70:2

70:5,7 71:24 72:2,8,21 73:2,6
73:18 75:3,11,15 76:2 78:4,7,9
79:21 80:1,9 87:15,18 88:5,7
88:11,14,17 90:18,20 91:17,20
92:15,16 117:25 118:4,17,22
120:21 122:19 123:5,20 125:6
125:7 133:12,15 134:24
137:20 138:9,12,25 139:3
142:19,22 161:2,4 165:18,19
165:25 169:24,25 170:3,5,8,10
170:15 172:23 173:1,8,12,23
174:12,14,18,20 175:18,21
176:6,9,14,16 177:3,6,16,18
177:20 178:5,9,17,18,19
181:14,17 185:4 215:23 247:6
255:22
**rod** 119:16
**rode** 153:4 241:23
**roof** 174:4,7 243:6 253:21
**room** 14:8 16:6 155:7 212:23 213:5
**rooms** 175:14
**rope** 110:19 137:13,15 141:13
143:14 251:24 252:8,9
**rotten** 157:12,13
**rotting** 155:18,19 156:19
**Roughly** 42:24 78:16
**round** 134:22 180:21
**routinely** 36:10
**Rover** 103:21
**Roy** 1:8 3:9 62:20,22 63:6 71:17
71:19 73:8 76:23 77:22 78:20
78:25 79:3,6
**rub** 143:10
**rubbed** 159:3
**RUF** 84:8,11,16 106:15
**Rufus** 26:4,11,13,16 27:20 28:2
29:17,24 32:4,9,21,23 33:4,5
34:25 35:6 42:18 60:23,25
61:7
**rule** 12:14 28:18,21 29:12 36:8
**ruling** 21:15,17
**run** 124:7 143:21,23 221:11
223:10,20
**running** 96:2 130:24 143:21,22
144:6,24 184:20 191:12
221:12 222:20,20,25
**runs** 163:22
**R-o-y** 63:6

**S**

**S** 53:19
**safe** 86:4 94:21 199:15,15 200:2
**safer** 94:20
**safety** 166:18
**Samukai** 163:21,22 164:1,3,8,9
164:15,18,21,25 165:2 167:8
167:12
**sand** 117:18
**Sao** 93:9,12
**satisfied** 47:11 242:11
**saw** 5:3 39:22 59:5 60:5 68:20
68:21 69:2,6 75:13 77:5 98:19
98:19 99:4,7,22 103:12,14,16
104:6 105:9,13,19 106:18
107:10 108:21,22 109:22,25
110:8,10 111:1 112:2 114:20
130:6 131:23 135:25 136:23
136:24 139:16 143:24 144:24
150:15 153:7,11 156:2 157:18
157:21 158:6 160:20 161:21
162:13 177:11 224:25 231:11
233:15,16 251:4 252:24
**sawing** 138:23
**saying** 11:17 36:20 91:5 147:6
**says** 6:4 18:21 19:3 37:6 51:20
53:16 54:22,25 59:9 60:1,15
118:17 247:16

**scared** 75:7 130:16 188:5
**scars** 51:9 59:5,9,14
**scheduled** 43:1
**school** 81:2,3,4,5,7,17 190:7,14
210:4,6,19 211:3,12
**scope** 17:23
**Scott** 40:25
**screen** 24:24 25:12,15 30:14
33:13 34:10 39:3 68:14 73:3
87:19 88:3,6,8,23 89:8 173:13
175:6 177:21
**seal** 67:20,23
**seat** 63:1 123:4
**seated** 7:9 27:10 54:15 125:4
**second** 6:2 29:21,22 30:15 31:22
37:23 58:19 89:7 123:1 126:12
130:3,4,5 132:2
**secondary** 81:3,5,7
**securities** 97:22 98:18,22 107:7
121:6 165:4,6 174:23 207:20
208:3 249:14
**security** 5:5 7:14,17 54:13 87:12
89:24 97:22 98:16,23 99:1,4,4
99:7,23 100:18 105:14 112:6
120:19 121:6 126:20,22,23
131:3 143:14 154:15 158:10
208:24
**see** 25:15 34:9 39:15 40:23
48:16,19,22 49:4,5,7,9,11,20
49:25 50:6,8,20,24,25 51:2,13
52:15,17,18,25,25 53:12,15,17
58:7,9,18,23 59:9,12 60:11,14
60:16 69:18 70:3 72:9 77:3,24
79:11 87:19 88:8 95:2 98:10
98:15,24 99:8,10,14,21 105:12
106:14,21 107:2 108:10,13
109:6 110:3,5,5,7,13 111:5
112:1 113:9 115:2 116:11,14
116:24 119:22,24 122:22
123:7,15,18 126:21 127:8
134:8,10,13,22,22 135:16
139:15 141:10 144:3 146:6,9
146:16,18 147:9,22 150:25
151:11,13 156:20 157:20
161:17,20,22 162:10 164:22
170:17 171:19 172:13,14
174:2,15,21,25 175:3,22,25
176:10,13 177:3,21 181:7
219:8 224:23 231:24 233:12
234:6,10 245:15 246:6 252:16
255:15,17 256:9,18
**seeing** 25:15 105:25 172:16
**seek** 11:8 14:2 73:2
**seeking** 75:4
**seen** 45:13,17 47:2 58:10 67:6,7
67:9 68:18 77:18,19,20 105:16
105:18,20 191:24 252:12
**selected** 30:4
**self-authenticating** 68:10
**selling** 81:20
**Selmah** 33:25 34:2 40:25 41:5,9
41:22,25
**sense** 62:1,6
**sent** 107:14,17 151:23
**sentence** 169:16
**separately** 147:2
**September** 57:7
**serious** 64:10
**service** 123:12 249:20
**setting** 37:15
**seven** 56:6,10,15 81:3
**sharp** 182:4
**shelter** 205:21,22 210:8,9
211:19 212:13 214:14
**shelters** 206:11
**shifts** 121:22
**shipyard** 63:20
**shirt** 101:4,5,8 237:6

