UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 06-20758-CR-ALTONAGA

THE UNITED STATES OF AMERICA,

      Plaintiff,

                             MIAMI, FLORIDA

vs.

                             OCTOBER 2, 2008

ROY M. BELFAST, JR., a/k/a
CHUCKIE TAYLOR, CHARLES
McARTHUR EMMANUEL, CHARLES
TAYLOR, JR. and CHARLES
TAYLOR, III,

      Defendant.

_____

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE CECILIA M. ALTONAGA,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                KAREN ROCHLIN, A.U.S.A.
                CAROLINE HECK-MILLER, A.U.S.A.
                Office of the U.S. Attorney
                99 N.E. 4th Street
                Miami, FL 33132 - 305.961.9234
                (Fax) 305.536.4675
                Email: karen.rochlin@usdoj.gov
                        caroline.miller@usdoj.gov

                CHRISTOPHER GRAVELINE, Trial Attorney
                U.S. Department of Justice
                950 Pennsylvania Avenue, N.W
                Washington, D.C. 20530 - 202.514.3270
                christopher.graveline@usdoj.gov

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

October 2, 2008

**FOR THE DEFENDANT:**

JOHN WYLIE, A.F.P.D.
MIGUEL CARIDAD, A.F.P.D.
Federal Public Defender's Office
150 West Flagler Street
Miami, FL  33130 - 305/536-6900
          (Fax) 305/530-7120
Email:  miguel_caridad@fd.org
             john_wylie@fd.org

**REPORTED BY:**

BARBARA MEDINA
Official United States Court Reporter
400 North Miami Avenue, Ste. 12-2
Miami, FL  33128 - 305.523.5518
          (Fax) 305.523.5519
Email:  barbmedina@aol.com

        - - - -

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

October 2, 2008

# TABLE OF CONTENTS

Page

Monoh Turay ............................................... 12

   Cross-Examination By Mr. Wylie ....................... 12

   Redirect Examination By Ms. Rochlin ................. 110

   Recross-Examination By Mr. Wylie .................... 122

   Redirect Examination By Ms. Rochlin ................. 123

Sulaiman Solo Jusu ....................................... 124

   Direct Examination By Ms. Rochlin ................... 124

Reporter's Certificate ................................... 234

# INDEX TO EXHIBITS

| Exhibits | Marked for Identification | | Received in Evidence | |
|---|---|---|---|---|
| Description | Page | Line | Page | Line |
| Government Exhibit SL 2 ........ | 207 | 9 | 208 | 11 |
| Government Exhibit SL 4 ........ | 213 | 19 | 217 | 11 |

# CITATION INDEX

Page

United States v. Burston ................................. 99

# SIDEBAR CONFERENCE INDEX

Descriptions                                                Page

Sidebar Conference Begins ................................ 7

Proceedings In Open Court Resume ......................... 9

**October 2, 2008**

1   Proceedings In Open Court Resume ......................... 12

2   Sidebar Conference Begins ............................... 214

3   Proceedings In Open Court Resume ......................... 216

4   Sidebar Conference Begins ............................... 226

5   Proceedings In Open Court Resume ......................... 228

6                      ADMINISTRATIVE CONVENTIONS:

7           When counsel does not identify themselves each time they

8   address the Court during a telephone conference, the

9   industry-standard speaker identification is indicated by

10  chevrons, i.e., >>>:

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

October 2, 2008

1           THE COURT:   Do I have the attorneys in my trial case?

2    I don't know if my courtroom deputy has had a chance to speak

3    with you this morning.

4           MS. ROCHLIN:   Not with me, Your Honor.

5           THE COURT:   Let me see if I can bring her in.   That

6    saves the hearsay nature of what I would say.

7           On these newspaper exhibits that were identified

8    yesterday, I think they are fine.   I am not as aware, perhaps

9    as you attorneys are, of what other information is on here that

10   is objectionable to the defense.

11          Perhaps, Mr. Caridad, you could identify those

12   additional names that you say are names of co-conspirators or

13   that otherwise might bear upon the issues and we can redact

14   those as well.   But understanding your objection to the hearsay

15   nature, I will overrule those objections, assuming any

16   additional information is redacted.

17          MR. CARIDAD:   If I could have them, Judge, and look at

18   them?

19          THE COURT:   Sure.

20          My courtroom deputy is going to walk over to you now

21   and inform you of her conversation of this morning with one of

22   our jurors.

23          MS. ROCHLIN:   Yes, Your Honor.

24          THE DEPUTY CLERK:   (Complied.)

25          THE COURT:   Are all of our jurors here?

**October 2, 2008**

1           THE COURT SECURITY OFFICER:   We're missing one.

2           THE COURT:   Missing one?

3           MR. CARIDAD:   Judge, I have a position on this juror.

4           THE COURT:   All right.

5           Did you want to approach sidebar?  The only reason is

6   if you recall, our courtrooms are not sound-proofed

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 2, 2008**

1        [Proceedings at sidebar follow]:

2            MR. CARIDAD:   Judge, I think the juror should be

3    questioned because if she is having a panic attack over this

4    case or things she has heard in this case and is so panicked by

5    pit that she can't sit and listen to this case and give my

6    client a fair trial, she should be excused.   I don't know

7    anything about it except she had a panic attack related to this

8    case.

9            THE COURT:   What would be the best way to approach it?

10   I didn't want to put her on the spot.   I think it would only

11   add to the stress of singling her out questioning her about her

12   episode yesterday.

13           MR. CARIDAD:   Can we do it somewhere else?

14           THE COURT:   You're client is entitled to be there.

15           MR. CARIDAD:   I'll waive his presence, if that's the

16   Court's concern.   Somewhere that's calmer and not so open.

17           THE COURT:   Why don't would we do that at the lunch

18   recess or would you rather do it now?

19           MR. CARIDAD:   My concern is I don't know what she's

20   telling the other jurors.

21           THE COURT:   About her own panic episode?

22           Since we're still missing one juror, can you bring her

23   into our waiting area and then we'll go into chambers for a

24   second?

25           MS. ROCHLIN:   Judge, there's another issue we may need

October 2, 2008

1    to take up briefly.   We can do it now.

2              THE COURT:   Let's take up this issue, if we can,

3    because as soon as that's done, we can get started.

4              MR. WYLIE:   The issue has to do with the witness.

5              THE COURT:   Go ahead.

6              MR. WYLIE:   The Government brought out on direct

7    Mr. Turay has a prior felony.   I plan to ask him what it's for.

8    I think the Government objects to that.

9              THE COURT:   Under?

10             MR. WYLIE:   609, just the nature of a crime.

11             THE COURT:   You're entitled to ask if he has been

12   convicted of a felony.   You can't elicit what it is.

13             MR. WYLIE:   It's my understanding I can.

14             MS. ROCHLIN:   I disagree.

15             The witness has admitted to the felony conviction.   If

16   he were denying its existence, that would be another story.

17             THE COURT:   That's the rule I'm aware of, unless you

18   can point me to somewhere else

19

20

21

22

23

24

25

**October 2, 2008**

1          [Proceedings in open court follow]:

2              [Proceedings in chambers follow beginning at 9:04

3      a.m., 10/2/08.]

4          THE COURT:  Why don't you join me over here?  We're

5      putting this on the record.

6          My courtroom deputy advised me of the conversation you

7      had with her this morning.  We had a little bit of a concern.

8          First of all, have you communicated with any of your

9      fellow jurors about your episode yesterday?

10          JUROR GUMA-ALONSO:  I did with one.

11          THE COURT:  Do you think that what you went through

12      yesterday is going to affect your ability to be fair in this

13      case?

14          JUROR GUMA-ALONSO:  Not at all.

15          THE COURT:  Do the attorneys have any questions you

16      might want to ask?

17          MR. CARIDAD:  You said -- you described it as a panic

18      attack?

19          JUROR GUMA-ALONSO:  Yes.

20          MR. CARIDAD:  Did it have anything to do with this

21      case?

22          JUROR GUMA-ALONSO:  Probably indirectly because you

23      can't talk about it.  I'm a little nervous.

24          MR. CARIDAD:  The fact you were instructed by the

25      Court not to talk about -- it which is done in every case, by

**October 2, 2008**

1    the way.

2         JUROR GUMA-ALONSO:   Very indirectly, maybe a small

3    percentage of it.

4         MR. CARIDAD:   What else do you think caused that panic

5    attack?

6         JUROR GUMA-ALONSO:   Just normal stress.   I didn't know

7    what it was.   It has never happened to me before.   I didn't

8    know how to handle it at the moment.   I do now.

9         MR. CARIDAD:   But it's stress-related?

10        JUROR GUMA-ALONSO:   Definitely stress-related.

11        MR. CARIDAD:   To serving as a juror, you think?

12        JUROR GUMA-ALONSO:   No, to life.

13        MR. CARIDAD:   To life in general?

14        JUROR GUMA-ALONSO:   Yes.

15        MR. CARIDAD:   You think you can still give both sides

16   here a fair trial?

17        JUROR GUMA-ALONSO:   Definitely.   Definitely.

18        MR. CARIDAD:   Thank you, ma'am

19        THE COURT:   Any other concerns?

20                  [No response.]

21        THE COURT:   If during the course of the trial you feel

22   at all you need any breaks, just raise your hand and we'll take

23   a break --   I try to give the jury a morning break and

24   afternoon break -- or if you ever feel you need to get fresh

25   air outside.

**October 2, 2008**

1          JUROR GUMA-ALONSO:    Thank you.

2          THE COURT:   I hope this wasn't too intimidating.

3          JUROR GUMA-ALONSO:    A little bit.

4          THE COURT:   We'll escort you all back into the

5    courtroom

6          Thank you

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 2, 2008**

**Turay - Cross**

1              [Proceedings in open court follow]:

2              THE COURT:   Any other issues before we bring the jury

3    in?

4              MS. ROCHLIN:   Your Honor, if I could have just a

5    moment to speak with counsel before the jury comes in?

6              THE COURT:   Sure.

7              MS. ROCHLIN:   (Conferring with Mr. Caridad and

8    Mr. Wylie.)

9              THE COURT:   Do we want to bring the witness in before

10   the jury comes inside?

11             MS. ROCHLIN:   Thank you, Judge.

12             THE WITNESS:   [Entered the courtroom at 9:07 a.m]

13             THE COURT:   Bring the jury in, please.

14             Good morning.

15             THE WITNESS:   Good morning.

16             [The jury returns to the courtroom at 9:07 a.m]

17             THE COURT:   Everyone please be seated.

18             Good morning, ladies and gentlemen.   Welcome back.

19             Mr. Wylie, please continue.

20               MOMOH TURAY, RESPONDENTS' WITNESS, RESUMED

21                     CROSS EXAMINATION (cont'd)

22   [Beginning at 9:08 a.m, 10/2/08.]

23   BY MR. WYLIE:

24   Q.   Mr. Turay, good morning.

25   A.   Good morning

                        **October 2, 2008**

**Turay - Cross**

1  Q.   After your testimony yesterday, did you talk to the

2  Government about your testimony?

3  A.   No.

4  Q.   No.

5        Did you talk to anyone about your testimony?

6  A.   No.

7  Q.   How about Mr. Jusu?  Did you speak to him last night about

8  your testimony?

9  A.   No.

10  Q.   Okay.

11        I think last we left off we were in the bridge area.

12  And if you remember, sir, when Chuckie shot those men --

13  A.   Yes.

14  Q.   -- did he do it with his left hand or his right hand?

15  A.   I don't remember exactly.

16  Q.   You don't remember?

17  A.   No.

18  Q.   You don't have that image in your mind?

19  A.   No.

20        MR. WYLIE:   If I could pull up ER 1, the picture of

21  the checkpoint.

22        AGENT BAECHTLE:   (Complied.)

23  BY MR. WYLIE:

24  Q.   Sir, is this an accurate picture of the checkpoint as you

25  remember it?

**October 2, 2008**

## Turay - Cross

1    A.   Yes.

2    Q.   And are these two poles, is that where you say the two

3    heads were placed?

4    A.   Yes.

5         MR. WYLIE:   If I could see please BR 6.

6         AGENT BAECHTLE:   (Complied.)

7    BY MR. WYLIE:

8    Q.   Do you remember this building?

9    A.   Yes.

10   Q.   Correct me if I'm wrong, but that's not the building that

11   you went into.   Correct?

12   A.   I didn't went into it, no.

13   Q.   You went into the white building across the road.   Correct?

14   A.   Yes.

15   Q.   And you met with civil service men in that white building

16   across the road?

17   A.   Yes.

18   Q.   There were no ATU members in that white building across the

19   road.   Correct?

20   A.   No.

21   Q.   And that white building across the road from this

22   red-roofed building, that's where you were put in a cell.

23   Right?

24   A.   Say again.

25   Q.   The white building --

**Turay - Cross**

1   A.   Yes.

2   Q.   -- across the street from this red-roofed building --

3   A.   Yes.

4   Q.   -- is the building where you were put in a cell?

5   A.   Yes.

6   Q.   And you were put in that cell with who?

7   A.   With the others.

8   Q.   Everybody else that was, that Chuckie spoke to?

9   A.   Yes.

10  Q.   When you were in that cell, did anybody approach you and

11  ask you if you were going to fight for the ATU?

12  A.   No.

13  Q.   They didn't ask you.  They just left you in that cell?

14  A.   Yes.

15  Q.   And I think you stated yesterday that you left in the

16  middle of the night to your next destination?

17  A.   Yes.

18  Q.   They came into your cell and got you in the middle of the

19  night?

20  A.   Yes.

21  Q.   Everybody in the cell did they take?

22  A.   They call my name and three others' names.

23  Q.   They called your name?

24  A.   Yes.

25  Q.   They specifically singled you out?

**October 2, 2008**

## Turay - Cross

1  A.   My name was called.

2  Q.   Your name was called?

3  A.   And Sulaiman name was called.   Foday Conteh name was called

4  and Abdul Cole also.

5  Q.   They called those four names out and said "Come with us"?

6  A.   Yes.

7  Q.   They left all the others --

8  A.   The others were still behind.   They were in the cell.

9  Q.   They just left them in the cell?

10  A.   Yes.

11  Q.   So they put the four of you in a truck?

12  A.   They beat us, tied us and put us in the vehicle.

13  Q.   So they beat you and tied you after they took you out of

14  the cell?

15  A.   Yes.

16  Q.   And they tied you in a form I think you described as tabie?

17  A.   Yes.

18  Q.   How do you know that term "tabie"?

19  A.   Pardon?

20  Q.   How do you know the term "tabie"?

21  A.   It's when the war break out, that's the way they used to

22  tie.

23  Q.   It's a common thing in the area of Liberia and Sierra Leone

24  to use tabie?

25  A.   Yes.

**October 2, 2008**

## Turay - Cross

1  Q.   It's common knowledge that's the way some people are tied?

2  A.   During the war.

3  Q.   During the war?

4  A.   Yes.

5  Q.   Sir, did you ever tell the Government that those heads were

6  somewhere other than those two posts next to the checkpoint?

7  A.   I told them I saw the head at the checkpoint, one on this

8  side and the other on the other side at the checkpoint.

9  Q.   But you've always said they were on those two posts?

10 A.   Yes.

11 Q.   So the four of you, Mr. Cole, Mr. Conteh, Mr. Jusu and you

12 are in the truck proceeding to your next destination.   Correct?

13 A.   Yes.

14 Q.   And you don't know where you're going at that point.

15 Correct?

16 A.   No.

17 Q.   Are the men -- when they were beating you before the truck,

18 were they asking you "Fight with us.   Fight with the ATU"?

19 A.   They never told me that.

20 Q.   Never asked you to fight with the ATU?

21 A.   No

22 Q.   They just beat you?

23 A.   Yes.

24 Q.   And then put you in a truck?

25 A.   Yes.

**October 2, 2008**

**Turay - Cross**

1   Q.   Were -- did you have your clothes on?

2   A.   No.

3   Q.   No.

4        Did you have your clothes on when you were in the

5   cell?

6   A.   No.

7   Q.   No.

8        You have been naked the whole time?

9   A.   Yes.

10   Q.   Did you have underwear on?

11   A.   Yes.

12   Q.   You had just your underwear on?

13   A.   Yes.

14   Q.   Were you tied in the cell?

15   A.   No

16   Q.   They gave you the tabie after you left the cell?

17   A.   Yes

18   Q.   Did They blindfold you.

19   A.   Yes.

20   Q.   When did they blindfold you.

21   A.   After they took me out from the cell.

22   Q.   Before or after you were tied?

23   A.   After I was tied.

24   Q.   So they tied your arms first?

25   A.   Yes.

**October 2, 2008**

## Turay - Cross

1    Q.   And then they blindfolded you?

2    A.   Yes.

3    Q.   Did they tie your legs as well?

4    A.   No.

5    Q.   No.

6         Just your arms?

7    A.   Just my arms.

8    Q.   And they put a blindfold over your face?

9    A.   Yes.

10   Q.   So you couldn't see anything anymore.   Right?

11   A.   No.

12   Q.   And they put you in the truck?

13   A.   Yes.

14   Q.   Just you, Mr. Jusu, Mr. Conteh and Mr. Cole?

15   A.   Yes.

16   Q.   Were there ATU soldiers in the truck with you?

17   A.   I notice that when we came to the next destination, yes.

18   Q.   How long a ride was that from the checkpoint to -- your

19   next destination was the Gbarnga Police Station.   Right?

20   A.   Yes.   I don't know exactly how long it took.

21   Q.   Approximately.

22   A.   I cannot tell because I was in pain, so I can tell exactly.

23   Q.   And you were blindfolded?

24   A.   Yes.

25   Q.   Have you ever traveled that road from the checkpoint to

**October 2, 2008**

**Turay - Cross**

1  Gbarnga before?

2  A.   That was my first time.

3  Q.   That was your first time.

4        And you don't remember how long it took to get there?

5  A.   No.

6  Q.   Was it a long time or a short time?

7  A.   At that point, I can't tell.  I was in pain.

8  Q.   And, so, what happens when you get to the police station,

9  when you get to Gbarnga?

10  A.   They put us down from the truck, put us in the station and

11  they start beating us --

12  Q.   Okay.

13  A.   -- again.

14  Q.   Are you still blindfolded at this point?

15  A.   At that point, they took our blindfold off.

16  Q.   They took your blindfold off after they took you off the

17  truck?

18  A.   Yes.

19  Q.   And they were still beating you?

20  A.   Yes.

21  Q.   And they took you into the cell in Gbarnga?

22  A.   Not directly.

23  Q.   No?  What did they do first?

24  A.   Beat me until I shit on myself before they put me in the

25  cell.

**October 2, 2008**

**Turay - Cross**

1  Q.   How long did they beat you for?

2  A.   I don't remember exactly, but it took long time.

3  Q.   And then they took you into the cell.  Correct?

4  A.   Yes.

5  Q.   And who was in the cell with you?

6  A.   With the others and we meet another prisoner also in the

7  cell.

8  Q.   So in the same cell in Gbarnga, it was you --

9  A.   Yes.

10  Q.   -- Mr. Jusu, Mr. Cole --

11  A.   Yes.

12  Q.   -- Mr. Conteh --

13  A.   Yes.

14  Q.   -- and a new prisoner now?

15  A.   Others we met there.

16  Q.   How many others?

17  A.   Many.  I don't know exactly.

18  Q.   Many.

19         So there were many people in that cell?

20  A.   Yes.

21  Q.   And you were in that cell for two days?

22  A.   Yes.

23  Q.   How many others?  5, 10?

24  A.   I don't know exactly.  I can't tell exactly, but we met

25  another prisoners in --

**October 2, 2008**

## Turay - Cross

1  Q.   Approximately how many prisoners?

2  A.   We were four that they put in and others.   I don't remember

3  how many they were, but --

4  Q.   You don't have any idea?   Was it 5?   Was it 10?   Was it 20?

5  A.   I don't know.   That's not clear as --

6  Q.   There were other prisoners there?

7  A.   Yes.

8  Q.   You spoke with them?

9  A.   No.

10  Q.   You didn't speak with them?

11  A.   No.

12  Q.   You said you met other prisoners?

13  A.   Yes.

14  Q.   What do you mean by "meet other prisoners"?

15  A.   There were other prisoners inside we met.

16  Q.   Okay.

17       Do you remember any of their names?

18  A.   No.

19  Q.   You don't remember any of their names?

20  A.   I don't know.

21  Q.   And you were in there for two days?

22  A.   Yes, I was there for two days.

23  Q.   While you were in that cell in Gbarnga, is anybody coming

24  to you saying "Fight for us.   Fight for the Liberians" or

25       "Fight for the ATU"?

**October 2, 2008**

**Turay - Cross**

1   A.   No.

2   Q.   Nobody said anything like that?

3   A.   No.

4   Q.   They just left you in that cell?

5   A.   Yes.

6   Q.   And then two days later, somebody comes and picks you up.

7   Is that correct?

8   A.   Yes.

9   Q.   Who was it that came and picked you up?

10  A.   Chuckie and the ATU guys.

11  Q.   How many ATU guys?

12  A.   They were many.

13  Q.   Many?

14  A.   Yes.

15  Q.   Is Compari there?

16  A.   Compari was there.

17  Q.   Anybody else that you know?

18  A.   No, I just know those two names, Chuckie and Compari.

19  Q.   And, so, they go and they take you out of the cell?

20  A.   They didn't take us out.   They just ask for us and they

21  bring us out.

22  Q.   So a policeman --

23  A.   Yes.

24  Q.   -- took you out of the cell?

25  A.   Yes.

**October 2, 2008**

**Turay - Cross**

1   Q.   How many policemen were working in the cell that you stayed

2   in?

3   A.   I don't know exactly how many policemen were there.

4   Q.   Do you remember how many you saw?

5   A.   I saw many policemen.   There were many policemen there.

6   Q.   Many policemen working at that police station?

7   A.   Yeah.

8   Q.   And over the two days that you were there, did you speak to

9   any of these policemen?

10  A.   I was -- one of them I beg for water.

11  Q.   You begged for water?

12  A.   Yeah.

13  Q.   What was that policeman's name?

14  A.   I don't know.

15  Q.   Do you know any of the policemen's names?

16  A.   No.

17  Q.   And, so, the police bring you out of the cell?

18  A.   Yes.

19  Q.   Mr. Jusu also?

20  A.   Yes.

21  Q.   Mr. Conteh?

22  A.   Yes.

23  Q.   And Mr. Cole?

24  A.   Yes.

25  Q.   The four of you?

**October 2, 2008**

**Turay - Cross**

1   A.   Yes.

2   Q.   But nobody else?

3   A.   No.

4   Q.   Just you four?

5   A.   Exactly.

6   Q.   Were they asking you at that point "Come fight with us.

7        Come fight with us"?

8   A.   They didn't ask us that.

9   Q.   They never asked you that?

10  A.   No.

11  Q.   What do they do then when the policemen give you to Chuckie

12  and Compari?

13  A.   We receive another punishment.

14  Q.   More punishment?

15  A.   More punishment.

16  Q.   How long did they beat you?

17  A.   They beat us -- I don't know exactly how long it took and

18  they tied us again.

19  Q.   Tied you again?

20  A.   Yes.

21  Q.   Did they blindfold you again?

22  A.   Blindfold me again and there even Chuckie took another

23  handcuff, plastic and put it on my arms and step on my back.

24  Q.   Stepped on your back?

25  A.   Yes.

**October 2, 2008**

**Turay - Cross**

1  Q.   And put you in the table position?

2  A.   Yes.

3  Q.   With plastic cuffs or rope?

4  A.   With plastic cuff.

5  Q.   And they put you in the truck?

6  A.   Yes.

7  Q.   With just the four of you?

8  A.   Exactly.

9  Q.   Nobody else?

10 A.   No.

11 Q.   Where were the ATU soldiers?  Were they riding in the back

12 of the truck or the front of the truck?

13 A.   They were in the truck where we were sitting.  Some were

14 sitting by our side.

15 Q.   Okay.

16 A.   Some in front.

17 Q.   What position were you in the truck?

18 A.   I was lying on the floor.

19 Q.   On your back?

20 A.   I was lying like this.

21 Q.   On your stomach?

22 A.   On my side.

23 Q.   On your side?

24 A.   I don't remember exactly the position, but I was lying on

25 the floor.

**October 2, 2008**

## Turay - Cross

1  Q.   How long a ride was that from the Gbarnga Police Station to

2  your next destination?

3  A.   I cannot tell.

4  Q.   Was it a long time?

5  A.   I don't know.  I was in pain, so I can't say it was long or

6  short.

7  Q.   And, so, you get to the next destination and what happens?

8  A.   We came to the next destination.  We were at an open place

9  like it was a place cleared by machine.  Then they took the

10 blindfold from us.  Then Chuckie told Compari to take care.

11 Q.   And how many people are around at this point?  Chuckie,

12 Compari.  Anybody else?

13 A.   And the other Demon soldiers.

14 Q.   Other Demon soldiers?

15 A.   Yes.

16 Q.   And did Chuckie leave then?

17 A.   He leave after he pass his command to Compari.

18 Q.   At this point did Compari or Chuckie ask anything of you?

19 A.   After, after Chuckie left, Compari asked us --

20 Q.   Asked you what?

21 A.   He say if we don't want to say the truth.

22 Q.   Do you want to say the truth?

23 A.   Yes.

24 Q.   And what did he think the truth was?

25 A.   I don't know what the truth was.

**October 2, 2008**

## Turay - Cross

1   Q.   What was he accusing you of?

2   A.   I don't know because I told him I'm refugee.

3   Q.   And he didn't believe you?

4   A.   Yes.

5   Q.   He didn't ask you to fight for him?

6   A.   No.

7   Q.   He didn't kill you?

8   A.   I was almost at point of death.

9   Q.   You were almost dead?

10  A.   Yes.

11  Q.   But he didn't kill you.

12  A.   No.

13  Q.   So Compari takes you and puts you in the hole.  Is that

14  correct?

15  A.   They didn't take us and put us to the hole.

16  Q.   Excuse me?

17  A.   He didn't do that.

18  Q.   Who did?

19  A.   The Demon soldiers.

20  Q.   Were you blindfolded at this point?

21  A.   No.

22  Q.   How long a walk was it or did they carry you?

23  A.   It's like five minute walk.  Not far.

24  Q.   So you walked there?

25  A.   Yes.

**October 2, 2008**

## Turay - Cross

1   Q.   And I think you stated that you went down a hill and back

2   up a hill?

3   A.   Exactly.

4   Q.   And Mr. Jusu was with you at this time?

5   A.   Yes.

6   Q.   And Mr. Conteh was with you at this time?

7   A.   Yes.

8   Q.   And Mr. Cole was with you at this time?

9   A.   Yes.

10   Q.   Anybody else?

11   A.   And the Demon soldiers.

12   Q.   Any other prisoners?

13   A.   No.

14   Q.   So they take you to the hole.  Is that correct?

15   A.   Pardon?

16   Q.   They take you to the hole?

17   A.   Yes.

18   Q.   And they put you in the hole?

19   A.   Yes.

20   Q.   And you were alone in the hole?

21   A.   Yes.

22   Q.   I think you stated there were bones and skeletons in the

23   hole with you?

24   A.   Yes.

25   Q.   As well as dirty water?

**October 2, 2008**

## Turay - Cross

1   A.   Dirty water.

2   Q.   Were there a lot of bones in the hole?

3   A.   Not a lot, but there were skeleton bones in the hole.

4   Q.   Human bones?

5   A.   I don't know whether it was human bones or not.  I cannot

6   tell.

7   Q.   Okay.  But there were bones?

8   A.   There were bones there.

9   Q.   And you said that there was a slope to the hole.  Is that

10  correct?

11  A.   Pardon?

12  Q.   Was the water deeper in one part of the hole than the other

13  part of the hole?

14  A.   The water was in the hole, every part of the hole.

15  Q.   Every part?

16  A.   Yes.

17  Q.   So you -- I think you testified that you took your knees

18  out of the water?

19  A.   Yes, I sit like that in the water.  My feet in the water

20  and my butt in the water, too.

21  Q.   Now, when you're in this hole -- is there a roof over it?

22  A.   A thatch over it.

23  Q.   A thatch?

24  A.   Yeah, a thatch roof, something like that, over it.

25  Q.   A thatch roof.

**October 2, 2008**

## Turay - Cross

1          Is there also something to keep you in the hole?

2   A.   Pardon?

3   Q.   Is there some sort of mechanism to keep you in the hole?

4   A.   (No response.)

5   Q.   Was there a cage?

6   A.   Wire.

7   Q.   It was locked?

8   A.   Yes.

9   Q.   You couldn't get out?

10   A.   No.

11   Q.   You couldn't stick your head out of the top of the hole?

12   A.   No.

13   Q.   You couldn't see anything from the top of the hole?

14   A.   If you watch up, just see the sky.

15   Q.   There's a thatch roof above you?

16   A.   You could see through the thatch.

17   Q.   If you look up, you see the thatch roof?

18   A.   And the sky also.

19   Q.   But you can't see out over the grounds of the base?

20   A.   No.   Only if someone is on top of you around the hole, you

21   can see that person.

22   Q.   Okay.

23          And you were alone in this hole.   Is that correct?

24   A.   Yes.

25   Q.   How long were you alone in this hole for?

**October 2, 2008**

## Turay - Cross

1    A.   I was there for two days.

2    Q.   Two days alone in that hole?

3    A.   Yes.

4    Q.   And how many holes were there?  Do you remember?

5    A.   I don't know.

6    Q.   Approximately.

7    A.   I can't tell, no.  I don't know.

8    Q.   How many different holes were you in?

9    A.   Pardon?

10   Q.   How many different holes were you in?

11   A.   Only one hole.

12   Q.   Only one hole?

13   A.   Yes, I was in --

14   Q.   You never switched holes?

15   A.   No.

16   Q.   And how long were you at the base?

17   A.   I was there for two days, two nights, and the third day

18   they took us to Monrovia.

19   Q.   Okay.

20            I think you testified that you could hear other people

21   crying?

22   A.   Yes.

23   Q.   How many other people were there?

24   A.   The four of us that they took there.

25   Q.   Any other prisoners?

## Turay - Cross

1   A.   I don't know.

2   Q.   And you recognized these prisoners?  You recognized their

3   voices?

4   A.   Yeah.   I recognize Sulaiman voice, Cole and Conteh.

5   Q.   When you say "crying," they were sobbing and weeping?

6   A.   Crying, yeah.   Someone was crying.

7   Q.   But you were able to tell whose cry was whose?

8   A.   Yes.

9   Q.   Is that because you're such good friends with all these men

10  and you spent so much time with them?

11  A.   Yes.

12  Q.   And I think you testified that that first night every

13  single moment you were tortured?

14  A.   Yes.

15  Q.   The whole night?

16  A.   Yes.

17  Q.   Every moment?

18  A.   Yes.

19  Q.   And, in fact, you said that they took shifts.   One guard

20  would torture you.   Then another one would torture you?

21  A.   Exactly.

22  Q.   And they did that the whole night all the way into the

23  morning?

24  A.   Yes.

25  Q.   And so was there an escape that night?

**October 2, 2008**

**Turay - Cross**

1   A.   No.

2   Q.   The escape was the next night?

3   A.   The next night.

4   Q.   When you were in this hole, did anybody come to you and say

5       "Fight for the ATU"?

6   A.   No.

7   Q.   Never?

8   A.   Never.

9   Q.   Did they ask anything of you while you were in that hole?

10   A.   Pardon?

11   Q.   Did they ask anything of you in that hole?

12   A.   Only to say the truth.

13   Q.   To say the truth.

14       When they were beating you, they said "Tell us the

15       truth.  Tell us the truth"?

16   A.   Yes.

17   Q.   But they didn't kill you?

18   A.   Almost.

19   Q.   Almost?

20   A.   Yeah.

21   Q.   But they didn't shoot you.

22   A.   No.

23   Q.   Did anybody ever take you away from the hole and

24   interrogate you?

25   A.   Never.

**October 2, 2008**

**Turay - Cross**

1  Q.  Never.

2          And so the first night you're there, the guards are

3  there the entire night?

4  A.  Yes.

5  Q.  Is that correct?

6  A.  Yes.

7  Q.  The second night you're there, the guards weren't there?

8  A.  The guards were there.  It raining, so they move.

9  Q.  The second night it was raining, so they weren't there?

10 A.  Yes.

11 Q.  That's the night Mr. Jusu and Mr. Cole escaped?

12 A.  Yes.

13 Q.  And they asked you to escape?

14 A.  Yes.

15 Q.  And you said "No."

16 A.  Yes.

17 Q.  You stayed in this hole with the bones?

18 A.  Yes.

19 Q.  And you were alone in that hole?

20 A.  Yes.

21 Q.  And they left?

22 A.  They left.

23 Q.  And how long were they -- what time was that when they

24 left?

25 A.  I don't know exactly the time when they left.

**October 2, 2008**

## Turay - Cross

1    Q.   It was dark out?

2    A.   It was in the night.

3    Q.   In the night?

4    A.   Yes.

5    Q.   The second night?

6    A.   The second night.

7    Q.   Was it early in the night or late in the night?

8    A.   I cannot tell.

9    Q.   Was it shortly after it got dark or was it a long time

10   after it got dark?

11   A.   I don't know I can't tell exactly.

12   Q.   And so they leave and Mr. Jusu and Mr. Cole, they leave

13   your hole.   Correct?

14   A.   Yes.

15   Q.   And you don't know where they went then, do you?

16   A.   No.

17   Q.   You stayed in the hole?

18   A.   Yes.

19   Q.   And how long were they gone?

20   A.   Until the next, until the next morning.

21   Q.   The next morning?

22   A.   Yes.

23   Q.   So many hours?

24   A.   Yes.

25   Q.   So they left the hole for many hours.   Correct?

**October 2, 2008**

**Turay - Cross**

1   A.   Yes.

2   Q.   But, yet, they were caught again?

3   A.   Yes.

4   Q.   And when was the next time you saw Mr. Cole and Mr. Jusu?

5   A.   I can't remember exact time.  It was in the morning hours.

6   Q.   It was light outside?

7   A.   Yes.

8   Q.   And so they pull you out of your hole in the morning when

9   Mr. Cole comes back and Mr. Jusu comes back?

10   A.   Say again.

11   Q.   When Mr. Jusu and Mr. Cole are brought back to the base --

12   A.   Yeah.

13   Q.    -- they take you out of your hole?

14   A.   Later.

15   Q.   About what time did they take you out of the hole?

16   A.   The same morning hours.

17   Q.   Same morning hours?

18   A.   They didn't just come with them and take me out of the

19   hole.  I was still in the hole when they came with them

20   Q.   How did you first realize they had been brought back to the

21   base?

22   A.   They were close to my hole and I cannot see them, but I can

23   hear them crying, yeah, so I realize that they have catched

24   them again.

25   Q.   And I think you said that the ATU guards came to you and

**October 2, 2008**

## Turay - Cross

1  were angry at you for not reporting Mr. Jusu and Mr. Cole's

2  escape?

3  A.   The same night when they escape, yes.

4  Q.   Oh, the same night?

5  A.   Yes.

6  Q.   So it was before they came back that they were angry at

7  you?

8  A.   Yes.

9  Q.   So they came in the darkness and were mad at you.   Is that

10  correct?

11  A.   Yes, they came back that night, that same night.

12  Q.   And they tortured you?

13  A.   They tortured me again.

14  Q.   I thought you said there were no guards there that night.

15  A.   When they were escaping, there were no guards, but after

16  they came, the rain ceased, they came back and noticed these

17  two guys have escaped that same night.

18  Q.   You can't see out of the holes.   Correct?

19  A.   Pardon?

20  Q.   You can only see straight up from the holes?

21  A.   Yes.

22  Q.   You wouldn't know if there was a guard 10 or 15 meters away

23  from your hole, would you?

24  A.   Pardon?

25  Q.   You would not know while you were in the hole if a guard

**October 2, 2008**

## Turay - Cross

1  was 10 or 15 meters away from you?

2  A.   Well, you can notice if he's around.

3  Q.   You can't see him

4  A.   You can't see him, but you can see if he can walk forward

5  and back, you know.   You can know he's around walking around.

6  Q.   But if the guard was not walking --

7  A.   Yeah.

8  Q.   -- and was standing 10 or 15 meters away --

9  A.   Yeah.

10  Q.   -- and was quiet --

11  A.   Yeah.

12  Q.   -- you wouldn't know he was there while you were in the

13  hole, would you?

14  A.   No.

15  Q.   So how long did they torture you for when they, that night

16  when they found out that Mr. Jusu and Mr. Cole had escaped?

17  A.   The whole night until the next day when they brought them

18  Q.   So when they brought them, you were out of the hole then?

19  A.   I was in the hole.

20  Q.   You were in the hole?

21  A.   Yes.

22  Q.   And at some point, they took you out of the hole.  Right?

23  A.   Later, yes.

24  Q.   And that's in the morning?

25  A.   In the morning hour.

**October 2, 2008**

**Turay - Cross**

1   Q.   And they take you out so that you can see Mr. Cole and

2   Mr. Turay.   I mean -- excuse me -- Mr. Cole and Mr. Jusu?

3   A.   Yes.

4   Q.   And were you the only person taken out of the hole?

5   A.   They took Conteh also.

6   Q.   Conteh also?

7   A.   Yes.

8   Q.   But nobody else?

9   A.   No.

10   Q.   You didn't know other prisoners?

11   A.   No.

12   Q.   Were there other prisoners there at this point.

13   A.   No.

14   Q.   There was nobody else there?

15   A.   I don't know if there were other prisoners, but it was only

16   four of us I saw.

17   Q.   Those are the only four you saw?

18   A.   Yeah.

19   Q.   Did you hear anybody else?

20   A.   No.

21   Q.   And so it's you and Mr. Conteh standing outside the hole.

22   Correct?

23   A.   Not standing, but he took us out from the hole and bring us

24   to the place where Cole and Sulaiman were.

25   Q.   How far away from the holes was that?

**October 2, 2008**

**Turay - Cross**

1   A.   Not too far.   It was close.

2   Q.   Close?

3   A.   Here is my hole.   There are they.   They bring them right

4   close.

5   Q.   Okay.

6        At some point, Chuckie says to kill the men?

7   A.   Yes.

8   Q.   Did he specify which one?

9   A.   Yes.

10  Q.   Which one?

11  A.   Abdul Cole.

12  Q.   Both Mr. Cole and Mr. Jusu had escaped?

13  A.   Yes.

14  Q.   But he only chose to have Mr. Cole killed?

15  A.   Yes.

16  Q.   And I think you testified that a soldier started to take

17  his gun out?

18  A.   Yes.

19  Q.   Chuckie said "No, keep it quiet"?

20  A.   Yes.

21  Q.   Why do you think he did that?

22  A.   I don't know.

23  Q.   And then he ordered the man's head cut off.   Correct?

24  A.   Yes.

25  Q.   I think you testified yesterday, one soldier held him

**October 2, 2008**

**Turay - Cross**

1   Right?

2   A.   Yeah.

3   Q.   That same soldier sawed his head off?

4   A.   Exactly.

5   Q.   One soldier?

6   A.   Yes.

7   Q.   No other soldiers held him down?

8   A.   No.

9   Q.   It was just one soldier holding him down?

10  A.   Yes.

11  Q.   The same soldier also cutting his head off?

12  A.   Yes.

13  Q.   Was the man tied up?

14  A.   Yes.

15  Q.   He was tied up and one soldier sawed his head off?

16  A.   Yes.

17  Q.   So they don't kill Mr. Jusu.   Correct?

18  A.   Pardon?

19  Q.   They don't kill Mr. Jusu?

20  A.   No.

21  Q.   They put him back in the hole.   Right?

22  A.   Yes.

23  Q.   They put you back in the hole?

24  A.   Yes.

25  Q.   And they put Mr. Conteh back in the hole?

**October 2, 2008**

## Turay - Cross

1  A.   Yes.

2  Q.   Does Chuckie or anybody else tell you to do anything before

3  they put you in the hole?

4  A.   Do what?

5  Q.   Anything.  Did they ask you to fight for them?

6  A.   No.

7  Q.   Did they interrogate you?

8  A.   No.

9  Q.   After the first escape, they put you back in the same hole.

10 Right?

11 A.   Yes.

12 Q.   Were you still alone?

13 A.   No, with Sulaiman at this time.

14 Q.   Now they put Jusu in your hole with you?

15 A.   Yes.

16 Q.   And was that it?

17 A.   (No response.)

18 Q.   Were you alone?  Mr. Jusu and you were the only two in

19 there?

20 A.   Yes, at that time.

21 Q.   At that time?

22 A.   Yes.

23 Q.   The second night?

24 A.   Yes, the third day.  It was the third day now we are

25 talking about.

**October 2, 2008**

**Turay - Cross**

1   Q.   The third day?

2   A.   Yes.

3   Q.   And at some point they put a third person in your hole with

4   you?

5   A.   Yes, and that was in the evening.

6   Q.   That was in the evening of the third day?

7   A.   Yes.

8   Q.   I thought you said you were there two days and two nights?

9   A.   I told you I spent two days and two nights in that hole

10  alone.

11  Q.   Okay.

12         How long were you on the base for?

13  A.   I was, I was in that hole for two days and two nights and

14  the third day I was on escape.

15  Q.   The third night is when they put the third prisoner in your

16  hole?

17  A.   Exactly.

18  Q.   What did you say this man's name was?

19  A.   Dumbuya.

20  Q.   And you spoke with him?

21  A.   Yes.

22  Q.   And you don't know his last name?

23  A.   No.

24  Q.   How long were you in the hole with him?

25  A.   Maybe for a few hours.

**October 2, 2008**

## Turay - Cross

1    Q.    And he suggested that the three of you escape?

2    A.    Yes.   He told us that if -- he asked us if we are the

3   Sierra Leone guys.   We said "Yes."   He gave us advice.   "If you

4      have a chance to escape," we have to do that because he

5   heard the Demon soldiers talking about us, that they would kill

6   us in the morning when Chuckie returns.

7    Q.    And, so, this time you decided to leave?

8    A.    Yes.

9    Q.    The first time they asked you to escape, you said "No"?

10   A.    Yes.

11   Q.    And then the soldiers came and killed one of the two men

12   that escaped?

13   A.    Yes.

14   Q.    And the second time they asked you to escape, you decided

15      "I'm going to do this"?

16   A.    Yes.

17   Q.    Even though you had seen Mr. Cole killed the day before?

18   A.    Yes.

19   Q.    And how did you get out of the hole?

20   A.    Our hands were tied up.   We cut the cuff with the spoon

21   that was in that hole.   Then Sulaiman opens the rod and we get

22   out from there.

23   Q.    A plastic spoon?

24   A.    No.

25   Q.    A metal spoon?

## Turay - Cross

1  A.   Metal spoon, yes.

2  Q.   That was in the hole with you?

3  A.   In the hole, yeah.

4  Q.   And what time is it that you escape?

5  A.   I don't know the exact time, but it was in the night.

6  Q.   Early night, mid-night or late night?

7  A.   I don't know.   It was mid-night.   It was during the night.

8  It was dark.

9  Q.   How long had it been dark when you escaped?

10  A.   I don't know exactly.

11  Q.   So you get out and you start running?

12  A.   Yes.

13  Q.   And I think you testified you were gone for how long?   For

14  a whole day?

15  A.   For the whole night and the whole day.

16  Q.   So the rest of that night --

17  A.   Yes.

18  Q.   -- and the entire rest of the daylight the next day you

19  were running?

20  A.   Yes.

21  Q.   And, so, about 18 hours you were running?

22  A.   Maybe.

23  Q.   Something like that?

24  A.   Yes.

25  Q.   15 hours, 18 hours, maybe 20 hours.   Something like that?

**October 2, 2008**

## Turay - Cross

1    A.   Yes.

2    Q.   And you had no clothes on?

3    A.   No.

4    Q.   Did you have underwear on?

5    A.   No.

6    Q.   So you're completely naked?

7    A.   Yes.

8    Q.   And you're with Mr. Jusu?

9    A.   Yes.

10   Q.   Because you ran too fast for the other man?

11   A.   Exactly.

12   Q.   You left him behind because you were running so fast.

13   Right?

14   A.   Pardon?

15   Q.   You left the other man behind because you were running

16   faster the than that man?

17   A.   Yes.

18   Q.   You wanted to get out of this base?

19   A.   Yes.

20   Q.   You were running as fast as you could?

21   A.   Yes.

22   Q.   You kept running or walking or moving for about 18 hours.

23   Is that correct?

24   A.   Yes.

25   Q.   And it's daylight that whole day.  Right?

**October 2, 2008**

## Turay - Cross

1  A.   Yes.

2  Q.   And then, all of a sudden, you see Chuckie.  Is that

3  correct?

4  A.   Not -- we came closer to them and not knowing they were the

5  one on the street.  They looked for us the whole day.  They

6  didn't see us.  Then they were on the street.  Then we just

7  appear on them

8  Q.   How far is that street away from the base?

9  A.   It's not too far.

10  Q.   It's close?

11  A.   Close.

12  Q.   So you ran for 18 hours and you're still right near the

13  base?

14  A.   Exactly.

15  Q.   Were you running circles around the base?

16  A.   We don't know the area.  We were running just the same

17  place.

18  Q.   You don't know the area, so you were just running around

19  the outside?

20  A.   Yeah.

21  Q.   Wouldn't 18 hours of a straight line get you pretty far

22  away from the base?

23  A.   I don't know.  We were in the bush.  We don't know the

24  bush.  We were not from Liberia.  That was my first time

25  traveling with that road.  So I never been there, so I cannot

**October 2, 2008**

## Turay - Cross

1    say.

2    Q.    They have bush in Sierra Leone.    Right?

3    A.    Yes.

4    Q.    In fact, that's where your mom went during the war, into

5    the bush.    Right?

6    A.    Yes.

7    Q.    So you are familiar with the bush.

8    A.    I'm familiar with the bush of Sierra Leone, but not

9    Liberia.

10   Q.    And, so, you are running for 18 hours and then you see

11   Chuckie?

12   A.    Yes.

13   Q.    And you see Compari?

14   A.    Yes.

15   Q.    And you're naked?

16   A.    Yes.

17   Q.    And Mr. Jusu is naked?

18   A.    Yes.

19   Q.    And I think you said at one point you were about 10 meters

20   away from Chuckie?

21   A.    Yes, 5 meters away from them where I was standing.

22   Q.    Wow.    That's bad luck, huh?

23   A.    What?

24   Q.    That was very unfortunate, that you just happened to

25   stumble across Chuckie and Mr. Compari?

**October 2, 2008**

**Turay - Cross**

1    A.    Yes.

2    Q.    And you were 10 meters away from them, you said?

3    A.    Yes.

4    Q.    But they didn't see you?

5    A.    Yeah, of course they saw me.

6    Q.    Oh, they did see you?

7    A.    Yeah.

8    Q.    But it was Chuckie that captured you, you said?

9    A.    It was two Demon soldiers that went and captured me again.

10   Q.    And Mr. Jusu --

11   A.    Was already captured.

12   Q.    He was already captured?

13   A.    Yes.

14   Q.    And I think you stated that you resisted arrest?

15   A.    Yes.

16   Q.    You fought?

17   A.    Yes.

18   Q.    When you were the fighting, you're swinging your arms as

19   hard as you could?

20   A.    No, but I was trying to resist.  They holding me.  I was

21   trying to fight them to release my hand from them

22   Q.    Okay.

23         Did you punch anybody?

24   A.    No.

25   Q.    No.

**October 2, 2008**

**Turay - Cross**

1           Did you move your arms, though?

2    A.   My arms were -- they already got my two arms.

3    Q.   Okay.

4    A.   I was fighting because I wanted them just to shoot me at

5    that moment.

6    Q.   But they didn't?

7    A.   No.

8    Q.   They didn't shoot you?

9    A.   No.

10   Q.   They took you back to the base?

11   A.   Before they took me to the base, two of them cannot get me

12   down.

13   Q.   Okay.

14   A.   I was stabbed by a bayonet here by Chuckie on my head.   The

15   blood flash on my eyes.   It was hurting.   That was the time

16   they put me to the ground and tied me again and blindfold me.

17   Q.   You had been at the base for three days now?

18   A.   Yes.

19   Q.   You had been running for 18 hours?

20   A.   Yes.

21   Q.   And you must be very tired at this point.   Is that correct?

22   A.   I was tired, yes.

23   Q.   But it took more than two men to restrain you?

24   A.   Yes.

25   Q.   How many men did it take to bring you back to the base?

**October 2, 2008**

## Turay - Cross

1    A.    We are tied.

2    Q.    Excuse me?

3    A.    We were tied.

4    Q.    And did they carry you back to the base?

5    A.    Yes, they took us back to the base.

6    Q.    Or did you walk back to the base?

7    A.    We walked back to the base.

8    Q.    You and Mr. Jusu walked back to the base?

9    A.    Yes.

10   Q.    And the day before or after the first escape by Mr. Jusu

11   and Mr. Cole, it was -- was it Chuckie that told you "This is

12         what happens if you escape.   Anybody escapes, they're going

13         to die"?

14   A.    Say again.

15   Q.    After the first escape, did anybody tell you "If you try to

16         escape, you're going to get killed"?

17   A.    That's the punishment when you escape.

18   Q.    That's why they killed Mr. Cole in front of you?

19   A.    Yes.

20   Q.    To show you if you escape, this is what's going to happen

21   to you?

22   A.    Yes.

23   Q.    But they didn't kill you.

24   A.    Because they got the message.

25   Q.    They got the message?

**October 2, 2008**

**Turay - Cross**

1    A.   Yes.

2    Q.   From the President?

3    A.   From the President.

4    Q.   The President himself?

5    A.   Yes.

6    Q.   Charles Taylor?

7    A.   Yes.

8    Q.   What did he call, on a cell phone?

9    A.   I don't know.  I heard someone saying that he have received

10   a message from the President.

11   Q.   Who was that someone that said that?

12   A.   I don't know.  Maybe a radio, because they had radio.

13   Q.   They had radios?

14   A.   Yes.

15   Q.   You heard over the radio?

16   A.   I didn't heard over the radio, but I heard someone --

17   Q.   You heard what, an ATU soldier --

18   A.   Yes.

19   Q.   -- say the President wants to see you --

20   A.   Yes.

21   Q.   -- and he wants to see Mr. Jusu?

22   A.   Yes.

23   Q.   Are you and Mr. Jusu famous in West Africa?

24   A.   No.

25   Q.   Are you famous fighters or something?

**October 2, 2008**

## Turay - Cross

1    A.    No.

2    Q.    Do you hold some confidential secret information?

3    A.    No.

4    Q.    Was anybody interrogating you at the base?

5    A.    No.

6    Q.    Were they asking you to fight with them?

7    A.    No.

8    Q.    But the President wanted to see you?

9    A.    Yes.

10   Q.    In fact, he saved your life.   Right?

11   A.    Not exactly.

12   Q.    Was it your belief you would have been killed had the

13   President not called to save your life?

14   A.    Exactly.

15   Q.    So you would have been killed, but the President called and

16   said "I need to see these men"?

17   A.    Yes.

18   Q.    "I need to see them in Monrovia"?

19   A.    Yes.

20   Q.    So what happened then?   They tied you up?

21   A.    Yes.

22   Q.    Did they blindfold you?

23   A.    Yes.

24   Q.    You and Mr. Jusu?

25   A.    Yes.

## Turay - Cross

1    Q.    And they put you on a truck?

2    A.    No.  Before they went and collect Conteh, too.

3    Q.    And Conteh, too?

4    A.    Yes.

5    Q.    The President wanted to see Mr. Conteh?

6    A.    Yes, the three of us.

7    Q.    Mr. Conteh didn't escape the first time?

8    A.    No.

9    Q.    Or the second time?

10    A.    No.

11    Q.    But they wanted to see him?

12    A.    Yes.

13    Q.    Is he a famous fighter or something in Sierra Leone?

14    A.    No.

15    Q.    Does he hold sensitive information of the rebel groups?

16    A.    No.

17    Q.    Was he associated with the rebel groups?

18    A.    No.

19    Q.    Did they ask him to fight?

20    A.    No.

21    Q.    But the President wanted to see him?

22    A.    Yes.

23    Q.    They tied the three of you up and blindfolded you?

24    A.    Yes.

25    Q.    And they put you in the truck?

**October 2, 2008**

**Turay - Cross**

1  A.   Yes.

2  Q.   Was Chuckie there when you found out the President wanted

3  to see you?

4  A.   Yes.

5  Q.   He was there?

6  A.   Yes.

7  Q.   Was he doing anything?  Was he about to kill you?

8  A.   We were beaten.

9  Q.   You were beaten?

10  A.   Yes.

11  Q.   And were they telling you "We're going to kill you"?

12  A.   They didn't said it that time because the President say he

13  wants to see us.

14  Q.   Okay.

15        And, so, they put the three of you in a truck?

16  A.   Yes.

17  Q.   And you're blindfolded?

18  A.   Yes.

19  Q.   And you start driving?

20  A.   Yes.

21  Q.   And you're tied at this point --

22  A.   Yes.

23  Q.   -- in the tabie?

24  A.   Yeah.

25  Q.   And how long did you drive for?

**October 2, 2008**

## Turay - Cross

1  A.  I don't know exactly how long it took.

2  Q.  Do you remember approximately?

3  A.  No.   That was my first time of travel on that road, so I

4  can't tell how long.

5  Q.  Was it five minutes?  Was it five hours?

6  A.  I don't know.

7  Q.  You have no idea?

8  A.  No.

9  Q.  Did it seem like it was far from the police station or --

10  excuse me -- from the training base?

11  A.  Yes.

12  Q.  It was far?

13  A.  Yes.

14  Q.  So pit took a long time?  It didn't take a few minutes

15  only?

16  A.  No.

17  Q.  So the truck stops at some point?

18  A.  Yes.

19  Q.  And you jump out?

20  A.  I wanted to jump out from the truck.

21  Q.  You wanted to, but did you?

22  A.  No.   The Demon guy who was sitting in the truck blocked me,

23  so the truck stopped.

24  Q.  Were your feet tied?

25  A.  At that moment, no.   When I tried to jump from the truck,

**October 2, 2008**

## Turay - Cross

1    my feet was not tied.

2    Q.   But they tied your feet later?

3    A.   Yes.

4    Q.   What did they tie your feet with?

5    A.   With the plastic handcuff.

6    Q.   Were Mr. Jusu's feet tied?

7    A.   No.

8    Q.   Were you blindfolded?

9    A.   Yes.

10   Q.   But you could see his feet were not tied?

11   A.   I don't know, but when they tie us the first moment before

12   everybody could drive us, our feet was not tied, so I make the

13   attempt to jump.  So that's why they tied my foot.  We were

14   lying, just crying.  They didn't make any attempt --

15   Q.   So the truck continues on?

16   A.   Yes.

17   Q.   And it stops again.  Right?

18   A.   Yes.

19   Q.   And the ATU soldiers take you out of the truck?

20   A.   They didn't take us out from the truck.

21   Q.   No?  You stayed in the truck?

22   A.   Yes.

23   Q.   Mr. Conteh stayed in the truck?

24   A.   Yes.

25   Q.   Mr. Jusu stayed in the truck?

**October 2, 2008**

## Turay - Cross

1  A.   Yes.

2  Q.   Well, how is it you had the opportunity to see Charles

3  Taylor?

4  A.   Our eyes, they took the cloth from our eyes.   We saw him

5  coming out from his residence.

6  Q.   And you were still in the truck?

7  A.   We were still in the van.   It's not truck.   Pick-up van.

8  Q.   Pick-up van?

9  A.   Yes.

10 Q.   You take the blindfold off.   You're still in the van?

11 A.   Yes.

12 Q.   Charles Taylor, the President, comes out of his house to

13 see you?

14 A.   Yes.

15 Q.   What time is it?

16 A.   It was in the night.

17 Q.   In the night?

18 A.   Yes.

19 Q.   So it's dark outside?

20 A.   Yes.

21 Q.   Was -- could you see the President well?

22 A.   Yes.

23 Q.   Because there were lights on or --

24 A.   There were lights on in the compound.

25 Q.   Lots of lights on?

**October 2, 2008**

## Turay - Cross

1  A.  Yes.

2  Q.  Who else was there with the President?

3  A.  A man I learned to know later, the Defense Minister.

4  Q.  Daniel Chea?

5  A.  Chuckie was there and Compari.

6  Q.  Who was there?

7  A.  Chuckie and Compari.

8  Q.  Chuckie and Compari?

9  A.  The Demons guys around us.

10  Q.  The ATU guys?

11  A.  The ATU guys.

12  Q.  The President comes out and says what to you?

13  A.  He asked --

14  Q.  What?

15  A.  -- if we were the rebels that attacked Voinjama or if we

16  were the Kamajors sent to overthrow his government.

17  Q.  He accused you of being a Kamajors?

18  A.  Yes.

19  Q.  He didn't accuse you of being a member of LURD?

20  A.  If we are the rebels that attacked Voinjama.

21  Q.  The rapists?

22  A.  Yes.

23  Q.  That attacked Voinjama?

24  A.  If we are the Kamajors sent from Sierra Leone to overthrow

25  his government.

**October 2, 2008**

**Turay - Cross**

1   Q.   Did he ask anything else?

2   A.   No.

3   Q.   Did he ask you to fight for him?

4   A.   No.

5   Q.   Did he interrogate you?

6   A.   No.

7   Q.   Did he ask if you knew anything about the Kamajors?

8   A.   No.

9   Q.   So then what does he say?

10   A.   Yes.

11   Q.   What does Charles Taylor say then?

12   A.   Then he asked us again why didn't us wanted to go to fight

13   in Sierra Leone.

14   Q.   Oh, he did ask you if you wanted to go fight in Sierra

15   Leone?

16   A.   Why we don't want to go fight in Sierra Leone.

17   Q.   I thought you said he didn't ask you that.

18   A.   No.   He asked me that later.

19   Q.   Oh, he asked you that later?

20   A.   Yes, after he accused us.

21   Q.   No ATU soldier before this had asked you to go fight in

22   Sierra Leone?

23   A.   No.

24   Q.   But Charles Taylor did?

25   A.   Yes.

**October 2, 2008**

**Turay - Cross**

1   Q.   And what did you say?

2   A.   We said -- I said to him "I'm a refugee.   I don't want --

3        if you want, you can kill me.   You have your power today."

4            I was tired with life at that time.

5   Q.   So you told him to kill you?

6   A.   Yes.

7   Q.   What did he say?

8   A.   He said to his men to take us to the beach.

9   Q.   And bury you?

10  A.   And bury our heads.

11  Q.   Take you to the beach and hurry your heads?

12  A.   Yes.

13  Q.   He told -- who was it -- Daniel Chea to kill you?

14  A.   Not Daniel Chea.   He told the Demon soldiers.

15  Q.   To take you to the beach and bury your heads?

16  A.   Yes.

17  Q.   He said that to Mr. Jusu, too?

18  A.   Yes.

19  Q.   And said that to Mr. Conteh, too?

20  A.   Yes.

21  Q.   Those soldiers didn't take you to the beach to kill you.

22  A.   No, because of Daniel Chea.

23  Q.   Daniel Chea?

24  A.   The Defense Minister.

25  Q.   The Defense Minister took you somewhere else?

**October 2, 2008**

**Turay - Cross**

1  A.   He didn't took us somewhere else.   He offered the

2  statement.   That's why he took us somewhere else.

3  Q.   He did what?

4  A.   Offered the statement.

5  Q.   What do you mean by that?

6  A.   That they should keep us.   They need more information from

7  us.

8  Q.   So Charles Taylor said to kill you?

9  A.   Yes.

10  Q.   And Daniel Chea disobeyed that order?

11  A.   No, because he was the Defense Minister.   He said they

12  should keep us.   They need more information from us.

13  Q.   They need to interrogate you?

14  A.   Yes.

15  Q.   Even though Charles Taylor said "Kill him," the Defense

16  Minister said "No, let's interrogate him"?

17  A.   Yes.

18  Q.   Did he say that to Charles Taylor?

19  A.   He said that in front of Charles Taylor.

20  Q.   What did Charles Taylor say?

21  A.   He didn't say anything.

22  Q.   He turned his back and walked away?

23  A.   Yes.

24  Q.   But Daniel Chea didn't interrogate you, did he?

25  A.   No.

**October 2, 2008**

**Turay - Cross**

1    Q.   They just took you to a jail?

2    A.   He didn't took us.   The Demons took us to the jail.

3    Q.   The Demons took you to the jail?

4    A.   Yes.

5    Q.   And they tried to put you -- was that when you went to the

6    Barclay Training Center?

7    A.   Yes.

8    Q.   The Barclay Training Center wouldn't accept you?

9    A.   Yes, they didn't want to accept us.

10   Q.   And there was a fight?

11   A.   Yes.

12   Q.   Between the ATU soldiers --

13   A.   Yes.

14   Q.   -- and the people at the prison?

15   A.   Yes.

16   Q.   Like a physical fight?

17   A.   The commander.

18   Q.   The commander?

19   A.   The military commander that night on duty.

20   Q.   At the prison?

21   A.   Yes.

22   Q.   Got in a fight with ATU soldiers?

23   A.   Not fight.   They beat him

24   Q.   They beat him?

25   A.   Yes.

**October 2, 2008**

## Turay - Cross

1  Q.   The ATU soldiers beat him?

2  A.   Yes.

3  Q.   So that you could be put in jail there?

4  A.   Yeah, because he refuse to put us in jail.

5  Q.   And then after they beat you, he put you in jail?

6  A.   The other civil workers --  I don't know -- they put us to

7  jail.

8  Q.   The commander of the Barclay Training Center, what was his

9  name?

10  A.   I don't know.

11  Q.   Were there other guards at the Barclay Training Center that

12  saw the fight?

13  A.   Yes.   They run away from the station.

14  Q.   There were other guards at the Barclay Training Center that

15  saw you in prison?

16  A.   Yes.

17  Q.   How long were you kept at the Barclay Training Center?

18  A.   Pardon?

19  Q.   How long were you kept at the Barclay Training Center?

20  A.   I was there almost a month.

21  Q.   Almost a month?

22  A.   Yes.

23  Q.   So how many other prisoners were in the cell with you?

24  A.   There were many.

25  Q.   Many?

## Turay - Cross

1   A.   Yes.

2   Q.   Mr. Conteh, was he in the cell with you?

3   A.   Yes.

4   Q.   And Mr. Jusu, was he in the cell with you?

5   A.   Yes.

6   Q.   And when you say "many," are we talking about a dozen other

7   prisoners, 20, 30?  How many?

8   A.   More than 20.

9   Q.   More than 20 prisoners?

10  A.   Yes.

11  Q.   In the same cell with you for a month.  Right?

12  A.   Almost.

13  Q.   Almost a month?

14  A.   Almost a month.

15  Q.   And, so, do you remember any of those prisoners that were

16  in the cell with you, the names?

17  A.   No.

18  Q.   How about the police officers that ran the Barclay Training

19  Center do you remember any of their names?

20  A.   No.

21  Q.   None of them?

22  A.   No.

23  Q.   Not even their first names?

24  A.   No.

25  Q.   Who saw you at the Barclay Training Center other than

**October 2, 2008**

## Turay - Cross

1 prison guards and other prisoners and Mr. Jusu and Mr. Conteh?

2 Did anybody else see you at the Barclay Training Center?

3 A.   After they took us to the hospital.

4 Q.   Nobody else saw you in the jail cell?

5 A.   No.

6 Q.   And they took you to the hospital?

7 A.   Yes.

8 Q.   And you walked to the hospital, you said?

9 A.   Yes.

10 Q.   And did they put you in a room in the hospital?

11 A.   No.

12 Q.   No.

13      Where were you in the hospital?

14 A.   Went right to the nurses.

15 Q.   Right to the nurses?

16 A.   Yes.

17 Q.   And you went, Mr. Conteh and Mr. Jusu all walked and went

18 to the nurses?

19 A.   Yes.

20 Q.   Did you stay in this hospital for a while?

21 A.   No, just for a few, few -- maybe an hour.

22 Q.   One hour you were there?

23 A.   Yes.

24 Q.   And who saw you at this hospital?

25 A.   A friend who was living in Voinjama, an AFL soldier.

**October 2, 2008**

## Turay - Cross

1    Q.   What's his name?

2    A.   WD Kollie.

3    Q.   You said he's an AFL soldier?

4    A.   Yes.

5    Q.   Did you speak with him?

6    A.   No.

7    Q.   Did you see him in the hospital or the walk to the

8    hospital?

9    A.   We see him when we were coming to the hospital.

10   Q.   Have you seen that man since that day?

11   A.   No.

12   Q.   Did anybody else see you in the hospital?

13   A.   No.

14   Q.   Did a doctor see you?

15   A.   Yes, doctors and there were other people in the hospital

16   that saw us.

17   Q.   How many, how many medical personnel assisted you that day?

18   A.   It was only one.

19   Q.   One.

20            A doctor?

21   A.   Yes -- I don't know whether he was doctor or not.

22   Q.   You didn't see anybody else?  No other nurses or anything?

23   A.   No.   There were nurses working in the hospital, many

24   nurses.

25   Q.   What's this doctor's name?

**October 2, 2008**

## Turay - Cross

1   A.   I don't know.

2   Q.   You don't remember the doctor's name?

3   A.   No.

4   Q.   And you're in the hospital for one hour?

5   A.   Yes.

6   Q.   And then what happened?  Where did they take you then?

7   A.   They took us back to the jail.

8   Q.   Back to the jail?

9   A.   Yes.

10  Q.   Back to the same cell?

11  A.   Yes.

12  Q.   Mr. Conteh is still with you?

13  A.   Yes.

14  Q.   Mr. Jusu is still with you?

15  A.   Yes.

16  Q.   And a lot of other prisoners in the cell?

17  A.   Yes.

18  Q.   How much longer were you in that cell after the hospital

19  visit?

20  A.   I was there until the day Carolyn came and free me from

21  jail.

22  Q.   Carolyn, that's the United Nations worker?

23  A.   Yes.

24  Q.   I think you called her a protection officer?

25  A.   Yes.

**October 2, 2008**

**Turay - Cross**

1   Q.   She came and visited you at the jail?

2   A.   She didn't visit me.   The assistant protection officer

3   visit me at the jail.

4   Q.   What's his name again?

5   A.   Mr. Mulbah.

6   Q.   Mulbah?

7   A.   Yes.

8   Q.   Ms. Van Buren never saw you in the jail cell?

9   A.   Pardon?

10  Q.   Ms. Van Buren never saw you in the jail cell?

11  A.   No.

12  Q.   Just Mr. Mulbah?

13  A.   Yes.

14  Q.   He came and spoke with you?

15  A.   Yes.

16  Q.   He took your information?

17  A.   Yes.

18  Q.   You told him you were a refugee from Sierra Leone?

19  A.   He didn't conclude it.   He say he's going to cross-check.

20  Q.   You told him you were a refugee from Sierra Leone?

21  A.   Yes.

22  Q.   And you had, you had registered in the camp in northern

23  Liberia?

24  A.   Yes.

25  Q.   He took other information from you.   Right?

**October 2, 2008**

**Turay - Cross**

1   A.   Yes.

2   Q.   Your date of birth?

3   A.   Yes.

4   Q.   Information about your family?

5   A.   Yes.   No information about my family.   Just took my name

6   and date of birth.

7   Q.   Just your name?

8   A.   Yes.

9   Q.   And your date of birth?

10   A.   Yes.

11   Q.   And he didn't do any other interview about you?

12   A.   No.

13   Q.   Did he ask you what happened to you?

14   A.   No.

15   Q.   No?

16   A.   No.

17   Q.   He just said -- you just told him "I'm a refugee from

18        Sierra Leone"?

19   A.   Yes.

20   Q.   Your name and my date of birth and then he left?

21   A.   Yes.

22   Q.   And when was the next time you saw him?

23   A.   I didn't saw him again.

24   Q.   You never saw him again?

25   A.   No, until when I went to the UNHCR office.

**October 2, 2008**

## Turay - Cross

1   Q.   When was that?

2   A.   When I was freed.

3   Q.   You didn't see him again when you got out of the jail cell?

4   A.   Yes.

5   Q.   You went to that office?

6   A.   Yes.

7   Q.   I guess at some point Mrs. Van Buren comes to the jail to

8   get you out.  Is that correct?

9   A.   Not directly to the jail.  She was to the Defense

10   Minister's office.

11   Q.   She went to the Defense Minister's office?

12   A.   Yes.

13   Q.   You saw that?

14   A.   Yes.

15   Q.   You saw that from your jail cell?

16   A.   No.  They took us from the jail to the Defense Minister's

17   office.

18   Q.   Who is "us"?

19   A.   Me, Sulaiman and Conteh.

20   Q.   That's it?

21   A.   Yes.

22   Q.   Who else was in the office with Ms. Van Buren and Daniel

23   Chea?

24   A.   We just met two of them.  The MP march us to the office.

25   Q.   One MP?

**October 2, 2008**

## Turay - Cross

1   A.   Yes.

2   Q.   You, the MP, Ms. Van Buren, Mr. Jusu, Mr. Conteh and Daniel

3   Chea?

4   A.   Yes.

5   Q.   Anybody else?

6   A.   The MP left later.  Not anybody else.

7   Q.   The MP left?

8   A.   Yes.

9   Q.   That's when Ms. Van Buren starts asking for your release.

10  Right?

11  A.   She didn't ask for our release.  She was very angry.

12  Q.   She was angry?

13  A.   Yes.

14  Q.   She was yelling at Daniel Chea --

15  A.   Yes.

16  Q.   -- the Defense Minister?

17  A.   Yes.

18  Q.   Daniel Chea is the man who when Charles Taylor said "Take

19       them to the beach and bury their heads," Daniel Chea is the

20  man who said "No, let's interrogate them"?

21  A.   Yes.

22  Q.   He disagreed with the President?

23  A.   Yes.

24  Q.   He's the Defense Minister of the country?

25  A.   Yes.

**October 2, 2008**

## Turay - Cross

1  Q.  This Ms. Van Buren got angry at him?

2  A.  Yes.

3  Q.  Was she yelling at him?

4  A.  She was angry.  She said "Look at them  Look at the guys.

5      What have you guys done to them?"

6  Q.  I think you stated Mr. Chea, the Defense Minister --

7  A.  Yes.

8  Q.  -- begged her not to tell anybody"?

9  A.  Not to take action.

10  Q.  Not to take action?

11  A.  Yes.

12  Q.  In fact, you said he got down on his knees and begged her?

13  A.  Yes.

14         MR. WYLIE:  Your Honor, permission to have him come

15  out and demonstrate how Mr. Chea got on his knees.

16         THE COURT:  You may.

17  BY MR. WYLIE:

18  Q.  Come on and show us how Daniel Chea, the Defense Minister,

19  got down on his knees.

20  A.  (Complied.)

21         Right in his office, he got out of his chair and

22  begged like this, begging, "Please."

23  Q.  He had his hands like this?

24  A.  Yes.

25  Q.  This is the Defense Minister?

**October 2, 2008**

**Turay - Cross**

1   A.   Yes.

2   Q.   He's begging her, "Please don't take action"?

3   A.   Yes.

4   Q.   Thank you.   You may be seated.

5   A.   (Complied)

6   Q.   You're released from the jail cell?

7   A.   After.

8   Q.   Where did you go then?

9   A.   They took us to Greystone Clinic.

10  Q.   How long were you at Greystone Clinic?

11  A.   We were there almost two or three weeks.

12  Q.   You, Mr. Jusu, Mr. Conteh were all at Greystone Clinic?

13  A.   Yes.

14  Q.   Did you see a doctor at Greystone Clinic?

15  A.   Yes.

16  Q.   How many doctors?

17  A.   Two different doctors.

18  Q.   Did you see any nurses?

19  A.   Yes.

20  Q.   How many nurses did you see?

21  A.   There were nurses there.

22  Q.   Lots of nurses?

23  A.   Yeah.

24  Q.   Do you remember the doctor's names?

25  A.   One of them

**October 2, 2008**

Turay - Cross

1   Q.   What's his name?

2   A.   Mr. Mansalay.

3   Q.   Anybody else?

4   A.   The other doctor, I forgot the name.

5   Q.   How about the nurses?  Do you remember their names?

6   A.   No.

7   Q.   Is there anybody else that saw you in the Greystone Clinic

8   that you remember their names?

9   A.   Only my family members who had come there to pay visit.

10  Q.   Your family came and visit?

11  A.   Yes.

12  Q.   Who?

13  A.   My brothers, my cousins.

14  Q.   The brothers and cousins that you had, that stayed in

15  Voinjama, they came down to Monrovia?

16  A.   Yes.

17  Q.   And they came and visited you in the hospital?

18  A.   Yes.  They were happy to even take me back to bathe me and

19  other things because my hand was paralyzed.

20  Q.   How long did you say you were in Greystone?

21  A.   Two, three weeks.

22  Q.   And then you were released?

23  A.   We were taken to Samukai Refugee Camp.

24  Q.   Where is Samukai Refugee Camp?

25  A.   Outside of Monrovia.

October 2, 2008

Turay - Cross

1   Q.   How long a drive was that?

2   A.   I think it's about 45 minutes.

3   Q.   How did you travel?

4   A.   With a U.N. vehicle.

5   Q.   In a U.N. vehicle?

6   A.   Yes.

7   Q.   Was pit a truck?

8   A.   Pardon?

9   Q.   Was it a truck?

10  A.   No, U.N. vehicle, van.

11  Q.   A van?

12  A.   Yes.

13  Q.   It was you?

14  A.   Yes.

15  Q.   Mr. Conteh?

16  A.   Yes.

17  Q.   Mr. Jusu?

18  A.   Yes.

19  Q.   And a driver?

20  A.   Yes.

21  Q.   Anybody else?

22  A.   And Carolyn.

23  Q.   And Carolyn?

24  A.   Yes.

25  Q.   All of them?

October 2, 2008

## Turay - Cross

1   A.   Yes.

2   Q.   They drove you to the Samukai Refugee Camp?

3   A.   Yes.

4   Q.   Was anybody else there?

5   A.   When?

6   Q.   In the car with you on the ride to the Samukai Refugee

7   Camp.

8   A.   Yes.

9   Q.   Do you know the driver's name?

10  A.   The driver was a Guinean, yes, Pakosi.

11  Q.   Pakosi?

12  A.   Pakosi, yeah.

13  Q.   How long were you in the Samukai Refugee Camp?

14  A.   In the clinic, in the camp, for almost two months.  I was

15  in the camp until I left for Sweden.

16  Q.   That was about two months?

17  A.   No.

18  Q.   How long?

19  A.   I don't remember exactly.

20  Q.   A couple of days?  A couple of weeks?

21  A.   A couple of months.

22  Q.   A couple of months you were there?

23  A.   Yes.

24  Q.   You were there with Mr. Jusu?

25  A.   Yes.

**October 2, 2008**

## Turay - Cross

1    Q.   You were there with Mr. Conteh?

2    A.   Yes.

3    Q.   In fact, some of Mr. Jusu's family was there.   Right?

4    A.   Yes.

5    Q.   His sister?

6    A.   No, his brother.

7    Q.   His brother was there?

8    A.   Yes.

9    Q.   That was just a coincidence Mr. Jusu happened to meet his

10   brother in this refugee camp?

11   A.   Yes.

12   Q.   His brother had not traveled with you from the bridge to

13   the police station to the training base?

14   A.   No.

15   Q.   Jusu's brother was not with you then?

16   A.   No.

17   Q.   Wasn't Jusu's sister also in the camp with you?

18   A.   No.

19   Q.   No?

20   A.   No.   I don't know any sister for him

21   Q.   You don't know Jusu's sister?

22   A.   No.

23   Q.   Or his niece maybe?

24   A.   Yes, I know his niece.

25   Q.   The niece?

**Turay - Cross**

1  A.   Yes.

2  Q.   Was she there in the refugee camp?

3  A.   Yeah, she was in the camp.

4  Q.   Any other of Jusu's relatives?

5  A.   Yes.

6  Q.   Who else?

7  A.   His brother was there, his niece was there and the

8  brother's wife.

9  Q.   Brother's wife?

10 A.   Yeah.

11 Q.   What's her name?

12 A.   I don't know.  I don't remember.

13 Q.   You don't know Mr. Jusu's brother's wife's name?

14 A.   No.

15 Q.   What's his brother's name?

16 A.   I don't remember again.  I forgot his name.

17 Q.   What's his niece's name?

18 A.   His niece is Misu.

19 Q.   And didn't Mr. Jusu have any children?

20 A.   Yes.

21 Q.   And were they in the refugee camp?

22 A.   Yes.

23 Q.   How many children?

24 A.   I only knew Misu.

25 Q.   I thought you --

**October 2, 2008**

## Turay - Cross

1  A.   Which one you're talking about?

2  Q.   Does Mr. Jusu have any children?

3  A.   The one that got this problem with me.

4  Q.   No.  We'll get to that in a moment.  That's his niece,

5  isn't it, Musu?

6  A.   Yes.

7  Q.   I want to know if Mr. Jusu had any children in the refugee

8  camp.

9  A.   You mean Sulaiman Jusu?

10 Q.   Yes.

11 A.   Yes.

12 Q.   How many children?

13 A.   One.

14 Q.   What was that person's name?

15 A.   Musu, his daughter, and the niece also is Musu.

16 Q.   Okay.  I was confused.

17       There's a daughter named Musu?

18 A.   Yes.

19 Q.   How old was she?

20 A.   She was maybe one year or months.

21 Q.   One year old?

22 A.   Yes.

23 Q.   The niece, how old was she, Musu, the niece?

24 A.   She was maybe 20.

25 Q.   Okay.

**October 2, 2008**

## Turay - Cross

1    A.    I don't know exactly.

2    Q.    And any other relatives that Mr. Jusu had there?

3    A.    I don't know.

4    Q.    You said Mr. Jusu was a good friend of yours.   Right?

5    A.    Yes.

6    Q.    You spent a lot of time with him?

7    A.    Yes.

8    Q.    You have been through a lot with him?

9    A.    Yeah.

10   Q.    You don't remember if he had any other relatives there?

11   A.    Those are the only relatives I know for him

12   Q.    Misu -- his brother, Misu, the niece, Misu, the daughter,

13   and his brother, none of them were on this trip with you and

14   Mr. Conteh and Mr. Jusu from the checkpoint down to Monrovia.

15   Right?

16   A.    No.

17   Q.    They just met up with Mr. Jusu at the refugee camp?

18   A.    Yes, but the wife and the daughter was with the truck to

19   the checkpoint when they was arrested.

20   Q.    His brother was in the truck?

21   A.    No, his brother was in Monrovia.

22   Q.    But his wife and his niece?

23   A.    Not the niece.   Not the niece.   The wife and the daughter.

24   Q.    They were in the trip from Voinjama in the truck?

25   A.    Yes.

**October 2, 2008**

## Turay - Cross

1    Q.   But a different truck from you?

2    A.   Different, yes.

3    Q.   And who else did you meet at the Samukai Refugee Camp?

4    A.   Many Sierra Leonians.

5    Q.   There were many people there.   Right?

6    A.   Many people.

7    Q.   Hundreds of people there?

8    A.   Yes.

9    Q.   You were there for -- I'm sorry.   What did you say?   Two

10   months, approximately?

11   A.   More than two months.   I was there until I came to Sweden.

12   Q.   So like three months?

13   A.   Maybe more.

14   Q.   You were in the refugee camp for many months?

15   A.   Yes.

16   Q.   And there were hundreds of people there?

17   A.   Yes.

18   Q.   And other than the ones we have mentioned, Mr. Conteh,

19   Mr. Jusu and Mr. Jusu's relatives --

20   A.   Yes.

21   Q.   -- can you remember the name of anybody else you met in the

22   Samukai Refugee Camp?

23   A.   Yes.

24   Q.   Who?

25   A.   A best friend's name, Fobi.

## Turay - Cross

1    Q.   Fobi?

2    A.   Yes.

3    Q.   Is that a male or female?

4    A.   Male.

5    Q.   What's his last name?

6    A.   I don't know his last name.

7    Q.   Anybody else?

8    A.   I know Hawa.

9    Q.   Hawa?

10   A.   Yes.

11   Q.   Anybody else?

12   A.   Many people, but I don't remember their names.

13   Q.   You remember those two?

14   A.   Those two.

15   Q.   Okay.

16        At some point -- strike that.

17        While you were at the refugee camp, does Mr. Milbah

18   come and see you?

19   A.   No.

20   Q.   Does Ms. Van Buren come and see you?

21   A.   Yes.

22   Q.   She's arranging for you to leave Liberia.  Is that correct?

23   A.   Yes.

24   Q.   So does she take information from you?

25   A.   Yes.

**October 2, 2008**

**Turay - Cross**

1   Q.   She asked you about your family?

2   A.   She didn't do that directly.

3   Q.   Who did?

4   A.   Mr. Mulbah.

5   Q.   Mr. Mulbah?

6   A.   Yes.

7   Q.   He asked you about your family?

8   A.   Yes.

9   Q.   He told you he was going to try to get you to Sweden.

10  Right?

11  A.   Not to Sweden.

12  Q.   Somewhere?

13  A.   Somewhere.

14  Q.   Somewhere out of Liberia?

15  A.   Yes.

16  Q.   So, he asked you questions.  Right?

17  A.   Yes.

18  Q.   So when you end up in Sweden, you get there and you go to

19  the doctor.  Right?

20  A.   Yes.

21  Q.   And you said you don't remember that you had malaria?

22  A.   No.

23  Q.   But you were sick?

24  A.   Yes.

25  Q.   And did you go to the same doctor all the time in Sweden?

**Turay - Cross**

1  A.   Yes.

2  Q.   And I want to talk to you about the problem you had in

3  Sweden when you got beat up.

4  A.   Yes.

5  Q.   I think you testified yesterday that there were -- you

6  didn't know how many men beat you.   Right?

7  A.   Yes.

8  Q.   You said -- did you remember --  I can't remember.   How

9  many did you end up saying?  You couldn't remember at all or

10  was it two or --

11  A.   Maybe two.

12  Q.   Maybe two?

13  A.   Yeah.

14  Q.   Do you remember telling that doctor in Sweden or a nurse in

15  Sweden, some medical person, that you were beaten by over 20

16  Swedish boys?

17  A.   I don't remember that.

18  Q.   You don't remember that?

19  A.   No.

20  Q.   You would agree with me that 20 Swedish boys is much

21  different than two.   Right?

22  A.   Yes.

23  Q.   And you had a friend there.   Right?

24  A.   Yes.

25  Q.   And those Swedish boys gave you a number of kicks on the

**October 2, 2008**

**Turay - Cross**

1  side of your trunk and a number of fist hits to the head,

2  including your eyes?

3  A.   Yes.

4  Q.   Did they punch you in the forehead?

5  A.   Yes.

6  Q.   All of the head they punched you?

7  A.   I don't remember.

8  Q.   You don't remember at all?

9  A.   I don't remember again, no.

10  Q.   But you do remember getting kicked in the ribs?

11  A.   I remember I was in a fight with these Swedish guys.

12  Q.   And you got hit a lot?

13  A.   I don't remember again.

14  Q.   You don't remember?

15  A.   No.  It was a long time.

16  Q.   But it was more recent than the things you say Chuckie did

17  to you.  Right?

18  A.   Yes.

19  Q.   It was when you were in Sweden that this happened?

20  A.   Yes.

21  Q.   Now, I want to take you back a moment to back when you were

22  in Voinjama.  Voinjama is a big city.  Correct?

23  A.   Yes.

24  Q.   Do you know how many people live there?

25  A.   No.

**October 2, 2008**

## Turay - Cross

1  Q.   During this time there's a war.   A lot of people live

2  there.   People have fled there?

3  A.   Yes.

4  Q.   You stated yesterday you met Chuckie in Voinjama twice?

5  A.   Yes.

6  Q.   And who was present at the first meeting?

7  A.   Victor was there.

8  Q.   Victor?

9  A.   Yeah.

10  Q.   Is that the Sierra Leonian?

11  A.   Sierra Leonian.

12  Q.   He is a commander?

13  A.   He is a commander, RUF commander.

14  Q.   He is a big person in the Sierra Leonian Army?

15  A.   In the rebel army.

16  Q.   He is a big person with the rebels?

17  A.   Yes.

18  Q.   So Victor is there?   Chuckie is there?

19  A.   Yes.

20  Q.   And who else?

21  A.   With other Sierra Leonian rebels and some ATUs.

22  Q.   ATU soldiers?

23  A.   Yes.

24  Q.   Chuckie, Sierra Leonian rebels --

25  A.   Yeah.

**October 2, 2008**

**Turay - Cross**

1  Q.  -- Victor --

2  A.  Yeah.

3  Q.  -- and you?

4  A.  Yes.

5  Q.  Anybody else?

6  A.  Yes, Sierra Leonian refugees.

7  Q.  How many refugees?

8  A.  Many.  More than maybe 30.

9  Q.  How did they find you?

10  A.  Well --

11  Q.  Did they go into the Mandingo Quarter and pull you out of

12  your house?

13  A.  No.

14        MS. ROCHLIN:  Objection.  I would ask counsel not to

15  talk over the witness' answer.

16        THE COURT:  Sustained.

17        If you could wait for an answer so Barbara can take

18  each statement down.

19        MR. WYLIE:  I apologize.

20  BY MR. WYLIE:

21  Q.  Did they go to the Mandingo Quarter to get you?

22  A.  No.

23  Q.  Where did they find you?

24  A.  Victor -- everywhere we go and drink palm wine.  Victor

25  meet us and said they want to talk with us.

**October 2, 2008**

## Turay - Cross

1   Q.   The leader of the rebels in Sierra Leone said they want to

2   talk with you?

3   A.   Not with me, Sierra Leonian refugees.

4   Q.   You were drinking with other Sierra Leonian refugees?

5   A.   Yes.

6   Q.   And the leader of the Sierra Leone rebel faction said "I

7        want to speak with you, gentlemen"?

8   A.   "I want to have meeting with you, gentlemen."

9   Q.   How many people did he say that to?

10  A.   We were many, six, seven.

11  Q.   Six or seven?

12  A.   Yeah.

13  Q.   And when did the meeting take place?  Immediately?

14  A.   No.

15  Q.   When?

16  A.   The next day.

17  Q.   The next day?

18  A.   Yes.

19  Q.   How many people showed up at that meeting?  How many

20  refugees?

21  A.   Maybe 25 or 30.

22  Q.   You went out and found more people?

23  A.   Not me.   I was given message and the others were given

24  message.

25  Q.   So the leader of the rebel army in Sierra Leone asked you

**October 2, 2008**

## Turay - Cross

1   to go recruit people to come to a meeting the next day?

2   A.   Not to recruit.   To give message that he wants to talk with

3   we, the refugees.

4   Q.   You did that for him?

5   A.   Yes.

6   Q.   You knew he was a soldier.   Right?

7   A.   He was not a soldier.

8   Q.   You didn't know he was a soldier?

9   A.   He was a rebel commander.

10  Q.   Rebel commander?

11  A.   Yeah.

12  Q.   He's a soldier.

13  A.   Okay.

14  Q.   He's a general?

15  A.   Okay.

16  Q.   He's in charge of an army.   Right?

17  A.   If you say so.

18  Q.   Well, I don't want to put words in your mouth.   You say he

19  was not a soldier?

20  A.   He is a rebel.

21  Q.   He is a rebel.   Okay.   He is the head of the rebels?

22  A.   Yes.

23  Q.   Does he have a gun?

24  A.   No.

25  Q.   He didn't have a gun?

**October 2, 2008**

## Turay - Cross

1  A.   No.

2  Q.   So the head of the rebels has a meeting, says he wants to

3  have a meeting with you.   Does he tell you what the meeting is

4  about?

5  A.   No, until when we get there.

6  Q.   But you had an idea what was it about.   Right?

7  A.   I don't have any idea.

8  Q.   Well, he's the leader of a rebel faction.

9  A.   Yes.

10  Q.   Did he tell you to bring any women?

11  A.   No.

12  Q.   Did he tell you to bring any old men?

13  A.   No.

14  Q.   Did he tell you "Pass the message to young men"?

15  A.   He just say he wants to talk with refugees.

16  Q.   Where was the meeting held?

17  A.   The meeting was held in Voinjama.

18  Q.   Where?

19  A.   Towards the barracks.

20  Q.   Towards the barracks?

21  A.   Yes.

22  Q.   How did you get there?

23  A.   We walked.

24  Q.   You get to the meeting and Chuckie is there and ATU

25  soldiers are there?

**October 2, 2008**

**Turay - Cross**

1  A.  Yes.

2  Q.  Chuckie says "Fight for me"?

3  A.  He didn't say anything at that meeting.

4  Q.  He didn't say anything at the meeting?

5  A.  No.

6  Q.  He was there, though?

7  A.  Yes.

8  Q.  Did he see you?

9  A.  I don't know if he see me, but I was in the meeting.

10  Q.  Who talked at the meeting?  It was the leader, Victor?

11  A.  Victor.

12  Q.  Victor spoke?

13  A.  Yes.

14  Q.  And Chuckie was there?

15  A.  Yes.

16  Q.  Victor said "I want you to fight for me and I'll give you

17      $500"?

18  A.  Yes.

19  Q.  And you refused?

20  A.  Yes.

21  Q.  Did Victor beat you?

22  A.  No.

23  Q.  Did Chuckie have a gun that day?

24  A.  Yes.

25  Q.  Did Chuckie beat you?

**October 2, 2008**

Turay - Cross

1  A.   No.

2  Q.   Did anybody pull a gun on you?

3  A.   No.

4  Q.   Did anybody kidnap you?

5  A.   No.

6  Q.   They just let you go?

7  A.   Yes.

8  Q.   They said "I'll give you $500 if you fight"?

9  A.   Yes.

10  Q.   You said "No"?

11  A.   Yes.

12  Q.   They let you go?

13  A.   Yes.

14  Q.   This happened a second time.  Right?

15  A.   Yes.

16  Q.   When was the first meeting, by the way?

17  A.   Pardon?

18  Q.   When was the first meeting?

19  A.   I don't remember now the day or month even.

20  Q.   You don't remember the day or the month?

21  A.   No.

22  Q.   Do you remember the year?

23  A.   It was '98.

24  Q.   '98?

25  A.   Yes.

**Turay - Cross**

1   Q.   Sure about that?

2   A.   Yes.

3   Q.   Now, that's the first meeting.  How much longer was it

4   until there was a second meeting?

5   A.   Not too long.

6   Q.   Like what?  A couple of days?  A couple of weeks?

7   A.   Maybe a couple of months.

8   Q.   A couple of months later?

9   A.   Yeah.

10  Q.   Victor comes to you again?

11  A.   Yes.

12  Q.   Did he go to the same drinking place you were at with your

13  friends?

14  A.   No.

15  Q.   Did he go to your house?

16  A.   No.

17  Q.   How did Victor find you?  He saw you walking down the

18  street?

19  A.   This time we met in the center of Voinjama.

20  Q.   In the center of Voinjama?

21  A.   Yes.

22  Q.   What were you doing in the center of Voinjama?

23  A.   It's a center everyone goes to sit down.

24  Q.   Victor just happened to see you sitting in the center of

25  Voinjama?

**October 2, 2008**

## Turay - Cross

1  A.   Yes.

2  Q.   He said "I want to meet you again"?

3  A.   Not with me.   With everyone.

4  Q.   Including you?

5  A.   Yes.

6  Q.   This second meeting, where did that happen?

7  A.   It took place right in the center.

8  Q.   Was it right there?

9  A.   Yes.

10  Q.   So when Victor came up, Chuckie was with him?

11  A.   Yes, he was.

12  Q.   Did Chuckie say anything at this time?

13  A.   No.

14  Q.   So you -- so you've never heard Chuckie speak to this

15  point.   Right?

16  A.   No.

17  Q.   So Chuckie and Victor and some of their soldiers meet with

18  you in the center of Voinjama?

19  A.   Yes.

20  Q.   How many men did they meet with?

21  A.   I don't remember exactly how many.   It was not much people.

22  Q.   Do you remember any of the names of the men that met with

23  you?

24  A.   There were men, Sierra Leonians there.

25  Q.   Many?

**October 2, 2008**

## Turay - Cross

1    A.   Yes.

2    Q.   Was Jusu there?

3    A.   Jusu there.   Alberto was there.   Other Sierra Leonian guys.

4    Q.   Jusu and Conteh were there?

5    A.   I don't remember.

6    Q.   Jusu was there?

7    A.   Jusu was there.

8    Q.   Was Jusu at the first meeting?

9    A.   Yes.

10   Q.   Jusu saw Chuckie twice in Voinjama as well?

11   A.   I don't know if he see him

12   Q.   But he was at the meeting?

13   A.   Yeah.

14   Q.   So Victor again tells you "I want you to fight for my

15        rebellion"?

16   A.   Yes, that was the motive.

17   Q.   That's what Victor said?

18   A.   Yes.

19   Q.   "I'll give you $500"?

20   A.   Yes.

21   Q.   You refused again?

22   A.   Yes.

23   Q.   Victor, did he beat you?

24   A.   No.

25   Q.   Did he have a gun this day?

**October 2, 2008**

**Turay - Cross**

1    A.    No.

2    Q.    Did Chuckie have a gun?

3    A.    Yes.

4    Q.    Did Chuckie beat you?

5    A.    No.

6    Q.    Did Chuckie pull his gun out?

7    A.    No.

8    Q.    Were any of the men grabbed and taken away?

9    A.    No.

10   Q.    They just let you go?

11   A.    Yes.

12          THE COURT:   Why don't we take a morning recess, ladies

13   and gentlemen.   Don't discuss the case, please.   We'll take 10

14   minutes.

15          [The jury leaves the courtroom at 10:25 a.m.]

16          THE COURT:   The witness is excused.   We'll take 10

17   minutes.

18          Mr. Wylie, I understand the nature of

19   cross-examination, but you need to stop speaking over the

20   witness.   You need to take a deep breath before you speak

21   following the witness' statements so Barbara can catch up to

22   you, and there are a number of interruptions that are taking

23   place which the questioner may not realize, but we, as the

24   listeners, do.

25          I would ask you to slow down just a little bit.

**October 2, 2008**

## Turay - Cross

1          MR. WYLIE:   Thank you very much, Your Honor.   I

2     apologize.

3          THE COURT:   Thank you.

4           [There was a short recess at 10:26 a.m.]

5          MR. WYLIE:   Your Honor, before the jury comes back in,

6     I have a brief matter I'd like to take up.

7          THE COURT:   Sure.

8          Mr. Wylie had an issue he wanted to address before we

9     brought the jury back in.

10          MR. WYLIE:   Your Honor, this regards the 609 issue on

11     this witness' prior felony conviction.   I would like to cite

12     United States v. Burston, an 11th Circuit case, 159 Federal

13     3d --

14          THE COURT:   Just a second so I can look at it, unless

15     you have copies for the Court and the prosecution.

16          MR. WYLIE:   I do.

17          May I approach, Your Honor?

18          THE COURT:   Yes.   Do you have a copy for Ms. Rochlin?

19          MR. WYLIE:   Yes.

20          THE COURT:   What page or headnote.   8?

21          MR. WYLIE:   It's 5.   12.   I'm sorry.   Page 1335.

22          THE COURT:   Very good.

23          I'll hear from the Government.

24          MS. ROCHLIN:   Your Honor, the opinion states that --

25          THE COURT:   He can get into the nature of it is what

**October 2, 2008**

## Turay - Cross

1    it, basically, says.

2           MS. ROCHLIN:   I'm not going to dispute what's in the

3    opinion, but rule 609 itself, as this opinion acknowledges,

4    has, essentially, three requirements, that the conviction be a

5    felony, that the conviction is less than 10 years old.

6    Thirdly, that the conviction is being used to attack

7    credibility and then, additionally, the opinion addresses the

8    403 balancing analysis of whether there is substantial

9    prejudice, and what I would ask the Court to consider are the

10   following facts:  The conviction is a foreign conviction.  It

11   happened in Sweden and it was because Mr. Turay hit his child.

12          Now, the fact Mr. Turay hit his child in and of itself

13   says absolutely nothing about his credibility.  Mr. Turay went

14   to trial and was acquitted.  In Sweden, unlike here, the

15   prosecution has the option of appealing an acquittal and they

16   did.

17          On appeal, the Court made the determination that

18   Mr. Turay was, in fact, guilty and sentenced him to 75 hours of

19   community service, despite the fact that my research indicates

20   a greater penalty, in excess of one year, is possible for this

21   kind of offense in Sweden.

22          Now, I cannot tell the Court, I don't know if in

23   Sweden there is the kind of division between felonies and

24   misdemeanors that we have here in the United States or if in

25   Sweden this crime would be treated as a felony from their

**October 2, 2008**

## Turay - Cross

1  perspective.   It does allow for punishment in excess of one

2  year, but given that the nature of the crime itself it doesn't

3  go directly to credibility.

4          The fact that Mr. Turay may have hit his child I think

5  is prejudicial, doesn't give the jury any guidance with

6  credibility determinations and the nature of the offense, as

7  part of the standard rule 609 analysis, should not be elicited

8  in this proceeding.

9          THE COURT:   Mr. Wylie.

10          MR. WYLIE:   Your Honor, I think it's -- as the case

11  speaks, there are wide-ranging types of felonies.   Murder is

12  very different than other types of felonies and the jury is

13  left wondering and I think this case allows us to go into the

14  nature of it.

15          The Government can rehabilitate him on redirect if

16  they want and I think the jury is entitled to know what the

17  felony is for.   I don't intend to belabor the point, but I

18  would like the jury to know what the felony conviction is for.

19          THE COURT:   I will allow it.

20          Let's bring the jury in, please.

21          We need the witness.

22       [The jury returns to the courtroom at 10:47 a.m.]

23          THE COURT SECURITY OFFICER:   Your Honor, we're short

24  two.

25          THE COURT:   All right.

**October 2, 2008**

## Turay - Cross

1          Everyone please be seated.

2          [The jurors entered the courtroom at 10:48 a.m.]

3          THE COURT:   Please proceed.

4          MR. WYLIE:   Thank you, Your Honor.

5   BY MR. WYLIE:

6   Q.   Mr. Turay, you mentioned yesterday in your direct testimony

7   that you have been convicted of a crime in Sweden.   Is that

8   correct?

9   A.   Yes.

10  Q.   When was that?

11  A.   2005, August.

12  Q.   August of 2005.

13          And you were convicted of hitting your child.   Is that

14  correct?

15  A.   Yes.

16  Q.   And you were put on probation for two years and given 75

17  hours of community service?

18  A.   Yes.

19  Q.   Now, you also mentioned yesterday during your direct

20  testimony that while in the refugee camp you met Mr. Jusu's

21  niece, Mhamou.   Is that correct?

22  A.   Pardon?

23  Q.   While you were in the refugee camp, the Samukai Refugee

24  Camp, you met Mr. Jusu's niece Mhamu?

25  A.   Misu.

**October 2, 2008**

**Turay - Cross**

1  Q.   Msu.   I'm sorry.

2          Mr. Jusu suggested to you that you should pretend like

3  she was your wife so she could go to Sweden with you.   Is that

4  correct?

5  A.   Yes.

6  Q.   That was Mr. Jusu's idea?

7  A.   Yes.

8  Q.   Or did you come up with that idea together?

9  A.   (No response.)

10  Q.   Was it your idea only or Mr. Jusu's idea only?

11  A.   Both idea.

12  Q.   Both of you thought of this idea.   You said "We can pretend

13       like she's my wife and take her to Sweden with me."   Is

14  that correct?

15  A.   Yes.

16  Q.   But you already had a wife and kids.

17  A.   Yes.

18  Q.   These are the wife and kids who you left in Freetown,

19  Sierra Leone --

20  A.   Yes.

21  Q.   -- is that correct?

22          You were in Sierra Leone and the fighting broke out

23  and they were trapped there in Freetown.   Is that correct?

24  A.   Yes.

25  Q.   Did they have a cell phone?

**Turay - Cross**

1   A.   No.

2   Q.   Your wife and your child, they didn't have a cell phone?

3   A.   No.

4   Q.   Did her mom have a cell phone?

5   A.   No.

6   Q.   Any of her friends have a cell phone?

7   A.   No.

8   Q.   Any way to get in touch with them?

9   A.   No.

10   Q.   Did you try to get in touch with them?

11   A.   Yes.

12   Q.   You did try to get in touch with them?

13   A.   Yes.

14   Q.   Was it successful?

15   A.   No.

16   Q.   You forgot about them?

17   A.   No.

18   Q.   You took this new woman with as your wife?

19   A.   Yes.

20   Q.   You were intimate with this new woman?

21   A.   Yes.

22   Q.   In the Samukai Refugee Camp you were?

23   A.   Yes.

24   Q.   You told, you told Carolyn Van Buren that she was your

25   wife.   Correct?

**Turay - Cross**

1  A.  Yes.

2  Q.  So you lied to Ms. Van Buren?

3  A.  Yes.

4  Q.  You lied to the lady that was helping you get to Sweden.

5  Is that correct?

6  A.  Yes.

7  Q.  And you got to Sweden based on false statements.  Is that

8  correct?

9  A.  Yes.

10  Q.  And you lied to Mr. Milbah?

11  A.  Yes.

12  Q.  You told him that this was your wife.  Correct?

13  A.  Yes.

14  Q.  So you lied to get this lady into Sweden?

15  A.  Yes.

16  Q.  Was there anything else you lied about?

17  A.  No.

18  Q.  Did you take any children and say that they were yours?

19  A.  No.

20  Q.  No?

21  A.  No.

22  Q.  Just this woman?

23  A.  Yes.

24  Q.  And did you meet with the Swedish authorities?

25  A.  Pardon?

**October 2, 2008**

**Turay - Cross**

1  Q.   When you got to Sweden --

2  A.   Yes.

3  Q.   -- did you meet with the Swedish Immigration authorities?

4  A.   Yes.

5  Q.   And you spoke to them, obviously.   Right?

6  A.   Yes.

7  Q.   They asked questions to you?

8  A.   Yes.

9  Q.   They wrote it all down in the report.   Right?

10 A.   Yes.

11 Q.   And they're official people in Sweden, the Immigration

12 people.   Right?

13 A.   Yes.

14 Q.   You knew it was very important to give them accurate

15 information.   Right?

16 A.   Yes.

17 Q.   You knew they wanted you to be truthful?

18 A.   Yes.

19 Q.   And you lied to them   You told them Masu was your wife?

20 A.   Not to the Swedish authorities.

21 Q.   You didn't say that to the Swedish authorities?

22 A.   No.

23 Q.   They didn't ask you to fill out any paper when you entered

24 their country?

25 A.   I don't remember that.

**October 2, 2008**

**Turay - Cross**

1   Q.   You don't remember that?

2   A.   No.

3   Q.   You don't remember the Swedish authorities asking you about

4   your wife that you were bringing into Sweden?

5   A.   Yes.

6   Q.   They did ask you?

7   A.   Yes.

8   Q.   And you told them that that was your wife?

9   A.   Yes.

10  Q.   And that was a lie?

11  A.   Yes.

12  Q.   So you lied to the Swedish authorities to get her into the

13  country?

14  A.   Yes.

15  Q.   And you entered Sweden under lies.  Is that correct?

16  A.   Yes.

17  Q.   Now, there came a time you met with the Government about

18  what you were going to say here in court today.  Is that

19  correct?

20  A.   Yes.

21  Q.   I think September 28th of this year, just a few weeks ago,

22  you met with the Government.  Right?

23  A.   Yes.

24  Q.   And they asked you about lying to the Swedish authorities.

25  Right?

**October 2, 2008**

## Turay - Cross

1   A.   Yes.

2   Q.   And you told them first that it was your decision only.

3   Right?

4   A.   Yes.

5   Q.   But then you changed that story and said "No, no.   It's

6        what I said originally.   It was Jusu's idea."   Right?

7   A.   Yes.

8   Q.   So you lied to the Government?

9   A.   Yes.

10  Q.   So you lie -- you lied to help a friend.   Right?

11  A.   Yes.

12  Q.   And you lie when it helps you?

13  A.   Pardon?

14  Q.   And you lie, you're willing to lie when it helps you?

15  A.   Who?

16  Q.   You, sir.

17  A.   I don't understand that question.

18  Q.   You are willing to lie when it helps you.   Is that a fair

19  statement?

20  A.   Say it again.

21  Q.   You are willing to lie when it benefits you?

22  A.   When it benefits me?

23  Q.   Yeah.

24  A.   (No response.)

25  Q.   You told lies in this case to get what you wanted.   Right?

**October 2, 2008**

**Turay - Redirect**

1   A.   In this case?

2   Q.   Yes.

3   A.   I don't understand what you talking about.

4   Q.   You lied about your wife?

5   A.   Yes.

6   Q.   Your real wife and your children were still in Sierra

7   Leone.

8   A.   Yes.

9   Q.   And you took this new wife.   Correct?

10  A.   Yes.

11  Q.   And you told Ms. Van Buren --

12  A.   Yes.

13  Q.   -- that she was your wife.

14  A.   Yes.

15  Q.   You told Mr. Mulbah that she was your wife.

16  A.   Yes.

17  Q.   And you told the Swedish Immigration authorities she was

18  your wife?

19  A.   Yes.

20  Q.   So you lied?

21  A.   Yes.

22  Q.   You did that because it benefited you?

23  A.   Yes.

24          MR. WYLIE:   No further questions, Your Honor.

25                  REDIRECT EXAMINATION

**October 2, 2008**

## Turay - Redirect

1  [Beginning at 10:56 a.m., 10/2/08.]

2  BY MS. ROCHLIN:

3  Q.  Mr. Turay, at the time you told authorities that Musu was

4  your wife --

5  A.  Yes.

6  Q.  -- explain whether or not you knew your real wife was dead

7  or alive?

8  A.  I didn't knew really if she was alive or dead.

9  Q.  What did you believe?

10 A.  I got an information from someone that they have killed my

11 wife.

12 Q.  Now, even with that information, Mr. Turay, was it the

13 truth that Musu was your wife?

14 A.  No.

15 Q.  And are you admitting today that you lied about that?

16 A.  Yes, I lied about that.

17 Q.  And you've discussed this with the Government before.

18 Correct?

19 A.  Yes.

20 Q.  And when you discussed this with the Government, what has

21 the Government asked you to do?

22 A.  They asked me to write it on paper and present it to them,

23 that they would work on it.

24 Q.  Who asked you to put something on paper?

25         MR. WYLIE:  Objection.  Hearsay.

**October 2, 2008**

## Turay - Redirect

1  A.  The government.

2  Q.  Which government?

3  A.  In Sweden.

4  Q.  When you have met with people from the United States

5  Government discussing this case --

6  A.  Yes.

7  Q.  -- what has the Government asked you to do?

8  A.  To say the truth.

9  Q.  Mr. Turay, let me change the subject now.  I want to ask

10  you about some questions you answered concerning Voinjama.

11  A.  Yes.

12  Q.  Do you remember those questions from Mr. Wylie?

13  A.  Yes.

14  Q.  And Mr. Wylie asked you about a man named Victor.  Correct?

15  A.  Yes.

16  Q.  Now, who did Victor work for?

17  A.  Victor was the rebel commander in Sierra Leone.

18  Q.  For which group?

19  A.  RUF.

20  Q.  And the RUF, what was the RUF?

21  A.  The Revolutionary United Front.

22  Q.  Was the Revolutionary United Front siding with the

23  Government in Sierra Leone or was it a rebel group?

24  A.  At that time when I was in Voinjama, they was on side with

25  the government.

**October 2, 2008**

## Turay - Redirect

1  Q.   With the Sierra Leonian government?

2  A.   Yes, the Army.   Yes, the Sierra Leonian Army.

3  Q.   Who was the head of the RUF?

4  A.   It was the late Foday Sankoh.

5  Q.   Was Foday Sankoh the head of the RUF in 1998 and 1999 when

6  you were in Voinjama?

7  A.   No.

8  Q.   Who was head of the RUF then?

9  A.   I don't know exactly who was the head because Sankoh was

10  apprehended at that time.

11  Q.   What was Victor's position in the RUF?

12  A.   I don't know.

13  Q.   Where did Victor work for the RUF?

14  A.   Pardon?

15  Q.   Where did Victor work for the RUF?

16  A.   Sierra Leone.

17  Q.   Was Victor the commander of the entire RUF or part of it?

18  A.   Part of it.

19  Q.   He was an officer?

20  A.   He was a rebel officer.

21  Q.   Mr. Turay, to you is a soldier the same thing as a rebel?

22  A.   No.

23  Q.   What's the difference?

24  A.   A soldier is the government, working with the government,

25  and the rebels are the fighting against the Government.

## Turay - Redirect

1   Q.   Mr. Turay, you said the RUF was against the government in

2   Sierra Leone.   Is that correct?

3   A.   Yes.

4            MR. WYLIE:   Objection.   Leading.

5            THE COURT:   Sustained.

6   BY MS. ROCHLIN:

7   Q.   Mr. Turay, what government was the RUF working with?

8   A.   Say again.

9   Q.   Was there a government that the RUF was working with or

10  not?

11  A.   Yes, there was a government in Sierra Leone the RUF was

12  working together with.   It was the AFRC revolution.

13  Q.   Can you tell us whether or not there was any government

14  outside of Sierra Leone that the --

15            MR. WYLIE:   Objection.   Beyond the scope.

16            THE COURT:   Overruled.

17  BY MS. ROCHLIN:

18  Q.   Can you tell us whether or not there was any government

19  outside of Sierra Leone that the RUF was working with?

20  A.   Yes.

21            MR. WYLIE:   Objection.   Speculation.

22            THE COURT:   Overruled.

23  A.   Yes, there was a government.

24  Q.   Which Government was that?

25  A.   Charles Taylor's government.

**October 2, 2008**

## Turay - Redirect

1  Q.  Mr. Turay, you told us about the Kamajors.

2  A.  Yes.

3  Q.  Remind me, what were the Kamajors?

4  A.  Civil defense force.

5  Q.  In what country?

6  A.  In Sierra Leone.

7  Q.  And did the Kamajors side with the Government in Sierra

8  Leone or not?

9         MR. WYLIE:  Objection.  Beyond the scope.

10  Speculative.

11        THE COURT:  Overruled.

12  A.  Say again the question.

13  Q.  Okay.

14        In the war in Sierra Leone --

15  A.  Yes.

16  Q.  -- did the Kamajors side with the Sierra Leone government

17  or not?

18  A.  Yes, the Sierra Leone government.

19  Q.  And please explain were the Kamajors on the side of Charles

20  Taylor or not?

21  A.  No.

22  Q.  Mr. Turay, do you remember when Mr. Wylie asked you some

23  questions about the base at Gbatala?

24  A.  Yes.

25  Q.  And he asked you about the guards at Gbatala.  Do you

**October 2, 2008**

## Turay - Redirect

1    remember those questions?

2    A.   Yes, I do.

3    Q.   How did you know when the guards were close to your hole?

4    A.   I heard their footstep and you can hear them coming up and

5    down or they come closer to my hole where I was in and

6    punishing.  You hear all that crying.

7    Q.   When you were in the hole, were the guards usually quiet or

8    did the guards usually make sounds?

9    A.   They make sound.

10   Q.   Do you remember, Mr. Turay, when you were asked some

11   questions about Abdul Cole and the escape --

12   A.   Yes.

13   Q.   -- and what happened to Abdul Cole after the escape?  Do

14   you remember those questions?

15   A.   Yes.

16   Q.   Do you remember on cross-examination you mentioned --

17   strike that.

18          What was the reason why Abdul Cole was killed,

19   Mr. Turay.

20   A.   He was killed because he was picked by Chuckie and he said

21        "He is the head.  He is the oldest among the two who

22        escaped."

23   Q.   Why did it matter -- what was your understanding why it

24   mattered that Abdul Cole was the elder?

25   A.   Pardon?

**October 2, 2008**

## Turay - Redirect

1  Q.   Why did it matter that Abdul Cole was the elder, the older

2  man?

3  A.   I don't know.

4  Q.   Mr. Turay, when you left Gbatala Base, what was your

5  physical condition?

6  A.   I was not in good condition.

7  Q.   And why was that?

8  A.   I was almost out of my senses.  I didn't know really what

9  was going on with me, neither my friend I escaped with.  I was

10  without no senses at that time.

11  Q.   Mr. Turay, when you left Gbatala Base and you got to

12  Monrovia --

13  A.   Yes.

14  Q.   -- what condition was your body in?

15  A.   My body was damaged.

16  Q.   And how badly was your body damaged?

17  A.   Really bad.

18       My hands -- after I was free from jail, my left hand

19  was paralyzed for six months and I cannot do anything by

20  myself.  I have wounds all over my body.  So I was in bad

21  condition at that time.

22  Q.   What condition were you in when the soldiers took you to

23  the BTC prison?

24  A.   I was tired all over.  My body was rotting.  My sores were

25  smelling.  I was very bad wounds on my body.  The wounds,

**October 2, 2008**

## Turay - Redirect

1   plastic wounds.   I was smelly.

2   Q.   How badly did your wounds smell?

3   A.   It's really -- it's bad, really bad.

4   Q.   And when the soldiers brought the you to BTC, why didn't

5   the BTC commander want to let you in?

6   A.   Because our condition was bad and we already dead persons,

7   so he didn't want to take care of us.

8   Q.   Mr. Turay, have you received a subpoena to testify in this

9   case?

10   A.   Pardon?

11   Q.   Have you received a subpoena to testify in this case?

12   A.   Yes.

13   Q.   When did you get that?

14         MR. WYLIE:   Objection.   Beyond the scope.

15         THE COURT:   Overruled.

16   A.   Say again.

17   Q.   Mr. Turay, do you know what a subpoena is?

18   A.   No.

19   Q.   Mr. Turay, let me ask you about when you got to the

20   checkpoint.   When you got to the checkpoint, did you have a

21   watch on your arm?

22   A.   No.

23   Q.   And when you got to the checkpoint, were you interested in

24   learning the names of the people working there?

25   A.   No.

**October 2, 2008**

## Turay - Redirect

1    Q.   Did they come up and introduce themselves to you?

2    A.   No.

3    Q.   And when you were at the checkpoint and you were getting

4   beaten, how important to you was it what names people had?

5    A.   That wasn't important to me.

6    Q.   When you were put in the tabie position at the

7   checkpoint --

8    A.   Yeah.

9    Q.   -- how important was it what the names were of the people

10   who did that?

11    A.   It wasn't important for me.

12    Q.   When you were at the checkpoint getting hit with guns, how

13   important was it whose name it was who was hitting you?

14    A.   It was not important.

15    Q.   When you were at the checkpoint getting kicked with boots,

16   how important was it whose name it was?

17    A.   It wasn't important for me.

18    Q.   When the soldiers were punishing you --

19         MR. WYLIE:   Objection.   Leading.

20         MS. ROCHLIN:   I haven't finished the question.

21         THE COURT:   You may proceed.

22   BY MS. ROCHLIN:

23    Q.   When the soldiers were punishing you at the checkpoint,

24   what were you wearing?

25    A.   Nothing.   Just my underwear.

**October 2, 2008**

## Turay - Redirect

1  Q.   Nothing on your wrist?

2  A.   No.

3  Q.   And Mr. Turay, when you got to the police station --

4  A.   Yes.

5  Q.   -- and you were beaten at the Gbarnga Police Station --

6  A.   Yes.

7  Q.   -- did you care what time it was?

8  A.   No.

9  Q.   Did the soldiers who were beating you introduce themselves

10 to you?

11 A.   No.

12 Q.   When you were taken toe Gbatala Base and put in a hole, did

13 you care exactly what time it was?

14 A.   No.

15 Q.   And once you arrived at Gbatala Base, did the soldiers who

16 dropped the melted plastic on your body tell you their names?

17 A.   No.

18 Q.   How important was it what time it was when the plastic was

19 hitting your body?

20 A.   It was not important to me.  I couldn't remember the time.

21 Q.   When the soldiers were juking you, how important was it

22 what time it was?

23 A.   It was not important for me I know the time.

24 Q.   When the soldiers were stepping on your hands and your

25 fingers, how important was it what time it was?

**October 2, 2008**

## Turay - Redirect

1   A.   It was not important for me.   I didn't know the time.

2   Q.   After you escaped when Chuckie stabbed you with the bayonet

3   in your head, did pit matter to you what time it was?

4   A.   No.

5   Q.   When he stabbed you with the bayonet in your leg, did it

6   matter what time it was?

7   A.   No.

8   Q.   When you came back to the base and the ATU soldiers beat

9   you, did it matter what time it was?

10  A.   No.

11  Q.   Did it matter what their names were?

12  A.   No.

13  Q.   When the bottom of your feet were burned, did it matter

14  what time it was?

15  A.   No.

16  Q.   Did it matter who did it to you?

17  A.   No.

18  Q.   What mattered to you then, Mr. Turay?

19  A.   Only my life.   I was thinking just for my life, how to

20  survive.

21          MS. ROCHLIN:   If I can have a moment, Your Honor?

22  BY MS. ROCHLIN:

23  Q.   Mr. Turay, do you remember when Mr. Wylie asked you if you

24  got to Sweden based on false statements?

25  A.   Yes.

**October 2, 2008**

## Turay - Redirect

1  Q.   What were the false statements that you were talking about

2  in your answer?

3  A.   That I came with the lady that is not my wife.

4  Q.   And do you remember when Mr. Wylie asked if you entered

5  Sweden under lies?

6  A.   Yes.

7  Q.   What were the lies?

8  A.   That I lied to bring a woman that is not my wife.

9  Q.   Now, Mr. Wylie also asked you about your discussions with

10  Carolyn Van Buren.   Do you remember that?

11  A.   Yes.

12  Q.   When you met with Carolyn Van Buren, did you lie about what

13  happened to you?

14  A.   No.

15  Q.   Did you lie about who did things to you?

16  A.   No.

17  Q.   Did you lie when you said it was Chuckie who did things to

18  you?

19  A.   No.

20  Q.   When you met with Mr. Mulbah, did you lie about what

21  happened to you?

22  A.   No.

23  Q.   Did you lie about who did things to you?

24  A.   No.

25  Q.   When you spoke with Dr. Mansalay at Greystone Clinic and

**October 2, 2008**

## Turay - Recross

1  you told him what happened to you --

2  A.   Yes.

3  Q.   -- did you lie about what happened to you?

4  A.   No.

5          MS. ROCHLIN:   No further questions, Your Honor.

6          MR. WYLIE:   Your Honor, brief recross?

7          THE COURT:   You may.

8          MR. WYLIE:   Thank you.

9                  RECROSS EXAMINATION

10  [Beginning at 11:15 a.m., 10/2/08.]

11  BY MR. WYLIE:

12  Q.   Sir, you mentioned the Kamajors.

13  A.   Yes.

14  Q.   They're largely made up of the Mende tribe.   Correct?

15  A.   Pardon?

16  Q.   They are largely made up of the Mende tribe?

17  A.   It's a mix-up.

18  Q.   The Kamajors are mostly Mende?

19  A.   Yes.

20  Q.   And you're also Mende.   Is that correct?

21  A.   Yes.

22  Q.   Sir, you have a bullet wound, or -- excuse me -- a healed

23  bullet wound in your left calf.   Correct?

24  A.   Yes.

25          MS. ROCHLIN:   Objection.   Beyond the scope of

**October 2, 2008**

# Turay - Redirect

1    redirect.

2            THE COURT:   I will allow redirect.

3            You may proceed.

4    BY MR. WYLIE:

5    Q.   And that bullet wound happened in 1999, did it not?

6    A.   No.

7    Q.   When did it happen?

8    A.   1994.

9    Q.   1994?

10   A.   Yes.

11   Q.   How did you get that bullet wound?  As a soldier?

12   A.   It was an accident.

13   Q.   It was an accident.

14           Sir, isn't it true that you were fighting for the

15   Kamajors when you received that bullet wound?

16   A.   No.

17   Q.   Isn't it true you received that bullet wound in 1999?

18   A.   No.

19           MR. WYLIE:   No further questions.

20                    REDIRECT EXAMINATION

21   [Beginning at 11:17 a.m, 10/2/08.]

22   BY MS. ROCHLIN:

23   Q.   Mr. Turay, how did you get the bullet wound?

24   A.   I was traveling to the city and there was a rebel ambush.

25   That was the time I got shot from the car which I was sitting

**October 2, 2008**

## Jusu - Direct

1    on.

2    Q.   And when have you ever said that Chuckie was responsible

3    for that bullet wound?

4    A.   Never.

5             MS. ROCHLIN:   No further questions, Your Honor.

6             THE COURT:   Thank you.   You are excused.

7                [The witness was excused at 11:18 a.m]

8             THE COURT:   The Government's next witness, please.

9             MS. ROCHLIN:   May we have a moment, Your Honor?

10            Your Honor, the United States calls Sulaiman Jusu.

11

12       SULAIMAN SOLO JUSU, GOVERNMENT'S WITNESS, SWORN

13                   DIRECT EXAMINATION

14   [Beginning at 11:19 a.m]

15   BY MS. ROCHLIN:

16   Q.   Sir, please say your name out loud and spell it.

17   A.   Sulaiman Jusu, S-u-l-a-i-m-a-n, Sulaiman.   Solo,

18   S-o-l-o, Jusu, J-u-s-u, Sulaiman Solo Jusu.

19   Q.   Mr. Jusu, what country were you born in?

20   A.   Sierra Leone.

21   Q.   When were you born in Sierra Leone?

22   A.   I was born on (redacted) in Kenema, Sierra Leone.

23   Q.   And how far did you get in school, Mr. Jusu?

24   A.   I have my primary, secondary and some university education.

25   Q.   Did you go to primary and secondary school in Sierra Leone?

**October 2, 2008**

## Jusu - Direct

1  A.   Yes, ma'am, I did.

2  Q.   And eventually did you get a job and find work in Sierra

3  Leone?

4  A.   Yes, ma'am, I did.

5  Q.   What did you do for a living in Sierra Leone?

6  A.   In Sierra Leone I was a businessman.   I used to do

7  business, ma'am.

8  Q.   What kind of business did you do in Sierra Leone?

9  A.   I was doing mining.   Used to mine diamonds, buy and sell

10  goods.

11  Q.   What kinds of goods would you buy and sell?

12  A.   I would buy rice, diamonds and other small items.

13  Q.   Now, you also said you were involved in diamond mining.   Is

14  that right?

15  A.   Yes, ma'am.

16  Q.   Were you doing the mining yourself?

17  A.   I had people who were mining for me, ma'am.

18  Q.   How many people did you have mining for you?

19  A.   Well, sometimes I would have more than 10 people.

20  Q.   In Sierra Leone, did you have a family?

21  A.   Yes, ma'am.

22  Q.   Who was in your family?

23  A.   I have my wife and my children and I have my parents and my

24  brothers and sisters.

25  Q.   What's your wife's name?

**October 2, 2008**

## Jusu - Direct

1  A.   Her name is Isaatu Jusu, I-s-a-a-t-u, Isaatu.   J-u-s-u,

2  Jusu.

3  Q.   Where did you and your wife, Isaatu, live in Sierra Leone?

4  A.   We live in Kenema.

5  Q.   How long did you live in Kenema?  Until when?

6  A.   I have been in Kenema since I was small.

7  Q.   You've lived in Kenema since you were small?

8  A.   Yes, ma'am

9  Q.   Did a time come when you left Kenema?

10  A.   Yes, ma'am

11  Q.   When was that?

12  A.   It was in February of 1998.

13  Q.   What happened in February of 1998 that made you decide to

14  leave Kenema?

15  A.   There was war in Sierra Leone, ma'am, and in February there

16  was rumors of war and fighting.  There was rumors of war that

17  forced us to leave from there.

18  Q.   When you decided to leave from Kenema, who left with you?

19  A.   It was me, my wife and my three brothers.

20  Q.   And what are the names of your three brothers?

21  A.   Maada Jusu, M a-a-d-a, Jusu.  Yunisa, Y-u-n-i-s-a, Jusu and

22  John Jusu, J-o-h-n J-u-s-u.

23  Q.   Did your wife have family in Kenema?

24  A.   Yes, ma'am

25  Q.   Who was in your wife's family in Kenema?

## Jusu - Direct

1  A.   Apart from me and our kids, her mother, father and sister.

2  Q.   How many sisters does your wife have?

3  A.   She has two sisters and a brother.

4  Q.   And can you explain concerning the two sisters, were these

5  older sisters or younger sisters?

6  A.   My wife is a twin, ma'am  She has a twin partner,

7  Madina Koroma, M-a-d-i-n-a K-o-r-o-m-a, and her elder sister.

8  Q.   So when you left Kenema, did your wife's twin sister come

9  with you?

10  A.   Yes, ma'am  She later met us.

11  Q.   But at the moment you left, was she with you or not?

12  A.   No, ma'am, she was not.

13  Q.   When you left Kenema, where did you go?

14  A.   When I left Kenema, we came to Mano Junction.  We walk to

15  Mano Junction.  My wife was pregnant.  She was six, seven

16  months.  From there, we went to Sagbema, S-a-g-b-e-m-a.  From

17  Sagbema we went to Daru, D-a-r-u, Daru.

18  Q.   Now, all these places you have mentioned, Mano Junction,

19  Sagbema, Daru, what country are they in?

20  A.   It's in Sierra Leone, ma'am

21  Q.   Did you go anywhere after Daru?

22  A.   Yes, ma'am

23  Q.   After Daru, where did you go?

24  A.   After Daru, went to Bomaru.  Then across into Liberia.

25  Q.   You went to Bomaru and then into Liberia?

**October 2, 2008**

## Jusu - Direct

1  A.   Yes, ma'am

2  Q.   When you got to Liberia, where did you go?

3  A.   To Vahun, V-a-h-u-n.

4  Q.   Did you stay in Vahun or did you go some place else after

5  that?

6  A.   I was in Vahun probably a week, ma'am

7  Q.   And while you were in Vahun, did you make contact with any

8  NGOs, nongovernmental organizations?

9  A.   Yes, ma'am

10  Q.   Which NGO did you make contact with?

11  A.   It was when we left from the Sierra Leone side of the

12  border to the Liberian side of the border, we met NGOs, ICRC

13  and UNHCR.

14  Q.   What kind of contact did you have with UNHCR?

15  A.   They were responsible for taking care of refugees, so I

16  registered myself as a refugee, me and my family.

17  Q.   When you registered as a refugee, what information did you

18  give to UNHCR, if any?

19  A.   I give them my name, my family's name, and I received a

20  token a card that it could help me receive supply.

21  Q.   Mr. Jusu, after your week in Vahun, where did you go?

22  A.   After my week in Vahun, I was arrested.   There was a lot of

23  disturbances in Vahun.   Me and my family were forced to go to

24  Kolahun.

25  Q.   Who arrested you?

**October 2, 2008**

## Jusu - Direct

1  A.   It was some SOD, Special Operational Division of the

2  Liberian Police.   Among them were some RUF rebels at the front

3  of Sierra Leone, AFRC, arm forces from Sierra Leone and some

4  other security personnel of the Liberian government, ma'am

5  Q.   What did you do to get arrested?

6  A.   I did nothing.

7  Q.   Why were you arrested?

8  A.   Because it was not me.   They were forcing people.

9  Q.   What were they forcing people to do?

10  A.   Sometime they force people to go back to Sierra Leone.

11  Q.   Once you were arrested, did the security forces keep you in

12  their custody?

13  A.   Yes, ma'am

14  Q.   For how long?

15  A.   About 30 minutes to one hour.

16  Q.   And after 30 minutes, were you released?

17  A.   Yes, ma'am

18  Q.   Why?

19  A.   Well, while we were in their custody, ma'am, we were plenty

20  and they were walking us to their headquarter.   Among the

21  group, I stayed behind.   They never took notice I have escape

22  or something from there.

23  Q.   So after Vahun, where did you go?

24  A.   After Vahun, we decided to go to Kolahun.   After we reach

25  Kolahun, we decided to go to Voinjama.

**October 2, 2008**

**Jusu - Direct**

1   Q.   Where is Kolahun?

2   A.   It's one of the biggest town in Liberia.

3   Q.   Did you go to Kolahun alone or with your family?

4   A.   I was with my family, but there were a lot of people going,

5   traveling inside the same truck we travel with to Voinjama.

6   Q.   And, Mr. Jusu, you said after Kolahun, you went to

7   Voinjama?

8   A.   Yes, ma'am

9   Q.   When you went to Voinjama, did you go with your family or

10   alone?

11   A.   I went with my family, ma'am

12   Q.   How long did you stay in Voinjama?

13   A.   In Voinjama, I was in Voinjama for about a year and some

14   months, ma'am

15   Q.   Do you remember about when it was that you got to Voinjama

16   with your family?

17   A.   Yes, ma'am  It was on the 27th of February, 1998.

18   Q.   How is it, Mr. Jusu, you can remember it was the 27th of

19   February, 1998?

20   A.   (Redacted) was my birthday, ma'am so I could remember that

21   date.

22   Q.   When you got to Voinjama, were you able to find work?

23   A.   Yes, ma'am, I did.

24   Q.   What work did you find?

25   A.   First I was working with an NGO, Action Faim

**Jusu - Direct**

1 Q. Is that French?

2 A. Yes, ma'am.

3 Q. Do you know what Action Faim means?

4 A. I never take notice of that.

5 Q. What did Action Faim do?

6 A. They do lot of things, ma'am.  Among was, for example, I

7 was a sub-driver with a truck and we used to dig wells for the

8 refugees or displaced people within the community, ma'am.

9 Q. Besides working for Action Faim, did you find any other

10 work?

11 A. Yes, ma'am.

12 Q. What other work did you do?

13 A. I was doing business.

14 Q. What kind of business were you doing in Voinjama?

15 A. I had a kiosk.  I used to sell cigarettes, beer, drinks,

16 palm wine, a lot of stuffs to come and buy.

17 Q. In the city of Voinjama, where was your kiosk located?

18 A. My kiosk was located at the center of Voinjama by a church

19 and there was a junction very close to this area.

20 Q. Why did you pick the center of Voinjama near the church as

21 the place for your kiosk?

22 A. It was closer to where my wife was living.

23 Q. Mr. Jusu, how did this kiosk do as a business?

24 A. Well, as I've said, I used to sell cold drinks, soft drink,

25 beer, stout, palm wine, cigarettes.  At first I had a cigarette

**October 2, 2008**

## Jusu - Direct

1  box when we came.   In Voinjama, there used to be market.

2  People would come from different areas and come into market we.

3  Used to buy goods from these market places and keep it and sell

4  it, ma'am

5  Q.   Was your business doing well or was your business not doing

6  well?

7  A.   It was doing well, ma'am, very well.

8  Q.   What kind of people would come to your business, Mr. Jusu?

9  A.   I would get every type of people.   I would have the AFL,

10  the SOD, the SSS, Special Security Division of the Liberian

11  police or some para-military force.

12          I would have the ATUs.   I would have the custom

13  police, civilians refugees.   Everybody, ma'am, would come to my

14  kiosk.

15  Q.   When you were living in Voinjama, did you know other Sierra

16  Leonian refugees?

17  A.   Yes, ma'am   There were a lot of Sierra Leonians there.

18  Q.   Who were some of the Sierra Leonians that you knew when you

19  were living in Voinjama?

20  A.   There were a lot.   I could not remember everybody name.

21  Momoh Turay, Foday Conteh, Abdul Cole, Fifo or Foday, but we

22  used to call him Fifo.

23          There were a lot of people.   My friend, Albert, was

24  there, my sister-in-law, and there were a lot of people, ma'am

25  I could not remember every one of their names.

**October 2, 2008**

## Jusu - Direct

1  Q.   When you refer to your sister-in-law, which sister-in-law

2  are you talking about?

3  A.   The boyfriend of Madiana Koroma.

4  Q.   Was Madiana Koroma in Voinjama with you?

5  A.   After some time, yes, ma'am

6  Q.   That's your wife's twin sister?

7  A.   Yes, ma'am

8  Q.   Who was her boyfriend?

9  A.   Albert.

10 Q.   Mr. Jusu, do you know Albert's last name?

11 A.   No, ma'am

12 Q.   What were conditions in Voinjama like for you, Mr. Jusu,

13 apart from your business?

14 A.   Well, in Voinjama, it was bitter sweet, ma'am  Sometimes

15 we had nice -- we had fun.   Sometimes we could be raided.

16 Security personnels would come to your place they would come

17 and buy drinks.   Sometimes they won't pay anything.   Sometimes

18 they would arrest you, beat you, take you to their offices.

19 Sometimes they would arrest people.   You would never see them

20 Q.   When you were in Voinjama, were you arrested?

21 A.   My brother was arrested, ma'am  Sometimes they would come

22 to my kiosk.   They would disturb me there.

23 Q.   And do you know why the security forces were disturbing

24 you?

25 A.   Well, sometime they would come when they want to take

## Jusu - Direct

1  people to Sierra Leone to fight.  They would come and arrest

2  people in the street, in their houses.

3  Q.  Arresting people, was that the only way to try to get them

4  to fight in Sierra Leone or were there other ways?

5  A.  No, ma'am  At first, sometimes they came -- there was an

6  RUF commander by the name of CO Victor.  He used to come to get

7  people to Sierra Leone.

8  Q.  Let me ask you, Mr. Jusu, the name of this individual was

9  CO Victor?

10  A.  Yes, ma'am

11  Q.  And was CO a part of his name or did that stand for

12  something else?

13  A.  It was an initial.  They used to call him CO.  Most of

14  these fighters, they used to call him CO, which is commander of

15  something.  Something like that, ma'am

16  Q.  What did you observe Victor do in Voinjama?

17  A.  When day I asked to one of my friend, Johnny -- he was a

18  tailor.  That morning Victor came and he wanted to talk to us.

19  Q.  What was the topic of the conversation?

20  A.  What he told us was he needed people to go and get training

21  in Gbarnga and people would get money.

22          MR. CARIDAD:  Object.  Hearsay.

23          MS. ROCHLIN:  Same topic elicited by counsel with the

24  prior witness, Your Honor.

25          MR. CARIDAD:  It's hearsay, Judge.

**October 2, 2008**

## Jusu - Direct

1           THE COURT:   Sustained.

2           MR. CARIDAD:   Sorry.

3  BY MS. ROCHLIN:

4  Q.   Mr. Jusu, in Voinjama, did you ever see Victor with anybody

5  else?

6  A.   Yes, ma'am

7  Q.   Who did you see him with?

8  A.   I saw him with Mosquito, Mr. Chuckie Taylor and some other

9  people.

10 Q.   Who is Mosquito?

11 A.   Mosquito was the commander of the RUF, ma'am

12 Q.   Was Mosquito a name or a nickname?

13 A.   It was a nickname.   His real name was Sam Borkarie, S-a-m

14 B-o-r-k-a-r-i-e.

15 Q.   What was Sam Borkarie's position in the RUF?

16 A.   He was a commander of the RUF, ma'am

17 Q.   Mr. Jusu, do you know the name Foday Sankoh?

18 A.   Yes, ma'am, I am familiar to that name.

19 Q.   Who was Foday Sankoh?

20 A.   Foday Sankoh was the commander of RUF before he was

21 arrested.   It was then Sam Borkarie was leading that

22 organization.

23 Q.   Explain the circumstances that took place when you saw

24 Chuckie Taylor with Victor in Voinjama?

25 A.   As I've said before, I was with my, to my friend's place

**October 2, 2008**

## Jusu - Direct

1  when Victor came and he asked us --

2        MR. CARIDAD:   Objection.   Hearsay as to what Victor

3  said.

4  BY MS. ROCHLIN:

5  Q.   Mr. Jusu, please answer by telling us what happened without

6  reference to what people said.

7  A.   Yes, ma'am   Thank you.

8        Victor, Mosquito, Mr. Chuckie Taylor, they came from

9  Monrovia and they were in Voinjama for about two weeks.   They

10  were taking people to go to have training and go to Sierra

11  Leone.

12        While in Voinjama, the day they were leaving to Sierra

13  Leone, it was that day I saw Mosquito, Mr. Chuckie Taylor,

14  Victor and many others of them

15  Q.   Was that the only time you saw Chuckie Taylor in Voinjama

16  or were there other times?

17  A.   That was the only time I saw him in Voinjama, ma'am

18  Q.   Now, Mr. Jusu, you mentioned earlier that your brother was

19  arrested in Voinjama.   Which brother was that?

20  A.   Maada.

21  Q.   What was Maada arrested for?

22  A.   Well, Maada was selling at the kiosk.

23        MR. CARIDAD:   Objection, Your Honor.   No foundation.

24  Lack of personal knowledge.

25  BY MS. ROCHLIN:

**October 2, 2008**

## Jusu - Direct

1  Q.   Mr. Jusu, did you respond when your brother, Maada, got

2  arrested?

3  A.   Yes, ma'am, I did.

4  Q.   Who arrested your brother, Maada?

5           MR. CARIDAD:   Objection.   No foundation.   Lack of

6  personal knowledge.

7           MS. ROCHLIN:   I'll lay the foundation, Your Honor.

8           THE COURT:   All right.

9  BY MS. ROCHLIN:

10  Q.   Mr. Jusu, was Maada with you when he got arrested?

11  A.   Yes, ma'am

12  Q.   Did you see who arrested him?

13  A.   It was the Liberian Police.

14  Q.   And when your brother, Maada, got arrested, was he doing

15  anything improper?

16  A.   No, ma'am

17  Q.   And were you able to determine the reason Maada got

18  arrested?

19  A.   Yes, ma'am

20  Q.   How were you able to determine that?

21  A.   After we tried to release him from the place.

22  Q.   And what was the reason for Maada's arrest?

23           MR. CARIDAD:   Objection.   Requires hearsay.

24           THE COURT:   Overruled.

25  BY MS. ROCHLIN:

**October 2, 2008**

## Jusu - Direct

1  Q.   What was the reason for Maada's arrest?

2  A.   He was arrested because they wanted him to go to Sierra

3  Leone and fight.

4  Q.   Now, were you able to get Maada out of custody?

5  A.   Yes, ma'am

6  Q.   What did you do to get Maada out of custody?

7  A.   The woman that was taking care of us as our host, she was

8  Misu.   We talked to her.   We begged her.   She asked her uncle

9  and some other people.   They went to the police station and

10  negotiated the release of Maada.

11         MR. CARIDAD:   Objection, Your Honor.   No foundation.

12  Lack of personal knowledge.

13  BY MS. ROCHLIN:

14  Q.   Did you seek the help of others in getting the security men

15  to release your brother?

16  A.   Yes, ma'am

17  Q.   And after you sought the help of others, did you see your

18  brother again?

19  A.   Yes, ma'am

20  Q.   When you saw your brother again, was he arrested or not

21  arrested?

22  A.   He was not arrested.

23  Q.   After you were able to get your brother, Maada, released,

24  where did Maada go?

25  A.   I paid his way to Monrovia.   They went to Monrovia.

**October 2, 2008**

## Jusu - Direct

1  Q.   Mr. Jusu, did a time come when you decided to leave

2  Voinjama?

3  A.   Yes, ma'am

4  Q.   Why did you decide to leave Voinjama?

5  A.   Voinjama was attacked, ma'am  My wife and my daughter and

6  my brother were there.

7  Q.   At the time of the attack, were you in Voinjama?

8  A.   No, ma'am

9  Q.   Where were you?

10  A.   I was in Kolahun.  After they arrested my brother, Maada, I

11  decided to go to Kolahun where other people come.  I could live

12  there continuing doing my business while my family was in

13  Voinjama.

14  Q.   Why did you leave your family in Voinjama when you went to

15  Kolahun?

16  A.   We had some business in Voinjama.  We been there.  We had

17  somebody taking care of my wife and my daughter and my brother.

18  Q.   At this time, how old was your daughter?

19  A.   My daughter was about a year old.

20  Q.   And what was the name of your daughter?

21  A.   Musu.

22  Q.   Why did you name your daughter Musu?

23  A.   I name her after the lady that was taking care of us,

24  ma'am

25  Q.   Mr. Jusu, the attack on Voinjama that you're talking about,

**October 2, 2008**

### Jusu - Direct

1   what year was that?

2   A.   It was in 1999, ma'am.

3   Q.   What month was that?

4   A.   April, 1999.

5   Q.   And when the attack came to Voinjama, were you by yourself

6   in Kolahun or were you with anybody else?

7   A.   I was with my sister-in-law, Albert.  We were together.

8   Q.   Mr. Jusu, was Albert your sister-in-law?

9   A.   My brother-in-law.  I'm sorry.  I'm very sorry.

10  Q.   When you learned of the attack against Voinjama, what did

11  you do?

12  A.   Me and Albert got money.  We decided to get a car to

13  Voinjama so we would know what's going on with our family.  We

14  were very worried.

15  Q.   Were you able to find a car?

16  A.   Yes, ma'am, we got a car.

17  Q.   Were you able to get to Voinjama?

18  A.   Yes, ma'am.

19  Q.   And were you able to get to your family?

20  A.   Yes, ma'am.

21  Q.   When you got to your family, what did you do?

22  A.   Well, at first I asked my wife and her sister to come with

23  us to Kolahun, but she refused.  She said she's not going to

24  Kolahun because Voinjama had been attacked and Kolahun might be

25  attacked.  There were a lot of people, thousands of people

**October 2, 2008**

## Jusu - Direct

1  fleeing the city to Monrovia.  So we got a truck.  All of us

2  travel to Monrovia on the Monrovia highway, ma'am

3  Q.   How did you get a truck in Voinjama?

4  A.   There were trucks, WFP trucks, World Food Program trucks.

5  They used to carry food or items for the refugees at that area.

6  So those trucks were going to Monrovia and we on board the

7  trucks.

8  Q.   So you were able to get on a truck?

9  A.   Yes, ma'am

10  Q.   With your family?

11  A.   Yes, ma'am

12  Q.   And when you got on the WFP truck, who got on the truck

13  with you?

14  A.   Myself, Albert, my wife, Madiana, John --  that was my

15  family -- and many other people were inside the truck.

16  Q.   And when you got on the truck, where was your daughter?

17  A.   My daughter was with us.  She was with me.

18  Q.   When you got on the truck, was your truck full or not?

19  A.   It was full.

20  Q.   Apart from your family, did you know any other people on

21  the truck?

22  A.   There were lots of people on those trucks.  I could not

23  remember any of them at this particular moment.  You could only

24  focus on your family.

25  Q.   Mr. Jusu, once you got on the truck, did the truck leave

**October 2, 2008**

# Jusu - Direct

1  Voinjama?

2  A.   Yes, ma'am

3  Q.   Where did you go?

4  A.   We went to Kolahun.   Sorry.   Zorzor.

5  Q.   When the truck got to Zorzor, did it continue on or did it

6  stop?

7  A.   Yes, ma'am   The next morning, we continued towards

8  Gbarnga.

9  Q.   Did the truck make it all the way to Gbarnga?

10  A.   No, ma'am   When we came to the bridge called St. Paul's

11  Bridge towards Gbarnga, everybody inside the truck have to get

12  down the truck and pass through the checkpoint.   There are a

13  lot of security persons there.

14  Q.   In relation to the bridge, where was the checkpoint?

15  A.   The checkpoint was just after the bridge, going into the,

16  the village.

17  Q.   Do you remember the name of the village?

18  A.   I only know St. Paul's Bridge, ma'am

19  Q.   And was the checkpoint on the Voinjama side of the bridge

20  or was the checkpoint on the Gbarnga side of the bridge?

21  A.   No, it was across towards Gbarnga side, ma'am

22  Q.   So your truck went across the bridge?

23  A.   Yes, ma'am

24  Q.   When your truck got to the checkpoint, what happened?

25  A.   All of us get down the truck.   Women were directed one

**October 2, 2008**

## Jusu - Direct

1  side.   Men below 50 years, we were directed the other side.

2  Q.   Who was giving the directions?

3  A.   The security personnel at the bridge.

4  Q.   What security personnel did you see any bridge?

5  A.   There were a lot of them in uniform, AFL, SOD, every type

6  of them  Some were in civil dress.

7  Q.   Once your truck was stopped and the people got down from

8  the truck, what happened to you?

9  A.   Well, you have to answer lot of questions.

10 Q.   Who did you answer questions for?

11 A.   From the securities who were there, ma'am

12 Q.   And what type of security was asking you questions?

13 A.   The SODs, the ATU, the -- just normal securities that were

14 almost everywhere.

15 Q.   What happened when security was asking you questions?

16 A.   They were asking us to go back to Voinjama.  They were

17 asking for your ID card and if you produce your ID card, then

18 they will ask you to go on the other side.  After that, they

19 will come and tell you you should go back to Voinjama where

20 this fighting was.

21 Q.   Did you agree to go back to Voinjama?

22 A.   No, ma'am  That created problem for me.

23 Q.   And what happened once you were questioned and asked to

24 produce your ID card?

25 A.   I was placed at the corner of the office, ma'am, where

**October 2, 2008**

## Jusu - Direct

1  there were a lot of us.

2  Q.  When you say "placed at the corner of the office," what do

3  you mean?

4  A.  It was -- I was like under detention, but I was not forced.

5  They just put me there to wait for some time while they were

6  with other people.

7  Q.  Who put you by the office to wait?

8  A.  The securities, the SODs, the other soldiers, mixed

9  securities, just plenty.

10  Q.  And where were you waiting?

11  A.  By the empty office.

12  Q.  Mr. Jusu, was anything taken from you at the checkpoint?

13  A.  Yes, ma'am

14  Q.  What was taken from you?

15  A.  My dignity, my friend, all things.

16  Q.  Were any of your possessions taken from you at the

17  checkpoint?

18  A.  I was having some money.  They took it from me.

19  Q.  Who took your money, Mr. Jusu?

20  A.  Securities.

21  Q.  Do you remember what type of security?

22  A.  The same ATU boys, the SODs.

23  Q.  How long were you waiting at the checkpoint, Mr. Jusu?

24  A.  We wait there for about one to two hours, ma'am

25  Q.  And while you were waiting, where was your family?

## Jusu - Direct

1  A.   My family was standing on the other side of the road

2  because women could not come to where the men were.   They were

3  just over there.   People were just waiting up and down.

4  Q.   Were you waiting by yourself or were you waiting with other

5  people?

6  A.   Me and my friend, Albert, was together and a lot of people

7  were there.

8  Q.   How many people were in the group waiting with you?

9  A.   Plenty of people.

10  Q.   What kind of people were waiting with you?

11  A.   Most of us were Sierra Leonians.   There were Liberian

12  people, too.

13  Q.   Were there any women in the group?

14  A.   No, ma'am

15  Q.   Who put you in this group?

16  A.   The securities who arrested us.

17  Q.   What were you wearing when you were in the group?

18  A.   I was wearing my shirt and my trousers.

19  Q.   Mr. Jusu, after you were waiting in the group, what

20  happened?

21  A.   Well, after some time there came three pick-up Jeeps and

22  one other Land Cruiser Jeep, something.   Inside there was

23  Mr. Chuckie Taylor and some of these Demon Forces.

24  Q.   How did you know it was Chuckie Taylor and the Demon Forces

25  inside the vehicle?

**October 2, 2008**

## Jusu - Direct

1   A.   His presence was very clear.   Everybody was alert when he

2   came.

3   Q.   I'm sorry.   Everybody was?

4   A.   Alert.

5   Q.   What made you notice everybody was alert?

6   A.   Before while we were there, we were just there talking to

7   some of the securities for their release.   They would get money

8   from people so people could go back to their families and you

9   could talk to other officers.   We could talk to ourselves or

10  with the civilians that were there.

11          When Mr. Chuckie Taylor came, he was very, very angry

12  and shouting at all the securities.   He didn't want to see the

13  women around, these women who were our wives or sisters or

14  relatives that were in this group, ma'am

15  Q.   Now, did you see these vehicles arrive yourself?

16  A.   Yes, ma'am

17  Q.   Did you see people get out of the vehicles?

18  A.   Yes, ma'am

19  Q.   Who did you see getting out of the vehicles?

20  A.   I saw Mr. Chuckie Taylor and I saw his Demon boys.

21  Q.   Now, when you saw the vehicles arrive and when you saw

22  Chuckie Taylor, explain what happened next.

23  A.   Well, Mr. Chuckie Taylor came.   He was very, very angry.

24  He was having a pistol in his hand and he was shouting at the

25  boys he don't want to see the women around.

## Jusu - Direct

1 Q.   How did people react when Chuckie Taylor said that?

2 A.   They were pushing people off, pushing people off.

3 Q.   Who was doing the pushing?

4 A.   The securities that were around, his securities that he

5 came along with, his boys, all of them

6 Q.   And who did they push?

7 A.   The civilians, our wives, our sisters, our people who were

8 waiting for our release.

9 Q.   And where were they pushed?

10 A.   They sent them off from this particular area where the

11 securities, where we were and where the -- at the checkpoint.

12 Q.   And the women who were sent off, did they leave?

13 A.   Yes, ma'am  They went off.  They were forced to go.

14 Q.   Did they leave in the truck?

15 A.   Yes, ma'am  The trucks continued going.

16 Q.   When the trucks left, where were you?

17 A.   I was still at the checkpoint.  Now Mr. Chuckie Taylor has

18 come and it was a very different atmosphere.

19 Q.   Once the trucks left, what happened?

20 A.   Mr. Chuckie Taylor went to us directly and he said he had

21 the rebels and Kamajors among us and for our best interest, if

22 one of us Kamajors or rebels, you should get outside of this

23 group.

24 Q.   When you heard Chuckie Taylor make these statements, what

25 did you do?

**October 2, 2008**

**Jusu - Direct**

1    A.    We could do nothing.

2    Q.    Did anybody get out of the group?

3    A.    No, ma'am

4    Q.    What happened then?

5    A.    He was still very angry.   He was having his gun.   Then he

6    pointed at people.

7    Q.    Who pointed at people?

8    A.    Mr. Chuckie Taylor.

9    Q.    And which people did he point at?

10   A.    He pointed at three other guys, plus my friend, Albert, who

11   was sitting very close to me.   We were sitting together on the

12   ground.

13   Q.    What happened when Chuckie Taylor pointed at the men,

14   including Albert?

15   A.    He shot them on their head.

16   Q.    All right.

17          Now, Mr. Jusu, did Chuckie Taylor -- strike that.

18          When Chuckie Taylor pointed at the men, including

19   Albert, what did the men do?

20   A.    They came out from the group and went towards him, closer

21   to him where they were told to sit as we, the rest, we were

22   sitting on the ground.   So they sat there.

23   Q.    Now, when Chuckie Taylor pointed at the men, what made them

24   leave the group?

25   A.    Chuckie Taylor had every power.   He said "You do

## Jusu - Direct

1      this or else that's what would happen."  He had his men.

2   He had guns.   We were civilian refugees fleeing from war and it

3   was just a way of telling us that he could do anything.

4   Q.   When the men left the group, could you see where they went?

5   A.   Yes, ma'am.

6   Q.   How far away did they go from where you were in the group?

7   A.   We were in a group like here by the side.   They went in

8   front of Mr. Chuckie Taylor.   Mr. Chuckie was standing in front

9   of us.   We were by the back and the men closer to him   They

10  were standing by him, kneeling down, almost a sitting, kneeling

11  position.

12  Q.   So the men were sitting or kneeling on the ground?

13  A.   Yes, ma'am, something like that.

14  Q.   When the men were on the ground, what did Chuckie Taylor

15  do?

16  A.   He shot them on their head and they dead.   They fall down.

17  Q.   Did any of the men survive getting shot in the head?

18  A.   No, ma'am   All of them died.

19  Q.   And which of these men did you know?

20  A.   Albert, my brother-in-law.

21  Q.   After Chuckie shot the men, what happened?

22  A.   All of us, we are afraid.   You could not know how you're

23  feeling.   I don't know how to describe that type of feeling

24  because you could just think of yourself, probably you will be

25  the next person.   I was so afraid.

## Jusu - Direct

1            Then Mr. Chuckie Taylor ask his men to take the body

2    from that place.

3    Q.   And when Chuckie Taylor asked his men to take the bodies

4    from that place, what did his men do?

5    A.   Well, they drag them, tied rope on them, dragged them

6    They carried them by the bridge.

7    Q.   And when you say that the men carried the bodies by the

8    bridge, what do you mean by that?

9    A.   After he has killed these men, then when he told his boys

10   to take the bodies from there place, so they came.   They

11   dragged them outside.   They tied rope on them, tied rope on one

12   of the car and they drag the bodies to the bridge.   From the

13   checkpoint to the bridge was about, about 150 meters to 200

14   meters.   So they took the body to the bridge.

15   Q.   Now, did you see the bodies get dragged away?

16   A.   Yes, ma'am

17   Q.   And did you see exactly where the bodies went?

18   A.   They took them towards the bridge by the river.

19   Q.   And did the bodies leave your sight or were you able to

20   watch the bodies all the time?

21   A.   They took them and carried the body.

22   Q.   Mr. Jusu, did the bodies leave an area where you were able

23   to see the bodies or were you able to watch the bodies all the

24   time?

25   A.   No, ma'am   They carried the body by the bridge.

**October 2, 2008**

## Jusu - Direct

1   Q.   And could you see the bodies go all the way where they

2   went?

3   A.   Until they disappear from our sight, ma'am

4   Q.   Did you see the bodies again after they disappeared from

5   your sight?

6   A.   No, ma'am   I only saw heads.

7   Q.   And when you saw the heads, were the heads attached to the

8   bodies or not?

9   A.   No, ma'am   They had been beheaded from the body.

10  Q.   Where did you see the heads, Mr. Jusu?

11  A.   I saw one of the head on one of the car or the Jeep.   Three

12  of the other heads were on the checkpoint.

13  Q.   Who had the heads when you saw them?

14  A.   The Jeep that came with Mr. Chuckie and the checkpoint that

15  everybody should get down from

16  Q.   Mr. Jusu, after the men were shot and after you saw the

17  heads, what happened to you?

18  A.   We were in atmosphere of fear and later Mr. Chuckie came

19  and told his men to tie us, to tabie us.

20  Q.   When you say "tabie," what do you mean?

21  A.   Tabie is a local way of tying people where the two elbows

22  would touch the back of each other at the back.   Then your

23  chest would be outside like the way I'm demonstrating.   Then

24  our two feet were tied together.

25  Q.   Mr. Jusu, when you heard Chuckie Taylor give the order to

## Jusu - Direct

1  tie you, what did his men do?

2  A.   They tied us.   They were beating us.

3  Q.   Who was beating you?

4  A.   The Demon Forces.

5  Q.   When you say "Demon Forces," who are you talking about?

6  A.   The Demon Forces were a special group that were with

7  Mr. Chuckie Taylor.   They were very, very famous with being

8  with Mr. Chuckie Taylor.

9  Q.   Were the Demon Forces part of any other group?

10  A.   Yes, ma'am   They were part of the ATU, a special division

11  of them, were called Demon Forces.

12  Q.   And what happened when the soldiers started beating you?

13  A.   They continue beating us until we tied.   They loaded us

14  inside the Jeeps, the Jeeps they came with, and took us to

15  Gbarnga.

16  Q.   Mr. Jusu, when the soldiers were beating you, explain how

17  they were beating you.

18  A.   They were, they were beating, kicking, hitting you with

19  their guns, stepping every part of your body.   They were crazy

20  beating us.

21  Q.   Now, when the soldiers were beating you, were you by

22  yourself or were other people with you?

23  A.   There were other people.   I could not think of them   We

24  were plenty.

25  Q.   What kind of people were with you when the soldiers were

## October 2, 2008

## Jusu - Direct

1  beating you?

2  A.   Some of the guys that we were sitting by the side of this

3  building when Mr. Chuckie came among the group that four of

4  these guys had been killed.

5  Q.   When the soldiers were beating you, what part of the guns

6  did they use to beat you with?

7  A.   They would hit you with the muzzle or the butt.  They would

8  hit you, kicking you with their boots.  They would do

9  everything.

10  Q.   Mr. Jusu, when the soldiers put you in the tabie position,

11  how did that feel?

12  A.   I don't know how to describe it.  My hands have been forced

13  behind my back.  I was in that pain.  I had been shackled.  I

14  was kicked on my chest.  It was, it was, it was like -- it was

15  better for me to be killed than in that position.

16  Q.   And, Mr. Jusu, when the soldiers were hitting you with

17  their guns, how did that feel?

18  A.   It was more than painful, ma'am

19  Q.   How long did this beating last?

20  A.   It continues until we were in Gbarnga, while inside the

21  Jeeps.  The Jeeps were running.  The road was very, very rough

22  from St. Paul's Bridge to Gbarnga and the cars were driving

23  very, very fast.  We were inside the Jeep while the Jeep was

24  bouncing on the way.  We were still tied.  The securities were

25  sitting in the Jeep with their guns.  If we cried, they would

**October 2, 2008**

## Jusu - Direct

1  hit us.   To move us to Gbarnga, we were blindfolded, put hood

2  on our head, but we were still crying.   It was terrible.

3  Q.   Mr. Jusu, how did you get in the Jeep?

4  A.   I was thrown inside the Jeep.

5  Q.   And were you able to see who threw you inside the Jeep?

6  A.   Since Mr. Chuckie Taylor has come, it was only these Demons

7  who were treating us this time.

8  Q.   When you say the Demons were treating you, what do you

9  mean?

10  A.   Mr. Chuckie Taylor's bodyguard or the soldiers he came

11  with.

12  Q.   Mr. Jusu, when you say the Demon Forces were treating you,

13  what do you mean by the word "treating"?

14  A.   They were beating us, punishing us.

15  Q.   When you were put in the Jeep, were you in the Jeep alone

16  or with other people?

17  A.   There were other people inside the Jeep.

18  Q.   How do you know there were other people inside the Jeep?

19  A.   Some people were lying down on me.   I was lying down on

20  other people.   So I knew there were other people inside.

21  Q.   Were you able to hear these other people?

22  A.   Every one of us were crying.

23  Q.   Once you were in the Jeep, what place did the Jeep take you

24  too?

25  A.   They took us to Gbarnga Police Station, ma'am

**October 2, 2008**

## Jusu - Direct

1  Q.   How do you know the Jeep took you to the Gbarnga Police
2  Station?

3  A.   There was a big writing on the wall, "Gbarnga Police
4  Station," and there were a lot of police there.

5  Q.   When the Jeep got to the Gbarnga Police Station, what
6  happened to you?

7  A.   We were put into the cell, forced with the rope on our feet
8  and we walk.

9  Q.   How did you get out of the Jeep, Mr. Jusu?

10  A.   The same way.   They drop us from the Jeep.   They would push
11  you like you were pushing some goose.

12  Q.   When you came off the Jeep, were you blindfolded or not?

13  A.   They took the hood from my face, just off my face.

14  Q.   When you came out of Jeep, what happened to the rope that
15  tied you?

16  A.   Then they loose the rope a bit on my feet and they -- my
17  hands, loose the rope on my hand a bit, but I was still in this
18  situation.

19  Q.   Once the rope was made loose, what happened to you then?

20  A.   I was put into a cell.

21  Q.   And when you were put into a cell, were other people in the
22  cell with you or were you by yourself?

23  A.   There were a lot of people in the cell, ma'am, plenty of
24  people.

25  Q.   And do you remember who was in the cell with you?

**October 2, 2008**

## Jusu - Direct

1  A.   In the cell, many refugees were there.   There was, like,

2  Monoh Turay, Foday Conteh, Abdul Cole, Fifo, some other guys I

3  knew.

4  Q.   Was Monoh Turay in the cell with you, Mr. Jusu?

5  A.   Yeah.   We were all inside the cell, yes, ma'am, inside the

6  same side, but there were different apartments inside the same

7  cell, ma'am.

8  Q.   What do you mean "there were different apartments inside

9  the same cell"?

10  A.   Like I'm here in this corner.   Another corner people would

11  be inside.   It was divided, but it was in the same unit, in the

12  same open space.

13  Q.   What divided the cell?

14  A.   There was iron bars and cement blocks.

15  Q.   In this area with the iron bars and cement blocks where you

16  were, were the cement blocks like walls?

17  A.   Yes, ma'am.

18  Q.   How high were the cement blocks?

19  A.   It was high a little bit, but you can see the other person

20  on the other side through the iron bars.

21       MS. ROCHLIN:   May I have just a moment, Your Honor?

22  BY MS. ROCHLIN:

23  Q.   Mr. Jusu, how long do you remember being in the cell at the

24  Gbarnga Police Station?

25  A.   I remember we were there until the night.   Late in the

## October 2, 2008

## Jusu - Direct

1  night, Mr. Chuckie Taylor and his men came again.

2  Q.   Was it the same night or was it a different night?

3  A.   It was the same night, ma'am

4  Q.   Did a time come when you were taken out of your cell?

5  A.   Yes, ma'am

6  Q.   Who took you out of your cell?

7  A.   The Demon boys.

8  Q.   And what happened when you were taken out of your cell?

9  A.   When they took us outside, they took us across the road

10  where the cars were.

11  Q.   Let me stop you for a minute, Mr. Jusu.  When you say "they

12  took us outside," who was taken outside with you?

13  A.   The Demon Forces.  They were forcing us outside.

14  Q.   Who was forced outside?

15  A.   Mr. Chuckie bodyguards, the Demon Forces, ma'am

16  Q.   Mr. Jusu, what other prisoners were with you when you were

17  taken outside?

18  A.   When we were going outside, Abdul Cole was there, Momoh

19  Turay, Foday Conteh and some other guys.

20  Q.   When you were taken outside of the cell, what happened to

21  you?

22  A.   They were beating us, forcing us.  When we went by the car,

23  they started tying us again, ma'am

24  Q.   Who started tying you?

25  A.   The Demons were tying.  I was fighting against them

**October 2, 2008**

## Jusu - Direct

1   Q.    And how did the Demons tie you?  In what way?

2   A.    They would re-tabie you back just like the same way we were

3   tabied from St. Paul's Bridge to Gbarnga.

4         I was fighting again this time.  Mr. Chuckie Taylor

5   came he and some other of his boys, or his Demon boys, they

6   started beating me.  They tied me, Mr. Chuckie, himself, and he

7   stepped on my head.  He were kicking me, doing everything.  I

8   was tabied again by himself.  This time I was loaded again into

9   the Jeep.  I was blindfolded and they took us toward Gbatala,

10  ma'am

11  Q.    Mr. Jusu, when you were getting beaten, who was actually

12  doing the beating once you were removed from the cells?

13  A.    Mr. Chuckie, himself, was beating me together with the

14  other boys.  This is the first time he, himself, started

15  beating me.

16  Q.    Who were the other boys getting beaten?

17  A.    The other refugees, the other guys, Momoh Turay, Abdul

18  Cole, the other guys.

19  Q.    How were you beaten?

20  A.    I was hit with the gun.  They kicked me in my head, my

21  stomach.  I was tabied.

22  Q.    When the beating ended, what happened to you?

23  A.    They forced me into the Jeeps or the trucks.  Then they

24  drove us off at this point.

25  Q.    Who was in the truck with you?

**October 2, 2008**

## Jusu - Direct

1   A.   In the truck there were some, some of the guys that they

2   tied us and there were security and the Demon Forces were

3   inside the truck, inside the convoy Mr. Chuckie Taylor was

4   among and there was another guy they call Compari I saw there

5   because all of them were there.

6   Q.   Now, were you the only prisoner in the truck?

7   A.   No, ma'am

8   Q.   How do you know there were other prisoners in the truck

9   with you?

10   A.   We were crying.  We knew ourself.  I knew some of the guys.

11   Some people, I don't know them

12   Q.   How do you know where Chuckie Taylor was if you were

13   blindfolded?

14   A.   Before I was tied, while I was fighting against one of his

15   boys not to be tied, it was then Mr. Chuckie Taylor came.  He

16   hit me and he forced me down.  He step on my head and he tied

17   me, so I could recognize him from there.

18   Q.   And when the truck left, did you know where Chuckie Taylor

19   was at that moment in time?

20   A.   No, ma'am

21           THE COURT:   Is this a good point for us to break,

22   Ms. Rochlin?

23           MS. ROCHLIN:   Yes, Your Honor.

24           THE COURT:   Ladies and gentlemen we will take our

25   lunch recess.  Please remember my instructions not to discuss

**October 2, 2008**

## Jusu - Direct

1  this case.

2  We'll see you back at 1:30.  Have a good lunch.

3  [The jury leaves the courtroom at 12:18 p.m.]

4  THE COURT:  We'll have you back at 1:30.  Please don't

5  discuss your testimony.

6  You all have a good lunch.

7  [Luncheon recess at 12:19 p.m.]

8  THE COURT:  Do we have the witness?

9  THE WITNESS:  [Entered the courtroom at 1:29 p.m.]

10  THE COURT:  Let's bring the jury in.

11  MR. CARIDAD:  Yes, Your Honor.

12  [The jury returns to the courtroom at 1:30 p.m.]

13  THE COURT:  Everyone please be seated.

14  Ms. Rochlin, you may continue.

15  MS. ROCHLIN:  Yes, Your Honor.

16  BY MS. ROCHLIN:

17  Q.  Mr. Jusu, do you remember that before the lunchbreak I was

18  asking about the truck that took you away from the Gbarnga

19  Police Station?

20  A.  Yes, ma'am

21  Q.  Now, do you remember how long you were in that truck?

22  A.  It took some time.  I cannot remember exactly the time.

23  Q.  And once the truck left the Gbarnga Police Station, did it

24  take you to another place?

25  A.  We went directly the camp.  We stop at the camp, Gbatala

**October 2, 2008**

# Jusu - Direct

1   Camp, ma'am

2   Q.   Now, when the truck came to a stop, explain what happened.

3   A.   When the truck came to a stop, we were out of the truck

4   again and --

5   Q.   How did you get out of the truck?

6   A.   They drop us from the truck.   We could not do anything for

7   ourselves.

8   Q.   Once you were out of the truck, were you blindfolded?

9   A.   Yes, ma'am

10  Q.   Did you stay blindfolded?

11  A.   No, ma'am   They took the hood from my head.

12  Q.   And after the blindfold was taken off, what happened to the

13  ropes that tied you?

14  A.   The rope on my hands and back were still at the same

15  position, but the ones on my feet were loosened again.

16  Q.   Do you know who made the ropes around your feet loose?

17  A.   Mr. Chuckie Taylor, ma'am

18  Q.   Now, when you were taken off the truck at Gbatala, was it

19  daytime or nighttime?

20  A.   It was in the night, ma'am

21  Q.   And when you were taken off the truck, were you able to

22  see?

23  A.   Yes, ma'am

24  Q.   How were you able to see if it was night?

25  A.   There was light.

October 2, 2008

## Jusu - Direct

1  Q.   And are you able to tell us, Mr. Jusu, where the light was

2  coming from?

3  A.   From the vehicles, ma'am.

4  Q.   Mr. Jusu, once you were out of the vehicle and your

5  blindfold was removed, who did you see upon your arrival at the

6  Gbatala Base?

7  A.   We are again on the ground.   Then Mr. Chuckie Taylor came

8  and started talking.

9  Q.   And what do you remember Chuckie Taylor saying?

10  A.   Mr. Chuckie Taylor said, well, his men would take us to the

11  cave and teach us how it is when we refuse to do what he wants

12  us to do.

13  Q.   When Chuckie Taylor said that, who else was there?

14  A.   Compari was there.

15  Q.   And who is Compari?

16  A.   Compari was one of -- was the aid to Mr. President, Charles

17  Taylor.

18  Q.   And where did you see Compari for the first time?

19  A.   From -- I had his name from Gbarnga after they took us from

20  the cell, ma'am.

21  Q.   Mr. Jusu, my question was where did you see Compari for the

22  first time?

23  A.   At Gbatala, ma'am.

24  Q.   After Chuckie Taylor spoke, what happened next?

25  A.   Then they took us to the cave, ma'am, to the swamp, the

## October 2, 2008

**Jusu - Direct**

1  pits.

2  Q.   Who took you to the pits?

3  A.   The ATU soldiers.

4  Q.   How do you get from where the truck stopped to the pits?

5  A.   We were in a line, so some of them, some of the securities

6  were in front, by the side, at our back.   We went through the

7  swamp.

8  Q.   I'm sorry.   You went where?

9  A.   We went through the swamp.

10 Q.   What happened once you went through the swamp?

11 A.   We were placed in the holes.

12 Q.   Who placed you in the holes?

13 A.   The Demon Forces, the soldiers.

14 Q.   What kind of hole were you placed in?

15 A.   The holes were in the swamp, were dug, and inside were

16 cement and there were some iron bars on top of it with barbwire

17 on top of it.   They would open it on the one side.   Then you

18 would be forced inside the pit.

19 Q.   How deep was the pit that you were placed in?   How far down

20 did it go?

21 A.   It was about two and a half, feet ma'am

22 Q.   Were you put in pit by yourself or with anybody else?

23 A.   I was inside, but there was water and dead corpse inside.

24 Dead body was inside the pit, rotting, contaminated water.

25 Q.   Was there any other living person inside the pit with you?

**October 2, 2008**

# Jusu - Direct

1  A.   No, ma'am

2  Q.   And when you were put inside the pit, what happened to the

3  ropes on your arms?

4  A.   The ropes were still on me.  They just relaxed it, but I

5  was still tied.

6  Q.   When the ropes were relaxed, how did that feel?

7  A.   It was very much painful, ma'am

8  Q.   Why was it painful, Mr. Jusu?

9  A.   Because I was hurt.  I was tired.  I been tabied.

10  Q.   Once you were put in the pit, please explain, was there

11  enough room for you to stand up?

12  A.   No, ma'am

13  Q.   Was there enough room for you to lie down?

14  A.   No, ma'am

15  Q.   What was the position of your body in the pit?

16  A.   I could not be able to stretch my legs.  My hands were

17  still like this, touched by the back, and this dead body was

18  inside.  The water was like up here, my chin, my neck.  If I

19  don't rise my head up, I could drink that water.  It was very,

20  very uncomfortable, painful.

21  Q.   Once you were placed in the pit, did you have any knowledge

22  of where Monoh Turay was?

23  A.   I could only hear the others crying, but I could not see

24  them

25  Q.   What others could you hear crying?

**October 2, 2008**

## Jusu - Direct

1  A.   Momoh Turay, Conteh and the other guys that were -- they

2  took us together, ma'am

3  Q.   Now, what happened to you once you were placed in the pit,

4  Mr. Jusu?

5  A.   The Demon boys were still around beating us.

6  Q.   How were the Demon soldiers beating you when you were in

7  the pit?

8  A.   They had their guns.  They used the gun to juke us through

9  the holes, through the that gate, the door.

10  Q.   What would they do with the guns when they were juking you

11  through the holes?

12  A.   To inflict pain on us.  It was the same punishment we have

13  been having that was continuing, ma'am

14  Q.   And how would they move the guns through the holes in the

15  gate on the top of the pit?

16  A.   They would pass it through the irons, the barbwire, and

17  then they would hit us with it like that, ma'am

18  Q.   What part of the gun would be hitting your body?

19  A.   The muzzle of the gun.

20  Q.   How did it feel when the muzzle of the gun was hitting your

21  body?

22  A.   It was very, very painful, ma'am

23  Q.   And what else happened to you once you were placed in the

24  pit, Mr. Jusu?

25  A.   Once I was in the pit in the night, we were there for the

## Jusu - Direct

 1   rest of that night 'til daybreak.   They would come.   The ATU

 2   boys would come punish us.

 3   Q.   How would the ATU boys punish you?

 4   A.   They would come.   They would still continue the same

 5   punishment I had described.

 6   Q.   What kind of punishment happened to you during the day,

 7   Mr. Jusu?

 8   A.   During the day when they came, some of them, they would

 9   come by group and they would still continue this punishment.

10   Later they would ask who want to eat something?   Then I

11   answered that I want to eat something.

12   Q.   When you answered that you wanted to eat, what happened?

13   A.   They brought the cassava stem   It was very, very hot.

14   Q.   Now, Mr. Jusu, when you say the cassava stem were very hot,

15   are you referring to temperature or do you mean it was spicy,

16   like eating a hot pepper?

17   A.   Temperature of it, ma'am

18   Q.   Why was the cassava stem very, very hot?

19   A.   It was like they put it fresh in fire because this cassava

20   stem was just like a stick.   They would put it in the fire.

21   When it get very, very hot, then they would say "You want to

22       eat something?"   They would force it into your mouth as the

23   punishment would continue.

24   Q.   Who was forcing the cassava stem into your mouth?

25   A.   The Demon boys.

**October 2, 2008**

## Jusu - Direct

1   Q.   How would they force it into your mouth?

2   A.   They are beating you.   They were four or five.   They would

3   beat you.   I was tied.   They would juke you with that gun and

4   you would open your mouth if you want the punishment to cease.

5   Q.   When you opened your mouth, what happened?

6   A.   They would force the cassava stem into your mouth and you

7   would chew it and swallow it.

8   Q.   Is that what you did?

9   A.   Yes, ma'am.

10   Q.   When the cassava stem went into your mouth, how did your

11   mouth feel?

12   A.   My mouth get roasted.   My mouth was rotten, swollen.

13   Q.   When the soldiers forced the cassava stem into your mouth,

14   was Chuckie Taylor there or not?

15   A.   No, ma'am, he was not there.

16   Q.   When the soldiers were juking you late at night in the pit

17   and the following day, was Chuckie Taylor there or not?

18   A.   No, ma'am, he was not there.

19   Q.   What happened to you?   What else happened when you were in

20   the pit, Mr. Jusu?

21   A.   The following night, Abdul Cole came from his pit, the

22   following night.   He was saying he has loosened himself.   He

23   free himself from his own pit.

24   Q.   Do you know how Abdul Cole freed himself from his own pit?

25   A.   No, ma'am.

**October 2, 2008**

## Jusu - Direct

1  Q.   When Abdul Cole got to your pit, what did you do?

2  A.   I told him to open my gate, my hands and I would follow

3  him

4  Q.   Is that what Abdul Cole did?

5  A.   Yes, ma'am

6  Q.   Were you able to get out of your pit?

7  A.   Yes, ma'am

8  Q.   Once you were out of your pit, did you speak to anyone

9  else?

10 A.   I was shouting.   I calling the other guys that we would go.

11 Monoh Turay refused going.   So me and Abdul Cole made the

12 escape.

13 Q.   Explain how you escaped from the base once you got out of

14 the pit.

15 A.   We run away.   We were going through the cassava plant.

16 From there we went into the rubber plantation.   It was like a

17 forest.   We were just going around.   We trying to escape our

18 way.   We don't know the area, so we just going around the camp

19 'til the next day.

20 Q.   What happened the next day?

21 A.   We were arrested again.

22 Q.   Who arrested you?

23 A.   The Demon boys, ma'am, the ATUs.

24 Q.   And how was it that the ATU soldiers found you and arrested

25 you?

**October 2, 2008**

# Jusu - Direct

1   A.   We were just going -- there was a bush, a bush part, so we

2   bordered the road.   We met them there.   They arrested us,

3   started beating us again.

4   Q.   When you were caught following your escape with Abdul Cole,

5   who was it that caught you?

6   A.   It was me and Abdul Cole.

7   Q.   And which men caught you?   Who were the men who caught you?

8   A.   The Demon soldiers.

9   Q.   Did you know any of the soldiers who caught you by name?

10   A.   No, ma'am

11   Q.   And when the soldiers caught you, what did they do to you?

12   A.   They took us to the camp.

13   Q.   And before they took you to the camp, did the soldiers do

14   anything?

15   A.   Yes, ma'am

16   Q.   What did the soldiers do before they took you to the camp?

17   A.   They were beating us.

18   Q.   Just how were the soldiers beating you once you got caught?

19   A.   With their guns.   They would hit us.   They would beat us.

20   Q.   What part of the guns were they beating you with?

21   A.   With the butt of the gun, the muzzle, every part of the

22   guns, kicking us.

23   Q.   What parts of your body were hit with the gun?

24   A.   All over my body, my head.

25   Q.   What part of your body did the soldiers kick?

**October 2, 2008**

## Jusu - Direct

1  A.  My stomach, my chest, my head.

2  Q.  Did you see how the soldiers were treating Abdul Cole when

3  they caught him?

4  A.  They were beating me.  I was shouting.  Sometimes I could

5  not cry.  If even I wanted to cry, I could not cry.  We were in

6  group, so all of the group were on us beating us.

7  Q.  When you say "us," who do you mean by "us"?

8  A.  Me and Abdul Cole, ma'am

9  Q.  And did a time come when the soldiers stopped beating you?

10  A.  Yes, ma'am when they took us to the camp, ma'am

11  Q.  When the soldiers brought you back to the camp, where did

12  they take you?

13  A.  They took us to Mr. Chuckie Taylor.

14  Q.  And do you remember where in the camp they took you?

15  A.  It was at the center of the camp.  I saw two buildings and

16  there was some mango tree around.

17  Q.  Where did you see Chuckie Taylor?

18  A.  Mr. Chuckie Taylor came outside and he was very, very

19  angry.

20  Q.  How could you tell that Chuckie Taylor was very, very

21  angry?

22  A.  I saw his mood.

23  Q.  What was it about Chuckie Taylor that showed you he was

24  angry?

25  A.  When he came, he was beating us, too, and he ask his men to

## October 2, 2008

## Jusu - Direct

1  take the other guys from the pit.

2  Q.  When the soldiers brought you to Chuckie Taylor, were you

3  tied or untied?

4  A.  I was tied, ma'am  My hands were tied.

5  Q.  And when the soldiers took Abdul Cole to Chuckie Taylor,

6  was Abdul Cole tied or untied?

7  A.  He was tied, too.

8  Q.  And how were you tied, Mr. Jusu?

9  A.  The same tabie like.  They had this plastic cuff.  They

10  would just pass it from this other hand, force the other hand

11  until it touched the other by the elbow at the back of you.

12  Q.  Was Abdul Cole also in the tabie position or was he in some

13  other position?

14  A.  Yes, ma'am

15  Q.  Which position was Abdul Cole in?

16  A.  He was in the tabie position.

17  Q.  And when Chuckie Taylor ordered the other guys to be

18  brought, what other guys did you understand him to be talking

19  about?

20  A.  The other prisoners who were inside the pits.

21  Q.  When Chuckie Taylor gave that order, what did his men do?

22  A.  They took Momoh and some other guy, the rest of them from

23  the pit.

24  Q.  Who else was brought from the pits?

25  A.  Momoh, Conteh and some other guys.  I could not remember

**October 2, 2008**

**Jusu - Direct**

1  them

2  Q.   When you say "Conteh," who do you mean?

3  A.   Foday Conteh, ma'am

4  Q.   And when Momoh and Foday Conteh and anyone else were

5  brought from the pit, what happened?

6  A.   When they came with them, Mr. Chuckie Taylor said this

7  Gbatala camp, nobody should escape from here and when you

8  escape from here, he's coming to teach us a lesson, and they

9  are going to kill Abdul Cole.

10 Q.   Do you know why it was Abdul Cole who was supposed to be

11 killed and not you?

12 A.   Abdul Cole was larger than me.

13        MR. CARIDAD:   Your Honor, speculation.   No foundation.

14        THE COURT:   Overruled.

15 BY MS. ROCHLIN:

16 Q.   You may answer the question, Mr. Jusu.

17 A.   Abdul Cole was larger than me.   He was bigger than me.

18 They were trying to set the example so that the rest of us will

19 not escape again.

20 Q.   And with respect to Abdul Cole, what order did Chuckie

21 Taylor give?

22 A.   Mr. Chuckie Taylor asked his men to kill Abdul Cole.   When

23 one of them was to shot him, he cocked the gun, then

24 Mr. Chuckie Taylor said "No," they should behead the man in

25 front of us.

**October 2, 2008**

## Jusu - Direct

1  Q.   Do you remember exactly what it was that Chuckie Taylor

2  said when the soldier reached for his gun?

3  A.   He said "No," they should not fire the man.   They should

4  cut his head.

5  Q.   And when Chuckie Taylor said they should not shoot the man,

6  what happened next?

7  A.   They came with a knife.

8  Q.   Who came with a knife?

9  A.   One of the ATUs.

10  Q.   What kind of a knife?

11  A.   A very large knife.

12  Q.   And what happened when the ATU soldier came with the knife?

13  A.   They hold on Abdul Cole.

14  Q.   Who held Abdul Cole?

15  A.   The ATU soldiers.

16  Q.   What happened then?

17  A.   They cut his head from the back.

18  Q.   Who cut his head from the back?

19  A.   The ATU soldiers.

20  Q.   Mr. Jusu, please explain how Abdul Cole's head was cut from

21  the back.

22  A.   They force the knife in this form

23          MS. ROCHLIN:   For the record, Your Honor, may the

24  record reflect that the witness is moving his right arm back

25  and forth in a sawing motion?

**October 2, 2008**

## Jusu - Direct

1           THE COURT:   The record reflects.

2   BY MS. ROCHLIN:

3   Q.   Was one soldier or more than one soldier holding the knife?

4   A.   They were more than one soldier, ma'am

5   Q.   All right.

6           Now, how many soldiers held the knife?

7   A.   It was one, ma'am

8   Q.   And what were the other soldiers doing?

9   A.   They were holding on Abdul Cole.

10  Q.   And what happened when the soldier put the knife to the

11  back of Abdul Cole's neck?

12  A.   Abdul Cole was crying.   He was begging that he would do

13  anything they want him to do and one, one of the other guy was

14  having a plastic bucket.

15  Q.   What happened with the bucket?

16  A.   When they cut Abdul Cole's neck, the blood -- they hold him

17  like this.   While he was in this form and the bucket was

18  standing, so they cut his head and then the blood was inside

19  the plastic bucket, ma'am

20  Q.   Did the soldier with the knife cut Abdul Cole's head off

21  completely?

22  A.   Yes, ma'am

23  Q.   And what did Abdul Cole do as the soldier was cutting his

24  head from the neck back to front?

25  A.   He was crying.   He was shouting.   All of us were crying.

**October 2, 2008**

## Jusu - Direct

1   He was begging for his life.

2   Q.   When the soldier cut Abdul Cole's head, what happened then?

3   A.   We were beaten and they took us to the pit again.

4   Q.   Who beat you?

5   A.   Every one of them

6   Q.   Every one of who?

7   A.   The ATUs, including Mr. Chuckie Taylor himself.   They were

8   kicking us, beating us, every one of them

9   Q.   And when you were taken back to the pit, Mr. Jusu, were you

10  taken back to the same pit where you had been before or another

11  pit?

12  A.   No, ma'am, it was a different pit, ma'am

13  Q.   And when you were taken to that pit, were you put there

14  alone or with anybody else?

15  A.   Yes, I was put with another person, Momoh Turay this time.

16  Q.   Explain how you and Momoh Turay were positioned in the pit.

17  A.   Momoh Turay was lying on the other side.   I was on the

18  other side.   His body was on top of me.   Then our hands, we

19  were tied with this plastic cuff on top of the barbwire.   So

20  one of our -- each hand would be free while the other was tied.

21  Q.   How did it feel physically when you were placed in the pit

22  with Momoh Turay and your hands were tied?

23  A.   It was very, very painful, ma'am

24  Q.   Why was it very, very painful?

25  A.   Because we've been punished for the rest of the time we had

## Jusu - Direct

1  been arrested and when they took us to the pit, before they

2  took us there, we had been beaten again.

3         They tied us.  You could not lie in the pit

4  confortably.  This time we were two inside and our hands were

5  tied on top of this barbwire.

6  Q.  How long did you stay in that pit?

7  A.  We were there 'til the next day.

8  Q.  What happened to you the next day?

9  A.  The next day came.  In the night, they came with other

10  prisoners.

11  Q.  Mr. Jusu, before the night arrived and other prisoners

12  came, what happened to you during the day when you were in the

13  pit with Monoh Turay?

14  A.  The ATU soldiers used to come, beating us.  Then they would

15  come with some food in plastic plate.  So when they come with

16  this food, they would ask us if we want to eat.  If you say you

17  want to eat something, they would bring something which was not

18  food.

19  Q.  What did they bring?

20  A.  They came with some food.  I cannot remember what food it

21  was.  After they bring us the food, they melted the plastic

22  inside the pits, ma'am

23  Q.  How would the soldiers light the plastic?

24  A.  They would light it and it caught fire and they would drop

25  it inside the pit, dropping it on us.

**October 2, 2008**

## Jusu - Direct

1  Q.   When the plastic dropped into the pit, where did it fall?

2  A.   On our body, ma'am

3  Q.   Where did the plastic fall on your body?

4  A.   On my right leg on this side.

5          MS. ROCHLIN:   For the record, indicating the witness'

6  left side.

7  A.   Right.

8  Q.   Is that your right side, Mr. Jusu?

9  A.   Yes, ma'am

10         MS. ROCHLIN:   I stand corrected.

11 BY MS. ROCHLIN:

12 Q.   Mr. Jusu, did the plastic fall on you any place else on

13 your body?

14 A.   Yes, ma'am, my body, my legs.

15 Q.   And how did it feel when the plastic hit your body?

16 A.   It was terrible, ma'am  It was painful.

17 Q.   Did the plastic fall on Momoh Turay's body?

18 A.   I believe so, ma'am  Yes, ma'am

19 Q.   When the soldiers stood over the pit with the melted

20 plastic, what did -- how did Momoh Turay react?

21 A.   We were crying, both of us.  We were shouting.

22 Q.   When the soldiers stood over the pit and were dropping the

23 melted plastic on your bodies, how long did that go on for?

24 A.   I could not be able to tell how long, but it took a while.

25 Q.   Mr. Jusu, a moment ago you referred to soldiers bringing

**October 2, 2008**

## Jusu - Direct

1  food that was not food.  Am I correct?

2  A.   Yes, ma'am

3  Q.   And what do you mean by "food that was not food"?

4  A.   They would ask you if you want to eat and you would eat

5  food, but what they bring was not food.

6  Q.   What did they bring?

7  A.   They would bring cassava stem at the beginning.  This time

8  it was like rice or something, rice or something.  I don't know

9  exactly.  I could not remember.  I cannot call that food.

10  Q.   When you were in the pit with Monoh Turay, did anything

11  else happen to you?

12  A.   Yes, ma'am

13  Q.   What happened to you?

14  A.   They just keep punishing us until that night they came

15  again with another prisoners.

16  Q.   Mr. Turay, let me ask you one other thing.  Until that

17  night when the soldiers were punishing you --

18  A.   Yes, ma'am

19  Q.   -- was Chuckie is there?

20  A.   No, ma'am

21  Q.   What happened that night when you heard the other prisoners

22  arrive?

23  A.   Well, before the prisoners could come, the spoon they were

24  putting food into our mouth with fell into the space.  They

25  never took it again and we were trying to cut this rope on our

**October 2, 2008**

## Jusu - Direct

1    arm

2          The night when they came with some of these other men,

3    so one of them -- I don't know how -- he managed to loose

4    himself, came outside and said he has loose himself, does

5    anybody wanted to follow him   He's going, escaping.

6    Q.   When you heard this, what did you do?

7    A.   By then we cut the rope on our arm and we asked him to open

8    our gate again and we join him

9    Q.   I'm sorry.   You asked him to open the gate again?

10   A.   Yes, ma'am

11   Q.   And what was the rest of your answer?

12   A.   Then we joined him   We followed him

13   Q.   The man who opened your pit, did you learn his name?

14   A.   Yes, ma'am

15   Q.   What was his name?

16   A.   Dukuly Dumbuya.   He was a former ULIMO officer.

17   Q.   The man's name was Dukuly Dumbuya?

18   A.   Yes, ma'am

19   Q.   He was a former ULIMO officer?

20   A.   Yes, ma'am

21   Q.   What do you mean by "ULIMO," Mr. Jusu?   Can you explain

22   that?

23   A.   Yes, ma'am   ULIMO was one of the factions that were

24   fighting against the NPFL.

25   Q.   What was the NPFL?

**October 2, 2008**

## Jusu - Direct

1   A.   The NPFL were the rebel forces who were controlled by

2   Charles Taylor.

3   Q.   When was ULIMO fighting for control with the NPFL?

4   A.   It was during the '90s, ma'am, early '90s.

5   Q.   And this individual, Dukuly Dumbuya, he was able to open

6   your pit?

7   A.   Yes, ma'am

8   Q.   You were able to get out of the pit?

9   A.   Yes ma'am

10  Q.   Was Monoh Turay able to get out of the pit?

11  A.   Yes.

12  Q.   What happened?

13  A.   We were able to escape.

14  Q.   What happened to Dukuly Dumbuya?

15  A.   Dukuly Dumbuya could not walk fast like we did.   His 10

16  toes were cut off.

17  Q.   How do you know his 10 toes were cut off?

18  A.   He was crying while he explain all of this to us.   You

19  could see he was in pain.

20  Q.   What happened when you and Monoh Turay took off?

21  A.   We were walking very fast.   At this time we were praying so

22  they would not catch us.   If they did, they were going to kill

23  us.   We have seen it.   They have done it to Abdul Cole.   While

24  we were walking faster, Dukuly Dumbuya was left at the gate.

25  Q.   Did Dumbuya fall out of your sight?

**October 2, 2008**

## Jusu - Direct

1  A.   He was some meters behind us.  It was in the dark.  We were

2  finding the road.  Sometimes we wait for him  Sometimes we

3  don't.  We are worried until we heard some noise.

4  Q.   What happened when you heard the noise?

5  A.   Well, Dumbuya -- we could not talk to each other loudly

6  because it may be the securities and they were.  Dumbuya was

7  behind us walking.  We hide ourself at the side of the road.

8        While Dumbuya was coming, they grabbed him  We heard

9  crying.  They were beating him again until we heard gunshots.

10  Q.   Did you see the securities grab Dumbuya or did you simply

11  hear him crying?

12  A.   We hide ourself at the side of the road.  We simply heard

13  them passing.  It was not a long distance.

14  Q.   What happened then?

15  A.   At first Dumbuya was crying.  Later they shot him

16  Q.   Did you see that, Mr. Jusu, with your own eyes?

17  A.   I heard the gunshots and we're not far.  It was just, for

18  example, from here to the door over there.  It was dark in the

19  place.  It was in the bush.

20  Q.   What happened after you heard the gunshots?

21  A.   Well, we could never here Dumbuya crying anymore.

22  Q.   What did you do after you heard the gunshot?

23  A.   We still lie down on the ground.  We were still hiding.  We

24  knew if we were caught, if we are catched again, we will be

25  killed.  So we were there until they went away.

# Jusu - Direct

1    Q.    How long did you stay lying down on the ground?

2    A.    For some time.

3    Q.    And after lying on the ground, what did you do?

4    A.    Then we went into the bush.

5    Q.    Who went into the bush?

6    A.    Me and Momoh Turay.

7    Q.    And how long were you in the bush with Momoh Turay?

8    A.    We were there until the next day and --

9    Q.    What happened -- I'm sorry.

10    A.    We were there until, daybreak until the evening.

11    Q.    And what happened then?

12    A.    Then we arrested again.

13    Q.    Explain how you were arrested again.

14    A.    We were walking.  There was a bush spot.  We thought we had

15 gone far from the camp not knowing we were just still around

16 this camp.

17       So while walking again in this old farm road or

18 something, then there was another road again.  So at that

19 particular junction, some of them were sitting there.  They

20 rush on us.

21    Q.    What happened when the ATU soldiers rushed on you?

22    A.    Well, I thought that was the end of my life, so I was just

23 standing there.  They pass by me.  Momoh Turay was fighting

24 against the other who went, who rushed on him  So he was

25 fighting against them

**October 2, 2008**

**183**

## Jusu - Direct

1   Q.   Now, when you, when you encountered the ATU soldiers, who

2   was there?

3   A.   Me and Monoh Turay.

4   Q.   And did you recognize any of the ATU soldiers who were

5   there when you got captured?

6   A.   I don't need to.  By then, I just knew they were going to

7   kill me.  That was all.  So I never cared again.  I could not

8   feel anything.

9   Q.   Did you see who Monoh Turay was fighting with?

10  A.   He was fighting against the Demon boys.

11  Q.   What happened when Monoh Turay was fighting against the

12  Demon boys?

13  A.   They were beating him seriously.

14  Q.   Were the Demon boys able to get Monoh Turay down on the

15  ground?

16  A.   Yes, ma'am.  They force him down.

17  Q.   When you ran into the ATU soldiers, what happened to you?

18  A.   They tied us again.  We were stripped naked.  This time

19  with nothing on us except the rope.  Some of them were in front

20  of us, by our side.  They were still beating us, going with us

21  to the base again.

22  Q.   Mr. Jusu, what were you wearing when you encountered the

23  ATU soldiers who captured you?

24  A.   While we were escaping, ma'am, the next day in the morning

25  there was a farm hut.  So these people who used to go and make,

**October 2, 2008**

## Jusu - Direct

1  the farmers who used to go and plant the cassava or something,

2  they used to hang their trousers there because.  We are naked

3  since we made the escape, we took their pants on us.  When the

4  ATU met us again, they took everything from us.  So we are

5  naked.

6  Q.   When you were captured, where was Chuckie Taylor?

7  A.   He was, he was at the camp.

8  Q.   What happened once you were captured, Mr. Jusu?

9  A.   They took us to the camp, to Mr. Chuckie Taylor.

10  Q.   What happened then?

11  A.   When we went there, this time we were there.  They came

12  again, as usual very angry.  They were beating us.  So we knew

13  we were going to be killed.  So we just crying.

14  Q.   Who was beating you at the camp, Mr. Jusu?

15  A.   This time Chuckie Taylor, too, was beating us.  I was

16  stabbed on my right -- sorry -- I was stabbed on my left leg

17  with the bayonet by himself and I was beaten.  The beating was

18  still continuing.

19  Q.   How were you beaten?

20  A.   With guns, kicking us.

21  Q.   Who beat you with guns?

22  A.   The ATUs.

23  Q.   Who kicked you?

24  A.   Mr. Chuckie Taylor kicked me.  All of them

25  Q.   What was happening to Mbnoh Turay while you were getting

**October 2, 2008**

# Jusu - Direct

1   beaten and kicked?

2   A.   He, too.   He was receiving similar punishment, ma'am

3   Q.   And who was giving that punishment to Monoh Turay?

4   A.   All of them   There was a group.   All of them   They would

5   come and do whatever they want to do to me.   Go to the other

6   person.

7        I could not distinguish among who and who was doing

8   this.   All of them   When I was stabbed on my leg with this

9   bayonet, I was just -- you cry, but you're not crying.   That

10  emotion, it was very, very -- I could not able to describe it,

11  but it was so painful.

12  Q.   How long did this go on for, Mr. Jusu?

13  A.   For some time.   They were beating us.   They wanted to kill

14  us.

15       Compari at this time wanted to kill us until while

16  this punishment was going on, another soldier -- he was dressed

17  like civil dress but having some combat something -- he came.

18  He was saying "Papay want to see this man."

19  Q.   When you heard the words "Papay want to see this man," what

20  did the word "Papay" mean to you?

21  A.   They used to call Charles Taylor Papay.   In Liberia, almost

22  everybody call Charles Taylor Papay.

23  Q.   What does "Papay" mean?

24  A.   Papay is slang of papa, a nickname or something.

25  Q.   What happened when this soldier arrived and said "Papay

**October 2, 2008**

## Jusu - Direct

1      wants to see you"?

2  A.   Mr. Chuckie Taylor received this paper the soldier was

3  having in his hand, so he came back and he was angry, very,

4  very much.   He was saying "Papay want to see these men."   By

5  then, it was a different punishment and very serious.

6  Q.   What was the different punishment?

7  A.   They were beating us.   We were naked.   They melted plastic

8  on me.   Mr. Chuckie Taylor melted plastic on me on my private,

9  my butt, every part, under my feet.   They would light the

10  candle, the flame of it.   They would put it on.   He would put

11  it under my feet, burned it while others were kicking me,

12  beating me, hitting me.   They were very, very angry.

13  Q.   And while this was happening to you, what was happening to

14  Momoh Turay?

15  A.   He, too, they were beating him, ma'am   He was crying.

16  Q.   How long did this go on for?

17  A.   For some time until we are tied again, forced into the

18  Jeeps.   Then they took us to Monrovia.

19  Q.   Now, when you were tied, who was there?

20       MR. CARIDAD:   I'm sorry.   I didn't hear the question.

21  I apologize.

22       MS. ROCHLIN:   When Mr. Jusu was tied, who was there?

23  A.   Momoh Turay was there.   Chuckie Taylor was there, his boys.

24  Compari was there, too.

25  Q.   When you were tied, once you were tied, were you

**October 2, 2008**

## Jusu - Direct

1  blindfolded or not?

2  A.   Yes, ma'am   Again, before they take us to Monrovia, we

3  were blindfolded.   They put the hood on our head.   We are

4  tabied again.

5  Q.   Were you put in the truck?

6  A.   Yes, ma'am

7  Q.   Were you put in the truck by yourself or with anybody else?

8  A.   Before they take us to Monrovia, Mr. Chuckie Taylor said

9  they should go and take the rest of the men from the pit.   It

10  was then they went and collect Foday Conteh.   So we are three

11  they took to Monrovia.

12  Q.   How many people went into the truck?

13  A.   We were three, just three of us this time.

14  Q.   You and who else?

15  A.   Me, Monoh Turay and Foday Conteh.

16  Q.   Were the other two men tied?

17  A.   Yes, ma'am

18  Q.   And do you know, were the other two men blindfolded?

19  A.   Yes, ma'am

20  Q.   Once you were in the truck, did the truck leave the base?

21  A.   Yes, ma'am

22  Q.   How long did the truck drive, if you remember?

23  A.   It took some time.

24  Q.   And did the truck stop along the way or did it drive

25  without stopping?

**October 2, 2008**

## Jusu - Direct

1  A.   I'm not sure if we ever stop on the way, except when we

2  reach Monrovia inside Charles Taylor's compound.

3  Q.   During the drive to Monrovia, what was Foday Conteh doing?

4  A.   All of us were crying.   We were in serious pain.   We've

5  been beaten.   We've been tied.

6  Q.   During the drive to Monrovia, what was Monoh Turay doing?

7  A.   He was crying.

8  Q.   Did Monoh Turay do anything during the ride to Monrovia

9  besides cry?

10  A.   He was only cry.

11  Q.   What happened when the truck stopped in Monrovia?

12  A.   The trucks brake in front of the gate and they opened the

13  gate.   By then, my hood was off.   Went into the compound.

14  Q.   Went into which compound?

15  A.   Into Charles Taylor's compound in Monrovia, in Congotown.

16  Q.   How do you know it was Charles Taylor's compound?

17  A.   Well, I learned to know that after we are taken somewhere

18  else.

19  Q.   When you went into the compound, what happened?

20  A.   After some time, we were still inside his pick-up, his

21  truck, and Mr. Chuckie Taylor and the other guys, they went

22  inside the compound.

23          Later on we saw Mr. Charles Taylor and some other

24  people came outside together with Mr. Chuckie Taylor, Compari

25  and some other securities were there, too.

**October 2, 2008**

## Jusu - Direct

1  Q.   What happened when Charles Taylor came out of the compound?

2  A.   He walked towards the Jeep where we're tied.  He asked the

3  guy -- we had been -- they seal, the tape our mouth.  When

4  Charles Taylor came, they asked the men to take off the seal

5  tape from our mouth.  So they took off the seal tape from our

6  mouth and he was asking us questions.

7  Q.   What questions was Charles Taylor asking you?

8  A.   He said are we are the guys who refused to go to our

9  country when we were most needed.  We did not answer.

10  Q.   Why did you not answer?

11  A.   Because we cannot answer.

12  Q.   What stopped you from answering?

13  A.   For example, after he asked again if we are the rebels or

14  the Kamajors who are sent to come and overthrow his government,

15  why -- I was trying to say we are civilians and we are

16  refugees.  I was hit with the gun on my chin here and I was cut

17  there and you could want to talk, but if you talk, you'll be

18  punished.

19  Q.   Who hit you on the chin with the gun?

20  A.   One of the ATU the Demon soldiers who was guiding us inside

21  the Jeep, ma'am

22  Q.   When Charles Taylor asked if you were rebels or Kamajors,

23  what happened next?

24  A.   Well, we could not say anything after they hit us.  Then he

25  said "Well, if you're not going to say anything, I will ask my

**October 2, 2008**

**190**

## Jusu - Direct

1          boys to take you to the beach and cut your head and kill

2          you.   We'll not kill you.   We cut your head and put your

3          head inside the sand and nobody will know.   We will bury

4          you."

5     Q.   When Charles Taylor said that, what happened?

6     A.   Compari was by his side, Compari, ma'am   There were other

7     people behind Mr. Taylor and Chuckie was the other side.   So

8     one of these people who came outside Mr. Taylor's said "The

9          killing should have been done where they're coming from

10         Let them take them to BTC.   We need to have information

11         from them"

12    Q.   Do you know who the person was who said this?

13    A.   I learned to know he was Daniel Chea.

14    Q.   Daniel Chea?

15    A.   Yes, ma'am

16    Q.   Who was Daniel Chea?

17    A.   He was the then Defense Minister of Liberia, ma'am

18    Q.   After Daniel Chea spoke, what happened?

19    A.   Then the people came and took us to BTC.

20    Q.   Who took you to BTC?

21    A.   Mr. Chuckie Taylor and the same group of men who have taken

22    us from Gbatala to that compound, ma'am

23    Q.   What is BTC, Mr. Jusu?

24    A.   Barclay Training Center.   It's the military garrison in

25    Monrovia.

**October 2, 2008**

**Jusu - Direct**

1  Q.   What happened when the vehicle arrived at the Barclay

2  Training Center?

3  A.   We're out of the -- excuse me -- we're out of the vehicle

4  again and they took us to the military police office, the empty

5  office because this was the military barracks.   So the

6  military -- the MP officer there refused to take us inside

7  because we are almost dead people.   So he said he cannot admit

8  us into this.

9  Q.   What happened when the officer said that?

10 A.   So they started argument, fighting between the ATUs and the

11 MP.   Their commander was beaten mercilessly.

12 Q.   Where were you when the fighting was happening?

13 A.   We were sitting down while the fighting was on.   Another

14 civilian dress man came and take us into one of the offices.

15 So we were there.

16 Q.   Did you stay in that office where you were taken?

17 A.   Pardon?

18 Q.   Did you remain -- did you stay in the office where the man

19 took you?

20 A.   No, ma'am

21 Q.   Where did you go after that?

22 A.   They put us into the cell.

23 Q.   Who was put into the cell?

24 A.   Me Monoh Turay and Foday Conteh.

25 Q.   What kind of cell were you put into?

**October 2, 2008**

## Jusu - Direct

1   A.   It was a very small place.  I don't know.  It was just a

2   cell.  I just know it to be a cell.

3   Q.   When the three of you went into the cell, were there other

4   people in the cell or was it just the three of you?

5   A.   There were a lot of people inside the cell, ma'am

6   Q.   What was the reaction to the three of you when you were put

7   inside the cell?

8   A.   When we were put inside the cell, we knew nothing and there

9   were a lot of other prisoners inside the cell and they

10   said there is a leadership of prisoners, so they started asking

11   us what our crimes were.

12   Q.   Once you arrived in the cell, were you able to sleep?

13   A.   No ma'am

14   Q.   Why not?

15   A.   Because the place was choke.  There are a lot of people

16   there.  The only place we had was to -- at the corner there was

17   the toilet.  There's an open bucket there where the prisoners

18   go relieve themselves.  We had to go in that particular area.

19   Q.   When you arrived at the cell at the Barclay Training

20   Center, physically what condition were you in?

21   A.   I could not able to move my hands.  My hands were like

22   dead, were paralyzed.  My face was swollen, my eyes, every part

23   of my body.  My hands were like rotten.

24   Q.   Physically, what condition was Monoh Turay in?

25   A.   He could not able to move his hand.  One of his hand also

**October 2, 2008**

## Jusu - Direct

1  was dead.   All of us you could not able to recognize the other

2  person.

3  Q.   Physically, what condition was Foday Conteh in?

4  A.   He, too, he was having the same problem with his hands, his

5  face, all over his body.

6  Q.   The first night you were placed in the cell at Barclay

7  Training Center, did you receive any medical treatment?

8  A.   No, ma'am

9  Q.   What about the next day?

10  A.   We cannot.

11  Q.   Was there a time when you did receive medical treatment at

12  the Barclay Training Center?

13  A.   Yes, ma'am

14  Q.   How did it happen that you got medical treatment at the

15  Barclay Training Center?

16  A.   Well, that night when they put us to the cell at BTC, while

17  the prison chief was asking our crimes we were trying to

18  explain it.   To have been arrested from St. Paul's Bridge and

19  was taken to Gbatala, they could not agree with that.   They

20  said "No, nobody would go to Gbatala and come from there."

21           So the next day, when daybreak, they saw our body.   So

22  they were very, very much afraid.

23  Q.   Mr. Jusu, what happened, what event happened that led to

24  your medical treatment at Barclay Training Center?

25  A.   After some days, we could not able to do anything for

**October 2, 2008**

## Jusu - Direct

1  ourselves.   So this prisoners, they used to come and collect

2  the toilets.   One of the MPs -- the most junior prisoners.   We

3  are responsible to take that toilet outside and we were the

4  last, so we could not able to do that walk and our skin was

5  rotting.   These prisoners, when they empty, they came, opened

6  the door and jump on him and started making serious confession.

7  They said they should take us from the cell because we are

8  dying.   We rotten.   We are smelly.   Because of that confession,

9  the MPs took us to the hospital, ma'am

10 Q.   What hospital did they take you to?

11 A.   At BTC, there was a hospital there, ma'am

12 Q.   How did you get from your cell to the hospital at BTC?

13 A.   The MPs came and they walk with us to the particular

14 hospital.

15 Q.   What was it like walking to the hospital at BTC?

16 A.   It was very, very painful.   By then, under my feet were

17 rotten and it took hours for me to walk from the cell to the

18 hospital.   It was not far, about some 100 meters.

19 Q.   And who walked from the cell to the hospital with you?

20 A.   Me, Foday Conteh and Momoh Turay.

21 Q.   As you walked to the hospital at BTC, did you see anyone?

22 A.   Yes, ma'am

23 Q.   Who did you see?

24 A.   When we went to BTC, I saw VO Kollie.   Kollie, he was --

25 Q.   Who was VO Kollie?

**October 2, 2008**

## Jusu - Direct

1  A.   WO Kollie was an AFL soldier, a man I knew from Voinjama,

2  my kiosk.

3  Q.   What happened when you saw WO Kollie?

4  A.   While they were walking, they say we were rebels.   WO

5  Kollie come and look at me and said "No, I know this guy.   I

6      know his wife.   I know his daughter.   He is not a rebel."

7  Q.   And what happened when WO Kollie did that?

8  A.   WO Kollie was arguing these soldiers.   He was very, very

9  angry.   I told him "WO, please help me.   My brother is here in

10     Monrovia.   Please can you go there and tell him I'm

11     here."

12  Q.   After this encounter with WO Kollie, did the MPs take you

13  to the hospital?

14  A.   Yes, ma'am

15  Q.   Did you receive treatment at the hospital?

16  A.   We went there.   They put some ink on our skin.   Then they

17  took us back to the cell.   I could not call that treatment.

18  Q.   At some point in time after you returned to your cell, tell

19  us whether or not you saw your brother?

20  A.   I did.

21  Q.   Which brother did you say?

22  A.   Maada.

23  Q.   And what happened when you saw your brother, Maada?

24  A.   The first instance when Maada came he was with WO Kollie

25  and as soon as he saw me inside the cell, he could not able to

**October 2, 2008**

## Jusu - Direct

1    talk anything.   He run away.   I could not see him until the

2    next time.

3    Q.   After the first time you saw your brother, Mada, did you

4    see anybody else?

5    A.   Yes, ma'am

6    Q.   Who else did you see?

7    A.   I saw Carolyn Van Buren.

8    Q.   Who was Carolyn Van Buren?

9    A.   She was the protection officer at the UNHCR.

10   Q.   Aside from Carolyn Van Buren, who else did you see?

11   A.   Mulbah, her assistant.

12   Q.   When you saw Mulbah or Carolyn Van Buren at BTC, what did

13   they do?

14   A.   Well, Mr. Mulbah asked the MP to open the gate, that he

15   wants to go and see me, see us inside the cell.

16   Q.   Was he allowed to do that?

17   A.   Yes, ma'am

18   Q.   And what happened?

19   A.   They did.   Mr. Mulbah went inside and talked to us and --

20   Q.   What were the topics that Mr. Mulbah talked about with you?

21   A.   Well, Mr. Mulbah wanted to know if we were refugees, if we

22   were registered refugees.   We was, so he promise us they going

23   to check if we are registered refugees.

24          MR. CARIDAD:   Judge, I object.   This is hearsay, what

25   he said to this man.

## Jusu - Direct

1   BY MS. ROCHLIN:

2   Q.   Mr. Jusu, did you speak with Milbah?

3   A.   Yes, ma'am

4   Q.   And did Milbah leave after you spoke with him?

5   A.   Yes, ma'am

6   Q.   Did some time go by?

7   A.   Pardon?

8   Q.   Did some time go by after that?

9   A.   Yes, ma'am

10  Q.   After you spoke with Milbah, did you see anybody else?

11  A.   Yes, ma'am

12  Q.   Who else did you see?

13  A.   My wife came with her sister and a friend with my daughter.

14  That was the first time I saw my daughter again, and later

15  Milbah came with Carolyn and before Milbah and Carolyn could

16  come, Daniel Chea came.   That was the time he introduced

17  himself as Daniel Chea.

18  Q.   Daniel Chea came where?

19  A.   To the cell.

20  Q.   Why did Daniel Chea come to the cell and introduce himself

21  to you?

22  A.   It was the day we were freed.

23  Q.   It was the day you were freed?

24  A.   Yes, ma'am

25  Q.   After Daniel Chea came to your cell, where did you go?

**October 2, 2008**

## Jusu - Direct

1    A.    They asked the MPs to take us outside.    They did.    By then,

2    Carolyn and Milbah come.    There was an ambulance there.    We

3    were -- Daniel Chea asked the MPs to clean our body before

4    Carolyn could see us.

5    Q.    And did you agree to be cleaned before Carolyn could see

6    you?

7    A.    No, ma'am

8    Q.    Did Carolyn see you?

9    A.    Yes, ma'am

10   Q.    When Carolyn saw you, was Daniel Chea there?

11   A.    Yes, ma'am

12   Q.    And how did Carolyn react to Daniel Chea?

13   A.    She was very, very angry.

14   Q.    And how did Daniel Chea react when Carolyn became angry?

15   A.    He was worried.

16   Q.    How could you tell he was worried?

17   A.    Because I saw him talking to Carolyn in that dominant

18   manner.    He was regretful.

19   Q.    How could you tell he was regretful?

20   A.    He was -- he even say "Sorry" to us.

21   Q.    Did you leave the Barclay Training Center?

22   A.    Yes, ma'am

23   Q.    Did you leave by yourself or with anybody else?

24   A.    They took us to the clinic.

25   Q.    Took who to the clinic?

**October 2, 2008**

## Jusu - Direct

1    A.    Me, Monoh Turay and Foday Conteh.

2    Q.    And how were you taken to the clinic?

3    A.    Through ambulance.   Ambulance drove us to the clinic,

4    ma'am

5    Q.    What clinic did the ambulance drive you to?

6    A.    Greystone Clinic.

7    Q.    How long were you at Greystone Clinic?

8    A.    We there for about a week or something, some days.

9    Q.    When you were at Greystone Clinic, did you see a doctor?

10   A.    Yes, ma'am

11   Q.    Who was the doctor that you say at Greystone Clinic?

12   A.    Dr. Mansalay.

13   Q.    Did Dr. Mansalay provide you with medical treatment?

14   A.    Yes, ma'am

15   Q.    And did you talk to Dr. Mansalay about your injuries?

16   A.    Yes, ma'am

17   Q.    When you spoke with Dr. Mansalay, did you tell him how you

18   received your injuries?

19   A.    Yes, ma'am   We explained what happened to us.

20   Q.    And why was it that you explained what happened to you?

21   A.    Because he was a doctor.   He was treating us.   He was

22   asking us questions.   The nurses, too, were doing the same

23   thing.

24             For example, when we lie down --

25             MR. CARIDAD:   Objection, Your Honor.   Beyond the scope

## October 2, 2008

**Jusu - Direct**

1  of the question.

2  BY MS. ROCHLIN:

3  Q.   What would happen when you would lie down on the bed at

4  Greystone Clinic, Mr. Jusu?

5  A.   When I get up, the skin -- the cloth would stick on my

6  body.   If I take it off, blood would come from my body.

7  Q.   When you were at Greystone Clinic, Mr. Jusu, tell us

8  whether or not you had any visitors?

9  A.   Yes, ma'am   Carolyn come there.   My family could come and

10  see me, but sometimes some civil dress officers or some

11  soldiers would still come to that area to ask people a lot of

12  questions about us, so they took us from there again.

13  Q.   When you left Greystone Clinic, where did you go?

14  A.   To Samukai Refugee Camp.

15  Q.   Where is Samukai Refugee Camp?

16  A.   Samukai Refugee Camp was in Monrovia.

17  Q.   When you went to Samukai Refugee Camp, was it just you who

18  went or did someone else go from the clinic to the camp?

19  A.   It was me, Monoh Turay and Foday Conteh.

20  Q.   When you were at Samukai Refugee Camp, explain whether or

21  not you were still receiving medical treatment?

22  A.   Yes ma'am, I was.

23  Q.   And who was providing that medical treatment?

24  A.   UNHCR.

25  Q.   While you were at Samukai Refugee Camp, where would you go

## Jusu - Direct

1  for medical treatment?

2  A.   I was admitted at the intensive ward inside the hospital.

3  I was there for some months.

4  Q.   Who was the doctor who treated you at Samukai Refugee Camp?

5  A.   It was a nurse.

6  Q.   When you were in the refugee camp, did you ever see a

7  doctor?

8  A.   Yes.   Sometimes Mr., Dr. Mansalay could come there.

9  Q.   Mr. Jusu, how long were you in Samukai Refugee Camp?

10  A.   I was in Samukai Refugee Camp until March, 2000.

11  Q.   When you were in Samukai Refugee Camp, did you see any

12  members of your family?

13  A.   Yes, ma'am

14  Q.   Who did you see?

15  A.   My wife, my daughter.   My brothers were with me.

16  Q.   Were any of your brothers living with you in the refugee

17  camp?

18  A.   Yes, ma'am

19  Q.   Which brothers were living with you in the refugee camp?

20  A.   John were with me.

21  Q.   Your brother, John?

22  A.   Yes, ma'am

23  Q.   And what about your other brothers?

24  A.   My -- Maada and Yunisa were in Monrovia.

25  Q.   When you were in the refugee camp, was your wife living

## Jusu - Direct

1   with you?

2   A.   Yes, ma'am.

3   Q.   Mr. Jusu, what were conditions like for you in the refugee

4   camp?

5   A.   It was very tough.   By then my hands were paralyzed.   I

6   could not able to do anything for myself.   When I go to toilet,

7   for example, or want to take bath, I could not do anything for

8   myself.   I have to have help from my brothers.

9   Q.   In the refugee camp, how secure were you?

10  A.   I was not.   They used to come, this SOD police used to come

11  there.   They could arrest me several times.   They could take me

12  to different prison.   They could come and beat me.   UNHCR free

13  me from there.   Several times happened to me.

14  Q.   Who was helping you from UNHCR?

15  A.   UNHCR, Carolyn Van Buren.   She was the protection officer

16  for the refugees.

17  Q.   When you left Samukai Refugee Camp, where did you go?

18  A.   To Sweden.

19  Q.   When did you go to Sweden?

20  A.   March, 2000.

21  Q.   When you went to Sweden, who went with you?

22  A.   My family, my brothers and my wife and my daughter, Misu.

23  Q.   How did you get to Sweden?

24  A.   (No response.)

25  Q.   By what means of transportation?

## Jusu - Direct

1    A.    Flight.

2    Q.    And aside from yourself and your family, was anybody with

3    you on the flight?

4    A.    Yes, ma'am.

5    Q.    Who was with you on the flight?

6    A.    Monoh Turay and his family, Foday Conteh and his family,

7    their families, too.

8    Q.    When you say Monoh Turay and his family were with you on

9    this flight, who was with Monoh Turay?

10   A.    Monoh Turay was with his brothers, cousins and girlfriend,

11   a woman.

12   Q.    Who was the woman Monoh Turay was with?

13   A.    He was with Misu.

14   Q.    Now, Mr. Jusu, the woman Monoh Turay was with whose name

15   was Misu --

16   A.    Yes, ma'am.

17   Q.    -- is that the same Misu you mentioned from Voinjama?

18   A.    No, ma'am.

19   Q.    Who was the woman, Misu, who was with Monoh Turay?

20   A.    Misu, when we were at Samukai camp, so one day people were

21   curious to know about ourself, about us.  So one day there was

22   a man who was talking with us asking, me, where am I from    I

23   told him I'm from Kenema.   He said there's a man somewhere who

24   is from Kenema, too.

25            So I went to this man after some days.  I saw him    I

## Jusu - Direct

1    started talking with him and he was from Kenema area.   He asked

2    me.   I explained about myself and it happened that he knew my

3    father.   So he was very, very -- he was like a brother to me.

4    We were brothers.   He used to help me make food for me

5    sometimes.   So it was Mr. Kings daughter that was Misu.

6    Q.   Mr. King's daughter, Misu?  Did I get that right?

7    A.   Yes, ma'am

8    Q.   This man from Kenema who helped you, you said he was like a

9    brother to you?

10   A.   Yes, ma'am

11   Q.   Mr. Jusu, did you know how Monoh Turay was able to bring

12   Misu with him to Sweden?

13   A.   He took her to Sweden.

14   Q.   Who arranged for all of you to go to Sweden?

15   A.   Pardon?

16   Q.   What organization arranged for all of you to go to Sweden?

17   A.   It was both the UNHCR and the Swedish government.

18   Q.   Did UNHCR and the Swedish government allow people to bring

19   their girlfriends with them?

20   A.   I don't know.   They would ask you for your family.

21   Q.   Was Misu family to Monoh Turay?

22   A.   They were family before they could travel.

23   Q.   What?  Excuse me.

24   A.   They were a family before they could travel.

25   Q.   What do you mean "They were a family before they could

## Jusu - Direct

1  travel"?

2  A.   Monoh was with Misu now.   I had my own family.   My wife was

3  with me.   What every person has.

4  Q.   Mr. Jusu, did you know whether Monoh Turay were legally

5  married?

6  A.   Before we go to Sweden, Monoh engage Misu.

7  Q.   Mr. Jusu, were Monoh and Misu legally married before

8  leaving for Sweden?

9  A.   Apart from that engagement, I don't know.

10         MS. ROCHLIN:   If I could have just a moment, Your

11  Honor.

12         THE COURT:   You may.

13         Why don't he we take our afternoon recess.   Please

14  don't discuss the case.   We'll take 10 minutes.

15         MS. ROCHLIN:   Thank you, Your Honor.

16         [The jury leaves the courtroom at 2:42 p.m.].

17         THE COURT:   We're in recess.

18          [There was a short recess at 2:42 p.m]

19         THE COURT:   Bring the jury in.

20         [The jury returns to the courtroom at 2:54 p.m]

21         THE COURT:   Everyone please be seated.

22  BY MS. ROCHLIN:

23  Q.   Mr. Jusu, eventually you arrived in Sweden with your

24  family?

25  A.   Yes, ma'am

**October 2, 2008**

## Jusu - Direct

1  Q.   And when you were in Sweden, were you able to get medical

2  treatment?

3  A.   Yes, ma'am

4  Q.   And when you arrived in Sweden, where did you end up

5  living?  What part of the country?

6  A.   The north of Sweden, ma'am

7  Q.   Were you able to see a doctor there?

8  A.   Yes, sir.

9  Q.   When you saw the doctor in Sweden, did that doctor exam you

10 for various different conditions?

11 A.   Yes, ma'am

12 Q.   And when you went to see that doctor, did you explain to

13 that doctor in Sweden what had happened to you in Liberia?

14 A.   Yes, ma'am

15 Q.   Why did you explain that to the doctor in Sweden?

16 A.   Because my condition was very serious, ma'am, and he wanted

17 to know what, how he could diagnosis my problem and how he

18 could solve my problems.

19 Q.   And what did you want from the doctor when you were telling

20 him about your past experience?

21 A.   I was sick.  He was my doctor and when I go there I have to

22 explain how I'm feeling.

23 Q.   Did you want the doctor to provide you with treatment?

24 A.   Yes, ma'am

25           MS. ROCHLIN:   Your Honor, with the Court's permission

**October 2, 2008**

## Jusu - Direct

1    I would ask to approach the witness.

2              THE COURT:   You may.

3    BY MS. ROCHLIN:

4    Q.   Mr. Jusu, having shown it to defense counsel, I am now

5    showing you what has been marked for identification as

6    Government's Exhibit SL 2.

7        [Government Exhibit SL 2 marked for identification at

8    2:57 p.m.]

9    BY MS. ROCHLIN:

10   Q.   For the record, Mr. Jusu, can you tell us is that exhibit a

11   photograph?

12   A.   Yes, ma'am.

13   Q.   Do you recognize what that photograph shows?

14   A.   Yes, ma'am.

15   Q.   Who is in that photograph?

16   A.   It's myself.

17   Q.   Where was that photograph taken?

18   A.   Samukai Refugee Camp in Liberia.

19   Q.   And does that photograph accurately show your appearance

20   when you were at the Samukai Refugee Camp in Liberia?

21   A.   This was during the time I was --

22              MR. CARIDAD:   Objection.   Not responsive.

23   BY MS. ROCHLIN:

24   Q.   Mr. Jusu, listen to my question please.   Can you do that?

25   A.   Yes, ma'am.

## Jusu - Direct

1  Q.   Does that photograph show the way you really looked during

2  the time when you were in the Samukai Refugee Camp in Monrovia,

3  Liberia?

4  A.   Yes, ma'am

5             MS. ROCHLIN:   Your Honor, at this time the United

6  States moves for the admission of Government's Exhibit SL 2.

7             MR. CARIDAD:   I have no objection.

8             THE COURT:   Admitted.

9     [Government Exhibit SL 2 received in evidence at 2:58 p.m]

10             MS. ROCHLIN:   Your Honor, I would first ask to publish

11  the exhibit on the screen, if the Court permits.

12             THE COURT:   You may.

13  BY MS. ROCHLIN:

14  Q.   Mr. Jusu, where in the Samukai Refugee Camp was this

15  photograph taken?

16  A.   At the UNHCR clinic, ma'am

17  Q.   Do you know when the photograph was taken?

18  A.   Pardon?

19  Q.   Do you know when the photograph was taken?

20  A.   It was in September, ma'am

21  Q.   September of what year?

22  A.   1999.

23  Q.   And, Mr. Jusu, in this photograph, does anything appear on

24  your arms?

25  A.   Yes, ma'am

October 2, 2008

## Jusu - Direct

1  Q.   Where do you see something on your arms in this photograph?

2  On what part of your arm?

3  A.   At my elbows.

4  Q.   And what happened to your elbows before this photograph was

5  taken?

6  A.   My elbows, my hands were tied and it was plastic on it.

7  Q.   When your elbows and hands were tied, in what manner had

8  you been tied?

9  A.   After I been tortured and this is the aftermath of it.

10 Q.   Mr. Jusu, where you see the material on your arms in the

11 photograph --

12 A.   Yes, ma'am

13 Q.   -- do you still have marks at that location from where you

14 were tied?

15 A.   Yes, ma'am

16        MS. ROCHLIN:   Your Honor, with the Court's permission,

17 I would ask the witness to step down, roll up his sleeves, if

18 necessary, and show the marks on his arms to the jury.

19        THE COURT:   He may do so.

20 BY MS. ROCHLIN:

21 Q.   Mr. Jusu, if you would be kind enough to leave the witness

22 stand and walk over to the jury.   Would you do that please?

23 A.   Yes, ma'am

24        (Complied.)

25 Q.   Mr. Jusu, what I'm going to ask you to do is to take off

## Jusu - Direct

1  your jacket.

2  A.    Yes, ma'am

3  Q.    Would you do that, please?

4  A.    Yes, ma'am

5  Q.    At this time, Mr. Jusu, please remove your jacket.

6  A.    (Complied.)

7  Q.    And, Mr. Jusu, would you roll up your sleeves above the

8  elbow?

9  A.    (Complied.)

10  Q.    And, Mr. Jusu, if you would just walk along the wooden wall

11  in front of the jury box with your arms held so the jury can

12  see the marks.

13  A.    (Complied.)

14  Q.    Mr. Jusu, you can stop along the way so people have a

15  chance to see.

16  A.    (Complied.)

17  Q.    And why don't you walk a little more, Mr. Jusu, so everyone

18  has a chance to see your arms, please.

19  A.    (Complied.)

20  Q.    Thank you, Mr. Jusu.   Please return to the witness stand.

21  A.    (Complied.)

22         MS. ROCHLIN:   I'd also ask if we could bring SL 2 back

23  up on the screen.

24         AGENT BAECHTLE:   (Complied.)

25  BY MS. ROCHLIN:

**October 2, 2008**

## Jusu - Direct

1  Q.  Mr. Jusu, on this photograph I'd like you to take a look at

2  what would be the area of your left shoulder and the left side

3  of your neck.

4          MS. ROCHLIN:  I would ask the agent if he can enlarge

5  that area.

6          AGENT BAECHTLE:  (Complied.)

7  A.  Yes, ma'am

8  Q.  In this part of the photograph, Mr. Jusu, does it show

9  marks on your body?

10  A.  Yes, ma'am

11  Q.  Were those marks on your body before you came to Liberia?

12  A.  No, ma'am

13  Q.  Were those marks on your body before you came to the

14  checkpoint at the St. Paul River?

15  A.  No, ma'am

16  Q.  Were those marks on your body before you came to the base

17  at Gbatala?

18  A.  Some of them, ma'am

19  Q.  And what was it that caused the marks that appear on that

20  section of the body?

21  A.  It was during the time I had been tied up tied and when

22  they tied me up, the area I was lying on and the plastic they

23  were melting on my skin.

24  Q.  Mr. Jusu, can you touch the screen in front of you and show

25  us the marks, show us where the marks are in this photograph

**October 2, 2008**

## Jusu - Direct

1  that came from the plastic on your skin?

2  A.   Yes, ma'am.

3         (Complied.)   Here.

4  Q.   And Mr. Jusu can you put a circle around the biggest mark

5  that appears on your body?

6  A.   Can I use my pen?

7  Q.   Use your finger on the screen.   It should be able to make a

8  circle.

9  A.   (Complied.)

10  Q.   What caused those marks, Mr. Jusu?

11  A.   It was the plastic.

12         MS. ROCHLIN:   Agent, if you could take down the

13  enlarged portion of the photograph.

14         AGENT BAECHTLE:   (Complied.)

15  BY MS. ROCHLIN:

16  Q.   Mr. Jusu, in this photograph are there some white bands

17  that appear around your elbows?

18  A.   Yes, ma'am.

19  Q.   Who put those white bands that are in the photograph on

20  your arms?

21  A.   The hospital, the nurses at the hospital.

22         MS. ROCHLIN:   Your Honor, may I approach the witness

23  to retrieve the photograph?

24         THE COURT:   You may.

25         MS. ROCHLIN:   Your Honor, I would also ask the Court's

**October 2, 2008**

## Jusu - Direct

1  permission to publish the photograph itself to the jury rather

2  than simply through the screen.

3            THE COURT:   You may.

4            MS. ROCHLIN:   (Publishing to the jury.)

5  BY MS. ROCHLIN:

6  Q.   Mr. Jusu, when you left the camp, the Samukai Refugee Camp,

7  did you take this photograph with you?

8  A.   Yes, ma'am

9  Q.   Did you keep this photograph with you in Sweden?

10  A.   Yes, ma'am

11  Q.   Did you bring the photograph with you to the United States?

12  A.   Yes, ma'am

13  Q.   Mr. Jusu, I would also like to show you another exhibit

14  marked for identification as Government's Exhibit SL 4, with

15  the Court's permission?

16            THE COURT:   You may.

17      [Government Exhibit SL 4 marked for identification at

18  3:07 p.m]

19            MR. CARIDAD:   Judge, can we come sidebar?

20            THE COURT:   You may.

21

22

23

24

25

**October 2, 2008**

## Jusu - Direct

1          [Proceedings at sidebar follow]:

2          MR. CARIDAD:  The right side of it, it shows the

3    witness with his daughter, I assume, at the camp more or less

4    at the same time.  I think it's unfairly prejudicial.  It shows

5    him with his daughter.  It doesn't add anything to the case.

6    It's cumulative.  He's fully clothed.  We already have a

7    picture in evidence at the same time and place that shows the

8    condition.  That's just tugging at people's heart strings.

9          MS. ROCHLIN:  Your Honor, the photograph isn't meant

10   to tug at people's heart strings.

11          In the Government's view, it's relevant for two

12   reasons.  The photograph was taken at the Samukai Refugee Camp,

13   I believe, Christmas 1999, and while the witness is holding his

14   daughter, he would so explain he's having difficulty in the

15   photo holding his daughter properly because of the condition of

16   his arm  So to the extent the photograph reflects the extent

17   of the injury which he has already testified to, we submit it's

18   relevant.

19          Secondly, I believe it is also appropriate given the

20   nature of cross and the statements made in opening by the

21   defense to show, apart from his physical condition, that life

22   in the Samukai Refugee Camp was not as dire as the defense

23   attempted to create, the conditions in Liberia.  People took

24   family portraits.  There's a child with toys.  The individual

25   in the picture is reasonably well and comfortably dressed and I

## Jusu - Direct

1    also don't want the fact for the purposes of this photograph --

2    the witness is in shorts and flip-flops -- to be misinterpreted

3    as a reflection of his overall economic conditions at the camp.

4              MR. CARIDAD:   Judge, I don't know we said anything

5    about the conditions at the camp were horrible.   I'm sure they

6    weren't good.   I don't think we pointed out in cross in any way

7    the conditions at the camp were particularly horrible.

8              It is our defense the conditions in Liberia and Sierra

9    Leone are very bad, but not that anything at the camp is

10   particularly bad.   We're not going to challenge this man as to

11   whether he could move his arms or not.

12             THE COURT:   Well, he said he couldn't use his hands.

13             MR. CARIDAD:   Yes.

14             THE COURT:   His brothers had to bathe him  Now we see

15   a picture taken a few weeks after he has arrived and he looks

16   pretty darn well.   The picture is probative to both sides and

17   prejudicial to each side.   You can show he looks pretty good

18   and the prosecution can say "It ain't so bad over there and

19   there's no need to be flying out to Sweden to live the rest of

20   your life.

21             I'll allow it over objection

22

23

24

25

**October 2, 2008**

## Jusu - Direct

1                    [Proceedings in open court follow]:

2                    MS. ROCHLIN:  If I may?

3                    THE COURT:   You may.

4   BY MS. ROCHLIN:

5   Q.   Mr. Jusu, I'm showing you now what has been marked for

6   identification as Government's Exhibit SL 4?  Do you see that

7   exhibit?

8   A.   Yes, ma'am

9   Q.   And is that exhibit a single piece of paper with copies of

10  two photographs on it?

11  A.   Yes, ma'am

12  Q.   Now, of the two photographs, is one of the photographs a

13  the photograph you've just discussed that is still on the

14  screen?

15  A.   Yes, ma'am

16  Q.   Then is there a different photograph on the same sheet of

17  paper?

18  A.   Yes, ma'am

19  Q.   Now, do you recognize what is in the different photograph?

20  A.   Yes, ma'am

21  Q.   Who is the individual in that photograph?

22  A.   Myself and my daughter.

23  Q.   Where was that photograph taken?

24  A.   At Samukai Refugee Camp.

25  Q.   When was that photograph taken?

October 2, 2008

**Jusu - Direct**

1   A.   In December of 1999.

2   Q.   In December of 1999 --

3   A.   Yes, ma'am

4   Q.   -- were you still living at the Samukai Refugee Camp?

5   A.   Yes, ma'am

6            MS. ROCHLIN:   Your Honor, the United States moves for

7   the admission of exhibit SL  04.

8            MR. CARIDAD:   Same objection made at sidebar.

9            THE COURT:   Overruled.

10           Admitted.

11     [Government Exhibit SL 4 received in evidence at 3:13 p.m]

12           MS. ROCHLIN:   Your Honor, I would ask to have SL 04

13   published on the screen.

14           THE COURT:   You may.

15           AGENT BAECHTLE:   (Complied.)

16  BY MS. ROCHLIN:

17  Q.   Mr. Jusu, what is happening in the new photograph put on

18  the screen, the one that is put in the box?

19  A.   It has enlarged.

20  Q.   The larger photograph, the one that has been enlarged.

21  A.   Yes, ma'am

22  Q.   What are you doing in that photograph?

23  A.   I was with my daughter.

24  Q.   What are you doing with your daughter?

25  A.   We were taking photo and she was on my leg, sitting on my

## Jusu - Direct

1  leg.

2  Q.   Why is your daughter sitting on your leg?

3  A.   I wanted to have her in my picture.   That was the only way

4  I could hold her.   I could do nothing with my hand.

5  Q.   And how did your daughter get up on your leg?

6  A.   Somebody place her on my feet while my feet was up like

7  that and she could relax by my muscle of my left hand so I

8  could get the photo with her.

9  Q.   And, Mr. Jusu, at the time of this photograph -- you said

10  it was December of 1999.   Is that correct?

11  A.   Yes ma'am

12  Q.   Do you know at that time how long you had been in the

13  Samukai Refugee Camp?

14  A.   Yes, ma'am

15  Q.   How long had you been in the Samukai Refugee Camp in

16  December, 1999?

17  A.   About eight months, seven months.

18           MS. ROCHLIN:   Agent, if you could take down the

19  photograph, please.

20           AGENT BAECHTLE:   (Complied.)

21           MS. ROCHLIN:   Thank you very much.

22           May I approach to retrieve the exhibit, Your Honor?

23           THE COURT:   You may.

24           MS. ROCHLIN:   Your Honor, at this time I would ask to

25  publish on the screen what is already in evidence as ER 15.

**October 2, 2008**

## Jusu - Direct

1              THE COURT:   You may.

2              AGENT BAECHTLE:   (Complied.)

3   BY MS. ROCHLIN:

4   Q.   Mr. Jusu, do you see what is now on the screen in front of

5   you?

6   A.   Yes, ma'am

7   Q.   Do you recognize what is in that photograph?

8   A.   Yes, ma'am

9   Q.   What is in that photograph?

10  A.   I'm seeing St. Paul's Bridge.

11  Q.   Is the bridge itself in the photograph?

12  A.   No, ma'am  It's down the place where I was arrested.

13  Q.   Mr. Jusu, do you see a building in the photograph?

14  A.   Yes, ma'am

15  Q.   Do you recognize that building?

16  A.   Yes, ma'am

17  Q.   Were you ever on the inside of that particular building?

18  A.   No, ma'am

19              MS. ROCHLIN:   Agent, if you would please take down the

20  photograph and bring up what is in evidence as BR 20.

21              AGENT BAECHTLE:   (Complied.)

22  BY MS. ROCHLIN:

23  Q.   Mr. Jusu, do you recognize what now appears on the screen?

24  A.   Yes, ma'am

25  Q.   What do you see?

## Jusu - Direct

1  A.   I'm seeing St. Paul's Bridge and there are some people.

2  Q.   Excuse me?

3  A.   I'm seeing some people on St. Paul's Bridge River.

4          MS. ROCHLIN:   Agent, if you would take down ER 20 and

5  bring up ER 60 at this time.

6          AGENT BAECHTLE:   (Complied.)

7  BY MS. ROCHLIN:

8  Q.   Mr. Jusu, do you recognize what appears in Exhibit ER 60?

9  A.   Yes, ma'am

10 Q.   What do you see in this photograph?

11 A.   This is St. Paul's Bridge where we were arrested.

12 Q.   And, Mr. Jusu, directing your attention to the building

13 that appears in the front on the left, on the left side of the

14 screen --

15 A.   Yes, ma'am

16 Q.   -- where the arrow is now pointing?

17 A.   Yes, ma'am

18 Q.   Do you recognize that building?

19 A.   Yes, ma'am

20 Q.   What building is that?

21 A.   This was the building where some of the security officers

22 were sitting.   It was there we had to pass.

23 Q.   And what kind of security officers were sitting at that

24 building?

25 A.   There were nix officers and this was the building, AFL,

## October 2, 2008

## Jusu - Direct

1   ATU, all of them

2   Q.   And, Mr. Jusu, was this building in place on the day you

3   were stopped at the checkpoint?

4   A.   Yes, ma'am

5            MS. ROCHLIN:   Agent, if you wouldn't mind, please,

6   take down Exhibit BR 60 and I would ask you to bring up exhibit

7   GB 12.

8            AGENT BAECHTLE:   (Complied.)

9   BY MS. ROCHLIN:

10  Q.   Mr. Jusu, do you recognize what appears in the photograph

11  now on the screen?

12  A.   Yes, ma'am

13  Q.   What do you see on the screen?

14  A.   This was the swamp at Gbatala.

15  Q.   And is this the swamp that you walked through in 1999?

16  A.   Yes, ma'am

17            MS. ROCHLIN:   Agent, if you would, please, take down

18  GB 12 and bring up GB 37.

19            AGENT BAECHTLE:   (Complied.)

20  BY MS. ROCHLIN:

21  Q.   Mr. Jusu, do you recognize what appears now on your screen?

22  A.   Yes, ma'am

23  Q.   What do you see?

24  A.   This was the swamp where we were take in the holes.

25  Q.   And where is the hole that you see on the screen?   At what

## Jusu - Direct

1  place?

2  A.   At Gbatala Camp.

3          MS. ROCHLIN:   Agent, if you would, please, take down

4  GB 37 and bring up GB 42.

5          AGENT BAECHTLE:   (Complied.)

6  BY MS. ROCHLIN:

7  Q.   Mr. Jusu, are you able to tell us what is on your screen

8  now?

9  A.   Yes, ma'am

10  Q.   What do you see on your screen right now?

11  A.   I'm seeing one of the holes.

12  Q.   From where?

13  A.   One of the holes at the Gbatala Camp.

14          MS. ROCHLIN:   Agent, if you would please bring down GB

15  42 and bring up GB 52.

16          AGENT BAECHTLE:   (Complied.)

17  BY MS. ROCHLIN:

18  Q.   What do you see on your screen now, Mr. Jusu?

19  A.   The man holding barbwire.

20  Q.   And does the barbed wire on the screen look like any barbed

21  wire that you have seen before?

22  A.   It looks like the barbwire that was on top of the door that

23  was, were covered on the pit.

24          MS. ROCHLIN:   Thank you, agent.   You can take down GB

25  52.

**October 2, 2008**

## Jusu - Direct

1              AGENT BAECHTLE:   (Complied.)

2   BY MS. ROCHLIN:

3   Q.   Mr. Jusu, you testified previously that you saw your

4   friend, Albert, get shot at the St. Paul River checkpoint.   Is

5   that correct?

6   A.   Yes, ma'am

7   Q.   In this courtroom here today, do you see the man who shot

8   your friend, Albert?

9   A.   Yes, ma'am

10  Q.   Would you, please, point to that man and tell us what he

11  looks like and what he's wearing?

12  A.   Yes, ma'am

13  Q.   Please point to the man you recognize.

14  A.   The man, the gentleman sitting between two gentlemen in the

15  black suit.

16              MS. ROCHLIN:   For the record, indicating the

17  defendant, Your Honor.

18              THE COURT:   The record so reflects.

19  A.   I'm sorry?

20  Q.   Mr. Jusu, in this courtroom do you see the man who gave the

21  order to kill Abdul Cole?

22  A.   Yes, ma'am

23  Q.   Would you, please, point to that man and indicate what

24  looks like or what he's wearing?

25  A.   He's the same man I've pointed out.   The man sitting

**October 2, 2008**

## Jusu - Direct

1  between with the black suit and blue tie.

2  Q.   And, Mr. Jusu, in this courtroom do you see the man you

3  knew as Chuckie Taylor?

4  A.   Yes, ma'am

5  Q.   Would you, please, point to him and indicate what he looks

6  like or what he's wearing.

7  A.   He's Mr. Chuckie Taylor sitting in front of me, look at me,

8  same costume, suit, and blue tie.

9         MS. ROCHLIN:   May the record indicate he indicated the

10  defendant?

11        THE COURT:   The record so reflects.

12  BY MS. ROCHLIN:

13  Q.   Mr. Jusu, where is it you live now?

14  A.   Pardon?

15  Q.   What country do you live in now?

16  A.   I live in Sweden.

17  Q.   And, Mr. Jusu, can you explain whether or not the United

18  States Government has the power to force you here from Sweden

19  to testify?

20  A.   No, ma'am

21  Q.   Explain Mr. Jusu, have you come to this courtroom

22  voluntarily or not?

23  A.   I do came here willingly.

24        MS. ROCHLIN:   If I could have a moment, Your Honor.

25        THE COURT:   Yes.

**October 2, 2008**

## Jusu - Direct

1          MS. ROCHLIN:   The United States tenders the witness,

2     Your Honor.

3          MR. CARIDAD:   Can I have a sidebar, please?

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 2, 2008**

## Jusu - Direct

1            [Proceedings at sidebar follow]:

2            MR. CARIDAD:   Judge, I'm going to ask the Court to

3    allow me to begin the cross-examination on Monday.   I have a

4    couple of reasons why.   This is the Jencks.   He has testified

5    at the Special Court for Sierra Leone.   It's four days of

6    testimony.   I've read it.   I received the latter portion of it,

7    which is the bulk of it, from the Government about a week ago.

8            I don't want to start this cross-examination and be

9    interrupted by three days and have to pick up on Monday.

10   There's a lot I need to go over with this witness.   It's a very

11   important witness because his allegation is concerning the life

12   count, the death of Abdul Cole.

13           Given the importance of his testimony and what I have

14   to compare it to, this, to these two notebooks, his testimony

15   today, I don't want to start today and have to finish three

16   days later.

17           I ask the Court's indulgence to allow us to begin on

18   Monday.

19           MS. ROCHLIN:   Your Honor, we do not object to the

20   delay.   I don't think this is what Mr. Caridad meant to imply,

21   but I want the record to be clear.   The transcripts in question

22   are publically available on the Internet.   The Government

23   provided them to Mr. Caridad.   He has also referenced in

24   pleadings he has had access to the transcripts.

25           We don't oppose giving Mr. Caridad time to prepare.

**October 2, 2008**

## Jusu - Direct

1  We just want the record to be clear this is not because we

2  believe there's any issue with respect to untimely Jencks

3  material.

4          MR. CARIDAD:  The testimony of two days of Mr. Jusu's

5  testimony has been available since he testified in June.  The

6  last two days were not available.  I've been trying to get them

7  from the Special Court of Sierra Leone.  They have been trying

8  to edit them to put them on the public forum  Apparently,

9  there was some concern.  Something he said during the testimony

10  had alerted -- I've been trying to get them  I never got the

11  last two days from them  They're still trying to figure out

12  how to give it to me.  The last two days, I only got whatever

13  the Government gave to me.

14          THE COURT:  You don't have any short witness?

15          MR. GRAVELINE:  We sent our witness away.

16          MS. HECK-MILLER:  We expected cross to last for some

17  time.

18          MR. GRAVELINE:  We sent the witness to the airport.

19

20

21

22

23

24

25

**October 2, 2008**

## Jusu - Direct

1              [Proceedings in open court follow]:

2              THE COURT:   Rather than have the defense begin a

3    lengthy examination, what we'll do is adjourn at this time

4    today.   Let me go over next week's schedule as we anticipate

5    it.

6              We start on Monday at 9:00 and we will proceed pretty

7    much with the same schedule we have been following most

8    mornings, 9:00 and going to 4:30 in the afternoon.

9              On Thursday, because it is a Jewish holiday, we will

10   not have trial, but we will have trial instead on Friday.  I

11   think I had said that normally we would take Fridays off, but

12   in an effort to keep us to four trial days a week, we will take

13   Thursday off next week and have trial on Friday.  I say this

14   ahead of time in case some of you want to make provision for

15   getting other work done on these days off for trial.

16             The week that follows, of course, we will not have

17   court on Monday because it's a Federal holiday, Columbus Day.

18   So our day off will be that Monday.

19             Next week our day off is Thursday.  The following week

20   the day off from trial will be the Monday.

21             I'll see everyone Monday morning at 9:00 a.m   Please

22   remember my instructions to avoid doing any reading, listening

23   to or observing any broadcast news program on television,

24   Internet or radio regarding this case.  Please do not discuss

25   this case with anyone.  That includes each other.  We'll see

**October 2, 2008**

## Jusu - Direct

1   you Monday at 9:00.   Have a good weekend.

2           [The jury leaves the courtroom at 3:29 p.m.]

3           THE COURT:   We'll see the witness back Monday morning.

4   Thank you.

5           MR. CARIDAD:   Your Honor, I'm sorry to interrupt.

6   Could the witness be instructed not to discuss his case?

7           THE COURT:   Yes.   Please don't discuss your testimony

8   with anyone.

9           THE WITNESS:   Yes, ma'am

10          THE COURT:   I would ask the defense if you would like

11  me to put your client on my calendar tomorrow to have him here

12  to speak with you here or not.

13          MR. CARIDAD:   Instead of the jail?

14          THE COURT:   Yes.

15          MR. CARIDAD:   I think we'd both appreciate that.

16          THE COURT:   I'll put him on my calendar.   What time

17  tomorrow morning, Mr. Wylie, Mr. Caridad?

18          MR. CARIDAD:   A little later.   About 9:00?

19          THE COURT:   9:30?

20          MR. CARIDAD:   9:30.

21          THE COURT:   I will have the defendant placed on my

22  calendar with the instruction to be brought here.

23          Any issues we need to address?

24          MR. CARIDAD:   Your Honor, Mr. Turay was the previous

25  witness.   We may need him-- this is Mr. Jusu.

**October 2, 2008**

## Jusu - Direct

1          THE COURT:   May he be excused?

2          MR. CARIDAD:   Yes.   It would be better if he is

3    excused.

4               [The witness was excused at 3:31 p.m]

5          MR. CARIDAD:   Judge, Mr. Turay was a Government

6    witness.   We may need him to be a witness for us.   So I ask

7    that he remain in the United States under subpoena.   I know he

8    wasn't subpoenaed to be here, but I would serve him with a

9    subpoena and have him stay around.

10          THE COURT:   Well, the problem is the defense case

11   won't be for some time.   Right?

12          MR. CARIDAD:   I don't know when the Government is

13   going to conclude its case.

14          MS. ROCHLIN:   Your Honor, the Government is having

15   discussions about when we forecast our case to conclude.   Right

16   now it appears our case will conclude late in October.   I'm

17   hesitating to say this.   We're targeting October 20th as around

18   the time we will rest our case in chief.   The week of October

19   20th would probably be a better way to put it, Judge, the way

20   these things go.

21          THE COURT:   What would you rather do with the witness,

22   return him after that time --

23          MS. ROCHLIN:   Your Honor, I think the witness needs to

24   go home.   The witness has been here for some time as it is.

25   The witness is not at his job.   He's not taking care of his

**October 2, 2008**

## Jusu - Direct

1  affairs.  He's away from his family.  The witness has counsel

2  who has also been present here with the witness.  That's an

3  additional burden for the lawyer, if not the witness himself.

4          Your Honor, I've been advised by counsel that counsel

5  for the witness believes Mr. Turay would be willing to return

6  to the United States, but he is anxious to get home.

7          THE COURT:  All right.  So why don't we leave it at

8  that, that he would return when the defense case begins?

9          MR. CARIDAD:  My only concern, Judge, once he's in

10 Sweden, there's no way to force him to come back because the

11 Court's subpoena power does not extend to Sweden.

12         THE COURT:  Why can't we cover the areas you would

13 want to cover with him on Monday?

14         MR. CARIDAD:  Call Mr. Turay as our witness on Monday?

15 Maybe we could call him and recross him

16         THE COURT:  Might that be a solution to this problem?

17 It would cost a lot less money to both sides.

18         MS. ROCHLIN:  May I have a moment, Your Honor?

19         THE COURT:  Sure.

20         MS. ROCHLIN:  If I may be excused.

21         THE COURT:  Sure.

22         MS. ROCHLIN:  (Left the courtroom with Ms. Miller and

23 Mr. Graveline.

24         MS. ROCHLIN:  [Entered the courtroom at 3:36 p.m]

25         Your Honor, this is the Government's recommendation:

## Jusu - Direct

1  We think we can work out the arrangements for Mr. Turay to stay

2  here.   However, if Mr. Caridad is going to question Mr. Turay

3  on Monday, we believe it is appropriate and we would request

4  the Court to explain to the jury that because of travel

5  arrangements, the defense is putting on a portion of its case

6  out of turn, or however the Court chooses to put it, and,

7  additionally, since this would be the defense case, Mr. Caridad

8  should proceed on direct and the Government can cross.

9           With those as sort of the ground rules, Your Honor,

10  the United States does not object.

11           MR. CARIDAD:   Judge, what I would prefer to say is

12  reopen his examination and allow us to cross him   The Court

13  could easily find he's a hostile witness.

14           Our intention was to finish with Mr. Jusu, put

15  Mr. Turay back on the stand and ask him -- we're not going to

16  go over old things -- just anything we believe is relevant that

17  came up with Mr. Jusu's testimony and just cross examine him

18           THE COURT:   Well, but what you're proposing is clearly

19  putting him on as a witness in your case, not a reopening of

20  his testimony.   It wasn't sort of like an oversight, "Let me

21      just reopen to cover those things."

22           This is clearly "We want to bring him on because we

23      want to bring out evidence that's favorable."

24           I would agree with the Government.   You can put him

25  on, direct him, the Government can cross and I will indicate to

## Jusu - Direct

1    the jury he's being called on the defense case for obvious

2    reasons, that he doesn't live in this country and so forth.

3                You can do that after you're finished with this

4    witness, of course.

5                MR. CARIDAD:   Yes.

6                THE COURT:   Okay.

7                You all have a good weekend.   If there's any issue you

8    see that needs our consideration before Monday morning, we're

9    here tomorrow.   You can just let us know if you need to be

10   heard tomorrow.

11               MS. ROCHLIN:   Thank you, Judge.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 2, 2008**

1    C E R T I F I C A T E

2        I hereby certify that the foregoing is an accurate

3    transcription of proceedings in the above-entitled matter.

4

5    _____        _____

     11/14/08
6        DATE                         BARBARA MEDINA
                                      Official United States Court Reporter
7                                     400 North Miami Avenue, Suite 12-2
                                      Miami, FL  33128 - 305.523.5518
8                                              (Fax) 305.523.5519
                                      Email:  barbmedina@aol.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**A**

**Abdul** 16:4 41:11 115:11,13,18
   115:24 116:1 132:21 156:2
   157:18 158:17 167:21,24
   168:1,4,11 169:4,6 170:2,8
   171:5,6,12,15 172:9,10,12,17
   172:20,22 173:13,14,20 174:9
   174:11,12,16,20,23 175:2
   180:23 223:21 226:12
**ability** 9:12
**able** 33:7 130:22 137:17,20
   138:4,23 140:15,17,19 141:8
   150:19,22,23 154:5,21 161:21
   161:24 162:1 164:16 168:6
   177:24 180:5,8,10,13 183:14
   185:10 192:12,21,25 193:1,25
   194:4 195:25 202:6 204:11
   206:1,7 212:7 222:7
**above-entitled** 234:3
**absolutely** 100:13
**accept** 64:8,9
**access** 1:25 2:25 226:24
**accident** 123:12,13
**accurate** 13:24 106:14 234:2
**accurately** 207:19
**accuse** 60:19
**accused** 60:17 61:20
**accusing** 28:1
**acknowledges** 100:3
**acquittal** 100:15
**acquitted** 100:14
**action** 74:9,10 75:2 130:25 131:3
   131:5,9
**add** 7:11 214:5
**additional** 5:12,16 231:3
**additionally** 100:7 232:7
**address** 4:8 99:8 229:23
**addresses** 100:7
**adjourn** 228:3
**ADMINISTRATIVE** 4:6
**admission** 208:6 217:7
**admit** 191:7
**admitted** 8:15 201:2 208:8
   217:10
**admitting** 110:15
**advice** 45:3
**advised** 9:6 231:4
**affairs** 231:1
**affect** 9:12
**AFL** 67:25 68:3 132:9 143:5
   195:1 220:25
**afraid** 149:22,25 193:22
**AFRC** 113:12 129:3
**Africa** 53:23
**aftermath** 209:9
**afternoon** 10:24 205:13 228:8
**agent** 13:22 14:6 210:24 211:4,6
   212:12,14 217:15 218:18,20
   219:2,19,21 220:4,6 221:5,8
   221:17,19 222:3,5,14,16,24
   223:1
**ago** 107:21 177:25 226:7
**agree** 86:20 143:21 193:19 198:5
   232:24
**ahead** 8:5 228:14
**aid** 162:16
**ain't** 215:18
**air** 10:25
**airport** 227:18
**Albert** 132:23 133:9 140:7,8,12
   141:14 145:6 148:10,14,19
   149:20 223:4,8
**Alberto** 97:3
**Albert's** 133:10
**alert** 146:1,4,5
**alerted** 227:10
**alive** 110:7,8

**allegation** 226:11
**allow** 101:1,19 123:2 204:18
   215:21 226:3,17 232:12
**allowed** 196:16
**allows** 101:13
**ALTONAGA** 1:13
**ambulance** 198:2 199:3,3,5
**ambush** 123:24
**AMERICA** 1:4
**analysis** 100:8 101:7
**angry** 38:1,6 73:11,12 74:1,4
   146:11,23 148:5 170:19,21,24
   184:12 186:3,12 195:9 198:13
   198:14
**answer** 89:15,17 121:2 136:5
   143:9,10 172:16 179:11 189:9
   189:10,11
**answered** 111:10 166:11,12
**answering** 189:12
**anticipate** 228:4
**anxious** 231:6
**anybody** 15:10 22:23 23:17
   27:12 29:10 34:4,23 40:19
   43:2 50:23 52:12,15 54:4 67:2
   68:12,22 73:5,6 74:8 76:3,7
   77:21 78:4 83:21 84:7,11 89:5
   94:2,4 135:4 140:6 148:2
   163:22 175:14 179:5 187:7
   196:4 197:10 198:23 203:2
**anymore** 19:10 181:21
**apart** 127:1 133:13 141:20 205:9
   214:21
**apartments** 156:6,8
**apologize** 89:19 99:2 186:21
**Apparently** 227:8
**appeal** 100:17
**appealing** 100:15
**appear** 48:7 208:23 211:19
   212:17
**appearance** 207:19
**APPEARANCES** 1:16
**appears** 212:5 219:23 220:8,13
   221:10,21 230:16
**appreciate** 229:15
**apprehended** 112:10
**approach** 6:5 7:9 15:10 99:17
   207:1 212:22 218:22
**appropriate** 214:19 232:3
**approximately** 19:21 22:1 32:6
   57:2 83:10
**April** 140:4
**area** 7:23 13:11 16:23 48:16,18
   131:19 141:5 147:10 150:22
   156:15 168:18 192:18 200:11
   204:1 211:2,5,22
**areas** 132:2 231:12
**arguing** 195:8
**argument** 191:10
**arm** 117:21 129:3 173:24 179:1,7
   209:2 214:16
**arms** 18:24 19:6,7 25:23 50:18
   51:1,2,2 164:3 208:24 209:1
   209:10,18 210:11,18 212:20
   220:11
**army** 88:14,15 90:25 91:16
   112:2,2
**arranged** 204:14,16
**arrangements** 232:1,5
**arranging** 84:22
**arrest** 50:14 133:18,19 134:1
   137:22 138:1 202:11
**arrested** 82:19 128:22,25 129:5
   129:7,11 133:20,21 135:21
   136:19,21 137:2,4,10,12,14,18
   138:2,20,21,22 139:10 145:16
   168:21,22,24 169:2 176:1
   182:12,13 193:18 219:12
   220:11

**Arresting** 134:3
**arrival** 162:5
**arrive** 146:15,21 178:22
**arrived** 119:15 176:11 185:25
   191:1 192:12,19 205:23 206:4
   215:15
**arrow** 220:16
**aside** 196:10 203:2
**asked** 17:20 25:9 27:19,20 35:13
   45:2,9,14 60:13 61:12,18,19
   61:21 85:1,7,16 90:25 106:7
   107:24 110:21,22,24 111:7,14
   114:22,25 115:10 120:23
   121:4,9 134:17 136:1 138:8
   140:22 143:23 150:3 172:22
   179:7,9 189:2,4,13,22 196:14
   198:1,3 204:1
**asking** 17:18 25:6 54:6 73:9
   107:3 143:12,15,16,17 160:18
   189:6,7 192:10 193:17 199:22
   203:22
**assistant** 70:2 196:11
**assisted** 68:17
**associated** 55:17
**assume** 214:3
**assuming** 5:15
**atmosphere** 147:18 151:18
**attached** 151:7
**attack** 7:3,7 9:18 10:5 100:6
   139:7,25 140:5,10
**attacked** 60:15,20,23 139:5
   140:24,25
**attempt** 58:13,14
**attempted** 214:23
**attention** 220:12
**Attorney** 1:18,22
**attorneys** 5:1,9 9:15
**ATU** 14:18 15:11 17:18,20 19:16
   22:25 23:10,11 26:11 34:5
   37:25 53:17 58:19 60:10,11
   61:21 64:12,22 65:1 88:22
   92:24 120:8 143:13 144:22
   152:10 163:3 166:1,3 168:24
   173:12,15,19 176:14 182:21
   183:1,4,17,23 184:4 189:20
   221:1
**ATUs** 88:21 132:12 168:23 173:9
   175:7 184:22 191:10
**August** 102:11,12
**authorities** 105:24 106:3,20,21
   107:3,12,24 109:17 110:3
**available** 226:22 227:5,6
**Avenue** 1:23 2:8 234:6
**avoid** 228:22
**aware** 5:8 8:17
**A.F.P.D** 2:2,2
**a.m** 9:3 12:12,16,22 98:15 99:4
   101:22 102:2 110:1 122:10
   123:21 124:7,14 228:21
**A.U.S.A** 1:17,18
**a/k/a** 1:8

**B**

**back** 11:4 12:18 25:23,24 26:11
   26:19 29:1 37:9,9,11,20 38:6
   38:11,16 39:5 42:21,23,25
   43:9 51:10,25 52:4,5,6,7,8
   63:22 69:7,8,10 76:18 87:21
   87:21 99:5,9 120:8 129:10
   143:16,19,21 146:8 149:9
   151:22,22 153:13 158:2 160:2
   160:4 161:14 163:6 164:17
   170:11 171:11 173:17,18,21
   173:24 174:11,24 175:9,10
   186:3 195:17 210:22 229:3
   231:10 232:15
**bad** 49:22 116:17,20,25 117:3,3

   117:6 215:9,10,18
**badly** 116:16 117:2
**BAECHTLE** 13:22 14:6 210:24
   211:6 212:14 217:15 218:20
   219:2,21 220:6 221:8,19 222:5
   222:16 223:1
**balancing** 100:8
**bands** 212:16,19
**Barbara** 2:7 89:17 98:21 234:5
**barbed** 222:20,20
**barbmedina@aol.com** 2:10
   234:8
**barbwire** 163:16 165:16 175:19
   176:5 222:19,22
**Barclay** 64:6,8 65:8,11,14,17,19
   66:18,25 67:2 190:24 191:1
   192:19 193:6,12,15,24 198:21
**barracks** 92:19,20 191:5
**bars** 156:14,15,20 163:16
**base** 31:19 32:16 37:11,21 44:12
   47:18 48:8,13,15,22 51:10,11
   51:17,25 52:4,5,6,7,8 54:4
   57:10 79:13 114:23 116:4,11
   119:12,15 120:8 162:6 168:13
   183:21 187:20 211:16
**based** 105:7 120:24
**basically** 100:1
**bath** 202:7
**bathe** 76:18 215:14
**bayonet** 51:14 120:2,5 184:17
   185:9
**beach** 62:8,11,15,21 73:19 190:1
**bear** 5:13
**beat** 16:12,13 17:22 20:24 21:1
   25:16,17 64:23,24 65:1,5 86:3
   86:6 93:21,25 97:23 98:4
   120:8 133:18 153:6 167:3
   169:19 175:4 184:21 202:12
**beaten** 56:8,9 86:15 118:4 119:5
   158:11,16,19 175:3 176:2
   184:17,19 185:1 188:5 191:11
**beating** 17:17 20:11,19 34:14
   119:9 152:2,3,12,13,16,17,18
   152:20,21 153:1,5,19 154:14
   157:22 158:6,12,13,15,22
   165:5,6 167:2 169:3,17,18,20
   170:4,6,9,25 175:8 176:14
   181:9 183:13,20 184:12,14,15
   184:17 185:13 186:7,12,15
**bed** 200:3
**beer** 131:15,25
**beg** 24:10
**begged** 24:11 74:8,12,22 138:8
**begging** 74:22 75:2 174:12
   175:1
**beginning** 9:2 12:22 110:1
   122:10 123:21 124:14 178:7
**begins** 3:24 4:2,4 231:8
**behead** 172:24
**beheaded** 151:9
**belabor** 101:17
**BELFAST** 1:8
**belief** 54:12
**believe** 28:3 110:9 177:18
   214:13,19 227:2 232:3,16
**believes** 231:5
**benefited** 109:22
**benefits** 108:21,22
**best** 7:9 83:25 147:21
**better** 153:15 230:2,19
**Beyond** 113:15 114:9 117:14
   122:25 199:25
**big** 87:22 88:14,16 155:3
**bigger** 172:17
**biggest** 130:2 212:4
**birth** 71:2,6,9,20
**birthday** 130:20
**bit** 9:7 11:3 98:25 155:16,17

156:19
**bitter** 133:14
**black** 223:15 224:1
**blindfold** 18:18,20 19:8 20:15,16 25:21,22 27:10 51:16 54:22 59:10 161:12 162:5
**blindfolded** 19:1,23 20:14 28:20 55:23 56:17 58:8 154:1 155:12 158:9 159:13 161:8,10 187:1,3 187:18
**blocked** 57:22
**blocks** 156:14,15,16,18
**blood** 51:15 174:16,18 200:6
**blue** 224:1,8
**board** 141:6
**bodies** 150:3,7,10,12,15,17,19 150:20,22,23,23 151:1,4,8 177:23
**body** 116:14,15,16,20,24,25 119:16,19 150:1,14,21,25 151:9 152:19 163:24 164:15 164:17 165:18,21 169:23,24 169:25 175:18 177:2,3,13,14 177:15,17 192:23 193:5,21 198:3 200:6,6 211:9,11,13,16 211:20 212:5
**bodyguard** 154:10
**bodyguards** 157:15
**Bomaru** 127:24,25
**bones** 29:22 30:2,3,4,5,7,8 35:17
**boots** 118:15 153:8
**border** 128:12,12
**bordered** 169:2
**Borkarie** 135:13,21
**Borkarie's** 135:15
**born** 124:19,21,22
**bottom** 120:13
**bouncing** 153:24
**box** 132:1 210:11 217:18
**boyfriend** 133:8
**boys** 86:16,20,25 144:22 146:20 146:25 147:5 150:9 157:7 158:5,5,14,16 159:15 165:5 166:2,3,25 168:23 183:10,12 183:14 186:23 190:1
**BR** 13:20 14:5 218:25 219:20 220:4,5,8 221:6
**brake** 188:12
**break** 10:23,23,24 16:21 159:21
**breaks** 10:22
**breath** 98:20
**bridge** 13:11 79:12 142:10,11,14 142:15,18,19,20,22 143:3,4 150:6,8,12,13,14,18,25 153:22 158:3 193:18 219:10,11 220:1 220:3,11
**brief** 99:6 122:6
**briefly** 8:1
**bring** 5:5 7:22 12:2,9,13 23:21 24:17 40:23 41:3 51:25 92:10 92:12 101:20 121:8 160:10 176:17,19,21 178:5,6,7 204:11 204:18 205:19 210:22 213:11 219:20 220:5 221:6,18 222:4 222:14,15 232:22,23
**bringing** 107:4 177:25
**broadcast** 228:23
**broke** 103:22
**brother** 79:6,7,10,12,15 80:7 82:12,13,20,21 127:3 133:21 136:18,19 137:1,4,14 138:15 138:18,20,23 139:6,10,17 195:9,19,21,23 196:3 201:21 204:3,9
**brothers** 76:13,14 125:24 126:19,20 201:15,16,19,23 202:8,22 203:10 204:4 215:14
**brother's** 80:8,9,13,15

**brother-in-law** 140:9 149:20
**brought** 8:6 37:11,20 39:17,18 99:9 117:4 166:13 170:11 171:2,18,24 172:5 229:22
**BTC** 116:23 117:4,5 190:10,19 190:20,23 193:16 194:11,12 194:15,21,24 196:12
**bucket** 174:14,15,17,19 192:17
**building** 14:8,10,13,15,18,21,22 14:25 15:2,4 153:3 219:13,15 219:17 220:12,18,20,21,24,25 221:2
**buildings** 170:15
**bulk** 226:7
**bullet** 122:22,23 123:5,11,15,17 123:23 124:3
**burden** 231:3
**Buren** 70:8,10 72:7,22 73:2,9 74:1 84:20 104:24 105:2 109:11 121:10,12 196:7,8,10 196:12 202:15
**burned** 120:13 186:11
**Burston** 3:20 99:12
**bury** 62:9,10,15 73:19 190:3
**bush** 48:23,24 49:2,5,7,8 169:1,1 181:19 182:4,5,7,14
**business** 125:7,8 131:13,14,23 132:5,5,8 133:13 139:12,16
**businessman** 125:6
**butt** 30:20 153:7 169:21 186:9
**buy** 125:9,11,12 131:16 132:3 133:17
**B-o-r-k-a-r-i-e** 135:14

**C**

**C** 234:1,1
**cage** 31:5
**calendar** 229:11,16,22
**calf** 122:23
**call** 15:22 53:8 132:22 134:13,14 159:4 178:9 185:21,22 195:17 231:14,15
**called** 15:23 16:1,2,3,3,5 54:13 54:15 69:24 142:10 152:11 233:1
**calling** 168:10
**calls** 124:10
**calmer** 7:16
**camp** 70:22 76:23,24 78:2,7,13 78:14,15 79:10,17 80:2,3,21 81:8 82:17 83:3,14,22 84:17 102:20,23,24 104:22 160:25 160:25 161:1 168:18 169:12 169:13,16 170:10,11,14,15 172:7 182:15,16 184:7,9,14 200:14,15,16,17,18,20,25 201:4,6,9,10,11,17,19,25 202:4,9,17 203:20 207:18,20 208:2,14 213:6,6 214:3,12,22 215:3,5,7,9 216:24 217:4 218:13,15 222:2,13
**candle** 186:10
**captured** 50:8,9,11,12 183:5,23 184:6,8
**car** 78:6 123:25 140:12,15,16 150:12 151:11 157:22
**card** 128:20 143:17,17,24
**care** 27:10 117:7 119:7,13 128:15 138:7 139:17,23 230:25
**cared** 183:7
**Caridad** 2:2 5:11,17 6:3 7:2,13 7:15,19 9:17,20,24 10:4,9,11 10:13,15,18 12:7 134:22,25 135:2 136:2,23 137:5,23 138:11 160:11 172:13 186:20 196:24 199:25 207:22 208:7

213:19 214:2 215:4,13 217:8 225:3 226:2,20,23,25 227:4 229:5,13,15,17,18,20,24 230:2 230:5,12 231:9,14 232:2,7,11 233:5
**CAROLINE** 1:18
caroline.miller@usdoj.gov 1:21
**Carolyn** 69:20,22 77:22,23 104:24 121:10,12 196:7,8,10 196:12 197:15,15 198:2,4,5,8 198:10,12,14,17 200:9 202:15
**carried** 150:6,7,21,25
**carry** 28:22 52:4 141:5
**cars** 153:22 157:10
**case** 1:3 5:1 7:4,4,5,8 9:13,21,25 98:13 99:12 101:10,13 108:25 109:1 111:5 117:9,11 160:1 205:14 214:5 228:14,24,25 229:6 230:10,13,15,16,18 231:8 232:5,7,19 233:1
**cassava** 166:13,14,18,19,24 167:6,10,13 168:15 178:7 184:1
**catch** 98:21 180:22
**catched** 37:23 181:24
**caught** 37:2 169:4,5,7,7,9,11,18 170:3 176:24 181:24
**caused** 10:4 211:19 212:10
**cave** 162:11,25
**cease** 167:4
**ceased** 38:16
**CECILIA** 1:13
**cell** 14:22 15:4,6,10,13,18,21 16:8,9,14 18:5,14,16,21 20:21 20:25 21:3,5,7,8,19,21 22:23 23:4,19,24 24:1,17 53:8 65:23 66:2,4,11,16 67:4 69:10,16,18 70:8,10 72:13,15 75:6 103:25 104:2,4,6 155:7,20,21,22,23 155:25 156:1,4,5,7,9,13,23 157:4,6,8,20 162:20 191:22,23 191:25 192:2,2,3,4,5,7,8,9,12 192:19 193:6,16 194:7,12,17 194:19 195:17,18,25 196:15 197:19,20,25
**cells** 158:12
**cement** 156:14,15,16,18 163:16
**center** 64:6,8 65:8,11,14,17,19 66:19,25 67:2 95:19,20,22,23 95:24 96:7,18 131:18,20 170:15 190:24 191:2 192:20 193:7,12,15,24 198:21
**Certificate** 3:10
**certify** 234:2
**chair** 74:21
**challenge** 215:10
**chambers** 7:23 9:2
**chance** 5:2 45:4 210:15,18
**change** 111:9
**changed** 108:5
**charge** 91:16
**Charles** 1:8,9,9 53:6 59:2,12 61:11,24 63:8,15,18,19,20 73:18 113:25 114:19 162:16 180:2 185:21,22 188:2,15,16 188:23 189:1,4,7,22 190:5
**Chea** 60:4 62:13,14,22,23 63:10 63:24 72:23 73:3,14,18,19 74:6,15,18 190:13,14,16,18 197:16,17,18,20,25 198:3,10 198:12,14
**check** 196:23
**checkpoint** 13:21,24 17:6,7,8 19:18,25 82:14,19 117:20,20 117:23 118:3,7,12,15,23 142:12,14,15,19,20,24 144:12 144:17,23 147:11,17 150:13 151:12,14 211:14 221:3 223:4

**chest** 151:23 153:14 170:1
**chevrons** 4:10
**chew** 167:7
**chief** 193:17 230:18
**child** 100:11,12 101:4 102:13 104:2 214:24
**children** 80:19,23 81:2,7,12 105:18 109:6 125:23
**chin** 164:18 189:16,19
**choke** 192:15
**chooses** 232:6
**chose** 41:14
**Christmas** 214:13
**CHRISTOPHER** 1:22
christopher.graveline@usdoj... 1:24
**Chuckie** 1:8 13:12 15:8 23:10,18 25:11,22 27:10,11,16,18,19 41:6,19 43:2 45:6 48:2 49:11 49:20,25 50:8 51:14 52:11 56:2 60:5,7,8 87:16 88:4,18,24 92:24 93:2,14,23,25 96:10,12 96:14,17 97:10 98:2,4,6 115:20 120:2 121:17 124:2 135:8,24 136:8,13,15 145:23 145:24 146:11,20,22,23 147:1 147:17,20,24 148:8,13,17,18 148:23,25 149:8,8,14,21 150:1 150:3 151:14,18,25 152:7,8 153:3 154:6,10 157:1,15 158:4 158:6,13 159:3,12,15,18 161:17 162:7,9,10,13,24 167:14,17 170:13,17,18,20,23 171:2,5,17,21 172:6,20,22,24 173:1,5 175:7 178:19 184:6,9 184:15,24 186:2,8,23 187:8 188:21,24 190:7,21 224:3,7
**church** 131:18,20
**cigarette** 131:25
**cigarettes** 131:15,25
**circle** 212:4,8
**circles** 48:15
**Circuit** 99:12
**circumstances** 135:23
**CITATION** 3:18
**cite** 99:11
**city** 87:22 123:24 131:17 141:1
**civil** 14:15 65:6 114:4 143:6 185:17 200:10
**civilian** 149:2 191:14
**civilians** 132:13 146:10 147:7 189:15
**clean** 198:3
**cleaned** 198:5
**clear** 22:5 146:1 226:21 227:1
**cleared** 27:9
**clearly** 232:18,22
**CLERK** 5:24
**client** 7:6,14 229:11
**clinic** 75:9,10,12,14 76:7 78:14 121:25 198:24,25 199:2,3,5,6 199:7,9,11 200:4,7,13,18 208:16
**close** 37:22 41:1,2,4 48:10,11 115:3 131:19 148:11
**closer** 48:4 115:5 131:22 148:20 149:9
**cloth** 59:4 200:5
**clothed** 214:6
**clothes** 18:1,4 47:2
**cocked** 172:23
**coincidence** 79:9
**cold** 131:24
**Cole** 16:4 17:11 19:14 21:10 24:23 29:8 33:4 35:11 36:12 37:4,9,11 39:16 40:1,2,24 41:11,12,14 45:17 52:11,18 115:11,13,18,24 116:1 132:21

156:2 157:18 158:18 167:21
167:24 168:1,4,11 169:4,6
170:2,8 171:5,6,12,15 172:9
172:10,12,17,20,22 173:13,14
174:9,12,23 180:23 223:21
226:12
**Cole's** 38:1 173:20 174:11,16,20
175:2
**collect** 55:2 187:10 194:1
**Columbus** 228:17
**combat** 185:17
**come** 16:5 25:6,7 34:4 37:18
74:14,18 76:9 84:18,20 91:1
103:8 115:5 118:1 126:9 127:8
131:16 132:2,2,8,13 133:16,16
133:21,25 134:1,6 139:1,11
140:22 143:19 145:2 147:18
154:6 157:4 166:1,2,4,9 170:9
176:14,15,15 178:23 185:5
189:14 193:20 194:1 195:5
197:16,20 198:2 200:6,9,9,11
201:8 202:10,10,12 213:19
224:21 231:10
**comes** 12:5,10 23:6 37:9,9 59:12
60:12 72:7 95:10 99:5
**comfortably** 176:4 214:25
**coming** 22:23 59:5 68:9 115:4
162:2 172:8 181:8 190:9
**command** 27:17
**commander** 64:17,18,19 65:8
88:12,13,13 91:9,10 111:17
112:17 117:5 134:6,14 135:11
135:16,20 191:11
**common** 16:23 17:1
**communicated** 9:8
**community** 100:19 102:17 131:8
**compare** 226:14
**Compari** 23:15,16,18 25:12
27:10,12,17,18,19 28:13 49:13
49:25 60:5,7,8 159:4 162:14
162:15,16,18,21 185:15
186:24 188:24 190:6,6
**completely** 47:6 174:21
**Complied** 5:24 13:22 14:6 74:20
75:5 209:24 210:6,9,13,16,19
210:21,24 211:6 212:3,9,14
217:15 218:20 219:2,21 220:6
221:8,19 222:5,16 223:1
**compound** 59:24 188:2,13,14,15
188:16,19,22 189:1 190:22
**concern** 7:16,19 9:7 227:9 231:9
**concerning** 111:10 127:4 226:11
**concerns** 10:19
**conclude** 70:19 230:13,15,16
**condition** 116:5,6,14,21,22
117:6 192:20,24 193:3 206:16
214:8,15,21
**conditions** 133:12 202:3 206:10
214:23 215:3,5,7,8
**conference** 3:22,24 4:2,4,8
**Conferring** 12:7
**confession** 194:6,8
**confidential** 54:2
**confused** 81:16
**Congotown** 188:15
**consider** 100:9
**consideration** 233:8
**contact** 128:7,10,14
**contaminated** 163:24
**Conteh** 16:3 17:11 19:14 21:12
24:21 29:6 33:4 40:5,6,21
42:25 55:2,3,5,7 58:23 62:19
66:2 67:1,17 69:12 72:19 73:2
75:12 77:15 79:1 82:14 83:18
97:4 132:21 156:2 157:19
165:1 171:25 172:2,3,4 187:10
187:15 188:3 191:24 193:3
194:20 199:1 200:19 203:6

**CONTENTS** 3:1
**continue** 12:19 142:5 152:13
160:14 166:4,9,23
**continued** 142:7 147:15
**continues** 58:15 153:20
**continuing** 139:12 165:13
184:18
**control** 180:3
**controlled** 180:1
**cont'd** 12:21
**CONVENTIONS** 4:6
**conversation** 5:21 9:6 134:19
**convicted** 8:12 102:7,13
**conviction** 8:15 99:11 100:4,5,6
100:10,10 101:18
**convoy** 159:3
**copies** 99:15 216:9
**copy** 99:18
**corner** 143:25 144:2 156:10,10
192:16
**corpse** 163:23
**correct** 14:10,11,13,19 17:12,15
21:3 23:7 28:14 29:14 30:10
31:23 35:5 36:13,25 38:10,18
40:22 41:23 42:17 47:23 48:3
51:21 72:8 84:22 87:22 102:8
102:14,21 103:4,14,21,23
104:25 105:5,8,12 107:15,19
109:9 110:18 111:14 113:12
122:14,20,23 178:1 218:10
223:5
**corrected** 177:10
**cost** 231:17
**costume** 224:8
**counsel** 4:7 12:5 89:14 134:23
207:4 231:1,4,4
**count** 226:12
**country** 73:24 106:24 107:13
114:5 124:19 127:19 189:9
206:5 224:15 233:2
**couple** 78:20,20,21,22 95:6,6,7,8
226:4
**course** 10:21 50:5 228:16 233:4
**court** 1:1 2:8 3:25 4:1,3,5,8 5:1,5
5:19,25 6:1,2,4 7:9,14,17,21
8:2,5,9,11,17 9:1,4,11,15,25
10:19,21 11:2,4 12:1,2,6,9,13
12:17 74:16 89:16 98:12,16
99:3,7,14,15,18,20,22,25
100:9,17,22 101:9,19,23,25
102:3 107:18 113:5,16,22
114:11 117:15 118:21 122:7
123:2 124:6,8 135:1 137:8,24
159:21,24 160:4,8,10,13
172:14 174:1 205:12,17,19,21
207:2 208:8,11,12 209:19
212:24 213:3,16,20 215:12,14
216:1,3 217:9,14 218:23 219:1
223:18 224:11,25 226:2,5
227:7,14 228:1,2,17 229:3,7
229:10,14,16,19,21 230:1,10
230:21 231:7,12,16,19,21
232:4,6,12,18 233:6 234:6
**courtroom** 1:25 2:25 5:2,20 9:6
11:5 12:12,16 98:15 101:22
102:2 160:3,9,12 205:16,20
223:7,20 224:2,21 229:2
231:22,24
**courtrooms** 6:6
**Court's** 7:16 206:25 209:16
212:25 213:15 226:17 231:11
**cousins** 66:14,23 210:10
**cover** 231:12,13 232:21
**covered** 222:23
**co-conspirators** 5:12
**crazy** 152:19
**create** 214:23
**created** 143:22

**credibility** 100:7,13 101:3,6
**cried** 153:25
**crime** 8:10 100:25 101:2 102:7
**crimes** 192:11 193:17
**cross** 12:21 214:20 215:6 227:16
232:8,12,17,25
**cross-check** 70:19
**cross-examination** 3:4 98:19
115:16 226:3,8
**Cruiser** 145:22
**cry** 33:7 170:5,5,5 185:9 188:9
188:10
**crying** 32:21 33:5,6,6 37:23
58:14 115:6 154:2,22 159:10
164:23,25 174:12,25,25
177:21 180:18 181:9,11,15,21
184:13 185:9 186:15 189:20
**cuff** 26:4 45:20 171:9 175:19
**cuffs** 26:3
**cumulative** 214:6
**curious** 203:21
**custody** 129:12,19 138:4,6
**custom** 132:12
**cut** 41:23 45:20 173:4,17,18,20
174:16,18,20 175:2 178:25
179:7 180:16,17 189:16 190:1
190:2
**cutting** 42:11 174:23

**D**

**damaged** 116:15,16
**Daniel** 60:4 62:13,14,22,23
63:10,24 72:22 73:2,14,18,19
74:18 190:13,14,16,18 197:16
197:17,18,20,25 198:3,10,12
198:14
**dark** 36:1,9,10 46:8,9 59:19
181:1,18
**darkness** 38:9
**darn** 215:16
**Daru** 127:17,17,19,21,23,24
**date** 71:2,6,9,20 130:21 234:5
**daughter** 81:15,17 82:12,18,23
139:5,17,18,19,20,22 141:16
141:17 195:6 197:13,14
201:15 202:22 204:5,6 214:3,5
214:14,15 216:22 217:23,24
218:2,5
**day** 32:17 39:17 43:24,24 44:1,6
44:14 45:17 46:14,15,18 47:25
48:5 52:10 68:10,17 69:20
90:16,17 91:1 93:23 94:19,20
97:25 134:17 136:12,13 166:6
166:8 167:17 168:19,20 176:7
176:8,9,12 182:8 183:24 193:9
193:21 197:22,23 203:20,21
221:2 228:17,18,19,20
**daybreak** 166:1 182:10 193:21
**daylight** 46:18 47:25
**days** 21:21 22:21,22 23:6 24:8
32:1,2,17 44:8,9,13 51:17
78:20 95:6 193:25 199:8
203:25 226:5,9,16 227:4,6,11
227:12 228:12,15
**daytime** 161:19
**dead** 28:9 110:6,8 117:6 149:16
163:23,24 164:17 191:7
192:22 193:1
**death** 28:8 226:12
**December** 217:1,2 218:10,16
**decide** 126:13 139:4
**decided** 45:7,14 126:18 129:24
129:25 139:1,11 140:12
**decision** 108:2
**deep** 98:20 163:19
**deeper** 30:12
**defendant** 1:11 2:1 223:17

224:10 229:21
**Defender's** 2:3
**defense** 5:10 60:3 62:24,25
63:11,15 72:9,11,16 73:16,24
74:6,18,25 114:4 190:17 207:4
214:21,22 215:8 228:2 229:10
230:10 231:8 232:5,7 233:1
**Definitely** 10:10,17,17
**delay** 226:20
**Demon** 27:13,14 28:19 29:11
45:5 50:9 57:22 62:14 145:23
145:24 146:20 152:4,5,6,9,11
154:12 157:7,13,15 158:5
159:2 163:13 165:5,6 166:25
168:23 169:8 183:10,12,14
189:20
**Demons** 60:9 64:2,3 154:6,8
157:25 158:1
**demonstrate** 74:15
**demonstrating** 151:23
**denying** 8:16
**Department** 1:22
**deputy** 5:2,20,24 9:6
**describe** 149:23 153:12 185:10
**described** 9:17 16:16 166:5
**Description** 3:14
**Descriptions** 3:23
**despite** 100:19
**destination** 15:16 17:12 19:17
19:19 27:2,7,8
**detention** 144:4
**determination** 100:17
**determinations** 101:6
**determine** 137:17,20
**diagnosis** 206:17
**diamond** 125:13
**diamonds** 125:9,12
**die** 52:13
**died** 149:18
**difference** 112:23
**different** 32:8,10 75:17 83:1,2
86:21 101:12 132:2 147:18
156:6,8 157:2 175:12 186:5,6
202:12 206:10 216:16,19
**difficulty** 214:14
**dig** 131:7
**dignity** 144:15
**dire** 214:22
**direct** 3:9 8:6 102:6,19 124:13
232:8,25
**directed** 142:25 143:1
**directing** 220:12
**directions** 143:2
**directly** 20:22 72:9 85:2 101:3
147:20 160:25
**dirty** 29:25 30:1
**disagree** 8:14
**disagreed** 73:22
**disappear** 151:3
**disappeared** 151:4
**discuss** 98:13 159:25 160:5
205:14 228:24 229:6,7
**discussed** 110:17,20 216:13
**discussing** 111:5
**discussions** 121:9 230:15
**disobeyed** 63:10
**displaced** 131:8
**dispute** 100:2
**distance** 181:13
**distinguish** 185:7
**DISTRICT** 1:1,1,14
**disturb** 133:22
**disturbances** 128:23
**disturbing** 133:23
**divided** 156:11,13
**division** 1:2 100:23 129:1
132:10 152:10
**doctor** 68:14,20,21 75:14 76:4

85:19,25 86:14 199:9,11,21
201:4,7 206:7,9,9,12,13,15,19
206:21,23
**doctors** 68:15 75:16,17
**doctor's** 68:25 69:2 75:24
**doing** 56:7 95:22 125:9,16
131:13,14 132:5,5,7 137:14
139:12 147:3 158:7,12 174:8
185:7 188:3,6 199:22 217:22
217:24 228:22
**dominant** 198:17
**door** 165:9 181:18 194:6 222:22
**dozen** 66:6
**Dr** 121:25 199:12,13,15,17 201:8
**drag** 150:5,12
**dragged** 150:5,11,15
**dress** 143:6 185:17 191:14
200:10
**dressed** 186:16 214:25
**drink** 89:24 131:24 164:19
**drinking** 90:4 95:12
**drinks** 131:15,24 133:17
**drive** 56:25 58:12 77:1 187:22
187:24 188:3,6 199:5
**driver** 77:19 78:10
**driver's** 78:9
**driving** 56:19 153:22
**drop** 155:10 161:6 176:24
**dropped** 119:16 177:1
**dropping** 176:25 177:22
**drove** 78:2 158:24 199:3
**dug** 163:15
**Dukuly** 179:16,17 180:5,14,15
180:24
**Dumbuya** 44:19 179:16,17 180:5
180:14,15,24,25 181:5,6,8,10
181:15,21
**duty** 64:19
**dying** 194:8
**D-a-r-u** 127:17
**D.C** 1:23

**E**

**E** 234:1,1
**earlier** 136:18
**early** 36:7 46:6 180:4
**easily** 232:13
**eat** 166:10,11,12,22 176:16,17
178:4,4
**eating** 166:16
**economic** 215:3
**edit** 227:8
**education** 124:24
**effort** 228:12
**eight** 218:17
**elbow** 171:11 210:8
**elbows** 151:21 209:3,4,6,7
212:17
**elder** 115:24 116:1 127:7
**elicit** 8:12
**elicited** 101:7 134:23
**Email** 1:20 2:5,10 234:8
**EMMANUEL** 1:9
**emotion** 185:10
**empty** 144:11 191:4 194:5
**encounter** 195:12
**encountered** 183:1,22
**ended** 158:22
**engage** 205:6
**engagement** 205:9
**enlarge** 211:4
**enlarged** 212:13 217:19,20
**entered** 12:12 102:2 106:23
107:15 121:4 160:9 231:24
**entire** 35:3 46:18 112:17
**entitled** 7:14 8:11 101:16
**episode** 7:12,21 9:9

**escape** 33:25 34:2 35:13 38:2,3
43:9 44:14 45:1,4,9,14 46:4
52:10,12,15,16,17,20 55:7
115:11,13 129:21 168:12,17
169:4 172:7,8,19 180:13 184:3
**escaped** 35:11 38:17 39:16
41:12 45:12 46:9 115:22 116:9
120:2 168:13
**escapes** 52:12
**escaping** 38:15 179:5 183:24
**escort** 11:4
**essentially** 100:4
**evening** 44:5,6 182:10
**event** 193:23
**eventually** 125:2 205:23
**everybody** 15:8,21 58:12 132:13
132:20 142:11 146:1,3,5
151:15 185:22
**evidence** 3:13 208:9 214:7
217:11 218:25 219:20 232:23
**exact** 37:5 46:5
**exactly** 13:15 19:20,22 21:2,17
21:24,24 24:3 25:5,17 26:8,24
29:3 33:21 35:25 36:11 42:4
44:17 46:10 47:11 48:14 54:11
54:14 57:1 78:19 82:1 96:21
112:9 119:13 150:17 160:22
173:1 178:9
**exam** 206:9
**examination** 3:5,7,9 12:21
109:25 122:9 123:20 124:13
228:3 232:12
**examine** 232:17
**example** 131:6 172:18 181:18
189:13 199:24 202:7
**excess** 100:20 101:1
**excuse** 28:16 40:2 52:2 57:10
122:22 191:3 204:23 220:2
**excused** 7:6 98:16 124:6,7 230:1
230:3,4 231:20
**exhibit** 3:15,16 207:6,7,10 208:6
208:9,11 213:13,14,17 216:6,7
216:9 217:7,11 218:22 220:8
221:6,6
**exhibits** 3:12,13 5:7
**existence** 8:16
**expected** 227:16
**experience** 206:20
**explain** 110:6 114:19 127:4
135:23 146:22 152:16 161:2
164:10 168:13 173:20 175:16
179:21 180:18 182:13 193:18
200:20 206:12,15,22 214:14
224:17,21 232:4
**explained** 199:19,20 204:2
**extend** 231:11
**extent** 214:16,16
**eyes** 51:15 59:4,4 87:2 181:16
192:22

**F**

**F** 234:1
**face** 19:8 155:13,13 192:22
193:5
**fact** 9:24 33:19 49:4 54:10 74:12
79:3 100:12,18,19 101:4 215:1
**faction** 90:6 92:8
**factions** 179:23
**facts** 100:10
**Faim** 130:25 131:3,5,9
**fair** 7:6 9:12 10:16 108:18
**fall** 149:16 177:1,3,12,17 180:25
**false** 105:7 120:24 121:1
**familiar** 49:7 73:25 138:15
**families** 146:8 203:7
**family** 71:4,5 76:9,10 79:3 85:1,7
125:20,22 126:23,25 128:16

128:23 130:3,4,9,11,16 139:12
139:14 140:13,19,21 141:10
141:15,20,24 144:25 145:1
200:9 201:12 202:22 203:2,6,6
203:8 204:20,21,22,24,25
205:2,24 214:24 231:1
**family's** 128:19
**famous** 53:23,25 55:13 152:7
**far** 28:23 40:25 41:1 48:8,9,21
57:9,12 124:23 149:6 163:19
181:17 182:15 194:18
**farm** 182:17 183:25
**farmers** 184:1
**fast** 47:10,12,20 153:23 180:15
**faster** 47:16 180:24
**father** 127:1 204:3
**favorable** 232:23
**Fax** 1:20 2:4,9 234:7
**fear** 151:18
**February** 126:12,13,15 130:17
130:19
**Federal** 2:3 99:12 228:17
**feel** 10:21,24 153:11,17 164:6
165:20 167:11 175:21 177:15
183:8
**feeling** 149:23,23 206:22
**feet** 30:19 57:24 58:1,2,4,6,10,12
120:13 151:24 155:7,16
161:15,16 163:21 186:9,11
194:16 218:6,6
**fell** 178:24
**fellow** 9:9
**felonies** 100:23 101:11,12
**felony** 8:7,12,15 99:11 100:5,25
101:17,18
**female** 84:3
**Fifo** 132:21,22 156:2
**fight** 15:11 17:18,18,20 22:24,24
22:25 25:6,7 28:5 34:5 43:5
50:21 54:6 55:19 61:3,12,14
61:16,21 64:10,16,22,23 65:12
87:11 93:2,16 94:8 97:14
134:1,4 138:3
**fighter** 55:13
**fighters** 53:25 134:14
**fighting** 50:18 51:4 103:22
112:25 123:14 126:16 143:20
157:25 158:4 159:14 179:24
180:3 182:23,25 183:9,10,11
191:10,12,13
**figure** 227:11
**fill** 106:23
**find** 89:9,23 95:17 125:2 130:22
130:24 131:9 140:15 232:13
**finding** 181:2
**fine** 5:8
**finger** 212:7
**fingers** 119:25
**finish** 226:15 232:14
**finished** 118:20 233:3
**fire** 166:19,20 173:3 176:24
**first** 9:8 18:24 20:2,3,23 33:12
35:2 37:20 43:9 45:9 48:24
52:10,15 55:7 57:3 58:11
66:23 88:6 94:16,18 95:3 97:8
108:2 130:25 131:25 134:5
140:22 158:14 162:18,22
181:15 193:6 195:24 196:3
197:14 208:10
**fist** 87:1
**five** 28:23 57:5,5 167:2
**FL** 1:19 2:4,9 234:7
**Flagler** 2:3
**flame** 186:10
**flash** 51:15
**fled** 88:2
**fleeing** 141:1 149:2

**flight** 203:1,3,5,9
**flip-flops** 215:2
**floor** 26:18,25
**FLORIDA** 1:1,6
**flying** 215:19
**Fobi** 83:25 84:1
**focus** 141:24
**Foday** 16:3 112:4,5 132:21,21
135:17,19,20 156:2 157:19
172:3,4 187:10,15 188:3
191:24 193:3 194:20 199:1
200:19 203:6
**follow** 7:1 9:1,2 12:1 168:2 179:5
214:1 216:1 226:1 228:1
**followed** 179:12
**following** 98:21 100:10 167:17
167:21,22 169:4 228:7,19
**follows** 228:16
**food** 141:4,5 176:15,16,18,20,20
176:21 178:1,1,3,3,5,5,9,24
204:4
**foot** 58:13
**footstep** 115:4
**force** 114:4 129:10 132:11
166:22 167:1,6 171:10 173:22
183:16 224:18 231:10
**forced** 126:17 128:23 144:4
147:13 153:12 155:7 157:14
158:23 159:16 163:18 167:13
186:17
**forces** 129:3,11 133:23 145:23
145:24 152:4,5,6,9,11 154:12
157:13,15 159:2 163:13 180:1
166:24
**forcing** 129:8,9 157:13,22
166:24
**forecast** 230:15
**foregoing** 234:2
**forehead** 87:4
**foreign** 100:10
**forest** 168:17
**forgot** 76:4 80:16 104:16
**form** 16:16 173:22 174:17
**former** 179:16,19
**forth** 173:25 233:2
**forum** 227:8
**forward** 39:4
**fought** 50:16
**found** 39:16 56:2 90:22 168:24
**foundation** 136:23 137:5,7
138:11 172:13
**four** 16:5,11 17:11 22:2 24:25
25:4 26:7 32:24 40:16,17
153:3 167:2 226:5 228:12
**free** 69:20 116:18 167:23 175:20
202:12
**freed** 72:2 167:24 197:22,23
**Freetown** 103:18,23
**French** 131:1
**fresh** 10:24 166:19
**Friday** 228:10,13
**Fridays** 228:11
**friend** 67:25 82:4 86:23 108:10
116:9 132:23 134:17 144:15
145:6 148:10 197:13 223:4,8
**friends** 33:9 95:13 104:6
**friend's** 83:25 135:25
**front** 26:12,16 52:18 63:19
111:21,22 129:2 149:8,8 163:6
172:25 174:24 183:19 188:12
210:11 211:24 219:4 220:13
224:7
**full** 141:18,19
**fully** 214:6
**fun** 133:15
**further** 109:24 122:5 123:19
124:5

**G**

**garrison** 190:24
**gate** 165:9,15 168:2 179:8,9
180:24 188:12,13 196:14
**GB** 221:7,18,18 222:4,4,14,15,24
**Gbarnga** 19:19 20:1,9,21 21:8
22:23 27:1 119:5 134:21 142:8
142:9,11,20,21 152:15 153:20
153:22 154:1,25 155:1,3,5
156:24 158:3 160:18,23
162:19
**Gbatala** 114:23,25 116:4,11
119:12,15 158:9 160:25
161:18 162:6,23 172:7 190:22
193:19,20 211:17 221:14
222:2,13
**general** 10:13 91:14
**gentleman** 223:14
**gentlemen** 12:18 90:7,8 98:13
159:24 223:14
**getting** 87:10 118:3,12,15
138:14 146:19 149:17 158:11
158:16 184:25 228:15
**girlfriend** 203:10
**girlfriends** 204:19
**give** 7:5 10:15,23 25:11 91:2
93:16 94:8 97:19 101:5 106:14
128:18,19 151:25 172:21
227:12
**given** 90:23,23 101:2 102:16
214:19 226:13
**giving** 143:2 185:3 226:25
**go** 7:23 8:5 23:19 61:12,14,16,21
75:8 85:18,25 89:11,21,24
91:1 94:6,12 95:12,15 98:10
101:3,13 103:3 124:25 127:13
127:21,23 128:2,4,21,23
129:10,23,24,25 130:3,9
134:20 136:10,10 138:2,24
139:11 142:3 143:16,18,19,21
146:8 147:13 149:6 151:1
163:20 168:10 177:23 183:25
184:1 185:5,12 186:16 187:9
189:8 191:21 192:18,18
193:20 195:10 196:15 197:6,8
197:25 200:13,18,25 202:6,17
202:19 204:14,16 205:6
206:21 226:10 228:4 230:20
230:24 232:16
**goes** 95:23
**going** 5:20 9:12 15:11 17:14
45:15 52:12,16,20 56:11 70:19
85:9 100:2 107:18 116:9 130:4
140:13,23 141:6 142:15
147:15 157:18 168:11,15,17
168:18 169:1 172:9 179:5
180:22 183:6,20 184:13
185:16 189:25 196:22 209:25
215:10 226:2 228:8 230:13
232:2,15
**good** 12:14,15,18,24,25 33:9
82:4 99:22 116:6 159:21 160:2
160:6 215:6,17 229:1 233:7
**goods** 125:10,11 132:3
**goose** 155:11
**government** 1:17 3:15,16 8:6,8
13:2 17:5 60:16,25 99:23
101:15 107:17,22 108:8
110:17,20,21 111:1,2,5,7,23
111:25 112:1,24,24,25 113:1,7
113:9,11,13,18,23,24,25 114:7
114:16,18 129:4 189:14
204:17,18 207:7 208:9 213:17
217:11 224:18 226:7,22
227:13 230:5,12,14 232:8,24
232:25
**Government's** 124:8,12 207:6

208:6 213:14 214:11 216:6
231:25
**grab** 181:10
**grabbed** 98:8 181:8
**Graveline** 1:22 227:15,18 231:23
**greater** 100:20
**Greystone** 75:9,10,12,14 76:7
76:20 121:25 199:6,7,9,11
200:4,7,13
**ground** 51:16 148:12,22 149:12
149:14 162:7 181:23 182:1,3
183:15 232:9
**grounds** 31:19
**group** 111:18,23 129:21 145:8
145:13,15,17,19 146:14
147:23 148:2,20,24 149:4,6,7
152:6,9 153:3 166:9 170:6,6
185:4 190:21
**groups** 55:15,17
**guard** 33:19 38:22,25 39:6
**guards** 35:2,7,8 37:25 38:14,15
65:11,14 67:1 114:25 115:3,7
115:8
**guess** 72:7
**guidance** 101:5
**guiding** 189:20
**guilty** 100:18
**Guinean** 78:10
**GUMA-ALONSO** 9:10,14,19,22
10:2,6,10,12,14,17 11:1,3
**gun** 41:17 91:23,25 93:23 94:2
97:25 98:2,6 148:5 158:20
165:8,18,19,20 167:3 169:21
169:23 172:23 173:2 189:16
189:19
**guns** 118:12 149:2 152:19 153:5
153:17,25 165:8,10,14 169:19
169:20,22 184:20,21
**gunshot** 181:22
**gunshots** 181:9,17,20
**guy** 57:22 159:4 171:22 174:13
189:3 195:5
**guys** 23:10,11 38:17 45:3 60:9
60:10,11 74:4,5 87:11 97:3
148:10 153:2,4 156:2 157:19
158:17,18 159:11,16 165:1
168:10 171:1,17,18,25 188:21
189:8

**H**

**half** 163:21
**hand** 10:22 13:14,14 50:21 76:19
116:18 146:24 155:17 171:10
171:10 175:20 186:3 192:25
192:25 218:4,7
**handcuff** 25:23 58:5
**handle** 10:8
**hands** 45:20 74:23 116:18
119:24 153:12 155:17 161:14
164:16 168:2 171:4 175:18,22
176:4 192:21,21,23 193:4
202:5 209:6,7 215:12
**hang** 184:2
**happen** 52:20 96:6 123:7 149:1
178:11 193:14 200:3
**happened** 10:7 49:24 54:20 69:6
71:13 79:9 87:19 94:14 95:24
100:11 115:13 121:13,21
122:1,3 123:5 126:13 136:5
142:24 143:8,15,23 145:20
146:22 147:19 148:4,13
149:21 151:17 152:12 155:16
155:14,19 157:8,20 158:22
161:2,12 162:24 163:10 164:2
165:3,23 166:6,12 167:5,19,19
168:20 172:5 173:6,12,16
174:10,15 175:2 176:8,12

178:13,21 180:12,14,20 181:4
181:14,20 182:9,11,21 183:11
183:17 184:8,10 185:25
188:11,19 189:1,23 190:5,18
191:1,9 193:23,23 195:3,7,23
196:18 199:19,20 202:13
204:2 206:13 209:4
**happening** 184:25 186:13,13
191:12 217:17
**happens** 20:8 27:7 52:12
**happy** 76:18
**hard** 50:19
**Hawa** 84:8,9
**head** 17:7 31:11 41:23 42:3,11
42:15 51:14 87:1,6 91:21 92:2
112:3,5,8,9 115:21 120:3
148:15 149:16,17 151:11
154:2 158:7,20 159:16 161:11
164:19 169:24 170:1 173:4,17
173:18,20 174:18,20,24 175:2
187:3 190:1,2,3
**headnote** 99:20
**headquarter** 129:20
**heads** 14:3 17:5 62:10,11,15
73:19 151:6,7,7,10,12,13,17
**healed** 122:22
**hear** 32:20 37:23 40:19 99:23
115:4,6 154:21 164:23,25
181:11 186:20
**heard** 7:4 45:5 53:9,15,16,16,17
96:14 115:4 147:24 151:25
178:21 179:6 181:3,4,8,9,12
181:17,20,22 185:19 233:10
**hearsay** 5:6,14 110:25 134:22
134:25 136:2 137:23 196:24
**heart** 214:8,10
**HECK-MILLER** 1:18 227:16
**held** 41:25 42:7 92:16,17 173:14
174:6 210:11
**help** 108:10 128:20 138:14,17
195:9 202:8 204:4
**helped** 204:8
**helping** 105:4 202:14
**helps** 108:12,14,18
**hesitating** 230:17
**hide** 181:7,12
**hiding** 181:23
**high** 156:18,19
**highway** 141:2
**hill** 29:1,2
**hit** 87:12 100:11,12 101:4 118:12
153:7,8 154:1 158:20 159:16
165:17 169:19,23 177:15
189:16,19,24
**hits** 87:1
**hitting** 102:13 118:13 119:19
152:18 153:16 165:18,20
186:12
**hold** 54:2 55:15 173:13 174:16
218:4
**holding** 42:9 50:20 174:3,9
214:13,15 222:19
**hole** 28:13,15 29:14,16,18,20,23
30:2,3,9,12,13,14,14,21 31:1,3
31:11,13,20,23,25 32:2,11,12
34:4,9,11,23 35:17,19 36:13
36:17,25 37:8,13,15,19,19,22
38:23,25 39:13,18,19,20,22
40:4,21,23 41:3 42:21,23,25
43:3,9,14 44:3,9,13,16,24
45:19,21 46:2,3 115:3,5,7
119:12 163:14 221:25
**holes** 32:4,8,10,14 38:18,20
40:25 163:11,12,15 165:9,11
165:14 221:24 222:11,13
**holiday** 228:9,17
**home** 230:24 231:6
**Honor** 5:4,23 12:4 74:14 99:1,5

99:10,17,24 101:10,23 102:4
109:24 120:21 122:5,6 124:5,9
124:10 134:24 136:23 137:7
138:11 156:21 159:23 160:11
160:15 172:13 173:23 199:25
205:11,15 206:25 208:5,10
209:16 212:22,25 214:9 217:6
217:12 218:22,24 223:17
224:24 225:2 226:19 229:5,24
230:14,23 231:4,18,25 232:9
**hood** 154:1 155:13 161:11 187:3
188:13
**hope** 11:2
**horrible** 215:5,7
**hospital** 67:3,6,8,10,13,20,24
68:7,8,9,12,15,23 69:4,18
76:17 194:9,10,11,12,14,15,18
194:19,21 195:13,15 201:2
212:21,21
**host** 138:7
**hostile** 232:13
**hot** 166:13,14,16,18,21
**hour** 39:25 67:21,22 69:4 129:15
**hours** 36:23,25 37:5,16,17 44:25
46:21,25,25,25 47:22 48:12,21
49:10 51:19 57:5 100:18
102:17 144:24 194:17
**house** 59:12 89:12 95:15
**houses** 134:2
**huh** 49:22
**human** 30:4,5
**hundreds** 83:7,16
**hurry** 62:11
**hurt** 164:9
**hurting** 51:15
**hut** 183:25

**I**

**ICRC** 128:12
**ID** 143:17,17,24
**idea** 22:4 57:7 92:6,7 103:6,8,10
103:10,11,12 108:6
**identification** 3:13 4:9 207:5,7
213:14,17 216:6
**identified** 5:7
**identify** 4:7 5:11
**III** 1:10
**image** 13:18
**Immediately** 90:13
**Immigration** 106:3,11 109:17
**imply** 226:20
**importance** 226:13
**important** 106:14 118:4,5,9,11
118:13,14,16,17 119:18,20,21
119:23,25 120:1 226:11
**improper** 137:15
**includes** 228:25
**including** 87:2 96:4 148:14,18
175:7
**INDEX** 3:12,18,22
**indicate** 223:23 224:5,9 232:25
**indicated** 4:9 224:9
**indicates** 100:19
**indicating** 177:5 223:16
**indirectly** 9:22 10:2
**individual** 134:8 180:5 214:24
216:21
**indulgence** 226:17
**industry-standard** 4:9
**inflict** 165:12
**inform** 5:21
**information** 5:9,16 54:2 55:15
63:6,12 70:16,25 71:4,5 84:24
106:15 110:10,12 128:17
190:10
**initial** 134:13
**injuries** 199:15,18

**injury** 214:17

**ink** 195:16

**inside** 12:10 22:15 130:5 141:15
142:11 145:22,25 152:14
153:20,23 154:4,5,17,18,20
156:5,5,6,8,11 159:3,3 163:15
163:18,23,23,24,25 164:2,18
171:20 174:18 176:4,22,25
188:2,20,22 189:20 190:3
191:6 192:5,7,8,9 195:25
196:15,19 201:2 219:17

**instance** 195:24

**instructed** 9:24 229:6

**instruction** 229:22

**instructions** 159:25 228:22

**intend** 101:17

**intensive** 201:2

**intention** 232:14

**interest** 147:21

**interested** 117:23

**Internet** 226:22 228:24

**interrogate** 34:24 43:7 61:5
63:13,16,24 73:20

**interrogating** 54:4

**interrupt** 229:5

**interrupted** 226:9

**interruptions** 98:22

**interview** 71:11

**intimate** 104:20

**intimidating** 11:2

**introduce** 118:1 119:9 197:20

**introduced** 197:16

**involved** 125:13

**iron** 156:14,15,20 163:16

**irons** 165:16

**Isaatu** 126:1,1,3

**issue** 7:25 8:2,4 99:8,10 227:2
233:7

**issues** 5:13 12:2 229:23

**items** 125:12 141:5

**I-s-a-a-t-u** 126:1

**i.e** 4:10

---

**J**

**jacket** 210:1,5

**jail** 64:1,2,3 65:3,4,5,7 67:4 69:7
69:8,21 70:1,3,8,10 72:3,7,9
72:15,16 75:6 116:18 229:13

**Jeep** 145:22 151:11,14 153:23
153:23,25 154:3,4,5,15,15,17
154:18,23,23 155:1,5,9,10,12
155:14 158:9 189:2,21

**Jeeps** 145:21 152:14,14 153:21
153:21 158:23 186:18

**Jencks** 226:4 227:2

**Jewish** 228:9

**job** 125:2 230:25

**John** 2:2 126:22 141:14 201:20
201:21

**Johnny** 134:17

john_wylie@fd.org 2:5

**join** 9:4 179:8

**joined** 179:12

**JR** 1:8,9

**Judge** 1:14 5:17 6:3 7:2,25 12:11
134:25 196:24 213:19 215:4
226:2 230:5,19 231:9 232:11
233:11

**juke** 165:8 167:3

**juking** 119:21 165:10 167:16

**jump** 57:19,20,25 58:13 194:6

**junction** 127:14,15,18 131:19
182:19

**June** 227:5

**junior** 194:2

**juror** 6:3 7:2,22 9:10,14,19,22
10:2,6,10,11,12,14,17 11:1,3

**jurors** 5:22,25 7:20 9:9 102:2

**jury** 10:23 12:2,5,10,13,16 98:15
99:5,9 101:5,12,16,18,20,22
160:3,10,12 205:16,19,20
209:18,22 210:11,11 213:1,4
229:2 232:4 233:1

**Justice** 1:22

**Jusu** 3:8 13:7 17:11 19:14 21:10
24:19 29:4 35:11 36:12 37:4,9
37:11 38:1 39:16 40:2 41:12
42:17,19 43:14,18 47:8 49:17
50:10 52:8,10 53:21,23 54:24
58:25 62:17 66:4 67:1,17
69:14 73:2 75:12 77:17 78:24
79:9 80:19 81:2,7,9 82:2,4,14
82:17 83:19 97:2,3,4,6,7,8,10
103:2 124:10,12,17,18,18,19
124:23 126:1,2,21,21,21,22
128:21 130:6,18 131:23 132:8
133:10,12 134:8 135:4,17
136:5,18 137:1,10 139:1,25
140:8 141:25 144:12,19,23
145:19 148:17 150:22 151:10
151:16,25 152:16 153:10,16
154:3,12 155:9 156:4,23
157:11,16 158:11 160:17
162:1,4,21 164:8 165:4,24
166:7,14 167:20 171:8 172:16
173:20 175:9 176:11 177:8,12
177:25 179:21 181:16 183:22
184:8,14 185:12 186:22
190:23 193:23 197:2 200:4,7
201:9 202:3 203:14 204:11
205:4,7,23 207:4,10,24 208:14
208:23 209:10,21,25 210:5,7
210:10,14,17,20 211:1,8,24
212:4,10,16 213:6,13 216:5
217:17 218:9 219:4,13,23
220:8,12 221:2,10,21 222:7,18
223:3,20 224:2,13,17,21
229:25 232:14

**Jusu's** 58:6 79:3,15,17,21 80:4
80:13 83:19 102:20,24 103:6
103:10 108:6 227:4 232:17

**J-o-h-n** 126:22

**J-u-s-u** 124:18 126:1,22

---

**K**

**Kamajors** 60:16,17,24 61:7
114:1,3,7,16,19 122:12,18
123:15 147:21,22 189:14,22

**KAREN** 1:17

karen.rochlin@usdoj.gov 1:20

**keep** 31:1,3 41:19 63:6,12
129:11 132:3 178:14 213:9
228:12

**Kenema** 124:22 126:4,5,6,7,9,14
126:18,23,25 127:8,13,14
203:23,24 204:1,8

**kept** 47:22 65:17,19

**kick** 169:25

**kicked** 87:10 118:15 153:14
158:20 184:23,24 185:1

**kicking** 152:18 153:8 158:7
169:22 175:8 184:20 186:11

**kicks** 86:25

**kidnap** 94:4

**kids** 103:16,18 127:1

**kill** 28:7,11 34:17 41:6 42:17,19
45:5 52:23 56:7,11 62:3,5,13
62:21 63:8,15 172:9,22 180:22
183:7 185:13,15 190:1,2
223:21

**killed** 41:14 45:11,17 52:16,18
54:12,15 110:10 115:18,20
150:9 153:4,15 172:11 181:25
184:13

**killing** 190:9

**kind** 100:21,23 125:8 128:14
131:14 132:8 145:10 152:25
163:14 166:6 173:10 191:25
209:21 220:23

**kinds** 125:11

**Kings** 204:5

**King's** 204:6

**kiosk** 131:15,17,18,21,23 132:14
133:22 136:22 195:2

**kneeling** 149:10,10,12

**knees** 30:17 74:12,15,19

**knew** 61:7 80:24 91:6 106:14,17
110:6,8 132:18 154:20 156:3
159:10,10 181:24 183:6
184:12 192:8 195:1 204:2
224:3

**knife** 173:7,8,10,11,12,22 174:3

**know** 5:2 7:6,19 10:6,8 16:18,20
17:14 19:20 21:17,24 22:5,20
23:17,18 24:3,14,15 25:17
27:5,25 28:2 30:5 32:5,7 33:1
35:25 36:11,15 38:22,25 39:5
39:5,12 40:10,15 41:22 44:22
46:5,7,10 48:16,18,23,23 53:9
53:12 57:1,6 58:11 60:3 65:6
65:10 68:21 69:1 78:9 79:20
79:21,24 80:12,13 81:7 82:1,3
82:11 84:6,8 86:6 87:24 91:8
93:9 97:11 100:22 101:16,18
112:9,12 115:3 116:3,8 117:17
119:23 120:1 131:3 132:15
133:10,23 135:17 140:13
141:20 142:18 145:24 149:19
149:22,23 153:12 154:18
155:1 159:8,11,12,18 161:16
167:24 168:18 169:9 172:10
178:8 179:3 180:17 187:18
188:16,17 190:3,12,13 192:1,2
195:5,6,6 196:21 203:21
204:11,20 205:4,9 206:17
208:17,19 215:4 218:12 230:7
230:12 233:9

**knowing** 48:4 182:15

**knowledge** 17:1 136:24 137:6
138:12 164:21

**Kolahun** 128:24 129:24,25 130:1
130:3,6 139:10,11,15 140:6,23
140:24,24 142:4

**Kollie** 68:2 194:24,24,25 195:1,3
195:5,7,8,12,24

**Koroma** 127:7 133:3,4

**K-o-r-o-m-a** 127:7

---

**L**

**Lack** 136:24 137:5 138:12

**ladies** 12:18 98:12 159:24

**lady** 105:4,14 121:3 139:23

**Land** 145:22

**large** 173:11

**largely** 122:14,16

**larger** 172:12,17 217:20

**late** 36:7 46:6 112:4 156:25
167:16 230:16

**lawyer** 231:3

**lay** 137:7

**leader** 90:1,6,25 92:8 93:10

**leadership** 192:10

**leading** 114:8 118:19 135:21

**learn** 179:13

**learned** 60:3 140:10 188:17
190:13

**learning** 117:24

**leave** 27:16,17 36:12,12 45:7
84:22 126:14,17,18 139:1,4,14
141:25 147:12,14 148:24

**leaves** 98:15 160:3 205:16 229:2

**leaving** 136:12 205:8

**led** 193:23

**left** 13:11,14 15:13,15 16:7,9
18:16 23:4 27:19 35:21,22,24
35:25 36:25 47:12,15 71:20
73:6,7 78:15 101:13 103:18
116:4,11,18 122:23 126:9,18
127:8,11,13,14 128:11 147:16
147:19 149:4 159:18 160:23
177:6 180:24 184:16 200:13
202:17 211:2,2 213:6 218:7
220:13,13 231:22

**leg** 120:5 177:4 184:16 185:8
217:25 218:1,2,5

**legally** 205:4,7

**legs** 19:3 164:16 177:14

**lengthy** 228:3

**Leone** 16:23 45:3 49:2 55:13
60:24 61:13,15,16,22 70:18,20
71:18 90:1,6,25 103:19,22
109:7 111:17,23 112:16 113:2
113:11,14,19 114:6,8,14,16,18
124:20,21,22,25 125:3,5,6,8
125:20 126:3,15 127:20
128:11 129:3,3,10 134:1,4,7
136:11,13 138:3 215:9 226:5
227:7

**Leonian** 88:10,11,14,21,24 89:6
90:3,4 97:3 112:1,2 132:16

**Leonians** 83:4 96:24 132:17,18
145:11

**lesson** 172:8

**let's** 8:2 63:16 73:20 101:20
160:10

**Liberia** 16:23 48:24 49:9 70:23
84:22 85:14 127:24,25 128:2
130:2 185:21 190:17 206:13
207:18,20 208:3 211:11
214:23 215:8

**Liberian** 128:12 129:2,4 132:10
137:13 145:11

**Liberians** 22:24

**lie** 107:10 108:10,12,14,14,18,21
121:12,15,17,20,23 122:3
164:13 176:3 181:23 199:24
200:3

**lied** 105:2,4,10,14,16 106:19
107:12 108:8,10 109:4,20
110:15,16 121:8

**lies** 107:15 108:25 121:5,7

**life** 10:12,13 54:10,13 62:4
120:19,19 175:1 182:22
214:21 215:20 226:11

**light** 37:6 161:25 162:1 176:23
176:24 186:9

**lights** 59:23,24,25

**line** 3:14,14 48:21 163:5

**listen** 7:5 207:24

**listeners** 98:24

**listening** 228:22

**little** 9:7,23 11:3 98:25 156:19
210:17 229:18

**live** 87:24 88:1 126:3,4,5 139:11
215:19 224:13,15,16 233:2

**lived** 126:7

**living** 67:25 125:5 131:22 132:15
132:19 163:25 201:16,19,25
206:5 217:4

**loaded** 152:13 158:8

**local** 151:21

**located** 131:17,18

**location** 209:13

**locked** 31:7

**long** 19:18,20 20:4,6 21:1,2
25:16,17 27:1,4,5 28:22 31:25

32:16 35:23 36:9,19 39:15
44:12,24 46:9,13 56:25 57:1,4
57:14 65:17,19 75:10 76:20
77:1 78:13,18 87:15 95:5
126:5 129:14 130:12 144:23
153:19 156:23 160:21 176:6
177:23,24 181:13 182:1,7
185:12 186:16 187:22 199:7
201:9 218:12,15
**longer** 69:18 95:3
**look** 5:17 31:17 74:4,4 99:14
195:5 211:1 222:20 224:7
**looked** 48:5 208:1
**looks** 215:15,17 222:22 223:11
223:24 224:5
**loose** 155:16,17,19 161:16 179:3
179:4
**loosened** 161:15 167:22
**lot** 30:2,3 69:16 82:6,8 87:12
88:1 128:22 130:4 131:6,16
132:17,20,23,24 140:25
142:13 143:5,9 144:1 145:6
155:4,23 192:5,9,15 200:11
226:10 231:17
**lots** 59:25 75:22 141:22
**loud** 124:16
**loudly** 181:5
**luck** 49:22
**lunch** 7:17 159:25 160:2,6
**lunchbreak** 160:17
**Luncheon** 160:7
**LURD** 60:19
**lying** 26:18,20,24 58:14 107:24
154:19,19 175:17 182:1,3
211:22

**M**

**M** 1:8,13
**Maada** 126:21 136:20,21,22
137:1,4,10,14,17 138:4,6,10
138:23,24 139:10 195:22,23
195:24 196:3 201:24
**Maada's** 137:22 138:1
**Maamou** 102:21
**Maamu** 102:24
**machine** 27:9
**mad** 38:9
**Madiana** 133:3,4 141:14
**Madina** 127:7
**making** 194:6
**malaria** 85:21
**male** 84:3,4
**man** 42:13 47:10,15,16 60:3
68:10 73:18,20 111:14 116:2
172:24 173:3,5 179:13 185:18
185:19 191:14,18 195:1
196:25 203:22,23,25 204:8
215:10 222:19 223:7,10,13,14
223:20,23,25,25 224:2
**managed** 179:3
**Mandingo** 89:11,21
**mango** 170:16
**manner** 198:18 209:7
**Mano** 127:14,15,18
**Mansalay** 76:2 121:25 199:12,13
199:15,17 201:8
**man's** 41:23 44:18 179:17
**march** 72:24 201:10 202:20
**mark** 212:4
**marked** 3:13 207:5,7 213:14,17
216:5
**market** 132:1,2,3
**marks** 209:13,18 210:12 211:9
211:11,13,16,19,25,25 212:10
**married** 205:5,7
**material** 209:10 227:3
**matter** 99:6 115:23 116:1 120:3

120:6,9,11,13,16 234:3
**mattered** 115:24 120:18
**ma'am** 10:18 125:1,4,7,15,17,21
126:8,10,15,24 127:6,10,12,20
127:22 128:1,6,9 129:4,13,17
129:19 130:8,11,14,17,20,23
131:2,6,8,11 132:4,7,13,17,24
133:5,7,11,14,21 134:5,10,15
135:6,11,16,18 136:7,17 137:3
137:11,16,19 138:5,16,19
139:3,5,8,24 140:2,7,10,18,20
141:2,9,11 142:2,7,10,18,21
142:23 143:11,22,25 144:13
144:24 145:14 146:14,16,18
147:13,15 148:3 149:5,13,18
150:16,25 151:3,6,9 152:10
153:18 154:25 155:23 156:5,7
156:17 157:3,5,15,23 158:10
159:7,20 160:20 161:1,9,11,17
161:20,23 162:3,20,23,25
163:21 164:1,7,12,14 165:2,13
165:17,22 166:17 167:9,15,18
167:25 168:5,7,23 169:10,15
170:8,10,10 171:4,14 172:3
174:4,7,19,22 175:12,12,23
176:22 177:2,9,14,16,18,18
178:2,12,18,20 179:10,14,18
179:20,23 180:4,7,9 183:16,24
185:2 186:15 187:2,6,17,19,21
189:21 190:6,15,17,22 191:20
192:5,13 193:8,13 194:9,11,22
195:14 196:5,17 197:3,5,9,11
197:24 198:7,9,11,22 199:4,10
199:14,16,19 200:9,22 201:13
201:18,22 202:2 203:4,16,18
204:7,10 205:25 206:3,6,11,14
206:16,24 207:12,14,25 208:4
208:16,20,25 209:12,15,23
210:2,4 211:7,10,12,15,18
212:2,18 213:8,10,12 216:8,11
216:15,18,20 217:3,5,21
218:11,14 219:6,8,12,14,16,18
219:24 220:9,15,17,19 221:4
221:12,16,22 222:9 223:6,9,12
223:22 224:4,20 229:9
**McARTHUR** 1:9
**mean** 22:14 40:2 63:5 81:9 144:3
150:8 151:20 154:9,13 156:8
166:15 170:7 172:2 178:3
179:21 185:20,23 204:25
**means** 131:3 202:25
**meant** 214:9 226:20
**mechanism** 31:3
**medical** 68:17 86:15 193:7,11,14
193:24 199:13 200:21,23
201:1 206:1
**MEDINA** 2:7 234:5
**meet** 21:6 22:14 79:9 83:3 89:25
96:2,17,20 105:24 106:3
**meeting** 88:6 90:8,13,19 91:1
92:2,3,3,16,17,24 93:3,4,9,10
94:16,18 95:3,4 96:6 97:8,12
**melted** 119:16 176:21 177:19,23
186:7,8
**melting** 211:23
**member** 60:19
**members** 14:18 76:9 201:12
**men** 13:12 14:15 17:17 33:9 41:6
45:11 51:23,25 54:16 62:8
86:6 92:12,14 96:20,22,24
98:8 138:14 143:1 145:2
148:13,18,19,23 149:1,4,9,12
149:14,17,19,21 150:1,3,4,7,9
151:16,19 152:1 157:1 162:10
169:7,7 170:25 171:21 172:22
179:2 186:4 187:9,16,18 189:4
190:21
**Mende** 122:14,16,18,20

**mentioned** 83:18 102:6,19
115:16 122:12 127:18 136:18
203:17
**mercilessly** 191:11
**message** 52:24,25 53:10 90:23
90:24 91:2 92:14
**met** 14:15 21:15,24 22:12,15
72:24 82:17 83:21 88:4 95:19
96:22 102:20,24 107:17,22
111:4 121:12,20 127:10
128:12 169:2 184:4
**metal** 45:25 46:1
**meters** 38:22 39:1,8 49:19,21
50:2 150:13,14 181:1 194:18
**Miami** 1:2,6,19 2:4,8,9 234:6,7
**middle** 15:16,18
**mid-night** 46:6,7
**MIGUEL** 2:2
**miguel_caridad@fd.org** 2:5
**military** 64:19 190:24 191:4,5,6
**Miller** 231:22
**mind** 13:18 221:5
**mine** 125:9
**mining** 125:9,13,16,17,18
**Minister** 60:3 62:24,25 63:11,16
73:16,24 74:6,18,25 190:17
**Minister's** 72:10,11,16
**minute** 28:23 157:11
**minutes** 57:5,14 77:2 98:14,17
129:15,16 205:14
**misdemeanors** 100:24
**misinterpreted** 215:2
**missing** 6:1,2 7:22
**mix** 220:25
**mixed** 144:8
**mix-up** 122:17
**mom** 49:4 104:4
**moment** 10:8 12:5 33:13,17 51:5
57:25 58:11 81:4 87:21 120:21
124:9 127:11 141:23 156:21
159:19 177:25 205:10 224:24
231:18
**Momoh** 3:3 12:20 132:21 156:2
156:4 157:18 158:17 164:22
165:1 168:11 171:22,25 172:4
175:15,16,17,22 176:13
177:17,20 178:10 180:10,20
182:6,7,23 183:3,9,11,14
184:25 185:3 186:14,23
187:15 188:6,8 191:24 192:24
194:20 199:1 200:19 203:6,8,9
203:10,12,14,19 204:11,21
205:2,4,6,7
**Monday** 226:3,9,18 228:6,17,18
228:20,21 229:1,3 231:13,14
232:3 233:8
**money** 134:21 140:12 144:18,19
146:7 231:17
**Monrovia** 32:18 54:18 76:15,25
82:14,21 116:12 136:9 138:25
138:25 141:1,2,2,6 186:18
187:2,8,11 188:2,3,6,8,11,15
190:25 195:10 200:16 201:24
208:2
**month** 65:20,21 66:11,13,14
94:19,20 140:3
**months** 78:14,16,21,22 81:20
83:10,11,12,14 95:7,8 116:19
127:16 130:14 201:3 218:17
218:17
**mood** 170:22
**morning** 5:3,21 9:7 10:23 12:14
12:15,18,24,25 33:23 36:20,21
37:5,8,16,17 39:24,25 45:6
98:12 134:18 142:7 183:24
228:21 229:3,17 233:8
**mornings** 228:8
**Mosquito** 135:8,10,11,12 136:8

136:13
**mother** 127:1
**motion** 173:25
**motive** 97:16
**mouth** 91:18 166:22,24 167:1,4
167:5,6,10,11,12,12,13 178:24
189:3,5,6
**move** 35:8 51:1 154:1 165:14
192:21,25 215:11
**moves** 208:6 217:6
**moving** 47:22 173:24
**MP** 72:24,25 73:2,6,7 191:6,11
196:14
**MPs** 194:2,9,13 195:12 198:1,3
**Mulbah** 70:5,6,12 84:17 85:4,5
105:10 109:15 121:20 196:11
196:12,14,19,20,21 197:2,4,10
197:15,15 198:2
**Murder** 101:11
**muscle** 218:7
**Musu** 80:18,24 81:5,15,15,17,23
82:12,12,12 102:25 103:1
106:19 110:3,13 138:8 139:21
139:22 202:22 203:13,15,17
203:19,20 204:5,6,12,21 205:2
205:6,7
**muzzle** 153:7 165:19,20 169:21
**M-a-a-d-a** 126:21
**M-a-d-i-n-a** 127:7

**N**

**naked** 18:8 47:6 49:15,17 183:18
184:2,5 186:7
**name** 15:22,23 16:1,2,3,3 24:13
44:18,22 65:9 68:1,25 69:2
70:4 71:5,7,20 76:1,4 78:9
80:11,13,15,16,17 81:14 83:21
83:25 84:5,6 118:13,16 124:16
125:25 126:1 128:19,19
132:20 133:10 134:6,8,11
135:12,13,17,18 139:20,22,23
142:17 162:19 169:9 179:13
179:15,17 203:14
**named** 81:17 111:14
**names** 5:12,12 15:22 16:5 22:17
22:19 23:18 24:15 66:16,19,23
75:24 76:5,8 84:12 96:22
117:24 118:4,9 119:16 120:11
126:20 132:25
**Nations** 69:22
**nature** 5:6,15 8:10 98:18 99:25
101:2,6,14 214:20
**near** 48:12 131:20
**necessary** 209:18
**neck** 164:18 174:11,16,24 211:3
**need** 7:25 10:22,24 54:16,18
63:6,12,13 98:19,20 101:21
183:6 190:10 215:19 226:10
229:23,25 230:6 233:9
**needed** 134:20 189:9
**needs** 230:23 233:8
**negotiated** 138:10
**neither** 116:9
**nervous** 9:23
**never** 10:7 17:19,20 25:9 32:14
34:7,8,25 35:1 48:25 70:8,10
71:24 96:14 124:4 129:21
131:4 133:19 178:25 181:21
183:7 227:10
**new** 21:14 104:18,20 109:9
217:17
**news** 228:23
**newspaper** 5:7
**NGO** 128:10 130:25
**NGOs** 128:8,12
**nice** 133:15
**nickname** 135:12,13 185:24

niece 79:23,24,25 80:7,18 81:4
81:15,23,23 82:12,22,23,23
102:21,24
niece's 80:17
night 13:7 15:16,19 33:12,15,22
33:25 34:2,3 35:2,3,7,9,11
36:2,3,5,6,7,7 38:3,4,11,11,14
38:17 39:15,17 43:23 44:15
46:5,6,6,7,15,16 59:16,17
64:19 156:25 157:1,2,2,3
161:20,24 165:25 166:1
167:16,21,22 176:9,11 178:14
178:17,21 179:2 193:6,16
nights 32:17 44:8,9,13
nighttime 161:19
noise 181:3,4
nongovernmental 128:8
normal 10:6 143:13
normally 228:11
north 2:8 206:6 234:6
northern 70:22
notebooks 226:14
notice 19:17 39:2 129:21 131:4
146:5
noticed 38:16
NPFL 179:24,25 180:1,3
number 86:25 87:1 98:22
nurse 86:14 201:5
nurses 67:14,15,18 68:22,23,24
75:18,20,21,22 76:5 199:22
212:21
N.E 1:19
N.W 1:23

**O**

object 134:22 196:24 226:19
232:10
objection 5:14 89:14 110:25
113:4,15,21 114:9 117:14
118:19 122:25 136:2,23 137:5
137:23 138:11 199:25 207:22
208:7 215:21 217:8
objectionable 5:10
objections 5:15
objects 8:8
observe 134:16
observing 228:23
obvious 233:1
obviously 106:5
October 1:7 230:16,17,18
offense 100:21 101:6
offered 63:1,4
office 1:18 2:3 71:25 72:5,10,11
72:17,22,24 74:21 143:25
144:2,7,11 191:4,5,16,18
officer 6:1 69:24 70:2 101:23
112:19,20 179:16,19 191:6,9
196:9 202:15
officers 66:18 146:9 200:10
220:21,23,25
offices 133:18 191:14
official 2:8 106:11 234:6
Oh 38:4 50:6 61:14,19
Okay 13:10 20:12 22:16 26:15
30:7 31:22 32:19 41:5 44:11
50:22 51:3,13 56:14 81:16,25
84:15 91:13,15,21 114:13
233:6
old 81:19,21,23 92:12 100:5
139:18,19 182:17 232:16
older 116:1 127:5
oldest 115:21
once 119:15 129:11 141:25
143:7,23 147:19 154:23
155:19 158:12 160:23 161:8
162:4 163:10 164:10,21 165:3
165:23,25 168:8,13 169:18

ones 83:18 161:15
open 3:25 4:1,3,5 7:16 9:1 12:1
27:8 156:12 163:17 167:4
168:2 179:7,9 180:5 192:17
196:14 216:1 228:1
opened 167:5 179:13 188:12
194:5
opening 214:20
opens 45:21
Operational 129:1
opinion 99:24 100:3,3,7
opportunity 59:2
oppose 226:25
option 100:15
order 63:10 151:25 171:21
172:20 223:21
ordered 41:23 171:17
organization 135:22 204:16
organizations 128:8
originally 108:6
ourself 159:10 181:7,12 203:21
outside 10:25 37:6 40:21 48:19
59:19 76:25 113:14,19 147:22
150:11 151:23 157:9,12,12,13
157:14,17,18,20 170:18 179:4
188:24 190:8 194:3 198:1
overall 215:3
overrule 5:15
Overruled 113:16,22 114:11
117:15 137:24 172:14 217:9
oversight 232:20
overthrow 60:16,24 189:14

**P**

page 3:2,14,14,19,23 99:20,21
paid 138:25
pain 19:22 20:7 27:5 153:13
165:12 180:19 188:4
painful 153:18 164:7,8,20
165:22 175:23,24 177:16
185:11 194:16
Pakosi 78:10,11,12
palm 89:24 131:16,25
panic 7:3,7,21 9:17 10:4
panicked 7:4
pants 184:3
papa 185:24
Papay 185:18,19,20,21,22,23,24
185:25 186:4
paper 106:23 110:22,24 186:2
216:9,17
paralyzed 76:19 116:19 192:22
202:5
para-military 132:11
Pardon 16:19 29:15 30:11 31:2
32:9 34:10 38:19,24 42:18
47:14 65:18 70:9 77:8 94:17
102:22 105:25 108:13 112:14
115:25 117:10 122:15 191:17
197:7 204:15 208:18 224:14
parents 125:23
part 30:12,13,14,15 101:7
112:17,18 134:11 152:9,10,19
153:5 165:18 169:1,20,21,25
186:9 192:22 206:5 209:2
211:8
particular 141:23 147:10 182:19
192:18 194:13 219:17
particularly 215:7,10
partner 127:6
parts 169:23
pass 27:17 92:14 142:12 165:16
171:10 182:23 220:22
passing 181:13
Paul 211:14 223:4

Paul's 142:10,18 153:22 158:3
193:18 219:10 220:1,3,11
pay 76:9 133:17
pen 212:6
penalty 100:20
Pennsylvania 1:23
people 17:1 21:19 27:11 32:20
32:23 64:14 68:15 83:5,6,7,16
84:12 87:24 88:1,2 90:9,19,22
91:1 96:21 106:11,12 111:4
117:24 118:4,9 125:17,18,19
129:8,9,10 130:4 131:8 132:2
132:8,9,23,24 133:19 134:1,2
134:3,7,20,21 135:9 136:6,10
138:9 139:11 140:25,25
141:15,20,22 143:7 144:6
145:3,5,6,8,9,10,12 146:8,8,17
147:1,2,2,7 148:6,7,9 151:21
152:22,23,25 154:16,17,18,19
154:20,20,21 155:21,23,24
156:10 159:11 183:25 187:12
188:24 190:7,8,19 191:7 192:4
192:5,15 200:11 203:20
204:18 210:14 214:23 220:1,3
people's 214:8,10
pepper 166:16
percentage 10:3
permission 74:14 206:25 209:16
213:1,15
permits 208:11
person 31:21 40:4 44:3 86:15
88:14,16 149:25 156:19
163:25 175:15 185:6 190:12
193:2 205:3
personal 136:24 137:6 138:12
personnel 68:17 129:4 143:3,4
personnels 133:16
persons 117:6 142:13
person's 81:14
perspective 101:1
phone 53:8 103:25 104:2,4,6
photo 214:15 217:25 218:8
photograph 207:11,13,15,17,19
208:1,15,17,19,23 209:1,4,11
211:1,8,25 212:13,16,19,23
213:1,7,9,11 214:2,12,16,16
215:1 216:13,16,19,21,23,25
217:17,20,22 218:9,19 219:7,9
219:11,13,20 220:10 221:10
photographs 216:10,12,12
physical 64:16 116:5 214:21
physically 175:21 192:20,24
193:3
pick 131:20 226:9
picked 23:9 115:20
picks 23:6
pick-up 59:7,8 145:21 188:20
picture 13:20,24 214:7,25
215:15,16 218:3
piece 216:9
pistol 146:24
pit 7:5 57:14 77:7 120:3 163:18
163:19,22,24,25 164:2,10,15
164:21 165:3,7,15,24,25
167:16,20,21,23,24 168:1,6,8
168:14 171:1,23 172:5 175:3,9
175:10,11,12,13,16,21 176:1,3
176:6,13,25 177:1,19,22
178:10 179:13 180:6,8,10
187:9 222:23
pits 163:1,2,4 171:20,24 176:22
place 27:8,9 40:24 48:17 90:13
95:12 96:7 98:23 128:4 131:21
133:16 135:23,25 137:21
150:2,4,10 154:23 160:24
177:12 181:19 192:1,15,16
214:7 218:6 219:12 221:2
222:1

placed 14:3 143:25 144:2 163:11
163:12,14,19 164:21 165:3,23
175:21 193:6 229:21
places 127:18 132:3
Plaintiff 1:5
plan 8:7
plant 168:15 184:1
plantation 168:16
plastic 25:23 26:3,4 45:23 58:5
117:1 119:16,18 171:9 174:14
174:19 175:19 176:15,21,23
177:1,3,12,15,17,20,23 186:7
186:8 209:6 211:22 212:1,11
plate 176:15
pleadings 226:24
please 12:13,17,19 14:5 74:22
75:2 98:13 101:20 102:1,3
114:19 124:8,16 136:5 159:25
160:4,13 164:10 173:20 195:9
195:10 205:13,21 207:24
209:22 210:3,5,18,20 218:19
219:19 221:5,17 222:3,14
223:10,13,23 224:5 225:3
228:21,24 229:7
plenty 129:19 144:9 145:9
152:24 155:23
plus 148:10
point 8:18 17:14 20:7,14,15 25:6
27:11,18 28:8,20 39:22 40:12
41:6 44:3 49:19 51:21 56:21
57:17 72:7 84:16 96:15 101:17
148:9 158:24 159:21 195:18
223:10,13,23 224:5
pointed 148:6,7,10,13,18,23
215:6 223:25
pointing 220:16
poles 14:2
police 19:19 20:8 24:6,17 27:1
57:9 66:18 79:13 119:3,5
129:2 132:11,13 137:13 138:9
154:25 155:1,3,4,5 156:24
160:19,23 191:4 202:10
policeman 23:22
policeman's 24:13
policemen 24:1,3,5,5,6,9 25:11
policemen's 24:15
portion 212:13 226:6 232:5
portraits 214:24
position 6:3 26:1,17,24 112:11
118:6 135:15 149:11 153:10
153:15 161:15 164:15 171:12
171:13,15,16
positioned 175:16
possessions 144:16
possible 100:20
posts 17:6,9
power 62:3 148:25 224:18
231:11
praying 180:21
prefer 232:11
pregnant 127:15
prejudice 100:9
prejudicial 101:5 214:4 215:17
prepare 226:25
present 88:6 110:22 231:2
President 53:2,3,4,10,19 54:8,13
54:15 55:5,21 56:2,12 59:12
59:21 60:2,12 73:22 162:16
pretend 103:2,12
pretty 48:21 215:16,17 228:6
previous 229:24
previously 223:3
primary 124:24,25
prior 8:7 99:11 134:24
prison 64:14,20 65:15 67:1
116:23 193:17 202:12
prisoner 21:6,14 44:15 159:6

**prisoners** 21:25 22:1,6,12,14,15
   29:12 32:25 33:2 40:10,12,15
   65:23 66:7,9,15 67:1 69:16
   157:16 159:8 171:20 176:10
   176:11 178:15,21,23 192:9,10
   192:17 194:1,2,5
**private** 186:8
**probably** 9:22 128:6 149:24
   230:19
**probation** 102:16
**probative** 215:16
**problem** 81:3 86:2 143:22 193:4
   206:17 230:10 231:16
**problems** 206:18
**proceed** 102:3 118:21 123:3
   228:6 232:8
**proceeding** 17:12 101:8
**proceedings** 1:13 3:25 4:1,3,5
   7:1 9:1,2 12:1 214:1 216:1
   226:1 228:1 234:3
**produce** 143:17,24
**program** 141:4 228:23
**promise** 196:22
**properly** 214:15
**proposing** 232:18
**prosecution** 99:15 100:15
   215:18
**protection** 69:24 70:2 196:9
   202:15
**provide** 199:13 206:23
**provided** 226:23
**providing** 200:23
**provision** 228:14
**public** 2:3 227:8
**publically** 226:22
**publish** 208:10 213:1 218:25
**published** 217:13
**Publishing** 213:4
**pull** 13:20 37:8 89:11 94:2 98:6
**punch** 50:23 87:4
**punched** 87:6
**punish** 166:2,3
**punished** 175:25 189:18
**punishing** 115:6 118:18,23
   154:14 178:14,17
**punishment** 25:13,14,15 52:17
   101:1 165:12 166:5,6,9,23
   167:4 185:2,3,16 186:5,6
**purposes** 215:1
**push** 147:6 155:10
**pushed** 147:9
**pushing** 147:2,2,3 155:11
**put** 7:10 14:22 15:4,6 16:11,12
   17:24 19:8,12 20:10,10,24
   22:2 25:23 26:1,5 28:15 29:18
   42:21,23,25 43:3,9,14 44:3,15
   51:16 55:1,25 56:15 64:5 65:3
   65:4,5,6 67:10 91:18 102:16
   110:24 118:6 119:12 144:5,7
   145:15 153:10 154:1,15 155:7
   155:20,21 163:22 164:2,10
   166:19,20 174:10 175:13,15
   186:10,10 187:3,5,7 190:2
   191:22,23,25 192:6,8 193:16
   195:16 212:4,19 217:17,18
   227:8 229:11,16 230:19 232:6
   232:14,24
**puts** 28:13
**putting** 9:5 178:24 232:5,19
**p.m** 160:3,7,9,12 205:16,18,20
   207:8 208:9 213:18 217:11
   229:2 230:4 231:24

─────────────
**Q**
**Quarter** 89:11,21
**question** 108:17 114:12 118:20
   162:21 172:16 186:20 200:1

**207:24 226:21 232:2**
**questioned** 7:3 143:23
**questioner** 98:23
**questioning** 7:11
**questions** 9:15 85:16 106:7
   109:24 111:10,12 114:23
   115:1,11,14 122:5 123:19
   124:5 143:9,10,12,15 189:6,7
   199:22 200:12
**quiet** 39:10 41:19 115:7

─────────────
**R**
R 234:1
**radio** 53:12,12,15,16 228:24
**radios** 53:13
**raided** 133:15
**rain** 38:16
**raining** 35:8,9
**raise** 10:22
**ran** 47:10 48:12 66:18 183:17
**rapists** 60:21
**reach** 129:24 188:2
**reached** 173:2
**react** 147:1 177:20 198:12,14
**reaction** 192:6
**read** 226:6
**reading** 228:22
**real** 109:6 110:6 135:13
**realize** 37:20,23 98:23
**really** 110:8 116:8,17 117:3,3
   208:1
**REALTIME** 1:25 2:25
**reason** 6:5 115:18 137:17,22
   138:1
**reasonably** 214:25
**reasons** 214:12 226:4 233:2
**rebel** 55:15,17 88:15 90:6,25
   91:9,10,20,21 92:8 111:17,23
   112:20,21 123:24 180:1 195:6
**rebellion** 97:15
**rebels** 60:15,20 88:16,21,24 90:1
   91:21 92:2 112:25 129:2
   147:21,22 189:13,22 195:4
**recall** 6:6
**receive** 25:13 128:20 193:7,11
   195:15
**received** 3:13 53:9 117:8,11
   123:15,17 128:19 186:2
   199:18 208:9 217:11 226:6
**receiving** 185:2 200:21
**recess** 7:18 98:12 99:4 159:25
   160:7 205:13,17,18
**recognize** 33:4 159:17 183:4
   193:1 207:13 216:19 219:7,15
   219:23 220:8,18 221:10,21
   223:13
**recognized** 33:2,2
**recommendation** 231:25
**record** 9:5 173:23,24 174:1
   177:5 207:10 223:16,18 224:9
   224:11 226:21 227:1
**recross** 122:6,9 231:15
**Recross-Examination** 3:6
**recruit** 91:1,2
**redact** 5:13
**redacted** 5:16 124:22 130:20
**redirect** 3:5,7 101:15 109:25
   123:1,2,20
**red-roofed** 14:22 15:2
**refer** 133:1
**reference** 136:6
**referenced** 226:23
**referred** 177:25
**referring** 166:15
**reflect** 173:24
**reflection** 215:3
**reflects** 174:1 214:16 223:18

224:11
**refugee** 28:2 62:2 70:18,20
   71:17 76:23,24 78:2,6,13
   79:10 80:2,21 81:7 82:17 83:3
   83:14,22 84:17 102:20,23,23
   104:22 128:16,17 200:14,15
   200:16,17,20,25 201:4,6,9,10
   201:11,16,19,25 202:3,9,17
   207:18,20 208:2,14 213:6
   214:12,22 216:24 217:4
   218:13,15
**refugees** 89:6,7 90:3,4,20 91:3
   92:15 128:15 131:8 132:13,16
   141:5 149:2 156:1 158:17
   189:16 196:21,22,23 202:16
**refuse** 65:4 162:11
**refused** 93:19 97:21 140:23
   168:11 189:8 191:6
**regarding** 228:24
**regards** 99:10
**registered** 70:22 128:16,17
   196:22,23
**regretful** 198:18,19
**rehabilitate** 101:15
**related** 7:7
**relation** 142:14
**relatives** 80:4 82:2,10,11 83:19
   146:14
**relax** 218:7
**relaxed** 164:4,6
**release** 50:21 73:9,11 137:21
   138:10,15 146:7 147:8
**released** 75:6 76:22 129:16
   138:23
**relevant** 214:11,18 232:16
**relieve** 192:18
**remain** 191:18 230:7
**remember** 13:12,15,16,25 14:8
   20:4 21:2 22:2,17 23:24 24:2
   26:24 32:4 37:5 57:2 66:15,19
   69:2 75:24 76:5,8 78:19 80:12
   80:16 82:10 83:21 84:12,13
   85:21 86:8,8,9,14,17,18 87:7,8
   87:9,10,11,13,14 94:19,20,22
   96:21,22 97:5 106:25 107:1,3
   111:12 114:22 115:1,10,14,16
   119:20 120:23 121:4,10
   130:15,18,20 132:20,25
   141:23 142:17 144:21 155:25
   156:23,25 159:25 160:17,21
   160:22 162:9 170:14 171:25
   173:1 176:20 178:9 187:22
   228:22
**Remind** 114:3
**remove** 210:5
**removed** 158:12 162:5
**reopen** 232:12,21
**reopening** 232:19
**report** 106:9
**REPORTED** 2:6
**Reporter** 2:8 234:6
**Reporter's** 3:10
**reporting** 38:1
**request** 232:3
**requirements** 100:4
**Requires** 137:23
**research** 100:19
**residence** 59:5
**resist** 50:20
**resisted** 50:14
**respect** 172:20 227:2
**respond** 137:1
**RESPONDENTS** 12:20
**response** 10:20 31:4 43:17
   103:9 108:24 202:24
**responsible** 124:2 128:15 194:3
**responsive** 207:22
**rest** 46:16,18 148:21 166:1

**171:22 172:18 175:25 179:11
   187:9 215:19 230:18
**restrain** 51:23
**Resume** 3:25 4:1,3,5
**RESUMED** 12:20
**retrieve** 212:23 218:22
**return** 210:20 230:22 231:5,8
**returned** 195:18
**returns** 12:16 45:6 101:22
   160:12 205:20
**revolution** 113:12
**Revolutionary** 111:21,22
**re-tabie** 158:2
**ribs** 87:10
**rice** 125:12 178:8,8
**ride** 19:18 27:1 78:6 188:8
**riding** 26:11
**right** 6:4 13:14 14:23 19:10,19
   39:22 41:3 42:1,21 43:10
   47:13,25 48:12 49:2,5 54:10
   58:17 66:11 67:14,15 70:25
   73:10 74:21 79:3 82:4,15 83:5
   85:10,16,19 86:6,21,23 87:17
   91:6,16 92:6 94:14 96:7,8,15
   101:25 106:5,9,12,15 107:22
   107:25 108:3,6,10,25 125:14
   137:8 148:16 173:24 174:5
   177:4,7,8 184:16 204:6 214:2
   222:10 230:11,15 231:7
**rise** 164:19
**river** 150:18 211:14 220:3 223:4
**road** 14:13,16,19,21 19:25 48:25
   57:3 145:1 153:21 157:9 169:2
   181:2,7,12 182:17,18
**roasted** 167:12
**Rochlin** 1:17 3:5,7,9 5:4,23 7:25
   8:14 12:4,7,11 89:14 99:18,24
   100:2 110:2 113:6,17 118:20
   118:22 120:21,22 122:5,25
   123:22 124:5,9,15 134:23
   135:3 136:4,25 137:7,9,25
   138:13 156:21,22 159:22,23
   160:14,15,16 172:15 173:23
   174:2 177:5,10,11 186:22
   197:1 200:2 205:10,15,22
   206:25 207:3,9,23 208:5,10,13
   209:16,20 210:22,25 211:4
   212:12,15,22,25 213:4,5 214:9
   216:2,4 217:6,12,16 218:18,21
   218:24 219:3,19,22 220:4,7
   221:5,9,17,20 222:3,6,14,17
   222:24 223:2,16 224:9,12,24
   225:1 226:19 230:14,23
   231:18,20,22,24 233:11
**rod** 45:21
**roll** 209:17 210:7
**roof** 30:21,24,25 31:15,17
**room** 67:10 164:11,13
**rope** 26:3 150:5,11,11 155:7,14
   155:16,17,19 161:14 178:25
   179:7 183:19
**ropes** 161:13,16 164:3,4,6
**rotten** 167:12 192:23 194:8,17
**rotting** 116:24 163:24 194:5
**rough** 153:21
**ROY** 1:8
**rubber** 168:16
**RUF** 88:13 111:19,20,20 112:3,5
   112:8,11,13,15,17 113:1,7,9
   113:11,19 129:2 134:6 135:11
   135:15,16,20
**rule** 8:17 100:3 101:7
**rules** 232:9
**rumors** 126:16,16
**run** 65:13 168:15 196:1
**running** 46:11,19,21 47:12,15,20
   47:22 48:15,16,18 49:10 51:19
   153:21

**rush** 182:20
**rushed** 182:21,24

**S**

**Sagbema** 127:16,17,19
**Sam** 135:13,15,21
**Samukai** 76:23,24 78:2,6,13
   83:3,22 102:23 104:22 200:14
   200:15,16,17,20,25 201:4,9,10
   201:11 202:17 203:20 207:18
   207:20 208:2,14 213:6 214:12
   214:22 216:24 217:4 218:13
   218:15
**sand** 190:3
**Sankoh** 112:4,5,9 135:17,19,20
**sat** 148:22
**save** 54:13
**saved** 54:10
**saves** 5:6
**saw** 17:7 24:4,5 37:4 40:16,17
   50:5 59:4 65:12,15 66:25 67:4
   67:24 68:16 70:8,10 71:22,23
   71:24 72:13,15 76:7 95:17
   97:10 135:8,23 136:13,15,17
   138:20 146:20,20,21,21 151:6
   151:7,11,13,16 159:4 170:15
   170:22 188:23 193:21 194:24
   195:3,19,23,25 196:3,7,12
   197:14 198:10,17 203:25
   206:9 223:3
**sawed** 42:3,15
**sawing** 173:25
**saying** 22:24 53:9 86:9 162:9
   167:22 185:18 186:4
**says** 41:6 60:12 92:2 93:2 100:1
   100:13
**schedule** 228:4,7
**school** 124:23,25
**scope** 113:15 114:9 117:14
   122:25 199:25
**screen** 208:11 210:23 211:24
   212:7 213:2 216:14 217:13,18
   218:25 219:4,23 220:14
   221:11,13,21,25 222:7,10,18
   222:20
**seal** 189:3,4,5
**seated** 12:17 75:4 102:1 160:13
   205:21
**second** 7:24 35:7,9 36:5,6 43:23
   45:14 55:9 94:14 95:4 96:6
   99:14
**secondary** 124:24,25
**Secondly** 214:19
**secret** 54:2
**section** 211:20
**secure** 202:9
**securities** 143:11,13 144:8,9,20
   145:16 146:7,12 147:4,4,11
   153:24 163:5 181:6,10 188:25
**security** 6:1 101:23 129:4,11
   132:10 133:16,23 138:14
   142:13 143:3,4,12,15 144:21
   159:2 220:21,23
**see** 5:5 14:5 19:10 31:13,14,16
   31:17,19,21 37:22 38:18,20
   39:3,4,4 40:1 48:2,6 49:10,13
   50:4,6 53:19,21 54:8,16,18
   55:5,11,21 56:3,13 58:10 59:2
   59:13,21 67:2 68:7,9,12,14,22
   72:3 75:14,18,20 84:18,20
   93:8,9 95:24 97:11 133:19
   135:4,7 137:12 138:17 143:4
   146:12,15,17,19,25 149:4
   150:15,17,23 151:1,4,10 154:5
   156:19 160:2 161:22,24 162:5
   162:18,21 164:23 170:2,17
   180:19 181:10,16 183:9

185:18,19 186:1,4 194:21,23
   196:1,4,6,10,15,15 197:10,12
   198:4,5,8 199:9 200:10 201:6
   201:11,14 206:7,12 209:1,10
   210:12,15,18 215:14 216:6
   219:4,13,25 220:10 221:13,23
   221:25 222:10,18 223:7,20
   224:2 228:21,25 229:3 233:8
**seeing** 219:10 220:1,3 222:11
**seek** 138:14
**seen** 45:17 68:10 180:23 222:21
**sell** 125:9,11 131:15,24 132:3
**selling** 136:22
**senses** 116:8,10
**sensitive** 55:15
**sent** 60:16,24 147:10,12 189:14
   227:15,18
**sentenced** 100:18
**September** 107:21 208:20,21
**serious** 186:5 188:4 194:6
   206:16
**seriously** 183:13
**serve** 230:8
**service** 14:15 100:19 102:17
**serving** 10:11
**set** 172:18
**seven** 90:10,11 127:15 218:17
**shackled** 153:13
**sheet** 216:16
**shifts** 33:19
**shirt** 145:18
**shit** 20:24
**shoot** 34:21 51:4,8 173:5
**short** 20:6 27:6 99:4 101:23
   205:18 227:14
**shortly** 36:9
**shorts** 215:2
**shot** 13:12 123:25 148:15 149:16
   149:17,21 151:16 172:23
   181:15 223:4,7
**shoulder** 211:2
**shouting** 146:12,24 168:10
   170:4 174:25 177:21
**show** 52:20 74:18 207:19 208:1
   209:18 211:8,24,25 213:13
   214:21 215:17
**showed** 90:19 170:23
**showing** 207:5 216:5
**shown** 207:4
**shows** 207:13 214:2,4,7
**sick** 85:23 206:21
**side** 17:8,8 26:14,22,23 87:1
   111:24 114:7,16,19 128:11,12
   142:19,20,21 143:1,1,18 145:1
   149:7 153:2 156:6,20 163:6,17
   175:17,18 177:4,6,8 181:7,12
   183:20 190:6,7 211:2 214:2
   215:17 220:13
**sidebar** 3:22,24 4:2,4 6:5 7:1
   213:19 214:1 217:8 225:3
   226:1
**sides** 10:15 215:16 231:17
**siding** 111:22
**Sierra** 16:23 45:3 49:2,8 55:13
   60:24 61:13,14,16,22 70:18,20
   71:18 83:4 88:10,11,22,24,24
   89:6 90:1,3,4,6,25 96:24 97:3
   103:19,22 109:6 111:17,23
   112:1,2,16 113:2,11,14,19
   114:6,7,14,16,18 120:24,21,22
   124:25 125:2,5,6,8,20 126:3
   126:15 127:20 128:11 129:3,3
   129:10 132:15,17,18 134:1,4,7
   136:10,12 138:2 145:11 215:8
   226:5 227:7
**sight** 150:19 151:3,5 180:25
**similar** 185:2
**simply** 181:10,12 213:2

**single** 33:13 216:9
**singled** 15:25
**singling** 7:11
**sir** 13:12,24 17:5 108:16 122:12
   122:22 123:14 124:16 206:8
**sister** 79:5,17,20,21 127:1,7,8
   133:6 140:22 197:13
**sisters** 125:24 127:2,3,4,5,5
   146:13 147:7
**sister-in-law** 132:24 133:1,1
**sit** 7:5 30:19 95:23 148:21
**sitting** 13:14 57:22 95:24
   123:25 148:11,11,22 149:10
   149:12 153:2,25 182:19
   191:13 217:25 218:2 220:22
   220:23 223:14,25 224:7
**situation** 155:18
**six** 90:10,11 116:19 127:15
**skeleton** 30:3
**skeletons** 29:22
**skin** 194:4 195:16 200:5 211:23
   212:1
**sky** 31:14,18
**SL** 3:15,16 207:6,7 208:6,9
   210:22 213:14,17 216:6 217:7
   217:11,12
**slang** 185:24
**sleep** 192:12
**sleeves** 209:17 210:7
**slope** 30:9
**slow** 98:25
**small** 10:2 125:12 126:6,7 192:1
**smell** 117:2
**smelling** 116:25
**smelly** 117:1 194:8
**sobbing** 33:5
**SOD** 129:1 132:10 143:5 202:10
**SODs** 143:13 144:8,22
**soft** 131:24
**soldier** 41:16,25 42:3,5,9,11,15
   53:17 61:21 67:25 68:3 91:6,7
   91:8,12,19 112:21,24 123:11
   173:2,12 174:3,3,4,10,20,23
   175:2 185:16,25 186:2 195:1
**soldiers** 19:16 26:11 27:13,14
   28:19 29:11 42:7 45:5,11 50:9
   58:19 62:14,24 61:12,22 65:1
   88:22 92:25 96:17 116:22
   117:4 118:18,23 119:9,15,21
   119:24 120:8 144:8 152:12,16
   152:21,25 153:5,10,16 154:10
   163:3,13 165:6 167:13,16
   168:24 169:8,9,11,13,16,18,25
   170:2,9,11 171:2,5 173:15,19
   174:6,8 176:14,23 177:19,22
   177:25 178:17 182:21 183:1,4
   183:17,23 189:20 195:8
   200:11
**Solo** 3:8 124:12,17,18
**solution** 231:16
**solve** 206:18
**somebody** 23:6 139:17 218:6
**soon** 8:3 195:25
**sores** 116:24
**sorry** 83:9 99:21 103:1 135:2
   140:9,9 142:4 146:3 163:8
   179:9 182:9 184:16 186:20
   198:20 223:19 229:5
**sort** 31:3 232:9,20
**sought** 138:17
**sound** 115:9
**sounds** 115:8
**sound-proofed** 6:6
**SOUTHERN** 1:1
**space** 156:12 158:23
**speak** 5:2 12:5 13:7 22:10 24:8
   68:5 90:7 96:14 98:20 168:8

197:2 229:12
**speaker** 4:9
**speaking** 98:1
**speaks** 101:11
**special** 129:1 132:10 152:6,10
   226:5 227:7
**specifically** 15:25
**specify** 41:8
**speculation** 113:21 172:13
**Speculative** 114:10
**spell** 124:16
**spent** 33:10 44:9 82:6
**spicy** 166:15
**spoke** 15:8 22:8 44:20 70:14
   93:12 106:5 121:25 162:24
   190:18 197:4,10 199:17
**spoon** 45:20,23,25 46:1 178:23
**spot** 7:10 182:14
**SSS** 132:10
**St** 142:10,18 153:22 158:3
   193:18 211:14 219:10 220:1,3
   220:11 223:4
**stabbed** 51:14 120:2,5 184:16
   184:16 185:8
**stand** 134:11 164:11 177:10
   209:22 210:20 232:15
**standard** 101:7
**standing** 39:8 40:21,23 49:21
   145:1 149:8,10 174:18 182:23
**start** 20:11 46:11 56:19 226:8,15
   228:6
**started** 8:3 41:16 152:12 157:23
   157:24 158:6,14 162:8 169:3
   191:10 192:10 194:6 204:1
**starts** 73:9
**stated** 15:15 29:1,22 50:14 74:6
   88:4
**statement** 63:2,4 89:18 108:19
**statements** 98:21 105:7 120:24
   121:1 147:24 214:20
**states** 1:1,4,14 2:8 3:20 99:12,24
   100:24 111:4 124:10 208:6
   213:11 217:6 224:18 225:1
   230:7 231:6 232:10 234:6
**station** 19:19 20:8,10 24:6 27:1
   57:9 65:13 79:13 119:3,5
   138:9 154:25 155:2,4,5 156:24
   160:19,23
**stay** 67:20 128:4 130:12 161:10
   176:6 182:1 191:16,18 230:9
   232:1
**stayed** 24:1 35:17 36:17 58:21
   58:23,25 76:14 129:21
**Ste** 2:8
**stem** 166:13,14,18,20,24 167:6
   167:10,13 178:7
**step** 25:23 159:16 209:17
**stepped** 25:24 158:7
**stepping** 119:24 152:19
**stick** 31:11 166:20 200:5
**stomach** 26:21 158:21 170:1
**stood** 177:19,22
**stop** 98:19 142:6 157:11 160:25
   161:2,3 187:24 188:1 210:14
**stopped** 57:23 143:7 163:4
   170:9 188:11 189:12 221:3
**stopping** 187:25
**stops** 57:17 58:17
**story** 8:16 108:5
**stout** 131:25
**straight** 38:20 48:21
**street** 1:19 2:3 15:2 48:5,6,8
   95:18 134:2
**stress** 7:11 10:6
**stress-related** 10:9,10
**stretch** 164:16
**strike** 84:16 115:17 148:17
**strings** 214:8,10

**stripped** 183:18
**stuffs** 131:16
**stumble** 49:25
**subject** 111:9
**submit** 214:17
**subpoena** 117:8,11,17 230:7,9
  231:11
**subpoenaed** 230:8
**substantial** 100:8
**sub-driver** 131:7
**successful** 104:14
**sudden** 48:2
**suggested** 45:1 103:2
**suit** 223:15 224:1,8
**Suite** 234:6
**Sulaiman** 3:8 16:3 33:4 40:24
  43:13 45:21 72:19 81:9 124:10
  124:12,17,17,18
**supply** 128:20
**supposed** 172:10
**sure** 5:19 12:6 95:1 99:7 188:1
  215:5 231:19,21
**survive** 120:20 149:17
**Sustained** 89:16 113:5 135:1
**swallow** 167:7
**swamp** 162:25 163:7,9,10,15
  221:14,15,24
**Sweden** 78:15 83:11 85:9,11,18
  85:25 86:3,14,15 87:19 100:11
  100:14,21,23,25 102:7 103:3
  103:13 105:4,7,14 106:1,11
  107:4,15 111:3 120:24 121:5
  202:18,19,21,23 204:12,13,14
  204:16 205:6,8,23 206:1,4,6,9
  206:13,15 213:9 215:19
  224:16,18 231:10,11
**Swedish** 86:16,20,25 87:11
  105:24 106:3,20,21 107:3,12
  107:24 109:17 204:17,18
**sweet** 133:14
**swinging** 50:18
**switched** 32:14
**swollen** 167:12 192:22
**SWORN** 124:12
**S-a-g-b-e-m-a** 127:16
**S-a-m** 135:13
**S-o-l-o** 124:18
**S-u-l-a-i-m-a-n** 124:17

---

**T**

**T** 234:1,1
**tabie** 16:16,18,20,24 18:16 26:1
  56:23 118:6 151:19,20,21
  153:10 171:9,12,16
**tabied** 158:3,8,21 164:9 187:4
**TABLE** 3:1
**tailor** 134:18
**take** 8:1,2 10:22 15:21 23:19,20
  27:10 28:15 29:14,16 34:23
  37:13,15,18 40:1 41:16 51:25
  57:14 58:19,20 59:10 62:8,11
  62:15,21 69:6 73:18 74:9,10
  75:2 76:18 84:24 87:21 89:17
  90:13 98:12,13,16,20 99:6
  103:13 105:18 117:7 131:4
  133:18,25 150:1,3,10 154:23
  159:24 160:24 162:10 170:12
  171:1 187:2,8,9 189:4 190:1
  190:10 191:6,14 194:3,7,10
  195:12 198:1 200:6 202:7,11
  205:13,14 209:25 211:1
  212:12 213:7 218:18 219:19
  220:4 221:6,17,24 222:3,24
  228:11,12
**taken** 40:4 76:23 98:8 119:12
  144:12,14,16 157:4,8,12,17,20
  161:12,18,21 175:9,10,13

**takes** 28:13
**talk** 9:23,25 13:1,5 86:2 89:15,25
  90:2 91:2 92:15 134:18 146:9
  146:9 181:5 189:17,17 196:1
  199:15
**talked** 93:10 138:8 196:19,20
**talking** 43:25 45:5 66:6 81:1
  109:3 121:1 133:2 139:25
  146:6 152:5 162:8 171:18
  198:17 203:22 204:1
**tape** 189:3,5,5
**targeting** 230:17
**Taylor** 1:8,9,10 53:6 59:3,12
  61:11,24 63:8,15,18,19,20
  73:18 114:20 135:8,24 136:8
  136:13,15 145:23,24 146:11
  146:20,22,23 147:1,17,20,24
  148:8,13,17,18,23,25 149:8,14
  150:1,3 151:25 152:7,8 154:6
  157:1 158:4 159:3,12,15,18
  161:17 162:7,9,10,13,17,24
  167:14,17 170:13,17,18,20,23
  171:2,5,17,21 172:6,21,22,24
  173:1,5 175:7 180:2 184:6,9
  184:15,24 185:21,22 186:2,8
  186:23 187:8 188:21,23,24
  189:1,4,7,22 190:5,7,21 224:3
  224:7
**Taylor's** 113:25 154:10 188:2,15
  188:16 190:8
**teach** 162:11 172:8
**telephone** 4:1
**television** 228:23
**tell** 17:5 19:22,22 20:7 21:24
  27:3 30:6 32:7 33:7 34:14,15
  36:8,11 43:2 52:15 57:4 74:8
  92:3,10,12,14 100:22 113:13
  113:18 119:16 143:19 162:1
  170:20 177:24 195:10,18
  198:16,19 199:17 200:7
  207:10 222:7 223:10
**telling** 7:20 56:11 86:14 136:5
  149:3 206:19
**tells** 97:14
**temperature** 166:15,17
**tenders** 225:1
**term** 16:18,20
**terrible** 154:2 177:16
**testified** 30:17 32:20 33:12
  41:16,25 46:13 86:5 214:17
  223:3 226:4 227:5
**testify** 117:8,11 224:19
**testimony** 13:1,2,5,8 102:6,20
  160:5 226:6,13,14 227:4,5,9
  229:7 232:17,20
**Thank** 10:18 11:1,6 12:11 75:4
  99:1,3 102:4 122:8 124:6
  136:7 205:15 210:20 218:21
  222:24 229:4 233:11
**thatch** 30:22,23,24,25 31:15,16
  31:17
**thing** 16:23 112:21 178:16
  199:23
**things** 7:4 76:19 87:16 121:15
  121:17,23 131:6 144:15
  230:20 232:16,21
**think** 5:8 7:2,10 8:8 9:11 10:4,11
  10:15 13:11 15:15 16:16 27:24
  29:1,22 30:17 32:20 33:12
  37:25 41:16,21,25 46:13 49:19
  50:14 69:24 74:6 77:2 86:5
  101:4,10,13,16 107:21 144:24
  152:23 214:4 215:6 226:20
  228:11 229:15 230:23 232:1

**thinking** 120:19
**third** 32:17 43:24,24 44:1,3,6,14
  44:15,15
**Thirdly** 100:6
**thought** 38:14 44:8 61:17 80:25
  103:12 182:14,22
**thousands** 140:25
**three** 15:22 45:1 51:17 55:6,23
  56:15 75:11 76:21 83:12 100:4
  126:19,20 145:21 148:10
  151:11 187:10,13,13 192:3,4,6
  226:9,15
**threw** 154:5
**thrown** 154:4
**Thursday** 228:9,13,19
**tie** 16:22 19:3 58:4,11 151:19
  152:1 158:1 224:1,8
**tied** 16:12,13,16 17:1 18:14,22
  18:23,24 25:18,19 42:13,15
  45:20 51:16 52:1,3 54:20
  55:23 56:21 57:24 58:1,2,6,10
  58:12,13 150:5,11,11 151:24
  152:2,13 153:24 155:15 158:6
  159:2,14,15,16 161:13 164:5
  167:3 171:3,4,4,6,7,8 175:19
  175:20,22 176:3,5 183:18
  186:17,19,22,25,25 187:16
  188:5 189:2 209:6,7,8,14
  211:21,21,22
**time** 4:7 18:8 20:2,3,6,6 21:2
  27:4 29:4,6,8 33:10 35:23,25
  36:9 37:4,5,15 43:13,20,21
  45:7,9,14 46:4,5 48:24 51:15
  55:7,9 56:12 57:3,14 59:15
  62:4 71:22 82:6 85:25 87:15
  88:1 94:14 95:19 96:12 107:17
  110:3 111:24 112:10 116:10
  116:21 119:7,13,18,20,22,23
  119:25 120:1,3,6,9,14 123:25
  126:9 133:5 136:15,17 139:1,7
  139:18 144:5 145:21 150:20
  150:24 154:7 157:4 158:4,8,14
  159:19 160:22,22 162:18,22
  170:9 175:15,25 176:4 178:7
  180:21 182:2 183:18 184:11
  184:15 185:13,15 186:17
  187:13,23 188:20 193:11
  195:18 196:2,3 197:6,8,14,16
  207:21 208:2,5 210:5 211:21
  214:4,7 218:9,12,24 220:5
  226:25 227:17 228:3,14
  229:16 230:11,18,22,24
**times** 136:16 202:11,13
**tired** 51:21,22 62:4 116:24 164:9
**today** 62:3 107:18 110:15 223:7
  226:15,15 228:4
**toe** 119:12
**toes** 180:16,17
**toilet** 192:17 194:3 202:6
**toilets** 194:2
**token** 128:20
**told** 17:7,19 27:10 28:2 44:9 45:2
  52:11 62:5,13,14 70:18,20
  71:17 85:9 104:24,24 105:12
  106:19 107:8 108:2,25 109:11
  109:15,17 110:3 114:1 122:1
  134:20 148:21 150:9 151:19
  168:2 195:9 203:23
**tomorrow** 229:11,17 233:9,10
**top** 31:11,13,20 163:16,17
  165:15 175:18,19 176:5
  222:22
**topic** 134:19,23
**topics** 196:20
**torture** 33:20,20 39:15
**tortured** 33:13 38:12,13 209:9
**TOTAL** 1:25 2:25
**touch** 104:8,10,12 151:22

**211:24**
**touched** 164:17 171:11
**tough** 202:5
**town** 130:2
**toys** 214:24
**training** 57:10 64:6,8 65:8,11,14
  65:17,19 66:18,25 67:2 79:13
  134:20 136:10 190:24 191:2
  192:19 193:7,12,15,24 198:21
**TRANSCRIPT** 1:13
**transcription** 1:25 2:25 234:3
**transcripts** 226:21,24
**transportation** 202:25
**trapped** 103:23
**travel** 57:3 77:3 130:5 141:2
  204:22,24 205:1 232:4
**traveled** 19:25 79:12
**traveling** 48:25 123:24 130:5
**treated** 100:25 201:4
**treating** 154:7,8,12,13 170:2
  199:21
**treatment** 193:7,11,14,24 195:15
  195:17 199:13 200:21,23
  201:1 206:2,23
**tree** 170:16
**trial** 1:13,22 5:1 7:6 10:16,21
  100:14 228:10,10,12,13,15,20
**tribe** 122:14,16
**tried** 57:25 64:5 137:21
**trip** 82:13,24
**trousers** 145:18 184:2
**truck** 16:11 17:12,17,24 19:12
  19:16 20:10,17 26:5,12,12,13
  26:17 55:1,25 56:15 57:17,20
  57:22,23,25 58:15,19,20,21,23
  58:25 59:6,7 77:7,9 82:18,20
  82:24 83:1 130:5 131:7 141:1
  141:3,8,12,12,15,16,18,18,21
  141:25,25 142:5,9,11,12,22,24
  142:25 143:7,8 147:14 158:25
  159:1,3,6,8,18 160:18,21,23
  161:2,3,3,5,6,8 181:21 163:4
  187:5,7,12,20,20,22,24 188:11
  188:21
**trucks** 141:4,4,4,6,7,22 147:15
  147:16,19 158:23 188:12
**true** 123:14,17
**trunk** 87:1
**truth** 27:21,22,24,25 34:12,13,15
  34:15 110:13 111:8
**truthful** 106:17
**try** 10:23 52:15 85:9 104:10,12
  134:3
**trying** 50:20,21 168:17 172:18
  178:25 189:15 193:17 227:6,7
  227:10,11
**tug** 214:10
**tugging** 214:8
**Turay** 3:3 8:7 12:20,24 40:2
  100:11,12,13,18 101:4 102:6
  110:3,12 111:9 112:21 113:1,7
  114:1,22 115:10,19 116:4,11
  117:8,17,19 119:3 120:18,23
  123:23 132:21 156:2,4 157:19
  158:17 164:22 165:1 168:11
  175:15,16,17,22 176:13
  177:20 178:10,16 180:10,20
  182:6,7,23 183:3,9,11,14
  184:25 185:3 186:14,23
  187:15 188:6,8 191:24 192:24
  194:20 199:1 200:19 203:6,8,9
  203:10,12,14,19 204:11,21
  205:4 229:24 230:5 231:5,14
  232:1,2,15
**Turay's** 177:17
**turn** 232:6
**turned** 63:22
**twice** 88:4 97:10

**twin** 127:6,6,8 133:6
**two** 14:2,2 17:6,9 21:21 22:21,22 23:6,18 24:8 32:1,2,17,17 38:17 43:18 44:8,8,9,9,13,13 45:11 50:9 51:2,11,23 72:24 75:11,17 76:21 78:14,16 83:9 83:11 84:13,14 86:10,11,12,21 101:24 102:16 115:21 127:3,4 136:9 144:24 151:21,24 163:21 170:15 176:4 187:16 187:18 214:11 216:10,12 223:14 226:14 227:4,6,11,12
**tying** 151:21 157:23,24,25
**type** 132:9 143:5,12 144:21 149:23
**types** 101:11,12

**U**

**ULIMO** 179:16,19,21,23 180:3
**uncle** 138:8
**uncomfortable** 164:20
**understand** 98:18 108:17 109:3 171:18
**understanding** 5:14 8:13 115:23
**underwear** 18:10,12 47:4 118:25
**unfairly** 214:4
**unfortunate** 49:24
**UNHCR** 71:25 128:13,14,18 196:9 200:24 202:12,14,15 204:17,18 208:16
**uniform** 143:5
**unit** 156:11
**United** 1:1,4,14 2:8 3:20 69:22 99:12 100:24 111:4,21,22 124:10 208:5 213:11 217:6 224:17 225:1 230:7 231:6 232:10 234:6
**university** 124:24
**untied** 171:3,6
**untimely** 227:2
**use** 16:24 153:6 212:6,7 215:12
**usual** 184:12
**usually** 115:7,8
**U.N** 77:4,5,10
**U.S** 1:18,22

**V**

**v** 3:20 99:12
**Vahun** 128:3,4,6,7,21,22,23 129:23,24
**van** 59:7,7,8,10 70:8,10 72:7,22 73:2,9 74:1 77:10,11 84:20 104:24 105:2 109:11 121:10 121:12 196:7,8,10,12 202:15
**various** 206:10
**vehicle** 16:12 77:4,5,10 145:25 162:4 191:1,3
**vehicles** 146:15,17,19,21 162:3
**Victor** 88:7,8,18 89:1,24,24 93:10,11,12,16,21 95:10,17,24 96:10,17 97:14,17,23 111:14 111:16,17 112:13,15,17 134:6 134:9,16,18 135:4,24 136:1,2 136:8,14
**Victor's** 112:11
**view** 214:11
**village** 142:16,17
**visit** 69:19 70:2,3 76:9,10
**visited** 70:1 76:17
**visitors** 200:8
**voice** 33:4
**voices** 33:3
**Voinjama** 60:15,20,23 67:25 76:15 82:24 87:22,22 88:4 92:17 95:19,20,22,25 96:18 97:10 111:10,24 112:6 129:25 130:5,7,9,12,13,15,22

131:14,17,18,20 132:1,15,19 133:4,12,14,20 134:16 135:4 135:24 136:9,12,15,17,19 139:2,4,5,7,13,14,16,25 140:5 140:10,13,17,24 141:3 142:1 142:19 143:16,19,21 195:1 203:17
**voluntarily** 224:22
**vs** 1:7
**V-a-h-u-n** 128:3

**W**

**wait** 89:17 144:5,7,24 181:2
**waiting** 7:23 144:10,23,25 145:3 145:4,4,8,10,19 147:8
**waive** 7:15
**walk** 5:20 28:22,23 39:4 52:6 68:7 127:14 155:8 180:15 194:4,13,17 209:22 210:10,17
**walked** 28:24 52:7,8 63:22 67:8 67:17 92:23 189:2 194:19,21 221:15
**walking** 39:5,6 47:22 95:17 129:20 180:21,24 181:7 182:14,17 194:15 195:4
**wall** 155:3 210:10
**walls** 156:16
**want** 6:5 7:10 9:16 12:9 27:21,22 61:16 62:2,3 64:9 81:7 86:2 87:21 89:25 90:1,7,8 91:18 93:16 96:2 97:14 101:16 111:9 117:5,7 133:25 146:12,25 166:10,11,21 167:4 174:13 176:16,17 178:4 185:5,18,19 186:4 189:17 202:7 206:19,23 215:1 226:8,15,21 227:1 228:14 231:13 232:22,23
**wanted** 47:18 51:4 54:8 55:5,11 55:21 56:2 57:20,21 61:12,14 99:8 106:17 108:25 134:18 138:2 166:12 170:5 179:5 185:13,15 196:21 206:16 218:3
**wants** 53:19,21 56:13 91:2 92:2 92:15 162:11 186:1 196:15
**war** 16:21 17:2,3 49:4 88:1 114:14 126:15,16,16 149:2
**ward** 201:2
**Washington** 1:23
**wasn't** 11:2 79:17 118:5,11,17 230:8 232:20
**watch** 31:14 117:21 150:20,23
**water** 24:10,11 29:25 30:1,12,14 30:18,19,19,20 163:23,24 164:18,19
**way** 7:9 10:1 16:21 17:1 33:22 94:16 104:8 134:3 138:25 142:9 149:3 151:1,21,23 153:24 155:10 158:1,2 168:18 187:24 188:1 208:1 210:14 215:6 218:3 230:19,19 231:10
**ways** 134:4
**wearing** 118:24 145:17,18 183:22 223:11,24 224:6
**week** 128:6,21,22 199:8 226:7 228:12,13,16,19,19 230:18
**weekend** 229:1 233:7
**weeks** 75:11 76:21 78:20 95:6 107:21 136:9 215:15
**week's** 228:4
**weeping** 33:5
**Welcome** 12:18
**wells** 131:7
**went** 9:11 14:11,12,13 29:1 36:15 49:4 50:9 55:2 64:5 67:14,17,17 71:25 72:5,11 90:22 100:13 127:16,17,24,25

130:6,9,11 138:9,25 139:14 142:4,22 147:13,20 148:20 149:4,7 150:17 151:2 157:22 160:25 163:6,8,9,10 167:10 168:16 181:25 182:4,5,24 184:11 187:10,12 188:13,14 188:19,21 192:3 194:24 195:16 196:19 200:17,18 202:21,21 203:25 206:12
**weren't** 35:7,9 215:6
**West** 2:3 53:23
**we'll** 7:23 10:22 11:4 81:4 98:13 98:16 160:2,4 190:2 205:14 228:3,25 229:3
**we're** 6:1 7:22 9:4 56:11 101:23 181:17 189:2 191:3,3 205:17 215:10 230:17 232:15 233:8
**we've** 175:25 188:4,5
**WFP** 141:4,12
**white** 14:13,15,18,21,25 212:16 212:19
**wide-ranging** 101:11
**wife** 80:8,9 82:18,22,23 103:3,13 103:16,18 104:2,18,25 105:12 106:19 107:4,8 109:4,6,9,13 109:15,18 110:4,6,11,13 121:3 121:8 125:23 126:3,19,23 127:2,6,15 131:22 139:5,17 140:22 141:14 195:6 197:13 201:15,25 202:22 205:2
**wife's** 80:13 125:25 126:25 127:8 133:6
**willing** 108:14,18,21 231:5
**willingly** 224:23
**wine** 89:24 131:16,25
**wire** 31:6 222:20,21
**witness** 8:4,15 12:9,12,15,20 89:15 98:16,20,21 99:11 101:21 124:7,8,12 134:24 160:8,9 173:24 177:5 207:1 209:17,21 210:20 212:22 214:3,13 215:2 225:1 226:10 226:11 227:14,15,18 229:3,6,9 229:25 230:4,6,6,21,23,24,25 231:1,2,3,5,14 232:13,19 233:4
**wives** 146:13 147:7
**WO** 68:2 194:24,25 195:1,3,4,7,8 195:9,12,24
**woman** 104:18,20 105:22 121:8 138:7 203:11,12,14,19
**women** 92:10 142:25 145:2,13 146:13,13,25 147:12
**wondering** 101:13
**wooden** 210:10
**word** 154:13 185:20
**words** 91:18 185:19
**work** 110:23 111:16 112:13,15 125:2 130:22,24 131:10,12 228:15 232:1
**worker** 69:22
**workers** 65:6
**working** 24:1,6 68:23 112:24 113:7,9,12,19 117:24 130:25 131:9
**World** 141:4
**worried** 140:14 181:3 198:15,16
**wouldn't** 38:22 39:12 48:21 64:8 221:5
**wound** 122:22,23 123:5,11,15,17 123:23 124:3
**wounds** 116:20,25,25 117:1,2
**Wow** 49:22
**wrist** 119:1
**write** 110:22
**writing** 155:3
**wrong** 14:10
**wrote** 106:9

**Wylie** 2:2 3:4,6 8:4,6,10,13 12:8 12:19,23 13:20,23 14:5,7 74:14,17 89:19,20 98:18 99:1 99:5,8,10,16,19,21 101:9,10 102:4,5 109:24 110:25 111:12 111:14 113:4,15,21 114:9,22 117:14 118:19 120:23 121:4,9 122:6,8,11 123:4,19 229:17

**Y**

**yeah** 24:7,12 30:24 33:4,6 34:20 37:12,23 39:7,9,11 40:18 42:2 46:3 48:20 50:5,7 56:24 65:4 75:23 78:12 80:3,10 82:9 86:13 88:9,25 89:2 90:12 91:11 95:9 97:13 108:23 118:8 156:5
**year** 81:20,21 94:22 100:20 101:2 107:21 130:13 139:19 140:1 208:21
**years** 100:5 102:16 143:1
**yelling** 73:14 74:3
**yesterday** 5:8 7:12 9:9,12 13:1 15:15 41:25 86:5 88:4 102:6 102:19
**young** 92:14
**younger** 127:5
**Yunisa** 126:21 201:24
**Y-u-n-i-s-a** 126:21

**Z**

**Zorzor** 142:4,5

**$**

**$500** 93:17 94:8 97:19

**0**

**04** 217:7,12
**06-20758-CR-ALTONAGA** 1:3

**1**

**1** 13:20
**1:29** 160:9
**1:30** 160:2,4,12
**10** 21:23 22:4 38:22 39:1,8 49:19 50:2 98:13,16 100:5 125:19 180:15,17 205:14
**10/2/08** 9:3 12:22 110:1 122:10 123:21
**10:25** 98:15
**10:26** 99:4
**10:47** 101:22
**10:48** 102:2
**10:56** 110:1
**100** 194:18
**11** 3:15,16
**11th** 99:12
**11:15** 122:10
**11:17** 123:21
**11:18** 124:7
**11:19** 124:14
**110** 3:5
**12** 3:3,4 4:1 99:21 221:7,18
**12-2** 2:8 234:6
**12:18** 160:3
**12:19** 160:7
**122** 3:6
**123** 3:7
**124** 3:8,9
**1335** 99:21
**15** 38:22 39:1,8 46:25 218:25
**150** 2:3 150:13
**159** 99:12
**18** 46:21,25 47:22 48:12,21 49:10 51:19
**19** 3:16
**1994** 123:8,9



**1998** 112:5 126:12,13 130:17,19
**1999** 112:5 123:5,17 140:2,4
  208:22 214:13 217:1,2 218:10
  218:16 221:15

**2**

**2** 1:7 3:15 207:6,7 208:6,9
  210:22
**2:42** 205:16,18
**2:54** 205:20
**2:57** 207:8
**2:58** 208:9
**20** 22:4 46:25 66:7,8,9 81:24
  86:15,20 219:20 220:4
**20th** 230:17,19
**200** 150:13
**2000** 201:10 202:20
**2005** 102:11,12
**2008** 1:7
**202.514.3270** 1:23
**20530** 1:23
**207** 3:15
**208** 3:15
**213** 3:16
**214** 4:2
**216** 4:3
**217** 3:16
**226** 4:4
**228** 4:5
**234** 3:10
**25** 90:21
**27th** 130:17,18
**28th** 107:21

**3**

**3d** 99:13
**3:07** 213:18
**3:13** 217:11
**3:29** 229:2
**3:31** 230:4
**3:36** 231:24
**30** 66:7 89:8 90:21 129:15,16
**305.523.5518** 2:9 234:7
**305.523.5519** 2:9 234:7
**305.536.4675** 1:20
**305.961.9234** 1:19
**305/530-7120** 2:4
**305/536-6900** 2:4
**33128** 2:9 234:7
**33130** 2:4
**33132** 1:19
**37** 221:18 222:4

**4**

**4** 3:16 213:14,17 216:6 217:11
**4th** 1:19
**4:30** 228:8
**400** 2:8 234:6
**403** 100:8
**42** 222:4,15
**45** 77:2

**5**

**5** 21:23 22:4 49:21 99:21
**50** 143:1
**52** 222:15,25

**6**

**6** 14:5
**60** 220:5,8 221:6
**609** 8:10 99:10 100:3 101:7

**7**

**7** 3:24
**75** 100:18 102:16

**8**

**8** 99:20

**9**

**9** 3:15,25
**9:00** 228:6,8,21 229:1,18
**9:04** 9:2
**9:07** 12:12,16
**9:08** 12:22
**9:30** 229:19,20
**90s** 180:4,4
**950** 1:23
**98** 94:23,24
**99** 1:19 3:20