UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 06-20758-CR-ALTONAGA

THE UNITED STATES OF AMERICA,

       Plaintiff,

                          MIAMI, FLORIDA

vs.

                          OCTOBER 6, 2008

ROY M. BELFAST, JR., a/k/a
CHUCKIE TAYLOR, CHARLES
McARTHUR EMMANUEL, CHARLES
TAYLOR, JR. and CHARLES
TAYLOR, III,

       Defendant.

_____

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE CECILIA M. ALTONAGA,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                KAREN ROCHLIN, A.U.S.A.
                CAROLINE HECK-MILLER, A.U.S.A.
                Office of the U.S. Attorney
                99 N.E. 4th Street
                Miami, FL  33132 - 305.961.9234
                (Fax) 305.536.4675
                Email:  karen.rochlin@usdoj.gov
                        caroline.miller@usdoj.gov

                CHRISTOPHER GRAVELINE, Trial Attorney
                U.S. Department of Justice
                950 Pennsylvania Avenue, N.W
                Washington, D.C. 20530 - 202.514.3270
                christopher.graveline@usdoj.gov

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

October 6, 2008

**FOR THE DEFENDANT:**

JOHN WYLIE, A.F.P.D.
MIGUEL CARIDAD, A.F.P.D.
Federal Public Defender's Office
150 West Flagler Street
Miami, FL  33130 - 305/536-6900
                (Fax) 305/530-7120
Email:  miguel_caridad@fd.org
                john_wylie@fd.org

**REPORTED BY:**

BARBARA MEDINA
Official United States Court Reporter
400 North Miami Avenue, Ste. 12-2
Miami, FL  33128 - 305.523.5518
                (Fax) 305.523.5519
Email:  barbmedina@aol.com

- - - -

**TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION**

**October 6, 2008**

1                  **TABLE OF CONTENTS**

2                                                    **Page**

3 **Sulaiman Jusu By Mr. Caridad** ................................ **5**

4      **Cross-Examination By Mr. Caridad** ...................... **5**

5 **Reporter's Certificate** ...................................... **79**

6

7                  **INDEX TO EXHIBITS**

8 **Exhibits**                        **Marked for**          **Received**
                                   **Identification**      **in Evidence**
9
**Description**                      **Page**     **Line**    **Page**   **Line**
10

11

12                  **CITATION INDEX**

13                                                    **Page**

14

15                **SIDEBAR CONFERENCE INDEX**

16 **Descriptions**                                       **Page**

17              **ADMINISTRATIVE CONVENTIONS:**

18        When counsel does not identify themselves each time they

19 address the Court during a telephone conference, the

20 industry-standard speaker identification is indicated by

21 chevrons, i.e., >>>:

22

23

24

25

                    **October 6, 2008**

1           THE COURT:   Good morning.   I just wanted to, while I

2    still have it fresh in my mind, one of our jurors requested we

3    finish Friday by 3:30 the latest because she has to go to a

4    class.   My thought was to start at 8:30 to capture the lost

5    hour and we'll stop at 3:30 instead.

6           MS. HECK-MILLER:   You know, I'm going to be not only

7    out on Thursday, but incapacitated.   I do have a witness coming

8    up this week.   If I'm dealing with that witness, that really

9    kind of presses me.   I can't work on Thursday.

10           I know the Court is really eager to make up lost time,

11   but if we could hold the line on Friday at 9:00.   Let me put it

12   this way:   If I'm not dealing with that witness, 8:30 will be

13   fine, but, otherwise, that really might be a little difficult

14   for me.   Can we wait and see on that?

15           THE COURT:   Sure.

16           MS. HECK-MILLER:   Thank you.

17           MR. CARIDAD:   Your Honor, perhaps there's something we

18   could bring up.

19           THE COURT:   Sure.

20           MR. CARIDAD:   I know the Court I saw had denied our

21   motion to exclude evidence of prior consistent statement.   I

22   did not know if that applied only to the testimony of

23   Mr. Kpadeh or if it applied to any other witness.

24           We heard from Mr. Turay and we have not finished

25   hearing from Mr. Jusu.   Does the Court ruling apply only to

**October 6, 2008**

## Jusu - Cross

1  Mr. Kpadeh at this point?

2          THE COURT:   That ruling applied only to that witness.

3  If you want to renew that request as to other witnesses that

4  come forward, we could address it on a witness-by-witness

5  basis.

6          MR. CARIDAD:   So there has been no blanket ruling

7  that --

8          THE COURT:   Correct.

9          MR. CARIDAD:   Thank you.

10          THE COURT:   Ms. Miller, don't worry about Friday.

11  We'll start at 9:00 regardless of the witness issue.

12          MS. HECK-MILLER:   Thank you.

13          THE COURT SECURITY OFFICER:   Your Honor, the jury is

14  here.

15          THE COURT:   Are we ready?

16          MR. GRAVELINE:   I'll get the witness.

17      [The jury returns to the courtroom at 9:03 a.m.]

18        SULAIMAN JUSU, GOVERNMENT'S WITNESS, RESUMED

19              CROSS EXAMINATION (cont'd)

20  [Beginning at 9:03 a.m., 10/6/08.]

21          THE COURT:   Everyone please be seated.

22          Good morning, ladies and gentlemen.   Welcome back.

23  BY MR. CARIDAD:

24  Q.   Good morning, Mr. Jusu.

25  A.   Good morning, sir.

**October 6, 2008**

## Jusu - Cross

1  Q.   Mr. Jusu, would it be fair to say, sir, that you are in
2  Sweden now because of what you say happened to you in Liberia
3  in 1999?
4  A.   Yes, sir.
5  Q.   And it's fair to say that your family is with you in Sweden
6  now --
7  A.   Yes, sir.
8  Q.   -- because of what you say happened to you in Liberia in
9  1999.  Correct?
10  A.   Yes, sir.
11  Q.   Now, is your wife living with you in Sweden?
12  A.   Yes, sir.
13  Q.   And how many children do you have living with you in
14  Sweden?
15  A.   Five children.
16  Q.   Do you have any brothers living with you in Sweden?
17  A.   Yes, sir.
18  Q.   How many?
19  A.   I have three brothers.
20  Q.   Do you have any sisters living with you in Sweden?
21  A.   No, sir.
22  Q.   Do you have any other family members living with you in
23  Sweden now, Mr. Jusu?
24  A.   No, sir.
25  Q.   Now, were all of these people that you've mentioned, were

**October 6, 2008**

## Jusu - Cross

1   they living in Sierra Leone before you left Kenema in 1998?

2   A.   Yes, sir.

3   Q.   Now, you told us on Friday that you managed to escape from

4   various situations in Liberia.   Is that correct?

5   A.   Yes, sir.

6   Q.   You left Kenema.   I wouldn't call that an escape, but you

7   left because there was war there -- correct -- a war was

8   coming?

9   A.   There was war, sir.

10   Q.   And then you went to Kolahun.   Correct, sir?

11   A.   From Vahun to Kolahun, sir.

12   Q.   You ended up in Kolahun and then you were arrested there

13   briefly?

14   A.   In Vahun, sir.

15   Q.   In Vahun is when you were arrested briefly?

16   A.   Yes.

17   Q.   And you managed to escape from there?

18   A.   Yes, sir.

19   Q.   And then you went to Voinjama.   Eventually you ended up in

20   Voinjama.   Correct, sir?

21   A.   Yes, sir.

22   Q.   And you managed to escape from Voinjama because your store

23   had been looted.   Correct?

24   A.   I moved from there, sir, yes, sir.

25   Q.   And you moved briefly to Kolahun?

## October 6, 2008

## Jusu - Cross

1   A.   Yes, sir.

2   Q.   But eventually you had to leave Voinjama all together.

3   Correct?

4   A.   I went to Kolahun, sir.

5   Q.   You went back to Voinjama and there was an attack on

6   Voinjama and you had to leave Voinjama?

7   A.   Yes, sir.

8   Q.   So you escaped with your family from Voinjama?

9   A.   Everyone was fleeing from the area, sir.

10  Q.   Yes.   And then you say you barely escaped being killed at

11  the bridge, the St. Paul River Bridge?

12  A.   No, sir.

13  Q.   You said that your brother-in-law, Albert, was sitting

14  right next to you or very close to you?

15  A.   Yes, sir.

16  Q.   And he was selected and shot?

17  A.   Yes, sir.

18  Q.   So you barely escaped being shot, you tell us?

19  A.   No, sir.

20  Q.   You were not shot.   Right?

21  A.   I was not.

22  Q.   Then you were taken to Gbatala, you tell us.   Correct?

23  A.   Yes, sir.

24  Q.   And you escaped twice from Gbatala?

25  A.   Yes, sir.

## Jusu - Cross

1  Q.   And then in Gbatala, you tell us you were about to be

2  killed when Charles Taylor gave the order to spare your life

3  because he wanted to see you.   Correct?

4  A.   Yes.

5  Q.   Again, you escaped death at Gbatala, barely?

6  A.   I wouldn't say "escaped" sir.

7  Q.   How would you characterize it?

8  A.   I was just blessed.

9  Q.   Okay.

10         And then you were taken, you say, to Charles Taylor's

11  compound in the middle of the night.   Correct?

12  A.   Yes, sir.

13  Q.   And he ordered that you be killed?

14  A.   Yes, sir.

15  Q.   And, again, you escaped death?

16  A.   I was blessed also.

17  Q.   Because Daniel Chea intervened and said "Don't kill them

18     Let's question them"  Correct?

19  A.   Yes, sir.

20  Q.   And then you were taken to the Barclay Training Center.

21  Correct?

22  A.   Yes, sir.

23  Q.   You were in a cell with how many men, 50 men?

24  A.   Yes, sir.

25  Q.   Close to death, would you say?

## Jusu - Cross

 1   A.   Yes, sir.

 2   Q.   You, again, escaped death, wouldn't you say?

 3   A.   I was freed later.

 4   Q.   Because you happened to see somebody who recognized you, WD

 5   Kollie.   Right?

 6   A.   Yes, sir.

 7   Q.   Then you got out at of BTC and ended up at Samukai Refugee

 8   Camp?

 9   A.   Yes, sir.

10   Q.   There you barely escaped death again?

11   A.   I cannot say "escaped."

12   Q.   You said you were taken out of the Samukai Refugee Camp

13   numerous times to prison and beaten?

14   A.   Yes, sir.

15   Q.   Yet you escaped being killed?

16   A.   I was blessed.

17   Q.   And then the final escape, Mr. Jusu, was your escape from

18   Liberia all together.   Right?

19   A.   I cannot say that is so, sir.

20   Q.   Well, you left Liberia and got on a plane and went to

21   Sweden?

22   A.   Yes, sir.

23   Q.   Correct?

24   A.   Yes, sir.

25   Q.   Where you are now living with your entire family?

**October 6, 2008**

## Jusu - Cross

1   A.   Yes, sir.

2   Q.   Is there anybody left back in Sierra Leone?

3   A.   Yes, sir.

4   Q.   Okay.

5        And you consider yourself a smart man, wouldn't you,

6   Mr. Jusu?

7   A.   I would say so, sir.

8   Q.   I mean, you began the university in Kenema, but you

9   couldn't complete it?

10   A.   No.

11   Q.   You were smart enough to get into it?

12   A.   Not from Kenema, sir.

13   Q.   You didn't attend university in Kenema?

14   A.   No, sir.

15   Q.   Where did you attend university?

16   A.   Secondary school, sir.

17   Q.   I thought you told us that you began the university?

18   A.   From Sweden, sir.

19   Q.   Oh, in Sweden you're studying university?

20   A.   (Nodded.)

21   Q.   How far did you get in school in Kenema?

22   A.   I did my A level there, sir.

23   Q.   Did you complete your schooling in Kenema?

24   A.   Yes, sir.

25   Q.   Were you able to get into a university in Kenema?

**October 6, 2008**

**Jusu - Cross**

1    A.    No, sir.

2    Q.    Is there a university in Kenema?

3    A.    No, sir, there was not then.

4    Q.    The only reason you were able to get into a university is

5    because there was one in Sweden?

6    A.    No, sir.

7    Q.    Did you try to get into a university in Sierra Leone?

8    A.    Yes, sir.

9    Q.    Is it in the capital of the city?

10   A.    In the city, sir.

11   Q.    In Kenema?

12   A.    No, sir, Freetown.

13   Q.    That is the capital of Sierra Leone?

14   A.    Yes, sir.

15   Q.    Were you able to get into the university there?

16   A.    No, sir.

17   Q.    Why is that?

18   A.    Because of the war, sir.

19   Q.    Okay.

20          So pit would be fair to say you had aspirations to

21   obtain a university education and they were interrupted because

22   of the war in your country?

23   A.    The time could not permit me to continue my education in

24   Sierra Leone.

25   Q.    When you say "the time," you mean the fact there was a war

**October 6, 2008**

## Jusu - Cross

1  going on in your country?

2  A.   Yes, sir.

3  Q.   That must have been frustrating for you because you,

4  obviously, are intelligent enough to get into a university,

5  would you agree?

6  A.   No, sir.

7  Q.   Pit wasn't frustrating that you were not able to complete

8  your education because of the war?

9  A.   It was in some ways, sir.

10  Q.   Now, when were you married?  How old were you?

11  A.   I'm 36-years-old.

12  Q.   I'm sorry.  When did you get married?

13  A.   '92.

14  Q.   How old were you when you got married?

15  A.   I was 23 years.

16  Q.   Did you have a family right away?

17  A.   Sorry.  I was 20 years -- no, sir, I was having my

18  girlfriend.

19  Q.   How old were you when you got married?

20  A.   I was 20.

21  Q.   Did you have children right away?

22  A.   No, sir.  In '92, yes, sir.

23  Q.   Okay.

24       Did you try to get into the university when you got

25  married or before you got married?

## Jusu - Cross

1  A.   No, sir, then the war, sir.  I was doing business then.

2  Q.   So you had to put aside your desire to get a university

3  education because of the war and you had to get into business

4  to make money?

5  A.   Yes, sir.

6  Q.   Now, you said that your plan was to leave Kenema because

7  you heard it was going to be attacked by somebody who wanted to

8  take control of the city.  Right?

9  A.   Yes, sir.

10 Q.   Okay.

11       And you decided to leave Kenema.  Right?

12 A.   I left Kenema, sir.

13 Q.   And you decided to go to Liberia?

14 A.   We were just running away, sir.  I was going to Mano

15 Junction.

16 Q.   Mano Junction is in Sierra Leone?

17 A.   Yes, sir.

18 Q.   And eventually you crossed the border into Liberia?

19 A.   Yes, sir.

20 Q.   Now, when you got into Liberia, you were harassed by

21 security forces there?

22 A.   Yes, sir.

23 Q.   Now, did that happen at the first place that you arrived in

24 Liberia?

25 A.   Yes, sir.

**October 6, 2008**

## Jusu - Cross

1  Q.   That was Vahun.   Is that correct?

2  A.   Yes, sir.

3  Q.   And that's the arrest that you told us about where the

4  security forces rounded up a bunch of people.   Correct?

5  A.   Yes, sir.

6  Q.   And you were among that group?

7  A.   Yes, sir.

8  Q.   And what did they tell you they wanted from you?

9  A.   They were asking us to go to the headquarters.

10 Q.   Do you know what was the purpose of that request?

11 A.   While I have been in Vahun, I've seen how they treated

12 people.   I have seen people were taken to Sierra Leone.

13 Q.   It was your understanding people were being arrested and

14 forced to go to Sierra Leone and fight, maybe?

15 A.   Yes, sir.

16 Q.   Because they only arrested men?

17 A.   Pardon?

18 Q.   The group that was arrested consisted of men?

19 A.   Both men, women, boys.

20 Q.   Okay.

21       And you were smart enough to kind of move away from

22 the group that was arrested.   Correct?

23 A.   That's correct.

24 Q.   And you kind of made your escape quietly away from them?

25 A.   Yes, sir.

**October 6, 2008**

## Jusu - Cross

1  Q.   So the first town you got into in Liberia, you're already

2  being harassed?

3  A.   Yes, sir.

4  Q.   Okay.

5        How long did you stay in Vahun?

6  A.   About a week, sir.

7  Q.   And you took your family out of there.   Correct?

8  A.   Yes, sir.

9  Q.   Did you take your family out of there because of the

10  harassment in Vahun?

11  A.   Yes, sir.

12  Q.   Now, in Vahun did you meet anybody that you remember by

13  name, anybody from the Liberian Security Services?

