UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case 06-20758-CR-ALTONAGA

THE UNITED STATES OF AMERICA,

        Plaintiff,

                           MIAMI, FLORIDA

vs.

                           OCTOBER 6, 2008

ROY M BELFAST, JR., a/k/a
CHUCKIE TAYLOR, CHARLES
McARTHUR EMMANUEL, CHARLES
TAYLOR, JR. and CHARLES
TAYLOR, III,

        Defendant.
_____

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE CECILIA M ALTONAGA,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                    KAREN ROCHLIN, A.U.S.A.
                    CAROLINE HECK-MILLER, A.U.S.A.
                    Office of the U.S. Attorney
                    99 N.E. 4th Street
                    Miami, FL 33132 - 305.961.9234
                    (Fax) 305.536.4675
                    Email: karen.rochlin@usdoj.gov
                              caroline.miller@usdoj.gov

                    CHRISTOPHER GRAVELINE, Trial Attorney
                    U.S. Department of Justice
                    950 Pennsylvania Avenue, N.W
                    Washington, D.C. 20530 - 202.514.3270
                    christopher.graveline@usdoj.gov

              TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

**October 6, 2008**

**FOR THE DEFENDANT:**

JOHN WYLIE, A.F.P.D.
MIGUEL CARIDAD, A.F.P.D.
Federal Public Defender's Office
150 West Flagler Street
Miami, FL  33130 - 305/536-6900
                (Fax) 305/530-7120
Email:   miguel_caridad@fd.org
                john_wylie@fd.org

**REPORTED BY:**

BARBARA MEDINA
Official United States Court Reporter
400 North Miami Avenue, Ste. 12-2
Miami, FL  33128 - 305.523.5518
                (Fax) 305.523.5519
Email:   barbmedina@aol.com

                - - - -

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

October 6, 2008

1                          TABLE OF CONTENTS

2                                                               Page

3   Sulaiman Jusu ......................................... 10

4        Cross-Examination By Mr. Caridad ................ 11

5        Redirect Examination By Ms. Rochlin ............. 87

6   Direct Examination .................................... 102

7        Madiana Koroma By Ms. Rochlin ................... 102

8        Cross-Examination By Mr. Caridad ................ 133

9        Redirect Examination By Ms. Rochlin ............. 157

10  Maada Jusu ............................................ 160

11       Direct Examination By Ms. Rochlin ............... 160

12       Cross-Examination By Mr. Caridad ................ 182

13       Redirect Examination By Ms. Rochlin ............. 213

14  Abu Mansalay .......................................... 219

15       Direct Examination By Ms. Rochlin ............... 219

16  Reporter's Certificate ................................ 239

17

18                        INDEX TO EXHIBITS

19  Exhibits                    Marked for            Received
                              Identification        in Evidence
20
    Description                Page     Line     Page     Line
21
    Defense Exhibit 1 ............. 126        8
22

23
                          CITATION INDEX
24
                                                              Page
25  Tomei v. United States ................................ 231

1    United States versus Baldwin ................................ 9

2    United States versus Gaskill ............................... 6

3    United States versus Scurry ................................ 8

4

5                    SIDEBAR CONFERENCE INDEX

6    Descriptions                                          Page

7    Sidebar Conference Begins .................................. 100

8    Proceedings In Open Court Resume ........................... 102

9    Sidebar Conference Begins .................................. 151

10   Proceedings In Open Court Resume ........................... 152

11   Sidebar Conference Begins .................................. 161

12   Proceedings In Open Court Resume ........................... 162

13   Sidebar Conference Begins .................................. 218

14   Proceedings In Open Court Resume ........................... 219

15                    ADMINISTRATIVE CONVENTIONS:

16          When counsel does not identify themselves each time they

17   address the Court during a telephone conference, the

18   industry-standard speaker identification is indicated by

19   chevrons, i.e., >>>:

20

21

22

23

24

25

                    **October 6, 2008**

1          THE COURT:   Good morning.   I understand there was an

2     issue the parties wanted to address?

3          MS. ROCHLIN:   Yes, Your Honor.   Good morning.   Karen

4     Rochlin, for the United States.

5          Yesterday afternoon, Mr. Caridad informed me he

6     intended during today's cross-examination of the witness to

7     conduct a live courtroom demonstration involving a flex-cuff.

8     At approximately 2:30 yesterday afternoon, he delivered what I

9     assume is a sample of the flex-cuff he intends to use in court.

10          My understanding further is that -- and Mr. Caridad

11     can correct me if I'm wrong as to some of the particulars --

12     but what he wants to do is put the flex-cuff in an encircled,

13     locked position and ask the witness to unlock or attempt to

14     open the flex-cuff, not while it's on the witness, but while

15     the witness, according to my understanding, is holding the

16     object.

17          The Government objects to this kind of courtroom

18     demonstration under rule 403 and under case law.   I have had an

19     opportunity this morning to share the Government's authority

20     with Mr. Caridad.   I've brought copies for the Court as well.

21          THE COURT:   All right.   Why don't you pass those up?

22          MS. ROCHLIN:   Judge, I do have to tell you as to one

23     case, my only copy is a highlighted copy.   I hope the Court

24     does not object to that.

25          THE COURT:   No.

**October 6, 2008**

1           MS. ROCHLIN:   May I approach?

2           THE COURT:   Sure.

3           I'll hear from the Government.

4           MS. ROCHLIN:   Your Honor, I don't think the parties

5    dispute the controlling standard was stated in the 11th

6    Circuit's opinion of United States versus Gaskill, a case

7    involving a live demonstration where a doll was shaken to

8    recreate Shaken Baby's Syndrome.

9           While the 11th Circuit has ruled, along with other

10   circuits, a perfect identity of circumstances is not required

11   for live courtroom demonstrations, the standard is a demanding

12   one.   The proponent, in this case the defendant, has to show

13   the demonstration must be so nearly the same in substantial

14   particulars as to afford a fair comparison with respect to the

15   particular issue to which the test is directed.

16           On this record, we don't have that here.   The witness

17   who testified, Mr. Jusu, has said that his arms were bound

18   behind him in plastic cuffs.   He has never identified them as

19   flex-cuffs.   He said merely that they were cuffs.   We don't

20   know what make, what manufacturer, what the locking mechanism

21   was.   We know none of the particulars relating to the cuff

22   itself.

23           Apart from that, it's clear from the witness'

24   testimony, he did not actually see how the cuffs were removed

25   from his arms bound behind his back.   All the record says from

1  yesterday at, I believe it's page 71 of yesterday's transcript,

2  is that the cuffs were forced from his arms by another

3  individual.  He doesn't know how that happened, but he did use

4  the phrase "They were forced off of me," or words to that

5  effect.

6          So the Government submits not only do we not know if

7  the cuff is the same, but having the witness tug on a locked

8  cuff that is not on his body is not comparable to what he's

9  describing.

10          The record does not reflect that the cuff was tugged

11  open.  It was simply forced off him  The detail in that

12  respect simply doesn't match.

13          Additionally, Your Honor, we have no evidence on the

14  record as to the condition, in particular, of the witness' body

15  at the time the cuffs were forced off.  We don't know what the

16  humidity was.  We don't know if he's perspiring.  We don't know

17  how tightly the cuffs were drawn, although the witness has

18  testified they were tight enough to cause him great pain.

19          All of these things can affect the ability to remove a

20  flex-cuff.  If time allowed, based on my discussions with

21  Federal agents, Your Honor, I think the Government could

22  present testimony to the effect that law enforcement views

23  flex-cuffs themselves, even if we are talking about an

24  equivalent device, as a temporary restraint precisely because

25  people do have the ability to get out of them and escape from

1  them   When law enforcement wishes to safely secure an

2  individual, they use handcuffs, as opposed to flex-cuffs.

3  That's what they do when effecting arrests or conducting search

4  warrants, and so from the Government's point of view, the

5  record now does not support the substantial similarity the law

6  requires and we don't believe, given the limited nature of the

7  witness' knowledge, that the record can support that.

8          The cases we've provided to the Court involve a series

9  of examples where live courtroom demonstrations were found not

10 to be appropriate.

11         In the Gaskill case, it was the Government's

12 demonstration and the conviction was reversed by the 11th

13 Circuit precisely because the Court found the demonstration to

14 be so prejudicial as to affect the defendant's substantial

15 rights.

16         In United States versus Scurry, which is an

17 unpublished decision not from the 11th Circuit, the Government

18 has provided an example where a defendant wished to conduct a

19 demonstration involving a pat-down with concealed contraband to

20 make the point law enforcement can miss contraband during the

21 course of a search.  In that case, I think the Government's

22 informants could have hidden contraband on their bodies and

23 could have lied about the drugs coming from the defendants.

24         In Scurry, the Court rejected the demonstration

25 finding conditions were not substantially the same.  The

October 6, 2008

1   clothes were different, conditions were different.   Therefore,

2   the Court did not allow the demonstration and that decision was

3   affirmed by, I believe it was the 4th Circuit.

4           Maybe even closer, Your Honor, to the facts of this

5   case is the case of United States versus Baldwin, which is a

6   6th Circuit case from 2005.   It involved a claim of kidnapping

7   by a defendant in defense to the charges against him

8           There the defense prepared a videotaped reenactment of

9   that defendant's efforts to escape from his confinement during

10  what he claimed was his kidnapping.   The Court ruled again

11  because certain particulars were not substantially the same, it

12  was inappropriate to conduct the courtroom demonstration.   That

13  decision was affirmed.

14          So, Your Honor, because of the nature of the testimony

15  relating to the flex-cuffs in this case, the fact that the

16  witness on the stand could not even see or identify the

17  specifics of how they were removed from his arms, we believe it

18  is prejudicial and inappropriate to have a torture victim take

19  a restraint in his hands and attempt to unlock it or open it in

20  a manner which we can't say is in any way consistent with the

21  evidence developed at this point.

22          THE COURT:   Thank you.

23          How much longer do you have on the cross-examination,

24  Mr. Caridad?

25          MR. CARIDAD:   I think about an hour, Your Honor.

**October 6, 2008**

1          THE COURT:   We can't take up the jury's time with this

2    prolonged discussion.   We'll do it at the lunch recess and you

3    can reserve on this issue.

4          If I rule in your favor, we can bring him back after

5    the lunch hour.   If I don't, nothing was lost except we save on

6    jury time and moving the trial along.

7          Let's bring the witness inside, please.

8          Were there any cases you wanted me to consider or no?

9          MR. CARIDAD:   The same ones.

10          THE COURT:   I'll take a look at them more closely

11    while the trial continues.

12          THE WITNESS:   [Entered the courtroom at 9:21 a.m].

13          THE COURT:   Please bring the jury in.

14          [The jury returns to the courtroom at 9:21 a.m]

15          THE COURT:   Is your son better?

16          A JUROR:   Yes.

17          THE COURT:   Everyone please be seated.   Welcome back,

18    ladies and gentlemen.

19          I think you will notice it's a little warmer in the

20    courtroom   For those of you who are suffering from colds, I

21    hope you're feeling a little better this morning and the break

22    gave you a chance to recover.

23          Please continue.

24          MR. CARIDAD:   Thank you, Your Honor.

25          SULAIMAN JUSU, GOVERNMENT'S WITNESS, RESUMED

**October 6, 2008**

## S. Jusu - Cross

1              CROSS EXAMINATION (cont'd)

2    [Beginning at 9:23 a.m, 10/7/08.]

3    BY MR. CARIDAD:

4    Q.   Mr. Jusu, yesterday we stopped while you were telling us

5    about your first escape from the Gbatala Base.   Do you

6    remember, sir?

7    A.   Yes.

8    Q.   Before we get do that, I want to ask you a few things about

9    something you testified to before you got to that point.

10             You said when you were leaving Voinjama, you didn't

11   know in which direction you were going.   You were just going to

12   Monrovia.   Is that right, sir?

13   A.   Yes.

14   Q.   But when you worked for Action Faim, the NGO --

15   A.   Yes.

16   Q.   -- you testified you were an assistant truck driver?

17   A.   Yes.

18   Q.   While you were working for Action Faim, you drove from

19   Voinjama south past Zorzor, past the bridge, past Gbarnga and

20   past the town of Gbatala and into Monrovia?

21   A.   Yes, sir.

22   Q.   You did that numerous times.   Right?

23   A.   Yes, several times.

24   Q.   When you were working with Action Faim, you knew very well

25   at least one way was to go south across the bridge to Gbarnga.

**October 6, 2008**

## S. Jusu - Cross

1  Right?

2  A.   Going to Monrovia, sir.

3  Q.   You get to Gbarnga.   There's an intersection and you make a

4  right --   correct -- and you're going towards Monrovia.   Tell

5  me if I'm saying anything incorrect.

6  A.   Yes.

7  Q.   Then you actually get to the town of Gbatala?

8  A.   I never knew Gbatala before.

9  Q.   You never saw any signs near Gbatala Town saying "This is

10 Gbatala Town"?

11 A.   No, sir.

12 Q.   Eventually, you keep going on that road and you'll get to

13 Monrovia.   Right?

14 A.   I just knew Monrovia Road going to.

15 Q.   You worked as a truck driver and numerous times you took

16 this very route that you're telling us about.   Right?

17 A.   I went to Monrovia several times, about two or three times.

18 Q.   Through this route?

19 A.   Through Monrovia Highway, sir.

20 Q.   That got you to Gbarnga and eventually across the bridge to

21 Gbarnga and eventually to Monrovia?

22 A.   To Monrovia, sir.

23 Q.   Yesterday you also told us that you spent -- you didn't

24 spend any nights at the Gbarnga Police Station.   Right?

25 A.   Yes, sir.

**October 6, 2008**

## S. Jusu - Cross

1  Q.   You were just taken there and the same night you were

2  removed from the cell and taken to the base.   Right?

3  A.   Yes, sir.

4  Q.   Okay.

5        You have prepared a written statement about what

6  happened to you in Liberia entitled "My Liberian Experience."

7  Right, Mr. Jusu?

8  A.   Yes, sir.

9  Q.   And you wrote that in April of 2007.   Correct?

10        In that statement, you say you were detained two

11  nights at the Gbarnga Police Station.   Isn't that right, sir?

12  A.   Yes.

13  Q.   Which is it?   Were you detained two nights at the Gbarnga

14  Police Station or were you just detained there for a few hours?

15  A.   I was there in the evening.   We were there until the night,

16  sir, the same night.

17  Q.   The same night.

18        What you wrote in the Liberian Experience document is

19  incorrect?

20  A.   Yes, sir, but I talk with you.

21  Q.   When you wrote this document in April, no one was hurrying

22  you.   Right?

23  A.   No.   But I had some mistakes there and I corrected the

24  mistakes.

25  Q.   The last thing I want to talk to you about before we get

**October 6, 2008**

## S. Jusu - Cross

1    back to the escape, you did tell us that in Voinjama you did

2    see David Compari.  Right?

3    A.   I don't know if he's David Compari.  I said "Compari."

4    Compari was in Voinjama together with General Mosquito and

5    Mr. Chuckie Taylor and several other people.

6    Q.   And you saw Mr. Compari in Voinjama.  Right?

7    A.   I saw them?

8    Q.   In Voinjama.

9    A.   Yes, sir.

10   Q.   Didn't you testify last Friday when Ms. Rochlin asked you

11   when was the first time you saw David Compari, you said you

12   first saw him at Gbatala?

13   A.   That was not what I mean.  What I mean was the first time I

14   saw him after we made escape that night, they should take us to

15   Monrovia.

16   Q.   No, no.  I'm asking -- you were asked on Friday when you

17   arrived at Gbatala, when was the first time that you saw

18   Mr. Compari, and you said the first time you saw Mr. Compari

19   was at Gbatala.  Isn't that right, sir?

20   A.   At Gbatala, exactly, sir.

21   Q.   The first time you had ever seen him?

22   A.   No.

23           MR. CARIDAD:  If I could have one moment, Your Honor?

24           THE COURT:  You may.

25           MR. CARIDAD:  Page 162.

## October 6, 2008

## S. Jusu - Cross

1  BY MR. CARIDAD:

2  Q.   Do you remember being asked these questions and giving

3  these answers, Mr. Jusu:

4          "Mr. Jusu, once you were out of the jeep and your

5      blindfold was removed, who did you see upon your arrival

6      at the Gbatala Base?

7          "Answer:  We were, again, on the ground.   Then

8   Mr. Chuckie Taylor came and started talking.

9          "Question:   What do you remember Chuckie Taylor

10  saying?"

11         And you answered "Mr. Chuckie Taylor said "Well, his

12  men would take us to the cave and teach us how it is when

13  we refuse to do what he wants us to do.

14         "Question:   When Chuckie Taylor said that, who else

15  was there?"

16         Your answer was "Compari was there.

17         "Question:   Who is Compari?"

18         And you answered "Compari was one of, was the aid to

19  Mr. President, Charles Taylor.

20         "Question:   And when did you see Compari for the first

21  time?"

22         And you answered "From, I had his name from Gbarnga

23  after they took us from the cell, ma'am"

24         Ms. Rochlin asked you "Mr. Jusu, my question was where

25  did you see Compari for the first time?"

**October 6, 2008**

## S. Jusu - Cross

1               And you answered "At Gbatala, ma'am"

2               Do you remember giving that answer, "At Gbatala,

3        ma'am'?

4    A.   Yes, sir.

5    Q.   When did you first see Mr. Compari, Mr. Jusu?  Did you see

6    him in Voinjama for the first time or did you see him at

7    Gbatala for the first time?

8    A.   I saw him in December in Voinjama, sir.  That was the first

9    time I saw all of them  When I was arrested, the first time I

10   saw Compari was at Gbatala, sir.

11   Q.   So you're saying the question wasn't specific enough.  Is

12   that what you're saying?

13   A.   We were talking about Gbatala in this question, in this

14   particular conversation.  The question was about Gbatala.

15   Q.   The question was "Where did you first see Mr."Compari?"

16   That's all it was.  Right?  And you said "At Gbatala, ma'am"

17   Right?

18   A.   Yes.

19   Q.   Did you speak to anyone last night after we adjourned here

20   about your testimony?

21   A.   Pardon?

22   Q.   Did you speak to anyone about your testimony last --

23   yesterday when we left court?

24   A.   No, sir.

25   Q.   Did you speak to Mr. Turay about it?

**October 6, 2008**

## S. Jusu - Cross

1  A.   No, sir.

2  Q.   Now, you said you managed to, with the help of Abdul Cole,

3  you managed to free yourself from the plastic that was tying

4  your elbows.  Is that right?

5  A.   Yes, sir.

6  Q.   Did Mr. Cole loosen those ties?

7  A.   Yes, sir.  He helped.

8  Q.   How did he loosen your ties?

9  A.   He force it out.

10  Q.   Okay.  Describe how he did that.

11  A.   I was tied.  I could not loose the rope for myself.

12  Q.   I'm sorry to interrupt you.  Go ahead.  I apologize.  Go

13  ahead.  Finish your answer, sir.

14  A.   So when he came from his pit, then I told him to open my

15  pit.  He did.  Then he untied the rope.

16  Q.   It wasn't a rope.  It was a plastic tie.  Right?

17  A.   Yes, sir.

18  Q.   If we could keep those separate.  If it was a rope, tell us

19  it was a rope.  If it was plastic, tell us it was plastic.

20  Okay?

21  A.   Yes.

22  Q.   How did he loosen it?  How did he remove it from you?

23  A.   I can't remember now, sir,

24  Q.   Okay.

25       You said maybe once or twice that the ATU men who tied

**October 6, 2008**

## S. Jusu - Cross

1   you were able to loosen the plastic tie that was around your

2   elbows.  Is that right?

3   A.  On my feet.

4   Q.  And on your hands, too.  Right?

5   A.  Yes, sir.

6   Q.  Okay.

7       You had plastic ties around your feet also?

8   A.  No, rope, sir.  They tied me with rope and plastic, sir.

9   Q.  So your feet were tied with rope, you say, and your elbows

10  in the back were tabied with plastic?

11  A.  Then they tied it with rope again, sir.

12  Q.  Now, when you escaped that first, time did you notice

13  anybody was chasing you?

14  A.  No, sir.

15  Q.  Because you were, by that time, you were naked, you say.

16  Right?

17  A.  Yes, sir.

18  Q.  You were unarmed?

19  A.  Yes, sir.

20  Q.  You were weakened?

21  A.  Pardon?

22  Q.  You were weak by your condition?

23  A.  I was exhausted.

24  Q.  Exhausted.

25      But yet exhausted, you were able to run or walk about

**October 6, 2008**

## S. Jusu - Cross

1   eight hours, you said?

2   A.   Yes, sir.

3   Q.   Okay.

4           And eventually you say you stumbled on to ATU men?

5   A.   Yes, sir.

6   Q.   Okay.

7           And then you say you were retied with plastic again --

8   A.   Yes, sir.

9   Q.   -- in the back.   Your elbows were joined in the back?

10  A.   Yes.

11  Q.   Were your feet tied?

12  A.   No, sir.

13  Q.   When you were recaptured and tied again with plastic, you

14  said you were brought to some part of the camp.   Right?

15  A.   Yes, sir.

16  Q.   Could you see buildings where you were?

17  A.   I don't remember, sir.

18  Q.   Okay.

19          And that's when this incident happened with Abdul

20  Cole.   Correct.

21  A.   Yes, sir.

22  Q.   Now, after that happened, you were placed back in a hole.

23  Was it the same hole you had been in before?

24  A.   No, sir.

25  Q.   And you were placed in a hole with Momoh Turay this time.

## October 6, 2008

## S. Jusu - Cross

1  Correct?

2  A.   Yes, sir.

3  Q.   And you said your hands had been tied in the back --

4  right -- with plastic.   Correct?

5  A.   With rope, sir.

6  Q.   Now, you just told us when you were recaptured, you were

7  tied with plastic in the back right before being put in the

8  hole, before being put in the hole?

9  A.   With Monoh, yes, sir, with plastic.

10  Q.   Before being put in the hole, and you say this happened to

11  Abdul Cole.   You were tied in the back with plastic?

12  A.   Yes, sir.

13  Q.   Then you were put in the hole with Monoh Turay?

14  A.   Yes, sir.

15  Q.   When you were put in the hole, were you still tied in the

16  back with plastic?

17  A.   No, sir.

18  Q.   Who removed those plastic ties?

19  A.   They, themselves.

20  Q.   How did they do it?   Did they pull one end out of it just

21  like that?

22  A.   I don't know, sir.   I don't know how they do it.

23  Q.   You didn't see it?

24  A.   No.

25  Q.   When you were tied, it was tight?

**October 6, 2008**

## S. Jusu - Cross

1   A.   Yes, sir.

2   Q.   It hurt?

3   A.   Yes, sir.

4   Q.   Your chest was about to burst open?

5   A.   Yes, sir.

6   Q.   Because your elbows were touching in the back, you say?

7   A.   Yes, sir.

8   Q.   Somehow they got this tie off.   Right?

9   A.   Pardon?

10  Q.   They removed the tie from you, the plastic tie?

11  A.   Yes, sir.

12  Q.   Then they put you in the hole with Monoh Turay?

13  A.   Yes, sir.

14  Q.   And they tied one of your hands to Monoh Turay's hand.

15  Right?

16  A.   Yes, sir.

17  Q.   You say they made you raise your hands.   Was it your left

18  hand or right hand?

19  A.   It was my left hand, sir.

20  Q.   Are you right-handed?

21  A.   Yes.

22  Q.   They made you raise your left hand?

23  A.   Yes, sir.

24  Q.   I assume you say Mr. Turay is sitting to your left?

25  A.   Yes, sir.

**October 6, 2008**

## S. Jusu - Cross

1  Q.   They made him raise his right hand?

2  A.   Yes, sir.

3  Q.   Above the grate, above the metal.  Correct?

4  A.   Yes, sir.

5  Q.   Then they tied you with plastic?

6  A.   Yes, sir.

7  Q.   So you're sitting in a hole with Monoh Turay.  Your left

8  hand is tied to his with plastic above the grate?

9  A.   Yes, sir.

10 Q.   When I say "grate," I mean the iron bars, Mr. Jusu.

11 A.   Pardon?

12 Q.   When I say "grate," I'm referring to the iron bars covering

13 your hole.  Do you understand?

14 A.   (No response.)

15 Q.   Do you understand what I mean when I use the word "grate"?

16 A.   Yes.

17 Q.   That hole like, the other ones, were filled with water.

18 Correct?

19 A.   There was some water, yes, sir.

20 Q.   Filthy water?

21 A.   Yes, sir.

22 Q.   And bones?

23 A.   I don't remember that, sir.

24 Q.   Okay.

25       Now, I want to talk to you a little bit about how

**October 6, 2008**

## S. Jusu - Cross

1   these men, you say, fed you -- okay -- how they fed you.  You

2   say they would get hot cassava roots and shove them into your

3   mouth?

4   A.   Before I was put into the hole with Monoh, sir.

5   Q.   And another way they fed you, they brought you rice.

6   Correct?

7   A.   I could not say it was rice.

8   Q.   Some sort of food that you say was inedible?

9   A.   Yes, sir.

10  Q.   And you also talked about being burned with plastic.

11  Right?

12  A.   Yes, sir.

13  Q.   Now, they would bring plastic utensils over and burn them

14  on top of you?

15  A.   They had the plastic plates.  They were lighted with

16  lighter or light.  When the plastic catch fire, they would drop

17  it on my skin.

18  Q.   And they also melted the utensils, the spoons, the knives,

19  the forks?

20  A.   Pardon?

21  Q.   Did they also melt the spoons and knives and forks?

22  A.   No, the spoon was not melted.

23  Q.   Just the plates?

24  A.   Yes, sir.

25  Q.   And did they ever just like bring you a bunch of -- let's

**October 6, 2008**

## S. Jusu - Cross

1  call it rice or food whatever -- and make you eat it from your

2  own hands?  Did that ever happen?

3  A.   No, sir.

4  Q.   Now, you said that once they were feeding you, one day they

5  were feeding you -- was it the same night they were feeding you

6  that a spoon dropped into the pit?

7  A.   After the escape when they took me and Momoh Turay into the

8  pit.  The next day was when they were feeding us with what they

9  call food.

10  Q.   And that's when you say one of them dropped a metal spoon?

11  A.   Yes, sir.

12  Q.   They hadn't been feeding you with plastic spoons?

13  A.   It was metal spoon, sir.

14  Q.   But they had been using plastic plates?

15  A.   Yes, sir.

16  Q.   Which you say they then burned on you.  Right?

17  A.   Yes, sir.

18  Q.   So they were using plastic plates, but metal spoons?

19  A.   Yes, sir.

20  Q.   Okay.

21       And the metal spoon fell into the pit?

22  A.   Yes, sir.

23  Q.   Where did the fall?

24  A.   Pardon?

25  Q.   Where did it fall, next to you, next to Momoh Turay?

**October 6, 2008**

## S. Jusu - Cross

1  A.  By me, sir.

2  Q.  Okay.

3       Did any of the men say "Oh, let's get that out of

4  there.   We dropped a spoon"?

5  A.  Nobody talk about that.

6  Q.  Did they even notice it had fallen?  Could you tell?

7  A.  I can't remember, sir, but I guess so.

8  Q.  What?

9  A.  I believe so.

10  Q.  One of them said something about it.

11  A.  No.

12  Q.  Nobody said anything?

13  A.  No, sir.

14  Q.  And how did it fall?  What were they doing with the spoon

15  when it fell?

16  A.  They were trying to fed us with the spoon.  It fell down.

17  Q.  Okay.

18       And then the guards left, I guess?

19  A.  After they punished us.

20  Q.  Okay.

21       And you were able to find the spoon?

22  A.  Later, yes, sir.

23  Q.  Okay.

24       So your left hand was tied and you must have found the

25  spoon with your right hand, you say?

**October 6, 2008**

## S. Jusu - Cross

1  A.   Yes, sir.

2  Q.   Now, did you break the spoon?

3  A.   Yes, sir.

4  Q.   How did you break the spoon?

5  A.   We force it.

6  Q.   "We" or you.  I just want to know what you did.  Okay?  How

7  did you break the spoon?

8  A.   My one hand and Monoh's one hand.  So we forced the spoon

9  together.

10 Q.   Okay.

11          So you find the spoon and you tell Monoh what you

12 found.  Right?

13 A.   Yes, sir.

14 Q.   He reaches around.  He grabs one end of it.  You grab the

15 other end and you start to break it?

16 A.   Yes, sir.

17 Q.   Why do you break it?

18 A.   Because we wanted to cut the rope on our hand.

19 Q.   Well, you said you had plastic, not rope.

20 A.   The plastic, yes, sir.

21 Q.   So you managed to bend the spoon back and forth and break

22 it?

23 A.   Yes, sir.

24 Q.   Okay.

25          And then what did you do with one of the pieces?

**October 6, 2008**

## S. Jusu - Cross

1  A.   We sharpen in on the wall.

2  Q.   Who sharpened it?

3  A.   We.

4  Q.   Well, when you break a spoon in half.  You got the spoon

5  part and the handle part?

6  A.   Yes, sir.

7  Q.   What part did you use?

8  A.   At the breaking side.

9  Q.   The handle part?

10  A.   I can't remember exactly which part of the spoon I had, but

11  the sharpened side.  We sharpen it on a wall and we managed to

12  cut the rope.

13  Q.   So you used your right hand to sharpen it on the concrete

14  wall of the hole?

15  A.   Yes, sir.

16  Q.   How long did that take?

17  A.   A long time, sir.

18  Q.   How long?

19  A.   I can't remember how long.

20  Q.   An hour?

21  A.   More than that.

22  Q.   More than an hour.  That's constantly you rubbing --

23  A.   No, sir.

24  Q.   How did it work?

25  A.   By then the ATUs were around.  We have to use -- we have to

**October 6, 2008**

## S. Jusu - Cross

1   sharpen it sometimes.  Then we relax.  Later we continue.

2   Q.   So how long did the whole thing take?  Would you say a few

3   hours?

4   A.   Several hours, sir.

5   Q.   Now, the next day you escaped that same night?

6   A.   No, sir.

7   Q.   The next day?

8   A.   The day they put us into the pit was the night we made the

9   escape, sir.

10  Q.   That very same night you were able to sharpen the spoon and

11  escape?

12  A.   Yes, sir.

13  Q.   You were recaptured the next day?

14  A.   Yes, sir.

15  Q.   That next day is when you were taken to Monrovia.  Right?

16  A.   The day we were arrested is the day they took us to

17  Monrovia, sir.

18  Q.   When you say you were arrested, when you were recaptured.

19  Is that what you mean?

20  A.   We were arrested.  When me and Momoh Turay escaped, we were

21  arrested again.

22  Q.   Now, that picture you took of your daughter.

23          MR. CARIDAD:  Can we have that, please?

24          AGENT BAECHTLE:  (Complied).

25  BY MR. CARIDAD:

**October 6, 2008**

## S. Jusu - Cross

1  Q.  Do you see that picture, Mr. Jusu --

2  A.  Yes, sir.

3  Q.  -- with your daughter on your leg?

4  A.  Yes, sir.

5  Q.  When was that taken?

6  A.  1999.

7  Q.  What month?

8  A.  Pardon?

9  Q.  What month?

10  A.  It was in December, sir.

11  Q.  So you were arrested at the bridge in late April.  Right?

12  A.  Yes, sir, in April.

13  Q.  So, May, June, July, August, September, five months.

14  Right?

15  A.  Yes, sir.

16  Q.  And you told us that five months after this incident you

17  were physically incapable of picking up your daughter.  Is that

18  right?

19  A.  Yes, sir.

20        MS. ROCHLIN:  Objection, Your Honor.  Misstates the

21  witness' answer.

22        THE COURT:  Overruled.

23  BY MR. CARIDAD:

24  Q.  You couldn't bend your arms enough to pick your own

25  daughter up five months after this incident.  Right?

## S. Jusu - Cross

1 A.   Yes, sir.

2 Q.   And you told us when you testified on Friday that because

3 of the way they had tied you with your elbows touching in your

4 back, you were paralyzed.  You could not move your hands?

5 Correct?

6 A.   Yes, sir, sometimes, a long time.

7 Q.   And Mr. Turay could not move his hands.  Correct?

8 A.   Yes, sir.

9 Q.   And you said that you were paralyzed while you were in the

10 pit?

11 A.   I said -- as a result of that, sir, I had some disability

12 with my arms.

13 Q.   But you said you couldn't move them

14 A.   I could move my hands.

15 Q.   That's not what you said when you testified on Friday.  You

16 said "I was paralyzed.  I could not move my hands."  Do you

17 remember saying that?

18 A.   Remember, I have been tied several times.

19 Q.   I apologize for interrupting.  I didn't hear you, Mr. Jusu.

20 A.   After they released us.

21 Q.   You were being asked at page 192 about being in the Barclay

22 Training Center.  You said -- "When you arrived at the cell at

23     the Barclay Training Center, physically what condition were

24     you in?

25         "Answer:  I could not able to move my hands.  My hands

**October 6, 2008**

**S. Jusu - Cross**

1          were like dead, were paralyzed."

2    A.   Yes, sir.

3    Q.   And they had been paralyzed because of the way you had been

4    tied?

5    A.   Yes, sir.

6    Q.   Are you saying you felt better, you felt worse after being

7    two weeks at the Barclay Training Center than you did when you

8    were in the hole as far as your hands were concerned?

9    A.   My hands were paralyzed more than -- not a year.

10   Q.   They -- I'm sorry?

11   A.   I have been tied several times.

12   Q.   Correct.

13          So by the time you were in the hole with Monoh Turay,

14   your hands were paralyzed?

15   A.   By then, I could move my hands.  It was better.

16   Q.   No, no.  I'm talking about when you were in the hole with

17   Monoh Turay.  You had been tied up for two days in the tabie

18   position.  Is that right?

19   A.   Yes, sir.

20   Q.   That's what caused the damage, you say, to your hands,

21   isn't it?

22   A.   Yes, sir.

23   Q.   So your hands were paralyzed when you were in the hole with

24   Monoh Turay?

25   A.   I had a problem with my hands before they took us to

**October 6, 2008**

## S. Jusu - Cross

1  Monrovia.   I was tied.   I was beaten seriously.   That was the

2  result of my total condition.

3  Q.   My question is your hands were paralyzed when you were in

4  the hole with Momoh Turay?

5  A.   No.

6  Q.   They were not paralyzed?

7  A.   No.

8  Q.   They became paralyzed two weeks later when you were at the

9  Barclay Training Center?

10 A.   Before they took us to the Barclay Training Center, I was

11 tied again and it was very, very serious.   As a result of that,

12 I could not able to do anything with my hands.

13 Q.   Wait a minute.   You were -- are you saying that you were

14 tied for the entire two weeks that you were at the Barclay

15 Training Center?

16 A.   No, sir.

17 Q.   So you were untied when you got to the Barclay Training

18 Center.   Right?

19 A.   Yes, sir.

20 Q.   So the tying that you suffered began, you say, when you

21 were detained at the bridge to the time you got to the Barclay

22 Training Center.   That's the time that caused your hands to be

23 paralyzed.   Right?

24 A.   Yes, sir.

25 Q.   And that time began at the bridge and by the time you were

**October 6, 2008**

## S. Jusu - Cross

1  in the hole with Monoh Turay, you had been tied for two days?

2  A.   Yes, sir.

3  Q.   That's what caused your hands to be paralyzed, isn't it,

4  Mr. Jusu?

5  A.   It was part of it, sir, but, remember, I was tied from

6  Gbatala to Monrovia.   Before they could took us from Gbatala to

7  Monrovia, I was seriously tied again.

8  Q.   I understand.

9  A.   The result of that, when we were in Monrovia I could not

10  able to do anything with my hand this time.

11  Q.   But the trip from Gbatala to Monrovia took how long?

12  A.   Some hours, sir.

13  Q.   Three hours?

14  A.   I don't remember.

15  Q.   Okay.

16          And you were tied, during that trip you were tied just

17  the way you had been tied all the way from the St. Paul River

18  Bridge?

19  A.   Yes, sir.   I was beaten seriously.

20  Q.   I understand.

21          From the St. Paul River Bridge to the moment you were

22  in that hole with Monoh Turay, you had been tied for two days.

23  Right?

24  A.   Yes, sir.   Yes, sir.

25  Q.   That's what caused your paralysis, isn't it?

**October 6, 2008**

## S. Jusu - Cross

1  A.  (No response.)

2  Q.  What else could it have been, Mr. Jusu?

3  A.  When I was at Gbatala, I was able to move my hands.

4  Q.  I know that's what you're telling us, but you tell us that

5  five months later you can't even pick up your daughter?

6  A.  Yes, sir.

7  Q.  At the Barclay Training Center two weeks later, your hands

8  were paralyzed.  You're telling us when you were in the hole

9  with Momoh Turay your hands were not paralyzed?

10  A.  Yes, sir.

11  Q.  Anyway you say you got the spoon and you were able to

12  sharpen it.  Right?

13  A.  Yes, sir.

14  Q.  Are you telling us with that spoon you were able to cut a

15  plastic tie that policemen use to tie up people?

16  A.  Yes, sir.

17  Q.  How long did it take you to cut that plastic tie?

18  A.  It took us a very long time, sir.

19  Q.  Now, you said somebody else then came over to your hole.

20  Right?

21  A.  Yes, sir.

22  Q.  Was that while you were cutting the plastic tie or after?

23  A.  We had been cutting it before he came.

24  Q.  And did you finish before he came?

25  A.  Yes, sir.

**October 6, 2008**

## S. Jusu - Cross

1  Q.   Okay.

2         So some man comes over you've never seen him before.

3  Right?

4  A.   No, sir.

5  Q.   He tells you he got out of his hole?

6  A.   Yes, sir.

7  Q.   He was also tied with a plastic tie?

8  A.   No, sir.

9  Q.   How do you know how he was tied?

10 A.   He was not tied.

11 Q.   When he got to you, he wasn't tied?

12 A.   Yes, sir.

13 Q.   All right.

14        But do you know if he was tied with a plastic tie

15 before he came over to you?

16 A.   I don't know.

17 Q.   Okay.

18        And he comes over to your hole.   Right?

19 A.   Yes, sir.

20 Q.   Were you able to notice if he came over to any other hole?

21 A.   When he came out of his hole, he was coming outside asking

22 who were the Freetown guys.   In Liberia they call Sierra

23 Leonians Freetown guys.

24        He said he heard the commander discussing us.   He was

25 outside trying to escape.   So we told him "We are here.   Open

**October 6, 2008**

## S. Jusu - Cross

1        our gate."  He did.

2    Q.   So this guy -- you see this man out of his hole.   Right?

3    A.   No.

4    Q.   When do you see him?

5    A.   When he came to open our gate.

6    Q.   Because hadn't you been able to open your own gate if you

7    were free?

8    A.   We would have tried.

9    Q.   Just at the moment you freed yourself, he came over?

10   A.   We had been trying to cut this rope before and --

11   Q.   It's not a rope.   Right?   It's plastic.

12   A.   This plastic, this cuff.

13   Q.   Right.   Eventually, you get it off you.   Right?

14   A.   Yes, sir.

15   Q.   And then at the moment you get it off you, this other guy

16   comes over.   Right?

17   A.   Not that automatically, sir.

18   Q.   So he arrived, before he came over to your hole, before you

19   finished cutting the rope, cutting the plastic?

20   A.   They had taken him to the pit.   He was crying.   After these

21   guys were around, any time they could come and beat us.   We

22   were not just cutting the rope all the time.   We had been

23   trying to cut it for a very long time.

24   Q.   This is my question:   Did he arrive?   Did this man come

25   over to your hole before or after you finished cutting yourself

**October 6, 2008**

## S. Jusu - Cross

1  loose?

2  A.  Almost when we cut ourself loose.

3  Q.  And he tells you -- he asked "Who are the Freetown guys?"

4  A.  Yes, sir.

5  Q.  Referring to people from Sierra Leone?

6  A.  Yes, sir.

7  Q.  Referring to you and Momoh Turay?

8  A.  Yes, sir.

9  Q.  Okay.

10       Now, he tells you he has overheard somebody say that

11  the next morning they're going to kill the guys from Sierra

12  Leone?

13  A.  Yes, sir.

14  Q.  Does he tell you how --

15  A.  No, sir.

16  Q.  He overheard this?

17  A.  No, sir.

18  Q.  Did you ask him how he knew this?

19  A.  Pardon?

20  Q.  Did you ask him how he knew this?

21  A.  Yes, sir.  He told us when he was inside the Jeep when they

22  were taking him to Gbatala Camp.

23  Q.  He overheard -- he just happened to overhear somebody

24  saying "We're going to kill those Sierra Leonian guys

25       tomorrow"?

**October 6, 2008**

## S. Jusu - Cross

1  A.   He said he heard it when they were talking on the radio.

2  Q.   He heard something on the radio in the car?

3  A.   Yes, sir.

4  Q.   Now, did the person who said they were going to kill the

5  guys from Sierra Leone, was that a man in the car or was that

6  somebody on the radio?

7  A.   I don't know, sir.

8  Q.   You wanted to make sure that he was right or not --

9  right -- this fellow who was giving you this information?  You

10  wanted to make sure that he was correct.   Right?

11  A.   I don't need to know that.

12  Q.   Well, you say that Abdul Cole had been killed because he

13  tried to escape?

14  A.   Yes, sir.

15  Q.   And you had been warned that if you tried to escape, the

16  same thing is going to happen to you.

17  A.   Yes, sir.

18  Q.   All right.

19       So was it your plan to escape or was it your plan to

20  stay there?

21  A.   I just wanted them to kill me at that moment because the

22  suffering was enough for me, sir.

23  Q.   You say you saw Abdul Cole killed in front of you and the

24  rest of you given a warning that if you tried to escape again,

25  this is what would happen to you?

**October 6, 2008**

## S. Jusu - Cross

1  A.   Yes, sir.

2  Q.   But, yet, you said you tried to escape again.   Right?

3  A.   Yes, sir.   Yes, sir.

4  Q.   So it didn't matter to you what this guy who came over to

5  your hole said to you.   You were going to escape anyway?

6  A.   Yes, sir.

7  Q.   Right?

8  A.   Yes, sir.

9  Q.   It just so happens he came over and said "You know what?  I

10      overheard on the radio you guys are going to be killed," is

11  that what you're saying?

12  A.   It was something like that, sir.

13       MS. ROCHLIN:   Your Honor I'm having trouble hearing

14  the witness.   I don't know if it's possible to have the witness

15  speak up.

16       THE COURT:   He may.

17  BY MR. CARIDAD:

18  Q.   Now, this second escape, you were away from the camp even

19  longer?

20  A.   Pardon?

21  Q.   The second escape, you were away from the camp even longer

22  than the first escape?

23  A.   I don't know, sir.

24  Q.   Can you give us an idea of how long you were away before

25  you were recaptured?

**October 6, 2008**

## S. Jusu - Cross

1  A.   I can't remember.  We were just going around in the forest.

2  Q.   Okay.

3        Now, when you were recaptured the first time, you were

4  brought back to the base and you were able to see some

5  buildings.   Right?

6  A.   The second time, sir?

7  Q.   The first time you were recaptured, were you brought back

8  near any buildings the first time?

9  A.   No.

10 Q.   No.   Okay.

11       And you say you walked again.   Did you have any

12 clothes on you.

13 A.   Which -- no, sir.

14 Q.   The second escape.

15 A.   Yes, sir.

16 Q.   You did have clothes when you left the hole.   Right?

17 A.   No, sir.

18 Q.   You didn't have any clothes when you left the hole after

19 the second escape.   You were completely naked?

20 A.   Yes, sir.

21 Q.   Okay.

22       Then you said you saw a farm of some type?

23 A.   Yes.

24 Q.   Was it a house, a hut?

25 A.   It was just a farm   It was a thatched hut there.

**October 6, 2008**

## S. Jusu - Cross

1   Q.   Did you see anybody there?

2   A.   At the hut?

3   Q.   Yes.

4   A.   No, sir.

5   Q.   Did you go in and ask for food?

6   A.   We passing.  It was very, very early in the morning.

7   Q.   You said you found pants?

8   A.   Yes, sir.

9   Q.   Just two pairs?

10  A.   There were many, so I took one.

11  Q.   Where were they?

12  A.   Trousers.

13  Q.   Where were these trousers?

14  A.   They were hanging.

15  Q.   Like drying on a clothes line?

16  A.   Something like that, sir.

17  Q.   It either was or wasn't.  Was it drying on a clothes line?

18  A.   I don't know.  This was pants the farmers use to work

19  inside.  It was dirty.  I was freezing, so I use it.

20  Q.   You were freezing?

21  A.   Yes, sir, I was cold.

22  Q.   This was April in Liberia.

23  A.   Yes, sir.

24  Q.   You're saying you were cold?

25  A.   Yes, sir.

**October 6, 2008**

## S. Jusu - Cross

1  Q.    Anyway, you put these pants on and there was a pair for

2  Mr. Turay as well?

3  A.    Yes, sir.

4  Q.    Did you find any other clothes there?

5  A.    Yes, sir.

6  Q.    Did you put anything else on?

7  A.    Shirt, yes, sir.

8  Q.    You had pants and a shirt on?

9  A.    Yes, sir.

10  Q.    Did you find any shoes?

11  A.    No, sir.

12  Q.    And then you said you kept walking and eventually -- tell

13  us what happened after that.

14  A.    We were just going around, sir.

15  Q.    What was your plan then?

16  A.    We were trying to go somewhere far away from this camp

17  hoping to be rescued by people.

18  Q.    And, apparently, this time again you said you came back to

19  somewhere where there were ATU men?

20  A.    Yes, sir.

21  Q.    Was it the camp where you went back to?

22  A.    It was on the road, sir.

23  Q.    On the road to Monrovia?

24  A.    No, sir.  There was a road.  I don't know where the road

25  was going.

**October 6, 2008**

## S. Jusu - Cross

1  Q.   Was it paved?  Do you know what I mean by "paved"?  Did it

2  have cement or concrete on it?

3  A.   No, sir.

4  Q.   It was just a dirt road?

5  A.   Yes, sir.

6  Q.   Okay.

7        Did you see these men first or did they see you first?

8  A.   They saw us first.

9  Q.   Okay.

10       Now, you didn't recognize any of these men.  Right?

11 A.   No, sir.

12 Q.   Were they in uniform?

13 A.   Yes, sir.

14 Q.   Okay.

15       But you were -- you were fully clothed?

16 A.   Yes, sir.

17 Q.   You had a shirt on?  You had pants on?

18 A.   Yes, sir.

19 Q.   There was a farm in the area?

20 A.   Yes, sir.

21 Q.   There was, obviously, a lot of men in the area because

22 somebody had left a lot of pants and shirts?

23 A.   Yes, sir.

24 Q.   You say these men when they saw you, they immediately ran

25 towards you?

**October 6, 2008**

## S. Jusu - Cross

1    A.   Pardon?

2    Q.   When these ATU men saw you, they immediately ran towards

3    you?

4    A.   They ran towards us, yes, sir.

5    Q.   You never saw these particular ATU men before?

6    A.   I don't know they were ATUs.  They were in uniforms.

7    Q.   You were near the farm where you stole the clothes.  Right?

8    A.   It was at the farm we saw the clothes.  When we put the

9    clothes on us, we were still going in the bush.

10   Q.   You had stolen these clothes from a farm that had a lot of

11   men's clothing.  Right?

12   A.   Not a lot of clothes.

13   Q.   More than just two pairs.

14   A.   Yes, sir.

15   Q.   Presumably, there were more than -- there were some men who

16   lived there.  Maybe one, maybe two.  Who knows?  Right?

17   A.   I don't know.

18   Q.   Then you're walking away from that farm  You're fully

19   clothed and these ATU men who you say you've never seen come

20   towards you?

21   A.   There were a lot of soldiers, not just one person.

22   Q.   How do they know you were the guys in the hole?  Why

23   wouldn't you just be a couple of the farmers walking around the

24   area?

25   A.   I don't know.

**October 6, 2008**

## S. Jusu - Cross

1  Q.    Eventually they capture you.   Right?

2  A.    Yes, sir.

3  Q.    Chuckie is not there?

4  A.    No, sir.

5  Q.    But you say Monoh Turay starts to struggle?

6  A.    Yes, sir.

7  Q.    And men subdue him?

8  A.    Pardon?

9  Q.    Men -- ATU tie him up?

10  A.    Yes, sir.   They wanted to -- he was fighting against, so

11  they beat him up, both of us.

12  Q.    And they tied you with plastic again?

13  A.    No, sir.

14  Q.    Did they tie you at all when they found you?

15  A.    Yes, sir, they tied us.

16  Q.    Just how did they tie you?

17  A.    With ropes.

18  Q.    Ropes or plastic?

19  A.    Ropes.

20  Q.    Tied tabie again?

21  A.    Yes.

22  Q.    They took you back to the base?

23  A.    Yes, sir.

24  Q.    How did they take you back to the base?  Did they walk you

25  back?

**October 6, 2008**

## S. Jusu - Cross

1  A.  Walking, sir.

2  Q.  How long did it take to get back to the base?

3  A.  I can't remember.

4  Q.  Half an hour, 10 minutes?  Do the best you can.

5  A.  I cannot remember, sir.

6  Q.  Now, you get back to the base and what happens when you get

7  back to the base?

8  A.  They took us to Mr. Chuckie, sir.

9  Q.  And Compari was there, too?

10  A.  Yes, sir.

11  Q.  Okay.

12       And Compari at that moment orders that you be killed?

13  A.  They were beating us.  They wanted to kill us.

14  Q.  Okay.

15       So they start beating you and then Compari orders that

16  you be killed.  Right?

17  A.  They want -- I don't know if he said so, but, really,

18  they're beating us like they wanted to beat us to kill us.

19  Q.  My question is didn't Compari say that you were going to be

20  killed?

21  A.  Compari wanted to kill us, yes, sir.

22  Q.  And he said that.  Right?

23  A.  Yes, sir.

24  Q.  And there was nothing stopping him from killing you.

25  Right?  He could have killed you at the moment?

**October 6, 2008**

## S. Jusu - Cross

1  A.  I don't know.   He had the power.

2  Q.  Of course.

3           And then at that very moment you said some news

4  arrived from Monrovia.

5  A.  Yes, sir.

6  Q.  How did that happen?

7  A.  While they were beating us, another soldier was running

8  towards them.  They were saying "Papay want to see these guys."

9  Q.  "Papay wants to see these guys"?  Some soldier came running

10  towards you?

11  A.  Not towards me, towards Mr. Chuckie Taylor, sir.

12  Q.  They were beating you?

13  A.  Yes, sir.

14  Q.  What was the message?

15  A.  After he came to Mr. Chuckie Taylor, Mr. Chuckie Taylor, he

16  came and he was saying "Papay want to see these guys."

17  Q.  You say the messenger brought a piece of paper?

18  A.  Yes, sir.

19  Q.  "Papay wants to see these men"?

20  A.  Yes, sir.

21  Q.  You were this close to being killed?

22  A.  Yes, sir.

23  Q.  Okay.

24           You say after the messenger arrived, he still

25  continued beating you?

## S. Jusu - Cross

1  A.  Yes, sir.

2  Q.  Even more so?

3  A.  Yes, sir.

4  Q.  You could have been killed with the next blow to your body.

5  Isn't that right, Mr. Jusu?

6  A.  I don't know.

7  Q.  You have been beaten for two days.  You have been starved.

8  You're weakened.  You can't defend yourself.  You're tied up.

9  The next blow to your body could have ended your life.  Is that

10  what you're saying?

11  A.  I don't know.

12  Q.  Yet you are saying the President gave these men an order

13  they are to bring you to Monrovia alive and they continued

14  beating you?

15  A.  They were beating us until the other soldier said "Papay

16      wants to see these guys."

17  Q.  You said they continued beating you?

18  A.  Before the message came, they were beating me.  After the

19  message came, they were beating me.

20  Q.  You could have died within the next beating that you

21  received.  Right?

22  A.  I don't know, sir.  They were just beating us.

23  Q.  Okay.

24      Right then and there, they take you to Monrovia?

25  A.  Not directly, sir.

**October 6, 2008**

## S. Jusu - Cross

1   Q.   How long after that message arrived did they take you to

2   Monrovia?

3   A.   It took some time.

4   Q.   An hour, two hours?

5   A.   I don't remember, sir.

6   Q.   So you're tied again with plastic or rope?

7   A.   With plastic.

8   Q.   Okay.

9        Did they take the rope off and replace it with

10  plastic?

11  A.   Yes, sir.

12  Q.   Do you know why they did that?

13  A.   No, sir.

14  Q.   Again, they loosened the plastic or how did they put it on

15  you, rather?

16  A.   I don't know.  They just force my hand --

17  Q.   The plastic you have been talking about is the plastic, I

18  think you said yesterday, that you've seen policemen use?

19       MS. ROCHLIN:   Objection, Your Honor.   Counsel is

20  talking over the witness' answer.

21  Q.   I'm sorry.   Finish the answer.

22  A.   I don't know.

23  Q.   You told us the other day these are plastic ties you've

24  seen police officers use.   Right?

25       MS. ROCHLIN:   Objection.   Misstates the prior

**October 6, 2008**

## S. Jusu - Cross

1    testimony.

2              THE COURT:   Overruled.

3    BY MR. CARIDAD:

4    Q.   Isn't that right?  Isn't that what they're like?

5    A.   Yes, sir.  It was the plastic joined together.

6    Q.   You slip one end through it.  You've seen this on T.V.

7    Right?  Police officers do it?

8    A.   I don't know.  The plastic they tied me with is what I'm

9    describing.

10   Q.   And you saw the plastic?

11   A.   I could see them

12   Q.   And you saw them put the plastic on you?

13   A.   Yes.

14   Q.   And it looks like the plastic you've seen on T.V. in Sweden

15   where police officers, when they tie somebody, they put plastic

16   cuffs around your hands.  Is that right?

17   A.   I have seen those plastic when I was arrested.

18   Q.   Have you seen them after, on television, anywhere?

19   A.   I don't remember that.

20   Q.   You don't remember?

21   A.   No, sir.

22   Q.   Okay.

23              You get to the -- you say you get to the compound of

24   Charles Taylor.  Right?

25   A.   Yes, sir.

**October 6, 2008**

## S. Jusu - Cross

1   Q.   At night?

2   A.   Yes, sir.

3   Q.   And he comes out, Charles Taylor, the president of the

4   company comes out?

5   A.   Yes, sir.

6   Q.   He's dressed in some sort of night outfit.  Was he dressed

7   in pajamas, you said?

8   A.   Something like that.

9   Q.   It looked like pajamas to you?

10  A.   Yes, sir.

11  Q.   And he wants to know if you are the Kamajors who had

12  attacked Voinjama.   Right?

13  A.   That was his second question, sir.

14  Q.   His first question was what?

15  A.   If we are the guys that refused to go to our country and

16  fight when we are most needed.

17  Q.   Who asked you to go to your country and fight?

18  A.   Mr. Taylor was asking me this question.

19  Q.   You said he had asked you if you were the guys who had

20  refused to go to your country and fight.   Right?

21  A.   Yes, sir.

22  Q.   Now, who had asked you during this whole ordeal to go to

23  your country and fight?

24  A.   I don't know, but when we at St. Paul's Bridge going back

25  to Voinjama was some of the reasons.

**October 6, 2008**

## S. Jusu - Cross

1  Q.   When were you asked during this whole ordeal to return to

2  Voinjama and fight?  Who asked you?

3  A.   At the police security, they were asking people a lot of

4  questions, sir.  I don't know what Mr. President was saying.

5  Q.   I know they're asking you a lot of questions at the bridge,

6  but were they asking you to return to Sierra Leone and fight?

7  Is that what you are saying?

8  A.   No, sir.

9  Q.   You were never asked that during your whole ordeal until

10  the President asked you?

11  A.   Yes, sir.

12  Q.   His question was "Are these the guys that were refusing to

13      go to Sierra Leone to fight?"

14  A.   Yes, sir.

15  Q.   Did he ask you there if you would be willing to go to

16  Sierra Leone to fight?

17  A.   No, sir.

18  Q.   And nobody answered his question.  Right?

19  A.   Yes, sir.

20  Q.   Okay.

21          And then he said "Well, I'm going to order my boys to

22      take you to the beach, cut your head off and bury you."

23          Right?

24  A.   Yes, sir.

25  Q.   The President of the country gave that order?

**October 6, 2008**

## S. Jusu - Cross

1  A.  Yes, sir.

2  Q.  Okay.

3      And then you say Daniel Chea, the Defense Minister,

4  said "No."  Right?

5  A.  He said "The killing should have been done where they're

6      coming from"

7  Q.  He said "This should have been done where they're coming

8      from," which means, as far as you interpret, he's saying

9      "These men should have been killed back where they were

10     brought from"  Right?

11 A.  Yes, sir.

12 Q.  The Defense Minister, on the one hand, saying "You should

13     have killed them earlier."  Right?

14 A.  (No response.)

15 Q.  Right?

16 A.  I don't know.

17 Q.  Isn't that what he said, "You should have killed them back

18     where they were brought from"?  Right?

19 A.  That was what he was saying, sir.

20 Q.  He said "Let's not kill them now.  Let's just interrogate

21     them"?

22 A.  Yes, sir.

23 Q.  After that, you said you were never interrogated.  Right,

24 Mr. Jusu?

25 A.  Yes, sir.

**October 6, 2008**

## S. Jusu - Cross

1  Q.   Despite the fact the President ordered you be killed, the

2  Defense Minister ordered you be spared and questioned, you're

3  saying you were never questioned?

4  A.   They took us to BTC.

5  Q.   No questioning?

6  A.   No.

7  Q.   You said you were at BTC and you were being taken to the

8  infirmary after a while there --  right -- to the clinic?

9  A.   Pardon?

10 Q.   Did you say while you were at BTC you were put in a room

11 with a lot of people.   Right?

12 A.   Yes, sir.

13 Q.   And they complained about the fact you looked horrible, so

14 one day they took you to the clinic?

15 A.   Yes, sir.

16 Q.   Was that during the day or in the evening?

17 A.   That was in the day, sir.

18 Q.   That's when you said you saw this fellow, VD Kollie?

19 A.   Yes, sir.

20 Q.   Did you and him exchange any words?

21 A.   Yes, sir.

22 Q.   You said something to him or he said something to you?

23 A.   Yes, sir.

24 Q.   Did he recognize you?

25 A.   Yes, sir.

**October 6, 2008**

## S. Jusu - Cross

1  Q.   So how long after the incident with Daniel Chea did this

2  happen when he recognized you, when Kollie recognized you?  The

3  next day?

4  A.   No, sir.

5  Q.   How long after?

6  A.   It has been some days.

7  Q.   Two days, three days?

8  A.   About a week, sir.

9  Q.   A week?

10  A.   Or more.

11  Q.   Now, you testified on Friday that you were placed at BTC.

12  Right?

13  A.   Yes, sir.

14  Q.   And you were in a cell with other people?

15  A.   Yes, sir.

16  Q.   Right.

17        And you said you weren't able to move your hands.

18  Right?  "My hands were dead, paralyzed."  Right?

19  A.   Yes, sir.

20  Q.   Then you said "My face was swollen.  My eyes, every part of

21     my body.  My hands were rotten."

22        Then you were asked what condition Momoh Turay was in.

23  You said "He could not move his hands either."  Right?

24  A.   Pardon.

25  Q.   Momoh Turay could not move his hands either when you were

**October 6, 2008**

## S. Jusu - Cross

1  at the Barclay Training Center.  Right?

2  A.   One of his hands, sir, yes, sir.

3  Q.   Then you said that you couldn't even recognize each other,

4  your face was so swollen?

5  A.   Yes, sir.

6  Q.   Right.

7       You said "All of us we could not able to recognize the

8       other person."  Right?

9  A.   Yes, sir.

10 Q.   And this was Monoh Turay and Foday Conteh you couldn't even

11 recognize?

12 A.   After, after, after we escaped, sir.

13 Q.   Well, you're saying this is the condition you were in at

14 the Barclay Training Center.  Right?

15 A.   Yes, sir.

16 Q.   You said you were walking to the clinic and WO Kollie

17 recognizes you?

18 A.   It was me who saw him  People were looking at us.  They

19 said there were a lot of soldiers around us.  WO Kollie was one

20 of them standing by looking at us.  I could recognize him  I

21 called his name and I said "It's me, Jusu."  He said "I know

22    this guy.  I know his wife.  I know his daughter."

23 Q.   Now you're saying you said something to him first.

24 Correct?  Is that what you're saying, that you called out to

25 him  Right?

**October 6, 2008**

## S. Jusu - Cross

1  A.   Yes, sir.

2  Q.   Okay.  Not that he recognized you.  Right?

3  A.   He recognized me, sir.

4  Q.   How could he recognize you, Mr. Jusu?  When you arrived at

5  the Barclay Training Center, you said Mr. Conteh couldn't

6  recognize you.  How could he recognize you after the beating

7  you got?

8  A.   He recognized me.  It was some days after I had seen WO

9  Kollie.

10  Q.   How many days?

11  A.   Some days.

12  Q.   How many?

13  A.   Some days.

14  Q.   Now, you said that eventually you got out of Barclay

15  Training Center.  Right?

16  A.   Yes, sir.

17  Q.   You said that Daniel Chea, himself, came to see you at the

18  cell?

19  A.   Yes, sir.

20  Q.   This is the same Daniel Chea who had said you should have

21  been killed way back where you were captured.  Right?

22  A.   Yes, sir.

23  Q.   That very same man came to see how were at the Barclay

24  Training Center?

25  A.   The day they release us was the day he came.

**October 6, 2008**

## S. Jusu - Cross

1  Q.   What?

2  A.   The day they released us was the day he came.

3  Q.   And then eventually you were taken from the Barclay

4  Training Center to a meeting with Carolyn Van Buren and Daniel

5  Chea.   Right?

6  A.   Not a meeting.   Carolyn Van Buren, Daniel Chea and the

7  others were standing outside.   So Mr. -- Daniel Chea went into

8  the cell and asked the MPs to take us out.   He wanted them to

9  clean our body before Carolyn could see us.

10  Q.   And then where did you go?

11  A.   We went outside.

12  Q.   Right.

13  A.   And they took us to the clinic.

14  Q.   The Greystone Clinic?

15  A.   Yes, sir.

16  Q.   And is that where there was this meeting between Carolyn

17  Van Buren and Daniel Chea where Daniel Chea got on his knees

18  and begged her not to report this?

19  A.   No, sir.

20  Q.   Did you ever see Daniel Chea on his knees begging to

21  Carolyn Van Buren?

22  A.   No, sir.

23  Q.   Where did this meeting then take place when -- let me ask

24  you this way:   You said in your testimony that Carolyn Van

25  Buren -- Daniel Chea was asking Carolyn Van Buren not to report

**October 6, 2008**

## S. Jusu - Cross

1  this.  Correct?

2  A.  I don't think I said that.

3  Q.  Well, did that happen?  Did Daniel Chea ask Carolyn Van

4  Buren not to report this?

5  A.  He was worried, sir.

6  Q.  My question is did you hear him say to Carolyn Van Buren

7      "Please don't report this"?

8  A.  I don't remember that, but he was very worried.

9  Q.  How could you tell he was worried?

10  A.  I could see it.  We were standing together outside.  This

11  time I had been free.

12  Q.  So you're telling us you don't remember Daniel Chea ever

13  saying to this woman "Please don't report this"?

14  A.  Yes, sir.

15  Q.  Did he say that to her or not?

16  A.  I don't know.

17          What I said was before they take us from the cell.

18  Mr. Daniel Chea was very worried, even when we went outside.

19  Carolyn was very angry and Mr. Daniel Chea was worried.

20  Q.  Did or did not Daniel Chea say to her "Please don't report

21      this"?  "Yes" or "No"?

22  A.  Pardon?

23  Q.  It didn't happen?

24  A.  Can you ask the question again, sir?

25  Q.  Yes.

## October 6, 2008

## S. Jusu - Cross

1          First of all, did you see Daniel Chea on his knees

2 begging to Carolyn Van Buren, "Please not to report this"?

3 A.  No, sir.

4 Q.  That never happened?

5 A.  I don't remember that.

6 Q.  And did he say anything to her like "Please don't report

7     this"?

8 A.  He was worried the way he was talking.

9 Q.  Okay.

10         Now, you were at the Greystone Clinic for how long?

11 A.  We were there for some days, sir.

12 Q.  And when you were at the Greystone Clinic, did anyone come

13 and arrest you and take you to different clinics and beat you?

14 A.  No, sir.

15 Q.  After the Greystone Clinic, you were taken to the Samukai

16 Refugee Camp.  Right?

17 A.  Yes, sir.

18 Q.  Now, you testified last week that while you were at the

19 Samukai Camp it wasn't safe because people would come in, take

20 you to different prisons and beat you?

21 A.  Yes, sir.

22 Q.  How many times did that happen?

23 A.  More than three times, sir.

24 Q.  More than three times?

25 A.  Yes, sir.

**October 6, 2008**

## S. Jusu - Cross

1    Q.   People would come into this refugee camp and they would

2    take you away?

3    A.   Yes, sir.

4    Q.   Did they take Momoh Turay away?

5    A.   Sometimes.

6    Q.   Did they take Foday Conteh away?

7    A.   No, sir.

8    Q.   Did they take anybody else that you saw?

9    A.   They used to come and beat people at the camp.

10   Q.   My question is besides taking you away and Momoh Turay away

11   sometimes, did you see them take anybody else away?

12   A.   I don't know.

13   Q.   So from what you're telling us, it's just you and Momoh

14   Turay who are singled out of that refugee camp, taken away to

15   different prisons and beaten.   Right?

16   A.   They took me away several times.

17   Q.   Where -- I'm sorry.   I apologize.

18   A.   They took me away several times.

19   Q.   Where did they take you?

20   A.   I don't know.

21   Q.   Well, you mean some men just stormed the refugee camp, came

22   directly to you, took you away?

23   A.   Some police officers, Liberian police, sir.

24   Q.   Uniformed Liberian police officers --

25   A.   Yes, sir.

**October 6, 2008**

## S. Jusu - Cross

1    Q.    -- came into the refugee camp?

2    A.    Yes, sir.

3    Q.    How many of?

4    A.    They were many.

5    Q.    Did they tie you up?

6    A.    No, sir.

7    Q.    They took you out of the refugee camp?

8    A.    Yes, sir.

9    Q.    They put you in a truck or -- where did they take you?

10   A.    To their police stations.

11   Q.    How far away?

12   A.    They had a police station at Cardewell.

13   Q.    I'm sorry.   You are going to have to spell it.

14   A.    C-a-r-d-e-w-e-l-l.

15   Q.    Was it is far from Samukai?

16   A.    Yes, sir.

17   Q.    Were they beating you on the truck?

18   A.    Yes, sir.

19   Q.    They took you to the police station and they beat you?

20   A.    Yes, sir.

21   Q.    How long did they keep you at the police station?

22   A.    The other night I was there until the morning.   Then

23   Carolyn would come with some other refugee.

24   Q.    So Carolyn Van Buren went to see you at the police station?

25   A.    Yes, sir.

**October 6, 2008**

## S. Jusu - Cross

1   Q.   Were you released?

2   A.   Yes, sir.

3   Q.   You were taken back to Samukai Refugee Camp?

4   A.   Yes, sir.

5   Q.   Then they arrested you again?

6   A.   Yes, sir.

7   Q.   How long after that arrest, that first one?

8   A.   I cannot remember, sir.

9   Q.   But, again, Liberian National Police came into the Samukai

10  Refugee Camp, grabbed you, took you back to the same police

11  station and beat you again?

12  A.   Sometime -- they had established post by the camp.

13  Q.   I'm sorry.   What?

14  A.   They had established post by the camp.

15  Q.   The second time they took you to an established post by the

16  camp?

17  A.   Yes, sir.

18  Q.   And they beat you?

19  A.   Yes, sir.

20  Q.   Did you stay overnight?

21  A.   No, sir, it was in the day.

22  Q.   How did you get released that time?

23  A.   Carolyn came.   The refugees call her.

24  Q.   Again?

25  A.   Yes, sir.

**October 6, 2008**

**S. Jusu - Cross**

1   Q.   Carolyn came?

2   A.   Yes.

3   Q.   And then it happened to you a third time?

4   A.   Yes, sir.

5   Q.   Okay.

6        While you were at the Samukai Refugee Camp.  Right?

7   A.   Yes, sir.

8   Q.   And it happened a fourth time?

9   A.   No, sir.  I don't remember.  They used to come.  Sometimes

10  they would just see you around because by then my condition --

11  people when they see me, they will want to know what had

12  happened with me.

13  Q.   So the third time Carolyn Van Buren came again to the

14  police station and got you out of there.  Right?

15  A.   Yes, sir.

16  Q.   So three times she had to come to some police station and

17  get you out of there?

18  A.   Yes, sir.

19  Q.   Why were you being removed from the Samukai Refugee Camp,

20  taken to a police station and beaten?

21  A.   The police were very aggressive sir.  This was the

22  situation in Liberia.

23  Q.   Did they ever tell you why you?

24  A.   They were doing this to a lot of people in the country.  It

25  was very common for them

**October 6, 2008**

## S. Jusu - Cross

1   Q.   At the Samukai Refugee Camp, you said you only saw, as far

2   as you could tell, it was just you and Momoh Turay.   Why you

3   guys?

4   A.   Not just me and Momoh Turay.

5   Q.   I thought I asked you if you saw other people being taken

6   away and beaten and you said "I'm not sure."

7   A.   The night I was arrested, I don't remember if they arrested

8   another person again, but they used to come to the camp, arrest

9   people, beat people, take away people.

10  Q.   What did Carolyn Van Buren tell you after the first time

11  you were taken away and beaten?   Did she tell you to do

12  anything?

13  A.   She took me to the hospital.   From there, she took me to

14  the police station, the same police station, and they took me

15  back to the camp.

16  Q.   Did she give you any advice as to how to avoid these

17  situations?

18  A.   No, sir.

19  Q.   She didn't say anything?

20  A.   No, sir.

21  Q.   And she didn't try to move you from the Samukai Refugee

22  Camp?

23  A.   No, sir.

24  Q.   She didn't get you out of Liberia to Sweden?

25  A.   Later.

**October 6, 2008**

## S. Jusu - Cross

1  Q.  It took three beatings, apparently, for no reason at all,

2  to get you out of Liberia.  Right?

3  A.  (No response.)

4  Q.  Is that what you are saying?

5  A.  They had been arresting me, beating me.  Carolyn knew my

6  case.

7  Q.  And she waited until the third beating to get you out of

8  Liberia?

9  A.  (Indicating.)

10 Q.  You could have been killed, Mr. Jusu, after the first

11 beating.

12 A.  Yes, sir.

13 Q.  And this lady works with the United Nations?

14 A.  Yes, sir.

15 Q.  She brought you back to the same refugee camp every time

16 you got a beating so you could get another beating.  Is that

17 what you're saying?

18 A.  I don't know, sir.

19 Q.  That's what happened, it seems.

20 A.  I cannot say that.

21 Q.  That's exactly what happened according to what you're

22 saying, isn't it?

23 A.  No, sir.

24 Q.  It's not.

25     You weren't removed three times from the camp, beaten

**October 6, 2008**

## S. Jusu - Cross

1  each time, taken back to the refugee camp, left there, visited

2  by Carolyn Van Buren and she didn't get you out of there until

3  after the third beating?

4  A.  I was at the refugee camp like other refugees.  My family

5  was with me there.

6  Q.  Now, you said at the Samukai Refugee Camp you met this

7  gentleman from Kenema?

8  A.  Yes, sir.

9  Q.  Mr. King?

10  A.  Yes, sir.

11  Q.  He had a niece?

12  A.  Yes, sir.

13  Q.  What was her name?

14  A.  He had -- excuse me.  Can you repeat your question?

15  Q.  Yes, sir.

16  A.  Good.

17  Q.  At the Samukai Refugee Camp, you met a gentleman named

18  Mr. King?

19  A.  Yes, sir.

20  Q.  He had a niece or a young lady with him, or a daughter,

21  somebody?

22  A.  A daughter, sir.

23  Q.  A daughter?

24  A.  Good.

25  Q.  And how old was this daughter?

**October 6, 2008**

## S. Jusu - Cross

1   A.   I don't remember, sir.

2   Q.   Was she a teenager?

3   A.   No, sir.

4   Q.   Was she an adult?

5   A.   She had a child.  She was a woman.

6   Q.   She already had a child?

7   A.   Yes, sir.

8   Q.   Was she there at the camp?

9   A.   Yes, sir.

10  Q.   So this was this gentleman's niece or daughter?  I'm sorry.

11  A.   Mr. King's daughter.

12  Q.   She had a child of her own?

13  A.   Yes, sir.

14  Q.   And that was the lady that Momoh Turay brought to Sweden as

15  his wife?

16  A.   Yes, sir.

17  Q.   And did you introduce this lady -- what was her name, by

18  the way?

19  A.   Who?

20  Q.   The young lady who had a child who ended up going to Sweden

21  with Momoh Turay?

22  A.   She is Musu.

23  Q.   Musu?

24  A.   Yes, sir.

25  Q.   Is that also your daughter's name?

**October 6, 2008**

## S. Jusu - Cross

1    A.   Misu is my daughter's name, too.

2    Q.   Misu is your daughter's name and Mr. King's daughter's

3    name, too?

4    A.   Yes, sir.

5    Q.   Did you introduce this young lady to Mr. Turay?

6    A.   What do you mean by "introduce," sir?

7    Q.   Well, she was at the refugee camp.  Right?

8    A.   Yes, yes, sir.

9    Q.   And Monoh Turay was at the refugee camp?

10   A.   Yes, sir.

11   Q.   Did you introduce Misu to Mr. Turay?

12   A.   We used to go to Mr. King's house and get help, so it was

13   there where I been introduced to the family after I've met

14   Mr. King.  So when me and Monoh Turay used to get to the house,

15   it was then we learned to know Misu and there they had their

16   relation.

17   Q.   Mr. King was not a refugee?

18   A.   He was.

19   Q.   He had his own house?

20   A.   Yes, sir, at the camp.

21   Q.   I see.  He was in the camp?  He lived in the camp?

22   A.   Yes, sir.

23   Q.   When you say "house," were there houses in the camp?

24   A.   Yes, sir.

25   Q.   So he was living there with his daughter and Monoh Turay

**October 6, 2008**

## S. Jusu - Cross

1   met this young lady, Misu?

2   A.   Yes, sir.

3   Q.   Who already add child?

4   A.   Yes, sir.

5   Q.   And that's the young lady that Mr. Turay told Ms. Van Buren

6   was his wife.   Right?

7   A.   Yes.

8   Q.   And what did Ms. Van Buren -- did Ms. Van Buren ask

9   anything, "Who is this child that belongs to Ms."Misu?"

10   A.   I don't know anything about that, sir.

11   Q.   Did the child also go to Sweden?

12   A.   No, sir.

13   Q.   Did Misu go to Sweden?

14   A.   Yes, sir.

15   Q.   So Misu left her child behind --

16   A.   Yes, sir.

17   Q.   -- with Mr. King?

18   A.   I don't know the family.

19   Q.   Mr. Turay pretended Misu was his wife?

20   A.   Yes, sir.

21   Q.   And lied to Ms. Van Buren about it?

22   A.   Yes, sir.

23   Q.   Okay.

24         And whose idea was it for Mr. Turay to say that that

25   was his wife, yours or his or Mr. Turay's.

**October 6, 2008**

## S. Jusu - Cross

1    A.   They were in love, sir.

2    Q.   It wasn't his wife.   Right?

3    A.   Yes, sir.

4    Q.   It was or wasn't?

5    A.   She wasn't.

6    Q.   Was not.   Okay.

7              And did Misu want to go to Sweden?   Did she want to

8    get out of Liberia?

9    A.   She loved Monoh.

10   Q.   And Monoh was going to Sweden

11   A.   Monoh love her, too.

12   Q.   Monoh was still married, though?

13   A.   He was.

14   Q.   To somebody else.   Right?

15   A.   Yes, sir.

16   Q.   Is she still in Sweden, by the way, Misu?

17   A.   Yes, sir.

18   Q.   Is she living with Mr. Turay?

19   A.   No, sir.

20   Q.   Mr. Turay brought his first wife to Sweden.   Right?

21   A.   Yes, sir.

22   Q.   So Mr. Turay got to Sweden by lying about who his wife was.

23   Once he got to Sweden, the lady he took as his wife was allowed

24   to remain there and then Mr. Turay was able to bring his real

25   wife to Sweden?

**October 6, 2008**

## S. Jusu - Cross

1  A.   Yes, sir.

2  Q.   And do you all see each other in Sweden?

3  A.   We don't live at the same place, sir.

4  Q.   You live in the same city?

5  A.   No, sir.

6  Q.   Have you ever talked to him about -- with Mr. Turay --

7  about coming here to testify in this case?

8  A.   To who?

9  Q.   To each other.

10 A.   Me and Mr. Turay?

11 Q.   Yes.

12 A.   Yes, sir.

13 Q.   You must have talked about coming here to testify?

14 A.   Yes, sir.

15 Q.   Did you talk about what you were going to say in court?

16 A.   No, sir.

17 Q.   You didn't do that?

18 A.   No, sir.

19 Q.   Now, you had quite a few meetings with the prosecution

20 team   Correct?

21 A.   Yes, sir.

22 Q.   Face-to-face meetings.   Right?

23 A.   Yes, sir.

24 Q.   Where you answered all of their questions.   Correct?

25 A.   Yes, sir.

**October 6, 2008**

## S. Jusu - Cross

1  Q.  How many meetings, would you say?

2  A.  Several meetings, sir.

3  Q.  More than three?

4  A.  Yes, sir.

5  Q.  Sometimes they've gone to Sweden to talk to you.  Right?

6  A.  Yes, sir.

7  Q.  Have you ever come here to talk to them?

8  A.  Yes, sir.

9  Q.  And when you sat down with them, you were not hurried.  You

10 answered all of their questions.  Right?

11 A.  Yes, sir.

12 Q.  If they wanted to spend two days with you, they could spend

13 two days with you.  Right?

14 A.  Yes, sir.

15 Q.  Well, now, I asked you if you would talk to me.  Right?

16 A.  Not directly.

17 Q.  Well, indirectly you got my message that I wanted to talk

18 to you.  Right?

19 A.  Yes, sir.

20 Q.  And I said I would even go to Sweden to talk to you?

21 A.  Yes, sir.

22 Q.  And you refused?

23 A.  Yes, sir.

24 Q.  Why didn't you want to talk to me, Mr. Jusu?

25 A.  I don't know.

**October 6, 2008**

## S. Jusu - Cross

1   Q.   That's your answer?

2   A.   Yes, sir.

3   Q.   I was just going to ask you questions about what happened.

4   Right?  Isn't that what you assumed?

5   A.   I don't know what you would love to see me for.

6   Q.   Well, it's a safe assumption it was about this case.

7   Right?  You and I don't know each other.   We have nothing else

8   in common.   Right?

9   A.   Of course.

10  Q.   And yet you refused --

11  A.   Yes, sir.

12  Q.   -- to even sit down with me and answer my questions for one

13  minute.

14  A.   Yes, sir.

15  Q.   You spent how many hours speaking to the prosecution?

16  A.   Yes, sir.

17  Q.   Hours and hours.   Right?

18  A.   Yes, sir.

19  Q.   Looking over photographs.   Right?

20  A.   Yes, sir.

21  Q.   Drawing little diagrams for them.  Right?

22  A.   Yes, sir.

23  Q.   And did you tell them Momoh Turay had lied about who his

24  wife was?

25  A.   No, sir.

**October 6, 2008**

## S. Jusu - Cross

1  Q.   You didn't tell them that.   You kept that to yourself.

2  Right?

3  A.   It was not my business, sir.

4  Q.   You knew you were going to be a witness in the case.

5  Right, Mr. Jusu?   Right?   Right?

6  A.   Yes, sir.

7  Q.   You testified in court before.   Right?

8  A.   Yes, sir.

9  Q.   And you know the most important thing that a witness has is

10  his credibility.   Right?

11  A.   Yes, sir.

12  Q.   And didn't you want to be up front with the prosecution,

13  tell them "Hey, listen.   This is what really happened.   When we

14      got out of Liberia, we lied about who this lady was"?

15          You didn't think it was necessary to tell them that?

16  A.   (Indicating.)

17  Q.   Obviously not.

18  A.   They asked me once about Mrsu.   They asked me what I know

19  about Mrsu to them

20  Q.   What did you tell them?

21  A.   I answered their questions.

22  Q.   Did you tell them that she wasn't really Momoh Turay's

23  wife?   "Yes" or "No"?

24  A.   I answered their questions, sir.

25  Q.   And did you tell them Mrsu was not really Momoh Turay's

## S. Jusu - Cross

1   wife?  "Yes" or "No"?

2   A.   Yes, sir.

3   Q.   You told them that?

4   A.   Yes, sir.

5   Q.   Did you ever lie to them about that?

6   A.   No, sir.

7   Q.   I thought you said 15 seconds ago you didn't tell them

8   about that.

9   A.   Pardon?

10   Q.   I thought you told us 20 seconds ago you didn't tell them

11   about that.

12   A.   About what?

13   Q.   About Misu not being Momoh Turay's wife.  Didn't you say

14   that?

15   A.   They asked me.

16   Q.   And you said yes, she really wasn't his wife?  Is that what

17   you told them?

18   A.   Who?

19   Q.   The prosecution when they interviewed you.

20   A.   I told them Misu was not Momoh's wife, sir.

21   Q.   Now, another thing you did for the prosecution was fly from

22   Sweden to Miami and allow yourself to be examined by a forensic

23   medical expert.  Is that right?

24   A.   Yes, sir.

25   Q.   Do you know what that is?  It's a doctor that looks at your

## S. Jusu - Cross

1  skin.  Right?  That's what this man did?

2  A.  Yes, sir.

3  Q.  You disrobed for him  You allowed him to examine every

4  inch of your body.  Is that right?

5  A.  Yes.

6  Q.  You told him what happened to you.  Right?

7  A.  Yes, sir.

8  Q.  I asked if you would do the same thing with my expert.

9  Right?

10  A.  I don't know.

11  Q.  You don't know if you received that communication?

12  A.  You said you want to see me.

13  Q.  No, no.  I also asked if you would submit to the exact same

14  type of forensic exam that you submitted yourself to for the

15  Government doctor.  Are you telling me you did not get that

16  message?

17  A.  Yes, sir.

18  Q.  You got that message?

19  A.  Yes, sir.

20  Q.  And you refused?

21  A.  Yes, sir.

22  Q.  Right.  Why did you refuse that?

23  A.  I told my lawyer to -- you could share the same information

24  they got from me here.

25  Q.  You told your lawyer that I had to rely on the Government

**October 6, 2008**

## S. Jusu - Cross

1  expert of what his examination was?

2  A.  Yes, sir.

3  Q.  My communication to you was I had my own expert who I

4  wanted to examine your body.  Wasn't that the communication you

5  received?

6  A.  Yes, sir.

7  Q.  And you refused that?

8  A.  Yes, sir.

9  Q.  Okay.

10       Now, did the prosecution team ever ask you, aside from

11  sitting or exposing yourself to a physical examination of your

12  body, did they ever ask you to sit for a psychological

13  examination of yourself?

14  A.  Yes, I have met somebody, a doctor.

15  Q.  Are you saying the Government submitted you to a

16  psychological exam?

17  A.  I needed to talk to somebody.

18  Q.  I'm not talking about that.  I'm talking about the

19  prosecution team, just like they hired a doctor -- Dr. Hyma,

20  was his name?

21  A.  Yes.

22  Q.  -- to do a physical exam of your body.  Did they hire

23  somebody to do not a physical exam, but a psychological exam of

24  your mind to see what effect all of this torture had on you?

25  A.  No, sir.

**October 6, 2008**

## S. Jusu - Cross

1          THE COURT:   Might we take our morning recess now,

2   Mr. Caridad?

3          MR. CARIDAD:   Yes, ma'am.

4          THE COURT:   Ladies and gentlemen, we'll take 10

5   minutes.   Please don't discuss the case.

6          [The jury leaves the courtroom at 10:39 a.m.]

7          THE COURT:   All right.   We're in recess.

8          MR. CARIDAD:   Thank you.

9           [There was a short recess at 10:40 a.m.]

10          THE COURT:   Where is the witness?

11          [The jury returns to the courtroom at 10:51 a.m.]

12          THE COURT:   Everyone please be seated.

13          MR. CARIDAD:   Are we missing a juror or not?

14          [The juror entered the courtroom at 10:52 a.m.]

15          THE COURT:   Please proceed.

16   BY MR. CARIDAD:

17   Q.   Mr. Jusu, when you were speaking to the prosecution team,

18   did you tell them that three people had been killed at the

19   bridge or four?

20   A.   I told them four people, sir.

21   Q.   You always told them four?

22   A.   Yes, sir.

23   Q.   Now, you have a gunshot wound in your right leg.   Is that

24   right?

25   A.   Yes, sir.

## S. Jusu - Cross

1  Q.    Where did you get that from?

2  A.    In Sierra Leone.

3  Q.    And how did that happen?

4  A.    It was on ambush.

5  Q.    What year was that?

6  A.    1995.

7  Q.    How did that ambush happen?

8  A.    We used to go -- when you're coming from Freetown to

9  Kenema, for example, when I go to buy goods, there were

10  ambushes on the road all over the country.  So I happened to

11  have that injury.

12  Q.    You were the victim of a robbery attempt or something like

13  that?

14  A.    I said "ambush on the highway."  The rebels used to make

15  ambush on the road.

16  Q.    These were rebels -- so the rebels were active in '95 in

17  your country?

18  A.    There was rebel war in my country, in Sierra Leone.

19  Q.    You were driving down the road in a car by yourself?

20  A.    I was in a car, not by myself.

21  Q.    You were in a car.  Were you driving?

22  A.    No, sir.

23  Q.    You were a passenger in a car?

24  A.    I was a passenger, sir.

25  Q.    And these rebels came -- could you see them approach you?

**October 6, 2008**

## S. Jusu - Cross

1   A.   No, sir.

2   Q.   Where were they?

3   A.   They were on the road somewhere.   When they see cars going,

4   they would open fire on the cars.

5   Q.   Were you a soldier at that time?

6   A.   No, sir.

7   Q.   So you were driving down a road in a car?

8   A.   Yes, sir.

9   Q.   And you say somebody fired at you?

10  A.   Rebels.   There was anbushes in the country all over the

11  highways.

12  Q.   And they would just shoot at people driving in the car?

13  A.   Yes, sir.   They would kill people, go in the car and carry

14  people away.

15  Q.   But you say you weren't a soldier.

16  A.   I was not.   I was a civilian.

17  Q.   And that's how you got the gunshot wound in your right leg?

18  A.   Yes, sir.

19  Q.   Now, your country was a violent place to live in, wouldn't

20  you say?

21  A.   Yes, sir.   There was war there.

22  Q.   You just told us without being a soldier, you, yourself,

23  managed to get shot in the leg doing absolutely nothing.

24  Right?

25  A.   Yes, sir.

**October 6, 2008**

## S. Jusu - Cross

1  Q.   So it's fair to say in your country, unfortunately there's

2  a lot of opportunity for someone to become injured to their

3  body?

4  A.   There was a war in Sierra Leone, sir.

5  Q.   Which means stabbings with knives.  Right?

6  A.   They would -- the rebels would kill people.

7  Q.   The weapons used in the war were guns, knives, anything

8  people could get their hands on?

9  A.   Yes, sir.

10  Q.   And you saw a lot of your friends injured in this way by

11  gunshot or knives or --

12  A.   Yes, sir.  Other people have been killed.

13  Q.   And injured, too?

14  A.   Yes, sir.

15  Q.   So it's not uncommon, unfortunately, for people from your

16  country to have marks on their bodies from all sort of

17  injuries.  Right?

18  A.   It could be, sir.

19  Q.   From burns?

20  A.   I don't know.

21  Q.   Knife wounds?

22  A.   I don't know.

23  Q.   Gunshot wounds?

24  A.   It could be.

25  Q.   It's not as safe as the United States, or I'm not sure.

**October 6, 2008**

## S. Jusu - Cross

1   A.   Pardon?

2   Q.   It's not safe as in the United States, would you say?

3   A.   About what?

4   Q.   At least in wartime.  At least in wartime, it was a very

5   dangerous place to live?

6   A.   Well, this was war, sir.  This is exactly what I want you

7   to know.

8   Q.   And civilians, as well as soldiers, received wounds from

9   this war, physical wounds?

10  A.   Yes, sir.

11  Q.   Maiming?

12  A.   Yes, sir.

13  Q.   Fingers cut off?

14       You're missing a finger, aren't you?

15  A.   Yes.

16  Q.   How did that happen?

17  A.   It was an accident.

18  Q.   It had nothing to do with anybody attacking you or anything

19  like that?

20  A.   No, sir.

21  Q.   Now, the civil war in your country, however, ended back in

22  2002.  Is that right?

23  A.   Yes, sir.

24  Q.   That's when it was declared over?

25  A.   Yes, sir.

**October 6, 2008**

## S. Jusu - Cross

1  Q.   And in May -- there were elections in May of 2002.   Right?

2  A.   Yes, sir.

3  Q.   And a President was elected?

4  A.   Yes, sir.

5  Q.   Then there was a disarmament process that happens after

6  war?

7  A.   I was in Sweden.

8  Q.   But you know about it.   Right?   You follow the events in

9  your own country, didn't you?

10  A.   Yes, sir, sometimes.

11  Q.   So there was a disarmament process that was completed?

12  A.   I don't know about that.

13  Q.   But you heard about it?

14  A.   Yes.

15  Q.   And then by December of 2005, the United Nations even left

16  your country.   Right?

17  A.   I don't know.

18  Q.   You heard about that?

19  A.   No.

20  Q.   But all this time you have been living in Sweden?

21  A.   Yes, sir.

22  Q.   And you continue to live in Sweden?

23  A.   Yes, sir.

24  Q.   With most of your family?

25  A.   Yes, sir.

**October 6, 2008**

## S. Jusu - Cross

1  Q.   Why have you not returned to Sierra Leone?

2  A.   Pardon?

3  Q.   Why have you not returned to Sierra Leone?

4  A.   Sweden is my new home.

5  Q.   How long have you been in Sweden?

6  A.   Eight years.

7  Q.   How long had you lived in Sierra Leone?

8  A.   The rest of my life.

9  Q.   So why not return to Sierra Leone?

10  A.   Because Sweden is my new home now, sir,

11  Q.   Why is it your new home?

12  A.   Because I live there with my family.

13  Q.   And you have education.  Right?

14  A.   Yes, sir.

15  Q.   Your kids have an opportunity for education?

16  A.   Yes, sir.

17  Q.   You have a home that's secure?

18  A.   Yes, sir.

19  Q.   You're not being attacked?

20  A.   No, sir.

21  Q.   You have electricity?

22  A.   Yes, sir.

23  Q.   You have running water?

24  A.   Yes, sir.

25  Q.   You get government assistance for some things?

**October 6, 2008**

## S. Jusu - Cross

1    A.    Pardon?

2    Q.    You get government assistance in some way.   Do they help

3    you with your food?

4    A.    No, sir.

5    Q.    No assistance at all from the Swedish government?

6    A.    When I came earlier.

7    Q.    Did you get free medical care?

8    A.    When I came earlier.

9    Q.    How about now?  Do you get free medical care?

10   A.    I have my medical insurance.

11   Q.    And your kids go to school there?

12   A.    Yes, sir.

13   Q.    And you have a future there?

14   A.    Yes, sir.

15   Q.    And your kids have a future there?

16   A.    Yes.

17   Q.    And you say you're not going back to Sierra Leone?

18   A.    I go and see my family there, but I live now in Sweden.

19   Q.    And you'll never go back to Sierra Leone to live?

20   A.    I don't know.

21   Q.    But for the near future, you won't?

22   A.    Yes, sir.  I would love to go there back, but I'm in Sweden

23   with my family.

24   Q.    And you're going to stay in Sweden?

25   A.    Yes, sir.

## S. Jusu - Redirect

1          MR. CARIDAD:    Thank you, Judge.

2                    REDIRECT EXAMINATION

3   [Beginning at 11:00 a.m., 10/7/08.]

4   BY MS. ROCHLIN:

5   Q.    Mr. Jusu, do you see the pictures that are back on your

6   screen?

7   A.    Yes, ma'am

8   Q.    And do you see the one with you and your daughter, Misu?

9   A.    Yes, ma'am

10  Q.    Just so we're clear, can you tell us when that picture was

11  taken?

12  A.    It was on Christmas day.

13  Q.    Of what year?

14  A.    1999, ma'am

15  Q.    Mr. Jusu, let me ask you now to go further back in time,

16  back to when you were at the checkpoint at the bridge.

17  A.    Yes, ma'am

18  Q.    At that time, were you wearing a wristwatch?

19  A.    Yes, ma'am

20  Q.    And did you get to keep your wristwatch as you were going

21  through the checkpoint?

22  A.    No, ma'am

23  Q.    What happened to your watch?

24  A.    They took it away from me.

25  Q.    Without your watch, how precisely were you able to tell

**October 6, 2008**

## S. Jusu - Redirect

1  what time it was?

2  A.  I can't, ma'am

3  Q.  And without your watch, how precisely were you able to tell

4  how long events were taking?

5  A.  I can't, ma'am

6  Q.  Mr. Jusu, when you were watching the defendant select the

7  men in your group --

8  A.  Yes, ma'am

9  Q.  -- how important to you was it what time it was?

10  A.  It wasn't important, ma'am

11  Q.  How important to you was it, Mr. Jusu, what time it was?

12  Was it important to you or not?

13  A.  It was not important to me.  I never care about that.

14  Q.  And when you saw the defendant shoot those men, how

15  important to you was it what time it was?

16  A.  It was not important to me, ma'am

17  Q.  When you were getting beaten at the checkpoint, Mr. Jusu,

18  how important to you was it what time it was?

19  A.  It was not important for me, ma'am

20  Q.  Were you able to take notes of what was happening to you

21  while you were getting beaten, Mr. Jusu?

22  A.  No, ma'am

23  Q.  When you were tied and put in the truck at the checkpoint,

24  how important to you was it then what time it was?

25  A.  It was not important to me, ma'am

**October 6, 2008**

## S. Jusu - Redirect

1  Q.   How important was it to you how long the drive took to the

2  Gbarnga Police Station?

3  A.   Not important.

4  Q.   How were you feeling at the time of the drive to the

5  Gbarnga Police Station?

6  A.   It was terrible for me, ma'am

7  Q.   Why was it terrible?

8  A.   I was in serious pain.

9  Q.   What were you focusing on?

10  A.   I thought I was going to be killed.

11  Q.   Mr. Jusu, once you got to the Gbarnga Police Station, how

12  important to you then was it what time it was?

13  A.   Not important, ma'am

14  Q.   During your time at the Gbarnga Police Station, tell us

15  when did you ever have a watch?

16  A.   I never had a watch, ma'am

17  Q.   And during your time at the Gbarnga Police Station, how

18  important to you was it how long it took for you to stay or go

19  from the Gbarnga Police Station?

20  A.   It was not important for, me ma'am

21  Q.   Mr. Jusu, when you were beaten at the police station, how

22  important was it to you how long the beatings took?

23  A.   It was not important, ma'am

24  Q.   Did you have anything you could use to measure how long the

25  beatings lasted?

**October 6, 2008**

# S. Jusu - Redirect

1  A.   No, ma'am

2  Q.   And at the Gbarnga Police Station, did you have anything to

3  make note of what time things happened or when they occurred?

4  A.   No, ma'am

5  Q.   Mr. Jusu, when you were put in the truck at the Gbarnga

6  Police Station, once you were in the truck, were you able to

7  see?

8  A.   No, ma'am

9  Q.   Did you have any way of knowing how long it took to get

10  from the Gbarnga Police Station to the base you knew as

11  Gbatala?

12  A.   No, ma'am

13  Q.   Once you were at Gbatala, tell us, Mr. Jusu, when, if ever,

14  did you have a watch?

15  A.   I never had a watch, ma'am

16  Q.   And when, if ever, were you able to make a note or a record

17  of what time something happened?

18  A.   I never had that time, ma'am

19  Q.   When you were being punished at the base, Mr. Jusu, was

20  anybody telling you what time it was?

21  A.   No, ma'am

22  Q.   When you were being punished at the base, tell us,

23  Mr. Jusu, was it important to you or not what time it was?

24  A.   It was not important for me, ma'am

25  Q.   When the melted plastic was hitting your skin, was it

**October 6, 2008**

## S. Jusu - Redirect

1   important to you or not how long that went on for?

2   A.   It was not important for me, ma'am

3   Q.   When the ATU soldiers were putting the hot cassava stems in

4   your mouth, were you making notes about what time it was?

5   A.   No, ma'am

6   Q.   Mr. Jusu, do you remember the first time that you tried to

7   escape from Gbatala?

8   A.   Yes, ma'am

9   Q.   When you escaped, explain what were you feeling?  What were

10  your emotions?

11  A.   It was terrible.  I was seriously afraid.  I thought I

12  would die there.  I thought I will never see my daughter, my

13  wife, my family, my brothers.

14  Q.   And you were frightened?

15  A.   Yes, ma'am

16  Q.   How was your heart beating?

17  A.   (No response.)

18  Q.   Fast or slow?

19  A.   It was very fast, ma'am

20  Q.   How was your breathing?  Fast or slow?

21  A.   Faster.

22  Q.   What were you trying to do when you were escaping from

23  Gbatala?

24  A.   I was trying to go somewhere where people could help me,

25  ma'am

**October 6, 2008**

## S. Jusu - Redirect

1   Q.   With respect, Mr. Jusu, to the second time you tried to

2   escape, what were you feeling then?  What were your emotions

3   once you got out of the pit for a second time?

4   A.   Again, I had just one feeling, that I escape or they kill

5   me.

6   Q.   How was your heart beating the second time when you got out

7   of the pit?

8   A.   Faster.

9   Q.   How were you breathing the second time when you got out of

10  the pit?

11  A.   Faster.

12  Q.   And the way you felt, was that stronger or less strong than

13  the first time you escaped from the pit?

14  A.   Very much stronger.

15  Q.   Mr. Jusu, where were you brought after the second time you

16  escaped from the pit at Gbatala?

17  A.   At the center of -- there was some building around the

18  second time.

19  Q.   Some buildings, and at what location?

20  A.   In Gbatala, ma'am.

21  Q.   And when you were brought back to Gbatala after your second

22  escape, who did you see?

23  A.   I saw Mr. Chuckie Taylor.

24  Q.   And how did Mr. Chuckie Taylor react towards you after your

25  second escape?

**October 6, 2008**

## S. Jusu - Redirect

1   A.   Well, he was angry.

2   Q.   And how could you tell that he was angry?

3   A.   I could see the way he was performing, beating me.

4   Q.   How did that beating compare to other beatings you've

5   received up to that moment?

6   A.   It was terrible, ma'am

7        MR. CARIDAD:   Your Honor, I object to this redirect,

8   improper redirect.

9        THE COURT:   Overruled.

10  BY MS. ROCHLIN:

11  Q.   How did that beating compare, Mr. Jusu, to the beatings you

12  had received before?

13  A.   It was very, very, very much painful.   It was quite

14  different from the punishment I've had before.

15  Q.   How was it different?

16  A.   This time they were beating me, melting plastic on me,

17  melting candles on me, on my butt, under my feet.   They tied

18  me.   They stabbed me on my leg.

19  Q.   And, Mr. Jusu, do you remember when Mr. Caridad asked you

20  on cross-examination about the message that was brought to the

21  defendant, Mr. Chuckie Taylor, while this beating was

22  happening?

23  A.   Yes, ma'am

24  Q.   Can you tell us, please, how it is Mr. Chuckie Taylor

25  reacted when he got the message?

## S. Jusu - Redirect

1    A.   When he got the message, he was very, very angry.   They

2    were saying "Papay want to see these guys."   That was the time

3    they started beating me seriously.   It was quite different from

4    all the previous ones we had.

5    Q.   Was the beating worse before the defendant got the message

6    or after?

7    A.   It was after, ma'am

8    Q.   How much worse did it get?

9    A.   This was the first time they started melting candles on me,

10   on my buttocks, on my privates.   This was the first time they

11   start stabbing me.   They were beating, kicking me, stepping on

12   my head.

13   Q.   And when that beating, when that punishment finally came to

14   an end, Mr. Jusu, what was done to you then?

15   A.   They took me to Monrovia.   They tied me, seal taped my

16   mouth.

17   Q.   How did they tie you when you were taken to Monrovia?

18   A.   They tabied me.

19   Q.   And when you were tabied and taken to Monrovia, that was

20   after you were in the pit with Monoh Turay?

21   A.   Yes, ma'am

22   Q.   When you were tabied and taken to Monrovia, Mr. Jusu, how

23   did that affect you physically?

24   A.   My hand paralyzed, ma'am

25   Q.   Mr. Jusu, let me ask you one more time to think back to

**October 6, 2008**

## S. Jusu - Redirect

1  when you were stopped at the checkpoint at the St. Paul River.

2  You told us previously that you saw the defendant shoot several

3  men.   Is that correct?

4  A.   Yes, ma'am

5  Q.   And Mr. Caridad asked you about what happened to the men

6  after they were shot.   Do you recall that?

7  A.   Yes, ma'am

8  Q.   And after the men were shot, what did you see happen to

9  their bodies with your own eyes?

10  A.   They drag them out, carried them towards the bridge, ma'am

11  Q.   Now, did you see all the way where the bodies went or, in

12  other words, did the bodies leave your sight when they were

13  dragged away or not?

14  A.   They went out of sight.

15  Q.   Were you able to see what happened to the bodies when they

16  were out of your sight?

17  A.   No, ma'am

18  Q.   What's the next thing you saw after the bodies were out of

19  your sight?

20  A.   I saw one of the heads hung on the car.   Then they hung the

21  other three heads on the checkpoint.

22  Q.   Mr. Jusu, do you recall this morning Mr. Caridad asking you

23  some questions about your meetings with the prosecution?

24  A.   Yes, ma'am

25  Q.   And he also asked whether the prosecution had ever arranged

**October 6, 2008**

## S. Jusu - Redirect

1  for an expert to give you some kind of psychological

2  examination.  Do you recall those questions?

3  A.   Yes, ma'am

4  Q.   And did you start to tell us when you were answering those

5  questions there was a time when you had to talk to someone?

6  A.   Yes, ma'am

7  Q.   What kind of person did you have to talk to, Mr. Jusu?

8  A.   I spoke to a psychologist here.

9  Q.   And why was it that you had to speak to that person?

10  A.   Because I was having nightmares.  I was afraid.

11  Q.   And can you explain for us, Mr. Jusu, what it was that

12  brought the nightmares and made you afraid?

13  A.   In my dreams I could see people running behind me, just

14  like I'm, I'm in Africa or somewhere.  I could see people with

15  guns behind me running, tying me.  I could see myself off with

16  my head.  Somebody want to throw me down.

17  Q.   This happened while you were here in the United States?

18  A.   Yes, ma'am

19  Q.   Here in Miami?

20  A.   Yes, ma'am

21  Q.   What was your reason for being here in Miami when these

22  nightmares happened and you had to see a counselor?

23  A.   Pardon?

24  Q.   What was your reason for being here in Miami when the

25  nightmares were happening and you had to see a counselor?

**October 6, 2008**

## S. Jusu - Redirect

1  A.   It was -- I'm here for this case.

2  Q.   Were are you having meetings for this case?

3  A.   With who?  Pardon?

4  Q.   When you were here in Miami, who were these meetings with?

5  A.   I met with the doctor.

6  Q.   Before you met with the doctor, who were you meeting with

7  here in Miami?

8  A.   The prosecution team

9  Q.   What were you telling the prosecution team here in Miami?

10  A.   I told them I'm afraid.   I have these problems and I would

11  love to talk to somebody.

12  Q.   Before you told the prosecution team that you were

13  frightened and you wanted to talk to somebody, what were you

14  talking to the team about?  What was your reason for being in

15  Miami?

16  A.   To come and testify in court, as I'm doing.

17  Q.   When you came to Miami before, did you testify in any

18  court?

19  A.   No, ma'am

20  Q.   Did you talk to the prosecution about this case?

21  A.   Yes, ma'am

22  Q.   And is that when the nightmares came?

23  A.   I have had this problem before and it was better for me,

24  but since they started this case again, it's like things have

25  just happened to me.

**October 6, 2008**

## S. Jusu - Redirect

1  Q.   Mr. Jusu, do you recall a little while ago Mr. Caridad

2  asked you about your finger that's missing?

3  A.   Yes, ma'am.

4  Q.   Tell us, please, Mr. Jusu, when have you ever told anyone

5  the defendant was responsible for your missing finger?

6  A.   No, ma'am, I have never.

7  Q.   Do you recall when Mr. Caridad asked about your gun shot

8  wound from 1995, Mr. Jusu?

9  A.   Yes, ma'am.

10 Q.   Has that wound left a mark or a scar on your leg?

11 A.   Yes, ma'am.

12 Q.   When have you ever told anyone it was the defendant who was

13 responsible for that mark or that scar?

14 A.   No, ma'am, I have not, no.

15 Q.   Mr. Jusu, let me ask you about the time you were in the

16 Samukai Refugee Camp.

17 A.   Yes, ma'am.

18 Q.   Tell us, please, did you want to stay in the camp?

19 A.   Pardon?

20 Q.   Tell us, please, whether you wanted to stay in the Samukai

21 Refugee Camp.

22 A.   I was living there, but I hate what was happening to me.

23 Q.   Did you think about leaving?

24          MR. CARIDAD:   Objection.   Leading.

25 A.   Yes, ma'am.

**October 6, 2008**

## S.  Jusu  -  Redirect

1          THE COURT:   Sustained.

2    A.   Some days I would go --

3          MR. CARIDAD:   Objection.   There's no question pending,

4    Your Honor.

5          THE COURT:   Sustained.

6    BY MS. ROCHLIN:

7    Q.   Mr. Jusu, tell us when you were in the camp, what place, if

8    any, did you think about going to?

9    A.   I wanted to go to Gambia, to my sister.   My sister was

10   there.   When I was having these problems, sometimes I would

11   tell them I'm not going anywhere because if I go back to the

12   camp, they might come arrest me and beat me.

13   Q.   When you were in the camp, where was your sister living?

14   A.   My sister was in Gambia.

15   Q.   When you were in the camp, in your mind, where did you

16   think about going?

17   A.   I had no where to go.

18   Q.   Where was your sister living?

19   A.   Gambia.   I wanted to go there, but I could not go.

20   Q.   Who decided in the end where you did go, Mr. Jusu?

21   A.   It was Carolyn, ma'am

22          MS. ROCHLIN:   If I could have just a moment?

23          No further questions.

24          MR. CARIDAD:   Could I have some recross, please?

25          THE COURT:   Why don't you approach?

**October  6,  2008**

## S. Jusu - Redirect

1           [Proceedings at sidebar follow]:

2           MR. CARIDAD:   She went into the Gambia thing.   The

3    response was "I didn't want to go to Sweden.   I wanted to go to

4       Gambia."

5           MS. ROCHLIN:   I think it was covered on cross.

6    Mr. Caridad asked him specifically about his wife, brothers,

7    children.   He never mentioned any sisters.   There is a sister

8    in Gambia.   This is no secret.   In fact, it's noted in the

9    medical records which the defense has had for quite some time

10   and I don't think there's a proper foundation for recross.

11          THE COURT:   The Government went beyond the scope and I

12   didn't hear an objection, "Beyond the scope."

13          MR. CARIDAD:   I don't think it's beyond the scope, but

14   they brought up, in response to my question, they brought up

15   his answer was "I really didn't want to go to Sweden.   I wanted

16      to go to Gambia."

17          I need to explore now "How did that happen?   Did you

18      really want to go" --

19          THE COURT:   I don't think he said he wanted to go.

20          MR. CARIDAD:   He said he wanted to go to Gambia for

21   his sister.

22          THE COURT:   If you want to call him on your case, but

23   I don't think this is appropriate to go into on recross.

24          MR. CARIDAD:   Then I'll call him   He has to stick

25   around, Judge, but I think they want to go back.

**October 6, 2008**

## S. Jusu - Redirect

1        MS. ROCHLIN:   Your Honor, rather than keeping the

2    witness here until the Government finishes its case and he's

3    called by the defense in their case, for the sake of the

4    witness and, frankly, for the sake of the taxpayers, I think it

5    would make sense to deal with Mr. Jusu the same as what was

6    proposed concerning Mr. Turah.

7        Mr. Caridad can call him out of turn as a witness in

8    the defense case, do a direct exam and the Government can

9    cross, if necessary, but --

10       THE COURT:   All right.   We'll talk about this.   We

11   still have the other issue to address during the lunch hour.

12       MS. ROCHLIN:   Yes, Your Honor.

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 6, 2008**

## Koroma - Direct

1              [Proceedings in open court follow]:

2              MS. ROCHLIN:   Your Honor, are we at a point where the

3     Government should its next witness?

4              THE COURT:   Correct.

5              MS. ROCHLIN:   May this witness be excused?

6              THE COURT:   He's excused.   Thank you.

7                   [The witness was excused.]

8              MS. ROCHLIN:   Your Honor, at this time the United

9     States calls Madiana Koroma.   Mr. Koroma will need the

10    assistance of the interpreter, Mr. Ibeagha.

11    MADIANA KOROMA, GOVERNMENT'S WITNESS, SWORN THROUGH INTERPRETER

12                   DIRECT EXAMINATION

13             THE COURT:   You may be seated.

14             THE COURT:   Please sit forward close to the

15    microphone.

16    BY MS. ROCHLIN:

17    Q.   Ma'am, please tell us your full name and spell it.

18    A.   My name is Madiana Koroma.

19    Q.   Ms. Koroma, please tell us what country were you born in?

20    A.   I was born in 1977.

21    Q.   And what is the name of the country where you were born in

22    1977?

23    A.   Sierra Leone.

24    Q.   Ms. Koroma, what is the name of the country where you live

25    now?

### October 6, 2008

## Koroma - Direct

1  A.   It's Sierra Leone.

2  Q.   Ms. Koroma, in Sierra Leone were you able to go to school?

3  A.   Yeah.

4  Q.   And how far were you able to get in school?

5  A.   I stopped at form 3.

6  Q.   And was it that you made you stop going to school when you

7  were in form 3?

8  A.   I was pregnant.

9  Q.   Ms. Koroma, when you became pregnant, were you living with

10  your family?

11  A.   I lived with my husband's, with my man's family.

12  Q.   And what part of Sierra Leone were you living in when you

13  lived with your man's family?

14  A.   It was Bo.

15  Q.   Did a time come when you stopped living with your man's

16  family?

17  A.   I was with them until I was going to give birth and then I

18  left and went to my family.

19  Q.   When you went to your family, what part of Sierra Leone was

20  that?

21  A.   At that time, the war was already coming, so they were in

22  Kenema.

23  Q.   Now, Ms. Koroma, when you were living in Kenema, who else

24  in your family was living in Kenema?

25  A.   I was with my mom and my family.

**October 6, 2008**

## Koroma - Direct

1  Q.   Ms. Koroma, do you have any brothers or sisters?

2  A.   Yes.

3  Q.   How many brothers do you have?

4  A.   I have one brother.

5  Q.   How many sisters do you have?

6  A.   I have three sisters.  Including myself, four.

7  Q.   Ms. Koroma, explain to us are your sisters older than you

8  or younger than you or the same age as you?

9  A.   There is one that's bigger than me.

10 Q.   And what about the rest?

11 A.   The others are my twin sister.

12 Q.   What is its name of your twin sister?

13 A.   Isaatu Jusu.

14 Q.   What is the name of your twin sister's husband?

15 A.   Sulaiman Jusu.

16 Q.   Ms. Koroma, when you were living in Kenema, did a time come

17 when you met another man?

18 A.   Yes.

19 Q.   What was the name of the man that you met?

20 A.   His name was Albert.

21 Q.   What was Albert's last name?

22 A.   Williams.

23 Q.   Ms. Koroma, were you able to stay in Kenema after you met

24 Albert Williams?

25 A.   We were at Kenema, yes.

**October 6, 2008**

## Koroma - Direct

1    Q.    For how long?

2    A.    We stayed there for a while.

3    Q.    Did a time come when you left Kenema?

4    A.    When we left Kenema was when Kenema was attacked.

5    Q.    And when you left Kenema, where did you go?

6    A.    We went to Daru.   When they attacked that night at Kenema,

7    we went to Daru.

8    Q.    Who went with you to Daru?

9    A.    Me and Albert.

10   Q.    Did you stay in Daru?

11   A.    We spent some time in Daru.

12   Q.    And did you go any place else after Daru?

13   A.    We went to Bewala.   From there we went to Vahun.

14   Q.    Ms. Koroma, when you left Kenema for Daru, were you

15   traveling with anybody else in your family or was it you and

16   Albert?

17   A.    I went with Albert.

18   Q.    What about the rest of your family?

19   A.    Well, in my family, the people from my family stayed.   I

20   only went with my man.

21   Q.    Ms. Koroma, when you got to Vahun, what country were you

22   in?

23   A.    It was called Liberia.

24   Q.    And once you got to Vahun, did you stay in Vahun or did you

25   go anywhere else in Liberia?

**October 6, 2008**

## Koroma - Direct

1   A.   We went to Kolahun.

2   Q.   And after Kolahun, did you stay there or did you go

3   anywhere else in Liberia?

4   A.   We stay at Voinjama for a while and then we went to

5   Voinjama.

6   Q.   In Voinjama, who were you living with?

7   A.   In Voinjama I live with my sister and her husband.

8   Q.   And which sister are you talking about?

9   A.   Isaatu Jusu.

10  Q.   And when you were in Voinjama with your sister, Isaatu, and

11  her husband, where was Albert?

12  A.   When we were with her, we were in the same house, but they

13  used to go to Kolahun and return.

14  Q.   Who would go to Kolahun and return?

15  A.   It was Albert and Sulai.

16  Q.   When you say "Sulai," what do you mean?  What's the full

17  name?

18  A.   Sulaiman Jusu.

19  Q.   Ms. Koroma, did you and Albert and your family stay living

20  in Voinjama?

21  A.   Yes, we stayed at Voinjama for a while.

22  Q.   And did a time come when you left Voinjama?

23  A.   We left Voinjama when they attacked.

24  Q.   And when the attack happened, who left Voinjama with you?

25  A.   When we were attacked, Albert and Sulai were not there and

**October 6, 2008**

## Koroma - Direct

1  when they came, they met us at one checkpoint after they had

2  fought and fought and fought.  They came and met us and took us

3  to a place and we went to a village at one checkpoint.

4  Q.   Where did you meet Albert and Sulaiman, Ms. Koroma?  At

5  what place?

6  A.   At one village.  That was where they met us.  We did not

7  meet them  They met us.

8  Q.   And where did you meet them?  What was the village?

9  A.   I don't know the name of the village, but it was at the

10 checkpoint.

11 Q.   Was the village close to Voinjama or far from Voinjama?

12 A.   It wasn't that far.

13 Q.   And who was with you when you met Sulaiman Jusu and Albert

14 at the village?

15 A.   At that time, it was me, Isaatu Jusu, who had her baby, and

16 Albert and Sulai.

17 Q.   And from this village near Voinjama, where did you go?

18 A.   At that time, it was the motor car, the U.N. motor car, the

19 cars that came and took us.

20 Q.   And can you tell us, Ms. Koroma, what kind of U.N. vehicle

21 took you?  Was it big or small?

22 A.   They were trucks.

23 Q.   Tell us whether the truck was crowded or not crowded.

24 A.   There were so many people, it was full and tight.

25 Q.   Tell us whether Albert was with you on the truck?

**October 6, 2008**

# Koroma - Direct

1   A.    He was with me.

2   Q.    Tell us whether Sulaiman and Isaatu Jusu were with you on

3   the truck.

4   A.    All of us were together.

5   Q.    And please tell us, Ms. Koroma, where was the first place

6   that the truck took you?

7   A.    When we were taken in the truck, we spent the night at

8   Zorzor.

9   Q.    After spending the night at Zorzor, did you stay in Zorzor

10  or did you leave Zorzor?

11  A.    When it was done, the truck took us again and we continued.

12  Q.    And where did the truck take you?

13  A.    So we were still just going on the way and then we got to a

14  checkpoint.

15  Q.    When you went from Zorzor to the checkpoint, tell us

16  whether Albert was with you.

17  A.    Yes, we were all together.

18  Q.    So were Sulaiman and Isaatu Jusu also with you on the truck

19  from Zorzor to the checkpoint?

20  A.    We were all together.

21  Q.    Ms. Koroma, where was this checkpoint?  At what place?

22  A.    St. Paul's Bridge.  That was where we were stopped.

23  Q.    Who stopped the truck at St. Paul's Bridge?

24  A.    We met some boys at the checkpoint.  There were so many.

25  Q.    What kind of boys were at the checkpoint?

## Koroma - Direct

1   A.   Some had combat pants.   They had T-shirts and they had

2   something on their head.

3   Q.   Can you explain what it was the soldiers had on their head?

4   A.   It was like a piece of cloth that they tied on their heads

5   that looked like American mufflers.

6   Q.   Ms. Koroma, when your truck got to the checkpoint, tell us

7   what happened.

8   A.   When we got to the checkpoint, they stopped us.   Everybody

9   came down and then they moved the women to one side and then

10   the children, all the children at one side, and then they were

11   pushing people here and there.

12   Q.   After you got down from the truck, were you with the men or

13   not?

14   A.   They removed the men from among us.

15   Q.   So was Albert able to stay with you or not?

16   A.   They took the men away.

17   Q.   And when they took the men away, did that include Sulaiman

18   Jusu?

19   A.   It was all of them   They were all together.

20   Q.   Who was all together, Ms. Koroma?

21   A.   They took Sulaiman.   They took Albert with other people and

22   then the truck returned.   The other truck that came back, they

23   took the other men and then they took Momoh back.

24   Q.   I'm sorry.   They took who back?

25   A.   With all the people.

**October 6, 2008**

## Koroma - Direct

1  Q.   Ms. Koroma, I'm sorry.  I didn't understand your last

2  answer.   What happened when the men were taken away.

3  A.   They took them to the side.

4  Q.   Ms. Koroma, did you mention the name Momoh?

5  A.   Yes.

6  Q.   Who is Momoh?

7  A.   Momoh Turay.

8  Q.   Where did you know Momoh Turay from?

9  A.   I knew him at Voinjama, but we were not close.

10 Q.   Did you see Momoh at the checkpoint at the St. Paul Bridge?

11 A.   Yes.

12 Q.   And what did you see happen to Momoh at the St. Paul

13 Bridge?

14 A.   It was all of them they took away.   They took all the men

15 away and then they moved the women on one side and they started

16 pushing and pushing them   They were pushing them and hitting

17 them with their guns.

18 Q.   Ms. Koroma, when the men were taken away from where you

19 were, could you see the place where they were taken?

20 A.   Yes.   They were taking them away.

21 Q.   Did the men stay in your sight or did they go out of your

22 sight?

23 A.   When they took them away, we did not see them again.

24 Q.   After the men were taken away, what happened to you,

25 Ms. Koroma?

**October 6, 2008**

## Koroma - Direct

1   A.   So we stood, when they took the men away, we stood there

2   and we worried, so we were wondering what happened to them when

3   they took them away.  We stood there.  We didn't see them   We

4   stood there for a long time, me and my sister, and we were

5   confused.

6           So we asked what happened now that they took our men

7   or now that our men went away.  So it wasn't too long and we

8   heard them firing.

9   Q.   Now, did you see anybody fire?

10  A.   Where they were and where we were were far, a little bit

11  apart, but we could hear the sound of the gun.

12  Q.   Ms. Koroma, I need you to explain, even though you could

13  hear the sound of the gun, could you see the gun firing?

14  A.   They fired the gun.

15  Q.   Did you see it with your eyes or just hear it with your

16  ears?

17  A.   I heard it with my ears.

18  Q.   After you heard the gun fire, did you stay at the

19  checkpoint?

20  A.   After they fired the gun, our hearts were shaking.  We

21  became afraid and I started saying "Oh, why did they take our

22      men away?  Why has happened to them?"

23          So I told my sister that my heart was shaking.  I was

24  afraid.  They've taken my man away and there was fire and fire.

25  Q.   And, Ms. Koroma, were you able to stay at the checkpoint

## Koroma - Direct

1  after you heard the firing or not?

2  A.   No, we did not stay there.   Those other people came and

3  started pushing and pushing us and the truck people took us and

4  we continued on our way.

5  Q.   Who were the people pushing and pushing you?

6  A.   It was the same people we met at the checkpoint.

7  Q.   When the people were pushing you and pushing you,

8  Ms. Koroma, did you want to get back on the truck or did you

9  want to wait and see the men?

10 A.   They took us and we had to go into the truck.   The driver

11 said they wanted to go and so we had to go into the truck.

12 They took us and we started crying.

13 Q.   And did the truck leave the checkpoint?

14 A.   So we left the checkpoint and they took us to a camp.

15 Q.   Who was on the truck with you when the truck left the

16 checkpoint?

17 A.   I was with my sister and we were going together with the

18 child that we had.

19 Q.   Ms. Koroma, after the truck left the checkpoint, tell us

20 whether you ever saw Albert again.

21 A.   Since after then 'til today, I haven't used my eyes to see

22 Albert.

23 Q.   Since that day, have you had any contact with Albert at

24 all?

25 A.   Until today -- I said until today, I haven't set my eyes on

**October 6, 2008**

## Koroma - Direct

1  him up to this time.

2  Q.  Ms. Koroma, are you able to keep answering questions or do

3  you need a moment?

4  A.  I will respond.

5  Q.  When the truck left the checkpoint, Ms. Koroma, where did

6  it take you?

7  A.  It took us to Gbarnga, to a camp.

8  Q.  What kind of camp?

9  A.  It's a camp.  It was built like a refugee camp.

10 Q.  Did you stay at the refugee camp or did you move on from

11 there?

12 A.  That was where the truck dropped us.  We slept there.

13 Q.  And after you slept at the refugee camp, did you stay there

14 or did you go to a different place?

15 A.  At dawn they told us that everyone should fend for

16 themselves.  Everyone should find wherever they want to go.

17 The trucks have done their job and they are returning.

18 Q.  So did you stay in the refugee camp or did you go to

19 another place?

20 A.  We did not stay there because we didn't know anybody, so we

21 decided to sell our belongings.

22 Q.  Once you sold your belongings, where did you go?

23 A.  We went to Monrovia.

24          MR. CARIDAD:  Judge, I'm sorry interrupt.  I

25 personally need a bathroom break.  I don't know if the Court

## Koroma - Direct

1    can accommodate me or not.

2              THE COURT:   We'll wait.

3              MR. CARIDAD:   (Left the courtroom)

4              [Entered the courtroom at 11:54 a.m]

5              Thank you.

6              THE COURT:   Please continue.

7    BY MS. ROCHLIN:

8    Q.   Ms. Koroma, did you know anyone who was already in Monrovia

9    when you decided to go there or not?

10   A.   If I knew anybody?   We didn't know anybody.

11   Q.   Ms. Koroma, did you get all the way to Monrovia with your

12   sister, Isaatu?

13   A.   Yes.

14   Q.   And where did you live when you were in Monrovia?

15   A.   As we were going to Monrovia in the motor car, we met a

16   lady and we explained our problems to her and she pitied us.

17   Q.   In Monrovia, did you find a place to live?

18   A.   We lived at Freeport.

19   Q.   When you were living in Monrovia, did you see anybody else

20   that you knew from Voinjama?

21   A.   When we were in Freeport, we didn't know anybody who lived

22   in Voinjama.

23   Q.   Ms. Koroma, did a time come when you saw Sulaiman again?

24   A.   When we were living at Freeport at that woman's place when

25   we were doing little things.   We sold all of our things and we

## Koroma - Direct

1   were selling little bits of things so we would not suffer and

2   later, that was when we saw Maada.

3   Q.   You see Maada?

4   A.   Yes.

5   Q.   What's Maada's last name?

6   A.   Jusu.

7   Q.   And what is Maada Jusu's relationship to Sulaiman Jusu?

8   A.   He is the brother.

9   Q.   Ms. Koroma, what I'm going to ask you to do now is listen

10   very carefully to my questions.  Will you do that?

11   A.   Okay.

12   Q.   And I'm going to ask you about things that happened, but

13   not what other people said.  Do you understand that?

14   A.   Hmm

15            THE INTERPRETER:   She said "Hmm"

16   BY MS. ROCHLIN:

17   Q.   Ms. Koroma, I need you to answer "Yes" or "No".  Do you

18   understand that I'm asking about things that happened and not

19   what other people said?

20   A.   Yes.

21   Q.   Ms. Koroma, after you saw Maada Jusu in Monrovia, did a day

22   come when you saw Sulaiman Jusu?

23   A.   It was long after that.

24   Q.   Can you tell me, please, what was the place where you saw

25   Sulaiman Jusu?

**October 6, 2008**

## Koroma - Direct

1   A.   It was BTC.

2   Q.   What kind of place was BTC?

3   A.   It was a soldiers' camp.

4   Q.   And who brought you to BTC?

5   A.   It was all plus Maada that went there.

6   Q.   And when you say "all," who was with you besides Maada?

7   A.   There were other boys that went there.

8   Q.   Do you remember anybody who went with you?

9   A.   It was me and Sao, Isaatu, Jusu and Maada.   There were two

10  Sierra Leonian boys.

11  Q.   When you went to BTC, who did you see there?

12  A.   It was Sulaiman.   That was where I saw Sulaiman.

13  Q.   At BTC, tell me the place where you saw Sulaiman.

14  A.   It was in the cell.   That was where we met them

15  Q.   When you saw Sulaiman in the cell, was he by himself or

16  were people in the cell with him?

17  A.   There were three of them there.

18  Q.   Who did you see in the cell?

19  A.   I saw Sulai.   I saw Monoh and then I also saw another boy

20  there.

21  Q.   Do you remember the name of the other boy you saw there?

22  A.   Foday.   That was what I knew him as.

23  Q.   Please tell us when you saw Sulaiman that first time in

24  BTC, what did he look like?

25  A.   The day we set our eyes on Sulai is not a good thing to

**October 6, 2008**

## Koroma - Direct

1  say.   His body was swollen.   His body was rotten.

2  Q.   Ms. Koroma, can you remember anything else about Sulaiman's

3  body when you saw him at BTC?

4  A.   His hands were tied.   His body was all rotten.   His foot

5  was rotten.   His hands were tied tight.

6  Q.   Can you tell us, Ms. Koroma, the position of Sulaiman's

7  hands when you saw him?

8  A.   This hand was rotten and it was tied.   They tied it.

9  Q.   Were Sulaiman's hands tied when you saw them, Ms. Koroma?

10  A.   Yes.

11  Q.   What else do you remember about the way Sulaiman looked,

12  Ms. Koroma?

13  A.   When we saw him, I said his body was rotten.   His pants

14  that he wore was all like tied and tied on to his body.

15  Q.   When you say "his body was rotten," what do you mean,

16  Ms. Koroma?

17  A.   When I say his body was rotten, I mean like when they

18  beaten and beaten someone, there were like cuts and cuts and

19  lines, so the body was rot, rot, rotten.

20  Q.   Did you see Monoh Turay?

21  A.   Yes.

22  Q.   What did Monoh Turay look like?

23  A.   Just like Sulaiman was.   He, himself, was the same.   His

24  body all rotten.   His face was swollen.

25  Q.   Did you see the other person, Foday, when you went to BTC?

**October 6, 2008**

**Koroma - Direct**

1    A.   Yes.

2              THE INTERPRETER:   Can we ask the witness to speak

3    closer to the microphone.

4              THE COURT:   Can you sit closer to the microphone,

5    please?

6              THE WITNESS:   (Complied.)

7    BY MS. ROCHLIN:

8    Q.   Ms. Koroma, did you see Foday at BTC?

9    A.   Yes.

10   Q.   What did Foday look like?

11   A.   It was the same thing.   He his body was all rotten.   His

12   face was swollen and swollen.

13   Q.   Ms. Koroma, did you go to BTC one time or more than one

14   time?

15   A.   We went there and then another day I went there again.

16   Q.   Did a time ever come when you saw Sulaiman some place other

17   than BTC?

18   A.   When they were in BTC, that was when Maada went and

19   reported.

20   Q.   And sometime after Maada went and reported, did you see

21   Sulaiman at any other place?

22   A.   Yes, they took them to the hospital.

23   Q.   Who got taken to the hospital?   Which men?

24   A.   The UNHCR people took them there.

25   Q.   Who went to the hospital?

**October 6, 2008**

## Koroma - Direct

1   A.   It was Sulaiman they took to the hospital.   All of them

2   Q.   Did you see Monoh Turay in the hospital?

3   A.   Yes.

4   Q.   Did you see Foday in the hospital?

5   A.   Yes.

6   Q.   Do you remember the name of the hospital?

7   A.   Greystone Clinic.

8   Q.   Ms. Koroma, explain, did Sulaiman stay in Greystone Clinic

9   or did he go to someplace after Greystone Clinic?

10  A.   When they took them to the Greystone Clinic, they were

11  there for a while and then in took them to Samukai Camp.

12  Q.   Who went to Samukai Camp?

13  A.   It was Sulaiman and the others.

14  Q.   Tell us whether Monoh Turay went to Samukai Camp.

15  A.   Yes, they all went.

16  Q.   What about Foday?

17  A.   Each of them go there, yes.

18  Q.   After Sulaiman and Monoh Turay and Foday went to Samukai

19  Camp, where did you live, Ms. Koroma, in Monrovia?

20  A.   Then I was at Freeport.

21  Q.   Did you keep living at Freeport?

22  A.   I did not say there after they took them to the Samukai

23  Camp.   I did not stay there because my heart was not peaceful.

24  Q.   Why was your heart not peaceful, Ms. Koroma?

25          MR. CARIDAD:   Objection, Your Honor.   Relevance to

**October 6, 2008**

## Koroma - Direct

1    this case.

2              MS. ROCHLIN:   It explains her future conduct, Your

3    Honor.

4              THE COURT:   Overruled.

5    A.    Because up to that time after they had held my husband, I

6    hadn't seen him

7    Q.    And when you say your "husband," who are you referring to?

8    A.    Albert.

9    Q.    Are you referring to Albert Williams, Ms. Koroma?

10   A.    Yes.

11   Q.    Ms. Koroma, did you marry Albert Williams or were you

12   living with him like he was your husband?

13   A.    At the point we were not married yet, but we had plans to

14   be married.

15   Q.    Did you have plans to marry Albert when you were in Kenema?

16   A.    Yes.

17   Q.    Did you have plans to marry Albert when you were in

18   Voinjama?

19             MR. CARIDAD:   Judge, object to relevance.

20             THE COURT:   Sustained.

21   BY MS. ROCHLIN:

22   Q.    Ms. Koroma, because you were not feeling peaceful when you

23   were in Freeport, what did you do?

24   A.    So I returned to Sierra Leone to my family.

25   Q.    And when you returned to your family in Sierra Leone, where

**October 6, 2008**

## Koroma - Direct

1  were Sulaiman Jusu still?

2  A.   They were at the camp.   I left them at the camp.

3            MS. ROCHLIN:   If I could have just a moment, Your

4  Honor?

5  BY MS. ROCHLIN:

6  Q.   Ms. Koroma, when you saw Sulaiman Jusu at BTC, explain

7  whether the way he looked at BTC was the same or different from

8  the way he looked in Voinjama.

9            MR. CARIDAD:   Object, Your Honor.   Asked and answered.

10            THE COURT:   Overruled.

11  A.   When he was in Voinjama, nothing had happened to him

12  Q.   When you saw Monoh Turay at BTC, did he look the same at

13  BTC as he looked in Voinjama or different?

14  A.   Nothing had happened to him

15  Q.   When you saw Foday at BTC, did he look the way he looked in

16  Voinjama or did he look different?

17  A.   He, too, nothing had happened to him

18  Q.   Nothing had happened to him where, in Voinjama or BTC?

19  A.   Voinjama.

20            MS. ROCHLIN:   Your Honor, I'll tender the witness for

21  cross-examination.

22            THE COURT:   Thank you.

23            Ladies and gentlemen, we'll take our lunch recess.

24  Please do not discuss this case with anyone and we'll have you

25  back at 1:30.   Have a good lunch.

**October 6, 2008**

## Koroma - Direct

1          [The jury leaves the courtroom at 12:13 p.m]

2          THE COURT:   Ms. Koroma, we'll have you back at 1:30.

3          [The witness was excused at 12:14 p.m]

4          THE COURT:   Everyone may be seated.

5          Mr. Caridad, I'll hear your argument with respect to

6   the issue of a courtroom demonstration.

7          MR. CARIDAD:   Yes, Your Honor.

8          Your Honor, what I would like to do with Mr. Jusu --

9          MS. ROCHLIN:   Excuse me, Your Honor.   Should we wait

10  until the witnesses have left?

11         MR. CARIDAD:   Thank you.

12         What I would will like to do with Mr. Jusu is show him

13  the flex-cuff --  I have one here.   This is what I gave to the

14  Government, about a foot and a half long, plastic -- and ask

15  him if this is similar to what he saw being put on his arms.

16         THE COURT:   Assuming the answer is in the affirmative,

17  then you would do what?

18         MR. CARIDAD:   I would ask him to run one end of it

19  through the other -- or I'll do it -- and ask him to try to

20  pull these out, to separate it.

21         I think that's relevant because it's not relevant as

22  to how he was able to get out of them, except insofar it's

23  relevant because he said these were loosened by the men who

24  tied him with it.   Once you've put one end through the other

25  here, it's impossible for anybody to loosen it.   It's designed

**October 6, 2008**

## Koroma - Direct

1    to stay snugly in place.  You can pull at it all you want and

2    it cannot be loosened.  That's what I would ask him to do.

3              I think it's also relevant to show that this could not

4    possibly be cut by a sharpened spoon.  It's hard plastic, not

5    soft plastic.

6              It's not that -- I'm saying he -- it's not relevant to

7    show he got out of them himself.  It's simply -- he said they

8    were loosened by the men.  That's impossible with this type of

9    thing and he could not have cut this with a spoon, a sharpened

10   spoon.

11             THE COURT:  All right.

12             MS. ROCHLIN:  Your Honor, we don't know if that's the

13   cuff that was used on the witness.  There are different kinds.

14             As to the issue of whether it was loosened, what

15   Mr. Jusu testified to was that his restraints were loosened.

16   His testimony was very clear, the plastic cuffs were placed on

17   his arms, but once his arms were bound behind his back, he was

18   also tied with rope.

19             In his testimony he refers to slacking or loosening

20   the rope so he could walk or for various reasons.  He never

21   specifically said it was the plastic cuffs themselves that were

22   loosened.

23             When Mr. Caridad asked him specifically about removal

24   of the plastic cuffs, both yesterday and today, Mr. Jusu's

25   responses were consistent that they were forced from him, but

October 6, 2008

## Koroma - Direct

1    he never specified how.  So I don't think Mr. Caridad's concern

2    with the ability to loosen or not loosen a particular kind of

3    flex-cuff meets the standard of the substantial similarity

4    announced in Gaskill.

5            Again, there record does not have the kind of

6    foundation to establish that this flex-cuff was the kind of

7    flex-cuff used in Liberia in 1999 on this witness as to

8    thickness, as to pliability.  We don't know enough about it and

9    we don't have the foundation for courtroom demonstrations about

10   whether ability to cut this cuff with a spoon would be similar

11   to the one actually placed on the witness.

12           Also, that flex-cuff isn't coming into evidence.  It's

13   not marked as an exhibit.  So the fact that it may look a

14   certain way I don't think reflects, in the absence of admitting

15   the particular item, it doesn't add anything to what the jury

16   knows or understands.  It's just a demonstration.  It's

17   something happening in the courtroom  That's not going to

18   assist the jury in its evaluation of whether Mr. Jusu's account

19   is credible or not.

20           Mr. Caridad has made his point through

21   cross-examination that, you know, the spoon was what it was,

22   the cuffs were what they were and he can certainly argue based

23   on the existing record it's not credible to believe these

24   restraints were cut with a spoon.

25           He doesn't need the demonstration and he doesn't have

**October 6, 2008**

## Koroma - Direct

1    the foundation to support it.

2              MR. CARIDAD:   Judge, my recollection of the testimony

3    was that Mr. Jusu said that the plastic cuffs were loosened.

4    We can look at the transcript and see what it says.   Assuming

5    it doesn't say that, I'll call Mr. Jusu again and ask him to be

6    more specific about whether the plastic cuffs were loosened and

7    we'll see what it says then if it's not clear from the record

8    I've developed so far.

9              These plastic cuffs, as far as I know -- and I'm sure

10   the Government understands -- were made so that they could not

11   be loosened, and if I need to, I'll call any agent in the

12   courtroom and ask him if in his experience being a police

13   officer, if he has used these.   "Isn't it true that these are

14       designed so that you cannot loosen them and is there

15       anything unusual about this particular one I have in my

16       hand and does it look pretty much like all the flex-cuffs

17       you have seen in your career?"

18             I think I can establish all of that.   The Government

19   can say "We don't know what that particular one was like.   We

20       don't know what the plastic was like, whether it was worn."

21             That all goes to weight --

22             THE COURT:   Why don't we bring the gentleman in here.

23   Ask him "Does this look like the cuff used on you?"   "Yes" or

24   "No," and then we can continue with our discussion or end it

25   there.   Let's bring him in please.

**October 6, 2008**

## Koroma - Direct

1  BY MR. CARIDAD:

2  Q.  Mr. Jusu, I want to show you Defendant's Exhibit --

3          MR. CARIDAD:  Are you using numbers or letters?

4          MS. ROCHLIN:  We have been using both, counsel, as I

5  believe we discussed with you.

6          MR. CARIDAD:  Defendant's Exhibit 1.

7          THE COURT:  For identification.

8       [Defense Exhibit 1 marked for identification at

9  12:22 p.m.]

10  BY MR. CARIDAD:

11  Q.  Mr. Jusu, this plastic thing I have in my hand, is this

12  similar to the plastic ties that were used to tie you, sir?

13  A.  Not of this type, sir.

14  Q.  How was it different?

15  A.  It was plastic, but --

16  Q.  Was it longer?

17  A.  Well, I don't know.  I can't tell how long they were.

18  Q.  You said it was different.  Was the color the same or was

19  the color different?

20  A.  I think it was white like this.

21  Q.  What was different about what you were tied with and this

22  piece of plastic that you have in your hands?  What was the

23  difference?

24  A.  It was thicker.

25  Q.  Which one was thicker?

## Koroma - Direct

1  A.   The one they tied me with.

2  Q.   Was thicker?

3  A.   Thicker.

4  Q.   Wider?  Do you know what I mean by "wider," Mr. Jusu?

5  A.   No, it was a little bit thicker, like this.

6  Q.   The actual plastic was thicker not in the width, but just

7  the plastic was thicker?

8  A.   The width, I mean.

9  Q.   You mean this way?

10  A.   No.   I said it was thicker, a little bit thicker than this.

11  Q.   Okay.

12        I have two pens in my hand.   Do you mean what I have

13  in my hand was closer to the size of the plastic or no?

14  A.   No.

15  Q.   Try to explain to us so we can understand what you're

16  saying.

17  A.   Okay.   Maybe like this side of this cup.

18  Q.   The handle of the --

19  A.   No, no, not the handle.   Where I'm holding here.

20  Q.   You're holding the Court's water jug.   Right?

21  A.   Yes.

22  Q.   How thick was the plastic, do you think?

23  A.   Like this.   Just like this space.

24  Q.   It was thicker than this somehow.   Is what you're saying?

25  A.   Yes, thicker than this.   Like this.

**October 6, 2008**

## Koroma - Direct

1  Q.   From what you could tell, was one end inserted into the

2  other and then tightened around you?

3  A.   Yes.

4  Q.   Did you say you saw these men loosen this?  Did they loosen

5  this for you sometime?

6  A.   They would slack it.

7  Q.   Were you able to see how they slacked it?

8  A.   Because of the way they tie me, if they draw this rope on

9  me, then it's tight like this

10          When they want to take us -- sometimes when they freed

11  this rope from us, if they want to tie us just a little bit

12  slacker, they won't do it like they've done previously.

13  Q.   But were they able to make it less tight for you sometimes?

14  A.   Yes.

15  Q.   And did they do that by sliding this thing out of the hole?

16  A.   No, they would cut it and put the other one.

17  Q.   You said they would cut it?

18  A.   Yes.

19  Q.   You saw them cut it?

20  A.   Yes.

21  Q.   Did you see what they cut it with?

22  A.   No, I don't know.  It was at my back.

23  Q.   Anything else that was different from this?

24  A.   No.  I don't remember.

25          MR. CARIDAD:  That's all I have.

**October 6, 2008**

## Koroma - Direct

1           THE COURT:   Ms. Rochlin, any questions?

2           MS. ROCHLIN:   May I have a moment, Your Honor?

3           THE COURT:   Sure.

4           MS. ROCHLIN:   No questions.

5           THE COURT:   Thank you very much.

6           You are excused.

7           [The witness was excused at 12:25 p.m.]

8           MR. CARIDAD:   I don't have any further argument.

9           THE COURT:   I think the answers to those questions

10   establish, at least for the Court, that the proponent of the

11   evidence has not shown the condition nearly the same in

12   substantial particulars as to afford a fair comparison.

13   Therefore, the demonstration will not be allowed.

14           Anything else?

15           MR. CARIDAD:   No, Your Honor.   Thank you.

16           MR. CARIDAD:   Yes, Your Honor.   Thank you.

17           MS. ROCHLIN:   Your Honor, can we address the issue of

18   scheduling Mr. Jusu and calling him as a witness in

19   Mr. Caridad's case because I may have misunderstood, but what I

20   was hearing from some remarks from Mr. Caridad was it almost

21   sounds as if he intends to keep Mr. Jusu here until the

22   Government finishes its case in chief and --

23           THE COURT:   If the defense wants to call Mr. Jusu,

24   we'll call him out of turn.   I'll indicate to the jury he's

25   being called out of turn and we'll do that as soon as this

**October 6, 2008**

## Koroma - Direct

1    other witness is --

2              MR. CARIDAD:   If the Court would just give us until

3    lunchtime, I'll speak to my colleague and we'll see what we're

4    going to do.

5              THE COURT:   Very well.   Enjoy your lunch.

6              [There was a short recess at 12:27 p.m]

7              THE COURT:   I understand the attorneys had an issue

8    you wanted to address with the Court?

9              MS. ROCHLIN:   Yes, Your Honor.   Karen Rochlin for the

10   United States.

11             Judge, after conferring with my colleagues about

12   scheduling, we feel it is a very real possibility that by this

13   afternoon we may get to the witness through whom we would seek

14   to introduce the Swedish medical records for witnesses Jusu and

15   Turah.

16             Mr. Caridad had filed a motion seeking to preclude the

17   Government from introducing portions of those records.   The

18   Government responded.   Frankly, I'm not sure if the time has

19   run yet or not for Mr. Caridad's reply, but given the timing of

20   the trial, I wanted to flag the issue for the Court.   I don't

21   want to deprive Mr. Caridad of the time that he needs, but

22   events may be overtaking the briefing schedule somewhat.

23             THE COURT:   It's docket entry 509.   Is that your

24   motion?

25             MR. CARIDAD:   My motion, Your Honor?

**October 6, 2008**

## Koronm - Direct

```
 1              THE COURT:   Yes.

 2              MS. ROCHLIN:   It's earlier than 509, Your Honor.

 3              MR. CARIDAD:   I'm sorry.

 4              MS. ROCHLIN:   The Government had filed its response

 5   several days ago, maybe as much as a week ago.

 6              THE COURT:   What is the docket entry for the --

 7              MR. CARIDAD:   The motion is 505.

 8              THE COURT:   What is the docket entry number for the

 9   Government's response?

10              MS. ROCHLIN:   Let me see if I can look it up.

11              THE COURT:   I have the motion.

12              MS. ROCHLIN:   Your Honor, I'm sorry.  I don't have the

13   number with me at the moment.

14              THE COURT:   Do you have a copy of your response?  I

15   have the motion, but I don't have the response.

16              MS. ROCHLIN:   In the courtroom at this time, I do not,

17   Judge.

18              THE COURT:   The time for reply hasn't passed, but I

19   assume the defense isn't filing a reply memorandum

20              MR. CARIDAD:   Judge, frankly, I haven't seen the

21   Government's response yet.  I'm sure it has been filed timely,

22   but I just haven't seen it.  I have been busy with other

23   things.

24              Judge, is this something we have to resolve now?

25   Frankly, I didn't ask for this hearing.
```

**October 6, 2008**

## Koronn - Direct

1        THE COURT:   No, I understand, but the Government says

2   they probably will get to this today.

3        MR. CARIDAD:   I just have been spending my lunch hour

4   preparing for this lady's cross-examination.   I haven't had a

5   chance to think about anything else.   If we can do this lady --

6        THE COURT:   We can and we probably will because the

7   jury is about to come in.   The issue is unresolved.

8        MS. ROCHLIN:   That's why I wanted to flag it for the

9   Court, Your Honor.

10        MR. CARIDAD:   If the jury is going to come in, I think

11   Mr. Emmanuel has to finish his lunch first.

12        THE COURT:   Or not.

13        MR. CARIDAD:   Or not.

14        THE COURT:   Is the jury ready?

15        THE COURT SECURITY OFFICER:   They are.

16        THE COURT:   Are we ready for the jury?

17        MR. GRAVELINE:   I think the defendant is still eating

18   lunch.

19        THE COURT:   You can probably eat in about an hour and

20   finish that up.

21        Where is the witness, please?   Can you bring the

22   witness in?

23        THE WITNESS:   [Entered the courtroom at 1:30 p.m]

24        THE COURT:   THE COURT:   Please bring the jury in.

25        [The jury returns to the courtroom at 1:31 p.m]

**October 6, 2008**

## Koroma - Cross

1          THE COURT:   Everyone please be seated.

2          THE COURT:   Cross-examination.

3                    CROSS EXAMINATION

4    [Beginning at 1:31 p.m, 10/7/08.]

5    BY MR. CARIDAD:

6    Q.   Good afternoon, Ms. Koroma.

7    A.   Good afternoon.

8    Q.   Ms. Koroma, you and I have never met before.  Is that

9    right?

10   A.   Once.

11   Q.   You and I have met before?

12   A.   No, I've never met you.

13   Q.   So this is the first time I'm asking you any questions

14   about what happened in April of '99.  Is that right?

15   A.   Yes.

16   Q.   And this is the first time you're going to give me some

17   answers.   Correct?

18   A.   Yes.

19   Q.   Now, your sister, Isaatu, is the wife of Sulaiman Jusu.  Is

20   that right?

21   A.   Yes.

22   Q.   And your sister, Isaatu, is living with Sulaiman Jusu in

23   Sweden?

24   A.   Yes.

25   Q.   And they have been living there since 1999 or 2000?

**Koroma - Cross**

1    A.    Yes.

2    Q.    Have you ever gone to visit them?

3    A.    I have never been there.

4    Q.    Have they come to visit you since '99?

5    A.    No.

6    Q.    Now, you said that -- even though you haven't spoken to me,

7    you have spoken to the, one of these people over here at this

8    table, the prosecution table.   Is that right?

9    A.    Yes.

10   Q.    How many times have you spoken to the people at the

11   prosecution table?

12   A.    I don't understand.

13   Q.    You told us that you have spoken to somebody over here at

14   the prosecution table before.   Is that right?

15   A.    Yes.

16   Q.    My next question is how many times have you spoken to

17   someone at the prosecution table?

18   A.    Who are they?

19   Q.    The people at the prosecution table, these people sitting

20   over here to my right.

21   A.    Yes.

22   Q.    How many times have you spoken to someone from the

23   prosecution?

24   A.    I spoke with them in Sierra Leone and I spoke with them

25   here.

**October 6, 2008**

**Koroma - Cross**

1  Q.   So they went to visit you in Sierra Leone.   Is that

2  correct?

3  A.   Yes, they came and saw me.

4  Q.   And they spoke to you for a long time?

5  A.   They spoke with me just for one day.

6  Q.   An entire day?

7  A.   The whole day.

8  Q.   And now they've brought you here to the United States.   Is

9  that right?

10  A.   I don't understand.

11  Q.   After they spoke to you, they brought you here to the

12  United States to testify today at this trial.   Correct?

13  A.   Yes.

14  Q.   And once you got here to the United States, you sat down

15  and you spoke to them again.   Correct?

16  A.   Yes.

17  Q.   Do you have any other family, any family at all in the

18  United States?

19  A.   I don't have anybody.

20  Q.   Mr. Jusu is here now.   So you saw him since you've arrived

21  in the United States.   Correct?

22  A.   Yes.

23  Q.   And when did you arrive in the United States?

24  A.   I left Sierra Leone in the night and I got here on the

25  10th.

**October 6, 2008**

**Koroma - Cross**

1  Q.   And you've seen Mr. Jusu since you arrived?

2  A.   Yes.

3  Q.   And how many times have you seen him?

4  A.   I've seen him many times.

5  Q.   And you've spoken to him many times since you arrived in

6  the United States?

7  A.   What kind of conversation?

8  Q.   About anything.

9  A.   I can't say we've talked a lot.   We don't have that much in

10  common.

11  Q.   When was the last time you say that you saw Mr. Jusu before

12  you saw him in the United States?

13  A.   It was a long time.   It has been a long time didn't see

14  him

15  Q.   Since what year haven't you seen him?

16  A.   He is in Sweden and I am in Sierra Leone.

17  Q.   But when was the last time before you saw him in the United

18  States recently in the last few days, when was the last time

19  before that that you saw Mr. Jusu?

20  A.   Yes.   The date, the last date that I saw him?

21  Q.   Yes.

22  A.   Well, at that point I left from Monrovia and I went to

23  Sierra Leone.

24  Q.   Was that in 1999 or 2000?

25  A.   Yes.

**October 6, 2008**

## Koronn - Cross

1    Q.    But you say you haven't seen him since that date until you

2    saw him in the United States.    Right?

3    A.    Yes.

4    Q.    And when you saw him in the United States, you didn't talk

5    too much to him?

6    A.    I don't have any conversation with him other than saying

7    "Hi."

8    Q.    That's all you said to him?

9    A.    Aha.    Yes.

10   Q.    Where was the first time that somebody contacted you about

11   coming to the United States to testify?

12   A.    Like who?

13   Q.    The first time that anyone talked to you about possibly

14   coming to the United States to give testimony.

15   A.    It was Matthew.

16   Q.    Is that Agent Baechtle?

17   A.    It was Matthew who spoke with me.

18   Q.    That is the gentleman sitting here in the courtroom?

19   A.    Yes.

20   Q.    When did he first talk to you about coming to the United

21   States to testify?

22   A.    It was sometime in August that he spoke to me.

23   Q.    August of when?

24   A.    I don't remember the date.

25   Q.    No, if you could tell us the year.    That's all I'm asking.

**October 6, 2008**

**Koroma - Cross**

1    A.   It is this year.

2    Q.   In this year?

3    A.   Yes.

4    Q.   So August of 2008 is the first time anyone from the United

5    States came to talk to you about being a witness to something

6    that happened in 1999?

7    A.   Yes.

8    Q.   Had Jusu ever talked to you about being a witness in this

9    case before August of 2008?

10   A.   Who is that you're talking about?

11   Q.   Sulaiman Jusu.

12   A.   He never spoke to me.

13   Q.   Did anyone else aside from Matthew ever talk to you before

14   August of 2008 about being a witness in this case?

15   A.   It was only Matthew who was talking to me.

16   Q.   Now, you said that you became pregnant and you went to live

17   with the family of the father of the child.  Is that right?

18   A.   Yes.

19   Q.   And then when you were getting close to giving birth, you

20   went to live with your family?

21   A.   Yes.

22   Q.   Did the father of the child go with you to live with your

23   family?

24   A.   No.

25   Q.   Now, you said at one point Kenema, the city you were living

## Koroma - Cross

1   in with your family, came under attack.   Is that right?

2   A.   Yes.

3   Q.   Now, was that attack after you gave birth to the child?

4   A.   Yes.

5   Q.   And while living in Kenema, you met Albert?

6   A.   Yes.

7   Q.   So you met Albert before the attack on Kenema?

8   A.   Yes.

9   Q.   Did Albert live with you and your family in Kenema?

10   A.   He was living in his own house.

11   Q.   And then the attack came and you and Albert left Kenema.

12   Is that right?

13   A.   Yes.

14   Q.   Did you take your child with you?

15   A.   I did not go with --

16   Q.   Did you take your child?   I'm sorry.

17   A.   I did not go with --

18          THE INTERPRETER:   At this point she used a word which

19   means maybe "he" or "she."   I'm not sure about it.

20   BY MR. CARIDAD:

21   Q.   When you left Kenema with Albert, did you take your child

22   with you?

23   A.   No.

24   Q.   How old was your child when the attack came on Kenema?

25   A.   I gave birth to my child in 1992.

**October 6, 2008**

## Koroma - Cross

1  Q.  And the attack on Kenema was in what year, ma'am?

2  A.  '98.

3  Q.  And you stayed in Kenema for a while.

4      I'm sorry.  Strike that.

5      You said you left Kenema and went to Vahun.  Correct?

6  A.  Yes.

7  Q.  Now, is that the first time you had been to Liberia?

8  A.  Yes.

9  Q.  And you were there with Albert?

10  A.  Yes.

11  Q.  Was Sulaiman Jusu in Vahun when you were there with Albert?

12  A.  They went there before us.

13  Q.  Who is "they," Sulaiman Jusu and his family?

14  A.  Yes.

15  Q.  And then you went to Daru for some time.  Right?

16  A.  Yes.

17  Q.  You must speak a little bit of English then, ma'am?

18  A.  I do not understand everything.

19  Q.  You understand some?

20  A.  Aha.

21  Q.  You have to answer "Yes" or "No" for the record, ma'am

22  A.  Yes.

23  Q.  And then were you at -- then you went to Kolahun.  Is that

24  right?

25  A.  Yes.

**October 6, 2008**

**Koroma - Cross**

1    Q.   And did you stay at a refugee camp in Kolahun?

2    A.   We were at the camp.

3    Q.   In Kolahun.   Correct?

4    A.   Yes.

5    Q.   Was Sulaiman Jusu there with you at the camp?

6    A.   They were at Voinjama.

7    Q.   How do you know they were in Voinjama?

8    A.   That was where they were.   When we got there we asked and

9    they said that was where they were and then later on we went

10   and met them

11   Q.   Did you live in the same house with Sulaiman Jusu and your

12   sister?

13   A.   We were all together, yes.

14   Q.   Were you living in the same house, you, Isaatu, Sulaiman

15   and Albert?

16   A.   Yes.

17   Q.   How long did you live together in the same house with all

18   of these people?

19   A.   Yes.

20   Q.   No, how long did you live in that house with them before

21   you had to leave Voinjama?

22   A.   When we left Kolahun, we went to Voinjama.   At Voinjama,

23   that was where we stayed.

24   Q.   Okay.

25        Now, at times, did Sulaiman Jusu and Albert go back to

**October 6, 2008**

## Koroma - Cross

1  Kolahun?

2  A.   Yes.

3  Q.   Do you know why they went to Kolahun?

4  A.   They were going to Kolahun because at the place where we

5  were, they were harassing them

6  Q.   So Albert and Sulaiman spent a lot of time together, would

7  you say?

8  A.   I don't understand.

9  Q.   Did Albert and Sulaiman Jusu spend a lot of time together?

10 A.   Not all the times that they are together.

11 Q.   And then there came the attack on Voinjama.  Do you

12 remember that?

13 A.   When Voinjama was attacked?

14 Q.   Yes.  Can you give us the year and the month, please?

15 A.   Voinjama was attacked in April.  I do not remember the

16 date.

17 Q.   What year?

18 A.   1999.

19 Q.   And when that attack came, Albert and Sulaiman weren't in

20 Voinjama.  Correct?

21 A.   I don't understand.

22 Q.   When Voinjama was attacked, was Sulaiman Jusu in Voinjama?

23 A.   They were not in Voinjama.

24 Q.   But did you meet up together with him later?

25 A.   When they attacked, we were not there.  They were at

**October 6, 2008**

## Koroma - Cross

1  Kolahun.   Then later we met each other.   We met together at

2  that checkpoint.

3  Q.   Well, had you planned to meet at that checkpoint before the

4  attack?

5  A.   They met us at the checkpoint.   We did not meet them   They

6  met us there.

7  Q.   Didn't they go straight to Voinjama when they heard there

8  was an attack?

9  A.   They came to Voinjama.

10  Q.   And how far is the checkpoint from Voinjama?

11  A.   It's not too far.

12  Q.   Did they go back to Voinjama or did they go to the

13  checkpoint?

14  A.   I don't know then because they met us at the checkpoint.

15  Q.   Did you try -- did you contact them in Kolahun and tell

16  them Voinjama had been attacked?

17  A.   We were in the house.   We did not send my message.

18  Q.   Did Sulaiman and Albert know that you were going to be at

19  the checkpoint?

20  A.   I don't know because they met us at the checkpoint.   I

21  don't know.

22  Q.   So Voinjama is attacked.   You leave your house.   You go to

23  the checkpoint and you assume that Albert and Sulaiman are back

24  in Kolahun.   Correct?   Did you assume that Sulaiman Jusu and

25  Albert were going to meet you at the checkpoint?

**October 6, 2008**

## Koroma - Cross

1    A.   When they attacked, we were in the house.  We were not

2    outside.  So everybody came out.  We went to the checkpoint and

3    they met us there.

4    Q.   So you didn't know that Sulaiman and Albert were going to

5    the checkpoint?

6    A.   No, except that we just met.  We saw them there.

7    Q.   Were you surprised to see them there?

8    A.   Well, because at the point there was no one with us, so

9    when we saw them, then we asked.

10   Q.   When you saw them, you asked who?

11   A.   What did I ask?

12   Q.   You said you saw them and you asked.

13   A.   We asked them if everyone was attacked and they said "Yes."

14   Q.   And then you got on a truck.  Correct?

15   A.   Yes.

16   Q.   A U.N. truck?

17   A.   Yes.

18   Q.   And were Momoh Turay and Foday Conteh on the truck?

19   A.   No, they were in a different truck.

20   Q.   You saw them get on a different truck?

21   A.   I saw them at St. Paul's Bridge.

22   Q.   Now, you said you arrived at the St. Paul Bridge.  Correct?

23   How do you know the name of that bridge?

24   A.   Which name?

25   Q.   St. Paul River Bridge.

**October 6, 2008**

**Koroma - Cross**

1   A.   Living in Voinjama, we know that that is the bridge there.

2   Q.   Had you been to that bridge before?

3   A.   Once.   Never.

4   Q.   I'm sorry?

5   A.   I have never been there.

6   Q.   You had never been to the bridge before April of '99?

7   A.   Never.

8   Q.   Now, I want to ask the agent to put a picture up on the

9   screen in front of you, ma'am

10          Did the screen in front of you come up, Ms. Koroma?

11  A.   It's off.

12  Q.   There will be something on there.

13          MR. CARIDAD:   If you could locate --

14          (Conferring with Agent Baechtle.)

15  BY MR. CARIDAD:

16  Q.   They're going to find a picture for us, ma'am   In the

17  meantime, I'm going to ask you more questions.

18          You said you were taken off the truck?

19  A.   Yes.

20  Q.   And you were separated the men?

21  A.   Yes.

22  Q.   I'm going to ask you to look at the screen.   There's a

23  picture we have labeled ER 1.   Do you recognize the scene,

24  ma'am?

25  A.   That is the village.

## Koromm - Cross

1          MR. CARIDAD:   If you could try to find a wider view of

2     the bridge that has the round house.

3          AGENT BAECHTLE:   (Complied.)

4     BY MR. CARIDAD:

5     Q.   Ms. Koromm, if you could look at that picture that's up on

6     the screen labeled BR 57.   Do you recognize that area?

7     A.   It is the same village.

8     Q.   Do you see on this picture, BR 57, the place where you say

9     you and the other women were placed once you were taken off the

10    truck?

11    A.   I'm not able to remember because it has been a long time.

12    Q.   But this area does look familiar to you?

13    A.   That's the village.

14    Q.   Let's try it this way:   As you're crossing the bridge,

15    ma'am, you cross the bridge -- right -- and then you get to the

16    checkpoint.   Correct?   Do you remember that?

17    A.   Yes.

18    Q.   And you were taken off the truck.   Correct?

19    A.   Yes.

20    Q.   If you're looking in the same direction as the truck was

21    going, were you put to the right side of the road, the left

22    side of the road or right on the road when you were separated

23    from the men?

24    A.   Well, it's in the picture, but I'm not able to remember at

25    this point.

## Koroma - Cross

1 Q.   No, forget about the picture.   Try to think back when you

2 crossed the bridge.   The men are taken off the truck.   The

3 women are taken off the truck.   Are the men put -- are you put

4 on the right side of the road?  Are you put on the left side of

5 the road?

6 A.   I don't remember.   It has been a long time.   It's almost 10

7 years now.   Now I'm not able to stand and say where the truck

8 stood or where I stood.

9 Q.   Can you try, Ms. Koroma, one more time?   I'll ask the

10 question differently.

11        You said you heard some gunshots.   Right?

12 A.   Yes.

13 Q.   Were you with a group of other women when you heard these

14 gunshots?

15 A.   We were so many.   There were so many.   We were standing.

16 Q.   Do you remember the main road going to the bridge and going

17 to the village?  Do you have a picture of that main road in

18 your mind?

19 A.   I don't understand.

20 Q.   How far were the women gathered?   How far were they when

21 they were standing and there were a lot of them, how far were

22 you from that main road?

23 A.   Which road?

24 Q.   The main road that went over the bridge and through the

25 village, the road that the trucks were on.

**October 6, 2008**

## Koroma - Cross

1  A.    Where we are, was it far from where?

2  Q.    From the main road.   How far were you standing with all

3  these other women from the main road when you say you heard

4  these shots?

5  A.    It was a little far.   It took them a little downwards.

6  Q.    How far from the road would you say?

7  A.    It wasn't that far because where we were standing, we could

8  hear the gun, the fire, the gun fire.   So it wasn't that far.

9  Q.    Did these men who separated you from the men, did they take

10 you behind some building?

11 A.    No.   The back of what building?   They didn't take us

12 anywhere there.   It was where we stood.   They came and they

13 were pushing and pushing and pushing us.

14 Q.    So they did not take you behind any building?

15 A.    Oh, is that so?

16 Q.    No, I'm asking you.

17 A.    They didn't take me to any house.

18 Q.    Or behind any house?

19 A.    They didn't take us to the back of any house.

20 Q.    When you heard these shots, could you still see the

21 checkpoint, ma'am?

22 A.    The checkpoint that we crossed?

23 Q.    Yes.

24 A.    The checkpoint that we crossed, there were drums and there

25 were sticks on top.

**October 6, 2008**

## Koromm - Cross

1   Q.   But my question was when you heard the gunshots, could you

2   see the checkpoint?

3   A.   By then we had crossed the checkpoint and we were standing

4   at this point and they were pushing and pushing and everyone

5   was confused.

6   Q.   My question is when you heard the gunshots, ma'am, could

7   you see, were you close enough to the checkpoint to see?

8   A.   Yes.   I don't understand.   Is it when they fired, did I see

9   the checkpoint?

10   Q.   Yes.

11        Let me ask you this way:   When you heard the gunshots

12   you say you heard, tell us how far you were from the checkpoint

13   with the two drums on it.

14   A.   We were not far from the checkpoint.

15   Q.   Were you about as far as you are from me now, ma'am?

16        THE INTERPRETER:   Can you ask her again?   She wasn't

17   looking at you.

18   BY MR. CARIDAD:

19   Q.   Were you as far as I am from the checkpoint when you heard

20   the gun fire?

21   A.   That's how the gun fire.   You hear the gun fire.

22        The checkpoint, I was close to the checkpoint.

23   Q.   Were you this close to the checkpoint when you heard the

24   gunshots?

25   A.   Yes.

**October 6, 2008**

## Koromm - Cross

1  Q.   That's about 15 feet.   Would you say that's right, ma'am,

2  15, 20 feet maybe?   Would you agree with me?

3              THE INTERPRETER:   I would have to measure that in a

4  different way.

5              MR. CARIDAD:   I'm sorry.   Feet, meters.

6              THE INTERPRETER:   I would have to --

7              MR. CARIDAD:   You have to have a picture in your mind.

8              THE INTERPRETER:   It's a different way.

9              MR. CARIDAD:   Go ahead.   We trust you.

10             THE COURT:   Could I have counsel approach, please?

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 6, 2008**

Koronn - Cross

1           [Proceedings at sidebar follow]:

2               THE COURT:   He's an interpreter, but we don't know.

3    You can give a number, but I don't know what he's furnishing.

4               MR. CARIDAD:   I'll try meters.

5               THE COURT:   All right.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 6, 2008**

## Koroma - Cross

1          [Proceedings in open court follow]:

2    BY MR. CARIDAD:

3    Q.   Was it like eight meters away?

4    A.   What is eight meters?  I don't understand.

5    Q.   How do you measure distances in your country?

6    A.   It wasn't that far.

7          MR. CARIDAD:   Maybe the Court could help me, Judge.

8    Could the record reflect I'm standing about 15, 20 feet from

9    the witness?

10          THE COURT:   Perhaps.

11   BY MR. CARIDAD:

12   Q.   And then after you heard the gunshots is when you were

13   taken away from the bridge.  Is that what you're saying?

14   A.   So when we heard the gunshot, we stood there by the bridge.

15   We were confused, thinking they had taken our men and then we

16   heard the gun fire.

17   Q.   And after that you were taken away, you say, in a truck?

18   A.   And then they started pushing and pushing us, yes.

19   Q.   And eventually you made your way to Monrovia.  Is that

20   right, ma'am?

21   A.   Yes.

22   Q.   And you say you met up with Maada Jusu.  Is that right?

23   A.   Yes.

24   Q.   And that's Sulaiman Jusu's brother?

25   A.   Yes.

**October 6, 2008**

**Koroma - Cross**

1  Q.   How did you meet him in Monrovia?

2  A.   How we met in Monrovia?

3  Q.   Yes.   How did you meet up with him in Monrovia?

4  A.   When we got to Monrovia, it was a while.   It took some time

5  before we -- before I saw him

6  Q.   I know.   But how did you happen to see him?

7  A.   He was visiting and so he met us at Freeport.

8  Q.   But he was visiting where?   Where did you meet him?

9  A.   At Freeport.   That was where we met.   That was where he met

10  us.

11  Q.   Freeport is an area of Monrovia?

12  A.   Yes.

13  Q.   So tell us, did you meet him at your house?   Did you bump

14  into him somewhere?   How did you happen to meet up with him?

15  A.   He met us at Freeport.   He met us on the street.   It wasn't

16  at the house.

17  Q.   Did you just happen to see him walking down the street?

18  A.   He came to greet his friends.

19  Q.   Where were his friends living?

20  A.   They were at Freeport.

21  Q.   But they lived near your house?

22  A.   I don't understand.

23  Q.   I'm trying to figure out how it is that you met up with

24  Maada Jusu in Freeport, a section of Monrovia.   How did you

25  happen to meet up with him?

**October 6, 2008**

## Koroma - Cross

1  A.   We were in Monrovia and Mhada came to visit his friends at

2  Freeport and saw, met us there.

3  Q.   Were you visiting his friends also?

4  A.   No, we were at the house at that time.  We were not going

5  anywhere.

6  Q.   So Mhada Jusu went to visit his friends in Freeport.

7  Right?

8  A.   Yes.

9  Q.   And how is it that that caused you or helped you to meet

10  Mhada Jusu?

11  A.   He met us standing.

12  Q.   Standing where, ma'am?

13  A.   At the junction, and so he asked if we had come and we said

14  yes, we had arrived.  So all of us went to the house.

15  Q.   The junction is like an intersection of streets?  What is a

16  junction?

17  A.   When you leave home, when you go away from the house, you

18  go and you stand by the junction.

19  Q.   And you went to this junction and you happened to see Mhada

20  Jusu there?

21  A.   Yes, that was when he saw us.

22  Q.   Now, when you first met Mhada in Freeport at the junction,

23  had you already seen Sulaiman, his brother?

24       THE INTERPRETER:  What's the name again?

25  BY MR. CARIDAD:

**October 6, 2008**

## Koroma - Cross

1    Q.    Had you already seen Sulaiman Jusu at Barclay Training

2    Center?

3    A.    But then we hadn't seen him

4                MR. CARIDAD:    What?

5                THE INTERPRETER:    "We hadn't seen him"

6                MR. CARIDAD:    "Had not seen him"?

7                THE INTERPRETER:    "Had not seen him"

8    BY MR. CARIDAD:

9    Q.    But then you went to the Barclay Training Center.    Correct?

10   A.    Which training center?

11   Q.    BTC, the Barclay Training Center.

12   A.    When we went to -- when we went there, it was when

13   Sulaiman, they came.    That was when we went there.

14   Q.    Who took you to the Barclay Training Center?

15   A.    Me and Maada.

16   Q.    Do you know if Maada had already been to the Barclay

17   Training Center before he took you?

18   A.    When they came, when they brought Sulai there, they first

19   went there.

20   Q.    How did you learn that?    Who told you that Sulaiman was at

21   the Barclay Training Center?

22   A.    It was Maada who told me.

23   Q.    Okay.    And he took you there.    Right?

24   A.    Yes.

25   Q.    And when you saw Sulaiman, you said his hands were tied at

**October 6, 2008**

## Koroma - Cross

1  the Barclay Training Center.   Right?

2  A.   His hands were tied.

3  Q.   And did you see Momoh Turay also?

4  A.   Yes.

5  Q.   And his hands were tied also?

6  A.   Yes.

7            THE INTERPRETER:   Your Honor, she used an expression,

8       "The hand be tied," which may mean "tied," which may

9  mean kind of in pain, rotten, in that direction.   So it could

10  mean a couple of things.

11            MR. CARIDAD:   Let's try to clear it up.

12            THE INTERPRETER:   I just don't want to give you the

13  wrong interpretation.

14  BY MR. CARIDAD:

15  Q.   Ms. Koroma, when you saw Sulaiman Jusu, was there some sort

16  of rope around his hands?

17  A.   His body was swollen, yes.

18  Q.   And did you see a rope around his wrists or his hands?

19  A.   His hands were tied with rope, but his body was swollen and

20  his clothes were in his skin.

21  Q.   Okay.

22            Now, you didn't stay -- after living in Freeport for a

23  while, you decided to go back to Sierra Leone.   Correct?

24  A.   So after they had taken them to the hospital and Samukai

25  camp, I returned to Sierra Leone to my people.

**October 6, 2008**

## Koroma - Redirect

1   Q.   And did you visit Sulaiman Jusu at the Samukai Camp?

2   A.   Yes, I went there.  He was at the hospital.

3   Q.   And at Samukai Camp, how often did you see him?

4   A.   Only two times.

5   Q.   And then you returned to Sierra Leone?

6   A.   Yes.

7   Q.   Is your child with you back in Sierra Leone or is your

8   child back in Kenema?

9   A.   My child is at Sierra Leone.

10   Q.   Living with you or in Kenema or somewhere else?

11   A.   He is with his father, his family.

12   Q.   And you consider Sulaiman Jusu part of your family, ma'am?

13   A.   Yes.

14          MR. CARIDAD:  If I can have a moment, Judge?

15          Thank you, Judge.  I don't have any more questions.

16          THE COURT:  Redirect.

17                    REDIRECT EXAMINATION

18   [Beginning at 2:22 p.m, 10/7/08.]

19   BY MS. ROCHLIN:

20   Q.   Ms. Koroma, do you remember when Mr. Caridad asked --

21          MR. CARIDAD:  (Indicating.)

22   BY MS. ROCHLIN:

23   Q.   -- when it was someone spoke to you about coming here to

24   the United States?

25   A.   Yes.

**October 6, 2008**

## Koroma - Redirect

1    Q.    Before anybody spoke to you about coming here to the United

2    States, did you have other conversations with Matthew or

3    myself?

4    A.    It was only Matthew who spoke to me.

5    Q.    Ms. Koroma, have you ever seen me before today?

6    A.    Yes.

7    Q.    When you saw me for the first time, where was that?

8    A.    In Freetown.

9    Q.    And do you remember what month it was when you saw me in

10   Freetown?

11   A.    It was August.

12   Q.    Ms. Koroma, can you tell me what month is it now?

13   A.    September.   It is October.

14   Q.    Was it only two months ago that you saw me in Freetown or

15   was it more than that?

16   A.    It's more than two months.   I said a mistake.   I saw you in

17   September and this is October.

18   Q.    Before you met me in Freetown, tell us whether or not you

19   had spoken with Matthew.

20   A.    Yes, I've spoken with Matthew.

21   Q.    So even before you saw me, you spoke with Matthew.   Is that

22   correct?

23   A.    I had spoken with Matthew, with Matthew.

24   Q.    And had you spoken with Matthew on the telephone?

25   A.    Yes.

**October 6, 2008**

## Koroma - Redirect

1    Q.   And those discussions happened before you saw me in

2    Freetown?

3    A.   Yes.

4    Q.   So even before you saw me, you spoke with Matthew.

5    Correct?

6    A.   Yes.

7    Q.   Do you remember when it was that you spoke with Matthew or

8    not?

9    A.   I don't remember that.  I don't remember the time exactly

10   at that point because it was in September that we really were

11   talking, but I don't remember.  It's a long time we were

12   talking.  We were talking.

13   Q.   Ms. Koroma, let me ask you something else.  Do you remember

14   when Mr. Caridad asked you questions about the attack on

15   Voinjama and when you left?

16   A.   Yes.

17   Q.   And do you remember you told him where you met Albert and

18   Sulaiman Jusu after the attack on Voinjama?

19   A.   Yes.

20   Q.   What was the place where you met Albert and Sulaiman Jusu

21   after the attack on Voinjama?

22   A.   It was at a checkpoint that we met.  It was a village.

23   Q.   When you talk about that checkpoint in the village where

24   you met Sulaiman Jusu and Albert, is that the same or different

25   from the checkpoint at the St. Paul Bridge?

**October 6, 2008**

## M Jusu - Direct

1  A.   No.   It's not the same.

2          MS. ROCHLIN:   If I could have a moment, Your Honor.

3          Your Honor, I have no further questions for this

4  witness.

5          THE COURT:   Thank you, ma'am  You are excused.

6          [The witness was excused at 2:29 p.m]

7          MS. ROCHLIN:   Your Honor, the United States calls

8  Maada Jusu.

9

10         MAADA JUSU, GOVERNMENT'S WITNESS, SWORN.

11             DIRECT EXAMINATION

12  [Beginning at 2:29 p.m]

13         MS. ROCHLIN:   Your Honor, may we have a brief sidebar

14  as the witness is taking the stand

15

16

17

18

19

20

21

22

23

24

25

**October 6, 2008**

## M Jusu - Direct

1          [Proceedings at sidebar follow]:

2          MS. ROCHLIN:   Judge, I want to make sure I'm not

3   jumping the gun or forcing events.   Is Mr. Caridad calling

4   either Sulaiman Jusu or Momoh Turay as witnesses in his case?

5          MR. CARIDAD:   Judge, from what I've had heard so far,

6   I don't intend to call them   This is the situation:   I don't

7   know what will happen between now and the time the Government

8   finishes their case.   Our position is these men should stay

9   here until the Government finishes their case in case I need

10  them

11         MS. ROCHLIN:   We may need to take that up later, Your

12  Honor, because I don't think the Government can agree with

13  that.

14         THE COURT:   All right.

15

16

17

18

19

20

21

22

23

24

25

**October 6, 2008**

## M Jusu - Direct

1            **[Proceedings in open court follow]:**

2   **BY MS. ROCHLIN:**

3   Q.   Sir, please state your name out loud and spell it.

4   A.   My name is Maada Jusu, M-a-a-d-a J-u-s-u.

5   Q.   Mr. Jusu, tell us what country you were born in.

6   A.   I was born in Sierra Leone.

7   Q.   And what country did you go to school in?

8   A.   Sierra Leone.

9   Q.   How far did you get in school?

10  A.   High school.

11  Q.   Did you finish high school or not?

12  A.   Yes.

13  Q.   And after you finished high school, were you able to find a

14  job or get work?

15  A.   I enrolled in college.

16  Q.   And were you able to finish?

17  A.   No.

18  Q.   Why not?

19  A.   Because of the war.

20  Q.   What war are you talking about, Mr. Jusu?

21  A.   The civil war in Sierra Leone.

22  Q.   When the war came, what did you do?

23  A.   I found another place, a better place.

24  Q.   Mr. Jusu, when the war came, where were you living?

25  A.   During the war, you mean?

**October 6, 2008**

## M Jusu - Direct

1    Q.    When the war -- just before the war came, where were you

2    living?

3    A.    At home.

4    Q.    Where was home?

5    A.    Kenema.

6    Q.    And what country is Kenema in?

7    A.    Sierra Leone.

8    Q.    And was there a time when the war came to Kenema?

9    A.    Yes.

10   Q.    When the war came to Kenema, what did you do?

11   A.    I moved from Kenema.

12   Q.    When you moved from Kenema, did you move by yourself or did

13   you move with anyone else?

14   A.    With some family members.

15   Q.    Who were the family members you moved with when you left

16   Kenema?

17   A.    Sulaiman, my senior brother, his wife, and my junior

18   brothers.

19   Q.    Who are your junior brothers?

20   A.    Unisa and John.

21   Q.    Mr. Jusu, do you remember what year it was when you left

22   Kenema?

23   A.    Yes, I do.

24   Q.    What year was it?

25   A.    1998.

**October 6, 2008**

## M Jusu - Direct

1  Q.    When you left Kenema in 1998, where did you go?

2  A.    We headed for -- my final destination was Monrovia.

3  Q.    Before you got to Monrovia, where did you go?

4  A.    From Kenema I went to a small village called -- I can't

5  remember now -- and Daru and then Kolahun, Voinjama and then

6  Monrovia.

7  Q.    Where is Kolahun?

8  A.    In Liberia.

9  Q.    What kind of place is Kolahun?

10  A.    Somewhat closer to the border town.

11  Q.    And where is Voinjama?

12  A.    Voinjama is in Liberia.

13  Q.    Of the places that you've mentioned in Liberia, where did

14  you stay before getting to Monrovia?

15  A.    I stayed in Vahun for some time and then Kolahun.   Then we

16  went to Voinjama and then Monrovia.

17  Q.    How long did you spend in Voinjama?

18  A.    I cannot remember.

19  Q.    Of the places that you've mentioned, Vahun, Kolahun and

20  Voinjama, which place did you stay the longest?

21  A.    Voinjama.

22  Q.    When you were in Voinjama, were you there by yourself or

23  was any of your family there?

24  A.    With family members.

25  Q.    Who were the family members in Voinjama when you were

**M Jusu - Direct**

1  there?

2  A.   Sulaiman, Isaatu, Sulaiman's wife, Sulaiman's daughter,

3  Musu, Unisa and John.

4  Q.   Mr. Jusu, what did you do for work when you were in

5  Voinjama?

6  A.   Say that again.

7  Q.   I'm sorry.  I didn't understand.

8  A.   I don't understand what you said.

9  Q.   What did you do for work to earn money when you were in

10  Voinjama?

11  A.   We had a somewhat small business.

12  Q.   Who did you have that small business with?

13  A.   My brother, of course, Sulaiman.

14  Q.   Besides your family, tell us were there other people that

15  you knew in Voinjama?

16  A.   Yes, some other friends, like I had friend called Alhaji.

17  I had a friend called Ibu.  I had friend called Mohammed

18  Fofana.

19  Q.   And these friends you mentioned, where were they from?

20  A.   Sierra Leone.

21  Q.   Did you have any friends in Voinjama who were not from

22  Sierra Leone?

23  A.   Yes.

24  Q.   Do you remember any of their names?

25  A.   Friends like WO.

**October 6, 2008**

## M Jusu - Direct

1  Q.    What can you tell me about WO?

2  A.    WO was a soldier.

3  Q.    And do you know what part, what branch of the military WO

4  worked for?

5  A.    I don't know the official name.   We used to call them the

6  Doe soldiers, the old soldiers.

7  Q.    Referring to former President Samuel Doe?

8  A.    Yes, something like that.

9  Q.    Mr. Jusu, do you remember what year or years it was when

10  you were living in Voinjama?

11  A.    Yes, I do.

12  Q.    What were the years when you were living in Voinjama?

13  A.    From '98, February -- no, in Liberia as a whole -- in

14  Voinjama, I cannot tell.   In Liberia as a whole, it was '98 and

15  2000.

16  Q.    Did you stay in Voinjama when you were in Liberia or did

17  you leave?

18  A.    All my time, you mean?   If I stayed all my time in Voinjama

19  when I was in Liberia?

20  Q.    Right, or did you leave?

21  A.    I don't understand.   Say that again.

22  Q.    Okay.

23         Once you got to Liberia --

24  A.    Yes.

25  Q.    -- did you ever leave Voinjama?

**October 6, 2008**

## M Jusu - Direct

1  A.   Yes.

2  Q.   Why did you leave Voinjama?

3  A.   Due to many things.   I was humiliated there and then my

4  brother decided we should leave.

5  Q.   When you say you were humiliated in Voinjama, explain what

6  you mean.

7  A.   I was beaten up in the heart of the city.

8  Q.   Who did this to you?

9  A.   By some security forces.

10 Q.   You said you were beaten up?

11 A.   Yes.

12 Q.   What else happened to you?

13 A.   Put in a small room  They call it cell.

14 Q.   Did a time when you got to leave that cell?

15 A.   Yes.

16 Q.   Was it after that you decided to leave Voinjama?

17 A.   Yes.

18 Q.   Where did you go?

19 A.   Monrovia.

20 Q.   When you were in Monrovia, where did you live?

21 A.   With a friend.

22 Q.   In what part of Monrovia?  Do you remember?

23 A.   No.

24 Q.   Mr. Jusu, did a time come after you got to Monrovia when

25 you saw somebody that you knew from Voinjama?

**October 6, 2008**

## M Jusu - Direct

1  A.    Yes.

2  Q.    Who was the person you saw in Monrovia that you knew from

3  Voinjama?

4  A.    I saw my brother, of course, Sulaiman.

5  Q.    Before you saw your brother, Sulaiman, was there anybody

6  else you saw that you knew from Voinjama?

7  A.    Yes.

8  Q.    Who was that?

9  A.    VD.

10  Q.    Explain how it was that you came to see VD.

11  A.    I was to take a taxi at Broad Street in Monrovia when I saw

12  VD.

13  Q.    And when you saw VD, what happened?

14  A.    Before seeing VD, I was going down to see Isaatu,

15  Sulaiman's wife after hearing that Sulaiman was dead, and I saw

16  VD.   VD told me Sulaiman --

17            MR. CARIDAD:   Objection.   Hearsay, Your Honor.

18  BY MS. ROCHLIN:

19  Q.    Mr. Jusu, listen to my questions carefully.   Will you do

20  that?

21  A.    Yes.

22  Q.    Do you understand when I ask you something, I'm asking for

23  what you saw or what you did and not what other people said to

24  you.   Do you understand that?

25  A.    Yes.

**October 6, 2008**

## M Jusu - Direct

1  Q.   When you saw WO, how did you feel emotionally?

2  A.   I was shocked.

3  Q.   When you saw WO, without telling me what you said, did you

4  speak with him?

5  A.   Yes, I do.

6  Q.   And after you saw WO, did you continue on your way to see

7  Isaatu or did you do something else?

8  A.   No, I did something else.

9  Q.   What did you do?

10  A.   I followed WO.

11  Q.   Where did you follow WO?

12  A.   At one detention center.

13  Q.   What was the name of the place where you followed WO?

14  A.   I can't remember.

15  Q.   When you followed WO to the detention center, where did he

16  take you?

17  A.   Into a cell or at the door of a cell.

18  Q.   And when you went to the door of the cell, who did you see?

19  A.   I saw my brother, Sulaiman.

20  Q.   When you saw your brother Sulaiman, what did your brother

21  look like at that moment?

22  A.   He looked like someone that has gone through some kind of

23  pain or torture.  He was somehow skinny and depressed.

24  Q.   What did you observe about your brother's body when you saw

25  him?

## M Jusu - Direct

1   A.   A lot of scars.

2   Q.   When WD brought you to the door of the cell and you saw

3   your brother, how long did you stay there?

4   A.   A minute or so.

5   Q.   And then what did you do?

6   A.   We got out.

7   Q.   And what happened that made you get out?

8            MR. CARIDAD:   Objection.   Relevance.

9            THE COURT:   Overruled.

10  BY MS. ROCHLIN:

11  Q.   What happened that made you get out, Mr. Jusu?   Can you

12  explain?

13  A.   Yes, there was shouting all around.

14  Q.   Do you know who was shouting?

15  A.   The security forces around, of course, looking for me.

16  Q.   And is that when you left?

17  A.   Yes.

18  Q.   Mr. Jusu, after you saw your brother in the cell, what did

19  you decide to do concerning your brother's situation?

20  A.   To find any legal or possible way to get him out of there.

21  Q.   And what steps did you take to get your brother out of the

22  cell where you saw him?

23  A.   First I went to the Sierra Leonian Embassy in Liberia.

24  Q.   Were you able to see anybody in the Sierra Leonian Embassy

25  in Liberia?

**October 6, 2008**

## M Jusu - Direct

1   A.   Yes.

2   Q.   Who were you able to see?

3   A.   The Ambassador.

4   Q.   Do you know the Ambassador's name?

5   A.   Yes.

6   Q.   What was the name of the Ambassador?

7   A.   The last name I think is Gbao.

8   Q.   Is that spelled G-b-a-o?

9         MR. CARIDAD:   Spell that again, please, Ms. Rochlin.

10        MS. ROCHLIN:   G-b-a-o.

11  BY MS. ROCHLIN:

12  Q.   Mr. Jusu, without telling us what you said, were you able

13  to speak with the Ambassador?

14  A.   Yes.

15  Q.   After you spoke to the Ambassador, was there any place else

16  you went to in order to help your brother?

17  A.   Yes.

18  Q.   Where else did you go to help your brother, Sulaiman?

19  A.   I went to one United Nations office, the UNHCR, yes.

20  Q.   Do you know what UNHCR stands for?

21  A.   Yes.

22  Q.   What?

23  A.   United Nations High Commission for Refugees.

24  Q.   When you went to the offices of UNHCR, can you tell us who

25  you saw there?

**October 6, 2008**

## M Jusu - Direct

1   A.   Yes.

2   Q.   Who did you see there?

3   A.   The first person I saw was a security at the gate.

4   Q.   After security at the gate, who did you see?

5   A.   I saw the Deputy Protection Officer.

6   Q.   Do you know the name of the Deputy Protection Officer?

7   A.   Yes.

8   Q.   What was the name of the Deputy Protection Officer?

9   A.   The last name was Mulbah.

10  Q.   And in addition to the Deputy Protection Officer, did you

11  see anybody else or not?

12  A.   Yes.

13  Q.   Who else did you see?

14  A.   The Protection Officer.

15  Q.   Do you remember the name of the Protection Officer?

16  A.   Carolyn Van Buren.

17  Q.   Again, Mr. Jusu, without telling us what was said, did you

18  speak with Mr. Mulbah?

19  A.   Yes.

20  Q.   Did you speak with Carolyn Van Buren?

21  A.   Yes, I did.

22  Q.   After you spoke with those individuals, did you go anywhere

23  with either one of them?

24  A.   Yes.

25  Q.   Where did you go?

**October 6, 2008**

## M Jusu - Direct

1    A.    At the detention center where my brother was.

2    Q.    And who went with you to the detention center on that

3    occasion?

4    A.    Carolyn and Milbah.

5    Q.    And were you able to get into the detention center to see

6    your brother?

7    A.    Yes.

8    Q.    How did that happen?

9    A.    When we first went there, Mr. Milbah made an introduction

10   and then we enter to see Sulaiman and some other guys inside

11   the cell.

12   Q.    When you got to the detention center, how did the people

13   there react to Carolyn Van Buren?

14          MR. CARIDAD:   Objection, Your Honor.   Relevance.

15   A.    The --

16          THE COURT:   Overruled.

17   BY MS. ROCHLIN:

18   Q.    How did the people at the detention center react to Carolyn

19   Van Buren, Mr. Jusu?

20   A.    After the introduction, they recognize she was a reputable

21   person or somehow --

22   Q.    Did they let her in?

23   A.    Yes.

24   Q.    And did Mr. Milbah, Carolyn Van Buren and yourself get to

25   see your brother?

**October 6, 2008**

## M Jusu - Direct

1    A.   Yes, we did.

2    Q.   All right.

3              Now, again, Mr. Jusu, without telling us what was

4    said, was Mr. Mulbah able to speak with your brother?

5    A.   I cannot remember.

6    Q.   Can you tell us whether or not Carolyn Van Buren was able

7    to speak with your brother?

8    A.   Yes.

9    Q.   Was Carolyn Van Buren able to speak with anybody else in

10   the cell?

11   A.   I don't know.

12   Q.   What happened after Carolyn Van Buren was able to speak

13   with your brother?  Did you stay or did you go?

14   A.   We went.  We went back.

15   Q.   I'm sorry.  I didn't hear you.

16   A.   We went back to the office.

17   Q.   You went back to the UNHCR office?

18   A.   Yes.

19   Q.   Mr. Jusu, after you went to the detention center with

20   Carolyn Van Buren and Mr. Mulbah, did you continue to have

21   meetings with them or not?

22   A.   Yes, I did.

23   Q.   Do you remember how many meetings you had with either

24   Mr. Mulbah or Carolyn Van Buren?

25   A.   Many times.

## M Jusu - Direct

1  Q.   And after those meetings, did a time come when you saw your

2  brother some place that was not the detention center?

3  A.   Yes.

4  Q.   Where was the place you saw your brother after your

5  meetings with Mr. Milbah and Carolyn Van Buren that was

6  different from the detention center?

7  A.   At a small hospital called Greystone Clinic.

8  Q.   Mr. Jusu, at Greystone Clinic, did you see anybody else you

9  recognized besides your brother or not?

10  A.   Yes, I did.

11  Q.   Who else did you see at Greystone Clinic that you

12  recognized?

13  A.   I saw Momoh.

14  Q.   Do you know Momoh's last name?

15  A.   Turay.

16  Q.   Did you see anybody else besides your brother and Momoh

17  Turay?

18  A.   Yes, I did.

19  Q.   Who else did you see?

20  A.   I saw Foday Conteh.

21  Q.   And where did you know Momoh Turay from?

22  A.   From Liberia, of course.

23  Q.   Where in Liberia?

24  A.   It could be Voinjama or Vahun.   Somewhere around there.

25  Q.   Where did you know Foday Conteh from?

**October 6, 2008**

**M Jusu - Direct**

1    A.    Voinjama.

2    Q.    How often would you go to see your brother at the Greystone

3    Clinic?

4    A.    I was there.

5    Q.    You lived there with him?

6    A.    Yes.

7    Q.    Why were you living with your brother Sulaiman at the

8    Greystone Clinic?

9    A.    Sulaiman was unable to help himself to get to the restroom

10    His arms were dead.

11    Q.    Could you repeat the end of your answer?

12    A.    His arms were dead.   They cannot work.

13    Q.    His arms were dead?

14    A.    Yes.

15    Q.    They could not work?

16    A.    They couldn't work, yes.

17    Q.    Well, can you tell us, Mr. Jusu, whether or not your

18    brother was able to feed himself?

19    A.    He was not.

20    Q.    Who helped him eat food?

21    A.    I did.

22    Q.    What else can you tell us, Mr. Jusu, about the condition of

23    your brother's body when you saw him at Greystone Clinic?

24    A.    Sulaiman had scars all over his body.   I can see visible

25    scars at the hands where they were tied up.

**October 6, 2008**

## M Jusu - Direct

1  Q.   Where did you see visible scars on your brother?

2  A.   Say that again.

3  Q.   On what part of your brother's body did you see scars?

4  A.   The most visible ones were the arms, the elbows.

5  Q.   Was it one elbow or both elbows?

6  A.   Both elbows.

7  Q.   Did you see any other scars on your brother's body?

8  A.   All over his body.

9  Q.   When you say you saw scars, Mr. Jusu, what do you mean?

10  A.   Burns.   Some scars like that, yes.

11  Q.   Now, when you saw the scars on his elbows, from what you

12  saw, did they look fresh or did they look old?

13  A.   Very fresh.

14  Q.   And what made them look fresh?

15  A.   They weren't scars.   They were wounds.

16  Q.   When you saw your brother, Sulaiman, in Voinjama, did he

17  have those wounds on his arms?

18  A.   No.

19  Q.   When you saw your brother in Voinjama, did he have any of

20  the scars that you saw from burns?

21  A.   No.

22  Q.   Did you have a chance to see Momoh Turay's condition when

23  you were in the Greystone Clinic?

24  A.   Yes.

25  Q.   What did you notice about Momoh Turay's condition?

**October 6, 2008**

## M Jusu - Direct

1  A.    Monoh, it seems as if Monoh had been tied up like Sulaiman

2  also.

3  Q.    What made it seem like Monoh had been tied up like

4  Sulaiman?

5  A.    The scars were there.

6  Q.    What scars?

7  A.    At the elbows.

8  Q.    Were these scars, Mr. Jusu, or were they still wounds?

9  A.    They were wounds.

10  Q.    Do you remember anything else about Mr. Turay's condition

11  when you saw him?

12  A.    I saw some scars, of course, and bruises.

13  Q.    Do you remember where those scars and bruises were located?

14  A.    On his body.

15  Q.    When you saw Monoh Turay in Voinjama, did he have any

16  wounds on his arms like the ones you saw in the Greystone

17  Clinic?

18  A.    No.

19  Q.    Did he have any scars on his body like the ones you saw in

20  the Greystone Clinic?

21  A.    No.

22  Q.    Mr. Jusu, did you have a chance to see Foday Conteh's

23  condition when you were with your brother at Greystone?

24  A.    Yes, I did.

25  Q.    Can you tell us anything about Mr. Conteh's condition?

**October 6, 2008**

## M Jusu - Direct

1   A.   I cannot remember.

2   Q.   Mr. Jusu, did a time come when your brother left the

3   Greystone Clinic?

4   A.   Yes.

5   Q.   Are you able to remember how long he stayed at the

6   Greystone Clinic?

7   A.   I can't remember.

8   Q.   Can you tell us where your brother went when he left the

9   Greystone Clinic?

10   A.   At Samukai Refugee Camp.

11   Q.   Was the Samukai Refugee Camp in or near the city of

12   Monrovia?

13   A.   Somewhere outside the city of Monrovia.

14   Q.   Did you go to Samukai Refugee Camp with your brother?

15   A.   Yes, I did.

16   Q.   Why did you go to Samukai Refugee Camp with your brother?

17   A.   He still needed my assistance.

18   Q.   In what way did he still need your assistance?

19   A.   As I said before, Sulaiman's arms were not working.

20   Q.   Mr. Jusu, did your brother go by himself to the Samukai

21   Refugee Camp or did anybody else go there from the Greystone

22   Clinic?

23   A.   Yes, others from the Greystone Clinic.

24   Q.   Who went to the Samukai Refugee Camp as well as your

25   brother?

**October 6, 2008**

## M Jusu - Direct

1  A.   Momoh, Conteh and myself.

2  Q.   Mr. Jusu, are you able to remember how long you stayed at

3  the Samukai Refugee Camp?

4  A.   I cannot remember.

5  Q.   Once your brother got to Greystone Clinic, did you ever see

6  Carolyn Van Buren?

7  A.   Several times.

8  Q.   Where did you see Carolyn Van Buren?

9  A.   She used to come to the Greystone Clinic at the camp and I

10  used to go to her.

11  Q.   What about once you relocated to the Samukai Refugee Camp,

12  did you see Carolyn Van Buren then?

13  A.   Yes.

14  Q.   Do you remember how often you saw Carolyn Van Buren after

15  you got to Samukai Refugee Camp?

16  A.   Every other day.

17  Q.   Why was it that you saw Carolyn Van Buren so often after

18  you got to the Samukai Refugee Camp?

19       MR. CARIDAD:   Objection.   Speculation.

20       THE COURT:   Overruled.

21  A.   She came at the camp.   She used to come there very often.

22  Q.   Mr. Jusu, what were conditions like at the Samukai Refugee

23  Camp?

24  A.   It was a refugee camp.

25  Q.   What can you tell us about your security and your brother's

**October 6, 2008**

## M Jusu - Direct

1   security at the refugee camp?

2   A.   It was not as safe as we expected.

3   Q.   In what way was it not as safe as you had been expecting?

4   A.   I think we were very subjected to security.  They get you

5   every now and then.

6   Q.   Mr. Jusu, did a time come when you left the Samukai Refugee

7   Camp?

8   A.   Yes.

9   Q.   From the Samukai Refugee Camp, where did you go?

10  A.   Sweden.

11  Q.   And what was the means of transportation that got you to

12  Sweden?

13  A.   We came there with flight.

14  Q.   Excuse me?

15  A.   With airplane.

16  Q.   When you left Liberia for Sweden, who was on the plane with

17  you?

18  A.   Sulaiman, Sulaiman's wife, Sulaiman's daughter, my junior

19  brothers, Momoh, Conteh and some other family members and other

20  passengers.

21  Q.   I'm sorry?

22  A.   Other passengers.

23  Q.   Where do you live now, Mr. Jusu?

24  A.   What do you say?

25  Q.   What country do you live in now?

**October 6, 2008**

## M Jusu - Cross

1  A.   I live in Sweden.

2              MS. ROCHLIN:   If I could have just a moment, Your

3  Honor.

4              Your Honor, we tender the witness for

5  cross-examination.

6                    CROSS EXAMINATION

7  [Beginning at 3:02 p.m., 10/7/08.]

8  BY MR. CARIDAD:

9  Q.   Mr. Jusu, old are you now?

10 A.   32 years of age.

11 Q.   How old were you in 1999 then?

12 A.   I was about -- minus nine years.

13 Q.   21, 23.   Right?

14 A.   Yes.

15 Q.   And you had begun college.   Right?

16 A.   Yes.

17 Q.   Had your brother, Sulaiman, begun college in Sierra Leone?

18 A.   I don't think so, no.

19 Q.   But you had, but you couldn't complete it.   Right?

20 A.   Say that again.

21 Q.   You had begun college in your country of Sierra Leone, but

22 you were unable to complete it --

23 A.   Yes.

24 Q.   -- due to the civil war in your country?

25 A.   Yes.

**October 6, 2008**

## M Jusu - Cross

1  Q.  What year did that civil war begin?

2  A.  I cannot remember the date.

3  Q.  But you certainly experienced it.

4  A.  Yes.

5  Q.  As a matter of fact, you had to leave Kenema because of it?

6  A.  Yes.

7  Q.  And the civil war in your country was a violent war?

8  A.  Yes, of course.

9  Q.  People's security was poor, their personal security?

10  A.  What do you say again?

11  Q.  People could be shot or stabbed or hurt in numerous ways

12  even if they weren't involved in the conflict?

13  A.  It was a war.

14  Q.  It affected not just soldiers, it affected the civilian

15  population?

16  A.  Of course, yes.

17  Q.  Were there tribes in your country?

18  A.  Different kind of tribes.

19  Q.  Were the tribes fighting against each other in the civil

20  war?

21  A.  I don't think so.

22  Q.  Were political groups fighting against each other to take

23  control of the country?

24  A.  Political group?  I don't know what you mean.

25  Q.  Well, groups of people who wanted to take power and other

**October 6, 2008**

## M Jusu - Cross

1 people who wanted to take it away from them?

2 A.   Yes.

3 Q.   And a lot of civilians were caught in the middle of that

4 violence?

5 A.   I don't know.   I don't know that.

6 Q.   Well, your brother was shot in the leg --  right -- by some

7 rebel attack, wasn't he?

8 A.   I cannot remember.   I don't know.

9 Q.   You don't know if your brother, Sulaiman, received a

10 gunshot wound to his leg in Sierra Leone?

11 A.   I know that.   I think so.

12 Q.   What?

13 A.   I know that.

14 Q.   He did?

15 A.   Well, I cannot remember now anyway, before I say anything

16 wrong.

17 Q.   But did you live with your brother in Sierra Leone?

18 A.   Yes, I did.

19 Q.   Did he ever tell you "I was just shot by a rebel attack in

20     the leg"?  Did he ever mention that to you?

21 A.   If what?

22 Q.   Did your brother, Sulaiman, ever tell you that he had just

23 been the subject of a rebel attack and a bullet had gone

24 through his leg?

25 A.   I cannot remember that.

**October 6, 2008**

## M Jusu - Cross

1  Q.   Anyway, your plans to complete college were interrupted by

2  the civil war?

3  A.   Yes.

4  Q.   Have you been able to complete college in Sweden now?

5  A.   Still in college.

6  Q.   What?

7  A.   Still there.

8  Q.   You're still in college?

9  A.   Yes.

10  Q.   When did you begin college in Sweden?

11  A.   I first entered into college in 2005.

12  Q.   Is the Swedish government helping you pay for your college?

13  A.   Yes.

14  Q.   So after you left Kenema, you went to Voinjama.  Right?

15  A.   (No response.)

16  Q.   You stopped at a couple of places along the way, but you

17  ended up in Voinjama.  Right?

18  A.   Yes.

19  Q.   That's where you met this fellow, WO Kollie, that you knew?

20  A.   Yes.

21  Q.   Where did you know him from?

22  A.   As I said before, we had a small shop where we do sell

23  things that people come and buy.

24  Q.   So you met him in Voinjama?

25  A.   Yes.

**October 6, 2008**

## M Jusu - Cross

1  Q.   And how long were you in Voinjama?

2  A.   I don't know exactly how long.   I don't know.

3  Q.   I'm not asking for an exact date, but more or less.

4  A.   As I said earlier, I was in Liberia as a whole from '98 to

5  2000.

6  Q.   But more or less, how long were you in Voinjama?   Was it a

7  month, two months, three months?

8  A.   I don't know exactly how long I was in Voinjama.   Maybe

9  weeks or months.

10  Q.   I'm not asking for exactly.   Just more or less.

11  A.   Yeah, months.

12  Q.   Months?

13  A.   Yes.

14  Q.   A few months?   Three months maybe?

15  A.   Less than that.

16  Q.   That's when you met this fellow, WO Kollie?

17  A.   Yes.

18  Q.   Who was a Liberian Army officer?

19  A.   Yes.

20  Q.   Did he live in Voinjama?

21  A.   At that time, yes.

22  Q.   Was he working for the Army in Voinjama at that time?

23  A.   Yes.

24  Q.   And he would come to your store?

25  A.   Yes.

**October 6, 2008**

## M Jusu - Cross

1  Q.   Do you know where he is now?

2  A.   I don't know.

3  Q.   Was he Liberian?

4  A.   He was a Liberian, yes.

5  Q.   He was a member of the Liberian Armed Forces.  Is that

6  right?

7  A.   Yes.

8  Q.   And he had been a member of the Liberian Armed Forces back

9  as far as the Doe regime in Liberia.  Right?

10 A.   I don't know.

11 Q.   I thought you said he was a Doe soldier?

12 A.   We used to call them Doe soldiers.  I don't know if that

13 name was an official name or not.

14 Q.   That implies he was a soldier under former President Doe.

15 Is that right?

16 A.   I don't know the implications anyway.

17 Q.   Now, you say you were beaten up in Voinjama.  Right?

18 A.   Yes.

19 Q.   You were arrested by some security forces?

20 A.   Yes, sir.

21 Q.   Do you know why you were arrested?

22 A.   The reason, I don't know.

23 Q.   They just came to your store and arrested you?

24 A.   Yes.

25 Q.   And they didn't tell you why or what they wanted from you?

**October 6, 2008**

## M Jusu - Cross

1  A.   They didn't tell me why.

2  Q.   And they took you to a cell?

3  A.   Yes.

4  Q.   How long were you there?

5  A.   For some hours.

6  Q.   And then your brother came and got you?

7  A.   Yes, and other friends.

8  Q.   Okay.

9       Did your brother ever tell you why you had been

10 arrested?

11 A.   I don't know.

12 Q.   He never told you why you had been arrested?

13 A.   I don't know that.

14 Q.   But he was the one responsible for getting you out?

15 A.   Yes.

16 Q.   So he must have gone to the police and talked to them about

17 you.

18 A.   Yes, of course.

19 Q.   But don't you think they must have told him why you were

20 arrested?

21       MS. ROCHLIN:   Objection.   Lack of foundation for this

22 witness and to the extent it calls for speculation.

23       THE COURT:   Overruled.

24 BY MR. CARIDAD:

25 Q.   Isn't it reasonable they would have told your brother "Hey,

**October 6, 2008**

## M  Jusu  -  Cross

1      we  arrested  your  brother  because  of  X"?

2  A.    I  don't  know.

3  Q.    Did  you  ask  your  brother  why  you  were  arrested?

4  A.    I  cannot  remember.

5  Q.    Had  you  ever  been  arrested  in  your  life  before  that?

6  A.    No.

7  Q.    This  was  the  first  time  in  your  life  you  had  ever  been

8  arrested.    Correct?

9  A.    As  far  as  I  can  remember.

10  Q.    You  don't  know  why  you  were  arrested.    Right?

11  A.    I  said  "No."

12  Q.    Your  brother  came  and  got  you  out  of  jail.    Right?

13  A.    Yes,  my  brother  and  some  other  friends.

14  Q.    You  never  asked  your  brother  why  you  had  been  arrested.

15  Right?

16  A.    We  went  through  that,  but  I  cannot  remember  what  they  said

17  exactly.

18  Q.    And  your  brother  never  told  you  why  you  had  been  arrested?

19  A.    I  can't  remember.

20  Q.    You  live  with  your  brother,  don't  you?

21  A.    Yes,  I  did.

22  Q.    You  live  with  him  now  in  Sweden  or  don't  you?

23  A.    No.

24  Q.    Do  you  live  in  the  same  town?

25  A.    We  lived  in  the  same  town.

**October  6,  2008**

## M Jusu - Cross

1  Q.   You lived in the same town for a while in Sweden?

2  A.   Yes.

3  Q.   Now you have your own place?

4  A.   Yes.

5  Q.   Did you buy a place?

6  A.   No.

7  Q.   You're renting?

8  A.   Yes.

9  Q.   And you have a family of your own?

10 A.   I have my son at 6.

11 Q.   I'm sorry?

12 A.   I have a son at 6.

13 Q.   You have a son who is 6?

14 A.   Yes.

15 Q.   And he was born in Sweden?

16 A.   Yes.

17 Q.   And you're married?

18 A.   No.

19 Q.   So you're released from your arrest and you are sent away

20 to Monrovia?

21 A.   Yes, I traveled to Monrovia.

22 Q.   It was your brother, Sulaiman Jusu, who sent you away?

23 A.   Well, I traveled to Monrovia.   Yes, he told me to do that.

24 Q.   He told you to go to Monrovia?

25 A.   Yes.

## M  Jusu  -  Cross

1   Q.    Because you had been arrested?

2   A.    Oh, yes.

3   Q.    But yet he didn't tell you why you had been arrested?

4   A.    We discussed that, but I cannot remember exactly.

5   Q.    This arrest caused you to have to leave the place that you

6   were living in.   Right, sir?

7   A.    Yes.

8   Q.    The only people you knew in Liberia were in Voinjama.

9   Right?

10  A.    Yes.

11  Q.    And this arrest caused your brother to send you to

12  Monrovia.   Right?

13  A.    Well, because of this arrest, I left Monrovia.   I left

14  Voinjama to Monrovia, yes.

15  Q.    It was Sulaiman's idea to get you out of Voinjama.   Right?

16  A.    Yes.

17  Q.    Yet he didn't tell you or you didn't talk about why it was

18  so important you had to leave Monrovia?

19  A.    We talked about that, as I said before, but I cannot

20  remember what exactly we said.

21  Q.    You can't even remember the general reason why you had to

22  leave Voinjama?

23  A.    No.

24  Q.    Then you get to Voinjama.   Right?   I mean, you get to

25  Monrovia?

**October  6,  2008**

## M Jusu - Cross

1   A.   I did.

2   Q.   Did you know anybody in Monrovia?

3   A.   Before traveling, you mean?

4   Q.   Yes.

5   A.   I knew a friend in Voinjama.

6   Q.   I'm sorry.   Did you finish your answer?

7   A.   I knew a friend in Voinjama.

8   Q.   Right.

9   A.   So -- and this person have friends and families in

10  Monrovia.

11  Q.   And that's who you stayed with in Monrovia?

12  A.   Yes.

13  Q.   Now, you said one day you were about to take a taxi and you

14  happened to bump into VO Kollie?

15  A.   Yes.

16  Q.   How long were you in Monrovia when you happened to bump

17  into VO Kollie?

18  A.   Some weeks.

19  Q.   You didn't know he was going to be in Monrovia.   Right?

20  A.   Say that again.

21  Q.   You did not know he was in Monrovia?

22  A.   No.

23  Q.   It's just happenstance you bumped into --

24  A.   Yes.

25  Q.   -- VO Kollie?

**October 6, 2008**

## M Jusu - Cross

1   A.   Yes.

2   Q.   And by "happenstance" that is the one man who was able to

3   take you to your brother --

4   A.   Yes.

5   Q.   -- who was detained in some facility?

6   A.   Yes.

7   Q.   If you hadn't bumped into WO Kollie by chance going for

8   that taxi in Monrovia, you may never have found your brother.

9   Is that what you're saying?

10  A.   If that was the way, I don't know.   That was my first

11  chance and I made use of it.

12  Q.   Now, was Isaatu in Monrovia?

13  A.   Yes.

14  Q.   Isaatu is Sulaiman's wife.   Right?

15  A.   Yes.

16  Q.   She's in Sweden now.   Right?

17  A.   Yes.

18  Q.   Did you stay with her in Monrovia?

19  A.   In the same city, not in the same house.

20  Q.   Did you visit her?

21  A.   Very often.

22  Q.   What?

23  A.   Very often.

24  Q.   And did you also see Madiana Koroma in Monrovia?

25  A.   Yes, I did.

**October 6, 2008**

## M Jusu - Cross

1  Q.  How did you happen to meet her in Monrovia?

2  A.  I cannot remember now.

3  Q.  Who is Madiana Koroma?

4  A.  Isaatu's sister.  They are twins.

5  Q.  Try to remember, how did you happen to see her in Monrovia?

6  A.  I cannot remember.  I cannot remember.  This was 10 years

7  ago.  I cannot remember.

8  Q.  You didn't know many people in Monrovia.  You only knew

9  some family you were staying with, WO Kollie, Isaatu and

10  Madiana.  Those were the only people you knew.  Right?

11  A.  Initially, yes.

12  Q.  Did you expect Madiana to come to Monrovia?

13  A.  No.

14  Q.  You just saw her one day and you don't remember how?

15  A.  (No response.)

16  Q.  Were you surprised to see her in Monrovia?

17  A.  I was surprised to see anyone in Monrovia.

18  Q.  That didn't create enough of an impression for you to

19  remember how you saw her?

20  A.  No.

21  Q.  Okay.

22          THE COURT:  Why don't we take a 10 minute break?

23          Ladies and gentlemen, don't discuss the case.

24          [The jury leaves the courtroom at 3:18 p.m]

25          THE COURT:  We're in recess.

**October 6, 2008**

## M Jusu - Cross

1           [There was a short recess at 3:18 p.m]

2                THE COURT:   Bring the jury in.

3                [The jury returns to the courtroom at 3:31 p.m]

4                THE COURT:   Everyone please be seated.

5    BY MR. CARIDAD:

6    Q.   Mr. Jusu, you said you met WO Kollie and he took you to the

7    detention center.   Correct?

8    A.   Yes.

9    Q.   And you said you only stayed for one minute there.   Right?

10   A.   Yes.

11   Q.   Because some security forces were looking for you?

12   A.   Yes.

13   Q.   What security forces were looking for you?

14   A.   Around the detention center.

15   Q.   I'm sorry.   I didn't understand your answer.

16   A.   The security forces around that detention center.

17   Q.   They were looking for you?

18   A.   Yes.

19   Q.   Why were they looking for you?

20   A.   When Sulaiman and I saw each other, we shouted.

21   Q.   Okay.   And then what happened?

22   A.   And then it concerns the security forces around.

23   Q.   And what did they do?

24   A.   Trying to find out what had happened, what brought about

25   the shouting.

**October 6, 2008**

## M  Jusu - Cross

1   Q.   Did you answer their questions?

2   A.   I didn't spoke to any one of them

3   Q.   What?

4   A.   I didn't spoke to any one of them

5   Q.   So they were trying to find out why you and your brother

6   were shouting at each other?

7   A.   We were trying -- they were trying to find out what brought

8   the shouting.

9   Q.   And did you answer then?

10   A.   They didn't ask me.

11   Q.   What were they asking then?

12   A.   I said they were trying to find out.

13   Q.   Oh, if they were trying to find out, they must have asked

14   something.

15   A.   Oh, yes, about the shouting.

16   Q.   Why were you shouting, they asked?

17   A.   I was shouting.   I was excited when I saw my brother.

18   Q.   Okay.   Go ahead.   Are you finished?

19   A.   Yes.

20   Q.   My question is did they ask you why were you shouting and

21   what did you answer to them?

22   A.   They didn't ask me.

23   Q.   Did they ask any questions, why is somebody shouting?

24   A.   Yes, I heard them asking.

25   Q.   And did you answer and say anything?

## M Jusu - Cross

1  A.   No, I just march out quietly.

2  Q.   They didn't even know you were the one shouting?

3  A.   No.

4  Q.   You were shouting because you were happy to see your

5  brother, obviously?

6  A.   Yes, of course.

7  Q.   The security guards come over and say "What's all this

8       shouting about?"  They don't direct that question at you.

9  Right?

10 A.   No.

11 Q.   Does anything else happen?

12 A.   I just march out quietly with WO.

13 Q.   You just said you went and you stayed only one minute

14 because the security forces were looking for you.  Is that what

15 you mean by they were looking for you?  You had shouted,

16 somebody walked in and said "What's the shouting about?" and

17 you left.  Is that what you meant --

18 A.   I said I saw my brother and that lasted for less than a

19 minute.

20 Q.   Right.

21 A.   When we saw each other, we went to shouting.

22 Q.   Right.

23 A.   And then I march out quietly with WO.

24 Q.   You said some security forces came around asking "What's

25      the shouting about?"

## M  Jusu - Cross

1  A.   The security forces around the detention center, yes.

2  Q.   They didn't direct that question at you.   Right?

3  A.   No.

4  Q.   Okay.

5       And then you left quietly?

6  A.   With WO, yes.

7  Q.   Why did that lead you to conclude that the security forces

8  were -- quote -- "Looking for me"?

9  A.   They, they asked "Who is shouting here?"  Sulaiman said "I

10      have seen my brother."

11 Q.   They did ask who was shouting?

12 A.   Yes.

13 Q.   And you left?

14 A.   With WO, quietly.

15 Q.   Just because the security officers asked who was shouting?

16 A.   Yes.

17 Q.   And you concluded they were looking for you?

18 A.   The one who was shouting.

19 Q.   So you left?

20 A.   I did.

21 Q.   Did you ever go back to that detention facility?

22 A.   Yes.

23 Q.   Did you ever go back there with Madiana Koroma?

24 A.   I cannot remember.

25 Q.   She was one of the few family members you had in Monrovia.

**October 6, 2008**

## M Jusu - Cross

1    Right?

2    A.    Yes.

3    Q.    Then you said you went to the Sierra Leonian Embassy.

4    Right?

5    A.    Yes, I did.

6    Q.    You spoke to Ambassador Gbao?

7    A.    Yes, I did, yes.

8    Q.    You went to the United Nations High Commission for

9    Refugees?

10   A.    Yes, I did.

11   Q.    Who did you go with?

12   A.    I went alone.

13   Q.    Alone?

14   A.    Yes.

15   Q.    You saw Mr. Mulbah.   You saw Carolyn Van Buren.   Right?

16   A.    Yes.

17   Q.    And then you returned that same day to the detention

18   facility?

19   A.    Yes.

20   Q.    Did Ms. Van Buren go with you?

21   A.    Yes, she did.

22   Q.    Did she go into the cell to see your brother?

23   A.    Yes, she did.

24   Q.    Was anybody else with her and you?

25   A.    Mr. Mulbah.

**October 6, 2008**

## M  Jusu - Cross

1  Q.   He also went in?

2  A.   Yes.

3  Q.   Now, how many times do you go to the detention facility?

4  A.   A couple of times.

5  Q.   And you were never scared about the security people again

6  on your other visits?

7  A.   No.

8  Q.   No one was looking for you?

9  A.   No.

10  Q.   Then you went -- your brother, you said, was taken to the

11  Greystone Clinic?

12  A.   Yes.

13  Q.   Is that an American clinic or a Liberian clinic?

14  A.   I don't know.

15  Q.   Is it near the U.S. Embassy or not?

16  A.   I don't know.

17  Q.   How often would you go there?

18  A.   I was there.

19  Q.   What?

20  A.   I lived there with my brother.

21  Q.   You didn't know exactly where it was.  Can you tell me was

22  it outside of Monrovia or inside?

23  A.   In the city.

24  Q.   You say you lived there with your brother because his arms

25  were dead.  Right?

## M Jusu - Cross

1   A.   He couldn't work, yes.

2   Q.   He could not walk?  His arms were dead?

3   A.   His arms couldn't work.

4   Q.   "Work."  I'm sorry.

5   A.   Yes.

6   Q.   He could not feed himself?

7   A.   No.

8   Q.   He couldn't do anything the rest of us can do for

9   ourselves.  Right?

10  A.   No.

11  Q.   Could he lift his arms?

12  A.   No.

13  Q.   His arms were constantly at his side like I'm holding them

14  now with my arms at my side?

15  A.   Yes, something like that.

16  Q.   Could he bend his elbow?

17  A.   No.

18  Q.   Could he lift his arm to one side?

19  A.   No.

20  Q.   Was he able to shake your hand?

21  A.   No.

22  Q.   Could he apply any force at all with his hands?

23  A.   No.

24  Q.   Then you went to the Samukai Refugee Camp.  Right?

25  A.   Yes, we did.

**October 6, 2008**

## M Jusu - Cross

1  Q.  Did you stay there with him also?

2  A.  Yes, I did.

3  Q.  You lived there with him?

4  A.  Yes, I did.

5  Q.  Now, did you have another brother named John?

6  A.  Yes.

7  Q.  Was he also in Voinjama with you?

8  A.  Yes, all the way down.

9  Q.  Did he travel with you from Voinjama to Monrovia?

10  A.  No.

11  Q.  He stayed back in Voinjama?

12  A.  Yes.

13  Q.  Did you ever see him in Monrovia?

14  A.  Yes.

15  Q.  When?  After you arrived?

16  A.  When Isaatu arrived.

17  Q.  You say Isaatu came with him?

18  A.  I saw John at the time I saw Isaatu.

19  Q.  You saw them both together in Monrovia?

20  A.  Yes.

21  Q.  And did you live with them?

22  A.  Yes, of course.

23  Q.  You all lived in the same house?

24  A.  Not directly.

25  Q.  Not what?

**October 6, 2008**

## M Jusu - Cross

1  A.   Not directly.

2  Q.   Could you explain what you mean by that?

3  A.   We spend the day together.   We live in different rooms.

4  Q.   Of the same building?

5  A.   No, in the same camp, in the same Samukai Camp.

6  Q.   They were also at the camp?

7  A.   Yes.

8  Q.   How old was John at this time?

9  A.   John was a small boy.

10 Q.   He was a minor?

11 A.   10, 12, around there.

12 Q.   Now, there came a time when your brother and you left the

13 Samukai Refugee Camp.   Right?

14 A.   Yes.

15 Q.   And you went to Sweden?

16 A.   Yes.

17 Q.   Why did you go to Sweden?

18 A.   We resettled.

19 Q.   But why you?

20 A.   We resettled together.

21 Q.   But your brother, to you, it seemed he had been abused.

22 Right?

23 A.   Yes.

24 Q.   You had not been abused?

25 A.   Yes.

## M  Jusu  -  Cross

1  Q.   You had or had not?

2  A.   Well, like Sulaiman, no.

3  Q.   At all.   Had you been abused at all in Liberia?

4  A.   Yes, of course, in Voinjama.

5  Q.   What had happened to you in Voinjama?   Was that when you

6  were arrested for you're not sure what?

7  A.   Yes.

8  Q.   That is all that happened to you in Liberia?

9  A.   Yes.

10  Q.   And is that why you were taken out of Liberia and into

11  Sweden, because of that arrest?

12  A.   We are resettled to Sweden by the United Nations.

13  Q.   High Commission for Refugees?

14  A.   Yes.

15  Q.   My question is do you have an understanding as to why you,

16  not your brother, not anybody else, but why you were resettled?

17  A.   Well, I cannot answer that question.

18  Q.   But this is the very reason why you're not living in the

19  country you were born and raised in.   This is the very reason

20  why you're in Sweden now and you cannot tell me why you believe

21  you are in Sweden as opposed to Sierra Leone?

22  A.   People are resettled to go there with their family members.

23  Q.   Everybody goes?

24  A.   That's what the UNHCR did.

25  Q.   Did the UNHCR ever ask you, sir, "What has happened to you

## M Jusu - Cross

1    to cause you to want to leave your country?"  Were you ever

2    asked that question by anybody --

3    A.   The UNHCR took this case as a group.

4    Q.   My question is this:   Did anyone from the UNHCR ever ask

5    you "Maada Jusu, sir, tell me what happened to you in Sierra

6         Leone that should cause us to relocate you to Sweden?"

7             Were you ever asked that question?

8    A.   I cannot remember.

9    Q.   Well, if you had been asked that question, what would you

10   have told them?

11   A.   I run away from Sierra Leone because of war.   I came to

12   look for a better place to stay.

13   Q.   Sir, wouldn't it be fair to say the entire population of

14   Sierra Leone was running from that war?

15   A.   I don't know.

16   Q.   Can you think of anyone who wanted to stay in Sierra Leone

17   during that civil war, anyone?

18   A.   Nobody wanted the war for the first place.

19   Q.   And nobody wanted to stay there.   Right?

20   A.   Anybody wanted to stay there if there was no war.

21   Q.   But if it was war, can you think of anybody who would have

22   wanted to stay in Sierra Leone?

23   A.   Everybody will have wanted to stay with the exception of

24   the affected people.

25   Q.   So you were never even asked what had happened to you to

**October 6, 2008**

## M Jusu - Cross

1   cause you to want to leave Sierra Leone.  Right?

2   A.   I leave Sierra Leone because of the war, Kenema because of

3   the war.

4   Q.   How many Sierra Leonians are living in Sweden?  Do you

5   know?

6   A.   More than 100.

7   Q.   As far as you know, just more than 100?

8   A.   Yes.

9   Q.   Are you telling us if everyone in Sierra Leone had said "I

10      want to go to Sweden because there's a war in my country,"

11   the United Nations would have said "Okay.  You're going to

12      Sweden"?

13   A.   I don't know.

14   Q.   It seems like that's what happened with you, sir, isn't it?

15   A.   Not in my own case.

16   Q.   Your brother said "I want to take Mhada Jusu with me."

17   Isn't that what happened?  Right?

18   A.   This was a decision that was taken by the UNHCR.

19   Q.   That you, apparently, had very little to do with, you say?

20   A.   What did you say again?

21   Q.   Didn't you tell the United Nations High Commission for

22   Refugees, "Listen, my country, Sierra Leone, that's where I was

23      born.  That's where I was educated.  That's where I want to

24      go back.  The only thing that happened to me in Liberia is

25      I was arrested and I'm not sure why"?

**October 6, 2008**

## M  Jusu - Cross

1              Did you ever tell the United Nations High Commission

2   for Refugees that?

3   A.   They knew there was an ongoing war in Sierra Leone.

4   Q.   And there was an ongoing war in Liberia -- right --  and

5   there's an ongoing war in every country in the world at some

6   time, isn't there, sir?

7   A.   I came to Sweden.   There was no war there.

8   Q.   I know there's no war in Sweden, but in your part of the

9   world, unfortunately, there are a lot of wars, aren't there,

10  sir?

11  A.   This time.

12  Q.   And you're saying it's just as easy to say "I'm living

13         through a war.   I want to get out of there," it's as easy

14  as that to get from a country to Sweden.   Right?   That's what

15  you're saying?

16  A.   For someone who has been in war, you can never think of

17  that.

18  Q.   No, I'm sure it's a horrible thing, sir.

19  A.   Thank you.

20  Q.   But that's all you had to say.   "I'm from a war country.

21         Get me out of here"?

22  A.   There's nothing you can say.   That's something you feel.

23  Q.   Yes.   Your brother, Sulaiman, got you out of Africa.

24  Right?

25  A.   By UNHCR?

## M Jusu - Cross

1  Q.   Yes.   John was also taken out of Africa?

2  A.   Yes.

3  Q.   Sulaiman's wife was also taken out of Africa?

4  A.   Yes.

5  Q.   Who else was taken out of Africa with you on that plane,

6  sir?

7  A.   Sulaiman and family, Momoh and family and Conteh and

8  family.

9  Q.   Now, you and I have never met.   Right, sir?

10  A.   First day.

11  Q.   The first time when you walk into this court was the first

12  time I had seen you?

13  A.   Yes.

14  Q.   The first time I have asked you any questions about what

15  happened here?

16  A.   Yes.

17  Q.   And you've met with the prosecution many more times than

18  that.   Right, sir?

19  A.   Yes, I've met with them

20  Q.   Do you know who I mean when I say "the prosecution"?  It's

21  these ladies and gentlemen sitting at this table.

22  A.   Yes, two, three of them

23  Q.   Did you meet with them in Sweden?

24  A.   Yes.

25  Q.   How many times?

**October 6, 2008**

## M  Jusu  -  Cross

1    A.    Once  or  twice.

2    Q.    Did  they  bring  you  here  before  today  to  speak  with  them

3    here  in  the  United  States?

4    A.    Yes.

5    Q.    How  many  times  did  they  bring  you  here  before  today?

6    A.    There  have  been  a  couple  of  times.    I  was  not  lucky  enough

7    to  come  inside  here.

8    Q.    Your  brother  was  the  one  who  told  you  "Listen,  there's  some

9         people  in  the  United  States  who  want  to  talk  to  you  about

10        what  happened  to  us  in  1999."    Is  that  what  Sulaiman  said

11   to  you?

12   A.    Yes.

13   Q.    When  did  he  say  that  to  you?

14   A.    A  long  time  ago.

15   Q.    How  long  ago?

16   A.    This  last  year.

17   Q.    Your  brother  told  you  "There's  some  people  from  America  who

18        want  to  talk  to  you"  and  he  asked  you  to  talk  to  them

19   Right?

20   A.    Yes.

21   Q.    Did  he  ask  that  of  any  of  his  other  family  members,  do  you

22   know?

23   A.    Sulaiman  and  I.    Unisa  and  John  were,  they  were  so  small,

24   they  couldn't  ask  them

25   Q.    You  told  your  brother  "Sure,  I'll  talk  to  them"    Right?

**October  6,  2008**

## M Jusu - Cross

1   A.   Yes, of course.

2   Q.   And you're very close to your brother, sir?

3   A.   I am

4   Q.   And as a matter of fact, you lived together in Sweden for a

5   while?

6   A.   Yes, we did.

7   Q.   When he asked you to please talk to these Americans, you

8   agreed.  Right?

9   A.   Yes, I did.

10  Q.   Did he tell you why they wanted to talk to you?

11  A.   Yes, he did.

12  Q.   What did he say?

13  A.   To pursue justice.

14  Q.   What?

15  A.   To pursue justice.

16  Q.   Your brother used those terms?

17  A.   Well, not exactly these words, but words like that.

18  Q.   What words were they?

19  A.   We speak in our own language.   That's Creole.

20  Q.   How would you translate it?

21  A.   As what I said.

22  Q.   Your brother told you "I need you to speak to these people

23       because I want you to pursue justice"?

24  A.   To explain to them what exactly happened in Liberia.

25  Q.   And your brother told you he, himself, was going to come to

**October 6, 2008**

## M Jusu - Cross

1  a United States courtroom and testify as to what happened?

2  A.   He mostly did, yes, he told me.

3  Q.   What?

4  A.   Yes.

5  Q.   He wanted you to go do the same thing?

6  A.   Not directly, because they came to Stockholm and asked me.

7  Q.   I mean, what your brother asked you.  Your brother asked

8  you to come to the United States.  He said he was going to come

9  to the United States and testify in court and he wanted you to

10 do the same thing?

11 A.   He said the people are coming to Stockholm

12 Q.   He said eventually they're going to want you to come to the

13 United States --

14 A.   Eventually.

15 Q.   -- to testify?

16 A.   Oh, yes.

17 Q.   Because he was going to testify?

18 A.   Of course, yes.

19 Q.   And he wanted you to back him up in what he was going to

20 say.  Right?

21 A.   Just explain exactly what happened.

22 Q.   You and your brother talked about what happened.  Over all

23 these years, you must have talked about what happened.  Right?

24 A.   It is a history we know, so . . .

25 Q.   And you talk about it with him?

**October 6, 2008**

## M Jusu - Cross

1    A.   Oh, yes.

2    Q.   And you have talked about it with him  Correct?

3    A.   Yes.   Of course, yes.

4    Q.   Why don't you go back to Sierra Leone?

5    A.   I have a new life in Sweden, so I'm satisfied with that.

6    It doesn't mean I should never come to Sierra Leone.

7    Q.   When did the civil war in Sierra Leone end?

8    A.   I don't know.

9    Q.   You didn't keep up with events in your country?

10   A.   The date I cannot be exact.

11   Q.   But it ended more than five years ago?

12   A.   Yes.

13   Q.   Why didn't you go back the minute the war ended?

14   A.   As I said, I was resettled.

15   Q.   Sir, the answer to my question is obvious, isn't it?  It's

16   obvious to you why you haven't gone back to Sierra Leone.

17   Right?

18          Isn't Sierra Leone one of the poorest countries in the

19   world, sir?

20   A.   According to the United Nations, yes.

21   Q.   According to the United Nations, it's the poorest country

22   in the world.   Yes?

23   A.   Sometimes.

24   Q.   And Sweden is not.   Clearly it's not.   Right?

25   A.   No.

**October 6, 2008**

## M Jusu - Redirect

1        MR. CARIDAD:    Thank you.

2        THE COURT:    Redirect.

3                      REDIRECT EXAMINATION

4   [Beginning at 3:56 p.m., 10/7/08.]

5   BY MS. ROCHLIN:

6   Q.   Mr. Jusu, Mr. Caridad asked you whether your brother told

7   you people were coming from the United States with questions.

8   Is that right?

9   A.   To investigate this issue.

10  Q.   And Mr. Caridad asked you if your brother asked you to

11  speak with officials from America.   Right?

12  A.   Sulaiman told me someone might one day ask me about what

13  happened with us in Liberia, yes, he did.

14  Q.   When you had this discussion with your brother, did

15  Sulaiman Jusu tell you what to say to the people investigating

16  what happened in Liberia?

17  A.   No, I know exactly what to say.

18  Q.   Did your brother, Sulaiman, ever give you any details to

19  say to people asking questions about what happened in Liberia?

20  A.   No, I know the detail.

21  Q.   Well, did your brother tell you any other details?

22  A.   Details like what?

23  Q.   Did your brother provide you with anything to say to the

24  people investigating what happened in Liberia?

25  A.   No.   This was not like writing a script.   This was just to

**October 6, 2008**

# M Jusu - Redirect

1    come and explain what exactly happened to us.

2    Q.   When people came from the United States to speak with you,

3    when you met with those people, was your brother in the room or

4    not?

5    A.   My brother was not there.

6    Q.   When you met with people from the United States

7    investigating this case, did the people from the United States

8    ever tell you who else they were speaking with?

9    A.   I cannot remember.

10   Q.   Mr. Jusu, here in this courtroom today, what have you said

11   about what happened at the St. Paul River?

12   A.   St. Paul River?

13   Q.   Has anybody asked you about that?

14   A.   No.

15   Q.   Have you given any answers about that?

16   A.   No.

17   Q.   In this courtroom today, has anybody asked you about

18   Gbatala Base?

19   A.   No.

20   Q.   Have you given any answers about Gbatala Base?

21   A.   No.

22   Q.   Tell us, Mr. Jusu, whether or not the answers you've given

23   here today are based on what you know and your own experience.

24   A.   They're based strictly on what my experience are.

25   Q.   Has your brother, Sulaiman Jusu, influenced what you've

**October 6, 2008**

## M Jusu - Redirect

1    told this Court today in any way?

2    A.   No.

3    Q.   Mr. Jusu, when you met with people from the United States

4    investigating this case, tell us whether or not you were asked

5    not to talk about this case with your brother, Sulaiman, or

6    anybody else.

7    A.   Well, I was told we don't need to discuss this case with

8    each other.

9    Q.   I'm sorry.  You don't need to discuss this case with --

10   A.   Each other.

11   Q.   Have you discussed the details of this case with your

12   brother, Sulaiman Jusu?

13   A.   Not really.

14   Q.   Have you discussed the details of this case with anyone

15   that you know is a witness in this case, Mr. Jusu?

16   A.   Not really.

17   Q.   And when you say "not really," what do you mean?

18   A.   I mean no.

19            MS. ROCHLIN:  If I can have a moment, Your Honor.

20   BY MS. ROCHLIN:

21   Q.   Mr. Jusu, can you explain why it was you didn't want to

22   draw attention to yourself at the Barclay Training Center the

23   first time you went there to see your brother?

24            MR. CARIDAD:  Your Honor, I object to the form of that

25   question.  It assumes facts not in evidence.

October 6, 2008

## M Jusu - Redirect

1          THE COURT:   Overruled.

2     A.   If I could explain what happened inside the detention

3     center, you mean?

4     Q.   Can you explain what happened at the detention center when

5     you saw your brother the first time and you left.

6     A.   When I enter there with WO, who was a soldier, I stood at

7     the door, the door of the where Sulaiman, Monoh and Conteh and

8     all those were.   Despite any other thing, I was excited.

9     Sulaiman, too, and we went into shoutings.   We shouted loudly

10    and excited.

11    Q.   Mr. Jusu, who helped you get into the Barclay Training

12    Center or -- excuse me -- or into the detention center?

13    A.   WO.

14    Q.   And what was your understanding at that time about whether

15    you were even supposed to be inside that detention center?

16    A.   My understanding was that detention center was most -- I

17    don't know how to say -- terrible to see anyone from there.

18    Q.   When the shouting between you and your brother attracted

19    the soldiers at the detention center, what did you think was

20    happening when the soldiers started to come?

21    A.   I thought they could have get me, too.

22    Q.   The next time you went back to the detention center, who

23    went with you?

24    A.   Carolyn and Mr. Mulbah.

25    Q.   When you went with Carolyn and Mr. Mulbah, were you

## M Jusu - Redirect

1  concerned or not about what the soldiers would do to you?

2  A.   I was concerned some more, but I had confidence.

3  Q.   Who did you have confidence in?

4  A.   Carolyn, of course.

5  Q.   When you went back to the detention center, did you keep

6  that confidence in Carolyn or not?

7  A.   I did.

8        MS. ROCHLIN:   Your Honor, if I could have just a

9  moment.

10       No further questions for the witness, Your Honor.

11       THE COURT:   Thank you.   You are excused.

12        [The witness was excused at 4:05 p.m]

13       MS. ROCHLIN:   Your Honor, the United States calls Abu

14  Mansalay.

15       MR. WYLIE:   Your Honor, may we approach?

16       THE COURT:   You may.

17

18

19

20

21

22

23

24

25

**October 6, 2008**

## M Jusu - Redirect

1           [Proceedings at sidebar follow]:

2               MR. WYLIE:   Your Honor, the Government has informed me

3    they plan to elicit prior consistent statements from this

4    witness identifying Chuckie Taylor and saying he tortured him

5    We object.   We say that it's hearsay and also we object to it

6    coming in under medical diagnosis, 803.4.   Maybe I have

7    misspoken.

8               THE COURT:   We have about 25 minutes left to go.   Are

9    you going anywhere near this?

10              MS. ROCHLIN:   I might get there if the 25 minutes are

11   up.

12              THE COURT:   That way we can make use of the time.

13              MS. ROCHLIN:   Fair enough.

14              MR. WYLIE:   Thank you, Your Honor.

15

16

17

18

19

20

21

22

23

24

25

**October 6, 2008**

## Mansalay - Direct

1          [Proceedings in open court follow]:

2

3              ABU MANSALAY, GOVERNMENT'S WITNESS, SWORN.

4                      DIRECT EXAMINATION

5    [Beginning at 4:07 p.m]

6    BY MS. ROCHLIN:

7    Q.   Sir, please say your name out loud and then please spell

8    your name.

9    A.   First name, Abu, A-b-u.   Last name Mansalay,

10   M-a-n-s-a-l-a-y.

11   Q.   Sir, are you here under a subpoena?

12   A.   Yes.

13   Q.   Tell us whether you have any choice about coming to court

14   to testify.

15   A.   I do not have a choice.

16   Q.   Will you tell us, please, sir, where you're from

17   originally?

18   A.   I am originally from Liberia, West Africa.

19   Q.   Tell us, please, how far you got in your education in

20   Liberia, West Africa?

21   A.   I graduated from the medical school in Liberia.

22   Q.   And what medical school was that?

23   A.   AM Dogliotti College of Medicine.

24   Q.   Would you, please, spell?

25   A.   D-o-g-l-i-o-t-t-i.

## Mansalay - Direct

1  Q.   Was the Dogliotti College of Medicine part of the

2  University of Liberia?

3  A.   That is correct.

4  Q.   Did you get an undergraduate degree before your medical

5  degree?

6  A.   That is correct.

7  Q.   Where did you get your undergraduate degree?

8  A.   From the TJR Faulkner College of Science and Technology.

9  Q.   Let me ask you to spell Faulkner, as in the college you

10 just named?

11 A.   F-a-u-l-k-n-e-r.

12 Q.   After you received your medical degree, Dr. Mansalay, did

13 you begin practicing medicine in any way?

14 A.   That is correct.

15 Q.   How did you begin practicing medicine?

16 A.   I first practiced as an intern at the John F. Kennedy

17 Memorial Medical Center.

18          I also practiced with a medical emergency and relief

19 cooperative.

20 Q.   When did you begin your internship at JFK Memorial

21 Hospital, Dr. Mansalay?

22 A.   January 1, 1998.

23 Q.   Where is JFK Memorial Hospital?

24 A.   In Sinkor, Monrovia, Liberia.

25 Q.   How long did your internship last at JFK Memorial Hospital?

## Mansalay - Direct

1  A.   Lasted for a year.

2  Q.   At the end of the year, did you continue practicing at JFK

3  Memorial Hospital?

4  A.   That's correct.

5  Q.   Was that also when you began practicing in connection with

6  Merci?

7  A.   Yes.

8  Q.   Dr. Mansalay, did you have any area of medical specialty?

9  A.   General practitioner.

10  Q.   Dr. Mansalay, can you tell us what kind of organization was

11  Merci?

12  A.   Merci was a Liberian medical relief agency.

13  Q.   And did Merci have a relationship with any other relief

14  agencies?

15  A.   Merci had a contract with the United Nations High

16  Commission for Refugees to provide medical care to Sierra

17  Leonian refugees.

18  Q.   Where was Merci located?

19  A.   When I got hired, the office, the central office, was on

20  Carey Street (ph.) at the Greystone Clinic and then later on it

21  got transferred to Sinkor on Payne Avenue (ph.)

22  Q.   Now, when you talk about the central office, that is where

23  the administrative functions of Merci were performed?

24  A.   That is correct.

25  Q.   Once the central office moved to Sinkor, what, if anything,

## Mansalay - Direct

1    took place at Greystone?

2    A.    Greystone continued to remain a clinic.

3    Q.    In 1999, Dr. Mansalay, were you practicing at the Greystone

4    Clinic?

5    A.    That is correct.

6    Q.    And what were your other duties for Merci during 1999?

7    A.    My other duties included supervision of two shelter

8    clinics.   One of them in Grand Cape Mount County on the way to

9    the Sierra Leonian border, and the other one just outside

10   Monrovia in Zuanna Town.

11   Q.    The county, was that Grand Cape Mount County?

12   A.    Yes.

13   Q.    For the court reporter, would you be spell Zuanna Town?

14   A.    Z-u-a-n-a T-o-w-n, two different words.

15   Q.    Dr. Mansalay, are you familiar with the location in

16   Monrovia, Liberia known as the Barclay Training Center?

17   A.    That's correct.

18   Q.    Can you explain what type of location the Barclay Training

19   Center is?

20   A.    The Barclay Training Center is a military barracks or was a

21   military barracks.

22   Q.    In 1999, was it a military barracks?

23   A.    That's correct.

24   Q.    Now, Dr. Mansalay, in the context of your professional

25   duties, did you normally have any reason to go to the Barclay

**October 6, 2008**

## Mansalay - Direct

1    Training Center?

2    A.    No.

3    Q.    Was there an occasion when you did go to the Barclay

4    Training Center?

5    A.    That is correct.

6    Q.    As a doctor, once you began practicing medicine, how many

7    times in your career did you go to the Barclay Training Center?

8    A.    Once.

9    Q.    Would you tell us, please, what happened that caused you to

10   go to the Barclay Training Center?

11   A.    I received a call on my radio from the Protection Officer

12   at the UNHCR asking me to come over to the Barclay Training

13   Center.

14   Q.    Who was that Protection Officer?

15   A.    Ms. Carolyn Van Buren.

16   Q.    And what kind of person was Carolyn Van Buren?

17   A.    She was the senior Protection Officer at the United Nations

18   High Commission for Refugees in Liberia.

19   Q.    What kind of rank or stature did that position have in

20   Monrovia, if you can tell us, Dr. Mansalay?

21   A.    She was a highly placed person in the UNHCR establishment.

22   Q.    When Carolyn Van Buren asked you to do something,

23   Dr. Mansalay, what happened?

24   A.    I go immediately to do what she asked me to do.

25   Q.    And when you got the call on your radio from Carolyn Van

## Mansalay - Direct

1  Buren, what did you do?

2  A.   I got in my assigned vehicle and then drove to the Barclay

3  Training Center.   I was actually driven to the Barclay Training

4  Center.

5  Q.   Did you have a driver?

6  A.   That's correct.

7  Q.   Now, when you went to the Barclay Training Center, aside

8  from your driver, did anybody else go with you?

9  A.   That is correct.   The ambulance also following drove after

10  us.

11  Q.   And was there anybody in the car with you besides your

12  driver?

13  A.   I do not recall.

14  Q.   Do you know who was in the ambulance?

15  A.   There was a driver.   I remember that.

16  Q.   Eventually did you and the ambulance arrive at the Barclay

17  Training Center?

18  A.   That is correct.

19  Q.   When you first arrived at the Barclay Training Center, tell

20  us whether anybody was there to meet you?

21  A.   When we arrived at the Barclay Training Center, Carolyn Van

22  Buren was there to receive me.

23  Q.   And did you get out of your car and go to see Carolyn Van

24  Buren?

25  A.   That is correct.

October 6, 2008

## Mansalay - Direct

1   Q.   And tell us what happened once you left your car and met

2   with Ms. Van Buren at the Barclay Training Center.

3   A.   She, she was upstairs and she asked me to come upstairs.

4            MR. WYLIE:   Objection.   Hearsay as to what she told

5   him

6            MS. ROCHLIN:   I'm rephrase, Your Honor.

7            THE COURT:   Very well.

8   BY MS. ROCHLIN:

9   Q.   Dr. Mansalay, did you meet Ms. Van Buren at the Barclay

10  Training Center?

11  A.   That is correct.

12  Q.   And did you go to the location where Ms. Van Buren was?

13  A.   That is correct.

14  Q.   What was the location at the Barclay Training Center where

15  you met with Ms. Van Buren?

16  A.   I went upstairs to her and then we went into a room

17  Q.   Now, Dr. Mansalay, without telling us what was said in that

18  upstairs room, can you tell us what you saw and what happened

19  in that room?

20  A.   I took a seat and there were military officers in the room

21  Carolyn also took a seat and afterwards we left.

22  Q.   When you went into the room, were there discussions with

23  the military officers?

24  A.   Discussions involving me?

25  Q.   Discussions involving either yourself or Ms. Van Buren.

**October 6, 2008**

## Mansalay - Direct

1    A.   I believe Ms. Van Buren was having a discussion.

2    Q.   And before leaving the room, did you see Ms. Van Buren do

3    anything?

4    A.   Yes, she signed a paper.

5    Q.   And after Ms. Van Buren signed a document, is that when you

6    left the office?

7    A.   That is correct.

8    Q.   Did Ms. Van Buren leave with you?

9    A.   That is correct.

10   Q.   And can you tell us where you went from that upstairs

11   office

12   A.    After we left the upstairs office, we came downstairs and

13   where our cars were parked.

14   Q.   And when you came back downstairs, please explain what

15   happened then.

16   A.   When we came downstairs, Ms. Van Buren introduced three

17   gentlemen to me and said "These are your people.   Go and take

18       care of them"

19   Q.   Now, the three gentlemen that Ms. Van Buren introduced to

20   you, can you tell us, please, Dr. Mansalay, what physical

21   condition they were in when you saw them at that moment?

22   A.   These were, I mean, poorly hygienic young gentlemen.   They

23   were poorly dressed.   You can see signs of undernourishment and

24   they held their hands in this position, in this flexed

25   position.

**October 6, 2008**

# Mansalay - Direct

1  Q.   Dr. Mansalay, let me stop you for a moment.   With the

2  Court's permission, I'm going to ask you to stand up and

3  demonstrate what you refer to as the flexed position.

4  A.   (Complied.)

5        The gentlemen were standing like this.   They had their

6  arms like this.

7        MS. ROCHLIN:   For the record, Your Honor, the witness

8  is standing with his palms up and his arms bent at what is

9  slightly more than a 90 degree angle.

10       THE COURT:   The record so reflects.

11  BY MS. ROCHLIN:

12  Q.   Thank you, Dr. Mansalay.   Please take a seat.

13  A.   (Complied.)

14  Q.   Dr. Mansalay, is there a name for the flexed position you

15  observed?

16  A.   I will call that an antalgic position.

17  Q.   What is an antalgic position?

18  A.   It is a posture we normally try to maintain so as to avoid

19  exacerbating our painful condition.

20  Q.   And did you notice that position in each of the three

21  individuals you saw at the Barclay Training Center?

22  A.   That is correct.

23  Q.   What else did you notice about these individuals?

24  A.   They walked slowly and hesitantly.

25  Q.   How slowly did they walk?

## Mansalay - Direct

1   A.   I would say quite slowly.

2   Q.   And where did you have them walk to?

3   A.   To the ambulance.

4   Q.   And when they got to the ambulance, what happened?

5   A.   They boarded the ambulance.

6   Q.   How did they board the ambulance?

7   A.   I'm not sure how they boarded the ambulance.

8   Q.   Did you see them getting into the ambulance, Dr. Mansalay?

9   A.   They got into the ambulance, but my recollection is not

10  very sharp on that right now.

11  Q.   Can you recall, Dr. Mansalay, how long it took these men to

12  get into the ambulance?

13  A.   I believe it took a little bit of time.

14  Q.   After the men got into the ambulance, where did the

15  ambulance take them?

16  A.   The ambulance drove behind us and we went to the Greystone

17  Clinic.

18  Q.   Dr. Mansalay, at this time do you recall the date when you

19  went to the Barclay Training Center and you saw these three

20  men?

21  A.   May 20th, 1999.

22       MS. ROCHLIN:   Your Honor, at this time I'm going to

23  ask the Court for a sidebar.

24       THE COURT:   Why don't we release our jury then?

25       I'll ask that you all return tomorrow morning at 9:00.

**October 6, 2008**

## Mansalay - Direct

1    Please do not discuss this case and please avoid reading any

2    articles that might be published about the case.

3              Have a good evening.   We'll see you at 9:00 tomorrow.

4              [The jury leaves the courtroom at 4:22 p.m.]

5              THE COURT:   Sir, we'll see you tomorrow morning at

6    9:00.   Please don't discuss your testimony.   Thank you.

7              [The witness was excused at 4:23 p.m.]

8              THE COURT:   Ms. Rochlin.

9              MS. ROCHLIN:   Thank you, Your Honor.

10             Judge, I didn't want to get into Dr. Mansalay's

11   observations.   I was concerned he might switch into statements

12   and unless I could lead him through that, I thought it was a

13   little risky in light of the pending issue.

14             Your Honor, the Government intends to ask Dr. Mansalay

15   what he observed about the physical condition of the three men

16   who came to Greystone Clinic from the Barclay Training Center.

17   Additionally, we will elicit that Dr. Mansalay, in order to

18   provide these men with medical care, questioned them, took a

19   history from them and discussed with them the source of the

20   injuries he observed on their bodies.

21             We will not be eliciting through Dr. Mansalay any

22   testimony that this defendant, Chuckie Taylor, was the cause of

23   those injuries.

24             What I do anticipate hearing from Dr. Mansalay are

25   words to the effect that each man was arrested and imprisoned

October 6, 2008

## Mansalay - Direct

1    for a period overall of approximately one month, that during

2    the period the individual in question made certain claims, for

3    example, and it may vary to some degree with each, but either

4    that the person was severely beaten, burned with melted

5    plastic, kept in a pit with dirty water, the specific details

6    applicable to each man.

7         The Jencks for Dr. Mansalay does include a reference

8    that the individual patients alleged they were arrested by

9    government security men.  I'm happy to try to avoid that

10   particular statement from the doctor.

11        I'm anticipating defense counsel may find that

12   objectionable and what I would suggest to the Court as to that

13   particular statement, if I can lead the witness through it,

14   that would be a safer procedure before we arrive at the

15   additional detail.

16        Having said that, Your Honor, what this testimony is

17   going to reflect, based on my preparation of the witness, is

18   that the individuals were at Greystone Clinic to receive

19   medical care, to provide them with that care for the injuries

20   they received at the St. Paul River Bridge, the Gbarnga Police

21   Station, the Gbatala Base.

22        Dr. Mansalay was taking their history and he elicited

23   from them certain details, but whatever discussions took place

24   were clearly for the purpose of providing medical care.  We

25   think this is an absolutely proper use of rule 803(4) and the

**October 6, 2008**

## Mansalay - Direct

1  statements should be admitted.

2          THE COURT:   Thank you.

3          Mr. Wylie.

4          MR. WYLIE:   Your Honor, we still believe --

5          THE COURT:   Could you use the microphone, please?

6          MR. WYLIE:   I'm sorry.

7          Your Honor, it's still a prior consistent statement

8  which is excluded under Tomei v. United States --

9          THE COURT:   It can be more than one thing.   Right?

10          MR. WYLIE:   But it has to satisfy both.

11          THE COURT:   It's not necessarily objectionable because

12  it's a prior consistent statement, is it, if it's otherwise

13  admissible under 803?

14          MR. WYLIE:   Yes, Your Honor.   The doctor can testify

15  as to what he observed.   What's the reason for putting in what

16  he told the doctor?   It's a prior consistent statement.   It's

17  an out-of-court statement being used to improperly bolster the

18  credibility of the witness in court.   The jury doesn't need to

19  know "He told me X" or "He told me Y," if the doctor is going

20  to say "I saw X and Y."

21          THE COURT:   But if the statements are otherwise

22  admissible under 803(3) -- I'm sorry -- (4), then simply

23  because they're prior consistent statements doesn't make them

24  inadmissible under 803(4).

25          Do you have any case law to support that proposition,

**October 6, 2008**

## Mansalay - Direct

1   that once you satisfy 803(4), a statement made for medical

2   diagnosis or treatment, the fact that it's also a prior

3   consistent statement would render it inadmissible?

4               MR. WYLIE:  I do not have any case law, Your Honor.

5   This is the first time I've heard kind of the scaled down

6   version of what's coming in.  If I may look tonight for case

7   law supporting that?

8               Your Honor, there's no relevance to what he told the

9   doctor except to show "Hey, he has said this in the past.  What

10      the witness is saying here in court is more likely than

11      not."  It's just bolstering the credibility of the witness.

12              THE COURT:  It may certainly have that effect, but why

13  does that make it inadmissible under 803(4)?  That it has that

14  effect?  It may certainly have that.  If the statements made to

15  the doctor were "I received these injuries as a result of a

16      beating by some wild dogs or mauling by some wild dogs,"

17  you would have a different position.  I dare say you would want

18  the statements to come in.

19              The effect doesn't address whether they're admissible,

20  whether we have the reliance of trustworthiness offered by the

21  exception in 803(4).  If they satisfy 803(4), the fact they

22  would not otherwise satisfy other exceptions I don't think is

23  to the point.

24              MR. WYLIE:  Well, before we get to the hearsay

25  analysis, we have to go through a relevance analysis, and what

**October 6, 2008**

# Mansalay - Direct

1    this person told the doctor is not relevant for any other

2    reason than to bolster the credibility of Mr. Turay and

3    Mr. Jusu with an out-of-court statement, and so I don't think

4    it's relevant, Your Honor.

5              THE COURT:   The objection now is relevance,

6    Ms. Rochlin.

7              MS. ROCHLIN:   Your Honor, I think opposing counsel is

8    confusing relevance with prerequisites for admission under a

9    particular rule of evidence.   These statements are relevant

10   because they do corroborate what the witnesses have to say

11   about the nature and the origin of their injuries.   But that's

12   a separate question from whether prerequisites under a

13   particular exception to the Hearsay Rule have been met.

14             Now, in the Supreme Court's decision in Tomei, Your

15   Honor, the case Mr. Wylie just referenced, the Supreme Court

16   was analyzing pre-conditions for admissibility under a

17   particular rule, the prior consistent statement rule under 801,

18   and if I'm not mistaken -- I'm pretty sure that I'm not --

19   there's actually a footnote in the Tomei decision noting that

20   other evidentiary rules and hearsay exceptions may apply, but

21   if one is traveling solely under the Prior Consistent Statement

22   Rule, one has to meet the conditions of that rule.   Now, that

23   rule requires a prior consistent statement made before an

24   alleged motive to fabricate existed, and that is the

25   reliability factor which allows for this particular definition

## Mansalay - Direct

1  of nonhearsay to exist consistent with the Confrontation

2  Clause.

3          There's an entirely different basis under 803(4) which

4  is addressed in case law, in the advisory committee notes to

5  the rule, which is the premise that when one speaks to a doctor

6  and when one wants to get better and receive competent medical

7  treatment, one has a very powerful motive to speak truthfully.

8          So, again, the United States submits on these facts,

9  the preconditions for rule 803(4) have been met.  The

10 statements are relevant and they should come in.

11         THE COURT:  Mr. Wylie, any additional argument?

12         MR. WYLIE:  Just the last point, Your Honor.  Our

13 position is it needs to satisfy both 803(4) and the Prior

14 Consistent Statement Rule to be relevant.  As a prior

15 consistent statement, you must satisfy that rule.

16         THE COURT:  I'm not persuaded that that would be the

17 law.  You have the evening, certainly, to look for a case that

18 would stand for that proposition and show us otherwise tomorrow

19 morning, but at this point I will overrule your objection

20 unless you come up with something that tells me the Government

21 would have to satisfy both.

22         In this case, clearly, they're satisfying the one rule

23 we have been discussing, so I think that would be sufficient.

24         Any other issues?

25         MS. ROCHLIN:  I think we have a few, Your Honor.

**October 6, 2008**

# Mansalay - Direct

1          MR. GRAVELINE:  Just scheduling.  We were going

2     through the motions that are still outstanding by the defense

3     and docket entry 517 concerns an objection to the Government's

4     proposed jury instruction.  We were kind of operating under

5     that we would have a charge conference towards the end of the

6     trial and we weren't going to respond until that charge

7     conference, if that's all right with the Court.

8          THE COURT:  That's correct.

9          MR. GRAVELINE:  Thank you, Your Honor.

10         MS. ROCHLIN:  Your Honor, additionally, we have the

11    issue of Mr. Jusu and Mr. Turay and their stay in the United

12    States.

13         MR. CARIDAD:  The Government -- as I said at sidebar,

14    I don't need them today based on what I've heard so far.  If

15    this case is going to go on for a couple of more weeks, if the

16    Government's case is going to go on for a couple of more weeks,

17    I don't know what I'm going to hear in the next couple of weeks

18    that might cause me to call Mr. Turay and Mr. Jusu as

19    witnesses.  If they were living in the United States, it would

20    be an easy question of letting them go home and then subpoena

21    them

22         Once they're gone to Sweden, nobody has power to bring

23    them back.  If they say they're going to come back right now, I

24    can't rely on that.  I don't know what's coming up in the next

25    two or three weeks.  It's our position they should remain here

## Mansalay - Direct

1    and I would ask the Court to put them under subpoena and keep

2    them here.

3              THE COURT:  Well, I don't think that's reasonable

4    precisely because they are from Sweden because it's going to

5    cost the taxpayers quite a bit of money to house them, feed

6    them and keep them in the United States for the next couple of

7    weeks until such time as you may or may not need.  Them so we

8    need to find another solution.

9              You don't need them now, based on anything you've

10   heard or that has come out in testimony thus far.  You think

11   you may need them, but you're not sure.  I don't think that's

12   enough of a basis for me to order the Government to keep them

13   here or for me to issue a subpoena telling them they have to

14   stay here at government expense for the next several weeks.

15             MR. CARIDAD:  Could they be brought in tomorrow to ask

16   if they're willing to come back?

17             THE COURT:  Are they here today?

18             MS. ROCHLIN:  They're both here.  I believe that

19   question was already raised.  It might have come from their

20   lawyer through me to the Court.  Their lawyer did advise they

21   would be willing to travel back here from Sweden.

22             MR. CARIDAD:  I just ask they be brought in and asked

23   by this Court if they're willing to come back if the Court

24   decides, after hearing from me, that they have material and

25   relevant testimony, after hearing from me, as to why I need

**October 6, 2008**

## Mansalay - Direct

 1  them, if they're willing to come back to testify.

 2          THE COURT:  Not right now.  They don't have anything

 3  material to add now, but they might at some point in the

 4  future?

 5          MR. CARIDAD:  Yes, Judge, to tell them if the Court --

 6  not me of course -- if the Court decides after hearing from me

 7  that you believe I have convinced you what I need them for is

 8  material or relevant, they will come back.

 9          THE COURT:  Are they available here?

10          MS. ROCHLIN:  I think so.  One of them was ill this

11  afternoon, but they're both here still.

12          THE COURT:  All right.

13          MS. ROCHLIN:  Your Honor, I'm sorry.

14          THE COURT:  Would tomorrow morning be better?  I don't

15  know.

16          MS. ROCHLIN:  I think we can bring them here.

17          THE COURT:  Why don't we do it before we begin with

18  the jury?  It should be very brief.

19          MR. CARIDAD:  Thank you, Your Honor.

20          MS. ROCHLIN:  Your Honor, one remaining issue.  We

21  didn't actually get quite that far today.  I'm sure by tomorrow

22  we'll be getting to the issue of the Swedish medical records

23  and there is a pending motion there.

24          THE COURT:  That's the one Mr. Caridad wanted some

25  time to look at your response.  Why don't you take a look at it

**October 6, 2008**

## Mansalay - Direct

1   and we'll address it also tomorrow at an appropriate break.   If

2   you're not going to get to it in the morning, we can address it

3   at the lunch hour.

4          MR. CARIDAD:   That's fine.   Thank you.

5          MS. HECK-MILLER:   Your Honor, there might be another

6   issue.   Mr. Wylie and I are seeing if we can work it out.   If

7   we need to raise it at the lunch hour, we can do that.

8          THE COURT:   Have a good evening.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 6, 2008**

1    **C E R T I F I C A T E**

2        I hereby certify that the foregoing is an accurate

3    transcription of proceedings in the above-entitled matter.

4

5    _____ 11/14/08        _____

6        DATE                          BARBARA MEDINA
                                        Official United States Court Reporter
7                                       400 North Miami Avenue, Suite 12-2
                                        Miami, FL  33128 - 305.523.5518
                                                    (Fax) 305.523.5519
8                                       Email:  barbmedina@aol.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**A**

Abdul 17:2 19:19 20:11 38:12,23
ability 7:19,25 124:2,10
able 18:1,25 25:21 28:10 30:25
32:12 33:10 34:3,11,14 35:20
36:6 40:4 55:17 56:7 71:24
87:25 88:3,20 90:6,16 95:15
103:2,4 104:23 109:15 111:25
113:2 122:22 128:7,13 146:11
146:24 147:7 162:13,16
170:24 171:2,12 173:5 174:4,6
174:9,12 176:18 179:5 180:2
185:4 193:2 201:20
above-entitled 239:3
absence 124:14
absolutely 81:23 230:25
Abu 3:14 217:13 219:3,9
abused 203:21,24 204:3
ACCESS 1:25 2:25
accident 83:17
accommodate 114:1
account 124:18
accurate 239:2
Action 11:14,18,24
active 80:16
actual 127:6
add 70:3 124:15 237:3
addition 172:10
additional 230:15 234:11
additionally 7:13 229:17 235:10
address 4:17 5:2 101:11 129:17
130:8 232:19 238:1,2
addressed 234:4
adjourned 16:19
administrative 4:15 221:23
admissibility 233:16
admissible 231:13,22 232:19
admission 233:8
admitted 231:1
admitting 124:14
adult 68:4
advice 65:16
advise 236:20
advisory 234:4
affect 7:19 8:14 94:23
affirmative 122:16
affirmed 9:3,13
afford 6:14 129:12
afraid 91:11 96:10,12 97:10
111:21,24
Africa 96:14 207:23 208:1,3,5
219:18,20
afternoon 5:5,8 130:13 133:6,7
237:11
age 104:8 182:10
agencies 221:14
agency 221:12
agent 28:24 125:11 137:16 145:8
145:14 146:3
agents 7:21
aggressive 64:21
ago 76:7,10 98:1 131:5,5 158:14
194:7 209:14,15 212:11
agree 150:2 161:12
agreed 210:8
Aha 137:9 140:20
ahead 17:12,13 150:9 196:18
aid 15:18
airplane 181:15
Albert 104:20,24 105:9,16,17
106:11,15,19,25 107:4,13,16
107:25 108:16 109:15,21
112:20,22,23 120:8,9,11,15,17
139:5,7,9,11,21 140:9,11
141:15,25 142:6,9,19 143:18
143:23,25 144:4 159:17,20,24
Albert's 104:21

Alhaji 165:16
alive 48:13
alleged 230:8 233:24
allow 9:2 76:22
allowed 7:20 71:23 77:3 129:13
allows 233:25
ALTONAGA 1:13
Ambassador 171:3,6,13,15
199:6
Ambassador's 171:4
ambulance 129:4,14,16 228:3,4
228:5,6,7,8,9,12,14,15,16
ambush 80:4,7,14,15
ambushes 80:10 81:10
America 1:4 209:17 213:11
American 109:5 200:13
Americans 210:7
analysis 232:25,25
analyzing 233:16
angle 227:9
angry 59:19 93:1,2 94:1
announced 124:4
answer 15:7,16 16:2 17:13 29:21
30:25 49:20,21 74:1,12 100:15
110:2 115:17 122:16 140:21
176:11 192:6 195:15 196:1,9
196:21,25 204:17 212:15
answered 15:11,18,22 16:1
52:18 72:24 73:10 75:21,24
121:9
answering 96:4 113:2
answers 15:3 129:9 133:17
214:15,20,22
antalgic 227:16,17
anticipate 229:24
anticipating 230:11
anybody 18:13 41:1 61:8,11
83:18 90:20 105:15 111:9
113:20 114:10,10,19,21 116:8
122:25 135:19 158:1 168:5
170:24 172:11 174:9 175:8,16
179:21 192:2 199:24 204:16
205:2,20,21 214:13,17 215:6
224:8,11,20
anyway 34:11 39:5 42:1 184:15
185:1 187:16
apart 6:23 111:11
apologize 17:12 30:19 61:17
apparently 42:18 66:1 206:19
APPEARANCES 1:16
applicable 230:6
apply 201:22 233:20
approach 6:1 80:25 99:25
150:10 217:15
appropriate 8:10 100:23 238:1
approximately 5:8 230:1
April 13:9,21 29:11,12 41:22
133:14 142:15 145:6
area 43:19,21 44:24 146:6,12
153:11 221:8
argue 124:22
argument 122:5 129:8 234:11
arm 201:18
Armed 187:5,8
arms 6:17,25 7:2 9:17 29:24
30:12 122:15 123:17,17
176:10,12,13 177:4,17 178:16
179:19 200:24 201:2,3,11,13
201:14 227:6,8
Army 186:18,22
arranged 95:25
arrest 60:13 63:7 65:8 99:12
190:19 191:5,11,13 204:11
arrested 16:9 28:16,18,20,21
29:11 50:17 63:5 65:7,7
187:19,21,23 188:10,12,20
189:1,3,5,8,10,14,18 191:1,3
204:6 206:25 229:25 230:8

arresting 66:5
arrests 8:3
arrival 15:5
arrive 36:24 135:23 224:16
230:14
arrived 14:17 30:22 36:18 47:4
47:24 49:1 57:4 135:20 136:1
136:5 144:22 154:14 202:15
202:16 224:19,21
articles 229:2
aside 78:10 138:13 224:7
asked 14:10,16 15:2,24 30:21
37:3 51:17,19,22 52:1,2,9,10
55:22 58:8 65:5 73:15 75:18
75:18 76:15 77:8,13 93:19
95:5,25 98:2,7 100:6 111:6
121:9 123:23 141:8 144:9,10
144:12,13 154:13 157:20
159:14 189:14 196:13,16
198:9,15 205:2,7,9,25 208:14
209:18 210:7 211:6,7 213:6
213:10,10 214:13,17 215:4
223:22,24 225:3 236:22
asking 14:16 35:21 51:18 52:3,5
52:6 58:25 95:22 115:18
133:13 137:25 148:16 168:22
186:3,10 196:11,24 197:24
213:19 223:12
assigned 224:2
assist 124:18
assistance 85:25 86:2,5 102:10
179:17,18
assistant 11:16
assume 5:9 21:24 131:19 143:23
143:24
assumed 74:4
assumes 215:25
Assuming 122:16 125:4
assumption 74:6
attack 106:24 139:1,3,7,11,24
140:1 142:11,19 143:4,8
159:14,18,21 184:7,19,23
attacked 51:12 85:19 105:4,6
106:23,25 142:13,15,22,25
143:16,22 144:1,13
attacking 83:18
attempt 5:13 9:19 80:12
attention 215:22
Attorney 1:18,22
attorneys 130:7
attracted 216:18
ATU 17:25 19:4 42:19 44:2,5,19
45:9 91:3
ATUs 27:25 44:6
August 29:13 137:22,23 138:4,9
138:14 158:11
authority 5:19
automatically 36:17
available 237:9
Avenue 1:23 2:8 221:21 239:6
avoid 65:16 227:18 229:1 230:9
A-b-u 219:3
A.F.P.D 2:2,2
a.m 10:12,14 11:2 79:6,9,11,14
87:3 114:4
A.U.S.A 1:17,18
a/k/a 1:8

**B**

baby 107:15
Baby's 6:8
back 6:25 10:4,17 14:1 18:10
19:9,9,22 20:3,7,11,16 21:6
26:21 30:4 40:4,7 42:18,21
45:22,24,25 46:2,6,7 51:24
53:9,17 57:21 63:3,10 65:15
66:15 67:1 83:21 86:17,19,22

87:5,15,16 92:21 94:25 99:11
100:25 109:22,23,24 112:8
121:25 122:2 123:17 128:22
141:25 143:12,23 147:1
148:11,19 156:23 157:7,8
174:14,16,17 187:8 198:21,23
202:11 206:24 211:19 212:4
212:13,16 216:22 217:5
226:14 235:23,23 236:16,21
236:23 237:1,8
Baechtle 28:24 137:16 145:14
146:3
Baldwin 4:1 9:5
BARBARA 2:7 239:5
barbmedina@aol.com 2:10
239:8
Barclay 30:21,23 31:7 32:9,10
32:14,17,21 34:7 56:1,14 57:5
57:14,23 58:3 155:1,9,11,14
155:16,21 156:1 215:22
216:11 222:16,18,20,25 223:3
223:7,10,12 224:2,3,7,16,19
224:21 225:2,9,14 227:21
228:19 229:16
barracks 222:20,21,22
bars 22:10,12
base 11:5 13:2 15:6 40:4 45:22
45:24 46:2,6,7 90:10,19,22
214:18,20 230:21
based 7:20 124:22 214:23,24
230:17 235:14 236:9
basis 234:3 236:12
bathroom 113:25
beach 52:22
beat 36:21 45:11 46:18 60:13,20
61:9 62:19 63:11,18 65:9
99:12
beaten 32:1 33:19 48:7 61:15
64:20 65:6,11 66:25 88:17,21
89:21 117:18,18 167:7,10
187:17 230:4
beating 46:13,15,18 47:7,12,25
48:14,15,17,18,19,20,22 57:6
62:17 66:5,7,11,16,16 67:3
91:16 92:6 93:3,4,11,16,21
94:3,5,11,13 232:16
beatings 66:1 89:22,25 93:4,11
began 32:20,25 221:5 223:6
begged 58:18
begging 58:20 60:2
Beginning 11:2 87:3 133:4
157:18 160:12 182:7 213:4
219:5
Begins 4:7,9,11,13
begun 182:15,17,21
BELFAST 1:8
believe 7:1 8:6 9:3,17 25:9
124:23 126:5 204:20 226:1
228:13 231:4 236:18 237:7
belongings 113:21,22
belongs 70:9
bend 26:21 29:24 201:16
bent 227:8
best 46:4
better 10:15,21 31:6,15 97:23
162:23 205:12 234:6 237:14
Bewala 105:13
beyond 100:11,12,13
big 107:21
bigger 104:9
birth 103:17 138:19 139:3,25
bit 22:25 111:10 127:5,10 128:11
140:17 228:13 236:5
bits 115:1
blindfold 15:5
blow 48:4,9
Bo 103:14
board 228:6

**boarded** 228:5,7
**bodies** 8:22 82:16 95:9,11,12,15 95:18 229:20
**body** 7:8,14 48:4,9 55:21 58:9 77:4 78:4,12,22 82:3 117:1,1,3 117:4,13,14,15,17,19,24 118:11 156:17,19 169:24 176:23,24 177:3,7,8 178:14,19
**bolster** 231:17 233:2
**bolstering** 232:11
**bones** 22:22
**border** 164:10 222:9
**born** 102:19,20,21 162:5,6 190:15 204:19 206:23
**bound** 6:17,25 123:17
**boy** 116:19,21 203:9
**boys** 52:21 108:24,25 116:7,10
**BR** 145:23 146:6,8
**branch** 166:3
**break** 10:21 26:2,4,7,15,17,21 27:4 113:25 194:22 238:1
**breaking** 27:8
**breathing** 91:20 92:9
**bridge** 11:19,25 12:20 29:11 32:21,25 33:18,21 51:24 52:5 79:19 87:16 95:10 108:22,23 110:10,13 144:21,22,23,25 145:1,2,6 146:2,14,15 147:2 147:16,24 152:13,14 159:25 230:20
**brief** 160:13 237:18
**briefing** 130:22
**bring** 10:4,7,13 23:13,25 48:13 71:24 125:22,25 132:21,24 195:2 209:2,5 235:22 237:16
**Broad** 168:11
**brother** 104:4 115:8 152:24 154:23 163:17 165:13 167:4 168:4,5 169:19,20,20 170:3,18 170:21 171:16,18 173:1,6,25 174:4,7,13 175:2,4,9,16 176:2 176:7,18 177:1,16,19 178:23 179:2,8,14,16,20,25 180:5 182:17 184:6,9,17,22 188:6,9 188:25 189:1,3,12,13,14,18,20 190:22 191:11 193:3,8 196:5 196:17 197:5,18 198:10 199:22 200:10,20,24 202:5 203:12,21 204:16 206:16 207:23 209:8,17,25 210:2,16 210:22,25 211:7,7,22 213:6,10 213:14,18,21,23 214:3,5,25 215:5,12,23 216:5,18
**brothers** 91:13 100:6 104:1,3 163:18,19 181:19
**brother's** 169:24 170:19 176:23 177:3,7 180:25
**brought** 5:20 19:14 23:5 40:4,7 47:17 53:10,18 66:15 68:14 71:20 92:15,21 93:20 96:12 100:14,14 116:4 135:8,11 155:18 170:2 195:24 196:7 236:15,22
**bruises** 178:12,13
**BTC** 54:4,7,10 55:11 116:1,2,4 116:11,13,24 117:3,25 118:8 118:13,17,18 121:6,7,12,13,15 121:18 155:11
**building** 92:17 148:10,11,14 203:4
**buildings** 19:16 40:5,8 92:19
**built** 113:9
**bullet** 184:23
**bump** 153:13 192:14,16
**bumped** 192:23 193:7
**bunch** 23:25
**Buren** 58:4,6,17,21,25,25 59:4,6 60:2 62:24 64:13 65:10 67:2

70:5,8,8,21 172:16,20 173:13 173:19,24 174:6,9,12,20,24 175:5 180:6,8,12,14,17 199:15 199:20 223:15,16,22 224:1,22 224:24 225:2,9,12,15,25 226:1 226:2,5,8,16,19
**burn** 23:13
**burned** 23:10 24:16 230:4
**burns** 82:19 177:10,20
**burst** 21:4
**bury** 52:22
**bush** 44:9
**business** 75:3 165:11,12
**busy** 131:22
**butt** 93:17
**buttocks** 94:10
**buy** 80:9 185:23 190:5

**C**

**C** 239:1,1
**call** 24:1,9 35:22 63:23 100:22 100:24 101:7 125:5,11 129:23 129:24 161:6 166:5 167:13 187:12 223:11,25 227:16 235:18
**called** 56:21,24 101:3 105:23 129:25 164:4 165:16,17,17 175:7
**calling** 129:18 161:3
**calls** 102:9 160:7 188:22 217:13
**camp** 19:14 37:22 39:18,21 42:16,21 60:16 61:9,1,9,14 61:21 62:1,7 63:3,10,12,14,16 64:6,19 65:1,8,15,22 66:15,25 67:1,4,6,17 68:8 69:7,9,20,21 69:21,23 98:16,18,21 99:7,12 99:13,15 112:14 113:7,8,9,9 113:10,13,18 116:3 119:11,12 119:14,19,23 121:2,2 141:1,2 141:5 156:25 157:1,3 179:10 179:11,14,16,21,24 180:3,9,11 180:15,18,21,23,24 181:1,7,9 201:24 203:5,5,6,13
**candles** 93:17 94:9
**Cape** 222:8,11
**capture** 45:1
**captured** 57:21
**car** 38:2,5 80:19,20,21,23 81:7 81:12,13 95:20 107:18,18 114:15 224:11,23 225:1
**Cardewell** 62:12
**care** 86:7,9 88:13 221:16 226:18 229:18 230:19,19,24
**career** 125:17 223:7
**carefully** 115:10 168:19
**Carey** 221:20
**Caridad** 2:2 3:4,8,12 5:5,10,20 9:24,25 10:9,24 11:3 14:23,25 15:1 28:23,25 29:23 39:17 50:3 79:2,3,8,13,16 87:1 93:7 93:19 95:5,22 98:1,7,24 99:3 99:24 100:2,6,13,20,24 101:7 113:24 114:3 119:25 120:19 121:9 122:5,7,11,18 123:23 124:20 125:2 126:1,3,6,10 128:25 129:8,15,16,20 130:2 130:16,21,25 131:3,7,20 132:3 132:10,13 133:5 139:20 145:13,15 146:1,4 149:18 150:5,7,9 151:4 152:2,7,11 154:25 155:4,6,8 156:11,14 157:14,20,21 159:14 161:3,5 168:17 170:8 171:9 173:14 180:19 182:8 188:24 195:5 213:1,6,10 215:24 235:13 236:15,22 237:5,19,24 238:4
**Caridad's** 124:1 129:19 130:19

**CAROLINE** 1:18
caroline.miller@usdoj.gov 1:21
**Carolyn** 58:4,6,9,16,21,24,25 59:3,6,19 60:2 62:23,24 63:23 64:1,13 65:10 66:5 67:2 99:21 172:16,20 173:4,13,18,24 174:6,9,12,20,24 175:5 180:6 180:8,12,14,17 199:15 216:24 216:25 217:4,6 223:15,16,22 223:25 224:21,23 225:21
**carried** 95:10
**carry** 81:13
**cars** 81:3,4 107:19 226:13
**case** 1:3 5:18,23 6:6,12 8:11,21 9:5,5,6,15 66:6 72:7 74:6 75:4 79:5 97:1,2,20,24 100:12 101:2,3,8 120:1 121:24 129:19 129:22 138:9,14 161:4,8,9,9 194:23 205:3 206:15 214:7 215:4,5,7,9,11,14,15 229:1,2 231:25 232:4,6 233:15 234:4 234:17,22 235:15,16
**cases** 8:8 10:8
**cassava** 23:2 91:3
**catch** 23:16
**caught** 184:3
**cause** 7:18 205:1,6 206:1 229:22 235:18
**caused** 31:20 32:22 33:3,25 154:9 191:5,11 223:9
**cave** 21:24
**CECILIA** 1:13
**cell** 13:2 15:23 30:22 55:14 57:18 58:8 59:17 116:14,15,16 116:18 167:13,14 169:17,17 169:18 170:2,18,22 173:11 174:10 188:2 199:22
**cement** 43:2
**center** 30:22,23 31:7 32:9,10,15 32:18,22 34:7 56:1,14 57:5,15 57:24 58:4 92:17 155:2,9,10 155:11,14,17,21 156:1 169:12 169:15 173:1,2,5,12,18 174:19 175:2,6 195:7,14,16 198:1 215:22 216:3,4,12,12,15,16,19 216:22 217:5 220:17 222:16 222:19,20 223:1,4,7,10,13 224:3,4,7,17,19,21 225:2,10 225:14 227:21 228:19 229:16
**central** 221:19,22,25
**certain** 9:11 124:14 230:2,23
**certainly** 124:22 183:3 232:12 232:14 234:17
**Certificate** 3:16
**certify** 239:2
**chance** 10:22 132:5 177:22 178:22 193:7,11
**charge** 235:5,6
**charges** 9:7
**Charles** 1:8,9,9 15:19 50:24 51:3
**chasing** 18:13
**Chea** 53:3 55:1 57:17,20 58:5,6 58:7,17,17,20,25 59:3,12,18 59:19,20 60:1
**checkpoint** 87:16,21 88:17,23 95:1,21 107:1,3,10 108:14,15 108:19,21,24,25 109:6,8 110:10 111:19,25 112:6,13,14 112:16,19 113:5 143:2,3,5,10 143:13,14,19,20,23,25 144:2,5 146:16 148:21,22,24 149:2,3,7 149:9,12,14,19,22,22,23 159:22,23,25
**chest** 21:4
**chevrons** 4:19
**chief** 129:22
**child** 68:5,6,12,20 70:3,9,11,15 112:18 138:17,22 139:3,14,16

139:21,24,25 157:7,8,9
**children** 100:7 109:10,10
**choice** 219:13,15
**Christmas** 87:12
**CHRISTOPHER** 1:22
christopher.graveline@usdoj... 1:24
**Chuckie** 1:8 14:5 15:8,9,11,14 45:3 46:8 47:11,15,15 92:23 92:24 93:21,24 218:4 229:22
**Circuit** 6:9 8:13,17 9:3,6
**circuits** 6:10
**Circuit's** 6:6
**circumstances** 6:10
**CITATION** 3:23
**city** 72:4 138:25 167:7 179:11,13 193:19 200:23
**civil** 83:21 162:21 182:24 183:1 183:7,19 185:22 205:17 212:7
**civilian** 81:16 183:14
**civilians** 83:8 184:3
**claim** 9:6
**claimed** 9:10
**claims** 230:2
**Clause** 234:2
**clean** 58:9
**clear** 6:23 87:10 123:16 125:7 156:11
**clearly** 212:24 230:24 234:22
**clinic** 54:8,14 56:16 58:13,14 60:10,12,15 119:7,8,9,10 175:7,8,11 176:3,8,23 177:23 178:17,20 179:3,6,9,22,23 180:5,9 200:11,13,13 221:20 222:2,4 228:17 229:16 230:18
**clinics** 60:13 222:8
**close** 47:21 102:14 107:11 110:9 138:19 149:7,22,23 210:2
**closely** 10:10
**closer** 9:4 118:3,4 127:13 164:10
**cloth** 109:4
**clothed** 43:15 44:19
**clothes** 9:1 40:12,16,18 41:15,17 42:4 44:7,8,9,10,12 156:20
**clothing** 44:11
**cold** 41:21,24
**colds** 10:20
**Cole** 17:2,6 19:20 20:11 38:12 38:23
**colleague** 130:3
**colleagues** 130:11
**college** 162:15 182:15,17,21 185:1,4,5,8,10,11,12 219:23 220:1,8,9
**color** 126:18,19
**combat** 109:1
**come** 36:21,24 44:19 60:12,19 61:1,9 62:23 64:9,16 65:8 73:7 97:16 99:12 103:15 104:16 105:3 106:22 114:23 115:22 118:16 132:7,10 134:4 145:10 154:13 167:24 175:1 179:2 180:9,21 181:6 185:23 186:24 194:12 197:7 209:7 210:25 211:8,8,12 212:6 214:1 216:20 223:12 225:3 232:18 234:10 234:20 235:23 236:10,16,19 236:23 237:1,8
**comes** 35:2,18 36:16 51:3,4
**coming** 8:23 35:21 53:6,7 72:7 72:13 80:8 103:21 124:12 137:11,14,20 157:23 158:1 211:11 213:7 218:6 219:13 232:6 235:24
**commander** 35:24
**Commission** 171:23 199:8 204:13 206:21 207:1 221:16 223:18

committee 234:4
common 64:25 74:8 136:10
communication 77:11 78:3,4
company 51:4
comparable 7:8
compare 93:4,11
Compari 14:2,3,3,4,6,11,18,18
15:16,17,18,20,25 16:5,10,15
46:9,12,15,19,21
comparison 6:14 129:12
competent 234:6
complained 54:13
complete 182:19,22 185:1,4
completed 84:11
completely 40:19
Complied 28:24 118:6 146:3
227:4,13
compound 50:23
concealed 8:19
concern 124:1
concerned 31:8 217:1,2 229:11
concerning 101:6 170:19
concerns 195:22 235:3
conclude 198:7
concluded 198:17
concrete 27:13 43:2
condition 7:14 18:22 30:23 32:2
55:22 56:13 64:10 129:11
176:22 177:22,25 178:10,23
178:25 226:21 227:19 229:15
conditions 8:25 9:1 180:22
233:22
conduct 5:7 8:18 9:12 120:2
conducting 8:3
conference 4:5,7,9,11,13,17
235:5,7
conferring 130:11 145:14
confidence 217:2,3,6
confinement 9:9
conflict 183:12
Confrontation 234:1
confused 111:5 149:5 152:15
confusing 233:8
connection 221:5
consider 10:8 157:12
consistent 9:20 123:25 218:3
231:7,12,16,23 232:3 233:17
233:21,23 234:1,14,15
constantly 27:22 201:13
contact 112:23 143:15
contacted 137:10
Conteh 56:10 57:5 61:6 144:18
175:20,25 180:1 181:19 208:7
216:7
Conteh's 178:22,25
CONTENTS 3:1
context 222:24
continue 10:23 28:1 84:22 114:6
125:24 169:6 174:20 221:2
continued 47:25 48:13,17
108:11 112:4 222:2
continues 10:11
contraband 8:19,20,22
contract 221:15
control 183:23
controlling 6:5
cont'd 11:1
CONVENTIONS 4:15
conversation 16:14 136:7 137:6
conversations 158:2
conviction 8:12
convinced 237:7
cooperative 220:19
copies 5:20
copy 5:23,23 131:14
correct 5:11 12:4 13:9 19:20
20:1,4 22:3,18 23:6 30:5,7
31:12 38:10 56:24 59:1 72:20

72:24 95:3 102:4 133:17 135:2
135:12,15,21 140:5 141:3
142:20 143:24 144:14,22
146:16,18 155:9 156:23
158:22 159:5 189:8 195:7
212:2 220:3,6,14 221:4,24
222:5,17,23 223:5 224:6,9,18
224:25 225:11,13 226:7,9
227:22 235:8
corrected 13:23
corroborate 233:10
cost 236:5
counsel 4:16 49:19 126:4 150:10
230:11 233:7
counselor 96:22,25
countries 212:18
country 51:15,17,20,23 52:25
64:24 80:10,17,18 81:10,19
82:1,16 83:21 84:9,16 102:19
102:21,24 105:21 152:5 162:5
162:7 163:6 181:25 182:21,24
183:7,17,23 204:19 205:1
206:10,22 207:5,14,20 212:9
212:21
county 222:8,11,11
couple 44:23 156:10 185:16
200:4 209:6 235:15,16,17
236:6
course 8:21 47:2 74:9 165:13
168:4 170:15 175:22 178:12
183:8,16 188:18 197:6 202:22
204:4 210:1 211:18 212:3
217:4 237:6
court 1:1 2:8 4:8,10,12,14,17 5:1
5:9,20,21,23,25 6:2 8:8,13,24
9:2,10,22 10:1,10,13,15,17
14:24 16:23 29:22 39:16 50:2
72:15 75:7 79:1,4,7,10,12,15
93:9 97:16,18 99:1,5,25
100:11,19,22 101:10 102:1,4,6
102:13,14 113:25 114:2,6
118:4 120:4,20 121:10,22
122:2,4,16 123:11 125:22
126:7 129:1,3,5,9,10,23 130:2
130:5,7,8,20,23 131:1,6,8,11
131:14,18 132:1,6,9,12,14,15
132:16,19,24,24 133:1,2
150:10 151:2,5 152:1,7,10
157:16 160:5 161:14 162:1
170:9 173:16 180:20 188:23
194:22,25 195:2,4 208:11
211:9 213:2 215:1 216:1
217:11,16 218:8,12 219:1,13
222:13 225:7 227:10 228:23
228:24 229:5,8 230:12 231:2,5
231:9,11,18,21 232:10,12
233:5,15 234:11,16 235:7,8
236:1,3,17,20,23,23 237:2,5,6
237:9,12,14,17,24 238:8 239:6
courtroom 1:25 2:25 5:7,17 6:11
8:9 9:12 10:12,14,20 79:6,11
79:14 114:3,4 122:1,6 124:9
124:17 125:12 131:16 132:23
132:25 137:18 194:24 195:3
211:1 214:10,17 229:4
Court's 127:20 227:2 233:14
covered 100:5
covering 22:12
create 194:18
credibility 75:10 231:18 232:11
233:2
credible 124:19,23
Creole 210:19
cross 111:1 100:5 101:9 133:3
146:15 182:6
crossed 147:2 148:22,24 149:3
crossing 146:14
cross-examination 3:4,8,12 5:6

9:23 93:20 121:21 124:21
132:4 133:2 182:5
crowded 107:23,23
crying 36:20 112:12
cuff 6:21 7:7,8,10 36:12 123:13
124:10 125:23
cuffs 6:18,19,24 7:2,15,17 50:16
123:16,21,24 124:22 125:3,6,9
cup 127:17
cut 26:18 27:12 34:14,17 36:10
36:23 37:2 52:22 83:13 123:4
123:9 124:10,24 128:16,17,19
128:21
cuts 117:18,18
cutting 34:22,23 36:19,19,22,25
C-a-r-d-e-w-e-l-l 62:14

**D**

damage 31:20
dangerous 83:5
Daniel 53:3 55:1 57:17,20 58:4,6
58:7,17,17,20,25 59:3,12,18
59:19,20 60:1
dare 232:17
Daru 10:5,6,7,8,10,11,12,14
140:15 164:5
date 136:20,20 137:1,24 142:16
183:2 186:3 212:10 228:18
239:5
daughter 28:22 29:3,17,25 34:5
56:22 67:20,22,23,25 68:10,11
69:25 87:8 91:12 165:2 181:18
daughter's 68:25 69:1,2,2
David 14:2,3,11
dawn 113:15
day 24:4,8 28:5,7,8,13,15,16,16
49:23 54:14,16,17 55:3 57:25
57:25 58:2,2 63:21 87:12
112:23 115:21 116:25 118:15
116:25,6,7 180:16 192:13
194:14 199:17 203:3 208:10
213:12
days 31:17 33:1,22 48:7 55:6,7,7
57:8,10,11,13 60:11 73:12,13
99:2 131:5 136:18
dead 31:1 55:18 168:15 176:10
176:12,13 200:25 201:2
deal 101:5
December 16:8 29:10 84:15
decide 170:19
decided 99:20 113:21 114:9
156:23 167:4,16
decides 236:24 237:6
decision 8:17 9:2,13 206:18
233:14,19
declared 83:24
defend 48:8
defendant 1:11 2:1 6:12 8:18 9:7
88:6,14 93:21 94:5 95:2 98:5
98:12 132:17 229:22
defendants 8:23
defendant's 8:14 9:9 126:2,6
Defender's 2:3
defense 3:21 9:7,8 53:3,12 54:2
100:9 101:3,8 126:8 129:23
131:19 230:11 235:2
definition 233:25
degree 220:4,5,7,12 227:9 230:3
delivered 5:8
demanding 6:11
demonstrate 227:3
demonstration 5:7,18 6:7,13
8:12,13,19,24 9:2,12 122:6
124:16,25 129:13
demonstrations 6:11 8:9 124:9
Department 1:22
depressed 169:23

deprive 130:21
Deputy 172:5,6,8,10
Describe 17:10
describing 7:9 50:9
Description 3:20
Descriptions 4:6
designed 122:25 125:14
Despite 54:1 216:8
destination 164:2
detail 7:11 213:20 230:15
details 213:18,21,22 215:11,14
230:5,23
detained 13:10,13,14 32:21
193:5
detention 169:12,15 173:1,2,5
173:12,18 174:19 175:2,6
195:7,14,16 198:1,21 199:17
200:3 216:2,4,12,15,16,19,22
217:5
developed 9:21 125:8
device 7:24
diagnosis 218:6 232:2
diagrams 74:21
die 91:12
died 48:20
difference 126:23
different 9:1,1 60:13,20 61:15
93:14,15 94:3 113:14 121:7,13
121:16 123:13 126:14,18,19
126:21 128:23 144:19,20
150:4,8 159:24 175:6 183:18
203:3 222:14 232:17 234:3
differently 147:10
direct 3:6,11,15 101:8 102:12
160:11 197:8 198:2 219:4
directed 6:15
direction 11:11 146:20 156:9
directly 48:25 61:22 73:16
202:24 203:1 211:6
dirt 43:4
dirty 41:19 230:5
disability 30:11
disarmament 84:5,11
discuss 79:5 121:24 194:23
215:7,9 229:1,6
discussed 126:5 191:4 215:11
215:14 229:19
discussing 35:24 234:23
discussion 10:2 125:24 213:14
226:1
discussions 7:20 159:1 225:22
225:24,25 230:23
dispute 6:5
disrobed 77:3
distances 152:5
DISTRICT 1:1,1,14
DIVISION 1:2
docket 130:23 131:6,8 235:3
doctor 76:25 77:15 78:14,19
97:5,6 223:6 230:10 231:14,16
231:19 232:9,15 233:1 234:5
document 13:18,21 226:5
Doe 166:6,7 187:9,11,12,14
Dogliotti 219:23 220:1
dogs 232:16,16
doing 25:14 64:24 81:23 97:16
114:25
doll 6:7
door 169:17,18 170:2 216:7,7
downstairs 226:12,14,16
downwards 148:5
Dr 78:19 220:12,21 221:8,10
222:3,15,24 223:20,23 225:9
225:17 226:20 227:1,12,14
228:8,11,18 229:10,14,17,21
229:24 230:7,22
drag 95:10
dragged 95:13

draw 128:8 215:22
Drawing 74:21
drawn 7:17
dreams 96:13
dressed 51:6,6 226:23
drive 89:1,4
driven 224:3
driver 11:16 12:15 112:10 224:5
    224:8,12,15
driving 80:19,21 81:7,12
drop 23:16
dropped 24:6,10 25:4 113:12
drove 11:18 224:2,9 228:16
drugs 8:23
drums 148:24 149:13
drying 41:15,17
due 167:3 182:24
duties 222:6,7,25
D-o-g-l-i-o-t-t-i 219:25
D.C 1:23

E

E 239:1,1
earlier 53:13 86:6,8 131:2 186:4
early 41:6
earn 165:9
ears 111:16,17
easy 207:12,13 235:20
eat 24:1 132:19 176:20
eating 132:17
educated 206:23
education 85:13,15 219:19
effect 7:5,22 78:24 229:25
    232:12,14,19
effecting 8:3
efforts 9:9
eight 19:1 85:6 152:3,4
either 41:17 55:23,25 161:4
    172:23 174:23 225:25 230:3
elbow 177:5 201:16
elbows 17:4 18:2,9 19:9 21:6
    30:3 177:4,5,6,11 178:7
elected 84:3
elections 84:1
electricity 85:21
elicit 218:3 229:17
elicited 230:22
eliciting 229:21
Email 1:20 2:5,10 239:8
Embassy 170:23,24 199:3
    200:15
emergency 220:18
Emmanuel 1:9 132:11
emotionally 169:1
emotions 91:10 92:2
encircled 5:12
ended 48:9 68:20 83:21 185:17
    212:11,13
enforcement 7:22 8:1,20
English 140:17
Enjoy 130:5
enrolled 162:15
enter 173:10 216:6
entered 10:12 79:14 114:4
    132:23 185:11
entire 32:14 135:6 205:13
entirely 234:3
entitled 13:6
entry 130:23 131:6,8 235:3
equivalent 7:24
escape 7:25 9:9 11:5 14:1,14
    24:7 28:9,11 35:25 38:13,15
    38:19,24 39:2,5,18,21,22
    40:14,19 91:7 92:2,4,22,25
escaped 18:12 28:5,20 56:12
    91:9 92:13,16
escaping 91:22

establish 124:6 125:18 129:10
established 63:12,14,15
establishment 223:21
evaluation 124:18
evening 13:15 54:16 229:3
    234:17 238:8
events 84:8 88:4 130:22 161:3
    212:9
eventually 12:12,20,21 19:4
    36:13 42:12 45:1 57:14 58:3
    152:19 211:12,14 224:16
everybody 109:8 144:2 204:23
    205:23
evidence 3:19 7:13 9:21 124:12
    129:11 215:25 233:9
evidentiary 233:20
exacerbating 227:19
exact 77:13 186:3 212:10
exactly 14:20 27:10 66:21 83:6
    159:9 186:2,8,10 189:17 191:4
    191:20 200:21 210:17,24
    211:21 213:17 214:1
exam 77:14 78:16,22,23,23
    101:8
examination 3:5,6,9,11,13,15
    11:1 78:1,11,13 87:2 96:2
    102:12 133:3 157:17 160:11
    182:6 213:3 219:4
examine 77:3 78:4
examined 76:22
example 8:18 80:9 230:3
examples 8:9
exception 205:23 232:21 233:13
exceptions 232:22 233:20
exchange 54:20
excited 196:17 216:8,10
excluded 231:8
excuse 67:14 122:9 181:14
    216:12
excused 102:5,6,7 122:3 129:6,7
    160:5,6 217:11,12 229:7
exhausted 18:23,24,25
exhibit 3:21 124:13 126:2,6,8
Exhibits 3:18,19
exist 234:1
existed 233:24
existing 124:23
expect 194:12
expected 181:2
expecting 181:3
expense 236:14
experience 13:6,18 125:12
    214:23,24
experienced 183:3
expert 76:23 77:8 78:1,3 96:1
explain 91:9 96:11 104:7 109:3
    111:12 119:8 121:6 127:15
    167:5 168:10 170:12 203:2
    210:24 211:21 214:1 215:21
    216:2,4 222:18 226:14
explained 114:16
explains 120:2
explore 100:17
exposing 78:11
expression 156:7
extent 188:22
eyes 55:20 95:9 111:15 112:21
    112:25 116:25

F

F 220:16 239:1
fabricate 233:24
face 55:20 56:4 117:24 118:12
Face-to-face 72:12
facility 193:5 198:21 199:18
    200:3
fact 9:15 54:1,13 100:8 124:13

183:5 210:4 232:2,21
factor 233:25
facts 9:4 215:25 234:8
Faim 11:14,18,24
fair 6:14 82:1 129:12 205:13
    218:13
fall 24:23,25 25:14
fallen 25:6
familiar 146:12 222:15
families 192:9
family 67:4 69:13 70:18 84:24
    85:12 86:18,23 91:13 103:10
    103:11,13,16,18,19,24,25
    105:15,18,19,19 106:19
    120:24,25 135:17,17 138:17
    138:20,23 139:1,9 140:13
    157:11,12 163:14,15 164:23
    164:24,25 165:14 181:19
    190:9 194:9 198:25 204:22
    208:7,7,8 209:21
far 31:8 42:16 53:8 62:11,15 65:1
    103:4 107:11,12 111:10 125:8
    125:9 143:10,11 147:20,20,21
    148:1,2,5,6,7,8 149:12,14,15
    149:19 152:6 161:5 162:9
    187:9 189:9 206:7 219:19
    235:14 236:10 237:21
farm 40:22,25 43:19 44:7,8,10
    44:18
farmers 41:18 44:23
fast 91:18,19,20
Faster 91:21 92:8,11
father 138:17,22 157:11
Faulkner 220:8,9
favor 10:4
Fax 1:20 2:4,9 239:7
February 166:13
fed 23:1,1,5 25:16
Federal 2:3 7:21
feed 176:18 201:6 236:5
feeding 24:4,5,5,8,12
feel 130:12 169:1 207:22
feeling 10:21 89:4 91:9 92:2,4
    120:22
feet 18:3,7,9 19:11 93:17 150:1,2
    150:5 152:8
fell 24:21 25:15,16
fellow 38:9 54:18 185:19 186:16
felt 31:6,6 92:12
fend 113:15
fight 51:16,17,20,23 52:2,6,13
    52:16
fighting 45:10 183:19,22
figure 153:23
filed 130:16 131:4,21
filing 131:19
filled 22:17
Filthy 22:20
final 164:2
finally 94:13
find 25:21 26:11 42:4,10 113:16
    114:17 145:16 146:1 162:13
    170:20 195:24 196:5,7,12,13
    230:11 236:8
finding 8:25
fine 238:4
finger 83:14 98:2,5
Fingers 83:13
finish 17:13 34:24 49:21 132:11
    132:20 162:11,16 192:6
finished 36:19,25 162:13 196:18
finishes 101:2 129:22 161:8,9
fire 23:16 81:4 111:9,18,24,24
    148:8,8 149:20,21,21 152:16
fired 81:9 111:14,20 149:8
firing 111:8,13 112:1
first 11:5 14:11,12,13,17,18,21
    15:20,25 16:5,6,7,8,9,15 18:12

39:22 40:3,7,8 43:7,7,8 51:14
    56:23 60:1 63:7 65:10 66:10
    71:20 91:6 92:13 94:9,10
    108:5 116:23 132:11 133:13
    133:16 137:10,13,20 138:4
    140:7 154:22 155:18 158:7
    170:23 172:3 173:9 185:11
    189:7 193:10 205:18 208:10
    208:11,11,14 215:23 216:5
    219:9 220:16 224:19 232:5
five 29:13,16,25 34:5 212:11
FL 1:19 2:4,9 239:7
flag 130:20 132:8
Flagler 2:3
flexed 226:24 227:3,14
flex-cuff 5:7,9,12,14 7:20 122:13
    124:3,6,7,12
flex-cuffs 6:19 7:23 8:2 9:15
    125:16
flight 181:13
FLORIDA 1:1,6
fly 76:21
focusing 89:9
Foday 56:10 61:6 116:22 117:25
    118:8,10 119:4,16,18 121:15
    144:18 175:20,25 178:22
Fofana 165:18
follow 84:8 100:1 102:1 151:1
    152:1 161:1 162:1 169:11
    218:1 219:1
followed 169:10,13,15
following 224:9
food 23:8 24:1,9 41:5 86:3
    176:20
foot 117:4 122:14
footnote 233:19
force 17:9 26:5 49:16 201:22
forced 7:2,4,11,15 26:8 123:25
forces 167:9 170:15 187:5,8,19
    195:11,13,16,22 197:14,24
    198:1,7
forcing 161:3
foregoing 239:2
forensic 76:22 77:14
forest 40:1
forget 147:1
forks 23:19,21
form 103:5,7 215:24
former 166:7 187:14
forth 26:21
forward 102:14
fought 107:2,2,2
found 8:9,13 25:24 26:12 41:7
    45:14 162:23 193:8
foundation 100:10 124:6,9
    125:1 188:21
four 79:19,20,21 104:6
fourth 64:8
frankly 101:4 130:18 131:20,25
free 17:3 36:7 59:11 86:7,9
freed 36:9 128:10
Freeport 114:18,21,24 119:20
    119:21 120:23 153:7,9,11,15
    153:20,24 154:2,6,22 156:22
Freetown 35:22,23 37:3 80:8
    158:8,10,14,18 159:2
freezing 41:19,20
fresh 177:12,13,14
Friday 14:10,16 30:2,15 55:11
friend 165:16,17,17 167:21
    192:5,7
friends 82:13 153:18,19 154:1,3
    154:6 165:16,19,21,25 188:7
    189:13 192:9
frightened 91:14 97:13
front 38:23 75:12 145:9,10
full 102:17 106:16 107:24
fully 43:15 44:18

244

**functions** 221:23
**furnishing** 151:3
**further** 5:10 87:15 99:23 129:8
160:3 217:10
**future** 86:13,15,21 120:2 237:4
**F-a-u-l-k-n-e-r** 220:11

**G**

**Gambia** 99:9,14,19 100:2,4,8,16
100:20
**Gaskill** 4:2 6:6 8:11 124:4
**gate** 36:1,5,6 172:3,4
**gathered** 147:20
**Gbao** 171:7 199:6
**Gbarnga** 11:19,25 12:3,20,21,24
13:11,13 15:22 89:2,5,11,14
89:17,19 90:2,5,10 113:7
230:20
**Gbatala** 11:5,20 12:7,8,9,10
14:12,17,19,20 15:6 16:1,2,7
16:10,13,14,16 33:6,6,11 34:3
37:22 90:11,13 91:7,23 92:16
92:20,21 214:18,20 230:21
**general** 14:4 191:21 221:9
**gentleman** 67:7,17 125:22
137:18
**gentleman's** 68:10
**gentlemen** 10:18 79:4 121:23
194:23 208:21 226:17,19,22
227:5
**getting** 88:17,21 138:19 164:14
188:14 228:8 237:22
**give** 39:24 65:16 96:1 103:17
130:2 133:16 137:14 142:14
151:3 156:12 213:18
**given** 8:6 38:24 130:19 214:15
214:20,22
**giving** 15:2 16:2 38:9 138:19
**go** 11:25 17:12,12 41:5 42:16
51:15,17,20,22 52:13,15 58:10
69:12 70:11,13 71:7 73:20
80:8,9 81:13 86:11,18,19,22
87:15 89:18 91:24 99:2,9,11
99:17,19,19,20 100:3,3,15,16
100:18,19,20,23,25 103:2
105:5,12,25 106:2,13,14
107:17 110:21 112:10,11,11
113:14,16,18,22 114:9 118:13
119:9,17 138:22 139:15,17
141:25 143:7,12,12,22 150:9
154:17,18 156:23 162:7 164:1
164:3 167:18 171:18 172:22
172:25 174:13 176:2 179:14
179:16,20,21 180:10 181:9
190:24 196:18 198:21,23
199:11,20,22 200:3,17 203:17
204:22 206:10,24 211:5 212:4
212:13 218:8 222:25 223:3,7
223:10,24 224:8,23 225:12
226:17 232:25 235:15,16,20
**goes** 125:21 204:23
**going** 11:11,11 12:2,4,12,14
37:11,24 38:4,16 39:5,10 40:1
42:14,25 44:9 46:19 51:24
52:21 62:13 68:20 71:10 72:15
74:3 75:4 81:3 86:17,24 87:20
89:10 99:8,11,16 103:6,17
108:13 112:17 114:15 115:9
115:12 124:17 130:4 132:10
133:16 142:4 143:18,25 144:4
145:16,17,22 146:21 147:16
147:16 154:4 168:14 192:19
193:7 206:11 210:25 211:8,12
211:17,19 218:9 227:2 228:22
230:17 231:19 235:1,6,15,16
235:17,23 236:4 238:2
**good** 5:1,3 67:16,24 116:25

121:25 133:6,7 229:3 238:8
**goods** 80:9
**government** 1:17 5:17 6:3 7:6
7:21 8:17 77:15,25 78:15
85:25 86:2,5 100:11 101:2,8
102:3 122:14 125:10,18
129:22 130:17,18 131:4 132:1
161:7,9,12 185:12 218:2
229:14 230:9 234:20 235:13
236:12,14
**Government's** 5:19 8:4,11,21
10:25 102:11 131:9,21 160:10
219:3 235:3,16
**grab** 26:14
**grabbed** 63:10
**grabs** 26:14
**graduated** 219:21
**Grand** 222:8,11
**grate** 22:3,8,10,12,15
**GRAVELINE** 1:22 132:17 235:1
235:9
**great** 7:18
**greet** 153:18
**Greystone** 58:14 60:10,12,15
119:7,8,9,10 175:7,8,11 176:2
176:8,23 177:23 178:16,20,23
179:3,6,9,21,23 180:5,9
200:11 221:20 222:1,2,3
228:16 229:16 230:18
**ground** 15:7
**group** 88:7 147:13 183:24 205:3
**groups** 183:22,25
**guards** 25:18 197:7
**guess** 25:7,18
**gun** 98:7 111:11,13,13,14,18,20
148:8,8 149:20,21,21 152:16
161:3
**guns** 82:7 96:15 110:17
**gunshot** 79:23 81:17 82:11,23
152:14 184:10
**gunshots** 147:11,14 149:1,6,11
149:24 152:12
**guy** 36:2,15 39:4 56:22
**guys** 35:22,23 36:21 37:3,11,24
38:5 39:10 44:22 47:8,9,16
48:16 51:15,19 52:12 65:3
94:2 173:10
**G-b-a-o** 171:8,10

**H**

**half** 27:4 46:4 122:14
**hand** 21:14,18,18,19,22 22:1,8
25:24,25 26:8,8,18 27:13
33:10 49:16 53:12 94:24 117:8
125:16 126:11 127:12,13
156:8 201:20
**handcuffs** 8:2
**handle** 27:5,9 127:18,19
**hands** 9:19 18:4 20:3 21:14,17
24:2 30:4,7,14,16,25,25 31:8,9
31:14,15,20,23,25 32:3,12,22
33:3 34:3,7,9 50:16 55:17,18
55:21,23,25 56:2 82:8 117:4,5
117:7,9 126:22 155:25 156:2,5
156:16,18,19 176:25 201:22
226:24
**hanging** 41:14
**happen** 24:2 38:16,25 47:6 55:2
59:3,23 60:22 80:3,7 83:16
95:8 100:17 110:12 153:6,14
153:17,25 161:7 173:8 194:1,5
197:11
**happened** 7:3 13:6 19:19,22
20:10 37:23 42:13 60:4 64:3,8
64:12 66:19,21 74:3 75:13
77:6 80:10 87:23 90:3,17 95:5
95:15 96:17,22 97:25 106:24

109:7 110:2,24 111:2,6,22
115:12,18 121:11,14,17,18
133:14 138:6 154:19 159:1
167:12 168:13 170:7,11
174:12 192:14,16 195:21,24
204:5,8,25 205:5,25 206:14,17
206:24 208:15 209:10 210:24
211:1,21,22,23 213:13,16,19
213:24 214:1,11 216:2,4 223:9
223:23 225:1,18 226:15 228:4
**happening** 88:20 93:22 96:25
98:22 124:17 216:20
**happens** 39:9 46:6 84:5
**happenstance** 192:23 193:2
**happy** 197:4 230:9
**harassing** 142:5
**hard** 123:4
**hate** 98:22
**head** 52:22 94:12 96:16 109:2,3
**headed** 164:2
**heads** 95:20,21 109:4
**hear** 6:3 30:19 59:6 100:12
111:11,13,15 122:5 148:8
149:21 174:15 235:17
**heard** 35:24 38:1,2 84:13,18
111:8,17,18 112:1 143:7
147:11,13 148:3,20 149:1,6,11
149:12,19,23 152:12,14,16
161:5 196:24 232:5 235:14
236:10
**hearing** 39:13 129:20 131:25
168:15 229:24 236:24,25
237:6
**hearsay** 168:17 218:5 225:4
232:24 233:13,20
**heart** 91:16 92:6 111:23 119:23
119:24 167:7
**hearts** 111:20
**HECK-MILLER** 1:18 238:5
**held** 120:5 226:24
**help** 17:2 69:12 86:2 91:24 152:7
171:16,18 176:9
**helped** 17:7 154:9 176:20 216:11
**helping** 185:12
**hesitantly** 227:24
**Hey** 75:13 188:25 232:9
**Hi** 137:7
**hidden** 8:22
**high** 162:10,11,13 171:23 199:8
204:13 206:21 207:1 221:15
223:18
**highlighted** 5:23
**highly** 223:21
**highway** 12:19 80:14
**highways** 81:11
**hire** 78:22
**hired** 78:19 221:19
**history** 211:24 229:19 230:22
**hitting** 90:25 110:16
**Hmm** 115:14,15
**holding** 5:15 127:19,20 201:13
**hole** 19:22,23,25 20:8,8,10,13,15
21:12 22:7,13,17 23:4 27:14
31:8,13,16,23 32:4 33:1,12
34:8,19 35:5,18,20,21 36:2,18
36:25 39:5 40:16,18 44:22
128:15
**home** 85:4,10,11,17 154:17
163:3,4 225:20
**Honor** 5:3 6:4 7:13,21 9:4,14,25
10:24 14:23 29:20 39:13 49:19
93:7 99:4 101:1,12 102:2,8
119:25 120:3 121:4,9,20 122:7
122:8,9 123:12 129:2,15,16,17
130:9,25 131:2,12 132:9 156:7
160:2,3,7,13 161:12 168:17
173:14 182:3,4 215:19,24
217:8,10,13,15 218:2,14 225:6

227:7 228:22 229:9,14 230:16
231:4,7,14 232:4,8 233:4,7,15
234:12,25 235:9,10 237:13,19
237:20 238:5
**hope** 5:23 10:21
**hoping** 42:17
**horrible** 54:13 207:18
**hospital** 65:13 118:22,23,25
119:1,2,4,6 156:24 157:2
175:7 220:21,23,25 221:3
**hot** 23:2 91:3
**hour** 9:25 10:5 27:20,22 46:4
49:4 101:11 132:3,19 238:3,7
**hours** 13:14 19:1 28:3,4 33:12
33:13 49:4 74:15,17,17 188:5
**house** 40:24 69:12,14,19,23
106:12 139:10 141:11,14,17
141:20 143:17,22 144:1 146:2
154:4,14,17 193:19 202:23
236:5
**houses** 69:23
**humidity** 7:16
**humiliated** 167:3,5
**hung** 95:20,20
**hurried** 73:9
**hurrying** 3:21
**hurt** 21:2 183:11
**husband** 104:14 106:7,11 120:5
120:7,12
**husband's** 103:11
**hut** 40:24,25 41:2
**hygienic** 226:22
**Hyma** 78:19

**I**

**Ibeagha** 102:10
**Ibu** 165:17
**idea** 39:24 70:24 191:15
**identification** 3:19 4:18 126:7,8
**identified** 6:18
**identify** 4:16 9:16
**identifying** 218:4
**identity** 6:10
**III** 1:10
**ill** 237:10
**immediately** 43:24 44:2 223:24
**implications** 187:16
**implies** 187:14
**important** 75:9 88:9,10,11,12,13
88:15,16,18,19,24,25 89:1,3
89:12,13,18,20,22,23 90:23,24
91:1,2 191:18
**impossible** 122:25 123:8
**impression** 194:18
**imprisoned** 229:25
**improper** 93:8
**improperly** 231:17
**inadmissible** 231:24 232:3,13
**inappropriate** 9:12,18
**incapable** 29:17
**inch** 77:4
**incident** 19:19 29:16,25 55:1
**include** 109:17 230:7
**included** 222:7
**Including** 104:6
**incorrect** 12:5 13:19
**INDEX** 3:18,23 4:5
**indicate** 129:24
**indicated** 4:18
**Indicating** 66:9 75:16 157:21
**indirectly** 73:17
**individual** 7:3 8:2 230:2,8
**individuals** 172:22 227:21,23
230:18
**industry-standard** 4:18
**inedible** 23:8

infirmary 54:8
influenced 214:25
informants 8:22
information 38:9 77:23
informed 5:5 218:2
Initially 194:11
injured 82:2,10,13
injuries 82:17 229:20,23 230:19
   232:15 233:11
injury 80:11
inserted 128:1
inside 10:7 37:21 41:19 173:10
   200:22 209:7 216:2,15
insofar 122:22
instruction 235:4
insurance 86:10
intend 161:6
intended 5:6
intends 5:9 129:21 229:14
intern 220:16
internship 220:20,25
interpret 53:8
interpretation 156:13
interpreter 102:10,11 115:15
   118:2 139:18 149:16 150:3,6,8
   151:2 154:24 155:5,7 156:7,12
interrogate 53:20
interrogated 53:23
interrupt 17:12 113:24
interrupted 185:1
interrupting 30:19
intersection 12:3 154:15
interviewed 76:19
introduce 68:17 69:5,6,11
   130:14
introduced 69:13 226:16,19
introducing 130:17
introduction 173:9,20
investigate 213:9
investigating 213:15,24 214:7
   215:4
involve 8:8
involved 9:6 183:12
involving 5:7 6:7 8:19 225:24,25
iron 22:10,12
Isaatu 104:13 106:9,10 107:15
   108:2,18 114:12 116:9 133:19
   133:22 141:14 165:2 168:14
   169:7 193:12,14 194:9 202:16
   202:17,18
Isaatu's 194:4
issue 5:2 6:15 10:3 101:11 122:6
   123:14 129:17 130:7,20 132:7
   213:9 229:13 235:11 236:13
   237:20,22 238:6
issues 234:24
item 124:15
i.e 4:19

**J**

jail 189:12
January 220:22
jeep 15:4 37:21
Jencks 230:7
JFK 220:20,23,25 221:2
job 113:17 162:14
John 2:2 163:20 165:3 202:5,18
   203:8,9 208:1 209:23 220:16
john_wylie@fd.org 2:5
joined 19:9 50:5
JR 1:8,9
Judge 1:14 5:22 87:1 100:25
   113:24 120:19 125:2 130:11
   131:17,20,24 152:7 157:14,15
   161:2,5 229:10 237:5
jug 127:20
July 29:13

jumping 161:3
junction 154:13,15,16,18,19,22
June 29:13
junior 163:17,19 181:18
juror 12:6 19 79:13,14
jury 10:6,13,14 79:6,11 122:1
   124:15,18 129:24 132:7,10,14
   132:16,24,25 194:24 195:2,3
   228:24 229:4 231:18 235:4
   237:18
jury's 10:1
justice 1:22 210:13,15,23
Jusu 3:3,10 6:17 10:25 11:4 13:7
   15:3,4,24 16:5 22:10 29:1
   30:19 33:4 34:2 48:5 53:24
   56:21 57:4 66:10 73:24 75:5
   79:17 87:5,15 88:6,11,17,21
   89:11,21 90:5,13,19,23 91:6
   92:1,15 93:11,19 94:14,22,25
   95:22 96:7,11 98:1,4,8,15 99:7
   99:20 101:5 104:13,15 106:9
   106:18 107:13,15 108:2,18
   109:18 115:6,7,21,22,25 116:9
   121:1,6 122:8,12 123:15 125:3
   125:5 126:2,11 127:4 129:18
   129:21,23 130:14 133:19,22
   135:20 136:1,11,19 138:8,11
   140:11,13 141:5,11,25 142:9
   142:22 143:24 152:22 153:24
   154:6,10,20 155:1 156:15
   157:1,12 159:18,20,24 160:8
   160:10 161:4 162:4,5,20,24
   163:21 165:4 166:9 167:24
   168:19 170:11,18 171:12
   172:17 173:19 174:3,19 175:8
   176:17,22 177:9 178:8,22
   179:2,20 180:2,22 181:6,23
   182:9 190:22 195:6 205:5
   206:16 213:6,15 214:10,22,25
   215:3,12,15,21 216:11 233:3
   235:11,18
Jusu's 115:7 123:24 124:18
   152:24
J-u-s-u 162:4

**K**

Kamajors 51:11
Karen 1:17 5:3 130:9
karen.rochlin@usdoj.gov 1:20
keep 12:12 17:18 62:21 87:20
   113:2 119:21 129:21 212:9
   217:5 236:1,6,12
keeping 101:1
Kenema 67:7 80:9 103:22,23,24
   104:16,23,25 105:3,4,4,5,6,14
   120:15 138:25 139:5,7,9,11,21
   139:24 140:1,3,5 157:8,10
   163:5,6,8,10,11,12,16,22
   164:1,4 183:5 185:14 206:2
Kennedy 220:16
kept 42:12 75:1 230:5
kicking 94:11
kidnapping 9:6,10
kids 85:15 86:11,15
kill 37:11,24 38:4,21 46:13,18,21
   53:20 81:13 82:6 92:4
killed 38:12,23 39:10 46:12,16
   46:20,25 47:21 48:4 53:9,13
   53:17 54:1 57:21 66:10 79:18
   82:12 89:10
killing 46:24 53:5
kind 51:7 96:1,7 107:20 108:25
   113:8 116:2 124:2,5,6 136:7
   156:9 164:9 169:22 183:18
   221:10 223:16,19 232:5 235:4
kinds 123:13
King 67:9,18 69:14,17 70:17

King's 68:11 69:2,12
knees 58:17,20 60:1
knew 11:24 12:8,14 37:18,20
   66:5 75:4 90:10 110:9 114:10
   114:20 116:22 165:15 167:25
   168:2,6 185:19 191:8 192:5,7
   194:8,10 207:3
Knife 82:21
knives 23:18,21 82:5,7,11
know 6:20,21 7:3,6,15,16,16
   11:11 14:3 20:22,22 26:6 34:4
   35:9,14,16 38:7,11 39:9,14,23
   41:18 42:24 43:1 44:6,17,22
   44:25 46:17 47:1 48:6,11,22
   49:12,16,22 50:8 51:11,24
   52:4,5 53:16 56:21,22,22
   59:16 61:12,20 64:11 66:18
   69:15 70:10,18 73:25 74:5,7
   75:9,18 76:25 77:10,11 82:20
   82:22 83:7 84:8,12,17 86:20
   107:9 110:8 113:20,25 114:8
   114:10,21 123:12 124:8,21
   125:9,19,20 126:17 127:4
   128:22 141:7 142:3 143:14,18
   143:20,21 144:4,23 145:1
   151:2,3 153:6 155:16 161:7
   166:3,5 170:14 171:4,20 172:6
   174:11 175:14,21,25 183:24
   184:5,5,8,9,11,13 185:21
   186:2,2,8 187:1,2,10,12,16,21
   187:22 188:11,13 189:2,10
   192:2,19,21 193:10 194:8
   197:2 200:14,16,21 205:15
   206:5,7,13 207:8 208:20
   209:22 211:24 212:8 213:17
   213:20 214:23 215:15 216:17
   237:15
knowing 90:9
knowledge 8:7
known 222:16
knows 44:16 124:16
Kolahun 106:1,2,13,14 140:23
   141:1,3,22 142:1,3,4 143:1,15
   143:24 164:5,7,9,15,19
Kollie 54:18 55:2 56:16,19 57:9
   185:19 186:16 192:14,17,25
   193:19 194:9 195:6
Koroma 3:7 102:9,9,11,18,19,24
   103:2,9,23 104:1,7,16,23
   105:14,21 106:19 107:4,20
   108:5,21 109:6,20 110:1,4,18
   110:25 111:12,25 112:8,19
   113:2,5 114:8,11,23 115:9,17
   115:21 117:2,6,9,12,16 118:8
   118:13 119:8,19,24 120:9,11
   120:22 121:6 122:2 133:6,8
   145:10 146:5 147:9 156:15
   157:20 158:5,12 159:13
   193:24 194:3 198:23

**L**

labeled 145:23 146:6
Lack 188:21
ladies 10:18 79:4 121:23 194:23
   208:21
lady 66:13 67:20 68:14,17,20
   69:5 70:1,5 71:23 75:14
   114:16 132:5
lady's 132:4
language 210:19
lasted 89:25 197:18 221:1
late 29:11
law 5:18 7:22 8:1,5,20 231:25
   232:4,7 234:4,17
lawyer 77:23,25 236:20,20
lead 198:7 229:12 230:13

Leading 98:24
learn 155:20
learned 69:15
leave 95:12 108:10 112:13
   141:21 143:22 154:17 166:17
   166:20,25 167:2,4,14,16 183:5
   191:5,18,22 205:1 206:1,2
   226:8
leaves 79:6 122:1 194:24 229:4
leaving 11:10 98:23 226:2
left 16:23 21:17,19,22,24 22:7
   25:18,24 40:16,18 43:22 67:1
   70:15 84:15 98:10 103:18
   105:3,4,5,14 106:22,23,24
   112:14,15,19 113:5 114:3
   121:2 122:10 135:24 136:22
   139:11,21 140:5 141:22
   146:21 147:4 159:15 163:15
   163:21 164:1 170:16 179:2,8
   181:6,16 185:14 191:13,13
   197:17 198:5,13,19 203:12
   216:5 218:8 225:1,21 226:6,12
leg 29:3 79:23 81:17,23 93:18
   98:10 184:6,10,20,24
legal 170:20
Leone 37:5,12 38:5 52:6,13,16
   80:2,18 82:4 85:1,3,7,9 86:17
   86:19 102:23 103:1,2,12,19
   120:24,25 134:24 135:1,24
   136:16,23 156:23,25 157:5,7,9
   162:6,8,21 163:7 165:20,22
   182:17,21 184:10,17 204:21
   205:6,11,14,16,22 206:1,2,9
   206:22 207:3 212:4,6,7,16,18
Leonian 37:24 116:10 170:23,24
   199:3 221:17 222:9
Leonians 35:23 206:4
letters 126:3
letting 235:20
let's 10:7 23:25 25:3 53:20,20
   125:25 146:14 156:11
Liberia 13:6 35:22 41:22 64:22
   65:24 66:2,8 71:8 75:14
   105:23,25 106:3 124:7 140:7
   164:8,12,13 166:13,14,16,19
   166:23 170:23,25 175:22,23
   181:16 186:4 187:9 191:8
   204:3,8,10 206:24 207:4
   210:24 213:13,16,19,24
   219:18,20,21 220:2,24 222:16
   223:18
Liberian 13:6,18 61:23,24 63:9
   186:18 187:3,4,5,8 200:13
   221:12
lie 76:5
lied 8:23 70:21 74:23 75:14
life 48:9 85:8 189:5,7 212:5
lift 201:11,18
light 23:16 229:13
lighted 23:15
lighter 23:16
limited 8:6
line 3:20,20 41:15,17
lines 117:19
listen 75:13 115:9 168:19 206:22
   209:8
little 10:19,21 22:25 74:21 98:1
   111:10 114:25 115:1 127:5,10
   128:11 140:17 148:5,5 206:19
   228:13 229:13
live 5:7 6:7,11 8:9 72:3,4 81:19
   83:5 84:22 85:12 86:18,19
   102:24 106:7 114:14,17
   119:19 138:16,20,22 139:9
   141:11,17,20 167:20 181:23
   181:25 182:1 184:17 186:20
   189:20,22,24 202:21 203:3
lived 44:16 69:21 85:7 103:11,13

114:18,21 153:21 176:5
189:25 190:1 200:20,24 202:3
202:23 210:4
**living** 69:25 71:18 84:20 98:22
99:13,18 103:9,12,15,23,24
104:16 106:6,19 114:19,24
119:21 120:12 133:22,25
138:25 139:5,10 141:14 145:1
153:19 156:22 157:10 162:24
163:2 166:10,12 176:7 191:6
204:18 206:4 207:12 235:19
**locate** 145:13
**located** 178:13 221:18
**location** 92:19 222:15,18 225:12
225:14
**locked** 5:13 7:7
**locking** 6:20
**long** 27:16,17,18,19 28:2 30:6
33:11 34:17,18 36:23 39:24
46:2 49:1 55:1,5 60:10 62:21
63:7 85:5,7 88:4 89:1,18,22,24
90:9 91:1 105:1 111:4,7
115:23 122:14 126:17 135:4
136:13,13 141:17,20 146:11
147:6 159:11 164:17 170:3
179:5 180:2 186:1,2,6,8 188:4
192:16 209:14,15 220:25
228:11
**longer** 9:23 39:19,21 126:16
**longest** 164:20
**look** 10:10 116:24 117:22 118:10
121:12,15,16 124:13 125:4,16
125:23 131:10 145:22 146:5
146:12 169:21 177:12,12,14
205:12 232:6 234:17 237:25
237:25
**looked** 51:9 54:13 109:5 117:11
121:7,8,13,15 169:22
**looking** 56:18,20 74:19 146:20
149:17 170:15 195:11,13,17
195:19 197:14,15 198:8,17
200:8
**looks** 50:14 76:25
**loose** 17:11 37:1,2
**loosen** 17:6,8,22 18:1 122:25
124:2,2 125:14 128:4,4
**loosened** 49:14 122:23 123:2,8
123:14,15,22 125:3,6,11
**loosening** 123:19
**lost** 10:5
**lot** 43:21,22 44:10,12,21 52:3,5
54:11 56:19 64:24 82:2,10
136:9 142:6,9 147:21 170:1
184:3 207:9
**loud** 162:3 219:7
**loudly** 216:9
**love** 71:1,11 74:5 86:22 97:11
**loved** 71:9
**lucky** 209:6
**lunch** 10:2,5 101:11 121:23,25
130:5 132:3,11,18 238:3,7
**lunchtime** 130:3
**lying** 71:22

---

**M**

**M** 1:8,13
**Maada** 3:10 115:2,3,7,21 116:5,6
116:9 118:18,20 152:22
153:24 154:1,6,10,19,22
155:15,16,22 160:8,10 162:4
205:5 206:16
**Maada's** 115:5
**Madiana** 3:7 102:9,11,18 193:24
194:3,10,12 198:23
**Maiming** 83:11
**main** 147:16,17,22,24 148:2,3
**maintain** 227:18

**making** 91:4
**man** 35:2 36:2,24 38:5 57:23
77:1 104:17,19 105:20 111:24
193:2 229:25 230:6
**managed** 17:2,3 26:21 27:11
81:23
**manner** 9:20
**Mansalay** 3:14 217:14 219:3,9
220:12,21 221:8,10 222:3,15
222:24 223:20,23 225:9,17
226:20 227:1,12,14 228:8,11
228:18 229:14,17,21,24 230:7
230:22
**Mansalay's** 229:10
**manufacturer** 6:20
**man's** 103:11,13,15
**march** 197:1,12,23
**mark** 98:10,13
**marked** 3:19 124:13 126:8
**marks** 82:16
**married** 71:12 120:13,14 190:17
**marry** 120:11,15,17
**match** 7:12
**material** 236:24 237:3,8
**matter** 39:4 183:5 210:4 239:3
**Matthew** 137:15,17 138:13,15
158:2,4,19,20,21,23,23,24
159:4,7
**mauling** 232:16
**ma'am** 15:23 16:1,3,16 79:3 87:7
87:9,14,17,19,22 88:2,5,8,10
88:16,19,22,25 89:6,13,16,20
89:23 90:1,4,8,12,15,18,21,24
91:2,5,8,15,19,25 92:20 93:6
93:23 94:7,21,24 95:4,7,10,17
95:24 96:3,6,18,20 97:19,21
98:3,6,9,11,14,17,25 99:21
102:17 140:1,17,21 145:9,16
145:24 146:15 148:21 149:6
149:15 150:1 152:20 154:12
157:12 160:5
**McARTHUR** 1:9
**mean** 14:13,13 22:10,15 28:19
43:1 61:21 69:6 106:16 117:15
117:17 127:4,8,9,12 156:8,9
156:10 162:25 166:18 167:6
177:9 183:24 191:24 192:3
197:15 203:2 208:20 211:7
212:6 215:17,18 216:3 226:22
**means** 53:8 82:5 139:19 181:11
**meant** 197:17
**measure** 89:24 150:3 152:5
**mechanism** 6:20
**medical** 76:23 86:7,9,10 100:9
130:14 218:6 219:21,22 220:4
220:12,17,18 221:8,12,16
229:18 230:19,24 232:1 234:6
237:22
**medicine** 219:23 220:1,13,15
223:6
**MEDINA** 2:7 239:5
**meet** 107:4,7,8 142:24 143:3,5
143:25 153:1,3,8,13,14,25
154:9 194:1 208:23 224:20
225:9 233:22
**meeting** 58:4,6,16,23 97:6
**meetings** 72:19,22 73:1,2 95:23
97:2,4 174:21,23 175:1,5
**meets** 124:3
**melt** 23:21
**melted** 23:18,22 90:25 230:4
**melting** 93:16,17 94:9
**member** 187:5,8
**members** 163:14,15 164:24,25
181:19 198:25 204:22 209:21
**memorandum** 131:19
**Memorial** 220:17,20,23,25 221:3
**men** 15:12 17:25 19:4 23:1 25:3

**Momoh's** 26:8 76:20 175:14
**money** 165:9 236:5
**Monrovia** 11:12,20 12:2,4,13,14
12:17,19,21,22 14:15 28:15,17
32:1 33:6,7,9,11 42:23 47:4
48:13,24 49:2 94:15,17,19,22
113:23 114:8,11,14,15,17,19
115:21 119:19 136:22 152:19
153:1,2,3,4,11,24 154:1 164:2
164:3,6,14,16 167:19,20,22,24
168:2,11 179:12,13 190:20,21
190:23,24 191:12,13,14,18,25
192:2,10,11,16,19,21 193:8,12
193:18,24 194:1,5,8,12,16,17
198:25 200:22 202:9,13,19
220:24 222:10,16 223:20
**month** 29:7,9 142:14 158:9,12
186:7 230:1
**months** 29:13,16,25 34:5 158:14
158:16 186:7,7,9,11,12,14,14
**morning** 5:1,3,19 10:21 37:11
41:6 62:22 79:1 95:22 228:25
229:5 234:19 237:14 238:2
**Mosquito** 14:4
**motion** 130:16,24,25 131:7,11
131:15 237:23
**motions** 235:2
**motive** 233:24 234:7
**motor** 107:18,18 114:15
**Mount** 222:8,11
**mouth** 23:3 91:4 94:16
**move** 30:4,7,13,14,16,25 31:15
34:3 55:17,23,25 65:21 113:10
163:12,13
**moved** 109:9 110:15 163:11,12
163:15 221:25
**moving** 10:6
**MPs** 58:8
**mufflers** 109:5
**Mulbah** 172:9,18 173:4,9,24
174:4,20,24 175:5 199:15,25
216:24,25
**Musu** 68:22,23 69:1,2,11,15 70:1
70:9,13,15,19 71:7,16 75:18
75:19,25 76:13,20 87:8 165:3
**M-a-a-d-a** 162:4
**M-a-n-s-a-l-a-y** 219:10

---

**N**

**naked** 18:15 40:19
**name** 15:22 56:21 67:13 68:17
68:25 69:1,2,3 78:20 102:17
102:18,21,24 104:12,14,19,20
104:21 106:17 107:9 110:4
115:5 116:21 119:6 144:23,24
154:24 162:3,4 166:5 169:13
171:4,6,7 172:6,8,9,15 175:14
187:13,13 219:7,8,9,9 227:14
**named** 67:17 202:5 220:10
**names** 165:24
**National** 63:9
**Nations** 66:13 84:15 171:19,23
199:8 204:12 206:11,21 207:1
212:20,21 221:15 223:17
**nature** 8:6 9:14 233:11
**near** 12:9 40:8 44:7 86:21 107:17
153:21 179:11 200:15 218:9
**nearly** 6:13 129:11
**necessarily** 231:11
**necessary** 75:15 101:9
**need** 38:11 100:17 102:9 111:12
113:3,25 115:17 124:25
125:11 161:9,11 179:18
210:22 215:7,9 231:18 235:14
236:7,8,9,11,25 237:7 238:7
**needed** 51:16 78:17 179:17
**needs** 130:21 234:13

---

**never** 6:18 12:8,9 35:2 44:5,19
52:9 53:23 54:3 60:4 86:19
88:13 89:16 90:15,18 91:12
98:6 100:7 123:20 124:1 133:8
133:12 134:3 138:12 145:3,5,6
145:7 188:12 189:14,18 193:8
200:5 205:25 207:16 208:9
212:6
**new** 85:4,10,11 212:5
**news** 47:3
**NGO** 11:14
**niece** 67:11,20 68:10
**night** 13:1,15,16,17 14:14 16:19
24:5 28:5,8,10 51:1,6 62:22
65:7 105:6 108:7,9 135:24
**nightmares** 96:10,12,22,25
97:22
**nights** 12:24 13:11,13
**nine** 182:12
**nonhearsay** 234:1
**normally** 222:25 227:18
**North** 2:8 239:6
**note** 90:3,16
**noted** 100:8
**notes** 88:20 91:4 234:4
**notice** 10:19 18:12 25:6 35:20
177:25 227:20,23
**noting** 233:19
**number** 131:8,13 151:3
**numbers** 126:3
**numerous** 11:22 12:15 183:11
**N.E** 1:19
**N.W** 1:23

**O**

**object** 5:16,24 93:7 120:19 121:9
215:24 218:5,5
**objection** 29:20 49:19,25 98:24
99:3 100:12 119:25 168:17
170:8 173:14 180:19 188:21
225:4 233:5 234:19 235:3
**objectionable** 230:12 231:11
**objects** 5:17
**observations** 229:11
**observe** 169:24
**observed** 227:15 229:15,20
231:15
**obvious** 212:15,16
**obviously** 43:21 75:17 197:5
**occasion** 173:3 223:3
**occurred** 90:3
**October** 1:7 158:13,17
**offered** 232:20
**office** 1:18 2:3 171:19 174:16,17
221:19,19,22,25 226:6,11,12
**officer** 125:13 132:15 172:5,6,8
172:10,14,15 186:18 223:11
223:14,17
**officers** 49:24 50:7,15 61:23,24
198:15 225:20,23
**offices** 171:24
**official** 2:8 166:5 187:13 239:6
**officials** 213:11
**Oh** 25:3 111:21 148:15 191:2
196:13,15 211:16 212:1
**okay** 13:4 17:10,20,24 18:6 19:3
19:6,18 22:24 23:1 24:20 25:2
25:17,20,23 26:6,10,24 33:15
35:1,17 37:9 40:2,10,21 43:6,9
43:14 46:11,14 47:23 48:23
49:8 50:22 52:20 53:2 57:2
60:9 64:5 70:23 71:6 78:9
115:11 127:11,17 141:24
155:23 156:21 166:22 188:8
194:21 195:21 196:18 198:4
206:11
**old** 67:25 139:24 166:6 177:12

**older** 104:7
**once** 15:4 17:25 24:4 71:23
75:18 89:11 90:6,13 92:3
105:24 113:22 122:24 123:17
133:10 135:14 145:3 146:9
166:23 180:5,11 209:1 221:25
223:6,8 225:1 232:1 235:22
**ones** 10:9 22:17 94:4 177:4
178:16,19
**ongoing** 207:3,4,5
**open** 4:8,10,12,14 5:14 7:11 9:19
17:14 21:4 35:25 36:5,6 81:4
102:1 152:1 162:1 219:1
**operating** 235:4
**opinion** 6:6
**opportunity** 5:19 82:2 85:15
**opposed** 8:2 204:21
**opposing** 233:7
**ordeal** 51:22 52:1,9
**order** 48:12 52:21,25 171:16
229:17 236:12
**ordered** 54:1,2
**orders** 46:12,15
**organization** 221:10
**origin** 233:11
**originally** 219:17,18
**ourself** 37:2
**outfit** 51:6
**outside** 35:21,25 58:7,11 59:10
59:18 144:2 179:13 200:22
222:9
**outstanding** 235:2
**out-of-court** 231:17 233:3
**overall** 230:1
**overhear** 37:23
**overheard** 37:10,16,23 39:10
**overnight** 63:20
**overrule** 234:19
**overtaking** 130:22

**P**

**page** 3:2,20,20,24 4:6 7:1 14:25
30:21
**pain** 7:18 89:8 156:9 169:23
**painful** 93:13 227:19
**pair** 42:1
**pairs** 41:9 44:13
**pajamas** 51:7,9
**palms** 227:8
**pants** 41:18 42:1,8 43:17,22
109:1 117:13
**Papay** 47:8,9,16,19 48:15 94:2
**paper** 47:17 226:4
**paralysis** 33:25
**paralyzed** 30:4,9,16 31:1,3,9,14
31:23 32:3,6,8,23 33:3 34:8,9
55:18 94:24
**Pardon** 16:21 18:21 21:9 22:11
23:20 24:24 29:8 37:19 39:20
44:1 45:8 54:9 55:24 59:22
76:9 83:1 85:2 86:1 96:23 97:3
98:19
**parked** 226:13
**part** 19:14 27:5,5,7,9,10 33:5
55:20 103:12,19 157:12 166:3
167:22 177:3 207:8 220:1
**particular** 6:15 7:14 16:14 44:5
124:2,15 125:15,19 230:10,13
233:9,13,17,25
**particulars** 5:11 6:14,21 9:11
129:12
**parties** 5:2 6:4
**pass** 5:21

**passed** 131:18
**passenger** 80:23,24
**passengers** 181:20,22
**passing** 41:6
**patients** 230:8
**pat-down** 8:19
**Paul** 33:17,21 95:1 110:10,12
144:22,25 159:25 214:11,12
230:20
**Paul's** 51:24 108:22,23 144:21
**paved** 43:1,1
**pay** 185:12
**Payne** 221:21
**peaceful** 119:23,24 120:22
**pending** 99:3 229:13 237:23
**Pennsylvania** 1:23
**pens** 127:12
**people** 7:25 14:5 34:15 37:5
42:17 52:3 54:11 55:14 56:18
60:19 61:1,9 64:11,24 65:5,9,9
65:9 79:18,20 81:12,13,14
82:6,8,12,15 91:24 96:13,14
105:19 107:24 109:11,21,25
112:2,3,5,6,7 115:13,19
116:16 118:24 134:7,10,19,19
141:18 156:25 165:14 168:23
173:12,18 183:11,25 184:1
185:23 191:8 194:8,10 200:5
204:22 205:24 209:9,17
210:22 211:11 213:7,15,19,24
214:2,3,6,7 215:3 226:17
**People's** 183:9
**perfect** 6:10
**performed** 221:23
**performing** 93:3
**period** 230:1,2
**permission** 227:2
**person** 38:4 44:21 56:8 65:8
96:7,9 117:25 168:2 172:3
173:21 192:9 223:16,21 230:4
233:1
**personal** 183:9
**personally** 113:25
**perspiring** 7:16
**persuaded** 234:16
**ph** 221:20,21
**photographs** 74:19
**phrase** 7:4
**physical** 78:11,22,23 83:9
226:20 229:15
**physically** 29:17 30:23 94:23
**pick** 29:24 34:5
**picking** 29:17
**picture** 28:22 29:1 87:10 145:8
145:16,23 146:5,8,24 147:1,17
150:7
**pictures** 87:5
**piece** 47:17 109:4 126:22
**pieces** 26:25
**pit** 17:14,15 24:6,8,21 28:8 30:10
36:20 92:3,7,10,13,16 94:20
230:5
**pitied** 114:16
**place** 58:23 72:3 81:19 83:5 99:7
105:12 107:3,5 108:5,21
110:19 113:14,19 114:17,24
115:24 116:2,13 118:16,21
123:1 142:4 146:8 159:20
162:23,23 164:9,20 169:13
171:15 175:2,4 190:3,5 191:5
205:12,18 222:1 230:23
**placed** 29:22,25 55:11 123:16
124:11 146:9 223:21
**places** 164:13,19 185:16
**Plaintiff** 1:5
**plan** 38:19,19 42:15 218:3
**plane** 181:16 208:5
**planned** 143:3

**plans** 120:13,15,17 185:1
**plastic** 6:18 17:3,16,19,19 18:1,7
18:8,10 19:7,13 20:4,7,9,11,16
20:18 21:10 22:5,8 23:10,13
23:15,16 24:12,14,18 26:19,20
34:15,17,22 35:7,14 36:11,12
36:19 45:12,18 49:6,7,10,14
49:17,17,23 50:5,8,10,12,14
50:15,17 90:25 93:16 122:14
123:4,5,16,21,24 125:3,6,9,20
126:11,12,15,22 127:6,7,13,22
230:5
**plates** 23:15,23 24:14,18
**please** 10:7,13,17,23 28:23 59:7
59:13,20 60:2,6 79:5,12,15
93:24 98:4,18,20 99:24 102:14
102:17,19 108:5 114:6 115:24
116:23 118:5 121:24 125:25
132:21,24 133:1 142:14
150:10 162:3 171:9 195:4
210:7 219:7,7,16,19,24 223:9
226:14,20 227:12 229:1,1,6
231:5
**pliability** 124:8
**plus** 116:5
**point** 8:4,20 9:21 11:9 102:2
120:13 124:20 136:22 138:25
139:18 144:8 146:25 149:4
159:10 232:23 234:12,19
237:3
**police** 12:24 13:11,14 49:24 50:7
50:15 52:3 61:23,23,24 62:10
62:12,19,21,24 63:9,10 64:14
64:16,20,21 65:14,14 89:2,5
89:11,14,17,19,21 90:2,6,10
125:12 188:16 230:20
**policemen** 34:15 49:18
**political** 183:22,24
**poor** 183:9
**poorest** 212:18,21
**poorly** 226:22,23
**population** 183:15 205:13
**portions** 130:17
**position** 5:13 31:18 117:6 161:8
223:19 226:24,25 227:3,14,16
227:17,20 232:17 234:13
235:25
**possibility** 130:12
**possible** 39:14 170:20
**possibly** 123:4 137:13
**post** 63:12,14,15
**posture** 227:18
**power** 47:1 183:25 235:22
**powerful** 234:7
**practiced** 220:16,18
**practicing** 220:13,15 221:2,5
222:3 223:6
**practitioner** 221:9
**precisely** 7:24 8:13 87:25 88:3
236:4
**preclude** 130:16
**preconditions** 234:9
**pregnant** 103:8,9 138:16
**prejudicial** 8:14 9:18
**premise** 234:5
**preparation** 230:17
**prepared** 9:8 13:5
**preparing** 132:4
**prerequisites** 233:8,12
**present** 7:22
**president** 15:19 48:12 51:3 52:4
52:10,25 54:1 84:3 166:7
187:14
**Presumably** 44:15
**pretended** 70:19
**pretty** 125:16 233:18
**previous** 94:4
**previously** 95:2 128:12

pre-conditions 233:16
prior 49:25 218:3 231:7,12,16,23
  232:2 233:17,21,23 234:13,14
prisons 60:20 61:15
privates 94:10
probably 132:2,6,19
problem 31:25 97:23
problems 97:10 99:10 114:16
procedure 230:14
proceed 79:15
proceedings 1:13 4:8,10,12,14
  100:1 102:1 151:1 152:1 161:1
  162:1 218:1 219:1 239:3
process 84:5,11
professional 222:24
prolonged 10:2
proper 100:10 230:25
proponent 6:12 129:10
proposed 101:6 235:4
proposition 231:25 234:18
prosecution 72:19 74:15 75:12
  76:19,21 78:10,19 79:17 95:23
  95:25 97:8,9,12,20 134:8,11
  134:14,17,19,23 208:17,20
Protection 172:5,6,8,10,14,15
  223:11,14,17
provide 213:23 221:16 229:18
  230:19
provided 8:8,18
providing 230:24
psychological 78:12,16,23 96:1
psychologist 96:8
Public 2:3
published 229:2
pull 20:20 122:20 123:1
punished 25:19 90:19,22
punishment 93:14 94:13
purpose 230:24
pursue 210:13,15,23
pushing 109:11 110:16,16,16
  112:3,3,5,5,7,7 148:13,13,13
  149:4,4 152:18,18
put 5:12 20:7,8,10,13,15 21:12
  23:4 28:8 42:1,6 44:8 49:14
  50:12,15 54:10 62:9 88:23
  90:5 122:15,24 128:16 145:8
  146:21 147:3,3,4 167:13 236:1
putting 91:3 231:15
p.m 122:1,3 126:9 129:7 130:6
  132:23,25 133:4 157:18 160:6
  160:12 182:7 194:24 195:1,3
  213:4 217:12 219:5 229:4,7

Q

question 15:9,14,17,20,24 16:11
  16:13,14,15 32:3 36:24 46:19
  51:13,14,18 52:12,18 59:6,24
  61:10 67:14 99:3 100:14
  134:16 147:10 149:1,6 196:20
  197:8 198:2 204:15,17 205:2,4
  205:7,9 212:15 215:25 230:2
  233:12 235:20 236:19
questioned 54:2,3 229:18
questioning 54:5
questions 15:2 52:4,5 72:24
  73:10 74:3,12 75:21,24 95:23
  96:2,5 99:23 113:2 115:10
  129:1,4,9 133:13 145:17
  157:15 159:14 160:3 168:19
  196:1,23 208:14 213:7,19
  217:10
quietly 197:1,12,23 198:5,14
quite 72:19 93:13 94:3 100:9
  228:1 236:5 237:21
quote 198:8

R

R 239:1
radio 38:1,2,6 39:10 223:11,25
raise 21:17,22 22:1 238:7
raised 204:19 236:19
ran 43:24 44:2,4
rank 223:19
reaches 26:14
react 92:24 173:13,18
reacted 93:25
reading 229:1
ready 132:14,16
real 71:24 130:12
really 46:17 75:13,22,25 76:16
  100:15,18 159:10 215:13,16
  215:17
REALTIME 1:25 2:25
reason 66:1 96:21,24 97:14
  187:22 191:21 204:18,19
  222:25 231:15 233:2
reasonable 188:25 236:3
reasons 51:25 123:20
rebel 80:18 184:7,19,23
rebels 80:14,16,16,25 81:10 82:6
recall 95:6,22 96:2 98:1,7 224:13
  228:11,18
recaptured 19:13 20:6 28:13,18
  39:25 40:3,7
receive 224:22 230:18 234:6
received 3:19 48:21 77:11 78:5
  83:8 93:5,12 184:9 220:12
  223:11 230:20 232:15
recess 12:0 79:1,7,9 121:23
  130:6 194:25 195:1
recognize 43:10 54:24 56:3,7,11
  56:20 57:4,6,6 145:23 146:6
  173:20
recognized 55:2,2 57:2,3,8
  175:9,12
recognizes 56:17
recollection 125:2 228:9
record 6:16,25 7:10,14 8:5,7
  90:16 124:5,23 125:7 140:21
  152:8 227:7,10
records 100:9 130:14,17 237:22
recover 10:22
recreate 6:8
recross 99:24 100:10,23
redirect 3:5,9,13 87:2 93:7,8
  157:16,17 213:2,3
reenactment 9:8
refer 227:3
reference 230:7
referenced 233:15
referring 22:12 37:5,7 120:7,9
  166:7
refers 123:19
reflect 7:10 152:8 230:17
reflects 124:14 227:10
refugee 60:16 61:1,14,21 62:1,7
  62:23 63:3,10 64:6,19 65:1,21
  66:15 67:1,4,6,17 69:7,9,17
  98:16,21 113:9,10,13,18 141:1
  179:10,11,14,16,21,24 180:3
  180:11,15,18,22,24 181:1,6,9
  201:24 203:13
refugees 63:23 67:4 171:23
  199:9 204:13 206:22 207:2
  221:16,17 223:18
refuse 15:13 77:22
refused 51:15,20 73:22 74:10
  77:20 78:7
refusing 52:12
regime 187:9
rejected 8:24
relating 6:21 9:15
relation 69:16
relationship 115:7 221:13
relax 28:1

release 57:25 228:24
released 30:20 58:2 63:1,22
  190:19
relevance 119:25 120:19 170:8
  173:14 232:8,25 233:5,6
relevant 122:21,21,23 123:3,6
  233:1,4,9 234:10,14 236:25
  237:8
reliability 233:25
reliance 232:20
relief 220:18 221:12,13
relocate 205:6
relocated 180:11
rely 77:25 235:24
remain 71:24 222:2 235:25
remaining 237:20
remarks 129:20
remember 11:6 15:2,9 16:2
  17:23 19:17 22:23 25:7 27:10
  27:19 30:17,18 33:5,14 40:1
  46:3,5 49:5 50:19,20 59:8,12
  60:5 63:8 64:9 65:7 68:1 91:6
  93:19 116:8,21 117:2,11 119:6
  128:24 137:24 142:12,15
  146:11,16,24 147:6,16 157:20
  158:9 159:7,9,9,11,13,17
  163:21 164:5,18 165:24 166:9
  167:22 169:14 172:15 174:5
  174:23 178:10,13 179:1,5,7
  180:2,4,14 183:2 184:8,15,25
  189:4,9,16,19 191:4,20,21
  194:2,5,6,6,7,14,19 198:24
  205:8 214:9 224:15
removal 123:23
remove 7:19 17:22
removed 6:24 9:17 13:2 15:5
  20:18 21:10 64:19 66:25
  109:14
render 232:3
renting 190:7
repeat 67:14 176:11
rephrase 225:6
replace 49:9
reply 130:19 131:18,19
report 58:18,25 59:4,7,13,20
  60:2,6
reported 2:6 118:19,20
reporter 2:8 222:13 239:6
Reporter's 3:16
reputable 173:20
required 6:10
requires 8:6 233:23
rescued 42:17
reserve 10:3
resettled 203:18,20 204:12,16
  204:22 212:14
resolve 131:24
respect 6:14 7:12 92:1 122:5
respond 113:4 235:6
responded 130:18
response 22:14 34:1 53:14 66:3
  91:17 100:3,14 131:4,9,14,15
  131:21 185:15 194:15 237:25
responses 123:25
responsible 98:5,13 188:14
rest 38:24 85:8 104:10 105:18
  201:8
restraint 7:24 9:19
restraints 123:15 124:24
restroom 176:9
result 30:11 32:2,11 33:9 232:15
Resume 4:8,10,12,14
RESUMED 10:25
retied 19:7
return 52:1,6 85:9 106:13,14
  228:25
returned 85:1,3 109:22 120:24
  120:25 156:25 157:5 199:17

returning 113:17
returns 10:14 79:11 132:25
  195:3
reversed 8:12
rice 23:5,7 24:1
right 5:21 11:12,22 12:1,4,13,16
  12:24 13:2,7,11,22 14:2,6,19
  16:16,17 17:4,16 18:2,4,16
  19:14 20:4,7 21:8,15,18 22:1
  23:11 24:16 25:25 26:12 27:13
  28:15 29:11,14,18,25 31:18
  32:18,23 33:23 34:12,20 35:3
  35:13,18 36:2,11,13,13,16
  38:8,9,10,18 39:2,7 40:5,16
  43:10 44:7,11,16 45:1 46:16
  46:22,25 48:5,21,24 49:24
  50:4,7,16,24 51:12,20 52:18
  52:23 53:4,10,13,15,18,23
  54:8,11 55:12,16,18,18,23
  56:1,6,8,14,25 57:2,15,21 58:5
  58:12 60:16 61:15 64:6,14
  66:2 69:7 70:6 71:2,14,20
  72:22 73:5,10,13,15,18 74:4,7
  74:8,17,19,21 75:2,5,5,5,7,10
  76:23 77:1,4,6,9,22 79:7,23,24
  81:17,24 82:5,17 83:22 84:1,8
  84:16 85:13 101:10 123:11
  127:20 133:9,14,20 134:8,14
  134:20 135:9 137:2 138:17
  139:1,12 140:15,24 146:15,21
  146:22 147:4,11 150:1 151:5
  152:20,22 154:7 155:23 156:1
  161:14 166:20 174:2 182:13
  182:15,19 184:6 185:14,17
  187:6,9,15,17 189:10,12,15
  191:6,9,12,15,24 192:8,19
  193:14,16 194:10 195:9 197:9
  197:20,22 198:2 199:1,4,15
  200:25 201:9,24 203:13,22
  205:19 206:1,17 207:4,14,24
  208:9,18 209:19,25 210:8
  211:20,23 212:17,24 213:8,11
  228:10 231:9 235:7,23 237:2
  237:12
rights 8:15
right-handed 21:20
risky 229:13
River 33:17,21 95:1 144:25
  214:11,12 230:20
road 12:12,14 42:22,23,24,24
  43:4 80:10,15,19 81:3,7
  146:21,22,22 147:4,5,16,17,22
  147:23,24,25 148:2,3,6
robbery 80:12
Rochlin 1:17 3:5,7,9,11,13,16
  5:3,4,22 6:1,4 14:10 15:24
  29:20 39:13 49:19,25 87:4
  93:10 99:6,22 100:5 101:1,12
  102:2,5,8,16 114:7 115:16
  118:7 120:2,21 121:3,5,20
  122:9 123:12 126:4 129:1,2,4
  129:17 130:9,9 131:2,4,10,12
  131:16 132:8 157:19,22 160:2
  160:7,13 161:2,11 162:2
  168:18 170:10 171:9,10,11
  173:17 182:2 188:21 213:15
  215:19,20 217:8,13 218:10,13
  219:6 225:6,8 227:7,11 228:22
  229:8,9 233:6,7 234:25 235:10
  236:18 237:10,13,16,20
room 54:10 167:13 214:3 225:16
  225:18,19,20,22 226:2
rooms 203:3
roots 23:2
rope 17:11,15,16,18,19 18:8,8,9
  18:11 20:5 26:18,19 27:12
  36:10,11,19,22 49:6,9 123:18
  123:20 128:8,11 156:16,18,19

**ropes** 45:17,18,19
**rot** 117:19,19
**rotten** 55:21 117:1,4,5,8,13,15 117:17,19,24 118:11 156:9
**round** 146:2
**route** 12:16,18
**ROY** 1:8
**rubbing** 27:22
**rule** 5:18 10:4 230:25 233:9,13 233:17,17,22,22,23 234:5,9,14 234:15,22
**ruled** 6:9 9:10
**rules** 233:20
**run** 18:25 122:18 130:19 205:11
**running** 47:7,9 85:23 96:13,15 205:14

**S**

**safe** 60:19 74:6 82:25 83:2 181:2 181:3
**safely** 8:1
**safer** 230:14
**sake** 101:3,4
**sample** 5:9
**Samuel** 166:7
**Samukai** 60:15,19 62:15 63:3,9 64:6,19 65:1,21 67:6,17 98:16 98:20 119:11,12,14,18,22 156:24 157:1,3 179:10,11,14 179:16,20,24 180:3,11,15,18 180:22 181:6,9 201:24 203:5 203:13
**Sao** 116:9
**sat** 73:9 135:14
**satisfied** 212:5
**satisfy** 231:10 232:1,21,22 234:13,15,21
**satisfying** 234:22
**save** 10:5
**saw** 12:9 14:6,7,11,12,14,17,18 16:8,9,10 38:23 40:22 43:8,24 44:2,5,8 50:10,12 54:18 56:18 61:8 65:1,5 82:10 88:14 92:23 95:2,18,20 112:20 114:23 115:2,21,22,24 116:12,13,15 116:19,19,19,21,23 117:3,7,9 117:13 118:16 121:6,12,15 122:15 128:4,19 135:3,20 136:11,12,17,19,20 137:2,4 144:6,9,10,12,20,21 153:5 154:2,21 155:25 156:15 158:7 158:9,14,16,21 159:1,4 167:25 168:2,4,5,6,11,13,15,23 169:1 169:3,6,19,20,24 170:2,18,22 171:25 172:3,5 175:1,4,13,20 176:23 177:9,11,12,16,19,20 178:11,12,15,16,19 180:14,17 194:14,19 195:20 196:17 197:18,21 199:15,15 202:18 202:18,19 216:5 225:18 226:21 227:21 228:19 231:20
**saying** 12:5,9 15:10 16:11,12 30:17 31:6 32:13 37:24 39:11 41:24 47:8,16 48:10,12 52:4,7 53:8,12,19 54:3 56:13,23,24 59:13 66:4,17,22 78:15 94:2 111:21 123:6 127:16,24 137:6 152:13 193:9 207:12,15 218:4 232:10
**says** 6:25 125:4,7 132:1
**scaled** 232:5
**scar** 98:10,13
**scared** 200:5
**scars** 170:1 176:24,25 177:1,3,7 177:9,10,11,15,20 178:5,6,8 178:12,13,19
**scene** 145:23

**schedule** 130:22
**scheduling** 129:18 130:12 235:1
**school** 86:11 103:2,4,6 162:7,9 162:10,11,13 219:21,22
**Science** 220:8
**scope** 100:11,12,13
**screen** 87:6 145:9,10,22 146:6
**script** 213:25
**Scurry** 4:3 8:16,24
**seal** 94:15
**search** 8:3,21
**seat** 225:20,21 227:12
**seated** 10:17 79:12 102:13 122:4 133:1 195:4
**second** 39:18,21 40:6,14,19 51:13 63:15 92:1,3,6,9,15,18 92:21,25
**seconds** 76:7,10
**secret** 100:8
**section** 153:24
**secure** 8:1 85:17
**security** 52:3 132:15 167:9 170:15 172:3,4 180:25 181:1,4 183:9,9 187:19 195:11,13,16 195:22 197:7,14,24 198:1,7,15 200:5 230:9
**see** 6:24 9:16 14:2 15:5,20,25 16:5,5,6,15 19:16 20:23 29:1 36:2,4 40:4 41:1 43:7,7 47:8,9 47:16,19 48:16 50:11 57:17,23 58:9,20 59:10 60:1 61:11 62:24 64:10,11 69:21 72:2 74:5 77:12 78:24 80:25 81:3 86:18 87:5,8 90:7 91:12 92:22 93:3 94:2 95:8,11,15 96:13,14 96:15,22,25 110:10,12,19,23 111:3,9,13,15 112:9,21 114:19 115:3 116:11,18 117:20,25 118:8,20 119:2,4 125:4,7 128:7,21 130:3 131:10 136:13 144:7 146:8 148:20 149:2,7,7 149:8 153:6,17 154:19 156:3 156:18 157:3 168:10,14 169:6 169:18 170:24 171:2 172:2,4 172:11,13 173:5,10,25 175:8 175:11,16,19 176:2,24 177:1,3 177:7,22 178:22 180:5,8,12 193:24 194:5,16,17 197:4 199:22 202:13 215:23 216:17 224:23 226:2,23 228:8 229:3,5
**seeing** 168:14 238:6
**seek** 130:13
**seeking** 130:16
**seen** 14:21 35:2 44:19 49:18,24 50:6,14,17,18 57:8 120:6 125:17 131:20,22 136:1,3,4,15 137:1 154:23 155:1,3,5,6,7 158:5 198:10 208:12
**select** 88:6
**sell** 113:21 185:22
**selling** 115:1
**send** 143:17 191:11
**senior** 163:17 223:17
**sense** 101:5
**sent** 190:19,22
**separate** 17:18 122:20 233:12
**separated** 145:20 146:22 148:9
**September** 29:13 158:13,17 159:10
**series** 8:8
**serious** 32:11 89:8
**seriously** 32:1 33:7,19 91:11 94:3
**set** 122:15 116:25
**severely** 230:4
**shake** 201:20
**shaken** 6:7,8
**shaking** 111:20,23

**share** 5:19 77:23
**sharp** 228:10
**sharpen** 27:1,11,13 28:1,10 34:12
**sharpened** 27:2,11 123:4,9
**shelter** 222:7
**shirt** 42:7,8 43:17
**shirts** 43:22
**shocked** 169:2
**shoes** 42:10
**shoot** 81:12 88:14 95:2
**shop** 185:22
**short** 79:9 130:6 195:1
**shot** 81:23 95:6,8 98:7 183:11 184:6,19
**shots** 148:4,20
**shouted** 195:20 197:15 216:9
**shouting** 170:13,14 195:25 196:6,8,15,16,17,20,23 197:2 197:4,8,16,21,25 198:9,11,15 198:18 216:18
**shoutings** 216:9
**shove** 23:2
**show** 6:12 122:12 123:3,7 126:2 232:9 234:18
**shown** 129:11
**side** 27:8,11 109:9,10 110:3,15 127:17 146:21,22 147:4,4 201:13,14,18
**sidebar** 4:5,7,9,11,13 100:1 151:1 160:13 161:1 218:1 228:23 235:13
**Sierra** 35:22 37:5,11,24 38:5 52:6,13,16 80:2,18 82:4 85:1,3 85:7,9 86:17,19 102:23 103:1 103:2,12,19 116:10 120:24,25 134:24 135:1,24 136:16,23 156:23,25 157:5,7,9 162:6,8 162:21 163:7 165:20,22 170:23,24 182:17,21 184:10 184:17 199:3 204:21 205:5,11 205:14,16,22 206:1,2,4,9,22 207:3 212:4,6,7,16,18 221:16 222:9
**sight** 95:12,14,16,19 110:21,22
**signed** 226:4,5
**signs** 12:9 226:23
**similar** 122:15 124:10 126:12
**similarity** 8:5 124:3
**simply** 7:11,12 123:7 231:22
**singled** 61:14
**Sinkor** 220:24 221:21,25
**sir** 11:6,12,21 12:2,11,19,22,25 13:3,8,11,16,20 14:9,19,20 16:4,8,10,24 17:1,5,7,13,17,23 18:5,8,8,11,14,17,19 19:2,5,8 19:12,15,17,21,24 20:2,5,9,12 20:14,17,22 21:1,3,5,7,11,13 21:16,19,23,25 22:2,4,6,9,19 22:21,23 23:4,9,12,24 24:3,11 24:13,15,17,19,22 25:1,7,13 25:22 26:1,3,13,16,20,23 27:6 27:15,17,23 28:4,6,9,12,14,17 29:2,4,10,12,15,19 30:1,6,8,11 31:2,5,19,22 32:16,19,24 33:2 33:5,12,19,24,24 34:6,10,13 34:16,18,21,25 35:4,6,8,12,19 36:14,17 37:4,6,8,13,15,17,21 38:3,7,14,17,22 39:1,3,3,6,8 39:12,23 40:6,13,15,17,20 41:4,8,16,21,23,25 42:3,5,7,9 42:11,14,20,22,24 43:3,5,11 43:13,16,18,20,23 44:4,14 45:2,4,6,10,13,15,23 46:1,5,8 46:10,21,23 47:5,11,13,18,20 47:22 48:1,3,22,25 49:5,11,13 50:5,21,25 51:2,5,10,13,21 52:4,8,11,14,17,19,24 53:1,11

**share** 53:19,22,25 54:12,15,17,19,21 54:23,25 55:4,8,13,15,19 56:2 56:2,5,9,12,15 57:1,3,16,19,22 58:15,19,22 59:5,14,24 60:3 60:11,14,17,21,23,25 61:3,7 61:23,25 62:2,6,8,16,18,20,25 63:2,4,6,8,17,19,21,25 64:4,7 64:9,15,18,21 65:18,20,23 66:12,14,18,23 67:8,10,12,15 67:19,22 68:1,3,7,9,13,16,24 69:4,6,8,10,20,22,24 70:2,4,10 70:12,14,16,20,22 71:1,3,15 71:17,19,21 72:1,3,5,12,14,16 72:18,21,23,25 73:2,4,6,8,11 73:14,19,21,23 74:2,11,14,16 74:18,20,22,25 75:3,6,8,11,24 76:2,4,6,20,24 77:2,7,17,19,21 78:2,6,8,25 79:20,22,25 80:22 80:24 81:1,6,8,13,18,21,25 82:4,9,12,14,18 83:6,10,12,20 83:23,25 84:2,4,10,21,23,25 85:10,14,16,18,20,22,24 86:4 86:12,14,22,25 126:12,13 162:3 187:20 191:6 204:25 205:5,13 206:14 207:6,10,18 208:6,9,18 210:2 212:15,19 219:7,11,16 229:5
**sister** 99:9,9,13,14,18 100:7,21 104:11,12 106:7,8,10 111:4,23 112:17 114:12 133:19,22 141:12 194:4
**sisters** 100:7 104:1,5,6,7
**sister's** 104:14
**sit** 74:12 78:12 102:14 118:4
**sitting** 21:24 22:7 78:11 134:19 137:18 208:21
**situation** 64:22 161:6 170:19
**situations** 65:17
**size** 127:13
**skin** 23:17 77:1 90:25 156:20
**skinny** 169:23
**slack** 128:6
**slacked** 128:7
**slacker** 128:12
**slacking** 123:19
**slept** 113:12,13
**sliding** 128:15
**slightly** 227:9
**slip** 50:6
**slow** 91:18,20
**slowly** 227:24,25 228:1
**small** 107:21 164:4 165:11,12 167:13 175:7 185:22 203:9 209:23
**snugly** 123:1
**soft** 123:5
**sold** 113:22 114:25
**soldier** 47:7,9 48:15 81:5,15,22 166:2 187:11,14 216:6
**soldiers** 44:21 56:19 83:8 91:3 109:3 116:3 166:6,6 183:14 187:12 216:19,20 217:1
**solely** 233:21
**solution** 236:8
**somebody** 34:19 37:10,23 38:6 43:22 50:15 67:21 71:14 78:14 78:17,23 81:9 96:16 97:11,13 134:13 137:10 167:25 196:23 197:16
**someplace** 119:9
**somewhat** 120:22 164:10 165:11
**son** 10:15 190:10,12,13
**soon** 129:25
**sorry** 17:12 31:10 49:21 61:17 62:13 63:13 68:10 109:24 110:1 113:24 131:3,12 139:16 140:4 145:4 150:5 165:7 174:15 181:21 190:11 192:6

195:15 201:4 215:9 231:6,22
237:13
**sort** 23:8 51:6 82:16 156:15
**sound** 111:11,13
**sounds** 129:21
**source** 229:19
**south** 11:19,25
**SOUTHERN** 1:1
**space** 127:23
**spared** 54:2
**speak** 16:19,22,25 39:15 96:9
118:2 130:3 140:17 169:4
171:13 172:18,20 174:4,7,9,12
209:2 210:19,22 213:11 214:2
234:7
**speaker** 4:18
**speaking** 74:15 79:17 214:8
**speaks** 234:5
**specialty** 221:8
**specific** 16:11 125:6 230:5
**specifically** 100:6 123:21,23
**specifics** 9:17
**specified** 124:1
**speculation** 180:19 188:22
**spell** 62:13 102:17 162:3 171:9
219:7,24 220:9 222:13
**spelled** 171:8
**spend** 12:24 73:12,12 142:9
164:17 203:3
**spending** 108:9 132:3
**spent** 12:23 74:15 105:11 108:7
142:6
**spoke** 96:8 134:24,24 135:4,5,11
135:15 137:17,22 138:12
157:23 158:1,4,21 159:4,7
171:15 172:22 196:2,4 199:6
**spoken** 134:6,7,10,13,16,22
136:5 158:19,20,23,24
**spoon** 23:22 24:6,10,13,21 25:4
25:14,16,21,25 26:2,4,7,8,11
26:21 27:4,4,10 28:10 34:11
34:14 123:4,9,10 124:10,21,24
**spoons** 23:18,21 24:12,18
**St** 33:17,21 51:24 95:1 108:22,23
110:10,12 144:21,22,25
159:25 214:11,12 230:20
**stabbed** 93:18 183:11
**stabbing** 94:11
**stabbings** 82:5
**stand** 9:16 147:7 154:18 160:14
227:2 234:18
**standard** 6:5,11 124:3
**standing** 56:20 58:7 59:10
147:15,21 148:2,7 149:3 152:8
154:11,12 227:5,8
**stands** 171:20
**start** 26:15 46:15 94:11 96:4
**started** 15:8 94:3,9 97:24 110:15
111:21 112:3,12 152:18
216:20
**starts** 45:5
**starved** 48:7
**state** 162:3
**stated** 6:5
**statement** 13:5,10 230:10,13
231:7,12,16,17 232:1,3 233:3
233:17,21,23 234:14,15
**statements** 218:3 229:11 231:1
231:21,23 232:14,18 233:9
234:10
**States** 1:1,4,14 2:8 3:25 4:1,2,3
5:4 6:6 8:16 9:5 82:25 83:2
96:17 102:9 130:10 135:8,12
135:14,18,21,23 136:6,12,18
137:2,4,11,14,21 138:5 157:24
158:2 160:7 209:3,9 211:1,8,9
211:13 213:7 214:2,6,7 215:3
217:13 231:8 234:8 235:12,19

236:6 239:6
**station** 12:24 13:11,14 62:12,19
62:21,24 63:11 64:14,16,20
65:14,14 89:2,5,11,14,17,19
89:21 90:2,6,10 230:21
**stations** 62:10
**stature** 223:19
**stay** 38:20 63:20 86:24 89:18
98:18,20 104:23 105:10,24
106:2,4,19 108:9 109:15
110:21 111:18,25 112:2
113:10,13,18,20 119:8,23
123:1 141:1 156:22 161:8
164:14,20 166:16 170:3
174:13 193:18 202:1 205:12
205:16,19,20,22,23 235:11
236:14
**stayed** 105:2,19 106:21 140:3
141:23 164:15 166:18 179:5
180:2 192:11 195:9 197:13
202:11
**staying** 194:9
**Ste** 2:8
**stems** 91:3
**stepping** 94:11
**steps** 170:21
**stick** 100:24
**sticks** 148:25
**Stockholm** 211:6,11
**stole** 44:7
**stolen** 44:10
**stood** 111:1,1,3,4 147:8,8
148:12 152:14 216:6
**stop** 103:6 227:1
**stopped** 11:4 95:1 103:5,15
108:22,23 109:8 185:16
**stopping** 46:24
**store** 186:24 187:23
**stormed** 61:21
**straight** 143:7
**street** 1:19 2:3 153:15,17 168:11
221:20
**streets** 154:15
**strictly** 214:24
**Strike** 140:4
**strong** 92:12
**stronger** 92:12,14
**struggle** 45:5
**stumbled** 19:4
**subdue** 45:7
**subject** 184:23
**subjected** 181:4
**submit** 77:13
**submits** 7:6 234:8
**submitted** 77:14 78:15
**subpoena** 219:11 235:20 236:1
236:13
**substantial** 6:13 8:5,14 124:3
129:12
**substantially** 8:25 9:11
**suffer** 115:1
**suffered** 32:20
**suffering** 10:20 38:22
**sufficient** 234:23
**suggest** 230:12
**Suite** 239:6
**Sulai** 106:15,16,25 107:16
116:19,25 155:18
**Sulaiman** 3:3 10:25 104:15
106:18 107:4,13 108:2,18
109:17,21 114:23 115:7,22,25
116:12,12,13,15,23 117:11,23
118:16,21 119:1,8,13,18 121:1
121:6 133:19,22 138:11
140:11,13 141:5,11,14,25
142:6,9,19,22 143:18,23,24
144:4 152:24 154:23 155:1,13
155:20,25 156:15 157:1,12

159:18,20,24 161:4 163:17
165:2,13 168:4,5,15,16 169:19
169:20 171:18 173:10 176:7,9
176:24 177:16 178:1,4 181:18
182:17 184:9,22 190:22
195:20 198:9 204:2 207:23
208:7 209:10,23 213:12,15,18
214:25 215:5,12 216:7,9
**Sulaiman's** 117:2,6,9 165:2,2
168:15 179:19 181:18,18
191:15 193:14 208:3
**supervision** 222:7
**support** 8:5,7 125:1 231:25
**supporting** 232:7
**supposed** 216:15
**Supreme** 233:14,15
**sure** 6:2 38:8,10 65:6 82:25
125:9 129:3 130:18 131:21
139:19 161:2 204:6 206:25
207:18 209:25 228:7 233:18
236:11 237:21
**surprised** 144:7 194:16,17
**Sustained** 99:1,5 120:20
**Sweden** 50:14 65:24 68:14,20
70:11,13 71:7,10,16,20,22,23
71:25 72:2 73:5,20 76:22 84:7
84:20,22 85:4,5,10 86:18,22
86:24 100:3,15 133:23 136:16
181:10,12,16 182:1 185:4,10
189:22 190:1,15 193:16
203:15,17 204:11,12,20,21
205:6 206:4,10,12 207:7,8,14
208:23 210:4 212:5,24 235:22
236:4,21
**Swedish** 86:5 130:14 185:12
237:22
**switch** 229:11
**swollen** 55:20 56:4 117:1,24
118:12,12 156:17,19
**SWORN** 102:11 160:10 219:3
**Syndrome** 6:8

---

**T**

**T** 239:1,1
**tabie** 31:17 45:20
**tabied** 18:10 94:18,19,22
**table** 3:1 134:8,8,11,14,17,19
208:21
**take** 9:18 10:1,10 14:14 15:12
27:16 28:2 34:17 45:24 46:2
48:24 49:1,9 52:22 58:8,23
59:17 60:13,19 61:2,4,6,8,11
61:19 62:9 65:9 79:1,4 88:20
108:12 111:21 113:6 121:23
128:10 139:14,16,21 148:9,11
148:14,17,19 161:11 168:11
169:16 170:21 183:22,25
184:1 192:13 193:3 194:22
206:16 226:17 227:12 228:15
237:25
**taken** 13:1,2 28:15 29:5 36:20
54:7 58:3 60:15 61:14 63:3
64:20 65:5,11 67:1 87:11
94:17,19,22 108:7 110:2,18,19
110:24 111:24 118:23 145:18
146:9,18 147:2,3 152:13,15,17
156:24 200:10 204:10 206:18
208:1,3,5
**talk** 13:20,25 22:25 25:5 72:15
73:5,7,15,17,20,24 78:17 96:5
96:7 97:11,13,20 101:10 137:4
137:20 138:5,13 159:23
191:17 209:9,18,18,25 210:7
210:10 211:25 215:5 221:22
**talked** 23:10 72:6,13 136:9
137:13 138:8 188:16 191:19
211:22,23 212:2

**talking** 7:23 15:8 16:13 31:16
38:1 49:17,20 60:8 78:18,18
97:14 106:8 138:10,15 159:11
159:12,12 162:20
**taped** 94:15
**taxi** 168:11 192:13 193:8
**taxpayers** 101:4 236:5
**Taylor** 1:8,9,10 14:5 15:8,9,11
15:14,19 47:11,15,15 50:24
51:3,18 92:23,24 93:21,24
218:4 229:22
**teach** 15:12
**team** 72:20 78:10,19 79:17 97:8
97:9,12,14
**Technology** 220:8
**teenager** 68:2
**telephone** 4:17 158:24
**television** 50:18
**tell** 5:22 12:4 14:1 17:18,19 25:6
26:11 34:4 37:14 42:12 59:9
64:23 65:2,10,11 74:23 75:1
75:13,15,20,22,25 76:7,10
79:18 87:10,25 88:3 89:14
90:13,22 93:2,24 96:4 98:4,18
98:20 99:7,11 102:17,19
107:20,23,25 108:2,5,15 109:6
112:19 115:24 116:13,23
117:6 119:14 126:17 128:1
137:25 143:15 149:12 153:13
158:12,18 162:5 165:14 166:1
166:14 171:24 174:6 176:17
176:22 178:25 179:8 180:25
184:19,22 187:25 188:1,9
191:3,17 200:21 204:20 205:5
206:21 207:1 210:10 213:15
213:21 214:8,22 215:4 219:13
219:16,19 221:10 223:9,20
224:19 225:1,18 226:10,20
237:5
**telling** 11:4 12:16 34:4,8,14
59:12 61:13 77:15 90:20 97:9
169:3 171:12 172:17 174:3
206:9 225:17 236:13
**tells** 35:5 37:3,10 234:20
**temporary** 7:24
**tender** 121:20 182:4
**terms** 210:16
**terrible** 89:6,7 91:11 93:6 216:17
**test** 6:15
**testified** 6:17 7:18 11:9,16 30:2
30:15 55:11 60:18 75:7 123:15
**testify** 14:10 72:7,13 97:16,17
135:12 137:11,21 211:1,9,15
211:17 219:14 231:14 237:1
**testimony** 6:24 7:22 9:14 16:20
16:22 50:1 58:24 123:16,19
125:2 137:14 229:6,22 230:16
236:10,25
**Thank** 9:22 10:24 79:8 87:1
102:6 114:5 121:22 122:11
129:5,15,16 157:15 160:5
207:19 213:1 217:11 218:14
227:12 229:6,9 231:2 235:9
237:19 238:4
**thatched** 40:25
**thick** 127:22
**thicker** 126:24,25 127:2,3,5,6,7
127:10,10,24,25
**thickness** 124:8
**thing** 13:25 28:2 38:16 75:9
76:21 77:8 95:18 100:2 116:25
118:11 123:9 126:11 128:15
206:24 207:18 211:5,10 216:8
231:9
**things** 7:19 11:8 85:25 90:3
97:24 114:25,25 115:1,12,18
131:23 156:10 167:3 185:23
**think** 6:4 7:21 8:21 9:25 10:19

49:18 59:2 75:15 94:25 98:23
99:8,16 100:5,10,13,19,23,25
101:4 122:21 123:3 124:1,14
125:18 126:20 127:22 129:9
132:5,10,17 147:1 161:12
171:7 181:4 182:18 183:21
184:11 188:19 205:16,21
207:16 216:19 230:25 232:22
233:3,7 234:23,25 236:3,10,11
237:10,16
**thinking** 152:15
**third** 64:3,13 66:7 67:3
**thought** 65:5 76:7,10 89:10
91:11,12 187:11 216:21
229:12
**three** 12:17 33:13 55:7 60:23,24
64:16 66:1,25 73:3 79:18
95:21 104:6 116:17 186:7,14
208:22 226:16,19 227:20
228:19 229:15 235:25
**throw** 96:16
**tie** 17:16 18:1 21:8,10,10 34:15
34:15,17,22 35:7,14 45:9,14
45:16 50:15 62:5 94:17 126:12
128:8,11
**tied** 17:11,25 18:8,9,11 19:11,13
20:3,7,11,15,25 21:14 22:5,8
25:24 30:3,18 31:4,11,17 32:1
32:11,14 33:1,5,7,16,16,17,22
35:7,9,10,11,14 45:12,15,20
48:8 49:6 50:8 88:23 93:17
94:15 109:4 117:4,5,8,8,9,14
117:14 122:24 123:18 126:21
127:1 155:25 156:2,5,8,8,19
176:25 178:1,3
**ties** 17:6,8 18:7 20:18 49:23
126:12
**tight** 7:18 20:25 107:24 117:5
128:9,13
**tightened** 128:2
**tightly** 7:17
**time** 4:16 7:15,20 10:1,6 14:11
14:13,17,18,21 15:21,25 16:6
16:7,9,9 18:12,15 19:25 27:17
30:6 31:13 32:21,22,25,25
33:10 34:18 36:21,22,23 40:3
40:6,7,8 42:18 49:3 59:11
63:15,22 64:3,8,13 65:10
66:15 67:1 81:5 84:20 87:15
87:18 88:1,9,11,15,18,24 89:4
89:12,14,17 90:3,17,18,20,23
91:4,6 92:1,3,6,9,13,15,18
93:16 94:2,9,10,25 96:5 98:15
100:9 102:8 103:15,21 104:16
105:3,11 106:22 107:15,18
111:4 113:1 114:23 116:23
118:13,14,16 120:5 130:18,21
131:16,18 133:13,16 135:4
136:11,13,17,18 137:10,13
138:4 140:7,15 142:6,9 146:11
147:6,9 153:4 154:4 158:7
159:9,11 161:7 163:8 164:15
166:18,18 167:14,24 175:1
179:2 181:6 186:21,22 189:7
202:18 203:8,12 207:6,11
208:11,12,14 209:14 215:23
216:5,14,22 218:12 228:13,18
228:22 232:5 236:7 237:25
**timely** 131:21
**times** 11:22,23 12:15,17,17
30:18 31:11 60:22,23,24 61:16
61:18 64:16 66:25 134:10,16
134:22 136:3,4,5 141:25
142:10 157:4 174:25 180:7
200:3,4 208:17,25 209:5,6
223:7
**timing** 130:19
**TJR** 220:8

**today** 112:21,25,25 123:24
132:2 135:12 158:5 209:2,5
214:10,17,23 215:1 235:14
236:17 237:21
**today's** 5:6
**told** 12:23 17:14 20:6 29:16 30:2
35:25 37:21 49:23 70:5 76:3
76:10,17,20 77:6,23,25 79:20
79:21 81:22 95:2 97:10,12
98:4,12 111:23 113:15 134:13
155:20,22 159:17 168:16
188:12,19,25 189:18 190:23
190:24 205:10 209:8,17,25
210:22,25 211:2 213:6,12
215:1,7 225:4 231:16,19,19
232:8 233:1
**Tomei** 3:25 231:8 233:14,19
**tomorrow** 37:25 228:25 229:3,5
234:18 236:15 237:14,21
238:1
**tonight** 232:6
**top** 23:14 148:25
**torture** 9:18 78:24 169:23
**tortured** 218:4
**total** 1:25 22:25 32:2
**touching** 21:6 30:3
**town** 11:20 12:7,9,10 164:10
189:24,25 190:1 222:10,13
**training** 30:22,23 31:7 32:9,10
32:15,17,22 34:7 56:1,14 57:5
57:15,24 58:4 155:1,9,10,11
155:14,17,21 156:1 215:22
216:11 222:16,18,20 223:1,4,7
223:10,12 224:3,3,7,17,19,21
225:2,10,14 227:21 228:19
229:16
**transcript** 1:13 7:1 125:4
**transcription** 1:25 2:25 239:3
**transferred** 221:21
**translate** 210:20
**transportation** 181:11
**travel** 202:9 236:21
**traveled** 190:21,23
**traveling** 105:15 192:3 233:21
**treatment** 232:2 234:7
**trial** 1:13,22 10:6,11 130:20
135:12 235:6
**tribes** 183:17,18,19
**tried** 36:8 38:13,15,24 39:2 91:6
92:1
**trip** 33:11,16
**trouble** 39:13
**trousers** 41:12,13
**truck** 11:16 12:15 62:9,17 88:23
90:5,6 107:23,25 108:3,6,7,11
108:12,18,23 109:6,12,22,22
112:3,8,10,11,13,15,15,19
113:5,12 144:14,16,18,19,20
145:18 146:10,18,20 147:2,3,7
152:17
**trucks** 107:22 113:17 147:25
**true** 125:13
**trust** 150:9
**trustworthiness** 232:20
**truthfully** 234:7
**try** 65:21 122:19 127:15 143:15
146:1,14 147:1,9 151:4 156:11
194:5 227:18 230:9
**trying** 25:16 35:25 36:10,23
42:16 91:22,24 153:23 195:24
196:5,7,7,12,13
**tug** 7:7
**tugged** 7:10
**Turah** 16:1 130:15
**Turay** 16:25 19:25 20:13 21:12
21:24 22:7 24:7,25 28:20 30:7
31:13,17,24 32:4 33:1,22 34:9
37:7 42:2 45:5 55:22,25 56:10

61:4,10,14 65:2,4 68:14,21
69:5,9,11,14,25 70:5,19,24
71:18,20,22,24 72:6,10 74:23
94:20 110:7,8 117:20,22 119:2
119:14,18 121:12 144:18
156:3 161:4 175:15,17,21
178:15 233:2 235:11,18
**Turay's** 21:14 70:25 75:22,25
76:13 177:22,25 178:10
**turn** 101:7 129:24,25
**twice** 17:25 209:1
**twin** 104:11,12,14
**twins** 194:4
**two** 12:17 13:10,13 31:7,17 32:8
32:14 33:1,12 34:7 41:9 44:13
44:16 48:7 49:4 55:7 73:12,13
116:9 127:12 149:13 157:4
158:14,16 186:7 208:22 222:7
222:14 235:25
**tying** 17:3 32:20 96:15
**type** 40:22 77:14 123:8 126:13
222:18
**T-o-w-n** 222:14
**T-shirts** 109:1
**T.V** 50:6,14

---

## U

**unable** 176:9 182:22
**unarmed** 18:18
**uncommon** 82:15
**undergraduate** 220:4,7
**undernourishment** 226:23
**understand** 5:1 22:13,15 33:8
33:20 110:1 115:13,18 127:15
130:7 132:1 134:12 135:10
140:18,19 142:8,21 147:19
149:8 152:4 153:22 165:7,8
166:21 168:22,24 195:15
**understanding** 5:10,15 204:15
216:14,16
**understands** 124:16 125:10
**unfortunately** 82:1,15 207:9
**UNHCR** 118:24 171:19,20,24
174:17 204:24,25 205:3,4
206:18 207:25 223:12,21
**uniform** 43:12
**Uniformed** 61:24
**uniforms** 44:6
**Unisa** 163:20 165:3 209:23
**United** 1:1,4,14 2:8 3:25 4:1,2,3
5:4 6:6 8:16 9:5 66:13 82:25
83:2 84:15 96:17 102:8 130:10
135:8,12,14,18,21,23 136:6,12
136:17 137:2,4,11,14,20 138:4
157:24 158:1 160:7 171:19,23
199:8 204:12 206:11,21 207:1
209:3,9 211:1,8,9,13 212:20
212:21 213:7 214:2,6,7 215:3
217:13 221:15 223:17 231:8
234:8 235:11,19 236:6 239:6
**University** 220:2
**unlock** 5:13 9:19
**unpublished** 8:17
**unresolved** 132:7
**untied** 17:15 32:17
**unusual** 125:15
**upstairs** 225:3,3,16,18 226:10
226:12
**use** 5:9 7:3 8:2 22:15 27:7,25
34:15 41:18,19 49:18,24 89:24
193:11 218:12 230:25 231:5
**utensils** 23:13,18
**U.N** 107:18,20 144:16
**U.S** 1:18,22 200:15

---

## V

**v** 3:25 231:8

**Vahun** 105:13,21,24,24 140:5,11
164:15,19 175:24
**Van** 58:4,6,17,21,24,25 59:3,6
60:2 62:24 64:13 65:10 67:2
70:5,8,8,21 172:6,20 173:13
173:19,24 174:6,9,12,20,24
175:5 180:6,8,12,14,17 199:15
199:20 223:15,16,22,25
224:21,23 225:2,9,12,15,25
226:1,2,5,8,16,19
**various** 123:20
**vary** 230:3
**vehicle** 107:20 224:2
**version** 232:6
**versus** 4:1,2,3 6:6 8:16 9:5
**victim** 9:18 80:12
**videotaped** 9:8
**view** 8:4 146:1
**views** 7:22
**village** 107:3,6,8,9,11,14,17
145:25 146:7,13 147:17,25
159:22,23 164:4
**violence** 184:4
**violent** 81:19 183:7
**visible** 176:24 177:1,4
**visit** 134:2,4 135:1 154:1,6 157:1
193:20
**visited** 67:1
**visiting** 153:7,8 154:3
**visits** 200:6
**Voinjama** 11:10,19 14:1,4,6,8
16:6,8 51:12,25 52:2 106:4,5,6
106:7,10,20,21,22,23,24
107:11,11,17 110:9 114:20,22
120:18 121:8,11,13,16,18,19
141:6,7,21,22,22 142:11,13,15
142:20,22,22,23 143:7,9,10,12
143:16,22 145:1 159:15,18,21
164:5,11,12,16,17,20,21,22,25
165:5,10,15,21 166:10,12,14
166:16,18,25 167:2,5,16,25
168:3,6 175:24 176:1 177:16
177:19 178:15 185:14,17,24
186:1,6,8,20,22 187:17 191:8
191:14,15,22,24 192:5,7 202:7
202:9,11 204:4,5
**vs** 1:7

---

## W

**wait** 32:13 112:9 114:2 122:9
**waited** 66:7
**walk** 18:25 45:24 123:20 201:2
208:11 227:25 228:2
**walked** 40:11 197:16 227:24
**walking** 42:12 44:18,23 46:1
56:16 153:17
**wall** 27:1,11,14
**want** 11:8 13:25 22:25 26:6
46:17 47:8,16 64:11 71:7,7
73:24 75:12 77:12 83:6 94:2
96:16 98:18 100:3,15,18,22,25
112:8,9 113:16 123:1 126:2
128:10,11 130:21 145:8
156:12 161:2 205:1 206:1,10
206:16,23 207:13 209:9,18
210:23 211:12 215:21 229:10
232:17
**wanted** 5:2 10:8 26:18 38:8,10
38:21 45:10 46:13,18,21 58:8
73:12,17 78:4 97:13 98:20
99:9,19 100:3,15,19,20 112:11
130:8,20 132:8 183:25 184:1
187:25 205:16,18,19,20,22,23
210:10 211:5,9,19 237:24
**wants** 5:12 15:13 47:9,19 48:16
51:11 129:23 234:6
**war** 80:18 81:21 82:4,7 83:6,9,21

84:6 103:21 162:19,20,21,22
162:24,25 163:1,1,8,10 182:24
183:1,7,7,13,20 185:2 205:11
205:14,17,18,20,21 206:2,3,10
207:3,4,5,7,8,13,16,20 212:7
212:13
**warmer** 10:19
**warned** 38:15
**warning** 38:24
**warrants** 8:4
**wars** 207:9
**wartime** 83:4,4
**Washington** 1:23
**wasn't** 16:11 17:16 35:11 41:17
60:19 71:2,4,5 75:22 76:16
78:4 88:10 107:12 111:7 148:7
148:8 149:16 152:6 153:15
184:7
**watch** 87:23,25 88:3 89:15,16
90:14,15
**watching** 88:6
**water** 22:17,19,20 85:23 127:20
230:5
**way** 9:20 11:25 23:5 30:3 31:3
33:17,17 57:21 58:24 60:8
68:18 71:16 82:10 86:2 90:9
92:12 93:3 95:11 108:13 112:4
114:11 117:11 121:7,8,15
124:14 127:9 128:8 146:14
149:11 150:4,8 152:19 169:6
170:20 179:18 181:3 185:16
193:10 202:8 215:1 218:12
220:13 222:8
**ways** 183:11
**weak** 18:22
**weakened** 18:20 48:8
**weapons** 82:7
**wearing** 87:18
**week** 55:8,9 60:18 131:5
**weeks** 31:7 32:8,14 34:7 186:9
192:18 235:15,16,17,25 236:7
236:14
**weight** 125:21
**Welcome** 10:17
**went** 12:17 42:21 58:7,11 59:18
62:24 91:1 95:11,14 100:2,11
103:18,19 105:6,7,8,13,13,17
105:20 106:1,4 107:3 108:15
111:7 113:23 116:5,7,8,11
117:25 118:15,15,18,20,25
119:12,14,15,18 135:1 136:22
138:16,20 140:5,12,15,23
141:9,22 142:3 144:2 147:24
154:6,14,19 155:9,12,12,13,19
157:2 164:4,16 169:18 170:23
171:16,19,24 173:2,9 174:14
174:14,16,17,19 179:8,24
185:14 189:16 197:13,21
199:3,8,12 200:1,10 201:24
203:15 215:23 216:9,22,23,25
217:5 224:7 225:16,16,22
226:10 228:16,19
**weren't** 55:17 66:25 81:15
142:19 177:15 183:12 235:6
**West** 2:3 219:18,20
**we'll** 10:2 79:4 101:10 114:2
121:23,24 122:2 125:7 129:24
129:25 130:3 229:3,5 237:22
238:1
**we're** 37:24 79:7 87:10 130:3
194:25
**we've** 8:8 136:9
**white** 126:20
**wider** 127:4,4 146:1
**width** 127:6,8
**wife** 56:22 68:15 70:6,19,25 71:2
71:20,22,23,25 74:24 75:23
76:1,13,16,20 91:13 100:6

133:19 163:17 165:2 168:15
181:18 193:14 208:3
**wild** 232:16,16
**Williams** 104:22,24 120:9,11
**willing** 52:15 236:16,21,23 237:1
**wished** 8:18
**wishes** 8:1
**witness** 5:6,13,14,15 6:16,23 7:7
7:14,17 8:7 9:16 10:7,12,25
29:21 39:14,14 49:20 75:4,9
79:10 101:2,4,7 102:3,5,7,11
118:2,6 121:20 122:3 123:13
124:7,11 129:7,18 130:1,13
132:21,22,23 138:5,8,14 152:9
160:4,6,10,14 182:4 188:22
215:15 217:10,12 218:4 219:3
227:7 229:7 230:13,17 231:18
232:10,11
**witnesses** 122:10 130:14 161:4
233:10 235:19
**WO** 54:18 56:16,19 57:8 165:25
166:1,2,3 168:9,10,12,13,14
168:16,16 169:1,3,6,10,11,13
169:15 170:2 185:19 186:16
192:14,17,25 193:7 194:9
195:6 197:12,23 198:6,14
216:6,13
**woman** 59:13 68:5
**woman's** 114:24
**women** 109:9 110:15 146:9
147:3,13,20 148:3
**wondering** 111:2
**word** 22:15 139:18
**words** 7:4 54:20 95:12 210:17,17
210:18 222:14 229:25
**wore** 117:14
**work** 27:24 41:18 162:14 165:4,9
176:12,15,16 201:1,3,4 238:6
**worked** 11:14 12:15 166:4
**working** 11:18,24 179:19 186:22
**works** 66:13
**world** 207:5,9 212:19,22
**worn** 125:20
**worried** 59:5,8,9,18,19 60:8
111:2
**worse** 31:6 94:5,8
**wouldn't** 44:23 81:19 205:13
**wound** 79:23 81:17 98:8,10
184:10
**wounds** 82:21,23 83:8,9 177:15
177:17 178:8,9,16
**wrists** 156:18
**wristwatch** 87:18,20
**writing** 213:25
**written** 13:5
**wrong** 51:9 156:13 184:16
**wrote** 13:9,18,21
**Wylie** 2:2 217:15 218:2,14 225:4
231:3,4,6,10,14 232:4,24
233:15 234:11,12 238:6

**X**

**X** 189:1 231:19,20

**Y**

**Y** 231:19,20
**Yeah** 103:3 186:11
**year** 31:9 80:5 87:13 136:15
137:25 138:1,2 140:1 142:14
142:17 163:21,24 166:9 183:1
209:16 221:1,2
**years** 85:6 147:7 166:9,12
182:10,12 194:6 211:23
212:11
**yesterday** 5:5,8 7:1 11:4 12:23
16:23 49:18 123:24
**yesterday's** 7:1

**young** 67:20 68:20 69:5 70:1,5
226:22
**younger** 104:8

**Z**

**Zorzor** 11:19 108:8,9,9,10,15,19
**Zuanna** 222:10,13
**Z-u-a-n-a** 222:14

**0**

**06-20758-CR-ALTONAGA** 1:3

**1**

**1** 3:21 126:6,8 145:23 220:22
**1:30** 121:25 122:2 132:23
**1:31** 132:25 133:4
**10** 3:3 46:4 79:4 147:6 194:6,22
203:11
**10th** 135:25
**10/7/08** 11:2 87:3 133:4 157:18
182:7 213:4
**10:39** 79:6
**10:40** 79:9
**10:51** 79:11
**10:52** 79:14
**100** 4:7 206:6,7
**102** 3:6,7 4:8
**11** 3:4
**11th** 6:5,9 8:12,17
**11:00** 87:3
**11:54** 114:4
**12** 203:11
**12-2** 2:8 239:6
**12:13** 122:1
**12:14** 122:3
**12:22** 126:9
**12:25** 129:7
**12:27** 130:6
**126** 3:21
**133** 3:8
**15** 76:7 150:1,2 152:8
**150** 2:3
**151** 4:9
**152** 4:10
**157** 3:9
**160** 3:10,11
**161** 4:11
**162** 4:12 14:25
**182** 3:12
**192** 30:21
**1977** 102:20,22
**1992** 139:25
**1995** 80:6 98:8
**1998** 163:25 164:1 220:22
**1999** 29:6 87:14 124:7 133:25
136:24 138:6 142:18 182:11
209:10 222:3,6,22 228:21

**2**

**2:22** 157:18
**2:29** 160:6,12
**2:30** 5:8
**20** 76:10 150:2 152:8
**20th** 228:21
**2000** 133:25 136:24 166:15
186:5
**2002** 83:22 84:1
**2005** 9:6 84:15 185:11
**2007** 13:9
**2008** 1:7 138:4,9,14
**202.514.3270** 1:23
**20530** 1:23
**21** 182:13
**213** 3:13
**218** 4:13
**219** 3:14,15 4:14
**23** 182:13

**231** 3:25
**239** 3:16
**25** 218:8,10

**3**

**3** 103:5,7
**3:02** 182:7
**3:18** 194:24 195:1
**3:31** 195:3
**3:56** 213:4
**305.523.5518** 2:9 239:7
**305.523.5519** 2:9 239:7
**305.536.4675** 1:20
**305.961.9234** 1:19
**305/530-7120** 2:4
**305/536-6900** 2:4
**32** 182:10
**33128** 2:9 239:7
**33130** 2:4
**33132** 1:19

**4**

**4** 231:22
**4th** 1:19 9:3
**4:05** 217:12
**4:07** 219:5
**4:22** 229:4
**4:23** 229:7
**400** 2:8 239:6
**403** 5:18

**5**

**505** 131:7
**509** 130:23 131:2
**517** 235:3
**57** 146:6,8

**6**

**6** 1:7 4:2 190:10,12,13
**6th** 9:6

**7**

**71** 7:1

**8**

**8** 3:21 4:3
**801** 233:17
**803** 231:13
**803(3)** 231:22
**803(4)** 230:25 231:24 232:1,13
232:21,21 234:3,9,13
**803.4** 218:6
**87** 3:5

**9**

**9** 4:1
**9:00** 228:25 229:3,6
**9:21** 10:12,14
**9:23** 11:2
**90** 227:9
**95** 80:16
**950** 1:23
**98** 140:2 166:13,14 186:4
**99** 1:19 133:14 134:4 145:6