UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 06-20758-CR-ALTONAGA

THE UNITED STATES OF AMERICA,

     Plaintiff,

                      MIAMI, FLORIDA

vs.

                      OCTOBER 8, 2008

ROY M. BELFAST, JR., a/k/a
CHUCKIE TAYLOR, CHARLES
McARTHUR EMMANUEL, CHARLES
TAYLOR, JR. and CHARLES
TAYLOR, III,

     Defendant.

_____

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE CECILIA M. ALTONAGA,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                KAREN ROCHLIN, A.U.S.A.
                CAROLINE HECK-MILLER, A.U.S.A.
                Office of the U.S. Attorney
                99 N.E. 4th Street
                Miami, FL  33132 - 305.961.9234
                (Fax) 305.536.4675
                Email:  karen.rochlin@usdoj.gov
                        caroline.miller@usdoj.gov

                CHRISTOPHER GRAVELINE, Trial Attorney
                U.S. Department of Justice
                950 Pennsylvania Avenue, N.W.
                Washington, D.C. 20530 - 202.514.3270
                christopher.graveline@usdoj.gov

        TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

October 8, 2008

**FOR THE DEFENDANT:**

                              JOHN WYLIE, A.F.P.D.
                              MIGUEL CARIDAD, A.F.P.D.
                              Federal Public Defender's Office
                              150 West Flagler Street
                              Miami, FL  33130 - 305/536-6900
                                        (Fax) 305/530-7120
                              Email:  miguel_caridad@fd.org
                                          john_wylie@fd.org

**REPORTED BY:**

                              BARBARA MEDINA
                              Official United States Court Reporter
                              400 North Miami Avenue, Ste. 12-2
                              Miami, FL  33128 - 305.523.5518
                                        (Fax) 305.523.5519
                              Email:  barbmedina@aol.com

                                - - - -

**TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION**

**October 8, 2008**

1                       **TABLE OF CONTENTS**

2                                                              **Page**

3  Abu Mansalay ............................................  7

4       Direct Examination ...................................  7

5       Cross-Examination By Mr. Wylie .......................  21

6       Redirect Examination By Ms. Rochlin ..................  26

7  Ryan McMullen ...........................................  31

8       Direct Examination By Ms. Heck-Miller ................  31

9       Cross-Examination By Mr. Wylie .......................  47

10      Redirect Examination By Ms. Heck-Miller ..............  49

11  Joseph Ketter ..........................................  52

12      Direct Examination By Ms. Rochlin ....................  52

13      Cross-Examination By Mr. Caridad. . . . . . . . . . ...138

14      Redirect Examination By Ms. Rochlin ..................  154

15

16  Segei Miroff ...........................................  90

     Direct Examination By Ms. Rochlin ....................  90
17

     Cross-Examination By Mr. Caridad .....................  107
18

     Redirect Examination By Ms. Rochlin ..................  114
19

20  Wesley Sieh ............................................  116

     Direct Examination By Ms. Heck-Miller ................  116
21

     Direct Examination (cont'd) ..........................  156
22

23  Reporter's Certificate .................................  243

24
                       **INDEX TO EXHIBITS**
25

Exhibits                          Marked for          Received

**TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION**

**October 8, 2008**

| | | Identification | | in Evidence | |
|---|---|---|---|---|---|
| Description | Page | Line | | Page | Line |
| Government Exhibit CE 10 ........ | 43 | 9 | | 44 | 14 |
| Government Exhibit CE 11 ......................... | | | | 46 | 22 |
| Government Exhibit AT 17 ........ | 69 | 10 | | | |
| Government Exhibit AT 7 ......................... | | | | 74 | 16 |
| Government Exhibit CG 06 ........ | 76 | 16 | | | |
| Government Exhibit CG 6 ......................... | | | | 77 | 17 |
| Government Exhibit CG 7 ......................... | | | | 78 | 19 |
| Government Exhibit CG 12 ........ | 79 | 25 | | 80 | 21 |
| Government Exhibit CG 13 ........ | 81 | 4 | | 82 | 18 |
| Government Exhibit CE 7 ......... | 85 | 17 | | 83 | 1 |
| Government Exhibit CE 8 ......................... | | | | 87 | 21 |
| Government Exhibit SL 5 ......... | 95 | 1 | | 97 | 7 |
| Government Exhibit SL 5 A ....... | 97 | 18 | | 98 | 22 |
| Government Exhibit SL 1 ........ | 100 | 19 | | 102 | 10 |
| Government Exhibit SL 1 A ...... | 102 | 18 | | | |
| Government Exhibit  SL 1 A ...................... | | | | 103 | 20 |

CITATION INDEX

Page

Brown versus Seaboard Airline Railroad Company ............. 71

United States versus Darden ................................ 73

SIDEBAR CONFERENCE INDEX

**October 8, 2008**

1   **Descriptions**                                              **Page**

2   **Sidebar Conference Begins** .................................. **29**

3   **Proceedings In Open Court Resume** ........................... **31**

4   **Sidebar Conference Begins** .................................. **39**

5   **Proceedings In Open Court Resume** ........................... **41**

6   **Sidebar Conference Begins** .................................. **51**

7   **Proceedings In Open Court Resume** ........................... **52**

8   **Sidebar Conference Begins** ................................. **115**

9   **Proceedings In Open Court Resume** .......................... **116**

10                      **ADMINISTRATIVE CONVENTIONS:**

11          **When counsel does not identify themselves each time they**

12   **address the Court during a telephone conference, the**

13   **industry-standard speaker identification is indicated by**

14   **chevrons, i.e., >>>:**

15

16

17

18

19

20

21

22

23

24

25

**October 8, 2008**

1          THE COURT:   Do we have the witness?

2          MR. CARIDAD:   Judge, do you want to do anything with

3   Mr. Turay and Mr. Jusu?

4          THE COURT:   Are they outside?

5          MR. CARIDAD:   Mr. Jusu is not available.   I believe

6   he's ill.

7          THE COURT:   Let's bring Mr. Turay in, please.   You can

8   bring the witness in as well.

9          MR. TURAY:   [Entered the courtroom at 8:58 a.m.]

10          THE COURT:   Mr. Turay, we're going to allow you to

11   return to Sweden, but it is possible that later on the defense

12   may need to have you testify as a witness during that part of

13   the case.   If that were to occur, we would notify you and you

14   would need to return to this jurisdiction to give testimony.

15          MR. TURAY:   Okay.

16          THE COURT:   Are you in agreement to do so if the

17   prosecution informs you I have so ordered you to return?

18          MR. TURAY:   Yes.

19          THE COURT:   Anything else, Mr. Caridad?

20          MR. CARIDAD:   No, Your Honor.

21          THE COURT:   Thank you very much.

22          Let's bring the jury in.

23      [The jury returns to the courtroom at 9:00 a.m.]

24          THE COURT:   Everyone please be seated.

25          Good morning, ladies and gentlemen.   Welcome back.

**October 8, 2008**

## Mansalay - Direct

1          Ms. Rochlin, please continue.

2          MS. ROCHLIN:  Yes, Your Honor.

3          ABU MANSALAY, GOVERNMENT'S WITNESS, RESUMED

4               DIRECT EXAMINATION (cont'd)

5  [Beginning at 9:01 a.m., 10/8/08.]

6  BY MS. ROCHLIN:

7  Q.   Good morning, Dr. Mansalay.

8  A.   Good morning.

9  Q.   Dr. Mansalay, yesterday before you recessed from your

10  testimony, you were telling us you had gone to the Barclay

11  Training Center on May 20th of 1999.   Is that correct?

12  A.   That is correct.

13  Q.   I believe you also testified that the three individuals you

14  observed at the Barclay Training Center were transported to the

15  Merci Greystone Clinic in Monrovia.   Is that also correct?

16  A.   That is correct.

17  Q.   Dr. Mansalay, at this time are you able to recall the names

18  of any one of these individuals who were taken from the Barclay

19  Training Center to Merci Greystone Clinic on May 20th, 1999?

20  A.   That's correct.

21  Q.   What name can you recall?

22  A.   Sulaiman Solo Jusu, Foday Conteh and Momoh Turay.

23  Q.   Dr. Mansalay, when these three men arrived at the Merci

24  Greystone Clinic, did you, yourself, take their history?

25  A.   That is correct.

## Mansalay - Direct

1  Q.   And did you question each of these individuals yourself?

2  A.   That is correct.

3  Q.   And what was your purpose in questioning these men?

4  A.   It was a regular medical examination which starts with

5  questioning them as to what was their complaints or what were

6  their complaints, and based upon that, then we go to detail out

7  what their complaints were and then do the physical examination

8  and give them treatment.

9  Q.   Dr. Mansalay, at this time are you able to recall the chief

10  complaints of the individual you remember as Solo Jusu?

11  A.   Yes.

12  Q.   What did Mr. Jusu complain of?

13  A.   Jusu complained of being beaten all over his body by

14  security men.   He also complained of being tied above the elbow

15  in a very tight position and at the same time complained of

16  having numbness in his arms.

17  Q.   Dr. Mansalay, was there a term used to describe the way

18  Mr. Jusu had been tied?

19  A.   Yes.

20  Q.   What was that term?

21  A.   The tying of the arms is described as tabie.

22  Q.   And after discussing with Mr. Jusu his chief complaint, did

23  you question him further about the origin or the cause of those

24  complaints?

25  A.   Yes, that is correct.

**October 8, 2008**

## Mansalay - Direct

1  Q.   Dr. Mansalay, did Mr. Jusu tell you that he had been

2  arrested and imprisoned?

3  A.   That is correct.

4  Q.   And did he tell you that his imprisonment had lasted for a

5  period of one month?

6  A.   That is correct.

7  Q.   Did Mr. Jusu tell you what happened during this month-long

8  period?

9  A.   He said during this month-long period he was beaten all

10  over his body and from time to time when he got transported

11  from one point to the other, he got tied above his elbow and

12  then he was thrown in a hole, which would be another word for

13  pit, and then sometimes they would light plastic and then they

14  would burn his body with the plastic.

15  Q.   After obtaining this information from Mr. Jusu, did you,

16  yourself, examine Mr. Jusu?

17  A.   That is correct.

18  Q.   Do you recall, Dr. Mansalay, what it was you observed

19  during your examination of Mr. Jusu's body?

20  A.   Yes.

21        Generally his skin had ulcers, sores and also scars

22  mainly on the trunk area and the arms, and like the ones on the

23  arms were like circular or circumferential.  There were ulcers

24  that had not healed and there were also scars.

25  Q.   When you say "ulcers," Dr. Mansalay, can you explain what

**October 8, 2008**

## Mansalay - Direct

1  you mean by the word "ulcer"?

2  A.   "Ulcer" would be wound or usually we say it's a break in

3  the skin.

4  Q.   And the circular scars that you saw on Mr. Jusu's arms, do

5  you recall where they were located?

6  A.   Immediately above the elbow.   Immediately above the elbow.

7  Q.   On each arm, Dr. Mansalay?

8  A.   On both arms, that's correct.

9  Q.   And how fully did the circles, these circular injuries

10  extend around each arm?

11  A.   My recollection is not very sharp on that right now, but, I

12  mean, they were visible.   You could see the ulcers, I mean,

13  weeping.

14  Q.   Did you examine Mr. Jusu's head, Dr. Mansalay?

15  A.   Yes.

16  Q.   Are you able to recall anything you observed about his

17  head?

18  A.   He had a scar on his scalp.

19  Q.   On his scalp?

20  A.   On his scalp, that's correct.

21  Q.   And do you recall making any observations concerning

22  Mr. Jusu's extremities?

23  A.   Yes, especially the upper extremities, the upper arms above

24  the elbows.   He had these circumferential ulcers that were

25  there and after that with the hand like this, or both arms like

## Mansalay - Direct

1  this, and I asked him to close his eyes so that I could test

2  for sensation, and then he closed his eyes and I did a light

3  sensation in many parts and I asked him to say if he feels this

4  sensation if he did, and in many areas he was not able to

5  detect the sensation.

6         I asked him to open his eyes and I also asked him to

7  resist pressure to his hand and when I asked him to do it,

8  there was diminished ability to resist pressure.

9         I also asked him to move his arms and there were

10 limitation in range of movement of his arms.

11 Q.  Dr. Mansalay, please explain with the limited range of

12 motion you observed in Mr. Jusu's arms, from what you observed,

13 was Mr. Jusu able to take care of his personal hygiene?

14 A.  No.

15 Q.  Based on your observations, tell us did Mr. Jusu need

16 assistance in that respect?

17 A.  He would need assistance.

18 Q.  From what you observed, Dr. Mansalay, was Mr. Jusu able or

19 not able to feed himself without assistance?

20 A.  He will need assistance to feed himself.

21 Q.  And when you performed the test involving a light touch,

22 Dr. Mansalay, what did you use to touch Mr. Jusu's arms?

23 A.  The tip of my pen.

24 Q.  And where was it that you touched Mr. Jusu with the tip of

25 the pen?

**October 8, 2008**

## Mansalay - Direct

1   A.   The upper arm, touched him on the upper arm and came down

2   to see.   On the upper arm there was sensation to light touch,

3   but on the forearm I touched, that he couldn't feel it.   In

4   multiple areas, he couldn't feel it.   I touched the back also.

5   He couldn't feel it.

6   Q.   Dr. Mansalay, after returning to Greystone Clinic from the

7   Barclay Training Center, did you also examine Foday Conteh?

8   A.   That is correct.

9   Q.   And did you question Mr. Conteh concerning his chief

10  complaints?

11  A.   Yes, that's correct.

12  Q.   With respect to his chief complaints, did Mr. Conteh advise

13  you that he had been beaten?

14  A.   Yes, that's correct.

15  Q.   Did he advise you that he had been tied at the elbows?

16  A.   That is correct.

17  Q.   And, again, was there a particular term used to describe

18  how Mr. Conteh had been tied?

19  A.   Tabie.

20  Q.   Did Mr. Conteh complain of numbness in any areas?

21  A.   He complained of numbness in both arms.

22  Q.   And did Mr. Conteh tell you that he had been arrested and

23  imprisoned for a period of approximately one month?

24  A.   That is correct.

25  Q.   What else, if you recall, Dr. Mansalay, did Mr. Conteh tell

**October 8, 2008**

## Mansalay - Direct

1  you had happened to him with respect to his condition during

2  your examination?

3  A.   In addition to the beating, he also mentioned that he was

4  burned with plastics that were lighted.

5  Q.   Did Mr. Conteh tell you where on his body he had been

6  beaten?

7  A.   He said all over his body, including his head.

8  Q.   Did Mr. Conteh explain to you where during this one month

9  period he had been held during the period of his arrest?

10  A.   I don't remember a specific location.

11  Q.   Did he describe a location to you?

12  A.   He said in a hole.   He said he would be kept in a hole

13  sometimes the nights.   He would spend the nights in the hole.

14  Q.   Did you, yourself, conduct a physical examination of

15  Mr. Conteh?

16  A.   That is correct.

17  Q.   And did you examine Mr. Conteh's skin?

18  A.   That is correct.

19  Q.   Do you recall what you observed during the examination of

20  Mr. Conteh's skin?

21  A.   His skin had ulcers or sores, as well as scars.

22  Q.   And do you recall where the ulcers and scars were located

23  on Mr. Conteh?

24  A.   On the trunk of Mr. Conteh and the upper extremities, the

25  arms.

**October 8, 2008**

## Mansalay - Direct

1   Q.   Did you examine Mr. Conteh's head, eyes, ears nose and

2   throat?

3   A.   That's correct.

4   Q.   And during that part of the examination, do you recall,

5   Dr. Mansalay, what, if anything, you observed?

6   A.   He had a scar, he had a facial scar, but his eyes were

7   clear.   There were no blood in his eyes.   His ears, I didn't

8   see any abnormal finding, nor any abnormal finding from his

9   nose.

10   Q.   Dr. Mansalay, did you also examine Mr. Conteh's

11   extremities?

12   A.   That is correct.

13   Q.   With respect to his extremities, what, if anything, did you

14   observe?

15   A.   He had the circumferential ulcers immediately above the

16   elbow on both arms and I also examined him, examined those arms

17   for weakness and there was a degree of numbness in those areas.

18   There was also a degree of weakness in those arms.

19   Q.   Dr. Mansalay, did you, yourself, take a history from Monoh

20   Turay after his arrival at the Merci Greystone Clinic?

21   A.   That is correct.

22   Q.   During that history, did you determine Mr. Turay's chief

23   complaint?

24   A.   That is correct.

25   Q.   Was one of those complaints that Mr. Turay was beaten?

**October 8, 2008**

## Mansalay - Direct

1   A.   That is correct.

2   Q.   Was one of those complaints that he was burned with melted

3   plastic?

4   A.   That is correct.

5   Q.   Did Mr. Turay also tell you he had been tied?

6   A.   That is correct.

7   Q.   What term did Mr. Turay use with reference to the fact he

8   was tied?

9   A.   Tabie.  He said he was tabied.

10   Q.   Did Mr. Turay also complain of numbness in his arms and

11   hands?

12   A.   That is correct.

13   Q.   Did Mr. Turay mention additional complaints to you?

14   A.   Yes.  He said whenever he went to pee, he had a painful

15   sensation during his pee, and I questioned him as to at what

16   time does he feel it, in the beginning, in the middle or the

17   end, and he said whether he starts to pee, there was no

18   problem, but then at the end it becomes painful and sometimes

19   he pass blood.

20   Q.   Dr. Mansalay, did Mr. Turay complain at all about his

21   shoulder?

22   A.   That's correct.

23   Q.   What was his complaint with respect to his shoulder?

24   A.   He said he was feeling pain in his left shoulder.

25   Q.   After determining Mr. Turay's chief complaint, did you

**October 8, 2008**

## Mansalay - Direct

1  question him about the history of those complaints?

2  A.   That is correct.

3  Q.   Do you recall, Dr. Mansalay, whether or not Mr. Turay told

4  you he was arrested and imprisoned?

5  A.   That's correct.

6  Q.   Did he tell you he was imprisoned for a period of a month?

7  A.   That is correct.

8  Q.   Did Mr. Turay describe to you what happened to him during

9  the month he was imprisoned?

10  A.   He complained he was beaten all over his body.   He also

11  complained he was tied above the elbow.   He was tabied and he

12  was put in a pit with dirty water and sometimes he would spend

13  nights in there.   He also complained about the painful

14  urination that I mentioned and the numbness in his arms.   He

15  complained about those.

16  Q.   With respect to Mr. Turay's history, what, if anything, did

17  he mention about burning?

18  A.   He mentioned that he was also burned with plastic that were

19  melted on his body.

20  Q.   After taking Mr. Turay's history, did you examine

21  Mr. Turay?

22  A.   That is correct.

23  Q.   What did you observe with respect to Mr. Turay's skin?

24  A.   The skin also had multiple sores, ulcers and scars.

25  Q.   What, if anything, did you observe with respect to

**October 8, 2008**

# Mansalay - Direct

1  Mr. Turay's head?

2  A.   I don't remember specifically, but there was increased

3  sense -- when you tried to, like, play with his head, he would

4  complain of pain.   There was tenderness as you tried to find if

5  there was injury to his head.

6  Q.   So did you place your hand or your fingertips on

7  Mr. Turay's head?

8  A.   Yes and he complained of tenderness.

9  Q.   Do you recall, Dr. Mansalay, what, if anything, you noticed

10  about Mr. Turay in the area of his upper body below his head?

11  A.   His shoulder was kind of asymmetrical, meaning they did not

12  looked the same and the left shoulder was a little bit awkward,

13  so we looked at it and determined it could be a dislocated

14  shoulder.

15  Q.   Did you examine, apart from the shoulder, did you examine

16  Mr. Turay's extremities?

17  A.   That's correct.

18  Q.   What, if anything, did you notice concerning Mr. Turay's

19  extremities?

20  A.   He had the circular ulcer above his arm on both arms and

21  then he also had diminished sensation to light touch in the

22  arms and he also have weakness in terms of the muscle strength.

23  Q.   Did you notice anything about Mr. Turay with respect to his

24  ability to move his arms?

25  A.   He was definitely in painful distress as far as the arms

**October 8, 2008**

## Mansalay - Direct

1  are concerned.

2  Q.   Was Mr. Turay able to care for himself without assistance,

3  Dr. Mansalay, based on what you observed at Greystone?

4  A.   No.

5  Q.   Dr. Mansalay, at this time are you able to recall how long

6  it was that each of these men, Mr. Jusu, Mr. Conteh and

7  Mr. Turay remained at the Merci Greystone Clinic?

8  A.   No.

9  Q.   Dr. Mansalay, can you tell us with respect to these three

10  men and the circular scars you've described above their elbows,

11  did any one of these three men stand out particularly based on

12  your observations?

13  A.   Yes, Solo Jusu.

14  Q.   Where was it Mr. Jusu stood out, if you can recall?

15  A.   One of his wrists keep dropping.   I'm not sure if it was

16  the right or the left, but whenever you tell him to hold his

17  hands, one of them would drop.

18  Q.   Dr. Mansalay, did a time come when each of these men left

19  the Merci Greystone Clinic?

20  A.   Yes.

21  Q.   And based on your own observations, do you know where they

22  went after the Merci Greystone Clinic?

23  A.   I saw them once or twice at the Samukai Town Displaced

24  Center.   Merci operated a clinic at Samukai Town Center.

25  Q.   Were you going there to provide medical treatment?

**October 8, 2008**

## Mansalay - Direct

1    A.   Yes.

2    Q.   Is that where you saw these men?

3    A.   That is correct.

4    Q.   Dr. Mansalay, did a time come when you no longer saw either

5    of these three men at the Samukai Displaced Center?

6    A.   No.

7    Q.   Do you know where they went?

8    A.   No.

9    Q.   Do you know what happened to them?

10   A.   No.

11   Q.   Since the last time that you saw these men at the Samukai

12   Displaced Center, have you had any contact with any of these

13   individuals?

14   A.   Yes.

15   Q.   What contact have you had with either Mr. Jusu, Mr. Turay

16   or Mr. Conteh since seeing them at the Samukai Displaced

17   Center?

18   A.   Yesterday Mr. Turay recognized me outside of the courtroom

19   and he came to greet me.

20   Q.   Excuse me.   He came to --

21   A.   He came to greet me.

22   Q.   Did you have any conversations with Mr. Turay about what

23   was being said in this courtroom?

24   A.   No.

25   Q.   Dr. Mansalay --

**October 8, 2008**

## Mansalay - Direct

1          MS. ROCHLIN:  Strike that.

2          Your Honor, at this time I would ask to publish what

3   is already in evidence as exhibit SL 02.

4          THE COURT:  You may.

5          AGENT BAECHTLE:  (Complied.)

6   BY MS. ROCHLIN:

7   Q.   Dr. Mansalay, on the screen in front of you, do you see a

8   photograph?

9   A.   Yes.

10  Q.   Are you able to recognize the individual in the photograph?

11  A.   Yes, I recognize him

12  Q.   How do you recognize him?  Who is that person as far as

13  you're able to tell us?

14  A.   I would say this is Solo Jusu.

15  Q.   Do you recognize where that photograph was taken,

16  Dr. Mansalay?

17  A.   At the UNHCR Merci Refugee Clinic in Samukai Town.

18  Q.   In the photograph, Dr. Mansalay, on the individual you've

19  identified as Mr. Jusu in the area above his elbows, can you

20  explain what appears there?

21  A.   It looks like a dressing, circumferential dressing.

22  Q.   And where you see the circumferential dressing, is that the

23  area where you observed the ulcers on Mr. Jusu's arms?

24  A.   I would say yes.

25  Q.   Dr. Mansalay, did a time come when you, yourself, left

**October 8, 2008**

## Mansalay - Cross

1  Liberia?

2  A.   That is correct.

3  Q.   When was that?

4  A.   February of 2000.

5  Q.   And what country did you go to?

6  A.   I came to the United States.

7  Q.   Are you living in the United States now?

8  A.   That is correct.

9       MS. ROCHLIN:   If I could have just a moment, Your

10 Honor?

11      Your Honor, the United States will tender Dr. Mansalay

12 for cross-examination.

13                 CROSS EXAMINATION

14 [Beginning at 9:24 a.m., 10/8/08.]

15 BY MR. WYLIE:

16 Q.   Dr. Mansalay, good morning.

17 A.   Good morning, sir.

18 Q.   Sir, you were not present when Mr. Jusu received his

19 injuries.   Is that correct?

20 A.   That is correct.

21 Q.   And you were not present when Mr. Turay received his

22 injuries.   Is that correct?

23 A.   That is correct.

24 Q.   And Mr. Conteh, you were not present when he received his

25 injuries.   Is that correct?

**October 8, 2008**

## Mansalay - Cross

1   A.   That is correct.

2   Q.   In fact, what was the first day you saw Mr. Jusu?

3   A.   May 20, 1999.

4   Q.   And what was the first day you saw Mr. Turay?

5   A.   May 20, 1999.

6   Q.   And what was the first day you saw Mr. Conteh?

7   A.   May 20, 1999.

8   Q.   And where was that that you saw then?

9   A.   At the Barclay Training Center.

10  Q.   Now, what have you reviewed, if anything before you

11  testified today?

12  A.   What have I --

13  Q.   Reviewed.

14  A.   The record that the attorney was questioning me from

15  Q.   So did you write a report in this case?

16  A.   That is correct.

17  Q.   And that's the report you looked at?

18  A.   That is correct.

19  Q.   Did you look at any pictures?

20  A.   I look at his picture.

21  Q.   The one you just identified?

22  A.   That is correct.

23  Q.   So you saw that before you came into court today?

24  A.   That is correct.

25  Q.   How many times did you see Mr. Turay?

**October 8, 2008**

## Mansalay - Cross

1    A.   Say --

2    Q.   How many times did you see Mr. Turay?   How many different

3    times?

4    A.   I saw him twice at the Barclay Training Center.   I saw him

5    again at the Samukai Town Displaced Center.   Maybe once or

6    twice.

7    Q.   Did you also see him at Greystone?

8    A.   That's where I see him, yes.

9    Q.   Once at the Barclay Training Center.   How many times at

10   Greystone?

11   A.   Once.

12   Q.   And then once or twice at Samukai?

13   A.   That's correct.

14   Q.   Mr. Jusu, how many times did you see or examine him?

15   A.   I examine him once at Greystone Clinic.

16   Q.   And how many times did you see him at Samukai?

17   A.   Once or twice.

18   Q.   Did you examine Mr. Jusu at Samukai?

19   A.   No.

20   Q.   You didn't treat him at Samukai?

21   A.   No.

22   Q.   You didn't treat him for any beatings?

23   A.   At Samukai, no.

24   Q.   Now, does the Greystone Clinic -- that's a hospital.

25   Correct?

**October 8, 2008**

## Mansalay - Cross

1  A.   It's a clinic.

2  Q.   It's a clinic?

3  A.   That's correct.

4  Q.   And as a doctor at that clinic, did you keep medical

5  records?

6  A.   That's correct.

7  Q.   Did the Greystone Clinic have a place to store those

8  medical records?

9  A.   It had, that's correct.

10  Q.   You would have completed some medical records in this

11  examination with respect to Mr. Jusu?

12  A.   That is correct.

13  Q.   And you would have completed some medical records with

14  respect to Mr. Turay?

15  A.   That is correct.

16  Q.   And you do this so that you may need to refer to them

17  later.   Correct?

18  A.   That's correct.

19  Q.   Or another health professional may need to refer to them

20  later?

21  A.   That is correct.

22  Q.   So you save these records for that reason?

23  A.   That's correct.

24  Q.   You saw a lot of patients in 1999?

25  A.   That's correct.

**October 8, 2008**

## Mansalay - Cross

1    Q.   There was some fighting going on in Liberia?

2    A.   That is correct.

3    Q.   You saw a lot of injuries?

4    A.   That is correct.

5    Q.   This was over eight years ago?

6    A.   That is correct.

7    Q.   Did you take any pictures of Mr. Turay?

8    A.   No, sir.

9    Q.   Did you take any pictures of Mr. Jusu?

10   A.   No, sir.

11   Q.   Did you take any pictures of Mr. Conteh?

12   A.   No.

13   Q.   Now, I think you stated on your direct examination that it

14   was Carolyn Van Buren who first notified you about Mr. Turay

15   and Mr. Jusu and Mr. Conteh.  Is that correct?

16   A.   It was Carolyn Van Buren who called me.

17   Q.   And told you to go to the Barclay Training Center?

18   A.   That is correct.

19   Q.   And she works with the United Nations?

20   A.   High Commission of Refugees, that's correct.

21   Q.   You knew she was helping them?

22   A.   That is correct.

23   Q.   And she, in fact, asked you to also help them  Correct?

24   A.   Yes, in keeping with the contract.

25   Q.   To examine and treat them, if necessary?

**October 8, 2008**

## Mansalay - Redirect

1   A.   That is correct.

2   Q.   And did you know that Ms. Van Buren was in the process of

3   relocating these three individuals?

4   A.   No, sir.

5   Q.   Did these individuals tell you they were in the process of

6   relocating?

7   A.   No, sir.

8   Q.   But you were aware that Ms. Van Buren was helping them?

9   A.   That is correct.

10         MR. WYLIE:   Could I have a moment, Your Honor?

11         THE COURT:   You may.

12  BY MR. WYLIE:

13  Q.   Sir, Mr. Jusu never mentioned a stab wound.   Is that

14  correct?

15  A.   I do not remember him mentioning a stab wound.

16  Q.   Now, Mr. Turay didn't mention a stab wound in his forehead.

17  Is that correct?

18  A.   No, I do not remember him saying that.

19         MR. WYLIE:   No more questions Your Honor.

20         THE COURT:   Redirect.

21                    REDIRECT EXAMINATION

22  [Beginning at 9:33 a.m., 10/8/08.]

23  BY MS. ROCHLIN:

24  Q.   Dr. Mansalay, before you reviewed any report or any record,

25  explain whether you remember going to the Barclay Training

**October 8, 2008**

## Mansalay - Redirect

1  Center.

2  A.   Yes, I remember going to the Barclay Training Center.

3  Q.   And before you reviewed any report or any record, explain

4  whether you remember treating three refugees from the Barclay

5  Training Center.

6  A.   Yes, I remember.

7  Q.   Dr. Mansalay, as you treated these men, did you document

8  your observations and your treatment?

9  A.   That is correct.

10 Q.   In what form?

11 A.   In a medical chart form

12 Q.   And were you preparing the chart, were you writing on it at

13 the same time or at a different time that you were examining

14 the three men you mentioned?

15 A.   I interviewed them and after -- while I was interviewing

16 them, I was also writing my notes.

17 Q.   Now, Dr. Mansalay, when you did review the report that you

18 mentioned on cross-examination, did you recognize the language

19 in that report as your own words?

20 A.   Yes, that's correct.

21 Q.   And did you recognize the language in that report as

22 language that came from your charts or not?

23 A.   I remember those were language that came from my charts.

24 Q.   Dr. Mansalay you, testified previously that you went to the

25 Barclay Training Center on May 20th, 1999.  Is that correct?

**October 8, 2008**

## Mansalay - Redirect

1   A.   That is correct.

2   Q.   Do you remember the date on the report itself that you

3   reviewed?

4   A.   May 20, 1999.

5   Q.   Dr. Mansalay, was your report prepared on the same date

6   that you went to the Barclay Training Center or was it prepared

7   on another date, if you remember?

8   A.   The chart that I wrote with my hand was prepared on May 20,

9   1999.

10   Q.   And what about the report that you recognized containing

11   the words from your chart?  Do you recall the date that that

12   report itself was drafted or prepared?

13   A.   May 27, 1999.

14   Q.   Within a week of your examination of these three men?

15   A.   Yes.

16           MS. ROCHLIN:   If I could have a moment, Your Honor?

17           Your Honor, the United States has no further questions

18   for Dr. Mansalay.

19           THE COURT:   Thank you, doctor.   You are excused.

20           [The witness was excused at 9:36 a.m]

21           THE COURT:   Your next witness, please.

22           MS. HECK-MILLER:   The United States calls Ryan

23   McMullen.

24           MR. WYLIE:   Your Honor, may we approach?

25

**October 8, 2008**

## Mansalay - Redirect

1          [Proceedings at sidebar follow]:

2          MR. WYLIE:   Your Honor, I'm handing you a copy of

3   Government's Exhibit CE 10 and CE 11, which I understand them

4   to be introducing.

5          My understanding is that there's only limited

6   relevance to this in that I believe they're trying to introduce

7   this to show that Mr. Emmanuel did not denounce his citizenship

8   and he, in fact, considered himself to be an American citizen.

9          That we do not object to.   There's a lot of irrelevant

10  and, in fact, prejudicial stuff that is in this email that I

11  don't believe the jury should see and it should be redacted if

12  these are going to come in.

13         MS. HECK-MILLER:   Your Honor, the Government intends

14  to introduce the two documents that we believe are relevant and

15  admissible.   We do not intend to publish the two emails to the

16  jury.   What I'm going to ask to publish are the copies that

17  Mr. Wylie concedes are about his citizenship.   I believe the

18  entirety of the exhibits are admissible.

19         THE COURT:   We'll pick it up at a later time.

20         MR. WYLIE:   Can I be clear, we're not going to have

21  any mention about the hiding of arms or LURD or MODEL?

22         MS. HECK-MILLER:   I put in bold the statements I'm

23  going to ask him about.   The statements in the emails I intend

24  to ask him about in CE 10, "Legally I have all the right to go

25  back home when I want to" and the statement "I will say again I

**October 8, 2008**

## Mansalay - Redirect

1  am an American first before anything else," and in CE 11 I'm

2  going to ask him "All I can say is that I'm an American first

3  and if my governments feels that I'm irrelevant, then let them

4  not create barriers for me to go home."

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 8, 2008**

## McMullen - Direct

1              [Proceedings in open court follow]:

2          RYAN McMULLEN, GOVERNMENT'S WITNESS, SWORN

3                      DIRECT EXAMINATION

4    [Beginning at 9:41 a.m]

5    BY MS. HECK-MILLER:

6    Q.   Sir, please be seated and tell us your name.

7    A.   My name is Ryan McMullen.

8    Q.   And, sir, do you have a title or rank?

9    A.   I do.  It's lieutenant colonel.

10   Q.   Are you a member of the United States Military?

11   A.   Yes, I am

12   Q.   What branch?

13   A.   United States Army.

14   Q.   Lieutenant Colonel McMullen, how long have you been in the

15   United States Army?

16   A.   I have served in the Army 18 and a half years now.

17   Q.   What is your present assignment?

18   A.   I am the defense attaché in the United States Embassy in

19   Zimbabwe.

20   Q.   Lieutenant Colonel McMullen, let me ask you to speak a

21   little more slowly.

22   A.   Sure.

23   Q.   You just said you are a defense attaché.  Can you tell us,

24   please, what is a defense attaché?

25   A.   I represent the Department of the Defense to the government

**October 8, 2008**

## McMullen - Direct

1    of Zimbabwe.

2    Q.   Is there a shorthand term or abbreviation by which that job

3    of defense attaché is commonly known?

4    A.   Yes.   It's normally abbreviated as the D-a-t-t.

5    Q.   As the DATT.   Where does the DATT typically work physically

6    in a foreign outpost?

7    A.   My office is within the U.S. Embassy.

8    Q.   You told us currently that is Zimbabwe?

9    A.   Yes.

10   Q.   Lieutenant Colonel McMullen, I would ask you to turn your

11   attention to the time period of October, 2004 and tell us,

12   please, where were you assigned in October, 2004.

13   A.   I served as the United States Defense Attaché in Monrovia,

14   Liberia.

15   Q.   And how long did you perform that particular assignment?

16   A.   I was there from October of 2004 to October of 2005.

17   Q.   During the time that you were the Defense Attaché or DATT

18   in Liberia, where, physically, did you work?

19   A.   I worked in the U.S. Embassy.

20   Q.   And at that time, what rank did you hold?

21   A.   I was a major at that time.

22   Q.   Were there any other DATTs besides you assigned to Liberia

23   during the time that you were there from October of 2004 to

24   October of 2005?

25   A.   No, I was the only one.

**October 8, 2008**

## McMullen - Direct

1  Q.   Who was the President of Liberia at the time you were the

2  DATT in Liberia?

3  A.   It was Charles Gyude Bryant.

4  Q.   Do you know how that is spelled, especially that middle

5  name?

6  A.   Yes.   Gyude is spelled G-y-u-d-e.

7  Q.   Was President Bryant the elected President?

8  A.   No, he was not.   He was an appointed.

9  Q.   How did he come to be appointed, very briefly?

10  A.   He was appointed from the Accra Peace Agreement.

11  Q.   What is the Accra Peace Agreement?

12  A.   Accra is the capital of Ghana and that's where the peace

13  talks took place.

14  Q.   When you took on the assignment in Monrovia, did you

15  already have knowledge concerning Liberia and other African

16  nations from any previous assignment that you had held with the

17  Army?

18  A.   Yes, I did.

19  Q.   What was that previous assignment?

20  A.   I served as the African Desk Officer for sub-Saharian

21  Africa in the Pentagon.   I covered 43 countries.

22  Q.   When did you serve in that role?

23  A.   I served there from January of 2000 until May of 2002.

24  Q.   As you commenced your tour of duty as the DATT in Liberia,

25  did you already know of a person named Chuckie Taylor or

**October 8, 2008**

## McMullen - Direct

1  Charles Taylor, Jr.?

2  A.   Yes, I did.

3  Q.   Had you ever met him?

4  A.   No, I had not.

5  Q.   Had you simply learned of him in the course of your other

6  duties with regards to Africa and your incoming role as DATT?

7  A.   Yes.

8  Q.   Did there come a time you heard from or had communication

9  with that person?

10  A.   Yes.

11  Q.   Approximately when?

12  A.   I first heard from the defendant in October of 2004.

13  Q.   Now, you said you heard from the defendant, but who was the

14  person that you heard from as you knew that person in October

15  of 2004?

16  A.   Charles Taylor, Jr.

17  Q.   How was it that you heard from Charles Taylor, Jr. in

18  October of 2004?

19  A.   He called me.

20  Q.   And how did he call you?

21  A.   He called me on my cell phone.

22  Q.   When you say your cell phone, was this a cell phone that

23  was personal to you?

24  A.   This cell phone was the office cell phone and that's the

25  cell phone that I used.   It belonged to the office.

## McMullen - Direct

1  Q.   And was the number on that cell phone a number that was new

2  with you or was that a number that was pre your coming on duty

3  with Liberia?

4  A.   The number had been with the office for the previous 10

5  years that I know of.

6  Q.   Did you answer the call yourself?

7  A.   I did.

8  Q.   When you answered the call, did the caller identify himself

9  or herself?

10  A.   Yes.   The caller said "This is Chuckie Taylor, Jr."

11  Q.   And was it a woman or a man?

12  A.   It was a man.

13  Q.   Did the caller ask for anybody?

14  A.   He asked for the Defense Attaché.

15  Q.   Did he ask by name?

16  A.   He did.   He asked for Major Butler.

17  Q.   Who is or was Major Butler?

18  A.   Major Butler was the Defense Attaché prior to my arrival in

19  2004.

20  Q.   What did you say in response to the request to speak to

21  Major Butler?

22  A.   I said Major Butler had moved on, but I'm the current

23  Defense Attaché and I asked what I could do for Chuckie Taylor.

24  Q.   Did the caller say where he was calling from?

25  A.   He did.

**October 8, 2008**

## McMullen - Direct

1  Q.    What did he say in that regard?

2  A.    He said he was calling from Trinidad and Tobago.

3  Q.    Did the caller say what the purpose of his phone call was?

4  A.    Yes.

5  Q.    What did he say?

6  A.    He said that he wanted to join the U.S. Marine Corps.

7  Q.    Did he elaborate in any way on the Marine Corps?

8  A.    Yes, he did.  He said his time as the ATU commander in

9  Liberia provided him with a special set of skills that he

10  believed the Marine Corps would find useful.

11  Q.    Did the caller reference in any way his nationality in

12  connection with his reference to the U.S. Marine Corps?

13  A.    Yes, he did.  He said his U.S. passport expired and he

14  needed a new passport in order to get to the United States in

15  order to join the U.S. Marine Corps.

16  Q.    Did he say what nationality he was?

17  A.    He said he was an American.

18  Q.    Did the caller have any other questions or inquiries in

19  that phone conversation?

20  A.    Yes, he did.  He also inquired if he was on the U.N. travel

21  ban.

22  Q.    Did you know what the U.N. travel ban was?

23  A.    Yes.

24          MR. WYLIE:   Objection, Your Honor.  Relevance.

25          MS. HECK-MILLER:   Your Honor, this is the substance of

**October 8, 2008**

## McMullen - Direct

1    the inquiry.

2              THE COURT:    Overruled.

3    BY MS. HECK-MILLER:

4    Q.   Did you know what the U.N. travel ban was?

5    A.   Yes, I did.

6    Q.   In very brief terms, what was the U.N. travel ban?

7    A.   The U.N. travel ban prohibited certain people from

8    international travel.

9    Q.   And did you make any response to the caller's inquiries?

10   A.   I did.

11             MR. WYLIE:    Objection, Your Honor.   Relevance.

12             THE COURT:    Overruled.

13   BY MS. HECK-MILLER:

14   Q.   You may answer.

15   A.   I did.   I said that I did not know if he was on the travel

16   ban, but I would find out for him

17   Q.   Was there anything said in the conversation concerning any

18   future communication between yourself and the caller?

19   A.   No.

20   Q.   Did you expect to hear from him again?

21   A.   I suspected that I would, yes.

22   Q.   And why was that?

23   A.   He had called in the past before my arrival.

24   Q.   And did you get any further -- withdrawn.

25             Did you have any further communications with that same

## McMullen - Direct

1  caller?

2  A.   I did.   From the period of October of 2004 until May, 2005,

3  I had two or three other phone calls from Charles Taylor, Jr.

4  Q.   And were these phone calls always to the same cell phone

5  number that you previously mentioned?

6  A.   Yes.

7  Q.   And who called whom?

8  A.   It was always the defendant who called me.

9  Q.   And what was the gist of these two or three subsequent

10  phone calls?

11  A.   All the phone calls were related to the U.N. travel ban.

12  Q.   And what, if anything, was said concerning the caller's

13  nationality in any of those calls?

14  A.   That he was an American and that he needed a passport to

15  travel.

16  Q.   Did you in any of these phone calls make any response to

17  the caller's prior inquiry as to whether he was still on the

18  U.N. travel ban?

19          MR. WYLIE:   Objection.   May we approach?

20          THE COURT:   You may.

21

22

23

24

25

**October 8, 2008**

## McMullen - Direct

1          [Proceedings at sidebar follow]:

2          MR. WYLIE:  First of all, the prosecution just asked

3     him if he was still on the travel ban.  There has been no

4     mention whether he was or was not on the travel ban and, Your

5     Honor, this is extremely prejudicial and irrelevant.

6          What does it have to do with anything?  It shows the

7     U.N. thinks he's a bad person.  It has no relevance to whether

8     or not he tortured somebody.

9          MS. HECK-MILLER:  Your Honor, I will clarify with the

10    witness the caller's appreciation that he had been on the

11    travel ban.

12          With regard to relevance, the defendant's travel back

13    to the United States and presence in the United States is one

14    of the elements of this offense, and the means by which he

15    traveled and the concealment of his father's identify when he

16    travelled is directly involved.

17          This is also linked to his concern about his American

18    nationality and wish to join the United States Marines.  It is

19    all inextricably intertwined with the substance of his relevant

20    conversations concerning his wish to be able to come back to

21    the United States.

22          MR. WYLIE:  Your Honor, jurisdiction from the statute

23    is determined by Mr. Emmanuel's found here or he's an American

24    citizen.  How he got here, why he got here, the process with

25    which he got here has nothing to do with any of that.

**October 8, 2008**

## McMullen - Direct

1          It is also my understanding they're going to talk

2     about him lying on the passport about his father's identity.   I

3     don't know why we would be getting into any of that either.

4     That's a separate crime.   It's 404(b).   It hasn't been noticed

5     and has nothing to do with this case.

6          MS. HECK-MILLER:   Your Honor, we have not made any

7     representation that we would not address the defendant's own

8     statements concerning this falsification on his passport.   In

9     fact, that is a matter of a motion that Mr. Caridad has filed

10    and our time to supply is not yet up.

11         The defendant made statements about that the

12    falsification with regard to his passport, specifically with

13    regard to his father's identity in a case in which he is

14    charged with being a co-conspirator with that very individual.

15    That is a point relevant to this case.

16         We are not going to elicit anything about whether he

17    was charged or convicted of passport fraud, but the fact he

18    made a false statement concerning who his father was in order

19    to come back to the United States is directly relevant to these

20    charges.

21         MR. WYLIE:   Under 403, it should be kept out.   It's,

22    essentially, a false statement to the Government.

23         THE COURT:   Overruled.

24

25

**October 8, 2008**

## McMullen - Direct

1          [Proceedings in open court follow]:

2     BY MS. HECK-MILLER:

3     Q.   Lieutenant Colonel McMullen, returning to your initial

4     conversation with the caller and the travel ban, who brought up

5     that topic?

6     A.   Charles Taylor did.

7     Q.   With reference to that topic, did he give any indication he

8     was or had been on the travel ban?

9     A.   Yes, he thought he was on the travel ban and --

10    Q.   Thank you, Lieutenant Colonel McMullen.

11         Lieutenant Colonel McMullen, returning now to the

12    question I previously asked you, what, if any, reply did you

13    ever make to the caller in any of these subsequent calls as to

14    whether -- withdrawn.

15         Let me state it this way:  Let me just ask you, did

16    you ever make a reply to the caller as to whether or not he was

17    on the travel ban?  I'm just asking whether you made some reply

18    to the caller in that regard.

19    A.   Yes, I did.

20    Q.   Thank you.

21         Did there come a time when you had a final telephone

22    conversation with the caller?

23    A.   Yes, I did.

24    Q.   When was that?

25    A.   That was in May of 2005.

**October 8, 2008**

## McMullen - Direct

1   Q.   Approximately when in 2005 did you have a phone

2   conversation with the same caller?

3   A.   It was in May.

4   Q.   And who called whom?

5   A.   It was Charles Taylor, Jr. that called me.

6   Q.   Was that on that same DATT cell phone?

7   A.   Yes, it was.

8   Q.   And what, if anything, did Charles Taylor say in that

9   conversation?

10  A.   It was similar to the others.   He wanted to travel so that

11  he could get a job with a U.S. Government contractor in Iraq.

12  Q.   Did he say why?

13  A.   He said his finances were running low.   He wanted to do

14  something different.   He thought contracting might be a good

15  avenue for him to work.

16  Q.   Did you make any response to him?

17  A.   Yes, I did.   I asked him to put his request in an email and

18  send it to me.

19  Q.   And did he do that?

20  A.   He did.

21  Q.   How long after the conversation in May of 2005 did you

22  receive any email?

23  A.   It was about a month later.   It was in June, 2005 when I

24  received an email.

25  Q.   And who was the email from?

## McMullen - Direct

1    A.   It was from Charles Taylor, Jr.

2    Q.   How did you know that?

3    A.   He identified himself as Charles Taylor, Jr. in the email.

4    Q.   Did he say the words "Charles Taylor, Jr." in the email?

5    A.   I don't think so.

6    Q.   Lieutenant Colonel McMullen, I'm handing you a copy -- I'm

7    handing you two items which are marked for identification

8    purposes as CCE 10 and CE 11.

9         [Government Exhibit CE 10 marked for identification at

10   9:57 a.m]

11   BY MS. HECK-MILLER:

12   Q.   Could you look, please, first at CE 10?

13   A.   Yes.

14   Q.   Do you recognize CE 10?

15   A.   I do.

16   Q.   What do you recognize CE 10 to be?

17   A.   This is the email I received from Charles Taylor, Jr. in

18   June of 2005.

19   Q.   When you received that email in June of 2005, did you do

20   something to preserve it?

21   A.   I did.   I printed it.

22   Q.   After you printed it, did you retype it someplace?

23   A.   I did.

24   Q.   Is this a printout of what you retyped?

25   A.   Yes.

**October 8, 2008**

## McMullen - Direct

1  Q.   Is this an exact verbatim copy of the printed out email?

2  A.   Yes, it is.

3  Q.   Did you also copy the header information or just the text?

4  A.   Just the text.

5  Q.   And at the beginning of that message, is there something

6  that enables you to identify it as the email that you got from

7  Charles Taylor?

8  A.   Yes.

9  Q.   And what is that?

10  A.   It says "He wants to talk."

11         MS. HECK-MILLER:   The Government offers CE 10 in

12  evidence.

13         THE COURT:   Admitted.

14   [Government Exhibit CE 10 received in evidence at 9:58 a.m]

15  BY MS. HECK-MILLER:

16  Q.   Lieutenant Colonel McMullen --

17         MS. HECK-MILLER:   Could I have a moment with counsel,

18  please?

19         THE COURT:   Yes.

20         MS. HECK-MILLER:   (Conferring with Mr. Wylie.)

21  BY MS. HECK-MILLER:

22  Q.   Lieutenant Colonel McMullen, after the "Subject" line of

23  that email, what is the very first word?

24  A.   "Major."

25  Q.   Who did you understand that to be?

**October 8, 2008**

## McMullen - Direct

1  A.   Me.

2  Q.   What are the next words?

3  A.   "Charlie Tango."

4  Q.   Who did you understand Charlie Tango to be?

5  A.   Charles Taylor.

6  Q.   Lieutenant Colonel McMullen, what, if anything, did Charles

7  Taylor, Jr. say in this email concerning any right to go back

8  home?

9  A.   He says legally he has all the right to go back home when

10 he wants to.

11 Q.   You are saying "he."  Can you read the actual words he says

12 that are written by him in that regard?

13 A.   Yes.   "Legally I have all the right to go back home when I

14      want to."

15 Q.   What, if anything, does this email say about the caller's

16 nationality?

17 A.   Quote:   "I will say again I am an American first before

18      anything else."

19 Q.   Lieutenant Colonel McMullen, did you have any more

20 telephone conversations with this caller after the May, 2005

21 telephone conversation that preceded this email?

22 A.   No, no more telephone calls.

23 Q.   What further communication did you have with him?

24 A.   I received one more email.

25 Q.   And when did you receive one more email?

**October 8, 2008**

## McMullen - Direct

1    A.    That was in July of 2005.

2    Q.    Had you asked for or solicited that other email?

3    A.    No, I did not.

4    Q.    What did you do when you got that email?

5    A.    I printed it.

6    Q.    And did you, again, copy the text of it into your

7    reporting?

8    A.    I did.

9    Q.    I would ask you, please, to take a look at Government's

10   Exhibit CE 11.

11   A.    (Complied.)

12   Q.    Do you recognize CE 11?

13   A.    I do.

14   Q.    What is CE 11?

15   A.    CE 11 is the email that Charles Taylor, Jr. sent to me in

16   July of 2005.

17   Q.    Is that a verbatim copy of the text of that email?

18   A.    Yes, it is.

19          MS. HECK-MILLER:   The Government offers CE 11 in

20   evidence.

21          THE COURT:   Admitted.

22     [Government Exhibit CE 11 received in evidence at 10:01 a.m.]

23   BY MS. HECK-MILLER:

24   Q.    Lieutenant Colonel McMullen, what, if anything, does this

25   email say concerning the nationality of the writer of the

**October 8, 2008**

## McMillen - Cross

1  email?

2  A.   The email says -- quote -- "All I can say is that I am an

3       American first."

4  Q.   Could you read the entire sentence, please?

5  A.   "All I can say is that I'm an American first and if my

6       Government feels that I'm irrelevant, then let them not

7       create barriers for me to go home."

8  Q.   Did you reply to the email?

9  A.   I did not.

10  Q.   Did you hear further from him?

11  A.   I did not.

12  Q.   When did you leave Liberia?

13  A.   I left in October of 2005.

14           MS. HECK-MILLER:   May I have a moment, Your Honor?

15           THE COURT:   You may.

16           MS. HECK-MILLER:   Your Honor, I tender the witness.

17           MR. WYLIE:   Your Honor, may I suggest we take our

18  morning break at this point?  I have something I'd like to

19  discuss with my client.  I can do it now, but --

20           THE COURT:   Why don't you do it now?

21      [Counsel and the defendant confer 10:03 a.m]

22           MR. WYLIE:   Thank you for the indulgence, Your Honor.

23                        CROSS EXAMINATION

24  [Beginning at 10:05 a.m, 10/8/08.]

25  BY MR. WYLIE:

**October 8, 2008**

## McMillen - Cross

1  Q.   Lieutenant Colonel, good morning.

2  A.   Good morning.

3  Q.   Now, you said this person that reached out to you was

4  Charles Taylor, Jr.?

5  A.   Yes.

6  Q.   Or that was your understanding at least?

7  A.   Yes.

8  Q.   And you knew who Charles Taylor, Jr. was.   Right?

9  A.   I never met him personally, but I knew who he was, yes.

10  Q.   As attaché in Monrovia, you certainly knew Charles Taylor,

11  Jr. as the son of the President.   Right?

12  A.   Yes.

13  Q.   And the content of the emails indicates that he believes

14  you knew who he was.   Correct?

15  A.   That's correct.

16  Q.   And he was the one that reached out to you.   Is that

17  correct?

18  A.   That's correct.

19  Q.   He indicated he was in Trinidad and Tobago?

20  A.   Yes.

21  Q.   Do you have knowledge now that's, in fact, where he was?

22  A.   That is where I believed him to be.

23  Q.   And he said that he wanted to come home to the United

24  States?

25  A.   Yes, sir.

**October 8, 2008**

# McMullen - Redirect

1    Q.    And he wanted to join the Marines?

2    A.    Yes, sir.

3    Q.    And it was him that suggested that?

4    A.    Yes, it was.

5    Q.    You have to have a background check to get into the

6    Marines.    Right?

7    A.    They do.

8    Q.    This person said to you he was an American first.    Correct?

9    A.    Yes.

10            MR. WYLIE:    Thank you, Your Honor.    No further

11   questions.

12            THE COURT:    Redirect.

13                        REDIRECT EXAMINATION

14   [Beginning at 10:07 a.m., 10/8/08.]

15   BY MS. HECK-MILLER:

16   Q.    Lieutenant Colonel McMullen, did this caller give you any

17   other reason why he wanted to come back to the United States in

18   addition to or besides joining the U.S. Marines?

19   A.    All his communications to me indicated that he wanted to

20   get back to the United States under any pretense, and the first

21   phone call he indicated that he wanted to come back to the

22   United States in order to join the Marine Corps, but I thought

23   that was just a pretense in order to get a passport to enable

24   him to travel back to the States.

25   Q.    Did he give any other motivations why he wanted to be in

**October 8, 2008**

## McMullen - Redirect

1  the United States?

2              MR. WYLIE:   Objection, Your Honor.   Speculation.

3              THE COURT:   Overruled.

4  A.   None that I can recall.

5  Q.   What, if anything, did the defendant address with regard to

6  his finances?

7  A.   He said he was running low on money.

8  Q.   And in his conversations, was that connected in any way to

9  his wish to get back to the United States?

10 A.   I assumed --

11 Q.   Lieutenant Colonel McMullen, let me ask you not to tell us

12 what you assumed, but was there any connection between those

13 based on the contents of the conversations?

14 A.   Finances, to get back to the states.

15             MS. HECK-MILLER:   Thank you.

16             I have no further questions.

17             THE COURT:   Thank you.   You are excused.

18             Your next witness.

19              [The witness was excused at 10:09 a.m]

20             MS. ROCHLIN:   May we have a moment to confer, Your

21 Honor?

22             May we have a brief sidebar?

23

24

25

**October 8, 2008**

## McMullen - Redirect

1          [Proceedings at sidebar follow]:

2              MS. ROCHLIN:  Your Honor, the witness we intended to

3    call next was Mr. Miroff who addresses the Swedish medical

4    records for Mr. Jusu and Turay.  We moved up Mr. McMullen.  We

5    didn't want to have a break.  Once again, we're back to

6    Mr. Miroff.

7              I can call another witness ahead of him, but that

8    witness will also have a shorter direct.  I'm not sure if that

9    witness will take us to where the Court will want to break for

10   the morning.

11             THE COURT:  Let's take that witness.  We'll break

12   early.  They get restless if they're sitting more than an hour

13   and a half.

14             MR. CARIDAD:  Is this time for the morning break?

15             THE COURT:  No.  We'll take an earlier than usual

16   break.

17

18

19

20

21

22

23

24

25

**October 8, 2008**

**Ketter - Direct**

1           [Proceedings in open court follow]:

2           MS. ROCHLIN:   Your Honor, the United States calls

3    Joseph Ketter.

4

5           JOSEPH KETTER, GOVERNMENT'S WITNESS, SWORN

6                       DIRECT EXAMINATION

7    [Beginning at 10:11 a.m]

8    BY MS. ROCHLIN:

9    Q.   Sir, please tell us your name and spell your name.

10   A.   My name is Joseph Ketter, J-o-s-e-p-h K-e-t-t-e-r.

11   Q.   Mr. Ketter, are you here today under subpoena?

12   A.   Yes.

13   Q.   Do you have any choice whether or not to come to court and

14   testify?

15   A.   I have no, no choice.

16   Q.   Mr. Ketter, please tell us what country you were born in?

17   A.   I was born in Liberia, Gbarnga in Bong County.

18   Q.   Gbarnga in Bong County?

19   A.   Yes.

20   Q.   Mr. Ketter, how much education, how much school did you get

21   while you were living in Liberia?

22   A.   High school.

23   Q.   After high school, Mr. Ketter, were you able to find work?

24   A.   After high school, I become a cab driver, a taxi driver.

25   Q.   A taxi driver?

**October 8, 2008**

## Ketter - Direct

1  A.  Yes.

2  Q.  Where was it you worked as a taxi driver?  In what city or

3  what area?

4  A.  The Gbarnga, the first place.  The second place, Kakata.

5  The next place, Monrovia.

6  Q.  Gbarnga was the first place?

7  A.  Yes.

8  Q.  Kakata?

9  A.  In Margibi County.

10  Q.  Then did you work as a taxi driver in Monrovia?

11  A.  Yes.

12  Q.  Mr. Ketter, after working as a taxi driver in Monrovia, did

13  a time come when your employment driving changed, when your

14  work changed?

15  A.  I was working as a taxi driver 'til the war in 1990.

16  Q.  When the war came -- you were working as a taxi driver

17  until the war came in 1990?

18  A.  Yes.

19  Q.  When the war came, what did you do for work?

20  A.  When the war came, I was still in Monrovia as a taxi

21  driver.  At that time, the war had not hit Monrovia.  It was

22  still in interior part of Liberia.

23  Q.  Did the time come, Mr. Ketter, when you began to work for

24  one specific person?

25  A.  Yes.

**Ketter - Direct**

1  Q.   And can you tell us who was the individual that you began

2  to work for?

3  A.   First of all, I --

4            THE COURT:   Can you move away from the microphone?

5            THE WITNESS:   (Complied.)

6            Thank you.

7  A.   First of all, I worked as the driver for Mr. Taylor,

8  Adolphus Taylor.

9  Q.   When you began your job as the driver for just one person,

10  that person was Adolphus Taylor?

11  A.   It was not just one person.   It was Adolphus Taylor first.

12  Q.   And who was Adolphus Taylor?

13  A.   Charles Taylor brother.

14  Q.   When you say "Charles Taylor," who are you talking about?

15  A.   I'm talking about the former President of Liberia brother.

16  Q.   Did you keep working for Adolphus Taylor or did a time come

17  when you began to work for somebody else?

18  A.   It came a time when I left Adolphus Taylor.

19  Q.   Who did you work for after you worked for Adolphus Taylor?

20  A.   Chuckie Taylor.

21  Q.   Now, can you explain, Mr. Ketter, between Adolphus Taylor

22  and Chuckie Taylor, did you work for anybody else?

23  A.   I work for Bob Taylor.

24  Q.   Who is Bob Taylor?

25  A.   Bob Taylor is Charles Taylor brother.

**October 8, 2008**

## Ketter - Direct

1  Q.   Is that another brother of Charles Taylor in addition to

2  Adolphus Taylor?

3  A.   Yes.

4  Q.   Mr. Ketter, do you remember a time when you were working

5  for Bob Taylor that you became ill?

6  A.   Yes, I remember.

7  Q.   And during the time you were working for Bob Taylor and you

8  became ill, when you were sick, do you remember meeting

9  anybody?

10 A.   Yes.   When I got sick, I were working for Bob Taylor.   I

11 met Mr. Chuckie Taylor's mom.  She went to visit Bob Taylor.

12 Q.   And do you remember the name of Mr. Chuckie Taylor's mom?

13 A.   Yolanda.

14 Q.   Do you remember the last name of the person you knew as

15 Chuckie Taylor's mom?

16 A.   Emmanuel.

17 Q.   And when you met Yolanda Emmanuel, what, if anything,

18 happened?

19 A.   When I met her -- when she met me at Bob Taylor's house

20 when I was ill, she saw me and she feel sorry for me and she

21 told me that --

22         MR. CARIDAD:   Objection, Your Honor.   Hearsay.

23 BY MS. ROCHLIN:

24 Q.   What did she do for you, Mr. Ketter?

25 A.   She took me -- she gave me money to go to the clinic for

**October 8, 2008**

## Ketter - Direct

1   treatment.

2   Q.   Did you get that treatment?

3   A.   Yes.

4   Q.   After you got the treatment, did you develop any kind of

5   relationship with Yolanda Emmanuel?

6   A.   She told me I would be her driver.

7          MR. CARIDAD:   Objection, Your Honor.   Hearsay.

8   BY MS. ROCHLIN:

9   Q.   Mr. Ketter, without getting into what Ms. Emmanuel said to

10  you, can you tell us whether or not there was anything you did

11  for Yolanda Emmanuel?

12  A.   Driving.

13  Q.   And did you become her driver for money?

14  A.   Yes.

15  Q.   And what places would you drive Yolanda Emmanuel?

16  A.   Downtown Monrovia at the grocery store, to Whiteflower, to

17  the mansion, to my brother church, because she asked me for me

18  to take her to my brother church and I took her to my brother

19  church for prayer.

20  Q.   Mr. Ketter, when you refer to Whiteflower, what are you

21  referring to?

22  A.   Whiteflower is where Chuckie father used to live in

23  Monrovia.

24  Q.   When you refer to the mansion, what are you referring to?

25  A.   The mansion is the place where the President usually have

**October 8, 2008**

## Ketter - Direct

1  their office.   They do all their official job and live there

2  also.

3  Q.   When you talk about the mansion, is that the full name for

4  the building or is there a longer name?

5  A.   That is the full name that I know as Executive Mansion.

6  Q.   Mr. Ketter, when you were driving for Yolanda Emmanuel, is

7  that constant employment or would you work for Ms. Emmanuel and

8  come and go?

9  A.   She told me to be her driver.   Whenever she goes to

10 Monrovia, I should drive for her.

11 Q.   And what would make you stop driving for Ms. Emmanuel?

12 A.   Once she leaves to come back to the United States.

13 Q.   Now, was there a time when Ms. Emmanuel introduced you to

14 anybody?

15 A.   She introduced me to her son and to her son that "This is

16      my driver."

17 Q.   Where did this introduction take place, Mr. Ketter?

18 A.   At Mr. Chuckie Taylor house.

19 Q.   What city was Mr. Chuckie Taylor's house when you met him?

20 A.   Congotown Back Road.

21 Q.   When you say Congotown Back Road, what city are you talking

22 about?

23 A.   Monrovia, Congotown.

24 Q.   Is Congotown a section of Monrovia?

25 A.   Congotown is another -- it's in Monrovia but another city.

**October 8, 2008**

## Ketter - Direct

1  Q.   Mr. Ketter, explain what happened when you met Mr. Chuckie

2  Taylor for the first time.

3  A.   For the first time when I met Chuckie Taylor when the mom

4  took me to his house.   At the time he wasn't there.   He has not

5  come from out yet.   It was just me and his mom and his

6  security.

7  Q.   Did you drive Yolanda Emmanuel to Chuckie Taylor's house?

8  A.   Yes.

9  Q.   And did Ms. Emmanuel go inside of the house?

10  A.   She went in the house.   I were outside.

11  Q.   You were outside while she was inside?

12  A.   Yes.

13  Q.   What happened after that?

14  A.   After that, Mr. Chuckie Taylor came in and he became very,

15  very angry, yelling "Mom, mom, who is this guy?   Who the man?

16     Who the man in my house?"

17         He started yelling, upset what I was doing in his

18  yard.   He don't know me.

19  Q.   Mr. Ketter, is what Chuckie Taylor was yelling "Who the

20     man?   Who the man in my house?"   Is that what you just

21  said?

22  A.   Yes.

23  Q.   And when you saw Chuckie Taylor behaving in this fashion,

24  how did you react?

25         MR. CARIDAD:   Judge, I object to relevancy of this.

**October 8, 2008**

## Ketter - Direct

1          THE COURT:   Overruled.

2    A.   I was very afraid because he was --

3          MR. CARIDAD:   Objection.

4          THE COURT:   Sustained.

5    BY MS. ROCHLIN:

6    Q.   Did you stay afraid, Mr. Ketter, or did that change?

7    A.   I didn't hear you.

8    Q.   When you saw Chuckie Taylor for the first time, did you

9    stay afraid or did you stop being afraid?

10   A.   When I saw him the first time, I were afraid.

11   Q.   How long did that last?

12   A.   I were afraid 'til him mom tried to cool him down.

13   Q.   When the mom tried to cool him down, was there further

14   discussions involving the mother, Mr. Chuckie Taylor and

15   yourself?

16   A.   His mom say "Hey, that's my driver."  He and his mom went

17   back in the house and later on he came.  He said "You look

18       good.   Any time my mom go back to the states, I will let

19       you drive for me."

20   Q.   And did you agree to drive for Mr. Chuckie Taylor?

21   A.   I had no choice but to say yes.

22   Q.   Why do you say you had no choice but to say yes?

23          MR. CARIDAD:   Your Honor, I object to this line of

24   questioning.   Relevance.

25          THE COURT:   Overruled.

**October 8, 2008**

## Ketter - Direct

1   A.   Because at the time I cannot look at his face of Chuckie

2   Taylor, President's son, and say "I don't want to drive for

3       you."

4           They will tell you you have different intentions for

5   the President's son, why you don't want to drive for the

6   President's son.

7   Q.   Mr. Ketter, the person you know as Mr. Chuckie Taylor who

8   asked you to be his driver, do you see that person anywhere in

9   this courtroom?

10  A.   Yes.   He's right there.

11  Q.   Could you tell us, please, what he looks like or what he's

12  wearing?

13  A.   He's wearing black, sitting in the middle of these two

14  gentlemen.

15          MS. ROCHLIN:   For the record, indicating the

16  defendant, Your Honor.

17          THE COURT:   The record so reflects.

18  BY MS. ROCHLIN:

19  Q.   Mr. Ketter, do you remember when it was you began driving

20  for Mr. Chuckie Taylor?

21  A.   I started driving for Mr. Chuckie Taylor at the end of

22  1998, going to '99.

23  Q.   And how long did you continue driving for Mr. Chuckie

24  Taylor?

25  A.   I drove for Mr. Chuckie Taylor from the end of 1998 up to

**October 8, 2008**

## Ketter - Direct

1   '99.   '99, we got into 2000, I think, April or May.

2   Q.   April or May of 2000?

3   A.   Yes.

4   Q.   Mr. Ketter, what type of car or vehicle did you drive for

5   Mr. Chuckie Taylor?

6   A.   I drove Mercedes, BMW  I drove a Range Rover.

7   Q.   A Range Rover?

8   A.   Yes, and I drove a Volvo convertible open type and a Land

9   Cruiser, Toyota Jeep, Toyota truck, Land Cruiser.

10  Q.   Mr. Ketter, during the period that you were driving for

11  Mr. Chuckie Taylor, tell us whether you were his only driver or

12  not.

13  A.   I wasn't the only driver.

14  Q.   What type of driver were you?

15  A.   I driving like going out to the nightclub, going to go

16  visit his friends, going to across the bridge to visit his

17  friends and going to the club.   That's the only driving I used

18  to drive for him

19  Q.   Mr. Ketter, what was different about you and the other

20  drivers who were working for the defendant?

21          MR. CARIDAD:   Objection, Your Honor.   Assumes

22  something not in evidence.

23          MS. ROCHLIN:   I'll rephrase.

24  BY MS. ROCHLIN:

25  Q.   Mr. Ketter, tell us whether or not there was anything

**October 8, 2008**

## Ketter - Direct

1  different about you and the other drivers working for the

2  defendant.

3  A.   Because they was soldiers driver, military drivers and I'm

4  not military man.   I just civilian man.

5  Q.   You were a civilian, nonmilitary man?

6  A.   No, just civilian man, not military man.   So he had people

7  driving, soldiers, I mean, military drivers, and I were his

8  civilian driver.

9  Q.   As the civilian driver, Mr. Ketter, I believe you said you

10  drove the defendant to his friends.   Is that right?

11  A.   Yes.

12  Q.   And to clubs?

13  A.   Yeah.

14  Q.   Where were these clubs?

15  A.   Carey Street.

16  Q.   In Monrovia?

17  A.   Yes.

18  Q.   Carey Street?

19  A.   The other one is somewhere on Broad Street.

20  Q.   Also in Monrovia?

21  A.   Yes.

22  Q.   Were there other places in Monrovia where you would drive

23  the defendant, Mr. Ketter?

24  A.   Across the bridge.

25  Q.   Across the bridge?

**October 8, 2008**

## Ketter - Direct

1   A.   Yeah, Vaitown.

2   Q.   Vaitown?

3   A.   Yes.

4   Q.   Mr. Ketter, tell us whether or not you ever drove the

5   defendant any place outside of the City of Monrovia?

6   A.   Yes.

7   Q.   Where you did drive the defendant outside of the City of

8   Monrovia?

9   A.   I drove him to Gbatala.   I drove him to Gbarnga.

10  Q.   You drove him to Gbatala and you drove him to Gbarnga?

11  A.   Yes.

12  Q.   Mr. Ketter, do you remember when it was that you drove the

13  defendant to Gbatala for the first time?

14  A.   It was in '99.

15  Q.   Excuse me?

16  A.   1999.

17  Q.   In 1999?

18  A.   Yes, if I'm not forgetting.   Between February or March, if

19  I'm not forgetting.

20  Q.   When you drove the defendant to Gbatala for the first time

21  in 1999, do you remember, Mr. Ketter, was anybody else with you

22  in the car with the defendant?

23  A.   It was me and the defendant.

24  Q.   Was there anything else that you saw or noticed in the car

25  when you drove the defendant to Gbatala?

**October 8, 2008**

## Ketter - Direct

1  A.   He had guns, different, different kind of guns in the car.

2  Q.   And this first time, Mr. Ketter, did you take the defendant

3  all the way to Gbatala?

4  A.   Yes.

5  Q.   When you got to Gbatala, tell us what you did.

6  A.   When we got -- when I got to Gbatala, I drove in there.   I

7  was sitting in the car because he told me, say "You can't get

8      out.   Stay in the car."

9  Q.   What was the reason why you couldn't get out and you had to

10  stay in the car?

11  A.   Because at the base, I'm not allowed to get there.   It's a

12  military base.   I just his driver.

13  Q.   At the time you went to Gbatala for the first time, were

14  you in the military or were you a civilian?

15  A.   Civilian.

16  Q.   As a civilian, were you allowed to go anywhere on the base?

17  A.   No.

18  Q.   Were you allowed to go anywhere at all?

19  A.   Just in the car.

20  Q.   And did a time come when you left Gbatala Base that first

21  time?

22  A.   I didn't hear you.

23  Q.   Okay.

24       After getting the defendant to Gbatala Base, did you

25  stay there or eventually did you leave?

## Ketter - Direct

1  A.   After he got through talking with his people, then we left.

2  Q.   Now, how do you know the defendant was talking with his

3  people?

4  A.   Because he got down from the car and I saw him walking,

5  talking with group of soldiers, group of men.

6  Q.   And what type of men were these that you saw the defendant

7  talking with?

8  A.   Military men, were dressed in a black uniform with guns

9  hanging off of them

10 Q.   Military men dressed in a black uniform with guns hanging

11 off of them?

12 A.   Yes.

13 Q.   Mr. Ketter, was there another time when you went to

14 Gbatala?

15 A.   Yes.

16 Q.   And were you driving the defendant to Gbatala at that time?

17 A.   Yes.

18 Q.   And was there anything you noticed during that drive to

19 Gbatala?

20 A.   Just go on the base again, the same place.

21 Q.   And when you went on the base again, were you allowed to go

22 anywhere on the base?

23 A.   No.

24 Q.   What did you do while you were on the base?

25 A.   Go on the base.  Just stayed by my car.  I can't go no

**October 8, 2008**

## Ketter - Direct

1  where because I'm not allowed.

2  Q.   And while you were waiting at the base by your car, was

3  there anybody that you saw?

4  A.   Yes, I saw the same group of men as usual all over him and

5  they all walking, talking.

6  Q.   And eventually, Mr. Ketter, did you leave the base at

7  Gbatala?

8  A.   Yeah, we left.  We went back to Monrovia.

9  Q.   Now, was this trip to Gbatala, the next trip, was it also

10 in 1999?

11 A.   Yes.

12 Q.   And, Mr. Ketter, was there a time after that when you went

13 back to Gbatala?

14 A.   Went to Gbarnga.

15 Q.   But went to Gbarnga?

16 A.   Yes.

17 Q.   Were there any other trips to Gbatala?

18 A.   I think I made another trip at Gbatala.  I think so.  I

19 went there three times.  I went there three times with him

20 Q.   With the defendant?

21 A.   Yes.

22 Q.   When you took the third trip to Gbatala, was there anything

23 in the car that you noticed or not?

24 A.   Guns.

25 Q.   What kind of guns did you notice in the car, if you

**October 8, 2008**

## Ketter - Direct

1  remember?

2  A.   I saw pistols.   I saw long-range gun and I saw a grenade.

3  Q.   And this third trip to Gbatala, were you allowed to go

4  anywhere on the base?

5  A.   No.

6  Q.   What did you do while you were on the base?

7  A.   I just stay by my car.

8  Q.   And while you were staying by your car, what, if anything,

9  did you see?

10  A.   I see him walking with -- the moment he goes on the base, a

11  group of men come around him and they all start walking and

12  they walk and talk.   What they talking, I don't know.

13  Q.   Now, Mr. Ketter, from any of these trips to the base at

14  Gbatala, did you see anybody besides the defendant that you

15  recognized or that you knew by name?

16  A.   No.

17  Q.   Was there a time, Mr. Ketter, when you saw somebody from

18  Gbatala, other than the defendant, in Monrovia?

19  A.   Yes.

20  Q.   Who was the person that you saw at both Gbatala and in

21  Monrovia?

22  A.   I saw one of his, one of his bodyguard or security, a

23  dark-skinned man that I can not remember his name, went to his

24  house.

25  Q.   Do you remember where this dark-skinned man was from?

**October 8, 2008**

## Ketter - Direct

1          MR. CARIDAD:   Objection, Your Honor.   Relevance.   Lack

2    of personal knowledge.   Hearsay.

3          MS. ROCHLIN:   It goes to the identity of the

4    individual he observed.

5          MR. CARIDAD:   Same objection.

6          THE COURT:   Overruled.

7    BY MS. ROCHLIN:

8    Q.   The man you saw at both Gbatala and in Monrovia,

9    Mr. Ketter, did you ever hear that man speak?

10   A.   Yes.

11   Q.   Did you hear his accent?

12   A.   Yes.

13   Q.   And based on what you saw and what you heard, did you learn

14   where this individual you described as a dark-skinned man was

15   from?

16          MR. CARIDAD:   Hearsay, Your Honor.   Objection.

17          MS. ROCHLIN:   Based on personal observation, Your

18   Honor.

19          THE COURT:   Overruled.

20   A.   That he from one of the French African speaking country

21   called Gambia.

22   Q.   Mr. Ketter, where was it in Monrovia that you saw the

23   dark-skinned man from Gambia?

24   A.   He went to Chuckie's house.

25   Q.   At this time, Mr. Ketter, are you able to remember the name

## Ketter - Direct

1   of the man from Gambia you saw at the base or at Chuckie's

2   house?

3   A.   I cannot remember his name, but if I see him, I will

4   identify him

5              MS. ROCHLIN:   Your Honor, at this time I would ask the

6   Court's permission to show an exhibit to the witness for

7   identification purposes only.   That would be Government's

8   Exhibit AT 17.

9    [Government Exhibit AT 17 marked for identification at 10:35

10                              a.m]

11             THE COURT:   You may.

12  BY MS. ROCHLIN:

13  Q.   Mr. Ketter, on the screen in front of you, do you see a

14  photograph?

15  A.   Yes.

16  Q.   And do you recognize the people in the photograph?

17  A.   I recognize one person.   I recognize one man.

18  Q.   Who is the one man that you recognize in the photograph?

19  A.   The man that went to Chuckie Taylor house.

20  Q.   Do you know the location where this photograph was taken

21  Mr. Ketter?

22  A.   No.

23  Q.   In the photograph, can you tell us, Mr. Ketter, where is

24  the man that you recognize?

25  A.   He's standing between this white guy and the other white

**October 8, 2008**

## Ketter - Direct

1    guy.   He got a hat.

2                MS. ROCHLIN:   Your Honor, at this time the United

3    States moves for the admission of Government's Exhibit AT 17.

4                MR. CARIDAD:   I have an objection, Your Honor.

5                THE COURT:   You have an objection?

6                MR. CARIDAD:   Yes.

7                THE COURT:   Why don't we take our morning recess,

8    ladies and gentlemen.   Please don't discuss the case.   We'll

9    take 10 minutes.

10               [The jury leaves the courtroom at 10:37 a.m.]

11               THE COURT:   Thank you.   You are excused.   You're free

12   to go for now.

13               [The witness was excused at 10:37 a.m.]

14               MR. CARIDAD:   Could I have one moment, Your Honor?

15               THE COURT:   Yes.

16               MR. CARIDAD:   Your Honor after talking to my

17   colleague, we withdraw the objection to the admission of this

18   photograph.

19               I'm glad I did it anyway for two reasons.   I did

20   sincerely have an objection to it, but I'm going to need some

21   time to speak to my client about this witness.   I never heard

22   of this gentleman before.   It's the first time I'm hearing what

23   he's saying.   I need some time to converse with my client and I

24   also need a bathroom break.

25               THE COURT:   We'll give you the break you need.   We'll

## Ketter - Direct

1   be back in five minutes to address the exhibits, the ones from

2   Sweden, the medical records.

3              We may have to bifurcate his testimony, take up your

4   cross after the lunch hour so you can have an opportunity to

5   talk to him

6              MR. CARIDAD:   When we come back we'll talk about the

7   Swedish records?

8              THE COURT:   I think that's the Government's next

9   witness.

10             [There was a short recess at 10:40 a.m]

11             THE COURT:   Mr. Caridad, I'll hear your objection to

12  the medical records.

13             MR. CARIDAD:   Judge, in my motion I've attached copies

14  of the documents the Government intends to offer and I've

15  highlighted the portions that we object to.   Basically, all of

16  the objections are grounded on the rule's requirement that the

17  statements be statements that are reasonably pertinent to a

18  decision for the providing of treatment, details of an injury,

19  for example, that are not necessary for treatment, but only

20  serving to suggest fault do not qualify.   As an example, from

21  Brown versus Seaboard Airline Railroad Company.   This

22  particular history how plaintiff got under the train was not

23  necessary for purpose of treatment.   This testimony as to

24  causation did not relate to a condition of treatment or symptom

25  for which treatment was sought.

**October 8, 2008**

## Ketter - Direct

1          If we look at these records, the first one is numbered

2    page 30(36) it seems to be like a social gathering of social

3    information that is not geared for treatment, but simply

4    someone goes in to some sort of a refugee center, I assume this

5    is, and certain information is taken from them that we don't

6    even know if it's provided to a physician or not.

7          "He comes from Sierra Leone, speaks English, Creole,

8       Mendi.  Fled in 1999 to Liberia.  There he was assaulted in

9       various ways.  Hands tied behind his back for one week and

10      then his left arm was paralyzed for four months.  Was

11      burned with burning plastic."

12          We don't even know if this was sent to a physician.

13   It's under the label "Social."  That, to me, means it's not

14   given for the purpose of any diagnosis, just like "Where are

15      you from?  Tell us a little bit about yourself."

16          There's no evidence that it was for something that a

17   doctor was going to consider.  That's my first objection as to

18   this.

19          The second document is 2(7).  He's complaining of

20   lower back pain.  "Seven years ago he was abused and tortured

21      with kicks and beatings."

22          THE COURT:  Let's try to short-circuit this because

23   I've read your motion.  I've looked at the documents.  This is

24   more in the nature of a reply to the Government's response

25   which was filed on October 1st.

**October 8, 2008**

## Ketter - Direct

1          Why aren't these documents and the statements

2    contained in those documents that you object to admissible

3    under United States versus Darden.

4          MR. CARIDAD:  Well, Your Honor, for example, 2 -- the

5    second one -- that says "abused and tortured."  That's blaming

6    somebody.

7          THE COURT:  It's not identifying.  It's not saying "I

8       was beaten by the cops," just that "I was beaten," which is

9    what Darden addresses.

10          MR. CARIDAD:  I'm not talking about beating.

11          THE COURT:  I'm looking at the Darden case.  I'm

12    asking you to distinguish these statements you object to and

13    those statements the 11th Circuit found admissible under the

14    rule in Darden.

15          MR. CARIDAD:  "I was beaten" is fine.  "I was tied up"

16    is fine.  When he says "I was abused and tortured," that's a

17    conclusion by him  That's something that denotes fault.  When

18    someone is abused, that's fault.  When someone is tortured,

19    that's a fault.  That's not necessary for treatment.

20          "Someone kicked me.  Someone beat me," but to say "I

21       was abused.  I was tortured" is not necessary for

22    evaluation by a doctor.

23          I understand the words "kicking" and "beating," but

24    not "abusing" and "torture."  That's what they want to offer.

25    They want to say "This man told somebody whatever date this was

## Ketter - Direct

1    in 2007 that he was abused and tortured."  That's not

2    necessary for medical treatment.  "I was kicked.  I was

3    burned," that's all right, but not "abused" and "tortured."

4         THE COURT:  All right.  I'm not persuaded that those

5    words make these statements distinguishable from those which

6    the 11th Circuit found to be admissible under the exception to

7    the Hearsay Rule and, therefore, your motion is denied.

8         MR. CARIDAD:  Thank you, Your Honor.

9         THE COURT:  Let's bring the jury in please.

10        [The jury returns to the courtroom at 10:52 a.m]

11        THE COURT:  Everyone please be seated.

12        MS. ROCHLIN:  Your Honor, before the break the United

13   States moved for the admission of AT 17.

14        THE COURT:  Admitted.

15    [Government Exhibit AT 7 received in evidence at 10:52 a.m]

16        MS. ROCHLIN:  The United States would ask to publish

17   the exhibit to the jury.

18        THE COURT:  You may.

19   BY MS. ROCHLIN:

20   Q.  Mr. Ketter, you had indicated before the recess you

21   recognized one of the individuals on the screen.

22   A.  Yes.

23   Q.  Which individual in the photograph do you recognize?

24   A.  The man with the hat that's standing between the two white

25   guys.

**October 8, 2008**

## Ketter - Direct

1   Q.   Mr. Ketter, if you would, I'm going to ask you to try and

2   place your finger on the screen and by sliding your finger

3   around the head of the individual you recognize, the screen

4   should allow you to draw a circle.   Would you, please, try

5   that?

6   A.   Yes.   This is the man right here.

7   Q.   And the man that you've just marked with a red mark,

8   Mr. Ketter, who is that man?

9   A.   That man, he one of the soldiers for Chuckie that went to

10  Chuckie house that I met.

11  Q.   And apart from seeing the man at the defendant's house,

12  what was the other place where you saw him?

13  A.   Sometime at the -- I saw him once at the base.

14  Q.   Referring to Gbatala?

15  A.   Yes.

16         MS. ROCHLIN:   If I could ask Agent Baechtle to take

17  down the picture from the screen at this time.

18         AGENT BAECHTLE:   (Complied.)

19  BY MS. ROCHLIN:

20  Q.   Mr. Ketter, you've made some references to the defendant's

21  house.   Do you recall those references?

22  A.   Yes.

23  Q.   And what part of the defendant's -- strike that.

24         What was the area where the defendant's house was

25  located.

**October 8, 2008**

## Ketter - Direct

1  A.   Congotown Back Road by the beach.

2  Q.   Congotown Back Road by the beach?

3  A.   Yes.

4  Q.   Mr. Ketter, how often would you go to the defendant's

5  house?

6  A.   Every day.

7  Q.   And what was your reason for going to the defendant's house

8  every day?

9  A.   Driving, going away.

10        MS. ROCHLIN:   Your Honor, at this time, with the

11  Court's permission, I would ask Government's exhibit -- I would

12  ask for Government's Exhibit CG 06 to be placed on the screen

13  for the witness for identification.

14        THE COURT:   You may.

15     [Government Exhibit CG 06 marked for identification at

16  10:55 a.m.]

17        AGENT BAECHTLE:   (Complied).

18  BY MS. ROCHLIN:

19  Q.   Mr. Ketter, do you see a photograph on the screen at this

20  time?

21  A.   Yes.

22  Q.   That photograph, which is marked for identification as CG

23  6, does it show something that you recognize?

24  A.   Yes.

25  Q.   What do you see in the photograph?

## Ketter - Direct

1  A.   His brown gate and the house, the other side facing the

2  beach way.

3  Q.   Whose brown gate and whose house facing the beach way?

4  A.   Chuckie.

5  Q.   And does that photograph fairly and accurately show what

6  the defendant's house looked like when you were going there as

7  his driver?

8  A.   At that time, it wasn't like this.  A lot of trees have

9  grown up.

10 Q.   Apart from the trees, does the house look the same or not?

11 A.   I would say it's still painted white and the gate is brown.

12 I would say yes, it stayed the same way from when I left.

13        MS. ROCHLIN:   Your Honor, at this time the United

14 States moves for the admission of Government's Exhibit CG 6.

15        THE COURT:   Admitted.

16   [Government Exhibit CG 6 received in evidence at 10:56 a.m]

17        MS. ROCHLIN:   If I could ask the agent to bring up for

18 identification purposes Exhibit CG 7.

19        AGENT BAECHTLE:   (Complied.)

20 BY MS. ROCHLIN:

21 Q.   Mr. Ketter, do you see a photograph on your screen at this

22 time marked for identification as Exhibit CG 7?

23 A.   Yes.

24 Q.   And do you recognize what that photograph shows?

25 A.   I recognize his house, but the only thing that confusing to

**October 8, 2008**

## Ketter - Direct

1    me is the little stuff where they got in front of this

2    building.   That's what really confuse me, but I recognize this

3    house.

4    Q.   What is the house that you recognize?

5    A.   I recognize this house as the same as Chuckie house, but

6    just the thing in front of it is the one that confusing me.   At

7    the time, I didn't see it --

8    Q.   All right.

9    A.   -- when I was there.

10   Q.   As to the house itself, does the photograph accurately show

11   what the house looked like when you were there, just as to the

12   house?

13   A.   The house actually, yes, yes.

14           MS. ROCHLIN:   Your Honor, at this time the United

15   States moves for the admission of Government's Exhibit CG 7.

16           MR. CARIDAD:   I have no objection.

17           THE COURT:   Admitted.

18   [Government Exhibit CG 7 received in evidence at 10:57 a.m]

19           MS. ROCHLIN:   Your Honor, I would ask if we could

20   publish CG 6 and CG 7, one following the other, to the jury.

21           THE COURT:   You may.

22           AGENT BAECHTLE:   (Complied.)

23   BY MS. ROCHLIN:

24   Q.   Now, Mr. Ketter, I direct your attention to Exhibit CG 7,

25   the photograph on your screen.   When you say there are things

**October 8, 2008**

## Ketter - Direct

1   in the photograph that were not there when you were at the

2   house, are you referring to the structure in the lower

3   left-hand corner of the photograph?

4   A.   I'm talking about this little thing that right in front of

5   the photograph right here like another house they build here.

6   This is what I'm talking about.

7   Q.   Why don't you touch your screen and put a mark on the

8   little house that you're talking about?

9   A.   I'm talking about this little one right here.

10  Q.   All right.

11          So, Mr. Ketter, where the red dots appear on the

12  screen in the lower left-hand corner of the photograph where

13  there's a red box now?

14  A.   Yes.

15  Q.   Is that the object that you say was not present when you

16  were at the defendant's house?

17  A.   Yes.

18          MS. ROCHLIN:   Thank you, Mr. Ketter.

19          MS. ROCHLIN:   Agent Baechtle, if we could take down CG

20  7.

21          AGENT BAECHTLE:   (Complied.)

22          MS. ROCHLIN:   Your Honor, I would ask for

23  identification purposes to show the witness CG 12.

24     [Government Exhibit CG 12 marked for identification at

25          THE COURT:   You may.

## October 8, 2008

## Ketter - Direct

1   BY MS. ROCHLIN:

2   Q.   Mr. Ketter, do you see a photograph on the screen at this

3   time?

4   A.   Yes.

5   Q.   Are you able to recognize what that photograph, Exhibit CG

6   12, shows you?

7   A.   I believe this would be the same house, but I said all the

8   trees have grown up and everything blocking the house.   At the

9   time these trees were not way up when I was there.

10  Q.   Apart from the size of the trees, does the photograph

11  accurately show what that side of the house looked like when

12  you were going there?

13  A.   Yes.   Actually this part right here is telling me that this

14  should be the side of the house that facing the beach right

15  here.

16          MS. ROCHLIN:   Your Honor, at this time the United

17  States moves for the admission of exhibit CG 12.

18          MR. CARIDAD:   I have no objection.

19          THE COURT:   Admitted.

20   [Government Exhibit CG 12 received in evidence at 11:00 a.m]

21          MS. ROCHLIN:   We would ask to publish the exhibit at

22  this time.

23          THE COURT:   You may.

24          AGENT BAECHTLE:   (Complied.)

25          MS. ROCHLIN:   Thank you, agent.   If you would take

**October 8, 2008**

## Ketter - Direct

1  down CG 12 and bring up for identification purposes CG 13.

2          AGENT BAECHTLE:   (Complied.)

3     [Government Exhibit CG 13 marked for identification].

4  BY MS. ROCHLIN:

5  Q.   Mr. Ketter, do you see a new photograph on the screen in

6  front of you?

7  A.   Yes.

8  Q.   Do you recognize what is in that photograph?

9  A.   A house.

10  Q.   Do you know whose house appears in that photograph?

11  A.   This house is kind of confusing to me a little bit.   This

12  way looking like the front, the part of Chuckie house that

13  facing the beach, and this side looks like the side he had his

14  room, this side right here.   So it just a little bit confusing

15  because the way the photograph is twisted.

16  Q.   Okay.

17          Apart from the angle of the photograph, are you able

18  to recognize whose house this is, Mr. Ketter?

19  A.   Actually I will say yes.   This should be the defendant's

20  house because this looking at the front porch that's facing the

21  beach.

22  Q.   And once again, Mr. Ketter, can you tell us whether or not

23  this photograph accurately shows what the house looked like

24  when you were there?

25  A.   It's kind of a little bit different.

**October 8, 2008**

## Ketter - Direct

1  Q.   What makes it different, Mr. Ketter?

2  A.   Because when I were there, they had a lot of the rocks that

3  were all over in the yard, crushed rock, that you couldn't see

4  no grass.   There were a lot of crushed rock.   I see a lot of

5  grass growing up.

6  Q.   When you were there, you saw a lot of crushed rock over

7  there?

8  A.   A lot of crushed rock.

9  Q.   Apart from the yard, directing your attention to the house

10  itself, does the photograph fairly and accurately show what the

11  house looked like when you were there?

12  A.   Actually I would say yes.

13          MS. ROCHLIN:   Your Honor, at this time the United

14  States moves for the admission of Government's Exhibit CG 13.

15          MR. CARIDAD:   No objection.

16          THE COURT:   Admitted.

17   [Government Exhibit CG 13 received in evidence at 11:03 a.m]

18          MS. ROCHLIN:   We would ask to publish that exhibit.

19          THE COURT:   You may.

20          AGENT BAECHTLE:   (Complied.)

21          MS. ROCHLIN:   Agent, if you would now bring down

22  Exhibit CG 13 and with the Court's permission, I would seek to

23  show the witness on his screen Government's Exhibit CE 7 for

24  identification.

25      [Government Exhibit CE 7 marked for identification.]

**October 8, 2008**

## Ketter - Direct

1  BY MS. ROCHLIN:

2  Q.   Mr. Ketter, is this a new photograph on your screen at this

3  time?

4  A.   Yes.

5  Q.   And do you recognize -- strike that.

6         In the photograph that you see now, is that a

7  photograph with many people in it?

8  A.   Yes, I see many people in it.

9  Q.   Are the people in the photograph men or are they women?

10  A.   I see men.

11  Q.   Do you see any women in the photograph?

12  A.   I can't really see any lady here.  I see men.  If there is

13  any lady, I cannot really see them  My eyes cannot see.  Men,

14  men.

15  Q.   Mr. Ketter, are you able to recognize any of the men in the

16  photograph?

17  A.   Yes.

18  Q.   Who are you able to recognize in the photograph?

19  A.   I recognize Chuckie.  I recognize this same guy that went

20  to his house and I met at Gbatala, that dark-skinned guy.

21  Q.   Now, Mr. Ketter, with respect to the defendant, does this

22  photograph fairly and accurately show what the defendant looked

23  like when you saw him in Monrovia and when you were driving

24  him?

25  A.   Yes.

**October 8, 2008**

## Ketter - Direct

1  Q.   And with respect to the other person that you recognize,

2  the one you said you saw at the defendant's house in Monrovia,

3  does this photograph also accurately show what that gentleman

4  looked like at the times that you saw him?

5  A.   Yes.

6          MS. ROCHLIN:   Your Honor, at this time the United

7  States would move for the admission of Government's Exhibit CE

8  7.

9          MR. CARIDAD:   If I could have a moment, Your Honor.

10          THE COURT:   You may.

11          MR. CARIDAD:   I have no objection, Your Honor.

12          THE COURT:   Admitted.

13          MS. ROCHLIN:   The United States would ask to publish

14  the photograph Your Honor.

15          THE COURT:   You may.

16          AGENT BAECHTLE:   (Complied).

17  Q.   Mr. Ketter can you place a mark on the screen as the person

18  you recognize as Chuckie?

19  A.   (Complied.)

20  Q.   Do you see now where a box has appeared around a person

21  with a red mark?

22  A.   Yes.

23  Q.   Is that the person that you recognize as the defendant?

24  A.   Yes.

25  Q.   What I'll ask you to do now Mr. Ketter is put a mark on the

**October 8, 2008**

## Ketter - Direct

1  person you recognize as the individual you saw at Chuckie's

2  house in Monrovia?

3  A.   Right here.

4  Q.   Do you see a red box around the individual that you just

5  marked Mr. Ketter?

6  A.   Yes.

7  Q.   Who is that person?

8  A.   That's the person that I met at Chuckie's house and also

9  Gbatala.

10        MS. ROCHLIN:   And Agent Baechtle if you would clear

11  the box and take down CE 7.

12        AGENT BAECHTLE:   (Complied).

13        MS. ROCHLIN:   Your Honor, at this time I would ask to

14  show the witness on his screen for identification Government's

15  Exhibit CE 8.

16     [Government Exhibit CE 7 marked for identification at

17  11:08 a.m.]

18        THE COURT:   You may.

19        AGENT BAECHTLE:   (Complied.)

20  BY MS. ROCHLIN:

21  Q.   Mr. Ketter, do you see another photograph on your screen at

22  this time?

23  A.   Yes.

24  Q.   And in that photograph do you see a group of people?

25  A.   Yes.

**October 8, 2008**

**Ketter - Direct**

1   Q.   Are you able to recognize any of the people in the

2   photograph?

3   A.   Yes.

4   Q.   Who were the people in the photograph that you recognize?

5   A.   I see the man with white.   That Charles Taylor right here

6   and that Chuckie standing right here looking at his father

7   right here.

8   Q.   And are those the people you recognize in the photograph,

9   Mr. Ketter?

10  A.   Yes, so far, yes.

11  Q.   And does this photograph fairly and accurately show what

12  Chuckie Taylor looked like at the time that you knew him in

13  Liberia?

14  A.   No, when I met him he wasn't like this.   When I met him at

15  the time he were big.   He were big.

16  Q.   You remember him being bigger when you met him?

17  A.   At this time, no.

18  Q.   Mr. Ketter, what do you recognize about the face of the

19  person you've identified as Chuckie Taylor?

20  A.   Yes, I recognize the face.   He got a hat like this.

21  Q.   Does the photograph accurately show what Chuckie Taylor's

22  face looked like?

23  A.   It's not showing the face to me, but see him standing

24  facing his father, looking at him, so, yes.

25  Q.   And, Mr. Ketter, the individual you identified as the

**October 8, 2008**

**Ketter - Direct**

1  defendant's father, Charles Taylor, does the photograph

2  accurately reflect how Charles Taylor looked at the time you

3  were driving in Liberia?

4  A.   At the time I was driving in Liberia, I never had the

5  opportunity to see Charles Taylor all the time except when -- I

6  mean, he go, he stay in the car and wave to people.   I never

7  had the opportunity to go close to him   So that's Charles

8  Taylor right here.

9  Q.   And from the times that you were able to see Charles

10  Taylor, are you able to recognize him in this photograph?

11  A.   Yes.

12  Q.   Is there anything incorrect or inaccurate about this

13  photograph?

14  A.   No, that's Charles Taylor right there.

15          MS. ROCHLIN:   Your Honor, at this time the United

16  States would move for the admission of Government's Exhibit CE

17  8.

18          MR. CARIDAD:   I have no objection, Your Honor.

19          THE COURT:   Admitted.

20   [Government Exhibit CE 8 received in evidence at 11:11 a.m ]

21          MS. ROCHLIN:   If we may publish the photograph, Your

22  Honor.

23          THE COURT:   You may.

24          AGENT BAECHTLE:   (Complied.)

25  BY MS. ROCHLIN:

**October 8, 2008**

## Ketter - Direct

1  Q.   Mr. Ketter, do you see where you placed red marks on two of

2  the people in the photograph?

3  A.   Yes.

4  Q.   Is one of the people with the red mark dressed in white?

5  A.   Yes.

6  Q.   And is the person dressed in white holding a cane?

7  A.   Yes.

8  Q.   Is the person you have identified dressed in white now with

9  the red box on him, who is that person?

10  A.   Charles Taylor.

11       MS. ROCHLIN:   Agent, if you would take down the box?

12       AGENT BAECHTLE:   (Complied.)

13  BY MS. ROCHLIN:

14  Q.   Mr. Ketter, who is the other person in the photograph you

15  marked in red?

16  A.   Chuckie.

17       MS. ROCHLIN:   Thank you, agent.   If you would take the

18  photograph down.

19       AGENT BAECHTLE:   (Complied.)

20  BY MS. ROCHLIN:

21  Q.   Mr. Ketter, when you were driving for Chuckie Taylor, what

22  type of clothing did you see him wearing?

23  A.   Sometime he wear dress pants with shirt, something like

24  this, short sleeve.   Sometime he wear military clothes.

25  Q.   What kind OF military clothes did you see the defendant

**October 8, 2008**

## Ketter - Direct

1  wearing, if you remember?

2  A.   One that were on him, just this picture will show you.

3  Green suit, camouflage.

4         MS. ROCHLIN:   If we could bring up Exhibit CE 8 again.

5         AGENT BAECHTLE:   (Complied.)

6  A.   Yes.

7  Q.   Are you referring to the clothing that is on the defendant

8  who is now in a red box on Exhibit CE 8?

9  A.   Yes.

10 Q.   Mr. Ketter, when you were driving for the defendant in

11 Liberia, tell us did you ever see him -- strike that.

12         When you were driving for the defendant in Liberia,

13 when you saw him, was he armed or unarmed?

14 A.   Oh, in the car he get guns all over.

15 Q.   Tell us, Mr. Ketter, if you remember, did the defendant

16 ever have a gun on his own body or not?

17 A.   On his body.

18 Q.   What kind of a gun do you remember the defendant having on

19 his body?

20 A.   Short gun.  Pistol.  Pistol.

21 Q.   Now, Mr. Ketter did a time come when you stopped driving

22 for the defendant?

23 A.   Yes.

24 Q.   And was that time in early 2000?

25 A.   Yes.

**October 8, 2008**

## Miroff - Direct

1   Q.   After early 2000, Mr. Ketter, did a time come when you

2   stopped living in the country of Liberia?

3   A.   Yes.

4   Q.   From the country of Liberia, where did you go to to live?

5   A.   From the country of Liberia, I came over here.

6   Q.   To the United States?

7   A.   Yes.

8   Q.   And is the United States the country where you live now?

9   A.   Yes.

10          MS. ROCHLIN:   If I could have just a moment, Your

11   Honor?

12          Your Honor, the United States would tender the witness

13   for cross-examination.

14          THE COURT:   Is it the defendant's preference to cross

15   examine after the lunch hour?

16          MR. CARIDAD:   Yes.

17          THE COURT:   This gentleman is excused.   Please don't

18   discuss your testimony.   We'll have you back after the lunch

19   recess.

20          The Government's next witness?

21          MS. ROCHLIN:   Sergei Miroff.

22

23          SERGEI MIROFF, GOVERNMENT'S WITNESS, SWORN

24              DIRECT EXAMINATION

25   [Beginning at 11:16 a.m]

**October 8, 2008**

## Miroff - Direct

1   BY MS. ROCHLIN:

2   Q.   Sir, please tell us your name and spell it.

3   A.   It's Sergei Miroff, spelled S-e-r-g-e-i M-i-r-o-f-f.

4   Q.   Mr. Miroff, tell us what country you're from originally?

5   A.   I was born in Russia.

6   Q.   How long did you live in Russia?

7   A.   A total of nine years.

8   Q.   After living in Russia, where did you live?

9   A.   Sweden.

10  Q.   And how long were you living in Sweden?

11  A.   12 years.

12  Q.   Is Sweden where you grew up?

13  A.   Yes.

14  Q.   Is Sweden where you went to school?

15  A.   Yes.

16  Q.   And when you went to school in Sweden, what language was

17  spoken in your school?

18  A.   Swedish.

19  Q.   And was there a time also, Mr. Miroff, as you were going to

20  school in Sweden when you began learning English?

21  A.   Yes.   We started learning English in the 4th grade.

22  Q.   Now, Mr. Miroff, would you speak Swedish outside the school

23  as well while you were growing up in Sweden?

24  A.   Yes.

25  Q.   And by the time you became an adult, please tell us whether

**October 8, 2008**

## Miroff - Direct

1  or not you were fluent in the Swedish language?

2  A.   I was completely fluent in the Swedish language.

3  Q.   Mr. Miroff, while you were growing up in Sweden in your

4  teens, did you ever leave the country of Sweden?

5  A.   I did once at age 16.   I came to the United States to go to

6  high school as an exchange student.

7  Q.   How long were you an exchange student in the United States?

8  A.   One year.

9  Q.   And when you completed that year, did you return to Sweden?

10 A.   Yes, I did.

11 Q.   After returning to Sweden, did you ever come back to the

12 United States?

13 A.   Yes.   Upon finishing my education in Sweden and military

14 service, I came back to the United States to go to college.

15 Q.   And where was it in the United States that you went to

16 college?   What part of the country?

17 A.   It was the University of Alabama in Tuscaloosa.

18 Q.   When you were attending the University of Alabama, were the

19 courses you took in English?

20 A.   Yes.

21 Q.   Were you able to complete your studies at the University of

22 Alabama?

23 A.   Yes.

24 Q.   You graduated from the University of Alabama?

25 A.   Yes.

## Miroff - Direct

1  Q.   What degree did you obtain?

2  A.   International Relations.

3  Q.   After obtaining your degree in International Relations, did

4  you pursue any further education?

5  A.   I did.   I also received my Master's in Education.

6  Q.   From what institution?

7  A.   The same, the University of Alabama.

8  Q.   The courses you took to obtain your Master's in Education,

9  were those courses in English?

10  A.   Yes, they were.

11  Q.   Mr. Miroff, please tell us in addition to being fluent in

12  Swedish, whether or not you are fluent in the English language?

13  A.   Yes, I am

14  Q.   Mr. Miroff, after obtaining your Master's in Education, did

15  you pursue various types of employment here in the United

16  States?

17  A.   Yes, I did.   I am currently employed as a teacher in a high

18  school.

19  Q.   And in addition to your duties as a teacher, do you also

20  pursue employment as a translator?

21  A.   Yes, yes, I do, for FBI.

22  Q.   What languages do you translate for the FBI?

23  A.   The Swedish language.

24  Q.   Do you translate from Swedish into the English language?

25  A.   That's correct.

**October 8, 2008**

## Miroff - Direct

1  Q.   And do you also translate at times from English into

2  Swedish?

3  A.   Yes.

4  Q.   Mr. Miroff, in order to work as a translator for the FBI,

5  were you given a test by the FBI?

6  A.   Yes, I was.

7  Q.   And did you pass that test?

8  A.   Yes, I did.

9  Q.   Is that part of the process by which you were able to

10  obtain translating work from the FBI?

11  A.   That is correct.  It actually involves several tests in

12  order to pass.

13  Q.   Were you able to pass and qualify to work as a translator

14  for the FBI after taking all of those tests?

15  A.   Yes, I was.

16  Q.   Mr. Miroff, in connection with this case, were you provided

17  with any documents in the Swedish language to review?

18  A.   Yes, I was.

19          MS. ROCHLIN:   May I approach the witness, Your Honor?

20          THE COURT:   You may.

21  BY MS. ROCHLIN:

22  Q.   Mr. Miroff, having shown it to defense counsel, I've just

23  handed you what is marked for identification as Government's

24  Exhibit SL 5.

25       [Government Exhibit SL 5 marked for identification at

**October 8, 2008**

## Miroff - Direct

1   11:22 a.m.]

2   BY MS. ROCHLIN:

3   Q.   Do you have that exhibit?

4   A.   Yes, I do.

5   Q.   And does Government's Exhibit SL 5 consist of a page in the

6   English language followed by several pages in the Swedish

7   language?

8   A.   Yes, that's correct.

9   Q.   And have you had the opportunity to review the pages in the

10  Swedish language before coming to court to testify here today?

11  A.   Yes, I did.

12  Q.   Do you recognize the contents of the Swedish language pages

13  in Government's Exhibit SL 5?

14  A.   Yes, I do.

15  Q.   And do those Swedish language pages consistent of medical

16  records for an individual named Momoh Turay?

17  A.   That is correct.

18  Q.   For a moment, Mr. Miroff, let me direct your attention to

19  the first English language page of the document.

20  A.   Okay.

21  Q.   That first English language page of Government's Exhibit SL

22  5, is that first page in English a certificate?

23  A.   Yes, that's correct.

24  Q.   And is that certificate signed by an individual named

25  Dennis Hansson?

**October 8, 2008**

## Miroff - Direct

1  A.    That is correct.

2  Q.    Does the certificate itself address the authenticity of the

3  records attached to the certificate?

4  A.    Yes, it does.

5  Q.    And among other things, does the certificate address

6  whether the attached records were made at or near the time of

7  the occurrence of the matters set forth in the document?

8  A.    Yes, they do.

9  Q.    And does it address whether the records in question were

10 made at or near the time of the occurrence of the matters set

11 forth by or from information transmitted by a person with

12 knowledge of those matters?

13 A.    It does.

14 Q.    Does the certificate address whether the records were kept

15 in the course of regularly conducted business activity?

16 A.    Yes, it appears so.

17 Q.    And whether the records were made by the business activity,

18 by the business as a regular practice?

19 A.    Yes.

20 Q.    And does it address whether to the extent that the pages in

21 the document are duplicates, the original records are

22 maintained in the country of Sweden?

23 A.    Yes, that's correct.

24 Q.    Does the certificate further indicate that the attached

25 records meet the conditions that have I have just referenced?

**October 8, 2008**

## Miroff - Direct

1  A.   Yes.

2            MS. ROCHLIN:   Your Honor, at this time the United

3  States would move for the admission of Government's Exhibit SL

4  5.

5            THE COURT:   Admitted.

6    [Government Exhibit SL 5 received in evidence at 11:25 a.m.]

7            MR. CARIDAD:   Your Honor, I have an objection.   I

8  already stated it before.

9            THE COURT:   Correct.

10            MS. ROCHLIN:   Again, Your Honor, may I approach the

11  witness?

12            THE COURT:   You may.

13  BY MS. ROCHLIN:

14  Q.   Mr. Miroff, having shown it to defense counsel, I'm showing

15  you now what is marked for identification as Government's

16  Exhibit SL 5 A.

17    [Government Exhibit SL 5 A marked for identification at

18  11:26 a.m.]

19  BY MS. ROCHLIN:

20  Q.   Do you have that exhibit?

21  A.   Yes.

22  Q.   Have you seen that exhibit before coming to court today?

23  A.   Yes, I have.

24  Q.   Is that exhibit also a document?

25  A.   Yes.

**October 8, 2008**

## Miroff - Direct

1  Q.   And what language is the document in?

2  A.   This one is in English.

3  Q.   And is the document marked as SL 5 A a translation of the

4  Swedish language portion of SL 5, the document I handed you a

5  moment ago?

6  A.   Yes, it appears so.

7  Q.   An is that a translation of medical records concerning an

8  individual by the name of Momoh Turay?

9  A.   That is correct.

10  Q.   Mr. Miroff, before coming to court today, did you review

11  the English language exhibit, Exhibit SL 5 A?

12  A.   Yes, I did.

13  Q.   And does the English language exhibit marked as SL 5 A

14  fairly and accurately translate the Swedish language exhibit

15  marked as SL 5?

16  A.   Yes, it does.

17          MS. ROCHLIN:   Your Honor, at this time the United

18  States would move for the admission of Government's Exhibit SL

19  5 A.

20          THE COURT:   Admitted.

21  [Government Exhibit SL 5 A received in evidence at 11:27 a.m]

22  BY MS. ROCHLIN:

23  Q.   Mr. Miroff, at this time I would like you to direct your

24  attention to the English translation of the medical records for

25  Momoh Turay, and specifically I'd like to direct your attention

**October 8, 2008**

## Miroff - Direct

1    to a page marked 30 of 36.

2    A.   Okay.

3    Q.   Now, Mr. Miroff, do you have with you on the witness stand

4    a copy of page 30(36) that has been highlighted?

5    A.   Yes, I do.

6    Q.   And is your highlighted copy of page 30 of 36 an accurate

7    identical copy to the copy, to the page in the Government's

8    exhibit except for the highlighting?

9    A.   Yes, it is.

10   Q.   What I'd like you to do now, Mr. Miroff, is direct your

11   attention to the highlighted portions of page 30(36) from the

12   medical records of Monoh Turay.  Will you do that?

13   A.   Yes.

14   Q.   Mr. Miroff, directing your attention towards the bottom of

15   the page, do you see a date highlighted in yellow?

16   A.   Yes.

17   Q.   What is that date?

18   A.   May 3rd, 2000.

19   Q.   And moving along the right in that same line as the date,

20   do you see the name of the district physician?

21   A.   Yes, I do.

22   Q.   What is the name of the district physician?

23   A.   Dr. Dennis Hansson.

24   Q.   In this page from the medical records of Monoh Turay, do

25   you see some highlighted text?

## Miroff - Direct

1  A.   Yes.

2  Q.   Could you read to us please what it says in the highlighted

3  portion of the text?

4  A.   Of course.

5        "Fled in 1998 to Liberia.   There he was assaulted in

6        various ways, hands tied behind his back for one week and

7        then his left arm was paralyzed for four months.   He was

8        burned with burning plastic."

9  Q.   Thank you, Mr. Miroff.

10 A.   You're welcome.

11        MS. ROCHLIN:   Your Honor, may I approach the witness

12 again?

13        THE COURT:   You may.

14 BY MS. ROCHLIN:

15 Q.   Mr. Miroff, after showing it to defense counsel, I have

16 just handed you what is marked for identification as

17 Government's Exhibit SL 1.

18    [Government Exhibit SL 1 marked for identification at

19 11:31 a.m]

20 BY MS. ROCHLIN:

21 Q.   Do you have that exhibit?

22 A.   Yes, I do.

23 Q.   Now, Mr. Miroff, does Government's Exhibit SL 1 consist of

24 an English language certification, as well as several pages in

25 the Swedish language?

**October 8, 2008**

## Miroff - Direct

1   A.   That is correct.

2   Q.   Directing your attention first to the English language

3   certification, is that also a certificate of authenticity of

4   business records?

5   A.   Yes.

6   Q.   And was that certificate also signed by Dennis Hansson?

7   A.   Yes, that's correct.

8   Q.   Does the certificate address the same matters as the other

9   certificate that you just addressed concerning Government's

10  Exhibit SL 5?

11  A.   Yes, it does.

12  Q.   And does the certificate also indicate that the document in

13  Swedish meets all of the same criteria --

14  A.   Yes.

15  Q.   -- as Government's Exhibit SL 5?

16  A.   It does.

17  Q.   Turning your attention to the pages attached to the

18  certificate, Mr. Miroff, those pages are in the Swedish

19  language.   Is that correct?

20  A.   Yes.

21  Q.   And before coming to court today, have you examined those

22  pages in Swedish?

23  A.   Yes, I have.

24  Q.   Do the Swedish language pages also consist of medical

25  records?

**October 8, 2008**

# Miroff - Direct

1    A.   Yes, they do.

2    Q.   For this exhibit, Government's Exhibit SL 1, do the medical

3    records concern an individual named Sulaiman Solo Jusu?

4    A.   Yes.

5          MS. ROCHLIN:   Your Honor, at this time the United

6    States would seek the admission of Government's Exhibit SL 1.

7          MR. CARIDAD:   Same objection as noted, Your Honor.

8          THE COURT:   Admitted.

9    [Government Exhibit SL 1 received in evidence at 11:33 a.m]

10         MS. ROCHLIN:   May I again approach the witness, Your

11   Honor?

12         THE COURT:   You may.

13   BY MS. ROCHLIN:

14   Q.   Mr. Miroff, having shown it to defense counsel, I show you

15   what's marked for identification as Government's Exhibit SL 1

16   A.

17   [Government Exhibit SL 1 A marked for identification at

18   11:34 a.m]

19   BY MS. ROCHLIN:

20   Q.   Do you have that exhibit?

21   A.   Yes, I do.

22   Q.   Have you seen that exhibit before coming to court to

23   testify today?

24   A.   Yes, I have.

25   Q.   Is the exhibit I've just handed you a document?

**October 8, 2008**

# Miroff - Direct

1    A.    Yes.

2    Q.    And is that document in English?

3    A.    It is.

4    Q.    Can you tell us, based on your review of the document, is

5    that document an English language translation of the Swedish

6    language pages of Government's Exhibit SL 1?

7    A.    That is correct.

8    Q.    Is Government's Exhibit SL 1 A the English translation of

9    the medical records concerning Sulaiman Solo Jusu?

10   A.    Yes.

11   Q.    Now, Mr. Miroff, based on your review of Government's

12   Exhibit SL 1 A, can you tell us whether it fairly and

13   accurately translates Government's Exhibit SL 1?

14   A.    Yes, it does.

15         MS. ROCHLIN:   Your Honor, the United States moves for

16   the admission of Government's Exhibit SL 1 A.

17         MR. CARIDAD:   Same objection.

18         THE COURT:   Admitted.

19   [Government Exhibit  SL 1 A received in evidence at 11:35 a.m]

20   BY MS. ROCHLIN:

21   Q.    Mr. Miroff, in addition to Government's Exhibit SL 1 A, do

22   you have copies of specific pages from Government's Exhibit SL

23   1 A?

24   A.    Yes, I do.

25   Q.    And are the copies of the pages that I have highlighted in

**October 8, 2008**

## Miroff - Direct

1  certain portions?

2  A.   Yes, they are.

3  Q.   Other than the highlighted areas, do the copies that you

4  have with you now accurately reflect the same pages continued

5  in Government's Exhibit SL 1 A?

6  A.   Yes, they do.

7  Q.   What I would ask you to do at this time, Mr. Miroff, for

8  Government's Exhibit SL 1 A, the records for Sulaiman Solo

9  Jusu, is direct your attention to what is marked as page 40 of

10  47.

11  A.   Okay.

12  Q.   And on your copy of that page towards the bottom of the

13  page, do you see certain portions that are highlighted?

14  A.   Yes.

15  Q.   Is one of the highlighted portions a date?

16  A.   Yes.

17  Q.   What is that date?

18  A.   April 18, 2000.

19  Q.   And moving to the right of the date, do you see a name?

20  A.   Yes.

21  Q.   Is that the name of a district physician?

22  A.   Yes, Dr. Dennis Hansson.

23  Q.   And underneath the area where you see the date and

24  Dr. Dennis Hansson's name, do you see some highlighted text?

25  A.   Yes, I do.

## Miroff - Direct

1  Q.   Would you please read to us what it says in the highlighted
2  text?
3  A.   Of course.
4         "Was tortured in different ways such as kicks to his
5         genitalia, burning melted plastic that resulted in various
6         burn marks on his skin."
7  Q.   Mr. Miroff, let me ask you to turn to page 34 of 47.
8  A.   Okay.
9  Q.   On your copy of that page, are there also areas that have
10  been highlighted?
11  A.   Yes.
12  Q.   And directing your attention again towards the bottom of
13  page 34 of 47, do you see a date?
14  A.   Yes.
15  Q.   Do you see a name of a district physician?
16  A.   Yes.
17  Q.   Mr. Miroff, will you please pronounce and say the name of
18  that district physician?
19  A.   Anders Kadesjö.
20  Q.   Is that spelled K-a-d-e-s-j-o?
21  A.   Yes.
22  Q.   Is there a mark above the "O"?
23  A.   Yes, two dots.
24  Q.   Underneath the date and the name of the doctor, do you
25  again see highlighted text?

**October 8, 2008**

## Miroff - Direct

1   A.   I do.

2   Q.   Would you, please, read to us the highlighted portion of

3   the text?

4   A.   It says "Since yesterday pain that extends from the lower

5        part of the thoracic spine, band shaped around right hip to

6        center of abdomen.   He feels it particularly with certain

7        movements, in other words, when he turns his upper body.

8        Was supposed to have played soccer today, but he was in

9        such pain that he was forced to give it up.   He has no

10       fever and feels well otherwise.   Patient mentions that he

11       was exposed to severe torture during his stay in a camp in

12       Liberia."

13  Q.   And is there another phrase that appears after the words

14  "camp in Liberia"?

15  A.   Yes.   "For example, beatings to his back."

16  Q.   Thank you, Mr. Miroff.

17  A.   Sure.

18  Q.   Let me ask you to now direct your attention to page 12 of

19  47.

20  A.   Okay.

21  Q.   On page 12 of 47, does it indicate a date on that page of

22  August 24th, 2001?

23  A.   Yes.

24  Q.   And is there highlighted text at the top of that page?

25  A.   Yes.

## Miroff - Cross

1  Q.   Would you please read to us the highlighted text?

2  A.    "The patient also begins to talk about his body and the

3       aches that he, himself, related to the torture that he was

4       subjected to when he was arrested."

5  Q.   Finally, Mr. Miroff, let me ask you to direct your

6  attention to what is marked as page 2 out of 7 --

7  A.   Okay.

8  Q.   -- from the records of Sulaiman Solo Jusu?

9  A.   Okay.

10 Q.   On that page, do you see highlighted text?

11 A.   Yes.

12 Q.   Would you, please, read to us from the highlighted text?

13 A.   "Back pain lower left through receiving nurse.   Seven years

14      ago he was abused and tortured with kicks, beatings, tied

15      up, et cetera, in his former country."

16          MS. ROCHLIN:   If I could have just a moment, Your

17 Honor?

18          THE COURT:   You may.

19          MS. ROCHLIN:   Your Honor the United States would

20 tender Mr. Miroff for cross-examination.

21                      CROSS EXAMINATION

22 [Beginning at 11:42 a.m., 10/8/08.]

23 BY MR. CARIDAD:

24 Q.   Mr. Miroff, you have the entire page of the medical records

25 you have been talking about in front of you?

**October 8, 2008**

## Miroff - Cross

1  A.  Yes.

2  Q.  I don't think we have that capability of putting it on the

3  screen for the jurors, so I may just ask you to read other

4  portions of those pages?

5  A.  Okay.

6  Q.  Before I get to that, I wanted to ask you some other

7  questions.

8  A.  Sure.

9  Q.  You had nothing to do with preparing these records.  Right?

10  A.  That's correct.

11  Q.  And they seem to be medical records?

12  A.  Yes.

13  Q.  From Sweden?

14  A.  Yes.

15  Q.  So you're not the person, obviously, who examined Momoh

16  Turay or Sulaiman Jusu.  Right?

17  A.  That's correct.

18  Q.  You were just given these documents recently in Swedish and

19  asked to translate them into English?

20  A.  Yes.

21  Q.  And you don't know if they're accurate?

22  A.  I was not there, yes.

23  Q.  The only thing you're sure of is that the translation you

24  made is accurate?

25  A.  That's correct.

**Miroff - Cross**

1  Q.   So you weren't there when Mr., apparently, Mr. Turay or

2  Mr. Jusu were saying something to somebody else.   Right?

3  A.   No, I wasn't.

4  Q.   You don't know if what they were saying was taken down

5  correctly or not?

6  A.   That's right.

7  Q.   And you have no idea yourself whether these records are

8  even authentic?

9  A.   I don't know for sure, but they sure appear to be

10 authentic.   They've been certified.

11 Q.   Well, you're a translator.   You don't know if they're

12 authentic, do you?

13 A.   That's true.   I was not there.

14 Q.   Now, I want to ask you about a record that's number 30(36).

15 Do you have that one there?

16 A.   For Mr. Turay?

17 Q.   Yes.

18 A.   Okay.

19 Q.   And you see the part that's labeled "History"?

20 A.   Yes.

21 Q.   He says -- somebody writes down about Mr. Turay that he

22 feels well.   He feels safe here in Sweden.   Do you see that?

23 A.   Yes, I do.

24 Q.   We presume that's Mr. Turay telling somebody he feels well

25 there.   He's in Sweden.   Right?

**October 8, 2008**

## Miroff - Cross

1          MS. ROCHLIN:   Objection to what one presumes.   The

2   document speaks for itself, Your Honor.

3          THE COURT:   Sustained.

4   BY MR. CARIDAD:

5   Q.   He says he feels safe here in Sweden?

6   A.   That's what it says.

7   Q.   But it also says at the top of the page that he has ongoing

8   hepatitis.   Is that right?

9   A.   Yes.

10  Q.   And the date of this document is May 3rd, 2000.   Right?

11  A.   Yes.

12  Q.   Okay.

13          And it also says under previous diseases that he has

14  malaria or had malaria.

15  A.   That's correct.

16  Q.   It also says that the reason for the contact is a refugee

17  examination.   Right?

18  A.   Yes, that's right.

19  Q.   A refugee is someone that's coming from one country going

20  to another country.   Right?

21  A.   Precisely.

22  Q.   Asking for some sort of protection?

23  A.   Yes.

24  Q.   So it's safe to assume this record was being used for that

25  purpose?

**October 8, 2008**

## Miroff - Cross

1          MS. ROCHLIN:   Objection.   Asking for assumptions from

2    this witness, Your Honor.   Again, the document speaks for

3    itself.

4          THE COURT:   Sustained.

5    BY MR. CARIDAD:

6    Q.   It's clearly some sort of medical record.   Right?

7    A.   Yes.

8    Q.   That seems to be relating what he says happened to him in

9    another country.   Right?

10   A.   Yes.

11   Q.   And the reason for the contact, according to this one page,

12   is refugee examination?

13   A.   Yes.

14   Q.   Now, the next page concerns Mr. Jusu and it's 2 /7.   Can

15   you look at that one?

16   A.   (Complied.) Okay.

17   Q.   And it says under "Current" -- I guess current condition --

18   A.   Aha.

19   Q.   -- it says seven years ago he was abused and tortured with

20   kicks, beatings, tied up, et cetera, in his former country.

21   A.   Aha.

22   Q.   It doesn't say "Liberia," does it?

23   A.   It does not say "Liberia," this particular page.

24   Q.   But this gentleman, Mr. Jusu, is saying that he was

25   tortured in his former country.   Correct?

**October 8, 2008**

## Miroff - Cross

1  A.   Yes.

2  Q.   Do you know what his former country is?

3  A.   It was Sierra Leone or Liberia.

4  Q.   Do you know which one?

5  A.   Well, my job was to translate the documents.  I did not

6  memorize it.

7  Q.   Now, on page 12/47 at the top, he's describing that he left

8  a child back in Sierra Leone or in a refugee camp.  Do you see

9  that?

10  A.   Yes.

11  Q.   And he uses those two words together, "refugee camp."

12  Right?

13  A.   Right.

14  Q.   And that's Mr. Jusu.  Correct?

15  A.   That's correct.

16  Q.   Now, the next entry, the next page for Mr. Jusu, 34/47.  If

17  you could turn to that.

18  A.   Okay.

19  Q.   He is talking about being exposed to severe torture during

20  his stay in a camp?

21  A.   Yes.

22  Q.   Is that right?

23  A.   That's right.

24  Q.   In a document you've reviewed for Mr. Jusu --

25  A.   Yes.

**October 8, 2008**

**Miroff - Cross**

1  Q.   -- he uses the word "camp" twice.   Right?

2  A.   Yes.

3  Q.   And one time he says "refugee camp."   Right?

4  A.   That's right.

5  Q.   So he's saying to somebody here that he was exposed to

6  severe torture during his stay in a camp.   Right?

7          MS. ROCHLIN:   Objection, Your Honor.   Rule of

8  completeness.

9          THE COURT:   Overruled.

10 BY MR. CARIDAD:

11 Q.   He is saying "Patient mentions that he was exposed to

12       severe torture during his stay in a camp in Liberia."

13 A.   Yes.

14 Q.   And the only other time in these records where he uses the

15 word "camp," it's attached to the word "refugee"?

16 A.   Yes.

17 Q.   And at the end of that paragraph he says he has active

18 hepatitis?

19 A.   Yes, that's correct.

20 Q.   And something called bilharzia that has not been treated?

21 A.   Yes.

22          MR. CARIDAD:   If I can have a moment, Your Honor.

23          THE COURT:   You may.

24          MR. CARIDAD:   Can I have one moment, Your Honor?

25          THE COURT:   You may.

**October 8, 2008**

## Miroff - Redirect

1          MR. CARIDAD:   Thank you, Your Honor.   I don't have any

2    more questions.

3                        REDIRECT EXAMINATION

4    [Beginning at 11:51 a.m., 10/8/08.]

5    BY MS. ROCHLIN:

6    Q.   Mr. Miroff, if you would, let's begin with the records for

7    Sulaiman Solo Jusu.

8          Directing your attention to the English translation,

9    page 34 of 37.

10   A.   Okay.

11   Q.   And directing your attention again towards the bottom of

12   the page --

13   A.   Yes.

14   Q.   -- the highlighted portion.

15         Would you, please, read again the complete sentence at

16   the bottom of the highlighted portion that starts "Patient

17   mentions"?

18   A.   "Patient mentions that he was exposed to severe torture

19        during his stay in a camp in Liberia."

20         MS. ROCHLIN:   No further questions, Your Honor.

21         THE COURT:   Thank you.   You are excused.

22         Your next witness, please.

23         MS. HECK-MILLER:   Could we approach?

24

25

**October 8, 2008**

## Miroff - Redirect

1          [Proceedings at sidebar follow]:

2                MS. HECK-MILLER:   Your Honor, our next witness is not

3     a brief one and given that we're going to have Mr. Caridad's

4     cross-examination of Mr. Ketter, would suggest that it is not

5     really desirable or even fair to the Government to start a

6     lengthy important witness for just a few minutes and have the

7     break.   We would ask since we're close enough to the lunchbreak

8     to break now.   We could come back earlier and have

9     Mr. Caridad's cross-examination and we can start fresh.

10               THE COURT:   Unfortunately, I can't come back earlier.

11               MS. HECK-MILLER:   We'll go to 12:30 then.   All right.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 8, 2008**

## Sieh - Direct

1          [Proceedings in open court follow]:

2          MS. HECK-MILLER:   The United States calls Wesley Sieh.

3   WESLEY SIEH, GOVERNMENT'S WITNESS, SWORN, THROUGH INTERPRETER

4                    DIRECT EXAMINATION

5          THE COURT:   You have to answer out loud.

6          MS. HECK-MILLER:   Mr. Sieh, you have to say "Yes" or

7   "No," whether you tell the truth.

8          THE WITNESS:   Yes.

9          THE COURT:   Please be seated.   Have a seat.

10  BY MS. HECK-MILLER:

11  Q.   Sir, would you, please tell us your name?

12  A.   My name is Wesley Sieh.

13  Q.   Could you spell your last name, please?

14  A.   S-i-e-h.

15  Q.   Mr. Sieh, when were you born?

16  A.   June 30, 1971.

17  Q.   Mr. Sieh, what country were you born in?

18  A.   In Liberia.

19  Q.   Do you still live in Liberia?

20  A.   Yes.

21  Q.   Mr. Sieh, were you ever outside of Africa before you came

22  here to testify in this trial?

23  A.   No.

24  Q.   Mr. Sieh, have you ever been known by a different name than

25  Wesley Sieh?

**October 8, 2008**

**Sieh - Direct**

1   A.   Yes.

2   Q.   What other name have you been known by?

3   A.   Dominic.

4   Q.   And is that your middle name?

5   A.   Yes.

6   Q.   Have you ever been known by a different last name other

7   than Sieh?

8   A.   Yes.

9   Q.   What other last name have you been known by?

10  A.   Taylor.

11  Q.   Why were you known as Wesley Taylor?

12  A.   Say again.

13  Q.   Why were you known as Wesley Taylor?

14  A.   I'm not understanding you.

15  Q.   Let me ask it a different way.   Was Taylor your father's

16  name?

17  A.   Yes.

18  Q.   Was that the name that you used when you were growing up?

19  A.   Yes.

20  Q.   And did there come a time when you stopped using the name

21  Taylor?

22  A.   Yes.

23  Q.   And did there come a time when your whole family stopped

24  using the name Taylor?

25  A.   Yes.

**October 8, 2008**

## Sieh - Direct

1  Q.   When was that?

2  A.   During the war.

3  Q.   And about what year?

4  A.   1990.

5  Q.   Why was it around 1990 that your family stopped using the

6  name Taylor?

7  A.   Because it were risky for us because the Doe soldiers were

8  targeting the Taylor at the time.

9  Q.   Who were the Doe soldiers?

10  A.   The AFL.

11  Q.   And why would the Doe soldiers be targeting people named

12  Taylor back in 1990?

13  A.   Because Taylor was the head of the NPFL that were fighting

14  Doe at the time.

15  Q.   And when you say that Taylor was the head of the NPFL that

16  was fighting Doe at the time, which Taylor are you referring

17  to?

18  A.   Charles Taylor.

19  Q.   Charles Taylor, the former President of Liberia?

20  A.   Yes.

21  Q.   Mr. Sieh, was your family with the name Taylor related in

22  any way to Charles Taylor?

23  A.   No.

24  Q.   But because of the risk of that name, you changed with your

25  name.   Is that correct?

**October 8, 2008**

## Sieh - Direct

1  A.   Yes.

2  Q.   Is that when you started using the name Sieh, S-i-e-h, as

3  your last name?

4  A.   Yes.

5  Q.   Mr. Sieh, how far did you go in school?

6  A.   I graduated from high school.

7  Q.   And what city was that in?

8  A.   Monrovia.

9  Q.   What year did you graduate?

10  A.   1990.

11  Q.   And in 1990, was Monrovia a stable and peaceful place or

12  was it an unstable and unpeaceful place?

13  A.   Unpeaceful.

14  Q.   So did you go some place at that time?

15  A.   Yes.

16  Q.   Where did you go?

17  A.   Caldwell.

18  Q.   Where is Caldwell?

19  A.   Caldwell is a place where when you leaving, when you go to

20  Bushrod Island, leaving on the right-hand side.

21  Q.   That's the road leading from Bushrod Island, you said?

22  A.   Yes.

23  Q.   Were you going to Caldwell -- withdrawn.

24        For what purpose did you go to Caldwell?

25  A.   For safety.

**October 8, 2008**

## Sieh - Direct

1    Q.    Did you find safety in Caldwell?

2    A.    No.

3    Q.    And why was that?

4    A.    Prince Johnson entered Caldwell.

5    Q.    Who was Prince Johnson?

6    A.    The leader of the INPFL.

7    Q.    Mr. Sieh, you just told us Prince Johnson was the leader of

8 the INPFL.

9    A.    Yes.

10    Q.    Was the INPFL something different from the NPFL?

11    A.    Yes.

12    Q.    What do those letters INPFL stand for?

13    A.    Independent National Patriotic Front of Liberia.

14    Q.    Had there been some relationship -- the NPFL, the National

15 Patriotic Front of Liberia, that was something different from

16 the INPFL?

17    A.    Yes.

18    Q.    Who was the leader of the INPFL?

19    A.    Prince Johnson.

20    Q.    Who was the leader of the NPFL?

21    A.    Charles Taylor.

22    Q.    Had one of them broken off from the other?

23    A.    Yes.

24    Q.    Who had broken off from the other?

25    A.    Prince Johnson.

**October 8, 2008**

**Sieh - Direct**

1    Q.   And formed the INPFL?

2    A.   Yes.

3    Q.   Are you cold, Mr. Sieh?

4    A.   Yes.

5    Q.   Do you want to put on your jacket?  You may.

6    A.   Thank you.

7         THE COURT:   He wasn't here last week.

8    BY MS. HECK-MILER:

9    Q.   When Prince Johnson entered Caldwell, did the INPFL start

10   doing something with regard to recruitment?

11   A.   Go ahead again.

12   Q.   When Prince Johnson entered Caldwell, did the INPFL start

13   doing something to recruit people?

14   A.   Yes.

15   Q.   And did you get recruited?

16   A.   Yes.

17   Q.   Now, how did you get recruited?

18   A.   Forcibly.

19   Q.   What do you mean by "forcibly" recruited?

20   A.   Being pulled out of the house.

21   Q.   They came to the house?

22   A.   Yes.

23   Q.   And when they came to the house, were you free to say you

24   didn't want to join the INPFL?

25   A.   No.

**October 8, 2008**

## Sieh - Direct

1  Q.   So what did you do?

2  A.   I were forcibly pulled out.

3  Q.   And after you were forcibly pulled out, did you become part

4  of the INPFL?

5  A.   Yes.

6  Q.   How old were you?

7  A.   About 20.

8  Q.   Now, the INPFL was in Caldwell.  Is that correct?

9  A.   Yes.

10  Q.   And where was the NPFL centered?  What town or city?

11  A.   Gbarnga.

12  Q.   Was the INPFL in Caldwell and the NPFL in Gbarnga in some

13  competition?

14  A.   (No response.)

15  Q.   Was the INPFL and the NPFL in Gbarnga both trying to

16  compete, to do the same thing?

17  A.   Yes.

18  Q.   What was that?

19  A.   To capture Doe.

20  Q.   They were both competing to be the first to capture Doe?

21  A.   Yes.

22  Q.   Who was Doe?

23  A.   The former president.

24  Q.   At the time he was still the president.  Is that right,

25  Mr. Sieh?

**October 8, 2008**

## Sieh - Direct

1    A.   Yes.

2    Q.   And both the INPFL and the NPFL were competing to see who

3    would be the first to capture Doe.   Is that correct?

4    A.   Yes.

5    Q.   Mr. Sieh, when you were with the INPFL, what was your

6    position or rank?

7    A.   I was a private and I was a front-line soldier.

8    Q.   A front-line soldier?

9    A.   Yes.

10   Q.   Did you have any duties or responsibilities -- withdrawn.

11        Did you have any duties and responsibilities

12   associated with any warehouses in Caldwell.

13   A.   Yes.

14   Q.   What duties and responsibilities did you have with regard

15   to any warehouses?

16   A.   To protect the warehouses.

17   Q.   And whose warehouses were these?

18   A.   Prince Johnson.

19   Q.   What was in Prince Johnson's warehouses that you were

20   assigned to protect?

21   A.   Goods.

22   Q.   Where did those goods come from?

23   A.   Freeport.

24   Q.   Where is Freeport?

25   A.   The free port of Monrovia.

**October 8, 2008**

## Sieh - Direct

1  Q.   So that is the name of the port in Monrovia, the free port

2  of Monrovia?

3  A.   Yes.

4  Q.   And those goods of Prince Johnson's that were in the

5  warehouse, how had they gotten to the warehouse?

6  A.   They were brought from the port.

7  Q.   And were they purchased?

8  A.   No.

9  Q.   How were they acquired?

10 A.   They were looted.

11 Q.   Now, did there come a time when you left the INPFL?

12 A.   Yes.

13 Q.   Approximately when did you leave the INPFL?

14 A.   During the Octopus.

15 Q.   Did you say Octopus?

16 A.   Yes.

17 Q.   What was Octopus?

18 A.   The Octopus was the operation that were launched in

19 Monrovia.

20 Q.   Was that a military operation?

21 A.   Yes.

22 Q.   And when you left the INPFL during Octopus, did you do that

23 alone or did you do it along with other people?

24 A.   With other people.

25 Q.   What happened that -- withdrawn.

**October 8, 2008**

## Sieh - Direct

1    These other people, were they also in the INPFL?

2   A.   Yes.

3   Q.   What did you and these other people from the INPFL do to

4   leave the INPFL?

5   A.   Broke away.

6   Q.   Physically, how did you break away?  What did you do?

7   A.   We pulled ourself together, broke the prison compound where

8   they have men that were in prison and we took them along.

9   Q.   These men that were in the prison compound that you took

10  along, whose men were they?

11  A.   Charles Taylor.

12  Q.   So when you and this group broke into the prison compound

13  and took out Charles Taylor's men and went along with them,

14  where did you all go?

15  A.   Gbarnga.

16  Q.   How did you get to Gbarnga?

17  A.   By road.

18  Q.   Were you in vehicles?

19  A.   No.

20  Q.   What was your means of transportation of getting to

21  Gbarnga?

22  A.   Walking the bush.

23  Q.   How long did it take for you to walk to Gbarnga?

24  A.   Estimating, three days.

25  Q.   And that was coming from Caldwell?

**October 8, 2008**

## Sieh - Direct

1  A.   Yes.

2  Q.   When you got to Gbarnga, what did you do?

3  A.   Turn ourself over to Charles Taylor.

4  Q.   And when you turned yourselves over to Charles Taylor, did

5  you become part of the NPFL?

6  A.   Yes.

7  Q.   What part of the NPFL were you assigned to?

8  A.   Army division.

9  Q.   Approximately what year was that, Mr. Sieh?

10  A.   I can't remember now.

11  Q.   Was it after Samuel Doe had been killed already?

12  A.   Yes.

13  Q.   Was it before Charles Taylor was elected President?

14  A.   Yes.

15  Q.   And he was elected President in 1997.  Is that right?

16  A.   Yes.

17  Q.   And Samuel Doe was killed in 1990?

18           MR. WYLIE:   Objection.  Leading.

19           THE COURT:   Overruled.

20  BY MS. HECK-MILLER:

21  Q.   And Samuel Doe was killed in 1990.  Is that right?

22  A.   I can't remember now.

23  Q.   At the time that you were assigned to the Army division,

24  what was your role?  What were you doing?

25  A.   I was a battle-front soldier.

**October 8, 2008**

## Sieh - Direct

1  Q.   You were a battle-front soldier?

2  A.   Yes.

3  Q.   And was there fighting going on at that time?

4  A.   Yes.

5  Q.   Was the NPFL fighting against somebody?

6  A.   Yes.

7  Q.   Who was the NPFL fighting against?

8  A.   ULIMO.

9  Q.   What was ULIMO?

10 A.   A rebel faction.

11 Q.   And what was the NPFL?

12 A.   Go again.

13 Q.   What was the NPFL?

14 A.   (No response).

15 Q.   Was it also a faction?

16 A.   Yes.

17 Q.   Was there a time ULIMO captured a part of Liberia known as

18 Bong Mines?

19 A.   Yes.

20 Q.   After ULIMO captured Bong Mines, was there more fighting

21 there?

22 A.   Yes.

23 Q.   And what happened to you with regard to Bong Mines?

24 A.   I were fighting there.

25 Q.   What happened with the Army division with regard to Bong

**October 8, 2008**

**Sieh - Direct**

1  Mines?

2  A.   We're fighting at Bong Mines.

3  Q.   And Mr. Sieh, I'm going to ask you to look on the computer

4  screen at a document that has been admitted in evidence called

5  map 4.

6           AGENT NAPLES:   (Complied.)

7  BY MS. HECK-MILLER:

8  Q.   Do you recognize what that is a map of?

9  A.   Yes.

10  Q.   What country does that map show?

11  A.   Part of West Africa.

12  Q.   And specifically is that a map of Liberia?

13  A.   Part of it.

14  Q.   Now, what country is Bong Mines in?

15  A.   Bong County.

16           MS. HECK-MILLER:   Agent, could we zoom in please on

17  the area of Bong and Gbarpolu and Boni County?

18           AGENT NAPLES:   (Complied.)

19           MS. HECK-MILLER:   Agent, can you take in Monrovia as

20  well so we can have some orientation?

21           AGENT NAPLES:   (Complied.)

22  BY MS. HECK-MILLER:

23  Q.   Mr. Sieh, you see we've expanded part of the map on the

24  screen?

25  A.   Yes.

**October 8, 2008**

## Sieh - Direct

1    Q.    There's something on this map called Bong Town.   Do you see

2    that right in the center?

3    A.    Yes.

4    Q.    What is the relationship between Bong Mines and Bong Town?

5    A.    Bong Mines.

6    Q.    Are they the same location?

7    A.    Yes.

8    Q.    Is Bong Mines at Bong Town?

9    A.    Yes.

10    Q.    Could you just put your finger, please, with a circle

11    around the area where you were fighting?

12    A.    This.

13    Q.    If you put your finger on the screen, it should make a mark

14    and make a circle.

15    A.    This is Bong Mines.

16    Q.    We see the little red dot up by the "B" of Bong.   That's

17    where Bong Mines is?

18    A.    Yes.

19            MS.  HECK-MILLER:   Agent, you can take down the map

20    now.

21            AGENT NAPLES:   (Complied.)

22    BY MS.  HECK-MILLER:

23    Q.    Now, Mr. Sieh, during this time when you joined the NPFL

24    and were a front-line soldier, did you ever see Charles Taylor,

25    the man who later became the President of Liberia and who was

**Sieh - Direct**

1    the head of the NPFL?

2    A.    Yes.

3    Q.    And where was it that you saw Charles Taylor during that

4    time?

5    A.    In Gbarnga.

6    Q.    How was it that you would be in Gbarnga when you were in

7    the NPFL?

8    A.    Say again.

9    Q.    Did you understand my question?

10   A.    No.

11   Q.    What were you doing in Gbarnga, Mr. Sieh?   What were you

12   doing in Gbarnga?

13   A.    I visit Gbarnga.

14   Q.    And why would you visit Gbarnga?

15   A.    Sometimes I went with my commander.

16   Q.    Who was your commander?

17   A.    Siafa Normah.

18   Q.    He was your commander within the NPFL?

19   A.    Yes.

20   Q.    And you would go with him to Gbarnga?

21   A.    Yes.

22   Q.    Did you see Charles Taylor more than one time in Gbarnga?

23   A.    Yes.

24   Q.    So you knew who Charles Taylor was.   Is that right?

25   A.    Yes.

**October 8, 2008**

## Sieh - Direct

1   Q.   Did he know who you were, as far as you could tell?

2   A.   Say again.

3   Q.   Did you have a personal relationship yourself, personally,

4   with Charles Taylor?

5   A.   No.

6   Q.   Did you speak to Charles Taylor?

7   A.   No.

8   Q.   Why was it then that you knew who Charles Taylor was?

9   A.   I saw him

10  Q.   And was he the head of the NPFL?

11  A.   Yes.

12  Q.   What eventually happened with the NPFL's fighting at Bong

13  Mines?

14  A.   Ask again.

15  Q.   What was the result finally of the NPFL's fighting at Bong

16  Mines?

17  A.   Bong Mine was finally recaptured.

18  Q.   Captured by whom?

19  A.   NPFL.

20  Q.   After the NPFL recaptured Bong Mines what did you do?

21  A.   I moved to Kakata.

22  Q.   And when you moved to Kakata, was that as part of the NPFL

23  or not part of the NPFL?

24  A.   Part of the NPFL.

25  Q.   When you moved to Kakata, were you fighting?

**October 8, 2008**

## Sieh - Direct

1   A.   No.

2   Q.   Where is Kakata?

3   A.   Kakata is located in between Gbarnga and Monrovia.

4           MS. HECK-MILLER:   Agent, could we have Map 4 on the

5   screen again, please?

6           AGENT NAPLES:   (Complied.)

7           MS. HECK-MILLER:   And could we zoom in on the area

8   between Monrovia and Gbarnga, please?

9           AGENT NAPLES:   (Complied.)

10           MS. HECK-MILLER:   Agent, could you do that again?

11   Could you give us more of the word of "Monrovia"?  We have the

12   star, but the word so we can see exactly where it is.

13           AGENT NAPLES:   (Complied.)

14   BY MS. HECK-MILLER:

15   Q.   Mr. Sieh, looking at the map now on the computer screen in

16   front of you and looking at the enlarged part of it, do you see

17   Kakata there?

18   A.   Yes.

19   Q.   Could you put your finger there and just make a circle

20   where Kakata is on the screen?

21   A.   That's Kakata.

22   Q.   Thank you.

23           How long were you in Kakata?

24   A.   Over a year.

25   Q.   Well, now, you told us you weren't fighting in Kakata

**Sieh - Direct**

1  anymore.   Is that right?

2  A.   Yes.

3  Q.   What were you doing in Kakata?

4  A.   Selling.

5  Q.   What were you selling?

6  A.   Dry goods.

7  Q.   And was the war faster or slower than it had been

8  previously?

9  A.   Slowed down.

10  Q.   After the NPFL recaptured Bong Mines, did you fight for the

11  NPFL again?

12  A.   No.

13  Q.   Mr. Sieh, did there come a time when you moved from Kakata

14  to Monrovia?

15  A.   Yes.

16  Q.   And about when was that?

17  A.   When Charles Taylor went to Monrovia.

18  Q.   When you say it was when Charles Taylor came into Monrovia,

19  what do you mean when he came in Monrovia?

20  A.   He left Gbarnga and went to Monrovia.

21  Q.   And was that before he ran for President?

22  A.   Yes.

23  Q.   And then he ran for President in 1997.   Is that correct?

24  A.   Yes.

25  Q.   When Charles Taylor moved from Gbarnga to Monrovia, is that

**October 8, 2008**

## Sieh - Direct

1   when you moved from Kakata to Monrovia?

2   A.   Yes.

3   Q.   When you moved to Monrovia, what were you doing there?

4   A.   Still selling.

5   Q.   And what were you selling?

6   A.   Goods.

7   Q.   What kinds of goods?

8   A.   Clothes, slippers.

9   Q.   Did you have a store or a stand?  Where did you sell out

10  of?

11  A.   Shop.

12  Q.   A shop?

13  A.   Yes.

14           THE COURT:   Is this a good point for us to break?

15           MS. HECK-MILLER:   Yes.

16           THE COURT:   Ladies and gentlemen, we will take our

17  lunch recess.   Please remember any instructions not to discuss

18  this case with each other or anyone else.

19           I'll ask everyone please return at 1:45.   It's about

20  12:30 now.   We'll resume at 1:45.   Have a good lunch.

21           [The jury leaves the courtroom at 12:23 p.m.]

22                    (Witness excused).

23           THE COURT:   Could I ask the parties -- I've been

24  meaning to say this.   I've neglected to.   You may notice the

25  jurors have to walk right past the witness and often times they

**October 8, 2008**

## Sieh - Direct

1  encounter each other when a witness is waking to and from the

2  witness stand and the jury is going into and out of the jury

3  box.   They are very close to each other.

4         Since you all control the witnesses, I would ask you

5  hold them or tell them not to start exiting the witness box

6  until the jurors have left because they end up having to avoid

7  each other and body language indicates lack of comfort.

8         Just direct them to get -- I would try to get them

9  into the witness box before the jury comes out.   Sometimes

10  they're not that quick and they end up crossing each other and

11  I'd like to avoid that.

12         MS. HECK-MILLER:   Although I usually do not speak at

13  all to a witness when he's testifying, with the Court's

14  permission, I will instruct Mr. Sieh.

15         THE COURT:   Certainly.

16         Are there any issues we need to address before we

17  resume?

18         MR. WYLIE:   Yes, Your Honor.   With respect to the

19  witness who is testifying now, Mr. Sieh, I suspect the

20  Government is going to elicit testimony that he was mistreated

21  as a soldier either by the ATU or as an ATU soldier.

22         It's our position that would be, essentially, 404(b),

23  outside the scope of the conspiracy.   This conspiracy is to

24  keep Charles Taylor in power.   I don't see how torturing or

25  mistreating a soldier in the ATU or affiliated with the ATU is

**October 8, 2008**

## Sieh - Direct

1  to keep Charles Taylor in power.  Therefore, it's outside the

2  conspiracy.  It's simply a bad act, 404(b), which we haven't

3  gotten notice of and would be not admissible in this case.

4          THE COURT:  I'll hear from the Government.

5          MS. HECK-MILLER:  Your Honor, abuse that this witness

6  observed at Gbatala Base is directly part of the conspiracy in

7  this case.

8          It is not 404(b).  It is part of the res gestae of

9  this case, not only directly, but also as a means of the chain

10  of command and control that was exercised at Gbatala Base.

11  This witness, himself, was punished on some occasions.  They

12  were not the more horrific punishments.  He will say he was

13  beaten on some occasions.

14          That testimony is relevant.  It is part of the res

15  gestae of this case and we submit is fully admissible and, as I

16  said, is not among the more horrific acts that have occurred.

17          He will be testifying, and I've given notice to

18  counsel through some of my communications, to other punishments

19  that he witnessed at Gbatala Base that were more severe than

20  his own.  They also are in furtherance of this conspiracy and

21  show the dominion and control over the soldiers that led to and

22  was part of the consortive of action in this case.

23          THE COURT:  Anything additional, Mr. Wylie?

24          MR. WYLIE:  On a related point with respect to this

25  witness, we have a pending motion to exclude all testimony of

**October 8, 2008**

## Sieh - Direct

1  anybody who is going to corroborate torture or say they were

2  tortured.  We got this witness list about three or four or five

3  weeks ago.  We know nothing about this witness.  We have had no

4  opportunity to investigate him and for that reason we ask his

5  testimony be excluded.

6      THE COURT:  I'll hear from the Government.

7      MS. HECK-MILLER:  Your Honor, Mr. Graveline is

8  addressing that motion.

9      MR. GRAVELINE:  In reference to that motion, I'll file

10  our response in the next 15 minutes.

11      Essentially, our response is going to be that they

12  have had our witness list now for over a month and they have

13  had the opportunity to investigate these people.

14      What -- this was the very litigation we took up on

15  March 3rd concerning whether we had to give notice of every act

16  of abuse we were intending to elicit by any witness.

17      The Court at that time said we did not have to give

18  that notice.  The remedy would be they would be provided the

19  witness list two weeks, a week prior to trial.  They had three

20  weeks prior to September 15th.  We started 10 days late.  They

21  had this for a while.  That was the remedy the Court provided

22  the defense as to this very issue when we took it up in March.

23      THE COURT:  I recall.

24      The objections are overruled and the motion is denied.

25      [Luncheon recess at 12:29 p.m.].

**October 8, 2008**

## Ketter - Cross

1         THE COURT:   Any issues before we bring the jury in?

2         MS. ROCHLIN:   Your Honor, just to confirm, will we be

3    starting with the cross of Mr. Ketter at this time?

4         THE COURT:   The one we didn't start.

5         Do you want to bring that witness in and let's get him

6    seated?

7         MS. ROCHLIN:   Yes, Your Honor.

8         [The jury returns to the courtroom at 1:55 p.m.]

9         THE COURT:   Everyone please be seated.

10         Ladies and gentlemen, we interrupted the last witness'

11    testimony, as you can see, to allow the defense to cross

12    examine this witness, which it did not.

13                     CROSS EXAMINATION

14    [Beginning at 1:55 p.m., 10/8/08.]

15    BY MR. CARIDAD:

16    Q.   Good afternoon, Mr. Ketter.

17    A.   Good afternoon, sir.

18    Q.   Mr. Ketter, you're living in the United States now?

19    A.   Yes.

20    Q.   And you have been living in the United States since 2000?

21    A.   Yes.

22    Q.   And you got a visa back then to come to the United States?

23    A.   Yes.

24    Q.   And when you left Liberia, I guess you flew out of Liberia

25    and into the United States?

**October 8, 2008**

**Ketter - Cross**

1   A.   Yes.

2   Q.   Did my client help you at all with that air fare?

3   A.   No.

4   Q.   You paid that for yourself?

5   A.   Yes.

6   Q.   Okay.

7        And you have family here?

8   A.   A couple of relatives.

9   Q.   Now, you said that you began working for my client's mother

10  as her driver.   Right?

11  A.   Yes, that's correct.

12  Q.   And she thought it would be a good idea if you worked for

13  her son?

14  A.   Yes, she told me "Whenever I leave and go back to the

15       states, you can work for my son because you don't have

16       anything to do."

17  Q.   When Yolanda Emmanuel, my client's mother, would go back to

18  the states, you would be out of a job --

19  A.   Then --

20  Q.   Only one of us can talk at a time, Mr. Ketter.

21  A.   Sorry about that.

22  Q.   I do it, too, sometimes.

23       When his mother went back to the states, you were

24  jobless, so she suggested you work for Mr. Emmanuel, for

25  Charles?

**October 8, 2008**

## Ketter - Cross

1  A.   That's correct.

2  Q.   Now, and there came that time when you actually met him for

3  the first time at his house.  Right?

4  A.   Yes.

5  Q.   Were you outside in the yard or inside the yard when he

6  arrived?

7  A.   I was in the fence.

8  Q.   Sorry?

9  A.   I was in the fence.  I was in the yard.

10  Q.   You weren't inside the actual house.  You were not inside

11  the building?

12  A.   Not in the building, in the fence.

13  Q.   He had never met you before.  Right?

14  A.   No.

15  Q.   He was the son of the President.  Right?

16  A.   Yes.

17  Q.   He wasn't expecting you to be there?

18  A.   Not at all.

19  Q.   He seemed surprised that you were there?

20  A.   I guess he was surprised.

21  Q.   Right.

22       He didn't know what you were doing there.  Correct?

23  A.   Yes.

24  Q.   That's his house?

25  A.   His house.

**October 8, 2008**

## Ketter - Cross

1  Q.   And he hadn't authorized you to be there?

2  A.   He didn't authorize me to be there, but his mother took me

3  there.

4  Q.   His mother took you there?

5  A.   Yes.

6  Q.   But, apparently, my client didn't know you were going to be

7  there, apparently.   Right?

8  A.   No.

9  Q.   And you said he got angry for a minute, but then he calmed

10 down and talked to you.   Right?

11 A.   Yes.

12 Q.   And he decided to hire you as his driver?

13 A.   Yes.

14 Q.   How much did he pay you?

15 A.   He pay me $150.

16 Q.   How often?

17 A.   He used to pay me every month.

18 Q.   $150 a month?

19 A.   Yes.

20 Q.   Was it ever more than that?

21 A.   150.

22 Q.   That was the most?

23 A.   Yes.

24 Q.   Was that a good salary there?

25 A.   Just 150.

**October 8, 2008**

## Ketter - Cross

1  Q.   Was it a good salary in Liberia?

2  A.   Yes.

3  Q.   Right?

4  A.   (Indicating.)

5  Q.   Okay.

6         And you said that you were the driver WHO took him

7  primarily around Monrovia?

8  A.   Yes.

9  Q.   You took him to nightclubs and to see some of his friends?

10 A.   Yes.

11 Q.   Did you also take him to certain ministries of the

12 Government, Lands and Mines?

13 A.   I took him to the mansion.

14 Q.   Took him to the Executive Mansion sometimes?

15 A.   Yes.

16 Q.   Did you ever take him to other government buildings, other

17 government agencies?

18 A.   That I can't remember, besides the mansion and Whiteflower.

19 Q.   Did you have to be at his house 24 hours a day?

20 A.   Yes.

21 Q.   So you actually lived at his house?

22 A.   Almost.

23 Q.   Almost?  What do you mean?  Sometimes you would get to go

24 home?

25 A.   Sometimes go home.  He send for you, you come back.

## Ketter - Cross

1  Q.  You were on call, basically?

2  A.  Yes.

3  Q.  You had a cell phone if he needed you?

4  A.  He would send his bodyguard with his car to "Come over to

5      my house and get me."

6  Q.  Didn't you have cell phones?

7  A.  At that time I never had cell phone.

8  Q.  You didn't have a cell phone?

9  A.  No.

10  Q.  Now, you're not a military man.  Right?

11  A.  I'm not.

12  Q.  You've never been in the military?

13  A.  No.

14  Q.  You don't carry a gun?

15  A.  No.

16  Q.  You've never served in the Armed Forces of Liberia?

17  A.  No.

18  Q.  Strictly a civilian?

19  A.  Yes.

20  Q.  And in '99 you say you took him to Gbatala a few times?

21  A.  Yes.

22  Q.  Now, if you're in Monrovia and you want to go to Gbatala,

23  there's a road that takes you to Gbatala.  Right?

24  A.  Yes.

25  Q.  Gbatala is the name of a town.  Right?

**October 8, 2008**

## Ketter - Cross

1  A.   Yes.

2  Q.   And before you get to the town of Gbatala --

3  A.   Yes.

4  Q.   -- there was the base where you sometimes took my client

5  to.  Right?

6  A.   Yes.

7  Q.   Okay.

8       And the base is very close to Gbatala Town right?

9  A.   That's correct very close to Gbatala.

10 Q.   You can actually will walk from the base to Gbatala Town?

11 A.   That's correct.

12 Q.   Okay.  Because Gbatala Town is right on the main road?

13 A.   Yes.

14 Q.   That goes by the base?

15 A.   Yes.

16 Q.   Okay.

17      And Gbatala Town, is it on both sides of the road,

18 Gbatala, the town?

19 A.   Left and right.

20 Q.   Okay.

21      So that first time I think you said you went to the

22 base was February or March of 1999.

23 A.   Yes, February or March, 1999, yes.

24 Q.   And it was -- I'm sorry -- it was just you and my client in

25 the car?

**October 8, 2008**

## Ketter - Cross

1  A.   Yes.

2  Q.   You say there were guns in the car?

3  A.   Yes.

4  Q.   Were they in the trunk of the car?

5  A.   On the back seat.

6  Q.   On the back seat?

7  A.   Yes.

8  Q.   How many guns?  Do you remember?

9  A.   About three guns, three or four guns and a grenade.

10 Q.   Was my client wearing some sort of uniform, did you say,

11 that first trip?

12 A.   Yes.

13 Q.   It was a camouflage uniform?

14 A.   Yes.

15 Q.   And he -- you drove into the base area?

16 A.   Yes, I drove in the base.

17 Q.   And you parked near some buildings?

18 A.   Parked near in front of the building.

19 Q.   In front of some buildings?

20 A.   Yes.

21 Q.   It looked like -- what did these buildings look like to

22 you?

23 A.   In front of building like cafeteria where the women cook

24 the food for the soldiers to eat.

25 Q.   So you saw civilians on the base?

## Ketter - Cross

1   A.   People cook for his soldiers to eat.

2   Q.   You actually saw a place that you thought was a cafeteria

3   with women cooking?

4   A.   I saw them cooking.   I go there.   There where we stopped.

5   Q.   Right.

6        Did you see any other kind of civilians besides women

7   cooking on the base?

8   A.   I saw women cooking and I don't know what civilian you're

9   talking about.

10  Q.   Let me put it this way:   Did you see anybody else who was

11  not in some sort of military uniform doing carpentry work or

12  cleaning up?   Did you see anybody like that?

13  A.   I saw other people, men cleaning up.

14  Q.   Cleaning?

15  A.   Cleaning up.   Carpentry work.   They were in civilian

16  uniform

17  Q.   I'm sorry?

18  A.   They were in civilian uniform   I don't know whether they

19  were civilian or military, but they were in civilian uniform

20  Q.   You saw women cooking.   You saw men dressed in civilian

21  clothes doing carpentry work?

22  A.   Yes.

23  Q.   Did you see any other kinds of civilians doing any other

24  kind of work?

25  A.   No.

**October 8, 2008**

## Ketter - Cross

1   Q.   You mentioned something about civilians doing cleaning
2   around the base.
3   A.   I said I saw people in civilian clothes.   I don't know
4   whether they civil or military.
5   Q.   These people cleaning up the brush --
6   A.   Picking up papers and the dirt.
7   Q.   You saw women cleaning, men doing carpentry and other men
8   cleaning up the base?
9   A.   No, I saw women cooking, not cleaning.
10  Q.   Sorry.
11  A.   Women cooking, men doing carpentry jobs on the base.
12  Q.   Right.
13  A.   And men in civil clothes cleaning around, picking papers
14  and --
15  Q.   You also saw men dressed in military gear?
16  A.   Yes.
17  Q.   Right.
18          And when my client arrived, these men came towards
19  you, came towards the car?
20  A.   They came towards the car.
21  Q.   To say "Hello "to my client?
22  A.   Open the door for him, salute him
23  Q.   They saluted him?
24  A.   Yes.
25  Q.   They took the guns out of the car?

**October 8, 2008**

## Ketter - Cross

1   A.   No.

2   Q.   Did my client take the guns out of the car himself?

3   A.   He got his side gun with him

4   Q.   How about the three guns in the back of the car?

5   A.   The guns stayed in the car.

6   Q.   Oh, they stayed in the car?

7   A.   Yes.

8   Q.   I see.  So he didn't deliver anything to the base that day?

9   A.   He went there.  I don't know what he went for.

10   Q.   Did you see where he went to?

11   A.   I told you from the beginning, we stopped to where we

12   usually stop.  The men come and greet him and they walk away.

13   Q.   How long were they gone?

14   A.   Two, three hours, four hours.

15   Q.   And you were supposed to wait in the car?

16   A.   Exactly.  I wait in the car or near the car.

17   Q.   You didn't expect to be allowed into the base, did you?

18   A.   I can't.

19   Q.   Were you interested in even seeing the base?

20   A.   What I were interested?

21   Q.   Yes.

22   A.   I wasn't.  I wasn't interested in seeing the base.

23   Q.   Your job was just to take him there?

24   A.   Just to take him there.

25   Q.   Wait for him to finish what he was doing and take him back

**October 8, 2008**

## Ketter - Cross

1  to Monrovia?

2  A.   Yes.

3  Q.   Okay.

4           And then you went for a second time in '99.   Correct?

5  A.   Yeah.

6  Q.   The second time, was my client dressed in some kind of

7  uniform?

8  A.   Green.

9  Q.   Green?

10  A.   All over green.

11  Q.   Like camouflage green?

12  A.   No.   Green, there's no color in it, just pure green suit,

13  green uniform

14  Q.   Were there any guns in the car?

15  A.   Always.

16  Q.   The second time?

17  A.   Guns in the car always.

18  Q.   He was the President's son, of course.   We know that.

19  Right?

20  A.   Yes.

21  Q.   Okay.

22           So you get to the base the second time and again he

23  gets out.   Men come and greet him   Right?

24  A.   As usual.

25  Q.   Did you again see these same civilians walking around the

## Ketter - Cross

1  base?

2  A.  I see other people in civilian clothes.  I can't tell

3  whether they're civilian or not.

4  Q.  You saw people in civilian clothes?

5  A.  I saw people in civilian clothes, yes, moving around.

6  Q.  Could you see -- the base at that time was pretty cleared

7  right.  The bush had been cleared so you could see quite a bit.

8  Right?

9  A.  You can see as much -- you go on the base -- can I just

10  demonstrate a little bit.

11  Q.  Of course.

12  A.  You park like this.  The car goes straight.  You park on

13  the base.  On the right-hand side is the building.  Like when

14  he carry his water or food in a room, like a cafeteria, they

15  take it in there.

16         There where the car parked.  On the base you cannot

17  see farther.  You only see farther where you see like where the

18  people cooking and the main road go to Gbatala.

19  Q.  Did you say something about -- did I understand you

20  correctly to say there was a delivery of food or water?

21  A.  Like when he go on the base, he carry his water or food

22  with him

23  Q.  My client?

24  A.  Yes.

25  Q.  For the men?

## October 8, 2008

**Ketter - Cross**

1  A.   For himself.

2  Q.   For himself.

3          He carried something for him to eat and drink?

4  A.   Yeah.

5  Q.   Okay.

6          How long was he there the second time, the same amount

7  of time?

8  A.   Always we go there, we don't get out there sooner.

9  Q.   That was the second time and the third time was also in

10  '99?

11  A.   The third time was -- it was in the end of '99 into 2000,

12  like the Christmas season or something like that.

13  Q.   He went again to the base with you?

14  A.   I -- we went there.  He took me there.  I took him there,

15  rather, driver.

16  Q.   The same thing?  Anything different about the third trip?

17  Was there anything different about the third trip from the

18  other two trips?

19  A.   Just usual.  Go on the base.  The men come around him,

20  greet him

21  Q.   Now, he could call you at any time of day or night and use

22  you as his driver.  Right?

23  A.   Any time.

24          MR. CARIDAD:  Now I'm going to ask the agent to put up

25  CE 8, if you could, please.

**October 8, 2008**

## Ketter - Cross

1         AGENT BAECHTLE:    (Complied.)

2    BY MR. CARIDAD:

3    Q.   You don't see anything?

4    A.   I see picture.

5    Q.   That's the picture you described earlier of my client

6    standing next to his father?

7    A.   Yes.

8    Q.   He has a camouflage uniform on.   Right?

9    A.   Yes.

10   Q.   Is that the kind of camouflage uniform you saw him with in

11   '99?

12   A.   Yes.

13   Q.   Like that?

14   A.   Like that.

15   Q.   Is that the kind of camouflage uniform he wore to the base

16   at least once when he went with you?

17   A.   Green.   Sometimes black.   Sometimes black, too, like this.

18   Sometimes green.   Green look camouflage.   Sometimes camouflage.

19         MR. CARIDAD:   I want to ask the agent if he would put

20   up AT 1.

21   BY MR. CARIDAD:

22   Q.   I want you to take a good look at this uniform that's on my

23   client.   Can you see that uniform he's wearing in the picture

24   in front of you next to his father?

25   A.   Yes.

**October 8, 2008**

## Ketter - Cross

1          MR. CARIDAD:   Whenever you can agent AT 1.

2          AGENT BAECHTLE:   (Complied.)

3    BY MR. CARIDAD:

4    Q.   Now you see that AT 1?

5    A.   Yes.

6    Q.   Is that -- does that look like the same type of camouflage

7    to you as he's wearing in the other picture or not?

8    A.   No.

9    Q.   The other one, the one you identified first where he's with

10   his father, is different from this?

11   A.   The that one has black, a lot of black.

12   Q.   The one you saw him with in '99 is the one he's wearing

13   next to his father.   Right?

14   A.   Yes.

15          MR. CARIDAD:   Thank you, agent.

16   BY MR. CARIDAD:

17   Q.   Did my client ever help you?   Aside from your salary, did

18   he ever help you with anything extra like medical problems or

19   school supplies for you?

20   A.   Not school supplies.   He helped me with money before

21   because I had a chronic pneumonia.   Give me money to go to the

22   hospital.

23   Q.   How much money did he give you?

24   A.   I remember I think it was 175 or $200.   He said "Go take

25        treatment.   You're sick."

**October 8, 2008**

## Ketter - Redirect

1    Q.    Now, after you came to the United States, did you try to

2    seek work with his mother?

3    A.    (Indicating.)

4    Q.    After you came to the United States in 2002, did you try to

5    seek employment with my client's mother?

6    A.    No.

7    Q.    Did you stay in contact with her at all?

8    A.    No.

9         MR. CARIDAD:   If I could have one moment, Your Honor.

10        THE COURT:   Yes.

11        MR. CARIDAD:   Thank you, Your Honor.   That's all I

12   have.

13        THE COURT:   Redirect.

14                    REDIRECT EXAMINATION

15   [Beginning at 2:13 p.m., 10/8/08.]

16   BY MS. ROCHLIN:

17   Q.    Mr. Ketter, when you worked for the defendant, did you see

18   him in the same uniform or different uniforms at different

19   times?

20   A.    Different uniform different times.

21   Q.    And were you the only person who was the defendant's driver

22   or not?

23   A.    No.

24   Q.    How many other drivers did the defendant have?

25   A.    Two plus myself that I know of.

**October 8, 2008**

## Ketter - Redirect

1   Q.   Were the other two drivers civilian or military drivers?

2   A.   They said they was military drivers.

3   Q.   Mr. Ketter, when you went to the Gbatala Base, how did you

4   know you had to stay by the car?

5   A.   Because when the car stopped, he say "Don't leave by the

6        car.   You stay by the car."

7   Q.   Who told you to stay by the car?

8   A.   Mr. Chuckie Taylor.

9   Q.   And when the defendant told you to stay by the car, did he

10  give you any explanation or reason why you had to stay by the

11  car?

12  A.   No.

13  Q.   If you had wanted to move away from the car and go to other

14  parts of the base, Mr. Ketter, could you have done that?

15  A.   No.

16  Q.   Why not?

17  A.   There gonna be a problem for me.

18  Q.   Why would it be a problem for you?

19  A.   Because he gonna yell, "Who told you to leave the car?   Who

20       told you to leave the car?"

21  Q.   Did you go to Gbatala Base very often, Mr. Ketter?

22  A.   Three times, two times.   I can't really remember.   I took

23  him there three times.

24  Q.   Why was it only three times, Mr. Ketter?

25            MR. CARIDAD:   Objection.   Speculation.

**October 8, 2008**

## Sieh - Direct

1          THE COURT:   Overruled.

2   A.   Because he have a driver and sometime he drive himself

3   there.

4   Q.   What kind of driver were those other drivers?

5   A.   Military drivers.

6          MS. ROCHLIN:   If I could have a moment, Your Honor?

7          No further questions, Your Honor.

8          THE COURT:   Thank you, sir.   You are excused.

9           [The witness was excused at 2:15 p.m]

10          MS. HECK-MILLER:   Your Honor, if we may resume with

11  Mr. Sieh.

12          WESLEY SIEH, GOVERNMENT'S WITNESS, RESUMED

13               DIRECT EXAMINATION (cont'd)

14  [Beginning at 2:15 p.m, 10/8/08.]

15          THE COURT:   You may proceed.

16          MS. HECK-MILLER:   Thank you, Your Honor.

17  BY MS. HECK-MILLER:

18  Q.   Mr. Sieh, I would like to turn your attention back to the

19  time when you were living in Monrovia running a business

20  selling dry goods after Charles Taylor had become President.

21  Do you remember that time?

22  A.   Yes.

23  Q.   You told us earlier who Siafa Normah was.   Could you remind

24  us please who was Siafa Normah?

25  A.   Former commander.

**October 8, 2008**

## Sieh - Direct

1   Q.   And when you were living in Monrovia, did you continue to

2   see Siafa Normah from time to time?

3   A.   Yes.

4   Q.   And did you continue to see him and talk with him in 1998?

5   A.   Yes.

6   Q.   Did there come a time when Siafa Normah made a suggestion

7   to you?

8            MR. WYLIE:   Objection.   Hearsay.

9            MS. HECK-MILLER:   Your Honor, 801(d) --

10           THE COURT:   Let me hear the question.

11   BY MS. HECK-MILLER:

12   Q.   Did there come a time when Mr. Normah made a suggestion to

13   you?

14           THE COURT:   Overruled.

15   BY MS. HECK-MILLER:

16   Q.   You may answer the question, Mr. Sieh.

17   A.   Yes.

18   Q.   When was that?

19   A.   When I visit him at his house.

20   Q.   Do you know what year it was?

21   A.   No.

22   Q.   When you visited Mr. Normah at his house and he made a

23   suggestion to you, what did he say?

24   A.   He told me that Chuckie met him and told him that his

25   father, Charles Taylor, told him to form a unit.

## Sieh - Direct

1    Q.    Now, when Siafa Normah told you this about what Chuckie

2    told him, who did you understand Chuckie to be?

3    A.    Charles Taylor son.

4    Q.    Siafa Normah say if Chuckie Taylor asked Siafa Normah to do

5    anything?

6              MR. WYLIE:    Objection.    Hearsay.

7              MS. HECK-MILLER:    Your Honor 801(d)(2)(c).

8              THE COURT:    Overruled.

9    BY MS. HECK-MILLER:

10   Q.    Do you remember the question?

11   A.    No.

12   Q.    Did Siafa Normah say whether Chuckie asked him, asked Siafa

13   Normah to do anything with regard to that unit?

14   A.    Yes.

15   Q.    What Siafa Normah say?

16   A.    Chuckie told him to recommend men.

17   Q.    What kind of men?

18   A.    Men from the NPFL to be part of the unit.

19   Q.    Was there a name for the unit at that point that you knew

20   of?

21   A.    The Demon Forces.

22   Q.    Did Siafa Normah make any suggestion to you with regard to

23   the Demon Forces?

24   A.    Yes.

25   Q.    Shall we wait a minute?

**October 8, 2008**

## Sieh - Direct

1          THE COURT:   We'll give them a second to sort that out.

2                    [Discussion off the record.]

3    BY MS. HECK-MILLER:

4    Q.   Did Siafa Normah make any suggestion to you with regard to

5    that unit?

6    A.   Yes.

7    Q.   What suggestion did Siafa Normah make to you?

8    A.   He say he wanted me to be part.

9    Q.   When Siafa Normah said that he wanted you to be part, what

10   did you say?

11          MR. WYLIE:   Objection.   Hearsay, Your Honor.

12          THE COURT:   Overruled.   You may answer.

13   A.   I agree to it.

14   Q.   Why did you agree?

15   A.   Because I want a job.

16   Q.   Did Siafa Normah say anything about what type of work the

17   unit would do?

18          MR. WYLIE:   Same objection.

19          THE COURT:   Overruled.

20          You may answer.

21   A.   Yes.

22   Q.   What did Siafa Normah say was the type of work the unit

23   would do?

24   A.   He said the unit were going to be training and be

25   responsible to guard the Executive Mansion, the President and

## Sieh - Direct

1   the immediate family.

2   Q.   Do you need any water, Mr. Sieh?   You sounded like you had

3   something in your throat.   Do you need some water?

4   A.   No.

5   Q.   If you need some water, we've got some water while your

6   testifying.   Do you understand?

7   A.   Yes.

8   Q.   Did Siafa Normah say who would be the head of the unit?

9              MR. WYLIE:   Objection.   Same objection.   Hearsay.

10             THE COURT:   Overruled.   You may answer.

11  A.   Yes.

12  Q.   Who did Siafa Normah say would be the head of the unit?

13  A.   Chuckie Taylor.

14  Q.   Mr. Sieh, at that time did you know who Chuckie Taylor was?

15  A.   Yes.

16  Q.   Had you ever seen Chuckie Taylor at that time?

17  A.   Yes.

18  Q.   Where had you seen Chuckie Taylor?

19  A.   In Gbarnga.

20  Q.   Did Chuckie Taylor know you personally at that time?

21  A.   No.

22  Q.   Did you know Chuckie Taylor personally yourself at that

23  time?

24  A.   No.

25  Q.   Did Siafa Normah indicate to you where you should go or

**October 8, 2008**

## Sieh - Direct

1   what you should do to become part of the unit?

2   A.   Yes.

3   Q.   What did he indicate or say?

4   A.   To go to Chuckie's house.

5   Q.   And did you know where Chuckie's house was at that time.

6   A.   Yes.

7   Q.   Where was Chuckie's house at that time when Siafa Normah

8   was speaking to you?

9   A.   Beyond Kiss FM, Congotown.

10  Q.   What was Kiss FM?

11  A.   A radio station.

12  Q.   What is Congotown?

13  A.   A community.

14  Q.   Where is that community?

15  A.   In Monrovia.

16  Q.   Do you do anything as a result of your conversation with

17  Siafa Normah?

18  A.   Yes.

19  Q.   What did you do?

20  A.   I went to Chuckie's house.

21  Q.   And how long was it after your conversations with Siafa

22  Normah that you went to Chuckie's house?

23  A.   The next day.

24  Q.   When you went to Chuckie's house, did you go in the house?

25  A.   No.

**October 8, 2008**

## Sieh - Direct

1  Q.   Where did you go at the area of Chuckie's house?

2  A.   In the yard.

3  Q.   And in that yard, did you see anybody that you knew?

4  A.   Yes.

5  Q.   Who did you see?

6  A.   Other NPFL friends.

7  Q.   Did anybody tell you to do anything?

8  A.   No.

9  Q.   What happened that day?

10 A.   Left and went home.

11 Q.   And after you left and went home, did you do anything else

12 with regard to being in the unit?

13 A.   Yes.

14 Q.   What did you do?

15 A.   I continue to go there.

16 Q.   And when you say you continued to go there, where is that?

17 Where did you continue to go?

18 A.   To Chuckie's house.

19 Q.   How often did you go to Chuckie's house?

20 A.   On a daily basis.

21 Q.   Why did you go to Chuckie's house on a daily basis?

22 A.   I wanted to be part of the unit.

23 Q.   When you went to Chuckie's house on a daily basis, did you

24 continue to meet other men there?

25 A.   Yes.

**October 8, 2008**

## Sieh - Direct

1  Q.   Who were these other men?

2  A.   Friends from the NPFL.

3  Q.   Did there come a time when Chuckie Taylor said anything to

4  the men who were coming to his house?

5  A.   Yes.

6  Q.   Did the men go into the house?

7  A.   No.

8  Q.   How was it that Chuckie was able to speak with the men?

9  A.   He came out.

10  Q.   And when Chuckie came out of the house, what did he say?

11  A.   He said to us we should be patient.   We should continue to

12  check.   The base is under renovation.   We should be checking,

13  and when we come, we shall go to Gambia Jack house.   There

14  would be food for us.

15  Q.   Now, when Chuckie said the base was under revision, did you

16  understand what base he was talking about?

17  A.   Yes.

18  Q.   What base did you understand him to be talking about?

19  A.   Gbatala.

20  Q.   And what did you understand was at Gbatala?

21  A.   Go again.

22  Q.   What did you understand or believe was at Gbatala?

23  A.   I don't understand you.

24  Q.   Chuckie said that the base was under revision.   Is that

25  correct?

**October 8, 2008**

## Sieh - Direct

1  A.   Yeah.

2  Q.   To you that meant something about Gbatala.   Is that

3  correct?

4  A.   Aha.

5  Q.   You have to say "Yes" or "No" for our reporter, please.

6  A.   Yes.

7  Q.   What was it that was the connection between Gbatala and the

8  base being under revision?

9  A.   (No response.)

10  Q.   Let me rephrase it.   Where was the base going to be?

11  A.   At Gbatala.

12  Q.   Now, you told us that Chuckie said you should go some place

13  and you would get food.

14  A.   Yes.

15  Q.   Where did Chuckie say you should go to get food?

16  A.   To Ganbian Jack house.

17  Q.   Did you know who Ganbian Jack was?

18  A.   Yes.

19  Q.   Did you know where Ganbian Jack's house was?

20  A.   Yes.

21  Q.   Who was Ganbian Jack?

22  A.   Ganbian Jack was one of the Ganbian Special Forces who were

23  assigned with Charles Taylor.

24  Q.   And were there other Ganbian Special Forces besides Ganbian

25  Jack that you knew of?

**October 8, 2008**

**Sieh - Direct**

1          MR. WYLIE:   Objection.  Hearsay.  No foundation for

2     personal knowledge.

3          THE COURT:   Overruled.

4          You may answer.

5     BY MS. HECK-MILLER:

6     Q.   Do you recall the question?

7     A.   Yes,

8     Q.   Can you answer the question?

9     A.   Yes.

10    Q.   What's your answer?

11    A.   Yes.

12    Q.   Did you go to Gambian Jack's house?

13    A.   Yes.

14    Q.   Where was that house?

15    A.   In the same Congotown.

16    Q.   And did you get food there?

17    A.   Yes.

18    Q.   Were there other men at Gambian Jack's house?

19    A.   Yes.

20    Q.   Who were the other men?

21    A.   Friends of the NPFL.

22    Q.   Did you go back to Gambian Jack's house more than once?

23    A.   Yes.

24    Q.   Mr. Sieh, back again to what Chuckie Taylor said to you the

25    day that he came out of his house, what, if anything, did he

**October 8, 2008**

## Sieh - Direct

1  say about the unit?

2  A.   Go again.

3  Q.   On the day that Chuckie Taylor came out of his house and

4  talked to the men, what, if anything, did Chuckie Taylor say

5  about the unit, the new unit that was being formed?

6  A.   I'm not understanding you.

7  Q.   Did Chuckie Taylor say what the new unit would be doing?

8  A.   Yes.

9  Q.   What did he say?

10 A.   He say the unit will be for his father, to guard the

11 mansion and his immediate family.

12 Q.   Did Chuckie Taylor say anything about whether the unit

13 would be trained?

14 A.   Yes.

15 Q.   What did he say about whether the unit to be trained?

16 A.   He said the unit would be trained.

17 Q.   And did he say anything about where the unit would live?

18 A.   Yes.

19 Q.   What did he say about that?

20 A.   He said the unit would live at the Executive Mansion.

21 Q.   Did he say anything about whether or how the unit would be

22 made or taken care of?

23 A.   Yes.

24 Q.   What did he say about that?

25 A.   He said the unit would be well taken care of and will be

**October 8, 2008**

## Sieh - Direct

1  well paid.

2  Q.   Mr. Sieh, I've been talking about Chuckie Taylor.   Do you

3  see Chuckie Taylor, the man you have been talking about, in the

4  courtroom here today?

5  A.   Yes.

6  Q.   Could you point him out to us, please?

7  A.   Yes.

8  Q.   Would you do that?  You can either point to him or tell us

9  in words where you see him?

10  A.   Can I stand up?

11  Q.   You may stand up, yes, sir.

12  A.   Thank you.

13          There's Chuckie Taylor.

14          MS. HECK-MILLER:   Your Honor, may the record reflect

15  the witness is --

16          THE WITNESS:   He is sitting between the two men.

17  BY MS. HECK-MILLER:

18  Q.   Thank you, Mr. Sigh.   You may be seated.

19  A.   (Complied.)

20          MS. HECK-MILLER:   Your Honor, may the record reflect

21  the witness has identified the defendant?

22          THE COURT:   The record so reflects.

23  BY MS. HECK-MILLER:

24  Q.   Mr. Sieh, I'd like to turn your attention back to Gbatala

25  that had been mentioned.   Before it was being revised for the

## Sieh - Direct

1  base, for this new unit, do you know what Gbatala was used for?

2  A.   Yes.

3  Q.   What was Gbatala used for before it was being revised for

4  the new unit?

5      MR. WYLIE:   Objection.   Hearsay.   No foundation for

6  personal knowledge.

7      THE COURT:   Why don't you establish a foundation?

8  BY MS. HECK-MILLER:

9  Q.   Mr. Sieh, how is it that you knew what that base was being

10 used for?

11 A.   Go again.

12 Q.   You told us that you knew what the base was being used for

13 before it was being revised for the new unit.   Do you recall

14 saying that?

15 A.   Yes.

16 Q.   How is it that you knew what the base had been used for

17 previously?

18 A.   It was used for training.

19 Q.   How did you know that?

20 A.   From the NPFL days.

21 Q.   And who used it for training during the NPFL days?

22 A.   The Gambian.

23 Q.   And was there a particular name -- withdrawn.

24     Was there a particular name for the unit that was

25 training at that base during the NPFL days?

**October 8, 2008**

**169**

## Sieh - Direct

1    A.    Yes.

2    Q.    What was the name of that unit?

3    A.    Cobra.

4    Q.    And what was the relationship or the connection between

5    Cobra and the Gambians?

6    A.    The Gambians were the one that trained the Cobra unit.

7    Q.    Now, before it was even used by the NPFL, do you know what

8    that location was used for?

9          MR. WYLIE:   Same objection.   No personal knowledge.

10         THE COURT:   The question is does he know.   Let's see

11   if he answers "Yes."

12         MS. HECK-MILLER:   I'll explore that, Your Honor.

13   BY MS. HECK-MILLER:

14   Q.    Do you remember my question?

15   A.    Yes.

16   Q.    Before that location was used even for the Cobra unit, do

17   you know what it was used for?

18   A.    Yes.

19   Q.    How is it that you know what that location was used for

20   before the Cobra unit trained there?

21   A.    It was a --

22   Q.    No, no.   One moment, Mr. Sieh.   I'm not asking you what it

23   was used for.   I'm asking you how you know what it was used

24   for.   Do you understand the difference?

25   A.    Go again.

**October 8, 2008**

## Sieh - Direct

1  Q.   Before that location at Gbatala was used for the Cobra

2  unit, it was used for something else.   Right?

3  A.   Yes.

4  Q.   How is it that you know what it was used for?   Did you see

5  that?

6  A.   No.

7  Q.   Did you see what was located at that location?

8  A.   Go again.

9  Q.   Did you see what was located at that base before the Cobra

10  unit?

11  A.   No.

12  Q.   I'm sorry.   What was your answer?

13  A.   No.

14  Q.   All right.   Then don't answer it further, please.

15         How long did you continue going -- withdrawn.

16         How long did you continue going to Gambian Jack's

17  house?

18  A.   Up to the time we were carried on base.

19  Q.   During that time before you went to the base, did you

20  continue to see any bodyguards -- withdrawn.

21         During that time before you went to the base, did you

22  see bodyguards of Chuckie Taylor?

23  A.   Yes.

24  Q.   Was that one time or was that more than one time?

25  A.   More than one time.

**October 8, 2008**

## Sieh - Direct

1  Q.   And how did Chuckie Taylor's bodyguards dress?

2  A.   Black uniform

3  Q.   And can you describe anything else about the black uniform?

4  A.   Yes.

5  Q.   What can you describe for us about the black uniform?

6  A.   Had a black vest on top of the black uniform

7  Q.   And in addition to the black vest, do you remember anything

8  about its pockets?

9  A.   Yes.

10 Q.   What do you remember about the pockets of the black

11 uniform?

12 A.   It had double pockets.

13 Q.   Was there any patch or insignia that went with the black

14 uniform?

15 A.   No.

16 Q.   Did you ever see Chuckie Taylor wearing the black uniform?

17 A.   Yes.

18 Q.   Where was that?

19 A.   At his house.

20 Q.   And what unit was the black uniform of?

21 A.   Demon Forces.

22 Q.   Did a time come when you were brought to the Gbatala Base?

23 A.   Go ahead again.

24 Q.   Did a time come when you were brought to the Gbatala Base?

25 A.   Yes.

**October 8, 2008**

## Sieh - Direct

1   Q.   When was that?

2   A.   After a month.

3   Q.   What year was that?

4   A.   I can't remember.

5   Q.   Do you know if it was in the 1990s, the 2000s?  Can you

6   give us your best recollection?

7   A.   It was in the 2000s.

8   Q.   Did there come a time when you graduated from Gbatala Base?

9   A.   (No response.)

10   Q.   Do you want me to Repeat the question, Mr. Sieh?

11   A.   Yes.

12   Q.   Did you have a graduation from Gbatala Base?

13   A.   Yes.

14   Q.   When was your graduation from Gbatala Base?

15   A.   December the 15, 1999.

16   Q.   So if you graduated from Gbatala Base in 1999, December,

17   around Christmastime --

18   A.   Yeah.

19   Q.   -- about what time did you first go to the base?

20   A.   I can't remember.

21   Q.   Would it have been before graduation?

22   A.   No.

23   Q.   How would you have graduated from Gbatala Base after --

24   withdrawn.

25          Was your graduation from Gbatala Base after you had

## Sieh - Direct

1   been trained there?

2   A.   No.

3   Q.   When were you trained at Gbatala Base?

4           MR. WYLIE:   Objection.   Asked and answered.

5           THE COURT:   Overruled.

6   A.   We trained from '98 to '99, December 15.

7   Q.   And when you started training, when the training started at

8   Gbatala Base in 1998, were you there?

9   A.   Yes.

10  Q.   How did you get to Gbatala Base the first time?

11  A.   I was carried in truck.

12  Q.   Were you alone in the truck or were other people with you?

13  A.   Other people.

14  Q.   Were there women or was it all men?

15  A.   All men.

16  Q.   Who were the other men who were in the truck with you?

17  A.   All the members that wanted to go on the base.

18  Q.   Did you know any of them?

19  A.   Yes.

20  Q.   And how is it that you knew these other men who were going

21  with you to the base?

22  A.   From doing the NPFL.

23  Q.   When you got to the base, was there anyone already there?

24  A.   Yes.

25  Q.   Who was already at the base when you got there?

**October 8, 2008**

## Sieh - Direct

1  A.   We met other recruits there.   We met --

2  Q.   I'm sorry.   Go on.

3  A.   And we met Compari there.

4  Q.   Who were the other recruits that you met there?

5  A.   Soldiers that were recruited from Gbatala Town.

6  Q.   Now, you said you met Compari there.   Is that the name you

7  said?

8  A.   Yes.

9  Q.   Do you know Compari's first name?

10 A.   Yes.

11 Q.   What is or was Compari's first name?

12 A.   David Compari.

13 Q.   And who was David Compari?

14 A.   The base commander.

15 Q.   Can you describe David Compari?

16 A.   Yes.

17 Q.   Would you, please, describe David Compari to us?

18 A.   Very tall, huge.

19 Q.   Was David Compari a Liberian?

20 A.   No.

21 Q.   Do you know what nationality he was?

22 A.   Yes.

23 Q.   What nationality?

24 A.   Gambian.

25 Q.   Had you ever known David Compari before you got to Gbatala

## Sieh - Direct

1  Base?

2  A.   Yes.

3  Q.   How is it that you knew David Compari already before you

4  got to Gbatala Base?

5  A.   From the NPFL.

6  Q.   And from the NPFL time or days, where was it that you knew

7  David Compari from?  What city or town?

8  A.   I met him in Gbarnga.

9  Q.   How was it that you met David Compari in Gbarnga?

10 A.   When I went with my commander in Gbarnga.

11 Q.   Did you know David Compari personally in Gbarnga?

12 A.   No.

13 Q.   Do you know what David Compari was doing in Gbarnga?

14 A.   Yes.

15 Q.   What was he doing in Gbarnga?

16 A.   Was a trainer on the Cobra base.

17 Q.   Now, when you got to Gbatala Base, is that when you learned

18 who the commander of the base was or did you already know?

19 A.   I got to know when I got there.

20 Q.   And did you find out who was the deputy commander of the

21 base?

22 A.   Yes.

23 Q.   Who was the deputy commander at Gbatala Base?

24 A.   Mac.

25 Q.   Who was Mac?

**Sieh - Direct**

1  A.   The deputy to Compari.

2  Q.   Can you describe him, please?

3  A.   Yes.

4  Q.   Tell us what he looks like.

5  A.   Small in body.

6  Q.   And did you know what nationality Mac was?

7  A.   Yes.

8  Q.   What nationality was he?

9  A.   Gambian.

10  Q.   Mr. Sieh, other than David Compari and Mac, the two

11  Gambians, were there any other people at Gbatala Base when you

12  got there who were not Liberian, as far as you know?

13  A.   No.

14  Q.   When you got to Gbatala Base, was it finished?

15  A.   No.

16  Q.   And did you and the other recruits have some role or job to

17  do with regard to finishing or working on Gbatala Base?

18  A.   Yes.

19  Q.   What did you do the first two or three weeks at Gbatala

20  Base with regard to working on the base or finishing it?

21  A.   Brushing around the base.

22  Q.   What do you mean by brushing around the base?

23  A.   Cutting the bush with cutlasses.

24  Q.   Besides cutting the bush with cutlasses, were there any

25  other jobs you and the other recruits did besides working on

**October 8, 2008**

## Sieh - Direct

1   the base those two or three weeks?

2   A.   Yes.

3   Q.   What other jobs did you do?

4   A.   We dug holes.

5   Q.   Where were the holes that you dug?

6   A.   They were on the base.

7   Q.   Did you do anything with regard to any buildings?

8   A.   Yes.

9   Q.   What did you do with regard to any buildings?

10  A.   We did painting.

11  Q.   What buildings did you paint?

12  A.   Buildings that were on the base.

13  Q.   Are you familiar with a building that was on Gbatala Base

14  that had the name of "College of Knowledge"?

15  A.   Yes.

16  Q.   Was the College of Knowledge building there when you got

17  there?

18  A.   No.

19  Q.   Was that something that was built while you were at Gbatala

20  Base?

21  A.   Yes.

22  Q.   Mr. Sieh, I'd like you to take a look at a picture that I'm

23  going to put on the screen, already in evidence as GB 90.

24       Do you recognize GB 90?

25  A.   Yes.

**October 8, 2008**

## Sieh - Direct

1   Q.   What is that a picture of, Mr. Sieh?

2   A.   It's a cable.

3   Q.   And do you know where that particular cable is?

4   A.   Yes.

5   Q.   Where is that cable located?

6   A.   That cable is crossing the road leading from Monrovia to

7   Gbarnga, to the base.

8   Q.   Is it attached to the base, that cable?

9   A.   Say again.

10  Q.   Is it attached to the base?  Where the cable ends, is that

11  on the base?

12  A.   Yes.

13              MS. HECK-MILLER:   Thank you.  You may take down the

14  picture, agent.

15              AGENT NAPLES:   (Complied.)

16  BY MS. HECK-MILLER:

17  Q.   When you arrived at Gbatala Base, were you given any

18  equipment, clothing or other items?

19  A.   Yes.

20  Q.   What were you given?

21  A.   Mattresses.

22  Q.   Anything else?

23  A.   Yes.

24  Q.   What else?

25  A.   Eating utensils.

**October 8, 2008**

## Sieh - Direct

1  Q.   Anything else?

2  A.   Yes.

3  Q.   What else?

4  A.   Bucket, towel, soap and et cetera.

5  Q.   Were you given any clothing?

6  A.   Yes.

7  Q.   What clothing were you given when you first got to Gbatala

8  Base?

9  A.   Jean trouser, T-shirt and blanket.

10  Q.   These jean trousers and T-shirt, were they civilian clothes

11  or military clothes?

12  A.   Civilian clothes.

13  Q.   What clothing did you wear those first weeks when you were

14  working around the base?

15  A.   The clothes that were issued.

16  Q.   The civilian clothes?

17  A.   Yes.

18  Q.   When you first got to Gbatala Base, were you issued any

19  weapons?

20  A.   No.

21  Q.   When you first got to Gbatala Base, were there any

22  instructors or trainers there?

23  A.   No.

24  Q.   Later on, were there instructors or trainers at the base?

25  A.   Say again.

**October 8, 2008**

## Sieh - Direct

1  Q.   Later on, were there instructors or trainers at Gbatala

2  Base?

3  A.   Yes.

4  Q.   How long was it until the trainer's got there?

5  A.   Over a month.

6  Q.   Before the trainers got there, did Chuckie Taylor say

7  anything to the men about training?

8  A.   Go again.

9  Q.   Before the trainers got there, did Chuckie Taylor say

10  anything to the men about training?

11  A.   No.

12  Q.   Did Chuckie Taylor come to the base?

13  A.   Yes.

14  Q.   How often did Chuckie Taylor come to the base before the

15  trainers arrived?

16  A.   Twice a week.

17  Q.   And during the time that you were at Gbatala Base, did

18  Chuckie Taylor continue to come to Gbatala Base?

19  A.   Yes.

20  Q.   Approximately how often?

21  A.   Sometimes two or three times a week.

22  Q.   Did he come at any particular day or time of day?

23  A.   No.

24  Q.   When Chuckie Taylor would come to Gbatala Base --

25  withdrawn.

**October 8, 2008**

## Sieh - Direct

1          When Chuckie Taylor would come to Gbatala Base, were
2    you able to see who he would talk to?
3    A.   Yes.
4    Q.   And what did you see in terms of who Chuckie Taylor would
5    talk to?
6    A.   He would go straight to David Compari.
7    Q.   And to whose barracks did he go to?
8    A.   The ATU barrack.
9    Q.   Were you able to see who he would talk to -- are you
10   talking about -- what ATU barracks are you talking about?
11   A.   Gbatala Base.
12   Q.   Were you able to see who Chuckie Taylor would consult with
13   or talk with when he went to the ATU barracks?
14   A.   Yes.
15   Q.   Who was that?
16   A.   David Compari.
17   Q.   Did there come a time when you got some information about
18   whether trainers were coming to the base?
19   A.   Yes.
20          MR. WYLIE:   Objection.   Hearsay.
21          THE COURT:   Overruled.
22   BY MS. HECK-MILLER:
23   Q.   You may answer that question, Mr. Sieh.
24   A.   Yes.
25   Q.   Would gave you that information?

**October 8, 2008**

## Sieh - Direct

1    A.    Compari.

2    Q.    Did Compari say where he got the information?

3    A.    Yes.

4    Q.    What did he say about where he got the information?

5    A.    He said the chief told him

6    Q.    Who was the chief?

7    A.    Chuckie Taylor.

8    Q.    Who called Chuckie Taylor the chief?

9    A.    The entire base.

10   Q.    What was it that David Compari said the chief told him?

11   A.    That the trainer have arrived.

12   Q.    After David Compari said that the trainers have arrived,

13   did you have any contact with trainers or instructors?

14   A.    Say again.

15   Q.    After David Compari said that the trainers had arrived, did

16   you and the other recruits have any contact with trainers or

17   instructors?

18   A.    (No response.)

19   Q.    Do you understand the question?

20   A.    No.

21   Q.    Let me rephrase it.

22           Did any trainers or instructors come to Gbatala Base

23   then?

24   A.    Yes.

25   Q.    Who were the trainers and instructors?

**October 8, 2008**

## Sieh - Direct

1   A.   They were white men.

2   Q.   How many white men?

3   A.   Approximately four.

4   Q.   And how did they get on to the base insofar as you could

5   tell?

6   A.   They drove.   They came with a car.

7   Q.   What kind of car?   Do you remember?

8   A.   No.

9   Q.   And do you remember the names of any of these instructors?

10   A.   Yes.

11   Q.   What were the names of the instructors that you remember?

12   A.   We have one, Oscar.   We have one, Menno.   We have one,

13   Phelps and we have one, Mr. Jerry.

14   Q.   Was that Oscar, Menno, Phelps and Mr. Jerry?

15   A.   Yes.

16   Q.   Those are the names you remembered?

17   A.   Yes.

18   Q.   What nationality were those trainers insofar as you could

19   tell?

20   A.   I don't know.

21   Q.   Mr. Sieh, I would like you to look at a photograph in

22   evidence.

23        MS. HECK-MILLER:   Agent, if you could put on the

24   screen AT 17.

25        AGENT NAPLES:   (Complied.)

**October 8, 2008**

## Sieh - Direct

1  BY MS. HECK-MILLER:

2  Q.   Mr. Sieh, do you recognize the people in this photograph?

3  A.   Yes.

4  Q.   Do you recognize all of them?

5  A.   Yes.

6          MS. HECK-MILLER:   Agent, if you could just put an

7  arrow please on the person at the far left?

8          AGENT NAPLES:   (Complied.)

9  BY MS. HECK-MILLER:

10 Q.   Do you see the arrow that is pointing to the man on the

11 left Mr. Sieh?

12 A.   Yes.

13 Q.   Who is that man?

14 A.   Montgomery Dolo.

15 Q.   Who is or was Montgomery Dolo?

16 A.   One of the recruits.

17          MS. HECK-MILLER:   Agent, could you put an arrow on the

18 next man from the left.

19          AGENT NAPLES:   (Complied.)

20 BY MS. HECK-MILLER:

21 Q.   Do you see where the arrow is pointing now, Mr. Sieh?

22 A.   Yes.

23 Q.   Who is that man?

24 A.   Menno.

25 Q.   Is that one of the trainers named Menno?

**October 8, 2008**

## Sieh - Direct

1    A.   Yes.

2            MS. HECK-MILLER:   Agent, could you, please, put the

3    arrow on the next man from the left?

4            AGENT NAPLES:   (Complied.)

5    BY MS. HECK-MILLER:

6    Q.   Mr. Sieh, do you recognize that man with the arrow, the one

7    with the hat?

8    A.   Yes.

9    Q.   Who is that man

10   A.   David Compari.

11           MS. HECK-MILLER:   Finally, agent, could you put the

12   arrow on the man on the far right?

13           AGENT NAPLES:   (Complied.)

14   BY MS. HECK-MILLER:

15   Q.   Mr. Sieh, do you recognize that man?

16   A.   Yes.

17   Q.   Who is that man?

18   A.   Oscar.

19   Q.   Who is Oscar?

20   A.   One of the trainer.

21   Q.   Before we take this picture down, Mr. Sieh, with regard to

22   the two men in uniform, do you recognize that uniform?

23   A.   Yes.

24   Q.   What uniform is that?

25   A.   Camouflage.

**October 8, 2008**

## Sieh - Direct

1  Q.   Was that the type of uniform that was used by this new unit

2  that was formed?

3  A.   Say again.

4  Q.   Do you want me to repeat?

5  A.   Yes.

6  Q.   This uniform, this camouflage style of uniform, is that a

7  type of uniform that was used by the new unit that was formed?

8  A.   No.

9  Q.   Thank you.

10         MS. HECK-MILLER:   Could you take down AT 17, please?

11         AGENT NAPLES:   (Complied.)

12  BY MS. HECK-MILLER:

13  Q.   Once the instructors arrived, Mr. Sieh, did your training

14  begin?

15  A.   Yes.

16  Q.   What days of the week did you do training?

17  A.   Monday to Friday.

18  Q.   And was your training indoors in classrooms or outdoors in

19  the field or both?

20  A.   Both.

21  Q.   What kinds of things did you receive training in?

22  A.   Uniform

23  Q.   What else?

24  A.   Arms.

25  Q.   Arms?

**October 8, 2008**

## Sieh - Direct

1    A.    Aha.

2    Q.    You have to say "Yes" or "No."  If you say "Aha," our court

3    reporter can't get it.

4    A.    Yes.

5    Q.    With regard to arms, what sort of training did you receive?

6    A.    Musketry.

7    Q.    What is musketry?

8    A.    Assembling and disassembling arms.

9    Q.    Did you receive other training regarding arms in addition

10   to musketry?

11   A.    Yes.

12   Q.    What other training did you receive with regard to arms?

13   A.    Target aiming.

14   Q.    And did you receive any other training with regard to arms?

15   A.    Yes.

16   Q.    What was that?

17   A.    Firing and maneuvering.

18   Q.    I'm sorry.  What was the last word?

19   A.    Firing and maneuvering.

20   Q.    Mr. Sieh, you're going to have to say the last word for me

21   again.

22   A.    Maneuvering.

23   Q.    Sorry about that.

24         You told us you received training with regard to

25   uniforms.  What training did you receive with regard to

**October 8, 2008**

**Sieh - Direct**

1  uniforms?

2  A.   Go again.

3  Q.   Did you say you received training about uniforms or did you

4  say that you received uniforms?

5  A.   We received uniforms.

6  Q.   All right.

7        Before we get to receiving uniforms, Mr. Sieh, I'd

8  like to ask you more about your training.   Besides training

9  about arms, were there other things that you were trained

10  about?

11  A.   Yes.

12  Q.   What other things were you trained about?

13  A.   Anti-tracking.

14  Q.   What is anti-tracking?

15  A.   Anti-tracking is a kind of a training that you do to

16  determine footprint.   Also determine the amount of men that

17  pass through an area.

18  Q.   So would this assist in looking for someone in the bush,

19  for instance?

20  A.   Yes.

21  Q.   What else, if anything, did you receive training in?

22  A.   Obstacle crossing.

23  Q.   And was there an obstacle course at the base?

24  A.   Yes.

25  Q.   What sort of obstacle work did you do?

## Sieh - Direct

1  A.   (No response.)

2  Q.   What sort of obstacle crossing did you do?   Running,

3  climbing?   Can you explain to us, please?

4  A.   Yes.   Running, crossing through obstacle.

5  Q.   Did you receive any training with regard to patrols?

6  A.   Yes.

7  Q.   What training did you receive with regard to patrols?

8  A.   To determine, to determine, to determine mark of an area

9  when men pass.

10  Q.   Did you receive any training with regard to first-aid?

11  A.   No.   (Nodded.)

12  Q.   What sort of weapons were you trained to use?

13  A.   AK-47 and RPG-7.

14  Q.   What is an RPG-7?

15  A.   Rocket propelled grenade.

16  Q.   Did you learn how to handle and fire a rocket propelled

17  grenade?

18  A.   Yes.

19  Q.   You mentioned to us that uniforms were issued.   Do you

20  recall that?

21  A.   Yes.

22  Q.   When were uniforms issued?

23  A.   The beginning of the training.

24  Q.   And what types of uniforms were these that were issued at

25  the beginning of training?

Sieh - Direct

1   A.   They were old uniform

2   Q.   When you say they were old uniform, do you mean they were

3   used?

4   A.   Yes.

5   Q.   Were they for -- what was the purpose of the uniforms?

6   A.   Training purpose.

7   Q.   These were training uniforms?

8   A.   Yes.

9   Q.   Can you describe the training uniforms?

10  A.   Used, camouflage.

11  Q.   When you say "camouflage," was that the style of the

12  uniform we looked at the photograph a few minutes ago?

13  A.   Yes.

14          MS. HECK-MILLER:   Agent, show us AT 17 again.

15          AGENT NAPLES:   (Complied.)

16  BY MS. HECK-MILLER:

17  Q.   Is that the style on the two men in uniforms on this

18  picture?

19  A.   Yes.

20  Q.   Those were training uniforms?

21  A.   Yes.

22          MS. HECK-MILLER:   Thank you.   You can take down the

23  photograph.

24          AGENT NAPLES:   (Complied.)

25  BY MS. HECK-MILLER:

October 8, 2008

**Sieh - Direct**

1  Q.   Mr. Sieh, were you and the other recruits issued weapons?

2  A.   Yes.

3  Q.   About how long after your training started were you issued

4  weapons?

5  A.   After the week.

6  Q.   Who brought the weapons to the base that you could see?

7  A.   Chuckie Taylor.

8  Q.   How do you know Chuckie Taylor brought the weapons to the

9  base?

10  A.   Drove in broad day.

11  Q.   And when he drove -- withdrawn.

12       What was he driving?

13  A.   In his Jeep and a pickup behind him

14  Q.   There was a Jeep and a pickup behind him?

15  A.   He was in a Jeep and a pickup behind him

16  Q.   And were you able to observe or see yourself what was in

17  Chuckie Taylor's Jeep?

18  A.   Yes.

19  Q.   And how was it that you were able to know what was in

20  Chuckie Taylor's Jeep?

21  A.   It were all around.

22  Q.   Did you get a weapon that day that Chuckie Taylor and the

23  pickup came to Gbatala Base with weapons?

24  A.   Repeat.

25  Q.   Did you, yourself, get a weapon that day?

**October 8, 2008**

## Sieh - Direct

1  A.   That day, no.

2  Q.   When did you get your own weapon?

3  A.   After a few days.

4  Q.   What keep did you get?

5  A.   AK-47.

6  Q.   Who issued the weapons?

7  A.   David Compari.

8  Q.   Now, before we get to the weapons, I'd just like to return

9  to this issue of Chuckie Taylor and the Jeep.

10          From time to time, did you see Chuckie Taylor arrive

11  at Gbatala Base?

12  A.   Yes.

13  Q.   And did he arrive on foot or in a vehicle?

14  A.   In a vehicle.

15  Q.   Did you observe whether Chuckie Taylor drove himself or

16  whether other people drove him or both?

17  A.   Sometimes he drove himself.  Sometimes he had a driver.

18  Q.   When Chuckie Taylor -- Mr. Sieh, I'd like to talk about the

19  weapon that you were issued.  You told us that it was an AK-47.

20  A.   Yes.

21  Q.   Would you tell us and the jury, please, what is an AK-47?

22  What kind of weapon is that?

23  A.   It's a long-range weapon.

24  Q.   It's not a handgun, is it?

25  A.   Yes.

**October 8, 2008**

**Sieh - Direct**

1  Q.   Is it a handgun?

2  A.   No.

3  Q.   Is it a rifle?

4  A.   Yeah, a rifle.

5  Q.   Were you issued any other equipment that went with that

6  weapon?

7  A.   Yes.

8  Q.   What other equipment were you issued that went with that

9  weapon?

10  A.   A bayonet.

11  Q.   What is a bayonet?

12  A.   A bayonet is a knife that is attached to the arm

13  Q.   Is the bayonet pointed or not pointed?

14  A.   Not pointed.

15  Q.   Is it sharp?

16  A.   (No response.)

17  Q.   Is it sharp?

18  A.   Yes.

19  Q.   Now, you said the bayonet attached to the weapon.  Is that

20  correct?

21  A.   Go again.

22  Q.   Did the bayonet attach to the weapon?  Did it go on the

23  weapon some way?

24  A.   Yes.

25  Q.   How did the bayonet attach to the weapon?

**October 8, 2008**

**Sieh - Direct**

1    A.    It opens and goes on the weapon.

2    Q.    At what part of the weapon?

3    A.    At the nose of the weapon.

4    Q.    And could the bayonet also be taken off of the weapon and

5    carried separately?

6    A.    Yes.

7    Q.    And ordinarily was it carried attached to the weapon or

8    carried separately?

9    A.    Carried separately.

10    Q.    And how did the soldier carry a bayonet on his body?

11    A.    It's in a case.   It always at the side of the soldier.

12    Q.    Did you receive any other equipment that went along with

13    the weapon?

14    A.    No.

15    Q.    Did you receive any equipment for the care of the weapon?

16    A.    Yes.

17    Q.    What did you receive for the care of the weapon?

18    A.    It have cleaning kit.

19    Q.    What was in the cleaning kit?

20    A.    There were two tools used to clean the weapon.

21    Q.    Can you describe the tools?

22    A.    Yes.

23    Q.    Please describe the tools.

24    A.    In the tool you have the brush.   You have the grease in a

25    case, so whenever you want to clean the weapon you can take off

**October 8, 2008**

## Sieh - Direct

1    the cleaning rod and screw the brush on it and clean the

2    weapon.

3    Q.   You just mentioned the cleaning rod and you said the brush

4    could screw on and off of the cleaning rod.   Is that correct?

5    A.   Ya.

6    Q.   What was the cleaning rod?

7    A.   The cleaning rod is a rod that is attached to the weapon.

8    Q.   And what was the cleaning rod made out of?

9    A.   Iron.

10   Q.   About how long was the cleaning rod?

11   A.   About this.

12           MS. HECK-MILLER:   Your Honor, could the record reflect

13   the witness is holding his hands about two feet apart, two and

14   a half feet?

15           THE COURT:   The record reflects.

16           MS. HECK-MILLER:   Thank you.

17   BY MS. HECK-MILLER:

18   Q.   And did the cleaning rod fit inside the barrel of the

19   weapon?

20   A.   Yes.

21   Q.   The weapons that you were issued, were they used or were

22   they new?

23   A.   New.

24   Q.   Were you issued ammunition?

25   A.   Yes.

**October 8, 2008**

## Sieh - Direct

1  Q.  Where did the ammunition come from as far as you know?

2  A.  They were brought on the base.

3  Q.  And do you know who brought the ammunition on the base?

4  A.  Yes.

5  Q.  Who brought the ammunition on the base?

6  A.  Chuckie Taylor.

7  Q.  How do you know that?

8  A.  I see.

9        MS. HECK-MILLER:   May I approach the witness, Your

10  Honor?

11        THE COURT:   You may.

12  BY MS. HECK-MILLER:

13  Q.  Mr. Sieh, I've just put in front of you on the witness

14  stand three plastic bags with items in them and each plastic

15  bag has got a label.  One is labeled --

16        MS. HECK-MILLER:   And these are all in evidence, Your

17  Honor.

18  BY MS. HECK-MILLER:

19  Q.  -- GB 120 at your left, GB 121 in the middle and GB 122 at

20  the right.

21        Mr. Sieh, could you take a look first, please, at the

22  bag at your left, the one that is labeled GB 120.  You can pick

23  it up.

24  A.  (Complied.)

25  Q.  Do you recognize the items inside the plastic bag of GB

**October 8, 2008**

**Sieh - Direct**

1    120?

2    A.   Yes.

3    Q.   What are they?

4    A.   Ammunition shells.

5    Q.   Have you ever seen ammunition shells like that?

6    A.   Yes.

7    Q.   Did you see ammunition shells like those at Gbatala Base?

8    A.   Yes.

9    Q.   Did you see ammunition shells like that at Gbatala Base in

10   1999?

11   A.   Yes.

12   Q.   And how many such shells would you estimate that you saw at

13   Gbatala Base in 1999?

14   A.   Over 1,000.

15   Q.   Now, the shells that are in that bag, are they spent

16   shells, used?

17   A.   Go again.

18   Q.   The shells that are in that, bag GB 120, are those used?

19   They've been fired?

20   A.   Yes.

21   Q.   And at Gbatala Base in 1999, where would you see these

22   thousands of shells?

23   A.   At the shooting range.

24   Q.   And would they be -- where on the shooting range would you

25   see them?

**October 8, 2008**

## Sieh - Direct

1   A.   Go again.

2   Q.   Where on the shooting range would you see then?

3   A.   Where?

4   Q.   That's right.   Where?

5   A.   The shooting range on Gbatala Base.

6   Q.   What part of the shooting range would you see the shells?

7   A.   Where?   They were where we stand and shoot.

8   Q.   Mr. Sieh, I'd like you to take a look now at the middle

9   envelope in front of you, GB 121 in evidence.   Could you just

10  hold that up, please, so we can all see what we're looking at?

11  A.   (Complied.)

12  Q.   That's one piece of metal in that plastic bag?

13  A.   Yes.

14  Q.   Do you recognize that piece of metal?

15  A.   Yes.

16  Q.   Do you know what it is?

17  A.   Yes.

18  Q.   What is it?

19  A.   Ammunition carrier.

20  Q.   What do you mean by an "ammunition carrier"?

21  A.   They have an arm that's called GMG.   This is the belt for

22  it.

23  Q.   Is that the whole belt or is that part of the belt?

24  A.   This is part of the belt.

25  Q.   What kind of weapon is a GMG weapon?

**October 8, 2008**

**Sieh - Direct**

1    A.   It's an automatic weapon.   It's a German machine gun.

2    Q.   And how does that little piece make up part of the belt?

3    Could you explain to us what is the function of that little

4    piece?

5    A.   This part is one of the part the ammunition goes into.

6    Q.   And that part holds the actual ammunition?

7    A.   Yes.

8    Q.   Does it make up part of a belt of a machine gun?

9    A.   Yes.

10   Q.   How many pieces of ammunition would there be in one belt?

11   A.   It depends.   They got some belts that use 500 rounds.   They

12   have some belts that use 700 rounds.

13   Q.   Did you see GMG machine guns that you've referred to used

14   at Gbatala Base?

15   A.   Yes.

16   Q.   Where did you see that?

17   A.   At Gbatala Base.

18   Q.   Where on the base did you see that?

19   A.   They shooting range.

20   Q.   Did you see ammunition carriers like that at Gbatala Base?

21   A.   Yes.

22   Q.   In 1999?

23   A.   Yes.

24   Q.   Where did you see ammunition carriers like GB 121 at

25   Gbatala Base in 1999?

**October 8, 2008**

## Sieh - Direct

1    A.    At Ghatala Base.

2    Q.    What part of Ghatala Base?

3    A.    At the shooting range.

4    Q.    Mr. Sieh, I'd like you finally to look at the plastic bag

5    to your right, which is GB 122, also in evidence.

6              Could you hold that up, please, so we could all see

7    what that item is?

8    A.    (Complied.)

9    Q.    And what is in that plastic bag?

10   A.    A button.

11   Q.    Do you recognize that type of button?

12   A.    Yes.

13   Q.    What do you recognize that type of button in GB 122 to be?

14   A.    A button that have been used on a clothes.

15   Q.    What kind of clothes?

16   A.    A uniform

17   Q.    Thank you, Mr. Sieh.

18             MS. HECK-MILLER:   If I could approach the witness and

19   take the exhibit?

20             THE COURT:   Is this a good point for us to give

21   everyone an afternoon recess AND resuscitate the jury?

22             Ladies and gentlemen, please don't discuss the case.

23   We'll take 10 minutes.

24             [The jury leaves the courtroom at 3:19 p.m]

25             THE COURT:   All right.

**October 8, 2008**

## Sieh - Direct

1           [There was a short recess at 3:20 p.m]

2               THE COURT:   Bring the jury in, please.

3           [The jury returns to the courtroom at 3:34 p.m]

4               THE COURT:   Everyone please be seated.

5    BY MS. HECK-MILLER:

6    Q.   Mr. Sieh, I'd like to ask you some more about your training

7    at Gbatala Base.   What, if any, training did you get in

8    hand-to-hand combat?

9    A.   Ask again.

10   Q.   Did you get any training in hand-to-hand combat?  Was that

11   one of the things you got trained in?

12   A.   Yes.

13   Q.   Can you tell us, please, whether that training took place

14   for the whole time that you were at Gbatala?

15   A.   No.

16   Q.   Could you explain what you mean by that?

17   A.   At the end, before the end of the training, at a certain

18   point, the instructor that was conducting that training left.

19   Q.   And was there a particular instructor who was training in

20   hand-to-hand combat?

21   A.   Yes.

22   Q.   And did that instructor have a name?

23   A.   Yes.

24   Q.   What was he called?

25   A.   Master.

**October 8, 2008**

## Sieh - Direct

1  Q.   And was Master one of the white instructors?

2  A.   No.

3  Q.   Was he Liberian?

4  A.   Yes.

5  Q.   Who brought Master to the base?

6  A.   Chuckie Taylor.

7  Q.   How do you know that?

8  A.   He drove him  They entered together.

9  Q.   Now, the other trainers, the four white trainers that you

10  mentioned, did they live on the base?

11  A.   No.

12  Q.   And how did they get to and from the base?

13  A.   They had car.

14  Q.   Did they come every day?

15  A.   Yes.

16  Q.   What about weekends?

17  A.   No.

18  Q.   What, if anything, did you learn in your training --

19  withdrawn.

20         Did you receive training in battle craft?

21  A.   Yes.

22  Q.   What other subjects did you receive training in?

23  A.   Was trained in ambushes.

24  Q.   What about tactics?

25  A.   Yes.

## Sieh - Direct

1  Q.   At Gbatala Base, what, if any, training did you get in how
2  to capture somebody?
3  A.   Yes.
4  Q.   Did you get training in that?
5  A.   Yes.
6  Q.   What, if any, training did you get in how to handle
7  prisoners of war at Gbatala Base?
8  A.   No.
9  Q.   You did not receive training in that?
10 A.   In Gbatala?
11 Q.   At Gbatala Base.
12 A.   No.
13 Q.   What, if any, training DID YOU receive at Gbatala Base
14 about the Geneva Convention?
15 A.   No.
16 Q.   Now, you've told us this training occurred on Mondays
17 through Fridays?
18 A.   Yes.
19 Q.   What did you and the other recruits do on Saturdays and
20 Sundays?
21 A.   Saturday and Sunday were used, according to the
22 instructors, to wash our clothes and rest, but it was not done
23 that way.   It were used for working.
24 Q.   What kind of work were you doing on Saturdays and Sundays?
25 A.   Saturday and Sunday were used to build the village.   It

**Sieh - Direct**

1  were used to build obstacles and it were also used to build

2  toilets and it were also used to brush around the base.

3  Q.   Now, earlier I asked you about a building called the

4  College of Knowledge.   Do you recall that, Mr. Sieh?

5  A.   Yes.

6  Q.   Was that building built by the recruits?

7  A.   Yes.

8  Q.   Was that something you did on the weekend?

9  A.   Yes.

10        MS. HECK-MILLER:   Agent, if we could take a look,

11  please, at two photographs already in evidence, GB 1 and GB 2.

12        AGENT NAPLES:   (Complied.)

13  BY MS. HECK-MILLER:

14  Q.   Do you see those on the screen, Mr. Sieh?

15  A.   Yes.

16  Q.   Do you recognize what's in those photographs?

17  A.   Yes.

18  Q.   What is in the photographs?

19  A.   Building.

20  Q.   Mr. Sieh, can you tell us, please, what is shown in those

21  two photographs?

22  A.   A building.

23  Q.   Do you want to take them one at a time?   The one on the

24  screen now is GB 2.   Do you recognize that?

25  A.   I'm seeing the College of Knowledge.

**October 8, 2008**

## Sieh - Direct

1    Q.   And do you recognize the College of Knowledge?

2    A.   Yes.

3    Q.   What was the College of Knowledge?

4    A.   That building we use for classes.

5    Q.   And could you take a look, please, at GB 1?  Do you

6    recognize that?

7    A.   Yes.

8    Q.   What is it?

9    A.   Same building.

10   Q.   The same building?

11   A.   Yes.

12   Q.   Mr. Sieh, did you and the other recruits help build that

13   building?

14   A.   Go again.

15   Q.   Did you and the other recruits at Gbatala help to build

16   that building?

17   A.   Yes.

18   Q.   Was that in 1999?

19   A.   Yes.

20   Q.   And 1998?

21   A.   From '98 to '99.

22   Q.   Back in 1998 and 1999 when you and the other recruits built

23   the College of Knowledge, did it look the way that it looks in

24   this photograph?

25   A.   No.

**October 8, 2008**

## Sieh - Direct

1   Q.   What was different about it?

2   A.   It have roof.

3   Q.   And you had classes in that building, you said?

4   A.   Yes, yes.

5   Q.   Mr. Sieh, you also said a moment ago that one thing you did

6   on weekends is you built the village.  Do you recall that?

7   A.   Yes,

8   Q.   What was the village?

9   A.   Prison on compound.

10   Q.   And what kind of prison on compound was the village?

11   A.   Where prisoners were carried.

12   Q.   What kind of prisoners?

13   A.   Some were war prisoners.  Prisoners --

14   Q.   I'm sorry.  Go on.

15   A.   And  prisoners were dragged.

16   Q.   I'm sorry.  What did you say?

17   A.   Recruits that were dragged or carried out the village.

18   Q.   Recruits that were dragged or carried to the village?

19   A.   Yes.

20   Q.   Were some of the prisoners military?

21   A.   Yes.

22   Q.   Were some of the prisoners civilians?

23   A.   Yes.

24   Q.   Now, could you describe what kind of prison compound the

25   village was?

**October 8, 2008**

**Sieh - Direct**

1    A.    Yes.

2    Q.    Please describe it to us.

3    A.    The village were built on the swampy land.

4    Q.    On the swampy land?

5    A.    Yes, and holes were dug, cover it with sticks and thatches.

6    The holes were covered with sticks and thatches.

7    Q.    And once these sticks and thatches were built over the

8    holes, what did it look like in that area?

9    A.    Like a village.

10   Q.    Is that how it got its name?

11   A.    Yes.

12   Q.    Who gave it the name of the village?

13   A.    Ourselves.

14   Q.    And by "ourselves," do you mean the recruits?

15   A.    Yes.

16   Q.    How many holes were dug there as part of the village?

17   A.    Say again.

18   Q.    How many holes were dug there as part of a village?

19   A.    I don't know the number.

20   Q.    Was it more than one?

21   A.    Yes.

22   Q.    Was it more than five?

23   A.    Up to 20.

24   Q.    About how big were these holes?

25   A.    Like the size of a grave.

**October 8, 2008**

## Sieh - Direct

1  Q.   Like the size of a -- I'm sorry.  What, Mr. Sieh?  Can you

2  show us from the witness stand?  Can you indicate the size of

3  the holes?  You can stand up if you would like to.

4  A.   From here to here.

5  Q.   So from the end of the witness stand to about where the

6  microphone is.

7           MS. HECK-MILLER:  Your Honor, could the record reflect

8  the witness is indicating about five to six feet?

9           THE COURT:  The record reflects.

10 BY MS. HECK-MILLER:

11 Q.   Were the holes wet or were they dry?

12 A.   Wet.

13 Q.   What is it that caused the holes to be wet?

14 A.   It was swampy and sometimes it rained.

15 Q.   How long did it take to build the village?

16 A.   From the beginning of the training, it took close to three

17 months.

18 Q.   Who told you to build the village?

19 A.   Compari.

20 Q.   Besides the village, was there any other place that --

21 excuse me.  Let me start again.

22           Besides the village, was there any other place at

23 Gbatala Base that was used to hold prisoners?

24 A.   Yes.

25 Q.   What was that?

**October 8, 2008**

## Sieh - Direct

1    A.   The MP headquarter.

2    Q.   And where was the MP headquarters?

3    A.   On the base itself.

4    Q.   Was the MP headquarters a building?

5    A.   Yes.

6    Q.   And the part of the MP headquarters that was used to hold

7    prisoners, was that a hole or was it a cell?

8    A.   Cell.

9    Q.   Was there more than one cell?

10    A.   One.

11    Q.   And what was the cell at the MP headquarters used for, what

12    type of prisoners?

13    A.   Recruits that commit minor crime.

14    Q.   Recruits that committed minor crimes?

15    A.   Yes.

16    Q.   Where were the prison conditions more severe, at the MP

17    headquarters or at the village?

18    A.   Ask again.

19    Q.   Where were the prison conditions more severe, at the MP

20    headquarters or at the village?

21    A.   (No response.)

22    Q.   Do you understand the question?

23    A.   No.

24    Q.   All right.

25         Mr. Sieh, could you describe what you observed, what

## Sieh - Direct

1  you saw about the relationship between Chuckie Taylor and

2  Compari?

3  A.   Yes.

4  Q.   Describe that to us, please?

5  A.   What I observed the relationship between Compari and

6  Chuckie Taylor was whenever Chuckie Taylor gets on the base, he

7  relate to Compari.   He don't discourse with recruit.   He

8  discourse whatever instruction to Compari.

9  Q.   And after Chuckie Taylor would come on the base and

10  discourse with Compari, would Compari do anything?

11  A.   Yes.

12  Q.   What would Compari do after Chuckie Taylor had had this

13  discourse with him?

14  A.   He would execute whatsoever instruction that were given to

15  him

16  Q.   When Compari would execute these instructions, did Compari

17  say who gave those instructions?

18  A.   Yes.

19  Q.   What did Compari say?

20  A.   He said he was taking instruction from the chief, Chuckie

21  Taylor.

22  Q.   Was Chuckie Taylor on the base all the time?

23  A.   No.

24  Q.   How often was he on the base?

25  A.   Sometimes twice a week.

**October 8, 2008**

## Sieh - Direct

1 Q.   Was David Compari on the base all the time?

2 A.   Yes.

3 Q.   Now, you told us that David Compari was the commandant of

4 the base.   Is that correct?

5 A.   Yes.

6 Q.   From what you could observe, who was above David Compari?

7 A.   Chuckie Taylor.

8 Q.   From what you could observe, was there anyone above David

9 Compari besides Chuckie Taylor?

10 A.   No.

11 Q.   Now, a moment ago you mentioned the MPs and their

12 headquarters.   Do you recall that?

13 A.   Yes.

14 Q.   Who were the MPs?

15 A.   Military police.

16 Q.   And what role did the MPs have with regard to the village?

17 A.   They were responsible to guard the prisoners that were

18 carried at the village.

19 Q.   Now, where did the MPs, the military police, come from?

20 A.   They were recruits that were appointed by David Compari.

21 Q.   Were they part of the same group of recruits that you

22 started with at the base?

23 A.   Yes.

24 Q.   And how was it that David Compari picked some of them to be

25 MPs?

**October 8, 2008**

## Sieh - Direct

1  A.  He just selected them among the recruits.

2  Q.  Were you picked to be an MP?

3  A.  No.

4  Q.  Did you want to be picked to be an MP?

5  A.  No.

6  Q.  How long did your training at Gbatala Base last?

7  A.  From middle '98 to December 15, 1999.

8  Q.  During the time you were at Gbatala Base, did the name of

9  the unit change from Demon Forces?

10  A.  Yes.

11  Q.  And what was the new name for the unit?

12  A.  ATU.

13  Q.  What did ATU stand for?

14  A.  Anti-Terrorist Unit.

15  Q.  Now, you told us previously that you saw Chuckie's

16  bodyguard in a black uniform.  Do you recall that?

17  A.  Yes.

18  Q.  Did the uniform change during the time that you were at

19  training at Gbatala Base?

20  A.  Yes.

21  Q.  How did the uniform change from a black uniform?

22  A.  Chuckie Taylor brought in different uniform.

23  Q.  What different uniforms did Chuckie Taylor bring in?

24  A.  Tiger stripe.

25  Q.  And could you describe this tiger stripe uniform?

## Sieh - Direct

1  A.   Yes.

2  Q.   Tell us, please, what did it look like?

3  A.   It different from U.S. camouflage.   They were striped

4  green.

5  Q.   When did you first see the tiger striped uniform?

6  A.   At Gbatala.

7  Q.   Who was the first person you saw wearing the tiger striped

8  uniform?

9  A.   Chuckie Taylor.

10 Q.   And was there anyone with Chuckie Taylor who was wearing

11 the tiger striped uniform?

12 A.   Yes.

13 Q.   Who was with him wearing the tiger striped uniform?

14 A.   His bodyguard.

15 Q.   Was there any patch or insignia that went along with the

16 tiger striped uniform?

17 A.   Yes.

18 Q.   Could you describe the patch or insignia?

19 A.   Yes.

20 Q.   Please describe that to us.

21 A.   A red patch with a Cobra in it.

22 Q.   Did you say it was red?

23 A.   It have red in the patch with a Cobra at the middle.

24 Q.   Mr. Sieh, you were touching your shoulder.   Why were you

25 touching your shoulder?

**October 8, 2008**

## Sieh - Direct

1    A.    Because the patch always on the shoulder of the uniform

2    Q.    When you first got to the Gbatala Base at the very

3    beginning, about how many recruits were there?

4    A.    Go again.

5    Q.    When you first got to Gbatala Base at the very beginning of

6    the time you were at Gbatala, about how many recruits were

7    there?

8    A.    Well, first 75.

9    Q.    And as the year went on, your year of training, did that

10   number of recruits change?

11   A.    Yes.

12   Q.    Did it get smaller or did it get bigger?

13   A.    Bigger.

14   Q.    Who were the recruits who were coming?

15   A.    Friends of the NPFL.

16   Q.    And were they all Liberians?

17   A.    No.

18   Q.    What other nationalities did you observe were joining the

19   recruits of the ATU?

20   A.    From Sierra Leone.

21   Q.    And do you know where the Sierra Leonians -- withdrawn.

22         Do you know what, if any, unit the Sierra Leonians had

23   been in earlier?

24   A.    Yes.

25   Q.    What is that?

**October 8, 2008**

## Sieh - Direct

1  A.   RUF.

2  Q.   What is the RUF?

3  A.   That's from Sierra Leone.

4  Q.   You also said recruits came that were former NPFL men.   Is

5  that correct?

6  A.   Yes.

7  Q.   Were there other types of military units that were sending

8  men to Gbatala to be part of the ATU?

9  A.   No.

10  Q.   What about the AFL, the Armed Forces of Liberia?  Did they

11  provide recruits to the ATU as far as you knew?

12  A.   No.

13  Q.   Now, earlier you said that the Doe soldiers were AFL.   Is

14  that correct?

15  A.   Yes.

16  Q.   Were the AFL in 1999 friendly with the ATU or not friendly

17  with the ATU?

18  A.   Not friendly.

19  Q.   Why was that?

20  A.   Because during the 1990 war, they were fighting against

21  each other.

22  Q.   From what you could see yourself, was the ATU concerned

23  about security at the base?

24  A.   Go again.

25  Q.   From what you could see, was the ATU concerned about

**October 8, 2008**

## Sieh - Direct

1   security at the base?

2   A.   Yes.

3   Q.   Was the security tight or was it loose at the base?

4   A.   Tight.

5   Q.   And was there concern about possible spying on the ATU?

6   A.   No.

7   Q.   Are you familiar with an ATU recruit named Prince Dujin?

8   A.   Yes.

9   Q.   Who was Prince Dujin?

10  A.   One of the recruits.

11  Q.   Did Prince Dujin get to start training?

12  A.   Yes.

13  Q.   Did something happen with Prince Dujin that interrupted his

14  training?

15  A.   Yes.

16  Q.   What was that?

17  A.   He was arrested.

18  Q.   And where was he arrested?

19  A.   On the base.

20  Q.   Why was he arrested?

21  A.   According to the MPs, he were arrested --

22          MR. WYLIE:   Objection.   Hearsay.

23  BY MS. HECK-MILLER:

24  Q.   All right, Mr. Sieh.   Don't tell us what the MPs told you.

25  What happened to Prince Dujin?

**October 8, 2008**

## Sieh - Direct

1  A.   He was arrested.

2  Q.   After he was arrested, what happened to him?

3  A.   He was put to jail.

4  Q.   Which jail?

5  A.   In the village.

6  Q.   Did he also go to the jail on the base?

7  A.   Yes.

8  Q.   Was the village built at the time he was first arrested?

9  A.   No.

10 Q.   So before the village was built, where was he taken?

11 A.   To the empty cell.

12 Q.   After the village was built, where was he taken?

13 A.   He was taken to the village.

14         MR. WYLIE:   Objection to hearsay.   No foundation to

15 personal knowledge.

16         THE COURT:   Overruled.

17         MS. HECK-MILLER:   I'm sorry, Your Honor?

18         THE COURT:   Overruled.

19 BY MS. HECK-MILLER:

20 Q.   You may answer.

21         Where was Prince Dujin taken after the village was

22 built?

23 A.   He was taken to the village.

24 Q.   Where was he kept in the village?

25 A.   In the hole.

**October 8, 2008**

**Sieh - Direct**

1  Q.   How long was Prince Dujin in the hole at the village?

2  A.   Up to the time I graduated.

3  Q.   Were you able to see what happened to Prince Dujin during

4  that time?

5  A.   Yes.

6  Q.   And what did you see happen to Prince Dujin during that

7  time?

8  A.   Most often I saw Prince Dujin with a back bag on his back

9  with stones in it with an MP behind him beating on him and,

10  again, he was also put in the circle toting log.   He was

11  creamed and put back in the village.

12  Q.   Now, you said he was creamed, Mr. Sieh?

13  A.   Yes.

14  Q.   Is that something that happened to him and other people?

15  A.   Yes.

16  Q.   What do you mean by being creamed?

17  A.   When the first hole we ever dug, that hole was used by

18  people in the kitchen.   They usually dump the dirty water in

19  the hole.   It was very muddy.

20        Once a recruit was arrested, he was carried to that

21  hole, be undressed and rubbed up mud on him before going for

22  further punishment.   So we consider that mud at the time to be

23  cream

24  Q.   This mud that was rubbed on the recruit before going for

25  other punishment, were you able to see did the mud dry on the

**October 8, 2008**

## Sieh - Direct

1  recruit's skin?

2  A.  Yes.

3  Q.  Were you able to see whether that caused problems for the

4  recruit later on?

5  A.  Yes.

6  Q.  What kinds of problems?

7  A.  Rashes.

8  Q.  Now, you also said that you saw Prince Dujin in a circle

9  toting a log.  Do you recall that?

10 A.  Yes.

11 Q.  Did you see that happened with other persons as well?

12 A.  Yes.

13 Q.  Was there -- was there a name for that, Mr. Sieh?

14 A.  Yes.

15 Q.  What was the name for that?

16 A.  Gbilie.

17 Q.  Gbilie?

18 A.  Yes.

19 Q.  Is that a word that means something in Liberia?

20 A.  Yes.

21 Q.  What does the word Gbilie mean in Liberia?

22 A.  Toting heavy log on your shoulder.

23 Q.  This process of toting a heavy log on your shoulder, was

24 that a punishment?

25 A.  Yes.

**October 8, 2008**

## Sieh - Direct

1   Q.   Did you observe people being punished with Gbilie?

2   A.   Yes.

3   Q.   About how many times?

4   A.   Many, many times.

5   Q.   Were the people that you observed being punished with

6   Gbilie military people or civilian people?

7   A.   Military people.

8   Q.   Could you describe to us, please, what you saw when you saw

9   people being punished with Gbilie?

10  A.   Can I describe?

11  Q.   Yes.   Can you describe that, please?

12  A.   Can I demonstrate?

13  Q.   You can demonstrate in a moment -- well, if you would like

14  to demonstrate first --

15          MS. HECK-MILLER:   Your Honor, may the witness rise and

16  demonstrate?

17          THE COURT:   You may do so.

18          MS. HECK-MILLER:   One moment.

19          Shall we give the witness the hand-held microphone?

20          Your Honor, may the witness step out in front of the

21  witness box to demonstrate?

22          THE COURT:   Yes.

23  BY MS. HECK-MILLER:

24  Q.   Mr. Sieh, if you could hold that microphone so we will be

25  able to hear you as you speak and demonstrate.   The microphone

**October 8, 2008**

## Sieh - Direct

1    in your hand, that's where you need to speak?

2    A.    Thank you.

3              The log was long about this long, from here to this

4    end.

5              MS. HECK-MILLER:   Your Honor, may the record reflect

6    the witness is indicating the entire length of the witness box,

7    about 8 to 10 feet?

8              THE COURT:   The record reflects.

9    BY MS. HECK-MILLER:

10   Q.   You may continue, Mr. Sieh.

11   A.   When they would first have you undress, be carried to the

12   hole and be creamed before the MP would take you to where the

13   log would be.   Then you have to tote your own log on your

14   shoulder and go to the circle.

15             You got to run in the circle while MP would be

16   deployed on you with sticks in their hand.   You continue to run

17   in the circle.   Whenever you attempt to stand, they will whip

18   with you.

19             While you are in the circle running, when you fall,

20   you'll be whipped.   When you stand, you will be whipped.   You

21   will continue doing that until maybe Conpari would tell you to

22   stop or however they would tell you to be there for.

23             Thank you.

24   Q.   Mr. Sieh, before you take your seat again, as the soldier

25   was running in the circle with the log on his shoulder, what

## Sieh - Direct

1  would the MPs be doing?

2  A.   Go again.

3  Q.   As the shoulder would be running in a circle with the log

4  on his shoulders, what would the MP be doing?

5  A.   The MPs would be standing outside the circle observing you.

6  Q.   And did any of the MPs hold anything?

7  A.   Yes.

8  Q.   What did they hold?

9  A.   Sticks.

10  Q.   And did any of the MPs do anything with the stick while the

11  soldier was running in a circle carrying the log?

12  A.   Yes.

13  Q.   What did the MPs do with the sticks while the soldier was

14  running?

15  A.   The MP would knock the sticks in their hand on the log the

16  soldiers would carry.

17  Q.   Thank you.

18        You may take your seat again, Mr. Sieh, and hand the

19  microphone to the court security officer.

20  A.   (Complied.)

21  Q.   While the soldier did this process of running with the log,

22  was the soldier wearing any clothes?

23  A.   No.

24  Q.   What about underwear?

25  A.   No.

**October 8, 2008**

## Sieh - Direct

1  Q.   How long did Gbilie last?

2  A.   Up to the time I graduated.

3  Q.   When a soldier had to run in a circle with a log this way,

4  how long did the soldier have to run?

5  A.   Compari determine how long the soldier would stay in the

6  circle.

7  Q.   Did you observe this process?

8  A.   Yes.

9  Q.   Did you see it happen?

10  A.   Yes.

11  Q.   What was the longest time that you saw somebody have to run

12  doing Gbilie?

13  A.   Sometimes some people were punished for two days, three

14  days.

15  Q.   Were you able to see with your own eyes what Gbilie did to

16  the body of the soldier who was being punished?

17  A.   Yes.

18  Q.   What did you see happen to the body of the soldier who was

19  being punished in this way?

20  A.   It makes big sore on their shoulder.

21  Q.   And why would they get a big sore on their shoulder?

22  A.   Because of width of the log.

23  Q.   Now, you have told us that Compari was present at Gbilie.

24  A.   Go again.

25  Q.   Who was present that you saw when soldiers were punished

**Sieh - Direct**

1   with Gbilie?

2   A.   Compari.

3   Q.   Were there other soldiers who were present?

4   A.   Yes.

5   Q.   Did you ever see Chuckie Taylor present when you saw

6   somebody punished with Gbilie?

7   A.   Go again.

8   Q.   Did you ever see Chuckie Taylor present when you saw

9   somebody punished with Gbilie?

10  A.   Yes.

11  Q.   When was that?

12  A.   During training.

13  Q.   And you saw Chuckie Taylor present at that time?

14  A.   Yes.

15  Q.   He was there when somebody was punished with Gbilie?

16  A.   Yes.

17  Q.   You've also told us that you saw somebody, Prince Dujin,

18  carry a bag with rocks.   Do you recall that?

19  A.   Yes.

20  Q.   Was that another punishment?

21  A.   Yes.

22  Q.   Did you see other people have to carry a bag with rocks?

23  A.   No.

24  Q.   Prince Dujin was the only person that you saw get that

25  punishment?

**October 8, 2008**

## Sieh - Direct

1   A.   Yes.

2   Q.   And can you describe that punishment?

3   A.   It's a military back bag where it go on your back, put your

4   hands into it.

5   Q.   Like a backpack?

6   A.   Yes.   They fill it with rocks.

7   Q.   Now, you also said you saw something called dragging.   Do

8   you recall that --

9   A.   Yes.

10   Q.   -- Mr. Sieh?

11        What was the first time that you saw dragging?

12   A.   (Indicating.)

13   Q.   What was the first time that you saw dragging?

14   A.   The first time was the time Kwa was dragged.

15   Q.   Who was Kwa?

16   A.   One of the recruits.

17   Q.   What did Kwa do?

18   A.   He leave the base.

19   Q.   Were soldiers and recruits permitted to leave the base when

20   they wanted to?

21   A.   No.

22   Q.   Were you present at a roll-call whether Kwa was missing?

23   A.   Yes.

24   Q.   After Kwa was missing from roll-call, what happened?

25   A.   The next day he was arrested by MPs.

**October 8, 2008**

## Sieh - Direct

1   Q.   And did you see him again?

2   A.   Yes.

3   Q.   How was it that you saw Kwa again?

4   A.   The MP brought him.

5   Q.   And when the MPs brought him, were other recruits gathered?

6   A.   Yes.

7   Q.   Who gathered them?

8   A.   David Compari.

9   Q.   And when David Compari gathered the other recruits, did

10  David Compari say anything?

11  A.   Yes.

12  Q.   What did David Compari say?

13  A.   He said he's going to set an example because Chuckie Taylor

14  told him anybody who leave the base without permission should

15  be dragged.   Anybody that would be caught smoking, they should

16  be dragged.   Anybody who steal on the base should be dragged.

17  So he going to set that example on Kwa.

18  Q.   Did you see something happen to Kwa at that point?

19  A.   Yes.

20  Q.   What did you see happen to Kwa?

21  A.   Kwa was dragged.

22  Q.   Before he was dragged, did the MPs do anything to him?

23  A.   Yes.

24  Q.   What did they do?

25  A.   They undress him.   He was creamed.   He were put down on the

## Sieh - Direct

1  floor.

2  Q.   When you say "put down on the floor," are you talking about

3  the floor inside a building or the ground?

4  A.   No outside.

5  Q.   Outside?

6  A.   Yes.

7  Q.   What happened after they put him down on the ground?

8  A.   Soldiers held him by his legs.

9  Q.   How many soldiers held him?

10  A.   One of them were holding one of the foot.   The other one

11  hold the other foot.   Compari appointed the huge guys from

12  among the recruits and they dragged him

13  Q.   What do you mean "they dragged him"?   What did they do?

14  A.   They hold him by his leg and they carry him around.

15  Q.   And was he on his back?

16  A.   Yes.

17  Q.   Was he wearing anything?

18  A.   No.

19  Q.   What kind of surface were they dragging him on?

20  A.   The car road.

21  Q.   The cold tile?

22  A.   The car road.

23  Q.   Could you see where they dragged him?

24  A.   Yes.

25  Q.   What did you see?

## Sieh - Direct

1   A.   I saw blood on the road.

2   Q.   You saw blood on the road?

3   A.   Yeah, where he were dragged.

4   Q.   And did you see how far on the road the soldiers dragged

5   Kwa?

6   A.   Yes.

7   Q.   How far?

8   A.   The distance could be like from here, from here outside the

9   building and back.

10  Q.   Did you see him when he came back?

11  A.   Yes.

12  Q.   Would you describe what Kwa looked like when they brought

13  him back?

14  A.   He was bloody up.  The palm were bloody.  His back were

15  bloody and his butt were also bloody.

16  Q.   What happened to Kwa after that that you could see?

17  A.   He was carried to the village.

18  Q.   What happened to him after that?

19  A.   He escape from the village.

20  Q.   After he escaped from the village, what happened to him?

21  A.   He were rearrested.

22  Q.   And after he was rearrested, what happened to him?

23  A.   He was brought forward again.  They brought him

24  Q.   And were the recruits assembled again?

25  A.   Yes.

## Sieh - Direct

1  Q.   Who assembled them?

2  A.   Compari.

3  Q.   What did Compari say, if anything?

4  A.   Compari said he were going to redrag Kwa because Kwa

5  violated the rules and the chief said that anybody who violated

6  our rules should be dragged.  So they were going to redrag Kwa.

7  Q.   Was Kwa redragged?

8  A.   Yes.

9  Q.   Did you see his condition when he was brought the back?

10 A.   Yes.

11 Q.   Could you describe that please?

12 A.   Worser.

13 Q.   Mr. Sieh, was Gbatala Base open to the public?

14 A.   No.

15 Q.   Could people come freely on to the base?

16 A.   No.

17 Q.   Could soldiers leave freely from the base?

18 A.   No.

19 Q.   Were any civilians allowed on the base at all?

20 A.   Yes.

21 Q.   What civilians were allowed on the base that you could see?

22 A.   The cooks.

23 Q.   How many cooks were there?

24 A.   Less than five.

25 Q.   Were these cooks men or women or both?

## Sieh - Direct

1  A.  Both.

2  Q.  And could you see where the cooks were allowed to go on the

3  base?

4  A.  Yes.

5  Q.  Where was that?

6  A.  In the kitchen.

7  Q.  And from what you could see, were the cooks allowed to go

8  any place besides the kitchen?

9  A.  No.

10  Q.  Did you see any barbed wire at Gbatala Base?

11  A.  Go again.

12  Q.  Did you see any barbed wire at Gbatala Base?

13  A.  Yes.

14  Q.  Where did you see barbed wire at Gbatala Base?

15  A.  Going to the obstacle field.

16  Q.  When you first got to Gbatala, was there any fence around

17  it?

18  A.  No.

19  Q.  Did that change while you were at Gbatala?

20  A.  Yes.

21  Q.  What happened with regard to any fence at Gbatala Base?

22  A.  Go again.

23  Q.  What happened -- withdrawn.

24      Later on was, there a fence at Gbatala Base?

25  A.  Yes.

## Sieh - Direct

1  Q.   Now, when you first got to Gbatala Base, was it open or was

2  it brushy?

3  A.   Go again.

4  Q.   When you first got to Gbatala Base, was the landscape open

5  so you could see it openly or was it brushy with brush that you

6  couldn't see through?

7  A.   Yes, you couldn't see.

8  Q.   Which one, open or brushy?

9  A.   Brushy.

10  Q.   Did that change?

11  A.   Yes.

12  Q.   In what way did that change?

13  A.   We cut down the bush.

14  Q.   Who cut down the bush?

15  A.   The recruits.

16  Q.   After the bush was cut down, did something happen with

17  regard to any fence at Gbatala Base?

18  A.   Yes.

19  Q.   What happened with regard to a fence at Gbatala Base?

20  A.   We built fence.

21  Q.   Where was the fence built?

22  A.   The fence were built to the opening to block the road that

23  people could stand at the car and see all the way down.

24  Q.   Once the fence was built, could people see on to Gbatala

25  Base from the road anymore?

**October 8, 2008**

**Sieh - Direct**

1  A.   No.

2  Q.   Mr. Sieh, were you ever allowed to leave the base for any

3  personal reason?

4  A.   No.

5  Q.   Did you get any leave home during the time that you were in

6  training?

7  A.   Yes.

8  Q.   When was that?

9  A.   During the first Christmas.

10  Q.   Was that Christmas of 1998?

11  A.   '98 Christmas.

12  Q.   How long were you allowed leave from Gbatala Base?

13  A.   Three days.

14  Q.   During the time that you were training at Gbatala Base, did

15  recruits ever leave the base for any assignments or operations

16  or deployment?

17  A.   Yes.

18  Q.   How was a deployment arranged or announced?

19  A.   Go again.

20  Q.   Who would announce the deployment?

21  A.   Compari.

22  Q.   When Compari announced a deployment, did he say whether

23  anyone else was ordering the deployment?

24  A.   Yes.

25  Q.   What did Compari say about anyone else ordering the

## Sieh - Direct

1  deployments?

2  A.   He says Chuckie Taylor order him to carry on deployment.

3  Q.   Were there any deployments, for instance, involving the All

4  Liberia Conference?

5  A.   Yes.

6  Q.   What deployment involved the All Liberia Conference?

7  A.   That was a conference that were at the time the training

8  had not start yet.

9  Q.   And where was that deployment to?

10  A.   The Hotel Africa.

11  Q.   The Hotel Africa is in Monrovia?

12  A.   Outside Monrovia.

13  Q.   Near Caldwell?

14  A.   No, to Voinjama.

15  Q.   Did you go on that particular deployment?

16  A.   No.

17  Q.   Did you go on any deployments?

18  A.   Yes.

19  Q.   Where did you go on deployment during your training year at

20  Gbatala Base?

21  A.   I went on the Guinea and Liberia border deployment.

22  Q.   We will get to that in a minute.

23       Were there any other deployments you went on?

24  A.   Yes.

25  Q.   Where was that?

**October 8, 2008**

**Sieh - Direct**

1   A.   Around the base.

2   Q.   Did you go on any deployments to the Executive Mansion

3   during your training year at the Gbatala Base?

4   A.   (Indicating.)

5   Q.   During your training year at the Gbatala Base, did you go

6   on more than one deployment to the Executive Mansion or just

7   one?

8   A.   More than one.

9   Q.   What was the purpose of the deployments to the Executive

10  Mansion?

11  A.   At time when President Taylor were leaving for travel, we

12  would carry on deployment.

13  Q.   And did you escort the presidents?

14  A.   Yes.

15  Q.   At the building of the Executive Mansion itself, did you go

16  on any deployments?

17  A.   Go again.

18  Q.   Did you do any deployments that took you to the Executive

19  Mansion building and grounds?

20  A.   No.

21  Q.   What uniform were you given for your deployments?

22  A.   Go again.

23  Q.   What uniform were you given to wear on your deployments?

24  A.   At first, from the beginning, it was in black and then it

25  change.

**October 8, 2008**

**Sieh - Direct**

1  Q.   What deployment were you issued the black uniform for?

2  A.   Once when President Taylor were leaving Liberia, we use the

3  black to be deployed on the airport.

4  Q.   Is that Roberts Field Airport?

5  A.   Yes.

6  Q.   After the deployment, did you give back the black uniform

7  or did you keep it?

8  A.   We gave it back.

9  Q.   The uniform was just for use during the deployment.   Is

10  that right?

11  A.   Yes.

12  Q.   For your next deployment, what uniform were you issued?

13  A.   Sometime the training uniform

14  Q.   What kind of deployment did you use the training uniform

15  for?

16  A.   The Guinea Liberia border deployment.

17  Q.   What was the Guinea Liberia border deployment?

18  A.   To go across the border at the time.

19  Q.   Who ordered that deployment?

20  A.   Chuckie Taylor.

21  Q.   Did you hear that yourself?

22       MR. WYLIE:   Objection.   Relevance, Your Honor.

23       THE COURT:   Ladies and gentlemen, I think this might

24  be a good point for us to adjourn for the day.   I will remind

25  you we do not have court tomorrow, but we will resume Friday at

**October 8, 2008**

## Sieh - Direct

1    9:00.   Friday, as well, one of the jurors needs to leave at

2    3:30.   We'll be stopping a little early.

3              Please remember not to discuss this case and not to do

4    any reading regarding the case, and I believe the juror has a

5    question.

6              THE JUROR:   Your Honor, did you say at 9:00 because

7    earlier this week you said 8:30?

8              THE COURT:   No, 9:00.   I believe somebody couldn't

9    make it at 8:30.   There was a juror that couldn't be here that

10   early.

11             THE JUROR:   Yes.

12             THE COURT:   We'll go from 9:00 to 3:30.

13             [The jury leaves the courtroom at 4:31 p.m]

14             THE COURT:   The witness is excused.   We'll see you on

15   Friday as well.

16             [The witness was excused at 4:31 p.m]

17             THE COURT:   The objection was as to relevance to the

18   deployment.

19             MS. HECK-MILLER:   Your Honor, it's clearly relevant.

20   The stated goal for the conspiracy is for the purpose of

21   protecting the Taylor government.   I expect the witness to

22   testify this deployment involved going up to but not across the

23   border at which point Chuckie Taylor told the Guinea soldiers

24   to be very careful, if there was an attack, that they would

25   enter Guinea, and it clearly supports and is relevant to the

## October 8, 2008

1    proof of the goal of the conspiracy, which is to protect the

2    Taylor government from perceived damage.

3         MR. CARIDAD:   Judge, this has gone so far away from

4    what this case is supposed to be, the first ever torture

5    prosecution in the United States with a limited definition of

6    torture that we litigated and now we're talking about an

7    invasion of a foreign country by my client that has nothing to

8    do with torture but the government says is simply to preserve

9    and protect the presidency of Charles Taylor.

10        Whatever that incursion into Guinea may be, it has got

11   nothing to do with torture and the Government has drafted an

12   Indictment that says the object of the conspiracy is to

13   intimidate, neutralize, punish, weaken, eliminate actual and

14   perceived opponents or threats to his administration by means

15   of torture, and that's all it can be because this is a torture

16   prosecution.

17        The problem we're getting now is this Indictment has

18   been constructively amended to our prejudice.   The first way it

19   was constructively amended was when the Government starts

20   presenting evidence not of torture, but of discipline of two

21   ATU soldiers.   Whether you think what was done to them is

22   torture or not is one question, but the other question is how

23   does disciplining military soldiers have anything to do with

24   eliminating actual and perceived opponents of the Charles

25   Taylor administration?   It has got nothing to do with it.

## Sieh - Direct

1       The second way is it has turned it into an invasion of

2   a foreign country by my client.   That clearly has nothing to do

3   with torture.   So there has been a constructive amendment.   We

4   have to defend not just against torture, which is what this

5   case was supposed to be about from the beginning, the first one

6   ever in the whole country, to military discipline to soldiers.

7   It has nothing to do with preserving the presidency of Charles

8   Taylor and invading a foreign country.

9       The second problem with this man's testimony is he has

10  named two persons, soldiers of ATU whose names I have never

11  heard of.   Never ever in this case have I been given the two

12  names the Court heard now for the first time, and the evidence

13  from this man is that those two soldiers were dragged about and

14  punished and tortured by David Compari and my client.

15      I'm sitting in this courtroom today and the first time

16  I hear these allegations is now.   How on earth am I supposed to

17  go and investigate allegations which could in and of themselves

18  be counts, separate counts of torture, according to the

19  Government, and I'm getting notice today?   How on earth am I

20  supposed to represent my client against those allegations?

21  It's impossible.

22      This is what I'm asking the Court to do:   I'm asking

23  the Court to strike this man's testimony completely and ask the

24  jury to disregard it.   That's my first request.   If that can't

25  be done, I move to dismiss this Indictment.   They have

## Sieh - Direct

1   constructively amended it so now I have to defend against

2   things not charged, things we were not noticed on that I have

3   to represent my client on.

4        THE COURT:   I'll hear from the Government.

5        MS. HECK-MILLER:   Your Honor, on the contrary.   The

6   witness' testimony and the way it has been presented is

7   entirely consistent with the parameters set by this Court for

8   production of information.   His name was produced to the

9   defense on August 25th.   In addition, I sent a further letter

10  yesterday when I provided Jencks material.   I provided

11  information that forecast some of this testimony and we did not

12  hear any advance objection to anything other than this witness'

13  own treatment, which, as I said, was much milder.

14        With regard to Mr. Caridad's objections, I think that

15  he is operating under the misconception that acts in

16  furtherance of a conspiracy cannot be proved unless they are

17  set forth in the Indictment.   That is not the law.   Overt acts

18  do not all have to be set in an Indictment.   The conduct of

19  Gbilie that was described is closely tracking the proof that

20  previously was presented concerning that conduct as it was

21  visited upon Rufus Kpadeh.

22        That was also forecast in the letter and there has not

23  been a constructive amendment of this Indictment.   This

24  amendment charges a far-reaching conspiracy to commit torture

25  and recites numerous acts in furtherance of that conspiracy,

**October 8, 2008**

## Sieh - Direct

1    some of which are torture some of which are not.

2              For the Government to be able to prove other acts that

3    are not set forth in the Indictment is not constructive

4    amendment of the Indictment.  Counsel, I believe, would not be

5    able to produce any case to that effect and the Government

6    submits the proof has been properly adduced.

7              With regard to the issue of the incursion to the

8    Guinea Liberia border, as I said, that is further proof of the

9    goal of the conspiracy.  I do not expect the witness to say

10   that there was any incursion into Guinea and that their

11   activity was on the Liberia side of the border.

12             MR. CARIDAD:  Your Honor, that is precisely what the

13   motion I filed long ago was about.  The people I have not

14   gotten notice of that I know nothing about, I cannot possibly

15   be prepared to defend my client, and anything that goes beyond

16   the corners of this Indictment is not, cannot be presented now

17   and I did that in two ways.  I objected to the Government's

18   jury instruction and I said that the conspiracy has to be, any

19   evidence presented has to be to further the conspiracy.

20             Now, what conspiracy?  A conspiracy to use torture to

21   do the following:  To intimidate, neutralize, punish, weaken

22   and eliminate actually perceived opponents and threats to his

23   administration.  That's what we're talking about.

24             Whether you call it overt acts, you call it anything,

25   anything outside of that is an amendment of this Indictment,

## Sieh - Direct

1  it's prejudicial.  We didn't get notice their plan was going to

2  say anything about these two persons being abused or whatever

3  happened to them on that base.  The only notice we got was the

4  witness' name on August 22, period.

5          We're moving for a mistrial.  I cannot represent my

6  client against threats he invaded Guinea.  I cannot represent

7  my client against things he's accused of doing to military

8  police.  It has nothing to do with this Indictment.  I cannot

9  do it.

10          THE COURT:  First of all, we've already heard the

11  Government say there wasn't an incursion into Guinea.

12          MS. HECK-MILLER:  I expect this witness to say they

13  went to the Liberian side of the border.

14          THE COURT:  Second, I'm not going to strike the man's

15  testimony.  Nor do I agree there has been a constructive

16  amendment to the Indictment.  The Indictment does charge a

17  rather far and wide-ranging conspiracy to commit torture.  The

18  testimony of this man goes to acts done in furtherance of the

19  conspiracy to the extent to do that, according to the

20  Government, the defendant needed an Army of people to carry

21  that out.  That background in some respect is set forth by this

22  man's testimony.  How do you get these men at the Gbatala Base

23  to commit all of these acts of torture?  This gives us the

24  background for that sort of indoctrination and the treatment

25  they were given, consistent with the treatment according to the

**October 8, 2008**

## Sieh - Direct

1  Government and the witnesses the defendant and his

2  co-conspirators then reaped upon some of the victims who we

3  heard testify in this case.

4          So I will not strike the testimony.  I will not

5  dismiss the Indictment and I don't believe that the listing of

6  this witness' name some five weeks ago denied the defense the

7  ability to defend.

8          Anything additional?

9          MR. CARIDAD:  No, Your Honor.

10          THE COURT:  We'll see you Friday morning.

11          MS. HECK-MILLER:  Thank you.

12          THE COURT:  Thank you.

**October 8, 2008**

1          C E R T I F I C A T E

2          I hereby certify that the foregoing is an accurate

3    transcription of proceedings in the above-entitled matter.

4

5    ___11/14/08_____          _____
          DATE                    BARBARA MEDINA

6                                 Official United States Court Reporter
                                  400 North Miami Avenue,  Suite 12-2
7                                 Miami,  FL   33128 -  305.523.5518
                                             (Fax)  305.523.5519
8                                 Email:    barbmedina@aol.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Quality  Assurance  by  Proximity  Linguibase  Technologies**
**October  8,  2008**

**A**

abbreviated 32:4
abbreviation 32:2
abdomen 106:6
ability 11:8 17:24 242:7
able 7:17 8:9 10:16 11:4,13,18
19:11 18:2,5 20:10,13 39:20
52:23 68:25 80:5 81:17 83:15
83:18 86:1 87:9,10 92:21 94:9
94:13 163:8 181:2,9,12 191:16
191:19 218:3,25 219:3 220:25
223:15 240:2,5
abnormal 14:8,8
above-entitled 243:3
Abu 3:3 7:3
abuse 136:5 137:16
abused 72:20 73:5,16,18,21 74:1
74:3 107:14 111:19 241:2
abusing 73:24
accent 68:11
ACCESS 1:25 2:25
Accra 33:10,11,12
accurate 99:6 108:21,24 243:2
accurately 77:5 78:10 80:11
81:23 82:10 83:22 84:3 86:11
86:21 87:2 98:14 103:13 104:4
accused 241:7
aches 107:3
acquired 124:9
act 136:2 137:15
action 136:22
active 113:17
activity 96:15,17 240:11
acts 136:16 239:15,17,25 240:2
240:24 241:18,23
actual 45:11 140:10 199:6
237:13,24
addition 13:3 49:18 55:1 93:11
93:19 103:21 171:7 187:9
239:9
additional 15:13 136:23 242:8
address 5:12 40:7 50:5 71:1
96:2,5,9,14,20 101:8 135:16
addressed 101:9
addresses 51:3 73:9
addressing 137:8
adduced 240:6
adjourn 235:24
administration 237:14,25
240:23
ADMINISTRATIVE 5:10
admissible 29:15,18 73:2,13
74:6 136:3,15
admission 70:3,17 74:13 77:14
78:15 80:17 82:14 84:7 87:16
97:3 98:18 102:6 103:16
admitted 44:13 46:21 74:14
77:15 78:17 80:19 82:16 84:12
87:19 97:5 98:20 102:8 103:18
128:4
Adolphus 54:8,10,11,12,16,18
54:19,21 55:2
adult 91:25
advance 239:12
advise 12:12,15
affiliated 135:25
AFL 118:10 215:10,13,16
afraid 59:2,6,9,9,10,12
Africa 33:21 34:6 116:21 128:11
233:10,11
African 33:15,20 68:20
afternoon 138:16,17 200:21
age 92:5
agencies 142:17
agent 20:5 75:16,18 76:17 77:17
77:19 78:22 79:19,21 80:24,25
81:2 82:20,21 84:16 85:10,12

85:19 87:24 88:11,12,17,19
89:5 128:6,16,18,19,21 129:19
129:21 132:4,6,9,10,13 151:24
152:1,19 153:1,2,15 178:14,15
183:23,25 184:6,8,17,19 185:2
185:4,11,13 186:11 190:14,15
190:24 204:10,12
ago 25:5 72:20 98:5 107:14
111:19 137:3 190:12 206:5
211:11 240:13 242:6
agree 59:20 159:13,14 241:15
agreement 6:16 33:10,11
Aha 111:18,21 164:4 187:1,2
ahead 51:7 121:11 171:23
aiming 187:13
air 139:2
Airline 4:21 71:21
airport 235:3,4
AK-47 189:13 192:5,19,21
Alabama 92:17,18,22,24 93:7
allegations 238:16,17,20
allow 6:10 75:4 138:11
allowed 64:11,16,18 65:21 66:1
67:3 148:17 229:19,21 230:2,7
232:2,12
ALTONAGA 1:13
ambushes 202:23
amended 237:18,19 239:1
amendment 238:3 239:23,24
240:4,25 241:16
AMERICA 1:4
American 29:8 30:1,2 36:17
38:14 39:17,23 45:17 47:3,5
49:8
ammunition 195:24 196:1,3,5
197:4,5,7,9 198:19,20 199:5,6
199:10,20,24
amount 151:6 188:16
Anders 105:19
angle 81:17
angry 58:15 141:9
announce 232:20
announced 232:18,22
answer 35:6 37:14 116:5 157:16
159:12,20 160:10 165:4,8,10
170:12,14 181:23 217:20
answered 35:8 173:4
answers 169:11
Anti-Terrorist 212:14
anti-tracking 188:13,14,15
anybody 35:13 54:22 55:9 57:14
63:21 66:3 67:14 137:1 146:10
146:12 162:3,7 226:14,15,16
229:5
anymore 133:1 231:25
anyway 70:19
apart 17:15 75:11 77:10 80:10
81:17 82:9 195:13
apparently 109:1 141:6,7
appear 79:11 109:9
APPEARANCES 1:16
appeared 84:20
appears 20:20 81:10 96:16 98:6
106:13
appointed 33:8,9,10 211:20
227:11
appreciation 39:10
approach 28:24 38:19 94:19
97:10 100:11 102:10 114:23
196:9 200:18
approximately 12:23 34:11 42:1
124:13 126:9 180:20 183:3
April 61:1,2 104:18
area 9:22 17:10 20:19,23 53:3
75:24 104:23 128:17 129:11
132:7 145:15 162:1 188:17
189:8 207:8
areas 11:4 12:4,20 14:17 104:3

105:9
arm 10:7,10 12:1,1,2 17:20 72:10
100:7 193:12 198:21
armed 39:13 143:16 215:10
arms 8:16,21 9:22,23 10:4,8,23
10:25 11:9,10,12,22 12:21
13:25 14:16,16,18 15:10 16:14
17:20,22,24,25 20:23 29:21
186:24,25 187:5,8,9,12,14
188:9
Army 31:13,15,16 33:17 126:8
126:23 127:25 241:20
arranged 232:18
arrest 13:9
arrested 9:12 12:22 16:4 107:4
216:17,18,20,21 217:1,2,8
218:20 225:25
arrival 14:20 35:18 37:23
arrive 192:10,13
arrived 7:23 140:6 147:18
178:17 180:15 182:11,12,15
186:13
arrow 184:7,10,17,21 185:3,6,12
Aside 153:17
asked 11:1,3,6,6,7,9 22:5 23:14
35:16,23 39:2 41:12 42:17
46:2 56:17 60:8 108:19 158:4
158:12,12 173:4 204:3
asking 41:17 73:12 110:22 111:1
169:22,23 238:22,22
assaulted 72:8 100:5
assembled 228:24 229:1
Assembling 187:8
assigned 32:12,22 123:20 126:7
126:23 164:23
assignment 31:17 32:15 33:14
33:16,19
assignments 232:15
assist 188:18
assistance 11:16,17,19,20 18:2
associated 123:12
assume 72:4 110:24
assumed 50:10,12
Assumes 61:21
assumptions 111:1
asymmetrical 17:11
attach 193:22,25
attached 71:13 96:3,6,24 101:17
113:15 178:8,10 193:12,19
35:14,18,23 48:10
attack 236:24
attempt 221:17
attending 92:18
attention 32:11 78:24 82:9 95:18
98:24,25 99:11,14 101:2,17
104:9 105:12 106:18 107:6
114:8,11 156:18 167:24
attorney 1:18,22 22:14
ATU 36:8 135:21,21,25,25 181:8
181:10,13 212:12,13 214:19
215:8,11,16,17,22,25 216:5,7
237:21 238:10
August 106:22 239:9 241:4
authentic 109:8,10,12
authenticity 96:2 101:3
authorize 141:2
authorized 141:1
automatic 199:1
available 6:5
avenue 1:23 2:8 42:15 243:6
avoid 135:6,11
aware 26:8
awkward 17:12
A.F.P.D 2:2,2
a.m 6:9,23 7:5 21:14 26:22 28:20
31:4 43:10 44:14 46:22 47:21

47:24 49:14 50:19 52:7 69:10
70:10,13 71:10 74:10,15 76:16
77:16 78:18 80:20 82:17 85:17
87:20 90:25 95:1 97:6,18
98:21 100:19 102:9,18 103:19
107:22 114:4
A.U.S.A 1:17,18
a/k/a 1:8

**B**

B 129:16
back 6:25 12:4 29:25 39:12,20
40:19 45:7,9,13 49:17,20,21
49:24 50:9,14 51:5 57:12,20
57:21 59:17,18 66:8,13 71:1,6
72:9,20 76:1,2 90:18 92:11,14
100:6 106:15 107:13 112:8
115:8,10 118:12 138:22
139:14,17,23 142:25 145:5,6
148:4,25 156:18 165:22,24
167:24 205:22 218:8,8,11
225:3,3 227:15 228:9,10,13,14
229:9 235:6,8
background 49:5 241:21,24
backpack 225:5
bad 39:7 136:2
Baechtle 20:5 75:16,18 76:17
77:19 78:22 79:19,21 80:24
81:2 82:20 84:16 85:10,12,19
87:24 88:12,19 89:5 152:1
153:2
bag 196:15,22,25 197:15,18
198:12 200:4,9 218:8 224:18
224:22 225:3
bags 196:14
ban 36:21,22 37:4,6,7,16 38:11
38:18 39:3,4,11 41:4,8,9,17
band 106:5
BARBARA 2:7 243:5
barbed 230:10,12,14
barbmedina@aol.com 2:10
243:8
Barclay 7:10,14,18 12:7 22:9
23:4,9 25:17 26:25 27:2,4,25
28:6
barrack 181:8
barracks 181:7,10,13
barrel 195:18
barriers 30:4 47:7
base 64:11,12,16,20,24 65:20,21
65:22,24,25 66:2,6 67:4,6,10
67:13 69:1 75:13 136:6,10,19
144:4,8,10,14,22 145:15,16,25
146:7 147:2,8,11 148:8,17,19
148:22 149:22 150:1,6,9,13,16
150:21 151:13,19 152:15
155:3,14,21 163:12,15,16,18
163:24 164:8,10 168:1,9,12,16
168:25 170:9,18,19,21 171:22
171:24 172:8,12,14,16,19,23
172:25 173:3,8,10,17,21,23,25
174:14 175:1,4,16,17,18,21,23
176:11,14,17,20,20,21,22
177:1,6,12,13,20 178:7,8,10
178:11,17 179:8,14,18,21,24
180:2,12,14,17,18,24 181:1,11
181:18 182:9,22 183:4 188:23
191:6,9,23 192:11 196:2,3,5
197:7,9,13,21 198:5 199:14,17
199:18,20,25 200:1,2 201:7
202:5,10,12 203:1,7,11,13
204:2 208:23 209:3 210:6,9,22
210:24 211:1,4,22 212:6,8,19
214:2,5 215:23 216:1,3,19
217:6 225:18,19 226:14,16
229:13,15,17,19,21 230:3,10
230:12,14,21,24 231:1,4,17,19

231:25 232:2,12,14,15 233:20
234:1,3,5 241:3,22
**based** 8:6 11:15 18:3,11,21
50:13 68:13,17 103:4,11
**basically** 71:15 143:1
**basis** 162:20,21,23
**bathroom** 70:24
**battle** 202:20
**battle-front** 126:25 127:1
**bayonet** 193:10,11,12,13,19,22
193:25 194:4,10
**beach** 76:1,2 77:2,3 80:14 81:13
81:21
**beat** 73:20
**beaten** 8:13 9:9 12:13 13:6 14:25
16:10 73:8,8,15 136:13
**beating** 13:3 73:10,23 218:9
**beatings** 23:22 72:21 106:15
107:14 111:20
**began** 53:23 54:1,9,17 60:19
91:20 139:9
**beginning** 7:5 15:16 21:14 26:22
31:4 44:5 47:24 49:14 52:7
90:25 107:22 114:4 138:14
148:11 154:15 156:14 189:23
189:25 208:16 214:3,5 234:24
238:5
**begins** 5:2,4,6,8 107:2
**behaving** 58:23
**BELFAST** 1:8
**believe** 6:5 7:13 29:6,11,14,17
62:9 80:7 163:22 236:4,8
240:4 242:5
**believed** 36:10 48:22
**believes** 48:13
**belonged** 34:25
**belt** 198:21,23,23,24 199:2,8,10
**belts** 199:11,12
**best** 172:6
**beyond** 161:9 240:15
**bifurcate** 71:3
**big** 86:15,15 207:24 223:20,21
**bigger** 86:16 214:12,13
**bilharzia** 113:20
**bit** 17:12 72:15 81:11,14,25
150:7,10
**black** 60:13 65:8,10 152:17,17
153:11,11 171:2,3,5,6,6,7,10
171:13,16,20 212:16,21
234:24 235:1,3,6
**blaming** 73:5
**blanket** 179:9
**block** 231:22
**blocking** 80:8
**blood** 14:7 15:19 228:1,2
**bloody** 228:14,14,15,15
**BMW** 61:6
**Bob** 54:23,24,25 55:5,7,10,11,19
**body** 8:13 9:10,14,19 13:5,7
16:10,19 17:10 89:16,17,19
106:7 107:2 135:7 176:5
194:10 223:16,18
**bodyguard** 67:22 143:4 212:16
213:14
**bodyguards** 170:20,22 171:1
**bold** 29:22
**Bomi** 128:17
**Bong** 52:17,18 127:18,20,23,25
128:2,14,15,17 129:1,4,4,5,8,8
129:15,16,17 131:12,15,17,20
133:10
**border** 233:21 235:16,17,18
236:23 240:8,11 241:13
**born** 52:16,17 91:5 116:15,17
**bottom** 99:14 104:12 105:12
114:11,16
**box** 79:13 84:20 85:4,11 88:9,11
89:8 135:3,5,9 220:21 221:6

**branch** 31:12
**break** 10:2 47:18 51:5,9,11,14,16
70:24,25 74:12 115:7,8 125:6
134:14
**bridge** 61:16 62:24,25
**brief** 37:6 50:22 115:3
**briefly** 33:9
**bring** 6:7,8,22 74:9 77:17 81:1
82:21 89:4 138:1,5 201:2
212:23
**broad** 62:19 191:10
**broke** 125:5,7,12
**broken** 120:22,24
**brother** 54:13,15,25 55:1 56:17
56:18,18
**brought** 41:4 124:6 171:22,24
191:6,8 196:2,3,5 202:5
212:22 226:4,5 228:12,23,23
229:9
**brown** 4:21 71:21 77:1,3,11
**brush** 147:5 194:24 195:1,3
204:2 231:5
**brushing** 176:21,22
**brushy** 231:2,5,8,9
**Bryant** 33:3,7
**Bucket** 179:4
**build** 79:5 203:25 204:1,1 205:12
205:15 208:15,18
**building** 57:4 78:2 140:11,12
145:18,23 150:13 177:13,16
204:3,6,19,22 205:4,9,10,13
205:16 206:3 209:4 227:3
228:9 234:15,19
**buildings** 142:16 145:17,19,21
177:7,9,11,12
**built** 177:19 204:6 205:22 206:6
207:3,7 217:8,10,12,22 231:20
231:21,22,24
**Buren** 25:14,16 26:2,8
**burn** 9:14 105:6
**burned** 13:4 15:2 16:18 72:11
74:3 100:8
**burning** 16:17 72:11 100:8 105:5
**bush** 125:22 150:7 176:23,24
188:18 231:13,14,16
**Bushrod** 119:20,21
**business** 96:15,17,18 101:4
156:19
**Butler** 35:16,17,18,21,22
**butt** 228:15
**button** 200:10,11,13,14

---

**C**

**C** 243:1,1
**cab** 52:24
**cable** 178:2,3,5,6,8,10
**cafeteria** 145:23 146:2 150:14
**Caldwell** 119:17,18,19,23,24
120:1,4 121:9,12 122:8,12
123:12 125:25 233:13
**call** 34:20 35:6,8 36:3 49:21 51:3
51:7 143:1 151:21 240:24,24
**called** 25:16 34:19,21 37:23 38:7
38:8 42:4,5 68:21 113:20
128:4 129:1 182:8 198:21
201:24 204:3 225:7
**caller** 35:8,10,13,24 36:3,11,18
37:18 38:1 41:4,13,16,18,22
42:2 45:20 49:16
**caller's** 37:9 38:12,17 39:10
45:15
**calling** 35:24 36:2
**calls** 28:22 38:3,4,10,11,13,16
41:13 45:22 52:2 116:2
**calmed** 141:9
**camouflage** 89:3 145:13 149:11
152:8,10,15,18,18 153:6

185:25 186:6 190:10,11 213:3
**camp** 106:11,14 112:8,11,20
113:1,3,6,12,15 114:19
**cane** 88:6
**capability** 108:2
**capital** 33:12
**capture** 122:19,20 123:3 203:2
**captured** 127:17,20 131:18
**car** 61:4 63:22,24 64:1,7,8,10,19
65:4,25 66:2,23,25 67:7,8 87:6
89:14 143:4 144:25 145:2,4
147:19,20,25 148:2,4,5,6,15
148:16,16 149:14,17 150:12
150:16 155:4,5,6,6,7,9,11,13
155:19,20 183:6,7 202:13
227:20,22 231:23
**care** 11:13 18:2 166:22,25
194:15,17
**careful** 236:24
**Carey** 62:15,18
**Caridad** 2:2 3:13,17 6:2,5,19,20
40:9 51:14 55:22 56:7 58:25
59:3,23 61:21 68:1,5,16 70:4,6
70:14,16 71:6,11,13 73:4,10
73:15 74:8 78:16 80:18 82:15
84:9,11 87:18 90:16 97:7
102:7 103:17 107:23 110:4
111:5 113:10,22,24 114:1
138:15 151:24 152:2,19,21
153:1,3,15,16 154:9,11 155:25
237:3 240:12 242:9
**Caridad's** 115:3,9 239:14
**CAROLINE** 1:18
[caroline.miller@usdoj.gov](mailto:caroline.miller@usdoj.gov) 1:21
**Carolyn** 25:14,16
**carpentry** 146:11,15,21 147:7,11
**carried** 151:19 178:10 173:11
194:5,7,8,9 206:11,17,18
211:18 218:20 221:11 228:17
**carrier** 198:19,20
**carriers** 199:20,24
**carry** 143:14 150:14,21 194:10
222:16 224:18,22 227:14
233:2 234:12 241:20
**carrying** 222:11
**case** 1:3 6:13 22:15 40:5,13,15
70:8 73:11 94:16 134:18 136:3
136:7,9,15,22 194:11,25
200:22 236:3,4 237:4 238:5,11
240:5 242:3
**caught** 226:15
**causation** 71:24
**cause** 8:23
**caused** 208:13 219:3
**CCE** 43:8
**CE** 4:3,4,12,13 29:3,3,24 30:1
43:8,9,12,14,16 44:11,14
46:10,12,14,15,19,22 82:23,25
84:7 85:11,15,16 87:16,20
89:4,8 151:25
**CECILIA** 1:13
**cell** 34:21,22,22,24,24,25 35:1
38:4 42:6 143:3,6,7,8 209:7,8
209:9,11 217:11
**center** 7:11,14,19 12:7 18:24,24
19:5,12,17 22:9 23:4,5,9 25:17
27:1,2,5,25 28:6 72:4 106:6
129:2
**centered** 122:10
**certain** 37:7 72:5 104:1,13 106:6
142:11 201:17
**certainly** 48:10 135:15
**certificate** 3:22 95:22,24 96:2,3
96:5,14,24 101:3,6,8,9,12,18
**certification** 100:24 101:3
**certified** 109:10
**certify** 243:2
**cetera** 107:15 111:20 179:4

**CG** 4:7,8,9,10,11 76:12,15,22
77:14,16,18,22 78:15,18,20,20
78:24 79:19,23,24 80:5,17,20
81:1,1,3 82:14,17,22
**chain** 136:9
**change** 59:6 212:9,18,21 214:10
230:19 231:10,12 234:25
**changed** 53:13,14 118:24
**charge** 241:16
**charged** 40:14,17 239:2
**charges** 40:20 239:24
**Charles** 1:8,9,9 33:3 34:1,16,17
38:3 41:6 42:5,8 43:1,3,4,17
44:7 45:5,6 46:15 48:4,8,10
54:13,14,25 55:1 86:5 87:1,2,5
87:7,9,14 88:10 118:18,19,22
120:21 125:11,13 126:3,4,13
129:24 130:3,22,24 131:4,6,8
133:17,18,25 135:24 136:1
139:25 156:20 157:25 158:3
164:23 237:9,24 238:7
**Charlie** 45:3,4
**chart** 27:11,12 28:8,11
**charts** 27:22,23
**check** 49:5 163:12
**checking** 163:12
**chevrons** 5:14
**chief** 8:9,22 12:9,12 14:22 15:25
182:5,6,8,10 210:20 229:5
**child** 112:8
**choice** 52:13,15 59:21,22
**Christmas** 151:12 232:9,10,11
**Christmastime** 172:17
**CHRISTOPHER** 1:22
christopher.graveline@usdoj...
1:24
**chronic** 153:21
**Chuckie** 1:8 33:25 35:10,23
54:20,22 55:11,12,15 56:22
57:18,19 58:1,3,7,14,19,23
59:8,14,20 60:1,7,20,21,23,25
61:5,11 69:19 75:9,10 77:4
78:5 81:12 83:19 84:18 86:6
86:12,19,21 88:16,21 155:8
157:24 158:1,2,4,12,16 160:13
160:14,16,18,20,22 163:3,8,10
163:15,24 164:12,15 165:24
166:3,4,7,12 167:2,3,13
170:22 171:1,16 180:6,9,12,14
180:18,24 181:1,4,12 182:7,8
191:7,8,17,20,22 192:9,10,15
192:18 196:6 202:6 210:1,6,6
210:9,12,20,22 211:7,9 212:22
212:23 213:9,10 224:5,8,13
226:13 233:2 235:20 236:23
**Chuckie's** 68:24 69:1 85:1,8
161:4,5,7,20,22,24 162:1,18
162:19,21,23 212:15
**church** 56:17,18,19
**circle** 75:4 129:10,14 132:19
218:10 219:8 221:14,15,17,19
221:25 222:3,5,11 223:3,6
**circles** 10:9
**Circuit** 73:13 74:6
**circular** 9:23 10:4,9 17:20 18:10
**circumferential** 9:23 10:24
14:15 20:21,22
**CITATION** 4:20
**citizen** 29:8 39:24
**citizenship** 29:7,17
**city** 53:2 57:19,21,25 63:5,7
119:7 122:10 175:7
**civil** 147:4,13
**civilian** 62:4,5,6,8,9 64:14,15,16
143:18 146:8,15,18,19,19,20
147:3 150:2,3,4,5 155:1
179:10,12,16 220:6
**civilians** 145:25 146:6,23 147:1

149:25 206:22 229:19,21
**clarify** 39:9
**classes** 205:4 206:3
**classrooms** 186:18
**clean** 194:20,25 195:1
**cleaning** 146:12,13,14,15 147:1
147:5,7,8,9,13 194:18,19
195:1,3,4,6,7,8,10,18
**clear** 14:7 29:20 85:10
**cleared** 150:6,7
**clearly** 111:6 236:19,25 238:2
**client** 47:19 70:21,23 139:2
141:6 144:4,24 145:10 147:18
147:21 148:2 149:6 150:23
152:5,23 153:17 237:7 238:2
238:14,20 239:3 240:15 241:6
241:7
**client's** 139:9,17 154:5
**climbing** 189:3
**clinic** 7:15,19,24 14:20 18:7
18:19,22,24 20:17 23:15,24
24:1,2,4,7 55:25
**close** 11:1 87:7 115:7 135:3
144:8,9 208:16
**closed** 11:2
**closely** 239:19
**clothes** 88:24,25 134:8 146:21
147:3,13 150:2,4,5 179:10,11
179:12,15,16 200:14,15
203:22 222:22
**clothing** 88:22 89:7 178:18
179:5,7,13
**club** 61:17
**clubs** 62:12,14
**Cobra** 169:3,5,6,16,20 170:1,9
175:16 213:21,23
**cold** 121:3 227:21
**colleague** 70:17
**college** 92:14,16 177:14,16
204:4,25 205:1,3,23
**colonel** 31:9,14,20 32:10 41:3,10
41:11 43:6 44:16,22 45:6,19
46:24 48:1 49:16 50:11
**color** 149:12
**combat** 201:8,10,20
**come** 18:18 19:4 20:25 29:12
33:9 34:8 39:20 40:19 41:21
48:23 49:17,21 52:13 53:13,23
54:16 57:8,12 58:5 64:20
67:11 71:6 89:21 90:1 92:11
115:8,10 117:20,23 123:22
124:11 133:13 138:22 142:25
143:4 148:12 149:23 151:19
157:6,12 163:3,13 171:22,24
172:8 180:12,14,18,22,24
181:1,17 182:22 196:1 202:14
210:9 211:19 229:15
**comes** 72:7 135:9
**comfort** 135:7
**coming** 35:2 95:10 97:22 98:10
101:21 102:22 110:19 125:25
163:4 181:18 214:14
**command** 136:10
**commandant** 211:3
**commander** 36:8 130:15,16,18
156:25 174:14 175:10,18,20
175:23
**commenced** 33:24
**Commission** 25:20
**commit** 209:13 239:24 241:17
241:23
**committed** 209:14
**commonly** 32:3
**communication** 34:8 37:18
45:23
**communications** 37:25 49:19
136:18
**community** 161:13,14

**Company** 4:21 71:21
**Compari** 174:3,6,12,13,15,17,19
174:25 175:3,7,9,11,13 176:1
176:10 181:6,16 182:1,2,10,12
182:15 185:10 192:7 208:19
210:2,5,7,8,10,10,12,16,16,19
211:1,3,6,9,20,24 221:21
223:5,23 224:2 226:8,9,10,12
227:11 229:2,3,4 232:21,22,25
238:14
**Compari's** 174:9,11
**compete** 122:16
**competing** 122:20 123:2
**competition** 122:13
**complain** 8:12 12:20 15:10,20
17:4
**complained** 8:13,14,15 12:21
16:10,11,13,15 17:8
**complaining** 72:19
**complaint** 8:22 14:23 15:23,25
**complaints** 8:5,6,7,10,24 12:10
12:12 14:25 15:2,13 16:1
**complete** 92:21 114:15
**completed** 24:10,13 92:9
**completely** 92:2 238:23
**completeness** 113:8
**Complied** 20:5 46:11 54:5 75:18
76:17 77:19 78:22 79:21 80:24
81:2 82:20 84:16,19 85:12,19
87:24 88:12,19 89:5 111:16
128:6,18,21 129:21 132:6,9,13
152:1 153:2 167:19 178:15
183:25 184:8,19 185:4,13
186:11 190:15,24 196:24
198:11 200:8 204:12 222:20
**compound** 125:7,9,12 206:9,10
206:24
**computer** 128:3 132:15
**concealment** 39:15
**concedes** 29:17
**concern** 39:17 102:3 216:5
**concerned** 18:1 215:22,25
**concerning** 10:21 12:9 17:18
33:15 37:17 38:12 39:20 40:8
40:18 45:7 46:25 98:7 101:9
103:9 137:15 239:20
**concerns** 111:14
**conclusion** 73:17
**condition** 13:1 71:24 111:17
229:9
**conditions** 96:25 209:16,19
**conduct** 13:14 239:18,20
**conducted** 96:15
**conducting** 201:18
**confer** 47:21 50:20
**conference** 4:25 5:2,4,6,8,12
233:4,6,7
**Conferring** 44:20
**confirm** 138:2
**confuse** 78:2
**confusing** 77:25 78:6 81:11,14
**Congotown** 57:20,21,23,24,25
76:1,2 161:9,12 165:15
**connected** 50:8
**connection** 36:12 50:12 94:16
164:7 169:4
**consider** 72:17 218:22
**considered** 29:8
**consist** 95:5 100:23 101:24
**consistent** 95:15 239:7 241:25
**consortive** 136:22
**conspiracy** 135:23,23 136:2,6
136:20 236:20 237:1,12
239:16,24,25 240:9,18,19,20
240:20 241:17,19
**constant** 57:7
**constructive** 238:3 239:23 240:3
241:15

**constructively** 237:18,19 239:1
**consult** 181:12
**contact** 19:12,15 110:16 111:11
154:7 182:13,16
**contained** 73:2
**containing** 28:10
**Conteh** 7:22 12:7,9,12,18,20,22
12:25 13:5,8,15,23,24 18:6
19:16 21:24 22:6 25:11,15
**Conteh's** 13:17,20 14:1,10
**content** 48:13
**contents** 3:1 50:13 95:12
**continue** 7:1 60:23 157:1,4
162:15,17,24 163:11 170:15
170:16,20 180:18 221:10,16
221:21
**continued** 104:4 162:16
**contract** 25:24
**contracting** 42:14
**contractor** 42:11
**contrary** 239:5
**control** 135:4 136:10,21
**cont'd** 3:21 7:4 156:13
**Convention** 203:14
**CONVENTIONS** 5:10
**conversation** 36:19 37:17 41:4
41:22 42:2,9,21 45:21 161:16
**conversations** 19:22 39:20
45:20 50:8,13 161:21
**converse** 70:23
**convertible** 61:8
**convicted** 40:17
**cook** 145:23 146:11
**cooking** 146:3,4,7,8,20 147:9,11
150:18
**cooks** 229:22,23,25 230:2,7
**cool** 59:12,13
**copies** 29:16 71:13 103:22,25
104:3
**cops** 73:8
**copy** 29:2 43:6 44:1,3 46:6,17
99:4,6,7,7 104:12 105:9
**corner** 79:3,12
**corners** 240:16
**Corps** 36:6,7,10,12,15 49:22
**correct** 7:11,12,15,16,20,25 8:2
8:25 9:3,6,17 10:8,20 12:8,11
12:14,16,24 13:16,18 14:3,12
14:21,24 15:1,4,6,12,22 16:2,5
16:7,22 17:17 19:3 21:2,8,19
21:20,22,23,25 22:1,16,18,22
22:24 23:13,25 24:3,6,9,12,15
24:17,18,21,23,25 25:2,4,6,15
25:18,20,22,23 26:1,9,14,17
27:9,20,25 28:1 48:14,15,17
48:18 49:8 93:25 94:11 95:8
95:17,23 96:1,23 97:9 98:9
101:1,7,19 103:7 108:10,17,25
110:15 111:25 112:14,15
113:19 118:25 122:8 123:3
133:23 139:11 140:1,22 144:9
144:11 149:4 163:25 164:3
193:20 195:4 211:4 215:5,14
**correctly** 109:5 150:20
**corroborate** 137:1
**counsel** 5:11 44:17 47:21 94:22
97:14 100:15 102:14 136:18
240:4
**countries** 33:21
**country** 21:5 52:16 68:20 90:2,4
90:5,8 91:4 92:4,16 96:22
107:15 110:19,20 111:9,20,25
112:2 116:17 128:10,14 237:7
238:2,6,8
**counts** 238:18,18
**County** 52:17,18 53:9 128:15,17
**couple** 139:8
**course** 34:5 96:15 100:4 105:3

149:18 150:11 188:23
**courses** 92:19 93:8,9
**court** 1:1 2:8 5:3,5,7,9,12 6:1,4,7
6:10,16,19,21,24 20:4 22:23
26:11,20 28:19,21 29:19 31:1
37:2,12 38:20 40:23 41:1
44:13,19 46:21 47:15,20 49:12
50:3,17 51:9,11,15 52:1,13
54:4 59:1,4,25 60:17 68:6,19
69:11 70:5,7,11,15,25 71:8,11
72:22 73:7,11 74:4,9,11,14,18
76:14 77:15 78:17,21 79:25
80:19,23 82:16,19 84:10,12,15
85:18 87:19,23 90:14,17 94:20
95:10 97:5,9,12,22 98:10,20
100:13 101:21 102:8,12,22
103:18 107:18 110:3 111:4
113:9,23,25 114:21 115:10
116:1,5,9 121:7 126:19 134:14
134:16,23 135:15 136:4,23
137:6,17,21,23 138:1,4,9
154:10,13 156:1,8,15 157:10
157:14 158:8 159:1,12,19
160:10 165:3 167:22 168:7
169:10 173:5 181:21 187:2
195:15 196:11 200:20,25
201:2,4 208:9 217:16,18
220:17,22 221:8 222:19
235:23,25 236:8,12,14,17
238:12,22,23 239:4,7 241:10
241:14 242:10,12 243:6
**courtroom** 1:25 2:25 6:9,23
19:18,23 60:9 70:10 74:10
134:21 138:8 167:4 200:24
201:3 236:13 238:15
**Court's** 69:6 76:11 82:22 135:13
**cover** 207:5
**covered** 33:21 207:6
**co-conspirator** 40:14
**co-conspirators** 242:2
**craft** 202:20
**cream** 218:23
**creamed** 218:11,12,16 221:12
226:25
**create** 30:4 47:7
**Creole** 72:7
**crime** 40:4 209:13
**crimes** 209:14
**criteria** 101:13
**cross** 21:13 47:23 71:4 90:14
107:21 138:3,11,13
**crossing** 135:10 178:6 188:22
189:2,4
**cross-examination** 3:5,9,13,17
21:12 27:18 90:13 107:20
115:4,9
**Cruiser** 61:9,9
**crushed** 82:3,4,6,8
**current** 35:22 111:17,17
**currently** 32:8 93:17
**cut** 231:13,14,16
**cutlasses** 176:23,24
**cutting** 176:23,24

**D**

**daily** 162:20,21,23
**damage** 237:2
**Darden** 4:22 73:3,9,11,14
83:20
**dark-skinned** 67:23,25 68:14,23
**date** 28:2,5,7,11 73:25 99:15,17
99:19 104:15,17,19,23 105:13
105:24 106:21 110:10 243:5
**DATT** 32:5,5,17 33:2,24 34:6
42:6
**DATTs** 32:22
**David** 174:12,13,15,17,19,25

175:3,7,9,11,13 176:10 181:6
181:16 182:10,12,15 185:10
192:7 211:1,3,6,8,20,24 226:8
226:9,10,12 238:14
**day** 22:2,4,6 76:6,8 142:19 148:8
151:21 161:23 162:9 165:25
166:3 180:22,22 191:10,22,25
192:1 202:14 225:25 235:24
**days** 125:24 137:20 168:20,21
168:25 175:6 186:16 192:3
223:13,14 232:13
**December** 172:15,16 173:6
212:7
**decided** 141:12
**decision** 71:18
**defend** 238:4 239:1 240:15
242:7
**defendant** 1:11 2:1 34:12,13
38:8 40:11 47:21 50:5 60:16
61:20 62:2,10,23 63:5,7,13,20
63:22,23,25 64:2,24 65:2,6,16
66:20 67:14,18 83:21,22 84:23
88:25 89:7,10,12,15,18,22
154:17,24 155:9 167:21
241:20 242:1
**defendant's** 39:12 40:7 75:11,20
75:23,24 76:4,7 77:6 79:16
81:19 84:2 87:1 90:14 154:21
**Defender's** 2:3
**defense** 6:11 31:18,23,24,25
32:3,13,17 35:14,18,23 94:22
97:14 100:15 102:14 137:22
138:11 239:9 242:6
**definitely** 17:25
**definition** 237:5
**degree** 14:17,18 93:1,3
**deliver** 148:8
**delivery** 150:20
**Demon** 158:21,23 171:21 212:9
**demonstrate** 150:10 220:12,13
220:14,16,21,25
**denied** 74:7 137:24 242:6
**Dennis** 95:25 99:23 101:6
104:22,24
**denotes** 73:17
**denounce** 29:7
**Department** 1:22 31:25
**depends** 199:11
**deployed** 221:16 235:3
**deployment** 232:16,18,20,22,23
233:2,6,9,15,19,21 234:6,12
235:1,6,9,12,14,16,17,19
236:18,22
**deployments** 233:1,3,17,23
234:2,9,16,18,21,23
**deputy** 175:20,23 176:1
**describe** 8:17 12:17 13:11 16:8
171:3,5 174:15,17 176:2 190:9
194:21,23 206:24 207:2
209:25 210:4 212:25 213:18
213:20 220:8,10,11 225:2
228:12 229:11
**described** 8:21 18:10 68:14
152:5 239:19
**describing** 112:7
**Description** 4:2
**Descriptions** 5:1
**desirable** 115:5
**Desk** 33:20
**detail** 8:6
**details** 71:18
**detect** 11:5
**determine** 14:22 188:16,16
189:8,8,8 223:5
**determined** 17:13 39:23
**determining** 15:25
**develop** 56:4
**diagnosis** 72:14

**difference** 169:24
**different** 23:2 27:13 42:14 60:4
61:19 62:1 64:1,1 81:25 82:1
105:4 116:24 117:6,15 120:10
120:15 151:16,17 153:10
154:18,18,20,20 206:1 212:22
212:23 213:3
**diminished** 11:8 17:21
**direct** 3:4,8,12,16,20,21 7:4
25:13 31:3 51:8 52:6 78:24
90:24 95:18 98:23,25 99:10
104:9 106:18 107:5 116:4
135:8 156:13
**directing** 82:9 99:14 101:2
105:12 114:8,11
**directly** 39:16 40:19 136:6,9
**dirt** 147:6
**dirty** 16:12 218:18
**disassembling** 187:8
**discipline** 237:20 238:6
**disciplining** 237:23
**discourse** 210:7,8,10,13
**discuss** 41:19 70:8 90:18 134:17
200:22 236:3
**discussing** 8:22
**Discussion** 159:2
**discussions** 59:14
**diseases** 110:13
**dislocated** 17:13
**dismiss** 238:25 242:5
**Displaced** 18:23 19:5,12,16 23:5
**disregard** 238:24
**distance** 228:8
**distinguish** 73:12
**distinguishable** 74:5
**distress** 17:25
**district** 1:1,1,14 99:20,22 104:21
105:15,18
**division** 1:2 126:8,23 127:25
**doctor** 24:4 28:19 72:17 73:22
105:24
**document** 27:7 72:19 95:19 96:7
96:21 97:24 98:1,3,4 101:12
102:25 103:2,4,5 110:2,10
111:2 112:24 128:4
**documents** 29:14 71:14 72:23
73:1,2 94:17 108:18 112:5
**Doe** 118:7,9,11,14,16 122:19,20
122:22 123:3 126:11,17,21
215:13
**doing** 58:17 121:10,13 126:24
130:11,12 133:3 134:3 140:22
146:11,21,23 147:1,7,11
148:25 166:7 173:22 175:13
175:15 203:24 221:21 222:1,4
223:12 241:7
**Dolo** 184:14,15
**Dominic** 117:3
**dominion** 136:21
**door** 147:22
**dot** 129:16
**dots** 79:11 105:23
**double** 171:12
**Downtown** 56:16
**Dr** 7:7,9,17,23 8:9,17 9:1,18,25
10:7,14 11:11,18,22 12:6,25
14:5,10,19 15:20 16:3 17:9
18:3,5,9,18 19:4,25 20:7,16,18
20:25 21:11,16 26:24 27:7,17
27:24 28:5,18 99:23 104:22,24
**drafted** 28:12 237:11
**dragged** 206:15,17,18 225:14
226:15,16,16,21,22 227:12,13
227:23 228:3,4 229:6 238:13
**dragging** 225:7,11,13 227:19
**draw** 75:4
**dress** 88:23 171:1
**dressed** 65:8,10 88:4,6,8 146:20

147:15 149:6
**dressing** 20:21,21,22
**drink** 151:3
**drive** 56:15 57:10 58:7 59:19,20
60:2,5 61:4,18 62:22 63:7
65:18 156:2
**driver** 52:24,24,25 53:2,10,12,15
53:16,21 54:7,9 56:6,13 57:9
57:16 59:16 60:8 61:11,13,14
62:3,8,9 64:12 77:7 139:10
141:12 142:6 151:15,22
154:21 156:2,4 192:17
**drivers** 61:20 62:1,3,7 154:24
155:1,1,2 156:4,5
**driving** 53:13 56:12 57:6,11
60:19,21,23 61:10,15,17 62:7
65:16 76:9 83:23 87:3,4 88:21
89:10,12,21 191:12
**drop** 18:17
**dropping** 18:15
**drove** 60:25 61:6,6,8 62:10 63:4
63:9,9,10,10,12,20,25 64:6
145:15,16 183:6 191:10,11
192:15,16,17 202:8
**dry** 133:6 156:20 208:11 218:25
**dug** 177:4,5 207:5,16,18 218:17
**Dujin** 216:7,9,11,13,25 217:21
218:1,3,6,8 219:8 224:17,24
**dump** 218:18
**duplicates** 96:21
**duties** 34:6 93:19 123:10,11,14
**duty** 33:24 35:2
**D-a-t-t** 32:4
**D.C** 1:23

E

**E** 243:1,1
**earlier** 51:15 115:8,10 152:5
156:23 204:3 214:23 215:13
236:7
**early** 51:12 89:24 90:1 236:2,10
**ears** 14:1,7
**earth** 238:16,19
**eat** 145:24 146:1 151:3
**Eating** 178:25
**education** 52:20 92:13 93:4,5,8
93:14
**effect** 240:5
**eight** 25:5
**either** 19:4,15 40:3 135:21 167:8
**elaborate** 36:7
**elbow** 8:14 9:11 10:6,6 14:16
16:11
**elbows** 10:24 12:15 18:10 20:19
**elected** 33:7 126:13,15
**elements** 39:14
**elicit** 40:16 135:20 137:16
**eliminate** 237:13 240:22
**eliminating** 237:24
**email** 1:20 2:5,10 29:10 42:17,22
42:24,25 43:3,4,17,19 44:1,6
44:23 45:7,15,21,24,25 46:2,4
46:15,17,25 47:1,2,8 243:8
**emails** 29:15,23 48:13
**Embassy** 31:18 32:7,19
**Emmanuel** 1:9 29:7 55:16,17
56:5,9,11,15 57:6,7,11,13 58:7
58:9 139:17,24
**Emmanuel's** 39:23
**employed** 93:17
**employment** 53:13 57:7 93:15
93:20 154:5
**empty** 217:11
**enable** 49:23
**enables** 44:6
**encounter** 135:1
**ends** 178:10

**English** 72:7 91:20,21 92:19
93:9,12,24 94:1 95:6,19,21,22
98:2,11,13,24 100:24 101:2
103:2,5,8 108:19 114:8
**enlarged** 132:16
**enter** 236:25
**entered** 6:9 120:4 121:9,12
202:8
**entire** 47:4 107:24 182:9 221:6
**entirely** 239:7
**entirety** 29:18
**entry** 112:16
**envelope** 198:9
**equipment** 178:18 193:5,8
194:12,15
**escape** 228:19
**escaped** 228:20
**escort** 234:13
**especially** 10:23 33:4
**essentially** 40:22 135:22 137:11
**establish** 168:7
**estimate** 197:12
**Estimating** 125:24
**et** 107:15 111:20 179:4
**evaluation** 73:22
**eventually** 64:25 66:6 131:12
**evidence** 4:1 20:3 44:12,14
46:20,22 62:12 72:16 74:15
77:16 78:18 80:20 82:17 87:20
97:6 98:21 102:9 103:19 128:4
177:23 183:22 196:16 198:9
200:5 204:11 237:20 238:12
240:19
**exact** 44:1
**exactly** 132:12 148:16
**examination** 3:4,6,8,10,12,14,16
3:18,20,21 7:4 8:4,7 9:19 13:2
13:14,19 14:4 21:13 24:11
25:13 26:21 28:14 31:3 47:23
49:13 52:6 90:24 107:21
110:17 111:12 114:3 116:4
138:13 154:14 156:13
**examine** 9:16 10:14 12:7 13:17
14:1,10 16:20 17:15,15 23:14
23:15,18 25:25 90:15 138:12
**examined** 14:16,16 101:21
108:15
**examining** 27:13
**example** 71:19,20 73:4 106:15
226:13,17
**exception** 74:6
**exchange** 92:6,7
**exclude** 136:25
**excluded** 137:5
**excuse** 19:20 63:15 208:21
**excused** 28:19,20 50:17,19
70:11,13 90:17 114:21 134:22
156:8,9 236:14,16
**execute** 210:14,16
**Executive** 57:5 142:14 159:25
166:20 234:2,6,9,15,18
**exercised** 136:10
**exhibit** 4:3,4,5,6,7,8,9,10,11,12
4:13,14,15,16,17,18 20:3 29:3
43:9 44:14 46:10,22 69:6,8,9
70:3 74:15,17 76:11,12,15
77:14,16,18,22 78:15,18,24
79:24 80:5,17,20,21 81:3
82:14,17,18,22,23,25 84:7
85:15,16 87:16,20 89:4,8
94:24,25 95:3,5,13,21 97:3,6
97:16,17,20,22,24 98:11,11,13
98:14,18,21 99:8 100:17,18,21
100:23 101:10,15 102:2,2,6,9
102:15,17,20,22,25 103:6,8,12
103:13,16,19,21,22 104:5,8
200:19
**exhibits** 3:24,25 29:18 71:1

**exiting** 135:5
**expanded** 128:23
**expect** 37:20 148:17 236:21 240:9 241:12
**expecting** 140:17
**expired** 36:13
**explain** 9:25 11:11 13:8 20:20 26:25 27:3 54:21 58:1 189:3 199:3 201:16
**explanation** 155:10
**explore** 169:12
**exposed** 106:11 112:19 113:5,11 114:18
**extend** 10:10
**extends** 106:4
**extent** 96:20 241:19
**extra** 153:18
**extremely** 39:5
**extremities** 10:22,23 13:24 14:11,13 17:16,19
**eyes** 11:1,2,6 14:1,6,7 83:13 223:15

**F**

**F** 243:1
**face** 60:1 86:18,20,22,23
**facial** 14:6
**facing** 77:1,3 80:14 81:13,20 86:24
**fact** 15:7 22:2 25:23 29:8,10 40:9 40:17 48:21
**faction** 127:10,15
**fair** 115:5
**fairly** 77:5 82:10 83:22 86:11 98:14 103:12
**fall** 221:19
**false** 40:18,22
**falsification** 40:8,12
**familiar** 177:13 216:7
**family** 117:23 118:5,21 139:7 160:1 166:11
**far** 17:25 20:12 86:10 119:5 131:1 176:12 184:7 185:12 196:1 215:11 228:4,7 237:3 241:17
**fare** 139:2
**farther** 150:17,17
**far-reaching** 239:24
**fashion** 58:23
**faster** 133:7
**father** 40:18 56:22 86:6,24 87:1 152:6,24 153:10,13 157:25 166:10
**father's** 39:15 40:2,13 117:15
**fault** 71:20 73:17,18,19
**Fax** 1:20 2:4,9 243:7
**FBI** 93:21,22 94:4,5,10,14
**February** 21:4 63:18 144:22,23
**Federal** 2:3
**feed** 11:19,20
**feel** 12:3,4,5 15:16 55:20
**feeling** 15:24
**feels** 11:3 30:3 47:6 106:6,10 109:22,22,24 110:5
**feet** 195:13,14 208:8 221:7
**fence** 140:7,9,12 230:16,21,24 231:17,19,20,21,22,24
**fever** 106:10
**field** 186:19 230:15 235:4
**fight** 133:10
**fighting** 25:1 118:13,16 127:3,5 127:7,20,24 128:2 129:11 131:12,15,25 132:25 215:20
**file** 137:9
**filed** 40:9 72:25 240:13
**fill** 225:6
**final** 41:21

**finally** 107:5 131:15,17 185:11 200:4
**finances** 42:13 50:6,14
**find** 17:4 36:10 37:16 52:23 120:1 175:20
**finding** 14:8,8
**fine** 73:15,16
**finger** 75:2,2 129:10,13 132:19
**fingertips** 17:6
**finish** 148:25
**finished** 176:14
**finishing** 92:13 176:17,20
**fire** 189:16
**fired** 197:19
**Firing** 187:17,19
**first** 22:2,4,6 25:14 30:1,2 34:12 39:2 43:12 44:23 45:17 47:3,5 49:8,20 53:4,6 54:3,7,11 58:2 58:3 59:8,10 63:13,20 64:2,13 64:20 70:22 72:1,17 95:19,21 95:22 101:2 122:20 123:3 140:3 144:21 145:11 153:9 172:19 173:10 174:9,11 176:19 179:7,13,18,21 196:21 213:5,7 214:2,5,8 217:8 218:17 220:14 221:11 225:11 225:13,14 230:16 231:1,4 232:9 234:24 237:4,18 238:5 238:12,15,24 241:10
**first-aid** 189:10
**fit** 195:18
**five** 71:1 137:2 207:22 208:8 229:24 242:6
**FL** 1:19 2:4,9 243:7
**Flagler** 2:3
**Fled** 72:8 100:5
**flew** 138:24
**floor** 227:1,2,3
**FLORIDA** 1:1,8
**fluent** 92:1,2 93:11,12
**FM** 161:9,10
**Foday** 7:22 12:7
**follow** 29:11 31:1 39:1 41:1 51:1 52:1 115:1 116:1
**followed** 95:6
**following** 78:20 240:21
**food** 145:24 150:14,20,21 163:14 164:13,15 165:16
**foot** 192:13 227:10,11
**footprint** 188:16
**forced** 106:9
**Forces** 143:16 158:21,23 164:22 164:24 171:21 212:9 215:10
**forcibly** 121:18,19 122:2,3
**forearm** 12:3
**forecast** 239:11,22
**foregoing** 243:2
**forehead** 26:16
**foreign** 32:6 237:7 238:2,8
**forgetting** 63:18,19
**form** 27:10,11 157:25
**formed** 121:1 166:5 186:2,7
**former** 54:15 107:15 111:20,25 112:2 118:19 122:23 156:25 215:4
**forth** 96:7,11 239:17 240:3 241:21
**forward** 228:23
**found** 39:23 73:13 74:6
**foundation** 165:1 168:5,7 217:14
**four** 72:10 100:7 137:2 145:9 148:14 183:3 202:9
**fraud** 40:17
**free** 70:11 121:23 123:25 124:1
**freely** 229:15,17
**Freeport** 123:23,24
**French** 68:20

**fresh** 115:9
**Friday** 186:17 235:25 236:1,15 242:10
**Fridays** 203:17
**friendly** 215:16,16,18
**friends** 61:16,17 62:10 142:9 162:6 163:2 165:21 214:15
**front** 20:7 69:13 78:1,6 79:4 81:6 81:12,20 107:25 120:13,15 132:16 145:18,19,23 154:24 196:13 198:9 220:20
**front-line** 123:7,8 129:24
**full** 57:3,5
**fully** 10:9 136:15
**function** 199:3
**further** 8:23 28:17 37:24,25 45:23 47:10 49:10 50:16 59:13 93:4 96:24 114:20 156:7 170:14 218:22 239:9 240:8,19
**furtherance** 136:20 239:16,25 241:18
**future** 37:18

**G**

**Gambia** 68:21,23 69:1 163:13
**Gambian** 164:16,17,19,21,22,22 164:24,24 165:12,18,22 168:22 170:16 174:24 176:9
**Gambians** 169:5,6 176:11
**gate** 77:1,3,11
**gathered** 226:5,7,9
**gathering** 72:2
**GB** 177:23,24 196:19,19,19,22 196:25 197:18 198:9 199:24 200:5,13 204:11,11,24 205:5
**Gbarnga** 52:17,18 53:4,6 63:9 63:10 66:14,15 122:11,12,15 125:15,16,21,23 126:2 130:5,6 130:11,12,13,14,20,22 132:3,8 133:20,25 160:19 175:8,9,10 175:11,13,15 178:7
**Gbarpolu** 128:17
**Gbatala** 63:9,10,13,20,25 64:3,5 64:6,13,20,24 65:14,16,19 66:7,9,13,17,18,22 67:3,14,18 67:20 68:8 75:14 83:20 85:9 136:6,10,19 143:20,22,23,25 144:2,8,9,10,12,17,18 150:18 155:3,21 163:19,20,22 164:2,7 164:11 167:24 168:1,3 170:1 171:22,24 172:8,12,14,16,23 172:25 173:3,8,10 174:5,25 175:4,17,23 176:11,14,17,19 177:13,19 178:17 179:7,18,21 180:1,17,18,24 181:1,11 182:22 191:23 192:11 197:7,9 197:13,21 198:5 199:14,17,20 199:25 200:1,2 201:7,14 203:1 203:7,10,11,13 205:15 208:23 212:6,8,19 213:6 214:2,5,6 215:8 229:13 230:10,12,14,16 230:19,21,24 231:1,4,17,19,24 232:12,14 233:20 234:3,5 241:22
**Gbilie** 219:16,17,21 220:1,6,9 223:1,12,15,23 224:1,6,9,15 239:19
**gear** 147:15
**geared** 72:3
**Generally** 9:21
**Geneva** 203:14
**genitalia** 105:5
**gentleman** 70:22 84:3 90:17 111:24
**gentlemen** 6:25 60:14 70:8 134:16 138:10 200:22 235:23
**German** 199:1

**gestae** 136:8,15
**getting** 40:3 56:9 64:24 125:20 237:17 238:19
**Ghana** 33:12
**gist** 38:9
**give** 6:14 8:8 41:7 49:16,25 70:25 106:9 132:11 137:15,17 153:21,23 155:10 159:1 172:6 200:20 220:19 235:6
**given** 72:14 94:5 108:18 115:3 136:17 178:17,20 179:5,7 210:14 234:21,23 238:11 241:25
**gives** 241:23
**glad** 70:19
**GMG** 198:21,25 199:13
**go** 8:6 21:5 25:17 29:24 30:4 45:7,9,13 47:7 55:25 57:8 58:9 59:18 61:15 64:16,18 65:20,21 65:25,25 67:3 70:12 76:4 87:6 87:7 90:4 92:5,14 115:11 119:5,14,16,19,24 121:11 125:14 127:12 130:20 139:14 139:17 142:23,25 143:22 146:4 150:9,18,21 151:8,19 153:21,24 155:13,21 160:25 161:4,24 162:1,15,16,17,19,21 163:6,13,21 164:12,15 165:12 165:22 166:2 168:11 169:25 170:8 171:23 172:19 173:17 174:2 180:8 181:6,7 188:2 193:21,22 197:17 198:1 205:14 206:14 214:4 215:24 217:6 221:14 222:2 223:24 224:7 225:3 230:2,7,11,22 231:3 232:19 233:15,17,19 234:2,5,15,17,22 235:18 236:12 238:17
**goal** 236:20 237:1 240:9
**goes** 57:9 67:10 68:3 72:4 144:14 150:12 194:1 199:5 240:15 241:18
**going** 6:10 18:25 25:1 26:25 27:2 29:12,16,20,23 30:2 40:1 40:16 60:22 61:15,15,16,17 70:20 72:17 75:1 76:7,9 77:6 80:12 91:19 110:19 115:3 119:23 127:3 128:3 135:2,20 137:1,11 141:6 151:24 159:24 164:10 170:15,16 173:20 177:23 187:20 218:21,24 226:13,17 229:4,6 230:15 236:22 241:1,14
**gonna** 155:17,19
**good** 6:25 7:7,8 21:16,17 42:14 48:1,2 59:18 134:14,20 138:16 138:17 139:12 141:24 142:1 152:22 200:20 235:24
**goods** 123:21,22 124:4 133:6 134:6,7 156:20
**gotten** 124:5 136:3 240:14
**government** 1:17 4:3,4,5,6,7,8,9 4:10,11,12,13,14,15,16,17,18 29:13 31:25 40:22 42:11 43:9 44:11,14 46:19,22 47:6 69:9 71:14 74:15 76:15 77:16 78:18 79:24 80:20 81:3 82:17,25 85:16 87:20 94:25 97:6,17 98:21 100:18 102:9,17 103:19 115:5 135:20 136:4 137:6 142:12,16,17 236:21 237:2,8 237:11,19 238:19 239:4 240:2 240:5 241:11,20 242:1
**governments** 30:3
**Government's** 7:3 29:3 31:2 46:9 52:5 69:7 70:3 71:8 72:24 76:11,12 77:14 78:15 82:14,23 84:7 85:14 87:16 90:20,23

94:23 95:5,13,21 97:3,15
98:18 99:7 100:17,23 101:9,15
102:2,6,15 103:6,8,11,13,16
103:21,22 104:5,8 116:3
156:12 240:17
**grade** 91:21
**graduate** 119:9
**graduated** 92:24 119:6 172:8,16
172:23 218:2 223:2
**graduation** 172:12,14,21,25
**grass** 82:4,5
**grave** 207:25
**Graveline** 1:22 137:7,9
**grease** 194:24
**green** 89:3 149:8,9,10,11,12,12
149:13 152:17,18,18 213:4
**greet** 19:19,21 148:12 149:23
151:20
**grenade** 67:2 145:9 189:15,17
**grew** 91:12
**Greystone** 7:15,19,24 12:6
14:20 18:3,7,19,22 23:7,10,15
23:24 24:7
**grocery** 56:16
**ground** 227:3,7
**grounded** 71:16
**grounds** 234:19
**group** 65:5,5 66:4 67:11 85:24
125:12 211:21
**growing** 82:5 91:23 92:3 117:18
**grown** 77:9 80:8
**guard** 159:25 166:10 211:17
**guess** 111:17 138:24 140:20
**Guinea** 233:21 235:16,17 236:23
236:25 237:10 240:8,10 241:6
241:11
**gun** 67:2 89:16,18,20 143:14
148:3 199:1,8
**guns** 64:1,1 65:8,10 66:24,25
89:14 145:2,8,9,9 147:25
148:2,4,5 149:14,17 199:13
**guy** 58:15 69:25 70:1 83:19,20
**guys** 74:25 227:11
**Gyude** 33:3,6
**G-y-u-d-e** 33:6

H

**half** 31:16 51:13 195:14
**hand** 10:25 11:7 17:6 28:8 221:1
221:16 222:15,18
**handed** 94:23 98:4 100:16
102:25
**handgun** 192:24 193:1
**handing** 29:2 43:6,7
**handle** 189:16 203:6
**hands** 15:11 18:17 72:9 100:6
195:13 225:4
**hand-held** 220:19
**hand-to-hand** 201:8,10,20
**hanging** 65:9,10
**Hansson** 95:25 99:23 101:6
104:22
**Hansson's** 104:24
**happen** 216:13 218:6 223:9,18
226:18,20 231:16
**happened** 9:17 11:16 8 19:9
55:18 58:1,13 111:8 124:25
127:23,25 131:12 162:9
216:25 217:2 218:3,14 219:11
225:24 227:7 228:16,18,20,22
230:21,23 231:19 241:3
**hat** 70:1 74:24 86:20 185:7
**head** 10:14,17 13:7 14:1 17:1,3,5
17:7,10 75:3 118:13,15 130:1
131:10 160:8,12
**header** 44:3
**headquarter** 209:1

**headquarters** 209:2,4,6,11,17
209:20 211:12
**healed** 9:24
**health** 24:19
**hear** 37:20 47:10 59:7 64:22 68:9
68:11 71:11 136:4 137:6
157:10 220:25 235:21 238:16
239:4,12
**heard** 34:8,12,13,14,17 68:13
70:21 238:11,12 241:10 242:3
**hearing** 70:22
**hearsay** 55:22 56:7 68:2,16 74:7
157:8 158:6 159:11 160:9
165:1 168:5 181:20 216:22
217:14
**heavy** 219:22,23
**HECK-MILER** 121:8
**Heck-Miller** 1:18 3:8,10,20 28:22
29:13,22 31:5 36:25 37:3,13
39:9 40:6 41:2 43:11 44:11,15
44:17,20,21 46:19,23 47:14,16
49:15 50:15 114:23 115:2,11
116:2,6,10 126:20 128:7,16,19
128:22 129:19,22 132:4,7,10
132:14 134:15 135:12 136:5
137:7 156:10,16,17 157:9,11
157:15 158:7,9 159:3 165:5
167:14,17,20,23 168:8 169:12
169:13 178:13,16 181:22
183:23 184:1,6,9,17,20 185:2
185:5,11,14 186:10,12 190:14
190:16,22,25 195:12,16,17
196:9,12,16,18 200:8 201:5
204:10,13 208:7,10 216:23
217:17,19 220:15,18,23 221:5
221:9 236:19 239:5 241:12
242:11
**held** 13:9 33:16 227:8,9
**Hello** 147:21
**help** 25:23 139:2 153:17,18
205:12,15
**helped** 153:20
**helping** 25:21 26:8
**hepatitis** 110:8 113:18
**Hey** 59:16
**hiding** 29:21
**high** 25:20 52:22,23,24 92:6
93:17 119:6
**highlighted** 71:15 99:4,6,11,15
99:25 100:2 103:25 104:3,13
104:15,24 105:1,10,25 106:2
106:24 107:1,10,12 114:14,16
**highlighting** 99:8
**hip** 106:5
**hire** 141:12
**history** 7:24 14:19,22 16:1,16,20
71:22 109:19
**hit** 53:21
**hold** 18:16 32:20 135:5 198:10
200:6 208:23 209:6 220:24
222:6,8 227:11,14
**holding** 88:6 195:13 227:10
**holds** 199:6
**hole** 19:12 13,12,13 209:7
217:25 218:1,17,17,19,21
221:12
**holes** 177:4,5 207:5,6,8,16,18,24
208:3,11,13
**home** 29:25 30:4 45:8,9,13 47:7
48:23 142:24,25 162:10,11
232:5
**Honor** 6:20 7:2 20:2 21:10,11
26:10,19 28:16,17,24 29:2,13
36:24,25 37:11 39:5,9,22 40:6
47:14,16,17,22 49:10 50:2,21
51:2 52:2 55:22 56:7 59:23
60:16 61:21 68:1,16,18 69:5
70:2,4,14,16 73:4 74:8,12

76:10 77:13 78:14,19 79:22
80:16 82:13 84:6,9,11,14
85:13 87:15,18,22 90:11,12
94:19 97:2,7,10 98:17 100:11
102:5,7,11 103:15 107:17,19
110:2 111:2 113:7,22,24 114:1
114:20 115:2 135:18 136:5
137:7 138:2,7 154:9,11 156:6
156:7,10,16 157:9 158:7
159:11 167:14,20 169:12
195:12 196:10,17 208:7
217:17 220:15,20 221:5
235:22 236:6,19 239:5 240:12
242:9
**horrific** 136:12,16
**hospital** 23:24 153:22
**Hotel** 233:10,11
**hour** 51:12 71:4 90:15
**hours** 142:19 148:14,14
**house** 55:19 57:18,19 58:4,7,9
58:10,16,20 59:17 67:24 68:24
69:2,19 75:10,11,21,24 76:5,7
77:1,3,6,10,25 78:3,4,5,5,10
78:11,12,13 79:2,5,8,16 80:7,8
80:11,14 81:9,10,11,12,18,20
81:23 82:9,11 83:20 84:2 85:2
85:8 121:20,21,23 140:3,10,24
140:25 142:19,21 143:5
157:19,22 161:4,5,7,20,22,24
161:24 162:1,18,19,21,23
163:4,6,10,13 164:16,19
165:12,14,18,22,25 166:3
170:17 171:19
**huge** 174:18 227:11
**hygiene** 11:13

I

**idea** 109:7 139:12
**identical** 99:7
**identification** 4:1 5:13 43:7,9
69:7,9 76:13,15,22 77:18,22
79:23,24 81:1,3 82:24,25
85:14,16 94:23,25 97:15,17
100:16,18 102:15,17
**identified** 20:19 22:21 43:3
86:19,25 88:8 153:9 167:21
**identify** 5:11 35:8 39:15 44:6
69:4
**identifying** 73:7
**identity** 40:2,13 68:3
**Ill** 1:10
**ill** 6:6 55:5,8,20
**immediate** 160:1 166:11
**immediately** 10:6,6 14:15
**important** 115:6
**impossible** 238:21
**imprisoned** 9:2 12:23 16:4,6,9
**imprisonment** 9:4
**inaccurate** 87:12
**including** 13:7
**incoming** 34:6
**incorrect** 87:12
**increased** 17:2
**incursion** 237:10 240:7,10
241:11
**Independent** 120:13
**INDEX** 3:24 4:20,25
**indicate** 96:24 101:12 106:21
160:25 161:3 208:2
**indicated** 5:13 48:19 49:19,21
74:20
**indicates** 48:13 135:7
**indicating** 60:15 142:4 154:3
208:8 221:6 225:12 234:4
**indication** 41:7
**Indictment** 237:12,17 238:25
239:17,18,23 240:3,4,16,25

241:8,16,16 242:5
**individual** 8:10 20:10,18 40:14
54:1 68:4,14 74:23 75:3 85:1,4
86:25 95:16,24 98:8 102:3
**individuals** 7:13,18 8:1 19:13
26:3,5 74:21
**indoctrination** 241:24
**indoors** 186:18
**indulgence** 47:22
**industry-standard** 5:13
**inextricably** 39:19
**information** 9:15 44:3 72:3,5
96:11 181:17,25 182:2,4 239:8
239:11
**informs** 6:17
**initial** 41:3
**injuries** 10:9 21:19,22,25 25:3
**injury** 17:5 71:18
**INPFL** 120:6,8,10,12,16,18 121:1
121:9,12,24 122:4,8,12,15
123:2,5 124:11,13,22 125:1,3
125:4
**inquired** 36:20
**inquiries** 36:18 37:9
**inquiry** 37:1 38:17
**inside** 58:9,11 140:5,10,10
195:18 196:25 227:3
**insignia** 171:13 213:15,18
**insofar** 183:4,18
**instance** 188:19 233:3
**institution** 93:6
**instruct** 135:14
**instruction** 210:8,14,20 240:18
**instructions** 134:17 210:16,17
**instructor** 201:18,19,22
**instructors** 179:22,24 180:1
182:13,17,22,25 183:9,11
186:13 202:1 203:22
**intend** 29:15,23
**intended** 51:2
**intending** 137:16
**intends** 29:13 71:14
**intentions** 60:4
**interested** 148:19,20,22
**interior** 53:22
**international** 37:8 93:2,3
**INTERPRETER** 116:3
**interrupted** 138:10 216:13
**intertwined** 39:19
**interviewed** 27:15
**interviewing** 27:15
**intimidate** 237:13 240:21
**introduce** 29:6,14
**introduced** 57:13,15
**introducing** 29:4
**introduction** 57:17
**invaded** 241:6
**invading** 238:8
**invasion** 237:7 238:1
**investigate** 137:4,13 238:17
**involved** 39:16 233:6 236:22
**involves** 94:11
**involving** 11:21 59:14 233:3
**Iraq** 42:11
**Iron** 195:9
**irrelevant** 29:9 30:3 39:5 47:6
**Island** 119:20,21
**issue** 137:22 192:9 240:7
**issued** 179:15,18 189:19,22,24
191:1,3 192:6,19 193:5,8
195:21,24 235:1,12
**issues** 135:16 138:1
**item** 200:7
**items** 43:7 178:18 196:14,25
**i.e** 5:14

J

**Jack** 163:13 164:16,17,21,22,25
**jacket** 121:5
**Jack's** 164:19 165:12,18,22
170:16
**jail** 217:3,4,6
**January** 33:23
**jean** 179:9,10
**Jeep** 61:9 191:13,14,15,17,20
192:9
**Jencks** 239:10
**Jerry** 183:13,14
**job** 32:2 42:11 54:9 57:1 112:5
139:18 148:23 159:15 176:16
**jobless** 139:24
**jobs** 147:11 176:25 177:3
**JOHN** 2:2
**Johnson** 120:4,5,7,19,25 121:9
121:12 123:18
**Johnson's** 123:19 124:4
**john_wylie@fd.org** 2:5
**join** 36:6,15 39:18 49:1,22
121:24
**joined** 129:23
**joining** 49:18 214:18
**Joseph** 3:11 52:3,5,10
**Jr** 1:8,9 34:1,16,17 35:10 38:3
42:5 43:1,3,4,17 45:7 46:15
48:4,8,11
**Judge** 1:14 6:2 58:25 71:13
237:3
**July** 46:1,16
**June** 42:23 43:18,19 116:16
**jurisdiction** 6:14 39:22
**juror** 236:4,6,9,11
**jurors** 108:3 134:25 135:6 236:1
**jury** 6:22,23 29:11,16 70:10 74:9
74:10,17 78:20 134:21 135:2,2
135:9 138:1,8 192:21 200:21
200:24 201:2,3 236:13 238:24
240:18
**Justice** 1:22
**Jusu** 6:3,5 7:22 8:10,12,13,18,22
9:1,7,15,16 11:13,15,18,24
18:6,13,14 19:15 20:14,19
21:18 22:2 23:14,18 24:11
25:9,15 26:13 51:4 102:3
103:9 104:9 107:8 108:16
109:2 111:14,24 112:14,16,24
114:7
**Jusu's** 9:19 10:4,14,22 11:12,22
20:23
**J-o-s-e-p-h** 52:10

**K**

**Kadesjö** 105:19
**Kakata** 53:4,8 131:21,22,25
132:2,3,17,20,21,23,25 133:3
133:13 134:1
**KAREN** 1:17
**karen.rochlin@usdoj.gov** 1:20
**keep** 18:15 24:4 54:16 135:24
136:1 192:4 235:7
**keeping** 25:24
**kept** 13:12 40:21 96:14 217:24
**Ketter** 3:11 52:3,5,10,11,16,20
52:23 53:12,23 54:21 55:4,24
56:9,20 57:6,17 58:1,19 59:6
60:7,19 61:4,10,19,25 62:9,23
63:4,12,21 64:2 65:13 66:6,12
67:13,17 68:9,22,25 69:13,21
69:23 74:20 75:1,8,20 76:4,19
77:21 78:24 79:11,18 80:2
81:5,18,22 82:1 83:2,15,21
84:17,25 85:5,21 86:9,18,25
88:1,14,21 89:10,15,21 90:1
115:4 138:3,16,18 139:20
154:17 155:3,14,21,24

**kicked** 73:20 74:2
**kicking** 73:23
**kicks** 72:21 105:4 107:14 111:20
**killed** 126:11,17,21
**kind** 17:11 56:4 64:1 66:25 81:11
81:25 88:25 89:18 146:6,24
149:6 152:10,15 156:4 158:17
183:7 188:15 192:22 198:25
200:15 203:24 206:10,12,24
227:19 235:14
**kinds** 134:7 146:23 186:21 219:6
**Kiss** 161:9,10
**kit** 194:18,19
**kitchen** 218:18 230:6,8
**knew** 25:21 34:14 48:8,9,10,14
55:14 67:15 86:12 130:24
131:8 158:19 162:3 164:25
168:9,12,16 173:20 175:3,6
215:11
**knife** 193:12
**knock** 222:15
**know** 18:21 19:7,9 26:2 33:4,25
35:5 36:22 37:4,15 40:3 43:2
57:5 58:18 60:7 65:2 67:12
69:20 72:6,12 81:10 108:21
109:4,9,11 112:2,4 131:1
137:3 140:22 141:6 146:8,18
147:3 148:9 149:18 154:25
155:4 157:20 160:14,20,22
161:5 164:17,19 168:1,19
169:7,10,17,19,23 170:4 172:5
173:18 174:9,21 175:11,13,18
175:19 176:6,12 178:3 183:20
191:8,19 196:1,3,7 198:16
202:7 207:19 214:21,22
240:14
**knowledge** 33:15 48:21 68:2
96:12 165:2 168:6 169:9
177:14,16 204:4,25 205:1,3,23
217:15
**known** 32:3 116:24 117:2,6,9,11
117:13 127:17 174:25
**Kpadeh** 239:21
**Kwa** 225:14,15,17,22,24 226:3
226:17,18,20,21 228:5,12,16
229:4,4,6,7
**K-a-d-e-s-j-o** 105:20
**K-e-t-t-e-r** 52:10

**L**

**label** 72:13 196:15
**labeled** 109:19 196:15,22
**lack** 68:1 135:7
**ladies** 6:25 70:8 134:16 138:10
200:22 235:23
**lady** 83:12,13
**land** 61:8,9 207:3,4
**Lands** 142:12
**landscape** 231:4
**language** 27:18,21,22,23 91:16
92:1,2 93:12,23,24 94:17 95:6
95:7,10,12,15,19,21 98:1,4,11
98:13,14 100:24,25 101:2,19
101:24 103:5,6 135:7
**languages** 93:22
**lasted** 9:4
**late** 137:20
**launched** 124:18
**law** 239:17
**leader** 120:6,7,18,20
**leading** 119:21 126:18 178:6
**learn** 68:13 189:16 202:18
**learned** 34:5 175:17
**learning** 91:20,21
**leave** 47:12 64:25 66:6 92:4
124:13 125:4 139:14 155:5,19
155:20 225:18,19 226:14

**kicked** 73:20 74:2

229:17 232:2,5,12,15 236:1
**leaves** 57:12 70:10 134:21
200:24 236:13
**leaving** 119:19,20 234:11 235:2
**led** 136:21
**left** 15:24 17:12 18:16,18 20:25
47:13 54:18 64:20 65:1 66:8
72:10 77:12 100:7 107:13
112:7 124:11,22 133:20 135:6
138:24 144:19 162:10,11
184:7,11,18 185:3 196:19,22
201:18
**left-hand** 79:3,12
**leg** 227:14
**legally** 29:24 45:9,13
**legs** 227:8
**length** 221:6
**lengthy** 115:6
**Leone** 72:7 112:3,8 214:20 215:3
**Leonians** 214:21,22
**letter** 239:9,22
**letters** 120:12
**let's** 6:7,22 51:11 72:22 74:9
114:6 138:5 169:10
**Liberia** 21:1 25:1 32:14,18,22
33:1,2,15,24 35:3 36:9 47:12
52:17,21 53:22 54:15 72:8
86:13 87:3,4 89:11,12 90:2,4,5
100:5 106:12,14 111:22,23
112:3 113:12 114:19 116:18
116:19 118:19 120:13,15
127:17 128:12 129:25 138:24
138:24 142:1 143:16 215:10
219:19,21 233:4,6,21 235:2,16
235:17 240:8,11
**Liberian** 174:19 176:12 202:3
241:13
**Liberians** 214:16
**lieutenant** 31:9,14,20 32:10 41:3
41:10,11 43:6 44:16,22 45:6
45:19 46:24 48:1 49:16 50:11
**light** 9:13 11:2,21 12:2 17:21
**lighted** 13:4
**limitation** 11:10
**limited** 11:11 29:5 237:5
**line** 4:2,2 44:22 50:23 99:19
**linked** 39:17
**list** 137:2,12,19
**listing** 242:5
**litigated** 237:6
**litigation** 137:14
**little** 17:12 31:21 72:15 78:1 79:4
79:8,9 81:11,14,25 129:16
150:10 199:2,3 236:2
**live** 56:22 57:1 90:4,8 91:6,8
116:19 166:17,20 202:10
**lived** 142:21
**living** 21:7 52:21 90:2 91:8,10
128:10,20 156:19 157:1
**located** 10:5 13:22 75:25 132:3
170:7,9 178:5
**location** 13:10,11 69:20 129:6
169:8,16,19 170:1,7
**log** 218:10 219:9,22,23 221:3,13
221:13,25 222:3,11,15,21
223:3,22
**long** 18:5 31:14 32:15 42:21
59:11 60:23 91:6,10 92:7
125:23 132:23 148:13 151:6
161:21 170:15,16 180:4 191:3
195:10 208:15 212:6 218:1
221:3,3 223:1,4,5 232:12
240:13
**longer** 19:4 57:4
**longest** 223:11
**long-range** 67:2 192:23
**look** 22:19,20 43:12 46:9 59:17
60:1 72:1 77:10 111:15 128:3

145:21 152:18,22 153:6
177:22 183:21 196:21 198:8
200:4 204:10 205:5,23 207:8
213:2
**looked** 17:12,13 22:17 72:23
77:6 78:11 80:11 81:23 82:11
83:22 84:4 86:12,22 87:2
145:21 190:12 228:12
**looking** 73:11 81:12,20 86:6,24
132:15,16 188:18 198:10
**looks** 20:21 60:11 81:13 176:4
205:23
**loose** 216:3
**looted** 124:10
**lot** 24:24 25:3 29:9 77:8 82:2,4,4
82:6,8 153:11
**loud** 116:5
**low** 42:13 50:7
**lower** 72:20 79:2,12 106:4
107:13
**lunch** 71:4 90:15,18 134:17,20
**lunchbreak** 115:7
**Luncheon** 137:25
**LURD** 29:21
**lying** 40:2

**M**

**M** 1:8,13
**Mac** 175:24,25 176:6,10
**machine** 199:1,8,13
**main** 144:12 150:18
**maintained** 96:22
**major** 32:21 35:16,17,18,21,22
44:24
**making** 10:21
**malaria** 110:14,14
**man** 35:11,12 58:15,16,20,20
62:4,4,5,6,6 67:23,25 68:8,9
68:14,23 69:1,17,18,19,24
73:25 74:24 75:6,7,8,9,11 86:5
129:25 143:10 167:3 184:10
184:13,18,23 185:3,6,9,12,15
185:17 238:13 241:18
**maneuvering** 187:17,19,22
**Mansalay** 3:3 7:3,7,9,17,23 8:9
8:17 9:1,18,25 10:7,14 11:11
11:18,22 12:6,25 14:5,10,19
15:20 16:3 17:9 18:3,5,9,18
19:4,25 20:7,16,18,25 21:11
21:16 26:24 27:7,17,24 28:5
28:18
**mansion** 56:17,24,25 57:3,5
142:13,14,18 159:25 166:11
166:20 234:2,6,10,15,19
**man's** 238:9,23 241:14,22
**map** 128:5,8,10,12,23 129:1,19
132:4,15
**March** 63:18 137:15,22 144:22
144:23
**Margibi** 53:9
**Marine** 36:6,7,10,12,15 49:22
**Marines** 39:18 49:1,6,18
**mark** 75:7 79:7 84:17,21,25 88:4
105:22 129:13 189:8
**marked** 3:25 43:7,9 69:9 75:7
76:15,22 77:22 79:24 81:3
82:25 85:5,16 88:15 94:23,25
97:15,17 98:3,13,15 99:1
100:16,18 102:15,17 104:9
107:6
**marks** 88:1 105:6
**Master** 201:25 202:1,5
**Master's** 93:5,8,14
**material** 239:10
**matter** 40:9 243:3
**matters** 96:7,10,12 101:8
**Mattresses** 178:21

**McARTHUR** 1:9

**McMullen** 3:7 28:23 31:2,7,14 31:20 32:10 41:3,10,11 43:6 44:16,22 45:6,19 46:24 49:16 50:11 51:4

**mean** 10:1,12,12 62:7 87:6 121:19 133:19 142:23 176:22 190:2 198:20 201:16 207:14 218:16 219:21 227:13

**meaning** 17:11 134:24

**means** 39:14 72:13 125:20 136:9 219:19 237:14

**meant** 164:2

**medical** 8:4 18:25 24:4,8,10,13 27:11 51:3 71:2,12 74:2 95:15 98:7,24 99:12,24 101:24 102:2 103:9 107:24 108:11 111:6 153:18

**MEDINA** 2:7 243:5

**meet** 96:25 162:24

**meeting** 55:8

**meets** 101:13

**melted** 15:2 16:19 105:5

**member** 31:10

**members** 173:17

**memorize** 112:6

**men** 7:23 8:3,14 18:6,10,11,18 19:2,5,11 27:7,14 28:14 65:5,6 65:8,10 66:4 67:11 83:9,10,12 83:13,14,15 125:8,9,10,13 146:13,20 147:7,7,11,13,15,18 148:12 149:23 150:25 151:19 158:16,17,18 162:24 163:1,4,6 163:8 165:18,20 166:4 167:16 173:14,15,16,20 180:7,10 183:1,2 185:22 188:16 189:9 190:17 215:4,8 229:25 241:22

**Mendi** 72:8

**Menno** 183:12,14 184:24,25

**mention** 15:13 16:17 26:16 29:21 39:4

**mentioned** 13:3 16:14,18 26:13 27:14,18 38:5 147:1 167:25 189:19 195:3 202:10 211:11

**mentioning** 26:15

**mentions** 106:10 113:11 114:17 114:18

**Mercedes** 61:6

**Merci** 7:15,19,23 14:20 18:7,19 18:22,24 20:17

**message** 44:5

**met** 34:3 48:9 55:11,17,19,19 57:19 58:1,3 75:10 83:20 85:8 86:14,14,16 140:2,13 157:24 174:1,1,3,4,6 175:8,9

**metal** 198:12,14

**Miami** 1:2,6,19 2:4,8,9 243:6,7

**microphone** 54:4 208:6 220:19 220:24,25 222:19

**middle** 15:16 33:4 60:13 117:4 196:19 198:8 212:7 213:23

**MIGUEL** 2:2

**miguel_caridad@fd.org** 2:5

**milder** 239:13

**military** 31:10 62:3,4,6,7 64:12 64:14 65:8,10 88:24,25 92:13 124:20 143:10,12 146:11,19 147:4,15 155:1,2 156:5 179:11 206:20 211:15,19 215:7 220:6 220:7 225:3 237:23 238:6 241:7

**Mine** 131:17

**Mines** 127:18,20,23 128:1,2,14 129:4,5,8,15,17 131:13,16,20 133:10 142:12

**ministries** 142:11

**minor** 209:13,14

**minute** 141:9 158:25 233:22

**minutes** 70:9 71:1 115:8 137:10 190:12 200:23

**Miroff** 3:15 51:3,6 90:21,23 91:3 91:4,19,22 92:3 93:11,14 94:4 94:16,22 95:18 97:14 98:10,23 99:3,10,14 100:9,15,23 101:18 102:14 103:11,21 104:7 105:7 105:17 106:16 107:5,20,24 114:6

**misconception** 239:15

**missing** 225:22,24

**mistreated** 135:20

**mistreating** 135:25

**mistrial** 241:5

**MODEL** 29:21

**mom** 55:11,12,15 58:3,5,15,15 59:12,13,16,16,18

**moment** 21:9 26:10 28:16 44:17 47:14 50:20 67:10 70:14 84:9 90:10 95:18 98:5 107:16 113:22,24 154:9 156:6 169:22 206:5 211:11 220:13,18

**Momoh** 7:22 14:19 95:16 98:8 98:25 99:12,24 108:15

**Monday** 186:17

**Mondays** 203:16

**money** 50:7 55:25 56:13 153:20 153:21,23

**Monrovia** 7:15 32:13 33:14 48:10 53:5,10,12,20,21 56:16 56:23 57:10,23,24,25 62:16,20 62:22 63:5,8 66:8 67:18,21 68:8,22 83:23 84:2 85:2 119:8 119:11 123:25 124:1,2,19 128:19 132:3,8,11 133:14,17 133:18,19,20,25 134:1,3 142:7 143:22 149:1 156:19 157:1 161:15 178:6 233:11,12

**Montgomery** 184:14,15

**month** 9:5 12:23 13:8 16:6,9 42:23 137:12 141:17,18 172:2 180:5

**months** 72:10 100:7 208:17

**month-long** 9:7,9

**morning** 6:25 7:7,8 21:16,17 47:18 48:1,2 51:10,14 70:7 242:10

**mother** 59:14 139:9,17,23 141:2 141:4 154:2,5

**motion** 11:12 40:9 71:13 72:23 74:7 136:25 137:8,9,24 240:13

**motivations** 49:25

**move** 11:9 17:24 54:4 84:7 87:16 97:3 98:18 155:13 238:25

**moved** 35:22 51:4 74:13 131:21 131:22,25 133:13,25 134:1,3

**movement** 11:10

**movements** 106:7

**moves** 70:3 77:14 78:15 80:17 82:14 103:15

**moving** 99:19 104:19 150:5 241:5

**MP** 209:1,2,4,6,11,16,19 212:2,4 218:9 221:12,15 222:4,15 226:4

**MPs** 211:11,14,16,19,25 216:21 216:24 222:1,5,6,10,13 225:25 226:5,22

**mud** 218:21,22,24,25

**muddy** 218:19

**multiple** 12:4 16:24

**muscle** 17:22

**musketry** 187:6,7,10

**M-i-r-o-f-f** 91:3

**N**

**name** 7:21 31:6,7 33:5 35:15

52:9,9,10 55:12,14 57:3,4,5 67:15,23 68:25 69:3 91:2 98:8 99:20,22 104:19,21,24 105:15 105:17,24 116:11,12,13,24 117:2,4,6,9,16,18,20,24 118:6 118:21,24,25 119:2,3 124:1 143:25 158:19 168:23,24 169:2 174:6,9,11 177:14 201:22 207:10,12 212:8,11 219:13,15 239:8 241:4 242:6

**named** 33:25 95:16,24 102:3 118:11 184:25 216:7 238:10

**names** 7:17 183:9,11,16 238:10 238:12

**NAPLES** 128:6,18,21 129:21 132:6,9,13 178:15 183:25 184:8,19 185:4,13 186:11 190:15,24 204:12

**National** 120:13,14

**nationalities** 214:18

**nationality** 36:11,16 38:13 39:18 45:16 46:25 174:21,23 176:6,8 183:18

**nations** 25:19 33:16

**nature** 72:24

**near** 96:6,10 145:17,18 148:16 233:13

**necessary** 25:25 71:19,23 73:19 73:21 74:2

**need** 6:12,14 11:15,17,20,24 24:16 24:19 70:20,23,24,25 135:16 160:2,3,5 221:1

**needed** 36:14 38:14 143:3 241:20

**needs** 236:1

**neglected** 134:24

**neutralize** 237:13 240:21

**never** 26:13 48:9 70:21 87:4,6 140:13 143:7,12,16 238:10,11

**new** 35:1 36:14 81:5 83:2 166:5 166:7 168:1,4,13 186:1,7 195:22,23 212:11

**night** 151:21

**nightclub** 61:15

**nightclubs** 142:9

**nights** 13:13,13 16:13

**nine** 91:7

**Nodded** 189:11

**nonmilitary** 62:5

**Normah** 130:17 156:23,24 157:2 157:6,12,22 158:1,4,4,12,13 158:15,22 159:4,7,9,16,22 160:8,12,25 161:7,17,22

**normally** 32:4

**North** 2:8 243:6

**nose** 14:1,9 194:3

**noted** 102:7

**notes** 27:16

**notice** 17:18,23 66:25 134:24 136:3,17 137:15,18 238:19 240:14 241:1,3

**noticed** 17:9 40:4 63:24 65:18 66:23 239:2

**notified** 25:14

**notify** 6:13

**NPFL** 118:13,15 120:10,14,20 122:10,12,15 123:2 126:5,7 127:5,7,11,13 129:23 130:1,7 130:18 131:10,19,20,22,23,24 133:10,11 158:18 162:6 163:2 165:21 168:20,21,25 169:7 173:22 175:5,6 214:15 215:4

**NPFL's** 131:12,15

**number** 35:1,1,2,4 38:5 109:14 207:19 214:10

**numbered** 72:1

**numbness** 8:16 12:20,21 14:17 15:10 16:14

**numerous** 239:25

**nurse** 107:13

**N.E** 1:19

**N.W** 1:23

**O**

**O** 105:22

**object** 29:9 58:25 59:23 71:15 73:2,12 79:15 237:12

**objected** 240:17

**objection** 36:24 37:11 38:19 50:2 55:22 56:7 59:3 61:21 68:1,5,16 70:4,5,17,20 71:11 72:17 78:16 80:18 82:15 84:11 87:18 97:7 102:7 103:17 110:1 111:1 113:7 126:18 155:25 157:8 158:6 159:11,18 160:9,9 165:1 168:5 169:9 173:4 181:20 216:22 217:14 235:22 236:17 239:12

**objections** 71:16 137:24 239:14

**observation** 68:17

**observations** 10:21 11:15 18:12 18:21 27:8

**observe** 14:14 16:23,25 191:16 192:15 211:6,8 214:18 220:1 223:7

**observed** 7:14 9:18 10:16 11:12 11:12,18 13:19 14:5 18:3 20:23 68:4 136:6 209:25 210:5 220:5

**observing** 222:5

**obstacle** 188:22,23,25 189:2,4 230:15

**obstacles** 204:1

**obtain** 93:1,8 94:10

**obtaining** 9:15 93:3,14

**obviously** 108:15

**occasions** 136:11,13

**occur** 6:13

**occurred** 136:16 203:16

**occurrence** 96:7,10

**October** 1:7 32:11,12,16,16,23 32:24 34:12,14,18 38:2 47:13 72:25

**Octopus** 124:14,15,17,18,22

**offense** 39:14

**offer** 71:14 73:24

**offers** 44:11 46:19

**office** 1:18 2:3 32:7 34:24,25 35:4 57:1

**officer** 33:20 222:19

**official** 2:8 57:1 243:6

**Oh** 89:14 148:6

**Okay** 6:15 64:23 81:16 95:20 99:2 104:11 105:8 106:20 107:7,9 108:5 109:18 110:12 111:16 112:18 114:10 139:6 142:5 144:7,12,16,20 149:3,21 151:5

**old** 122:6 190:1,2

**once** 18:23 23:5,9,11,12,15,17 51:5 57:12 75:13 81:22 92:5 152:16 165:22 186:13 207:7 218:20 231:24 235:2

**ones** 9:22 71:1

**ongoing** 110:7

**open** 5:3,5,7,9 11:6 31:1 41:1 52:1 61:8 116:1 147:22 229:13 231:1,4,8

**opening** 231:22

**openly** 231:5

**opens** 194:1

**operated** 18:24

**operating** 239:15

**operation** 124:18,20

**operations** 232:15

opponents 237:14,24 240:22
opportunity 71:4 87:5,7 95:9
    137:4,13
order 36:14,15 40:18 49:22,23
    94:4,12 233:2
ordered 6:17 235:19
ordering 232:23,25
ordinarily 194:7
orientation 128:20
origin 8:23
original 96:21
originally 91:4
Oscar 183:12,14 185:18,19
ourself 125:7 126:3
outdoors 186:18
outpost 32:6
outside 6:4 19:18 58:10,11 63:5
    63:7 91:22 116:21 135:23
    136:1 140:5 222:5 227:4,5
    228:8 233:12 240:25
overruled 37:2,12 40:23 50:3
    59:1,25 68:6,19 113:9 126:19
    137:24 156:1 157:14 158:8
    159:12,19 160:10 165:3 173:5
    181:21 217:16,18
overt 239:17 240:24

P

page 3:2 4:2,2,21 5:1 72:2 95:5
    95:19,21,22 99:1,4,6,7,11,15
    99:24 104:9,12,13 105:7,9,13
    106:18,21,21,24 107:6,10,24
    110:7 111:11,14,23 112:7,16
    114:9,12
pages 95:6,9,12,15 96:20 100:24
    101:17,18,22,24 103:6,22,25
    104:4 108:4
paid 139:4 167:1
pain 15:24 17:4 72:20 106:4,9
    107:13
painful 15:14,18 16:13 17:25
paint 177:11
painted 77:11
painting 177:10
palm 228:14
pants 88:23
papers 147:6,13
paragraph 113:17
paralyzed 72:10 100:7
parameters 239:7
park 150:12,12
parked 145:17,18 150:16
part 6:12 14:4 53:22 75:23 80:13
    81:12 92:16 94:9 106:5 109:19
    122:3 126:5,7 127:17 128:11
    128:13,23 131:22,23,24
    132:16 136:6,8,14,22 158:18
    159:8,9 161:1 162:22 194:2
    198:6,23,24 199:2,5,5,6,8
    200:2 207:16,18 209:6 211:21
    215:8
particular 12:17 32:15 71:22
    111:23 168:23,24 178:3
    180:22 201:19 233:15
particularly 18:11 106:6
parties 134:23
parts 11:3 155:14
pass 15:19 94:7,12,13 188:17
    189:9
passport 36:13,14 38:14 40:2,8
    40:12,17 49:23
patch 171:13 213:15,18,21,23
    214:1
patient 106:10 107:2 113:11
    114:16,18 163:11
patients 24:24
Patriotic 120:13,15

patrols 189:5,7
pay 141:14,15,17
peace 33:10,11,12
peaceful 119:11
pee 15:14,15,17
pen 11:23,25
pending 136:25
Pennsylvania 1:23
Pentagon 33:21
people 37:7 62:6 65:1,3 69:16
    83:7,8,9 85:24 86:1,4,8 87:6
    88:2,4 118:11 121:13 124:23
    124:24 125:1,3 137:13 146:1
    146:13 147:3,5 150:2,4,5,18
    173:12,13 176:11 184:2
    192:16 218:14,18 220:1,5,6,6
    220:7,9 223:13 224:22 229:15
    231:23,24 240:13 241:20
perceived 237:2,14,24 240:22
perform 32:15
performed 11:21
period 9:5,8,9 12:23 13:9,9 16:6
    32:11 38:2 61:10 241:4
permission 69:6 76:11 82:22
    135:14 226:14
permitted 225:19
person 20:12 33:25 34:9,14,14
    39:7 48:3 49:8 53:24 54:9,10
    54:11 55:14 60:7,8 67:20
    69:17 84:1,17,20,23 85:1,7,8
    86:19 88:6,8,9,14 96:11
    108:15 154:21 184:7 213:7
    224:24
personal 11:13 34:23 68:2,17
    131:3 165:2 168:6 169:9
    217:15 232:3
personally 48:9 131:3 160:20,22
    175:11
persons 219:11 238:10 241:2
persuaded 74:4
pertinent 71:17
Phelps 183:13,14
phone 34:21,22,22,24,24,25
    35:1 36:3,19 38:3,4,4,10,11,16
    42:1,6 49:21 143:3,7,8
phones 143:6
photograph 20:8,10,15,18 69:14
    69:16,18,20,23 70:18 74:23
    76:19,22,25 77:5,21,24 78:10
    78:25 79:1,3,5,12 80:2,5,10
    81:5,8,10,15,17,23 82:10 83:2
    83:6,7,9,11,16,18,22 84:3,14
    85:21,24 86:2,4,8,11,21 87:1
    87:10,13,21 88:2,14,18 183:21
    184:2 190:12,23 205:24
photographs 204:11,16,18,21
phrase 106:13
physical 8:7 13:14
physically 32:5,18 125:6
physician 72:6,12 99:20,22
    104:21 105:15,18
pick 29:19 196:22
picked 211:24 212:2,4
picking 147:6,13
pickup 191:13,14,15,23
picture 22:20 75:17 89:2 152:4,5
    152:23 153:7 177:22 178:1,14
    185:21 190:18
pictures 22:19 25:7,9,11
piece 198:12,14 199:2,4
pieces 199:10
Pistol 89:20,20
pistols 67:2
pit 9:13 16:12
place 17:6 24:7 33:13 53:4,4,5,6
    56:25 57:17 63:5 65:20 75:2
    75:12 84:17 119:11,12,14,19
    146:2 164:12 201:13 208:20

208:22 230:8
placed 76:12 88:1
places 56:15 62:22
plaintiff 1:5 71:22
plan 241:1
plastic 9:13,14 15:3 16:18 72:11
    100:8 105:5 196:14,14,25
    198:12 200:4,9
plastics 13:4
play 17:3
played 106:8
please 6:7,24 7:1 11:11 28:21
    31:6,24 32:12 43:12 44:18
    46:9 47:4 52:9,16 60:11 70:8
    74:9,11 75:4 90:17 91:2,25
    93:11 100:2 105:1,17 106:2
    107:1,12 114:15,22 116:9,11
    116:13 128:16 129:10 132:5,8
    134:17,19 138:9 151:25
    156:24 164:5 167:6 170:14
    174:17 176:2 184:7 185:2
    186:10 189:3 192:21 194:23
    196:21 198:10 200:6,22 201:2
    201:4,13 204:11,20 205:5
    207:2 210:4 213:2,20 220:8,11
    229:11 236:3
plus 154:25
pneumonia 153:21
pockets 171:8,10,12
point 9:11 40:15 47:18 134:14
    136:24 158:19 167:6,8 200:20
    201:18 226:18 235:24 236:23
pointed 193:13,13,14
pointing 184:10,21
police 211:15,19 241:8
porch 81:20
port 123:25 124:1,1,6
portion 98:4 100:3 106:2 114:14
    114:16
portions 71:15 99:11 104:1,13
    104:15 108:4
position 8:15 123:6 135:22
possible 6:11 216:5
possibly 240:14
power 135:24 136:1
practice 96:18
prayer 56:19
pre 35:2
preceded 45:21
precisely 110:21 240:12
preference 90:14
prejudice 237:18
prejudicial 29:10 39:5 241:1
prepared 28:5,6,8,12 240:15
preparing 27:12 108:9
presence 30:13
present 21:18,21,24 31:17 79:15
    223:23,25 224:3,5,8,13 225:22
presented 239:6,20 240:16,19
presenting 237:20
preserve 43:20 237:8
preserving 238:7
presidency 237:9 238:7
president 33:1,7,7 48:11 54:15
    56:25 118:19 122:23,24
    126:13,15 129:25 133:21,23
    140:15 156:20 159:25 234:11
    235:2
presidents 234:13
President's 60:2,5,6 149:18
pressure 11:7,8
presume 109:24
presumes 110:1
pretense 49:20,23
pretty 150:6
previous 33:16,19 35:4 110:13
previously 27:24 38:5 41:12
    133:8 168:17 212:15 239:20

primarily 142:7
Prince 120:4,5,7,19,25 121:9,12
    123:18,19 124:4 216:7,9,11,13
    216:25 217:21 218:1,3,6,8
    219:8 224:17,24
printed 43:21,22 44:1 46:5
printout 43:24
prior 35:18 38:17 137:19,20
prison 125:7,8,9,12 206:9,10,24
    209:16,19
prisoners 203:7 206:11,12,13,13
    206:15,20,22 208:23 209:7,12
    211:17
private 123:7
problem 15:18 155:17,18 237:17
    238:9
problems 153:18 219:3,6
proceed 156:15
proceedings 1:13 5:3,5,7,9 29:1
    31:1 39:1 41:1 51:1 52:1 115:1
    116:1 243:3
process 26:2,5 39:24 94:9
    219:23 222:21 223:7
produce 240:5
produced 239:8
production 239:8
professional 24:19
prohibited 37:7
pronounce 105:17
proof 237:1 239:19 240:6,8
propelled 189:15,16
properly 240:6
prosecution 6:17 39:2 237:5,16
protect 123:16,20 237:1,9
protecting 236:21
protection 110:22
prove 240:2
proved 239:16
provide 18:25 215:11
provided 36:9 72:6 94:16 137:18
    137:21 239:10,10
providing 71:18
public 2:3 229:13
publish 20:2 29:15,16 74:16
    78:20 80:21 82:18 84:13 87:21
    pulled 121:20 122:2,3 125:7
    punish 237:13 240:21
    punished 136:11 220:1,5,9
    223:13,16,19,25 224:6,9,15
    238:14
    punishment 218:22,25 219:24
    224:20,25 225:2
    punishments 136:12,18
    purchased 124:7
    pure 149:12
    purpose 8:3 36:3 71:23 72:14
    110:25 119:24 190:5,6 234:9
    236:20
    purposes 43:8 69:7 77:18 79:23
    81:1
    pursue 93:4,15,20
    put 16:12 29:22 42:17 79:7 84:25
    121:5 129:10,13 132:19
    146:10 151:24 152:19 177:23
    183:23 184:6,17 185:2,11
    196:13 217:3 218:10,11 225:3
    226:25 227:2,7
    putting 108:2
    p.m 134:21 137:25 138:8,14
    154:15 156:9,14 200:24 201:1
    201:3 236:13,16

Q

qualify 71:20 94:13
question 8:1,23 12:9 16:1 41:12
    96:9 130:9 157:10,16 158:10
    165:6,8 169:10,14 172:10

181:23 182:19 209:22 236:5
237:22,22
**questioned** 15:15
**questioning** 8:3,5 22:14 59:24
**questions** 26:19 28:17 36:18
49:11 50:16 108:7 114:2,20
156:7
**quick** 135:10
**quite** 150:7
**quote** 45:17 47:2

**R**

**R** 243:1
**radio** 161:11
**Railroad** 4:21 71:21
**rained** 208:14
**ran** 133:21,23
**range** 11:10,11 61:6,7 197:23,24
198:2,5,6 199:19 200:3
**rank** 31:8 32:20 123:6
**Rashes** 219:7
**reached** 48:3,16
**react** 58:24
**read** 45:11 47:4 72:23 100:2
105:1 106:2 107:1,12 108:3
114:15
**reading** 236:4
**really** 78:2 83:12,13 115:5
155:22
**REALTIME** 1:25 2:25
**reaped** 242:2
**rearrested** 228:21,22
**reason** 24:22 49:17 64:9 76:7
110:16 111:11 137:4 155:10
232:3
**reasonably** 71:17
**reasons** 70:19
**rebel** 127:10
**recall** 7:17,21 8:9 9:18 10:5,16
10:21 12:25 13:19,22 14:4
16:3 17:9 18:5,14 28:11 50:4
75:21 137:23 165:6 168:13
189:20 204:4 206:6 211:12
212:16 219:9 224:18 225:8
**recaptured** 131:17,20 133:10
**receive** 42:22 45:25 186:21
187:5,9,12,14,25 188:21 189:5
189:7,10 194:12,15,17 202:20
202:22 203:9,13
**received** 3:25 21:18,21,24 42:24
43:17,19 44:14 45:24 46:22
74:15 77:16 78:18 80:20 82:17
87:20 93:5 97:6 98:21 102:9
103:19 187:24 188:3,4,5
**receiving** 107:13 188:7
**recess** 70:7 71:10 74:20 90:19
134:17 137:25 200:21 201:1
**recessed** 7:9
**recites** 239:25
**recognize** 20:10,11,12,15 27:18
27:21 43:14,16 46:12 69:16,17
69:17,18,24 74:23 75:3 76:23
77:24,25 78:2,4,5 80:5 81:8,18
83:5,15,18,19,19 84:1,18,23
85:1 86:1,4,8,18,20 87:10
95:12 128:8 177:24 184:2,4
185:6,15,22 196:25 198:14
200:11,13 204:16,24 205:1,6
**recognized** 19:18 28:10 67:15
74:21
**recollection** 10:11 172:6
**recommend** 158:16
**record** 22:14 26:24 27:3 60:15
60:17 109:14 110:24 111:6
159:2 167:14,20,22 195:12,15
208:7,9 221:5,8
**records** 24:5,8,10,13,22 51:4

71:2,7,12 72:1 95:16 96:3,6,9
96:14,17,21,25 98:7,24 99:12
99:24 101:4,25 102:3 103:9
104:8 107:8,24 108:9,11 109:7
113:14 114:6
**recruit** 121:13 210:7 216:7
218:20,24 219:4
**recruited** 121:15,17,19 174:5
**recruitment** 121:10
**recruits** 174:1,4 176:16,25
182:16 184:16 191:1 203:19
204:6 205:12,15,22 206:17,18
207:14 209:13,14 211:20,21
212:1 214:3,6,10,14,19 215:4
215:11 216:10 225:16,19
226:5,9 227:12 228:24 231:15
232:15,16
**recruit's** 219:1
**red** 75:7 79:11,13 84:21 85:4
88:1,4,9,15 89:8 129:16
213:21,22,23
**redacted** 29:11
**Redirect** 3:6,10,14,18 26:20,21
49:12,13 114:3 154:13,14
**redrag** 229:4,6
**redragged** 229:7
**refer** 24:16,19 56:20,24
**reference** 15:7 36:11,12 41:7
137:9
**referenced** 96:25
**references** 75:20,21
**referred** 199:13
**referring** 56:21,24 75:14 79:2
89:7 118:16
**reflect** 87:2 104:4 167:14,20
195:12 208:7 221:5
**reflects** 60:17 167:22 195:15
208:9 221:8
**refugee** 20:17 72:4 110:16,19
111:12 112:8,11 113:3,15
**refugees** 25:20 27:4
**regard** 36:1 39:12 40:12,13
41:18 45:12 50:5 121:10
123:14 127:23,25 158:13,22
159:4 162:12 176:17,20 177:7
177:9 185:21 187:5,12,14,24
187:25 189:5,7,10 211:16
230:21 231:17,19 239:14
240:7
**regarding** 187:9 236:4
**regards** 34:6
**regular** 8:4 96:18
**regularly** 96:15
**relate** 71:24 210:7
**related** 38:11 107:3 118:21
136:24
**relating** 111:8
**Relations** 93:2,3
**relationship** 56:5 120:14 129:4
131:3 169:4 210:1,5
**relatives** 139:8
**relevance** 29:6 36:24 37:11 39:7
39:12 59:24 68:1 235:22
236:17
**relevancy** 58:25
**relevant** 29:14 39:19 40:15,19
136:14 236:19,25
**relocating** 26:3,6
**remained** 18:7
**remedy** 137:18,21
**remember** 8:10 13:10 17:2 26:15
26:18,25 27:2,4,6,23 28:2,7
55:4,6,8,12,14 60:19 63:12,21
67:1,23,25 68:25 69:3 86:16
89:1,15,18 126:10,22 134:17
142:18 145:8 153:24 155:22
156:21 158:10 169:14 171:7
171:10 172:4,20 183:7,9,11

236:3
**remembered** 183:16
**remind** 156:23 235:24
**renovation** 163:12
**repeat** 172:10 186:4 191:24
**rephrase** 61:23 164:10 182:21
**reply** 41:12,16,17 47:8 72:24
**report** 22:15,17 26:24 27:3,17,19
27:21 28:2,5,10,12
**REPORTED** 2:6
**reporter** 2:8 164:5 187:3 243:6
**Reporter's** 3:22
**reporting** 46:7
**represent** 31:25 238:20 239:3
241:5,6
**representation** 40:7
**request** 35:20 42:17 238:24
**requirement** 71:16
**res** 136:8,14
**resist** 11:7,8
**respect** 11:16 12:12 13:1 14:13
15:23 16:16,23,25 17:23 18:9
24:11,14 83:21 84:1 135:18
136:24 241:21
**response** 35:20 37:9 38:16
42:16 72:24 122:14 127:14
137:10,11 164:9 172:9 182:18
189:1 193:16 209:21
**responsibilities** 123:10,11,14
**responsible** 159:25 211:17
**rest** 203:22
**restless** 51:12
**result** 131:15 161:16
**resulted** 105:5
**resume** 5:3,5,7,9 134:20 135:17
156:10 235:25
**RESUMED** 7:3 156:12
**resuscitate** 200:21
**return** 6:11,14,17 92:9 134:19
192:8
**returning** 12:6 41:3,11 92:11
**returns** 6:23 74:10 138:8 201:3
**retype** 43:22
**retyped** 43:24
**review** 27:17 94:17 95:9 98:10
103:4,11
**reviewed** 22:10,13 26:24 27:3
28:3 112:24
**revised** 167:25 168:3,13
**revision** 163:15,24 164:8
**rifle** 193:3,4
**right** 10:11 18:16 29:24 45:7,9
45:13 48:8,11 49:6 60:10
62:10 74:3,4 75:6 78:8 79:4,5
79:9,10 80:13,14 81:14 85:3
86:5,6,7 87:8,14 99:19 104:19
106:5 108:9,16 109:2,6,25
110:8,10,17,18,20 111:6,9
112:12,13,22,23 113:1,3,4,6
115:11 122:24 126:15,21
129:2 130:24 133:1 134:25
139:10 140:3,13,15,21 141:7
141:10 142:3 143:10,23,25
144:5,8,12,19 146:5 147:12,17
149:19,23 150:7,8 151:22
152:8 153:13 170:2,14 185:12
188:6 196:20 198:4 200:5,25
209:24 216:24 235:10
**right-hand** 119:20 150:13
**rise** 220:15
**risk** 118:24
**risky** 118:7
**road** 57:20,21 76:1,2 119:21
125:17 143:23 144:12,17
150:18 178:6 227:20,22 228:1
228:2,4 231:22,25
**Roberts** 235:4
**Rochlin** 1:17 3:6,12,14,16,18 7:1

7:2,6 20:1,6 21:9 26:23 28:16
50:20 51:2 52:2,8 55:23 56:8
59:5 60:15,18 61:23,24 68:3,7
68:17 69:5,12 70:2 74:12,16
74:19 75:16,19 76:10,18 77:13
77:17,20 78:14,19,23 79:18,19
79:22 80:1,16,21,25 81:4
82:13,18,21 83:1 84:6,13
85:10,13,20 87:15,21,25 88:11
88:13,17,20 89:4 90:10,21
91:1 94:19,21 95:2 97:2,10,13
97:19 98:17,22 100:11,14,20
102:5,10,13,19 103:15,20
107:16,19 110:1 111:1 113:7
114:5,20 138:2,7 154:16 156:6
**rock** 82:3,4,6,8
**rocket** 189:15,16
**rocks** 82:2 224:18,22 225:6
**rod** 195:1,3,4,6,7,7,8,10,18
**role** 33:22 34:6 126:24 176:16
211:16
**roll-call** 225:22,24
**roof** 206:2
**room** 81:14 150:14
**rounds** 199:11,12
**Rover** 61:6,7
**ROY** 1:8
**RPG-7** 189:13,14
**rubbed** 218:21,24
**RUF** 215:1,2
**Rufus** 239:21
**rule** 73:14 74:7 113:7
**rules** 229:5,6
**rule's** 71:16
**run** 221:15,16 223:3,4,11
**running** 42:13 50:7 156:19 189:2
189:4 221:19,25 222:3,11,14
222:21
**Russia** 91:5,6,8
**Ryan** 3:7 28:22 31:2,7

**S**

**safe** 109:22 110:5,24
**safety** 119:25 120:1
**salary** 141:24 142:1 153:17
**salute** 147:22
**saluted** 147:23
**Samuel** 126:11,17,21
**Samukai** 18:23,24 19:5,11,16
20:17 23:5,12,16,18,20,23
**Saturday** 203:21,25
**Saturdays** 203:19,24
**save** 24:22
**saw** 10:4 18:23 19:2,4,11 22:2,4
22:6,8,23 23:4,4 24:24 25:3
55:20 58:23 59:8,10 63:24
65:4,6 66:3,4 67:2,2,2,17,20
67:22 68:8,13,22 69:1 75:12
75:13 82:6 83:23 84:2,4 85:1
89:13 130:3 131:9 145:25
146:2,4,8,13,20,20 147:3,7,9
147:15 150:4,5 152:10 153:12
197:12 210:1 212:15 213:7
218:8 219:8 220:8,8 223:11,25
224:5,8,13,17,24 225:7,11,13
226:3 228:1,2
**saying** 26:18 45:11 70:23 73:7
109:2,4 111:24 113:5,11
168:14
**says** 44:10 45:9,11 47:2 73:5,16
100:2 105:1 106:4 109:21
110:5,6,7,13,16 117:8,17,19
113:3,17 233:2 237:8,12
**scalp** 10:18,19,20
**scar** 10:18 14:6,6
**scars** 9:21,24 10:4 13:21,22
16:24 18:10

**school** 52:20,22,23,24 91:14,16
91:17,20,22 92:6 93:18 119:5
119:6 153:19,20
**scope** 135:23
**screen** 20:7 69:13 74:21 75:2,3
75:17 76:12,19 77:21 78:25
79:7,12 80:2 81:5 82:23 83:2
84:17 85:14,21 108:3 128:4,24
129:13 132:5,15,20 177:23
183:24 204:14,24
**screw** 195:1,4
**Seaboard** 4:21 71:21
**season** 151:12
**seat** 116:9 145:5,6 221:24
222:18
**seated** 6:24 31:6 74:11 116:9
138:6,9 167:18 201:4
**second** 53:4 72:19 73:5 149:4,6
149:16,22 151:6,9 159:1 238:1
238:9 241:14
**section** 57:24
**security** 8:14 58:6 67:22 215:23
216:1,3 222:19
**see** 10:12 12:2 14:8 20:7,22
22:25 23:2,7,8,14,16 29:11
60:8 67:9,10,14 69:3,13 76:19
76:25 77:21 78:7 80:2 81:5
82:3,4 83:6,8,10,11,12,12,13
83:13 84:20 85:4,21,24 86:5
86:23 87:5,9 88:1,22,25 89:11
99:15,20,25 104:13,19,23,24
105:13,15,25 107:10 109:19
109:22 112:8 123:2 128:23
129:1,16,24 130:22 132:12,16
135:24 138:11 142:9 146:6,10
146:12,23 148:8,10 149:25
150:2,6,7,9,17,17,17 152:3,4
152:23 153:4 154:17 157:2,4
162:3,5 167:3,9 169:10 170:4
170:7,9,20,22 171:16 181:2,4
181:9,12 184:10,21 191:6,16
192:10 196:8 197:7,9,21,25
198:2,6,10 199:13,16,18,20,24
200:6 204:14 213:5 215:22,25
218:3,6,25 219:3,11 223:9,15
223:18 224:5,8,22 226:1,18,20
227:23,25 228:4,10,16 229:9
229:21 230:2,7,10,12,14 231:5
231:6,7,23,24 236:14 242:10
**seeing** 19:16 75:11 148:19,22
204:25
**seek** 82:22 102:6 154:2,5
**seen** 97:22 102:22 160:16,18
197:5
**Segei** 3:15
**selected** 212:1
**sell** 134:9
**selling** 133:4,5 134:4,5 156:20
**send** 42:18 142:25 143:4
**sending** 215:7
**sensation** 11:2,3,4,5 12:2 15:15
17:21
**sense** 17:3
**sent** 46:15 72:12 239:9
**sentence** 47:4 114:15
**separate** 40:4 238:18
**separately** 194:5,8,9
**September** 137:20
**Sergei** 90:21,23 91:3
**serve** 33:22
**served** 31:16 32:13 33:20,23
143:16
**service** 92:14
**serving** 71:20
**set** 36:9 96:7,10 226:13,17 239:7
239:17,18 240:3 241:21
**seven** 72:20 107:13 111:19
**severe** 106:11 112:19 113:6,12

**shaped** 106:5
**sharp** 10:11 193:15,17
**shells** 197:4,5,7,9,12,15,16,18
197:22 198:6
**shirt** 88:23
**shoot** 198:7
**shooting** 197:23,24 198:2,5,6
199:19 200:3
**shop** 134:11,12
**short** 71:10 88:24 89:20 201:1
**shorter** 51:8
**shorthand** 32:2
**short-circuit** 72:22
**shoulder** 15:21,23,24 17:11,12
17:14,15 213:24,25 214:1
219:22,23 221:14,25 222:3
223:20,21
**shoulders** 222:4
**show** 29:7 69:6 76:23 77:5 78:10
79:23 80:11 82:10,23 83:22
84:3 85:14 86:11,21 89:2
102:14 128:10 136:21 190:14
208:2
**showing** 86:23 97:14 100:15
**shown** 94:22 97:14 102:14
204:20
**shows** 39:6 77:24 80:6 81:23
**Siafa** 130:17 156:23,24 157:2,6
158:1,4,4,12,12,15,22 159:4,7
159:9,16,22 160:8,12,25 161:7
161:17,21
**sick** 55:8,10 153:25
**side** 77:1 80:11,14 81:13,13,14
119:20 148:3 150:13 194:11
240:11 241:13
**sidebar** 4:25 5:2,4,6,8 29:1 39:1
50:22 51:1 115:1
**sides** 144:17
**Sieh** 3:19 116:2,3,6,12,15,17,21
116:24,25 117:7 118:21 119:2
119:5 120:7 121:3 122:25
123:5 126:9 128:3,23 129:23
130:11 132:15 133:13 135:14
135:19 156:11,12,18 157:16
160:2,14 165:24 167:2,24
168:9 169:22 172:10 176:10
177:22 178:1 181:23 183:21
184:2,11,21 185:6,15,21
186:13 187:20 188:7 191:1
192:18 196:13,21 198:8 200:4
200:17 201:6 204:4,14,20
205:12 206:5 208:1 209:25
213:24 216:24 218:12 219:13
220:24 221:10,24 222:18
225:10 229:13 232:2
**Sierra** 72:7 112:3,8 214:20,21,22
215:3
**Sigh** 167:18
**signed** 95:24 101:6
**similar** 42:10
**simply** 34:5 72:3 136:2 237:8
**sincerely** 70:20
**sir** 21:17,18 25:8,10 26:4,7,13
31:6,8 48:25 49:2 52:9 91:2
116:11 138:17 156:8 167:11
**sitting** 51:12 60:13 64:7 167:16
238:15
**six** 208:8
**size** 80:10 207:25 208:1,2
**skills** 36:9
**skin** 9:21 10:3 13:17,20,21 16:23
16:24 105:6 219:1
**SL** 4:14,15,16,17,18 20:3 94:24
94:25 95:5,13,21 97:3,6,16,17
98:3,4,11,13,15,18 24:1 100:7
100:18,23 101:10,15 102:2,6,9
102:15,17 103:6,8,12,13,16,19

103:21,22 104:5,8
**sleeve** 88:24
**sliding** 75:2
**slippers** 134:8
**Slowed** 133:9
**slower** 133:7
**slowly** 31:21
**Small** 176:5
**smaller** 214:12
**smoking** 226:15
**soap** 179:4
**soccer** 106:8
**social** 72:2,2,13
**soldier** 123:7,8 126:25 127:1
129:24 135:21,21,25 194:10
194:11 221:24 222:11,13,21
222:22 223:3,4,5,16 225:9
224:3 225:19 227:8,9 228:4
229:17 236:23 237:21,23
238:6,10,13
**solicited** 46:2
**Solo** 7:22 8:10 18:13 20:14
102:3 103:9 104:8 107:8 114:7
**somebody** 39:8 54:17 67:17
73:6,25 109:2,21,24 113:5
127:5 203:2 223:11 224:6,9,15
224:17 236:8
**someplace** 43:22
**son** 48:11 57:15,15 60:2,5,6
139:13,15 140:15 149:18
158:3
**sooner** 151:8
**sore** 223:20,21
**sores** 9:21 13:21 16:24
**sorry** 55:20 139:21 140:8 144:24
146:17 147:10 170:12 174:2
187:18,23 206:14,16 208:1
217:7
**sort** 72:4 110:22 111:6 145:10
146:11 159:1 187:5 188:25
189:2,12 241:24
**sought** 71:25
**sounded** 160:2
**SOUTHERN** 1:1
**speak** 31:20 35:20 68:9 70:21
91:22 131:6 135:12 163:8
220:25 221:1
**speaker** 5:13
**speaking** 68:20 161:8
**speaks** 72:7 110:2 111:2
**special** 36:9 164:22,24
**specific** 13:10 53:24 103:22
**specifically** 17:2 40:12 98:25
128:12
**Speculation** 50:2 155:25
**spell** 52:9 91:2 116:13
**spelled** 33:4,6 91:3 105:20
**spend** 13:13 16:12
**spent** 197:15
**spine** 106:5
**spoken** 91:17
**spying** 216:5
**stab** 26:13,15,16
**stable** 119:11
**stand** 18:11 99:3 120:12 134:9
135:2 167:10,11 196:14 198:7
208:2,3,5 212:13 221:17,20
231:23
**standing** 69:25 74:24 86:6,23
152:6 222:5
**star** 132:12
**start** 67:11 115:5,9 121:9,12
135:5 138:4 208:21 216:11
233:8
**started** 58:17 60:21 91:21 119:2

137:20 173:7,7 191:3 211:22
**starting** 138:3
**starts** 8:4 15:17 114:16 237:19
**state** 41:15
**stated** 25:13 97:8 236:20
**statement** 29:25 40:18,22
**statements** 29:22,23 40:8,11
71:17,17 73:1,12,13 74:5
**states** 1:1,4,14 2:8 4:22 21:6,7
21:11 28:17,22 31:10,13,15,18
32:13 36:14 39:13,13,18,21
40:19 48:24 49:17,20,22,24
50:1,9,14 52:2 57:12 59:18
70:3 73:3 74:13,16 77:14
78:15 80:17 82:14 84:7,13
87:16 90:6,8,12 92:5,7,12,14
92:15 93:16 97:3 98:18 102:6
103:15 107:19 116:2 138:18
138:20,22,25 139:15,18,23
154:1,4 237:5 243:6
**station** 161:11
**statute** 39:22
**stay** 59:6,9 64:8,10,25 67:7 87:6
106:11 112:20 113:6,12
114:19 154:7 155:4,6,7,9,10
223:5
**stayed** 65:25 77:12 148:5,6
**staying** 67:8
**Ste** 2:8
**steal** 226:16
**step** 220:20
**stick** 222:10
**sticks** 207:5,6,7 221:16 222:9,13
222:15
**stones** 218:9
**stood** 18:14
**stop** 57:11 59:9 148:12 221:22
**stopped** 89:21 90:2 117:20,23
118:5 146:4 148:11 155:5
**stopping** 236:2
**store** 24:7 56:16 134:9
**straight** 150:12 181:6
**Street** 1:19 2:3 62:15,18,19
**strength** 17:22
**Strictly** 143:18
**strike** 20:1 75:23 83:5 89:11
238:23 241:14 242:4
**stripe** 212:24,25
**striped** 213:3,5,7,11,13,16
**structure** 79:2
**student** 92:6,7
**studies** 92:21
**stuff** 29:10 78:1
**style** 186:6 190:11,17
**Subject** 44:22
**subjected** 107:4
**subjects** 202:22
**submit** 136:15
**submits** 240:6
**subpoena** 52:11
**subsequent** 38:9 41:13
**substance** 36:25 39:19
**sub-Saharian** 33:20
**suggest** 47:17 71:20 115:4
**suggested** 49:3 139:24
**suggestion** 157:6,12,23 158:22
159:4,7
**suit** 89:3 149:12
**Suite** 243:6
**Sulaiman** 7:22 102:3 103:9
104:8 107:8 108:16 114:7
**Sunday** 203:21,25
**Sundays** 203:20,24
**supplies** 153:19,20
**supply** 40:10
**supports** 236:25
**supposed** 106:8 148:15 237:4
238:5,16,20

**sure** 18:15 31:22 51:8 106:17 108:8,23 109:9,9
**surface** 227:19
**surprised** 140:19,20
**suspect** 135:19
**suspected** 37:21
**Sustained** 59:4 110:3 111:4
**swampy** 207:3,4 208:14
**Sweden** 6:11 71:2 91:9,10,12,14 91:16,20,23 92:3,4,9,11,13 96:22 108:13 109:22,25 110:5
**Swedish** 51:3 71:7 91:18,22 92:1 92:2 93:12,23,24 94:2,17 95:6 95:10,12,15 98:4,14 100:25 101:13,18,22,24 103:5 108:18
**SWORN** 31:2 52:5 90:23 116:3
**symptom** 71:24
**S-e-r-g-e-i** 91:3
**S-i-e-h** 116:14 119:2

---

**T**

**T** 243:1,1
**tabie** 8:21 12:19 15:9
**tabied** 15:9 16:11
**TABLE** 3:1
**tactics** 202:24
**take** 7:24 11:13 14:19 25:7,9,11 46:9 47:17 51:9,11,15 56:18 57:17 64:2 70:7,9 71:3 75:16 79:19 80:25 85:11 88:11,17 125:23 128:19 129:19 134:16 142:11,16 148:2,23,24,25 150:15 152:22 153:24 177:22 178:13 185:21 186:10 190:22 194:25 196:21 198:8 200:19 200:23 204:10,23 205:5 208:15 221:12,24 222:18
**taken** 7:18 20:15 69:20 72:5 109:4 166:22,25 194:4 217:10 217:12,13,21,23
**takes** 143:23
**talk** 40:1 44:10 57:3 67:12 71:5,6 107:2 139:20 157:4 181:2,5,9 181:13 192:18
**talked** 141:10 166:4
**talking** 54:14,15 57:21 65:1,2,5,7 66:5 67:12 70:16 73:10 79:4,6 79:8,9 107:25 112:19 146:9 163:16,18 167:2,3 181:10,10 227:2 237:6 240:23
**talks** 33:13
**tall** 174:18
**Tango** 45:3,4
**Target** 187:13
**targeting** 118:8,11
**taxi** 52:24,25 53:2,10,12,15,16 53:20
**Taylor** 1:8,9,10 33:25 34:1,16,17 35:10,23 38:3 41:6 42:5,8 43:1 43:3,4,17 44:7 45:5,7 46:15 48:4,8,10 54:7,8,10,11,12,13 54:14,16,18,19,20,21,22,23,24 54:25,25 55:1,2,5,7,10,11 57:18 58:2,3,14,19,23 59:8,14 59:20 60:2,7,20,21,24,25 61:5 61:11 69:19 86:5,12,19 87:1,2 87:5,8,10,14 88:10,21 117:10 117:11,13,15,21,24 118:6,8,12 118:13,15,16,18,19,21,22 120:21 125:11 126:3,4,13 129:24 130:3,22,24 131:4,6,8 133:17,18,25 135:24 136:1 155:8 156:20 157:25 158:3,4 160:13,14,16,18,20,22 163:3 164:23 165:24 166:3,4,7,12 167:2,3,13 170:22 171:16 180:6,9,12,14,18,24 181:1,4

181:12 182:7,8 191:7,8,22 192:9,10,15,18 196:6 202:6 210:1,6,6,9,12,21,22 211:7,9 212:22,23 213:9,10 224:5,8,13 226:13 233:2 234:11 235:2,20 236:21,23 237:2,9,25 238:8
**Taylor's** 55:11,12,15,19 57:19 58:7 86:21 125:13 171:1 191:17,20
**teacher** 93:17,19
**teens** 92:4
**telephone** 5:12 41:21 45:20,21 45:22
**tell** 9:1,4,7 11:15 12:22,25 13:5 15:5 16:6 18:9,16 20:13 26:5 31:6,23 32:11 50:11 52:9,16 54:1 56:10 60:4,11 61:11,25 63:4 64:5 69:23 72:15 81:22 89:11,15 91:2,4,25 93:11 103:4,12 116:7,11 131:1 135:5 150:2 162:7 167:8 176:4 183:5 183:19 192:21 201:13 204:20 213:2 216:24 221:21,22
**telling** 7:10 80:13 109:24
**tender** 21:11 47:16 90:12 107:20
**tenderness** 17:4,8
**term** 8:17,20 12:17 15:7 32:2
**terms** 17:22 37:6 181:4
**test** 11:1,21 94:5,7
**testified** 7:13 22:11 27:24
**testify** 6:12 52:14 95:10 102:23 116:22 236:22 242:3
**testifying** 135:13,19 136:17 160:6
**testimony** 6:14 7:10 71:3,23 90:18 135:20 136:14,25 137:5 138:11 238:9,23 239:6,11 241:15,18,22 242:4
**tests** 94:11,14
**text** 44:3,4 46:6,17 99:25 100:3 104:24 105:2,25 106:3,24 107:1,10,12
**Thank** 6:21 28:19 41:10,20 47:22 49:10 50:15,17 54:6 70:11 74:8 79:18 80:25 88:17 100:9 106:16 114:1,21 121:6 132:22 153:15 154:11 156:8 156:16 167:12,18 178:13 186:9 190:22 195:16 200:17 221:2,23 222:17 242:11,12
**thatches** 207:5,6,7
**thing** 77:25 78:6 79:4 108:23 122:16 151:16 206:5
**things** 78:25 96:5 186:21 188:9 188:12 201:11 239:2,2 241:7
**think** 25:13 43:5 61:1 66:18,18 71:8 108:2 144:21 153:24 235:23 237:21 239:14
**thinks** 39:7
**third** 66:22 67:3 151:9,11,16,17
**thoracic** 106:5
**thought** 41:9 42:14 49:22 139:12 146:2
**thousands** 197:22
**threats** 237:14 240:22 241:6
**three** 7:13,23 18:9,11 19:5 26:3 27:4,14 28:14 38:3,9 66:19,19 125:24 137:2,19 145:9,9 148:4 148:14 155:22,23,24 176:19 177:1 180:21 196:14 208:16 223:13 232:13
**throat** 14:2 160:3
**thrown** 9:12
**tied** 8:14,18 9:11 12:15,18 15:5,8 16:11 72:9 73:15 100:6 107:14 111:20
**tiger** 212:24,25 213:5,7,11,13,16
**tight** 8:15 216:3,4

**tile** 227:21
**time** 5:11 7:17 8:9,15 9:10,10 15:16 18:5,18 19:4,11 20:2,25 27:13,13 29:19 32:11,17,20,21 32:23 33:1 34:8 36:8 40:10 41:21 51:14 53:13,21,23 54:16 54:18 55:4,7 57:13 58:2,3,4 59:8,10,18 60:1 63:13,20 64:2 64:13,13,20,21 66:15,16 66:12 67:17 68:25 69:5 70:2,21,22 70:23 75:17 76:10,20 77:8,13 77:22 78:7,14 80:3,9,16,22 82:13 83:3 84:6 85:13,22 86:12,15,17 87:2,4,5,15 89:21 89:24 90:1 91:19,25 96:6,10 97:2 98:17,23 102:5 104:7 113:3,14 117:20,23 118:8,14 118:16 119:14 122:24 124:11 126:23 127:3,17 129:23 130:4 130:22 133:13 137:17 138:3 139:20 140:2,3 143:7 144:21 149:4,6,16,22 150:6 151:6,7,9 151:9,11,21,23 156:19,21 157:2,2,6,12 160:14,16,20,23 161:5,7 163:3 170:18,19,21,24 170:24,25 171:22,24 172:8,19 173:10 175:6 180:17,22 181:17 192:10,10 201:14 204:23 210:22 211:1 212:8,18 214:6 217:8 218:2,4,7,22 223:2,11 224:13 225:11,13,14 225:14 232:5,14 233:7 234:11 235:18 238:12,15
**times** 22:25 23:2,3,9,14,16 66:19 66:19 84:4 87:9 94:1 134:25 143:20 154:19,20 155:22,22 155:23,24 180:21 220:3,4
**tip** 11:23,24
**title** 31:8
**Tobago** 36:2 48:19
**today** 22:11,23 52:11 95:10 97:22 98:10 101:21 102:23 106:8 167:4 238:15,19
**toilets** 204:2
**told** 16:3 25:17 32:8 55:21 56:6 59:4,7 73:25 120:7 132:25 139:14 148:11 155:7,9,19,20 156:23 157:24,24,25 158:1,2 158:16 164:12 168:12 182:5 182:10 187:24 192:19 203:16 208:18 211:3 212:15 216:24 223:23 224:17 226:14 236:23
**tomorrow** 235:25
**tool** 194:24
**tools** 194:20,21,23
**top** 106:24 110:7 112:7 171:6
**topic** 41:5,7
**torture** 73:24 106:11 107:3 112:19 113:6,12 114:18 137:1 237:4,6,8,11,15,15,20,22 238:3,4,18 239:24 240:1,20 241:17,23
**tortured** 39:8 72:20 73:5,16,18 73:21 74:1,3 105:4 107:14 111:19,25 137:2 238:14
**torturing** 135:24
**total** 1:25 2:25 91:7
**tote** 221:13
**toting** 218:10 219:9,22,23
**touch** 11:21,22 12:2 17:21 79:7
**touched** 11:24 12:1,3,4
**touching** 213:24,25
**tour** 33:24
**towel** 179:4
**town** 18:23,24 20:17 23:5 122:10 129:1,4,8 143:25 144:2,8,10 144:12,17,18 174:5 175:7
**Toyota** 61:9,9

**tracking** 239:19
**train** 71:22
**trained** 166:13,15,16 169:6,20 173:1,3,6 188:9,12 189:12 201:11 202:23
**trainer** 175:16 182:11 185:20
**trainers** 179:22,24 180:1,6,9,15 181:18 182:12,13,15,16,22,25 183:18 184:25 202:9,9
**trainer's** 180:4
**training** 7:11,14,19 12:7 22:9 23:4,9 25:17 26:25 27:2,5,25 28:6 159:24 168:18,21,25 173:7,7 180:7,10 186:13,16,18 186:21 187:5,9,12,14,24,25 188:3,8,8,15,21 189:5,7,10,23 189:25 190:6,7,9,20 191:3 201:6,7,10,13,17,18,19 202:18 202:20,22 203:1,4,6,9,13,16 208:16 212:6,19 214:9 216:11 216:14 224:12 232:6,14 233:7 233:19 234:3,5 235:13,14
**TRANSCRIPT** 1:13
**transcription** 1:25 2:25 243:3
**translate** 93:22,24 94:1 98:14 108:19 112:5
**translates** 103:13
**translating** 94:10
**translation** 98:3,7,24 103:5,8 108:23 114:8
**translator** 93:20 94:4,13 109:11
**transmitted** 96:11
**transportation** 125:20
**transported** 7:14 9:10
**travel** 36:20,22 37:4,6,7,8,15 38:11,15,18 39:3,4,11,12 41:4 41:8,9,17 42:10 49:24 234:11
**traveled** 39:15
**travelled** 39:16
**treat** 23:20,22 25:25
**treated** 27:7 113:20
**treating** 27:4
**treatment** 8:8 18:25 27:8 56:1,2 56:4 71:18,19,23,24,25 72:3 73:19 74:2 153:25 239:13 241:24,25
**trees** 77:8,10 80:8,9,10
**trial** 1:13,22 116:22 137:19
**tried** 17:3,4 59:12,13
**Trinidad** 36:2 48:19
**trip** 66:9,9,18,22 67:3 145:11 151:16,17
**trips** 66:17 67:13 151:18
**trouser** 179:9
**trousers** 179:10
**truck** 61:9 173:11,12,16
**true** 109:13
**trunk** 9:22 13:24 145:4
**truth** 116:7
**try** 72:22 75:1,4 135:8 154:1,4
**trying** 29:6 122:15
**Turay** 6:3,7,9,10,15,18 7:22 14:20,25 15:5,7,10,13,20 16:3 16:8,21 17:10,23 18:2,7 19:15 19:18,22 21:21 22:4,25 23:2 24:14 25:7,14 26:16 51:4 95:16 98:8,25 99:12,24 108:16 109:1,16,21,24
**Turay's** 14:22 15:25 16:16,20,23 17:1,7,16,18
**turn** 32:10 105:7 112:17 126:3 156:18 167:24
**turned** 126:4 238:1
**Turning** 101:17
**turns** 106:7
**Tuscaloosa** 92:17
**twice** 18:23 23:4,6,12,17 113:1 180:16 210:25

256

**twisted** 81:15
**two** 29:14,15 38:3,9 43:7 60:13
70:19 74:24 88:1 105:23
112:11 137:19 148:14 151:18
154:25 155:1,22 167:16
176:10,19 177:1 180:21
185:22 190:17 194:20 195:13
195:13 204:11,21 223:13
237:20 238:10,11,13 240:17
241:2
**tying** 8:21
**type** 61:4,8,14 65:6 88:22 153:6
159:16,22 186:1,7 200:11,13
209:12
**types** 19:15 189:24 215:7
**typically** 32:5
**T-shirt** 179:9,10

**U**

**ulcer** 10:1,2 17:20
**ulcers** 9:21,23,25 10:12,24 13:21
13:22 14:15 16:24 20:23
**ULIMO** 127:8,9,17,20
**unarmed** 89:13
**underneath** 104:23 105:24
**understand** 29:3 44:25 45:4
73:23 130:9 150:19 158:2
160:6 163:16,18,20,22,23
169:24 182:19 209:22
**understanding** 29:5 40:1 48:6
117:14 166:6
**underwear** 222:24
**undress** 221:11 226:25
**undressed** 218:21
**Unfortunately** 115:10
**UNHCR** 20:17
**uniform** 65:8,10 145:10,13
146:11,16,18,19 149:7,13
152:8,10,15,22,23 154:18,20
171:2,3,5,6,11,14,16,20
185:22,22,24 186:1,6,6,7,22
190:1,2,12 200:16 212:16,18
212:21,21,22,25 213:5,8,11,13
213:16 214:1 234:21,23 235:1
235:6,9,12,13,14
**uniforms** 154:18 187:25 188:1,3
188:4,5,7 189:19,22,24 190:5
190:7,9,17,20 212:23
**unit** 157:25 158:13,18,19 159:5
159:17,22,24 160:8,12 161:1
162:12,22 166:1,5,5,7,10,12
166:15,16,17,20,21,25 168:1,4
168:13,24 169:2,6,16,20 170:2
170:10 171:20 186:1,7 212:9
212:11,14 214:22
**United** 1:1,4,14 2:8 4:22 21:6,7
21:11 25:19 28:17,22 31:10,13
31:15,18 32:13 36:14 39:13,13
39:18,21 40:19 48:23 49:17,20
49:22 50:1,9 52:2 57:12 70:2
73:3 74:12,16 77:13 78:14
80:16 82:13 84:6,13 87:15
90:6,8,12 92:5,7,12,14,15
93:15 97:2 98:17 102:5 103:15
107:19 116:2 138:18,20,22,25
154:1,4 237:5 243:6
**units** 215:7
**University** 92:17,18,21,24 93:7
**unpeaceful** 119:12,13
**unstable** 119:12
**upper** 10:23,23 12:1,1,2 13:24
17:10 106:7
**upset** 58:17
**urination** 16:14
**use** 11:22 15:7 151:21 189:12
199:11,12 205:4 235:2,9,14
240:20

**useful** 36:10
**uses** 112:11 113:1,14
**usual** 51:15 66:4 149:24 151:19
**usually** 10:2 56:25 135:12
148:12 218:18
**utensils** 178:25
**U.N** 36:20,22 37:4,6,7 38:11,18
39:7
**U.S** 1:18,22 32:7,19 36:6,12,13
36:15 42:11 49:18 213:3

**V**

**Vaitown** 63:1,2
**Van** 25:14,16 26:2,8
**various** 72:9 93:15 100:6 105:5
**vehicle** 61:4 192:13,14
**vehicles** 125:18
**verbatim** 44:1 46:17
**versus** 4:21,22 71:21 73:3
**vest** 171:6,7
**victims** 242:2
**village** 203:25 206:6,8,10,17,18
206:25 207:3,9,12,16,18
208:15,18,20,22 209:17,20
211:16,18 217:5,8,10,12,13,21
217:23,24 218:1,11 228:17,19
228:20
**violated** 229:5,5
**visa** 218:20
**visible** 10:12
**visit** 55:11 61:16,16 130:13,14
157:19
**visited** 157:22 239:21
**Voinjama** 233:14
**Volvo** 61:8
**vs** 1:7

**W**

**wait** 148:15,16,25 158:25
**waiting** 66:2
**waking** 135:1
**walk** 67:12 125:23 134:25
144:10 148:12
**walking** 65:4 66:5 67:10,11
125:22 149:25
**want** 6:2 29:25 45:14 51:5,9 60:2
60:5 73:24,25 109:14 121:5,24
138:5 143:22 152:19,22
159:15 172:10 186:4 194:25
204:23 212:4
**wanted** 36:6 42:10,13 48:23 49:1
49:17,19,21,25 108:6 155:13
159:8,9 162:22 173:17 225:20
**wants** 44:10 45:10
**war** 53:15,16,17,19,20,21 118:2
133:7 203:7 206:13 215:20
**warehouse** 124:5,5
**warehouses** 123:12,15,16,17,19
**wash** 203:22
**Washington** 1:23
**wasn't** 58:4 61:13 77:8 86:14
109:3 121:7 140:17 148:22,22
241:11
**water** 16:12 150:14,20,21 160:2
160:3,5,5 218:18
**wave** 87:6
**way** 8:17 36:7,11 41:15 50:8
64:3 77:2,3,12 80:9 81:12,15
117:15 118:22 146:10 193:23
203:23 205:23 223:3,19
231:12,23 237:18 238:1 239:6
**ways** 72:9 100:6 105:4 240:17
**weaken** 237:13 240:21
**weakness** 14:17,18 17:22
**weapon** 191:22,25 192:2,19,22
192:23 193:6,9,19,22,23,25
194:1,2,3,4,7,13,15,17,20,25

195:2,7,19 198:25,25 199:1
**weapons** 179:19 189:12 191:1,4
191:6,8,23 192:6,8 195:21
**wear** 88:23,24 179:13 234:23
**wearing** 62:10,13 88:22 89:1
145:10 152:23 153:7,12
171:16 213:7,10,13 222:22
227:17
**week** 28:14 72:9 100:6 121:7
137:19 180:16,21 186:16
191:5 210:25 236:7
**weekend** 204:8
**weekends** 202:16 206:6
**weeks** 137:3,19,20 176:19 177:1
179:13 242:6
**weeping** 10:13
**welcome** 6:25 100:10
**went** 15:14 18:22 19:7 27:24
28:6 55:11 58:10 59:16 64:13
65:13,21 66:8,12,14,15,19,19
67:23 68:24 69:19 75:9 83:19
91:14,16 92:15 125:13 130:15
133:17,20 139:23 144:21
148:9,9,10 149:4 151:13,14
152:16 155:3 161:20,22,24
162:10,11,23 170:19,21
171:13 175:10 181:13 193:5,8
194:12 213:15 214:9 233:21
233:23 241:13
**weren't** 109:1 132:25 140:10
**Wesley** 3:19 116:2,3,12,25
117:11,13 156:12
**West** 2:3 128:11
**wet** 208:11,12,13
**we'll** 29:19 51:11,15 70:8,25,25
71:6 90:18 115:11 134:20
159:1 200:23 236:2,12,14
242:10
**we're** 6:10 29:20 51:5 115:3,7
198:10 237:6,17 240:23 241:5
**we've** 128:23 160:5 241:10
**whatsoever** 210:14
**whip** 221:17
**whipped** 221:20,20
**white** 69:25,25 74:24 77:11 86:5
88:4,6,8 183:1,2 202:1,9
**Whiteflower** 56:16,20,22 142:18
**wide-ranging** 241:17
**width** 223:22
**wire** 230:10,12,14
**wish** 39:18,20 50:9
**withdraw** 70:17
**withdrawn** 37:24 41:14 119:23
123:10 124:25 168:23 170:15
170:20 172:24 180:25 191:11
202:19 214:21 230:23
**witness** 6:1,8,12 7:3 28:20,21
31:2 39:10 47:16 50:18,19
51:2,7,8,9,11 52:5 54:5 69:6
70:13,21 71:9 76:13 79:23
82:23 85:14 90:12,20,23 94:19
97:11 99:3 100:11 102:10
111:2 114:22 115:2,6 116:3,8
134:22,25 135:1,2,5,9,13,19
136:5,11,25 137:2,3,12,16,19
138:5,10,12 156:9,12 167:15
167:16,21 195:13 196:9,13
200:18 208:2,5,8 220:15,19,20
220:21 221:6,6 236:14,16,21
221:12 240:9 241:4,12 242:6
**witnessed** 136:19
**witnesses** 135:4 242:1
**woman** 35:11
**women** 83:9,11 145:23 146:3,6,8
146:20 147:7,9,11 173:14
229:25
**word** 9:12 10:1 44:23 113:1,15
113:15 132:11,12 187:18,20

219:19,21
**words** 27:19 28:11 43:4 45:2,11
73:23 74:5 106:7,13 112:11
167:9
**wore** 152:15
**work** 32:5,18 42:15 52:23 53:10
53:14,19,23 54:2,17,19,22,23
57:7 94:4,10,13 139:15,24
146:11,15,21,24 154:2 159:16
159:22 188:25 203:24
**worked** 32:19 53:2 54:7,19
139:12 154:17
**working** 53:12,15,16 54:16 55:4
55:7,10 61:20 62:1 139:9
176:17,20,25 179:14 203:23
**works** 25:19
**Worser** 229:12
**wound** 10:2 26:13,15,16
**wrists** 18:15
**write** 22:15
**writer** 46:25
**writes** 109:21
**writing** 27:12,16
**written** 45:12
**wrote** 28:8
**Wylie** 2:2 3:5,9 21:15 26:10,12
26:19 28:24 29:2,17,20 36:24
37:11 38:19 39:2,22 40:21
44:20 47:17,22,25 49:10 50:2
126:18 135:18 136:23,24
157:8 158:6 159:11,18 160:9
165:1 168:5 169:9 173:4
181:20 216:22 217:14 235:22

**Y**

**Ya** 195:5
**yard** 58:18 82:3,9 140:5,5,9
162:2,3
**Yeah** 62:13 63:1 66:8 149:5
151:4 164:1 172:18 193:4
228:3
**year** 92:8,9 118:3 119:9 126:9
132:24 157:20 172:3 214:9,9
233:19 234:3,5
**years** 25:5 31:16 35:5 72:20 91:7
91:11 107:13 111:19
**yell** 155:19
**yelling** 58:15,17,19
**yellow** 99:15
**yesterday** 7:9 19:18 106:4
239:10
**Yolanda** 55:13,17 56:5,11,15
57:6 58:7 139:17

**Z**

**Zimbabwe** 31:19 32:1,8
**zoom** 128:16 132:7

**$**

**$150** 141:15,18
**$200** 153:24

**0**

**02** 20:3
**06** 4:7 76:12,15
**06-20758-CR-ALTONAGA** 1:3

**1**

**1** 4:12,14,16,17,18 100:17,18,23
102:2,6,9,15,17 103:6,8,12,13
103:16,19,21,23 104:5,8
152:20 153:1,4 204:11 205:5
**1st** 72:25
**1,000** 197:14
**1:45** 134:19,20
**1:55** 138:8,14
**10** 4:3,5,16 29:3,24 35:4 43:8,9

43:12,14,16 44:11,14 70:9
137:20 200:23 221:7
**10/8/08** 7:5 21:14 26:22 47:24
49:14 107:22 114:4 138:14
154:15 156:14
**10:01** 46:22
**10:03** 47:21
**10:05** 47:24
**10:07** 49:14
**10:09** 50:19
**10:11** 52:7
**10:35** 69:9
**10:37** 70:10,13
**10:40** 71:10
**10:52** 74:10,15
**10:55** 76:16
**10:56** 77:16
**10:57** 78:18
**100** 4:16
**102** 4:16,17
**103** 4:18
**107** 3:17
**11** 4:4 29:3 30:1 43:8 46:10,12
46:14,15,19,22
**11th** 73:13 74:6
**11:00** 80:20
**11:03** 82:17
**11:08** 85:17
**11:11** 87:20
**11:16** 90:25
**11:22** 95:1
**11:25** 97:6
**11:26** 97:18
**11:27** 98:21
**11:31** 100:19
**11:33** 102:9
**11:34** 102:18
**11:35** 103:19
**11:42** 107:22
**11:51** 114:4
**114** 3:18
**115** 5:8
**116** 3:19,20 5:9
**12** 4:10 79:23,24 80:6,17,20 81:1
91:11 106:18,21
**12-2** 2:8 243:6
**12/47** 112:7
**12:23** 134:21
**12:29** 137:25
**12:30** 115:11 134:20
**120** 196:19,22 197:1,18
**121** 196:19 198:9 199:24
**122** 196:19 200:5,13
**13** 4:11 81:1,3 82:14,17,22
**138** 3:13
**14** 4:3
**15** 137:10 172:15 173:6 212:7
**15th** 137:20
**150** 2:3 141:21,25
**154** 3:14
**156** 3:21
**16** 4:6,7 92:5
**17** 4:5,8,12 69:8,9 70:3 74:13
183:24 186:10 190:14
**175** 153:24
**18** 4:11,15,17 31:16 104:18
**19** 4:9,16
**1971** 116:16
**1990** 53:15,17 118:4,5,12 119:10
119:11 126:17,21 215:20
**1990s** 172:5
**1997** 126:15 133:23
**1998** 60:22,25 100:5 157:4 173:8
205:20,22 232:10
**1999** 7:11,19 22:3,5,7 24:24
27:25 28:4,9,13 63:16,17,21
66:10 72:8 144:22,23 172:15
172:16 197:10,13,21 199:22

199:25 205:18,22 212:7
215:16

─────────────  2  ─────────────

**2** 73:4 107:6 111:14 204:11,24
**2(7)** 72:19
**2:13** 154:15
**2:15** 156:9,14
**20** 4:18 22:3,5,7 28:4,8 122:7
207:23
**20th** 7:11,19 27:25
**2000** 21:4 33:23 61:1,2 89:24
90:1 99:18 104:18 110:10
138:20 151:11
**2000s** 172:5,7
**2001** 106:22
**2002** 33:23 154:4
**2004** 32:11,12,16,23 34:12,15,18
35:19 38:2
**2005** 32:16,24 38:2 41:25 42:1
42:21,23 43:18,19 45:20 46:1
46:16 47:13
**2007** 74:1
**2008** 1:7
**202.514.3270** 1:23
**20530** 1:23
**21** 3:5 4:10,13
**22** 4:4,15 241:4
**24** 142:19
**24th** 106:22
**243** 3:22
**25** 4:10
**25th** 239:9
**26** 3:6
**27** 28:13
**29** 5:2

─────────────  3  ─────────────

**3rd** 99:18 110:10 137:15
**3:19** 200:24
**3:20** 201:1
**3:30** 236:2,12
**3:34** 201:3
**30** 99:1,6 116:16
**30(36)** 72:2 99:4,11 109:14
**305.523.5518** 2:9 243:7
**305.523.5519** 2:9 243:7
**305.536.4675** 1:20
**305.961.9234** 1:19
**305/530-7120** 2:4
**305/536-6900** 2:4
**31** 3:7,8 5:3
**33128** 2:9 243:7
**33130** 2:4
**33132** 1:19
**34** 105:7,13 114:9
**34/47** 112:16
**36** 99:1,6
**37** 114:9
**39** 5:4

─────────────  4  ─────────────

**4** 4:11 128:5 132:4
**4th** 1:19 91:21
**4:31** 236:13,16
**40** 104:9
**400** 2:8 243:6
**403** 40:21
**404(b)** 40:4 135:22 136:2,8
**41** 5:5
**43** 4:3 33:21
**44** 4:3
**46** 4:4
**47** 3:9 104:10 105:7,13 106:19
106:21
**49** 3:10

─────────────  5  ─────────────

**5** 4:14,15 94:24,25 95:5,13,22
97:4,6,16,17 98:3,4,11,13,15
98:19,21 101:10,15
**500** 199:11
**51** 5:6
**52** 3:11,12 5:7

─────────────  6  ─────────────

**6** 4:8 76:23 77:14,16 78:20
**69** 4:5

─────────────  7  ─────────────

**7** 3:3,4 4:6,9,12,14 74:15 77:18
77:22 78:15,18,20,24 79:20
82:23,25 84:8 85:11,16 107:6
111:14
**700** 199:12
**71** 4:21
**73** 4:22
**74** 4:6
**75** 214:8
**76** 4:7
**77** 4:8
**78** 4:9
**79** 4:10

─────────────  8  ─────────────

**8** 1:7 4:13 85:15 87:17,20 89:4,8
151:25 221:7
**8:30** 236:7,9
**8:58** 6:9
**80** 4:10
**801(d)** 157:9
**801(d)(2)(c)** 158:7
**81** 4:11
**82** 4:11
**83** 4:12
**85** 4:12
**87** 4:13

─────────────  9  ─────────────

**9** 4:3
**9:00** 6:23 236:1,6,8,12
**9:01** 7:5
**9:24** 21:14
**9:33** 26:22
**9:36** 28:20
**9:41** 31:4
**9:57** 43:10
**9:58** 44:14
**90** 3:15,16 177:23,24
**95** 4:14
**950** 1:23
**97** 4:14,15
**98** 4:15 173:6 205:21 212:7
232:11
**99** 1:19 60:22 61:1,1 63:14
143:20 149:4 151:10,11
152:11 153:12 173:6 205:21

October 8, 2008