UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 06-20758-CR-ALTONAGA

THE UNITED STATES OF AMERICA,

        Plaintiff,

                              MIAMI, FLORIDA

vs.

                              OCTOBER 10, 2008

ROY M. BELFAST, JR., a/k/a
CHUCKIE TAYLOR, CHARLES
McARTHUR EMMANUEL, CHARLES
TAYLOR, JR. and CHARLES
TAYLOR, III,

        Defendant.

_____

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE CECILIA M. ALTONAGA,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

        KAREN ROCHLIN, A.U.S.A.
        CAROLINE HECK-MILLER, A.U.S.A.
        Office of the U.S. Attorney
        99 N.E. 4th Street
        Miami, FL  33132 - 305.961.9234
        (Fax) 305.536.4675
        Email:  karen.rochlin@usdoj.gov
                caroline.miller@usdoj.gov

        CHRISTOPHER GRAVELINE, Trial Attorney
        U.S. Department of Justice
        950 Pennsylvania Avenue, N.W
        Washington, D.C. 20530 - 202.514.3270
        christopher.graveline@usdoj.gov

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

October 10, 2008

**FOR THE DEFENDANT:**

JOHN WYLIE, A.F.P.D.
MIGUEL CARIDAD, A.F.P.D.
Federal Public Defender's Office
150 West Flagler Street
Miami, FL  33130 - 305/536-6900
(Fax) 305/530-7120
Email:  miguel_caridad@fd.org
john_wylie@fd.org

**REPORTED BY:**

BARBARA MEDINA
Official United States Court Reporter
400 North Miami Avenue, Ste. 12-2
Miami, FL  33128 - 305.523.5518
(Fax) 305.523.5519
Email:  barbmedina@aol.com

- - - -

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

1

## TABLE OF CONTENTS

2                                                                    Page

3  Wesley Sieh By Ms. Heck-Miller ............................. 13

4      Direct Examination ..................................... 13

5      Cross-Examination By Mr. Wylie ......................... 79

6      Redirect Examination By Ms. Heck-Miller .............. 137

7  Varmuyan Dulleh .......................................... 142

8      Direct Examination By Mr. Graveline ................. 142

9  Reporter's Certificate ................................... 231

10

11                          INDEX TO EXHIBITS

12  | Exhibits | Marked for Identification | | Received in Evidence | |
    |---|---|---|---|---|
    | Description | Page | Line | Page | Line |
    | Government Exhibit AT 16 ........ | 13 | 24 | 16 | 3 |
    | Government Exhibit AT 6 ......... | 46 | 20 | | |
    | Government Exhibit AT 7 ......... | 48 | 3 | | |
    | Government Exhibit AT 8 ......... | 48 | 17 | | |
    | Government Exhibits AT 6, AT 7, AT 8 .............. | 49 | | | 10 |
    | Government Exhibit WF 1 ......... | 56 | 24 | 58 | 5 |
    | Government Exhibit CT 1 ......... | 68 | 8 | 68 | 21 |
    | Government Exhibit VD 1 ........ | 148 | 23 | 149 | 18 |
    | Government Exhibit VD 3 ........ | 153 | 8 | 153 | 20 |
    | Government Exhibit MC 3 ........ | 158 | 11 | 158 | 25 |
    | Government Exhibit MC 6 ........ | 159 | 13 | 160 | 2 |
    | Government Exhibit MC 7 ........ | 161 | 14 | 162 | 8 |

13

14

15

16

17

18

19

20

21

22

23

24

25

## TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION
## October 10, 2008

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Government Exhibit VF 9 ........ 164          10          164          23

Government Exhibit VF 4 ........ 166          20          167           9

Government Exhibit BY 3 ........ 175          21          176          13

Government Exhibit BY 4 ........ 177           5          177          19

Government Exhibit BY 17 ....... 178           8          178          23

Government Exhibit KL 23 ....... 199          15          200          15

Government Exhibit KL 24 ....... 201           6          201          23

Government Exhibit KL 25 ....... 202          12          203           2

Government Exhibit KL 8 ........ 203          13          204           8

Government Exhibit KL 9 ........ 205          20          206          10

Government Exhibit KL 10 ....... 207           3          207          17

Government Exhibit KL 11 ....... 207          22

Government Exhibit kl 11 ........................ 208          11

Government Exhibit VD 6 ........ 224           1          225           2

Government Exhibit VD 7 ........ 225           9          225          23

Government Exhibit VD 8 ........ 226          18          227           3


## CITATION INDEX

Page


## SIDEBAR CONFERENCE INDEX

Descriptions                                                        Page
Sidebar Conference Begins ................................   15
Proceedings In Open Court Resume ..........................   16


## October 10, 2008

1   Sidebar Conference Begins ................................. 28

2   Proceedings In Open Court Resume .......................... 31

3   Sidebar Conference Begins ................................. 211

4   Proceedings In Open Court Resume .......................... 212

5   Sidebar Conference Begins ................................. 213

6   Proceedings In Open Court Resume .......................... 214

7                    ADMINISTRATIVE CONVENTIONS:

8         When counsel does not identify themselves each time they

9   address the Court during a telephone conference, the

10  industry-standard speaker identification is indicated by

11  chevrons, i.e., >>>:

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 10, 2008**

1          THE COURT:   Good morning.   Are there any issues we

2  need to address?  We're missing four jurors still.

3          MS. HECK-MILLER:   Yes, Your Honor.   I had one.

4          Your Honor, yesterday during the questioning of Wesley

5  Sieh I asked him -- we had an interchange about an individual

6  named Prince Dujin, one of the people who was being punished

7  and I asked him why Prince Dujin was arrested.   Mr. Wylie

8  objected on the basis of hearsay.   I asked Mr. Sieh "What is

9     the basis of your knowledge?"  He said "I heard from MPs."

10         I didn't question him further.   I would like to pursue

11 that question and elicit the answer, not for its truth, but

12 with a limiting instruction.

13         What I expect Mr. Sieh will answer is he heard Prince

14 Dujin was arrested on suspicion of being a member of ULIMO.

15 Whether or not Prince Dujin was a member of ULIMO is not the

16 purpose for which I would elicit that, nor would I ask that it

17 be accepted as proof he was, in fact, a member of ULIMO.

18 Rather, I would seek to elicit it for the point he was

19 perceived and believed to be a member of ULIMO.

20         The Government believes this goes directly to an

21 aspect of the Indictment which counsel, themselves, were

22 arguing yesterday, which was that the goal of the conspiracy

23 was to neutralize actual and perceived opponents of the Taylor

24 administration.

25         Therefore, we believe the nonhearsay use for which we

1    would propose that statement be elicited is relevant and may

2    properly be brought out with a limiting instruction such that I

3    requested.

4            THE COURT:   Not that he, in fact, was a member, but he

5    was perceived to be one?

6            MS. HECK-MILLER:   Yes, Your Honor.

7            I alerted Mr. Wylie to this issue yesterday.   In

8    addition, there's one other individual for whom this same

9    principle would apply and that is a prisoner named Abu, who

10   Mr. Sieh saw himself, and what he heard from other MPs was this

11   Abu was a Mandingo who had been a guerrilla fighting against

12   Charles Taylor, and I would seek to elicit those facts that he

13   was believed to be a Mandingo and a guerrilla fighting against

14   Charles Taylor in the same way, not for its truth, but for the

15   perception of his being a fighter against Taylor and being a

16   Mandingo.

17           As the Court may recall, defense counsel have elicited

18   through the very first witness, State Department Desk Officer

19   Pete Davis, that the Mandingos were perceived as being aligned

20   contrary to Charles Taylor through their support of the LURD.

21           So I would seek to elicit those two aspects of

22   testimony with the limiting instruction they would not be

23   accepted for their truth, but, rather, what they show as to the

24   perception of those two individuals.

25           THE COURT:   Thank you.

**October 10, 2008**

1          Mr. Wylie.

2          MR. WYLIE:   Thank you, Your Honor.   Good morning.

3          THE COURT:   Good morning.

4          MR. WYLIE:   I don't argue with the hearsay analysis,

5     that it is not hearsay, but we would renew our objection about

6     soldier discipline and, first of all, this person, Abu, is not

7     going to testify in court.   We can't confront this person, and

8     with respect to anything about soldier discipline, Your Honor,

9     it's not torture.   It's not torture and, more importantly, even

10    if it is torture, it's outside the scope of the conspiracy.

11          The Government has defined this conspiracy so broad

12    that anything that a Liberian government person does is part of

13    this conspiracy now.

14          With respect to the ULIMO fighter who they suspected

15    he was a ULIMO fighter and they jailed him, I'll give you an

16    analogy to our government.   If a general in our Army were to

17    find that they had an al-Qaeda member in their soldiers,

18    amongst their soldiers over in Iraq, and they jailed that

19    person, would George Bush or the commander of that outfit be

20    charged with a conspiracy to torture that person?

21          Your Honor, this is not -- this is so far out of what

22    we've -- what this Indictment says.   We have five victims that

23    are going to come in and testify they were tortured and there

24    was a conspiracy to torture them to keep Charles Taylor in

25    power.

**October 10, 2008**

1          What happens to these soldiers is outside of that.   I

2     don't think it rises to the level of torture and I think it's

3     outside of the conspiracy.

4          THE COURT:   All right.

5          You have all raised the objection two days ago.   I

6     believe I addressed it then.   I don't see any difference in the

7     analysis or in my view of the evidence to change my mind with

8     respect to my ruling two days ago.

9          The issue presented now by the prosecution is the

10    request for a limiting instruction and that they be allowed to

11    elicit from the witness his understanding that two of these

12    people who suffered consequences at the base were believed, at

13    least by him, to be members of two groups not friendly to the

14    regime, and I will allow that and I will instruct the jury that

15    the witness' statements are not being offered for the truth,

16    that, in fact, those persons were members of those particular

17    groups, but his understanding and his perception.

18          That's admitted over defense objection.

19          MR. CARIDAD:   Also, Your Honor, that it's not offered

20    for the truth these men were even arrested, that Abu or Prince

21    Dujin were even arrested.

22          THE COURT:   Why don't you all draft something and I'll

23    read a limiting instruction that captures everything you want

24    to say?

25          MR. CARIDAD:   If the Government is going to elicit

**October 10, 2008**

1  now, it has to be given right after that.

2          THE COURT:  Right.  Why don't you draft something I'll

3  read to the jury that's acceptable.

4          MR. CARIDAD:  Perhaps we can avoid that question until

5  we have time to do that.

6          THE COURT:  Draft it now.  We're waiting for jurors to

7  arrive.

8          MR. WYLIE:  Your Honor, this is going to be an ongoing

9  objection.

10          THE COURT:  Correct.

11          MR. WYLIE:  Just so I don't keep standing up and

12  objecting or asking for a sidebar.

13          THE COURT:  Correct.  You've preserved your position

14  on that issue.

15          MR. WYLIE:  Thank you.

16          Your Honor, one other issue, I was given this morning

17  a letter informing me of Giglio for four witnesses, two of whom

18  have already testified, Mr. Kpadeh and Ms. Koroma.  The

19  Government informs me they're still in the country.  We would

20  ask they remain in the country until next week when we have an

21  opportunity to recross on this Giglio that they did not know

22  about when they initially testified.

23          MS. HECK-MILLER:  Your Honor, I would not characterize

24  this as Giglio, but we did think that it was prudent to advise

25  the defense as follows, and the letter is brief.  If I could

**October 10, 2008**

1    just read the text:

2            "Please be advised that witnesses returning to their

3        home countries, including Rufus Kpadeh, Wesley Sieh,

4        Madiana Koroma and Abraham Kelleh, may be considered for

5        the Emergency Witness Assistance Program (EWAP) as a

6        potential source of funds to address security concerns.

7        EWAP is a program to provide funding for short-term

8        witness needs, including moving and relocation expenses

9        limited to 30 days and $3,999 per witness subject to

10       augmentation if there are extenuating circumstances and if

11       approved by the Executive Office for United States

12       Attorneys.  Eligibility for the program is based on need

13       and individual circumstances."

14           Your Honor, this is a situation which has evolved

15   since these witnesses have testified and we have promptly

16   notified counsel of it.

17           With regard to Ms. Koroma, she is not even aware of

18   the EWAP program  She has simply expressed security concerns

19   and this is one way that we are considering addressing them

20           Mr. Kpadeh is aware of that EWAP program  We would

21   suggest that if any further examination of them is called for

22   that it be done today out of turn because these witnesses are

23   scheduled --

24           THE COURT:  Let's bring them this afternoon.

25           MS. HECK-MILLER:  We would like to bring them to be

**October 10, 2008**

1    ready after lunch.

2            THE COURT:  I think all of the jurors are here.  Can

3    we bring the witnesses inside?

4            MR. WYLIE:  Your Honor, can my client briefly use the

5    bathroom before we start?

6            THE COURT:  Sure.

7            MS. ROCHLIN:  Your Honor, Mr. Jusu is also here if the

8    Court wishes to inquire about his willingness to return.

9            THE COURT:  Let's bring him inside.

10           THE WITNESS:  [Entered the courtroom at 9:04 a.m]

11           THE COURT:  Mr. Jusu, good morning.  You may stay

12    right there.

13           It is my understanding you are returning to Sweden

14    shortly.  Is that right?

15           THE WITNESS:  Yes, ma'am

16           THE COURT:  It is possible that as the trial

17    progresses, later on in the course of the trial the defense may

18    need you to testify during their case.  If that were to occur

19    and we were to request that you return from Sweden to give

20    additional testimony, would you come?

21           THE WITNESS:  Yes, ma'am

22           THE COURT:  All right.  Thank you.  You'll be under

23    that Court Order then to return should you be so informed.

24           Thank you.

25               [The witness was excused at 9:05 a.m]

**October 10, 2008**

## Sieh - Direct

1           THE COURT:   Let's bring the jury in please.

2           [The jury returns to the courtroom at 9:06 a.m]

3           THE COURT:   Everyone please be seated.

4           Good morning ladies and gentlemen.   Welcome back.

5           I understand one of our jurors experienced quite an

6    ordeal this morning getting here with the Metrorail.   Thank you

7    for getting here and making all those efforts to be here.

8           WESLEY SIEH, GOVERNMENT'S WITNESS, RESUMED

9               DIRECT EXAMINATION (cont'd)

10   [Beginning at 9:07 a.m, 10/10/08.]

11          MS. HECK-MILLER:   Thank you, Your Honor.

12   BY MS. HECK-MILLER:

13   Q.   Mr. Sieh, good morning.

14   A.   Good morning.

15   Q.   Mr. Sieh, during the time that you were at Gbatala Base for

16   your training in 1998 and 1999, what different uniforms did you

17   see Chuckie Taylor wearing?

18   A.   I first saw him with a black uniform with a double pocket.

19   I also saw him using U.S. camouflage.   Then I also saw him

20   using the tiger stripe.

21          MS. HECK-MILLER:   Your Honor, I would now like to

22   place on a screen a document for identification only at this

23   point, AT 16.

24      [Government Exhibit AT 16 marked for identification at

25          THE COURT:   You may.

**October 10, 2008**

## Sieh - Direct

1  BY MS. HECK-MILLER:

2  Q.   Mr. Sieh, do you see the photograph that is on the screen

3  in front of you?

4  A.   Yes.

5  Q.   And do you recognize any of the items that you see in that

6  photograph?

7  A.   Yes.

8  Q.   What do you see in that photograph that you recognize?

9  A.   I see men with arms and uniforms.

10  Q.   And do you recognize the type of uniforms that you see in

11  that photograph?

12  A.   Yes.

13  Q.   What are the uniforms that you see in that photograph?

14  A.   I see camouflage and the black uniform

15  Q.   And are these uniforms that you recognize as having been

16  used by ATU soldiers?

17  A.   Yes.

18        MS. HECK-MILLER:   The Government offers AT 16 into

19  evidence.

20        MR. WYLIE:   Objection.   May we approach?

21

22

23

24

25

**October 10, 2008**

## Sieh - Direct

1          [Proceedings at sidebar follow]:

2          MR. WYLIE:   Your Honor, the witness has not laid a

3   foundation that he knows any of the people in this and just to

4   bring it in for the uniform, it should be excluded under 403 as

5   prejudicial.

6          It has three men -- we don't have any idea who they

7   are -- pointing guns.   If it's being brought in to show

8   pictures of uniforms, we have other pictures of uniforms.

9          MS. HECK-MILLER:   Your Honor, the fact that the

10  witness does not identify the three men does not preclude the

11  photograph being introduced.   There's nothing prejudicial about

12  the faces of the men, per se.   It shows all assembled in one

13  place the uniforms.

14         The fact that the men are carrying firearms is not

15  unduly prejudicial in light of the evidence from the witness,

16  including from this witness, ATU soldiers used that type of

17  weaponry.

18         Therefore, we respectfully submit the photograph is

19  relevant and it does not carry any unfair prejudice and,

20  therefore, is not an appropriate candidate for exercise of

21  exclusion pursuant to rule 403.

22         THE COURT:   Objection overruled.

23

24

25

**October 10, 2008**

## Sieh - Direct

1                [Proceedings in open court follow]:

2            THE COURT:   Admitted.

3   [Government Exhibit AT 16 received in evidence at 9:11 a.m]

4           MS. HECK-MILLER:   Your Honor, I would ask to publish

5  AT 16.

6            THE COURT:   You may.

7  BY MS. HECK-MILLER:

8  Q.   Mr. Sieh, with regard to the three men in this photograph,

9  can you tell us, looking at the one on the far left, which of

10  the uniforms is he wearing?

11  A.   Go again.

12  Q.   Could you point to the one that you're talking about?

13  A.   Yes

14  Q.   And could you put a circle with your finger around the one

15  that you're talking about?

16  A.   This is the black uniform

17  Q.   Is that the one where a little red dot has just appeared by

18  his elbow?

19  A.   Yes.

20  Q.   Do you see the double pockets on that black uniform?

21  A.   Yes.

22  Q.   Can you point those out also by just touching them?

23  A.   The pockets?

24  Q.   The double pockets, yes.

25  A.   It have double pockets on the trousers and on the shirt it

## Sieh - Direct

1  has double pockets.

2  Q.   Can you describe for us which uniform or uniforms the other

3  individuals in this photograph are wearing?

4  A.   Yes.

5  Q.   Please describe that for us?

6  A.   This is U.S. camouflage with the vest on top.

7  Q.   And are these all uniforms that you saw worn by ATU

8  soldiers?

9  A.   Yes.

10           MS. HECK-MILLER:   Agent, could you, please, put on the

11  screen now what I believe is in evidence, CE 07.   If you could

12  confirm that for me.

13           AGENT NAPLES:   (Complied.)

14  BY MS. HECK-MILLER:

15  Q.   Mr. Sieh, as you look at this photograph, are there

16  individuals in this photograph that you recognize?

17  A.   Yes.

18  Q.   What people in this photograph do you recognize?

19  A.   Soldiers.

20  Q.   And which soldiers do you recognize?

21  A.   I see both ATU and the former EMSSU.

22  Q.   Can you tell us the names of any soldiers that you

23  recognize in this photograph?

24  A.   Go again.

25  Q.   Can you tell us the names of any people that you recognize

## Sieh - Direct

1  in this photograph?

2  A.   Yes.

3  Q.   What people do you recognize in this photograph by name?

4  A.   By name?

5  Q.   What are the names of people that you recognize in this

6  photograph?   What are their names?

7  A.   I'm not understanding you.

8  Q.   You've told us that you recognize soldiers in that

9  photograph.   Is that correct?

10  A.   Yes.

11  Q.   Besides just knowing them as soldiers, are there any of the

12  people in this photograph that you recognize and you know their

13  names?

14  A.   Yes.

15  Q.   That's what we would like you to tell us, please.   What are

16  the names of the people that you recognize in this photograph?

17  A.   I recognize David Compari.   I recognize Chuckie Taylor.

18  Q.   All right.

19       Before you go further, Mr. Sieh, could you, please,

20  put a circle around the person that you recognize as David

21  Compari?

22  A.   This is David Compari.

23       MS. HECK-MILLER:   Agent, could you put a box around

24  that figure, please.

25       AGENT NAPLES:   (Complied.)

**October 10, 2008**

## Sieh - Direct

1 BY MS. HECK-MILLER:

2 Q.   And could you, please, now touch or put a circle around the

3 person that you recognize as Chuckie Taylor?

4 A.   (Complied.)

5            MS. HECK-MILLER:   Agent, could you put a box around

6 that figure, please?

7            AGENT NAPLES:   (Complied.)

8            MS. HECK-MILLER:   Agent, if you could take off the

9 boxes, please.

10            AGENT NAPLES:   (Complied.)

11 BY MS. HECK-MILLER:

12 Q.   Mr. Sieh, are there other people in that photograph that

13 you recognize?

14 A.   Yes.

15 Q.   Are there any other people that you recognize whose names

16 you remember?

17 A.   No.

18 Q.   And with regard to the people that you recognize that you

19 don't remember their names, who are they?

20 A.   Soldiers.

21 Q.   Soldiers that you knew some of them?

22 A.   Yes.

23 Q.   Now, Mr. Sieh, would you tell us what different uniforms

24 you see in this photograph?

25 A.   The uniform in the sky blue.

**October 10, 2008**

## Sieh - Direct

1  Q.   With regard to this sky blue uniform that you see on

2  people, what unit used the sky blue uniform?

3  A.   The EMSSU.

4  Q.   What was the EMSSU?

5  A.   Executive Mansion Special Unit.

6  Q.   And what was the relationship between the EMSSU, the

7  Executive Mansion Special Unit, and the ATU, the Anti-Terrorist

8  Unit?

9  A.   The EMSSU was the first unit that were trained to guard the

10 Mansion.   After when the ATU were trained, they dissolve the

11 EMSSU and replace them as ATU.

12 Q.   Does this photograph contain a conbination of ATU and EMSSU

13 soldiers?

14 A.   Yes.

15 Q.   Do you recognize the weapons being held by soldiers in this

16 picture?

17 A.   Yes.

18 Q.   What kind of weapons do you recognize that are shown in

19 this picture, CE 7?

20 A.   I can see RPG-7.

21 Q.   Where do you see an RPG-7, and if you could touch that,

22 please?

23 A.   (Complied.)

24          MS. HECK-MILLER:   Agent, could you put a box where

25 Mr. Sieh has made a mark up in the upper left-hand corner.

**October 10, 2008**

## Sieh - Direct

1            AGENT NAPLES:   (Complied.)

2   BY MS. HECK-MILLER:

3   Q.   Do you recognize any other type of weapon that you

4   recognize in that photograph?

5   A.   Yes.

6   Q.   What type of weapon?

7   A.   AK-47.

8   Q.   Can you put a mark on an AK-47 that you see in that

9   picture?

10  A.   (Complied.)

11           MS. HECK-MILLER:   Agent Naples, could you, please, put

12  a box around the weapon Mr. Sieh has just marked.

13           AGENT NAPLES:   (Complied.)

14           MS. HECK-MILLER:   Thank you, agent.   If you could take

15  off the marks and take down that photograph, please.

16           AGENT NAPLES:   (Complied.)

17  BY MS. HECK-MILLER:

18  Q.   Mr. Sieh, you told us on Wednesday about certain

19  deployments from Gbatala Base that ATU members went on.   Do you

20  recall that?

21  A.   Yes.

22  Q.   What were some of the deployments that you learned about

23  from the command of the ATU --

24           MR. WYLIE:   Objection.   Hearsay.

25           MS. HECK-MILLER:   Let me finish my question.   Please.

**October 10, 2008**

## Sieh - Direct

1   Just a moment.

2   BY MS. HECK-MILLER:

3   Q.   Mr. Sieh, I'm asking you not to tell us about any

4   deployments you heard about from ordinary soldiers, but only

5   deployments you heard about from commanders of the ATU who were

6   giving orders or arranging for those deployments.   Do you

7   understand my question?

8   A.   Yes.

9           MR. WYLIE:   Objection.   Hearsay.

10           THE COURT:   Overruled.

11   BY MS. HECK-MILLER:

12   Q.   You may answer that question.

13   A.   Yes.

14   Q.   What deployments of the ATU soldiers at Gbatala did you

15   hear about, but only from any commanders or persons giving

16   orders or instructions with regard to those deployments?

17   A.   The deployment at the Guinea and Liberia border.

18   Q.   Were there any other deployments that you heard about in

19   that way?

20           MR. WYLIE:   Same objection.

21           THE COURT:   Overruled.

22   A.   No.

23   Q.   Mr. Sieh, did you go on any deployments to any checkpoints

24   yourself, personally?

25   A.   No.

**October 10, 2008**

## Sieh - Direct

1  Q.   Did you want to go on any deployments to checkpoints

2  yourself?

3  A.   No.

4  Q.   Were there types of assignments at Gbatala Base that you

5  tried to avoid?

6  A.   Yes.

7  Q.   What types of assignments did you -- what types of

8  assignments were given at Gbatala Base did you try to avoid?

9           MR. WYLIE:   Objection.   Relevance.

10          THE COURT:   Overruled.

11 A.   Can I answer?

12 Q.   You may answer, yes, sir.

13 A.   At Gbatala Base, I tried to avoid being MP.   At Gbatala

14 Base, I tried to avoid being assigned at a checkpoint.   At

15 Gbatala Base, I avoid being a bodyguard.

16 Q.   Why did you try to avoid the assignments of a checkpoint,

17 being an MP and being a bodyguard?

18 A.   Because at the time being an MP, being assigned to a

19 checkpoint, being a bodyguard, you would be instructed to

20 implement orders that I may not want to implement and I be

21 forced to implement them

22 Q.   Now, Mr. Sieh, you told us you tried to avoid being an MP.

23 Did you ever work as an MP?

24 A.   No.

25 Q.   Who was it that had the main responsibility for working at

**October 10, 2008**

## Sieh - Direct

1  the area known as the Village?

2  A.   The MPs.

3  Q.   Were regular soldiers freely allowed to go to the Village

4  without a reason?

5  A.   No.

6  Q.   Were there occasions when regular soldiers did go to the

7  Village for a reason?

8         MR. WYLIE:   Objection, Your Honor.   No foundation for

9  personal knowledge.

10         THE COURT:   Overruled.

11         MS. HECK-MILLER:   I'll rephrase, Your Honor.

12 BY MS. HECK-MILLER:

13 Q.   Mr. Sieh, did you ever go to the Village for any assigned

14 reason?

15 A.   Yes.

16 Q.   And what caused you to go to the Village?

17 A.   When I was sent by the base commandant.

18 Q.   Did that happen one time or more than one time?

19 A.   More than one time.

20 Q.   For what reasons would you be sent by the base commander to

21 go to the Village?

22 A.   Sometimes to go and inform the MP about the directive of

23 the base commandant, he should bring recruits to do some work

24 or personnel to do work.

25 Q.   And were there other reasons for which you were sent to the

**October 10, 2008**

## Sieh - Direct

1  Village?

2  A.    No.

3  Q.    On occasions when you went to the Village, did you observe

4  whether other regular soldiers were sometimes sent to the

5  Village for assignments?

6  A.    No.

7  Q.    On the occasions when you personally went to the Village,

8  did you see any people there besides the MPs?

9  A.    Yes.

10  Q.    What people did you see at the Village besides the MPs?

11  A.    Prisoners.

12  Q.    What kinds of prisoners?

13  A.    Soldiers.

14  Q.    Were there prisoners other than soldiers that you saw at

15  the Village?

16        MR. WYLIE:    Objection, Your Honor.    No foundation for

17  personal knowledge.

18        THE COURT:    Overruled.

19  BY MS. HECK-MILLER:

20  Q.    You may answer that question.

21  A.    Go ahead.

22  Q.    Did you see prisoners other than soldiers at the Village?

23  A.    Yes.

24  Q.    Where did you see the prisoners when you were at the

25  Village?

**October 10, 2008**

## Sieh - Direct

1    A.    In the hole.

2    Q.    Did you also have occasion to see prisoners outside of the

3    Village?

4    A.    Yes.

5    Q.    What would cause you to see prisoners outside of the

6    Village?

7    A.    When they were put out to work.

8    Q.    Now, what do you mean "put out to work"?  Could you

9    describe what that meant, please?

10   A.    Yes.

11   Q.    Tell us, please.

12   A.    Sometime Compari would order the MP commander to put the

13   prisoners at certain parts of the base to cut grass and to do

14   other work.

15   Q.    And when the prisoners were put outside of the Village to

16   cut grass and do other work, what were they wearing?

17   A.    No.

18   Q.    You say "No."  What do you mean by "No"?

19   A.    No clothes.

20   Q.    Did you see any prisoners who were not soldiers working in

21   this way around the base?

22          MR. WYLIE:  Objection, Your Honor.  No foundation for

23   personal knowledge as to how they're soldiers or whether or not

24   they're soldiers.

25          THE COURT:  Overruled.

**October 10, 2008**

## Sieh - Direct

1  A.  Go again.

2  Q.  Mr. Sieh, did you know who the soldiers were?  Withdrawn.

3           Of the prisoners you saw, did you know who the

4  soldiers were and who were not soldiers?

5  A.  Yes.

6  Q.  And did you see non-soldier prisoners working around the

7  base?

8  A.  Yes.

9  Q.  Do you remember the names of any of the non-soldier

10  prisoners that you saw working around the base?

11  A.  Yes.

12  Q.  What names do you remember?

13  A.  I --

14           MR. WYLIE:  Your Honor, may away approach?

15

16

17

18

19

20

21

22

23

24

25

**October 10, 2008**

## Sieh - Direct

1          [Proceedings at sidebar follow]:

2          MR. WYLIE:   This entire line of questioning is

3    hearsay.   There's no way this witness could know this unless

4    somebody told him

5          MS. HECK-MILLER:   Your Honor, I will ask him and we'll

6    establish on what basis he knew the name of the prisoner.

7          MR. WYLIE:   If the prisoner told him their name,

8    that's hearsay.   We're not able to cross examine that prisoner.

9    It's an out-of-court statement being offered for the truth.

10          THE COURT:   How is it different from the witness

11   identifying these people in the photograph, he knows them by

12   name?   They identified themselves and such and other people

13   knew as well.   How is that any different?

14          MR. WYLIE:   If they have a lot of dealings with them,

15   it's different.   It's still hearsay.   That may have been

16   hearsay as well.   We're objecting to this one.

17          MS. HECK-MILLER:   Your Honor, I would say the Court's

18   analysis is correct.   Ultimately, everybody's knowledge of the

19   name, including their own name, is based on hearsay unless

20   somebody when they're later brought up examines a certified

21   record of a birth exhibit.

22          THE COURT:   You can cross examine.   "You don't know

23      that's their name."   Why don't you establish that?

24          "You don't know who they are, but that's who they say

25      they are."

**October 10, 2008**

## Sieh - Direct

1    MS. HECK-MILLER:   I'm going to ask the basis of his

2    knowledge.

3    MR. CARIDAD:   Your Honor, this is the problem  They

4    got into evidence somebody said, one of the witnesses said "A

5    guy        name Abu."

6    What they're trying to do now is ask this man "Did you

7    learn that there's someone named Abu in the hole?" and he's

8    going to say "Yeah, somebody told me that was Abu in the hole,"

9    and the guy who told him that was Abu in the hole is no where

10   to be seen.   That's the link the Government is trying to make

11   by trying to prove a guy named Abu is in the hole.

12   The only way we can challenge that is to cross examine

13   this man.   "Who is the man who told this guy, Abu, was in the

14   hole?"  That's the guy who should be here.

15   MS. HECK-MILLER:   Your Honor, this man is expected to

16   testify there was a prisoner named Abu.   He was told it was a

17   Mandingo man and guerrilla fighting against Charles Taylor.

18   That's the portion I wish to have admitted, only for

19   perception.

20   I'm going to inquire how he knew what the man's name

21   was.   I may or may not go further, but I will do it in a way

22   that will give counsel an opportunity to further object.

23   MR. CARIDAD:   I want to make clear what our position

24   is.   For this man to say he was told this man was Mandingo,

25   that he was Abu, that's being offered for the truth.   That's

## Sieh - Direct

1  being offered for the fact there was a man at the base named

2  Abu and the man at the base was a Mandingo.  It's being offered

3  for that truth.

4           THE COURT:  Don't say the name.  Let's see what you

5  establish.

6           MS. HECK-MILLER:  May I draw a distinction the name,

7  Abu, and the fact he was told he was Mandingo?

8           I handed Mr. Wylie a moment ago a proposed

9  instruction.

10          MR. CARIDAD:  My objection is none of these names

11  should come out.  These names are important to the Government.

12  They're trying to prove people by these names were on the base.

13          How do they do that?  Not by bringing the people who

14  were on the base.  By bringing somebody who heard these people

15  were on the base.  How do I cross examine that?  It's being

16  offered for the truth.  The truth is Dujin was on the base, Abu

17  was on the base.  It's being offered for the truth.

18          THE COURT:  We addressed this earlier before the jury

19  came in.  I will give a limiting instruction and we'll see

20  whether you can bring the name of these people in and the

21  person's perception of what group they belonged to, over

22  defense objection.

23

24

25

**October 10, 2008**

## Sieh - Direct

1          [Proceedings in open court follow]:

2    BY MS. HECK-MILLER:

3    Q.   Mr. Sieh, I'd like to ask you now with regard to the

4    prisoner whose name you knew.  Do you recall that question?  I

5    asked you about a prisoner whose name you knew.

6    A.   Yes.

7    Q.   I want you to tell me, without telling us any name, how did

8    you know what his name was?  Do you understand my question?  I

9    do not want you to tell us the name.  I just want you to tell

10   us how you knew what his name was.

11          How was it that you knew the prisoner's name?

12   A.   From the MPs.

13   Q.   All right.

14          Now, with regard to this prisoner whose name you knew

15   from the MPs, were you told anything about what tribe he was

16   from?

17          MR. WYLIE:   Objection.  Hearsay.

18          THE COURT:   Overruled.

19   BY MS. HECK-MILLER:

20   Q.   Just answer "Yes" or "No" first, please.

21   A.   Ask again.

22   Q.   You heard something about what tribe he was from?

23   A.   I'm not understanding you.

24   Q.   This man whose name you knew, the prisoner whose name you

25   knew -- let me ask you first, the prisoner whose name you knew,

**October 10, 2008**

## Sieh - Direct

1  what did you, personally, observe about him?  Where did you see

2  him?

3  A.   I saw him in the field working.

4  Q.   How was in the field working.   What was he doing?

5  A.   Cutting bush.

6  Q.   What did he look like?

7  A.   He was creamed.

8  Q.   Creamed?

9  A.   Yes.

10  Q.   Now, this man that you saw cutting bush who was creamed,

11  were you told anything about what tribe he was from?

12        MR. WYLIE:   Same objection.

13  BY MS. HECK-MILLER:

14  Q.   You understand my question?

15  A.   Yes.

16  Q.   I'm just asking you not to tell us yet what tribe he was

17  from, but whether you learned something about what tribe he was

18  from

19  A.   Yes.

20        MS. HECK-MILLER:   Your Honor, I would ask for a

21  limiting instruction as I previously requested.

22        THE COURT:   Ladies and gentlemen, this evidence that

23  you're about to hear is not to be considered by you for its

24  truth, that is, its not truth as to whether the person was or

25  was not a member of the ULIMO or any other group.   Rather, it

**October 10, 2008**

## Sieh - Direct

1    is being admitted solely for the purpose of showing whether or

2    not the person was perceived or believed by an MP at the

3    Gbatala Base to be a member of such group.

4    BY MS. HECK-MILLER:

5    Q.   Mr. Sieh, what tribe were you told this prisoner was a

6    member of?

7    A.   Mandingo.

8    Q.   Were you also told, Mr. Sieh, who this Mandingo prisoner

9    was with regard to his background?  Again, I'm asking you to

10   just tell us "Yes" or "No" first.  Do you understand my

11   question?

12   A.   No.

13   Q.   Were you told anything about who this man was?

14   A.   Yes.

15          MS. HECK-MILLER:   Again, Your Honor, before

16   proceeding, I would ask for the same limiting instruction.

17          THE COURT:   The same limiting instruction I gave you

18   earlier, ladies and gentlemen, applies.

19   BY MS. HECK-MILLER:

20   Q.   Mr. Sieh, can you tell us, please, what you were told about

21   who this man was or why he was at Gbatala Base?

22   A.   Yes.

23   Q.   Tell us, please, what you heard in that regard.

24   A.   I was told by the MP that Abu was on Gbatala Base because

25   he was part of the forces that were trained in Guinea to come

## Sieh - Direct

1 and fight in Liberia.

2 Q.   Do you recall testifying on Wednesday concerning a man

3 named Prince Dujin?

4 A.   Yes.

5 Q.   Was Prince Dujin a soldier?   Withdrawn.

6         Was Prince Dujin an ATU recruit?

7 A.   Yes.

8 Q.   Were you told why Prince Dujin was arrested and taken to

9 the Village?

10 A.   Yes.

11 Q.   Who told you that?

12 A.   The MP told me.

13 Q.   Don't tell us anything further, Mr. Sieh.

14         MS. HECK-MILLER:   Your Honor, again I would ask for

15 the limiting instruction.

16         THE COURT:   Again, ladies and gentlemen, the evidence

17 is not to be considered by you for its truth.   It is admitted

18 solely for the purpose of showing whether or not the person was

19 perceived or believed by an MP at the base to be a member of a

20 particular group.

21 BY MS. HECK-MILLER:

22 Q.   Mr. Sieh, what were you told by the MPs as to why this man

23 was arrested and taken to the Village?

24 A.   Prince Dujin?

25 Q.   Prince Dujin, yes.

**October 10, 2008**

## Sieh - Direct

1  A.   According to the MP, Prince Dujin was arrested because

2  during the war he were fighting for ULIMO.

3  Q.   Thank you.

4          Mr. Sieh, are you familiar with the word or the term

5  "tabie"?  Do you know what that is?

6  A.   Yes.

7  Q.   When did you learn about tabie?

8  A.   During training at Gbatala.

9  Q.   While you were at Gbatala, did you see anybody tabied?

10 A.   Yes.

11 Q.   Could you tell us, please, under what circumstances you saw

12 anybody at Gbatala Base who was tabied?

13 A.   I saw somebody being tabied in a pickup.

14 Q.   How many detainees did you see in the pickup?

15 A.   About five.

16 Q.   Can you describe what they saw?

17 A.   They were sitting at the back of the pickup without shirts

18 on and they drove at the Village.

19 Q.   What did you observe about them with regard to whether they

20 were tabied?

21 A.   Go again.

22 Q.   What did you see about these persons as to whether they

23 were tabied?

24 A.   They were put in jail.

25 Q.   And were they tabied when you saw them?

**October 10, 2008**

## Sieh - Direct

1  A.   Yes.

2  Q.   Mr. Sieh, previously you've testified with regard to being

3  trained in the use of weapons.   Do you recall that?

4  A.   Yes.

5  Q.   Where on Gbatala Base did that training take place?

6  A.   At Gbatala Base, they have the training ground around the

7  obstacle field.

8          MS. HECK-MILLER:   Agent Naples, could you, please,

9  show us what has previously been received in evidence, GB 63.

10  BY MS. HECK-MILLER:

11  Q.   Mr. Sieh, could you look at that first --

12          MS. HECK-MILLER:   And GB 65 also, received in

13  evidence.

14  BY MS. HECK-MILLER:

15  Q.   Take a look at that one and also received in evidence GB

16  66.

17          AGENT NAPLES:   (Complied.)

18  BY MS. HECK-MILLER:

19  Q.   Those three photographs, Mr. Sieh, do you recognize them?

20  A.   Yes.

21  Q.   What are those three photographs of?

22  A.   This area is around the Gbatala Base.

23  Q.   And do you recognize what part of Gbatala Base is shown in

24  those photographs?

25  A.   Yes.

**October 10, 2008**

## Sieh - Direct

1  Q.  What part is that?

2  A.  Close by the road leaving where we go to take training.

3  Q.  With regard to these posts, do you recognize this area as

4  an area where certain types of activities take place at Gbatala

5  Base?

6  A.  No.

7  Q.  When you did target practice, Mr. Sieh, were posts used?

8  A.  Say it again.

9  Q.  When you did target practice, were posts used, sticks?

10  A.  Yes.

11  Q.  What were the sticks used for?

12  A.  Ask again.

13  Q.  What were the sticks used for during target practice?

14  A.  The sticks were planted on the ground and the target were

15  nailed on it.

16  Q.  The target?

17  A.  Yes.

18  Q.  When you had obstacle practice, were sticks like this used?

19  A.  No.

20  Q.  What was the location of the obstacle area in relationship

21  to the Village?

22  A.  The obstacle, you can stay on the obstacle field and see

23  the Village.

24  Q.  With regard to the target range, Mr. Sieh, did you ever see

25  Chuckie Taylor at the target range?

**October 10, 2008**

## Sieh - Direct

1    A.   Yes.

2    Q.   Did you see -- withdrawn.

3         Based on what you observed, did Chuckie Taylor use the

4    target range rarely or often.

5    A.   Ask again.

6    Q.   Based on what you saw --

7    A.   Aha.

8    Q.   -- did Chuckie Taylor use the target range rarely, just a

9    few times, or often, many times?

10   A.   Many times.

11   Q.   What did you see -- withdrawn.

12        Did you see Chuckie Taylor practicing shooting at the

13   target range?

14   A.   Yes.

15   Q.   Was he a good shot or was he a poor shot?

16   A.   Good shot.

17   Q.   What did you observe about whether Chuckie Taylor would

18   regularly go to the target range when he came to Gbatala Base?

19   A.   Ask again.

20   Q.   What did you observe or see yourself about whether Chuckie

21   Taylor would regularly go to the target range when he came to

22   Gbatala Base?

23   A.   When he come on the base, he drive straight on the firing

24   range and with no time, we start to hear it, his shooting

25   sound.

**October 10, 2008**

## Sieh - Direct

1   Q.   Did you observe whether or not Chuckie Taylor regularly

2   carried a weapon?

3   A.   Go again.

4   Q.   Did you observe -- did you see yourself whether or not

5   Chuckie Taylor regularly carried a weapon?

6   A.   Yes.

7   Q.   What did you see or observe about that?

8   A.   I saw him with weapon.

9   Q.   What weapon did you -- withdrawn.

10          What type of weapon did you see Chuckie Taylor carry?

11  A.   A pistol.

12  Q.   And did you see him carry that pistol just a few times,

13  sometimes, all the time.  Just give us an idea.

14  A.   All the time.

15  Q.   Mr. Sieh, was there electricity at Gbatala Base?

16  A.   Yes.

17  Q.   How was it that there was electricity at Gbatala Base?

18  A.   There was a generator.

19  Q.   Mr. Sieh, was there radio communication at Gbatala Base?

20  A.   Yes.

21  Q.   How was it that there was radio communication at Gbatala

22  Base?

23  A.   There was a base radio.

24  Q.   Were you one of the people who operated the base radio?

25  A.   No.

**October 10, 2008**

## Sieh - Direct

1   Q.   Did you observe whether there were other ATU soldiers

2   besides yourself who operated the base radio?

3   A.   Yes.

4   Q.   What did you observe in that regard?

5   A.   They have radio operator and they have the radio room

6   Q.   Mr. Sieh, when you were at Gbatala Base, were you afraid of

7   Chuckie Taylor?

8   A.   Yes.

9   Q.   When you were at Gbatala Base, did you observe whether

10  other ATU soldiers appeared to be afraid of Chuckie Taylor?

11           MR. WYLIE:   Objection.   Speculation.   Relevance.

12           MS. HECK-MILLER:   Let me rephrase it, Your Honor.

13  I'll ask it a different way.

14  BY MS. HECK-MILLER:

15  Q.   Mr. Sieh, what, if anything, did you observe ATU soldiers

16  to do when Chuckie Taylor came on the base?

17  A.   What I observe in many occasions when Chuckie arrive on the

18  base, Compari would ask us, would order us to go indoor.   Many

19  times when Chuckie arrived on the base where he sit, no recruit

20  go around.

21  Q.   Mr. Sieh, you told us previously that you graduated from

22  Gbatala Base on December 15th, 1999.   Do you recall that?

23  A.   Yes.

24  Q.   At graduation, was there a ceremony?

25  A.   Yes.

**October 10, 2008**

## Sieh - Direct

1  Q.   And before graduation, before that ceremony, who was the

2  most high person in the government that you saw at Gbatala

3  Base?

4  A.   Go again.

5  Q.   Before the graduation day, who was the highest government

6  person that you saw at Gbatala Base?

7  A.   Chuckie Taylor.

8  Q.   Did other government people come to graduation day on

9  December 15th, 1999 at Gbatala Base?

10 A.   Yes.

11 Q.   To your knowledge, was this the first time that the ATU had

12 a graduating class?

13 A.   Yes.

14 Q.   Was the public allowed to attend that graduation?

15 A.   No.

16 Q.   Were your families allowed to attend that graduation?

17 A.   No.

18 Q.   What individuals do you remember attending that graduation

19 besides the ATU soldiers themselves?

20 A.   Charles Taylor, Benjamin Yeaten.

21 Q.   Who was Benjamin Yeaten?

22 A.   The director.

23 Q.   And did you know who Benjamin Yeaten was before that

24 graduation day?

25 A.   Yes.

## Sieh - Direct

1   Q.   Had you seen him before that day?

2   A.   Yes.

3   Q.   How was it or where was it that you had seen Benjamin

4   Yeaten before that graduation do?

5   A.   During NPFL.

6   Q.   Had you ever seen Benjamin Yeaten -- withdrawn.

7            Before that graduation day, did you know where

8   Benjamin Yeaten lived?

9   A.   Yes.

10  Q.   How is it that you knew where Benjamin Yeaten lived?

11  A.   Benjamin Yeaten and I lived in the same community.

12  Q.   And where was it that Benjamin Yeaten lived?

13  A.   Congotown.

14  Q.   Where in Congotown?

15  A.   Behind Charles Taylor's house.

16  Q.   Which house of Charles Taylor's?

17  A.   Go again.

18  Q.   Did Charles Taylor's house have a name?

19  A.   Yes.

20  Q.   What was the name of Charles Taylor's house?

21  A.   Whiteflower.

22  Q.   Where in relationship to Whiteflower was Benjamin Yeaten's

23  house?

24  A.   Ask again.

25  Q.   Where in relationship to Whiteflower was the house of

**October 10, 2008**

## Sieh - Direct

1   Benjamin Yeaten?

2   A.   Benjamin Yeaten's house was right behind Charles Taylor's

3   house, down the hill.

4   Q.   What other persons do you recall being at graduation?

5   A.   Chuckie Taylor and other foreign guests.

6   Q.   Did the base commander attend graduation?

7   A.   Yes.

8   Q.   Who was that?

9   A.   David Compari.

10  Q.   Now, you said there were other foreign guests.  Is that

11  correct?

12  A.   Yes.

13  Q.   From what you recall, were these foreign guests important

14  people or not important people?

15  A.   Important people.

16  Q.   In what way?

17  A.   Because I saw them -- they went with Charles Taylor and

18  they were sitting, they were sitting with Charles Taylor.

19  Q.   Do you remember what countries they were from?

20  A.   No.

21  Q.   Were they all from Africa?

22  A.   Yes.

23  Q.   Were there any white people at the graduation?

24  A.   No.

25  Q.   Where were the white trainers or instructors?  Were they at

**October 10, 2008**

## Sieh - Direct

1  the graduation?

2  A.   No.

3  Q.   Was their role mentioned or acknowledged at the graduation?

4  A.   Go again.

5  Q.   Was the role of those trainers, Oscar, Phelps, Menno and

6  Mr. Jerry, was their role mentioned or acknowledged at the

7  graduation?

8  A.   No.

9          MR. WYLIE:   Objection.   Relevance.

10         THE COURT:   Overruled.

11 BY MS. HECK-MILLER:

12 Q.   What uniform did the ATU soldiers wear at their graduation?

13 A.   Tiger stripe.

14 Q.   Did anybody speak at the graduation?

15 A.   Yes.

16 Q.   Who spoke at the graduation?

17 A.   Charles Taylor.

18 Q.   What did Charles Taylor say at the graduation?

19         MR. WYLIE:   Objection.   Hearsay.

20         MS. HECK-MILLER:   Your Honor, 801(d)(2)(d) and (c).

21 Joint venture.

22         THE COURT:   Overruled.

23 BY MS. HECK-MILLER:

24 Q.   You may answer the question, Mr. Sieh.

25 A.   Ask again.

**October 10, 2008**

## Sieh - Direct

1  Q.    What did Charles Taylor say at the graduation?

2  A.    I can remember he said he satisfied with the level of

3  training because everything that we learn were demonstrated

4  during the graduation and he 100 percent satisfied and he

5  promises that ATU would be his bodyguard, be responsible to

6  guard the Executive Mansion, guard him and his family, and the

7  ATU would be paid and they will live on the Executive Mansion

8  and would be well taken care of.

9  BY MS. HECK-MILLER:

10  Q.    After graduation, Mr. Sieh, what was your first assignment

11  at the ATU?

12  A.    On the mansion ground.

13  Q.    What responsibility did you have at the mansion?

14  A.    To put out patrols.

15  Q.    At the Executive Mansion, was the ATU responsible for

16  guarding every part of the Executive Mansion?

17  A.    No.

18  Q.    What part of the Executive Mansion was the ATU responsible

19  for?

20  A.    The outside part.

21  Q.    The outer part?

22  A.    Yes.

23  Q.    The grounds?

24  A.    Yes.

25  Q.    The perimeter?

October 10, 2008

Sieh - Direct

1   A.   Yes.

2   Q.   What about the actual inside of the Executive Mansion

3   building?  Was the ATU responsible for guarding that?

4   A.   No.

5   Q.   Who or what entity was responsible for guarding the inside

6   of the Executive Mansion?

7   A.   SSS.

8   Q.   What was the SSS?

9   A.   Special Security Service.

10  Q.   When you were assigned to the Executive Mansion, where did

11  you live?

12  A.   At the ATU barracks on Executive Mansion.

13  Q.   Was that right on the grounds of the Executive Mansion?

14  A.   Yes.

15          MS.  HECK-MILLER:   Your Honor, I'd like to show the

16  witness some photographs marked for identification at this

17  point.

18          If you could show for identification, Agent Naples, AT

19  6.

20      [Government Exhibit AT 6 marked for identification at

21          AGENT NAPLES:   (Complied.)

22  BY MS.  HECK-MILLER:

23  Q.   Mr. Sieh, do you see that photograph, AT 6, that's on the

24  screen?

25  A.   Yes.

October 10, 2008

## Sieh - Direct

1  Q.   Do you recognize what is shown in that photograph?

2  A.   Yes.

3  Q.   What does that photograph show?

4  A.   One of the buildings at the Executive Mansion.

5  Q.   What building is it?  Do you recognize it?

6  A.   Yes.

7  Q.   What is the building?

8  A.   One of the buildings that were used by the ATU.

9  Q.   And does that truly and accurately show what that building

10  looks like?

11  A.   Go again.

12  Q.   Is that a true and accurate picture of what that picture

13  looks like?

14  A.   No.

15  Q.   In what ways is it different?

16  A.   The way it painted.

17  Q.   In what way is it different from what you remember?

18  A.   Go again.

19  Q.   Mr. Sieh, I just asked you is this picture, AT 6, a true

20  and accurate picture of the building?

21  A.   Yes.

22  Q.   It is?

23  A.   Yes.

24        MS. HECK-MILLER:   All right.

25        If we could show, also marked for identification

**October 10, 2008**

## Sieh - Direct

1  purposes, AT 7.

2           AGENT NAPLES:   (Complied.)

3       [Government Exhibit AT 7 marked for identification at

4  9:58 a.m]

5  BY MS. HECK-MILLER:

6  Q.   Do you see this photograph, AT 7?  Do you see that,

7  Mr. Sieh, on the screen?

8  A.   Yes.

9  Q.   Do you recognize what is shown in that picture?

10  A.   Yes.

11  Q.   What is shown in that picture?

12  A.   One of the building on the mansion, one of the old

13  buildings the ATU used before.

14  Q.   If you would, please, look at what is also marked for

15  identification, AT 8.

16           AGENT NAPLES:   (Complied.)

17       [Government Exhibit AT 8 marked for identification at

18  9:59 a.m]

19  BY MS. HECK-MILLER:

20  Q.   Do you recognize the picture you see before you?

21  A.   Yes.

22  Q.   What do you recognize in that picture?

23  A.   Also one of the building that the ATU were using.

24  Q.   That the ATU was using where?

25  A.   At the mansion.

**October 10, 2008**

**Sieh - Direct**

1   Q.   And are these last two pictures, AT 7 and AT 8, also

2   accurate pictures of the buildings that they show?

3   A.   Go again.

4   Q.   Are these pictures accurate in showing the buildings?

5   A.   Yes.

6           MS. HECK-MILLER:   Your Honor, the Government offers in

7   evidence AT 6, AT 7, AT 8.

8           MR. WYLIE:   No objection.

9           THE COURT:   Admitted.

10  [Government Exhibits AT 6, AT 7, AT 8 received in evidence at

11  BY MS. HECK-MILLER:

12  Q.   Mr. Sieh, let's take a look first at this picture.

13          MS. HECK-MILLER:   If we could now publish AT 8.

14  BY MS. HECK-MILLER:

15  Q.   What is shown in AT 8?   Please describe the parts of it to

16  us.

17  A.   I don't understand you.

18  Q.   Well, do you recognize the tree, for instance?

19  A.   Yes.

20  Q.   What tree is that?

21  A.   An almond tree.

22  Q.   Do you remember that almond tree?

23  A.   Yes.

24  Q.   What is the building that's next to the almond tree?

25  A.   This almond tree is right before one, right before this

**October 10, 2008**

## Sieh - Direct

1    building at the Executive Mansion.

2    Q.    And this building behind the almond tree, was that building

3    used by the ATU when you were at the Executive Mansion that you

4    could see?

5    A.    Yes.

6    Q.    What was that building used for by the ATU that you could

7    see?

8    A.    It had offices in that building.

9    Q.    What kind of offices did the ATU have in that building?

10   A.    In this building we have, the G-2 have their office there.

11   Q.    The G-2?

12   A.    Yes.

13   Q.    What was the G-2?

14   A.    They investigate.

15   Q.    They investigated?

16   A.    Yes.

17   Q.    Do you remember other types of offices that were in that

18   building that's shown in AT 8?

19   A.    No.

20   Q.    Let's take a look, please -- before we go on, Mr. Sieh,

21   were you ever inside that building?

22   A.    (Indicating.)

23   Q.    Did you hear my question?

24   A.    Go ahead.

25   Q.    Were you ever inside that building, the same one shown on

**October 10, 2008**

## Sieh - Direct

1   AT 8?

2   A.   Were I been there?

3   Q.   Were you ever in that building?  That's my question.  Were

4   you ever in that building?

5   A.   Yes.

6   Q.   About how many times?  Just one time or many times?

7   A.   Many times.

8   Q.   What were you in that building for?  What made you go into

9   that building on those many times?

10  A.   I went in that building to visit the G-2 commander at the

11  time.  I went in that building to carry document to him at the

12  time.

13  Q.   I'd like you to take a look at AT 6.

14          MS. HECK-MILLER:  If we could go back to that one,

15  Agent Naples.

16          AGENT NAPLES:  (Complied.)

17  BY MS. HECK-MILLER:

18  Q.   Can you tell us, please, which buildings here were used by

19  the ATU that you saw when you were assigned to the Executive

20  Mansion.

21  A.   Go again.

22  Q.   Could you tell us, please, looking at this photograph,

23  which of these buildings were used by the ATU when you worked

24  at the Executive Mansion.

25  A.   All these buildings in this photo were used by the ATU.

**October 10, 2008**

## Sieh - Direct

1    Q.   Looking first at the building in the foreground --

2              MS. HECK-MILLER:   Agent Naples, could you put a box on

3    that?

4              AGENT NAPLES:   (Complied.)

5    BY MS. HECK-MILLER:

6    Q.   You see this building that has the red box around it?

7    A.   Yes.

8    Q.   Mr. Sieh, what was that building used for is?

9    A.   For office.

10             MS. HECK-MILLER:   Could you take the box off, Agent

11   Naples, and now put the box on the building or buildings with

12   red roofs in the background of the photograph.

13             AGENT NAPLES:   (Complied.)

14   BY MS. HECK-MILLER:

15   Q.   Mr. Sieh, you see the building or buildings that now have

16   the box around then?

17   A.   Yes.

18   Q.   Is that one building or more than one building?

19   A.   More than one.

20             MS. HECK-MILLER:   Agent Naples, why don't you take

21   that box off and try to isolate one of those roofs so we're

22   looking at just one.   Could you put a box on the right-hand

23   side, one of those roofs and the building underneath it.

24             AGENT NAPLES:   (Complied.)

25   BY MS. HECK-MILLER:

**October 10, 2008**

## Sieh - Direct

1  Q.  Mr. Sieh, you see there's a box around the farther building

2  with the red roof?

3  A.  Yes.

4  Q.  What is that building?  What was that used for by the ATU

5  during the time that you were there?

6  A.  Office.

7       MS. HECK-MILLER:  Agent Naples, could you take that

8  box off and now put the box on the next building to the

9  immediate left.

10       AGENT NAPLES:  (Complied.)

11       MS. HECK-MILLER:  If we can just put the box on the

12  building with the red roof, the one building, yes.

13       AGENT NAPLES:  (Complied.)

14  BY MS. HECK-MILLER:

15  Q.  Mr. Sieh, you now see the box around another building?

16  A.  Yes.

17  Q.  What was that building used for by the ATU when you were at

18  the Executive Mansion?

19  A.  For office.

20       MS. HECK-MILLER:  Agent, if you could take off the

21  boxes and take off the zoom

22       AGENT NAPLES:  (Complied.)

23  BY MS. HECK-MILLER:

24  Q.  Is there anything in this photograph that shows where the

25  barracks was?

**October 10, 2008**

## Sieh - Direct

1  A.   Go again.

2  Q.   Is there anything in this photograph, AT 6, that shows

3  where the barracks was?

4  A.   Yes.

5  Q.   What is that?

6  A.   The whole area where these buildings are, it was all

7  considered barracks.

8  Q.   It was all considered the barracks.  Correct?

9  A.   Yes.

10       MS. HECK-MILLER:   Agent Naples, could we now go back

11  to AT 7, please.

12       AGENT NAPLES:   (Complied.)

13  BY MS. HECK-MILLER:

14  Q.   Mr. Sieh, specifically what were the buildings shown in

15  this photograph used for at the time that you were working at

16  the Executive Mansion?

17  A.   Those buildings were used -- they had offices in those

18  buildings.

19  Q.   Who used those offices?

20  A.   The staff at ATU.

21  Q.   Was this the senior staff or junior staff?

22  A.   The junior staff in this building.

23  Q.   Do you see the vehicle in this photograph?

24  A.   Yes.

25  Q.   Do you recognize that type of vehicle?

**October 10, 2008**

**Sieh - Direct**

1  A.  Yes.

2  Q.  What do you recognize that type of vehicle to be?

3  A.  One of the jeep ATU was using before, but it's broke.

4  Q.  This is broken now?

5  A.  Yes.

6  Q.  Does that still have the ATU plate on it?

7  A.  Go ahead.

8       MS. HECK-MILLER:   Agent Naples, could you blow up the

9  vehicle, please.

10       AGENT NAPLES:   (Complied.)

11  BY MS. HECK-MILLER:

12  Q.  Does this vehicle still have the ATU lettering on it?

13  A.  Yes.

14  Q.  Mr. Sieh, when you were at the Executive Mansion working

15  for the ATU, where did the ATU keep its supplies?

16  A.  In one of the building at the Executive Mansion.

17  Q.  Were there any supplies that were kept by the ATU at a

18  location other than the Executive Mansion?

19  A.  Go again.

20  Q.  Were there any supplies of the ATU that were kept some

21  place besides the Executive Mansion?

22  A.  Yes.

23  Q.  And where was that?

24  A.  Whiteflower.

25  Q.  And what supplies were kept at Whiteflower that you saw?

## Sieh - Direct

1          MR. WYLIE:   Objection.   Relevance.

2          THE COURT:   Overruled.

3  BY MS. HECK-MILLER:

4  Q.   You may answer that question.   Do you recall the question?

5  A.   Yes.

6  Q.   Could you answer the question?

7  A.   Ammunition, food.

8  Q.   Did you work at Whiteflower as well as at the Executive

9  Mansion when you had your assignment in Monrovia?

10  A.   Yes.

11  Q.   What kind of work did you do at Whiteflower?

12  A.   I took patrols there.

13  Q.   Did you patrol the inside or the outside?

14  A.   The inside also.

15  Q.   Did you patrol the private apartment of Charles Taylor or

16  the public parts of Whiteflower?

17  A.   The private part.

18          MS. HECK-MILLER:   Agent, could you tell me, please, is

19  WF 1 in evidence or not?

20          AGENT NAPLES:  (Indicating.)

21  BY MS. HECK-MILLER:

22  Q.   I'd like to show you what is marked for identification

23  purposes as WF 1 on the screen.

24      [Government Exhibit WF 1 marked for identification at

25  10:10 a.m]

**October 10, 2008**

## Sieh - Direct

1  BY MS. HECK-MILLER:

2  Q.   Do you see that photograph?

3  A.   Yes.

4  Q.   Do you recognize what is shown in that photograph?

5  A.   Yes.

6  Q.   What is shown in that photograph?

7  A.   A car road and buildings.

8  Q.   Do you recognize any of the buildings?

9  A.   Yes.

10 Q.   What buildings do you recognize?

11 A.   This is Congotown and I recognize the Whiteflower.

12 Q.   And is this a picture of Congotown the way it looked in

13 1999 or the way it looks now?

14 A.   The way it looks now.

15 Q.   And the building of Whiteflower itself, is that what it

16 looked like back in 1999?

17 A.   Go again.

18 Q.   The building of Whiteflower that you saw in that

19 photograph, is that what it looked like in 1999?

20 A.   No.

21 Q.   In what way is it different?

22 A.   The difference, there is the fence by the Whiteflower now.

23 It wasn't there.   The closing that there now, it wasn't there.

24 Q.   Apart from the fence and the closing, does the building

25 itself look the same as it did in 1999?

**October 10, 2008**

## Sieh - Direct

1   A.   Yes.

2           MS. HECK-MILLER:   The Government offers WF 1.

3           MR. WYLIE:   No objection.

4           THE COURT:   Admitted.

5    [Government Exhibit WF 1 received in evidence at 10:12 a.m]

6           MS. HECK-MILLER:   Thank you, agent.   If you could take

7 down that photograph.

8           AGENT NAPLES:   (Complied.)

9 BY MS. HECK-MILLER:

10   Q.   Mr. Sieh, at the Executive Mansion where you worked as your

11 first assignment after graduation, was there a jail at the

12 Executive Mansion?

13   A.   Yes.

14   Q.   What was the jail at the Executive Mansion like?

15   A.   The MP cell.

16   Q.   And who handled the prisoners at the Executive Mansion?

17   A.   The MP commander.

18   Q.   Mr. Sieh, once you began your assignment at the Executive

19 Mansion after graduation from Whiteflower, was there a change

20 in the command of the ATU?

21           MR. WYLIE:   Objection.   Hearsay.   Lack of personal

22 knowledge.

23           MS. HECK-MILLER:   May I ask a foundational question?

24           THE COURT:   You may.

25 BY MS. HECK-MILLER:

**October 10, 2008**

## Sieh - Direct

1    Q.   Mr. Sieh, after you graduated from the ATU at Gbatala Base

2    did you, personally, learn of a change in command at the ATU?

3    A.   Yes.

4              MR. WYLIE:   Same objection.

5              MS. HECK-MILLER:   Your Honor, I believe the foundation

6    has been shown and would ask to proceed.

7              MR. WYLIE:   It's hearsay, Your Honor.

8              THE COURT:   There's no pending question.   What is the

9    next question?

10   BY MS. HECK-MILLER:

11   Q.   Mr. Sieh, who was it that took on command of the ATU after

12   you graduated from Whiteflower?

13             MR. WYLIE:   Objection.   Hearsay.

14             THE COURT:   Overruled.

15   A.   Answer?

16   Q.   You may answer, yes.

17   A.   Montgomery Dolo.

18   Q.   Who was Montgomery Dolo?

19   A.   Montgomery Dolo graduated with us.

20   Q.   After you graduated from Gbatala Base in December of 1999

21   and were working at the Executive Mansion, did you ever see

22   Chuckie Taylor there?

23   A.   Yes.

24   Q.   How often?

25   A.   All the time.

**October 10, 2008**

## Sieh - Direct

1  Q.   What did you see Chuckie Taylor doing at Whiteflower all

2  the time?

3  A.   Go again.

4  Q.   What did you see Chuckie Taylor doing when you would see

5  him at the Executive Mansion as you said all the time?

6  A.   He have an office there.

7  Q.   And did you see him go to that office?

8  A.   Yes.

9  Q.   Did you see that just once in a while?  Did you see it many

10 days?  Did you see it every day?  Please give us an idea of how

11 often you saw Chuckie Taylor going to his office at the

12 Executive Mansion when you did your first assignment there

13 after graduating from Gbatala Base.

14 A.   It was the days of the week, from Monday to Friday.

15 Q.   And were you able to observe whether Chuckie Taylor still

16 gave orders with regard to the ATU after you graduated from

17 Gbatala Base?

18 A.   Yes.

19 Q.   What did you observe about that?

20 A.   I observe --

21 Q.   What did you see or observe as to whether Chuckie Taylor

22 still gave orders to the ATU after your graduation?

23 A.   I observing talking with Montgomery Dolo.  I observe him

24 ATU officers go to him in office.  I observe they all would

25 carry document to him at the office.

**October 10, 2008**

## Sieh - Direct

1   Q.   Did you observe Chuckie Taylor when he spoke to Montgomery

2   Dolo giving orders?

3   A.   Yes.

4   Q.   When you saw Chuckie Taylor coming to his office every work

5   day during this first assignment at the Executive Mansion, what

6   was Chuckie Taylor wearing?

7   A.   Uniform

8   Q.   What uniform?

9   A.   Tiger stripe.

10   Q.   A uniform of the ATU?

11   A.   Yes.

12   Q.   Did you observe whether Chuckie Taylor was accompanied by

13   bodyguards when you would see him going to his office every

14   work day during this time?

15   A.   Yes.

16   Q.   What did you observe in that regard?

17   A.   He have both bodyguards.

18   Q.   Did you observe whether anybody continued to call Chuckie

19   Taylor chief after you graduated from Gbatala Base?

20   A.   Yes.

21   Q.   What did you observe in that regard?

22   A.   He was called chief.

23   Q.   Are you familiar with the letters GOC?

24   A.   Yes.

25   Q.   What is GOC?

**October 10, 2008**

## Sieh - Direct

1   A.   General Officer Commander.

2   Q.   And was there any individual that was known as the GOC

3   after you graduated from Gbatala Base?

4   A.   Yes.

5   Q.   Who was that?

6   A.   Chuckie Taylor.

7   Q.   While you were assigned to the Executive Mansion during

8   that first assignment following graduation, were there times

9   when you were assigned to do anything at Chuckie Taylor's home?

10  A.   Go again.

11  Q.   Did you have any duties at the home of Chuckie Taylor?

12  A.   No.

13  Q.   Did you ever visit the home of Chuckie Taylor?

14  A.   Yes.

15  Q.   Where was the home of Chuckie Taylor?

16  A.   On the Bele Town Road, Congotown.

17  Q.   Earlier you told us about Chuckie Taylor having a house

18  behind Kiss FM radio.   Do you recall that?

19  A.   Yes.

20  Q.   Once you got to your first assignment at the Executive

21  Mansion, was that still the house of Chuckie Taylor or was it a

22  different house?

23  A.   Different house.

24  Q.   Were you ever inside that new house?

25  A.   No.

**October 10, 2008**

## Sieh - Direct

1   Q.   Were you outside that new house?

2   A.   Yes.

3            MS. HECK-MILLER:   Agent, could you, please, place on

4   the screen -- I believe it has now been admitted in evidence --

5   CG 6.

6            AGENT NAPLES:   (Complied.)

7   BY MS. HECK-MILLER:

8   Q.   Do you recognize this photograph?

9   A.   Yes.

10  Q.   What is this a photograph of?

11  A.   A building.

12  Q.   Do you recognize what building it is?

13  A.   Yes.

14  Q.   What building is it?

15  A.   The building that Chuckie living in Congotown.

16  Q.   Mr. Sieh, after you were sent to your first assignment at

17  the Executive Mansion, did you get any additional training?

18  A.   Yes.

19  Q.   Were you sent some place for training?

20  A.   Yes.

21  Q.   Where were you sent for training?

22  A.   Camp Scheufflin.

23  Q.   Is that Scheufflin, spelled S-c-h-e-u-f-f-l-i-n?

24  A.   Yes.

25  Q.   What is Scheufflin?

**October 10, 2008**

## Sieh - Direct

1   A.   Scheufflin is a military base.

2   Q.   Is it in Monrovia?

3   A.   Outside of Monrovia.

4   Q.   It's within easy reach to Monrovia.  It's close to

5   Monrovia?

6   A.   Yes.

7   Q.   What kind of training were you sent to Scheufflin for?

8   A.   Officer course.

9   Q.   There was an officer course of the ATU?

10  A.   Yes.

11  Q.   When were you sent to Scheufflin for an officer course?

12  A.   Go again.

13  Q.   When did that happen?

14  A.   (No response.)

15  Q.   Let me ask you this way:  Mr. Sieh, how long did you have

16  your first assignment at the Executive Mansion before you got

17  sent for that officer course?

18  A.   Over three months.

19  Q.   Some months?

20  A.   Yes.

21  Q.   And how long did the officer training course last?

22  A.   One month, two weeks.

23  Q.   Were you the only one at this course or were there other

24  people at the ATU officer training course taking the course

25  with you?

**October 10, 2008**

## Sieh - Direct

1  A.   Other people.

2  Q.   About how many?

3  A.   The schedule, the schedule by battalion.   First battalion

4  go.   They spend one month, two weeks.   The second battalion

5  goes, one month, two weeks.

6  Q.   They send battalions in order?

7  A.   Yes.

8  Q.   What kind of classes did you get?   Withdrawn.

9       Who were the instructors at the officer training

10  course?

11  A.   The same white people.

12  Q.   The same people as the instructors at --

13  A.   Gbatala.

14  Q.    -- Gbatala?

15  A.   Yes.

16  Q.   Oscar?

17  A.   Yes.

18  Q.   Phelps?

19  A.   Yes.

20  Q.   Menno?

21  A.   Yes.

22  Q.   Mr. Jerry?

23  A.   Yes.

24  Q.   What classes were you taught at the officer training

25  course?

## Sieh - Direct

1   A.   Go again.

2   Q.   What classes?  What topics were you taught at the officer

3   training course?

4   A.   We were taught the role of a leader, how to lead men on

5   battle front, Geneva Convention, how to prepare reports and

6   many more.

7   Q.   Were you taught anything about how to handle or treat

8   prisoners of war?

9   A.   Yes.

10  Q.   Were you taught anything about command and control?

11  A.   Yes.

12  Q.   What you were taught at the officer training course about

13  the Geneva Convention and treating prisoners of war and command

14  and control?  Was that the same way or different way of what

15  was done at Gbatala Base?

16  A.   Different way.

17          MR. WYLIE:   Objection.   Speculation.

18          MS. HECK-MILLER:   I'll rephrase, Your Honor.

19  BY MS. HECK-MILLER:

20  Q.   Mr. Sieh, what you were taught at the officer training

21  course about the Geneva Convention, how to treat POWs, command

22  and control?  Was that the same or different from what you had

23  personally seen at Gbatala Base?

24  A.   Different.

25  Q.   Now, Mr. Sieh,  after the officer training course at

**October 10, 2008**

## Sieh - Direct

1  Gbatala Base, did you get a new rank?

2  A.    Yes.

3  Q.    What was your rank after that course?

4  A.    Sergeant.

5  Q.    Was that the rank that you ended up with at the ATU?  Was

6  that your final rank?

7  A.    Yes.

8  Q.    Did you then have other assignments with the ATU?

9  A.    Yes.

10  Q.    Did you have an assignment at the Robert's Air Field?

11  A.    Yes.

12  Q.    Did you have an assignment on the Liberian side of the

13  border, the Ivory Coast?

14  A.    Yes.

15  Q.    Were those combat assignments or  not combat assignments?

16  A.    Not combat assignments.

17  Q.    Did there come a time when you were at the ATU when the

18  command changed again from Montgomery Dolo?

19  A.    Yes.

20  Q.    And who then became the commander?

21  A.    Mono Jibba.

22  Q.    Did you know who Mono Jibba was?

23  A.    Yes.

24  Q.    Who was he.

25  A.    Bodyguard commander of Charles Taylor?

October 10, 2008

## Sieh - Direct

1   Q.   Did he have a nickname?

2   A.   Yes.

3   Q.   What was his nickname?

4   A.   Bulldog.

5         MS. HECK-MILLER:   I would like to show the witness, if

6   I might, a document marked for identification purposes as CT

7   01.

8         [Government Exhibit CT 1 marked for identification at

9   10:26 a.m.]

10  BY MS. HECK-MILLER:

11  Q.   Mr. Sieh, do you see the photograph in front of you?

12  A.   Yes.

13  Q.   Do you recognize any people in that photograph?

14  A.   Yes.

15  Q.   What people do you recognize in that photograph?

16  A.   I recognize Mono Jibba.   I recognize Charles Taylor.

17        MS. HECK-MILLER:   The Government offers CT 1 in

18  evidence.

19        MR. WYLIE:   No objection.

20        THE COURT:   Admitted.

21        [Government Exhibit CT 1 received in evidence at

22  10:27 a.m.]

23        MS. HECK-MILLER:   May we publish, Your Honor.

24        THE COURT:   You may.

25  BY MS. HECK-MILLER:

**October 10, 2008**

## Sieh - Direct

1    Q.   Mr. Sieh, could you point out to us, please, by circling

2    the person with your finger, who is Mono Jibba?

3    A.   Yes.

4    Q.   Could you touch the person on the screen so we'll see a

5    mark.

6    A.   (Complied.)

7              MS. HECK-MILLER:   Agent Naples, could you put a box

8    around the person Mr. Sieh just indicated.

9              AGENT NAPLES:   (Complied.)

10   BY MS. HECK-MILLER:

11   Q.   Mr. Sieh, could you also show us by touching the person on

12   the screen that you recognize as Charles Taylor?

13   A.   (Complied.)

14             MS. HECK-MILLER:   Agent, could you put a box around

15   that person.

16             AGENT NAPLES:   (Complied.)

17             MS. HECK-MILLER:   Agent, could you take down the

18   picture.

19             AGENT NAPLES:   (Complied.)

20             THE COURT:   Is this a good time for a recess?

21             MS. HECK-MILLER:   Yes.

22             THE COURT:   Ladies and gentlemen, we'll take 10

23   minutes.   Please don't discuss the case.

24             [The jury leaves the courtroom at 10:28 a.m.]

25              [There was a short recess at 10:31 a.m.]

**October 10, 2008**

**Sieh - Direct**

1           THE COURT:   Bring the jury in.

2           [The jury returns to the courtroom at 10:43 a.m.]

3           THE COURT:   Everyone please be seated.

4           Do we have the heater in the right spot and the fan in

5   the right spot?

6           THE JUROR:   Yes.

7           THE COURT:   Please continue.

8   BY MS. HECK-MILLER:

9   Q.   Mr. Sieh, you told us you had other assignments at Roberts

10  Field air field and down by the Ivory Coast.  After those

11  assignments, did you go back to working at the Executive

12  Mansion at some point?

13  A.   Yes.

14  Q.   About when was that?

15  A.   I can't remember the date, but from the air field I went

16  back to the Executive Mansion.

17  Q.   Is that after Momo Jibba had taken over from Montgomery

18  Dolo?

19  A.   Yes.

20  Q.   When you were back at the Executive Mansion that second

21  time, Mr. Sieh, did you continue to see Chuckie Taylor at the

22  Executive Mansion?

23  A.   Yes.

24  Q.   Was it as often as you had seen him at the Executive

25  Mansion the first time?

**October 10, 2008**

## Sieh - Direct

1   A.   Not often.

2   Q.   About how often did you see Chuckie Taylor at the Executive

3   Mansion during this later assignment that you had there?

4   A.   Once a while.

5   Q.   When you saw Chuckie Taylor at the Executive Mansion during

6   that later assignment, what was he wearing?

7   A.   Uniform

8   Q.   What uniform?

9   A.   ATU uniform

10  Q.   When you would see Chuckie Taylor during that subsequent

11  assignment that you had at the Executive Mansion, did he have

12  any bodyguard accompanying him?

13  A.   Yes.

14  Q.   What bodyguard?

15  A.   ATU bodyguard.

16  Q.   When you would see Chuckie Taylor during this later

17  assignment that you had at the Executive Mansion, what did you

18  see Chuckie Taylor doing?

19  A.   Go again.

20  Q.   What did you see Chuckie Taylor doing at the Executive

21  Mansion when you would see him during this later assignment you

22  had there?

23  A.   He sometime visited the barracks and sometime go to his

24  father.

25  Q.   Did you see him give any orders?

**October 10, 2008**

## Sieh - Direct

1   A.   Go again.

2   Q.   Did you see Chuckie Taylor give any orders?

3   A.   No.

4   Q.   Who gave orders to Chuckie Taylor's bodyguards?

5   A.   Go again.

6   Q.   Who gave orders to Chuckie Taylor's bodyguards?

7   A.   Chuckie Taylor.

8   Q.   This later assignment you had at the Executive Mansion, was

9   that a combat assignment?

10  A.   No.

11  Q.   Did there come a time when you had a combat assignment with

12  the ATU?

13  A.   Yes.

14  Q.   And what happened that caused you to get a combat

15  assignment with the ATU?

16  A.   The rebels enter in the area of the Bong Mines.

17  Q.   What rebels entered in the area called Bong Mines?

18  A.   The LURD.

19  Q.   That's L-U-R-D?

20  A.   Yes.

21  Q.   Once the LURD had entered Bong Mines, did that affect you

22  and your assignment?

23  A.   Yes.

24  Q.   What happened to you once the rebels entered Bong Mines?

25  A.   I was sent in Bong Mines.

**October 10, 2008**

## Sieh - Direct

1  Q.   When was that?

2  A.   When Mono Jibba was the commander.

3  Q.   Can you give us a year?

4  A.   (No response.)

5  Q.   Let me ask it this way, Mr. Sieh.

6  A.   Yes.

7  Q.   Do you remember 9/11 2001 when the Twin Towers were

8  attacked in America?  Do you remember that event?

9  A.   Yes.

10  Q.   Where were you when that event took place?

11  A.   I was in Bong Mines.

12  Q.   So on 9/11 2001 you had been sent to Bong Mines by then on

13  your combat assignment?

14  A.   Yes.

15  Q.   Is that right?

16  A.   Yes.

17  Q.   When you were assigned to Bong Mines, were you staying

18  there every day all the time?

19  A.   Yes.

20  Q.   Did you come back to Monrovia from time to time?

21  A.   Yes.

22  Q.   How often did you come back to Monrovia?

23  A.   In every two weeks, I come for one weekend.

24  Q.   When you would come back to Monrovia, did you ever see

25  Chuckie Taylor after you had begun that combat assignment at

**October 10, 2008**

## Sieh - Direct

1   Bong Mines?

2   A.   Yes.

3   Q.   Where did you see Chuckie Taylor when you would come back

4   to Monrovia?

5   A.   At the Whiteflower.

6   Q.   And how was it that you would be seeing Chuckie Taylor at

7   Whiteflower?

8   A.   During my weekend in Monrovia, I visited Whiteflower.

9   Q.   Were you working at Whiteflower?

10   A.   No.

11   Q.   Why were you visiting at Whiteflower?

12   A.   At Whiteflower all my friends, and sometime I would be at

13   Whiteflower.

14   Q.   When you saw Chuckie Taylor at Whiteflower during this

15   time, what was he wearing?

16   A.   Uniform

17   Q.   What uniform?

18   A.   ATU uniform

19   Q.   Mr. Sieh, did there come a time when you left Bong Mines

20   and took up another combat assignment?

21   A.   Yes.

22   Q.   When was that and what was the new combat assignment?

23          MR. WYLIE:   Objection.  Relevance.

24          THE COURT:   Overruled.

25   A.   Answer?

**October 10, 2008**

## Sieh - Direct

1  Q.  Do you remember the question?

2  A.  Yes.

3  Q.  When was that and what was the new combat assignment?

4  A.  When the LURD forces enter in Monrovia.

5  Q.  Do you know what year that was?

6  A.  2003.

7  Q.  Were you sent to help in that fight?

8  A.  Yes.

9  Q.  Now, Mr. Sieh, you have been a combat soldier for the ATU?

10  A.  Yes.

11  Q.  And for the NPFL?

12  A.  Yes.

13  Q.  Were you in armed conflict?  Were you involved yourself in

14  armed conflict?

15  A.  Go again.

16  Q.  As a combat soldier, were you involved in conflict?  Did

17  you fight with people?

18  A.  Yes.

19  Q.  What kind of people did you fight with?

20  A.  The LURD.

21  Q.  Were the people that you fought with soldiers or civilians?

22  A.  Rebels.

23  Q.  Did you -- were you involved in combat against civilians?

24  A.  No.

25  Q.  Mr. Sieh, did there come a time when there was disarmament

## Sieh - Direct

1 in Liberia?

2 A.   Yes.

3 Q.   Who organized disarmament?

4 A.   UNMIL.

5 Q.   Do you know what UNMIL stands for?  Is that United Nations

6 Mission in Liberia, Mr. Sieh?

7 A.   Yes.

8 Q.   And when UNMIL set up disarmament, did that affect you?

9          MR. WYLIE:   Objection.   Relevance.

10          THE COURT:   Overruled.

11 A.   Yes.

12 Q.   What did you do?

13 A.   I were disarmed.

14 Q.   What do you mean when you said you were disarmed?

15 A.   I turned my arm over.

16 Q.   What weapon was that?

17 A.   AK-47.

18 Q.   And after disarmament, what happened to the ATU?

19 A.   It were dissolved.

20 Q.   Mr. Sieh, after the ATU was dissolved, what did you do?

21 A.   I went to school.

22 Q.   What kind of school did you go to?

23 A.   Trade schooling.

24 Q.   Tree school?

25 A.   Trade.

**October 10, 2008**

## Sieh - Direct

1   Q.   Trade school?

2   A.   Yes.

3   Q.   What trade did you study?

4   A.   Agriculture.

5   Q.   Where was that?

6   A.   In Monrovia.

7   Q.   What was the name of the school?

8   A.   Foundation for African Development Aid.

9   Q.   Did you graduate?

10  A.   Yes.

11  Q.   After that, did you go to -- what did you do?

12  A.   I went to Bible school.

13  Q.   Where was that?

14  A.   In Monrovia.

15  Q.   What school?

16  A.   The Royal kingdom International Church.

17  Q.   After you finished that school with the Royal Kingdom

18  International Church, what did you do?

19  A.   I was assigned to control a project.

20  Q.   Assigned by who or what entity?

21  A.   By the church.

22  Q.   What project did the church assign you to?

23  A.   Agriculture project.

24  Q.   What did you do with that agriculture project?

25  A.   I did it.

**October 10, 2008**

## Sieh - Direct

1  Q.  Is that your present job?

2  A.  No.

3  Q.  What happened after the agriculture project job?

4  A.  I apply to a company for job.

5  Q.  Is that the company you work for now?

6  A.  Yes.

7  Q.  What job do you do for that company?

8  A.  I'm a security.

9  Q.  What kind of security do you provide?

10 A.  To protect the company facilities.

11 Q.  Do you carry a firearm in your work?

12 A.  No.

13 Q.  Mr. Sieh, after your graduation on December 15th, 1999, did

14 you ever go back to Gbatala Base?

15 A.  Yes.

16 Q.  And was that while you were still in the ATU?

17 A.  Yes.

18 Q.  What were the circumstances under which you went back to

19 Gbatala Base?

20 A.  I was passing through.  I was passing through.

21 Q.  Did you have an assignment at Gbatala Base?

22 A.  No.

23 Q.  While you were passing through, what did you do?

24 A.  We make a stop at Gbatala and we rested for few hours.  We

25 ate and we pass.

**October 10, 2008**

## Sieh - Cross

1  Q.   Is that the last time you were at Gbatala Base?

2  A.   Yes.

3          MS. HECK-MILLER:   Could I have a moment, Your Honor,

4  please?

5          THE COURT:   You may.

6          MS. HECK-MILLER:   Your Honor, we tender the witness.

7                    CROSS EXAMINATION

8  [Beginning at 10:57 a.m., 10/10/08.]

9  BY MR. WYLIE:

10  Q.   Good morning, Mr. Sieh.

11  A.   Hi.

12  Q.   Now, we have an interpreter here.   You and I speak in

13  different accents.   If at any time you don't understand me,

14  just, please, request to use the interpreter.

15  A.   Good.

16  Q.   Do you understand?

17  A.   Good.

18  Q.   I think you testified that starting in 1990, there was

19  fighting in Liberia.   Is that correct?

20  A.   Yes.

21  Q.   And there was fighting going on and off from '90 until the

22  election in 1997.   Correct?

23  A.   Yes.

24  Q.   And you were a soldier during that time?

25  A.   Yes.

**Sieh - Cross**

1   Q.   And Liberia was a very violent place during that time?

2   A.   Yes.

3   Q.   A lot of people were getting injured?

4   A.   Yes.

5   Q.   People were getting shot?

6   A.   Yes.

7   Q.   I'm sure you saw people that got shot?

8   A.   Yes.

9   Q.   A lot of people were getting stabbed?

10  A.   Go again.

11  Q.   During the war, people were getting stabbed?

12  A.   Yes.

13  Q.   And I'm sure you saw people that got stabbed?

14  A.   Yes.

15  Q.   Were you, yourself, ever injured in the war?

16  A.   Yes.

17  Q.   What happened to you?

18  A.   I were hit by bullet two times.

19  Q.   Two times?

20  A.   Yes.

21  Q.   On the same occasion or different occasions?

22  A.   Different occasion.

23  Q.   When did you receive those bullet wounds?

24  A.   The first one when I was fighting for Prince Johnson.   The

25  second one for the NPFL.

**October 10, 2008**

**Sieh - Cross**

1  Q.   The first one was when you were fighting for the INPFL?

2  A.   Yes.

3  Q.   The second when you were fighting for the NPFL?

4  A.   Yes.

5  Q.   Where were you shot?

6  A.   One on my side.   The second one for my leg.

7  Q.   And during this war, many people were taking sides.

8  Correct?

9  A.   I don't understand you.

10  Q.   During the war many people were choosing sides?

11  A.   Yes.

12  Q.   Many people picked to fight for one side or another side?

13  A.   Yes.

14  Q.   And, in fact, you, yourself, fought for the INPFL?

15  A.   Yes.

16  Q.   And then you switched sides to the NPFL?

17  A.   Yes.

18  Q.   And were there other groups that were fighting for control

19  of Liberia.   Right?

20  A.   Yes.

21  Q.   ULIMO was one of them?

22  A.   Yes.

23  Q.   Who else?   What other groups were fighting during that time

24  in the '90 through '97 period of Liberia?

25  A.   The ULIMO, the LURD, a lot of factions.

**October 10, 2008**

## Sieh - Cross

1    Q.    You mentioned LURD as one of them?

2    A.    Yes.

3    Q.    You testified about your training with the ATU.   Do you

4    remember that?

5    A.    Yes.

6    Q.    They gave you quite a bit of training.   Right?

7    A.    Go.

8    Q.    They gave you a lot of training?

9    A.    Yes.

10   Q.    They gave you uniforms?

11   A.    Yes.

12   Q.    They taught you about hygiene?

13   A.    Yes.

14   Q.    How to keep your body clean?

15   A.    Yes.

16   Q.    And your uniform, how to keep your uniform clean?

17   A.    Yes.

18   Q.    And how to look like a soldier?

19   A.    Yes.

20   Q.    And there was a classroom on the training base --

21   A.    Yes.

22   Q.    -- called the College of Knowledge?

23   A.    Yes.

24   Q.    And you had classes there?

25   A.    Yes.

**Sieh - Cross**

1  Q.   And you had teachers that taught you during those classes

2  how to be a soldier?

3  A.   Yes.

4  Q.   And you were paid as a soldier.   Correct?   You received

5  money for being a soldier?

6  A.   At the time on the base, during training?

7  Q.   Yes.

8  A.   No.

9  Q.   You did not get paid?

10 A.   No.

11 Q.   You got fed?

12 A.   No.

13 Q.   They didn't feed you?

14 A.   Oh, fed?

15 Q.   Yes.

16 A.   Yes, oh, yes.

17 Q.   And you had a place to sleep?

18 A.   Yes.

19 Q.   And they gave you clothes?

20 A.   Yes.

21 Q.   And there were trainers from other countries?

22 A.   Yes.

23 Q.   These men were professional soldiers?

24 A.   Go again.

25 Q.   These trainers were professional soldiers?

**October 10, 2008**

## Sieh - Cross

1   A.   Yes.

2   Q.   They were very experienced?

3   A.   Yes.

4   Q.   I think you mentioned one name as Oscar?

5   A.   Yes.

6   Q.   And Phelps?

7   A.   Yes.

8   Q.   Menno?

9   A.   Yes.

10  Q.   Mr. Jerry?

11  A.   Yes.

12  Q.   Do you remember any of the other trainers?

13  A.   Go again.

14  Q.   Do you remember any other trainers?

15  A.   No.

16  Q.   You don't remember Fred Rindel.

17  A.   No.

18  Q.   Do you remember Brant Brecker (ph.)?

19  A.   No.

20  Q.   How about Robert Thomas?  Do you remember him?

21  A.   No.

22  Q.   You don't remember those trainers?

23  A.   Yes.

24  Q.   And there was a junior leadership course at the ATU base.

25  Correct?

**October 10, 2008**

**Sieh - Cross**

1    A.   Go again.

2    Q.   There was a junior leadership course at the ATU base?

3    A.   At the ATU base?

4    Q.   Yes.

5    A.   No.

6    Q.   You don't remember a junior leadership course?

7    A.   No.

8    Q.   Was that in Monrovia then?

9    A.   Yes.

10   Q.   So they taught some of the soldiers how to become leaders.

11   Is that correct?

12   A.   Go again.

13   Q.   This junior leadership course --

14   A.   Yes.

15   Q.   -- was to teach soldiers how to become leaders?

16   A.   Yes.

17   Q.   And the ATU offered this course?

18   A.   Yes.

19   Q.   And you also received Geneva Convention training?

20   A.   Yes.

21   Q.   And do you remember taking a class from the International

22   Red Cross?

23   A.   Yes.

24   Q.   You took that course?

25   A.   Yes.

**October 10, 2008**

## Sieh - Cross

1  Q.   Other ATU soldiers took a class from the International Red

2  Cross?

3  A.   Yes.

4  Q.   What did the International Red Cross teach you?

5  A.   (No response.)

6  Q.   Do you remember what the International Red Cross taught

7  you?

8  A.   No.

9  Q.   You don't remember anything about that class?

10 A.   Yes.

11 Q.   Do you remember anything about that class?

12 A.   No.

13 Q.   No.

14             But the International Red Cross provided classes for

15 the ATU soldiers?

16 A.   Yes.

17 Q.   And in addition to your classroom training, you received

18 training in the field.   Is that correct?

19 A.   Yes.

20 Q.   You were trained on how to disable your weapon?

21 A.   Go again.

22 Q.   You were trained on how to disable your weapon?

23 A.   Yes.

24 Q.   How to take apart your gun?

25 A.   Yes.

**Sieh - Cross**

1  Q.   I believe you referred to musketry training?

2  A.   Yes.

3  Q.   And you were taught how to clean your weapon?

4  A.   Yes.

5  Q.   You were trained how to shoot?

6  A.   Yes.

7  Q.   And you practiced shooting?

8  A.   Yes.

9  Q.   Practiced shooting a lot.   Correct?

10 A.   Yes.

11 Q.   You had target practice?

12 A.   Yes.

13 Q.   And you had that target practice on the base?

14 A.   Yes.

15 Q.   There was a firing range at the base?

16 A.   Yes.

17 Q.   So it would be no surprise that used bullets or spent

18 bullets would be found on the base?

19 A.   Go again.

20 Q.   You would expect to find spent bullets on the base?

21 A.   Yes.

22 Q.   You were also trained in hand-to-hand combat?

23 A.   Yes.

24 Q.   I believe there was a gentleman named Master that taught

25 you the hand-to-hand combat?

**October 10, 2008**

## Sieh - Cross

1   A.   Yes.

2   Q.   Master was very good at hand-to-hand combat?

3   A.   Yes.

4   Q.   That's why he taught it?

5   A.   Yes.

6   Q.   He was paid to be there to teach you.   Right?

7   A.   I don't know he was paid.

8   Q.   But it was a job for him?

9   A.   Yes.

10  Q.   And you received training from the ATU in anti-tracking?

11  A.   Yes.

12  Q.   You received training from the ATU on how to patrol?

13  A.   Yes.

14  Q.   And you also did obstacle course training?

15  A.   Yes.

16  Q.   Physical training?

17  A.   Go.

18  Q.   You received physical training?

19  A.   Yes.

20  Q.   In fact, physical training was a big part of your regimen

21  on the base?

22  A.   Yes.

23  Q.   You did that every day?

24  A.   Yes.

25  Q.   Because you were training to be a soldier?

**October 10, 2008**

**Sieh - Cross**

1    A.    Yes.

2    Q.    And it's very important as a soldier to be physically fit.

3    Right?

4    A.    Yes.

5    Q.    Because as a soldier you need to be tough.   Right?

6    A.    Yes.

7    Q.    Because war can be very brutal.   Right?

8    A.    Yes.

9    Q.    It can be very difficult?

10   A.    Yes.

11   Q.    You may be captured by the enemy?

12   A.    Yes.

13   Q.    So you have to have survival skills?

14   A.    Yes.

15   Q.    You have to be able to survive under difficult

16   circumstances?

17   A.    Yes.

18   Q.    And then after your assignment with the ATU, you received

19   additional training.   Correct?

20   A.    Go again.

21   Q.    At some point, you went to Camp Scheufflin.   Right?

22   A.    Yes.

23   Q.    That was to get even more training.   Right?

24   A.    Yes.

25   Q.    I think you said it was six weeks of training.   Right?

**October 10, 2008**

**Sieh - Cross**

1   A.   Yes.

2   Q.   There you received training regarding the Geneva

3   Convention?

4   A.   Yes.

5   Q.   And training regarding command control?

6   A.   Yes.

7   Q.   And I think you said that an entire battalion would come in

8   and be trained for six weeks.   Is that right?

9   A.   Yes.

10   Q.   Now, you fought for the INPFL first.   Correct?

11   A.   Yes.

12   Q.   That was your first job as a soldier.   Right?

13   A.   Yes.

14   Q.   Did you have classes with the INPFL?

15   A.   No.

16   Q.   They didn't have teachers teach you how to be a soldier?

17   A.   No.

18   Q.   You didn't take any leadership courses with the INPFL?

19   A.   No.

20   Q.   You didn't have uniforms either with the INPFL.   Right?

21   A.   Yes.

22   Q.   And they didn't teach you about hygiene?

23   A.   No.

24   Q.   And there were no professional trainers with the INPFL?

25   A.   No.

**October 10, 2008**

**Sieh - Cross**

1    Q.    And you received no weapons training with the INPFL?

2    A.    No.

3    Q.    They didn't train you how to clean your weapon?

4    A.    No.

5    Q.    They didn't train you how to shoot?

6    A.    No.

7    Q.    You didn't take any target practice with them?

8    A.    No.

9    Q.    And they didn't train you in hand-to-hand combat?

10   A.    No.

11   Q.    Or anti-tracking?

12   A.    No.

13   Q.    Or patrol training?

14   A.    No.

15   Q.    And you didn't do any physical training with them either,

16   did you?

17   A.    Go again.

18   Q.    Did you do physical training with the INPFL?

19   A.    I want to understand your question again.

20   Q.    Let me try to ask it a different way.

21         Did you exercise?  Did the soldiers get together and

22   exercise for physical training when you were with the INPFL?

23   A.    Yes.

24   Q.    You did exercise?

25   A.    Yes.

**October 10, 2008**

## Sieh - Cross

1   Q.   As a group?

2   A.   Yes.

3   Q.   So you did have some physical training?

4   A.   Yes.

5   Q.   But you didn't receive any teaching from the INPFL on how

6   to be a proper soldier?

7   A.   No.

8   Q.   And then you switched from the INPFL to the NPFL.  Is that

9   right?

10  A.   Yes.

11  Q.   And you didn't have any -- you didn't attend any classes

12  with the NPFL, did you?

13  A.   No.

14  Q.   You didn't have any teacher with the NPFL.  Correct?

15  A.   No.

16  Q.   You didn't have any uniforms with the NPFL?

17  A.   No.

18  Q.   And you weren't taught -- so you weren't taught how to

19  clean yourself or to have proper hygiene with the NPFL?

20  A.   No.

21  Q.   You didn't receive any weapons training from the NPFL?

22  A.   No.

23  Q.   You didn't receive any training on hand-to-hand combat with

24  the NPFL?

25  A.   No.

**October 10, 2008**

**Sieh - Cross**

1   Q.   In fact, with the NPFL, they didn't train you at all, did

2   they?

3   A.   No.

4   Q.   They just gave you a gun and said "Go fight" -- right --

5   and then they sent you to the front lines?

6   A.   Yes.

7   Q.   Now, sir, you volunteered to join the ATU?

8   A.   Yes.

9   Q.   In fact, you went to Chuckie's house every day for a while?

10  A.   Yes.

11  Q.   Eventually you were told to go to Gambian Jack's house?

12  A.   Yes.

13  Q.   And you went there every day looking for a job?

14  A.   Yes.

15  Q.   Because you really wanted this job?

16  A.   Yes.

17  Q.   Because it was a good job?

18  A.   Yes.

19  Q.   And many people in Liberia didn't have jobs at the time?

20  A.   Yes.

21  Q.   So that's why you would go every day to try to get this

22  job?

23  A.   Yes.

24  Q.   Every single day.  Right?

25  A.   Yes.

**October 10, 2008**

## Sieh - Cross

1    Q.   You would just show up at Chuckie or Gambian Jack's house

2    looking for work?

3    A.   Yes.

4    Q.   Because this was a good job for Liberia, being an ATU

5    soldier.   Right?

6    A.   Yes.

7    Q.   And you eventually got paid as a.   Soldier right?

8    A.   Go again.

9    Q.   When you were an ATU member, an ATU soldier, you received a

10   paycheck.   Right?

11   A.   Yes.

12   Q.   And, in fact, it was difficult to become an ATU soldier.

13   Right?

14   A.   Go.

15   Q.   It was a difficult job to become -- withdraw that.

16        It was difficult to obtain a job as an ATU soldier.

17   Correct?

18   A.   Yes.

19   Q.   You needed a recommendation?

20   A.   Yes.

21   Q.   In fact, your old commander, Siafa Normah, recommended you

22   for this job?

23   A.   Yes.

24   Q.   While you were working with the ATU, you had a place to

25   live?

**October 10, 2008**

**Sieh - Cross**

1   A.   Yes.

2   Q.   And you were fed?

3   A.   Yes.

4   Q.   And you were given clothes.   Right?

5   A.   Go again.

6   Q.   You were given clothes to wear?

7   A.   No.

8   Q.   The ATU gave you a uniform   Right?

9   A.   Yes.

10  Q.   You didn't need a recommendation to get in the INPFL, did

11  you?

12  A.   No.

13  Q.   And you didn't need a recommendation to get in the NPFL,

14  did you?

15  A.   No.

16  Q.   And when you volunteered for the ATU, you understood you

17  were joining the armed forces.   Right?

18  A.   Yes.

19  Q.   And you filled out an application?

20  A.   Go again.

21  Q.   You filled out an application to become an ATU soldier?

22  A.   No.

23  Q.   You don't remember filling out an application?

24  A.   No.

25  Q.   They took your picture before you could become an ATU

**October 10, 2008**

## Sieh - Cross

1   soldier.   Right?

2   A.   No.

3   Q.   You don't remember that?

4   A.   Uh-uh.

5   Q.   And they did a background check to find out who you were

6   before you became an ATU soldier.   Right?

7   A.   Yes.

8   Q.   You needed a recommendation?

9   A.   Yes.

10  Q.   And one reason they would give you a background check is to

11  determine if you were part of the enemy.

12  A.   Yes.

13  Q.   Because they don't want anybody from LURD, for example, to

14  join the ATU.   Right?

15  A.   Yes.

16  Q.   That person would be considered a spy.   Right?

17  A.   Yes.

18  Q.   And there was a war going on in Liberia at this time?

19  A.   Go again.

20  Q.   When you were a member of the ATU, there was fighting going

21  on in Liberia?

22  A.   Go again.

23  Q.   Let me rephrase the question.   When you were an ATU

24  soldier --

25  A.   Yes.

**October 10, 2008**

**Sieh - Cross**

1  Q.   -- there was a war going on.   Right?

2  A.   Yes.

3  Q.   And you didn't want any members of LURD spying on your

4  base, the ATU base.   Right?

5  A.   Yes.

6  Q.   It was very important to keep the base secret?

7  A.   Yes.

8  Q.   And you understood that the base was going to be your

9  home -- right -- when you first joined the ATU?

10  A.   Yes.

11  Q.   And security was tight on the base?

12  A.   Yes.

13  Q.   And, again, that's because you don't want the enemy to

14  infiltrate the base?

15  A.   Yes.

16  Q.   Because Liberia was being attacked?

17  A.   Go again.

18  Q.   During this time, Liberia was being attacked?

19  A.   When we were on the base?

20  Q.   Yes.

21  A.   At first, no.

22  Q.   At first, no?

23  A.   No.

24  Q.   But later?

25  A.   Yes.

**October 10, 2008**

**Sieh - Cross**

1   Q.   So the ATU base, the training base, was only for ATU

2   soldiers and the civilians who worked on the base.  Is that

3   right?

4   A.   Go again.

5   Q.   The only people allowed on the ATU base were the ATU

6   soldiers and the civilians who worked there.  Is that right?

7   A.   Yes.

8   Q.   And you slept on this base?

9   A.   Yes.

10  Q.   And you stayed there every day of the week?

11  A.   Yes.

12  Q.   It was your home?

13  A.   Yes.

14  Q.   But you were given a three-day break at some point.  Right?

15  A.   Go again.

16  Q.   You were given a break from the base at some point?

17  A.   Yes.

18  Q.   Leave?

19  A.   Yes.

20  Q.   That was during Christmastime one year?

21  A.   Yes.

22  Q.   And you understood as a soldier that you were supposed to

23  take pride in your appearance?

24  A.   Go again.

25  Q.   As a soldier, you were taught to take pride in how you

**October 10, 2008**

## Sieh - Cross

1  looked.   Right?

2  A.   Yes.

3  Q.   You were taught to take pride in your training?

4  A.   Yes.

5  Q.   And to take pride in your discipline?

6  A.   (No response.)

7  Q.   Soldiers are supposed to be very disciplined people.

8  Right?

9  A.   Aha.   Yes.

10  Q.   And you were taught about your hygiene?

11  A.   Yes.

12  Q.   And how to properly wear your uniform?

13  A.   Yes.

14  Q.   For example, you wouldn't cut off the sleeves of your

15  uniform, would you?

16  A.   No.

17  Q.   That would be a violation of code.   Right?

18  A.   Yes.

19  Q.   And, so, you wanted to keep the ATU base clean.   Right?

20  A.   Yes.

21  Q.   So it would be a good place to train?

22  A.   Yes.

23  Q.   And a good place to live.   Right?

24  A.   Yes.

25  Q.   And a good place to sleep.

**October 10, 2008**

## Sieh - Cross

1    A.   Yes.

2    Q.   So you weren't surprised to find out you had to help

3    maintain the base.   Right?

4    A.   Go again.

5    Q.   You were not surprised when you learned you would have to

6    help maintain the base?

7    A.   I --

8    Q.   You did work on the base.   Right?

9    A.   I worked there.

10   Q.   For example, you would cut the grass?

11   A.   Yes.

12   Q.   And other jobs that needed to be done on the base.   The

13   soldiers would do those jobs.   Right?

14   A.   Yes.

15   Q.   That didn't surprise you.   Right?

16   A.   Yes.

17   Q.   Oh, it did surprise you?   Do you understand what I mean by

18   "surprise"?

19   A.   I understand what you mean, but certain job, I was

20   surprised to do certain job.

21   Q.   You were surprised you needed to keep the base maintained?

22   A.   No.

23   Q.   Now, the ATU leaders and the outside trainers were teaching

24   you to be an elite military group.   Right?

25   A.   Go again.

**October 10, 2008**

**Sieh - Cross**

1  Q.   The ATU leaders --

2  A.   Aha.

3  Q.   -- and the foreign trainers that trained you were teaching

4  you how to be an elite military group?

5  A.   What you mean by that?

6  Q.   A very good military group?

7  A.   Yes.

8  Q.   A top military group?

9  A.   Yes.

10 Q.   Right?  That was the goal of the ATU?

11 A.   Yes.

12 Q.   And this group was created to protect the President?

13 A.   Yes.

14 Q.   And his family?

15 A.   Yes.

16 Q.   And the President's home?

17 A.   Yes.

18 Q.   And the homes of the President's family?

19 A.   Yes.

20 Q.   Like the Secret Service in the United States.   Are you

21 familiar with the Secret Service?

22 A.   No.

23 Q.   So you were receiving military training to be like the

24 Special Forces.   Right?

25 A.   Yes.

**October 10, 2008**

## Sieh - Cross

1   Q.   I think you mentioned previously the Gambian Special

2   Forces?

3   A.   Yes.

4   Q.   And you were being trained to be kind of the Special Forces

5   for Liberia?

6   A.   Go again.

7   Q.   You were trained to be Special Forces?

8   A.   No.

9   Q.   No?

10  A.   No.

11  Q.   You said you were trained to be a top soldier?

12  A.   Yes.

13  Q.   Because being a soldier can be difficult.   Right?

14  A.   Yes.

15  Q.   You have to be able to survive in extreme conditions?

16  A.   Yes.

17  Q.   You have to be able to operate in very uncomfortable

18  situations?

19  A.   Yes.

20  Q.   You have to learn how to remain hidden from your enemy?

21  A.   Yes.

22  Q.   And how to sneak up on enemies?

23  A.   Yes.

24  Q.   And your discipline is imperative.   It's very important.

25  Your discipline is very important as a soldier.   Right?

**October 10, 2008**

**Sieh - Cross**

1   A.   Yes.

2   Q.   And so is your physical fitness.   Right?

3   A.   Yes.

4   Q.   And as a soldier, you have to be mentally tough.   Right?

5   A.   Yes.

6   Q.   You must be well trained?

7   A.   Yes.

8   Q.   And well disciplined?

9   A.   Yes.

10  Q.   And as you said, you volunteered for this training.   Right?

11  A.   Yes.

12  Q.   In fact, you practically begged to be an ATU soldier?

13  A.   Go again.

14  Q.   You practically begged to be an ATU soldier?

15  A.   I beg?

16  Q.   Begged.   You went every day to Chuckie's house or Ganbian

17  Jack's house until you got the job.   Is that right?

18  A.   The word "beg," no.

19  Q.   But you did go every day.

20  A.   Yes.

21  Q.   So you were volunteering to fight.   Right?

22  A.   Yes.

23  Q.   And you were volunteering to be trained?

24  A.   Yes.

25  Q.   Trained to protect yourself?

**October 10, 2008**

**Sieh - Cross**

1    A.    Yes.

2    Q.    Trained to protect your fellow soldiers?

3    A.    Yes.

4    Q.    And you were being trained to protect your country?

5    A.    Yes.

6    Q.    And trained to protect the President and his family?

7    A.    Yes.

8    Q.    Now, I think you mentioned a person named Kwa?

9    A.    Yes.

10   Q.    You said that he was dragged?

11   A.    Yes.

12   Q.    By other soldiers?

13   A.    Yes.

14   Q.    And this was a punishment.  Right?

15   A.    Yes.

16   Q.    It was a punishment because he went AWOL?

17   A.    Yes.

18   Q.    He left --

19   A.    The base.

20   Q.    He left his fellow soldiers.

21   A.    Yes.

22   Q.    During a time of war.  Right?

23   A.    Go again.

24   Q.    Was there war going on at this time?

25   A.    No.

**October 10, 2008**

**Sieh - Cross**

1   Q.   Not yet?

2   A.   Yes.

3   Q.   But the ATU or Liberia was preparing for an attack.   Right?

4   A.   Go again.

5   Q.   When this man Kwa --

6   A.   Aha.

7   Q.   -- left the base --

8   A.   Aha.

9   Q.   -- went AWOL, it was a time of war in Liberia?

10  A.   No.

11  Q.   Not yet?

12  A.   Yes.

13  Q.   But war was close?

14  A.   No.

15  Q.   It came soon?

16  A.   Yes.

17  Q.   And so this Kwa went AWOL without permission?

18  A.   Yes.

19  Q.   So he was a deserter.   Are you familiar with the term

20  "deserter"?

21  A.   I don't understand you.

22  Q.   He left his fellow soldiers?

23  A.   Yes.

24  Q.   So he was punished for that?

25  A.   Yes.

**October 10, 2008**

**Sieh - Cross**

1  Q.   And then he went AWOL again?

2  A.   Yes.

3  Q.   And he had voluntarily joined the ATU.   Right?

4             MS. HECK-MILLER:   Objection.   Without foundation.

5             THE COURT:   Overruled.

6  BY MR. WYLIE:

7  Q.   Kwa voluntarily joined the ATU?

8  A.   Yes.

9  Q.   And he was paid to be an ATU soldier?

10  A.   He was paid on the base?

11  Q.   He was an ATU soldier.   Right?

12  A.   Yes.

13  Q.   He was getting paid for that?

14  A.   Yes.

15  Q.   And it was David Compari that ordered Kwa's punishment.

16  Right?

17  A.   Yes.

18  Q.   Now, you mentioned an ATU soldier or an ATU recruit named

19  Prince Dujin.   Do you remember that?

20  A.   Yes.

21  Q.   And he was accused of being a ULIMO fighter?

22  A.   Yes.

23  Q.   ULIMO was fighting against the Liberian government.   Right?

24  A.   No.

25  Q.   ULIMO was fighting against Charles Taylor?

**October 10, 2008**

**Sieh - Cross**

1    A.    Yes.

2    Q.    And he's the President of the Liberian government --

3    right -- or was in '97 through 2000?

4    A.    (Shook head.)

5    Q.    He was not the President?

6    A.    ULIMO -- can I explain?

7    Q.    Yes.

8    A.    ULIMO was fighting the NPFL not during the time Charles

9    Taylor became President.

10   Q.    But ULIMO was an enemy to Charles Taylor?

11   A.    Yes.

12   Q.    So this Prince Dujin was seen as a spy?

13   A.    Yes.

14   Q.    He was accused of being a spy?

15   A.    Accused, yes.

16   Q.    And, therefore, he was jailed?

17   A.    Yes.

18   Q.    And David Compari ordered this punishment?

19   A.    Yes.

20   Q.    You mentioned hearing about a Mandingo man that was on the

21   base.   Do you remember talking about that?

22   A.    Yes.

23   Q.    This man was also accused of being a rebel fighter.   Right?

24   A.    Yes.

25   Q.    So he had been fighting against the Government of Liberia?

**October 10, 2008**

**Sieh - Cross**

1    A.    Go again.

2    Q.    This Mandingo man had been fighting against the Government

3    of Liberia or that's what he was accused of.   Right?

4    A.    Accused.

5    Q.    You testified about Chuckie coming to the base.   Right?

6    A.    Yes.

7    Q.    And you said he would come two, maybe three times a week?

8    A.    Yes.

9    Q.    And you also said that he had an office in the Executive

10   Mansion in Monrovia?

11   A.    No.

12   Q.    Didn't you say that you saw him report to work at the

13   Executive Mansion?

14   A.    At the ATU barracks.

15   Q.    At the ATU barracks?

16   A.    Yes.

17   Q.    Okay.   I apologize.

18          So he had an office at the ATU barracks?

19   A.    Yes.

20   Q.    You said he would go there Monday through Friday?

21   A.    Yes.

22   Q.    That was his job.   Right?

23   A.    Yes.

24   Q.    He would show up there every day?

25   A.    Yes.

**October 10, 2008**

**Sieh - Cross**

1    Q.    He would go to the base two, maybe three times a week?

2    A.    Yes.

3    Q.    And he would not stay there a long time.  Right?

4    A.    Go again.

5    Q.    Chuckie would not stay on the ATU base for a long time?

6    A.    Sometimes.

7    Q.    But he wouldn't sleep there.  Right?

8    A.    No.

9    Q.    He lived in Monrovia?

10   A.    Yes.

11   Q.    And you stated that there was no particular day that

12   Chuckie would come to the base.  Right?

13   A.    Yes.

14   Q.    It could be any day.  Right?

15   A.    Yes.

16   Q.    But Compari was at the base every day?

17   A.    Yes.

18   Q.    He was the base commander?

19   A.    Yes.

20   Q.    And he slept at the base?

21   A.    Yes.

22   Q.    That was his home?

23   A.    Yes.

24   Q.    And you said it was Compari that chose the MPs?

25   A.    Yes.

**October 10, 2008**

**Sieh - Cross**

1  Q.  Because he ran the base?

2  A.  Yes.

3  Q.  He was the base commander?

4  A.  Yes.

5  Q.  Now, you mentioned civilians worked on the base?

6  A.  Go again.

7  Q.  You mentioned civilians worked on the ATU base in Gbatala?

8  A.  Yes.

9  Q.  Cooks?

10  A.  Yes.

11  Q.  How many cooks did you say?

12  A.  Less than five.

13  Q.  Less than five?

14  A.  Yes.

15  Q.  Is that one or three or four?

16  A.  Three or four.

17  Q.  There were carpenters that worked on the base?

18  A.  Go again.

19  Q.  Are you familiar with the term "carpenters"?

20  A.  No.

21  Q.  Men or women that fixed things?

22  A.  (No response.)

23  Q.  Were there civilians on the base that would help maintain

24  the base, fix the buildings?

25  A.  No.

**October 10, 2008**

**Sieh - Cross**

1  Q.   No?   No men or women that worked on the base, that fixed

2  things?

3  A.   No.

4  Q.   Are you familiar with a gentleman named Chicken Soup?

5  A.   Yes.

6  Q.   He worked on the base.   Right?

7  A.   Cook.

8  Q.   He was a cook?

9  A.   Yes.

10  Q.   You don't remember him building things?

11  A.   A cook.

12  Q.   Building buildings?

13  A.   No.

14  Q.   Building the holes?

15  A.   No.

16  Q.   You don't remember any of that?

17  A.   I remember him to be a cook.

18  Q.   He was a cook?

19  A.   Yes.

20  Q.   And that's all he did?

21  A.   What I saw.

22  Q.   Now, you testified that when you went to try to get the job

23  at the ATU that there were other men there trying to get the

24  job with the ATU.   Do you remember that?

25  A.   Yes.

**October 10, 2008**

**Sieh - Cross**

1   Q.   And I think you called them friends from the NPFL?

2   A.   Yes.

3   Q.   Do you remember any of their names?

4   A.   Their names?

5   Q.   Yes.

6   A.   If I could remember some of their names?  Yes.

7   Q.   Who were they?

8   A.   Satatu Dennis.

9   Q.   Satatu Dennis?

10  A.   Steve Younga.

11  Q.   Steve Younga?

12  A.   Yes.

13  Q.   Do you remember anybody else?

14  A.   Abraham Saryon.

15  Q.   Abraham Saryon?

16  A.   Yes.

17  Q.   Did these men become ATU recruits?

18  A.   Yes.

19  Q.   And I think you said that there were as many as 75 ATU

20  recruits on the base?

21  A.   At first.

22  Q.   At first?

23  A.   Yes.

24  Q.   Is that correct?

25  A.   Yes.

**October 10, 2008**

## Sieh - Cross

1  Q.   And the number became even larger later?

2  A.   Yes.

3  Q.   Now, what brigade were you in?

4  A.   Go again.

5  Q.   What brigade were you in when you were an ATU recruit?

6  A.   I don't understand you.

7  Q.   Were you in a brigade when you were an ATU member?

8  A.   I was in a battalion.

9  Q.   You don't remember the name of your brigade?  Brigade was

10  the biggest group.  Right?

11  A.   The whole ATU was just brigade, but being divided into

12  battalions.

13  Q.   How many battalions were there?

14  A.   Four battalions.

15  Q.   Which battalion were you in?  Did it have a name?

16  A.   Yes, First Battalion.

17  Q.   Were there companies then below?

18  A.   Yes.

19  Q.   How many companies were there?

20  A.   Four.

21  Q.   Which company were you?

22  A.   Delta company.

23  Q.   D?

24  A.   D.

25  Q.   Below the companies, there were platoons?

**October 10, 2008**

**Sieh - Cross**

1    A.    Yes.

2    Q.    How many platoons were there?  Do you know?

3    A.    Three platoons.

4    Q.    And which platoon were you in?

5    A.    I can't remember.

6    Q.    Okay.

7          Were there squads below the platoons?

8    A.    Yes.

9    Q.    Do you remember how many squads there were?

10   A.    Yes.

11   Q.    How many were there?

12   A.    Four.

13   Q.    Do you remember how many squads there were?

14   A.    Yes.

15   Q.    Do you remember who was in your squad with you?

16   A.    Johnson Flomo.

17   Q.    Can you say that one more time?

18   A.    Johnson Flomo.

19   Q.    Johnson Flomo?

20   A.    Yes.

21   Q.    Who else?

22   A.    I can't remember anymore.

23   Q.    You don't remember the others?

24   A.    Yeah.

25   Q.    It has been a long time, almost 10 years ago?

**October 10, 2008**

## Sieh - Cross

1   A.   Yes,  a long time.

2   Q.   It's hard to remember all the details?

3   A.   Yes.

4   Q.   How long did you say you were on the base, the ATU base in

5   Gbatala?

6   A.   From middle '98 to '99, December.

7   Q.   Now, yesterday you said you were on the base, the first

8   time you got to the base was after 2000.  Right?  Do you

9   remember saying that yesterday?

10  A.   No, that was a slip of tongue.

11  Q.   That was a slip-up?

12  A.   Yeah.

13  Q.   You did say you got there after 2000.

14  A.   No.

15  Q.   The first time the prosecutor asked you when you got to the

16  base, you said after 2000.

17  A.   No.

18  Q.   You didn't say that?

19  A.   No.

20  Q.   You remember testifying yesterday?

21  A.   Yes.

22  Q.   It was actually the day before yesterday.

23  A.   Yes.   I can remember she did ask me and I made a mistake,

24  but I corrected it to her.

25  Q.   Okay.

**October 10, 2008**

**Sieh - Cross**

1   A.   Yes.

2   Q.   But the first time -- we'll get to your correction, but the

3   first time she asked you, you said it was in the 2000s, the

4   first time you got to the base.   Right?

5   A.   In the 2000s?

6   Q.   The prosecutor asked you "Do you know if it was in the

7        1990s, the 2000s?  Can you give us your best recollection?"

8            Do you remember that?

9   A.   Yes.

10  Q.   And you answered "It was in the 2000s."  Right?

11  A.   No, I said '98, '98.

12  Q.   I'll show you a copy of the transcript.

13           MR. WYLIE:   May I approach, Your Honor?

14           THE COURT:   You may.

15  BY MR. WYLIE:

16  Q.   I want you to starting at 6.   Can you read that question

17  and that answer out loud?

18           MS. HECK-MILLER:   Objection to reading out loud, Your

19  Honor.   I believe he's supposed to read it to himself.

20  BY MR. WYLIE:

21  Q.   Did you take a look at it?

22  A.   Yes.

23  Q.   And it says there that you first got to the base in the

24  2000s.   Right?

25  A.   I see that on the paper.

**October 10, 2008**

## Sieh - Cross

1    Q.   And the second time the prosecutor asked when you first got
2    to Gbatala, you said "I can't remember."  Do you remember that?
3    A.   (Nodded.)
4    Q.   You have to speak up for the court reporter.
5    A.   Yes, I remember telling her '98.
6    Q.   Right.
7            And the third time the prosecutor asked you when you
8    first got to the base, you said '98.
9    A.   Yes, middle of '98.
10   Q.   And as you said, that has been a long time ago.   Right?
11   A.   Yes.
12   Q.   And you fought with a lot of different groups -- right --
13   or been a part of a lot of different organizations.   Right?
14   A.   Yes.
15   Q.   The INPFL?
16   A.   Yes.
17   Q.   The NPFL?
18   A.   Yes.
19   Q.   The ATU?
20   A.   Yes.
21   Q.   Were you also part of the AFL for a while?
22   A.   No.
23   Q.   No.
24           How about the SSS?
25   A.   No.

**Sieh - Cross**

1  Q.   How about the SSO?

2  A.   No.

3  Q.   But you were you fought with three or you were a part of

4  three different military organizations?

5  A.   Yes.

6  Q.   And you stated you graduated on December 15th?

7  A.   Yes.

8  Q.   But you also testified yesterday that you graduated on

9  November 15th.

10  A.   No, I said December.

11  Q.   Oh, you said December?

12  A.   December 15th, 1999.

13  Q.   You didn't say November 15th?

14  A.   No, December.  I said it over and over.

15  Q.   Sir, you don't actually remember exactly the date you were

16  on that ATU base, do you?

17  A.   That graduate day, I will never forget it, December 15th.

18  I said it.

19  Q.   You will never forget that day?

20  A.   Yes.

21  Q.   You can remember it clearly?

22  A.   Yes.

23  Q.   And you stated that there were other foreign guests at that

24  graduation?

25  A.   Yes.

**October 10, 2008**

**Sieh - Cross**

1  Q.   And you stated, though, that none of those foreign guests

2  came from anywhere outside of Africa.   Is that right?

3  A.   Go again.

4  Q.   You testified that those foreign guests were all from

5  within Africa.   Is that correct?

6  A.   Yes.

7  Q.   But, sir, there was an American military person at that

8  graduation.   Correct?

9  A.   I did not know this.   I didn't see.

10 Q.   You didn't see that?

11 A.   Uh-uh.

12 Q.   Did you graduate with Montgomery Dolo?

13 A.   Yes.

14 Q.   And you don't remember a white man in a military uniform?

15 A.   I can't remember.

16 Q.   But you said you remembered that day clear as can be.

17 A.   Yeah, I remember the day.

18 Q.   So you're saying that there was no white man in a military

19 dress there that day?

20 A.   I didn't observe that, did not observe that.

21 Q.   You don't remember that.   Right?

22 A.   No.

23 Q.   And you testified that when you got to the ATU base there

24 were other recruits already there.   Right?

25 A.   Yes.

**October 10, 2008**

**Sieh - Cross**

1  Q.  You were not the first recruit there?

2  A.  No.

3  Q.  Sir, you testified regarding the installation of a fence at

4  the ATU base in Gbatala.   Do you remember that?

5  A.  Yes.

6  Q.  Now, that fence did not surround the entire training base,

7  did it?

8  A.  Not on the whole base, no.

9  Q.  Just a part of it.   Right?

10  A.  Yes.

11  Q.  Just the part by the road?

12  A.  Yes.

13  Q.  And that fence was made of bamboo?

14  A.  Sticks, thatches.

15  Q.  Sir, that fence was -- you're stating you were on the base

16  when that fence was put up?

17  A.  Yes.

18  Q.  Sir, that fence was not put up until well after 2000.   Is

19  that correct?

20  A.  Go again.

21  Q.  That fence was put up after 2000?

22  A.  It was put up before 2000.

23          MS. HECK-MILLER:   Your Honor, I object --

24  A.  Ask the question again.

25  Q.  The fence was installed after the year 2000?

**October 10, 2008**

## Sieh - Cross

1          MS. HECK-MILLER:   Object to the form.  Not in the form

2     of a question.

3               THE COURT:   Overruled.

4     A.   No.

5     Q.   No?

6     A.   (Shook head).

7     Q.   It's your testimony that it was before 2000?

8     A.   Yes.

9     Q.   Now, the Gbatala Base is very near the town of Gbatala.

10    Right?

11    A.   Yes.

12    Q.   In fact, you could walk to the town of Gbatala?

13    A.   Yes.

14    Q.   It's a short walk.  Right?

15    A.   Yes.

16    Q.   And the road that Gbatala Town is on runs right next to the

17    base.  Right?

18    A.   Yes.

19    Q.   And to get to that road, you don't have to travel through

20    lots and lots of bush.  Right?

21    A.   Yes.

22    Q.   Right?  It's very -- the road is very close to the base?

23    A.   Yes.

24    Q.   There isn't miles of jungle between the base and the road.

25    Right?

**October 10, 2008**

**Sieh - Cross**

1  A.   Yes.

2  Q.   And there isn't miles of bush between the base and the

3  town.   Right?

4  A.   Yes.

5  Q.   If you leave the base, the town is right there.   Right?

6  A.   It's a short distance, but you have to pass through a bit

7  of bush.

8  Q.   A little bit?

9  A.   Yeah.   There's bush between the base and town.

10  Q.   Just a little bit of bush, though.   Right?

11  A.   Yes.

12  Q.   It's not many kilometers or anything?

13  A.   No.

14  Q.   You're motioning how far it is.   How much bush is there

15  between the base and the road or the town?

16  A.   From the base to get to the town, I mean, to the road, you

17  will pass through the bush.   That's from here to where the

18  second to the last man sitting.

19  Q.   Somewhere in the courtroom here?

20  A.   Yes, yes.

21       MR. WYLIE:   Your Honor, may the record reflect he has

22  indicated the amount of bush from where he's sitting somewhere

23  to the back of the courtroom, roughly the courtroom size?

24       THE COURT:   The record reflects.

25  BY MR. WYLIE:

**October 10, 2008**

**Sieh - Cross**

1  Q.   Now, you talked about the patch on the ATU uniform?

2  A.   Yes.

3  Q.   And you said that that patch had a cobra.  Right?

4  A.   Yes.

5  Q.   Two days ago you didn't testify about a scorpion on the

6  patch?

7  A.   No, I did not testify about a scorpion.

8  Q.   Was there a scorpion on the patch, too?

9  A.   I can't remember that.

10 Q.   But that was the uniform you wore?

11 A.   Yeah, but a long time now.

12 Q.   It was a long time ago.  Right?

13 A.   Yeah.

14 Q.   10 years ago?

15 A.   Yes.

16 Q.   It's hard to remember everything perfectly.  Right?

17 A.   A lot I can remember.

18 Q.   Prior to coming to court to testify, you've spoken to the

19 Government, the prosecutors, the United States Government.

20 Right?  You've spoken to them?

21 A.   Go again.

22 Q.   Prior to testifying in court, have you spoken to anybody

23 sitting at this table over here?

24 A.   Yes.

25 Q.   You told them what you know.  Right?

**October 10, 2008**

**Sieh - Cross**

1    A.    Yes.

2    Q.    How many times did you speak with people from the United

3    States government?

4    A.    Here?

5    Q.    Anywhere.   Here or Liberia.

6    A.    About two times.

7    Q.    Two times?

8    A.    Yes.

9    Q.    You spoke to them once, I believe, in June of this year.

10   Right?

11   A.    Yeah.

12   Q.    In Liberia?

13   A.    Yes.

14   Q.    And you spoke to them here in Miami in the United States --

15   A.    Yes.

16   Q.    -- before this trial started?

17   A.    Yes.

18   Q.    And you spoke to them for a long time.   Right?

19   A.    Just Liberia and here.

20   Q.    But when you spoke in Liberia and here, you spoke to them

21   for many hours?

22   A.    Oh, yes.

23   Q.    And you were not rushed.   Right?

24   A.    No.

25   Q.    You took your time and were able to tell them everything

**October 10, 2008**

**Sieh - Cross**

1  you wanted to tell the Government.  Is that right?

2  A.   Yes.

3  Q.   It was a very thorough interview.  Right?

4  A.   Go again.

5  Q.   It was a very thorough interview?

6  A.   (No response.)

7  Q.   Your discussions with the Government were very complete.

8  Right?

9  A.   Yes.

10  Q.   And the Government was taking notes?

11  A.   Yes.

12  Q.   Right.

13       And you were trying very hard to be accurate.  Right?

14  A.   Yes.

15  Q.   You knew it was important to be accurate?

16  A.   Yes.

17  Q.   And you knew it was important to be truthful?

18  A.   Yes.

19  Q.   And you're able to contact the Government, the United

20  States Government officials that you spoke to if you needed to.

21  Right?

22  A.   Yes.

23  Q.   You were given a phone number to call if you thought of

24  anything else that you had to tell them.  Right?

25  A.   Yes.

**October 10, 2008**

**Sieh - Cross**

1   Q.   And did you review pictures with the Government in those

2   meetings?

3   A.   Yes.

4   Q.   They showed you pictures.   Right?

5   A.   Yes.

6   Q.   Now, do you remember in June you told the Government that

7   Chuckie Taylor spoke like a Liberian.   Right?   Do you remember

8   that?

9   A.   Go again.

10  Q.   In June you told the United States Government, the people

11  at this table, somebody from this table, that Chuckie spoke

12  like a Liberian?

13  A.   Yes.

14  Q.   But then in October you told them that Chuckie spoke like

15  someone trying to sound like a Liberian?

16  A.   Like he sound like a Liberian.

17  Q.   So you changed your story?

18  A.   No, I'm not changing my story.   When I heard him speaking,

19  he sound like a Liberian, but not, not with exact English like

20  us.

21  Q.   Now, in June when you spoke to the Government, you told

22  them that you remembered a cobra on the ATU patch, but not a

23  scorpion.   Do you remember telling them that?

24  A.   Yes.

25  Q.   But later when you met with the Government the second time,

**October 10, 2008**

**Sieh - Cross**

1  you remembered the scorpion, but not the cobra?

2  A.   Oh, they asked me that over and over.   I said I can't

3  remember the scorpion.   I said I can't remember the scorpion,

4  but I can remember the cobra over and over again.

5  Q.   So is it your testimony that the second time you spoke to

6  the Government you didn't tell them you didn't remember the

7  scorpion?

8  A.   I said "cobra."

9  Q.   You said "cobra."   That's all you've ever remembered?

10  A.   Yes.

11        MR. WYLIE:   Agent, if you could pull up CE 8.

12        AGENT NAPLES:   (Complied.)

13  BY MR. WYLIE:

14  Q.   Can you see this picture on the screen?

15  A.   Yes.

16  Q.   Do you remember the Government showing you this picture?

17  A.   Yes,

18  Q.   When you first spoke to the Government, you said that

19  Benjamin Yeaten was to the left of Charles Taylor.   Do you

20  remember telling them that?

21  A.   Yes.

22  Q.   But when you spoke to them in October, you told them

23  Benjamin Yeaten was on the right of Charles Taylor.   Do you

24  remember that?

25  A.   No.

**October 10, 2008**

**Sieh - Cross**

1    Q.   You did not tell the Government that he was on the right of

2    Charles Taylor?

3    A.   I pointed out what I knew on this photo.   I pointed at him

4    Q.   You pointed at him?

5    A.   Yes.

6    Q.   It's your testimony that in October you did not point to

7    the right of Charles Taylor?

8    A.   I pointed, yes.

9    Q.   You did point to the right?

10   A.   Yes.

11   Q.   But the first time you had pointed to the left of Charles

12   Taylor and said that was Yeaten.   Right?

13   A.   Yeaten is on the right.

14   Q.   So you never told the Government he was on the left,

15   Benjamin Yeaten was on the left?

16   A.   He's on the right.

17   Q.   So you never told the Government he was on the left of

18   Charles Taylor?

19   A.   No.

20   Q.   Are you sure?

21   A.   Yes.

22          MR. WYLIE:   Thank you, agent.   You can take that down.

23          AGENT NAPLES:   (Complied.)

24   BY MR. WYLIE:

25   Q.   Now, you mentioned seeing people tied in the tabie position

**October 10, 2008**

**Sieh - Cross**

1  in the back of a pickup truck.   Do you remember that?

2  A.   Yes.

3  Q.   Now, when you spoke to the Government in June of this year,

4  you told the Government that those people had been brought from

5  the St. Paul River Bridge.   Is that right?

6  A.   Yes.

7  Q.   But when you spoke to the Government in October, you said

8  that those people had come from Monrovia.   Is that correct?

9  A.   Yes, but St. Paul River Bridge come through Monrovia and

10 come on the base.   I said it.

11 Q.   St. Paul is north of the base.   Right?

12 A.   Yes.

13 Q.   And Monrovia is south of the base.   Right?

14 A.   No.   From Monrovia, behind Monrovia, St. Paul Bridge is.

15 From St. Paul Bridge, you pass through Monrovia and come on the

16 base.

17 Q.   So it's your testimony when you're driving from the St.

18 Paul River Bridge to Gbatala Base, you pass through Monrovia?

19 A.   Not me.   In a car.

20 Q.   Right?

21 A.   Yes.

22 Q.   Anybody on the trip from St. Paul River Bridge --

23 A.   Yes.

24 Q.   -- to the Gbatala Base --

25 A.   Yes.

**October 10, 2008**

## Sieh - Cross

1  Q.   -- you do not pass Monrovia on that road, do you?

2  A.   From St. Paul Bridge?

3  Q.   Yes.

4  A.   You pass through Monrovia.

5  Q.   You pass through Monrovia?

6  A.   By the time you leave Gbatala from the St. Paul Bridge, you

7  pass through Monrovia.

8  Q.   It's your testimony from the St. Paul Bridge to Gbatala

9  Base, you pass through Monrovia?

10  A.   To come on the base.

11  Q.   Sir, Monrovia is on the coast.   Correct?   It's near the

12  beach?

13  A.   Yes.

14  Q.   And the St. Paul River Bridge is at the border of Bong and

15  Lofa Counties.   Right?

16  A.   The St. Paul River is between, right after Monrovia to go

17  to Boni Highway.   You pass the St. Paul Bridge.

18  Q.   The St. Paul River comes down into Monrovia?

19  A.   Yes.

20  Q.   You're talking about the St. Paul River Bridge very near

21  Monrovia?

22  A.   Yes.

23  Q.   You're not talking about the St. Paul River Bridge up near

24  Lofa County?

25  A.   No.

**October 10, 2008**

**Sieh - Cross**

1  Q.   So it's your testimony that those people that were tied,

2  you claim you saw people tied in back of a pickup truck?

3  A.   Yes.

4  Q.   And they came from Monrovia?

5  A.   That direction.

6  Q.   Now, again, when you met with the Government in June, you

7  told them that you had been in a seven month assignment in Lofa

8  County when you were a member of the ATU.   Right?

9  A.   No.

10  Q.   You did not tell them that?

11  A.   No.

12  Q.   And then in October you told them that assignment, you were

13  with the NPFL when you were there.

14  A.   Yes.

15  Q.   That's what you told them in October?

16  A.   Yes.

17  Q.   It's your testimony you didn't tell them something

18  different in June?

19  A.   No.

20  Q.   Again, in June, you told the Government that you, yourself,

21  have tabied people, that you've tied people in the tabie

22  position.   You told the Government that in June of this year?

23  A.   That I tabie people?

24  Q.   Yes.

25  A.   No.

**October 10, 2008**

**Sieh - Cross**

1  Q.   You did not tell the Government that?

2  A.   No.

3  Q.   Now, again in June, you told the Government that you were

4  captured and forced to fight with the INPFL?

5  A.   Yes.

6  Q.   But in October you said that you were forcefully recruited.

7  A.   I don't understand the difference.   I were forced.

8  Q.   Sir, "captured" is when you're a soldier.   You capture a

9  soldier.

10  A.   Oh.

11  Q.   Right?

12  A.   I was forcefully recruited or captured at my house.   They

13  take me out of my house.   I was captured out of my house.

14  Q.   Let's talk about the NPFL.   In June you told the Government

15  you were also captured and forced to fight with the NPFL?

16  A.   No.

17  Q.   You never told the Government that?

18  A.   No.

19  Q.   In June, you told the Government it was Chuckie who chose

20  the site for the ATU base.   Is that right?

21  A.   Yes.

22  Q.   But in October you told them you don't know who chose the

23  location.

24  A.   No.

25  Q.   You didn't tell the Government that a few weeks ago before

**Sieh - Cross**

1    this trial?

2    A.   No.

3    Q.   You're sure?

4    A.   Yes.

5    Q.   Now, in June you told the Government or the prosecutor in

6    this case that while you were at Robert's Air Field you saw

7    Benjamin Yeaten picking up military equipment from white

8    Ukrainian men.   Do you remember telling the Government that in

9    June?

10   A.   Yes.

11   Q.   But in October you said that the Ukrainians were piloting a

12   helicopter.   Right?

13   A.   Yes.

14   Q.   Not a plane.   You said a plane in June.

15   A.   No, I did not say a plane.

16   Q.   You did not say a plane in June?

17   A.   I did not specify what type of plane it was.   I said

18   nothing about a helicopter or a plane.

19   Q.   You didn't use the words "special plane" when you spoke to

20   the Government in June?

21   A.   I said "plane."

22   Q.   But in October, you said helicopter.

23   A.   We in Liberia say "airplane," it considered to be airplane.

24   Q.   You think a plane and helicopter are the same thing?

25   A.   Yes.

**October 10, 2008**

**Sieh - Cross**

1  Q.   You do?

2  A.   Yes.

3  Q.   And in June you told the Government that you saw Benjamin

4  Yeaten take the supplies from the Ukrainian men?

5  A.   Yes.

6  Q.   But in October, a few weeks ago, you said no, you didn't

7  actually see Benjamin Yeaten take the supplies.

8  A.   The question they asked was whether I saw Benjamin Yeaten

9  receiving supply from the airport.   I said "No."

10  Q.   You said "No"?

11  A.   Yes.

12  Q.   You said that in October.   But that's not what you said in

13  June.   Right?

14  A.   Yes.

15  Q.   You changed your story?

16  A.   I say he took supply from the plane, from the people on the

17  plane, not from other place.

18  Q.   So you said in June that you saw Benjamin Yeaten take the

19  supplies?

20  A.   From the Ukraines.

21  Q.   From the Ukraines?

22  A.   Yes.

23  Q.   That's what you said in June?

24  A.   Yes.

25  Q.   But you said in October you didn't see Yeaten take the

**October 10, 2008**

## Sieh - Cross

1  supplies.

2  A.   No.

3  Q.   You didn't say that?

4  A.   They misquoted me.   They asked me did I saw Benjamin Yeaten

5  receiving supplies.   I said "No."

6  Q.   So it's your testimony that you did not tell the Government

7  that you didn't see Yeaten take supplies?

8  A.   Yes.

9          THE COURT:   Is it appropriate to recess for lunch,

10  Mr. Wylie?

11          MR. WYLIE:   Yes, Your Honor.

12          THE COURT:   Ladies and gentlemen, we'll take our lunch

13  recess.   Please don't discuss this case with anyone and please

14  return by 1:15.   Have a good lunch.

15          [The jury leaves the courtroom at 12:11 p.m]

16          THE COURT:   I shortened our lunch recess somewhat.

17          Are there any issues we need to address before we

18  resume at 1:15?

19          MR. WYLIE:   I don't believe so, Your Honor.

20          MS. HECK-MILLER:   Your Honor, we will have the

21  individuals here that the defense said they wanted to

22  reexamine.   I would suggest we do that after we finish with

23  Mr. Sieh.   We just want to make sure it's today because they're

24  scheduled to fly out of the country tomorrow.

25          THE COURT:   Very well.   Thank you.

**October 10, 2008**

**Sieh - Cross**

1           Have a good lunch.

2           MS. HECK-MILLER:  Thank you, Judge.

3                [Luncheon recess at 12:13 p.m.]

4           THE COURT:  Bring the witness back, please.

5           THE WITNESS:  [Entered the courtroom at 1:15 p.m.]

6           MS. HECK-MILLER:  Your Honor, the defense tells me

7    they are not going to recall those individuals, so we will not

8    have that.

9           MR. WYLIE:  That's correct, Your Honor.

10          THE COURT:  Very well.

11          Bring the jury in, please.

12       [The jury returns to the courtroom at 1:16 p.m.]

13          THE COURT:  Everyone please be seated.

14          Please continue, Mr. Wylie.

15          MR. WYLIE:  Thank you, Your Honor.

16   BY MR. WYLIE:

17   Q.   Mr. Sieh, you referred to, you testified about the training

18   that you received on the ATU base.  Do you remember that?

19   A.   Yes.

20   Q.   And you received training on how to deal with combat

21   situations.  Right?

22   A.   Yes.

23   Q.   Do you remember using barbwire on the base so that you

24   could crawl under it and simulate crawling?

25   A.   No.

**October 10, 2008**

## Sieh - Redirect

1    Q.    No?   You didn't have any barbwire that you had to crawl

2    under on the base?

3    A.    Barbwire were there.

4    Q.    Excuse me?

5    A.    There was barbwire.

6    Q.    There was barbwire?

7    A.    Yes.

8    Q.    Was it used as an obstacle course to crawl under?

9    A.    No.

10   Q.    No.

11           Now, sir, you received lots of training from the ATU.

12   Right?

13   A.    Yes.

14   Q.    Valuable training.   Right?

15   A.    Yes.

16   Q.    In fact, you've used the training you received from the ATU

17   to get your current job as a security officer.   Right?

18   A.    Yes.

19           MR. WYLIE:   No more questions, Your Honor.

20           THE COURT:   Redirect.

21                   REDIRECT EXAMINATION

22   [Beginning at 1:18 p.m., 10/10/08.]

23   BY MS. HECK-MILLER:

24   Q.    Mr. Sieh, do you remember on cross-examination Mr. Wylie

25   asked you some questions about training you got about the

## Sieh - Redirect

1  Geneva Convention?  Do you remember those questions?

2  A.   Yes.

3  Q.   Where did you receive training about the Geneva Convention?

4  A.   The Scheufflin.

5  Q.   And was that before you graduated from Gbatala Base or

6  after you graduated from Gbatala Base?

7  A.   After.

8  Q.   Was that before the whole year that you spent at Gbatala

9  Base or after?

10  A.   Go again.

11  Q.   Was that training at Scheufflin before the year that you

12  spent at Gbatala Base or after the year that you spent at

13  Gbatala Base?

14  A.   After.

15  Q.   You were asked some questions about whether you had to have

16  a recommendation to become a member of the ATU.  Do you

17  remember those questions about getting a recommendation?

18  A.   Yes.

19  Q.   Who were the people who became members of the ATU?  What

20  had they done before being in the ATU?

21  A.   Go again.

22  Q.   What was the experience of the people who became members of

23  the ATU?  What did they do before that?

24  A.   Part of NPFL.

25  Q.   What about the EMSSU also?

**October 10, 2008**

## Sieh - Redirect

1  A.   They were part of NPFL.

2  Q.   Were there former EMSU who became part of the ATU?

3  A.   Yes.

4  Q.   You were asked questions about whether you were surprised

5  to be asked to do certain jobs at Gbatala Base.   Do you

6  remember those questions?

7  A.   Yes.

8  Q.   And you were asked whether you were surprised to get jobs

9  like to work on the base.   Do you remember those questions?

10  A.   Yes.

11  Q.   And you said you were not surprised to get jobs like that.

12  Do you remember that?

13  A.   I said certain job.

14  Q.   Were there other jobs that you were surprised to get?

15  A.   Yes.

16  Q.   What jobs were you surprised to get?

17  A.   Digging the holes.

18  Q.   You were asked some questions about who ordered the

19  punishments.   Do you remember those questions?

20  A.   Yes.

21  Q.   Who ordered the punishments at Gbatala Base?

22  A.   David Compari.

23  Q.   And when David Compari ordered the punishments, did he ever

24  say who was telling him to do that?

25  A.   Yes.

**October 10, 2008**

## Sieh - Redirect

1  Q.   What did he say?

2  A.   He said he was taking instruction from Chuckie Taylor.

3  Q.   At Gbatala Base, who was David Compari's boss?

4  A.   Chuckie Taylor.

5  Q.   Did you see Chuckie Taylor meet with David Compari?

6  A.   Yes.

7  Q.   You were asked the name of your company and you said a

8  word.   I'm not sure we all heard it correctly.   What was the

9  name of your company?

10  A.   Delta company.

11  Q.   Delta company?

12  A.   Yeah, D.

13  Q.   There were four companies A, B, C, D?

14  A.   Yes.

15  Q.   And you were D?

16  A.   Yes.

17  Q.   Mr. Sieh, at one point in your testimony you were asked to

18  show a distance in the courtroom  Do you remember that?

19  A.   Yes.

20  Q.   What were you showing with that distance?

21  A.   The distance of the bush between the base and the car road.

22  Q.   And when you say the distance between the bush and the

23  base, what part of the base were you talking about?

24  A.   From the car, the car road leading from when you're passing

25  through to go to Gbarnga.

**October 10, 2008**

## Sieh - Redirect

1  Q.   You were asked some questions about how close or far the

2  base was from the town of Gbatala.   Do you remember that?

3  A.   Yes.

4  Q.   What part of the base was close to Gbatala?

5  A.   The back road.

6  Q.   And of the buildings at Gbatala, what buildings and

7  structures were the most close to the town of Gbatala?

8  A.   Ask again.

9  Q.   Do you understand my question?

10  A.   Yeah, ask.   Go again.

11  Q.   Gbatala Base was a pretty big place, was it not?

12  A.   Aha.   Yes.

13  Q.   Of that place, Gbatala Base, the whole Gbatala Base, which

14  part of it was closest to the town of Gbatala?

15  A.   One of the buildings that recruits were living in, that

16  part of the base was not far to Gbatala.

17  Q.   The buildings you were living in?

18  A.   One of them the recruits were in, one of the buildings.

19  Q.   Is that the same place where the Village was?

20  A.   No.

21  Q.   Where was the Village?

22  A.   The Village was -- you have to go all the way to where the

23  training was conducted, where the training field was.

24  Q.   And was that farther from the town of Gbatala?

25  A.   Yes.

October 10, 2008

## V. Dulleh - Direct

1  Q.   Was that farther from the car road?

2  A.   Yes.

3           MS. HECK-MILLER:   No further questions, Your Honor.

4           THE COURT:   Thank you.   You are excused.

5              [The witness was excused at 1:25 p.m.]

6           MR. GRAVELINE:   The United States calls Varmuyan

7  Dulleh.

8

9           VARMUYAN DULLEH, RESPONDENTS' WITNESS, SWORN

10                   DIRECT EXAMINATION

11  [Beginning at 1:26 p.m.]

12  BY MR. GRAVELINE:

13  Q.   Please state your name and spell it for the record.

14  A.   My name is Varmuyan Dulleh, V-a-r-m-u-y-a-n D-u-l-l-e-h.

15  Q.   Mr. Dulleh, how old are you?

16  A.   I'm 36-years-old.

17  Q.   Where were you born?

18  A.   I was born in Monrovia, Liberia.

19  Q.   How far did you get in your schooling, Mr. Dulleh?

20  A.   I stopped at the senior class level of a University of

21  Liberia.

22  Q.   Did you graduate from high school?

23  A.   Yes, I did.

24  Q.   What high school did you graduate from?

25  A.   I graduated from the William GSW High School.

**October 10, 2008**

## V.  Dulleh - Direct

1  Q.  Where is that at?

2  A.  It is in Monrovia.

3  Q.  Do you still live in Liberia?

4  A.  No.

5  Q.  Where do you live now?

6  A.  I live in the United States of America.

7  Q.  How long have you lived in the United States?

8  A.  I have lived in the United States of America since November

9  of 2005.

10  Q.  Do you have any children?

11  A.  Yes, I do.

12  Q.  How many children do you have?

13  A.  Three.

14  Q.  Do any of them live here in the United States with me?

15  A.  One of them live with me.

16  Q.  Where are the other two?

17  A.  They are back in Africa.

18  Q.  What tribe did your family belong to back in Liberia?

19  A.  My family belong to the Mandingo Tribe.

20  Q.  When you were growing up in Liberia, was it always peaceful

21  there?

22  A.  Yes.

23  Q.  Was there ever a time when fighting came to Liberia?

24  A.  Yes.

25  Q.  What year was that?

## V. Dulleh - Direct

1  A.  It was in 1989.

2  Q.  What did you do when the fighting started in Liberia?

3  A.  I fled.

4  Q.  Where did you go?

5  A.  I fled to neighboring Sierra Leone.

6  Q.  Did you go alone or with other people?

7  A.  I did go with other people.

8  Q.  Who did you go with?

9  A.  I went with my mom, my dad, brothers and sisters.

10  Q.  How long did you stay in Sierra Leone?

11  A.  I'm not sure how long it was, but it was for the most part

12  of 1990, up until the end of 1990.

13  Q.  And at the end of 1990, where did you move to at that

14  point?

15  A.  I moved to Guinea.

16  Q.  And was that you or was that your entire family again?

17  A.  I moved with my family.

18  Q.  How long did you stay with your family in Guinea?

19  A.  I was there up until early 2002.  Sorry.  Early 1992.

20  Q.  What did you do at that point?

21  A.  At that point I went back home.

22  Q.  And did you go alone or with your family?

23  A.  I went back alone.

24  Q.  Where did you move to in Liberia in 1992?

25  A.  In 1992 I moved to Paynesville, Monrovia.

**October 10, 2008**

## V. Dulleh - Direct

1  Q.  Paynesville is a district of Monrovia?

2  A.  Yes, it is.

3  Q.  Was there still fighting going on in Liberia at this time?

4  A.  To some -- there was some fighting going on, but where I

5  was in Monrovia, there was no fighting.

6  Q.  During that time frame, during the middle 1990s, did you

7  ever join any of the warring factions in Liberia?

8  A.  No.

9  Q.  Did you ever take up arms for any warring faction during

10  the 1990s?

11  A.  No.

12  Q.  When you went back in 1992, why did you go back to Liberia?

13  A.  I wanted to pursue my education.  That's why I went back,

14  because Monrovia at the time was relatively peaceful and there

15  was schooling going on.  So I went to pursue my schooling.

16  Q.  Did you start your own family during those mid-1990s?

17  A.  Say that again.

18  Q.  Did you get married?

19  A.  Yes.

20  Q.  What year did you get married?

21  A.  In, it was in 1992, yeah, when I went back.

22  Q.  What was your wife's name?

23  A.  Mabendu.

24  Q.  At a certain point, did the fighting stop in Liberia?

25  A.  Yes.

**October 10, 2008**

## V. Dulleh - Direct

1  Q.   When was that?

2  A.   Lastly the fighting stopped just after 1996, after the

3  civil war, a bloody civil war in 1996.   Sorry.   Let me get it

4  straight.   1995, there was a peace agreement and the war was

5  finished in 1995.

6  Q.   And were there elections shortly thereafter?   When were the

7  first elections held in Liberia?

8  A.   I think the election was held in 1997, after the warring

9  factions.

10  Q.   Who was elected to be the ruler of Liberia in 1997?

11  A.   1997 election, post-war election, brought Charles Taylor in

12  as President.   He was elected as President.

13  Q.   From 1997 until 2002, where did you live?

14  A.   From 1997 to 2002, I lived in Monrovia.

15  Q.   From 1997 to 2002, who was the President of Liberia?

16  A.   Charles Taylor.

17  Q.   Now, did you have a job while you were living there in

18  Monrovia?

19  A.   Yes.

20  Q.   What was your job?

21  A.   I worked at the National Port Authority in Monrovia.

22  Q.   And was that considered a good job in Monrovia at the time?

23  A.   Relatively for me, it was a good job.   I could afford what

24  I wanted.

25  Q.   Were you also taking some schooling sometime as well?

**October 10, 2008**

## V.  Dulleh - Direct

1   A.   Yes.

2   Q.   Where were you attending school?

3   A.   I was attending the University of Liberia.

4   Q.   While you were at the University of Liberia, were you part

5   of any student organizations there?

6   A.   Yes.

7   Q.   What student organizations did you belong to?

8   A.   I belonged to the Student Unification Party, a student

9   political party at the University of Liberia.

10  Q.   All right.

11       Was there a shorter term for that party?

12  A.   I didn't understand that.

13  Q.   Was there a shorter term  Did you call it the Student

14  Unification Party or did you have a shorter name for it?

15  A.   Yes.

16  Q.   What did you call it?

17  A.   We call it SUP, S-U-P.

18  Q.   Did you hold any leadership position in SUP?

19  A.   Yes.

20  Q.   What position did you hold?

21  A.   At one point I was a chairman of the Bureau of Information,

22  Propaganda Research and Guidance.

23  Q.   And what political positions did SUP advocate at that time?

24  A.   SUP always advocated social justice, academic excellence

25  and peace.  So we were speaking of the injustices in society at

**October 10, 2008**

## V.  Dulleh - Direct

1  the time.

2  Q.   At a certain point, did SUP ever make any criticisms of

3  Charles Taylor's administration?

4  A.   Yes.

5  Q.   Did you have take up any arms against Charles Taylor's

6  administration?

7  A.   No.

8  Q.   Have you ever engaged in any fighting whatsoever in

9  Liberia?

10  A.   No.

11  Q.   I want to take you back to July of 2002.   Where were you

12  living at that time?

13  A.   Paynesville, Monrovia.

14  Q.   What kind of dwelling did you live in?   Was it a house or

15  apartment?

16  A.   It was a house.

17       MR. GRAVELINE:   Your Honor, at this time I would like

18  to publish to the witness Government's Exhibit VD 1 for

19  identification.

20       [Government Exhibit VD 1 marked for identification at

21  1:35 p.m]

22  BY MR. GRAVELINE:

23  Q.   If you want to pour a drink of water, you may.

24  A.   Sorry about that.

25  Q.   No problem

**October 10, 2008**

## V.  Dulleh - Direct

1              Do you see Government's Exhibit VD 1 up on your

2    computer screen?

3    A.   Yes.

4    Q.   Do you recognize it?

5    A.   Yes.

6    Q.   What is it?

7    A.   This is the house in which I lived in Monrovia.

8    Q.   Is that a fair and accurate depiction of the way the house

9    looked?

10   A.   Yes.

11             MR. GRAVELINE:   Your Honor, move for the admission of

12   Government's Exhibit VD 1.

13             MR. WYLIE:   No objection.

14             THE COURT:   Admitted.

15    [Government Exhibit VD 1 received in evidence at 1:36 p.m.]

16             MR. GRAVELINE:   I would like to publish it to the jury

17   at this time, Your Honor.

18             THE COURT:   You may.

19   BY MR. GRAVELINE:

20   Q.   Mr. Dulleh, did some out of the ordinary event happen to

21   you in this house in July of 2002?

22   A.   Yes.

23   Q.   What happened?

24   A.   In July of 2002, I was arrested by gunmen.

25   Q.   At this house?

**October 10, 2008**

## V. Dulleh - Direct

1  A.   Yes.

2  Q.   Do you remember the exact date when that happened?

3  A.   It was in the night of the 24th of July, going to the 25th

4  of July, from midnight --  I'm not sure of the particular hour

5  because I were asleep when it happened.  I didn't know the time

6  when I woke up.

7  Q.   What was the first thing you remembered about that night?

8  A.   The first thing I remembered was a friend of mine, a

9  co-worker of mine at the National Port Authority, called me out

10 from the window side of my building, my house, and asked me to

11 let him in because he had gone out and he wanted me to allow

12 him pass the night at my house because he was already late, so

13 he wanted me to allow him in for the rest of the night until

14 the next morning.

15 Q.   Now, you said it was at the window part of your house.

16 Looking at VD 1 here, which window are you talking about when

17 you take a look at this picture?

18 A.   The window of my bedroom, which is the first window on the

19 screen on the left.

20 Q.   On the left?

21 A.   Yes.

22         MR. GRAVELINE:  Agent Naples, can you highlight the

23 first window on the left of the photograph.

24         AGENT NAPLES:   (Complied.)

25 BY MR. GRAVELINE:

## V.  Dulleh - Direct

1  Q.  Is that the window that was your bedroom window,

2  Mr. Dulleh?

3  A.  Yes.

4  Q.  Where was Mr. Kelleh standing when you looked at the window

5  that night?

6  A.  He stood somewhere -- where you see the grass ending,

7  there's a round pole.  Pretty close to my window there's a

8  round pole here.

9  Q.  Can you touch your computer screen?

10  A.  Somewhere around there he stood.

11  Q.  What do you remember Mr. Dulleh saying to you that night?

12  A.  Sorry?

13          MR. WYLIE:  Objection hearsay.

14          MR. GRAVELINE:  Verbal conduct, Your Honor.  Just

15  going to show action in conformity.

16          THE COURT:  Overruled.

17  BY MR. GRAVELINE:

18  Q.  What did Mr. Kelleh say?

19  A.  Mr. Kelleh asked me to allow him in to pass the night.

20  Q.  At that point did you see anyone else there with Mr. Kelleh

21  that night?

22  A.  No.

23  Q.  What was the lighting like at your house there that night?

24  A.  We didn't have electricity.  We didn't have light.  We used

25  candle, but there was a house across the swamp from my house

**October 10, 2008**

## V. Dulleh - Direct

1  that had electricity and so the light usually reflected somehow

2  across the swamp to my house.

3  Q.   After hearing Mr. Kelleh, what did you do at that point?

4  A.   I was a little bit annoyed that he didn't tell me in

5  advance that he was coming and I told him not to do that again

6  and I accepted to allow him in.

7  Q.   So you said you started to let him in?

8  A.   Yes.

9  Q.   All right.

10       Where did you meet him when you let him in?

11  A.   I came through the living room and at the entrance of the

12  building -- you see the stairway?  That's where I came and

13  opened the front door.

14  Q.   What did you see when you open the front door?

15  A.   At the time when I opened the front door and stepped

16  outside on the porch, and then I saw the Mr. Kelleh standing

17  stiff and he moved forward ahead on the ground standing outside

18  and he was standing stiff and I asked him what happened and I

19  walked to him coming outside.   When I was walking coming to him

20  outside, you know, that was when I saw a group of people

21  running, gunmen coming to me.

22  Q.   What did you do when you saw the people running towards

23  you?

24  A.   I decided to run away.

25  Q.   Where did you run?

**October 10, 2008**

## V. Dulleh - Direct

1  A.  I ran outside.  I ran outside and I took the back side of

2  my house.  I went by the house on the other side on the left.

3          MR. GRAVELINE:  Your Honor, I'd like to show the

4  witness what has been marked VD 3 for identification.

5      [Government Exhibit VD 3 marked for identification.]

6  BY MR. GRAVELINE:

7  Q.  Mr. Dulleh, do you recognize that?

8  A.  Yes.

9  Q.  What is that a picture of?

10  A.  This is the side of the house when I turned and attempted

11  to run away.

12  Q.  Is that a fair and accurate picture of your house?

13  A.  Yes, the house on the left.

14          MR. GRAVELINE:  Your Honor, move for the admission of

15  Government's Exhibit VD 3 for identification.

16          THE COURT:  Admitted.

17      [Government Exhibit VD 3 received in evidence at

18  1:42 p.m]

19          MR. GRAVELINE:  Seek to publish it to the, jury Your

20  Honor.

21          THE COURT:  You may.

22  BY MR. GRAVELINE:

23  Q.  Mr. Dulleh, using your finger on the computer screen, can

24  you draw for the jury where you ran to that night, the

25  direction you ran?

October 10, 2008

## V. Dulleh - Direct

1   A.   I came down from here and just came by the house here and

2   was going at the back of the house, and there's a mango tree

3   just back here, a plum tree.   That was where I stopped.

4   Couldn't go any further.

5   Q.   Why did you stop by that mango and plum tree?

6   A.   There were a lot of gunmen who were displaying guns to me,

7   put me at gunpoint, and I couldn't move any further, couldn't

8   run any further.

9   Q.   How were these men dressed that night?

10   A.   Some were dressed, some were like unified.   Some were in

11   black suit, black jumpsuit, and some were in ATU uniform, some

12   ATU uniform

13   Q.   Were they carrying anything in their hands?

14   A.   Yes.

15   Q.   What were they carrying?

16   A.   They were carrying guns.

17   Q.   What, if anything, did these people say to you once they

18   detained you?

19   A.   Once they detained me, they said "So you want to overthrow

20        the Papay?" asked me "Do you want to overthrow the Papay?"

21   Q.   Who did you understand the "Papay" to be?

22   A.   I understand the Papay to mean Charles Taylor.

23   Q.   At this point, had you been alone in the house that night?

24   A.   No.

25   Q.   Who else was in the house with you that night?

**October 10, 2008**

## V.  Dulleh - Direct

1  A.   There were others in the house with me.   My wife, my kids

2  and some nonfamily members, like renting.

3  Q.   At this point, what were you thinking about in relation to

4  the safety of your family?

5  A.   Me and my family were, I felt, were in danger.   We were not

6  safe anymore.

7  Q.   What did the gunmen do once they stopped you outside?   Did

8  they take you anywhere?

9  A.   Yes.   They kept pushing me, calling me and took me back

10  into my house.

11  Q.   Once you were inside your house, which room did they take

12  you to?

13  A.   They asked me where do I live, where is my bedroom, and I

14  pointed out my bedroom and they asked me to take them into my

15  bedroom, and I did.

16  Q.   Now, before you went outside the house to see Mr. Kelleh

17  that night, had there been someone else in your bedroom?

18  A.   If I did leave someone else in my bedroom?

19  Q.   When you went outside.

20  A.   Yes.

21  Q.   Who would have been in your bedroom?

22  A.   My wife and my kids.

23  Q.   Were they still there when the gunmen brought you back in

24  the house?

25  A.   I didn't see them when I came back in the house.   In my

**October 10, 2008**

## V. Dulleh - Direct

1   room, I didn't see them again.

2   Q.   What did the gunmen do once they got inside your bedroom?

3   A.   I saw them searching.   I don't know.   They were searching

4   my bedroom and still making threatening remark, "You want to

5       overthrow the Papay?"

6   Q.   Did you see them take any of your possessions that night?

7   A.   Yes.

8   Q.   What did you see in their possession?

9   A.   I saw my phone.   I had my phone, cell phone, and I saw them

10   lifting my mattress, taking money I had money under the

11   mattress and the carpet, took that away.   I couldn't see

12   everything they was taking.   There were too many.

13   Q.   Did you see them take any official documents that you had?

14   A.   Not at that point.   I didn't see them taking official

15   document.

16   Q.   Any pieces of identification?

17   A.   I realize later that they took, they took it away.   They

18   took it from my room later.

19   Q.   Once they were done searching your room, were they making

20   any accusations while they were searching your room?

21   A.   Yes.

22   Q.   What were they accusing you of?

23   A.   They say I want to overthrow the Papay, like I said,

24   they've caught me, I'm a rebel and they've caught me,

25   threatening me.

## V. Dulleh - Direct

1   Q.   What did they do after they searched your room?

2   A.   They whisked me out of the house and put me in a Jeep.

3   Q.   Did you see any other civilians at that time who were with

4   the gunmen?

5   A.   Yes.

6   Q.   Who did you see?

7   A.   I saw Abraham Kelleh and Mamudu Dulleh.

8   Q.   Who is Mamudu Dulleh?

9   A.   Mamudu is my cousin.

10  Q.   Where did these men take you that night?

11  A.   They drove me to the house of Moussa Cisse.

12  Q.   Who is Moussa Cisse?

13  A.   Moussa Cisse was a close confidant.  He operated for

14  Charles Taylor.  He was referred to as Chief of Protocol.

15  Q.   You said they drove you from your house to Moussa Sise's

16  house?

17  A.   Yes.

18  Q.   Where is Moussa Sise's house?

19  A.   Moussa Sise's house is in Congotown, not far away from

20  where President Taylor lived.

21  Q.   How far away is that from where you lived?

22  A.   It's about two miles or so.

23  Q.   Can you describe Moussa Sise's house for the jury?  What

24  does it look like?

25  A.   Moussa Cisse house is a big house in a fence with a little

**October 10, 2008**

# V. Dulleh - Direct

1  kitchen, a hut on the other side, but all in the fence along

2  the street where President Taylor lived.

3  Q.   What happened when you first got to Moussa Sise's house?

4  A.   I was taken to the little hut outside of the main building.

5          MR. GRAVELINE:   Your Honor, at this time I'd like to

6  publish to the witness what has been marked Government's

7  Exhibit MC 3 for identification.

8       [Government Exhibit MC 3 marked for identification.]

9  BY MR. GRAVELINE:

10  Q.   Do you recognize this?

11  A.   Yes.

12  Q.   What is this?

13  A.   This is house of Moussa Cisse.

14  Q.   Is that a fair and accurate depiction of how the inside of

15  Moussa Sise's compound looks?

16  A.   Yes.

17          MR. GRAVELINE:   Your Honor, I move for admission of

18  Government's Exhibit MC 3 for identification.

19          MR. WYLIE:   No objection.

20          MR. GRAVELINE:   Move to publish it for the jury.

21          THE COURT:   You may.

22       [Government Exhibit MC 3 received in evidence at

23  1:49 p.m]

24          MR. GRAVELINE:   Agent Naples, can you highlight the

25  building with the red roof there on MC 3.

October 10, 2008

## V.  Dulleh - Direct

1              AGENT NAPLES:   (Complied.)

2   BY MR. GRAVELINE:

3   Q.   Mr. Dulleh, what is that that Agent Naples just

4   highlighted?

5   A.   This is the little hut I was taken to once I got to Moussa

6   Sise's house.

7              MR. GRAVELINE:   Your Honor, I'd like to show the

8   witness what has previously been marked Government's Exhibit MC

9   6 for identification.

10       [Government Exhibit MC 6 marked for identification at

11   1:50 p.m]

12   BY MR. GRAVELINE:

13   Q.   Do you recognize this?

14   A.   Yes.

15   Q.   What is it?

16   A.   This is the hut in which I was taken at Moussa Sise's

17   house.

18   Q.   Is this a fair and accurate picture of that hut?

19   A.   Yes.

20              MR. GRAVELINE:   Move for the admission of Government's

21   Exhibit MC 6 for identification, Your Honor.

22              MR. WYLIE:   No objection.

23              THE COURT:   Admitted.

24     [Government Exhibit MC 6 received in evidence at 1:50 p.m]

25              MR. GRAVELINE:   Move to publish it for the jury.

**October 10, 2008**

## V. Dulleh - Direct

1        THE COURT:   You may.

2    BY MR. GRAVELINE:

3    Q.   Mr. Dulleh, when you were in this hut, were other people

4    with you at this time?

5    A.   Yes.

6    Q.   Who were the other people?

7    A.   Some gunmen and another fellow who was not armed and was in

8    civilian clothing.

9    Q.   What did this other fellow do while you were sitting in the

10   hut?

11   A.   He began to interrogate me.

12   Q.   What did he ask you?

13   A.   He asked me if I'm involved with the rebel movement that is

14   threatening to overthrow President Taylor, what do I know about

15   the rebel movement.

16   Q.   What did you respond to those questions?

17   A.   I told him I was not involved with rebel movement.   I was

18   not involved with any attempt to overthrow President Taylor.

19   Q.   You mentioned there were gunmen around as well?

20   A.   Yes.

21   Q.   How were they dressed?

22   A.   Some in plain clothes, some unified and some in ATU

23   uniform, black jumpsuit.

24   Q.   What type of guns did they have?

25   A.   Long guns.

**October 10, 2008**

## V.  Dulleh - Direct

1  Q.   At this point, did you believe you were free to leave

2  Moussa Sise's house?

3  A.   No.

4  Q.   Why is that?

5  A.   Those who apprehended me told me they got me, accusing of

6  wanting to overthrow President Taylor.   I was surrounded by

7  them and kept threatening.

8           MR. GRAVELINE:   Your Honor, at this point I'd like to

9  show the witness what has been previously marked MC 7 for

10  identification.

11      [Government Exhibit MC 7 marked for identification.]

12  BY MR. GRAVELINE:

13  Q.   Do you recognize that?

14  A.   Yes.

15  Q.   What is this a picture of?

16  A.   This picture is showing Moussa Sise's house on the compound

17  of Moussa Cisse and the photograph has been taken from within

18  the little hut in the fence in the compound showing the

19  entrance of Moussa Sise's house.

20  Q.   This picture is as if you were sitting in the hut that

21  night looking out at the house?

22  A.   Yes.

23  Q.   Is that a fair and accurate depiction of how that looked

24  that nigh?

25  A.   Yes.

**October 10, 2008**

## V. Dulleh - Direct

1          MR. GRAVELINE:   More for the admission of Government's

2    Exhibit MC 7, Your Honor.

3          MR. WYLIE:   No objection.

4          THE COURT:   Admitted.

5     [Government Exhibit MC 7 received in evidence at 1:52 p.m]

6          MR. GRAVELINE:   Seek to publish it to the jury.

7          THE COURT:   You may.

8    BY MR. GRAVELINE:

9    Q.   How were you dressed as you were sitting in the hut that

10   night?

11   A.   I was in a white T-shirt and a short, a black short.

12   Q.   At some point did the men prepare to take you away from

13   Moussa Sise's house?

14   A.   Yes.

15   Q.   Where did they say they were going to take you?

16   A.   They didn't tell me where they were taking me.  They just

17   put me on a pickup truck.

18   Q.   Did they change your clothes before they put you on the

19   pickup truck?

20   A.   Yes.

21   Q.   And what clothes did they give you?

22   A.   They give me black trousers, long trousers.

23   Q.   So, long pants?

24   A.   Yes.

25   Q.   Whose pickup truck were you placed in?

**October 10, 2008**

## V. Dulleh - Direct

1  A.   I was placed in the pickup truck of the Police Director,

2  Paul Mulbah.

3  Q.   You said this was the Police Director of all of Liberia?

4  A.   Yes, at the time of the Taylor government.

5  Q.   And who was driving the pickup truck that night?

6  A.   Police Director Paul Mulbah, himself.

7  Q.   Were any other people in the truck besides you and Paul

8  Mulbah?

9  A.   Some gunmen sitting at my side and some in the back of the

10  pickup truck.

11  Q.   And how were they dressed?

12  A.   They were dressed in black jumpsuit mostly that I saw.

13  Q.   Where did Paul Mulbah take you that night?

14  A.   He took me to the residence of President Charles Taylor.

15  Q.   Is there a name for the residence of President Charles

16  Taylor?

17  A.   Yes.

18  Q.   What's the name of that residence?

19  A.   Whiteflower.

20  Q.   And how far away is that from Moussa Sise's house?

21  A.   Like a block away.  Not far.  Just one block away from the

22  presidential residence.

23  Q.   Had you ever been inside of Whiteflower before?

24  A.   No.

25  Q.   What were you thinking as you were driving into Whiteflower

## V.  Dulleh - Direct

1  that night?

2  A.  I was, I was terrified.  I was extremely afraid.  I mean, I

3  was just scared for my life.

4          MR. GRAVELINE:  Your Honor, I'd like to show the

5  witness what has been previously marked as Government Exhibit

6  WF 9 for identification.

7      [Government Exhibit WF 9 marked for identification.]

8  BY MR. GRAVELINE:

9  Q.  Do you recognize that?

10  A.  Yes.

11  Q.  What is that?

12  A.  This is Whiteflower, the residence of President Taylor.

13  Q.  Is that a fair and accurate depiction of how the exterior

14  of Whiteflower looks from the road?

15  A.  Yes.

16          MR. GRAVELINE:  Move for the admission of WF 9, Your

17  Honor.

18          MR. WYLIE:  No objection.

19          THE COURT:  Admitted.

20    [Government Exhibit WF 9 received in evidence at 1:55 p.m]

21          MR. GRAVELINE:  Seek to publish it to the jury.

22          THE COURT:  You may.

23  BY MR. GRAVELINE:

24  Q.  Mr. Dulleh, taking a look at WF 9, can you point on your

25  computer screen to the building that's known as Whiteflower and

**October 10, 2008**

## V. Dulleh - Direct

1  make a mark.

2  A.   This is the fence and the building is within, behind this

3  fence.   So this is the entire fence like a fortress and the

4  building is inside the fence.

5  Q.   If you follow the road that's in the picture, if you go

6  straight into the picture and follow that road, where does that

7  road lead to?

8  A.   Are you talking about the street?

9  Q.   Yes, the street.

10  A.   It leads to the part of the capital City of Monrovia.

11  Q.   If you drive down that road, you're headed into Monrovia?

12  A.   Yes.

13  Q.   And which way is Moussa Sise's house?  Is it on this road?

14  A.   Yes, along the same road going towards Monrovia, the heart

15  of Monrovia.

16  Q.   If you go away outside of this picture, if you travel the

17  opposite direction, where are you heading into?

18  A.   You heading to Paynesville and outside of Monrovia.

19  Q.   So your house is back behind where this person is taking

20  the picture?

21  A.   Yes.

22  Q.   How did you enter Whiteflower that night?

23  A.   The pickup truck drove into the fence and the gate was

24  open.

25  Q.   Which gate did you drive through?

**October 10, 2008**

## V. Dulleh - Direct

1  A.   This gate here.

2  Q.   Once inside of Whiteflower, what happened?

3  A.   I was taken upstairs by Paul Mulbah.   We came up the

4  stairway and then went to the office of President Taylor.

5  Q.   As you were being driven in and walking up that staircase,

6  did you see any men inside of Whiteflower?

7  A.   Yes.

8  Q.   Can you describe what those men were wearing?

9  A.   Inside Whiteflower I saw some were plainclothes men, some

10  were armed and especially those that were in the pickup truck

11  with me.

12  Q.   So there were armed men inside of Whiteflower as well?

13  A.   Yes.

14        MR. GRAVELINE:   Your Honor, at this time I'd like to

15  show the witness what has previously been marked as

16  Government's Exhibit WF 4 for identification.

17     [Government Exhibit WF 4 marked for identification.]

18  BY MR. GRAVELINE:

19  Q.   Do you recognize there picture, Mr. Dulleh?

20  A.   Yes.

21  Q.   What is this a picture of?

22  A.   This picture is showing the aerial view of Whiteflower.

23  Q.   Is this a fair and accurate picture of what the interior of

24  Whiteflower looks like?

25  A.   Yes, from the front, from the gate that I see at the front

**October 10, 2008**

## V. Dulleh - Direct

1   there, yes.

2           MR. GRAVELINE:   Move for the admission of WF 4 into

3   evidence, Your Honor.

4           MR. WYLIE:   No objection.

5           THE COURT:   Admitted.

6       [Government Exhibit WF 4 received in evidence at

7   1:58 p.m]

8           MR. GRAVELINE:   Seek to publish it to the jury.

9           THE COURT:   You may.

10          MR. GRAVELINE:   At this time, Agent Naples, if you

11  could expand from the red gate on the upper left of the picture

12  and that left-hand side of the building.

13          AGENT NAPLES:   (Complied.)

14  BY MR. GRAVELINE:

15  Q.   Mr. Dulleh, what gate were you driven into that night?

16  A.   This gate.

17  Q.   When you said you were taken up the stairs, what staircase

18  were you talking about?

19  A.   I think it's this stairs right here, the stairway coming up

20  here.

21  Q.   And once you got to the top of the staircase, where were

22  you taken that night?

23  A.   I was taken to the office of the President, Charles Taylor.

24  Q.   What, if anything, was said to you as you were brought into

25  the President's office?

**October 10, 2008**

## V.  Dulleh - Direct

1  A.   As I, as they took me in, the police director said

2         "Mr. President, we have got him  This is him"

3  Q.   Was that Paul Mulbah saying that?

4  A.   Yes, Paul Mulbah, Police Director.

5  Q.   Would you describe to the jury what the inside of President

6  Charles Taylor's office looks like?

7  A.   It had, I think, red carpet on the floor, red carpet, a

8  wooden desk, the President's office, and it had two flags

9  behind the President, and it's a rectangle office, a little bit

10  longer in terms of the length, and it has chairs, a few chairs

11  on the side, on the length, on both sides of the office.

12  Q.   When you came into the office, who was in the office?

13  A.   I saw a number of people in the office.

14  Q.   And who did you see?

15  A.   Sorry.

16  Q.   Who did you see in the office?

17  A.   Sorry?

18  Q.   Who did you see in the office?

19  A.   I saw Kadiatu Diarra was in the office.  Paul Mulbah was in

20  the office.  I saw Chuckie Taylor was in the office and, of

21  course, the President was in the office and a number of other

22  people I couldn't recognize at the time.

23  Q.   Did President Taylor have any of his generals with him in

24  the office?

25  A.   Yes.

**October 10, 2008**

## V. Dulleh - Direct

1  Q.    What generals were in the office as well?

2  A.    General Momo Jibba.   General Benjamin Yeaten, the two that

3  I know.

4  Q.    How were these men positioned in the room when you came in?

5  A.    Some were sitting on the two sides of the length of the

6  office.   The President face me like this.   I mean, as I face

7  the President, and then Chuckie Taylor stood on the right-hand

8  side of President Taylor.

9  Q.    Did anyone say anything to you at this point?

10 A.    Yes.

11 Q.    Who?

12 A.    President Taylor.

13 Q.    What did President Taylor say to you?

14 A.    He said to me he had a few questions to ask me.

15 Q.    What questions did he ask you?

16 A.    He asked me how many rebel soldiers have I been able to

17 smuggle from the bushes into the United States Embassy in the

18 capital City of Monrovia.   He also asked me where do I have the

19 arms deposits in Monrovia to overthrow his government.

20         He also asked me if I do talk to Mr. Alhaji Kromah.

21 Q.    President Taylor asked you how many soldiers you were able

22 to smuggle into the U.S. Embassy in Monrovia?

23 A.    Yes.

24 Q.    What, if anything, did you say in response to that

25 question?

**October 10, 2008**

## V. Dulleh - Direct

1   A.   I said "President Taylor, I have no idea what you are

2        talking about.   I have no idea absolutely."

3   Q.   To your knowledge, was there any plan to overthrow

4   President Taylor with soldiers hiding in the U.S. Embassy?

5   A.   I don't know, no.

6   Q.   The next question he asked you, where the arms deposits

7   were?

8   A.   Yes.

9   Q.   What was your response to that question?

10  A.   I said to him "President Taylor, I have no idea about arms

11       deposits.   I am not dealing with arms.   I have no idea."

12  Q.   And you said he also asked you about -- what was the final

13  thing he asked you about?

14  A.   If I do talk to Alhaji Kromah.

15  Q.   Who is Mr. Alhaji Kromah?

16  A.   My uncle.

17  Q.   Mr. Alhaji Kromah, had he been a leader of one of the

18  warring factions back in the 1990s?

19  A.   Yes.

20  Q.   What warring faction was he the leader of?

21  A.   ULIMO.

22  Q.   Have you ever been part of that faction, ULIMO?   Did you

23  ever take up arms with ULIMO?

24  A.   No.

25  Q.   Did President Taylor ask you about your travels outside of

**October 10, 2008**

## V.  Dulleh - Direct

1   Liberia?

2   A.   He did also ask me.

3   Q.   When he asked you that, did you see anything in his hands?

4   A.   He asked me if I travel to Guinea.  I told him "No, I have

5       not traveled" and I saw him with my passport.  That was

6   when I realized my passport and all the documents were taken

7   from my house.

8   Q.   When was the last time you had been in Guinea before this?

9   A.   I was in Guinea in 1996 when there was a Civil War, brief

10  war in Monrovia.

11  Q.   As you were answering these questions, how were you

12  answering them?  What was your demeanor at that point?

13  A.   I was, I was absolutely in tears.  I were crying.  I was

14  extremely horrified.  I mean, I'm sitting before Charles Taylor

15  answering questions about overthrowing him

16  Q.   What were you thinking at this time?

17  A.   I thought I was going to die, he was going to kill me.

18  Q.   What was President Taylor's demeanor as he was asking you

19  these questions?

20  A.   He was, he was, he was kind of angry and extremely anxious,

21  especially as he flipped through my passport and looked at my

22  student ID and working ID and my cell phone on his desk.

23  Q.   Did President Taylor threaten you in any way that night?

24  A.   Yes.

25  Q.   How did he threaten you?

## V. Dulleh - Direct

1   A.   He said, after I answered to all of his questions, he said

2        "Look down that man."  He was behind me and I turned

3   around.  He pointed at a man.  I said "Well, I can't remember

4        him"  He said "Because that's General Benjamin Yeaten.

5        I'm going to turn you over to General Benjamin Yeaten and

6        he's going to beat you to tell the truth."

7   Q.   Had you seen General Benjamin Yeaten prior to that night?

8   A.   I can't remember.  There was some newspaper photograph of

9   him

10  Q.   At that point, you didn't recognize him as you were

11  standing in the office?

12  A.   No.

13  Q.   Had you heard about Benjamin Yeaten before?

14  A.   Yes.

15  Q.   What was his reputation in the Liberian community at that

16  time?

17          MR. WYLIE:   Objection.   Hearsay.

18          THE COURT:   Overruled.

19          MR. GRAVELINE:   803 --

20          THE COURT:   Overruled.

21  BY MR. GRAVELINE:

22  Q.   What was his reputation in the community at that time?

23  A.   General Benjamin Yeaten was a callous, brutal and

24  diabolical soldier of President Taylor who would stop at

25  nothing to violate the rights of people.

**October 10, 2008**

## V.  Dulleh - Direct

1  Q.   Once he pointed General Benjamin Yeaten out to you, what

2  happened?

3  A.   He then took hold of me and he walking me outside of the

4  office of the President.

5  Q.   Before you left the office of the President, was anything

6  else said between you and President Taylor?

7  A.   Yes.

8  Q.   What was said?

9  A.   As we left the office, I tried to make one final statement

10  to the President and I said to him "President Taylor, can I

11      make a statement?" and while I was being dragged out by

12  Yeaten, he said "Yes, come in," and I was brought back by

13  Yeaten far away at the door entrance, and I said to him

14        "President Taylor, my life is in your hands."

15  Q.   What did President Taylor respond to you?

16  A.   He said "No, your life is not in my hands.   Your life is in

17      God's hands."

18  Q.   Then what happened?

19  A.   I was taken away by General Yeaten.

20  Q.   Where did General Yeaten take you?

21  A.   General Yeaten took me to his house.

22  Q.   Where was his house located?

23  A.   It was farther down behind the residence of President

24  Charles Taylor.

25  Q.   How did you get there?

October 10, 2008

## V.  Dulleh - Direct

1    A.    He drove me in a Jeep.

2    Q.    Were other men in the Jeep?

3    A.    Yes.

4    Q.    And did those men, did they have anything in their hands as

5    you were driving?

6    A.    Yes.

7    Q.    What did they have in their hands?

8    A.    They had guns, long guns in their hands.

9    Q.    What happened once you got to Benjamin Yeaten's house?

10   A.    Once we got at Yeaten's house, he led me to the entrance

11   door.  We pass through the livingroom and went to a little

12   room, a small room where he has some boxes.  That's where he

13   led me to.

14   Q.    Were there other people in his house when you went in the

15   house?

16   A.    Yes, I saw some people in the living room

17   Q.    How were they dressed?

18   A.    They were -- I saw civilian clothing.

19   Q.    And when General Yeaten took you into this back room, did

20   he say anything to you?

21   A.    In the little room, he sat me down on the floor.  He talked

22   to me.

23   Q.    What did he say?

24   A.    He said "Hey, you know what?  We need you to just say the

25        truth and if you tell us the truth, we not going to do

**October 10, 2008**

## V. Dulleh - Direct

1    anything to you.  Look, this box you see is a box filled of

2    money.  We're going to give you money and do nothing to

3    you.  Just tell us the truth."

4  Q.  What did you say in response?

5  A.  In response I told General Yeaten "I am not involved with

6    anything.  The information about me was not true."

7  Q.  What was Benjamin Yeaten's demeanor and mood after you

8  responded like that?

9  A.  I saw him getting furious and in his facial expression and

10  he was angry.

11  Q.  What happened after you denied knowing anything about the

12  rebels?

13  A.  General Yeaten led me outside the little room to his garage

14  at his house.

15       MR. GRAVELINE:  Your Honor, I'd like to show the

16  witness what was previously marked Government's Exhibit BY 3

17  for identification.

18    [Government Exhibit BY 3 marked for identification at

19  2:10 p.m]

20  BY MR. GRAVELINE:

21  Q.  Do you recognize this?

22  A.  Yes.

23  Q.  What's this a picture of?

24  A.  This is the picture of the house of General Yeaten showing

25  his garage where I was taken to.

**October 10, 2008**

## V.  Dulleh - Direct

1  Q.   Is this a fair and accurate depiction of how the front of

2  Benjamin Yeaten's house and garage looked?

3  A.   Yes.

4          MR. GRAVELINE:   Move to admit Government's Exhibit BY

5  3, Your Honor.

6          MR. WYLIE:   No objection.

7          THE COURT:   Admitted.

8          MR. GRAVELINE:   Seek to publish it to the jury.

9          THE COURT:   You may.

10    [Government Exhibit BY 3 received in evidence at 2:10 p.m]

11          MR. GRAVELINE:   Agent Naples, if you can highlight the

12  right-hand side of the garage.

13          AGENT NAPLES:   (Complied.)

14  BY MR. GRAVELINE:

15  Q.   You see the highlighted part right there, Mr. Dulleh?

16  A.   Yes.

17  Q.   Was that plywood wall up the night you were in there?

18  A.   I'm not quite sure.   I can't remember.   At the time I was,

19  like, crying.   I'm not quite sure if it was there.   I'm not

20  sure.

21  Q.   But the rest of it looks like the garage you were in that

22  night?

23  A.   Yes.

24          MR. GRAVELINE:   Your Honor, I would like to show the

25  witness what has been marked Government's Exhibit BY 4 for

## V. Dulleh - Direct

1   identification.

2        [Government Exhibit BY 4 marked for identification at

3   2:11 p.m]

4   BY MR. GRAVELINE:

5   Q.   Do you recognize there?

6   A.   Yes.

7   Q.   What is this a picture of?

8   A.   This is the garage.

9   Q.   Is this a fair and accurate depiction of how that garage

10  looked?

11  A.   Yes.

12           MR. GRAVELINE:   Move for the admission of Government's

13  Exhibit BY 4, Your Honor.

14           MR. WYLIE:   No objection.

15           THE COURT:   Admitted.

16     [Government Exhibit BY 4 received in evidence at 2:11 p.m]

17  BY MR. GRAVELINE:

18  Q.   How did you get --

19           MR. GRAVELINE:   Seek to publish it to the jury, Your

20  Honor.

21           THE COURT:   You may.

22  BY MR. GRAVELINE:

23  Q.   How did you get into the garage that night, Mr. Dulleh?

24  A.   There's an entrance right here.   There's a door here coming

25  to the garage from the living room   That's where we came from

## V.  Dulleh - Direct

1   into the garage.

2           MR. GRAVELINE:   Your Honor, I'd like to show

3   Mr. Dulleh what has been previously marked Government's Exhibit

4   BY 17 for identification.

5       [Government Exhibit BY 17 marked for identification at

6   2:12 p.m.]

7   BY MR. GRAVELINE:

8   Q.   Mr. Dulleh, do you recognize that?

9   A.   Yes.

10  Q.   What's that a picture of?

11  A.   That's a picture of the garage from the door between the

12  garage and the living room of the house.

13  Q.   Is that a fair and accurate depiction of how that area

14  looked?

15  A.   Yes.

16          MR. GRAVELINE:   Your Honor, move for the admission of

17  Government's Exhibit BY 17.

18          MR. WYLIE:   No objection.

19          THE COURT:   Admitted.

20   [Government Exhibit BY 17 received in evidence at 2:12 p.m.]

21          MR. GRAVELINE:   Seek to publish it to the jury.

22          THE COURT:   You may.

23  BY MR. GRAVELINE:

24  Q.   Was there any light in the garage that night?

25  A.   Yes.

**October 10, 2008**

## V.  Dulleh - Direct

1  Q.   So there was electricity at Benjamin Yeaten's house?

2  A.   Yes.

3  Q.   What was the first thing that happened to you when you were

4  brought into this garage?

5  A.   When I was brought in -- excuse me -- he asked me to sit

6  down on the floor in the garage, and I sat down.

7  Q.   Were there other people in the garage at this point?

8  A.   Yes.

9  Q.   Who were the other people in the garage?

10  A.   There were some gunmen in the garage and outside the

11  garage, yes.

12  Q.   What were you thinking when you were brought into the

13  garage?

14  A.   I was extremely afraid, horrified.

15  Q.   What, if anything, happened to your clothes once you were

16  in the garage?

17  A.   Once I was in the garage, they took off my shirt, my

18  T-shirt.

19  Q.   What, if anything, did Benjamin Yeaten do once you were

20  sitting on the floor?

21  A.   Once I sat on the floor, he then asked me again what do I

22  know about the rebel movement, what do I know about wanting to

23  overthrow President Taylor.

24  Q.   What did you say?

25  A.   I said "I have no idea."

**October 10, 2008**

## V. Dulleh - Direct

1  Q.   What did Benjamin Yeaten do at this point?

2  A.   At that point he took -- he order his soldiers to give a

3  piece of cloth, a rag from somewhere, a dirty rag.   They

4  brought it and put it in my mouth and they used my T-shirt to

5  tie my mouth.

6  Q.   After they tied your mouth, what happened then?

7  A.   I saw the press, electric pressing iron with General

8  Yeaten.

9  Q.   When you say "electric pressing iron," are you talking

10  about a clothes iron?

11  A.   Yes.

12  Q.   What did he do with this iron?

13  A.   He put the iron in the socket in the wall and when it got

14  hot, he use it on me.

15  Q.   When you saw him plug in the iron, did you see anyone else

16  at that time in Benjamin Yeaten's house?

17  A.   Yes.

18  Q.   Who did you see?

19  A.   Just about the time he were ready to use the pressing iron

20  on me, Chuckie Taylor arrived.

21  Q.   How did Chuckie Taylor arrive?

22  A.   He came in in his car --  I think it was a Jeep -- with

23  some soldiers and he walked straight into the garage to where I

24  sat with Yeaten.

25  Q.   And you said that he sat down in the garage?

**October 10, 2008**

## V. Dulleh - Direct

1   A.   Yes, close by General Yeaten.

2   Q.   Did Chuckie Taylor see Benjamin Yeaten with the iron near

3   you that night?

4   A.   Yes.

5   Q.   What, if anything, did Yeaten do with the iron?

6   A.   General Yeaten began to put the pressing iron on my body,

7   parts of my body, the hot iron.

8   Q.   Was the iron hot?

9   A.   Yes.

10  Q.   How did Yeaten press it on your flesh?

11  A.   How?

12  Q.   How did he do it?

13  A.   He took the iron and put it on my arm, first on my right

14  arm and press it very hard.  When I tried to move, the soldiers

15  came and pushed me on the opposite direction.  The pressing

16  iron went into me, the arm, and he kept putting it on my body,

17  here on my stomach, on my right leg.

18  Q.   How many times did Yeaten touch you with the hot iron?

19  A.   I think it was between three to five times.

20  Q.   Was it painful?

21  A.   Extremely painful.

22  Q.   On a scale of 1 to 10, with 1 being not painful and 10

23  being unbearably painful, how painful was it?

24  A.   Unbearably painful, 10.

25  Q.   Did you cry out?

**October 10, 2008**

## V. Dulleh - Direct

1  A.   I did, but I had the rag in my mouth, so . . .

2  Q.   What parts of your body did Benjamin Yeaten touch with the

3  hot iron?

4  A.   He put some -- he put the first one on my right arm here,

5  my back and on the side of my stomach here, my right foot down

6  here.

7  Q.   Where was Chuckie Taylor when Yeaten put this iron on you?

8  A.   He was on the side of General Yeaten in his garage.

9  Q.   Based upon your observations, did it appear Chuckie could

10  see what was happening?

11  A.   Yes.

12  Q.   Did either Chuckie Taylor or Benjamin Yeaten say anything

13  to you after you were burned?

14  A.   After I were burned, they asked me -- General Yeaten asked

15  me again "Are you ready to talk?" and I said "Yes."  I was in

16  so much pain.   He order his soldiers to take the rag from my

17  mouth, untie my mouth and take the rag out.

18  Q.   When you say you said "Yes" --

19  A.   I nodded my head like this.

20  Q.   Then what happened?

21  A.   Then he took the rag out my mouth and he asked me again,

22       "So why you involved with the rebel movement to

23       overthrow the President?" and I said "No."

24  Q.   What happened after you responded "No"?

25  A.   He put back the rag in my mouth he ordered the soldier to

October 10, 2008

## V. Dulleh - Direct

1  put back the rag in my mouth and have my mouth tied again.

2  Q.   What did Benjamin Yeaten do after that?

3  A.   After that, I saw somebody brought a hot pot of water into

4  the garage from the building, from the house.

5  Q.   When you see the pot, did you see anything that would tell

6  you how warm the water was?

7  A.   Yeah, I sue steam coming from the water.

8  Q.   What happened with that pot of water?

9  A.   General Yeaten had a cup in his hand with the handle and he

10  dipped the water, put it on my head and he dipped the water,

11  put it on the back of, on my back.

12  Q.   Was that painful?

13  A.   Yes.

14  Q.   On the same scale of 1 to 10, how painful was that?

15  A.   Extremely painful, 10.

16  Q.   Did Benjamin Yeaten do anything else with this water?

17  A.   Yes.

18  Q.   What did he do?

19  A.   He asked me to put my hands together like this and then he

20  pour the hot water in my hands, the palms of my hands like

21  this.

22  Q.   What did Chuckie Taylor do after Benjamin Yeaten poured

23  that water on your hands?

24  A.   Just about that point when I was like trying not to let the

25  water be poured into my hands, Yeaten had a shotgun, put it to

**October 10, 2008**

## V.  Dulleh - Direct

1  my head like this.  Chuckie Taylor put another gun into my head

2  like this and they asked me not to let the water waste from my

3  hands, the hot water, so I had the water in my hands like this

4  with the guns pointed at my head.

5  Q.   Did you hear anything with the guns pointed at your head?

6  A.   I didn't hear anything.  I was in too much pain.  I was

7  screaming.

8  Q.   What did you think was going to happen to you?

9  A.   I feel I was going to die.  That's all.

10  Q.   At a certain point, were you allowed to drop the water out

11  of your hands?

12  A.   Yes.

13  Q.   After holding that hot water, what, if anything, did

14  Chuckie Taylor say to you?

15  A.   Chuckie said to me after I took the water from my hands, he

16  said to me "Hey, do you see the man you talked to in the

17       office?  Do you remember the man you talked to in the

18       office not long ago?" and I nodded my head.

19  Q.   What else did Chuckie say after you nodded your head?

20  A.   He said "That man has the Holy Bible in his hands, but I

21  don't have it in my hands, meaning he didn't have the Holy

22  Bible in his hands.

23  Q.   What did you understand that to mean?

24  A.   I think what that meant to me at the time was that the

25  father was a little bit kind and he was extremely wicked.

**October 10, 2008**

## V. Dulleh - Direct

1  That's what it meant to me.

2  Q.   What, if anything, was Chuckie Taylor holding in his hand

3  when he said that to you?

4  A.   Chuckie Taylor held a piece of device in his hand, a long

5  device like a little stick, round stick, but it's long, the

6  length of my hand and he used it on me.

7  Q.   Now, this stick, you said that he used it on you.   What did

8  it feel like when he used it on you?

9  A.   I felt electric shock.

10  Q.   What parts of your body were touched with this stick?

11  A.   He touched me at the back of my neck here.   At the time I

12  was lying flat on my stomach.   The soldiers laid me flat on my

13  stomach.   He put it on my back.   Also here I felt electric

14  shock.   The soldiers turned me around and he used it on my

15  penis.

16  Q.   What were the soldiers doing while he was shocking you with

17  this?

18  A.   They were standing by taking instruction from him

19  Q.   Did Chuckie say anything about what he could do to you?

20  A.   Yes.

21  Q.   What did he say?

22  A.   He said he can kill me and nothing can happen.   He asked me

23        "Do you know I can kill you and nothing can happen?"

24  Q.   What did you think when you heard him say that?

25  A.   I felt like he was about to kill me.

**October 10, 2008**

## V. Dulleh - Direct

1   Q.   Could you see Chuckie's face at this time?

2   A.   In this courtroom?

3   Q.   No, could you see Chuckie's face while he was touching you

4   with the electrical device?

5   A.   When I was on my back, when I was on my stomach lying flat,

6   I couldn't see him, but when he used it on my penis, I saw him.

7   Q.   What was Chuckie's demeanor, mood, as he was using this

8   while he was shocking you with this stick?

9   A.   He was, he was serious, just angry.

10  Q.   On a scale of 1 to 10, how painful were those electric

11  shocks?

12  A.   Extremely, extremely painful.

13  Q.   After shocking you, did Chuckie Taylor and Benjamin Yeaten

14  ask you to do something?

15  A.   Yes, Chuckie asked me.

16  Q.   And what did he ask you to do?

17  A.   Chuckie Taylor asked me if I do have Mr. Alhaji Kromah's

18  number, telephone number.

19  Q.   Did you know your uncle's telephone number?

20  A.   Yes.

21  Q.   Do you need to take a drink of water?

22  A.   (Indicating.)

23  Q.   What did Chuckie do when you told him what your uncle's

24  number was?

25  A.   Chuckie prepared a written script, a written text.

**October 10, 2008**

## V. Dulleh - Direct

1  Actually, when I gave him the number, he dialed the number and

2  when it was ringing, he turned it off and then prepared a

3  written text and asked me, and redialed the number and asked me

4  to read out the written text as a conversation to my uncle.

5  Q.   Did your uncle answer the phone?

6  A.   Yes.

7  Q.   What did you say once your uncle answered the phone?

8        I'm sorry.   What did you say once your you uncle

9  answered the phone?

10  A.   I began to read the script.

11  Q.   What was the script?

12  A.   The script was that "Mr. Kromah, we are about -- the boys

13       are ready for the operation, so I will need you to send me

14       additional money for the operation," and it was like a few

15  more lines and I cannot complete the lines when I was

16  interrupted on the other side of the phone by Mr. Kromah.

17  Q.   What did Mr. Kromah say in response?

18  A.   Mr. Kromah said "Hey, hey wait.   Hey wait.   What are you

19       talking about?   What, what kind of, what kind of operation

20       are you talking about?   What kind of money are you talking

21       about?"

22  Q.   What happened then?

23  A.   Let me say at the beginning of the script, he asked me to

24  call my name and then I read a few lines and Mr. Kromah

25  interrupted me and then he began to ask me "What are you

**October 10, 2008**

## V.  Dulleh - Direct

1     talking about?  What kind of operation?  What kind of
2     money?"
3           Then he said "Are you okay?"
4           At that moment, General Yeaten and Chuckie Taylor had
5     gun pointed in my head when I was reading the script.
6  Q.  Who was holding the phone while you were reading this?
7  A.  Chuckie had the phone in his hand.
8  Q.  You said he was also holding a gun at that point?
9  A.  Yes.
10 Q.  Which hand did he have the phone in?  Which hand did he
11    have the gun in?
12 A.  I cannot remember clearly.  He had one hand with the gun
13    and one hand with the phone close to my mouth and his hand was
14    on the speaker.
15 Q.  How did the conversation end with Mr. Kromah that night?
16 A.  I will not tell you how it ended.  Mr. Kromah said a lot
17    more than I remember.  Mr. Kromah said "Are you okay?"
18          As they pointed the gun in my head instructing me to
19    say "Yes," I said "Yes."
20          They were quietly telling me to say "Yes," General
21    Yeaten and Chuckie.  I said to him "Yes."
22          He said "No, it looks like you are in a controlled
23    environment and I want to say this to all of those on the
24    sound of my voice.  That young man knows nothing about
25    anything to overthrow Charles Taylor.  Just leave him

**October 10, 2008**

## V.  Dulleh - Direct

1      alone."

2           The pain was too unbearable at the time for me.   I

3    couldn't, I couldn't remember everything

4    Q.   Was something done after -- Mr. Dulleh, are you all right?

5    A.   Yes fine.

6    Q.   After the phone call was done, was something done to your

7    body or to your wounds after that phone call was done?

8    A.   Yes.

9    Q.   What was done?   What was done to your wounds?

10   A.   The soldiers, the gunmen, with salt, eating salt, they

11   begin to sprinkle it in the fresh wounds I sustained from the

12   boiled water and the pressing iron.   They put it all on my

13   body.

14   Q.   They rubbed salt all over your body?

15   A.   Yes.

16   Q.   After the soldiers dropped the salt on your body, were you

17   subject to any other abuse that night?

18   A.   No.

19   Q.   What did Chuckie Taylor do at that point?

20   A.   At that point, Chuckie Taylor left the compound.   He left

21   Yeaten's residence.

22   Q.   What happened to you when Chuckie left?

23   A.   I was placed in a cell, in the cell room, another little

24   building in the compound of General Yeaten.   They put me in one

25   of the rooms there with another inmate.

## V. Dulleh - Direct

1        MR. GRAVELINE:   Agent Naples, could you put back on

2   the screen BY 17.

3            AGENT NAPLES:   (Complied.)

4   BY MR. GRAVELINE:

5   Q.   Do you see the building with the cell?

6   A.   I see the building.   I can't see the room.   The room should

7   be far this way on the left.

8   Q.   Can you mark on the screen the building you're talking

9   about?

10  A.   This is the building.   The room should be somewhere on this

11  side along the fence.

12  Q.   Was the sun up at this point?

13  A.   No.   At the time I went to the cell, no.

14  Q.   How did your body feel?

15  A.   Extremely painful.   Extremely painful.

16  Q.   Was there anyone around the cell where you were placed?

17  A.   Yes, there was another inmate in the cell.

18  Q.   Were there people around the building?

19  A.   Yes.

20  Q.   Who were the people who were around the building?

21  A.   When I was going to the cell room, I saw a lot of gunmen.

22  Once I was in, I heard people talking, so I think they were all

23  gunmen, soldiers.

24  Q.   What were the gunmen saying, if anything?   Did they say

25  anything to you?

**October 10, 2008**

## V. Dulleh - Direct

1  A.   One of them, one of them told me when they were taking me

2  to the cell room, "The chief is going to zero you," zero me.

3  That's what he said.

4  Q.   What did you understand that to me?

5  A.   That mean the chief is going to kill me.   That's what it

6  mean to me.

7  Q.   Now, Mr. Dulleh, yesterday did you have a chance to take a

8  look at an exhibit marked CG 14 that's over here in the

9  courtroom?   Did you have a chance to take a look at that

10  yesterday?

11  A.   Yeah.

12  Q.   Did you recognize the buildings that are on this model?

13  A.   Yes.

14  Q.   And IS this model an accurate depiction of the buildings

15  that you're familiar with and we've just talked about on that

16  night?

17  A.   Yes.

18  Q.   Would this model assist you in explaining your testimony to

19  the jury?

20  A.   Yes.

21          MR. GRAVELINE:   Your Honor, at this point I'd like to

22  use CG 14 as a demonstrative with the witness.

23          THE COURT:   You may.

24          MR. GRAVELINE:   I'm going to ask Agent Baechtle and

25  Agent Naples to come over.   We're going to move it in front of

### October 10, 2008

## V. Dulleh - Direct

1    the jury.

2             At this time I would ask Mr. Dulleh to step down.

3             THE COURT:   You may.

4    A.   (Complied.)

5    Q.   I'm going to ask you to hold the microphone, Mr. Dulleh,

6    close to your mouth.

7             Mr. Dulleh, if you could come over here.   This

8    building on the far left of the model, do you recognize that

9    building?

10   A.   Yes.

11   Q.   What is that building?

12   A.   This is the building of Moussa Cisse.

13   Q.   And the small red building over here, what is that?

14   A.   This is the hut in which I was brought earlier when I was

15   arrested.

16   Q.   The building in the middle, what is that building?

17   A.   This is Whiteflower, where President Taylor lives.

18   Q.   The building on the far right-hand corner, what is that

19   building?

20   A.   This is where -- this is the house of General Benjamin

21   Yeaten where I was tortured.

22   Q.   Is this hill the hill you were talking about that you were

23   brought down?

24   A.   From the President's house, they drove me this way and came

25   down to this house.

**October 10, 2008**

## V. Dulleh - Direct

1  Q.   Can you point to the jury where the garage there is in

2  Benjamin Yeaten's house?

3  A.   This is the garage right over here where we were in here.

4  Q.   And are the relative distances between the houses an

5  accurate representation as far as you can tell?

6  A.   I think so.  Yeah, they're not very far.  There used to be

7  a kitchen, a little booth right in the middle between that

8  house and Whiteflower.  They used to serve drinks, alcohol.

9  Q.   There were buildings in between these?

10  A.   Yes.

11  Q.   Is the distance accurate between the two buildings?

12  A.   Yes.

13          MR. GRAVELINE:   Your Honor, while the witness has

14  stepped down from the witness stand, at this point I'll like to

15  have him show the jury some of the scars on his body.

16          THE COURT:   You may.

17  BY MR. GRAVELINE:

18  Q.   Mr. Dulleh, if you could take your jacket off.

19  A.   (Complied.)

20  Q.   I'd ask you to step in front of the jury and show them your

21  right arm

22  A.   This is the scar from the electric pressing iron that was

23  used on me from General Yeaten, and I have -- I don't know if

24  you can see right here.  There's a mark on my back here also

25  and there's one more here I can show you.  This is -- they used

**October 10, 2008**

## V. Dulleh - Direct

1  the side of the pressing iron, just put it on me right here,

2  and there's one on my leg here also.   I don't know --

3  Q.   That's fine.

4           Thank you, Mr. Dulleh.   I know it has been some years

5  now, but do you think you can recognize Chuckie Taylor if he

6  was in this courtroom today?

7  A.   Yes.

8  Q.   Can you point to the man you know to be Chuckie Taylor?

9  A.   That is Chuckie Taylor sitting between the man with the

10  gray suit and the man with the black suit, the black man

11  between the two of them

12           MR. GRAVELINE:   Your Honor, let the record reflect he

13  has identified the defendant in this case.

14           THE COURT:   The record so reflects.

15  BY MR. GRAVELINE:

16  Q.   Is that the man who was with you in that garage that night?

17  A.   Yes.

18  Q.   Was that the man who held the gun to your head while you

19  had the hot water in your hands?

20  A.   Yes.

21  Q.   Is that the man who shocked you with that electrical stick?

22  A.   Yes.

23           MR. GRAVELINE:   Agent Naples, if you could put Exhibit

24  BY 17 back up.

25           AGENT NAPLES:   (Complied.)

**October 10, 2008**

## V.  Dulleh - Direct

1  BY MR. GRAVELINE:

2  Q.   How long did you stay in the cell in that building,

3  Mr. Dulleh?

4  A.   Maybe about three hours, three hours and a half, until the

5  break of day, daylight.

6  Q.   What happened once you were taken out of that cell?

7  A.   Once I was taken out of the cell, I was driven away from

8  Monrovia in a military Jeep by General Benjamin Yeaten.

9  Q.   Was there someone else in the Jeep other than just you and

10  General Benjamin Yeaten?

11  A.   Yes.

12  Q.   Who else was in the Jeep?

13  A.   There were gunmen in the Jeep.

14  Q.   What was your emotional state as you were riding in this

15  vehicle with General Benjamin Yeaten?

16  A.   I was completely broken down.   I was pretty much

17  experiencing a near death situation.   I was despirited,

18  demoralized.

19  Q.   Could you see the direction you were heading?

20  A.   Yes.

21  Q.   And where was this -- in which direction was this Jeep

22  going?

23  A.   The Jeep went toward Monrovia, the center of Monrovia.

24  Q.   And once you got into the center of Monrovia, did it stop?

25  A.   Yes, it stopped.

**October 10, 2008**

## V.  Dulleh - Direct

1  Q.    Where did it stop?

2  A.    It made a brief stop at the military barracks, the BTC.

3  Q.    Meaning the Barclay Training Center?

4  A.    Yes, the Barclay Training Center, the military barracks.

5  Q.    Were you taken out of the Jeep at that point?

6  A.    No.

7  Q.    Were you taken somewhere else other than BTC?

8  A.    Yes.

9  Q.    Were you taken in that same Jeep?

10  A.    Yes.

11  Q.    Who else was in the Jeep once you left the Barclay Training

12  Center?

13  A.    Gunmen, along with General Yeaten.

14  Q.    Where were you heading this time?

15  A.    We were heading towards on the west side of Monrovia,

16  Tubmanburg.  We were heading towards Boni County.

17  Q.    Did you know what was going on at that time in that area of

18  Liberia?

19  A.    Yes.

20  Q.    What was going on in that area?

21  A.    There was, there was reports of fierce fighting between the

22  rebel soldiers and the forces of President Charles Taylor.

23  Q.    What did you think was going to happen to you as you were

24  driving in that direction?

25  A.    I felt I was going to be killed.  That was all.  I was just

**October 10, 2008**

## V.  Dulleh - Direct

1   retired to fate.

2   Q.   As you were driving that way, did something happen?

3   A.   Yes.

4   Q.   What happened?

5   A.   We were stopped by another vehicle coming from the opposite

6   direction, a pickup truck that had wounded men in it.  They

7   were bleeding, but this pickup truck stopped and our Jeep

8   stopped and General Yeaten got down and the other man from the

9   other Jeep got down because we were going towards the fighting

10  area, taking me towards the fighting area.

11  Q.   What happened after the Jeep stopped in terms of what

12  happened to you?

13  A.   Well, General Yeaten and the other man talk for a while and

14  he came and peeped through the Jeep and saw me and he went back

15  to General Yeaten.

16  Q.   Did you recognize the man who came to the Jeep?

17  A.   I recognize his face, but I couldn't, I couldn't relate to

18  where I knew him from until later.

19  Q.   All right.

20       Then you said he went back and talked to General

21  Benjamin Yeaten?

22  A.   Yes.

23  Q.   What happened to you after that conversation?

24  A.   He came back and ordered me down from the Jeep and to get

25  on his pickup truck that was heading back from the front line

**October 10, 2008**

## V. Dulleh - Direct

1  towards Monrovia, the capital city.

2  Q.   Now, you said you didn't recognize him at that point.   You

3  knew his face but you couldn't place where you had seen him

4  before?

5  A.   Yes.

6  Q.   Were you able to figure out where you had seen him before?

7  A.   Yes, later.

8  Q.   Where had you seen that man before?

9  A.   He happened to be a classmate of mine at the University of

10  Liberia and we did a managerial course together and he fell in

11  my group, the group I was heading as group head.   He fell in

12  our group and later on I recognized him as being a member of my

13  group at the managerial course class in the University of

14  Liberia.   In that group I made a B-plus.   Everybody gave me the

15  credit.   It was later I realized he was a member of my group.

16  Q.   Now, you were placed in that pickup truck and you said you

17  were driven back towards Monrovia?

18  A.   Yes.

19  Q.   Did you make it back to Monrovia?

20  A.   No.

21  Q.   What happened?   Where did you stop before you got to

22  Monrovia?

23  A.   We stop at Klay.   It's a major intersection called Klay.

24  Q.   What was it an intersection of?

25  A.   It used to be a government checkpoint, an Immigration

**October 10, 2008**

## V.  Dulleh - Direct

1  checkpoint.  So that was where we stopped.  There were gunmen

2  at that checkpoint.  Soldiers of the Government forces were at

3  the checkpoint.  That was where we stopped in the pickup truck.

4  Q.  What happened to you once you got to Klay?

5  A.  I was taken to a cell room, not a cell room   I was taken

6  to a deep hole, underground hole in Klay.

7  Q.  And were you placed in this hole at Klay?

8  A.  Yes.

9        MR. GRAVELINE:  I would like to show the witness what

10  has been previously marked as KL 23 for identification, Your

11  Honor.

12      [Government Exhibit KL 23 marked for identification at

13  2:45 p.m]

14  BY MR. GRAVELINE:

15  Q.  Do you recognize that picture?

16  A.  Yes.

17  Q.  What is that a picture of?

18  A.  This is the covering of the rectangular hole in which I was

19  placed in in Klay.

20  Q.  Is there another purpose for this hole?

21  A.  Yes, I think so.

22  Q.  Do you know what that purpose is?

23  A.  Once I was in the hole, I begin to talk to other friends

24  and they made me to understand that hole was a measurement to

25  measure the weight of trucks bringing rubber from the rubber

**October 10, 2008**

## V. Dulleh - Direct

1  plantation, unprocessed rubber.  It used to be used for the

2  weight of trucks.

3  Q.  It was a weight scale?

4  A.  Yes.

5  Q.  Is KL 23 a fair and accurate depiction of how the weight

6  scale looked while you were there?

7  A.  Yes.

8         MR. GRAVELINE:  Your Honor, I move for the admission

9  of KL 23.

10         MR. WYLIE:  No objection.

11         THE COURT:  Admitted.

12     [Government Exhibit KL 23 received in evidence].

13         MR. GRAVELINE:  Seek to publish it to the jury, Your

14  Honor.

15         THE COURT:  You may.

16  BY MR. GRAVELINE:

17  Q.  Mr. Dulleh, you said you were put underneath the weight

18  scale here?

19  A.  Yes.

20  Q.  How do you get underneath the weight scale?

21  A.  It has a square covering, steel covering, and it has a

22  handle that people use -- it's very heavy.  Sometimes two

23  persons have to hold it up, lift it up.  So the soldiers open

24  it up and they ask me to go down under the steel plate and

25  enter the hole.

October 10, 2008

## V.  Dulleh - Direct

1  Q.   I would like to slow the witness what has been previously

2  marked KL 24 for identification.

3      [Government Exhibit KL 24 marked for identification at

4  2:47 p.m]

5  BY MR. GRAVELINE:

6  Q.   Do you recognize that?

7  A.   Yes.

8  Q.   What is that a picture of?

9  A.   This is the covering of the hole that I was placed in.   I

10  see the cover.

11  Q.   This is the cover you were talking about that was covering

12  the hole so you could get down underneath the weight scale?

13  A.   Yes.

14  Q.   Is that a fair and accurate depiction of what the cover on

15  the hole looked like?

16  A.   Yes.

17        MR. GRAVELINE:   Your Honor, move for the admission of

18  Government's Exhibit KL 24.

19        MR. WYLIE:   No objection.

20   [Government Exhibit KL 24 received in evidence at 2:47 p.m]

21        THE COURT:   Admitted.

22        MR. GRAVELINE:   Seek to publish it to the jury.

23        THE COURT:   You may.

24  BY MR. GRAVELINE:

25  Q.   Mr. Dulleh, what's this a picture of?  Can you describe to

## V. Dulleh - Direct

1  the jury what this is a picture of?

2  A.   This is a picture of the cover, the cover of the hole.

3  It's a square.   You have to remove the cover and go down under

4  the plate, the steel plate.   There's a big rectangular hole

5  there.   That's what the picture is showing.

6              MR. GRAVELINE:   Your Honor, I'd like to show the

7  witness what has been previously marked Government's Exhibit KL

8  25 for identification.

9       [Government Exhibit KL 25 marked for identification at

10  2:48 p.m.]

11  BY MR. GRAVELINE:

12  Q.   Do you recognize that?

13  A.   Yes.

14  Q.   What is that a picture of?

15  A.   That is the entrance to the hole.   The covering has been

16  removed.   The cover has been removed in this picture.

17  Q.   Is that a fair and accurate picture of how that area

18  appears at Klay Junction?

19  A.   Yes.

20              MR. GRAVELINE:   Move for the admission of KL 25, Your

21  Honor.

22              MR. WYLIE:   No objection.

23              THE COURT:   Admitted.

24    [Government Exhibit KL 25 received in evidence at 2:48 p.m.]

25              MR. GRAVELINE:   Seek to publish it to the jury.

**October 10, 2008**

## V.  Dulleh - Direct

1           THE COURT:   You may.

2  BY MR. GRAVELINE:

3  Q.   Mr. Dulleh, you would have to climb down into that hole in

4  order to get underneath the weight scale?

5  A.   There is no ladder, so you have to go down and just jump

6  down a little bit.

7           MR. GRAVELINE:   Your Honor, I would like to show

8  Mr. Dulleh what has previously been marked Government's Exhibit

9  KL 8 for identification.

10      [Government Exhibit KL 8 marked for identification at

11  2:49 p.m.]

12  BY MR. GRAVELINE:

13  Q.   Do you recognize that?

14  A.   Yes.

15  Q.   What is that a picture of?

16  A.   This is showing the rectangular steal covering the hole.   I

17  was underneath the plate.   I was underneath in the hole.

18  Q.   How many holes are there along the scale to get underneath

19  the scale?

20  A.   I enter through one.   I suppose there were more than one.

21  Q.   How many do you see in the picture?

22  A.   Three.

23  Q.   Is this a fair and accurate depiction of how the weight

24  scale looks at Klay?

25  A.   Yes.

**October 10, 2008**

## V.  Dulleh - Direct

1              MR.  GRAVELINE:   Move for the admission of KL 8, Your

2    Honor.

3              MR.  WYLIE:   No objection.

4              THE COURT:   Admitted.

5     [Government Exhibit KL 8 received in evidence at 2:50 p.m]

6              MR.  GRAVELINE:   I would like to publish it to the

7    jury, Your Honor.

8              THE COURT:   You may.

9              MR.  GRAVELINE:   Agent Naples, can you put a box around

10   the three holes on the side of the weight scale.

11             AGENT NAPLES:   (Complied.)

12             MR.  GRAVELINE:   Or the two.   That's fine.

13   BY MR.  GRAVELINE:

14   Q.   What are those in that box there, Mr.  Dulleh?

15   A.   That's the hole, the entrance to the hole, the square

16   entrance.

17   Q.   Once you climbed down underneath the weight scale, how big

18   of an area is it?

19   A.   It's like about two to three feet in height.   It's very

20   long, rectangular, very long.

21   Q.   Could you stand up straight in it?

22   A.   No, no.

23   Q.   What was the lighting like?

24   A.   It was dark.

25   Q.   How did it smell?

## V.  Dulleh - Direct

1  A.    Terribly bad.

2  Q.    How warm was it under that scale?

3  A.    Sometimes it was -- it got warm.  Sometimes it got very

4  cold.   When it rained and the rain drips in, it got very cold

5  and the water sit on the floor in the hole.

6  Q.    You just mentioned when it rained.   Was this hole dry or

7  wet?

8  A.    It's wet.   It was wet when I were in there.   There was

9  water sitting on the floor.

10 Q.    Were there any animals inside this hole?

11 A.    Yes, yes.   I saw a frog.   It was like a garbage site, a lot

12 of garbage in there.   A frog, jumping toad, and at one time

13 there was a snake in the hole.

14          MR.  GRAVELINE:   I'd now like to show the witness what

15 has been previously marked Government's Exhibit KL 9 for

16 identification, Your Honor.

17    [Government Exhibit KL 9 marked for identification at

18 2:51 p.m]

19 BY MR.  GRAVELINE:

20 Q.    Do you recognize that?

21 A.    Yeah.

22 Q.    What is it?

23 A.    I think this is inside interior of the hole I'm talking

24 about.

25 Q.    Is that a fair and accurate depiction of how it looks

**October 10, 2008**

## V.  Dulleh - Direct

1  inside underneath the hole?

2  A.  Yes.

3       MR. GRAVELINE:  Move for the admission of KL 9, Your

4  Honor.

5       MR. WYLIE:  No objection.

6       THE COURT:  Admitted.

7    [Government Exhibit KL 9 received in evidence at 2:52 p.m]

8       MR. GRAVELINE:  Seek to publish it for the jury.

9       THE COURT:  You may.

10  BY MR. GRAVELINE:

11  Q.  You mentioned "we."  How many men were underneath this

12  weight scale when you were put in?

13  A.  I can't tell you how many, but if I call them out by name,

14  I hope to get the number.  There were a lot of people in the

15  hole.

16  Q.  What were the men's names you saw in the hole that day?

17  A.  I saw human rights worker Hassan Bility.  I saw one

18  Mohammed Kamara.  I saw one Billy Kamara.  I saw one Edmond

19  Wilson.  I saw one Varsay Layee and I saw John Bengue.

20  Q.  These men were all in the hole when you got put under the

21  hole?

22  A.  Yes I met them on the hole.

23       MR. GRAVELINE:  I'd like to show the witness what has

24  been marked KL 10, Your Honor, for identification.

25    [Government Exhibit KL 10 marked for identification at

**October 10, 2008**

## V.  Dulleh - Direct

1   2:53 p.m]

2   BY MR. GRAVELINE:

3   Q.   Do you recognize that picture?

4   A.   Yes.

5   Q.   What is that a picture of?

6   A.   Inside the hole.

7   Q.   Is that a fair and accurate depiction of how it looked

8   under the weight scale?

9   A.   Yes.

10          MR. GRAVELINE:   Move for the admission of KL 10, Your

11   Honor.

12          MR. WYLIE:   No objection.

13          THE COURT:   Admitted.

14   [Government Exhibit KL 10 received in evidence at 2:53 p.m]

15          MR. GRAVELINE:   Seek to publish it to the jury.

16          THE COURT:   You may.

17          MR. GRAVELINE:   I would also like to show the witness

18   what has been marked KL 11 for identification.

19      [Government Exhibit KL 11 marked for identification at

20   2:53 p.m]

21   BY MR. GRAVELINE:

22   Q.   Do you recognize that?

23   A.   Yes.

24   Q.   What is that a picture of?

25   A.   This is the interior where the water flooded, where we sat

## V. Dulleh - Direct

1  down on stones.  This is the interior of the hole.

2  Q.  Is that a fair and accurate depiction of what it looked

3  like underneath the hole?

4  A.  Yeah.

5           MR. GRAVELINE:  Move for the admission of KL 11.

6           MR. WYLIE:  No objection.

7           THE COURT:  Admitted.

8    [Government Exhibit kl 11 received in evidence at 2:54 p.m]

9           MR. GRAVELINE:  Seek to publish it to the jury.

10  BY MR. GRAVELINE:

11  Q.  What was your emotional state as you were being put in the

12  hole?

13  A.  I was completely distressed, just confused, just in pain.

14  Q.  So your body was still in pain from what had happened to

15  you?

16  A.  Yes.

17  Q.  Were you crying?

18  A.  Yes, I was crying in the hole.

19  Q.  Were you afraid of what was about to happen to you?

20  A.  I was still afraid.  I was not sure of anything.  I was

21  afraid.

22  Q.  Approximately how long after your treatment in Benjamin

23  Yeaten's garage were you placed into this hole?

24  A.  Maybe like five hours, maybe between four to five hours.

25  Q.  You were still feeling the pain of what happened to you?

**October 10, 2008**

## V.  Dulleh - Direct

1  A.   Yes.

2  Q.   Now, you mentioned the name of Hassan Bility.

3            MR. GRAVELINE:   If we can go back to KL 25, Agent

4  Naples.

5            AGENT NAPLES:   (Complied.)

6  BY MR. GRAVELINE:

7  Q.   Who is that man standing, looking into the hole?

8  A.   I think that's journalist Hassan Bility.

9  Q.   Is that one of the men underneath the weight scale with

10  you?

11  A.   Yes.

12  Q.   Did you know any of these men before you saw them in the

13  weight scale that day?

14  A.   Yes.

15  Q.   Who did you already know?

16  A.   Obviously I knew human rights journalist Hassan Bility.   I

17  knew Billy Kamara.   I knew Varsay Layee and I knew Mohammed

18  Kamara.

19  Q.   Did you speak to them about what had happened to you?

20  A.   I did.

21  Q.   And can you describe your emotional state as you were

22  describing what had happened to you that night before?

23  A.   I was in tears.   I were crying when I explained to them

24            MR. GRAVELINE:   Your Honor, if we can have a sidebar,

25  please.

**October 10, 2008**

## V.  Dulleh - Direct

1          [Proceedings at sidebar follow]:

2          MR. GRAVELINE:  We seek to admit a statement about

3   what happened to him and identify who had done the scars to him

4   as an excited utterance and before I did that, I thought I

5   would come up here.

6          THE COURT:  His own statements?

7          MR. GRAVELINE:  His own statements to the other men in

8   the hole as an excited utterance.

9          THE COURT:  I think you have established that was

10  about five hours after the event and he was in there in his

11  emotional state.  I'm satisfied.

12         MR. WYLIE:  An excited utterance five hours later is a

13  long time.

14         THE COURT:  He has been dropped into a dark hole.

15         Overruled.

16

17

18

19

20

21

22

23

24

25

**October 10, 2008**

## V.  Dulleh - Direct

1              [Proceedings in open court follow]:

2    BY MR. GRAVELINE:

3    Q.   Mr. Dulleh --

4    A.   Yes.

5    Q.   -- what did you tell the men about what had happened to

6    you?

7    A.   I explained to them --

8              MR. CARIDAD:   Your Honor, could we have a sidebar.

9    I'm sorry.   I apologize.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 10, 2008**

## V. Dulleh - Direct

1              [Proceedings at sidebar follow]:

2              THE COURT:   Yes?

3              MR. CARIDAD:   Your Honor, excited utterance is a

4    statement related to a startling event or condition made --

5              THE COURT:   I'm aware.

6              MR. CARIDAD:   If we're saying that putting him in the

7    hole is what caused him the distress --

8              THE COURT:   No.   The last couple of hours of events

9    combined, he's still under that stressful condition.

10              I understand your objection.   I'm familiar with the

11    excited utterance exception.   I am satisfied.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 10, 2008**

## V.  Dulleh - Direct

1          [Proceedings in open court follow]:.

2  BY MR. GRAVELINE:

3  Q.  Mr. Dulleh, what did you tell the men had happened to you?

4  A.  I told them I was tortured, I was arrested and taken to the

5  house of Moussa Cisse, Charles Taylor and Benjamin Yeaten's and

6  tortured and subsequently brought to Klay.

7  Q.  Did you identify for them who had tortured you at Benjamin

8  Yeaten's?

9  A.  Yes.

10 Q.  Who did you tell those men had tortured you at Benjamin

11 Yeaten's?

12 A.  I told them it was General Benjamin Yeaten and Chuckie

13 Taylor.

14        MR. GRAVELINE:  Agent Naples, I'd like you to put KL

15 11 back up on the screen.

16        AGENT NAPLES:  (Complied.)

17 BY MR. GRAVELINE:

18 Q.  Mr. Dulleh, I believe you testified there were six other

19 men there with you in this hole.  Where did you sleep?

20 A.  Honestly, there was no where to sleep.  Obviously, some of

21 us were smaller people, so we would sleep on the top of the

22 steel plate here.  Some of them would stretch here, and there

23 were not very many of them  People stretch there.  Personally,

24 I sat down on my butt, put some rocks together and sat down.

25 Most of the time, I sat down on my butt.

**October 10, 2008**

## V. Dulleh - Direct

1   Q.   Where would the men urinate or defecate?

2   A.   For urination, we urinated right in there and sometimes,

3   most of the time we were taken out to defecate, that is, if you

4   were not ignored by the soldiers if you request that you want

5   to use the toilet, if you were not ignored.  They take you out

6   and go to toilet.

7   Q.   Were you fed?

8   A.   Yes.

9   Q.   What were you fed?

10  A.   Sometime we were fed with just cooked rice with salt.

11  Sometimes we were fed with cassava dust.  You call it farina.

12  Sometimes cooked rice with sardine.

13  Q.   Could you have escaped from this hole if you had wanted to?

14  A.   No.

15  Q.   Why not?

16  A.   I mean, it was a military camp, a lot of gunmen, 24 hours,

17  24/7, were present.  I didn't imagine of escaping.

18  Q.   Would the soldiers ever take any of you out of the hole for

19  anything?

20  A.   Yes.

21  Q.   What would they take you or one of the other men out of the

22  hole for?

23  A.   They took us one by one for investigation.

24  Q.   When you say "investigation," what happened to you when you

25  were taken out of the hole?

October 10, 2008

## V.  Dulleh - Direct

1  A.   I was taken out of the hole and I met this general who

2  brought me back, who was called Joe Tua.   He was the one

3  heading the investigation at Klay.   He was the one doing the

4  investigation.

5  Q.   So he would ask you questions?

6  A.   Yes.

7  Q.   What type of questions would he ask you?

8           MR. WYLIE:   Objection.   Hearsay.

9           MR. GRAVELINE:   801(d)(2)(e), Your Honor.

10          THE COURT:   Overruled.

11  BY MR. GRAVELINE:

12  Q.   Go ahead.

13  A.   He was asking me to tell him what were the plans we had to

14  overthrow President Taylor and to be honest with him and tell

15  him the truth.   You know, we been to school together before and

16  tell him where I had arms buried and all of that.

17  Q.   What was your response to these questions?

18  A.   I told him General Tua I have no idea.   The information is

19  never true.   The information the Government got was never true

20  about me.   I'm a student activist and I appreciate injustice in

21  society.   I don't have guns or seek to overthrow government

22  otherwise.

23  Q.   Did you see other men taken out of the hole at Klay?

24  A.   Yes.

25  Q.   What was their physical condition when they were returned

**October 10, 2008**

## V. Dulleh - Direct

1  back to the hole in Klay?

2  A.   Some of them were in tears.   They were crying when they

3  came back.

4  Q.   Did you ever see the defendant, Chuckie Taylor, present

5  while you were at Klay?

6  A.   No.

7  Q.   Did you receive any treatment for your wounds when you were

8  held underneath this weight scale?

9  A.   Yes.

10 Q.   What type of treatment did you receive?

11 A.   They came after a week and a half to remove the scars when

12 I was, like, smelling among my friends because I had pus coming

13 down.   They removed the scars and give me an injection and put

14 some liquid on my wound.

15 Q.   And it's your testimony that this happened a week and a

16 half after what had happened to you at Benjamin Yeaten's house?

17 A.   Yeah, about a week and a half.

18 Q.   So for 10 days you did not see any doctor?

19 A.   No, I didn't see any doctor.

20 Q.   How long total were you held underneath the weight scale?

21 A.   I think about, about, about two weeks, about two weeks.

22 Q.   Where were you placed after you were taken out from

23 underneath the weight scale?

24 A.   They took us across to -- there's another building across

25 the street.   That was where we were in a little room   It's a

**October 10, 2008**

## V.  Dulleh - Direct

1   building and we were placed in a room there.

2   Q.   And they kept all seven of you who were underneath the

3   scale in this other room?

4   A.   Yes.

5   Q.   Did the questioning continue as you were being held in this

6   cell as well?

7   A.   Yes.

8   Q.   Did there come a time you were taken away from Klay?

9   A.   Yes.

10   Q.   Can you describe that for the jury?  What happened?

11   A.   At one point, General Yeaten came back to Klay and after he

12   ordered Hassan Bility out of the cell, I was ordered out of the

13   cell.   He took me behind the house and blindfolded me.   I

14   didn't know what was happening.   I felt I was going to be

15   executed at the time.   I realized that they put us on a

16   helicopter, on a plane, and were blindfolded and were flown out

17   of Klay, Hassan Bility and myself.

18   Q.   Just so I can understand, General Benjamin Yeaten came into

19   the cell and picked you out?

20   A.   Yes.   He ordered me out.   Went behind the building.

21   There's a little outside building toilet.   That was when I saw

22   Hassan Bility already blindfolded and I was tied with blindfold

23   also.

24   Q.   What did you think was going to happen to you at that

25   point?

## V. Dulleh - Direct

1   A.   I felt that was the end.   Again, I felt that was the end.

2   They going to execute me.   That's how I felt.

3   Q.   What happened to you instead?

4   A.   Instead, we were placed on a helicopter and we were flown

5   out of Klay.

6   Q.   Do you know where you were flown to?

7   A.   Yeah.   Once we got there, later on I realized where we were

8   flown to.

9   Q.   Where were you flown to?

10   A.   Flown to Foya, Lofa County.

11   Q.   And where were you put there?

12   A.   We were placed in a house for, I think, two or three days

13   and later transferred to a smaller village in the same Foya,

14   but that village is called Kpelo.   That's where we were

15   transferred after we spent three days.

16   Q.   So you were in the town of Foya and then you got moved to

17   the town of Kpelo?

18   A.   Yes.

19   Q.   When were you placed when you got to Kpelo?

20   A.   We were placed in a little abandoned toilet house and it

21   was like we were placed in there with a wet floor.   It was

22   raining.   It was the wet season.   The floor was wet and muddy.

23   That's where we were jailed.

24   Q.   Both you and Hassan Bility?

25   A.   Yes.

**October 10, 2008**

## V. Dulleh - Direct

1   Q.   Were you free to leave?

2   A.   No.

3   Q.   Why not?

4   A.   It was a 24/7 gunmen present around the toilet building.

5   Q.   What, if any, medical treatment did you receive in Kpelo?

6   A.   I didn't, I didn't, I didn't receive any treatment at

7   Kpelo.

8   Q.   How long were you held in this shack with the muddy floor?

9   A.   For about a month.

10   Q.   Was Hassan Bility held that long as well?

11   A.   Yes.

12   Q.   Were both of you taken away from there or just one of you

13   taken away from there?

14   A.   Both of us were taken from there.

15   Q.   Were you flown to?

16   A.   We were flown back to Monrovia.

17   Q.   Were you released from there?

18   A.   No.

19   Q.   Where were you placed in Monrovia?

20   A.   We were taken to the NBI, National Bureau of Investigation

21   cell room in solitary confinement.

22   Q.   When you got to NBI, did you see anybody you recognized?

23   A.   No.   I was in solitary confinement for a while.   Later on,

24   yes, I recognized other people, other prisoners.

25   Q.   So were you moved out of solitary confinement after a

**October 10, 2008**

## V. Dulleh - Direct

1  while?

2  A.   Yes.

3  Q.   Once you were moved out of solitary confinement, who did

4  you recognize at NBI?

5  A.   I recognized my friend, human rights activist Sheikh

6  Sackor.   I recognized former General Kapu, General Kapu.   Later

7  on, I begin to see other people arriving and I recognized one

8  Jackson Kamara.   I recognize all of those who were in Klay.   I

9  recognized all of them in the cell along with other new

10  prisoners.   I recognized a former employee of the U.S. Embassy

11  in Monrovia, Abubaka Kamara.

12  Q.   So there were several prisoners being held at NBI at that

13  point?

14  A.   When we were there, there were not many.   I think only

15  Sheikh Sakor and General Kapu who were there, and I'm just

16  reminded that one Mamadu Koroma was also in Klay with us.

17  Mamadu Koroma was also in Klay in the hole.

18  Q.   How long were you kept at NBI?

19  A.   For about 10 months, pretty close to a year.

20  Q.   Were you able to see any nongovernmental organizations

21  while you were at NBI?

22  A.   Yes.

23  Q.   Who were you able to see?

24  A.   We were able to see representatives from the International

25  Red Cross Committee, IRCC.   They came to us after a long time.

**October 10, 2008**

## V. Dulleh - Direct

1   Q.   When were you finally released from confinement?

2   A.   I were released on July 11 of '03, 2003.

3   Q.   So July 11th, 2003 and you had been picked up on July 24th

4   or 25th of 2002?

5   A.   Yes.

6   Q.   At any point between July 24th and 25th of 2002 and July

7   11th of 2003 were you let out of confinement?

8   A.   No, we were brought from one cell to another.

9   Q.   Were you ever brought before a court?

10  A.   No.

11  Q.   Were there ever any official charges against you?

12  A.   No, I was not brought before a court.   They said we were

13  enemies of the government, wanted to overthrow the Government.

14  Q.   Were you ever allowed to see a lawyer?

15  A.   No.

16  Q.   Once you were released from NBI, what was your belief about

17  your safety in Liberia?

18  A.   I felt it was extremely unsafe for me because at one point

19  in time after -- I mean, because of things said by the

20  President, that he cannot release us because the Liberian

21  people can't guaranty us, can't see us in the street and leave

22  us go alone because we want to overthrow his government.   When

23  he releases us into the streets of Monrovia, people are going

24  to kill us.

25           That was crazy.   So I felt unsafe given the soldiers

**October 10, 2008**

## V. Dulleh - Direct

1  in the streets and given the -- there was warfare going on and

2  we were already accused of being members of the rebel movement

3  wanting to overthrow the President.   There was a general state

4  of insecurity for me.

5  Q.   What were your thoughts about staying in Liberia at that

6  time?

7  A.   I didn't want to stay in Liberia.   My thought was to leave

8  Liberia as early as I could to escape.

9  Q.   How did you get out of Liberia?

10 A.   I -- through the help of friends, close friends who helped

11 me prepare document, travel documents, and purchase my plane

12 ticket, I left --

13 Q.   I'm sorry.   Did you have to get the permission of the

14 Liberian government to leave Liberia?

15 A.   I got the permission of the Liberian government with a

16 different name.   I left Liberia with a different name, a

17 pseudonym

18 Q.   You didn't use your name of Varmuyan Dulleh to get

19 permission?

20 A.   No.

21 Q.   What name did you use?

22 A.   I used William Sackie Tokpah.

23       MR. GRAVELINE:   Your Honor, I'd like to show the

24 witness what has been previously marked Government's Exhibit VD

25 6 for identification.

**October 10, 2008**

## V. Dulleh - Direct

1           [Government Exhibit VD 6 marked for identification.]

2                MR. GRAVELINE:   Agent Naples, can you actually expand

3    the text of that?

4                AGENT NAPLES:   (Complied).

5                MR. GRAVELINE:   Actually, include the date as well.

6    I'm sorry.

7                AGENT NAPLES:   (Complied.)

8    BY MR. GRAVELINE:

9    Q.   Mr. Dulleh, do you recognize that?

10   A.   Yes.

11   Q.   What is that?

12   A.   This is the exit permit that the government give you before

13   you leave the country if you want to travel.

14   Q.   Is this the actual paperwork they give you or is this

15   something you submit to them?

16   A.   I think they, they -- you, you give it to them and they

17   accept it.   It's granted.

18   Q.   Okay.

19           Is this a fair and accurate representation of the

20   letter you gave the Liberian government in order to get an exit

21   visa?

22   A.   A friend of mine give it on my behalf.

23                MR. GRAVELINE:   Your Honor, I move for the admission

24   of VD 6 for identification.

25                MR. WYLIE:   No objection.

**October 10, 2008**

# V. Dulleh - Direct

1    THE COURT:  Admitted.

2    [Government Exhibit VD 6 received in evidence at 3:15 p.m]

3    MR. GRAVELINE:  Move to publish it to the jury, Your

4    Honor.

5    THE COURT:  You may.

6    MR. GRAVELINE:  Your Honor, I'd like to show the

7    witness what has been previously marked Government's Exhibit VD

8    7 for identification.

9    [Government Exhibit VD 7 marked for identification.]

10   BY MR. GRAVELINE:

11   Q.   Mr. Dulleh, do you recognize this?

12   A.   Yes.

13   Q.   What is this?

14   A.   This is the travel document that the Immigration Bureau

15   give you to permit you to travel out of Liberia.

16   Q.   Is this the actual paperwork that you received from the

17   Government of Liberia?

18   A.   Yes.

19   MR. GRAVELINE:  Move for the admission of exhibit VD 7

20   for identification, Your Honor.

21   MR. WYLIE:  No objection.

22   THE COURT:  Admitted.

23   [Government Exhibit VD 7 received in evidence].

24   MR. GRAVELINE:  Move to publish it to the jury, Your

25   Honor.

**October 10, 2008**

## V.  Dulleh - Direct

1              THE COURT:   You may.

2   BY MR. GRAVELINE:

3   Q.   Mr. Dulleh, what's the date that you received the

4   authorization from the Liberian government to travel?

5   A.   I think it was on July 15th.

6   Q.   I'm sorry.   Can you speak into the microphone?

7   A.   I think it was on July 15th, 2003.

8   Q.   Once you got this authorization, did you make arrangements

9   to then travel out of Liberia?

10  A.   Yes.

11  Q.   What arrangements did you make to travel outside of

12  Liberia?

13  A.   I bought a plane ticket.   Friends bought a plane ticket on

14  my behalf.

15              MR. GRAVELINE:   I would like to show the witness what

16  has been previously marked Government's Exhibit VD 8 for

17  identification.

18       [Government Exhibit VD 8 marked for identification at

19  BY MR. GRAVELINE:

20  Q.   Do you recognize that, Mr. Dulleh?

21  A.   Yes.

22  Q.   And what is that?

23  A.   This is the ticket that I used to travel.

24              MR. GRAVELINE:   Your Honor, I would move for the

25  admission of VD 8 for identification.

**October 10, 2008**

## V. Dulleh - Direct

1          MR. WYLIE:   No objection.

2          THE COURT:   Admitted.

3       [Government Exhibit VD 8 received in evidence].

4          MR. GRAVELINE:   Seek to publish it to the jury, Your

5   Honor.

6          THE COURT:   You may.

7   BY MR. GRAVELINE:

8   Q.   Does it show what date you actually flew, Mr. Dulleh, on

9   this plane ticket?

10  A.   Yes.

11  Q.   What was the date?

12  A.   I left on the 18th of July, '03.

13  Q.   Was your wife or any of your children able to leave with

14  you?

15  A.   No.

16  Q.   When you left Liberia, what were your plans?

17  A.   My plan was to go into safety zone and be somewhere where I

18  feel was a little bit safer than Monrovia and just hoping to be

19  in peace.

20  Q.   And where did you initially travel to get out of Liberia?

21  A.   I -- the plane -- we traveled through Freetown.   Sierra

22  Leone is the country and the capital city is Freetown.   We had

23  a stop in Freetown and then arriving in Conakry.

24  Q.   Where is Conakry?   What country?

25  A.   Conakry is the capital city of Guinea, another neighboring

**October 10, 2008**

## V. Dulleh - Direct

1  country.

2  Q.   At that point, did you have any plans on coming the United

3  States?

4  A.   I didn't have any plan specifically to coming to the United

5  States.   I just wanted to, just hoping to have a peace of mind

6  and overcome my horrible experience.

7  Q.   Were any of your family members able to join you in Guinea?

8  A.   Yes.

9  Q.   Who was able to join you in Guinea?

10  A.   My wife and my son were able to join me.

11  Q.   What happened to your other children?

12  A.   They were not able to come because they were not with my

13  wife at the time.   They were with my mother and she didn't have

14  enough time also to get the children from the interior from my

15  mother, so I said "You know what?   You better come.   Come with

16     whatever you have and we can get them later."

17  Q.   And where is your mother located?

18  A.   She used to be in Guinea.   Sometimes she go to Liberia.

19  Q.   Does she still have -- is she still taking care of your

20  other two children?

21  A.   Yes.

22  Q.   To this day?

23  A.   Yes.

24  Q.   When you got to Guinea, where did you live?

25  A.   I lived with some friends that I was directed to in

## V. Dulleh - Direct

1  Conakry.

2  Q.   Did you come into contact with any nongovernmental

3  organizations there?

4  A.   Yes.

5  Q.   Who did you come in contact with?

6  A.   I came in contact with the Red Cross.   I came in contact

7  with the UNHCR, United Nations High Commission of Refugees,

8  that is the nongovernmental aspect.   Those were the people I

9  met nongovernmental.

10  Q.   Did you eventually file for asylum through UNHCR?

11  A.   Yes.

12  Q.   And when did you receive asylum?

13  A.   It was in November of 2005 that I finally traveled to the

14  United States.

15  Q.   Who came with you?

16  A.   My wife and my son.

17  Q.   Once you came to the United States, have you spoken to any

18  doctors about what had happened to you?

19  A.   Yes.

20  Q.   I just have a few last questions, Mr. Dulleh.   Why are you

21  testifying here today?

22  A.   I'm testifying because I want the world to hear my story.

23  I want justice to be served.   I want people to be accountable

24  for their actions and I just want a world in which people will

25  live free of torture, injustice and dictatorship.

October 10, 2008

## V. Dulleh - Direct

1           MR. GRAVELINE:   Thank you.

2           No further questions, Your Honor.

3           THE COURT:   Ladies and gentlemen, we will adjourn the

4   trial at this time.   As I indicated earlier, we would stop

5   somewhat earlier today to accommodate one of the juror's

6   schedules.

7           If you remember, Monday is a holiday.   We'll not have

8   trial on Monday.   We will resume Tuesday morning at 9:00.

9   Tuesday at 9:00.

10          Please remember my instructions not to discuss this

11   case with each other or anyone else and to avoid reading any

12   articles or listening to any news accounts regarding the trial

13   or any of the matters that you hear about during the course of

14   this trial.

15          Have a good three-day weekend.   We'll see you Tuesday

16   morning.

17          [The jury leaves the courtroom at 3:23 p.m.]

18          THE COURT:   I will ask the witness not to discuss his

19   testimony in the intervening three days.

20          The witness is excused.

21           [The witness was excused at 3:23 p.m.]

22          THE COURT:   Are there any issues we need to address

23   before we resume on Tuesday morning?

24          MS. ROCHLIN:   I believe not.

25          MR. CARIDAD:   No, Your Honor.   Thank you.

**October 10, 2008**

1

**C E R T I F I C A T E**

2          I hereby certify that the foregoing is an accurate

3  transcription of proceedings in the above-entitled matter.

4

5  _11/19/08_____        _____

        **DATE**                    **BARBARA MEDINA**

6                                   **Official United States Court Reporter**

                                    **400 North Miami Avenue, Suite 12-2**

7                                   **Miami, FL   33128 - 305.523.5518**

                                              **(Fax) 305.523.5519**

8                                   **Email:   barbmedina@aol.com**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Quality Assurance by Proximity Linguibase Technologies**
**October 10, 2008**

**A**

abandoned 218:20
able 28:8 60:15 89:15 102:15,17
  124:25 125:19 169:16,21
  198:6 220:20,23,24 226:13
  227:7,9,10,12
above-entitled 230:3
Abraham 11:4 112:14,15 157:7
absolutely 170:2 171:13
Abu 7:9,11 8:6 9:20 29:5,7,8,9
  29:11,13,16,25 30:2,7,16
  33:24
Abubaka 220:11
abuse 189:17
academic 147:24
accents 79:13
accept 223:17
acceptable 10:3
accepted 6:17 7:23 152:6
ACCESS 1:25 2:25
accommodate 229:5
accompanied 61:12
accompanying 71:12
accountable 228:23
accounts 229:12
accurate 47:12,20 49:2,4 125:13
  125:15 149:8 153:12 158:14
  159:18 161:23 164:13 166:23
  176:1 177:9 178:13 191:14
  193:5,11 200:5 201:14 202:17
  203:23 205:25 207:7 208:2
  223:19 230:2
accurately 47:9
accusations 156:20
accused 106:21 107:14,15,23
  108:3,4 222:2
accusing 156:22 161:5
acknowledged 44:3,6
action 151:15
actions 228:24
activist 215:20 220:5
activities 37:4
actual 6:23 46:2 223:14 224:16
addition 7:8 86:17
additional 12:20 63:17 89:19
  187:14
address 5:9 6:2 11:6 135:17
  229:22
addressed 9:6 30:18
addressing 11:19
adjourn 229:3
administration 6:24 148:3,6
ADMINISTRATIVE 5:7
admission 149:11 153:14
  158:17 159:20 162:1 164:16
  167:2 177:12 178:16 200:8
  201:17 202:20 204:1 206:3
  207:10 208:5 223:23 224:19
  225:25
admit 176:4 210:2
admitted 9:18 16:2 29:18 33:1
  34:17 49:9 58:4 63:4 68:20
  149:14 153:16 159:23 162:4
  164:19 167:5 176:7 177:15
  178:19 200:11 201:21 202:23
  204:4 206:6 207:13 208:7
  224:1,22 226:2
advance 152:5
advise 10:24
advised 11:2
advocate 147:23
advocated 147:24
aerial 166:22
affect 72:21 76:8
afford 146:23
AFL 117:21
afraid 40:6,10 164:2 179:14

208:19,20,21
Africa 43:21 119:2,5 143:17
African 77:8
afternoon 11:24
agent 17:10,13 18:23,25 19:5,7,8
  19:10 20:24 21:1,11,13,14,16
  36:8,17 46:18,21 48:2,16
  51:15,16 52:2,4,10,13,20,24
  53:7,10,13,20,22 54:10,12
  55:8,10 56:18,20 58:6,8 63:3,6
  69:7,9,14,16,17,19 127:11,12
  128:22,23 150:22,24 158:24
  159:1,3 167:10,13 176:11,13
  190:1,3 191:24,25 194:23,25
  204:9,11 209:3,5 213:14,16
  223:2,4,7
ago 9:5,8 30:8 114:25 117:10
  123:5,12,14 132:25 134:6
  184:18
agreement 146:4
agriculture 77:4,23,24 78:3
Aha 38:7 99:9 101:2 105:6,8
  141:12
ahead 25:21 50:24 55:7 152:17
  215:12
Aid 77:8
air 67:10 70:10,15 133:6
airplane 133:23,23
airport 134:19
AK-47 21:7,8 76:17
alcohol 193:8
alerted 7:7
Alhaji 169:20 170:14,15,17
  186:17
aligned 7:19
allow 9:14 150:11,13 151:19
  152:6
allowed 9:10 24:3 41:14,16 98:5
  184:10 221:14
almond 49:21,22,24,25 50:2
ALTONAGA 1:13
al-Qaeda 8:17
America 1:4 73:8 143:6,8
American 119:7
Ammunition 56:7
amount 122:22
analogy 8:16
analysis 8:4 9:7 28:18
angry 171:20 175:10 186:9
animals 205:10
annoyed 154:4
answer 6:11,13 22:12 23:11,12
  25:20 31:20 44:24 56:4,6
  59:15,16,74 25 116:17 187:5
answered 116:10 172:1 187:7,9
answering 171:11,12,15
Anti-Terrorist 20:7
anti-tracking 88:10 91:11
anxious 171:20
anybody 35:9,12 44:14 61:18
  96:13 112:13 123:22 129:22
  219:22
anymore 114:22 155:6
apart 57:24 86:24
apartment 56:15 148:15
apologize 108:17 211:9
appear 182:9
appearance 98:23
APPEARANCES 1:16
appeared 16:17 40:10
appears 202:18
application 95:19,21,23
applies 33:18
apply 7:9 78:4
appreciate 215:20
apprehended 161:5
approach 14:20 27:14 116:13
appropriate 15:20 135:9

approved 11:11
Approximately 208:22
area 24:1 36:22 37:3,4,20 54:6
  72:16,17 178:13 196:17,20
  197:10,10 202:17 204:18
argue 8:4
arguing 6:22
arm 76:15 181:13,14,16 182:4
  193:21
armed 75:13,14 95:17 160:7
  166:10,12
arms 14:9 145:9 148:5 169:19
  170:6,10,11,23 215:16
Army 8:16
arrangements 225:8,11
arranging 22:6
arrested 6:7,14 9:20,21 34:8,23
  35:1 149:24 192:15 213:4
arrive 10:7 40:17 180:21
arrived 40:19 180:20
arriving 220:7 226:23
articles 229:12
asked 6:5,7,8 31:5 47:19 115:15
  116:3,6 117:1,7 127:2 134:8
  135:4 137:25 138:15 139:4,5,8
  139:18 140:7,17 141:1 150:10
  151:19 152:18 154:20 155:13
  155:14 160:13 169:16,18,20
  169:21 170:6,12,13 171:3,4
  179:5,21 182:14,14,21 183:19
  184:2 185:22 186:15,17 187:3
  187:3,23
asking 10:12 22:3 32:16 33:9
  171:18 215:13
asleep 150:5
aspect 6:21 228:8
aspects 7:21
assembled 15:12
assign 77:22
assigned 23:14,18 24:13 46:10
  51:19 62:7,9 73:17 77:19,20
assignment 45:10 56:9 58:11,18
  60:12 61:5 62:8,20 63:16
  64:16 67:10,12 71:3,6,11,17
  71:21 72:8,9,11,15,22 73:13
  73:25 74:20,22 75:3 78:21
  89:18 131:7,12
assignments 23:4,7,8,16 25:5
  67:8,15,15,16 70:9,11
assist 191:18
Assistance 11:5
asylum 228:10,12
ate 78:25
attack 105:3
attacked 73:8 97:16,18
attempt 160:18
attempted 153:10
attend 41:14,16 43:6 92:11
attending 41:18 147:2,3
Attorney 11:8,22
Attorneys 11:12
ATU 14:16 15:16 17:7,21 20:7,10
  20:11,12 21:19,23 22:5,14
  34:6 40:1,10,15 41:11,19
  44:12 45:5,7,11,15,18 46:3,12
  47:8 48:13,23,24 50:3,6,9
  51:19,23,25 53:4,17 54:20
  55:3,6,12,15,15,17,20 58:20
  59:1,2,11 60:16,22,24 61:10
  64:9,24 67:5,8,17 71:9,15
  72:12,15 74:18 75:9 76:18,20
  78:16 82:3 84:24 85:2,3,17
  86:1,15 88:10,12 89:18 93:7
  94:4,9,9,12,16,24 95:8,16,21
  95:25 96:6,14,20,23 97:4,9
  98:1,1,5,9 99:19 100:23 101:1
  101:10 103:12,14 105:3 106:3
  106:7,9,11,18,18 108:14,15,18

109:5 110:7 111:23,24 112:17
  112:19 113:5,7,11 115:4
  117:19 118:16 119:23 120:4
  123:1 126:22 131:8 132:20
  136:18 137:11,16 138:16,19
  138:20,23 139:2 154:11,12
  160:22
augmentation 11:10
Authority 146:21 150:9
authorization 225:4,8
Avenue 1:23 2:8 230:6
avoid 10:4 23:5,8,13,14,15,16,22
  229:11
aware 11:17,20 212:5
AWOL 104:16 105:9,17 106:1
A.F.P.D 2:2,2
a.m 12:10,25 13:2,10 16:3 48:4
  48:18 56:25 58:5 68:9,22
  69:24,25 70:2 79:8
A.U.S.A 1:17,18
a/k/a 1:8

**B**

B 140:13
back 13:4 35:17 51:14 54:10
  57:16 70:11,16,20 73:20,22,24
  74:3 78:14,18 122:23 129:1
  131:2 136:4 141:5 143:17,18
  144:21,23 145:12,12,13,21
  148:11 153:1 154:2,3 155:9,23
  155:25 163:9 165:19 170:18
  173:12 174:19 182:5,25 183:1
  183:11,11 185:11,13 186:5
  190:1 193:24 194:24 197:14
  197:20,24,25 198:17,19 209:3
  213:15 215:2 216:1,3 217:11
  219:16
background 33:9 52:12 96:5,10
bad 205:1
Baechtle 191:24
bamboo 120:13
BARBARA 2:7 230:5
barbmedina@aol.com 2:10
  230:8
barbwire 136:23 137:1,3,5,6
Barclay 196:3,4,11
barracks 46:12 53:25 54:3,7,8
  71:23 108:14,15,18 196:2,4
base 9:12 13:15 21:19 23:4,8,13
  23:14,15 24:17,20,23 26:13,21
  27:7,10 30:1,2,12,14,15,16,17
  33:3,21,24 34:19 35:12 36:5,6
  36:22,23 37:5 38:18,22,23
  39:15,17,19,22,23,24 40:2,6,9
  40:16,18,19,22 41:3,6,9 43:6
  59:1,20 60:13,17 61:19 62:3
  64:1 66:15,23 67:1 78:14,19
  78:21 79:1 82:20 83:6 84:24
  85:2,3 87:13,15,18,20 88:21
  97:4,4,6,8,11,14,19 98:1,1,2,5
  98:8,16 99:19 100:3,6,8,12,21
  104:19 105:7 106:10 107:21
  108:5 109:1,5,12,16,18,20
  110:1,3,5,7,17,23,24 111:1,6
  112:20 115:4,4,7,8,16 116:4
  116:23 117:8 118:16 119:23
  120:4,6,8,15 121:9,17,22,24
  122:2,5,9,15,16 129:10,11,13
  129:16,18,24 130:9,10 132:20
  136:18,23 137:2 138:5,6,9,12
  138:13 139:5,9,21 140:3,21,23
  140:23 141:2,4,11,13,13,16
based 11:12 28:19 38:3,6 182:9
basis 6:8,9 28:6 29:1
bathroom 12:5
battalion 65:3,3,4 90:7 113:8,15
  113:16

battalions 65:6 113:12,13,14
battle 66:5
beach 130:12
beat 172:6
bedroom 150:18 151:1 155:13
155:14,15,17,18,21 156:2,4
beg 103:15,18
began 58:18 160:11 181:6
187:10,25
begged 103:12,14,16
beginning 13:10 79:8 137:22
142:11 187:23
Begins 4:24 5:1,3,5
begun 73:25
behalf 223:22 225:14
Bele 62:16
BELFAST 1:8
belief 221:16
believe 6:25 9:6 17:11 59:5 63:4
87:1,24 116:19 124:9 135:19
161:1 213:18 229:24
believed 6:19 7:13 9:12 33:2
34:19
believes 6:20
belong 143:18,19 147:7
belonged 30:21 147:8
Bengue 206:19
Benjamin 41:20,21,23 42:3,6,8
42:10,11,12,22 43:1,2 127:19
127:23 128:15 133:7 134:3,7,8
134:18 135:4 169:2 172:4,5,7
172:13,23 173:1 174:9 175:7
176:2 179:1,19 180:1,16 181:2
182:2,12 183:2,16,22 186:13
192:20 193:2 195:8,10,15
197:21 208:22 213:5,7,10,12
216:16 217:18
best 116:7
better 227:15
Bible 77:12 184:20,22
big 88:20 141:11 157:25 202:4
204:17
biggest 113:10
Bility 206:17 209:2,8,16 217:12
217:17,22 218:24 219:10
Billy 206:18 209:17
birth 28:21
bit 82:6 122:6,8,10 152:4 168:9
184:25 203:6 226:18
black 13:18 14:14 16:16,20
154:11,11 160:23 162:11,22
163:12 194:10,10
bleeding 197:7
blindfold 217:22
blindfolded 217:13,16,22
block 163:21,21
bloody 146:3
blow 55:8
blue 19:25 20:1,2
body 82:14 181:6,7,16 182:2
185:10 189:7,13,14,16 190:14
193:15 208:14
bodyguard 23:15,17,19 45:5
67:25 71:12,14,15
bodyguards 61:13,17 72:4,6
boiled 189:12
Bomi 130:17 196:16
Bong 72:16,17,21,24,25 73:11
73:12,17 74:1,19 130:14
booth 193:7
border 22:17 67:13 130:14
born 142:17,18
boss 140:3
bought 225:13,13
box 18:23 19:5 20:24 21:12 52:2
52:6,10,11,16,21,22 53:1,8,8
53:11,15 69:7,14 175:1,1
204:9,14

boxes 19:9 53:21 174:12
boys 187:12
Brant 84:18
break 98:14,16 195:5
Brecker 84:18
Bridge 129:5,9,14,15,18,22
130:2,6,8,14,17,20,23
brief 10:25 171:9 196:2
briefly 12:4
brigade 113:3,5,7,9,9,11
bring 11:24,25 12:3,9 13:1 15:4
24:23 30:20 70:1 136:4,11
bringing 30:13,14 199:25
broad 8:11
broke 55:3
broken 55:4 195:16
brothers 144:9
brought 7:2 15:7 28:20 129:4
146:11 155:23 167:24 173:12
179:4,5,12 180:4 183:3 192:14
192:23 213:6 215:2 221:8,9,12
brutal 89:7 172:23
BTC 196:2,7
building 46:3 47:5,7,9,20 48:12
48:23 49:24 50:1,2,2,6,8,9,10
50:18,21,25 51:3,4,8,9,10,11
52:1,6,8,11,15,18,18,23 53:1,4
53:8,12,12,15,17 54:22 55:16
57:15,18,24 63:11,12,14,15
111:10,12,14 150:10 152:12
158:4,25 164:25 165:2,4
167:12 183:4 189:24 190:5,6,8
190:10,18,20 192:8,9,11,12,13
192:16,16,18,19 195:2 216:24
217:1,20,21 219:4
buildings 47:4,8 48:13 49:2,4
51:18,23,25 52:11,15 54:6,14
54:17,18 57:7,8,10 110:24
111:12 141:6,6,15,17,18
191:12,14 193:9,11
Bulldog 68:4
bullet 80:18,23
bullets 87:17,18,20
Bureau 147:21 219:20 224:14
buried 215:16
burned 182:13,14
bush 8:19 32:5,10 121:20 122:2
122:7,9,10,14,17,22 140:21,22
bushes 169:17
butt 213:24,25
B-plus 198:14

---

C

c 44:20 140:13 230:1,1
call 61:18 125:23 147:13,16,17
187:24 189:6,7 206:13 214:11
called 11:21 61:22 72:17 82:22
112:1 150:9 198:23 215:2
218:14
calling 155:9
callous 172:23
calls 142:6
camouflage 13:19 14:14 17:6
camp 63:22 89:21 214:16
candidate 15:20
candle 151:25
capital 165:10 169:18 198:1
226:22,25
capture 132:8
captured 89:11 132:4,8,12,13,15
captures 9:23
car 57:7 129:19 140:21,24,24
142:1 180:22
care 45:8 227:19
CARIDAD 2:2 9:19,25 10:4 29:3
29:23 30:10 211:8 212:3,6
229:25

CAROLINE 1:18
caroline.miller@usdoj.gov 1:21
carpenters 110:17,19
carpet 156:11 168:7,7
carried 39:2,5
carry 15:19 39:10,12 51:11
60:25 78:11
carrying 15:14 154:13,15,16
case 1:3 12:18 69:23 133:6
135:13 194:13 229:11
cassava 214:11
caught 156:24,24
cause 26:5
caused 24:16 72:14 212:7
CE 17:11 20:19 127:11
CECILIA 1:13
cell 56:15 156:9 171:22 189:23
189:23 190:5,13,16,17,21
191:2 195:2,6,7 199:5,5 217:6
217:12,13,19 219:21 220:9
227:2,8
center 195:23,24 196:3,4,12
ceremony 40:24 41:1
certain 21:18 26:13 37:4 100:19
100:20 139:5,13 145:24 148:2
184:10
Certificate 3:9
certified 28:20
certify 230:2
CG 63:5 191:8,22
chairman 147:21
chairs 168:10,10
challenge 29:12
chance 191:7,9
change 9:7 58:19 59:2 162:18
changed 67:18 126:17 134:15
changing 126:18
characterize 10:23
charged 8:20
charges 221:11
Charles 1:8,9,9 7:12,14,20 8:24
29:17 41:20 42:15,16,18,20
43:2,17,18 44:17,18 45:1
56:15 67:25 68:16 69:12
106:25 107:8,10 127:19,23
128:2,7,11,18 146:11,16 148:3
148:5 154:22 157:14 163:14
163:15 167:23 168:6 171:14
173:24 188:25 196:22 213:5
check 96:5,10
checkpoint 23:14,16,19 198:25
199:1,2,3
checkpoints 22:23 23:1
chevrons 5:11
Chicken 111:4
chief 61:19,22 157:14 191:2,5
children 143:10,12 226:13
227:11,14,20
choosing 81:10
chose 109:24 132:19,22
Christmastime 98:20
CHRISTOPHER 1:22
christopher.graveline@usdoj...
1:24
Chuckie 1:8 13:17 18:17 19:3
37:25 38:3,8,12,17,20 39:1,5
39:10 40:7,10,16,17,19 41:7
43:5 59:22 60:1,4,11,15,21
61:1,4,6,12,18 62:6,9,11,13,15
62:17,21 63:15 70:21 71:2,5
71:10,16,18,20 72:2,4,6,7
73:25 74:3,6,14 94:1 108:5
109:5,12 126:7,11,14 132:19
140:2,4,5 168:20 169:7 180:20
180:21 181:2 182:7,9,12
183:22 184:1,14,15,19 185:2,4
185:19 186:13,15,17,23,25
188:4,7,21 189:19,20,22 194:5

194:8,9 213:12 216:4
Chuckie's 93:9 103:16 186:1,3,7
church 77:16,18,21,22
circle 16:14 18:20 19:2
circling 69:1
circumstances 11:10,13 35:11
78:18 89:16
Cisse 157:11,12,13,25 158:13
161:17 192:12 213:5
CITATION 4:18
city 165:10 169:18 198:1 226:22
226:25
civil 146:3,3 171:9
civilian 160:8 174:18
civilians 75:21,23 98:2,6 110:5,7
110:23 157:3
claim 131:2
class 41:12 85:21 86:1,9,11
142:20 198:13
classes 65:8,24 66:2 82:24 83:1
86:14 90:14 92:11
classmate 198:9
classroom 82:20 86:17
clean 82:14,16 87:3 91:3 92:19
99:19
clear 29:23 119:16
clearly 118:21 188:12
client 12:4
climb 203:3
climbed 204:17
close 37:2 64:4 105:13 121:22
141:1,4,7 151:7 157:13 181:1
188:13 192:6 220:19 222:10
closest 141:14
closing 57:23,24
cloth 180:3
clothes 26:19 83:19 95:4,6
160:22 162:18,21 179:15
180:10
clothing 160:8 174:18
coast 67:13 70:10 130:11
cobra 123:3 126:22 127:1,4,8,9
code 99:17
cold 205:4,4
College 82:22
combat 67:15,15,16 72:9,11,14
73:13,25 74:20,22 75:3,9,16
75:23 87:22,25 88:2 91:9
92:23 136:20
combination 20:12
combined 212:9
come 8:23 12:20 30:11 33:25
38:23 41:8 67:17 72:11 73:20
73:22,23,24 74:3,19 75:25
90:7 108:7 109:12 129:8,9,10
129:15 130:10 173:12 191:25
192:7 210:5 217:8 227:12,15
227:15 228:2,5
comes 130:18
coming 61:4 108:5 123:18 152:5
152:19,19,21 167:19 177:24
183:7 197:5 216:12 227:2,4
command 21:23 58:20 59:2,11
66:10,13,21 67:18 90:5
commandant 24:17,23
commander 8:19 24:20 26:12
43:6 51:10 58:17 62:1 67:20
67:25 73:2 94:21 109:18 110:3
commanders 22:5,15
Commission 228:7
Committee 220:25
communication 39:19,21
community 42:11 172:15,22
companies 113:17,19,25 140:13
company 78:4,5,7,10 113:21,22
140:7,9,10,11
Compari 18:17,21,22 26:12
40:18 43:9 106:15 107:18

109:16,24 139:22,23 140:5
**Compari's** 140:3
**complete** 125:7 187:15
**completely** 195:16 208:13
**Complied** 17:13 18:25 19:4,7,10
20:23 21:1,10,13,16 36:17
46:21 48:2,16 51:16 52:4,13
52:24 53:10,13,22 54:12 55:10
58:8 63:6 69:6,9,13,16,19
127:12 128:23 150:24 159:1
167:13 176:13 190:3 192:4
193:19 194:25 204:11 209:5
213:16 223:4,7
**compound** 158:15 161:16,18
189:20,24
**computer** 149:2 151:9 153:23
164:25
**Conakry** 226:23,24,25 228:1
**concerning** 34:2
**concerns** 11:6,18
**condition** 212:4,9 215:25
**conditions** 102:15
**conduct** 151:14
**conducted** 141:23
**conference** 4:22,24 5:1,3,5,9
**confidant** 157:13
**confinement** 219:21,23,25 220:3
221:1,7
**confirm** 17:12
**conflict** 75:13,14,16
**conformity** 151:15
**confront** 8:7
**confused** 208:13
**Congotown** 42:13,14 57:11,12
62:16 63:15 157:19
**consequences** 9:12
**considered** 11:4 32:23 34:17
54:7,8 96:16 133:23 146:22
**considering** 11:19
**conspiracy** 6:22 8:10,11,13,20
8:24 9:3
**contact** 125:19 228:2,5,6,6
**contain** 20:12
**CONTENTS** 3:1
**continue** 70:7,21 136:14 217:5
**continued** 61:18
**contrary** 7:20
**control** 66:10,14,22 77:19 81:18
90:5
**controlled** 188:22
**cont'd** 13:9
**Convention** 66:5,13,21 85:19
90:3 138:1,3
**CONVENTIONS** 5:7
**conversation** 187:4 188:15
197:23
**cook** 111:7,8,11,17,18
**cooked** 214:10,12
**cooks** 110:9,11
**copy** 116:12
**corner** 20:25 192:18
**correct** 10:10,13 18:9 28:18
43:11 54:8 79:19,22 81:8 83:4
84:25 85:11 86:18 87:9 89:19
90:10 92:14 94:17 112:24
119:5,8 120:19 129:8 130:11
136:9
**corrected** 115:24
**correction** 116:2
**correctly** 140:8
**counsel** 5:8 6:21 7:17 11:16
29:22
**Counties** 130:15
**countries** 11:3 43:19 83:21
**country** 10:19,20 104:4 135:24
223:13 226:22,24 227:1
**County** 130:24 131:8 196:16
218:10

**couple** 212:8
**course** 12:17 64:8,9,11,17,21,23
64:24,24 65:10,25 66:3,12,21
66:25 67:3 84:24 85:2,6,13,17
85:24 88:14 137:8 168:21
198:10,13 229:13
**courses** 90:18
**court** 1:1 2:8 4:25 5:2,4,6,9 6:1
7:4,17,25 8:3,7 9:4,22 10:2,6
10:10,13 11:24 12:2,6,8,9,11
12:16,22,23 13:1,3,25 15:22
16:1,2,6 22:10,21 23:10 24:10
25:18 26:25 28:10,22 30:4,18
31:1,18 32:22 33:17 34:16
44:10,22 49:9 56:2 58:4,24
59:8,14 68:20,24 69:20,22
70:1,3,7 74:24 76:10 79:5
106:5 116:14 117:4 121:3
122:24 123:18,22 135:9,12,16
135:25 136:4,10,13 137:20
142:4 149:14,18 151:16
153:16,21 158:21 159:23
160:1 162:4,7 164:19,22 167:5
167:9 172:18,20 176:7,9
177:15,21 178:19,22 191:23
192:3 193:16 194:14 200:11
200:15 201:21,23 202:23
203:1 204:4,8 206:6,9 207:13
207:16 208:7 210:6,9,14 211:1
212:2,5,8 213:1 215:10 221:9
221:12 224:1,5,22 225:1 226:2
226:6 229:3,18,22 230:6
**courtroom** 1:25 2:25 12:10 13:2
69:24 70:2 122:19,23,23
135:15 136:5,12 140:18 186:2
191:9 194:6 229:17
**Court's** 28:17
**cousin** 157:9
**cover** 201:10,11,14 202:2,2,3,16
**covering** 199:18 200:21,21
201:9,11 202:15 203:16
**co-worker** 150:9
**crawl** 136:24 137:1,8
**crawling** 136:24
**crazy** 221:25
**creamed** 32:7,8,10
**created** 101:12
**credit** 198:15
**criticisms** 148:2
**cross** 28:8,22 29:12 30:15 79:7
85:22 86:2,4,6,14 220:25
228:6
**cross-examination** 3:5 137:24
**cry** 181:25
**crying** 171:13 176:19 208:17,18
209:23 216:2
**CT** 3:20 68:6,8,17,21
**cup** 183:9
**current** 137:17
**cut** 26:13,16 99:14 100:10
**cutting** 32:5,10

**D**
**D** 113:23,24 140:12,13,15
**dad** 144:9
**danger** 155:5
**dark** 204:24 210:14
**date** 70:15 118:15 150:2 223:5
225:3 226:8,11 230:5
**David** 18:17,20,22 43:9 106:15
107:18 139:22,23 140:3,5
**Davis** 7:19
**day** 41:5,8,24 42:1,7 60:10 61:5
61:14 73:18 88:23 93:9,13,21
93:24 98:10 103:16,19 108:24
109:11,14,16 115:22 118:17
118:19 119:16,17,19 195:5

206:16 209:13 227:22
**daylight** 195:5
**days** 9:5,8 11:9 60:10,14 123:5
216:18 218:12,15 229:19
**deal** 136:20
**dealing** 170:11
**dealings** 28:14
**death** 195:17
**December** 40:22 41:9 59:20
78:13 115:6 118:6,10,11,12,14
118:17
**decided** 152:24
**deep** 199:6
**defecate** 214:1,3
**defendant** 1:11 2:1 194:13 216:4
**Defender's** 2:3
**defense** 7:17 9:18 10:25 12:17
30:22 135:21 136:6
**defined** 8:11
**Delta** 113:22 140:10,11
**demeanor** 171:12,18 175:7
186:7
**demonstrated** 45:3
**demonstrative** 191:22
**demoralized** 195:18
**denied** 175:11
**Dennis** 112:8,9
**Department** 1:22 7:18
**depiction** 149:8 158:14 161:23
164:13 176:1 177:9 178:13
191:14 200:5 201:14 203:23
205:25 207:7 208:2
**deployment** 22:17
**deployments** 21:19,22 22:4,5,6
22:14,16,18,23 23:1
**deposits** 169:19 170:6,11
**describe** 17:2,5 26:9 35:16
49:15 157:23 166:8 168:5
201:25 209:21 217:10
**describing** 209:22
**Description** 3:13
**Descriptions** 4:23
**deserter** 105:19,20
**desk** 7:18 168:8 171:22
**despirited** 195:17
**details** 115:2
**detained** 154:18,19
**detainees** 35:14
**determine** 96:11
**Development** 77:8
**device** 185:4,5 186:4
**diabolical** 172:24
**dialed** 187:1
**Diarra** 168:19
**dictatorship** 228:25
**die** 171:17 184:9
**difference** 9:6 57:22 132:7
**different** 13:16 19:23 28:10,13
28:15 40:13 47:15,17 57:21
62:22,23 66:14,16,22,24 79:13
80:21,22 91:20 117:12,13
118:4 131:18 222:16,16
**difficult** 89:9,15 94:12,15,16
102:13
**Digging** 139:17
**dipped** 183:10,10
**Direct** 3:4,8 13:9 142:10
**directed** 227:25
**direction** 131:5 153:25 165:17
181:15 195:19,21 196:24
197:6
**directive** 24:22
**directly** 6:20
**director** 41:22 163:1,3,6 168:1,4
**dirty** 180:3
**disable** 86:20,22
**disarmament** 75:25 76:3,8,18
**disarmed** 76:13,14

**discipline** 8:6,8 99:5 102:24,25
**disciplined** 99:7 103:8
**discuss** 69:23 135:13 229:10,18
**discussions** 125:7
**displaying** 154:6
**dissolve** 20:10
**dissolved** 76:19,20
**distance** 122:6 140:18,20,21,22
193:11
**distances** 193:4
**distinction** 30:6
**distress** 212:7
**distressed** 208:13
**district** 1:1,1,14 145:1
**divided** 113:11
**DIVISION** 1:2
**doctor** 216:18,19
**doctors** 228:18
**document** 13:22 51:11 60:25
68:6 156:15 222:11 224:14
**documents** 156:13 171:6 222:11
**doing** 32:4 60:1,4 71:18,20
185:16 215:3
**Dolo** 59:17,18,19 60:23 61:2
67:18 70:18 119:12
**door** 152:13,14,15 173:13
174:11 177:24 178:11
**dot** 16:17
**double** 13:18 16:20,24,25 17:1
**draft** 9:22 10:2,6
**dragged** 104:10 173:11
**draw** 30:6 153:24
**dress** 119:19
**dressed** 154:9,10 160:21 162:9
163:11,12 174:17
**drink** 148:23 186:21
**drinks** 193:8
**drips** 205:4
**drive** 38:23 165:11,25
**driven** 166:5 167:15 195:7
198:17
**driving** 129:17 163:5,25 174:5
196:24 197:2
**drop** 184:10
**dropped** 189:16 210:14
**drove** 35:18 157:11,15 165:23
174:1 192:24
**dry** 205:6
**Dujin** 6:6,7,14,15 9:21 30:16
34:3,5,6,8,24,25 35:1 106:19
107:12
**Dulleh** 3:7 142:7,9,14,15,19
149:20 151:2,11 153:7,23
157:7,8 159:3 160:3 164:24
166:19 167:15 176:15 177:23
178:3,8 189:4 191:7 192:2,5,7
193:18 194:4 195:3 200:17
201:25 203:3,8 204:14 211:3
213:3,18 222:18 223:9 224:11
225:3,20 226:8 228:20
**dust** 214:11
**duties** 62:11
**dwelling** 148:14
**D-u-l-l-e-h** 142:14
**D.C** 1:23

**E**
**E** 230:1,1
**earlier** 30:18 33:18 62:17 192:14
229:4,5
**early** 144:19,19 222:8
**easy** 64:4
**eating** 189:10
**Edmond** 206:18
**education** 145:13
**efforts** 13:7
**either** 90:20 91:15 182:12

**elbow** 16:18
**elected** 146:10,12
**election** 79:22 146:8,11,11
**elections** 146:6,7
**electric** 180:7,9 185:9,13 186:10
    193:22
**electrical** 186:4 194:21
**electricity** 39:15,17 151:24
    152:1 179:1
**elicit** 6:11,16,18 7:12,21 9:11,25
**elicited** 7:1,17
**Eligibility** 11:12
**elite** 100:24 101:4
**Email** 1:20 2:5,10 230:8
**Embassy** 169:17,22 170:4
    220:10
**Emergency** 11:5
**EMMANUEL** 1:9
**emotional** 195:14 208:11 209:21
    210:11
**employee** 220:10
**EMSSU** 17:21 20:3,4,6,9,11,12
    138:25 139:2
**ended** 67:5 188:16
**enemies** 102:22 221:13
**enemy** 89:11 96:11 97:13 102:20
    107:10
**engaged** 148:8
**English** 126:19
**enter** 72:16 75:4 165:22 200:25
    203:20
**entered** 12:10 72:17,21,24 136:5
**entire** 28:2 90:7 120:6 144:16
    165:3
**entity** 46:5 77:20
**entrance** 152:11 161:19 173:13
    174:10 177:24 202:15 204:15
    204:16
**environment** 188:23
**equipment** 133:7
**escape** 222:8
**escaped** 214:13
**escaping** 214:17
**especially** 166:10 171:21
**establish** 28:6,23 30:5
**established** 210:9
**event** 73:8,10 149:20 210:10
    212:4
**events** 212:8
**eventually** 93:11 94:7 228:10
**Everybody** 198:14
**everybody's** 28:18
**evidence** 3:12 9:7 14:19 15:15
    16:3 17:11 29:4 32:22 34:16
    36:9,13,15 49:7,10 56:19 58:5
    63:4 68:18,21 149:15 153:17
    158:22 159:24 162:5 164:20
    167:3,6 176:10 177:16 178:20
    200:12 201:20 202:24 204:5
    206:7 207:14 208:8 224:2,23
    226:3
**evolved** 11:14
**EWAP** 11:5,7,18,20
**exact** 126:19 150:2
**exactly** 118:15
**examination** 3:4,6,8 11:21 13:9
    79:7 137:21 142:10
**examine** 28:8,22 29:12 30:15
**examines** 28:20
**example** 96:13 99:14 100:10
**excellence** 147:24
**exception** 212:11
**excited** 210:4,8,12 212:3,11
**excluded** 15:4
**exclusion** 15:21
**excuse** 137:4 179:5
**excused** 12:25 142:4,5 229:20
    229:21

**execute** 218:2
**executed** 217:15
**Executive** 11:11 20:5,7 45:6,7
    45:15,16,18 46:2,6,10,12,13
    47:4 50:1,3 51:19,24 53:18
    54:16 55:14,16,18,21 56:8
    58:10,12,14,16,18 59:21 60:5
    60:12 61:5 62:7,20 63:17
    64:16 70:11,16,20,22,24 71:2
    71:5,11,17,20 72:8 108:9,13
**exercise** 15:20 91:21,22,24
**exhibit** 3:14,15,16,17,19,20,21
    3:22,23,24,25 4:1,2,3,4,5,6,7,8
    4:9,10,11,12,13,14,15,16
    13:24 16:3 28:21 46:20 48:3
    48:17 56:24 58:5 68:8,21
    148:18,20 149:1,12,15 153:5
    153:15,17 158:7,8,18,22 159:8
    159:10,21,24 161:11 162:2,5
    164:5,7,20 166:16,17 167:6
    175:16,18 176:4,10,25 177:2
    177:13,16 178:3,5,17,20 191:8
    194:23 199:12 200:12 201:3
    201:18,20 202:7,9,24 203:8,10
    204:5 205:15,17 206:7,25
    207:14,19 208:8 222:24 223:1
    224:2,7,9,19,23 225:16,18
    226:3
**Exhibits** 3:11,12,18 49:10
**exit** 223:12,20
**expand** 167:11 223:2
**expect** 6:13 87:20
**expected** 29:15
**expenses** 11:8
**experience** 138:22 227:6
**experienced** 13:5 84:2
**experiencing** 195:17
**explain** 107:6
**explained** 209:23 211:7
**explaining** 191:18
**expressed** 11:18
**expression** 175:9
**extenuating** 11:10
**exterior** 164:13
**extreme** 102:15
**extremely** 164:2 171:14,20
    179:14 181:21 183:15 184:25
    186:12,12 190:15,15 221:18

---

**F**

**F** 230:1
**face** 169:6,6 186:1,3 197:17
    198:3
**faces** 15:12
**facial** 175:9
**facilities** 78:10
**fact** 6:17 7:4 9:16 15:9,14 30:1,7
    81:14 88:20 93:1,9 94:12,21
    103:12 121:12 137:16
**faction** 145:9 170:20,22
**factions** 81:25 145:7 146:9
    170:18
**facts** 7:12
**fair** 149:8 153:12 158:14 159:18
    161:23 164:13 166:23 176:1
    177:9 178:13 200:5 201:14
    202:17 203:23 205:25 207:7
    208:2 223:19
**familiar** 35:4 61:23 101:21
    105:19 110:19 111:4 191:15
    212:10
**families** 41:16
**family** 45:6 101:14,18 104:6
    143:18,19 144:16,17,18,22
    145:16 155:4,5 227:7
**fan** 70:4
**far** 8:21 16:9 122:14 141:1,16

142:19 157:19,21 163:20,21
    173:13 190:7 192:8,18 193:5,6
**farina** 214:11
**farther** 53:1 141:24 142:1 173:23
**fate** 197:1
**father** 71:24 184:25
**Fax** 1:20 2:4,9 230:7
**fed** 83:11,14 95:2 214:7,9,10,11
**Federal** 2:3
**feed** 83:13
**feel** 184:9 185:8 190:14 226:18
**feeling** 208:25
**feet** 204:19
**fell** 198:10,11
**fellow** 104:2,20 105:22 160:7,9
**felt** 155:5 185:9,13,25 196:25
    217:14 218:1,1,2 221:18,25
**fence** 57:22,24 120:3,6,13,15,16
    120:18,21,25 157:25 158:1
    161:18 165:2,3,3,4,23 190:11
**field** 32:3,4 36:7 37:22 67:10
    70:10,10,15 86:18 133:6
    141:23
**fierce** 196:21
**fight** 34:1 75:7,17,19 81:12 93:4
    103:21 132:4,15
**fighter** 7:15 8:14,15 106:21
    107:23
**fighting** 7:11,13 29:17 35:2
    79:19,21 80:24 81:1,3,18,23
    96:20 106:23,25 107:8,25
    108:2 143:23 144:2 145:3,4,5
    145:24 146:2 148:8 196:21
    197:9,10
**figure** 18:24 19:6 198:6
**file** 228:10
**filled** 95:19,21 175:1
**filling** 95:23
**final** 67:6 170:12 173:9
**finally** 221:1 228:13
**find** 8:17 87:20 96:5 100:2
**fine** 189:5 194:3 204:12
**finger** 16:14 69:2 153:23
**finish** 21:25 135:22
**finished** 77:17 146:5
**firearm** 78:11
**firearms** 15:14
**firing** 38:23 87:15
**first** 7:18 8:6 13:18 20:9 31:20
    31:25 33:10 36:11 41:11 45:10
    49:12 52:1 58:11 60:12 61:5
    62:8,20 63:16 64:16 65:3
    70:25 80:24 81:1 90:10,12
    97:9,21,22 112:21,22 113:16
    115:7,15 116:2,3,4,23 117:1,8
    120:1 127:18 128:11 146:7
    150:7,8,18,23 158:3 179:3
    181:13 182:4
**fit** 89:2
**fitness** 103:2
**five** 8:22 35:15 110:12,13 181:19
    208:24,24 210:10,12
**fix** 110:24
**fixed** 110:21 111:1
**FL** 1:19 2:4,9 230:7
**Flagler** 2:3
**flags** 168:8
**flat** 185:12,12 186:5
**fled** 144:3,5
**flesh** 181:10
**flew** 226:8
**flipped** 171:21
**Flomo** 114:16,18,19
**flooded** 207:25
**floor** 168:7 174:21 179:6,20,21
    205:5,9 218:21,22 219:8
**FLORIDA** 1:1,6
**flown** 217:16 218:4,6,8,9,10

219:15,16
**fly** 135:24
**FM** 62:18
**follow** 15:1 16:1 28:1 31:1 165:5
    165:6 210:1 211:1 212:1 213:1
**following** 62:8
**follows** 10:25
**food** 56:7
**foot** 182:5
**forced** 23:21 132:4,7,15
**forcefully** 132:6,12
**forces** 33:25 75:4 95:17 101:24
    102:2,4,7 196:22 199:2
**foregoing** 230:2
**foreground** 52:1
**foreign** 43:5,10,13 101:3 118:23
    119:1,4
**forget** 118:17,19
**form** 121:1,1
**former** 17:21 139:2 220:6,10
**fortress** 165:3
**forward** 152:17
**fought** 75:21 81:14 90:10 117:12
    118:3
**found** 87:18
**foundation** 15:3 24:8 25:16
    26:22 59:5 77:8 106:4
**foundational** 58:23
**four** 6:2 10:17 110:15,16 113:14
    113:20 114:12 140:13 208:24
**Foya** 218:10,13,16
**frame** 145:6
**Fred** 84:16
**free** 161:1 219:1 228:25
**freely** 24:3
**Freetown** 226:21,22,23
**fresh** 189:11
**Friday** 60:14 108:20
**friend** 150:8 220:5 223:22
**friendly** 9:13
**friends** 74:12 112:1 199:23
    216:12 222:10,10 225:13
    227:25
**frog** 205:11,12
**front** 14:3 66:5 68:11 93:5
    152:13,14,15 166:25,25 176:1
    191:25 193:20 197:25
**funding** 11:7
**funds** 11:6
**furious** 175:9
**further** 6:10 11:21 18:19 29:21
    29:22 34:13 142:3 154:4,7,8
    229:2

---

**G**

**Gambian** 93:11 94:1 102:1
    103:16
**garage** 175:13,25 176:2,12,21
    177:8,9,23,25 178:1,11,12,24
    179:4,6,7,9,10,11,13,16,17
    180:23,25 182:8 183:4 193:1,3
    194:16 208:23
**garbage** 205:11,12
**gate** 165:23,25 166:1,25 167:11
    167:15,16
**GB** 36:9,12,15
**Gbarnga** 140:25
**Gbatala** 13:15 21:19 22:14 23:4
    23:8,13,13,15 33:3,21,24 35:8
    35:9,12 36:5,6,22,23 37:4
    38:18,22 39:15,17,19,21 40:6
    40:9,22 41:2,6,9 59:1,20 60:13
    60:17 61:19 62:3 65:13,14
    66:15,23 67:1 78:14,19,21,24
    79:1 110:7 115:5 117:2 120:4
    121:9,9,12,16 129:18,24 130:6
    130:8 138:5,6,8,12,13 139:5

139:21 140:3 141:2,4,6,7,11
141:13,13,14,16,24
**general** 8:16 62:1 169:2,2 172:4
172:5,7,23 173:1,19,20,21
174:19 175:5,13,24 180:7
181:1,6 182:8,14 183:9 188:4
188:20 189:24 192:20 193:23
195:8,10,15 196:13 197:8,13
197:15,20 213:12 215:1,18
217:11,18 220:6,6,15 222:3
**generals** 168:23 169:1
**generator** 39:18
**Geneva** 66:5,13,21 85:19 90:2
138:1,3
**gentleman** 87:24 111:4
**gentlemen** 13:4 32:22 33:18
34:16 69:22 135:12 229:3
**George** 8:19
**getting** 13:6,7 80:3,5,9,11
106:13 138:17 175:9
**Giglio** 10:17,21,24
**give** 8:15 12:19 29:22 30:19
39:13 60:10 71:25 72:2 73:3
96:10 116:7 162:21,22 175:2
180:2 216:13 223:12,14,16,22
224:15
**given** 10:1,16 23:8 95:4,6 98:14
98:16 125:23 221:25 222:1
**giving** 22:6,15 61:2
**go** 16:11 17:24 18:19 22:23 23:1
24:3,6,13,16,21,22 25:21 27:1
29:21 35:21 37:2 38:18,21
39:3 40:18,20 41:4 42:17 44:4
47:11,18 49:3 50:20,24 51:8
51:14,21 54:1,10 55:7,19
57:17 60:3,7,24 62:10 64:12
65:4 66:1 70:11 71:19,23 72:1
72:5 75:15 76:22 77:11 78:14
80:10 82:7 83:24 84:13 85:1
85:12 86:21 87:19 88:17 89:20
91:17 93:4,11,21 94:8,14 95:5
95:20 96:19,22 97:17 98:4,15
98:24 100:4,25 102:6 103:13
103:19 104:23 105:4 108:1,20
109:1,4 110:6,18 113:4 119:3
120:20 123:21 125:4 126:9
130:16 138:10,21 140:25
141:10,22 144:4,6,7,8,22
145:12 154:4 165:5,16 200:24
202:3 203:5 209:3 214:6
215:12 221:22 226:17 227:18
**goal** 6:22 101:10
**GOC** 61:23,25 62:2
**God's** 173:17
**goes** 6:20 65:5
**going** 8:7,23 9:25 10:8 29:1,8,20
60:11 61:13 79:21 96:18,20
97:1,8 104:24 136:7 145:3,4
145:15 150:3 151:15 154:2
162:15 165:14 171:17,17
172:5,6 174:25 175:2 184:8,9
190:21 191:2,5,24,25 192:5
195:22 196:17,20,23,25 197:9
217:14,24 218:2 221:23 222:1
**good** 6:1 8:2,3 12:11 13:4,13,14
38:15,16 69:20 79:10,15,17
88:2 93:17 94:4 99:21,23,25
101:6 135:14 136:1 146:22,23
229:15
**government** 1:17 3:14,15,16,17
3:18,19,20,21,22,23,24,25 4:1
4:2,3,4,5,6,7,8,9,10,11,12,13
4:14,15,16 6:20 8:11,12,16
9:25 10:19 13:24 14:18 16:3
29:10 30:11 41:2,5,8 46:20
48:3,17 49:6,10 56:24 58:2,5
68:8,17,21 106:23 107:2,25
108:2 123:19,19 124:3 125:1,7

125:10,19,20 126:1,6,10,21,25
127:6,16,18 128:1,14,17 129:3
129:4,7 131:6,20,22 132:1,3
132:14,17,19,25 133:5,8,20
134:3 135:6 148:20 149:15
153:5,17 158:8,22 159:10,24
161:11 162:5 163:4 164:5,7,20
166:17 167:6 169:19 175:18
176:10 177:2,16 178:5,20
198:25 199:2,12 200:12 201:3
201:20 202:9,24 203:10 204:5
205:17 206:7,25 207:14,19
208:8 215:19,21 221:13,13,22
222:14,15 223:1,12,20 224:2,9
224:17,23 225:4,18 226:3
**Government's** 13:8 148:18
149:1,12 153:15 158:6,18
159:8,20 162:1 166:16 175:16
176:4,25 177:12 178:3,17
201:18 202:7 203:8 205:15
222:24 224:7 225:16
**graduate** 77:9 118:17 119:12
142:22,24
**graduated** 40:21 59:1,12,19,20
60:16 61:19 62:3 118:6,8
138:5,6 142:25
**graduating** 41:12 60:13
**graduation** 40:24 41:1,5,8,14,16
41:18,24 42:4,7 43:4,6,23 44:1
44:3,7,12,14,16,18 45:1,4,10
58:11,19 60:22 62:8 78:13
118:24 119:8
**granted** 223:17
**grass** 26:13,16 100:10 151:6
**Graveline** 1:22 3:8 142:6,12
148:17,22 149:11,16,19
150:22,25 151:14,17 153:3,6
153:14,19,22 158:5,9,17,20,24
159:2,7,12,20,25 160:2 161:8
161:12 162:1,6,8 164:4,8,16
164:21,23 166:14,18 167:2,8
167:10,14 172:19,21 175:15
175:20 176:4,8,11,14,24 177:4
177:12,17,19,22 178:2,7,16,21
178:23 190:1,4 191:21,24
193:13,17 194:12,15,23 195:1
199:9,14 200:8,13,16 201:5,17
201:22,24 202:6,11,20,25
203:2,7,12 204:1,6,9,12,13
205:14,19 206:3,8,10,23 207:2
207:10,15,17,21 208:5,9,10
209:3,6,24 210:2,7 211:2
213:2,14,17 215:9,11 222:23
223:2,5,8,23 224:3,6,10,19,24
225:2,15,19,24 226:4,7 229:1
**gray** 194:10
**ground** 36:6 37:14 45:12 152:17
**grounds** 45:23 46:13
**group** 30:21 32:25 33:3 34:20
92:1 100:24 101:4,6,8,12
113:10 152:20 198:11,11,11
113:12,13,14,15
**groups** 9:13,17 81:18,23 117:12
**growing** 143:20
**GSW** 142:25
**guaranty** 221:21
**guard** 20:9 45:6,6
**guarding** 45:16 46:3,5
**guerrilla** 7:11,13 29:17
**guests** 43:5,10,13 118:23 119:1
119:4
**Guidance** 147:22
**Guinea** 22:17 33:25 144:15,18
171:4,8,9 226:25 227:7,9,18
227:24
**gun** 86:24 93:4 184:1 188:5,8,11
188:12,18 194:18
**gunmen** 149:24 152:21 154:6

155:7,23 156:2 157:4 160:7,19
163:9 179:10 189:10 190:21
190:23,24 195:13 196:13
199:1 214:16 219:4
**gunpoint** 154:7
**guns** 15:7 154:6,16 160:24,25
174:8,24 184:4,5 215:21
**guy** 29:5,9,11,13,14
**G-2** 50:10,11,13 51:10

**H**

**half** 195:4 216:11,16,17
**hand** 183:9 185:2,4,6 188:7,10
188:10,12,13,13
**handed** 30:8
**handle** 66:7 183:9 200:22
**handled** 58:16
**hands** 154:13 171:3 173:14,16
173:17 174:4,7,8 183:19,20,20
183:23,25 184:3,3,11,15,20,21
184:22 194:19
**hand-to-hand** 87:22,25 88:2
91:9 92:23
**happen** 24:18 64:13 149:20
184:8 185:22,23 196:23 197:2
208:19 217:24
**happened** 72:14,24 76:18 78:3
80:17 149:23 150:2,5 152:18
158:3 166:2 173:2,18 174:9
175:11 179:3,15 180:6 182:20
182:24 183:8 187:22 189:22
195:6 197:4,11,12,23 198:9,21
199:4 208:14,25 209:19,22
210:3 211:5 213:3 214:24
216:15,16 217:10 218:3
227:11 228:18
**happening** 182:10 217:14
**happens** 9:1
**hard** 115:2 123:16 125:13
181:14
**Hassan** 206:17 209:2,8,16
217:12,17,22 218:24 219:10
**head** 107:4 121:6 182:19 183:10
184:1,1,4,5,18,19 188:5,18
194:18 198:11
**headed** 165:11
**heading** 165:17,18 195:19
196:14,15,16 197:25 198:11
215:3
**hear** 22:15 32:23 38:24 50:23
184:5,6 228:22 229:13
**heard** 6:9,13 7:10 22:4,5,18
30:14 31:22 33:23 126:18
184:6 195:24 196:22
**hearing** 107:20 152:3
**hearsay** 6:8 8:4,5 21:24 22:9
28:3,8,15,16,19 31:17 44:19
58:21 59:7,13 151:13 172:17
215:8
**heart** 165:14
**heater** 70:4
**heavy** 200:22
**Heck-Miller** 1:18 3:3,6 6:3 7:6
10:23 11:25 13:11,12,21 14:1
14:18 15:9 16:4,7 17:10,14
18:23 19:1,5,8,11 20:24 21:2
21:11,14,17,25 22:2,11 24:11
24:12 25:19 28:5,17 29:1,15
30:6 31:2,19 32:13,20 33:4,15
33:19 34:14,21 36:8,10,12,14
36:18 40:12,14 44:11,20,23
45:9 46:15,22 47:24 48:5,19
49:6,11,13,14 51:14,17 52:2,5
52:10,14,20,25 53:7,11,14,20
53:23 54:10,13 55:8,11 56:3
56:18,21 57:1 58:2,6,9,23,25
59:5,10 63:3,7 66:18,19 68:5

68:10,17,23,25 69:7,10,14,17
69:21 70:8 79:3,6 106:4
116:18 120:23 121:1 135:20
136:2,6 137:23 142:3
**height** 204:19
**held** 20:15 146:7,8 185:4 194:18
216:8,20 217:5 219:8,10
220:12
**helicopter** 133:12,18,22,24
217:16 218:4
**help** 75:7 100:2,6 110:23 222:10
**helped** 222:10
**hey** 174:24 184:16 187:18,18,18
**Hi** 79:11
**hidden** 102:20
**hiding** 170:4
**high** 41:2 142:22,24,25 228:7
**highest** 41:5
**highlight** 150:22 158:24 176:11
**highlighted** 159:4 176:15
**Highway** 130:17
**hill** 43:3 192:22,22
**hit** 80:18
**hold** 147:18,20 173:3 192:5
200:23
**holding** 184:13 185:2 188:6,8
**hole** 26:1 29:7,8,9,11,14 199:6,6
199:7,18,20,23,24 200:25
201:9,12,15 202:2,4,15 203:3
203:16,17 204:15,15 205:5,6
205:10,13,23 206:1,5,16,20
206:21,22 207:6 208:1,3,12,18
208:23 209:7 210:8,14 212:7
213:19 214:13,18,22,25 215:1
215:23 216:1 220:17
**holes** 111:14 139:17 203:18
204:10
**holiday** 229:7
**Holy** 184:20,21
**home** 11:3 62:9,11,13,15 97:9
98:12 101:16 109:22 144:21
**homes** 101:18
**honest** 215:14
**Honestly** 213:20
**Honor** 6:3,4 7:6 8:2,8,21 9:19
10:8,16,23 11:14 12:4,7 13:11
13:21 15:2,9 16:4 24:8,11
25:16 26:22 27:14 28:5,17
29:3,15 32:20 33:15 34:14
40:12 44:20 46:15 49:6 59:5,7
66:18 68:23 79:3,6 116:13,19
120:23 122:21 135:11,19,20
136:6,9,15 137:19 142:3
148:17 149:11,17 151:14
153:3,14,20 158:5,17 159:7,21
161:8 162:2 164:4,17 166:14
167:3 175:15 176:5,24 177:13
177:20 178:2,16 191:21
193:13 194:12 199:11 200:8
200:14 201:17 202:6,21 203:7
204:2,7 205:16 206:4,24
207:11 209:24 211:8 212:3
215:9 222:23 223:23 224:4,6
224:20,25 225:24 226:5 229:2
229:25
**hope** 206:14
**hoping** 226:18 227:5
**horrible** 227:6
**horrified** 171:14 179:14
**hot** 180:14 181:7,8,18 182:3
183:3,20 184:3,13 194:19
**hour** 150:4
**hours** 78:24 124:21 195:4,4
208:24,24 210:10,12 212:8
214:16
**house** 42:15,16,18,20,23,25 43:2
43:3 62:17,21,22,23,24 63:1
93:9,11 94:1 103:16,17 132:12

132:13,13 148:14,16 149:7,8
149:21,25 150:10,12,15
151:23,25,25 152:2 153:2,2,10
153:12,13 154:1,2,23,25 155:1
155:10,11,16,24,25 157:2,11
157:15,16,18,19,23,25,25
158:3,13 159:6,17 161:2,16,19
161:21 162:13 163:20 165:13
165:19 171:7 173:21,22 174:9
174:10,14,15 175:14,24 176:2
178:12 179:1 180:16 183:4
192:20,24,25 193:2,8 213:5
216:16 217:13 218:12,20
**houses** 193:4
**human** 206:17 209:16 220:5
**hut** 158:1,4 159:5,16,18 160:3,10
161:18,20 162:9 192:14
**hygiene** 82:12 90:22 92:19
99:10

**I**

**ID** 171:22,22
**idea** 15:6 39:13 60:10 170:1,2,10
170:11 179:25 215:18
**identification** 3:12 5:10 13:22,24
46:16,18,20 47:25 48:3,15,17
56:22,24 68:6,8 148:19,20
153:4,5,15 156:16 158:7,8,18
159:9,10,21 161:10,11 164:6,7
166:16,17 175:17,18 177:1,2
178:4,5 199:10,12 201:2,3
202:8,9 203:9,10 205:16,17
206:24,25 207:18,19 222:25
223:1,24 224:8,9,20 225:17,18
225:25
**identified** 28:12 194:13
**identify** 5:8 15:10 210:3 213:7
**identifying** 28:11
**ignored** 214:4,5
**Ill** 1:10
**imagine** 214:17
**immediate** 53:9
**Immigration** 198:25 224:14
**imperative** 102:24
**implement** 23:20,20,21
**important** 30:11 43:13,14,15
89:2 97:6 102:24,25 125:15,17
**importantly** 8:9
**include** 223:5
**including** 11:3,8 15:16 28:19
**INDEX** 3:11 4:18,22
**indicated** 5:10 69:8 122:22
229:4
**Indicating** 50:22 56:20 186:22
**Indictment** 6:21 8:22
**individual** 6:5 7:8 11:13 62:2
**individuals** 7:24 17:3,16 41:18
135:21 136:7
**indoor** 40:18
**industry-standard** 5:10
**infiltrate** 97:14
**inform** 24:22
**information** 147:21 175:6
215:18,19
**informed** 12:23
**informing** 10:17
**informs** 10:19
**initially** 10:22 226:20
**injection** 216:13
**injured** 80:3,15
**injustice** 215:20 228:25
**injustices** 147:25
**inmate** 189:25 190:17
**INPFL** 81:1,14 90:10,14,18,20,24
91:1,18,22 92:5,8 95:10
117:15 132:4
**inquire** 12:8 29:20

**insecurity** 222:4
**inside** 12:3,9 46:2,5 50:21,25
56:13,14 62:24 155:11 156:2
158:14 163:23 165:4 166:2,6,9
166:12 168:5 205:10,23 206:1
207:6
**installation** 120:3
**installed** 120:25
**instance** 49:18
**instruct** 9:14
**instructed** 23:19
**instructing** 188:18
**instruction** 6:12 7:2,22 9:10,23
30:9,19 32:21 33:16,17 34:15
140:2 185:18
**instructions** 22:16 229:10
**instructors** 43:25 65:9,12
**interchange** 6:5
**interior** 166:23 205:23 207:25
208:1 227:14
**International** 77:16,18 85:21
86:1,4,6,14 220:24
**interpreter** 79:12,14
**interrogate** 160:11
**interrupted** 187:16,25
**intersection** 198:23,24
**intervening** 229:19
**interview** 125:3,5
**introduced** 15:11
**investigate** 50:14
**investigated** 50:15
**investigation** 214:23,24 215:3,4
219:20
**involved** 75:13,16,23 160:13,17
160:18 175:5 182:22
**Iraq** 8:18
**IRCC** 220:25
**iron** 180:7,9,10,12,13,15,19
181:2,5,6,7,8,13,16,18 182:3,7
189:12 193:22 194:1
**isolate** 52:21
**issue** 7:7 9:9 10:14,16
**issues** 6:1 135:17 229:22
**items** 14:5
**Ivory** 67:13 70:10
**i.e** 5:11

**J**

**jacket** 193:18
**Jackson** 220:8
**Jack's** 93:11 94:1 103:17
**jail** 35:24 58:11,14
**jailed** 8:15,18 107:16 218:23
**jeep** 55:3 157:2 174:1,2 180:22
195:8,9,12,13,21,23 196:5,9
196:11 197:7,9,11,14,16,24
**Jerry** 44:6 65:22 84:10
**Jibba** 67:21,22 68:16 69:2 70:17
73:2 169:2
**job** 78:1,3,4,7 88:8 90:12 93:3
93:15,17,22 94:4,15,16,22
100:19,20 103:17 108:22
111:22,24 137:17 139:13
146:17,20,22,23
**jobs** 93:19 100:12,13 139:5,8,11
139:14,16
**Joe** 215:2
**John** 2:2 206:19
**Johnson** 80:24 114:16,18,19
john_wylie@fd.org 2:5
**join** 93:7 96:14 145:7 227:7,9,10
**joined** 97:9 106:3,7
**joining** 95:17
**Joint** 44:21
**journalist** 209:8,16
**JR** 1:8,9
**Judge** 1:14 136:2

**July** 148:11 149:21,24 150:3,4
221:2,3,3,6,6 225:5,7 226:12
**jump** 203:5
**jumping** 205:12
**jumpsuit** 154:11 160:23 163:12
**Junction** 202:18
**June** 124:9 126:6,10,21 129:3
131:6,18,20,22 132:3,14,19
133:5,9,14,16,20 134:3,13,18
134:23
**jungle** 121:24
**junior** 54:21,22 84:24 85:2,6,13
**JUROR** 70:6
**jurors** 6:2 10:6 12:2 13:5
**juror's** 229:5
**jury** 9:14 10:3 13:1,2 30:18
69:24 70:1,2 135:15 136:11,12
149:16 153:19,24 157:23
158:20 159:25 162:6 164:21
167:8 168:5 176:8 177:19
178:21 191:19 192:1 193:1,15
193:20 200:13 201:22 202:1
202:25 204:7 206:8 207:15
208:9 217:10 224:3,24 226:4
229:17
**justice** 1:22 147:24 228:23
**Jusu** 12:7,11

**K**

**Kadiatu** 168:19
**Kamara** 206:18,18 209:17,18
220:8,11
**Kapu** 220:6,6,15
**KAREN** 1:17
karen.rochlin@usdoj.gov 1:20
**keep** 8:24 10:11 55:15 82:14,16
97:6 99:19 100:21
**Kelleh** 11:4 151:4,18,19,20
152:3,16 155:16 157:7
**kept** 55:17,20,25 155:9 161:7
181:16 217:2 220:18
**kids** 155:1,22
**kill** 171:17 185:22,23,25 191:5
221:24
**killed** 196:25
**kilometers** 122:12
**kind** 20:18 50:9 56:11 64:7 65:8
75:19 76:22 78:9 102:4 148:14
171:20 184:25 187:19,19,20
188:1,1
**kinds** 25:12
**kingdom** 77:16,17
**Kiss** 62:18
**kitchen** 158:1 193:7
**kl** 4:6,7,8,9,10,11,12,13 199:10
199:12 200:5,9,12 201:2,3,18
201:20 202:7,9,20,24 203:9,10
204:1,5 205:15,17 206:3,7,24
206:25 207:10,14,18,19 208:5
208:8 209:3 213:14
**Klay** 198:23,23 199:4,6,7,19
202:18 203:24 213:6 215:3,23
216:1,5 217:8,11,17 218:5
220:8,16,17
**knew** 19:21 28:6,13 29:20 31:4,5
31:10,11,14,24,25,25 42:10
125:15,17 128:3 197:18 198:3
209:16,17,17,17
**know** 10:21 18:12 27:2,3 28:3,22
28:24 31:8 35:5 41:14 62:7
67:22 75:5 76:5 88:7 114:2
116:6 119:9 123:25 132:22
150:5 152:20 156:3 160:14
169:3 170:5 174:24 179:22,22
185:23 186:19 193:23 194:2,4
194:8 196:17 199:22 209:12
209:15 215:15 217:14 218:6

227:15
**knowing** 18:11 175:11
**knowledge** 6:9 24:9 25:17 26:23
28:18 29:2 41:11 58:22 82:22
170:3
**known** 24:1 62:2 164:25
**knows** 15:3 28:11 188:24
**Koroma** 10:18 11:4,17 220:16
220:17
**Kpadeh** 10:18 11:3,20
**Kpelo** 218:14,17,19 219:5,7
**Kromah** 169:20 170:14,15,17
187:12,16,17,18,24 188:15,16
188:17
**Kromah's** 186:17
**Kwa** 104:8 105:5,17 106:7
**Kwa's** 106:15

**L**

**Lack** 58:21
**ladder** 203:5
**ladies** 13:4 32:22 33:18 34:16
69:22 135:12 229:3
**laid** 15:2 185:12
**larger** 113:1
**Lastly** 146:2
**late** 150:12
**lawyer** 221:14
**Layee** 206:19 209:17
**lead** 66:4 165:7
**leader** 66:4 170:17,20
**leaders** 85:10,15 100:23 101:1
**leadership** 84:24 85:2,6,13
90:18 147:18
**leading** 140:24
**leads** 165:10
**learn** 29:7 35:7 45:3 59:2 102:20
**learned** 21:22 32:17 100:5
**leave** 98:18 122:5 130:6 155:18
161:1 188:25 219:1 221:21
222:7,14 223:13 226:13
**leaves** 69:24 135:15 229:17
**leaving** 37:2
**led** 174:10,13 175:13
**left** 16:9 53:9 74:19 104:18,20
105:7,22 127:19 128:11,14,15
128:17 150:19,20,23 153:2,13
162:11 173:5,9 189:20,20,22
190:7 192:8 196:11 222:12,16
226:12,16
**left-hand** 20:25 167:12
**leg** 81:6 181:17 194:2
**length** 168:10,11 169:5 185:6
**Leone** 144:5,10 226:22
**letter** 10:17,25 223:20
**lettering** 55:12
**letters** 61:23
**let's** 11:24 12:9 13:1 30:4 49:12
50:20 132:14
**level** 9:2 45:2 142:20
**Liberia** 22:17 34:1 76:1,6 79:19
80:1 81:19,24 93:19 94:4
96:18,21 97:16,18 102:5 105:3
105:9 107:25 108:3 124:5,12
124:19,20 133:23 142:18,21
143:18,20,23 144:2,24 145:3
145:7,12,24 146:7,10,15 147:3
147:4,9 148:9 163:3 171:1
196:18 198:10,14 221:17
222:5,7,8,9,14,16 224:15,17
225:9,12 226:16,20 227:18
**Liberian** 8:12 67:12 106:23
107:2 126:7,12,15,16,19
172:15 221:20 222:14,15
223:20 225:4
**life** 164:3 173:14,16,16
**lift** 200:23

lifting 156:10
light 15:15 151:24 152:1 178:24
lighting 151:23 204:23
limited 11:9
limiting 6:12 7:2,22 9:10,23
  30:19 32:21 33:16,17 34:15
line 3:13,13 28:2 197:25
lines 93:5 187:15,15,24
link 29:10
liquid 216:14
listening 229:12
little 16:17 122:8,10 152:4
  157:25 158:4 159:5 161:18
  168:9 174:11,21 175:13
  184:25 185:5 189:23 193:7
  203:6 216:25 217:21 218:20
  226:18
live 45:7 46:11 94:25 99:23
  143:3,5,6,14,15 146:13 148:14
  155:13 227:24 228:25
lived 42:8,10,11,12 109:9 143:7
  143:8 146:14 149:7 157:20,21
  158:2 227:25
lives 192:17
living 63:15 141:15,17 146:17
  148:12 152:11 174:16 177:25
  178:12
livingroom 174:11
located 173:22 227:17
location 37:20 55:18 132:23
Lofa 130:15,24 131:7 218:10
long 64:15,21 109:3,5 114:25
  115:1,4 117:10 123:11,12
  124:18 143:7 144:10,11,18
  160:25 162:22,23 174:8
  184:18 185:4,5 195:2 204:20
  204:20 208:22 210:13 216:20
  219:8,10 220:18,25
longer 168:10
look 17:15 32:6 36:11,15 48:14
  49:12 50:20 51:13 57:25 82:18
  116:21 150:17 157:24 164:24
  172:2 175:1 191:8,9
looked 57:12,16,19 99:1 149:9
  151:4 161:23 171:21 176:2
  177:10 178:14 200:6 201:15
  207:7 208:2
looking 16:9 51:22 52:1,22
  93:13 94:2 150:16 161:21
  209:7
looks 47:10,13 57:13,14 158:15
  164:14 166:24 168:6 176:21
  188:22 203:24 205:25
lot 28:14 80:3,9 81:25 82:8 87:9
  117:12,13 123:17 154:6
  188:16 190:21 205:11 206:14
  214:16
lots 121:20,20 137:11
loud 116:17,18
lunch 12:1 135:9,12,14,16 136:1
Luncheon 136:3
LURD 7:20 72:18,21 75:4,20
  81:25 82:1 96:13 97:3
lying 185:12 186:5
L-U-R-D 72:19

**M**

M 1:8,13
Mabendu 145:23
Madiana 11:4
main 23:25 158:4
maintain 100:3,6 110:23
maintained 100:21
major 198:23
making 13:7 156:4,19
Mamudu 157:7,8,9 220:16,17
man 29:6,13,13,15,17,24,24 30:1

30:2 31:24 32:10 33:13,21
  34:2,22 105:5 107:20,23 108:2
  119:14,18 122:18 172:2,3
  184:16,17,20 188:24 194:8,9
  194:10,10,16,18,21 197:8,13
  197:16 198:8 209:7
managerial 198:10,13
Mandingo 7:11,13,16 29:17,24
  30:2,7 33:7,8 107:20 108:2
  143:19
Mandingos 7:19
mango 154:2,5
mansion 20:5,7,10 45:6,7,12,13
  45:15,16,18 46:2,6,10,12,13
  47:4 48:12,25 50:1,3 51:20,24
  53:18 54:16 55:14,16,18,21
  56:9 58:10,12,14,16,19 59:21
  60:5,12 61:5 62:7,21 63:17
  64:16 70:12,16,20,22,25 71:3
  71:5,11,17,21 72:8 108:10,13
man's 29:20
mark 20:25 21:8 69:5 165:1
  190:8 193:24
marked 3:12 13:24 21:12 46:16
  46:20 47:25 48:3,14,17 56:22
  56:24 68:6,8 148:20 153:4,5
  158:6,8 159:8,10 161:9,11
  164:5,7 166:15,17 175:16,18
  176:25 177:2 178:3,5 191:8
  199:10,12 201:2,3 202:7,9
  203:8,10 205:15,17 206:24,25
  207:18,19 222:24 223:1 224:7
  224:9 225:16,18
marks 21:15
married 145:18,20
Master 87:24 88:2
matter 230:3
matters 229:13
mattress 156:10,11
ma'am 12:15,21
MC 3:23,24,25 158:7,8,18,22,25
  159:8,10,21,24 161:9,11 162:2
  162:5
McARTHUR 1:9
mean 26:8,18 76:14 100:17,19
  101:5 122:16 154:22 164:2
  169:6 171:14 184:23 191:5,6
  214:16 221:19
meaning 184:21 196:3
meant 26:9 184:24 185:1
measure 199:25
measurement 199:24
medical 219:5
MEDINA 2:7 230:5
meet 140:5 152:10
meetings 126:2
member 6:14,15,17,19 7:4 8:17
  32:25 33:3,6 34:19 94:9 96:20
  113:7 131:8 138:16 198:12,15
members 9:13,16 21:19 97:3
  138:19,22 155:2 222:2 227:7
men 9:20 14:9 15:6,10,12,14
  16:8 66:4 83:23 110:21 111:1
  111:23 112:17 133:8 134:4
  154:9 157:10 162:12 166:6,8,9
  166:12 169:4 174:2,4 197:6
  206:11,20 209:9,12 210:7
  211:5 213:3,10,19 214:1,21
  215:23
Menno 44:5 65:20 84:8
mentally 103:4
mentioned 44:3,6 82:1 84:4
  102:1 104:8 106:18 107:20
  110:5,7 128:25 160:19 205:6
  206:11 209:2
men's 206:16
met 126:25 131:6 206:22 215:1
  228:9

Metrorail 13:6
Miami 1:2,6,19 2:4,8,9 124:14
  230:6,7
microphone 192:5 225:6
middle 115:6 117:9 145:6 192:16
  193:7
midnight 150:4
mid-1990s 145:16
MIGUEL 2:2
  miguel_caridad@fd.org 2:5
miles 121:24 122:2 157:22
military 64:1 100:24 101:4,6,8
  101:23 118:4 119:7,14,18
  133:7 195:8 196:2,4 214:16
mind 9:7 227:5
mine 50:18 98:9 198:9 223:22
Mines 72:16,17,21,24,25 73:11
  73:12,17 74:1,19
minutes 69:23
misquoted 135:4
missing 6:2
Mission 76:6
mistake 115:23
model 191:12,14,18 192:8
Mohammed 206:18 209:17
mom 144:9
moment 22:1 30:8 79:3 188:4
Momo 67:21,22 68:16 69:2
  70:17 73:2 169:2
Monday 60:14 108:20 229:7,8
money 83:5 156:10,10 175:2,2
  187:14,20 188:2
Monrovia 56:9 64:2,3,4,5 73:20
  73:22,24 74:4,8 75:4 77:6,14
  85:8 108:10 109:9 129:8,9,13
  129:14,14,15,18 130:1,4,5,7,9
  130:11,16,18,21 131:4 142:18
  143:2 144:25 145:1,5,14
  146:14,18,21,22 148:13 149:7
  165:10,11,14,15,18 169:18,19
  169:22 171:10 195:8,23,23,24
  196:15 198:1,17,19,22 219:16
  219:19 220:11 221:23 226:18
Montgomery 59:17,18,19 60:23
  61:1 67:18 70:17 119:12
month 64:22 65:4,5 131:7 219:9
months 64:18,19 220:19
mood 175:7 186:7
morning 6:1 8:2,3 10:16 12:11
  13:4,6,13,14 79:10 150:14
  229:8,16,23
mother 227:13,15,17
motioning 122:14
Moussa 157:11,12,13,15,18,19
  157:23,25 158:3,13,15 159:5
  159:16 161:2,16,17,19 162:13
  163:20 165:13 192:12 213:5
mouth 180:4,5,6 182:1,17,17,21
  182:25 183:1,1 188:13 192:6
move 144:13,24 149:11 153:14
  154:7 158:17,20 159:20,25
  164:16 167:2 176:4 177:12
  178:16 181:14 191:25 200:8
  201:17 202:20 204:1 206:3
  207:10 208:5 223:23 224:3,19
  224:24 225:24
moved 144:15,17,25 152:17
  218:16 219:25 220:3
movement 160:13,15,17 179:22
  182:22 222:2
moving 11:8
MP 23:13,17,18,22,23 24:22
  26:12 33:2,24 34:12,19 35:1
  58:15,17
MPs 6:9 7:10 24:2 25:8,10 31:12
  31:15 34:22 109:24
muddy 218:22 219:8
Mulbah 163:2,6,8,13 166:3

168:3,4,19
musketry 87:1

**N**

nailed 37:15
name 18:3,4 28:6,7,12,19,19,23
  29:5,20 30:4,6,20 31:4,5,7,8,9
  31:10,11,14,24,24,25 42:18,20
  77:7 84:4 113:9,15 140:7,9
  142:13,14 145:22 147:14
  163:15,18 187:24 206:13
  209:2 222:16,16,18,21
named 6:6 7:9 29:7,11,16 30:1
  34:3 87:24 104:8 106:18 111:4
names 17:22,25 18:5,6,13,16
  19:15,19 27:9,12 30:10,11,12
  112:3,4,6 206:16
Naples 17:13 18:25 19:7,10 21:1
  21:11,13,16 36:8,17 46:18,21
  48:2,16 51:15,16 52:2,4,11,13
  52:20,24 53:7,10,13,22 54:10
  54:12 55:8,10 56:20 58:8 63:6
  69:7,9,16,19 127:12 128:23
  150:22,24 158:24 159:1,3
  167:10,13 176:11,13 190:1,3
  191:25 194:23,25 204:9,11
  209:4,5 213:14,16 223:2,4,7
National 146:21 150:9 219:20
Nations 76:5 228:7
NBI 219:20,22 220:4,12,18,21
  221:16
near 121:9 130:11,20,23 181:2
  195:17
neck 185:11
need 6:2 11:12 12:18 89:5 95:10
  95:13 135:17 174:24 186:21
  187:13 229:22
needed 94:19 96:8 100:12,21
  125:20
needs 11:8
neighboring 144:5 226:25
neutralize 6:23
never 118:17,19 128:14,17
  132:17 215:19,19
new 62:24 63:1 67:1 74:22 75:3
  220:9
news 229:12
newspaper 172:8
nickname 68:1,3
nigh 161:24
night 150:3,7,12,13 151:5,11,19
  151:21,23 153:24 154:9,23,25
  155:17 156:6 157:10 161:21
  162:10 163:5,13 164:1 165:22
  167:15,22 171:23 172:7
  176:17,22 177:23 178:24
  181:3 188:15 189:17 191:16
  194:16 209:22
nodded 117:3 182:19 184:18,19
nonfamily 155:2
nongovernmental 220:20 228:2
  228:8,9
nonhearsay 6:25
non-soldier 27:6,9
Normah 94:21
north 2:8 129:11 230:6
notes 125:10
notified 11:16
November 118:9,13 143:8
  228:13
NPFL 42:5 75:11 80:25 81:3,16
  92:8,12,14,16,19,21,24 93:1
  95:13 107:8 112:1 117:17
  131:13 132:14,15 138:24
  139:1
number 113:1 125:23 168:13,21
  186:18,18,19,24 187:1,1,3

206:14
**N.E** 1:19
**N.W** 1:23

**O**

**object** 29:22 120:23 121:1
**objected** 6:8
**objecting** 10:12 28:16
**objection** 8:5 9:5,18 10:9 14:20
15:22 21:24 22:9,20 23:9 24:8
25:16 26:22 30:10,22 31:17
32:12 40:11 44:9,19 49:8 56:1
58:3,21 59:4,13 66:17 68:19
74:23 76:9 106:4 116:18
149:13 151:13 158:19 159:22
162:3 164:18 167:4 172:17
176:6 177:14 178:18 200:10
201:19 202:22 204:3 206:5
207:12 208:6 212:10 215:8
223:25 224:21 226:1
**observations** 182:9
**observe** 25:3 32:1 35:19 38:17
38:20 39:1,4,7 40:1,4,9,15,17
60:15,19,20,21,23,24 61:1,12
61:16,18,21 119:20,20
**observed** 38:3
**observing** 60:23
**obstacle** 36:7 37:18,20,22,22
88:14 137:8
**obtain** 94:16
**Obviously** 209:16 213:20
**occasion** 26:2 80:21,22
**occasions** 24:6 25:3,7 40:17
80:21
**occur** 12:18
**October** 1:7 126:14 127:22
128:6 129:7 131:12,15 132:6
132:22 133:11,22 134:6,12,25
**offered** 9:15,19 28:9 29:25 30:1
30:2,16,17 85:17
**offers** 14:18 49:6 58:2 68:17
**office** 1:18 2:3 11:11 50:10 52:9
53:6,19 60:6,7,11,24,25 61:4
61:13 108:9,18 166:4 167:23
167:25 168:6,8,9,11,12,12,13
168:16,18,19,20,20,21,24
169:1,6 172:11 173:4,5,9
184:17,18
**officer** 7:18 62:1 64:8,9,11,17,21
64:24 65:9,24 66:2,12,20,25
137:17
**officers** 60:24
**offices** 50:8,9,17 54:17,19
**official** 2:8 156:13,14 221:11
230:6
**officials** 125:20
**oh** 83:14,16 100:17 118:11
124:22 127:2 132:10
**okay** 108:17 114:6 115:25 188:3
188:17 223:18
**old** 48:12 94:21 142:15
**once** 58:18 60:9 62:20 71:4
72:21,24 124:9 154:17,19
155:7,11 156:2,19 159:5 166:2
167:21 173:1 174:9,10 179:15
179:17,19,21 187:7,8 190:22
195:6,7,24 196:11 199:4,23
204:17 218:7 220:3 221:16
225:8 228:17
**ongoing** 10:8
**open** 4:25 5:2,4,6 16:1 31:1
152:14 165:24 200:23 211:1
213:1
**opened** 152:13,15
**operate** 102:17
**operated** 39:24 40:2 157:13
**operation** 187:13,14,19 188:1

**operator** 40:5
**opponents** 6:23
**opportunity** 10:21 29:22
**opposite** 165:17 181:15 197:5
**ordeal** 13:6
**order** 12:23 26:12 40:18 65:6
180:2 182:16 203:4 223:20
**ordered** 106:15 107:18 139:18
139:21,23 182:25 197:24
217:12,12,20
**orders** 61:6 23:20 60:16,22
61:2 71:25 72:2,4,6
**ordinary** 22:4 149:20
**organizations** 117:13 118:4
147:5,7 220:20 228:3
**organized** 76:3
**Oscar** 44:5 65:16 84:4
**outer** 45:21
**outfit** 8:19
**outside** 8:10 9:1,3 26:2,5,15
45:20 56:13 63:1 64:3 100:23
119:2 152:16,17,19,20 153:1,1
155:7,16,19 158:4 165:16,18
170:25 173:3 175:13 179:10
217:21 225:11
**out-of-court** 28:9
**overcome** 227:6
**overruled** 15:22 22:10,21 23:10
24:10 25:18 26:25 31:18 44:10
44:22 56:2 59:14 74:24 76:10
106:5 121:3 151:16 172:18,20
210:15 215:10
**overthrow** 154:19,20 156:5,23
160:14,18 161:6 169:19 170:3
179:23 182:23 188:25 215:14
215:21 221:13,22 222:3
**overthrowing** 171:15

**P**

**Page** 3:2,13,13 4:19,23
**paid** 45:7 83:4,9 88:6,7 94:7
106:9,10,13
**pain** 182:16 184:6 189:2 208:13
208:14,25
**painful** 181:20,21,22,23,23,24
183:12,14,15 186:10,12
190:15,15
**painted** 47:16
**palms** 183:20
**pants** 162:23
**Papay** 154:20,20,21,22 156:5,23
**paper** 116:25
**paperwork** 223:14 224:16
**part** 8:12 33:25 36:23 37:1 45:16
45:18,20,21 56:17 88:20 96:11
117:13,21 118:3 120:9,11
138:24 139:1,2 140:23 141:4
141:14,16 144:11 147:4
150:15 165:10 170:22 176:15
**particular** 9:16 34:20 109:11
150:4
**parts** 26:13 49:15 56:16 181:7
182:2 185:10
**party** 147:8,9,11,14
**pass** 78:25 122:6,17 129:15,18
130:1,4,5,7,9,17 150:12
151:19 174:11
**passing** 78:20,20,23 140:24
**passport** 171:5,6,21
**patch** 123:1,3,6,8 126:22
**patrol** 56:13,15 88:12 91:13
**patrols** 45:14 56:12
**Paul** 129:5,9,11,14,15,18,22
130:2,6,8,14,16,17,18,20,23
163:2,6,7,13 166:3 168:3,4,19
**paycheck** 94:10
**Paynesville** 144:25 145:1

148:13 165:18
**peace** 146:4 147:25 226:19
227:5
**peaceful** 143:20 145:14
**peeped** 197:14
**pending** 59:8
**penis** 185:15 186:6
**Pennsylvania** 1:23
**people** 6:6 9:12 15:3 17:18,25
18:3,5,12,16 19:12,15,18 20:2
25:8,10 28:11,12 30:12,13,14
30:20 39:24 41:8 43:14,14,15
43:23 64:24 65:1,11,12 68:13
68:15 75:17,19,21 80:3,5,7,9
80:11,13 81:7,10,12 93:19
98:5 99:7 124:2 126:10 128:25
129:4,8 131:1,2,21,21,23
134:16 138:19,22 144:6,7
152:20,22 154:17 160:3,6
163:7 168:13,22 172:25
174:14,16 179:7,9 190:18,20
190:22 200:22 206:14 213:21
213:23 219:24 220:7 221:21
221:23 228:8,23,24
**perceived** 6:19,23 7:5,19 33:2
34:19
**percent** 45:4
**perception** 7:15,24 9:17 29:19
30:21
**perfectly** 123:16
**perimeter** 45:25
**period** 81:24
**permission** 105:17 222:13,15,19
**permit** 223:12 224:15
**person** 8:6,7,12,19,20 18:20
19:3 32:24 33:2 34:18 41:2,6
69:2,4,8,11,15 96:16 104:8
119:7 165:19
**personal** 24:9 25:17 26:23 58:21
**personally** 22:24 25:7 32:1 59:2
66:23 213:23
**personnel** 24:24
**persons** 9:16 22:15 35:22 43:4
200:23
**person's** 30:21
**Pete** 7:19
**ph** 84:18
**Phelps** 44:5 65:18 84:6
**phone** 125:23 156:9,9,9 171:22
187:5,7,9,16 188:6,7,10,13
189:6,7
**photo** 51:25 128:3
**photograph** 14:2,6,8,11,13
15:11,18 16:8 17:3,15,16,18
17:23 18:1,3,6,9,12,16 19:12
19:24 20:12 21:4,15 28:11
46:23 47:1,3 48:6 51:22 52:12
53:24 54:2,15,23 57:2,4,6,19
58:7 63:8,10 68:11,13,15
150:23 161:17 172:8
**photographs** 36:19,21,24 46:16
**physical** 88:16,18,20 91:15,18
91:22 92:3 103:2 215:25
**physically** 89:2
**picked** 81:12 217:19 221:3
**picking** 133:7
**pickup** 35:13,14,17 129:1 131:2
162:17,19,25 163:1,5,10
165:23 166:10 197:6,7,25
198:16 199:3
**picture** 20:16,19 21:9 47:12,12
47:19,20 48:9,11,20,22 49:12
57:12 69:18 95:25 127:14,16
161:15,16,20 165:5,6,16,20
166:19,21,22,23 167:11
175:23,24 177:7 178:10,11
199:15,17 201:8,25 202:1,2,5

202:14,16,17 203:15,21 207:3
207:5,24
**pictures** 15:8,8 49:1,2,4 126:1,4
**piece** 180:3 185:4
**pieces** 156:16
**piloting** 133:11
**pistol** 39:11,12
**place** 13:22 15:13 36:5 37:4
80:3 82:13 90:23 94:2 100:1
83:17 94:24 99:21,23,25
134:17 141:11,13,19 198:3
**placed** 162:25 163:1 189:23
190:16 198:16 199:7,19 201:9
208:23 216:22 217:1 218:4,12
218:19,20,21 219:19
**plain** 160:22
**plainclothes** 166:9
**Plaintiff** 1:5
**plan** 170:3 226:17 227:4
**plane** 133:14,14,15,16,17,18,19
133:21,24 134:16,17 217:16
222:11 225:13,13 226:9,21
**plans** 215:13 226:16 227:2
**plantation** 200:1
**planted** 37:14
**plate** 55:6 200:24 202:4,4 203:17
213:22
**platoon** 114:4
**platoons** 113:25 114:2,3,7
**please** 11:2 13:1,3 17:5,10 18:15
18:19,24 19:2,6,9 20:22 21:11
21:15,25 26:9,11 31:20 33:20
33:23 35:11 36:8 48:14 49:15
50:20 51:18,22 54:11 55:9
56:18 60:10 63:3 69:1,23 70:3
70:7 79:4,14 135:13,13 136:4
136:11,13,14 142:13 209:25
229:10
**plug** 180:15
**plum** 154:3,5
**plywood** 176:17
**pocket** 13:18
**pockets** 20:3,23,24,25 17:1
**point** 6:18 13:23 16:12,22 46:17
69:1 70:12 89:21 98:14,16
128:6,9 140:17 144:14,20,21
145:24 147:21 148:2 151:20
152:3 154:23 155:3 156:14
161:1,8 162:12 164:24 169:9
171:12 172:10 179:7 180:1,2
183:24 184:10 188:8 189:19
189:20 190:12 191:21 193:1
193:14 194:8 196:5 198:2
217:11,25 220:13 226:1,18
227:2
**pointed** 128:3,3,4,8,11 155:14
172:3 173:1 184:4,5 188:5,18
**pointing** 15:7
**pole** 151:7,8
**police** 163:1,3,6 168:1,4
**political** 147:9,23
**poor** 38:15
**porch** 152:16
**Port** 146:21 150:9
**portion** 29:18
**position** 10:13 29:23 128:25
131:22 147:18,20
**positioned** 169:4
**positions** 147:23
**possession** 156:8
**possessions** 156:6
**possible** 12:16
**posts** 37:3,7,9
**post-war** 146:11
**pot** 183:3,5,8
**potential** 11:6
**pour** 148:23 183:20
**poured** 183:22,25

power 8:25
POWs 66:21
practically 103:12,14
practice 37:7,9,13,18 87:11,13
    91:7
practiced 87:7,9
practicing 38:12
preclude 15:10
prejudice 15:19
prejudicial 15:5,11,15
prepare 66:5 162:12 222:11
prepared 186:25 187:2
preparing 105:3
present 78:1 214:17 216:4 219:4
presented 9:9
preserved 10:13
President 101:12 104:6 107:2,5
    107:9 146:12,12,15 157:20
    158:2 160:14,18 161:6 163:14
    163:15 164:12 166:4 167:23
    168:2,5,9,21,23 169:6,7,8,12
    169:13,21 170:1,4,10,25
    171:18,23 172:24 173:4,5,6,10
    173:10,14,15,23 179:23
    182:23 192:17 196:22 215:14
    221:20 222:3
presidential 163:22
President's 101:16,18 167:25
    168:8 192:24
press 180:7 181:10,14
pressing 180:7,9,19 181:6,15
    189:12 193:22 194:1
pretty 141:11 151:7 195:16
    220:19
previously 32:21 36:2,9 40:21
    102:1 159:8 161:9 164:5
    166:15 175:16 178:3 199:10
    201:1 202:7 203:8 205:15
    222:24 224:7 225:16
pride 98:23,25 99:3,5
Prince 6:6,7,13,15 9:20 34:3,5,6
    34:8,24,25 35:1 80:24 106:19
    107:12
principle 7:9
prior 123:18,22 172:7
prisoner 7:9 28:6,7,8 29:16 31:4
    31:5,14,24,25 33:5,8
prisoners 25:11,12,14,22,24
    26:2,5,13,15,20 27:3,6,10
    58:16 66:8,13 219:24 220:10
    220:12
prisoner's 31:11
private 56:15,17
problem 29:3 148:25
proceed 59:6
proceeding 33:16
proceedings 1:13 4:25 5:2,4,6
    15:1 16:1 28:1 31:1 210:1
    211:1 212:1 213:1 230:3
professional 83:23,25 90:24
program 11:5,7,12,18,20
progresses 12:17
project 77:19,22,23,24 78:3
promises 45:5
promptly 11:15
proof 6:17
Propaganda 147:22
proper 92:6,19
properly 7:2 99:12
propose 7:1
proposed 30:8
prosecution 9:9
prosecutor 115:15 116:6 117:1
    117:7 133:5
prosecutors 123:19
protect 78:10 101:12 103:25
    104:2,4,6
Protocol 157:14

prove 29:11 30:12
provide 11:7 78:9
provided 86:14
prudent 10:24
pseudonym 222:17
public 2:3 41:14 56:16
publish 16:4 49:13 68:23 148:18
    149:16 153:19 158:6,20
    159:25 162:6 164:21 167:8
    176:8 177:19 178:21 200:13
    201:22 202:25 204:6 206:8
    207:15 208:9 224:3,24 226:4
pull 127:11
punished 6:6 105:24
punishment 104:14,16 106:15
    107:18
punishments 139:19,21,23
purchase 222:11
purpose 6:16 33:1 34:18 199:20
    199:22
purposes 48:1 56:23 68:6
pursuant 15:21
pursue 6:10 145:13,15
pus 216:12
pushed 181:15
pushing 155:9
put 16:14 17:10 18:20,23 19:2,5
    20:24 21:8,11 26:7,8,12,15
    35:24 45:14 52:2,11,22 53:8
    53:11 69:7,14 120:16,18,21,22
    154:7 157:2 162:17,18 180:4
    180:13 181:6,13 182:4,4,7,25
    183:1,10,11,19,25 184:1
    185:13 189:12,24 190:1 194:1
    194:23 200:17 204:9 206:12
    206:20 208:11 213:14,24
    216:13 217:15 218:11
putting 181:16 212:6
p.m 135:15 136:3,5,12 137:22
    142:5,11 148:21 149:15
    153:18 158:23 159:11,24
    162:5 164:20 167:7 175:19
    176:10 177:3,16 178:6,20
    199:13 201:4,20 202:10,24
    203:11 204:5 205:18 206:7
    207:1,14,20 208:8 224:2
    229:17,21

---

Q

question 6:10,11 10:4 21:25
    22:7,12 25:20 31:4,8 32:14
    33:11 44:24 50:23 51:3 56:4,4
    56:6 58:23 59:8,9 75:1 91:19
    96:23 116:16 120:24 121:2
    134:8 141:9 169:25 170:6,9
questioning 6:4 28:2 217:5
questions 137:19,25 138:1,15
    138:17 139:4,6,9,18,19 141:1
    142:3 160:16 169:14,15
    171:11,15,19 172:1 215:5,7,17
    228:20 229:2
quietly 188:20
quite 13:5 82:6 176:18,19

---

R

R 230:1
radio 39:19,21,23,24 40:2,5,5
    62:18
rag 180:3,3 182:1,16,17,21,25
    183:1
rain 205:4
rained 205:4,6
raining 218:22
raised 9:5
ran 110:1 153:1,1,24,25
range 37:24,25 38:4,8,13,18,21
    38:24 87:15

rank 67:1,3,5,6
rarely 38:4,8
reach 64:4
read 9:23 10:3 11:1 116:16,19
    187:4,10,24
reading 116:18 188:5,6 229:11
ready 12:1 180:19 182:15
    187:13
realize 156:17
realized 171:6 198:15 217:15
    218:7
really 93:15
REALTIME 1:25 2:25
reason 24:4,7,14 96:10
reasons 24:20,25
rebel 107:23 156:24 160:13,15
    160:17 169:16 179:22 182:22
    196:22 222:2
rebels 72:16,17,24 75:22 156:12
recall 7:17 21:20 31:4 34:2 36:3
    40:22 43:4,13 56:4 62:18
    136:7
receive 80:23 92:5,21,23 138:3
    216:7,10 219:5,6 228:12
received 3:12 16:3 36:9,12,15
    49:10 58:5 68:21 83:4 85:19
    86:17 88:10,12,18 89:18 90:2
    91:1 94:9 136:18,20 137:11,16
    149:15 153:17 158:22 159:24
    162:5 164:20 167:6 176:10
    177:16 178:20 200:12 201:20
    202:24 204:5 206:7 207:14
    208:8 224:2,16,23 225:3 226:3
receiving 101:23 134:9 135:5
recess 69:20,25 135:9,13,16
    136:3
recognize 14:5,8,10,15 17:16,18
    17:20,23,25 18:3,5,8,12,16,17
    18:17,20 19:3,13,15,18 20:15
    20:18 21:3,4 36:19,23 37:3
    47:1,5 48:9,20,22 49:18 54:25
    55:2 57:4,8,10,11 63:8,12
    68:13,15,16,16 69:12 149:4
    153:7 158:10 159:13 161:13
    164:9 166:19 168:22 172:10
    175:21 177:5 178:8 191:12
    192:8 194:5 197:16,17 198:2
    199:15 201:6 202:12 203:13
    205:20 207:3,22 220:4,8 223:9
    224:11 225:20
recognized 198:12 219:22,24
    220:5,6,7,9,10
recollection 116:7
recommendation 94:19 95:10
    95:13 96:8 138:16,17
recommended 94:21
record 28:21 122:21,24 142:13
    194:12,14
recross 10:21
recruit 34:6 40:19 106:18 113:5
    120:1
recruited 132:6,12
recruits 24:23 112:17,20 119:24
    141:15,18
rectangle 168:9
rectangular 199:18 202:4
    203:16 204:20
red 16:17 52:6,12 53:2,12 85:22
    86:1,4,6,14 158:25 167:11
    168:7,7 192:13 220:25 228:6
redialed 187:3
Redirect 3:6 137:20,21
reexamine 135:22
referred 81:11 136:17 157:14
reflect 122:21 194:12
reflected 152:1
reflects 122:24 194:14
Refugees 228:7

regard 11:17 16:8 19:18 20:1
    22:16 31:3,14 33:9,23 35:19
    36:2 37:3,24 40:4 60:16 61:16
    61:21
regarding 90:2,5 120:3 229:12
regime 9:14
regimen 88:20
regular 24:3,6 25:4
regularly 38:18,21 39:1,5
relate 197:17
related 212:4
relation 155:3
relationship 20:6 37:20 42:22,25
relative 193:4
relatively 145:14 146:23
release 221:20
released 219:17 221:1,2,16
releases 221:23
Relevance 23:9 40:11 44:9 56:1
    74:23 76:9
relevant 7:1 15:19
relocation 11:8
remain 10:20 102:20
remark 156:4
remember 19:16,19 27:9,12
    41:18 43:19 45:2 47:17 49:22
    50:17 70:15 73:7,8 75:1 82:4
    84:12,14,16,18,20,22 85:6,21
    86:6,9,11 95:23 96:3 106:19
    107:21 111:10,16,17,24 112:3
    112:6,13 113:9 114:5,9,13,15
    114:22,23 115:2,9,20,23 116:8
    117:2,2,5 118:15,21 119:14,15
    119:17,21 120:4 123:9,16,17
    126:6,7,23 127:3,3,4,6,16,20
    127:24 129:1 133:8 136:18,23
    137:24 138:1,17 139:6,9,12,19
    140:18 141:2 150:2 151:11
    172:3,8 176:18 184:17 188:12
    188:17 189:3 229:7,10
remembered 119:16 126:22
    127:1,9 150:7,8
reminded 220:16
remove 202:3 216:11
removed 202:16,16 216:13
renew 8:5
renting 155:2
rephrase 24:11 40:12 66:18
    96:23
replace 20:11
report 108:12
REPORTED 2:6
reporter 2:8 117:4 230:6
Reporter's 3:9
reports 66:5 196:21
representation 193:5 223:19
representatives 220:24
reputation 172:15,22
request 9:10 12:19 79:14 214:4
requested 7:3 32:21
Research 147:22
residence 163:14,15,18,22
    164:12 173:23 189:21
respect 8:8,14 9:8
respectfully 15:18
respond 160:16 173:15
responded 175:8 182:24
RESPONDENTS 142:9
response 64:14 73:4 86:5 99:6
    110:22 125:6 169:24 170:9
    175:4,5 187:17 215:17
responsibility 23:25 45:13
responsible 45:5,15,18 46:3,5
rest 150:13 176:21
rested 78:24
resume 4:25 5:2,4,6 135:18
    229:8,23
RESUMED 13:8

retired 197:1
return 12:8,19,23 135:14
returned 215:25
returning 11:2 12:13
returns 13:2 70:2 136:12
review 126:1
rice 214:10,12
riding 195:14
right 9:4 10:1,2 12:12,14,22
  18:18 31:13 43:2 46:13 47:24
  49:25,25 70:4,5 73:15 81:19
  82:6 88:6 89:3,5,7,21,23,25
  90:8,12,20 92:9 93:4,24 94:5,7
  94:10,13 95:4,8,17 96:1,6,14
  96:16 97:1,4,9 98:3,6,14 99:1
  99:8,17,19,23 100:3,8,13,15
  100:24 101:10,24 102:13,25
  103:2,4,10,17,21 104:14,22
  105:3 106:3,11,16,23 107:3,23
  108:3,5,22 109:3,7,12,14
  111:6 113:10 115:8 116:4,10
  116:24 117:6,10,12,13 119:2
  119:21,24 120:9 121:10,14,16
  121:17,20,22,25 122:3,5,5,10
  123:3,12,16,20,25 124:10,18
  124:23 125:1,3,8,12,13,21,24
  126:4,7 127:23 128:1,7,9,12
  128:13,16 129:5,11,13,20
  130:15,16 131:8 132:11,20
  133:12 134:13 136:21 137:12
  137:14,17 147:10 152:9
  167:19 176:15 177:24 181:13
  181:17 182:4,5 189:4 193:3,7
  193:21,24 194:1 197:19 214:2
rights 172:25 206:17 209:16
  220:5
right-hand 52:22 169:7 176:12
  192:18
Rindel 84:16
ringing 187:2
rises 9:2
River 129:5,9,18,22 130:14,16
  130:18,20,23
road 37:2 57:7 62:16 120:11
  121:16,19,22,24 122:15,16
  130:1 140:21,24 141:5 142:1
  164:14 165:5,6,7,11,13,14
Robert 84:20
Roberts 70:9
Robert's 67:10 133:6
ROCHLIN 1:17 12:7 229:24
rocks 213:24
role 44:3,5,6 66:4
roof 53:2,12 158:25
roofs 52:12,21,23
room 40:5 152:11 155:11 156:1
  156:18,19,20 157:1 169:4
  174:12,12,16,19,21 175:13
  177:25 178:12 189:23 190:6,6
  190:10,21 191:2 199:5,5
  216:25 217:1,3 219:21
rooms 189:25
roughly 122:23
round 151:7,8 185:5
ROY 1:8
Royal 77:16,17
RPG-7 20:20,21
rubbed 189:14
rubber 199:25,25 200:1
Rufus 11:3
rule 15:21
ruler 146:10
ruling 9:8
run 152:24,25 153:11 154:8
running 152:21,22
runs 121:16
rushed 124:23

S

Sackie 222:22
Sackor 220:6
safe 155:6
safer 226:18
safety 155:4 221:17 226:17
Sakor 220:15
salt 189:10,10,14,16 214:10
sardine 214:12
Saryon 112:14,15
sat 174:21 179:6,21 180:24,25
  207:25 213:24,24,25
Satatu 112:8,9
satisfied 45:2,4 210:11 212:11
saw 7:10 13:18,19,19 17:7 25:14
  27:3,10 32:3,10 35:11,13,16
  35:25 38:6 39:8 41:2,6 43:17
  51:19 55:25 57:18 60:11 61:4
  71:5 74:14 80:7,13 108:12
  111:21 131:2 133:6 134:3,8,18
  135:4 152:16,20,22 156:3,9,9
  157:7 163:12 166:9 168:13,19
  168:20 171:5 174:16,18 175:9
  180:7,15 183:3 186:6 190:21
  197:14 205:11 206:16,17,17
  206:18,18,19,19 209:12
  217:21
saying 115:9 119:18 151:11
  168:3 190:24 212:6
says 8:22 116:23
scale 181:22 183:14 186:10
  200:3,6,18,20 201:12 203:4,18
  203:19,24 204:10,17 205:2
  206:12 207:8 209:9,13 216:8
  216:20,23 217:3
scar 193:22
scared 164:3
scars 193:15 210:3 216:11,13
schedule 65:3,3
scheduled 11:23 135:24
schedules 229:6
Scheufflin 63:22,23,25 64:1,7,11
  89:21 138:4,11
school 76:21,22,24 77:1,7,12,15
  77:17 142:22,24,25 147:2
  215:15
schooling 76:23 142:19 145:15
  145:15 146:25
scope 8:10
scorpion 123:5,7,8 126:23 127:1
  127:3,3,7
screaming 184:7
screen 123:14:2 17:11 46:24
  48:7 56:23 63:4 69:4,12
  127:14 149:2 150:19 151:9
  153:23 164:25 190:2,8 213:15
script 186:25 187:10,11,12,23
  188:5
se 15:12
searched 157:1
searching 156:3,3,19,20
season 218:22
seated 13:3 70:3 136:13
second 64:7 70:20 80:25 81:3,6
  117:1 122:18 126:25 127:5
secret 97:6 101:20,21
security 11:6,18 46:9 78:8,9
  97:11 137:17
see 9:6 13:17 14:2,5,8,9,10,13
  14:14 16:20 17:21 19:24 20:1
  20:20,21 21:8 25:8,10,22,24
  26:2,5,20 27:6 30:4,19 32:1
  35:9,14,22 37:22,24 38:2,11
  38:12,20 39:4,7,10,12 46:23
  48:6,6,20 50:4,7 52:6,15 53:1
  53:15 54:23 57:2 59:21 60:1,4
  60:4,7,9,9,10,21 61:13 68:11

69:4 70:21 71:2,10,16,18,20
  71:21,25 72:2 73:24 74:3
  116:25 119:9,10 127:14 134:7
  134:25 135:7 140:5 149:1
  151:6,20 152:12,14 155:16,25
  156:1,6,8,11,13,14 157:3,6
  166:6,25 168:14,16,18 171:3
  175:1 176:15 180:15,18 181:2
  182:10 183:5,5 184:16 186:1,3
  186:6 190:5,6,6 193:24 195:19
  201:10 203:21 215:23 216:4
  216:18,19 219:22 220:7,20,23
  220:24 221:14,21 229:15
seeing 74:6 128:25
seek 6:18 7:12,21 153:19 162:6
  164:21 167:8 176:8 177:19
  178:21 200:13 201:22 202:25
  206:8 207:15 208:9 210:2
  215:21 226:4
seen 29:10 42:1,3,6 66:23 70:24
  107:12 172:7 198:3,6,8
send 65:6 187:13
senior 54:21 142:20
sent 24:17,20,25 25:4 63:16,19
  63:21 64:7,11,17 72:25 73:12
  75:7 93:5
Sergeant 67:4
serious 186:9
serve 193:8
served 228:23
Service 46:9 101:20,21
set 76:8
seven 14:7 217:2
shack 219:8
Sheikh 220:5,15
shirt 16:25 179:17
shirts 35:17
shock 185:9,14
shocked 194:21
shocking 185:16 186:8,13
shocks 186:11
Shook 107:4 121:6
shoot 87:5 91:5
shooting 38:12,24 87:7,9
short 69:25 121:14 122:6 162:11
  162:11
shortened 135:16
shorter 147:11,13,14
shortly 12:14 146:6
short-term 11:7
shot 38:15,15,16 80:5,7 81:5
shotgun 183:25
show 7:23 15:7 36:9 46:15,18
  47:3,9,25 49:2 56:22 68:5
  69:11 94:1 108:24 116:12
  140:18 151:15 153:3 159:7
  161:9 164:4 166:15 175:15
  176:24 178:2 193:15,20,25
  199:9 202:6 203:7 205:14
  206:23 207:17 222:23 224:6
  225:15 226:8
showed 126:4
showing 33:1 34:18 49:4 127:16
  140:20 161:16,18 166:22
  175:24 202:5 203:16
shown 20:18 36:23 47:1 48:9,11
  49:15 50:18,25 54:14 57:4,6
  59:6
shows 15:12 53:24 54:2
Siafa 94:21
side 52:23 67:12 81:6,12,12
  150:10 153:1,2,10 158:1 163:9
  167:12 168:11 169:8 176:12
  182:5,8 187:16 190:11 194:1
  196:15 204:10
sidebar 4:22,24 5:1,3,5 10:12
  15:1 28:1 209:24 210:1 211:8
  212:1

sides 81:7,10,16 168:11 169:5
Sieh 3:3 6:5,8,13 7:10 11:3 13:8
  13:13,15 14:2 16:8 17:15
  18:19 19:12,23 20:25 21:12,18
  22:3,23 23:22 24:13 27:2 31:3
  33:5,8,20 34:13,22 35:4 36:2
  36:11,19 37:7,24 39:15,19
  40:6,15,21 44:24 45:10 46:23
  47:19 48:7 49:12 50:20 52:8
  52:15 53:1,15 54:14 55:14
  58:15,18 59:1,11 63:16 64:15
  66:20,25 68:11 69:1,8,11 70:9
  70:21 73:5 74:19 75:9,25 76:6
  76:20 78:13 79:10 135:23
  136:17 137:24 140:17
Sierra 144:5,10 226:21
simply 11:18
simulate 136:24
single 93:24
sir 23:12 93:7 118:15 119:7
  120:3,15,18 130:11 132:8
  137:11
Sise's 157:15,18,19,23 158:3,15
  159:6,16 161:2,16,19 162:13
  163:20 165:13
sisters 144:9
sit 40:19 179:5 205:5
site 132:20 205:11
sitting 35:17 43:18,18 122:18,22
  123:23 160:9 161:20 162:9
  163:9 169:5 171:14 179:20
  194:9 205:9
situation 11:14 195:17
situations 102:18 136:21
six 89:25 90:8 213:18
size 122:23
skills 89:13
sky 19:25 20:1,2
sleep 83:17 99:25 109:7 213:19
  213:20,21
sleeves 99:14
slept 98:8 109:20
slip 115:10
slip-up 115:11
slow 201:1
small 174:12 192:13
smaller 213:21 218:13
smell 204:25
smelling 216:12
smuggle 169:17,22
snake 205:13
sneak 102:22
social 147:24
society 147:25 215:21
socket 180:13
soldier 8:6,8 34:5 75:9,16 79:24
  82:18 83:2,4,5 88:25 89:2,5
  90:12,16 92:6 94:5,7,9,12,16
  95:21 96:1,6,24 98:22,25
  102:11,13,25 103:4,12,14
  106:9,11,18 132:8,9 172:24
  182:25
soldiers 8:17,18 9:1 14:16 15:16
  17:8,19,20,22 18:8,11 19:20
  19:21 20:13,15 22:4,14 24:3,6
  25:4,13,14,22 26:20,23,24
  27:2,4,4 40:1,10,15 41:19
  44:12 75:21 83:23,25 85:10,15
  86:1,15 91:21 98:2,6 99:7
  100:13 104:2,12,20 105:22
  169:16,21 170:4 180:2,23
  181:14 182:16 185:12,14,16
  189:10,16 190:23 196:22
  199:2 200:23 214:4,18 221:25
solely 33:1 34:18
solitary 219:21,23,25 220:3
somebody 28:4,20 29:4,8 30:14
  35:13 126:11 183:3

somewhat 135:16 229:5
son 227:10 228:16
soon 105:15
sorry 144:19 146:3 148:24
   151:12 168:15,17 187:8 211:9
   222:13 223:6 225:6
sound 38:25 126:15,16,19
   188:24
Soup 111:4
source 11:6
south 129:13
SOUTHERN 1:1
speak 44:14 79:12 117:4 124:2
   209:19 225:6
speaker 5:10 188:14
speaking 126:18 147:25
special 20:5,7 46:9 101:24 102:1
   102:4,7 133:19
specifically 54:14 227:4
specify 133:17
Speculation 40:11 66:17
spell 142:13
spelled 63:23
spend 65:4
spent 87:17,20 138:8,12,12
   218:15
spoke 44:16 61:1 124:9,14,18,20
   124:20 125:20 126:7,11,14,21
   127:5,18,22 129:3,7 133:19
spoken 123:18,20,22 228:17
spot 70:4,5
sprinkle 189:11
spy 96:16 107:12,14
spying 97:3
squad 114:15
squads 114:7,9,13
square 200:21 202:3 204:15
SSO 118:1
SSS 46:7,8 117:24
St 129:5,9,11,14,15,17,22 130:2
   130:6,8,14,16,17,18,20,23
stabbed 80:9,11,13
staff 54:20,21,21,22
staircase 166:5 167:17,21
stairs 167:17,19
stairway 152:12 166:4 167:19
stand 193:14 204:21
standing 10:11 151:4 152:16,17
   152:18 172:11 185:18 209:7
stands 76:5
start 12:5 38:24 145:16
started 124:16 144:2 152:7
starting 79:18 116:16
startling 212:4
state 7:18 142:13 195:14 208:11
   209:21 210:11 222:3
stated 109:11 118:6,23 119:1
statement 7:1 28:9 173:9,11
   210:2 212:4
statements 9:15 210:6,7
States 1:1,4,14 2:8 11:11 101:20
   123:19 124:3,14 125:20
   126:10 142:6 143:6,7,8,14
   169:17 227:3,5 228:14,17
   230:6
stating 120:15
stay 12:11 37:22 109:3,5 144:10
   144:18 195:2 222:7
stayed 98:10
staying 73:17 222:5
Ste 2:8
steal 203:16
steam 183:7
steel 200:21,24 202:4 213:22
step 192:2 193:20
stepped 152:15 193:14
Steve 112:10,11
stick 185:5,5,7,10 186:8 194:21

sticks 37:9,11,13,14,18 120:14
stiff 152:17,18
stomach 181:17 182:5 185:12
   185:13 186:5
stones 208:1
stood 151:6,10 169:7
stop 78:24 145:24 154:5 172:24
   195:24 196:1,2 198:21,23
   226:23 229:4
stopped 142:20 146:2 154:3
   155:7 195:25 197:5,7,8,11
   199:1,3
story 126:17,18 134:15 228:22
straight 38:23 146:4 165:6
   180:23 204:21
street 1:19 2:3 158:2 165:8,9
   216:25 221:21
streets 221:23 222:1
stressful 212:9
stretch 213:22,23
stripe 13:20 44:13 61:9
structures 141:7
student 147:5,7,8,8,13 171:22
   215:20
study 77:3
subject 11:9 189:17
submit 15:18 223:15
subsequent 71:10
subsequently 213:6
sue 183:7
suffered 9:12
suggest 11:21 135:22
suit 154:11 194:10,10
Suite 230:6
sun 190:12
SUP 147:17,18,23,24 148:2
supplies 55:15,17,20,25 134:4,7
   134:19 135:1,5,7
supply 134:9,16
support 7:20
suppose 203:20
supposed 98:22 99:7 116:19
sure 12:6 80:7,13 128:20 133:3
   135:23 140:8 144:11 150:4
   176:18,19,20 208:20
surprise 87:17 100:15,17,18
surprised 100:2,5,20,21 139:4,8
   139:11,14,16
surround 120:6
surrounded 161:6
survival 89:13
survive 89:15 102:15
suspected 8:14
suspicion 6:14
sustained 189:11
swamp 151:25 152:2
Sweden 12:13,19
switched 81:16 92:8
SWORN 142:9
S-c-h-e-u-f-f-l-i-n 63:23
S-U-P 147:17

T

T 230:1,1
tabie 35:5,7 128:25 131:21,23
tabied 35:9,12,13,20,23,25
   131:21
table 3:1 123:23 126:11,11
take 19:8 21:14,15 36:5,15 37:2
   37:4 49:12 50:20 51:13 52:10
   52:20 53:7,20,21 58:6 69:17
   69:22 86:24 90:18 91:7 98:23
   98:25 99:3,5 116:21 128:22
   132:13 134:4,7,18,25 135:7,12
   145:9 148:5,11 150:17 155:8
   155:11,14 156:6,13 157:10
   162:12,15 163:13 170:23

173:20 182:16,17 186:21
   191:7,9 193:18 214:5,18,21
taken 34:8,23 45:8 70:17 158:4
   159:5,16 161:17 166:3 167:17
   167:22,23 171:6 173:19
   175:25 195:6,7 196:5,7,9
   199:5,5 213:4 214:3,25 215:1
   215:23 216:22 217:8 219:12
   219:13,14,20
talk 132:14 169:20 170:14
   182:15 197:13 199:23
talked 123:1 174:21 184:16,17
   191:15 197:20
talking 16:12,15 60:23 107:21
   130:20,23 140:23 150:16
   165:8 167:18 170:2 180:9
   187:19,20,20 188:1 190:8,22
   192:22 201:11 205:23
target 37:7,9,13,14,16,24,25
   38:4,8,13,18,21 87:11,13 91:7
taught 65:24 66:2,4,7,10,12,20
   82:12 83:1 85:10 86:6 87:3,24
   88:4 92:18,18 98:25 99:3,10
Taylor 1:8,9,10 6:23 7:12,14,15
   7:20 8:24 13:17 18:17 19:3
   29:17 37:25 38:3,8,12,17,21
   39:1,5,10 40:7,10,16 41:7,20
   43:5,17,18 44:17,18 45:1
   56:15 59:22 60:1,4,11,15,21
   61:1,4,6,12,19 62:6,11,13,15
   62:17,21 67:25 68:16 69:12
   70:21 71:2,5,10,16,18,20 72:2
   72:7 73:25 74:3,6,14 106:25
   107:9,10 126:7 127:19,23
   128:2,7,12,18 140:2,4,5
   146:11,16 154:22 157:14,20
   158:2 160:14,18 161:6 163:4
   163:14,16 164:12 166:4
   167:23 168:20,23 169:7,8,12
   169:13,21 170:1,4,10,25
   171:14,23 172:24 173:6,10,14
   173:15,24 179:23 180:20,21
   181:2 182:7,12 183:22 184:1
   184:14 185:2,4 186:13,17
   188:4,25 189:19,20 192:17
   194:5,8,9 196:22 213:5,13
   215:14 216:4
Taylor's 42:15,16,18,20 43:2
   62:9 72:4,6 148:3,5 168:6
   171:18
teach 85:15 86:4 88:6 90:16,22
teacher 92:14
teachers 83:1 90:16
teaching 92:5 100:23 101:3
tears 171:13 209:23 216:2
telephone 5:9 186:18,19
tell 16:9 17:22,25 18:15 19:23
   22:3 26:11 31:7,9,9 32:16
   33:10,20,23 34:13 35:11 51:18
   51:22 56:18 124:25 125:1,24
   127:6 128:1 131:10,17 132:1
   132:25 135:6 152:4 162:16
   172:6 174:25 175:3 183:5
   188:16 193:5 206:13 211:5
   213:3,10 215:13,14,16
telling 31:7 117:5 126:23 127:20
   133:8 139:24 188:20
tells 136:6
tender 79:6
term 35:4 105:19 110:19 147:11
   147:13
terms 168:10 197:11
Terribly 205:1
terrified 164:2
testified 10:18,22 11:15 36:2
   79:18 82:3 108:5 111:22 118:8
   119:4,23 120:3 136:17 213:18
testify 8:7,23 12:18 29:16 123:5

123:7,18
testifying 34:2 115:20 123:22
   228:21,22
testimony 7:22 12:20 121:7
   127:5 128:6 129:17 130:8
   131:1,17 135:6 140:17 191:18
   216:15 229:19
text 11:1 186:25 187:3,4 223:3
Thank 7:25 8:2 10:15 12:22,24
   13:6,11 21:14 35:3 58:6
   128:22 135:25 136:2,15 142:4
   194:4 229:1,25
thatches 120:14
thing 133:24 150:7,8 170:13
   179:3
things 110:21 111:2,10 221:19
think 9:2,2 10:24 12:2 79:18 84:4
   89:25 90:7 102:1 104:8 112:1
   112:19 133:24 146:8 167:19
   168:7 180:22 181:19 184:8,24
   185:24 190:22 193:6 194:5
   196:23 199:21 205:23 209:8
   210:9 216:21 217:24 218:12
   220:14 223:16 225:5,7
thinking 155:3 163:25 171:16
   179:12
third 117:7
Thomas 84:20
thorough 125:3,5
thought 125:23 171:17 210:4
thoughts 222:5
threaten 171:23,25
threatening 156:4,25 160:14
   161:7
three 15:6,10 16:8 36:19,21
   64:18 108:7 109:1 110:15,16
   114:3 118:3,4 143:13 181:19
   195:4,4 203:22 204:10,19
   218:12,15 229:19
three-day 98:14 229:15
ticket 222:12 225:13,13,23 226:9
tie 180:5
tied 128:25 131:1,2,21 180:6
   183:1 217:22
tiger 13:20 44:13 61:9
tight 97:11
time 5:8 10:5 13:15 23:18 24:18
   24:18,19 38:24 39:13,14 41:11
   51:6,11,12 53:5 54:15 59:25
   60:2,5 61:14 67:17 69:20
   70:21,25 72:11 73:18,20,20
   74:15,19 75:25 79:1,13,24
   80:1 81:23 83:6 93:19 96:18
   97:18 104:22,24 105:9 107:8
   109:3,5 114:17,25 115:1,8,15
   116:2,3,4 117:1,7,10 123:11
   123:12 124:18,25 126:25
   127:5 128:11 130:6 143:23
   145:3,6,14 146:22 147:23
   148:1,12,17 149:17 150:5
   152:15 157:3 158:5 160:4
   163:4 166:14 167:10 168:22
   171:8,16 172:16,22 176:18
   180:16,19 184:24 185:11
   186:1 189:2 190:13 192:2
   196:14,17 205:12 210:13
   213:25 214:3 217:8,15 220:25
   221:19 222:6 227:13,14 229:4
times 38:9,9,10 39:12 40:19 51:6
   51:6,7,9 62:8 80:18,19 108:7
   109:1 124:2,6,7 181:18,19
toad 205:12
today 11:22 135:23 194:6
   228:21 229:5
toilet 214:5,6 217:21 218:20
   219:4
Tokpah 222:22

**told** 18:8 21:18 23:22 28:4,7 29:8 29:9,13,16,24 30:7 31:15 32:11 33:5,8,13,20,24 34:8,11 34:12,22 40:21 62:17 70:9 93:11 123:25 126:6,10,14,21 127:22 128:14,17 129:4 131:7 131:12,15,20,22 132:3,14,17 132:19,22 133:5 134:3 152:5 160:17 161:5 171:4 175:5 186:23 191:1 213:4,12 215:18
**tomorrow** 135:24
**tongue** 115:10
**top** 17:6 101:8 102:11 167:21 213:21
**topics** 66:2
**torture** 8:9,9,10,20,24 9:2 228:25
**tortured** 8:23 192:21 213:4,6,7 213:10
**total** 1:25 2:25 216:20
**touch** 19:2 20:21 69:4 151:9 181:18 182:2
**touched** 185:10,11
**touching** 16:22 69:11 186:3
**tough** 89:5 103:4
**Towers** 73:7
**town** 62:16 121:9,12,16 122:3,5 122:9,15,16 141:2,7,14,24 218:16,17
**trade** 76:23,25 77:1,3
**train** 91:3,5,9 93:1 99:21
**trained** 20:9,10 33:25 36:3 86:20 86:22 87:5,22 90:8 101:3 102:4,7,11 103:6,23,25 104:2 104:4,6
**trainers** 43:25 44:5 83:21,25 84:12,14,22 90:24 100:23 101:3
**training** 13:16 35:8 36:5,6 37:2 45:3 63:17,19,21 64:7,21,24 65:9,24 66:3,12,20,25 82:3,6,8 82:20 83:6 85:19 86:17,18 87:1 88:10,12,14,16,18,20,25 89:19,23,25 90:2,5 91:1,13,15 91:18,22 92:3,21,23 98:1 99:3 101:23 103:10 120:6 136:17 136:20 137:11,14,16,25 138:3 138:11 141:23,23 196:3,4,11
**transcript** 1:13 116:12
**transcription** 1:25 2:25 230:3
**transferred** 218:13,15
**travel** 121:19 165:16 171:4 222:11 223:13 224:14,15 225:4,9,11,23 226:20
**traveled** 171:5 226:21 228:13
**travels** 170:25
**treat** 66:7,21
**treating** 66:13
**treatment** 208:22 216:7,10 219:5 219:6
**tree** 49:18,20,21,22,24,25 50:2 76:24 154:2,3,5
**trial** 1:13,22 12:16,17 124:16 133:1 229:4,8,12,14
**tribe** 31:15,22 32:11,16,17 33:5 143:18,19
**tried** 23:5,13,14,22 173:9 181:14
**trip** 129:22
**trousers** 16:25 162:22,22
**truck** 129:1 131:2 162:17,19,25 163:1,5,7,10 165:23 166:10 197:6,7,25 198:16 199:3
**trucks** 199:25 200:2
**true** 47:12,19 175:6 215:19,19
**truly** 47:9
**truth** 6:11 7:14,23 9:15,20 28:9 29:25 30:3,16,16,17 32:24,24 34:17 172:6 174:25,25 175:3

**215:15
**truthful** 125:17
**try** 23:8,16 52:21 91:20 93:21 111:22
**trying** 29:6,10,11 30:12 111:23 125:13 126:15 183:24
**Tua** 215:2,18
**Tubmanburg** 196:16
**Tuesday** 229:8,9,15,23
**turn** 11:22 172:5
**turned** 76:15 153:10 172:2 185:14 187:2
**Twin** 73:7
**two** 7:21,24 9:5,8,11,13 10:17 49:1 64:22 65:4,5 73:23 80:18 80:19 108:7 109:1 123:5 124:6 124:7 143:16 157:22 168:8 169:2,5 193:11 194:11 200:22 204:12,19 216:21,21 218:12 227:20
**type** 14:10 15:16 21:3,6 39:10 54:25 55:2 133:17 160:24 215:7 216:10
**types** 23:4,7,7 37:4 50:17
**T-shirt** 162:11 179:18 180:4

**U**

**Uh-uh** 96:4 119:11
**Ukraines** 134:20,21
**Ukrainian** 133:8 134:4
**Ukrainians** 133:11
**ULIMO** 6:14,15,17,19 8:14,15 32:25 35:2 81:21,25 106:21,23 106:25 107:6,8,10 170:21,22 170:23
**Ultimately** 28:18
**unbearable** 189:2
**unbearably** 181:23,24
**uncle** 170:16 187:4,5,7,8
**uncle's** 186:19,23
**uncomfortable** 102:17
**underground** 199:6
**underneath** 52:23 200:17,20 201:12 203:4,17,17,18 204:17 206:1,11 208:3 209:9 216:8,20 216:23 217:2
**understand** 13:5 22:7 31:8 32:14 33:10 49:17 79:13,16 81:9 91:19 100:17,19 105:21 113:6 132:7 141:9 147:12 154:21,22 184:23 191:4 199:24 212:10 217:18
**understanding** 9:11,17 12:13 18:7 31:23
**understood** 95:16 97:8 98:22
**unduly** 15:15
**unfair** 15:19
**UNHCR** 228:7,10
**Unification** 147:8,14
**unified** 154:10 160:22
**uniform** 13:18 14:14 15:4 16:16 16:20 17:2 19:25 20:1,2 44:12 61:7,8,10 71:7,8,9 74:16,17,18 82:16,16 95:8 99:12,15 119:14 123:1,10 154:11,12 160:23
**uniforms** 13:16 14:9,10,13,15 15:8,8,13 16:10 17:2,7 19:23 82:10 90:20 92:16
**unit** 20:2,5,7,8,9
**United** 1:1,4,14 2:8 11:11 76:5 101:20 123:19 124:2,14 125:19 126:10 142:6 143:6,7,8 143:14 169:17 227:2,4 228:7 228:14,17 230:6
**University** 142:20 147:3,4,9 198:9,13
**UNMIL** 76:4,5,8

**unprocessed** 200:1
**unsafe** 221:18,25
**untie** 182:17
**upper** 20:25 167:11
**upstairs** 166:3
**urinate** 214:1
**urinated** 214:2
**urination** 214:2
**use** 6:25 12:4 36:3 38:3,8 79:14 133:19 180:14,19 191:22 200:22 214:5 222:18,21
**usually** 152:1
**utterance** 210:4,8,12 212:3,11
**U.S** 1:18,22 13:19 17:6 169:22 170:4 220:10

**V**

**Valuable** 137:14
**Varmuyan** 3:7 142:6,9,14 222:18
**Varsay** 206:19 209:17
**VD** 3:21,22 4:14,15,16 148:18,20 149:1,12,15 150:16 153:4,5,15 153:17 222:24 223:1,24 224:2 224:7,9,19,23 225:16,18,25 226:3
**vehicle** 54:23,25 55:2,9,12 195:15 197:5
**venture** 44:21
**Verbal** 151:14
**vest** 17:6
**victims** 8:22
**view** 9:7 166:22
**village** 24:1,3,7,13,16,21 25:1,3 25:5,7,10,15,22,25 26:3,6,15 34:9,23 35:18 37:21,23 141:19 141:21,22 218:13,14
**violate** 172:25
**violation** 99:17
**violent** 80:1
**visa** 223:21
**visit** 51:10 62:13
**visited** 71:23 74:8
**visiting** 74:11
**voice** 188:24
**voluntarily** 106:3,7
**volunteered** 93:7 95:16 103:10
**volunteering** 103:21,23
**vs** 1:7
**V-a-r-m-u-y-a-n** 142:14

**W**

**wait** 187:18,18
**waiting** 10:6
**walk** 121:12,14
**walked** 152:19 180:23
**walking** 152:19 166:5 173:3
**wall** 176:17 180:13
**want** 9:23 23:1,20 29:23 31:7,9,9 91:19 96:13 97:3,13 116:16 135:23 148:11,23 154:19,20 156:4,23 188:23 214:4 221:22 222:7 222:13 228:22,23,23,24
**wanted** 93:15 99:19 125:1 135:21 145:13 146:24 150:11 150:13 214:13 221:13 227:5
**wanting** 161:6 179:22 222:3
**war** 35:2 66:8,13 80:11,15 81:7 81:10 89:7 96:18 97:1 104:22 104:24 105:9,13 146:3,3,4 171:9,10
**warfare** 222:1
**warm** 183:6 205:2,3
**warring** 145:7,9 146:8 170:18,20
**Washington** 1:23
**wasn't** 57:23,23
**waste** 184:2
**water** 148:23 183:3,6,7,8,10,10

**183:16,20,23,25 184:2,3,3,10 184:13,15 186:21 189:12 194:19 205:5,9 207:25
**way** 7:14 11:19 22:19 26:21 28:3 29:12,21 40:13 43:16 47:16,17 57:12,13,14,21 64:15 66:14,14 66:16 73:5 91:20 141:22 149:8 165:13 171:23 190:7 192:24 197:2
**ways** 47:15
**weapon** 21:3,6,12 39:2,5,8,9,10 76:16 86:20,22 87:3 91:3
**weaponry** 15:17
**weapons** 20:15,18 36:3 91:1 92:21
**wear** 44:12 95:6 99:12
**wearing** 13:17 16:10 17:3 26:16 61:6 71:6 74:15 166:8
**Wednesday** 21:18 34:2
**week** 10:20 60:14 98:10 108:7 109:1 216:11,15,17
**weekend** 73:23 74:8 229:15
**weeks** 64:22 65:4,5 73:23 89:25 90:8 132:25 134:6 216:21,21
**weight** 199:25 200:2,3,5,17,20 201:12 203:4,23 204:10,17 206:12 207:8 209:9,13 216:8 216:20,23
**Welcome** 13:4
**went** 21:19 25:3,7 43:17 51:10 51:11 70:15 76:21 77:12 78:18 89:21 93:9,13 103:16 104:16 105:9,17 106:1 111:22 144:9 144:21,23 145:12,13,15,21 153:2 155:16,19 166:4 174:11 174:14 181:16 190:13 195:23 197:14,20 217:20
**weren't** 92:18,18 100:2
**Wesley** 3:3 6:4 11:3 13:8
**west** 2:3 196:15
**wet** 205:7,8,8 218:21,22,22
**we'll** 28:5 30:19 69:4,22 116:2 135:12 229:7,15
**we're** 6:2 10:6 28:8,16 52:21 175:2 191:25 212:6
**we've** 8:22 191:15
**WF** 3:19 4:1,2 56:19,23,24 58:2,5 164:6,7,16,20,24 166:16,17 167:2,6
**whatsoever** 148:8
**whisked** 157:2
**white** 43:23,25 65:11 119:14,18 133:7 162:11
**Whiteflower** 54:21,22,25 55:24 55:25 56:8,11,16 57:11,15,18 57:22 58:19 59:12 60:1 74:5,7 74:8,9,11,12,13,14 163:19,23 163:25 164:12,14,25 165:22 166:2,6,9,12,22,24 192:17 193:8
**wicked** 184:25
**wife** 155:1,22 226:13 227:10,13 228:16
**wife's** 145:22
**William** 142:25 222:22
**willingness** 12:8
**Wilson** 206:19
**window** 150:10,15,16,18,18,23 151:1,1,4,7
**wish** 29:18
**wishes** 12:8
**withdraw** 94:15
**withdrawn** 27:2 34:5 38:2,11 39:9 42:6 65:8
**witness** 7:18 9:11,15 11:5,8,9 12:10,15,21,25 13:8 15:2,10 15:15,16 28:3,10 46:16 68:5 79:6 136:4,5 142:5,9 148:18

153:4 158:6 159:8 161:9 164:5
166:15 175:16 176:25 191:22
193:13,14 199:9 201:1 202:7
205:14 206:23 207:17 222:24
224:7 225:15 229:18,20,21
**witnesses** 10:17 11:2,15,22 12:3
29:4
**woke** 150:6
**women** 110:21 111:1
**wooden** 168:8
**word** 35:4 103:18 140:8
**words** 133:19
**wore** 123:10
**work** 23:23 24:23,24 26:7,8,14
26:16 56:8,11 61:4,14 78:5,11
94:2 100:8 108:12 139:9
**worked** 51:23 58:10 98:2,6 100:9
110:5,7,17 111:1,6 146:21
**worker** 206:17
**working** 23:25 26:20 27:6,10
32:3,4 54:15 55:14 59:21
70:11 74:9 94:24 171:22
**world** 228:22,24
**worn** 17:7
**wouldn't** 99:14 109:7
**wound** 216:14
**wounded** 197:6
**wounds** 80:23 189:7,9,11 216:7
**written** 186:25,25 187:3,4
**Wylie** 2:2 3:5 6:7 7:7 8:1,2,4 10:8
10:11,15 12:4 14:20 15:2
21:24 22:9,20 23:9 24:8 25:16
26:22 27:14 28:2,7,14 30:8
31:17 32:12 40:11 44:9,19
49:8 56:1 58:3,21 59:4,7,13
66:17 68:19 74:23 76:9 79:9
106:6 116:13,15,20 122:21,25
127:11,13 128:22,24 135:10
135:11,19 136:9,14,15,16
137:19,24 149:13 151:13
158:19 159:22 162:3 164:18
167:4 172:17 176:6 177:14
178:18 200:10 201:19 202:22
204:3 206:5 207:12 208:6
210:12 215:8 223:25 224:21
226:1

**Y**

**yeah** 29:8 114:24 115:12 119:17
122:9 123:11,13 124:11
140:12 141:10 145:21 183:7
191:11 193:6 205:21 208:4
216:17 218:7
**year** 73:3 75:5 98:20 120:25
124:9 129:3 131:22 138:8,11
138:12 143:25 145:20 220:19
**years** 114:25 123:14 194:4
**Yeaten** 41:20,21,23 42:4,6,8,10
42:11,12 43:1 127:19,23
128:12,13,15 133:7 134:4,7,8
134:18,25 135:4,7 169:2 172:4
172:5,7,13,23 173:1,12,13,19
173:20,21 174:19 175:5,13,24
179:19 180:1,8,24 181:1,2,5,6
181:10,18 182:2,7,8,12,14
183:2,9,16,22,25 186:13 188:4
188:21 189:24 192:21 193:23
195:8,10,15 196:13 197:8,13
197:15,21 213:12 217:11,18
**Yeaten's** 42:22 43:2 174:9,10
175:7 176:2 179:1 180:16
189:21 193:2 208:23 213:5,8
213:11 216:16
**yesterday** 6:4,22 7:7 115:7,9,20
115:22 118:8 191:7,10
**young** 188:24
**Younga** 112:10,11

**Z**

**zero** 191:2,2
**zone** 226:17
**zoom** 53:21

**$**

**$3,999** 11:9

**0**

**01** 68:7
**03** 221:2 226:12
**06-20758-CR-ALTONAGA** 1:3
**07** 17:11

**1**

**1** 3:19,20,21 4:14 56:19,23,24
58:2,5 68:8,17,21 148:18,20
149:1,12,15 150:16 181:22,22
183:14 186:10
**1:15** 135:14,18 136:5
**1:16** 136:12
**1:18** 137:22
**1:25** 142:5
**1:26** 142:11
**1:35** 148:21
**1:36** 149:15
**1:42** 153:18
**1:49** 158:23
**1:50** 159:11,24
**1:52** 162:5
**1:55** 164:20
**1:58** 167:7
**10** 1:7 3:18 4:1,10,11 69:22
114:25 123:14 181:22,22,24
183:14,15 186:10 206:24,25
207:10,14 216:18 220:19
**10/10/08** 13:10 79:8 137:22
**10:10** 56:25
**10:12** 58:5
**10:26** 68:9
**10:27** 68:22
**10:28** 69:24
**10:31** 69:25
**10:43** 70:2
**10:57** 79:8
**100** 45:4
**11** 3:23 4:12,13,13 207:18,19
208:5,8 213:15 221:2
**11th** 221:3,7
**12** 4:8
**12-2** 2:8 230:6
**12:11** 135:15
**12:13** 136:3
**13** 3:3,4,14,24 4:3,9
**137** 3:6
**14** 3:25 191:8,22
**142** 3:7,8
**148** 3:21
**149** 3:21
**15** 4:6,6,24
**15th** 40:22 41:9 78:13 118:6,9,12
118:13,17 225:5,7
**150** 2:3
**153** 3:22,22
**158** 3:23,23
**159** 3:24
**16** 3:14,14 4:25 13:23,24 14:18
16:3,5
**160** 3:24
**161** 3:25
**162** 3:25
**164** 4:1,1
**166** 4:2
**167** 4:2
**17** 3:17 4:5,11 178:4,5,17,20
190:2 194:24
**175** 4:3

**176** 4:3
**177** 4:4,4
**178** 4:5,5
**18** 3:21 4:16
**18th** 226:12
**19** 4:4
**1989** 144:1
**199** 4:6
**1990** 79:18 144:12,12,13
**1990s** 116:7 145:6,10 170:18
**1992** 144:19,24,25 145:12,21
**1995** 146:4,5
**1996** 146:2,3 171:9
**1997** 79:22 146:8,10,11,13,14,15
**1998** 13:16
**1999** 13:16 40:22 41:9 57:13,16
57:19,25 59:20 78:13 118:12

**2**

**2** 3:24 4:8,14
**2:10** 175:19 176:10
**2:11** 177:3,16
**2:12** 178:6,20
**2:45** 199:13
**2:47** 201:4,20
**2:48** 202:10,24
**2:49** 203:11
**2:50** 204:5
**2:51** 205:18
**2:52** 206:7
**2:53** 207:1,14,20
**2:54** 208:8
**20** 3:15,22 4:2,10
**200** 4:6
**2000** 107:3 115:8,13,16 120:18
120:21,22,25 121:7
**2000s** 116:3,5,7,10,24
**2001** 73:7,12
**2002** 144:19 146:13,14,15
148:11 149:21,24 221:4,6
**2003** 75:6 221:2,3,7 225:7
**2005** 143:9 228:13
**2008** 1:7
**201** 4:7,7
**202** 4:8
**202.514.3270** 1:23
**203** 4:8,9
**204** 4:9
**205** 4:10
**20530** 1:23
**206** 4:10
**207** 4:11,11,12
**208** 4:13
**21** 3:20 4:3
**211** 5:3
**212** 5:4
**213** 5:5
**214** 5:6
**22** 4:12
**224** 4:14
**225** 4:14,15,15
**226** 4:16
**227** 4:16
**23** 3:21 4:1,5,6,7,15 199:10,12
200:5,9,12
**231** 3:9
**24** 3:14,19 4:7 201:2,3,18,20
214:16
**24th** 150:3 221:3,6
**24/7** 214:17 219:4
**25** 3:23 4:8 202:8,9,20,24 209:3
**25th** 150:3 221:4,6
**28** 5:1

**3**

**3** 3:14,16,22,23 4:3,11,16 153:4
153:5,15,17 158:7,8,18,22,25

175:16,18 176:5,10
**3:15** 224:2
**3:23** 229:17,21
**30** 11:9
**305.523.5518** 2:9 230:7
**305.523.5519** 2:9 230:7
**305.536.4675** 1:20
**305.961.9234** 1:19
**305/530-7120** 2:4
**305/536-6900** 2:4
**31** 5:2
**33128** 2:9 230:7
**33130** 2:4
**33132** 1:19
**36-years-old** 142:16

**4**

**4** 4:2,4 166:16,17 167:2,6 176:25
177:2,13,16
**4th** 1:19
**400** 2:8 230:6
**403** 15:4,21
**46** 3:15
**48** 3:16,17
**49** 3:18

**5**

**5** 3:19 4:4
**56** 3:19
**58** 3:19

**6**

**6** 3:15,18,24 4:7,14 46:19,20,23
47:19 49:7,10 51:13 54:2 63:5
116:16 159:9,10,21,24 222:25
223:1,24 224:2
**63** 36:9
**65** 36:12
**66** 36:16
**68** 3:20,20

**7**

**7** 3:16,18,25 4:15 20:19 48:1,3,6
49:1,7,10 54:11 161:9,11
162:2,5 224:8,9,19,23
**75** 112:19
**79** 3:5

**8**

**8** 3:17,18,20,22,25 4:5,9,9,16
48:15,17 49:1,7,10,13,15
50:18 51:1 127:11 203:9,10
204:1,5 225:16,18,25 226:3
**801(d)(2)(d)** 44:20
**801(d)(2)(e)** 215:9
**803** 172:19

**9**

**9** 4:1,2,10,15 164:6,7,16,20,24
205:15,17 206:3,7
**9/11** 73:7,12
**9:00** 229:8,9
**9:04** 12:10
**9:05** 12:25
**9:06** 13:2
**9:07** 13:10
**9:11** 16:3
**9:58** 48:4
**9:59** 48:18
**90** 79:21 81:24
**950** 1:23
**97** 81:24 107:3
**98** 115:6 116:11,11 117:5,8,9
**99** 1:19 115:6