**shit** 115:1

**shoot** 109:6,22,25 249:5

**shoots** 249:1 250:2

**shop** 81:20,21,23 82:2,3

**short** 54:11 178:14 243:2,3

**shot** 36:14 109:1,10,11,13,14,16
109:17,19 111:9 249:7,9,12
252:20

**shots** 221:9

**shoulder** 50:1

**shout** 114:9 132:12,14 144:6

**shouting** 119:25 120:5 129:9
144:5

**show** 5:21 24:19,21 31:22 39:23
90:14 100:11,13 118:9 134:25
142:19 162:24 166:5 170:2
174:25 176:3 177:7

**showed** 42:21 46:11 57:1 79:9
100:17 142:2 173:6 180:1

**showing** 16:1 35:9 46:12 49:25
66:25 72:3 163:4

**shown** 47:16,19,21 66:24 67:12
72:3

**shows** 177:1,8

**sick** 193:5

**side** 69:13,24 84:7,14 110:22
148:1 152:25 153:2,5 215:15
215:16 243:6,7,8 251:8

**sidebar** 4:11,13,15,17,19 10:1
11:1 13:3 36:1 73:19 74:2 75:1
123:23 124:1

**sides** 44:9,11

**Sidiki** 196:11 220:24,25

**Sierra** 80:14,15,16,17,19,21,25
81:1,2,22 85:10,19 87:13
89:13,16 92:7,9,17 95:20 98:6
100:5 106:1,5,8,11 107:14
151:24 167:9,10 182:14,14
184:22 185:1 189:17 193:18
195:21,22 196:3,12,13 202:19
206:7 207:20,25 208:3 235:24

**sight** 250:23

**sign** 30:3,10 34:6 41:5

**signature** 31:17

**signed** 30:9,11,21 31:11 34:22
41:22,25

**silence** 248:1

**silent** 107:25 137:3

**similar** 5:12 23:24 24:1 55:23
61:16

**similarities** 61:14 62:1

**simply** 170:16 171:24

**single** 53:21,23 82:16 93:12

**sir** 7:19 21:22 22:9 44:18 45:21
46:5,7,10,21 47:2,15,18,20,23
47:25 48:1,8,10,15 49:8,16,24
50:7,14 51:4 52:3,9,15 53:3,18
53:22 55:2,7,11 56:2,13,18,22
57:10 63:1 65:5,22 80:10
123:7 138:15 181:24 195:10

**Sirleaf** 62:4,7,10

**sister** 199:12,13,18 200:4

**sisters** 85:21

**sit** 80:7 117:22,22,23 118:11,11
118:12,14,15,17 119:2,3,6,10
119:12,16 156:19 182:7
244:11

**sitting** 103:12 104:12,14 105:14
107:12 108:1,9 118:1,18
127:24 140:12,14,18,19
141:16,16,18 143:9 149:10
153:6 157:12 181:12 236:10
236:12 242:20 245:19

**situation** 194:9

**six** 23:13 25:17 55:22 78:24
236:10

**size** 134:18 137:19,23

**skeleton** 117:20

**ski** 193:14

**skied** 194:3

**skier** 193:12,12

**skiing** 193:10,12,21 194:5 195:3
195:4

**skin** 134:19

**skipped** 52:6

**sky** 127:8

**slash** 55:4,5

**sleep** 156:1,2 202:8

**sleeping** 202:3 206:11,16

**slept** 126:16 197:9 200:25 201:1
201:5 202:9,13 225:21 226:21
229:6,23

**slightly** 118:20

**SLO** 4:5 170:12,13

**slope** 127:4,5 177:15

**small** 86:9 111:17,18,20,24
112:4 117:13 137:18 148:16
155:7,8 176:20,22 194:1 202:3
253:18,19

**smelling** 156:21 157:17

**smelly** 117:20

**smoking** 133:5,9

**snow** 193:12,14,18

**SOD** 114:21 232:2,3,8,14

**SODs** 99:12 165:8 233:10

**sofa** 27:11

**Sokue** 199:6,10

**soldier** 103:6 136:14,19 137:1,4
137:6,8,9,11,16,24,25 138:3,6
138:16,21 139:4,8,10 149:8
157:21 158:14,21 183:18
234:18 250:15 253:6

**soldiers** 84:9 99:21 106:16
115:16 116:13 126:5,6,9 128:2
128:3,6 131:11 132:10,18
133:5,6,16 136:21 140:1,2
144:21,24 146:13 149:9 153:4
154:2 155:3 158:9 233:7 234:1
236:6,14,16 237:24 239:25
241:2 242:7 243:17 250:13,17