14  A.   No, sir.

15  Q.   And then you arrived in Kolahun?

16  A.   Yes, sir.

17        MR. CARIDAD:   Could we have the map of Liberia,

18  please?

19        AGENT BAECHTLE:   (Complied.)

20        MR. CARIDAD:   Could you zoom in on Voinjama, please

21  agent.

22        AGENT BAECHTLE:   (Complied.)

23  BY MR. CARIDAD:

24  Q.   Do you see that, Mr. Jusu?

25  A.   Yes, sir.

**October 6, 2008**

## Jusu - Cross

1  Q.   This is a map of northern Liberia.   Correct?

2  A.   Yes, sir.   I'm seeing some area of Liberia in the map.

3  Q.   And you see a town named Kolahun?

4  A.   Yes, sir.

5  Q.   That's where you went after Vahun?

6  A.   Yes, sir.

7  Q.   You said you were in Kolahun for a week or so, or longer?

8  A.   (No response.)

9  Q.   How long were you in Kolahun?

10  A.   I was in Vahun.   From Vahun, we were going to Kolahun.   We

11  continued our journey to Voinjama.

12  Q.   My question is how long did you stay in Kolahun?

13  A.   About some hours sir.

14  Q.   You weren't harassed there or bothered?

15  A.   No, sir.

16  Q.   Was there a refugee camp in Kolahun?

17  A.   There was, sir.

18  Q.   And who was running that refugee camp.   Do you know?

19  A.   UNHCR.

20  Q.   Is that where you say you registered as a refugee or was it

21  back in Vahun?

22  A.   From Vahun, sir, before we could enter into Liberia, we met

23  the NGOs on the road.

24  Q.   In Vahun you registered with the United Nations High

25  Commission for Refugees?

**October 6, 2008**

**Jusu - Cross**

1   A.   Yes, sir.

2   Q.   Your entire family registered?

3   A.   Yes, sir.

4   Q.   The registration process involved giving your name?

5   A.   Yes, sir.

6   Q.   And the name of all your family members?

7   A.   Yes, sir, but the family had the head of the family.   We

8   registered and give them all the people you have in your

9   family.   Then you could continue.

10   Q.   And you were the head of your family?

11   A.   Yes, sir.

12   Q.   How many people were you responsible for?  This in your

13   family?

14   A.   I was having three of my brothers, my wife and myself.

15   Q.   Then you went to Kolahun and you said in Kolahun there was

16   also a refugee camp.   Is that right?

17   A.   Yes, sir.

18   Q.   That was also run by the United Nations?

19   A.   Not by them

20   Q.   Do you know who it was run by?

21   A.   The refugee camp in Kolahun was not established very much,

22   sir.

23   Q.   But there was one.   Right?

24   A.   There were a lot of refugee camps.

25   Q.   In Kolahun?

**October 6, 2008**

## Jusu - Cross

1   A.   Yes, sir.

2   Q.   You eventually arrive in Voinjama which we see on the map?

3   A.   Yes, sir.

4   Q.   Which is very close to the border with Guinea?

5   A.   Yes, sir.

6        MR. CARIDAD:   Could you back up the map a little bit,

7   agent.

8        AGENT BAECHTLE:   (Complied.)

9   BY MR. CARIDAD:

10  Q.   Can you see the map there, Exhibit Map 4.   Do you see that?

11  A.   Yes, sir.

12  Q.   You see that?  Can you point on the map to where Voinjama

13  is there, please, for the jury?  It's a little small to see?

14  A.   Voinjama?

15  Q.   Yes, please point to it.

16  A.   (Complied.)  It's very difficult to see.

17  Q.   I'm sorry.  If you could touch Voinjama on the map.   Just

18  touch it.

19  A.   If they could --

20  Q.   You can't tell where it is from --

21  A.   I could see it, but it's very small.

22  Q.   Give it a try.  If you could tell us just where Voinjama.

23  Is, just touch the screen where it is.

24  A.   (Complied.)

25  Q.   Did you touch the screen, Mr. Jusu?

**October 6, 2008**

## Jusu - Cross

1   A.    Here is Voinjama.

2   Q.    It's a little bit to the right?

3   A.    Pardon?

4   Q.    It's a little bit to the right, Voinjama, or is it

5   difficult to see?

6   A.    Difficult to see.

7   Q.    Nevertheless, Voinjama is close to the border with Guinea?

8   A.    Yes, sir.

9   Q.    How far would you say it is?

10   A.    About two hours walk, three.

11   Q.    So you're in Voinjama.   Correct, sir?

12   A.    Yes, sir.

13   Q.    And within a really kind of a brief period of time, you

14   were able to set up a business in Voinjama, you say?

15   A.    Yes, sir.

16   Q.    And the business began because you had brought some

17   cigarettes with you?

18   A.    No, sir.

19   Q.    How did the business get started?

20   A.    I had money with me, sir.

21   Q.    Okay.

22         And you began buying at the local market?

23   A.    Yes, sir.

24   Q.    And reselling goods?

25   A.    Yes, sir.

## Jusu - Cross

1  Q.   And while you were in Voinjama, you were approached by

2  Liberian security forces again.   Correct, sir?

3  A.   Almost every day, sir.

4  Q.   Now, these Liberian security forces, you say, are Liberian

5  national police.   Right?

6  A.   Yes, sir.

7  Q.   And other agencies of the Liberian government?

8  A.   Yes, sir.

9  Q.   Now, you knew that the president of Liberia at this time

10  was Charles Taylor.   Right?

11  A.   Yes, sir.

12  Q.   You knew those Liberian security agencies were his

13  representatives?

14  A.   Yes.

15  Q.   They worked for Charles Taylor?

16  A.   Yes, sir, they work for the government.

17  Q.   What they wanted you to do was to sign up and go back to

18  Sierra Leone and fight.   Correct?

19  A.   Pardon?

20  Q.   What these security forces wanted you to do was to sign a

21  contract with them and go back to Sierra Leone and fight as a

22  soldier.   Right?

23  A.   Yes, sir.

24  Q.   And you said you were even offered money to do that.

25  A.   They offered people money, not me.

**October 6, 2008**

## Jusu - Cross

1    Q.   They offered people between 500 and $1,000.   Right?

2    A.   That's correct.

3    Q.   They had to sign a written contract?

4    A.   Yes, sir.

5    Q.   Okay.

6         Aside from trying to recruit people with money, you

7    say they actually forced people --

8    A.   Yes, sir.

9    Q.   -- to go back and fight?

10   A.   Yes, sir.

11   Q.   In Voinjama where you were, you actually saw the Liberian

12   government forcefully recruiting people to go to Sierra Leone

13   and fight?

14   A.   Yes, sir.

15   Q.   And not only were these security forces recruiting you or

16   trying to recruit people, they were stealing from you?

17   A.   Yes, sir.

18   Q.   Okay.

19        Now, you say that when you were in Voinjama, aside

20   from having that business, you were able to work for a company

21   called Action Faim?

22   A.   Yes, sir.

23   Q.   That's a French word.   Right?

24   A.   Yes, sir.

25   Q.   And it means "action against hunger."   Right?

**October 6, 2008**

## Jusu - Cross

1  A.   I don't know the meaning in French, sir.

2  Q.   But did it seem to you by what you were doing for them that

3  it was feeding people?

4  A.   Pardon?

5  Q.   Did it seem like what they were doing was helping refugees?

6  A.   Not every refugee, sir.

7  Q.   But some refugees?

8  A.   Yes, sir.

9  Q.   This was an NGO?

10  A.   Yes, sir.

11  Q.   A nongovernmental organization?

12  A.   Yes, sir.

13  Q.   And you worked for them?

14  A.   I worked with my friend who was working for them

15  Q.   You worked with your friend who was working for them?

16  A.   Yes, sir.

17  Q.   What was your friend's name?

18  A.   He was, he was Peter.

19  Q.   Peter?

20  A.   Yes, sir.

21  Q.   Do you know his last name?

22  A.   No, sir.

23  Q.   How long did you work with Peter?

24  A.   About four months, sir.

25  Q.   And you met him in Voinjama?

## Jusu - Cross

1  A.   Yes, sir.

2  Q.   And he was hired directly by Action Faim?

3  A.   He was having the truck and the truck was working for

4  Action Faim

5  Q.   Did you ever meet any of the people who were in charge of

6  Action Faim?

7  A.   Yes, sir.

8  Q.   Can you give me the name of your supervisor, if you can

9  call it that?

10  A.   I was working directly with Peter, sir.

11  Q.   Did Action Faim know that Peter had hired you?

12  A.   Yes, sir.

13  Q.   Did you ever meet anybody from Action Faim?

14  A.   Yes, sir.

15  Q.   Can you give me the name of one person you met from Action

16  Faim?

17  A.   Yes, sir.

18  Q.   What's the name?

19  A.   There was a coordinator called Mohammed.

20  Q.   Mohammed?

21  A.   Yes, sir.

22  Q.   What country was he from?

23  A.   He was from Guinea.

24  Q.   And what's his last name?

25  A.   I could not remember, sir.

**October 6, 2008**

## Jusu - Cross

1  Q.   Do you know if Action Faim had a contract with your friend,

2  the truck driver?

3  A.   Yes, sir.

4  Q.   Did Action Faim have a contract with you?

5  A.   No, sir.

6  Q.   At one of these meetings where you say you were recruited,

7  you say you met my client?

8  A.   I never met him, sir.   They said who would sign the

9  contract have to meet with Mr. Chuckie Taylor.

10  Q.   You say you never met face-to-face with my client in

11  Voinjama?

12  A.   I saw him, but I never met him

13  Q.   You saw him?

14  A.   Yes, sir.

15  Q.   Where did you see him?

16  A.   In Voinjama, sir.

17  Q.   But you say you never sat down and talked to him?

18  A.   No, sir.

19  Q.   But you did sit down and meet David Compari in Voinjama.

20  Correct?

21  A.   No, sir.

22          MR. CARIDAD:   Your Honor, may I have a moment?

23          THE COURT:   Yes.

24  BY MR. CARIDAD:

25  Q.   Mr. Jusu, do you remember testifying at another court

## October 6, 2008

## Jusu - Cross

1  proceeding in June of this year?

2  A.  Yes, sir.

3  Q.  And do you remember being asked this question --

4          MR. CARIDAD:   Page 11764.

5  BY MR. CARIDAD:

6  Q.  Before I get to that, you were testifying in that

7  proceeding about General Mosquito.   Right?

8  A.  Yes, sir.

9  Q.  And Mosquito was at that time the leader of the RUF?

10 A.  Yes, sir.

11 Q.  And the RUF was one of the rebel movements fighting in your

12 country.   Right?

13 A.  Yes, sir.

14 Q.  You were talking about Mosquito coming into Liberia.

15 Right?

16 A.  Yes.

17 Q.  You were asked this question:

18          "Can you just say again who were in this convoy that

19      he came with," referring to General Mosquito, and your

20      answer was "In the convoy was Chuckie Taylor and Compari."

21 A.  Yes, sir.

22 Q.  Correct?

23 A.  Yes, sir.

24 Q.  You're talking about being in Voinjama and there being a

25 convoy and in the convoy was Chuckie Taylor and Compari.

**October 6, 2008**

**Jusu - Cross**

1  Correct?

2  A.   Yes, sir.

3  Q.   Didn't you testify under oath in June then you saw both

4  Chuckie Taylor and Compari in Voinjama?

5  A.   Yes, sir.

6  Q.   But you're telling us now that you never saw Chuckie Taylor

7  in Voinjama and you never saw Compari --

8         MS. ROCHLIN:   Objection.   Misstates the prior

9  testimony.

10         THE COURT:   Overruled.

11  BY MR. CARIDAD:

12  Q.   Let me just ask you straight.   When you were in Voinjama,

13  did you or did you not see my client, Chuckie?

14  A.   I saw them   You asked me if I met them

15  Q.   Okay.   You saw them

16  A.   Yes, sir.

17  Q.   Okay.

18         So you knew who Compari was in Voinjama?

19  A.   I never knew them before.   I've never seen them before.

20  Q.   I know, but you said you saw them in Voinjama.

21  A.   Yes, sir.

22  Q.   You knew it was Chuckie and you knew it was Compari?

23  A.   That was my first time seeing them

24  Q.   My question is you knew the person you were seeing in

25  Voinjama was Chuckie and you knew it was Compari.   Right?

**October 6, 2008**

## Jusu - Cross

1  A.  Yes, sir.

2  Q.  Didn't you tell us on Friday the very first time you saw

3  Compari was when you arrived at Gbatala Base?

4  A.  When I was arrested, sir?

5  Q.  No.  My question is didn't you tell us on Friday the very

6  first time you saw Compari was at the Gbatala Base?

7  A.  I said when I met them, the day we came to Gbatala Base.  I

8  have seen them before.

9  Q.  So you didn't say on Friday the first time you saw Compari

10  was at the Gbatala Base.  Is that what you're telling us?

11  A.  Yes, sir.  That was the first time I met him, when I was

12  arrested.

13  Q.  But when you were arrested, you didn't really meet him, did

14  you?  It wasn't an introduction, according to what you say

15  happened to you.

16  A.  No, sir.

17  Q.  Correct?

18      So, now, in Voinjama, you've seen Liberian security

19  forces recruiting people.  Right?

20  A.  Yes, sir.

21  Q.  You've seen the son of a President going there for the same

22  purpose, you say.  Right?

23  A.  Yes, sir.

24  Q.  You've seen David Compari, who you described as the high

25  official or aide-de-camp -- is how you described him?

**October 6, 2008**

## Jusu - Cross

1  A.   That's what I was told, sir.

2  Q.   -- of the president of Liberia?

3  A.   That's what I was told, sir.

4  Q.   These people have come to Voinjama as representatives of

5  Charles Taylor and they were either forcefully recruiting

6  people or trying to pay them to fight.   Right?

7  A.   Yes, sir.

8  Q.   And then there came a point where your store was looted.

9  Correct?

10  A.   Yes, sir.

11  Q.   By these same security people from Liberia.   Correct?

12  A.   Yes, sir.

13  Q.   And you decide it's better for you to go with your

14  brother-in-law to Kolahun?

15  A.   Yes, sir.

16  Q.   Okay.

17        Now, your brother-in-law, you say, is married to your

18  sister.

19  A.   To my sister-in-law.

20  Q.   To your sister-in-law.

21        Your wife's sister is married to Albert, was his name?

22  A.   Not married.   They were lovers.

23  Q.   They weren't legally married?

24  A.   Not legally married, sir.

25  Q.   How long had you known Albert?

**October 6, 2008**

## Jusu - Cross

1  A.    Some time in Sierra Leone.

2  Q.    When did he become your sister-in-law's companion, let's

3  say?

4  A.    I could not remember that, sir.  We just used to meet.  We

5  are not living at the same place.

6  Q.    But did you travel -- did you leave Kenema with him?

7  A.    Not together, sir.

8  Q.    After you left Kenema, when did you meet up with Albert?

9  A.    I was in Voinjama when they came sir, Albert came.

10  Q.    How long were you in Voinjama with Albert before you

11  decided you had to leave Voinjama?

12  A.    I've been in Voinjama for about more than a year, sir.

13  Q.    And all that time you were there with Albert?

14  A.    No, sir.

15  Q.    How long were you in Voinjama where Albert was there also?

16  A.    I was in Voinjama about four or five months before Albert

17  came there.

18  Q.    Did you all live together?

19  A.    Yes, sir, in Voinjama.

20  Q.    And Albert became a friend of yours?

21  A.    We had been friends before.

22  Q.    Before you arrived in Voinjama and then in Voinjama he was

23  kind of like family, wouldn't you say?

24  A.    Yes.

25  Q.    What is his last name, Mr. Jusu?

## Jusu - Cross

1   A.   I could not remember his last name, sir.

2   Q.   But yet he went with you from Voinjama to Kolahun.   Right?

3   A.   From Voinjama to Kolahun, yes, sir.

4   Q.   Okay.

5        You left your family back in Voinjama.   Correct?

6   A.   Yes, sir.

7   Q.   And you went to Kolahun?

8   A.   Yes, sir.

9   Q.   How long were you in Kolahun?

10  A.   I was in Kolahun about three months, sir.

11  Q.   And was there a refugee camp in Kolahun?

12  A.   Yes, sir.

13  Q.   Did they give you shelter?

14  A.   I have to get one, sir.

15  Q.   What did they provide at the refugee camp?

16  A.   They had people with, at the camp give you token.   You

17  receive supplies.