**sole** 216:24

**somebody** 6:15,16 12:7 34:22
43:21 94:2 159:9 171:8 238:5
238:8

**son** 45:2 66:14 73:11,14,16,23
75:5 76:7,7,13 77:1,3 79:12,13
79:13

**soon** 248:11

**sores** 156:19

**sorry** 21:3,9 28:20 41:2 50:14
81:9 88:10 103:16 138:15
176:6 177:18 192:18 195:13
205:2 211:10 225:24 240:25
255:25

**sought** 11:17

**sound** 94:25

**SOUTHERN** 1:1

**So-and-so** 37:21

**so-called** 38:6

**speak** 5:15 44:18 45:21 46:20
49:14,17 66:7 158:11 170:6,7
171:22 185:1

**speaker** 4:24

**speaking** 72:2

**Special** 22:13 26:8 27:18 30:11
33:3 40:16

**specific** 37:9 46:10

**specifically** 13:10 23:2 30:8
32:12 34:4 128:7 236:8

**speculation** 18:6 19:9 215:23

**spell** 7:19 22:9 40:18 63:5 80:11
85:24

**spelled** 64:5 83:21 84:4,23 85:4
86:11 87:6 92:21,25 93:6,10
93:16,20

**spend** 225:21 226:19 228:22

**spent** 27:21 85:1 127:18,19
156:18 204:12 213:18

**spitting** 149:25

**spoke** 165:20 240:15 241:10

**spoken** 45:13

**spoon** 143:9,10

**spread** 117:24

**squad** 22:15,16,17,18

**Sr** 3:9 45:10 62:21,22 73:15 74:1

**SSO** 231:23,25 232:1

**SSS** 99:13 231:21 232:6,14
233:1,11 249:17

**St** 97:1,13,14 173:18 215:6,14
216:3 225:20

**stab** 121:1 180:10 181:6

**stabbed** 36:14 180:11,13,15,17

**stabbing** 129:5

**stamp** 72:20

**stamped** 34:13 72:17

**stand** 8:7,9 24:3 59:16 79:14
107:12 118:6 144:22 181:25
214:7 248:13

**standing** 134:8 136:7 152:25
153:2,5 236:12,13

**stands** 61:20 153:20 158:12
159:18

**start** 51:12 81:25 107:13 130:24
131:4 132:12 138:19 143:10
143:21 156:3 241:18

**started** 65:6 139:11 143:22
149:11 150:5 183:10 187:4

**state** 7:19 22:9 70:14 72:20

**stated** 38:13 45:11

**statement** 37:3,11,19,22,22,24
38:11 253:9

**statements** 37:4,9,15

**states** 1:1,4,14 2:8 5:10,11 26:6
42:2 62:20 63:17 66:18 68:6
72:22 78:9 80:1 216:10 257:6

**station** 114:18,19,22,23 115:4,6

**status** 53:17 64:16,23

**stay** 71:8 84:25 85:6 116:1,6
120:11,12 121:17 126:18
130:20 142:10,11 154:22
156:20 163:13 164:3 166:9,19
186:17 187:9 200:2,24 202:2
202:15 204:22 205:4 210:2,5
212:7,19 213:24 214:2 225:4,6
228:20,24 255:10

**stayed** 77:5,6 82:13 85:7 87:3,4
154:23 163:14 164:4 186:18
186:20 199:1 200:22 203:18
203:20,22 204:25 205:8,11,16
210:6,19 211:16 212:8,20
213:2,9 227:9 229:8 235:6
252:22 253:1

**staying** 167:10 204:24 210:3
211:20 221:15

**Ste** 2:8

**Steel** 63:20

**step** 114:9 115:19 121:1 134:25

**stepped** 131:10

**stepping** 115:21 131:9

**steps** 14:9

**stick** 110:19,19 148:1 251:20

**sticks** 110:20,22 111:3 114:25
147:20,23

**stomach** 145:14

**stop** 81:16,25 96:21 97:2 114:11
114:14 115:1,23,24 116:11,21
124:8 149:13,16 150:10
190:12 202:17 227:11,24
239:21

**stopped** 15:18 96:22 114:13
116:8,9,18 125:8 149:15
190:14 226:18,20 228:4
234:16

**stopping** 226:17

**stops** 228:2

**story** 21:7

**straight** 94:14 118:24,25 119:3
119:10,12,14,15,16 252:6

**street** 1:19 2:3 105:14 107:11
110:18 144:19 145:2 149:18
149:21 150:5 222:3,9,10
242:18,19,23 243:1 253:22

**streets** 222:7,9

**strike** 46:11

**struck** 197:22

**stuck** 189:2 251:10,13,14

**study** 190:8

**studying** 190:3,5,12

**stuff** 36:8 208:1 223:23 227:25
228:3

**subject** 11:22 19:19 23:23,23
24:2 25:18,19 36:2 37:3 38:8
62:15

**subjects** 61:14,16

**submitted** 31:14

**subpoena** 63:7

**successful** 13:14 149:20

**suffering** 172:22

**Suffolk** 70:11,14

**suggested** 58:18

**suggesting** 6:24

**suggestion** 124:6

**suggestive** 46:13,15,17,19

**suit** 78:3 182:4 186:10,12

**Suite** 257:6

**Sukan** 85:22

**Sulaiman** 92:19 93:15,16,25
104:18 105:2,3 112:10 115:14
116:16 119:22 129:8 130:6,6,8
130:20 131:1 132:4,16,25
136:6 140:7,8,10,18,25 141:15
141:17 143:8,14,25 144:9,23
144:24 146:10,12,16 147:1
148:23,24 151:13 154:1 155:5
156:18 158:19,20 160:20
161:10,15 162:1 163:25 167:6
210:22

**Sulaiman's** 140:13,23 159:23
160:8 161:21

**sun** 121:19 131:1 230:14

**sunny** 246:4 248:19

**supplies** 90:2

**supply** 86:19 95:8

**supposed** 152:16

**sure** 55:25 213:6

**surely** 12:11

**surprised** 158:7

**surrounding** 199:10

**Survival** 8:10

**survive** 109:14,17,20

**Sustained** 17:25 43:24 185:5

**swamp** 117:13,13 127:5 176:20
176:22 177:14

**Sweden** 164:4 166:12,13,17,20
166:22,25 167:1,3,14 168:6,11
168:11,13,14,16,20,23 169:1,8
169:9,12,14,22 171:18 182:9
182:11 189:14,15 190:16,20
190:22 191:1,8,24 192:6 193:5
193:6,10,12 194:9 195:12