18  Q.   Could you stay at the camp and sleep there?

19  A.   Yes, sir.

20  Q.   Would they give you food at the camp?

21  A.   People used to get supply.

22  Q.   But they would feed you at these camps?

23  A.   I used to take care of myself, sir.

24  Q.   My question is the camp allowed you to sleep there.   Right?

25  A.   Yes, sir.

## Jusu - Cross

1   Q.   And they fed you.   Correct?

2   A.   Yes, sir.

3   Q.   And it was more secure than not being in the camp.   Right?

4   A.   It was better in the camp, sir, in Kolahun.

5   Q.   And no one told you you had to leave the camp.   Right?

6   A.   No, sir.

7   Q.   And you saw families at the camp?

8   A.   Yes, sir.

9   Q.   You saw children?

10  A.   Yes, sir.

11  Q.   You saw women?

12  A.   Yes, sir.

13  Q.   You were relatively safe at the camp, wouldn't you say?

14  A.   Yes, sir.

15  Q.   But then there came an attack or you heard there was going

16  to be an attack on Voinjama?

17  A.   Yes, sir.

18  Q.   Did you hear who was going to attack Voinjama?

19  A.   No, sir.

20  Q.   So you went to Voinjama to get your family?

21  A.   Yes, sir.

22  Q.   Now, when you got to Voinjama, you went with Albert.

23  Right?

24  A.   Yes, sir.

25  Q.   And you saw your wife?

**October 6, 2008**

## Jusu - Cross

1   A.   Yes, sir.

2   Q.   And the rest of your family?

3   A.   Yes, sir.

4   Q.   And you wanted to go back to Kolahun.  Right?

5   A.   Yes, sir.

6   Q.   Because it was safe there?

7   A.   Yes, sir.

8   Q.   But you say your wife wanted to go to Monrovia?

9   A.   My wife said she's not going back to Kolahun.  She'll go to

10  Monrovia, sir.

11  Q.   Why did she say she did not want to be back to Kolahun?

12  A.   Why?

13  Q.   Yes.

14  A.   Because Voinjama had been attacked, sir, and it was

15  possible Kolahun would be attacked.

16  Q.   I guess anything is possible, but you heard there was going

17  to be an attack on Kolahun?

18  A.   No, sir.

19  Q.   Your wife, you say, wanted to go south further into

20  Liberia?

21  A.   She said we should go to Monrovia.  Everybody was going

22  there.

23  Q.   And the way to go to Monrovia, I guess the most common way,

24  is to go south from Voinjama and take the road south?

25  A.   That was the road going to Monrovia.  I don't know if it

## Jusu - Cross

1  was south or west or not.

2  Q.   But you knew you were going further into Liberia if you

3  went south from Voinjama.   Right?

4  A.   We were going to Monrovia.   I don't know if it was south or

5  north.

6  Q.   But you knew Monrovia was the capital of the country?

7  A.   Yes.

8  Q.   So you had to go further into Liberia to get to Monrovia.

9  Wouldn't you say that?

10  A.   We had to pass through Zorzor, Gbarnga and into Monrovia,

11  sir.

12  Q.   And did you wonder who had attacked Voinjama?

13  A.   No, sir.

14  Q.   But you tell us that you knew Charles Taylor was the

15  President of the country.   Right?

16  A.   Yes, sir.

17  Q.   That his security forces were recruiting people to fight in

18  Sierra Leone?

19  A.   Yes, sir.

20  Q.   And now his own country had been attacked.   Right?

21  A.   Yes, sir.

22  Q.   Didn't you assume that Charles Taylor would recruit even

23  more now to defend his own country?

24       MS. ROCHLIN:   Objection to what the witness assumed,

25  Your Honor.   It calls for speculation.

## Jusu - Cross

1          MR. CARIDAD:   Judge, what's in his mind is relevant.

2          THE COURT:   Overruled.

3          MR. CARIDAD:   I'm sorry.

4    BY MR. CARIDAD:

5    Q.   Isn't it fair to say you hear Charles Taylor is recruiting

6    people to go to Sierra Leone?   Right?   His own country is

7    attacked.   In your mind, you must have thought, "Well, now,

8          he's going to recruit even more to defend his own country

9          that's under attack."   Right?

10   A.   I cannot tell.

11   Q.   But isn't that a logical assumption?

12   A.   I've been in Sierra Leone.   I've seen war.   I've seen

13   the --

14   Q.   I know.

15   A.    -- Consequences of war and I had my family.   That was

16   my -- I was my brother's keeper.   I was taking care of my

17   family.   We were the only people we had.   It was better we

18   leave the area where there was war, sir.

19   Q.   I understand that's what you're saying.

20          Doesn't it make sense you would assume Charles Taylor

21   is now going to redouble his efforts to recruit people from

22   whatever country he can forcefully to defend Voinjama that's

23   under attack?   Right?

24   A.   I don't have that idea, sir.

25   Q.   That didn't cross your mind?

**October 6, 2008**

## Jusu - Cross

1    A.    I never think of that.

2    Q.    So despite the fact that Charles Taylor had been

3    recruiting, that Voinjama is under attack, you decide to go

4    further south into Liberia.   Right?

5    A.    I was going to the city, sir.

6    Q.    Didn't you think you would run into even more Liberian

7    forces that would force you to turn around and fight and defend

8    Voinjama?   That didn't cross your mind?

9    A.    No, sir.

10   Q.    Now, you were the leader of your family.   Right?

11   A.    Yes, sir.

12   Q.    You knew what the conditions were like in Kolahun.   Right?

13   A.    Yes, sir.

14   Q.    You had just been there.   Correct?

15   A.    Yes, sir.

16   Q.    It was a refugee camp there?

17   A.    Yes, sir.

18   Q.    And yet you did what your wife asked you to do and started

19   a trip to Monrovia.   Right?

20   A.    Yes, sir.

21   Q.    Now, you could have gone across the border to Guinea.

22   Right?

23   A.    Yes, sir.

24   Q.    Now, to be fair, in Guinea they speak primarily French.

25   Right?

**October 6, 2008**

## Jusu - Cross

1  A.   Yes.

2  Q.   You don't speak French?

3  A.   Yes, sir.

4  Q.   You're a smart guy.

5  A.   Yes.

6  Q.   You're a businessman.

7  A.   Yes, sir.

8  Q.   It seems you could start a business almost out of nothing.

9  Right?

10 A.   No, sir.

11 Q.   You decide not to go to Guinea.  Is there any war going on

12 in Guinea at that time?

13 A.   No, sir.

14 Q.   You don't decide to go to Kolahun where there's a refugee

15 camp.  Right?  You decide to go south towards Charles Taylor,

16 wouldn't you say?

17 A.   We went to Monrovia, sir.

18 Q.   All right.

19          Now, when you leave Monrovia, you say you get on a

20 truck.  Right?

21 A.   Yes, sir.

22 Q.   What kind of truck is that?

23 A.   WFP, World Food Program

24 Q.   That's another NGO?

25 A.   Yes, sir.

## Jusu - Cross

1    Q.    Do you know who sponsors them?

2    A.    U. N.

3    Q.    That's a United Nations organization called the World Food

4    Program?

5    A.    Yes, sir.

6    Q.    Now, did they have a camp in Voinjama?

7    A.    There was.

8    Q.    There was?

9    A.    When we came, the people were at the school.

10   Q.    So you get on this truck -- how many trucks were there

11   available to go south?

12   A.    There were a lot of trucks.

13   Q.    A lot of trucks?

14   A.    Yes, sir.

15   Q.    Do you know if they were all World Food Program trucks?

16   A.    Some of them, sir.

17   Q.    What other organizations, if you can tell us, had trucks

18   there for people?

19   A.    There were different organizations.

20   Q.    Can you give us some other names?

21   A.    ICRC.

22   Q.    The International Committee for the Red Cross?

23   A.    Yes, sir.

24   Q.    They also had trucks?

25   A.    Yes, sir.

## Jusu - Cross

1    Q.   Can you give us any other names of any other NGOs,

2    Mr. Jusu?

3    A.   There was MSF, Medecins Sans Frontiers.

4    Q.   Doctors Without Borders?

5    A.   Correct.

6    Q.   Anybody else?

7    A.   I cannot remember.

8    Q.   You said there were a lot of trucks.

9    A.   Yes, sir.

10   Q.   Would it be fair to describe it as a convoy?

11   A.   Yes, trucks were coming and going.

12   Q.   Trucks were fleeing south, fleeing from Voinjama?

13   A.   Yes, sir.  We're going to Monrovia.

14   Q.   The trucks start going south.  Right?

15   A.   I said they were going to Monrovia, sir.

16   Q.   But to get to Monrovia, you've got to go south.  Right?

17   A.   I don't know.

18   Q.   You didn't know which direction you were going in?

19   A.   I was going to Monrovia, I knew, sir.

20   Q.   Okay.

21        And there's a road that was going towards Gbarnga.

22   Right?

23   A.   That's correct.

24   Q.   But before you get to Gbarnga, you've got to get to a town

25   called Zorzor?

## Jusu - Cross

1  A.   Yes, sir.

2  Q.   And the trucks are all traveling together?

3  A.   No, sir.

4  Q.   You said a lot of trucks.

5  A.   Yes, sir.

6  Q.   Was there a truck behind you?

7  A.   Yes, sir.

8  Q.   There was a truck in front of you?

9  A.   Yes, sir.

10  Q.   Were there trucks behind you and in front of you?

11  A.   They were not moving convoy.  Trucks were coming from

12  Sierra Leone.  They pass through Voinjama and go towards

13  Monrovia.

14  Q.   You said there were a lot of trucks?

15  A.   Yes, sir.

16  Q.   So -- I'm sorry.  Go ahead.

17  A.   Coming and going.

18  Q.   The trucks that were going towards Monrovia, there were a

19  lot of trucks going towards Monrovia?

20  A.   Yes, sir.

21  Q.   And you could see them?

22  A.   They were coming and going.

23  Q.   You get to Zorzor.  You spend the night in Zorzor.  Right?

24  A.   Yes, sir, that morning.

25  Q.   And eventually you get to the bridge?

**October 6, 2008**

## Jusu - Cross

1  A.  Yes, sir.

2  Q.  Okay.

3       MR. CARIDAD:  Could we have a picture of the bridge,

4  please, where you could see the town on the north side of it?

5       AGENT BAECHTLE:  (Complied.)

6       MR. CARIDAD:  Perfect.  Thank you.

7  BY MR. CARIDAD:

8  Q.  Can you see that, Mr. Jusu?

9  A.  Yes, sir.

10  Q.  Do you recognize that?

11  A.  Yes, sir.

12  Q.  That's the St. Paul River Bridge.  Right?

13  A.  Yes, sir.

14  Q.  And to the left of the bridge is the town that was north of

15  the bridge.  Right?

16  A.  Yes, sir.

17  Q.  Okay.

18       So the trucks, the truck that you were on and the

19  other trucks would have come down that road.  Right?

20  A.  Yes, sir.

21  Q.  They would have crossed that bridge?

22  A.  Yes, sir.

23  Q.  And they would have crossed the St. Paul River.  Right?

24  A.  Yes, sir.

25  Q.  And there was no checkpoint on that side of the bridge, is

**October 6, 2008**

**Jusu - Cross**

1  there?

2  A.   On the --

3  Q.   On the north side of the bridge, there was no checkpoint

4  there?

5  A.   On the picture here?

6  Q.   When you crossed it, there was no checkpoint?

7  A.   There was.

8  Q.   I thought you said on Friday there was no checkpoint on the

9  north side of the bridge, only on the south.

10  A.   I said it was after you crossed the bridge.

11  Q.   That's my point.   On the north side after you cross the

12  bridge, there was no checkpoint?

13  A.   I don't know if it was from the north or south, but after

14  you cross the bridge from Zorzor, you meet the checkpoint.

15  Q.   Before you crossed the bridge, you didn't see a checkpoint?

16  A.   Not before.   After you cross the bridge.

17  Q.   You cross the bridge and you're in another county.   Right?

18  You're in Bong County?

19  A.   I don't know.

20  Q.   The truck is driving and eventually gets to a checkpoint.

21  Right?

22  A.   Yes, sir.

23  Q.   How far would you say is the checkpoint from the bridge?

24  A.   100 meters.

25  Q.   So it seems like from the north side of the bridge, the

## Jusu - Cross

1  trucks can just pass through to cross the bridge.   Right?

2  A.   Trucks would pass the bridge before they could meet the

3  checkpoint.

4  Q.   So the trucks were traveling.   They got to the north side

5  of the bridge.   They crossed the bridge.   They got on the south

6  side of the bridge and got to the checkpoint.   Right?

7  A.   I don't know if they were coming from the south or the

8  north.   After you cross the bridge from Zorzor towards Gbarnga,

9  then you meet the checkpoint, sir.

10  Q.   Mr. Jusu, you must have known that you were at least going

11  south.   Right?  You didn't know whether you were going north or

12  south?

13          MS. ROCHLIN:   Objection, Your Honor.   Asked and

14  answered.

15          THE COURT:   Overruled.

16  BY MR. CARIDAD:

17  Q.   What direction were you going?

18  A.   I was -- we were going to Monrovia, sir.   That was all I

19  knew.

20  Q.   Did it seem to you you were going south?

21  A.   I never think of that.

22  Q.   I mean, you must have known something about the geography

23  of Liberia.   Right?

24  A.   I don't need to, sir.

25  Q.   But you did know something about the geography of Liberia.

**October 6, 2008**

## Jusu - Cross

1  You graduated secondary school

2  A.   Yes, sir.

3  Q.   So you knew where Liberia was.   Right?

4  A.   I was in Liberia, sir, but I've never studied Liberian

5  history or geography, anything.

6  Q.   I'm not talking about studying it.   I'm simply talking

7  about seeing a map of an area where you live.   You must have

8  known where Sierra Leone was.   Right?

9  A.   Yes, sir.

10 Q.   You must have known where Liberia was.   Right?

11 A.   Yes, sir.

12 Q.   You must have known where Guinea was?

13 A.   Yes, sir.

14 Q.   You must have known where Monrovia was?

15 A.   Yes, sir.

16 Q.   Okay.

17          You must have known when you were in Voinjama, you

18 were in the north part of Liberia?

19 A.   Yes, sir.

20 Q.   You must have known to get to Monrovia, you have to go

21 south?

22 A.   Never thought of that.

23 Q.   That never crossed your mind, despite the fact you're

24 fleeing?   You gotta know where you're going when you're

25 fleeing, don't you, at least somewhat, Mr. Jusu?   You gotta

## Jusu - Cross

1  have some sort of plan.   You may not know every detail, but

2  you've got to know the general direction of where you're going.

3  Isn't that fair to say, Mr. Jusu?

4  A.   I never had a plan fleeing.

5  Q.   I know you were fleeing the war, I know, as best you could

6  from city to city, but you must have known you were going south

7  from Voinjama.   You're not even willing to say that?

8  A.   I don't want you to confuse me to say something.

9  Q.   I'm going to ask you one more time.   Did you know you were

10  going south from Voinjama when you left Voinjama?

11  A.   I knew I was going to Monrovia, sir.

12  Q.   That's it?

13  A.   Thank you.

14  Q.   Now, you get to the checkpoint and you're ordered out of

15  the truck.   Right?

16  A.   Yes, sir, everybody has to come down.

17  Q.   And you show your United Nations refugee card?

18  A.   Yes, sir.

19  Q.   And you're questioned.   Correct?

20  A.   Yes, sir.

21  Q.   Now, does anybody tell you at that point "We want you to go

22      back to Sierra Leone"?

23  A.   No, sir.

24  Q.   Okay.

25          But you say you are detained.   Right?

## Jusu - Cross

1  A.   Yes, sir.

2  Q.   How long are you detained before you say Chuckie arrives?

3  A.   For some time, sir.

4  Q.   How long?

5  A.   More than two hours.

6  Q.   Okay.

7        And during those two hours, were you asked to go back

8  to Sierra Leone?

9  A.   No, sir.

10 Q.   Not at all?

11 A.   No.

12 Q.   Now, your family is still there during these two hours.

13 Right?

14 A.   No, sir.

15 Q.   They've already gone?

16 A.   At the checkpoint, women had to go on one side.   Men on the

17 other side.   So we were separated at the checkpoint, sir.

18 Q.   And you were detained for 2 hours?

19 A.   For more than two hours.

20 Q.   During those two hours, was your family still there at the

21 checkpoint?