**Swedish** 170:7 171:1,2,7 217:15
217:16

**swollen** 180:8

**SWORN** 7:11 22:5 62:22 80:4

**S-a-o** 93:11

**S-a-u** 93:10

**S-u-k-a-n** 85:25

**S-u-l-a-i-m-a-n** 93:16

---

**T** 257:1,1

**Tabie** 113:7
**tabied** 112:19
**table** 3:1 27:11,13,17
**take** 19:21 25:21 26:5,18 27:6
31:23,25 33:11 40:6 43:18
48:16 54:7 55:18 58:12 63:1
70:5 71:12 73:23 100:22 101:4
101:5,8,10,20 110:2,3 111:13
115:20 116:9 117:5,6,10
122:20 123:4 133:10 135:21
145:9 152:6 153:17 155:14,14
156:23 157:3 161:6,8 166:18
173:20 178:7,10 198:17
199:21 207:24,25 208:25
209:4 218:24 229:16 230:1
235:16,17 236:25 237:3,4,6,10
237:14,22 238:5,16,21 242:13
252:23 253:16 255:9 256:11
**taken** 38:9 46:3 49:5 99:2 108:6
108:7,8,10,11,13,21,23 110:7
113:8 114:16 115:11 116:10
146:19,20,21 147:1,4,15,16
150:22 156:25 157:1 161:10
175:13 191:20,23 193:10
208:24 249:10 250:5,7 252:13
254:24
**takes** 235:16
**talk** 47:24 49:20 97:21 99:15
102:9 108:24 126:6 158:9
182:13 189:14 195:10,12
229:11 233:20 237:24,25
247:7
**talked** 44:13 54:22 56:19,21,21
56:23 154:8 229:9 236:23
**talking** 15:1 54:20 79:17 83:5
95:11,12 98:18 116:8 143:1
144:16,20 232:18 236:8
**target** 11:5
**Taylor** 1:8,9,10 28:12,14 29:5,6
29:20 32:14 36:4 43:10 45:10
47:3 61:1 70:19,22 71:16
73:15,23 74:1 150:12,14,20,25
151:11,18 152:4,19,23 153:1,3
153:7,10,13 162:8 256:19
**Taylor's** 32:5,10,13 45:19
**team** 11:8
**Teddy** 123:3
**telephone** 4:23 77:14
**tell** 8:23 13:25 14:5,9,10 15:18
26:20,23 32:4,9 39:6 43:9,10
43:14 44:1,19 50:6 57:10
60:19,20 63:5,9,14 65:7 67:20
78:1 80:13 87:3 91:5,12 92:3
99:25 100:2,4,9 104:3,11
108:21 113:17 114:16 117:5,9
120:1,6,8 124:4 125:15 126:10
137:11 138:3,15 142:17 152:2
155:6,23 156:10 158:20
162:19 163:4 170:16,24 171:2
179:15 181:10 185:3 192:14
192:22 220:8 226:1 244:19
249:5 254:10 256:2
**telling** 14:6 160:23 172:5
**temporary** 202:17
**tender** 21:15 42:12 181:18
**tenders** 78:9
**tents** 206:16,17,21
**term** 23:8 24:4 50:18 51:23
**terrible** 114:24 184:9
**testified** 17:14 45:23 55:22
73:22 125:8 218:10 219:5,23
**testify** 6:10,15,25 11:14,21
63:10 75:10
**testifying** 6:22
**testimony** 12:6 36:15 43:21
179:9 180:1,23
**text** 13:4
**Thank** 16:25 21:22 22:1 25:21

40:5 42:11 48:21 54:17 55:18
62:16,18 79:19,22 80:7 123:7
123:15 182:5 256:23
**Thanks** 21:25
**thatch** 127:7,7 178:2
**thee** 20:10
**thing** 11:5 89:5 114:24 122:2
139:19 223:2
**things** 9:6 101:1 117:23 128:23
152:23 153:1,3 163:5,9 165:2
165:5,12 172:3,5,7,22,22
181:5 182:25 183:3 239:20
242:10
**think** 5:11 6:24 45:23 46:18
54:22 102:11 130:17 218:10
219:5,23 224:21 231:23
232:16 233:18 236:25 249:12
249:20 252:12
**thinking** 109:23
**third** 6:4 19:5 52:19 111:5
**thirds** 54:21
**thought** 57:8 59:22 149:17 205:2
239:14
**threatened** 253:12
**threats** 87:12
**three** 16:5 18:16 19:7,15 20:1
23:14 81:4 85:13 107:25 108:2
108:5,10,21,23 109:1,3,4,25
111:13 137:21 141:16,17
142:10 143:17,23 149:2,7
151:16 155:9 196:9,24 200:18
201:13,18,21 204:5 205:15,24
207:15 209:15 210:14 212:25
247:24 248:5,21 249:7 250:17
250:17 251:2
**Thursday** 19:6
**tie** 112:17,20 115:17,18 122:3
125:21 131:8 146:18 253:17
**tied** 112:15,15,18,22 113:1,4,9
114:6 115:17,18,21 120:20,25
125:23 126:1,3,16 127:25
128:9,13 129:1 131:12,22
133:3,9,11 134:8,9 136:8
139:6 140:13,14,19,21,22,23
141:2,3,15,18 143:8 146:7,7
146:14,15,15,19 147:19,22
148:10,13,17 149:17 150:2,2,3
150:3
**time** 4:22 7:15 9:13 11:23 13:20
15:11 21:17 24:20 26:18 27:7
29:22 32:19,20 37:5 41:5 54:3
63:25 64:10 65:7,17 66:3,20
68:5 71:6 72:21 73:13,25 76:4
77:18 82:15 83:25 87:15 92:2
92:7 97:6 103:5 114:4,7 115:2
115:5,9 129:24 130:2 131:5,6
131:14 137:10 140:5 143:25
149:12 151:13 156:14 161:16
161:19 173:9 188:11,23
192:18 203:10,11 205:13
212:13,15 214:17 217:8
223:14 224:8 226:8 230:8
233:16 237:4,5 239:17 240:5
245:10 246:3 252:24 254:7
255:1,4
**times** 51:12 77:10 147:10 227:11
**timing** 11:20 239:22
**tired** 156:21
**today** 63:7 67:8 68:18 77:18,19
77:22,24 79:10 124:3 168:14
173:2 178:21 180:1 181:8
182:4 186:12 255:7
**toe** 141:25
**toes** 141:18 142:1,3
**toilet** 155:24 191:14
**told** 6:15,16 15:11 26:22,25
32:12 37:21 43:4,6,8,12 57:7
70:24 100:3,5,10 117:6,8