22 A.   They were around, sir.

23 Q.   There were there?

24 A.   Yes, sir.

25 Q.   And was the truck still there?

**October 6, 2008**

## Jusu - Cross

1   A.   No, sir.

2   Q.   The truck had gone?

3   A.   The truck has passed through the checkpoint.

4   Q.   So your family was kind of stranded there.  The truck had

5   already left?

6   A.   I don't know now while I was detained.  I could know

7   nothing that was going around over on the other side, sir.

8   Q.   But you say your family was kept there also?

9   A.   There were a lot of family members waiting for their

10   relatives to be released.

11   Q.   Okay.

12        There were trucks coming?

13   A.   There were still trucks coming and going, sir.

14   Q.   Through the bridge?

15   A.   That's correct.

16   Q.   Through the checkpoint?

17   A.   That's correct.

18   Q.   NGO trucks?

19   A.   Yes, sir.

20   Q.   Medecins Sans Frontiers trucks?

21   A.   I don't know.

22   Q.   You told us before the trucks that left Voinjama were

23   International Committee for the Red Cross trucks -- right --

24   and all sort of other NGOs?

25   A.   Yes.

## Jusu - Cross

1    Q.   They kept going through the checkpoint?

2    A.   It was from Voinjama.

3    Q.   Right.  And then you say that Chuckie arrived.  Right?

4    A.   Yes, sir.

5    Q.   Okay.

6              And he began shouting you said?

7    A.   Yes, sir.

8    Q.   Loudly?

9    A.   He was shouting against the men.

10   Q.   And he had a gun in his hand?

11   A.   Yes, sir.

12   Q.   And --

13             MR. CARIDAD:   Agent, if you could put up a picture of

14   the checkpoint, please.

15             AGENT BAECHTLE:   (Complied.)

16   BY MR. CARIDAD:

17   Q.   Is that the checkpoint?

18   A.   It was not like this, sir.

19   Q.   It didn't look exactly like that?

20   A.   No, sir.

21   Q.   Because this is a recent picture.  Correct?

22   A.   I don't know.  The checkpoint was not like this.

23   Q.   What was different?

24   A.   On the other side there were drums, sir, drums on both side

25   and the stick were on top of the drum  So it's different from

**October 6, 2008**

## Jusu - Cross

1  this type.

2  Q.   These poles were not there in 1999?  I'm talking about the

3  two poles on this side of the picture, the vertical poles.

4  They were not there?

5  A.   The checkpoint was not like this, sir.

6  Q.   Okay.

7       But I'm trying to get you to tell us how it was

8  different.

9  A.   Pardon?

10  Q.   These two poles you see on the right and left of the

11  screen, were they there?

12  A.   Back then, there were drums I can remember, sir, drums

13  instead of the two things.

14  Q.   Instead of the two poles that are vertical, you say they

15  had drums?

16  A.   Yes.

17  Q.   What was spread across the two drums?

18  A.   It was a bar.

19  Q.   A who?

20  A.   A bar.

21  Q.   Like that one?

22  A.   Yes, sir.

23  Q.   No pole, two drums?

24  A.   That's correct.

25       MR. CARIDAD:   Do you have another picture, agent, a

**October 6, 2008**

## Jusu - Cross

1   little bit further back to show the whole area?

2          AGENT BAECHTLE:   (Complied.)

3          MR. CARIDAD:   Thank you.

4   BY MR. CARIDAD:

5   Q.   Do you recognize that picture, ER 12?

6   A.   I could recognize the building, sir.

7   Q.   I'm sorry?

8   A.   I can recognize the building.

9   Q.   Right.

10         You see the checkpoint there on the left of the

11  photograph?

12  A.   Yes, sir.

13  Q.   Now, when Chuckie arrived, where were you sitting in

14  relation to this photograph?

15  A.   I was on --

16  Q.   I'm sorry.   Let me ask the question again.   I want to be

17  clear.

18         When Chuckie arrived, where were you?

19  A.   I was detained at the other side.

20  Q.   In a building?

21  A.   By the building.

22  Q.   By the building?

23  A.   Yeah, in the empty office, sir.

24  Q.   And then when Chuckie arrived, you said he brought the men

25  over to someplace, some particular place?

October 6, 2008

## Jusu - Cross

1  A.   They went very close to the building, sir.

2  Q.   Was that the round building, you said?

3  A.   Something like that.

4         MR. CARIDAD:   Do we have a picture of the round

5  building, agent, please?

6         AGENT BAECHTLE:   (Complied.)

7  BY MR. CARIDAD:

8  Q.   Is that where you were when Chuckie arrived, you said?

9  A.   This was the building, sir.

10  Q.   And Chuckie arrived, you said, and had his men gather a

11  bunch of you together?

12  A.   Yes, sir, they were around.

13  Q.   And had you sit on the ground?

14  A.   I was.

15  Q.   Can you tell us in the picture where you were sitting, if

16  it's in this picture?

17  A.   By the side of the building.

18  Q.   So you were in between this round building and the building

19  across the street that has the red roof?

20  A.   No, sir.

21  Q.   No?  Where were you?

22  A.   I don't see the place directly from here, sir.

23  Q.   Is it to the right or left of this?

24  A.   To the left of this.

25         MR. CARIDAD:   Do you have any image further to the

**October 6, 2008**

## Jusu - Cross

1   left of this?

2              AGENT BAECHTLE:   (Complied.)

3   BY MR. CARIDAD:

4   Q.   That's ER 57.   Do you see that, Mr. Jusu?

5   A.   Yes, sir.

6   Q.   Can you point there with your hand touching the screen

7   where it was Chuckie told you and the men to sit?

8   A.   Yes, sir.

9   Q.   Go ahead and touch the screen.

10  A.   It was here, sir.

11  Q.   Right there?

12  A.   Under the mango tree by the side of the building.

13  Q.   And he came over, you said, and was shouting at you.

14  Right?

15  A.   Not at me.   At the soldiers that were around, sir.

16  Q.   There came a point where he asked his men to gather you and

17  have you sit down.   Right?

18  A.   We had been in this group already, sir, before he could

19  come.

20  Q.   He asked you to sit down on the ground or no?

21  A.   Yes, sir.

22  Q.   And you said he asked you one question, which is "Are any

23       of you Kamajors fighters?"

24  A.   Pardon?

25  Q.   What did he ask you?

## Jusu - Cross

1  A.   He said he heard the Kamajors or rebels among us, so if

2  there's anyone who was there, he should get outside of the

3  group.

4  Q.   He told you he had heard there were Kamajors or rebels

5  among you?

6  A.   Among the group.

7  Q.   Among the group?

8  A.   Yes, sir.

9  Q.   The Kamajors are people who are fighting in Sierra Leone?

10  A.   That's correct.

11  Q.   There were no Kamajors in Liberia?

12  A.   No, sir.

13  Q.   Do you know what he was referring to when he said the word

14  "rebels"?

15  A.   No, sir.

16  Q.   Did he tell you what evidence he had that you were rebels?

17  A.   No, sir.

18  Q.   Nothing at all?

19  A.   Pardon?

20  Q.   He didn't tell you what evidence he had or why he suspected

21  that you were rebels.  Right?

22  A.   No, sir.

23  Q.   You weren't dressed like any kind of soldier, obviously.

24  Right?

25  A.   No, sir.

**October 6, 2008**

## Jusu - Cross

1   Q.   You didn't have any weapons on you?

2   A.   No.

3   Q.   He had never seen you before or had he?

4   A.   No, sir.

5   Q.   And did he say if you guys were the rebels who had attacked

6   Voinjama?

7   A.   He said he had rebels or Kamajors among the group, so if

8   you are among -- he was referring to people.  It was like he

9   was psyching people or trying to let somebody be afraid or

10  something.

11  Q.   The first attack you had heard of was an attack in

12  Voinjama, in Liberia?

13  A.   There was an attack in Voinjama.  We were fleeing Voinjama,

14  sir.

15  Q.   That was the only attack you heard of in that side of the

16  country?

17  A.   Yes, sir.

18  Q.   Well, do you know if he heard about the attack in Voinjama?

19  A.   Yes.

20  Q.   Voinjama is in the north?

21  A.   Yes.

22  Q.   Did you ever wonder why rebels were fleeing south instead

23  of going back to Sierra Leone or into Guinea?

24  A.   I had no idea.

25  Q.   Did that make sense, what he was accusing you of?

## Jusu - Cross

1  A.   In Liberia once security is confronting you, they'll say
2  anything to you.   We're used to that.
3  Q.   Anything at all?
4  A.   Yes, sir.
5  Q.   Now, no one said anything.   Right?   No one answered his
6  question?
7  A.   Yes, sir.
8  Q.   And you said that's when he separated four men from the
9  group?
10 A.   Yes, sir.
11 Q.   And immediately shot them?
12 A.   Yes, sir.
13 Q.   Four men?
14 A.   That's correct.
15 Q.   You're sure?
16 A.   I'm sure.
17 Q.   That's something you would remember.   Right?
18 A.   Pardon?
19 Q.   That's something you would remember.   Right?
20 A.   Yes, sir.
21 Q.   Especially when one of them, you said, was a family member?
22 A.   My friend.
23 Q.   Right.
24      I'm going to read you something, Mr. Jusu, and I want
25 you to tell me if you agree with this.   Okay?

**October 6, 2008**

**Jusu - Cross**

1    A.   Yes, sir.

2    Q.   "In or about April, 1999 in the vicinity of the checkpoint

3         at the St. Paul River Bridge at Gbalatuah, Liberia, the

4         defendant, Roy Belfast, also known as Chuckie Taylor,

5         Charles Taylor, Jr., Charles Taylor II, Charles Emmanuel,

6         selected three persons from the group and summarily shot

7         them in front of the others in the group."

8         Would you agree with that statement?

9    A.   Was that written by me?

10   Q.   Don't worry about it.

11        Do you agree with it?

12   A.   I said there were four people.

13   Q.   So you do not agree with that statement.  Correct?

14   A.   (Nodded.)

15   Q.   Right?  That statement is wrong.  Right?

16   A.   (Nodded.)

17   Q.   "Yes" or "No," Mr. Jusu.  Is it right or wrong?  Is it

18   right or wrong?

19   A.   Wrong.

20   Q.   Now, after these men were, you say, killed, did Chuckie say

21   anything?

22   A.   Yes, sir.

23   Q.   What did he say?

24   A.   He was still angry.  He asked his men to drag the body from

25   the place.

**October 6, 2008**

**Jusu - Cross**

1   Q.   To do what?

2   A.   To take the body from there.

3   Q.   Okay.

4        And you said his men tied the bodies to a truck?

5   A.   Yes, sir.

6   Q.   To one truck?

7   A.   To one of the Jeeps.

8   Q.   One of the Jeeps?

9   A.   Yes, sir.

10  Q.   And, so, a Jeep came over.  Right?

11  A.   They dragged the body.  They tied them on the Jeep.

12  Q.   They dragged the bodies to the main road.  Right?

13  A.   Towards the Jeeps.

14  Q.   Towards the Jeeps that were on the main road?

15  A.   Up here.

16  Q.   I'm sorry?

17  A.   One Jeep was parked.

18  Q.   I'm sorry.  Are you looking at the picture of BR 57?

19  A.   Yeah, I'm looking at the picture in front of me, sir.

20  Q.   You see that main road going in front of you?

21  A.   Yes, sir.

22  Q.   That's the main road toward the bridge.  Right?

23  A.   Yes, sir.

24  Q.   You say the Jeeps drove over to where the men were lying on

25  the ground, they were tied and the Jeep drove to the main road?

## Jusu - Cross

1   A.   Took them towards the bridge, sir.

2   Q.   And drove north towards the bridge.   Right?

3   A.   Towards the bridge, sir.

4   Q.   And there were trucks coming north and trucks coming south

5   across the bridge?

6   A.   There were trucks going up and down, sir.

7   Q.   So NGO trucks were going up and down this bridge.   A truck

8   dragging four corpses was going along the bridge?

9   A.   Yes.

10  Q.   You were going to say something?

11  A.   After he had killed these people, he told his men to take

12  the bodies from the place.   They tied the bodies on the trucks.

13  They drove towards the bridge.

14  Q.   There were trucks coming up and down that bridge.   Right?

15  A.   Up and down the road, there were vehicles traveling there.

16  Q.   NGO trucks, United Nations trucks.   Right?

17  A.   A lot of trucks going up and down.   These trucks we're

18  talking about was from Voinjama.

19  Q.   Fleeing the fighting, NGO trucks?

20  A.   Yes, sir.

21  Q.   So these trucks going up and down the bridge would have

22  heard Mr. Emmanuel shouting.   They would have heard a gunshot,

23  four gunshots?

24  A.   I don't remember that, sir.

25  Q.   You heard the gunshots?

**October 6, 2008**

## Jusu - Cross

1   A.   It was in front of me, sir.

2   Q.   And they would have seen a truck dragging four corpses to

3   the bridge.  Right?

4            MS. ROCHLIN:  Objection.  Lack of foundation from this

5   witness as to what others may have seen.

6            THE COURT:  Overruled.

7   BY MR. CARIDAD:

8   Q.   Correct?

9   A.   I don't know.

10  Q.   And they would have seen his men behead four men at the

11  bridge.  Right?

12  A.   Pardon?

13  Q.   The next time you saw any part of these men, you say you

14  just saw the heads?

15  A.   Yes, sir.

16  Q.   The heads were brought south?

17  A.   They took the heads and hang them on the checkpoint.  One

18  of the heads was on the car.

19  Q.   Did they hang them on the drums you told us about?

20  A.   That's correct.

21  Q.   Because you're sure there were drums there?

22  A.   Yes, sir.

23  Q.   So any NGO truck going up and down that road would have

24  seen two heads on two drums at the checkpoint at the St. Paul

25  River Bridge.  Right?

## Jusu - Cross

1  A.   That's possible, sir, yes, sir.

2  Q.   It's not -- it's more than possible.  It's certainly likely

3  it must have happened if what you say is true.

4  A.   Exactly, sir.

5  Q.   That if heads were placed on a bridge, someone else must

6  have seen those heads?

7  A.   Three heads, sir.

8  Q.   Three heads?

9  A.   Yes, sir.

10 Q.   You said after that you were tied?

11 A.   Yes.

12 Q.   Tabied?

13 A.   Yes, sir.

14 Q.   That's where your elbows were touching in the back?

15 A.   Yes.

16 Q.   You've seen that method of tying before?

17 A.   Yes, sir.

18 Q.   You saw it in your own country.  Correct?

19 A.   Yes, sir.

20 Q.   And it's something that you saw in times of war?

21 A.   Yes, sir.

22 Q.   Correct?

23 A.   (Nodded.)

24 Q.   Now, were you tied with rope or with cuffs?

25 A.   They had this plastic cuff that they would force your elbow

## Jusu - Cross

1  with and they would later use rope to connect from your elbow

2  to your feet.

3  Q.   These are plastic cuffs?

4  A.   Yes, sir.

5  Q.   You have seen these plastic cuffs other places.   Right?

6  A.   No, sir.   That was my first time.

7  Q.   Have you seen them on T.V., policemen use them to cuff

8  people?

9  A.   Yes, sir.

10 Q.   You've seen that in Swedish T.V.   Right?

11 A.   Yes, sir.

12 Q.   You felt it on your skin, you tell us.   It must have been

13 hard plastic.   Right?