124:2 136:19 139:17 142:7,24
152:4 160:1,2 161:6 163:9
165:14,20 166:1 168:9 172:7
192:15,17,19,20,24 193:3
235:11,24 236:25
**tomorrow** 143:2 255:6,17,20
**tooken** 238:21
**tool** 23:12
**top** 48:9 50:10 69:17 89:7 111:3
111:4 122:1 127:6 174:7 178:1
178:2,3
**torch** 112:1 116:25
**Torh** 3:3 6:6,10 7:7,11,20,21,23
16:20,21 13:6 15:9,11 16:5
16:17,22 18:2 19:21 20:1,5
**torture** 37:18 43:8,9 44:23 59:22
**tortured** 6:14,17 37:8 38:3 52:9
52:10 60:8
**TOTAL** 1:25 2:25
**touch** 88:2,18,24 157:16 180:4
**touched** 133:20,24 134:2,4,6
**touching** 175:6
**town** 83:4,8 86:9 87:11,14 90:6,8
90:12,16 91:7,10 92:11,18
95:3 96:19 97:5,7,8 107:14
184:15 194:1 195:21,24 202:3
202:4,6,7 209:2 228:25 231:6
231:7,13
**Toyota** 103:21,22
**tract** 49:12,18
**training** 57:22 153:21,25 154:4,6
154:17
**TRANSCRIPT** 1:13
**transcription** 1:25 2:25 257:3
**transportation** 166:23
**travel** 97:6 166:24 168:6 189:9
197:9 199:3 208:15,22
**traveled** 75:5 196:2 215:15
245:2
**traveling** 85:11
**treat** 192:24
**treated** 5:12 192:8
**treating** 182:9
**treatment** 36:12 157:15 158:25
159:2 162:15 163:15 164:19
172:19
**tree** 235:18,19 236:11 237:24
239:15 240:2 243:1,1,4
**Trial** 1:13,22
**tried** 71:12 103:1 143:4,14
149:20
**Trinidad** 63:15,16
**trip** 76:4,9,11,14,16,18,20 159:6
159:8,9 176:4 197:12 203:1,25
208:8 209:16 225:24 226:12
226:24 227:11
**troops** 92:8,9
**trouble** 169:22
**trouser** 101:13
**trousers** 101:15,16
**truck** 95:13,14,19 96:14,18,20
96:24 97:18,23,25 98:3,3,4,10
98:13,21,23 99:22 112:16
115:24 116:1,1,2,3,7,11,15,18
116:21 149:10,11,13,15,16,18
149:20,24 150:5,6,7,8 150:17
150:22 197:17,18,19,20,21
200:19,20 201:5,19 202:9
203:7,22 204:1,9 209:7,8,9,10
209:19 224:9,15,17,21,24
225:2,4,6,11,17 226:5 227:20
229:6,14,21,23 230:18,21,23
234:18,22 235:2,6,7,8,9
239:21 241:18,21,24 242:3
243:25
**trucks** 95:7,7,9,11,12,15,17,20
96:12,13 97:20 98:5,7 103:13
103:13 104:4 196:19 208:15

208:16 224:11,12,13,16,18
227:13 228:4,8 244:1,2 245:2
**true** 62:12
**trust** 102:23
**truth** 117:9 152:6
**try** 6:17 12:11 22:21 88:11,18,23
89:5 143:12,12,12,12 207:25
225:4,6
**trying** 47:8 108:24 144:16 161:6
182:3 228:13 239:22
**Tuesday** 18:20
**Turay** 3:12 80:2,4,12,13,21 82:4
82:15,20 83:23 87:3,19 88:18
89:17 90:21 91:12,21 92:21
94:10 95:11 96:4 97:19 99:16
99:23 100:20 101:5,18 102:24
103:2,5 104:6 105:12 106:17
107:18 108:3,16,18,21 109:4
109:13,25 110:5 111:16,20
112:12,17 113:12 115:2
117:11,16 118:5,16,23 119:8
119:18 120:10 122:13 125:8
126:6,24 129:4,23 131:2 132:1
132:14,25 133:25 135:4,8
137:12,24 138:3,13 140:16
142:10 145:11,17 146:4 152:9
152:23 156:14 158:12 159:6
159:18 161:16 162:3 163:13
164:7,24 165:3,20 167:8 168:5
168:11 169:4,8 170:1,6,11
171:16,22 172:5 173:2,13,24
174:2,9,15,21 175:22 176:10
176:17 177:7,21 178:20 179:9
180:1,18,22 181:5,23
**turn** 55:21 108:25 109:12 111:10
111:11 152:21 170:21 253:9
253:10
**turned** 109:11
**Turning** 106:17
**twice** 233:18,19
**two** 19:1 23:13 29:19 30:22 36:4
37:7,25 41:24 52:1,8 53:5
54:21 60:8 65:10 68:24 78:3
85:7,12 103:14,16 105:9,13,19
105:20,23,24 110:15,20,22
112:19 115:10,11,13 120:12
120:12 131:18,20 132:4,11,24
136:10,11 141:3 143:8,23
144:11,24 145:7,8 147:9,10
156:18 157:13,13 158:9 160:5
160:6,7 163:14,15,17,19
169:19 171:15 181:12,12
188:15 194:14,15,16 196:5,25
200:18 201:21,24,25 202:11
202:22 203:18,20,22 204:5,21
204:22 205:1,3,4,4,8,11,15,16
205:24 207:3,4,13,15 209:15
210:16 211:12,13 212:25
213:2,3,3,11,13,14,16,18
220:3,20,21,21 251:3,4
**two-page** 90:24
**tying** 126:9
**type** 22:15 127:2 131:9 153:22
177:25 178:1,1 197:16
**types** 99:23
**typically** 23:13
**T-o-r-h** 7:20
**T-shirt** 101:19
**T-u-r-a-y** 80:12