14 A.   Very much.

15 Q.   Very hard?

16 A.   Yes, sir.

17 Q.   The purpose was to keep you tied tightly right?

18 A.   Yes, sir.

19 Q.   And you were tied tightly, you say?

20 A.   Yes, sir.

21 Q.   With plastic around your elbows?

22 A.   (Nodded.)

23 Q.   Then you were thrown onto a truck and taken to Gbarnga?

24 A.   Yes, sir.

25 Q.   You were taken off the truck?

**October 6, 2008**

## Jusu - Cross

1   A.  Yes, sir.

2   Q.  Still tied?

3   A.  Yes, sir.

4   Q.  Put into a cell?

5   A.  Yes, sir.

6   Q.  Were you in the cell by yourself?

7   A.  No, sir.

8   Q.  Who was with you?

9   A.  Well, there were a lot of people there, sir.

10  Q.  Was Mr. Jusu in the same cell?

11  A.  I'm Mr. Jusu.

12  Q.  Mr. Jusu was in the same cell?

13  A.  Jusu is myself, sir.

14  Q.  I'm sorry.  I apologize.

15        Mr. Turay was in the same cell?

16  A.  Yes, sir.

17  Q.  And Mr. Conteh?

18  A.  Yes, sir.

19  Q.  Foday Conteh?

20  A.  Yes, sir.

21  Q.  By the way, Foday Conteh was at the bridge, wasn't he?

22  A.  At the bridge?  I can't remember.  Yes, sir.

23  Q.  At the bridge?

24  A.  Yes.

25  Q.  He was tied up like you were at the bridge?

**Jusu - Cross**

1  A.   Yes, sir.

2  Q.   Foday Conteh?

3  A.   Yes, sir.

4  Q.   Who is living in Sweden.   Right?

5  A.   Pardon?

6  Q.   Who is living in Sweden.

7  A.   Who is living in Sweden?

8  Q.   As is Mr. Turay.

9  A.   Yes, sir.

10  Q.   You were all in the same cell at the Gbarnga Police

11  Station?

12  A.   Yes, sir.

13  Q.   Is this cell completely enclosed?

14  A.   No, sir.

15  Q.   You could see other prisoners in other cells?

16  A.   It was an open space.

17  Q.   Was there a lock on it?

18  A.   Yes, sir.

19  Q.   You were in the same cell as these two other men?

20  A.   Inside the same cell.

21  Q.   Okay.

22       And you were tabied while in the cell?

23  A.   Yes, sir.

24  Q.   And but you left that night from the Gbarnga Police

25  Station?

**October 6, 2008**

**Jusu - Cross**

1    A.   Yes, sir.

2    Q.   You did not stay two nights in the Gbarnga Police Station?

3    A.   No, sir.

4    Q.   You didn't even stay one night at the Gbarnga Police

5    Station?

6    A.   No, sir.

7    Q.   The same night you're taken out of the Gbarnga Police

8    Station?

9    A.   That's correct.

10   Q.   Still tied, tabied?

11   A.   Yes, sir.

12   Q.   And you get near a truck.  Correct?

13   A.   When they took us to Gbarnga Station, they slacked the rope

14   on us and when they took us from the cell to where they were

15   trying to take us to Gbatala, sir, they tied us.  It was the

16   time Mr. Chuckie tied me.

17   Q.   At the time you got off the truck at Gbarnga --

18   A.   Yes.

19   Q.   -- you were loosened a little bit?

20   A.   Yes.

21   Q.   Your arms and your legs?

22   A.   My legs, so I could walk.

23   Q.   You were still tied by your elbows?

24   A.   Yes.

25            MS. ROCHLIN:   Objection, Your Honor.   Mr. Caridad is

**October 6, 2008**

**Jusu - Cross**

1    talking over the witness' answer.

2    BY MR. CARIDAD:

3    Q.   Did you finish your answer?

4    A.   I was slacked at the back at the cell.

5    Q.   The same night you were taken out of the Gbarnga Police

6    Station.   Right?

7    A.   Yes, sir.

8    Q.   You said my client, himself, tied you?

9    A.   Yes, sir.

10   Q.   Did he also tie Mr. Turay?

11   A.   I don't know.

12   Q.   You didn't see that?

13   A.   I don't know if it was himself that tied him

14   Q.   Okay.

15        And then you're taken to a place that you later learn

16   is called Gbatala.   Right?

17   A.   Yes, sir.

18   Q.   And you're still tabied with plastic.   Right?

19   A.   Yes, sir.

20   Q.   Okay.

21        And you're taken and placed in a hole?

22   A.   Yes, sir.

23   Q.   Okay.

24        You said there's a gate over the hole.   Right?

25   A.   Yes, sir.

**October 6, 2008**

**Jusu - Cross**

1  Q.   Bars criss-crossing each other like this?

2  A.   In the line with some sticks and barbwire on top of it.

3  Q.   And a lock on the door?

4  A.   Yes, sir.

5  Q.   With a lock?

6  A.   No, with some bars.  They would cross the bar to the door.

7  Q.   So there was no lock on this?

8  A.   It was just a very large bar.  I don't know if there was

9  lock.  It was just a bar that was inside.

10  Q.   Were you still tabied when you were in the hole?

11  A.   Yes, sir.

12  Q.   So you were on your back?

13  A.   Yes, sir.

14  Q.   There's water in the pit?

15  A.   Yes, sir.

16  Q.   And decomposing bodies, you say?

17  A.   Yes.

18  Q.   You're lying on your back with your hands still tied back

19  behind you?

20  A.   Yes.

21  Q.   You assume there's some sort of bar across it.  You see

22  some sort of bar across it, but you don't know if there's a

23  lock?

24  A.   Pardon?

25  Q.   By a "lock," I mean something you need a key for.

**October 6, 2008**

## Jusu - Cross

1   A.   No, sir, a bar.

2   Q.   Now, you say that same night a fellow named Abdul Cole was

3   able to free himself?

4   A.   Sir.

5   Q.   You say another fellow there with you, a fellow named Abdul

6   Cole, was able to free himself?

7   A.   We arrived the same day.

8   Q.   Was it dark when you arrived or night?

9   A.   It was night.

10  Q.   You spent the night in the pit?

11  A.   Yes, sir.

12  Q.   There comes a time a fellow named Abdul Cole came over to

13  you?

14  A.   Yes, sir.

15  Q.   The second night you were there?

16  A.   Yes.

17  Q.   You had seen him tabied also?

18  A.   Yes, sir.

19  Q.   With plastic?

20  A.   Yes.

21  Q.   You assumed he was in another pit?

22  A.   Pardon.

23  Q.   You believed he was in another pit, not yours?

24  A.   Yes.

25  Q.   Yet he comes over to your pit?

**October 6, 2008**

## Jusu - Cross

1    A.    Yes.

2    Q.    Were his hands free?

3    A.    Yes, sir.

4    Q.    How did he free his hands?

5    A.    Because -- I don't know.

6    Q.    Did he tell you how he freed his hands?

7    A.    Yes.

8    Q.    You saw him tied the same way you were with plastic tightly

9    around his elbows.  Correct?

10   A.    Yes, sir.

11   Q.    Did he explain to you how he was able to free himself from

12   that?

13   A.    No, sir.

14   Q.    But yet you didn't see him tied in that manner -- right --

15   when he came over to you?

16   A.    No, sir.

17   Q.    He was free?

18   A.    He told me he had freed himself.  He was shouting and he's

19   going away, who wants to join him  I heard him talk.  I said

20          "Come open my door and untie me.  I will join your

21      escape," and we did.

22   Q.    Did he have anything on his feet?  Had he been tied on his

23   feet?

24   A.    No, sir.  After we reach to Gbatala, they slack the rope,

25   even the one on your hand.  When they tabie you, even if they

## October 6, 2008

## Jusu - Cross

1   release the rope from you, your hand will be still like this.

2   Q.   You're saying he was somehow able to get free from his

3   tabie, tight plastic straps.   Right?

4   A.   He was free when he came to us.

5   Q.   He was able to get out of his hole?

6   A.   Yes, sir.

7   Q.   Okay.

8        He came over to you?

9   A.   Yes, sir.

10  Q.   Now, how did he know you were in that hole?

11  A.   He was shouting.   He said he has freed himself.   "Anybody

12       here?"  I'm -- I heard him talking.   I told him to come and

13  open my door.   Then I will join him escape.

14  Q.   So there must not have been any guards that night.

15  A.   There were, sir.

16  Q.   The night that Abdul Cole got out of his hole, there were

17  guards there?

18  A.   When we came, they used to come and go, the guards.   This

19  place was very smelly.   There were dead bodies around.   Flies

20  were all over the place.   It was smelly.

21  Q.   So there were never any guards permanently there?

22  A.   They used to come and go.

23  Q.   Okay.

24       So Abdul Cole got out.   Right?

25  A.   Yes, sir.

**October 6, 2008**

## Jusu - Cross

1  Q.   And came over to you.   Did he ask anybody else if they

2  wanted to escape?

3  A.   He was shouting.   I asked him to come open my door.

4  Q.   He was shouting?

5  A.   Yes.

6  Q.   Do you really mean that he was shouting?

7  A.   Abdul Cole, when he came outside, when he freed himself, he

8  was saying "I freed myself," in Creole.

9  Q.   You used the word "shouting."

10 A.   Yes.

11 Q.   Loudly?

12 A.   Yes, sir.

13 Q.   You didn't know if there were guards 15 feet from you.

14 Right?   You didn't know?

15 A.   We don't have to think like that We knew if they be around,

16 they would make noise.

17 Q.   He gets out of the hole.   He starts shouting.   That's your

18 word, Mr. Jusu.   You used the word "shouting."

19 A.   When he got out of his hole, he was saying he had freed

20 himself, if there was anybody there want to join him escape.

21 Q.   You said "Yes"?

22 A.   Yes.

23 Q.   How did he open your hole?

24 A.   Get the bars off, open the door.

25 Q.   How did he free your hands?

**October 6, 2008**

**Jusu - Cross**

1  A.   He forced the rope from my elbow --

2  Q.   You used the word "rope."  Was it plastic or rope?

3  A.   That's what I'm saying.

4  Q.   From now on, I want you to be very careful and tell me if

5  it's plastic or rope.  Can you do that?  They're two different

6  things -- right -- plastic and rope?

7  A.   Yes, sir, the cuff.

8  Q.   He freed your plastic?

9  A.   The cuff from me.

10  Q.   How did he free it?

11  A.   He forced it.

12  Q.   Your elbows are touching behind.  Right?

13  A.   Before they had to slack it.

14  Q.   They slacked it a little bit?

15  A.   Yes, sir.

16  Q.   You couldn't get out yourself?

17  A.   No, sir.

18  Q.   How did he get it off.  Did he cut it with something?

19  A.   I don't know.

20  Q.   You don't know how he got these plastic cuffs off your

21  elbow?

22  A.   He forced it from me and get it off.

23  Q.   Now, did you ask Monoh Turay to go with you?

24  A.   We were asking generally so the others --

25  Q.   That was not my question.  Did you ask Monoh Turay to go

**October 6, 2008**

**Jusu - Cross**

1  with you?

2  A.   Yes, sir.

3  Q.   And he said "No"?

4  A.   Yes, sir.

5  Q.   So you start running?

6  A.   We run.

7  Q.   Before we talk about this escape, let me ask you something.

8  Had you been fed yet?

9  A.   They forced some things in our mouth.

10  Q.   They forced some things in your mouth?

11  A.   Yes, sir.

12  Q.   Like hot cassava root?

13  A.   Stems.

14  Q.   Had they given you any other kinds of food?

15  A.   No, sir.

16  Q.   Nothing at all?

17  A.   No, sir.

18  Q.   No rice?

19  A.   No, sir.

20  Q.   After that point, from the time you were there until the

21  first escape, the only food you received was some cassava?

22  A.   Stems, sir.

23  Q.   Stems?

24  A.   Yes, sir.

25  Q.   So you get out of the hole with Abdul Cole and what is your

**October 6, 2008**

## Jusu - Cross

1  plan?

2  A.   We were just running away.

3  Q.   Now, when you got out of the hole, could you see the

4  buildings at the base?

5  A.   No, sir?

6  Q.   No light at all?

7  A.   No, sir.

8  Q.   You didn't see any light from any building at all?

9  A.   We were not at the same place where the buildings were,

10 sir.   I have never seen the camp before.   We came in the night.

11 I don't know where the camp was.

12          It took us to the swamp.   We walk from the place to

13 the swamp, go across the swamp into where the pits were and we

14 were placed in the pits.

15 Q.   What was your plan once you got out of the hole?

16 A.   To just run away and go somewhere we could be free.

17 Q.   Were you running?   Were you able to run?

18 A.   I was forced.   This was life and death issue.

19 Q.   I want to understand that.   Were you walking or were you

20 running?

21 A.   We were walking.   We were running.

22 Q.   Okay.

23          And you were careful not to come close to any

24 buildings.   Right?

25 A.   We were inside the bush, sir, inside the forest, going.

**October 6, 2008**

## Jusu - Cross

1  Q.  But you must have assumed there was some military barracks

2  on the base.   Right?

3  A.  I never knew anything.   I never know where I was.

4  Q.  Okay.

5      So you're running or walking?

6  A.  Escape.

7  Q.  Right.   Do you have any clothes on?

8  A.  No, sir.

9  Q.  Okay.

10      And this is in the middle of the night.   Right?

11  A.  Yes, sir.

12  Q.  How long were you running?

13  A.  We walk.   We're in this escape route for the rest of the

14  night until the next day.   The morning, we are caught.

15  Q.  So the morning came, the daylight came and you were still

16  free?

17  A.  Yes, sir.

18  Q.  Okay.

19      Did you come across any paved road during the night?

20  A.  It was bush, sir.

21  Q.  You didn't go in a circle, did you?

22  A.  We were in a circle.   That is where we were arrested again.

23  Q.  But you tried to go in a straight line, wouldn't you say?

24  A.  We were trying to go on the highway so we could go to some

25  town or village.

**October 6, 2008**

## Jusu - Cross

1   Q.   You were trying to find a highway?

2            MS. ROCHLIN:   Objection.   Counsel is talking --

3            THE COURT:   Sustained.

4            MR. CARIDAD:   I apologize.

5   A.   We were escaping, sir.

6   Q.   But you tried to go in a straight line as far away from the

7   pit as you could.   Wouldn't that be a good plan, Mr. Jusu?

8   A.   I don't know.

9   Q.   That would not be a good plan, Mr. Jusu?

10  A.   Please, sir, we were escaping from this place.

11  Q.   I understand that's what you're us telling, but --

12  A.   We were trying to go somewhere where we would meet people.

13  Q.   Yes?

14  A.   We could have help from them

15  Q.   I understand.

16            Doesn't it make sense the best thing to do is head in

17  as straight a line as you can away from that hole?

18  A.   We were just trying to go.   We don't know if --

19  Q.   Wherever you were going.

20  A.   Wherever we could go and get civilization.

21  Q.   No plan at all?

22  A.   No plan at all.

23  Q.   It just so happens after how many hours of running -- eight

24  hours, would you say?

25  A.   Not just running.   We were escaping.

**October 6, 2008**

## Jusu - Cross

1   Q.   After eight hours of escaping --

2   A.   Yes, sir.

3   Q.   -- you ended up right very close to the place you started?

4   A.   I don't know if it was eight hours, but from the time we

5   escape, we keep on going until the next day in the morning that

6   we were arrested, sir.

7   Q.   So you were arrested by ATU men?

8   A.   That's correct, sir.

9   Q.   From the base?

10   A.   I don't really know the area, but we were very close at

11   there.

12   Q.   After you were arrested, how long did it take you to get

13   back to the pit?

14   A.   They beat us.   I cannot remember the time they were beating

15   us.

16   Q.   I understand.   Try to help us.   How long was it between the

17   time you were arrested --

18   A.   I cannot tell, sir, I don't remember.

19   Q.   An hour, half an hour?

20   A.   I don't know.

21   Q.   You don't remember Mr. Jusu?

22   A.   No, sir.

23           THE COURT:   Is this a good point for us to take our

24   morning recess?

25           MR. CARIDAD:   Yes, Your Honor.

**October 6, 2008**

## Jusu - Cross

1          THE COURT:   Ladies and gentlemen, we'll take 10

2  minutes.   Please don't discuss the case.

3          [The jury leaves the courtroom at 10:22 a.m.]

4           [There was a short recess at 10:22 a.m.]

5          THE COURT:   I have some bad news.   One of the jurors

6  during the recess knocked on our door advising she needed to go

7  home because her son was ill and throwing up.

8          Is it the parties' position to recess for the day?

9          MS. ROCHLIN:   Not knowing the specifics, is there a

10 chance the situation might resolve and we could resume later in

11 the afternoon or -- just a thought.

12         THE COURT:   I don't know what we would do.   We would

13 keep all the other jurors waiting while she goes home to

14 comfort her son and come back?

15         THE DEFENDANT:   [Entered the courtroom at 10:31 a.m.]

16         MS. ROCHLIN:   Your Honor, it seems to make the most

17 sense to recess for the day and resume when we can tomorrow.

18         MR. CARIDAD:   I agree, Judge.

19         THE COURT:   We can simply have Patricia let them know

20 they're excused and to return tomorrow morning at 9:15.

21         MR. CARIDAD:   Is the Court going to bring them out?

22         THE COURT SECURITY OFFICER:   Your Honor, some of them

23 have some things here.

24         THE COURT:   Ask them to come in.   Thank you.   Bring

25 the jury in.

**October 6, 2008**

## Jusu - Cross

1          [The jury returns to the courtroom at 10:33 a.m.]

2               THE COURT:   Everyone please be seated.

3               Ladies and gentlemen, I have an understanding that one

4    of our jurors needs to leave to take care of a sick son at

5    home.