---

**U**

**ULIMO** 142:7,8 247:5
**Ultimately** 11:23
**unaffiliated** 25:18
**undershirt** 237:14
**understand** 14:7,12 16:10 36:24
66:15 70:22 127:18 142:8

153:7 171:23
**understanding** 43:18,21 45:4
46:16,18 61:15 77:15 153:10
**undertake** 9:16,24 14:10
**undertaken** 13:10 14:3
**undertook** 9:13,22
**underwear** 237:20 240:22
241:11
**unfair** 61:21 62:14
**unfortunately** 183:16
**UNHCR** 86:15,16 100:15 159:17
159:18,20 163:23 166:14
178:25 179:5
**uniform** 99:5,6,8,12,13,14
114:20,20 232:19,22,23
233:11,11
**uniforms** 99:8,9,10 231:24 233:1
233:2,3,5
**Unit** 36:17 37:7 52:1 60:8
**United** 1:1,4,14 2:8 5:10,11 26:6
42:2 62:20 66:18 68:5 72:21
78:9 80:1 84:12,13 159:19
216:10 257:6
**Universal** 8:10
**University** 8:1
**unlit** 133:22
**unnamed** 213:1,24
**unsafe** 199:16,18
**untied** 126:17
**upper** 39:16 40:3 69:10,13,25
**urinary** 49:12,18
**urination** 51:17,18
**use** 23:15 26:10 47:11 51:2
57:25 62:14 113:2 136:20,21
168:2 222:1
**usually** 23:13 216:6
**UTI** 49:11,18
**utterance** 161:2
**U.N** 161:10 208:15,16 209:7
**U.S** 1:18,22 22:19,20

---

**V**

**Vahun** 86:10,13,14 87:3,4,12,12
87:21,23 88:14,19,24 89:2,12
159:25 202:22,23 203:13,14
203:15,25 204:20,21,23 205:2
205:4 208:8,13 209:4 215:10
216:18 218:19,20 219:10
**value** 11:3
**van** 103:15 113:16,18,19,21,23
113:24 114:1,3,6,8,11,14,15
115:3 160:12,13 161:20
164:22 165:9,20 166:1,2,5,5,8
166:16 178:22,24 179:1,4,5,7
**vans** 103:17,18,20
**vehicle** 106:20 107:2,4 114:13
153:5,6 196:18,21,24 197:2,16
**vehicles** 104:1,1,2,3,6 105:9,13
106:18,19 196:22,23
**version** 67:7
**vertically** 69:17
**Victor** 106:5,6,14
**village** 234:8
**visit** 48:11 161:20 163:17 188:13
188:14,18 189:1
**visited** 219:6
**Voinjama** 87:5,6,10,11,25 88:2
89:5,8,10,11,17,19,21 90:3,6,7
90:12,15 91:7,10,23 92:2,4,6,7
92:10,11,18 94:11,13 96:4
100:6 102:6,25 103:2 104:22
104:25 105:3,7,19,21,23 106:4
107:13,18 151:20 157:21
158:5 208:6,8,14 209:25 210:1
210:2,3 211:22,23 212:11
213:9 214:5,22 215:10,12
216:17,18,19,21 217:2,5

---

219:15,15 220:16 221:5 222:1
225:11,19,25 227:3 228:9,13
233:10,12 235:25 244:25
245:2,11 246:14,16 247:9
**voluntarily** 172:16
**vs** 1:7
**V-a-h-u-n** 86:11
**V-o-i-n-j-a-m-a** 87:8
**V-o-n-j-a-m-a** 87:6,9

---

**W**

**wait** 16:22 228:4 248:13
**waiting** 6:19
**walk** 117:12,13 157:10,11 243:2
243:3
**walked** 153:13 157:6
**walking** 135:4 157:7 196:18
**wall** 141:17
**want** 5:18 6:19 37:20 46:13,15
54:19,21,25 55:21 86:1 89:15
117:9 124:6 130:19 145:6
150:1 151:24 152:2 157:16
172:18 182:13 195:10,12
199:22,24,25 208:4 213:21,22
255:10 256:21
**wanted** 89:14 130:11 136:19,21
200:2 211:19 256:11
**wants** 147:9
**war** 8:18,10,12,13,14,16,22
83:11,14 85:22 142:9 183:8,10
183:20 184:22 187:4 190:12
214:15
**warm** 191:10
**Washington** 1:23
**wasn't** 47:19 167:20,22 209:13
252:8
**watch** 127:7 240:5
**water** 108:15,18 117:13,19,19,20
117:24 118:15 119:1,1,5
127:25 157:13 184:20 191:12
195:10
**watersih** 159:1
**way** 36:15 54:21 60:13 69:16
76:3 96:16 97:1 98:18 103:1
113:3 120:9 125:25,25 129:18
139:13 141:3 142:25 143:4,5,7
144:16 148:7 149:17 154:16
157:14,18 170:6 188:25 189:8
189:8 209:3 215:3 218:18
220:2,8 221:20 244:19
**weapon** 121:2 128:8,10,12,15
129:6 136:20,22,25 137:1
158:10
**weapons** 112:14 114:8,25
120:20 121:1 129:5 131:8,14
133:4 147:23,25 158:10
**wear** 233:11,11
**wearing** 78:2,3 99:12 101:21
104:4 106:21,23,24,25 107:1
114:20 186:12
**Wednesday** 19:2
**week** 210:11 211:12,13 212:13
**weeks** 87:4 156:18 160:5,6,7
163:14,15,17,19 204:21,21,22
205:3,4 207:3,4,13 211:12,13
212:19,20
**welcome** 7:10 182:6
**welder** 63:20
**Welding** 63:22
**well-known** 9:11 45:5,7
**went** 11:4,24 12:1 32:21,24
33:20 55:15 71:20 76:4,8,20
77:2 81:3 85:3,17,19,21 94:24
95:3,3,22,24 96:10 97:21
102:9 103:10 106:2 111:7,14
111:17 117:5 127:4,4,5 130:22
132:5 143:15 147:11 148:17