6               Is that right?

7               THE JUROR:   Yes.

8               THE COURT:   So we will recess early.   We can't

9    continue when one of our jurors is missing, and I know that two

10   of you are not feeling very well today.

11              I have asked the building people to bring up the

12   temperature a little bit in the courtroom   Hopefully, that

13   will be accomplished by the time we continue tomorrow morning.

14              This, of course, delays us, but we will recess to

15   allow the juror to go home and take care of her son.

16              I will ask everyone to return tomorrow morning at 9:15

17   with the same instruction that you do not read about this case,

18   you do not discuss this case, and I hope your son feels better.

19              THE JUROR:   Thank you.

20              THE COURT:

21              [The jury leaves the courtroom at 10:34 a.m.]

22              THE COURT:   All right.   We'll resume tomorrow morning.

23

24

25

**October 6, 2008**

1        **C E R T I F I C A T E**

2         I hereby certify that the foregoing is an accurate

3   transcription of proceedings in the above-entitled matter.

4

5     ___11/14/08___                    _____
         DATE                           BARBARA MEDINA

6                                       Official United States Court Reporter
                                        400 North Miami Avenue, Suite 12-2
7                                       Miami, FL  33128 - 305.523.5518
                                                    (Fax) 305.523.5519
8                                       Email:  barbmedina@aol.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Quality Assurance by Proximity Linguibase Technologies**
**October 6, 2008**

**A**

Abdul 67:2,5,12 69:16,24 70:7
72:25
able 11:25 12:4,15 13:7 20:14
22:20 67:3,6 68:11 69:2,5
73:17
above-entitled 79:3
ACCESS 1:25 2:25
accomplished 78:13
accurate 79:2
accusing 54:25
action 22:21,25 24:2,4,6,11,13
24:15 25:1,4
address 3:19 5:4
ADMINISTRATIVE 3:17
advising 77:6
afraid 54:9
afternoon 77:11
agencies 21:7,12
agent 16:19,21,22 19:7,8 41:5
48:13,15 49:25 50:2 51:5,6
52:2
agree 13:5 55:25 56:8,11,13
77:18
ahead 40:16 52:9
aide-de-camp 28:25
Albert 8:13 29:21,25 30:8,9,10
30:13,15,16,20 32:22
allow 78:15
allowed 31:24
ALTONAGA 1:13
AMERICA 1:4
angry 56:24
answer 26:20 65:1,3
answered 43:14 55:5
anybody 11:2 16:12,13 24:13
39:6 45:21 69:11 70:1,20
apologize 62:14 75:4
APPEARANCES 1:16
applied 4:22,23 5:2
apply 4:25
approached 21:1
April 56:2
area 8:9 17:2 35:18 44:7 50:1
76:10
arms 64:21
arrest 15:3
arrested 7:12,15 15:13,16,18,22
28:4,12,13 74:22 76:6,7,12,17
arrive 19:2
arrived 14:23 16:15 28:3 30:22
48:3 50:13,18,24 51:8,10 67:7
67:8
arrives 46:2
aside 14:2 22:6,19
asked 26:3,17 27:14 36:18 43:13
46:7 52:16,20,22 56:24 70:3
78:11
asking 15:9 71:24
aspirations 12:20
assume 34:22 35:20 66:21
assumed 34:24 67:21 74:1
assumption 35:11
attack 8:5 32:15,16,18 33:17
35:9,23 36:3 54:11,11,13,15
54:18
attacked 14:7 33:14,15 34:12,20
35:7 54:5
attend 11:13,15
Attorney 1:18,22
ATU 76:7
available 38:11
Avenue 1:23 2:8 79:6
A.F.P.D 2:2,2
a.m 5:17,20 77:3,4,15 78:1,21
A.U.S.A 1:17,18
a/k/a 1:8

**B**

back 5:22 8:5 11:2 17:21 19:6
21:17,21 22:9 31:5 33:4,9,11
45:22 46:7 49:12 50:1 54:23
60:14 65:4 66:12,18,18 76:13
77:14
bad 71:4
BAECHTLE 16:19,22 19:8 41:5
48:15 50:2 51:6 52:2
bar 49:18,20 66:6,8,9,21,22 67:1
BARBARA 2:7 79:5
barbmedina@aol.com 2:10
79:8
barbwire 66:2
Barclay 9:20
barely 8:10,18 9:5 10:10
barracks 74:1
bars 66:1,6 70:24
base 28:3,6,7,10 73:4 74:2 76:9
basis 5:9
beat 76:14
beaten 10:13
beating 76:14
began 11:8,17 20:16,22 48:6
Beginning 5:20
behead 59:10
Belfast 1:8 56:4
believed 67:23
best 45:5 75:16
better 29:13 32:4 35:17 78:18
bit 19:6 20:2,4 50:1 64:19 71:14
78:12
blanket 5:6
blessed 9:8,16 10:16
bodies 57:4,12 58:12,12 66:16
69:19
body 56:24 57:2,11
Bong 42:18
border 14:18 19:4 20:7 36:21
Borders 39:4
bothered 17:14
boys 15:19
BR 50:5 52:4 57:18
bridge 8:11,11 40:25 41:3,12,14
41:15,21,25 42:3,9,10,12,14
42:15,16,17,23,25 43:1,5,5,6
43:8 47:14 56:3 57:22 58:1,2,3
58:5,7,8,13,14,21 59:3,11,25
60:5 62:21,22,23,25
brief 20:13
briefly 7:13,15,25
bring 4:18 77:21,24 78:11
brothers 6:16,19 18:14
brother's 35:16
brother-in-law 8:13 29:14,17
brought 20:16 50:24 59:16
BTC 10:7
building 50:6,8,20,21,22 51:1,2
51:5,9,17,18,18 52:12 73:8
78:11
buildings 73:4,9,24
bunch 15:4 51:11
bush 73:25 74:20
business 14:1,3 20:14,16,19
22:20 37:8
businessman 37:6
buying 20:22

**C**

C 79:1,1
call 7:6 24:9
called 22:21 24:19 38:3 39:25
65:16
calls 34:25
camp 10:8,12 17:16,18 18:16,21
31:11,15,16,18,20,24 32:3,4,5
32:7,13 36:16 37:15 38:6

camps 18:24 31:22
capital 12:9,13 34:6
capture 4:4
car 59:18
card 45:17
care 31:23 35:16 78:4,15
careful 71:4 73:23
Caridad 2:2 3:3,4 4:17,20 5:6,9
5:23 16:17,20,23 19:6,9 25:22
25:24 26:4,5 27:11 35:1,3,4
41:3,6,7 43:16 48:13,16 49:25
50:3,4 51:4,7,25 52:3 59:7
64:25 65:2 75:4 76:25 77:18
77:21
CAROLINE 1:18
caroline.miller@usdoj.gov 1:21
case 1:3 77:2 78:17,18
cassava 72:12,21
caught 74:14
CECILIA 1:13
cell 9:23 62:4,6,10,12,15 63:10
63:13,19,20,22 64:14 65:4
cells 63:15
Center 9:20
certainly 60:2
Certificate 3:5
certify 79:2
chance 77:10
characterize 9:7
charge 24:5
Charles 1:8,9,9 9:2,10 21:10,15
29:5 34:14,22 35:5,20 36:2
37:15 56:5,5,5
Chea 9:17
checkpoint 41:25 42:3,6,8,12,14
42:15,20,23 43:3,6,9 45:14
46:16,17,21 47:3,16 48:1,14
48:17,22 49:5 50:10 56:2
59:17,24
chevrons 3:21
children 6:13,15 13:21 32:9
CHRISTOPHER 1:22
christopher.graveline@usdoj...
1:24
Chuckie 1:8 25:9 26:20,25 27:4
27:6,13,22,25 46:2 48:3 50:13
50:18,24 51:8,10 52:7 56:4,20
64:16
cigarettes 20:17
circle 74:21,22
CITATION 3:12
city 12:9,10 14:8 36:5 45:6,6
civilization 75:20
class 4:4
clear 50:17
client 25:7,10 27:13 65:8
close 8:14 9:25 19:4 20:7 51:1
73:23 76:3,10
clothes 74:7
Cole 67:2,6,12 69:16,24 70:7
72:25
come 5:4 29:4 41:19 45:16 52:19
68:20 69:12,18,22 70:3 73:23
74:19 77:14,24
comes 67:12,25
comfort 77:14
coming 4:7 7:8 26:14 39:11
40:11,17,22 43:7 47:12,13
58:4,4,14
Commission 17:25
Committee 38:22 47:23
common 33:23
companion 30:2
company 22:20
Compari 25:19 26:20,25 27:4,7
27:18,22,25 28:3,6,9,24
complete 11:9,23 13:7

completely 63:13
Complied 16:19,22 19:8,16,24
41:5 48:15 50:2 51:6 52:2
compound 9:11
conditions 36:12
conference 3:15,19
confronting 55:1
confuse 45:8
connect 61:1
Consequences 35:15
consider 11:5
consisted 15:18
consistent 4:21
Conteh 62:17,19,21 63:2
CONTENTS 3:1
continue 12:23 18:9 78:9,13
continued 17:11
contract 21:21 22:3 25:1,4,9
control 14:8
cont'd 5:19
CONVENTIONS 3:17
convoy 26:18,20,25,25 39:10
40:11
coordinator 24:19
corpses 58:8 59:2
correct 5:8 6:9 7:4,7,10,20,23
8:3,22 9:3,11,18,21 10:23 15:1
15:4,22,23 16:7 17:1 20:11
21:2,18 22:2 25:20 26:22 27:1
28:17 29:9,11 31:5 32:1 36:14
39:5,23 45:19 47:15,17 48:21
49:24 53:10 55:14 56:13 59:8
59:20 60:18,22 64:9,12 68:9
76:8
counsel 3:18 75:2
country 12:22 13:1 24:22 26:12
34:6,15,20,23 35:6,8,22 54:16
60:18
county 42:17,18
course 78:14
court 1:1 2:8 3:19 4:1,10,15,19
4:20,25 5:2,8,10,13,15,21
25:23,25 27:10 35:2 43:15
59:6 75:3 76:23 77:1,5,12,19
77:21,22,24 78:2,8,20,22 79:6
courtroom 1:25 2:25 5:17 77:3
77:15 78:1,12,21
Creole 70:8
criss-crossing 66:1
cross 5:19 35:25 36:8 38:22
42:11,14,16,17 43:1,8 47:23
66:6
crossed 14:18 41:21,23 42:6,10
42:15 43:5 44:23
Cross-Examination 3:4
cuff 60:25 61:7 71:7,9
cuffs 60:24 61:3,5 71:20
cut 71:18

**D**

Daniel 9:17
dark 67:8
DATE 79:5
David 25:19 28:24
day 21:3 28:7 67:7 74:14 76:5
77:8,17
daylight 74:15
dead 69:19
dealing 4:8,12
death 9:5,15,25 10:2,10 73:18
decide 29:13 36:3 37:11,14,15
decided 14:11,13 30:11
decomposing 66:16
defend 34:23 35:8,22 36:7
defendant 1:11 2:1 56:4 77:15
Defender's 2:3
delays 78:14

denied 4:20
Department 1:22
describe 39:10
described 28:24,25
Description 3:9
Descriptions 3:16
desire 14:2
despite 36:2 44:23
detail 45:1
detained 45:25 46:2,18 47:6
50:19
different 38:19 48:23,25 49:8
71:5
difficult 4:13 19:16 20:5,6
direction 39:18 43:17 45:2
directly 24:2,10 51:22
discuss 77:2 78:18
DISTRICT 1:1,1,14
DIVISION 1:2
Doctors 39:4
doing 14:1 23:2,5
door 66:3,6 68:20 69:13 70:3,24
77:6
drag 56:24
dragged 57:11,12
dragging 58:8 59:2
dressed 53:23
driver 25:2
driving 42:20
drove 57:24,25 58:2,13
drum 48:25
drums 48:24,24 49:12,12,15,17
49:23 59:19,21,24
D.C 1:23

E

E 79:1,1
eager 4:10
early 78:8
education 12:21,23 13:8 14:3
efforts 35:21
eight 75:23 76:1,4
either 29:5
elbow 60:25 61:1 71:1,21
elbows 60:14 61:21 64:23 68:9
71:12
Email 1:20 2:5,10 79:8
Emmanuel 1:9 56:5 58:22
empty 50:23
enclosed 63:13
ended 7:12,19 10:7 76:3
enter 17:22
Entered 77:15
entire 10:25 18:2
escape 7:3,6,17,22 10:17,17
15:24 68:21 69:13 70:2,20
72:7,21 74:6,13 76:5
escaped 8:8,10,18,24 9:5,6,15
10:2,10,11,15
escaping 75:5,10,25 76:1
Especially 55:21
established 18:21
eventually 7:19 8:2 14:18 19:2
40:25 42:20
everybody 33:21 45:16
evidence 3:8 4:21 53:16,20
exactly 48:19 60:4
EXAMINATION 5:19
exclude 4:21
excused 77:20
Exhibit 19:10
Exhibits 3:7,8
explain 68:11

F

F 79:1
face-to-face 25:10

fact 12:25 36:2 44:23
Faim 22:21 24:2,4,6,11,13,16
25:1,4
fair 6:1,5 12:20 35:5 36:24 39:10
45:3
families 32:7
family 6:5,22 8:8 10:25 13:16
16:7,9 18:2,6,7,7,9,10,13
30:23 31:5 32:20 33:2 35:15
35:17 36:10 46:12,20 47:4,8,9
55:21
far 11:21 20:9 42:23 75:6
Fax 1:20 2:4,9 79:7
fed 32:1 72:8
Federal 2:3
feed 31:22
feeding 23:3
feeling 78:10
feels 78:18
feet 61:2 68:22,23 70:13
fellow 67:2,5,5,12
felt 61:12
fight 15:14 21:18,21 22:9,13
29:6 34:17 36:7
fighters 52:23
fighting 26:11 53:9 58:19
final 10:17
find 75:1
fine 4:13
finish 4:3 65:3
finished 4:24
first 14:23 16:1 27:23 28:2,6,9
28:11 54:11 61:6 72:21
five 6:15 30:16
FL 1:19 2:4,9 79:7
Flagler 2:3
fleeing 8:9 39:12,12 44:24,25
45:4,5 54:13,22 58:19
Flies 69:19
FLORIDA 1:1,6
Foday 62:19,21 63:2
food 31:20 37:23 38:3,15 72:14
72:21
force 36:7 60:25
forced 15:14 22:7 71:1,11,22
72:9,10 73:18
forcefully 22:12 29:5 35:22
forces 14:21 15:4 21:2,4,20
22:15 28:19 34:17 36:7
foregoing 79:2
forest 73:25
forward 59:4
foundation 59:4
four 23:24 30:16 55:8,13 56:12
58:8,23 59:2,10
free 67:3,6 68:2,4,11,17 69:2,4
70:25 71:10 73:16 74:16
freed 10:3 68:6,18 69:11 70:7,8
70:19 71:8
Freetown 12:12
French 22:23 23:1 36:24 37:2
fresh 4:2
Friday 4:3,11 5:10 7:3 28:2,5,9
42:8
friend 23:14,15 25:1 30:20 55:22
friends 30:21
friend's 23:17
front 40:8,10 56:7 57:19,20 59:1
Frontiers 39:3 47:20
frustrating 13:3,7
further 33:19 34:2,8 36:4 50:1
51:25

G

gate 65:24
gather 51:10 52:16
Gbalatuah 56:3

Gbarnga 34:10 39:21,24 43:8
61:23 63:10,24 64:2,4,7,13,17
65:5
Gbatala 8:22,24 9:1,5 28:3,6,7
28:10 64:15 65:16 68:24
general 26:7,19 45:2
generally 71:24
gentlemen 5:22 77:1 78:3
geography 43:22,25 44:5
girlfriend 13:18
give 18:8 19:22 24:8,15 31:13,16
31:20 38:20 39:1
given 72:14
giving 18:4
go 4:3 14:13 15:9,14 21:17,21
22:9,12 29:13 33:4,8,9,19,21
33:23,24 34:8 35:6 36:3 37:11
37:14,15 38:11 39:16 40:12,16
44:20 45:21 46:7,16 52:9
69:18,22 71:23,25 73:13,16
74:21,23,24 75:6,12,18,20
77:6 78:15
goes 77:13
going 4:6 13:1 14:7,14 17:10
28:21 32:15,18 33:9,16,21,25
34:2,4 35:8,21 36:5 37:11
39:11,13,14,15,18,19,21 40:17
40:18,19,22 43:10,11,17,18,20
44:24 45:2,6,9,10,11 47:7,13
48:1 54:23 55:24 57:20 58:6,7
58:8,10,17,21 59:23 68:19
73:25 75:19 76:5 77:21
good 4:1 5:22,24,25 75:7,9
76:23
goods 20:24
gotta 44:24,25
government 1:17 21:7,16 22:12
GOVERNMENT'S 5:18
graduated 44:1
GRAVELINE 1:22 5:16
ground 51:13 52:20 57:25
group 15:6,18,22 52:18 53:3,6,7
54:7 55:9 56:6,7
guards 69:14,17,18,21 70:13
guess 33:16,23
Guinea 19:4 20:7 24:23 36:21,24
37:11,12 44:12 54:23
gun 48:10
gunshot 58:22
gunshots 58:23,25
guy 37:4
guys 54:5