---

150:3,8 152:21 154:8 160:21
163:24 164:9 167:3 171:16,18
171:19 172:13 188:12,14,18
189:1,12 192:5,6 194:7,22
195:22,25 199:4,11,13,16,19
201:9 203:7 205:1,5,18,24,25
213:4 220:21 239:4,5,17,21
240:12 241:5 242:19 252:1
253:24 254:22
**weren't** 47:8
**West** 2:3 63:15 80:16
**we'll** 33:12 49:20 53:16 54:7
123:7,15 178:10 233:20 255:5
255:17
**we're** 6:5 25:14 54:10 87:12
125:2 144:15 178:13 246:2
**WFP** 90:5 94:14,19,24 95:2,4
95:22 96:3,10 100:15,15,17
214:5,20 215:2,21 216:4,12,16
216:21,25 217:7,8,13,14,22
218:3 220:22 225:14
**WFPs** 215:11
**WH** 52:17,18
**white** 31:8,9,20 174:8,22 175:8
253:21
**whited** 21:1
**wife** 82:18,21 85:15 161:21
167:6,9,15,18,21,25 168:3,9
168:23,25 169:4,6 188:11
**Wilfred** 33:25 34:1 40:25
**William** 3:5 22:3,5,11
**windows** 155:8
**wintertime** 191:10
**withdraw** 29:14 48:17 252:15
**withdrawn** 8:20 13:18,25 14:1
17:9,19 20:6 40:22
**witness** 6:21,25 7:2,5,11,15,16
12:6 16:1,13 19:22 21:15,23
21:25 22:2,5 23:14,17 24:20
24:21 26:1 27:10 34:11,14
42:12 43:12 46:12 62:19,22
66:21 71:25 75:4,11,13 78:9
79:24,25 80:4 88:8 90:18
91:17 118:1,6,17 119:7 120:22
123:2,6,8 133:13 134:25 138:9
139:1 170:3 181:15,18 247:7
**WO** 157:22,24,25 158:6,12
**woke** 94:15 219:23
**woman** 93:12,12 167:9,11,17,20
168:5,9,16,19
**women** 98:8 230:21
**womens** 103:13
**wondering** 156:3
**wood** 252:4,5,10
**wooden** 135:5 252:3
**word** 50:17 51:6 52:8,19 53:1,2,4
53:11,11,13,15 55:12,13 58:17
58:24 59:1,22 60:5 70:9,11,11
84:4
**wording** 51:5
**words** 50:24 52:6 53:5 59:5
**work** 43:6 63:19,21 82:1,1 89:19
89:21,23 215:8 216:12 217:4
217:13,21 225:16
**worked** 116:14 214:5 215:11
217:17,23 221:2 225:16
**working** 23:5 83:24 89:24 90:3,5
94:22 100:14 101:25 102:6
154:19 157:21 183:21,22
190:2 225:14
**World** 89:24,25 214:8 215:5
221:10,11 222:22 223:11,20
223:25 224:6,23,25 225:11
227:3 229:16
**worried** 47:8
**worse** 82:24,25 83:1,3 187:25
**worst** 130:17
**wouldn't** 135:4 199:23
**wound** 49:10,15,18,21 50:1

---

**wounds** 155:20,20
**wrist** 133:19,20,24 134:23 135:1
135:8,12 146:2 180:22,25
181:2,6
**writ** 13:12,14,23
**write** 55:7,11
**writing** 49:1,11,24,25 50:2
**written** 48:9 49:7 53:11
**wrong** 113:12 163:5
**wrote** 91:1,3,13,14
**Wylie** 2:2 3:7,14 5:14 25:8 28:16
29:11 31:1 35:2,13 36:2,13
37:1,18 42:9,15 43:22,25 48:2
48:3,5,21,23 52:7 54:2,5,17,18
55:18,20 57:11 124:6 142:18
160:22,25 165:16,23 181:22
185:6 215:25 247:8 255:2
**Wylie's** 36:24 38:9

---

**X**

**X** 51:16,18

---

**Y**

**yeah** 64:19 71:17 77:7 79:5,18
99:19 119:5 133:21 155:8
158:1 182:3 183:11,23 184:2
187:12 190:11 191:8 194:17
195:1,5,17 201:2,15 203:10,12
203:21,24 205:1,14,23 206:17
207:22 209:22 210:9,22 211:5
212:10 213:8 215:1 217:11
223:17 226:21,25 227:2 228:7
229:2,15 230:15 239:1,8
240:11 245:11,22
**year** 31:15 89:17 164:7 182:18
186:23,25 187:10,11 212:11
216:14 217:22 222:17
**years** 42:24 56:7,10,15 78:16,22
78:23,24 81:3,4 169:19 184:25
**Yeaten** 6:3 256:16
**yesterday** 12:6 37:3,14 38:13
255:8
**Yolanda** 64:2,5,9 65:1,7,18,21
66:1,4,8,10,13 70:21 71:6,8,11
73:11,14,23 76:4,13,21 77:1,3
**Yolanda's** 68:23,24
**young** 207:25
**younger** 85:12,12
**Y-o-l-a-n-d-a** 64:5