H

half 76:19
hand 48:10 52:6 68:25 69:1
hands 66:18 68:2,4,6 70:25
hang 59:17,19
happen 14:23
happened 6:2,8 10:4 28:15 60:3
happens 75:23
harassed 14:20 16:2 17:14
harassment 16:10
hard 61:13,15
head 18:7,10 75:16
headquarters 15:9
heads 59:14,16,17,18,24 60:5,6
60:7,8
hear 32:18 35:5
heard 4:24 14:7 32:15 33:16
53:1,4 54:11,15,18 58:22,22
58:25 68:19 69:12
hearing 4:25
HECK-MILLER 1:18 4:6,16 5:12
help 75:14 76:16
helping 23:5
high 17:24 28:24

highway 74:24 75:1
hired 24:2,11
history 44:5
hold 4:11
hole 65:21,24 66:10 69:5,10,16
70:17,19,23 72:25 73:3,15
75:17
home 77:7,13 78:5,15
Honor 4:17 5:13 25:22 34:25
43:13 64:25 76:25 77:16,22
hope 78:18
Hopefully 78:12
hot 72:12
hour 4:5 76:19,19
hours 17:13 20:10 46:5,7,12,18
46:19,20 75:23,24 76:1,4
hunger 22:25

I

ICRC 38:21
idea 35:24 54:24
identification 3:8,20
identify 3:18
II 56:5
III 1:10
ill 77:7
image 51:25
immediately 55:11
incapacitated 4:7
INDEX 3:7,12,15
indicated 3:20
industry-standard 3:20
inside 63:20 66:9 73:25,25
instruction 78:17
intelligent 13:4
International 38:22 47:23
interrupted 12:21
intervened 9:17
introduction 28:14
involved 18:4
issue 5:11 73:18
i.e 3:21

J

Jeep 57:10,11,17,25
Jeeps 57:7,8,13,14,24
JOHN 2:2
john_wylie@fd.org 2:5
join 68:19,20 69:13 70:20
journey 17:11
Jr 1:8,9 56:5
Judge 1:14 35:1 77:18
Junction 14:15,16
June 26:1 27:3
juror 78:7,15,19
jurors 4:2 77:5,13 78:4,9
jury 5:13,17 19:13 77:3,25 78:1
78:21
Justice 1:22
Jusu 3:3 4:25 5:18,24 6:1,23
10:17 11:6 16:24 19:25 25:25
30:25 39:2 41:8 43:10 44:25
45:3 52:4 55:24 56:17 62:10
62:11,12,13 70:18 75:7,9
76:21

K

Kamajors 52:23 53:1,4,9,11 54:7
KAREN 1:17
karen.rochlin@usdoj.gov 1:20
keep 61:17 76:5 77:13
keeper 35:16
Kenema 7:1,6 11:8,12,13,21,23
11:25 12:2,11 14:6,11,12 30:6
30:8
kept 47:8 48:1
key 66:25

**kill** 9:17
**killed** 8:10 9:2,13 10:15 56:20
58:11
**kind** 4:9 15:21,24 20:13 30:23
37:22 47:4 53:23
**kinds** 72:14
**knew** 21:9,12 27:18,19,22,22,24
27:25 34:2,6,14 36:12 39:19
43:19 44:3 45:11 70:15 74:3
**knocked** 77:6
**know** 4:6,10,20,22 15:10 17:18
18:20 23:1,21 24:11 25:1
27:20 33:25 34:4 35:14 38:1
38:15 39:17,18 42:13,19 43:7
43:11,25 44:24 45:1,2,5,5,9
47:6,6,21 48:22 53:13 54:18
59:9 65:11,13 66:8,22 68:5
69:10 70:13,14 71:19,20 73:11
74:3 75:8,18 76:4,10,20 77:12
77:19 78:9
**knowing** 77:9
**known** 29:25 43:10,22 44:8,10
44:12,14,17,20 45:6 56:4
**Kolahun** 7:10,11,12,25 8:4 16:15
17:3,7,9,10,12,16 18:15,15,21
18:25 29:14 31:2,3,7,9,10,11
32:4 33:4,9,11,15,17 36:12
37:14
**Kollie** 10:5
**Kpadeh** 4:23 5:1

**L**

**Lack** 59:4
**ladies** 5:22 77:1 78:3
**large** 66:8
**latest** 4:3
**leader** 26:9 36:10
**learn** 65:15
**leave** 8:2,6 14:6,11 30:6,11 32:5
35:18 37:19 78:4
**leaves** 77:3 78:21
**left** 7:1,6,7 10:20 11:2 14:12 30:8
31:5 41:14 45:10 47:5,22
49:10 50:10 51:23,24 52:1
63:24
**legally** 29:23,24
**legs** 64:21,22
**Leone** 7:1 11:2 12:7,13,24 14:16
15:12,14 21:18,21 22:12 30:1
34:18 35:6,12 40:12 44:8
45:22 46:8 53:9 54:23
**let's** 9:18 30:2
**level** 11:22
**Liberia** 6:2,8 7:4 10:18,20 14:13
14:18,20,24 16:1,17 17:1,2,22
21:9 26:14 29:2,11 33:20 34:2
34:8 36:4 43:23,25 44:3,4,10
44:18 53:11 54:12 55:1 56:3
**Liberian** 16:13 21:2,4,4,7,12
22:11 28:18 36:6 44:4
**life** 9:2 73:18
**light** 73:6,8
**line** 3:9,9 4:11 66:2 74:23 75:6
75:17
**little** 4:13 19:6,13 20:2,4 50:1
64:19 71:14 78:12
**live** 30:18 44:7
**living** 6:11,13,16,20,22 7:1 10:25
30:5 63:4,6,7
**local** 20:22
**lock** 63:17 66:3,5,7,9,23,25
**logical** 35:11
**long** 16:5 17:9,12 23:23 29:25
30:10,15 31:9 46:2,4 74:12
76:12,16
**longer** 17:7
**look** 48:19

**looking** 57:18,19
**loosened** 64:19
**looted** 7:23 29:8
**lost** 4:4,10
**lot** 18:24 38:12,13 39:8 40:4,14
40:19 47:9 58:17 62:9
**Loudly** 48:8 70:11
**lovers** 29:22
**lying** 57:24 66:18

**M**

**M** 1:8,13
**main** 57:12,14,20,22,25
**man** 11:5
**managed** 7:3,17,22
**mango** 52:12
**manner** 68:14
**Mano** 14:14,16
**map** 16:17 17:1,2 19:2,6,10,10
19:12,17 44:7
**Marked** 3:8
**market** 20:22
**married** 13:10,12,14,19,25,25
29:17,21,22,23,24
**matter** 79:3
**McARTHUR** 1:9
**mean** 11:8 12:25 43:22 66:25
70:6
**meaning** 23:1
**means** 22:25
**Medecins** 39:3 47:20
**MEDINA** 2:7 79:5
**meet** 16:12 24:5,13 25:9,19
28:13 30:4,8 42:14 43:2,9
75:12
**meetings** 25:6
**member** 55:21
**members** 6:22 18:6 47:9
**men** 9:23,23 15:16,18,19 46:16
48:9 50:24 51:10 52:7,16 55:8
55:13 56:20,24 57:4,24 58:11
59:10,10,13 63:19 76:7
**mentioned** 6:25
**met** 17:22 23:25 24:15 25:7,8,10
25:12 27:14 28:7,11
**meters** 42:10
**method** 60:16
**Miami** 1:23 2:16 2:4,8,9 79:6,7
**middle** 9:11 74:10
**MIGUEL** 2:2
miguel_caridad@fd.org 2:5
**military** 74:1
**Miller** 5:10
**mind** 4:2 35:1,7,25 36:8 44:23
**minutes** 77:2
**missing** 78:9
**Misstates** 27:8
**Mohammed** 24:19,20
**moment** 25:22
**Momoh** 71:23,25
**money** 14:4 20:20 21:24,25 22:6
**Monrovia** 33:8,10,21,23,25 34:4
34:6,8,10 36:19 37:17,19
39:13,15,16,19 40:13,18,19
43:18 44:14,20 45:11
**months** 23:24 30:16 31:10
**morning** 4:1 5:22,24,25 40:24
74:14,15 76:5,24 77:20 78:13
78:16,22
**Mosquito** 26:7,9,14,19
**motion** 4:21
**mouth** 72:9,10
**move** 15:21
**moved** 7:24,25
**movements** 26:11
**moving** 40:11
**MSF** 39:3

**N**

**name** 16:13 18:4,6 23:17,21 24:8
24:15,18,24 29:21 30:25 31:1
**named** 17:3 67:2,5,12
**names** 38:20 39:1
**national** 21:5
**Nations** 17:24 18:18 38:3 45:17
58:16
**near** 64:12
**need** 43:24 66:25
**needed** 77:6
**needs** 78:4
**never** 25:8,10,12,17 27:6,7,19
27:19 36:1 43:21 44:4,22,23
45:4 54:3 69:21 73:10 74:3,3
**Nevertheless** 20:7
**news** 77:5
**NGO** 23:9 37:24 47:18 58:7,16
58:19 59:23
**NGOs** 17:23 39:1 47:24
**night** 9:11 40:23 63:24 64:4,7
65:5 67:2,8,9,10,15 69:14,16
73:10 74:10,14,19
**nights** 64:2
**Nodded** 11:20 56:14,16 60:23
61:22
**noise** 70:16
**nongovernmental** 23:11
**north** 2:8 34:5 41:4,14 42:3,9,11
42:13,25 43:4,8,11 44:18
54:20 58:2,4 79:6
**northern** 17:1
**numerous** 10:13
**N.E** 1:19
**N.W** 1:23

**O**

**oath** 27:3
**Objection** 27:8 34:24 43:13 59:4
64:25 75:2
**obtain** 12:21
**obviously** 13:4 53:23
**OCTOBER** 1:7
**offered** 21:24,25 22:1
**office** 1:18 2:3 50:23
**OFFICER** 5:13 77:22
**official** 2:8 28:25 79:6
**Oh** 11:19
**Okay** 9:9 11:4 12:19 13:23 14:10
15:20 16:4 20:21 25:18
27:15,17 29:16 31:4 39:20
41:2,17 44:16 45:24 46:6
47:11 48:5 49:6 55:25 57:3
63:21 65:14,20,23 69:7,23
73:22 74:4,9,18
**old** 13:10,14,19
**once** 55:1 73:15
**open** 63:16 68:20 69:13 70:3,23
70:24
**order** 9:2
**ordered** 9:13 45:14
**organization** 23:11 38:3
**organizations** 38:17,19
**outside** 53:2 70:7
**Overruled** 27:10 35:2 43:15 59:6

**P**

**Page** 3:2,9,9,13,16 26:4
**Pardon** 15:17 20:3 21:19 23:4
49:9 52:24 53:19 55:18 59:12
63:5 66:24 67:22
**parked** 57:17
**part** 44:18 59:13
**particular** 50:25
**parties** 77:8
**pass** 34:10 40:12 43:1,2
**passed** 47:3

**Patricia** 77:19
**Paul** 8:11 41:12,23 56:3 59:24
**paved** 74:19
**pay** 29:6
**Pennsylvania** 1:23
**people** 6:25 15:4,12,12,13 18:8
18:12 21:25 22:1,6,7,12,16
23:3 24:5 28:19 29:4,6,11
31:16,21 34:17 35:6,17,21
38:9,18 53:9 54:8,9 56:12
58:11 61:8 62:9 75:12 78:11
**Perfect** 41:6
**period** 20:13
**permanently** 69:21
**permit** 12:23
**person** 24:15 27:24
**persons** 56:6
**Peter** 23:18,19,23 24:10,11
**photograph** 50:11,14
**picture** 41:3 42:5 48:13,21 49:3
49:25 50:5 51:4,15,16 57:18
57:19
**pit** 12:20 13:7 66:14 67:10,21,23
67:25 75:7 76:13
**pits** 73:13,14
**place** 14:23 30:5 50:25 51:22
56:25 58:12 65:15 69:19,20
73:9,12 75:10 76:3
**placed** 60:5 65:21 73:14
**places** 61:5
**Plaintiff** 1:5
**plan** 14:6 45:1,4 73:1,15 75:7,9
75:21,22
**plane** 10:20
**plastic** 60:25 61:3,5,13,21 65:18
67:19 68:8 69:3 71:2,5,6,8,20
**please** 5:21 16:18,20 19:13,15
41:4 48:14 51:5 75:10 77:2
78:2
**point** 5:1 19:12,15 29:8 42:11
45:21 52:6,16 72:20 76:23
**pole** 49:23
**poles** 49:2,3,3,10,14
**police** 21:5 63:10,24 64:2,4,7
65:5
**policemen** 61:7
**position** 77:8
**possible** 33:15,16 60:1,2
**president** 21:9 28:21 29:2 34:15
**presses** 4:9
**primarily** 36:24
**prior** 4:21 27:8
**prison** 10:13
**prisoners** 63:15
**proceeding** 26:1,7
**proceedings** 1:13 79:3
**process** 18:4
**Program** 37:23 38:4,15
**provide** 31:15
**psyching** 54:9
**Public** 2:3
**purpose** 15:10 28:22 61:17
**put** 4:11 14:2 48:13 62:4

**Q**

**question** 9:18 17:12 26:3,17
27:24 28:5 31:24 50:16 52:22
55:6 71:25
**questioned** 45:19
**quietly** 15:24

**R**

**R** 79:1
**reach** 68:24
**read** 55:24 78:17
**ready** 5:15
**really** 4:8,10,13 20:13 28:13 70:6

76:10
**REALTIME** 1:25 2:25
**reason** 12:4
**rebel** 26:11
**rebels** 53:1,4,14,16,21 54:5,7,22
**receive** 31:17
**received** 3:8 72:21
**recess** 76:24 77:4,6,8,17 78:8,14
**recognize** 41:10 50:5,6,8
**recognized** 10:4
**recruit** 22:6,16 34:22 35:8,21
**recruited** 25:6
**recruiting** 22:12,15 28:19 29:5
  34:17 35:5 36:3
**red** 38:22 47:23 51:19
**redouble** 35:21
**referring** 26:19 53:13 54:8
**refugee** 10:7,12 17:16,18,20
  18:16,21,24 23:6 31:11,15
  36:16 37:14 45:17
**refugees** 17:25 23:5,7
**regardless** 5:11
**registered** 17:20,24 18:2,8
**registration** 18:4
**relation** 50:14
**relatively** 32:13
**relatives** 47:10
**release** 69:1
**released** 47:10
**relevant** 35:1
**remember** 16:12 24:25 25:25
  26:3 30:4 31:1 39:7 49:12
  55:17,19 58:24 62:22 76:14,18
  76:21
**renew** 5:3
**REPORTED** 2:6
**Reporter** 2:8 79:6
**Reporter's** 3:5
**representatives** 21:13 29:4
**request** 5:3 15:10
**requested** 4:2
**reselling** 20:24
**resolve** 77:10
**response** 17:8
**responsible** 18:12
**rest** 33:2 74:13
**resume** 77:10,17 78:22
**RESUMED** 5:18
**return** 77:20 78:16
**returns** 5:17 78:1
**rice** 72:18
**right** 8:14,20 10:5,18 13:16,21
  14:8,11 18:16,23 20:2,4 21:5
  21:10,22 22:1,23,25 26:7,12
  26:15 27:25 28:19,22 29:6
  31:2,24 32:3,5,23 33:4 34:3,15
  34:20 35:6,9,23 36:4,10,12,19
  36:22,25 37:9,15,18,20 39:14
  39:16,22 40:23 41:12,15,19,23
  42:17,21 43:1,6,11,23 44:3,8
  44:10 45:15,25 46:13 47:23
  48:3,3 49:10 50:9 51:23 52:11
  52:14,17 53:21,24 55:5,17,19
  55:23 56:15,15,17,18 57:10,12
  57:22 58:2,14,16 59:3,11,25
  61:5,10,13,17 63:4 65:6,16,18
  65:24 68:14 69:3,24 70:14
  71:6,12 73:24 74:2,7,10 76:3
  78:6,22
**River** 8:11 41:12,23 56:3 59:25
**road** 17:23 33:24,25 39:21 41:19
  57:12,14,20,22,25 58:15 59:23
  74:19
**ROCHLIN** 1:17 27:8 34:24 43:13
  59:4 64:25 75:2 77:9,16
**roof** 51:19
**root** 72:12
**rope** 60:24 61:1 64:13 68:24