---

**Z**

**zoom** 69:12
**Zorzor** 96:19,20 225:21,24,25
226:6,19,24 227:8 228:17,20
228:20 230:6

---

**$**

**$500** 106:9,12

---

**0**

**06-20758-CR-ALTONAGA** 1:3
**09** 3:22 24:21,24 25:7,10,15

---

**1**

**1** 1:7 42:2
**1:00** 239:9 240:4 241:15 243:9
**1:30** 122:24 123:7,16,18
**1:40** 125:3
**10** 3:22 54:7 108:8 144:22
178:10 184:25 194:14 223:12
223:13,20 236:8 244:7,8
248:18
**10-wheel** 95:13 224:16
**10-wheeled** 95:15
**10/1/08** 42:14 57:14 78:11
181:21

**10/25/99** 48:12 49:2,4 51:12 60:15
**10:00** 95:7 227:6,7
**10:10** 54:9
**10:11** 54:11
**10:25** 54:14
**10:30** 57:14
**10:36** 62:19
**10:37** 62:24
**10:43** 67:2
**10:45** 68:12
**10:52** 72:6 73:1
**100** 224:3,4 249:13
**106** 3:21,21 16:6,7,14,14,17 20:2 20:3,3,7 21:16
**107** 3:21,21 16:7,7,14,14,17 19:3 20:2,3,4,7 21:16
**11** 4:13
**11:01** 78:11
**11:03** 79:24
**11:04** 80:6
**12** 176:14,17,19
**12-2** 2:8 257:6
**12:00** 230:10
**12:14** 122:25
**12:15** 123:8
**12:16** 123:17,21
**124** 3:21,21 4:19 16:7,8,14,14,18 18:22 20:2,4,4,7 21:16
**125** 4:20
**13** 3:25 4:3,14
**14** 3:20 4:5 19:6
**14th** 40:13,15 41:4
**15** 173:21 209:20,21 244:7,7,8
**150** 2:3
**16** 3:20
**17** 183:13
**17-years-old** 81:15
**170** 4:5
**181** 3:14
**19** 184:8
**1963** 7:22
**1971** 63:24
**1974** 182:19,19,20
**1982** 78:14
**1983** 64:14,15
**1994** 76:19 77:1,18
**1995** 8:17
**1996** 195:13
**1997** 82:6
**1998** 84:18 89:18
**1999** 9:13,16 15:8,12 17:20 18:3 18:5,12,20 19:2,6 37:5 42:19 90:6,11 92:1,3 94:10 103:3,5 182:22 219:20,21 246:24 247:10

**2**

**2** 4:4 42:1 51:12,16,19
**2:47** 170:14
**20** 174:12 209:20,21 217:6
**2000** 15:24 91:14,16 166:12
**2007** 22:25 23:2 24:15 25:5,25 32:19,20,23 33:22 40:11,13,15 40:24 42:22 56:3,5 57:7 61:2
**2008** 1:7
**202.514.3270** 1:23
**20530** 1:23
**21st** 23:2 24:14 25:4,25 42:21 43:14 56:3,5,16,19,24 61:2,4,6 92:1,2 103:3,5 219:20,21
**22** 3:5,6
**23rd** 7:22
**25** 3:22
**25th** 37:5
**25-years-old** 182:21
**257** 3:15

**26** 18:20
**27** 19:2 33:12,16,18 39:21,24 40:2
**28** 3:25 35:10 39:4,4,6,11,13,15 41:7,9,13,14,15 48:7 54:20 57:15
**29** 4:1 41:18,19,21,23 42:6,7

**3**

**3** 3:23 4:2,4 25:20 27:24 28:1 72:5,6,23 73:1
**3:00** 246:2 250:2
**3:03** 178:12
**3:18** 178:14,16
**3:23** 181:21
**30** 3:24 34:10,17 35:1,4 197:13 197:15
**305.523.5518** 2:9 257:7
**305.523.5519** 2:9 257:7
**305.536.4675** 1:20
**305.961.9234** 1:19
**305/530-7120** 2:4
**305/530-6900** 2:4
**31** 3:23
**33** 3:23 30:15,15,18,20,24 31:3,4 31:8,19
**33128** 2:9 257:7
**33130** 2:4
**33132** 1:19
**35** 3:24
**36** 4:15
**39** 3:25 4:16 177:3

**4**

**4** 3:24 87:16 88:12
**4th** 1:19
**4:00** 94:12 223:15,16 250:3
**4:37** 255:18
**400** 2:8 257:6
**403** 9:18 11:2 20:19
**42** 3:7 4:1

**5**

**5** 4:2,3,5 67:1,2,13 68:6,12 108:8 170:12,13 236:8
**5th** 91:16
**5:00** 94:12 223:15,16
**50** 117:12
**53** 177:18
**56** 174:18
**57** 3:8 173:10 176:7
**58** 177:16

**6**

**61** 175:18
**62** 3:9,10
**67** 4:2
**68** 4:3

**7**

**7** 3:3,4 4:1,4
**701** 73:18
**72** 4:4
**73** 4:4
**75** 4:17 169:17,18
**76** 4:18
**78** 3:11

**8**

**8:30** 6:20 255:23 256:1,3,5
**80** 3:12,13
**801** 29:12
**801(d)(3)** 28:23
**803(9)** 68:10

**9**

**9:00** 95:6 227:6,7 255:6,17,20,24 256:2
**9:01** 5:7
**9:05** 7:8
**9:06** 7:13
**9:17** 16:15
**9:25** 22:2
**9:26** 22:7
**9:30** 25:10
**9:37** 31:3
**9:42** 35:4
**9:47** 39:13
**9:50** 42:7
**9:51** 42:14
**90s** 185:21
**91** 76:10 183:9 187:4
**92** 76:10 82:5,22
**93** 82:22,22 183:8
**95-70-76** 39:20
**950** 1:23
**96** 187:1,2,4,9,23 188:17,18
**97** 82:5,7
**98** 83:3 195:15,16 210:1
**99** 1:19 44:3,4 164:8,13,14 210:1