69:1 71:1,2,2,5,6
**round** 51:2,4,18
**rounded** 15:4
**route** 74:13
**Roy** 1:8 56:4
**RUF** 26:9,11
**ruling** 4:25 5:2,6
**run** 18:18,20 36:6 72:6 73:16,17
**running** 14:14 17:18 72:5 73:2
  73:17,20,21 74:5,12 75:23,25

**S**

**safe** 32:13 33:6
**Samukai** 10:7,12
**Sans** 39:21 47:20
**sat** 25:17
**saw** 4:20 22:11 25:12,13 27:3,6
  27:7,14,15,20 28:2,6,9 32:7,9
  32:11,25 59:13,14 60:18,20
  68:8
**saying** 35:19 69:2 70:8,19 71:3
**school** 11:16,21 38:9 44:1
**schooling** 11:23
**screen** 19:23,25 49:11 52:6,9
**seated** 5:21 78:2
**second** 67:15
**secondary** 11:16 44:1
**secure** 32:3
**security** 5:13 14:21 15:4 16:13
  21:2,4,12,20 22:15 28:18
  29:11 34:17 55:1 77:22
**see** 4:14 9:3 10:4 16:24 17:3
  19:2,10,10,12,13,16,21 20:5,6
  25:15 27:13 40:21 41:4,8
  42:15 49:10 50:10 51:22 52:4
  57:20 63:15 65:12 66:21 68:14
  73:3,8
**seeing** 17:2 27:23,24 44:7
**seen** 15:11,12 27:19 28:8,18,21
  28:24 35:12,12 54:3 59:2,5,10
  59:24 60:6,16 61:5,7,10 67:17
  73:10
**selected** 8:16 56:6
**sense** 35:20 54:25 75:16 77:17
**separated** 46:17 55:8
**Services** 16:13
**set** 20:14
**shelter** 31:13
**She'll** 33:9
**short** 77:4
**shot** 8:16,18,20 55:11 56:6
**shouting** 48:6,9 52:13 58:22
  68:18 69:11 70:3,4,6,9,17,18
**show** 45:17 50:1
**sick** 78:4
**side** 41:4,25 42:3,9,11,25 43:4,6
  46:16,17 47:7 48:24,24 49:3
  50:19 51:17 52:12 54:15
**SIDEBAR** 3:15
**Sierra** 7:11 12:12:7,13,24 14:16
  15:12,14 21:18,21 22:12 30:1
  34:18 35:6,12 40:12 44:8
  45:22 46:8 53:9 54:23
**sign** 21:17,20 22:3 25:8
**simply** 44:6 77:19
**sir** 5:25 6:1,4,7,10,12,17,21,24
  7:2,5,9,10,11,14,18,20,21,24
  7:24 8:1,4,7,9,12,15,17,19,23
  8:25 9:6,12,14,19,22,24 10:1,6
  10:9,14,19,22,24 11:1,3,7,12
  11:14,16,18,22,24 12:1,3,6,8
  12:10,12,14,16,18 13:2,6,9,17
  13:22,22 14:1,1,5,9,12,14,17
  14:19,22,25 15:2,5,7,15,25
  16:3,6,8,11,14,16,25 17:2,4,6
  17:13,15,17,22 18:1,3,5,7,11
  18:17,22 19:1,3,5,11 20:8,11

20:12,15,18,20,23,25 21:2,3,6
  21:8,11,16,23 22:4,8,10,14,17
  22:22,24 23:1,6,8,10,12,16,20
  23:22,24 24:1,7,10,12,14,17
  24:21,25 25:3,5,8,14,16,18,21
  26:2,8,10,13,21,23 27:2,5,16
  27:21 28:1,4,11,16,20,23 29:1
  29:3,7,10,12,15,24 30:4,7,9,12
  30:14,19 31:1,3,6,8,10,12,14
  31:19,23,25 32:2,4,6,8,10,12
  32:14,17,19,21,24 33:1,3,5,7
  33:10,14,18 34:11,13,16,19,21
  35:18,24 36:5,9,11,13,15,17
  36:20,23 37:3,7,10,13,17,21
  37:25 38:5,14,16,23,25 39:9
  39:13,15,19 40:1,3,5,7,9,15,20
  40:24 41:1,9,11,13,16,20,22
  41:24 42:22 43:9,18,24 44:2,4
  44:9,11,13,15,19 45:11,16,18
  45:20,23 46:1,3,9,14,17,22,24
  47:1,7,13,19 48:4,7,11,18,20
  48:24 49:5,12,22 50:6,12,23
  51:1,9,12,20,22 52:5,8,10,15
  52:18,21 53:8,12,15,17,22,25
  54:4,14,17 55:4,7,10,12,20
  56:1,22 57:5,9,19,21,23 58:1,3
  58:6,20,24 59:1,15,22 60:1,1,4
  60:7,9,13,17,19,21 61:4,6,9,11
  61:16,18,20,24 62:1,3,5,7,9,13
  62:16,18,20,22 63:1,3,9,12,14
  63:18,23 64:1,3,6,11,15 65:7,9
  65:17,19,22,25 66:4,11,13,15
  67:1,4,11,14,18 68:3,10,13,16
  68:24 69:6,9,15,25 70:12 71:7
  71:15,17 72:2,4,11,15,17,19
  72:22,24 73:5,7,10,25 74:8,11
  74:17,20 75:5,10 76:2,6,8,18
  76:22
**sister** 29:18,21
**sisters** 6:20
**sister-in-law** 29:19,20
**sister-in-law's** 30:2
**sit** 25:19 51:13 52:7,17,20
**sitting** 8:13 50:13 51:15
**situation** 77:10
**situations** 7:4
**skin** 61:12
**slack** 68:24 71:13
**slacked** 64:13 65:4 71:14
**sleep** 31:18,24
**small** 19:13,21
**smart** 11:15 15:21 37:4
**smelly** 69:19,20
**soldier** 21:22 53:23
**soldiers** 52:15
**somebody** 10:4 14:7 54:9
**someplace** 50:25
**somewhat** 44:25
**son** 28:21 77:7,14 78:4,15,18
**sorry** 13:12,17 19:17 35:3 40:16
  50:7,16 57:16,18 62:14
**sort** 45:1 47:24 66:21,22
**south** 33:19,24,24 34:1,3,4 36:4
  37:15 38:11 39:12,16,16 42:9
  42:13 43:5,7,11,12,20 44:21
  45:6,10 54:22 58:4 59:16
**SOUTHERN** 1:1
**space** 63:16
**spare** 9:2
**speak** 36:24 37:2
**speaker** 3:20
**specifics** 77:9
**speculation** 34:25
**spend** 40:23
**spent** 67:10
**sponsors** 18:7
**spread** 49:17
**St** 8:11 41:12,23 56:3 59:24

**start** 4:4 5:11 37:8 39:14 72:5
**started** 20:19 36:18 76:3
**starts** 70:17
**statement** 4:21 56:8,13,15
**States** 1:1,4,14 2:8 79:6
**Station** 63:11,25 64:2,5,8,13
  65:6
**stay** 16:5 17:12 31:18 64:2,4
**Ste** 2:8
**stealing** 22:16
**Stems** 72:13,22,23
**stick** 48:25
**sticks** 66:2
**stop** 4:5
**store** 7:22 29:8
**straight** 27:12 74:23 75:6,17
**stranded** 47:4
**straps** 69:3
**street** 1:19 2:3 51:19
**studied** 44:4
**studying** 11:19 44:6
**Suite** 79:6
**Sulaiman** 3:3 5:18
**summarily** 56:6
**supervisor** 24:8
**supplies** 31:17
**supply** 31:21
**sure** 4:15,19 55:15,16 59:21
**suspected** 53:20
**Sustained** 75:3
**swamp** 73:12,13,13
**Sweden** 6:2,5,11,14,16,20,23
  10:21 11:18,19 12:5 63:4,6,7
**Swedish** 61:10

**T**

**T** 79:1,1
**tabie** 68:25 69:3
**tabied** 60:12 63:22 64:10 65:18
  66:10 67:17
**TABLE** 3:1
**take** 14:8 16:9 31:23 33:24 57:2
  58:11 64:15 76:12,23 77:1
  78:4,15
**taken** 8:22 9:10,20 10:12 15:12
  61:23,25 64:7 65:5,15,21
**talk** 68:19 72:7
**talked** 25:17
**talking** 26:14,24 44:6,6 49:2
  58:18 65:1 69:12 75:2
**Taylor** 1:8,9,10 9:2 21:10,15
  25:9 26:20,25 27:4,6 29:5
  34:14,22 35:5,20 36:2 37:15
  56:4,5,5
**Taylor's** 9:10
**telephone** 3:19
**tell** 8:18,22 9:1 15:8 19:20,22
  28:2,5 34:14 35:10 38:17
  45:21 49:7 51:15 53:16,20
  55:25 61:12 68:6 71:4 76:18
**telling** 27:6 28:10 75:11
**temperature** 78:12
**testify** 27:3
**testifying** 25:25 26:6
**testimony** 4:22 27:9
**Thank** 4:16 5:9,12 41:6 45:13
  50:3 77:24 78:19
**thing** 75:16
**things** 49:13 71:6 72:9,10 77:23
**think** 36:1,6 43:21 70:15
**thought** 4:4 11:17 35:7 42:8
  44:22 77:11
**three** 6:19 18:14 20:10 31:10
  56:6 60:7,8
**throwing** 77:7
**thrown** 61:23
**Thursday** 4:7,9

tie 65:10
tied 57:4,11,25 58:12 60:10,24
  61:17,19 62:2,25 64:10,15,16
  64:23 65:8,13 66:18 68:8,14
  68:22
tight 69:3
tightly 61:17,19 68:8
time 3:18 4:10 12:23,25 20:13
  21:9 26:9 27:23 28:2,6,9,11
  30:1,13 37:12 45:9 46:3 59:13
  61:6 64:16,17 67:12 72:20
  76:4,14,17 78:13
times 10:13 60:20
today 78:10
token 31:16
told 7:3 11:17 15:3 29:1,3 32:5
  47:22 52:7 53:4 58:11 59:19
  68:18 69:12
tomorrow 77:17,20 78:13,16,22
top 48:25 66:2
TOTAL 1:25 2:25
touch 19:17,18,23,25 52:9
touching 52:6 60:14 71:12
town 16:1 17:3 39:24 41:4,14
  74:25
Training 9:20
TRANSCRIPT 1:13
transcription 1:25 2:25 79:3
travel 30:6
traveling 40:2 43:4 58:15
treated 15:11
tree 52:12
Trial 1:13,22
tried 74:23 75:6
trip 36:19
truck 24:3,3 25:2 37:20,22 38:10
  40:6,8 41:18 42:20 45:15
  46:25 47:2,3,4 57:4,6 58:7
  59:2,23 61:23,25 64:12,17
trucks 38:10,12,13,15,17,24
  39:8,11,12,14 40:2,4,10,11,14
  40:18,19 41:18,19 43:1,2,4
  47:12,13,18,20,22,23 58:4,4,6
  58:7,12,14,16,16,17,17,19,21
true 60:3
try 12:7 13:24 19:22 76:16
trying 22:6,16 29:6 49:7 54:9
  64:15 74:24 75:1,12,18
Turay 4:24 62:15 63:8 65:10
  71:23,25
turn 36:7
twice 8:24
two 20:10 46:5,7,12,19,20 49:3
  49:10,13,14,17,23 59:24,24
  63:19 64:2 71:5 78:9
tying 60:16
type 49:1
T.V 61:7,10

U

understand 35:19 73:19 75:11
  75:15 76:16
understanding 15:13 78:3
UNHCR 17:19
United 1:1,4,14 2:8 17:24 18:18
  38:3 45:17 58:16 79:6
university 11:8,13,15,17,19,25
  12:2,4,7,15,21 13:4,24 14:2
untie 68:20
use 61:1,7
U.N 38:2
U.S 1:18,22

V

Vahun 7:11,14,15 15:1,11 16:5
  16:10,12 17:5,10,10,21,22,24
various 7:4

vehicles 58:15
vertical 49:3,14
vicinity 56:2
village 74:25
Voinjama 7:19,20,22 8:2,5,6,6,8
  16:20 17:11 19:2,12,14,17,22
  20:1,4,7,11,14 21:1 22:11,19
  23:25 25:11,16,19 26:24 27:4
  27:7,12,18,20,25 28:18 29:4
  30:9,10,11,12,15,16,19,22,22
  31:2,3,5 32:16,18,20,22 33:14
  33:24 34:3,12 35:22 36:3,8
  38:6 39:12 40:12 44:17 45:7
  45:10,10 47:22 48:2 54:6,12
  54:13,13,18,20 58:18
vs 1:7

W

wait 4:14
waiting 47:9 77:13
walk 20:10 64:22 73:12 74:13
walking 73:19,21 74:5
want 5:3 33:11 45:8,21 50:16
  55:24 70:20 71:4 73:19
wanted 4:1 9:3 14:7 15:8 21:17
  21:20 33:4,8,19 70:2
wants 68:19
war 7:7,7,9 12:18,22,25 13:8
  14:1,3 35:12,15,18 37:11 45:5
  60:20
Washington 1:23
wasn't 13:7 28:14 62:21
water 66:14
way 4:12 33:23,23 62:21 68:8
ways 13:9
weapons 54:1
week 4:8 16:6 17:7
Welcome 5:22
went 7:10,19 8:4,5 10:20 17:5
  18:15 31:2,7 32:20,22 34:3
  37:17 51:1
weren't 17:14 29:23 53:23
west 2:3 34:1
we'll 4:5 5:11 77:1 78:22
we're 55:2 58:17 74:13
WFP 37:23
wife 6:11 18:14 32:25 33:8,9,19
  36:18
wife's 29:21
willing 45:7
witness 4:7,8,12,23 5:2,11,16,18
  34:24 59:5 65:1
witnesses 5:3
witness-by-witness 5:4
WO 10:4
women 15:19 32:11 46:16
wonder 34:12 54:22
word 22:23 53:13 70:9,18,18
  71:2
work 4:9 21:16 22:20 23:23
worked 21:15 23:13,14,15
working 23:14,15 24:3,10
World 37:23 38:3,15
worry 5:10 56:10
wouldn't 7:6 9:6 10:2 11:5 30:23
  32:13 34:9 37:16 74:23 75:7
written 22:3 56:9
wrong 56:15,17,18,19
WYLIE 2:2

Y

Yeah 50:23 57:19
year 26:1 30:12
years 13:15,17

Z

zoom 16:20

Zorzor 34:10 39:25 40:23,23
  42:14 43:8

$

$1,000 22:1

0

06-20758-CR-ALTONAGA 1:3

1

10 77:1
10/6/08 5:20
10:22 77:3,4
10:31 77:15
10:33 78:1
10:34 78:21
100 42:24
11764 26:4
12 50:5
12-2 2:8 79:6
15 70:13
150 2:3
1998 7:1
1999 6:3,9 49:2 56:2

2

2 46:18
20 13:17,20
2008 1:7
202.514.3270 1:23
20530 1:23
23 13:15

3

3:30 4:3,5
305.523.5518 2:9 79:7
305.523.5519 2:9 79:7
305.536.4675 1:20
305.961.9234 1:19
305/530-7120 2:4
305/536-6900 2:4
33128 2:9 79:7
33130 2:4
33132 1:19
36-years-old 13:11

4

4 19:10
4th 1:19
400 2:8 79:6

5

5 3:3,4
50 9:23
500 22:1
57 52:4 57:18

6

6 1:7

7

79 3:5

8

8:30 4:4,12

9

9:00 4:11 5:11
9:03 5:17,20
9:15 77:20 78:16
92 13:13,22
950 1:23
99 1:19