UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 06-20758-CR-ALTONAGA

THE UNITED STATES OF AMERICA,

        Plaintiff,

                                MIAMI, FLORIDA

vs.

                                OCTOBER 14, 2008

ROY M BELFAST, JR., a/k/a
CHUCKIE TAYLOR, CHARLES
McARTHUR EMANUEL, CHARLES
TAYLOR, JR. and CHARLES
TAYLOR, III,

        Defendant.

_____

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE CECILIA M ALTONAGA,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                    KAREN ROCHLIN, A.U.S.A.
                    CAROLINE HECK-MILLER, A.U.S.A.
                    Office of the U.S. Attorney
                    99 N.E. 4th Street
                    Miami, FL  33132 - 305.961.9234
                    (Fax) 305.536.4675
                    Email:  karen.rochlin@usdoj.gov
                                caroline.miller@usdoj.gov

                    CHRISTOPHER GRAVELINE, Trial Attorney
                    U.S. Department of Justice
                    950 Pennsylvania Avenue, N.W
                    Washington, D.C. 20530 - 202.514.3270
                    christopher.graveline@usdoj.gov

        TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

**FOR THE DEFENDANT:**

JOHN WYLIE, A.F.P.D.
MIGUEL CARIDAD, A.F.P.D.
Federal Public Defender's Office
150 West Flagler Street
Miami, FL 33130 - 305/536-6900
(Fax) 305/530-7120
Email:   miguel_caridad@fd.org
john_wylie@fd.org

**REPORTED BY:**

BARBARA MEDINA
Official United States Court Reporter
400 North Miami Avenue, Ste. 12-2
Miami, FL 33128 - 305.523.5518
(Fax) 305.523.5519
Email:   barbmedina@aol.com

- - - -

## TABLE OF CONTENTS

Page

Varmyan Dulleh By Mr. Wylie ................................ 5

Cross-Examination By Mr. Wylie ........................ 5

Redirect Examination By Mr. Graveline ................. 87

Abraham Kelleh ........................................... 97

Direct Examination By Mr. Kelleh ..................... 97

Cross-Examination By Mr. Wylie ...................... 114

Redirect Examination By Mr. Graveline ............... 121

Mary Bunn ............................................... 123

Direct Examination By Mr. Graveline ................. 123

Kathleen Bryant ......................................... 129

Direct Examination By Mr. Graveline ................. 129

Cross-Examination By Mr. Caridad .................... 160

**TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION**
**October 14, 2008**

Michelle Miller ........................................... 165

    Direct Examination By Mr. Graveline ................. 165

    Cross-Examination By Mr. Caridad .................... 172

Hassan Bility .......................................... 183

    Direct Examination By Mr. Graveline ................. 183

Reporter's Certificate ................................. 200

### INDEX TO EXHIBITS

| Exhibits<br>Description | Marked for<br>Identification<br>Page | Line | Received<br>in Evidence<br>Page | Line |
|---|---|---|---|---|
| Defense Exhibit 3 ............... 62 | | 5 | | |
| Defense Exhibit 4 ............... 65 | | 1 | | |
| Government Exhibits 1, 2, ..... 131<br>4, 5 | | 3 | 131 | 20 |
| Government Exhibits VF 2, ..... 134<br>3, 5, 6, 7 | | 18 | 135 | 5 |
| Government Exhibits 1, 2, 5-16, 18-28 ............ 144 | | | | 12 |
| Government Exhibits KL ........ 152<br>1-7, 12-16 | | 8 | 152 | 22 |
| Government Exhibits KL 17 ..... 157 | | 7 | 157 | 17 |
| and 18 | | | | |
| Government Exhibits KL 28, .... 158<br>29, 30 | | 12 | 159 | 7 |
| Government Exhibit CG 14 ....... 168 | | 11 | | |

### CITATION INDEX

                                            Page

1

2

3                      SIDEBAR CONFERENCE INDEX

4  Descriptions                                          Page

5  Sidebar Conference Begins ................................  51

6  Proceedings In Open Court Resume .........................  52

7  Sidebar Conference Begins ................................ 124

8  Proceedings In Open Court Resume ......................... 125

9  Sidebar Conference Begins ................................ 139

10 Proceedings In Open Court Resume ......................... 143

11                     ADMINISTRATIVE CONVENTIONS:

12         When counsel does not identify themselves each time they

13 address the Court during a telephone conference, the

14 industry-standard speaker identification is indicated by

15 chevrons, i.e., >>>:

16

17

18

19

20

21

22

23

24

25

                        October 14, 2008

## V. Dulleh - Cross

1          THE COURT:   Good morning.

2          MR. CARIDAD:   Good morning.

3          MS. HECK-MILLER:   Good morning, Judge.

4          THE COURT:   Are we ready for the jury?

5          MR. GRAVELINE:   Yes, Your Honor.

6          THE COURT:   Let's bring the jury in.

7          [The jury returns to the courtroom at 9:06 a.m.]

8          THE COURT:   Everyone please be seated.

9          Good morning, ladies and gentlemen, welcome back.

10         Mr. Wylie.

11         MR. WYLIE:   Thank you, Your Honor.

12         VARMUYAN DULLEH, GOVERNMENT'S WITNESS, RESUMED

13                CROSS EXAMINATION (cont'd)

14    [Beginning at 9:07 a.m., 10/14/08.]

15    BY MR. WYLIE:

16    Q.   Mr. Dulleh, good morning.

17    A.   Good morning.

18    Q.   I want to take you to the time you were leaving Liberia.

19    You used the name of William Tokpah?

20    A.   Correct.

21    Q.   And that was not your true name.  Is that correct?

22    A.   Correct.

23    Q.   And you claimed on your document to leave the country that

24    your birth date was June 2nd, 1975?

25    A.   That should be correct.

## V. Dulleh - Cross

1  Q.   That birth date was not true?

2  A.   I don't think that was true.

3  Q.   But you did so to escape Liberia?

4  A.   Sir?

5  Q.   You used that false name and false date of birth so that

6  you could escape Liberia?

7  A.   Yes.

8  Q.   Because you felt you could not tell the truth.  Is that

9  right?

10 A.   I felt I needed to say a false name and false date in order

11 to have a safe way out for me.

12 Q.   You told those false statements for your own safety?

13 A.   Yes.

14 Q.   But you made those false statements to the Honorable

15 Commissioner.  Right?  You sent a letter to him with a false

16 name?

17 A.   Yes.

18 Q.   And you made those false statements to the Liberian

19 Immigration Bureau?

20 A.   Yes.

21 Q.   Essentially, you made a false statement to the Liberian

22 government?

23 A.   Yes.

24 Q.   Now, Charles Taylor doesn't work for the Immigration Board,

25 does he?

**October 14, 2008**

## V. Dulleh - Cross

1  A.   He doesn't work for the Immigration board but he's the head

2  of government.

3  Q.   You also, in leaving the country, you used a false

4  vaccination card?

5  A.   I think so.   I think I did have a vaccination card.

6  Q.   You needed to escape Liberia because the Government knew

7  who you were.   Right?

8  A.   I needed to escape Liberia because if the Government knew I

9  was leaving under my real name, it would certainly not be

10  possible and I would be threatened.

11  Q.   You used a false name because the Government knew who you

12  were.   Right?

13  A.   The Government knew my name and, yes, they knew.

14  Q.   And they knew your face as well?

15  A.   That's what I assumed, they knew my face because I was in

16  jail with them for almost a year.

17  Q.   But you attached a correct picture of you to the letter for

18  the certificate?

19  A.   Yes.

20  Q.   So the Immigration Board saw an accurate picture of your

21  face.   Right?

22  A.   I think so, because what is clear, the entire processing of

23  the document was not done by me.   A friend of mine who did it.

24  I didn't personally go and do it at the Immigration Bureau.

25  Q.   A friend helped you give them the false name?

**October 14, 2008**

## V. Dulleh - Cross

1  A.   Right.

2  Q.   And you made these false statements to improve your living

3  conditions.   Is that right?

4  A.   I made the statement to escape, to be in a safe

5  environment.

6  Q.   So that you could stay alive?

7  A.   Yes.

8  Q.   So you assumed a new identity to escape Liberia?

9  A.   Yes.

10  Q.   And ultimately get to the United States?

11  A.   It's not ultimately get to the United States.   It was

12  ultimately to find a safe environment for myself where my life

13  would be safe.   That's what I needed.

14  Q.   And you had fled Liberia before.   Right?

15  A.   Yes.

16  Q.   You fled to Sierra Leone in 1989.   Right?

17  A.   Somewhere in 1990 in Sierra Leone, yes.

18  Q.   And you fled with your family?

19  A.   Yes.

20  Q.   Did you use a false name or false identity that time?

21  A.   No.

22  Q.   Did your family use a false identity that time?

23  A.   No.

24  Q.   And then you fled from Sierra Leone to Guinea.   Is that

25  right?

**October 14, 2008**

## V. Dulleh - Cross

1  A.   Yes.

2  Q.   And did you use a false name when you fled to Guinea?

3  A.   No.

4  Q.   Did anybody in your family use a false identification?

5  A.   No.

6       What happened with that, we moved like refugees and so

7  there was no systematic process of getting documents.  If you

8  are fleeing a war zone as a refugee, refugees don't go to get

9  clearances from the Bureau of Immigration or other places

10 moving and escaping from a war situation, unlike what happened

11 in Monrovia after my release.

12 Q.   Then you fled again from Liberia to Guinea in 1996.  Is

13 that correct?

14 A.   Yes.

15 Q.   Did you use a false name at that time?

16 A.   No.

17 Q.   How did you choose this particular name and date of birth?

18 A.   Well, I felt like because I speak more than one tribe in

19 Liberia and this William Sakie Tokpah is largely related to the

20 Kpelle tribe, which is one of the 16 tribes in Liberia.  I do

21 speak the Kpelle tribe, so I felt that name would suit me in

22 order if someone asked me "Are you a Kpelle man?" if he speaks

23 Kpelle to me, I will answer in Kpelle, and I speak back to him

24 in Kpelle.  That was confortable name for me to use to escape.

25 Q.   Was this William Tokpah a real person?

**October 14, 2008**

## V. Dulleh - Cross

1  A.   I don't know if there's any William Tokpah, but I used it

2  as a false name or pseudonym to escape Liberia.

3  Q.   Did you pick the name out of a hat or is this a real

4  person?

5  A.   No, I don't know anybody called William Sakie Tokpah.

6  Q.   There was a war going on when you fled in 2003.   Right?

7  A.   Yes.

8  Q.   And, sir, isn't it true the Liberian government had

9  suspended giving any exit visas?

10  A.   I don't think it was true.   If it were, I wouldn't have

11  been given an exit visa.   At the time there was no war in

12  Monrovia, to be clear.

13  Q.   Upon your release from jail, why didn't you go to the

14  United States Embassy in Monrovia?

15  A.   Because I had no previous contact with the United States

16  Embassy and the U.S. Embassy official have not told me upon my

17  release they're opening their arms up to me.   I don't know that

18  about any diplomatic institution, when a prisoner is released

19  you go to an embassy and seek sanctuary.   I didn't think to go

20  to the United States Embassy.   I didn't think it was a

21  sanctuary for release of prisoners who were threatened.   I

22  didn't think about that.

23  Q.   Haven't you previously stated, though, it was the United

24  States Embassy that told you to flee to Guinea?

25  A.   Well, I don't remember that I said the United States

**October 14, 2008**

## V. Dulleh - Cross

1   Embassy said to flee to Guinea, but I felt -- I said I was

2   threatened, my life was threatened, and I felt to escape, I

3   felt I need to escape to find myself in a safe environment.   I

4   didn't talk to any United States Embassy official during, after

5   my release from jail.

6   Q.   The bottom line is you had to get out of Liberia because

7   you couldn't live there anymore.

8   A.   I was not safe.   That's why I left.

9   Q.   And one of the reasons you were not safe was because there

10  was a war there.   Right?

11  A.   The primary reason I was not safe from the Charles Taylor

12  people who I felt were continuing to be angry with me and,

13  perhaps, they kill me.

14  Q.   But there was a war going on or there was armed conflict

15  going on at least periodically from 1989 all the way to 2003.

16  Is that right?

17  A.   At some time there was no war going on at all.   At one time

18  there was war because in 1997 there was elections and it was

19  relatively calm for some time and then there was war on and

20  off.   There were some times it was relatively peaceful.

21  Q.   There was peace after the election, for a while after the

22  election in 1997?

23  A.   Yes.

24  Q.   But from 1989 to 2003 in Liberia there was a lot of

25  fighting going on.   Is that right?

**October 14, 2008**

## V. Dulleh - Cross

1  A.   At some point in time, yes.   At another point in time there

2  was no, there was no war.

3  Q.   And at some points in time between '89 and 2003, Liberia

4  was a very violent place.   Right?

5  A.   Yes, at some point in time it was a violent place.

6  Q.   There were a lot of injuries there?

7  A.   Yes.

8  Q.   People were getting shot?

9  A.   Yes.

10  Q.   People were getting stabbed?

11  A.   Yes.

12  Q.   Even civilians were getting injured.   Right?

13  A.   Yes.

14  Q.   And there were many different groups fighting.   Right?

15  A.   Yes.

16  Q.   ULIMO was one of them?

17  A.   Yes.

18  Q.   And ULIMO broke off into two different groups at some

19  point.   Right?

20  A.   Yes.

21  Q.   ULIMO-J and ULIMO-K?

22  A.   Yes.

23  Q.   At times in the '90s, NPFL was fighting?

24  A.   Can you repeat that again?

25  Q.   At times in the '90s, the NPFL was fighting?

**October 14, 2008**

## V. Dulleh - Cross

1  A.   Yes, the NPFL fought also.

2  Q.   Say that again.

3  A.   The NPFL fought.

4  Q.   And the INPFL was fighting during the '90s?

5  A.   Yes.

6  Q.   And later on in the '90s, LURD began to fight.   Right?

7  A.   I'm not sure when did LURD began fighting, in the '90s or

8  early 2000.   I'm not sure when.

9  Q.   Okay.

10        And there were other groups I haven't named that were

11  fighting during this time?

12  A.   Yes.

13  Q.   And there WERE a lot of factions?

14  A.   Yes, there were a lot of factions.

15  Q.   A lot of this fighting was because of the political history

16  in Liberia.   Right?

17  A.   That will be one of the reasons.   I don't know what other

18  reasons, why a lot of the fighting went on.

19  Q.   And another one of the reasons there was fighting in

20  Liberia during this time was because of ethnic tensions?

21  A.   Correct.

22  Q.   And there was a struggle for power among these ethnic

23  groups?

24  A.   I don't know what was the reason for all of the ethnic

25  tensions and ethnic fighting, whether it was because of power

**October 14, 2008**

## V. Dulleh - Cross

1  or, obviously, it was ultimately for power.

2  Q.   But there was a history of ethnic tensions in Liberia.

3  Would you agree with that?

4  A.   Yeah, sometime in history where you have some ethnic

5  tension.

6  Q.   In the '90s in Liberia was a difficult time for your

7  family, you and your family.   Right?

8  A.   Yes.

9  Q.   As you stated previously, you had to leave the country at

10  least two times?

11  A.   Yes.

12  Q.   And unemployment was very high in Liberia during this time?

13  A.   Yes.

14  Q.   And because of the war, the electrical power grid had been

15  eliminated.   Is that correct?

16  A.   You mean electrical power source, plant?

17  Q.   Yes.

18  A.   Yes.

19  Q.   In fact, the house that you were living in when you left

20  Liberia in 2003, that had no electricity.   Right?

21  A.   No.

22  Q.   And no generator either.   Right?

23  A.   No, we didn't have.

24  Q.   I think you said you used candles for light.   Right?

25  A.   Yes.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.   And did you have running water in that house?

2  A.   No.

3  Q.   And you had problems studying because of the war.  Is that

4  correct?

5  A.   Could you explain what you mean if I have problems

6  studying, sir?

7  Q.   Sure.

8         You were unable to finish college because of the war?

9  A.   I was unable to finish college because of my imprisonment,

10  because of my arrest and imprisonment to jail.  My colleagues

11  were graduating while I was in jail in Monrovia.

12  Q.   So you had to stop your studies?

13  A.   I had to stop my studies when I was in jail.

14  Q.   And you were a good student, too, weren't you?

15  A.   Relatively, yes.

16  Q.   And at times during the war, schools were closed as well.

17  Right?

18  A.   Sometimes during the war because -- you know, I don't know

19  what particular time you're talking about.  When I was in

20  school -- when there was a war, there was still school in

21  session in Monrovia.  It would be hard for me to say during the

22  war there were no schools.  It would be a blanket statement and

23  it would not be right.

24  Q.   During the '90s there was a problem in Liberia with

25  children not being able to go to school because of the war.  Is

**October 14, 2008**

## V. Dulleh - Cross

1  that right?

2  A.   In 1990s, specifically, there was a lot of people could not

3  go to school.

4  Q.   There was a lot of disease, unfortunately, in Liberia.   Is

5  that right?

6  A.   Again, I'm not a medical expert, but I know there are

7  sicknesses in Liberia.

8  Q.   There's a lot of malaria, for example.   Right?

9  A.   Right.

10  Q.   And the medical treatment in Liberia is not very good?

11  A.   In terms of comparing to other countries, like other

12  powerful countries, not the same.

13  Q.   And for many people, they were unable to get medical

14  treatment.   Right?

15  A.   If it was 1990, they couldn't get treatment uprightly, but

16  there was still humanitarian institutions that were providing

17  relief, medical assistance.   On and off during the war at the

18  time, the time I was in school, there were medical

19  institutions, hospitals and doctors treating people.

20  Q.   During the '90s, were there people, unfortunately, too poor

21  to get proper medical treatment?

22  A.   Oh, yes, there were poor people who would not afford

23  medical treatment.

24  Q.   And Liberia doesn't have health insurance.   Right?

25  A.   It depends sometimes where you work.   If you don't have a

**October 14, 2008**

## V. Dulleh - Cross

1  job -- I don't know much about the Government system when it

2  comes to the health insurance aspect.  I'm not an expert, but

3  what I know is my job that I did had health insurance, so I

4  know if you have a good job, you got health insurance and you

5  can take medical treatment.

6  Q.   And, again, unfortunately because of the war and the health

7  care conditions, many young children do not make it to be

8  adults in Liberia.  Is that an accurate statement?

9  A.   That could be an accurate statement.  Some children die

10  because they didn't get requisite treatment because of the war.

11  Q.   You live in Chicago now.  Is that right?

12  A.   I do.

13  Q.   And do you like Chicago?

14  A.   I do.  I didn't like it initially, but I do right now.

15  Q.   You do like it now?

16  A.   Yes.

17  Q.   You live in a nice apartment there or do you live in a

18  house in Chicago?

19  A.   I live in an apartment.

20  Q.   And you feel safe and secure in that apartment?

21  A.   Yes.

22  Q.   There's no war going on in Chicago.  Right?

23  A.   No.

24  Q.   Your new apartment, it has electricity?

25  A.   Yes.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.   And running water?

2  A.   Yes.

3  Q.   Clean water.   Right?

4  A.   Clean.

5  Q.   Are you working in Chicago?

6  A.   Yes.

7  Q.   What do you do in Chicago?

8  A.   I'm working with real estate company.

9  Q.   And your wife lives in Chicago with you.   Right?

10 A.   She doesn't live with me right now.

11 Q.   Is she living in Chicago?

12 A.   She does live in Chicago.

13 Q.   Is she working also?

14 A.   Yes.

15 Q.   One of your children lives in Chicago also?

16 A.   Yes.

17 Q.   I'm sorry.   Is it a he or she?

18 A.   It's a he.

19 Q.   How old is he?

20 A.   He's 12.

21 Q.   He's in the Chicago public school system?

22 A.   Yes.

23 Q.   Are you able to get health care in Chicago?

24 A.   Yes.

25 Q.   And your family as well?

## V. Dulleh - Cross

1    A.    Yes.

2    Q.    Do you get that through your job or do you have some sort

3    of insurance?

4    A.    I have some sort of insurance, not my job.

5    Q.    And, so, you get, essentially, free health care?

6    A.    Yes.

7    Q.    Is that health care due to your refugee status or something

8    else?

9    A.    I think it's due to my refugee status and it's a kind of

10   big program where people who don't have health insurance and

11   have a certain minimum annual income benefit from  So I don't

12   think it's exclusively for refugees, but others who are not

13   refugee who also benefit from the same program

14   Q.    So your family also enjoys that same health care?

15   A.    Yes.

16   Q.    And when you moved to Chicago, did you get money to help

17   relocate?

18   A.    What do you mean if I get money to relocate?

19   Q.    Was there any refugee program that gave you money to help

20   relocate you to Chicago?

21   A.    When I moved to Chicago, there was a package given me by

22   the refugee agency to settle down.  Yes, they gave me money.

23   Q.    They helped you find a place to live?

24   A.    What do you say?

25   Q.    This refugee service helped you find a place to live?

**October 14, 2008**

## V. Dulleh - Cross

1    A.    Yes.

2    Q.    And they helped you find a job?

3    A.    Yes.

4    Q.    And they helped your wife find a job?

5    A.    Yes.

6    Q.    And they helped you get your son in school?

7    A.    Yes.

8    Q.    As you stated before, when you left for the United States,

9    that's not the first time you left Liberia.   Right?

10   A.    When I left -- can you repeat?

11   Q.    Prior to leaving for the United States --

12   A.    Aha.

13   Q.    -- you had fled Liberia on other occasions?

14   A.    Yes.

15   Q.    As you stated, you fled to Kenema in '89 or '90, Sierra

16   Leone?

17   A.    Yes.

18   Q.    And then you went to Guinea from Sierra Leone.   Is that

19   right?

20   A.    Yes, from Sierra Leone, I went to Guinea.

21   Q.    And you stayed there until 1992?

22   A.    Yes.

23   Q.    That wasn't a good place to live either.   Right?

24   A.    Are you talking about Guinea?

25   Q.    Yes.

**October 14, 2008**

## V. Dulleh - Cross

1  A.  It was relatively better than Liberia, but -- it was

2  relatively better than Liberia.

3  Q.  You went back to Liberia, though?

4  A.  The reason I went back to Liberia is that there was the

5  peace-keeping force in Monrovia that allowed for normal lifes

6  to continue.  That's why I went back.

7  Q.  You fled to Guinea again in 1996 because of the fighting?

8  A.  Yes.

9  Q.  Was that a better place to be in 1996, Guinea?

10  A.  No.

11        You know, there's always no where better than home,

12  but it was certainly not, not better when the conditions was

13  improved back home.  When the security condition was improved

14  back in Monrovia, it wasn't better at the time.

15  Q.  You went back to Liberia in '97, I guess, because it was

16  your home?

17  A.  I went back to Liberia when I left in '93 because I wanted

18  to pursue my education, continue my education.

19  Q.  Those times you left to Sierra Leone and Guinea, it was to

20  find a better life.  Would you agree with me?

21  A.  Like I told you, when there was a war, me, like many other

22  people, escaped the war.

23  Q.  Now, I want to turn your attention to 2003.  When you left

24  Liberia, the first place you went was Sierra Leone.  Is that

25  correct?

**October 14, 2008**

## V. Dulleh - Cross

1   A.   Yes.

2   Q.   That's where your exit visa said you were going, Sierra

3   Leone.   Right?

4   A.   I think so.   I think that's what it said.

5   Q.   How long did you stay in Sierra Leone?

6   A.   I stayed in Sierra Leone very briefly, probably less than a

7   day, and I got on a flight.

8   Q.   So when you left Liberia, you knew you weren't going to

9   stay in Sierra Leone?

10  A.   If I knew I was not going to stay in Sierra Leone?

11  Q.   Yes.

12  A.   I knew I was not going to stay in Sierra Leone.

13  Q.   Your plan when you left Liberia was to get to Guinea?

14  A.   Right.

15  Q.   Why did you go to Sierra Leone first?

16  A.   That was another thing I had to do, you know.   The Liberian

17  government at the time was, there was no direct flight at the

18  time, according to my understanding, between Conakry and

19  Monrovia.   That's the capital City of Guinea.   I had to get to

20  Freetown.   Freetown had a direct flight from Freetown to

21  Conakry.   I had to get to Freetown before going to Conakry and

22  even if there was a direct flight, I wouldn't be so crazy to go

23  Monrovia Conakry directly because I knew there was some kind of

24  tension between the two governments and some kind of suspicion

25  between the two governments, unfriendly relationship.   What I

**October 14, 2008**

## V. Dulleh - Cross

1  felt was a safe route, Monrovia, Freetown, Freetown, Conakry.

2  Q.   Weren't there also tensions between Sierra Leone and --

3  A.   There were tensions -- I know there was tensions between

4  Monrovia and Conakry.

5  Q.   When you left Liberia in 2003, that was the third time you

6  left Liberia because of the living conditions.   Right?

7  A.   I think, yes.

8  Q.   Now, your ethnicity is Mandingo.   Is that correct?

9  A.   Yes.

10  Q.   As a Mandingo man in Liberia, did you feel when you lived

11  there as though you were harassed?

12  A.   At what time?  During the war in 1990, obviously, Mandingos

13  are sometimes selectively killed in Liberia during the 1990s

14  when NPFLs were raging.

15        Once the peace-keeping force were in Monrovia, the

16  other Mandingos who lived there had trust in the West African

17  peace-keeping force and lived in Monrovia.

18  Q.   But there were times that you felt persecuted because of

19  your ethnicity?

20  A.   There were times, yes, that's what I'm saying, mostly

21  during the 1990s when the NPFL were raging.

22  Q.   In fact, when you fled to Sierra Leone in 1989, it was

23  largely because you felt that Mandingos were being unfairly

24  singled out?

25  A.   Mandingos unfairly treated, singled out.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.    Unfairly treated?

2  A.    Unfairly treated and killed.

3  Q.    Mandingos were discriminated against?

4  A.    Yes.

5  Q.    Mandingos are Muslims.  Is that correct?

6  A.    Sorry?

7  Q.    Mandingos, their religion are Muslims?

8  A.    Largely Muslims, but there are some that aren't.

9  Q.    There are some that aren't, but largely they're Muslims.

10        What is your religion?

11 A.   I am a Muslim

12        MR. GRAVELINE:   Objection, Your Honor.   Relevance.

13        THE COURT:   Sustained.

14 BY MR. WYLIE:

15 Q.   Were people of the Muslim faith discriminated against in

16 Liberia?

17        MR. GRAVELINE:   Objection, Your Honor.   Relevance.

18        THE COURT:   Overruled.

19 BY MR. WYLIE:

20 Q.   Were people of the Muslim faith discriminated against in

21 Liberia during the '90s?

22 A.   Yes, Muslims were also killed in Liberia, discriminated

23 against.

24 Q.   So you had a feeling the Liberians was not treating the

25 Mandingo fairly?

**October 14, 2008**

## V. Dulleh - Cross

1  A.   Well, again, this is a complicated issue that we must

2  understand.   You confuse the Liberian government with the NPFL,

3  the rebel movement.   The NPFL was the rebel movement that was

4  selectively killing Mandingos and Muslims.   Taylor came to

5  power and those incorporated most of the NPFL fighters.

6          I want you to be clear exactly what you want to tell

7  me.   Is it the Government you're talking about?   Is it the NPFL

8  you're talking about?   Can you elaborate, please?

9  Q.   I can.   Thank you for clarifying that for me.

10          There were members of the NPFL that were unfair to

11  Mandingos?

12  A.   Yes.

13  Q.   And some, if not many, of those NPFL fighters became

14  workers in the Liberian government.   Is that fair to say?

15  A.   Yeah, in the Liberian government under Charles Taylor, yes.

16  Q.   So that's one of the reasons you were opposed to Charles

17  Taylor?

18  A.   Well, largely I am -- I espouse the philosophy of justice,

19  freedom and peace, as explained by the student political party

20  manifesto that I was a member of at the University of Liberia.

21  Anything that brought about injustice is not a part of me, so I

22  don't subscribe to injustice.

23  Q.   So, obviously, the elements of the Government that were

24  discriminating against Mandingos, that's injustice.   Right?

25  A.   There was repeated injustice.   You didn't have a right to

**October 14, 2008**

## V. Dulleh - Cross

1  take away a man's life when you didn't go to court and get a

2  judgment for it.  It was unjust.

3  Q.  You were opposed to that injustice?

4  A.  I was opposed to injustice.

5  Q.  Mandingos also fought at times during the '90s.  Is that

6  correct?

7  A.  Yes.

8  Q.  And there are some in Liberia that don't like what the

9  Mandingos did during the war.

10  A.  Obviously, there are some who don't like.

11  Q.  And would you agree with this statement:  "LURD and MODEL,

12      the largest of Liberia's rebel groups, were built from the

13      ashes of ULIMO, which was believed to have committed some

14      of the worse human rights abuses during the conflict in the

15      '90s."

16          MR. GRAVELINE:  Object, Your Honor.  Relevance.

17          THE COURT:  Overruled.

18  A.  Can you repeat the question, please?

19  Q.  Sure.

20          I'll break it down a little bit for you so it's not so

21  long.

22  A.  Thank you.

23  Q.  LURD and MODEL, those were rebel groups?

24  A.  Yes, MODEL.

25  Q.  And LURD as well?

**October 14, 2008**

## V. Dulleh - Cross

1   A.   Yes, they both were.

2   Q.   And they were created kind of from the remnants of ULIMO?

3   A.   Well, again, I have never been close to LURD and MODEL to

4   tell you they were created from the past ULIMO, but what I do

5   know is that some element of ULIMO and some element from other

6   rebel groups were part of LURD.   I can't tell you because I've

7   never been an authority or pretty close to LURD to tell you how

8   it was embodied.

9   Q.   And ULIMO was accused of human rights violations.   Right?

10  A.   ULIMO was accused.

11  Q.   And LURD was accused of human rights violations?

12  A.   LURD, I heard that.

13  Q.   And LURD is largely made up of Mandingo.   Is that correct?

14  A.   I don't know.   I don't know the composition of LURD.

15       What I do know is Mandingos participated in the LURD

16  war.   To tell you they constitute a majority, I haven't gone in

17  depth reading about the composition of LURD.   I wouldn't tell

18  you that.   I know there was Mandingo participating in LURD.   I

19  will say that.

20  Q.   Let's be clear.   Some Mandingos fought in LURD?

21  A.   Yes.

22  Q.   Now, you have an uncle named Alhaji Kromah?

23  A.   Yes.

24  Q.   And he was the head of ULIMO at one time?

25  A.   Yes.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.   And then it broke off and became ULIMO-K and ULIMO-J.   Is

2  that right?

3  A.   Yes.

4  Q.   And he was the head of the ULIMO-K?

5  A.   Yes.

6  Q.   And your uncle, Mr. Kromah, was very outspoken against the

7  Taylor government.   Right?

8  A.   When Taylor was elected President, he was very critical of

9  Taylor from the onset, so . . .

10 Q.   From the beginning, he didn't like Taylor?

11 A.   From the time people were being killed, you know,

12 selectively, he became critical.

13 Q.   So he had a feud with Taylor.   Is that fair to say?

14 A.   Oh, yeah, he had differences with Charles Taylor.

15 Q.   And they were on opposite sides of the war?

16 A.   Yes.

17 Q.   Where is Mr. Kromah now?

18 A.   I think Mr. Kromah is in Liberia.   I haven't contacted him

19 for quite a long time.

20 Q.   Now, sir, prior to July 25th, 2002, the day that you say

21 the men came to your house and arrested you --

22 A.   Yes.

23 Q.   -- prior to that date, had you ever been arrested in

24 Liberia before?

25 A.   No.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.   Sir, weren't you arrested shortly before that and put in

2  Camp Scheufflin?

3  A.   If I were not arrested shortly before that and put into

4  Camp Scheufflin?

5  Q.   Yes?

6  A.   No.

7  Q.   Sir, are you familiar with the term trial by ordeal?

8  A.   No.   You probably want to explain that to me.

9  Q.   It's also known in Liberia as Sassywood?

10  A.   Yes.

11  Q.   And Sassywood is a practice in Liberia where they burn

12  somebody's body to see if they're telling the truth.   Is that

13  correct?

14  A.   I think there are different kinds of Sassywood.

15  Traditional people have it.   I don't know if burning people is

16  a part of that Sassywood but there is Sassywood in Liberia

17  people undergo traditionally.

18  Q.   That's a traditional custom in Liberia?

19  A.   Yes.

20  Q.   And one form of it is they make you drink Sassywood and

21  that's poisonous.   Right?

22  A.   Again I'm not, I'm not too versed with that Sassywood thing

23  because it's an archaic thing for intellectuals in Liberia.   I

24  can't tell you much about how the Sassywood works.   But I do

25  know that traditionally it used to be practiced.   Whether it's

**October 14, 2008**

## V. Dulleh - Cross

1   still in practice now I don't know.

2   Q.   You're not aware it's still in practice now?

3   A.   I'm not aware.   I fled Liberia for a while.

4   Q.   Traditionally Sassywood is an alternative to going to

5   court?

6   A.   Sassywood is an unscientific method something if you ask me

7   personally I don't believe in.

8   Q.   There are some people in Liberia that do believe in

9   Sassywood?

10  A.   I don't know if there are still people in Liberia who

11  believe in Sassywood still.   I know there used to be Sassywood.

12  Since I left Liberia I don't know if Sassywood is still going

13  on in the interior areas.   I don't know.

14  Q.   Okay.   Now I want to turn your attention to July 25th or

15  the night of July 24th going on July 25th the night that you

16  say the men came to your house.

17          You stated on Friday General Yeaten did a lot of this

18  stuff to you.   Right?

19  A.   General Yeaten?

20  Q.   You said on Friday General Yeaten tortured me?

21  A.   I said general Yeaten and Chuckie tortured me on Friday.

22  Q.   You described General Yeaten as a callous brutal diabolical

23  soldier who would stop at nothing to violate the rights of

24  people.   Is that accurate?

25  A.   Yes he's a very callous man.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.   President Taylor according to you ordered Mr. Yeaten to

2  treat you right?

3  A.   Asked him to force me to tell him the truth.

4  Q.   So, Yeaten had full authority to hurt you.   Right?

5  A.   Well, I don't know -- I believe that's what Taylor meant by

6  asking Yeaten to force me to say the truth.   After he had asked

7  me in the office and you know nothing happened he came to the

8  most callous and brutal general.   I expected we were heading

9  for something terrible.

10  Q.   So, it's your belief that President Taylor told Yeaten to

11  do something terrible to you?

12  A.   That is what I that's what I believe.

13  Q.   And Yeaten took you out of Taylor's office.   Right?

14  A.   Yes, he did.

15  Q.   And he took you out of the presidential compound?

16  A.   Yes, he did.

17  Q.   And he took you to his house?

18  A.   Yes, he did.

19  Q.   And he took you to his living room?

20  A.   I said we passed through the living room and took me to a

21  little room in his house that's what I said.

22  Q.   Kind of like a garage?

23  A.   No that was not a garage.   He took me to a little room

24  somewhere in his house behind the living room

25  Q.   I understand.   So he took you inside his house, Yeaten did?

**October 14, 2008**

## V. Dulleh - Cross

1    A.    Yes.

2    Q.    And from there he took you to his garage?

3    A.    Yes from the living room to his garage.

4    Q.    And it was in his garage that he started torturing you?

5    A.    Yes.

6    Q.    And after he had begun torturing you that's when Chuckie

7    showed up.   Right?

8    A.    It was at the time when he began using the electric iron is

9    when Chuckie Taylor arrived.

10   Q.    Yeaten had already started following President Taylor's

11   order before Chuckie arrived?

12   A.    Yeaten started using the pressing iron on me.   Just at the

13   time he started is when Chuckie arrived.

14   Q.    Then you say Chuckie did bad things to you terrible things

15   to you?

16   A.    Yes.

17   Q.    And then he left, Chuckie left?

18   A.    Yes.

19   Q.    But Yeaten was still there.   Right Yeaten was still at

20   Yeaten's house?

21   A.    Yes.   I assume that he was at his house after everything I

22   was taken to the cell so I couldn't tell you if he left and

23   came back and took me out later on in the morning.   I don't

24   know but Chuckie left.

25   Q.    Okay.

**October 14, 2008**

## V. Dulleh - Cross

1                And you stayed, as you said, at Yeaten's house.

2  A.   Yes in the cell room in his compound.

3  Q.   And at any Yeaten took you from his house.   Right?

4  A.   Yes.

5  Q.   And eventually you ended up at Klay?

6  A.   Yes.

7  Q.   And you never saw Chuckie while you were at Klay.   Is that,

8  correct?

9  A.   That's correct.

10 Q.   Now during this episode you claim Yeaten demanded certain

11 information from you.   Is that right?

12 A.   Which episode, sir.

13 Q.   When you were in Yeaten's garage --

14 A.   Yes.

15 Q.   -- or actually even before that when you were in the room

16 near his living room, he was asking you questions?

17 A.   Yes.

18 Q.   And demanding that you answer him?

19 A.   Yes.

20 Q.   And he accused you of being a rebel?

21 A.   Yes.

22 Q.   And he accused you of trying to overthrow the Liberian

23 government?

24 A.   Yes he asked me to tell him my involvement with LURD in

25 trying to overthrow President Taylor.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.   And you continued to deny being a rebel?

2  A.   I continued to tell him the truth that I was not part of

3  the rebel movement or any attempt, any plan to overthrow

4  President Taylor or any government.

5  Q.   And you didn't give any, Yeaten any of the information he

6  was requesting.   Right?

7  A.   No.   I didn't have it.

8  Q.   And the President himself questioned you?

9  A.   Yes, he did.

10  Q.   Did you denied being a rebel to the President?

11  A.   I told the truth to the President that I was not a rebel or

12  a rebel collaborator.

13  Q.   And he asked you if you were hiding troops in the U.S.

14  Embassy.   Is that right?

15  A.   The President did ask me how many troops did I smuggle from

16  the bush to the United States Embassy in Monrovia.

17  Q.   He appeared to think there were troops in the United States

18  Embassy?

19  A.   That's left for anyone to deduce when he asked me how many

20  rebel soldiers I smuggled from the bushes to the United States

21  Embassy in Monrovia.   It's left for anyone to assume there were

22  rebel soldiers in the United States government embassy in

23  Monrovia that I have smuggled in.

24  Q.   President Taylor asked you where the arms were being

25  hidden.   Right?

**October 14, 2008**

## V. Dulleh - Cross

1  A.   Yes he asked me where were the arms deposits.

2  Q.   And you didn't answer him?

3  A.   I didn't answer President Taylor questions.

4  Q.   And he accused you of trying to overthrow the Government.

5  Is that right?

6  A.   Those are the questions he asked me how much soldiers have

7  we smuggled to the U.S. Embassy ready to overthrow the

8  Government.   It was clear he thought we were going to overthrow

9  his government.

10  Q.   And all these questions and accusations are occurring

11  during a time of war.   Is that right?

12  A.   Yes there was war going on.

13  Q.   People were fighting.   Right?

14  A.   Yes, there was war going on.

15  Q.   And people were dying right?

16  A.   People die whether there's war going on.

17  Q.   Why would President Taylor think you had this sort of

18  information?

19  A.   If you ask me why, given the nature of President Taylor,

20  who just perceives anybody as enemies.   He makes up stories.

21  He's a schemist, a Master people he tries to get to people when

22  he wants to get to them and make a make-believe situation.   You

23  asked me why.   That could have been a situation that he was

24  trying to probably eliminate me or maybe acting on false

25  information from people.   I don't know.   It's something that

**October 14, 2008**

## V. Dulleh - Cross

1  one has to think about.   His perception of me was not right.

2  It was purely wrong.   Yeah, that's what I want to establish.

3  Q.   Okay.

4        But the President essentially threatened to kill you

5  did he not.

6  A.   Well, I didn't say the President said he was going to kill

7  me.   The last time I told you the last word he told me was your

8  life is in God's hands when I told him Mr. President my life is

9  in your hands he told me my life is in God's hands.   He didn't

10  tell me directly I'm going to kill you or I've given an order

11  to kill you but there are instances I felt I was going to be

12  killed.

13  Q.   You thought you were going to be killed?

14  A.   I felt I was going to be killed given what was happening.

15  Q.   And you also said that later Chuckie threatened to kill

16  you?

17  A.   Yes.

18  Q.   And did Benjamin Yeaten threaten to kill you?

19  A.   Benjamin Yeaten also threatened to kill me.

20  Q.   And also a soldier on Benjamin Yeaten's property told you

21  that Yeaten was going to kill you.   Right?

22  A.   He said the chief is going to zero you.   Which meant the

23  chief is going to kill me which the achievement General Yeaten.

24  Q.   That's when you thought you were going to be taken to the

25  front lines and killed?

**October 14, 2008**

## V. Dulleh - Cross

1  A.   I didn't think I was going to be taken to the front lines I

2  didn't have to be taken to the front lines by General Yeaten to

3  kill me.   There are notorious places, Gbatala, on the highway,

4  I didn't know I was headed for the front lines.   I didn't know

5  that, sir.

6  Q.   You thought you were going somewhere to be killed?

7  A.   I thought they were going to kill me.

8  Q.   But you were not killed.   Right?

9  A.   I was not killed.   I'm here thank God.

10 Q.   And when you were traveling with Yeaten that's when you

11 thought you were being taken somewhere to be executed?

12 A.   That was another thought, that was also another point that

13 I thought I was going to be killed again.

14 Q.   But somebody, another government official stopped Yeaten's

15 truck.   Is that right?

16 A.   Yes a military officer.

17 Q.   Do you remember that military officer's name?

18 A.   Yes.

19 Q.   What was it?

20 A.   Joe Tua.

21 Q.   And Joe Tua told Yeaten no I'm going to take him is that

22 right?

23 A.   Sir I can't tell you what Joe Tua discussed with General

24 Yeaten.   I was in the Jeep.   Joe Tua is a general too.   The two

25 general possess talked outside.   To tell you what they

**October 14, 2008**

## V. Dulleh - Cross

1  discussed I would be lying, sir.

2  Q.   This Joe Tua took custody of you?

3  A.   Yes, he did.

4  Q.   And he took you to Klay?

5  A.   Yes, he did.

6  Q.   And you were not obviously killed?

7  A.   No.

8  Q.   You very easily could have been.  Is that correct?

9  A.   I could have been killed.

10 Q.   There were really no witnesses to what you say happen --

11 right -- except the people involved?

12 A.   At what time, sir?  At what time?

13 Q.   There was nobody at Yeaten's house except the people

14 involved and you?

15 A.   Yes.

16 Q.   There was nobody at the President's house except the people

17 involved and you?

18 A.   Yes.

19 Q.   This was during a time of war.  Right?

20 A.   Yes.

21 Q.   A lot of people were, unfortunately, dying during this war?

22 A.   Yes.

23 Q.   And they could have killed you and nobody would have known?

24 A.   Maybe nobody would have known but that's something I will

25 not know, maybe.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.   And so they put you in Klay?

2  A.   Yes.

3  Q.   When you were put in Klay you were put in with Hassan

4  Bility?

5  A.   I met Hassan Bility in the home and a number of other

6  prisoners.

7  Q.   You knew Hassan Bility maybe not personally but you knew

8  who Hassan Bility was before meeting him at Klay.   Right?

9  A.   Yes.

10 Q.   I think you referred to him on Friday as human rights

11 general Hassan Bility?

12 A.   I said human rights journalist.

13 Q.   And so Hassan Bility -- do you need some water?

14 A.   Yes.

15 Q.   Take your time.   Take a little break.

16        Hassan Bility was well-known in Liberia.   Right?

17 A.   Yes.

18 Q.   And he was famous for opposing Charles Taylor?

19 A.   Well, he was famous for writing very critical articles in

20 newspapers about certain practices of the Government.   That's

21 what he were known for.

22 Q.   You knew at this point when you met Mr. Bility in Klay that

23 he was receiving attention for the articles that he wrote?

24 A.   Attention from whom, sir?

25 Q.   From Liberians.

**October 14, 2008**

## V. Dulleh - Cross

1   A.   Well, I knew -- I don't know if people knew that Hassan

2   wasn't killed by the Government, but I knew in the media cycle

3   people knew Hassan was arrested, human rights organizations

4   knew he had been arrested.

5   Q.   People were aware he had been arrested?

6   A.   Yes.

7   Q.   In fact, the international community was aware he had been

8   arrested?

9   A.   Yes.

10  Q.   And the Americans were aware he had been arrested?

11  A.   Yes.

12  Q.   So you knew he was getting attention from all these people?

13  A.   Yes.

14  Q.   And you knew these people were trying to get him out of

15  jail?

16  A.   I knew there was a concerted effort on the part of the

17  international community human rights organizations not only to

18  get Hassan Bility out of jail but to get innocent Liberians out

19  of jail.  There were occasions when the international community

20  and human rights organizations was calling on the President to

21  release innocent Liberians, not only Hassan Bility.

22  Q.   Obviously, you wanted to be released as well?

23  A.   Sir?

24  Q.   Obviously, you wanted to be released from jail as well?

25  A.   Certainly I wanted to be released and get my freedom

**October 14, 2008**

## V. Dulleh - Cross

1  Q.   So it was good for you to be associated with Hassan Bility?

2  A.   It wasn't a good thing to be in jail in the first place.

3  It wasn't a good thing to be in jail with Hassan Bility.   Being

4  in jail on trumped up charges and lies is not a good thing.   To

5  be in jail with Hassan Bility wasn't a good thing.

6           I'm sure Hassan would tell you it wasn't a good thing

7  to be in jail.   But it was a good thing for the international

8  community to be talking about your release.   It's not a good

9  thing to be in jail when you have not done anything.

10  Q.   But being associated with Hassan Bility would be a good

11  thing for you to ultimately get out of jail?

12  A.   When I was in Liberia, I was a student activist and created

13  a reputation for myself.   I was known on campus.   I agree

14  Hassan Bility was a big personality in a jail with me, but we

15  also played our part in advocating justice in the Liberian

16  community.

17  Q.   And Bility was eventually released from jail?

18  A.   Yes.

19  Q.   And you were also released?

20  A.   Yeah later.

21  Q.   After all these things that happened to you, they just

22  released you?

23  A.   Like I said earlier, there were immense international

24  pressure put on the part of President Taylor and his government

25  to have us released, which was headed by the United States

**October 14, 2008**

## V. Dulleh - Cross

1    Ambassador, Mr. John William Blaney, and members of the

2    Catholic Church, Amnesty International.   President Taylor did

3    release us under pressure.

4    Q.   You mentioned Ambassador Blaney.   Did he personally visit

5    you in jail?

6    A.   I understand some ambassador officials visited us while we

7    were in jail.   I think one Thomas White --   I'm not sure of the

8    name.   I'm not pretty sure of that name -- visited the

9    compound, but I didn't see him   I didn't talk to him   I guess

10   he might have talked to some of the prisoners.   That was part

11   of the pressure on the Government and that was probably an

12   attempt to see the well-being of the prisoners that were in

13   holding.

14   Q.   This Thomas White, did he personally meet with you?

15   A.   I don't think I met Thomas White, but he came at the jail

16   compound.

17   Q.   How about Ambassador Blaney?   Did he personally meet with

18   you?

19   A.   I didn't see Ambassador Blaney, sir.

20   Q.   Immediately upon your release, you believe or you heard

21   that Charles Taylor was going to arrest you again and kill you.

22   Is that right?

23   A.   Well, the previous statement from President Taylor the

24   Liberians would not be comfortable with us on the street, even

25   if he release us into the street and the kind of man he was,

**October 14, 2008**

## V. Dulleh - Cross

1  given the fact we were released under pressure instead of

2  willingly by President Taylor and given the hard time everybody

3  was at the time with soldiers roaming on the street.

4  Q.   You believe after being released because of this pressure,

5  they were just going to snatch you up again or kill you or

6  something like that?

7  A.   Definitely.  I believed President Taylor wasn't willing to

8  release us in any way, shape or form

9  Q.   So you left Liberia because of --

10 A.   That I left Liberia because of my insecurity.  I was pretty

11 much insecure given the reality.

12 Q.   And you went to Sierra Leone?

13 A.   Yes.

14 Q.   And from there you went to Guinea.  Right?

15 A.   Yes.

16 Q.   And then from Guinea you went to the United States?

17 A.   Yes.

18 Q.   You stated this all began on July 25th, 2002.  Is that

19 right?

20 A.   Yes.

21 A.   The 24th and 25th, the 24th into the 25th.

22 Q.   When you went to bed that night, it was the 24th.  Right?

23 A.   Yes.

24 Q.   But when you were arrested, it was very, very early in the

25 morning on the 25th?

**October 14, 2008**

## V. Dulleh - Cross

1  A.   That's what I think, yes.

2  Q.   And what time were you arrested?

3  A.   Sir, I can't tell you the precise time.  I know it was

4  pretty much late in the night.  I think I slept like an hour,

5  an hour and a half, I'm not sure, and then this guy came up

6  calling me.

7  Q.   The best that you can, what time do you think it was,

8  approximately, when these men came to your house?

9  A.   Maybe around 12:00, pretty close to 12:00 or after 12:00,

10 maybe.

11 Q.   Now, you previously stated 1:45.  Does that time sound

12 accurate to you?

13 A.   That was just an approximate time, sir.  I'm not certain

14 about the time, sir.

15 Q.   Sometime between 12:00 and 1:45?

16 A.   Maybe that would be.

17 Q.   And the first place you were taken to was Moussa Cisse's

18 house?

19 A.   Yes.

20 Q.   Was Abraham Kelleh and your cousin Mamudu Dulleh there?

21 A.   Yes.

22 Q.   Were they taken with you to Whiteflower?

23 A.   No.  I didn't see them being taken with me to Whiteflower.

24 Q.   But you were transported to Whiteflower by Mulbah.  Is that

25 correct?

**October 14, 2008**

## V. Dulleh - Cross

1   A.   Yes, Paul Mulbah.

2   Q.   Were you ever taken to a compound by somebody named Vassa?

3   A.   Chronological or what time?

4   Q.   At any time on the 25th, were you taken to a compound by

5   somebody named Vassa?

6   A.   No, sir.

7   Q.   How about Yassa?  Maybe I'm mispronouncing it.  Do you

8   recognize those names as somebody's house you went to?

9   A.   No, sir.

10   Q.   Did you see Mr. Kelleh at Whiteflower?

11   A.   No, sir.

12   Q.   Do you know what time you got to Benjamin Yeaten's house?

13   A.   Sometime in the morning hours, pretty much after 1:00.

14   Q.   What's your best guess what time that would be?

15   A.   It might be around 2:00, around 2:00 a.m  I'm not pretty

16   sure.  I didn't have a wristwatch to get the time.

17   Q.   Prior to testifying here today, you have spoken to the

18   United States prosecutors many times.  Is that right?

19   A.   Yes.

20   Q.   And you've spoken to government law enforcement agents many

21   times.  Right?

22   A.   Right.

23   Q.   How many times.  Can you remember?

24   A.   Sir, I wouldn't remember, to be honest.  I wouldn't

25   remember.  Just many times.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.   Many, many times.  Right?  Too many to remember?

2  A.   Not too many, but I just can't remember, sir.

3  Q.   Can you approximate how many times you met them?

4  A.   Not less than four times, five times.  Not less than that.

5  Q.   Do you remember when the first time was?

6  A.   It should be sometime 2006.

7  Q.   During these meetings, some of these meetings were very

8  long.  Is that right?

9  A.   Some were relatively long.

10  Q.   And the conversations were not rushed.  Is that correct?

11  A.   No, I wasn't rushed in the conversations.

12  Q.   It was a very thorough interview between you and the United

13  States Government.  Is that right?

14  A.   Some of them were not rushed.  Some of them were interviews

15  taking a lot of time.

16  Q.   But over the course of all these meetings, you talked about

17  this event in great detail with the Government.  Wouldn't you

18  agree?

19  A.   About my ordeal, my experience?

20  Q.   I'm just wondering the meetings with the Government, they

21  have been very thorough.  Would you agree?

22  A.   I don't know "thorough."  I don't know what you mean.  They

23  have been asking me questions and I have been answering

24  questions, talking to them

25  Q.   And people were taking notes.  Right?

**October 14, 2008**

## V. Dulleh - Cross

1   A.   Yes, I believe so.

2   Q.   And you were able to contact the Government if you had

3   something to add or change?

4   A.   I have not been able to call them to change something

5   except when they come back, we talk again.   I don't know what

6   they have about me that I need to change.   I don't know.

7   Q.   But you were given either a law enforcement agent or a

8   prosecutor's phone number if you needed to call them.   Right?

9   A.   Yes.   But I didn't call them like you said to change

10  something or to add something.   I haven't called them.   I have

11  a lawyer to whom I deal with these prosecutors and, you know,

12  agents, so I do talk to them usually through my lawyers, my

13  lawyer.

14  Q.   How long have you had a lawyer?

15  A.   Since, I think, 2006 I've been having my lawyer.

16  Q.   Now, through your lawyer it was communicated to you that

17  the defense lawyers in this case wanted to speak to you.   Is

18  that right?

19  A.   Yes.

20  Q.   Your lawyer told you about that request.   Right?

21  A.   She did.

22  Q.   You declined to speak to the defense lawyers?

23  A.   I was acting on the advice of my lawyer.   I'm not a legal

24  practitioner.   I have to rely on my lawyer who knows the law.

25  Q.   But you were aware that your lawyer could be present at

**October 14, 2008**

## V. Dulleh - Cross

1  that meeting.  Right?

2  A.  Well, I'm sure because every time I talk to someone, my

3  lawyer is always there.  So I'm pretty sure I wouldn't talk to

4  anyone if my lawyer is not present.

5  Q.  And you understood that the defense would have met you

6  under your terms.  Right?

7  A.  Well, that was something my lawyer was going to sort out

8  and arrange.  I don't know what the lawyer would have done.

9  Q.  And the defense lawyers, we made several requests to speak

10  to you.  Is that right?

11  A.  Well, my lawyer told me that you made requests to talk to

12  me.  I don't know how many times.

13  Q.  But upon advice of counsel, you refused to speak to defense

14  counsel?

15  A.  I was advised by my lawyer, sir.

16  Q.  In preparation of this case, the agents and prosecutors

17  asked you to take a medical exam  Is that correct?

18  A.  Yes.

19  Q.  You came to Mani and a doctor looked at you and took

20  pictures.  Right?

21  A.  Yes.

22  Q.  And a doctor took pictures of your body?

23  A.  Yes.

24  Q.  And the defense lawyers asked you to meet with their expert

25  doctor.  Is that correct?

**October 14, 2008**

## V. Dulleh - Cross

1   A.   Yes, my lawyer told me.

2   Q.   So that request was communicated to you through your

3   lawyer?

4   A.   Yes.

5   Q.   And you declined to meet with a medical expert for the

6   defense.   Right?

7   A.   Well, as I said, I was going by the advice of my lawyer and

8   whatever legal actions and implications I would have, my lawyer

9   was the one who advised and I was just mainly advised by my

10  lawyer.

11  Q.   In addition to that medical exam that you took for the

12  Government, did the Government submit you to take a

13  psychological exam?

14  A.   I don't know what a psychological exam would be, but I do

15  know I did one examination.   I don't think there was another

16  examination.

17  Q.   The Government didn't say you to say "Hey, we want you

18       to see a psychiatrist who works for us"?   They didn't do

19  that.   Right?

20  A.   I don't think so.

21  Q.   Now, following your release from jail in Liberia, did you

22  ever go to any, seek any professional medical attention?

23  A.   Following my release from Liberia?   No, I just traveled.

24  Q.   Excuse me?

25  A.   I just traveled out of Liberia.   I didn't seek medical.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.   And you eventually got to Guinea.   Right?

2  A.   Yes.

3  Q.   Did you seek any medical attention in Guinea?

4  A.   No, no, except through the resettlement process.   I didn't

5  take any medical treatment.

6  Q.   Now, sir, the next questions I'm going to ask you are not

7  to embarrass you by any means.   Unfortunately, you have been

8  diagnosed HIV positive.   Is that correct?

9  A.   Yes.

10  Q.   And if you were still living in West Africa, that would be

11  a problem for you.   Right?

12  A.   Maybe it could be a problem

13  Q.   Because the understanding about HIV in West Africa is not

14  what it is in the United States.   Is that right?

15          MR. GRAVELINE:   Objection, Your Honor.   Can we

16  approach?

17          THE COURT:   You may

18

19

20

21

22

23

24

25

**October 14, 2008**

## V. Dulleh - Cross

1          [Proceedings at sidebar follow]:

2              MR. GRAVELINE:   We object on foundational grounds.   It

3   was our understanding the defense was going to be if he found

4   out he was HIV positive in Liberia -- if he found out in

5   Guinea, I don't see where the motive to fabricate comes from

6              MR. WYLIE:   Even if he says he found out in Guinea,

7   that's his word for it.   It's up to the jury to decide.   More

8   importantly, this is also an issue because if he, for example,

9   told the Government something to get political asylum and he

10  were to change that story, he would be deported and he can't go

11  back to Liberia now.   He cannot go back to West Africa because

12  of his medical condition.   That would be a big problem for him

13  That's where I'm getting at.

14

15

16

17

18

19

20

21

22

23

24

25

**October 14, 2008**

## V. Dulleh - Cross

1           [Proceedings in open court follow]:

2                THE COURT:   Overruled.

3   BY MR. WYLIE:

4   Q.   Sir, the stigma related to HIV in West Africa is very bad,

5   is it not?

6   A.   Yes.

7   Q.   Because many people there, as I think you were saying

8   before, don't think scientifically.   Right?

9   A.   Yes, some people don't think scientifically.

10  Q.   There's a lot of ignorance about the disease.   Right?

11  A.   Right.

12  Q.   And particularly as a Muslim, there's stigma attached to

13  having HIV virus.   Is that correct?

14                MR. GRAVELINE:   Objection, Your Honor.   Rule 610.

15                THE COURT:   Overruled.

16  A.   Sir.

17  Q.   As a man of Muslim faith, the disease would be particularly

18  stigmatizing?

19  A.   Yes, obviously, yes.

20  Q.   You might be shunned in West Africa because of the disease.

21  A.   Maybe.

22  Q.   And as you stated before, the medical treatment in Liberia

23  is not what it is in the United States.   Right?

24  A.   No, it's not the same.

25  Q.   And it's also very poor in Guinea.   Right?

**October 14, 2008**

## V. Dulleh - Cross

1  A.   Sure, as compared to here, yes.

2  Q.   And the medical treatment in Sierra Leone is poor as

3  compared to the United States.   Right?

4  A.   Yes.

5  Q.   And HIV treatment is very, very expensive.   Is that right?

6  A.   Yeah.

7  Q.   And the drugs for HIV treatment are very, very expensive?

8  A.   Right.

9  Q.   So it could be difficult, if not impossible, to get proper

10  treatment in Liberia?

11  A.   Right.

12  Q.   And for that matter, Sierra Leone and Guinea as well?

13  A.   Right.

14  Q.   Often times in West Africa, the medication is not

15  available?

16  A.   Sometimes, yes.

17  Q.   And most people do not receive proper treatment for HIV in

18  West Africa.   Right?

19  A.   Sometimes, yes.

20  Q.   And, unfortunately, because of that, many people die of the

21  HIV virus in West Africa?

22  A.   Yes.

23  Q.   Now you're receiving treatment in Chicago.   Is that

24  correct?

25  A.   Yes.

October 14, 2008

## V. Dulleh - Cross

1  Q.   And you're getting your HIV treatment and your medication.

2  Right?

3  A.   Yes.

4  Q.   And your medical insurance is paying for that.   Right?

5  A.   Yes.

6  Q.   Okay.

7        Sir, again, I want to turn your attention to when you

8  say the men came to your house on the morning of the 25th.   How

9  many men was it that came to your house that night?

10  A.   Well, I couldn't count the men, but I assume there were

11  around 100, about 100 men.   There were so many.

12  Q.   100 men came.   Really?

13  A.   About 100 men really, because there were so many.

14  Q.   How many cars did these 100 men arrive in?

15  A.   I couldn't count how many cars.   There was a long line of

16  cars going along the road.

17  Q.   There was a fleet of cars?

18  A.   Yes.

19  Q.   And 100 men?

20  A.   About -- I'm not specific, sir.

21  Q.   More or less, 100 men?

22  A.   Yes.

23  Q.   And you didn't see any of those cars or men before you came

24  out of the house?

25  A.   When I was being taken to the car, that's when I saw the

**October 14, 2008**

## V.  Dulleh - Cross

1   cars.

2   Q.   When you were being taken to the car, that's when you saw

3   it?

4   A.   Yes.

5   Q.   When you were coming out of your house, where were the 100

6   men hiding?

7   A.   When you say "hiding," how could you see them if they were

8   hiding?

9   Q.   Do you know where they came from?

10  A.   How can I know where they came from?  I was in my house.

11  When I came out, I was just trying to run.   That's when they

12  all came out from places around the house.   Some came from the

13  tree, the tree where they arrested me.   Some came from in front

14  part of the house.   A whole lot of men.

15  Q.   They came from everywhere?

16  A.   Yes.

17  Q.   But you stated you ran behind your house.   Right?

18  A.   I ran by the side of my house going behind the house.

19  Q.   There were no men coming from that direction?

20  A.   There were men there.   Sir, what I said on Friday, when I

21  got there, when I were running, they were running after me.

22  People just jumped down.   People came in front of me and I

23  couldn't go anywhere.

24  Q.   And I think you said on Friday that some of these men were

25  dressed like unified.   You used the word "unified."   Right?

**October 14, 2008**

## V. Dulleh - Cross

1  A.  Yes.

2  Q.  Some were in black jumpsuits?

3  A.  Yes.

4  Q.  And some were in ATU uniforms.  Is that what you testified

5  to on Friday?

6  A.  Yes.

7  Q.  Now, prior to testifying on Friday, you wrote in a letter

8  called "An Account of My Prison Ordeal in Liberia."  Do you

9  remember that?

10  A.  Yes.

11  Q.  Who did you send this letter to?

12  A.  I gave this letter to the UNHCR.

13  Q.  And this letter was in hopes of getting political asylum

14  Right?

15  A.  Yes.

16  Q.  When you wrote this letter, you were not rushed.  Right?

17  A.  Well, I don't know whether -- I just come from prison and

18  those kinds of things on my mind, horrible situation, and I was

19  trying to draft whatever I could draft for the UNHCR.  I was

20  still under that kind of effect, so to speak.

21  Q.  You were having trouble remembering the event because of

22  the effect it had on you?

23  A.  Not as far as it relates to what happened to me, the

24  torture and who did it to me and the things I went through, no.

25  Q.  When you wrote this letter, you were trying to seek asylum

**October 14, 2008**

## V. Dulleh - Cross

1  Is that correct?

2  A.  I wrote this letter trying to seek asylum to a place where

3  I could live a better life.

4  Q.  You knew you had to be accurate in this letter.  Right?

5  A.  I tried to be accurate as much as I could.

6  Q.  Because you were giving this letter to official

7  authorities.  Right?

8  A.  Yes.

9  Q.  And you remember in that letter saying that night 100 men

10  in plain clothes came to arrest you?

11  A.  I think I do remember.  Obviously, maybe that was one thing

12  that you know slipped out of my mind until I began to realize

13  that later.

14  Q.  When did you write that letter?

15  A.  It was in I think 2003, just when I came from Liberia.

16  Q.  So in 2003 you said that it was plainclothes men that

17  arrested you that night.  Right?

18  A.  Mostly plainclothes men.

19  Q.  On Friday you said when they arrested you they were wearing

20  black jumpsuits and ATU uniforms.

21  A.  Some were unified.  Some were not unified.

22  Q.  Actually, you said some were dressed.  Some were like

23  unified.

24  A.  I think I said some were unified and some were not unified,

25  if I did say that.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.    And on Friday you stated that a man named Abraham Kelleh

2  came to your house on that July 25th morning.   Right?

3  A.    Yes.

4  Q.    And he knocked on your window.   Right?

5  A.    He called me, called me out.

6  Q.    And you stepped outside to the porch?

7  A.    I saw him through the window and stepped out of my house.

8  Q.    When you saw Kelleh, you approached him   Is that right?

9  A.    Yes.

10  Q.    That's when you saw the men running after you?

11  A.    Yes, because he stood still as I was walking to him

12  That's when I saw the men, yes.

13  Q.    And you ran from the men.   Right?

14  A.    Yes.

15  Q.    But they caught you?

16  A.    Yes.

17  Q.    And they asked you to take them back into your bedroom is

18  that right?

19  A.    Yes, they took me back to my bedroom

20  Q.    And you did that?

21  A.    Yes, I had, I had, I had no choice.

22  Q.    And, now, again, I want you to refer to your letter, "An

23  Account of My Prison ordeal in Liberia," and you said you wrote

24  that letter in 2003.   Right?

25  A.    Yes.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.   And you sent that letter to the U.N.   Is that right?

2  A.   Yes.

3  Q.   And you signed that letter?

4  A.   Yes, I did remember writing my name.

5  Q.   And it was you who wrote the letter.   Right?

6  A.   Yes.

7  Q.   And this letter was an attempt to seek a better place to

8  live.   Right?

9  A.   To tell my story to the UNHCR and find a better place to

10  live.

11  Q.   And, sir, in that letter do you remember stating "Armed

12  government security men in plain clothes broke into my house"?

13  Do you remember saying that?

14  A.   I think I do.

15  Q.   So you wrote in the letter, in fact, men broke into your

16  house.   Is that right?

17  A.   They forced me into my bedroom   Maybe that's what I meant

18  when I say "broke into my house."   They forced me into my

19  bedroom

20  Q.   But you didn't say anything in that letter about coming

21  outside the house and then seeing the men, did you?

22  A.   That's because sir -- if I may -- I didn't go into every

23  detail as to what happened to me, all of the little details.

24  It didn't state that.   So if I'm talking, probably I would say

25  the little details and that letter may not state the little

**October 14, 2008**

## V. Dulleh - Cross

1  details, all of the little details.

2  Q.   So you consider breaking into your house a little detail?

3  A.   What I'm saying is that not everything that happened, that

4  I experienced was reduced to writing over there, sir.

5  Q.   But this is just wrong.   Right?

6  A.   Well, I consider that like going into my bedroom, forcing

7  me into my bedroom  I think that was probably what I was

8  referring to.

9  Q.   You consider that "broke into"?

10  A.   That what I was referring to.

11  Q.   Okay.

12       Now, you also met with a resettlement consultant for

13  the United Nations.

14  A.   Yes,

15  Q.   You were claiming to be a refugee to the U.N.?

16  A.   Yes.

17  Q.   And you told the U.N. your story.   Right?

18  A.   Yes.

19  Q.   And it's that story that, essentially, got you to the

20  United States.   Right?

21  A.   At the time I didn't know if it was going to the United

22  States.   I just met with the United Nations resettlement.

23  Q.   That was your hope, to get you somewhere other than West

24  Africa?

25  A.   Yes.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.   When you were telling them about your story, they wrote it

2  down.   Right?

3  A.   Yes.

4  Q.   And after they wrote it down, you reviewed it?

5  A.   Yes, I perused the document.

6  Q.   You perused it?

7  A.   Yes.

8  Q.   And you signed it?

9  A.   Yes, I remember signing the document.

10  Q.   So you adopted the statement.   Is that correct?

11  A.   Yes, if I signed it, I adopted it.

12  Q.   You were not rushed into signing that statement.   Right?

13  A.   No, they didn't put me in a rush.

14  Q.   And, in fact, the thing that you signed stated that the

15  correctness of the information contained in this form and

16  understand -- excuse me -- let me start over.

17          You certified "the correctness of the information

18  contained in this form and understand my case may be rejected

19  or closed if this information is later discovered to be false,"

20  right?

21  A.   Well, I can't remember everything that I read, sir, since

22  that time to the UNHCR.  I think that was in 2004 -- I don't

23  know.  It's a little while ago.  I wouldn't remember everything

24  in that statement, sir.

25  Q.   Okay.

**October 14, 2008**

## V. Dulleh - Cross

1          Would it help you to take a look at the statement to

2     refresh your recollection?

3     A.   Yeah.   Why not.

4          MR. WYLIE:   May I approach, Your Honor?

5          THE COURT:   You may.

6     BY MR. WYLIE:

7     Q.   Mr. Dulleh, I'm handing you now what has been marked for

8     identification purposes Defense Exhibit number 3.

9          [Defense Exhibit 3 marked for identification at

10    10:36 a.m.]

11    BY MR. WYLIE:

12    Q.   And I'll turn your attention to the last page of that

13    document.   Do you see your signature there?

14    A.   Yes.

15    Q.   Sir, having reviewed this document, it does say your

16    signature certifies "the correctness of the information

17    contained in this form and understand my case may be rejected

18    and/or closed if this information is later discovered to be

19    false."   Is that what it says?

20    A.   Yes.

21    Q.   And so you knew when you were meeting with this U.N.

22    resettlement counselor, it was very important to be truthful.

23    Right?

24    A.   Yes.

25    Q.   Now, I'll turn your attention to the first page.   Take your

**October 14, 2008**

## V. Dulleh - Cross

1  time in reviewing it, but I'm going to focus in on the fourth

2  paragraph down.

3  A.   (Complied.)

4  Q.   Have you had a chance to look at that?

5  A.   Yes.

6  Q.   Isn't it true it says "Armed men broke through the door and

7  sought me out.   The applicant states that he was tied up and

8  put into a car"?

9  A.   Yes.

10  Q.   Sir, you would agree with me that's very different --

11          MR. GRAVELINE:   Objection, Your Honor.   That's not

12  what the exhibit says.   If counsel could read exactly what it

13  says.   It doesn't say "sought me out."

14  Q.   I will clarify.

15          Isn't it true it says "Armed men broke through the

16      door and sought him out.   The applicants states he was tied

17      up and put into a car"?   Is that accurate?

18  A.   Yes.   What I said earlier, going, forcing me into my room,

19  opening the door and entering was what I considered at the time

20  breaking into my house.

21          That's my bedroom   That's what I considered breaking

22  into.   That's what I thought about.

23  Q.   But here it says "Armed men broke through the door."

24  Right?

25  A.   I'm saying my bedroom   That's what I was referring to and

**October 14, 2008**

## V. Dulleh - Cross

1  so, exactly, my bedroom door was one that was forcibly opened

2  and entered into.   That's what I was referring to.

3  Q.   You say taking these men in your bedroom was the same thing

4  as breaking your door?

5  A.   The door was closed.  I didn't OPEN the door for them

6  They forcibly entered my bedroom

7  Q.   That's not what you testified to on Friday, sir.   Right?

8  A.   I said when I opened the door, I went to Abraham Kelleh.

9  On Friday, Friday, I said they come in running in after me and

10  took me back and entered my room   I didn't mention broken

11  into, not broken into.   I didn't mention that on Friday, but

12  that's what happened.

13  Q.   This interview for you to claim refugee status, when did

14  this take place?

15  A.   I think it was in 2004, somewhere around 2004.

16  Q.   So about four years earlier than your testimony on Friday.

17  Right?

18  A.   It's 2008, yes.

19  Q.   Now, you had another meeting with respect to your refugee

20  status with a gentleman named Jan Peterson.   Do you remember

21  that?

22  A.   I can't remember.   Can you remind me please, sir.

23  Q.   Sure?

24  Q.   Is there something maybe you can look at to maybe remember

25  better?

**October 14, 2008**

## V. Dulleh - Cross

1  A.   Maybe.

2            MR. WYLIE:   May I approach, Your Honor?

3            THE COURT:   You may.

4  BY MR. WYLIE:

5  Q.   I'm handing you now what has been marked for identification

6  purposes as Defendant's Exhibit 4.

7            [Defense Exhibit 4 marked for identification at

8  BY MR. WYLIE:

9  Q.   Sir, what date was this interview taken?

10  A.   I see on the document October 11th, 2004.

11  Q.   Almost exactly four years ago?

12  A.   Yeah.

13            THE COURT:   Is this a good point for us to break for a

14  recess.

15            MR. WYLIE:   Sure.

16            THE COURT:   Ladies and gentlemen, we'll take 10

17  minutes.   Please don't discuss the case.

18            [The jury leaves the courtroom at

19  10:42 a.m]

20            THE COURT:   We're in recess.

21            [There was a short recess at 10:43 a.m]

22            THE COURT:   Can you check if the jurors are ready?

23            THE COURT SECURITY OFFICER:   Yes, they are.

24            THE COURT:   Let's bring them in.

25            [The jury returns to the courtroom at 10:53 a.m]

**October 14, 2008**

## V. Dulleh - Cross

1            THE COURT:   Everyone please be seated.

2    BY MR. WYLIE:

3    Q.   Mr. Dulleh, before the break, I believe we were talking

4    about the interview with Jan Peterson in October of 2004.   Do

5    you remember that?

6    A.   I think -- I can't remember.   I'm trying to recollect, but

7    I think I had more interview with people with UNHCR.

8    Q.   I'll ask you questions about that.   If you can remember,

9    answer.   If you can't, let us know and take a look at that and

10   refresh your recollection.

11            When you were meeting with Mr. Peterson, he was

12   writing down what you were saying.   Right.

13   A.   I think so.

14   Q.   Okay.

15            And after he wrote it down, he gave the document to

16   you to review.   Is that right?

17   A.   I think so, yes.

18   Q.   Well, do you remember, if, in fact, you reviewed the

19   document?

20   A.   I think after he wrote the document, I just went through

21   it.

22   Q.   So you perused it?

23   A.   Yes.

24   Q.   But you signed the document.   Right?

25   A.   Yeah, I see my signature.   Yes, I did.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.   And your wife signed the document.   Right?

2  A.   Yes.

3  Q.   Right above your signature, it says "I certify the above

4       persecution story has been related by me in the presence of

5       an interpreter and that it is in accordance with the

6       truth."   Is that correct?

7  A.   Yes.

8  Q.   So you knew you had to be accurate.   Right?

9  A.   I tried to be as accurate as possible.

10 Q.   And you knew you needed to be truthful?

11 A.   I tried to be as truthful as possible.

12 Q.   Because this was an official document -- this was being

13 used to try to get you resettled.   Right?

14 A.   Yes.

15 Q.   And, sir, you told this Mr. Peterson again the presidential

16 bodyguards broke into your house.   Is that accurate?

17 A.   They broke in, sir, like I continue to maintain.   I don't

18 know why we have a difference right now.   As I continue to

19 maintain, breaking into my room was what I called breaking

20 into.   I don't know, maybe we have a difference, sir, but this

21 is what I think.

22 Q.   On Friday you testified you were at Moussa Cisse's house on

23 January 25th?

24 A.   Yes.

25 Q.   That was the first place you were taken?

**October 14, 2008**

## V. Dulleh - Cross

1    A.    Yes.

2    Q.    And you stated the armed men forced you to change clothes

3    at Moussa Cisse's house.   Is that correct?

4    A.    They gave me trouser to wear, long trousers.

5    Q.    Long trousers?

6    A.    Yes.

7    Q.    You put those on?

8    A.    Yes.

9    Q.    And from there you were taken to Whiteflower?

10   A.    Yes.

11   Q.    During that interview with Mr. Peterson, the U.N. official,

12   you told Mr. Peterson that you were stripped naked and taken to

13   the residence of Charles Taylor in Congotown.   Do you remember

14   saying that?

15   A.    I don't know if the interpreter was saying what I was

16   saying.   I don't think I was stripped naked, you know, maybe at

17   the time I was taken from my house to Moussa Cisse's house.

18   Q.    Do you remember saying that to Mr. Peterson?

19   A.    I can't remember.   If I did say it, I can't remember.

20   Q.    Take a look at Government's Exhibit 4 that I handed you.

21   A.    (Complied.)

22   Q.    I'm focusing in -- take your time and read as much as you

23   like -- I'm focusing on the third line down under

24   "Persecution."

25   A.    I do see it, but really happened to me is I was given long

**October 14, 2008**

## V. Dulleh - Cross

1   trousers to wear and maybe the interpreter probably was what I

2   said when I was taken from my house to Moussa Cisse's house,

3   which is close by at Whiteflower.

4   Q.   So the document that you signed when you were interviewing

5   with Mr. Peterson said you were stripped naked and taken to the

6   President's house.   Correct?

7   A.   I think that's probably the interpreter must have not

8   said -- interpreted probably what I said.   That is what he had.

9   Q.   So that is incorrect, that statement to Mr. Peterson?

10  A.   The statement is somehow incorrect because I didn't, I was

11  not naked taken to the house of the President.

12  Q.   You had trousers on?

13  A.   I had trousers on.

14  Q.   And this was, as you stated, an interview to try to get

15  resettled.   Right?

16  A.   Yes.

17  Q.   Would it be fair to say that you were taken naked to the

18  President's house is an exaggeration?

19  A.   Maybe it's not an exaggeration, but misinterpretation from

20  the interpreter, or he didn't probably understand what I say, I

21  was taken half naked from my house to Moussa Cisse's house.

22  Q.   You think maybe the interpreter misinterpreted it?

23  A.   Maybe.

24  Q.   You said you reviewed this document.   Right?

25  A.   Yes, but I can't remember reading this line.   Probably I

**October 14, 2008**

## V. Dulleh - Cross

1  oversighted this line, sir, and signed the document.  I didn't

2  probably see this one.

3  Q.   Now, you read English well.  Right?

4  A.   I do.

5  Q.   You say you didn't read that line?

6  A.   I said maybe I oversighted this line.

7  Q.   And you signed that document?

8  A.   I did.

9  Q.   And that document was used to get you resettled?

10  A.   Yes.

11        I don't know if this is the final document --  I don't

12  know how the UNHCR system work --  whether this is a final

13  document.  I will not tell you how the UNHCR resettlement

14  system goes, like how it works.  I will not explain that to

15  you, but I did sign the document.  I did talk to UNHCR and they

16  did interview me.

17  Q.   Okay.

18        Now, on Friday you testified that Chuckie touched your

19  penis with an electrical device.  Right?

20  A.   Yes.

21  Q.   And again I want to refer you to refugee claim statement

22  made to the U.N.  That was when you told the U.N. what had

23  happened to you.  Right?

24  A.   Yes.

25  Q.   And you were telling them that story so that you could get

**October 14, 2008**

## V. Dulleh - Cross

1  out of West Africa and get to a safer place.   Right?

2  A.   Yes.

3  Q.   And, again, you reviewed the document.   Right?

4  A.   Which document?

5  Q.   The refugee claim document?

6  A.   Yes.

7  Q.   And it's written in English.   Right?

8  A.   Yes.

9  Q.   And you read it and signed it?

10  A.   Yes, after I wrote the document, I signed it.

11  Q.   You were not rushed into signing the document were you?

12  A.   I was not rushed into signing the document.

13  Q.   And, again, you certified that the information in that

14  document was correct?

15  A.   Yes, the one that I read, yes, that's what I certified.

16  Q.   And you knew that if something in that document was found

17  to be incorrect, you may lose your ability to get resettled.

18  Right?

19  A.   Ultimately, yes.

20  Q.   So it was very important to you to be accurate.   Right?

21  A.   Yes, as much as I could.

22  Q.   And you told the U.N. that the President's son inserted a

23  wire into the shaft of your penis and ran an electrical current

24  through the wire?

25          MR. GRAVELINE:   Your Honor, if he could read the

**October 14, 2008**

## V. Dulleh - Cross

1   sentence that's in the paper.   We would object to changing

2   words.

3               MR. WYLIE:   I'm just -- I'll read it as is.

4   BY MR. WYLIE:

5   Q.   "The applicants says that the President's son inserted a

6        wire into the shaft of his penis and then ran an electric

7        current through the wire."

8               Is that an accurate statement of what that document

9   says?

10  A.   What I meant was that electrocuted, used an electric

11  device, electrocuted my penis and other parts of my body.

12  Q.   You said a wire was inserted into your penis.

13  A.   Maybe the baton or what I was talking about was considered

14  as a wire.   He used a device that shock me, electrocuted me.

15  Q.   I understand, but that baton was not inserted in your penis

16  was it?

17  A.   I didn't I didn't -- which document are you talking about

18  by the way.

19  Q.   I'm referring to Defense Exhibit 3 the one that starts at

20  the top "Refugee claims" the second to the last paragraph,

21  sixth line?

22  A.   The first page?

23  Q.   The first page, yes?

24  A.   This is exactly what I'm talking about.   He used the

25  electric device to shock my penis, my back and --

**October 14, 2008**

## V. Dulleh - Cross

1  Q.   On Friday you said the electric device they touched your

2  body and shocked you.   Right?

3  A.   Yes.

4  Q.   This document says a wire was inserted within your body.

5  Right?

6  A.   Well, I don't know how this was written you could see

7  someone written this one quoting me.   Like I told you they

8  wrote the document and I signed it.   But it was a device he had

9  oh that he used to torture me, shock me.

10 Q.   Would it be fair to say you exaggerated in this statement,

11 sir?

12 A.   I didn't exaggerate when I said Chuckie Taylor used an

13 electric device to shock my penis and the back of my neck and

14 my back.   That was not an exaggeration.

15 Q.   Nothing was inserted within your body?

16 A.   The shock was inserted, of course, the electric shock was

17 put into my body, but something into my penis, no.

18 Q.   That's what this document says.   Right?

19 A.   I don't know what it means, but --

20 Q.   Go ahead.   I'm sorry.

21 A.   I don't know if that's what it means, but that's exactly

22 what I'm telling you, that Chuckie Taylor used an electric

23 device, electrocuted my penis and part of my body.

24 Q.   It says "The President's son inserted a wire into the shaft

25      of my penis."  That's not what you testified to on Friday.

**October 14, 2008**

## V. Dulleh - Cross

1  A.   I said on Friday he used an electric device to electrocute

2  my penis and other parts of my body.

3  Q.   Now, we're talking about this document -- every time you

4  referred to Chuckie Taylor, you referred to the President's

5  son, Chuckie Taylor.  Is that correct?

6  A.   Yes, he is the President's son, so I called him the

7  President's son, Chuckie Taylor?

8  Q.   That's kind of like his title, the President's son, Chuckie

9  Taylor?

10  A.   The reason I said the President's son, the entire episode

11  he was in the office of the President.  He worked with the

12  President and he did part of the torture to me.

13  Q.   So it was important to call him the President's son.

14  Right?

15  A.   According to Chuckie Taylor also.  I don't know if it's not

16  important to call him Chuckie Taylor.

17  Q.   Throughout your conversations with the U.N., you referred

18  to him as Chuckie Taylor, the President's son?

19  A.   It was not true in all my conversations with the UNHCR I

20  referred to him as the President's son.  I also referred to him

21  as Chuckie Taylor.  Please note if you tell someone, for

22  example, Chuckie Taylor, you just call a name, someone will ask

23  you who is this name.  You have to describe who this person is.

24  He worked with the ATU.  He was commander of the ATU and he was

25  the son of the President of the Republic of Liberia.  You have

**October 14, 2008**

## V. Dulleh - Cross

1  to tell the people of UNHCR who this character is.

2  Q.   Now, do you remember the 1997 elections in Liberia?

3  A.   I do.

4  Q.   Your uncle, Mr. Kromah, ran against Charles Taylor in those

5  elections.   Right?

6  A.   Yes.

7  Q.   Now, I want to be clear, on the night of July 25th, the

8  morning of July 25th when you were arrested, you were taken

9  first to Moussa Cisse's house.   Is that correct?

10  A.   Yes.

11  Q.   Who was in the vehicle with you from your house to Moussa

12  Cisse's house?

13  A.   There were some gunmen along with the driver.  I don't know

14  them

15  Q.   Anybody else other than the gunmen and the driver?

16  A.   I can't remember.   There was another person sitting by the

17  driver on the other side when I was in the Jeep, in back of the

18  Jeep, so I don't know who that person was.

19  Q.   Do you know who the driver was?

20  A.   No.

21  Q.   You know Mr. Kelleh.   Right?   He was a friend of yours.

22  Right?

23  A.   Yes.

24  Q.   And you know your cousin who was also there.   Right?

25  A.   Yes.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.  They were not in the car with you going from your house to

2  Moussa Cisse's house, were they?

3  A.  I don't think so.  There were a lot of soldiers in the car,

4  a lot of gunmen in the car with me.  Whether they were among

5  the gunmen -- I didn't see them

6  Q.  And when you left Moussa Cisse's house, you went to

7  Whiteflower.  Right?

8  A.  Yes.

9  Q.  You said Paul Mulbah drove you to Whiteflower?

10 A.  Yes.

11 Q.  Who else was in the car with you?

12 A.  Some gunmen.

13 Q.  Anybody else?

14 A.  Gunmen -- I don't know.

15 Q.  Was Mr. Kelleh in the car with you?

16 A.  I can't remember --

17 Q.  You can't remember?

18 A.  -- if he was.

19 Q.  You think he was?

20 A.  I said I can't remember if he was.

21 Q.  How about your cousin, Mr. Dulleh?  Was he in the car?

22 A.  I can't remember if he was.

23 Q.  Now, sir, you're aware of the Truth and Reconciliation

24 Commission in Liberia?

25 A.  I've heard about it.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.  Excuse me?

2  A.  I've heard about it.

3  Q.  It's a commission that hears claims regarding the war in

4  Liberia?

5  A.  Yes.

6  Q.  It's an ongoing forum  Is that correct?

7  A.  I think.  I have not been following much about it.

8  Q.  It's an opportunity for people who had problems during the

9  war to go tell the Commission about their problems.  Right?

10  A.  I think that's what it's usually about.

11  Q.  And you're aware you can ask this Commission for damages.

12  Right?

13  A.  No, I'm not aware about that.  I told you I haven't read

14  much about the TRC.  I do know it's an organization in

15  Monrovia.  I don't know more than that.  You can tell me.

16  Q.  You've had friends who have testified in front of that

17  Commission?

18  A.  Sorry?

19  Q.  You've had friends who have testified in that Commission?

20  A.  I don't know.  You can tell me.

21  Q.  You're also aware you can sue Chuckie in the United States

22  Courts.  Right?

23  A.  I don't know how the legal system works.  I don't know.

24  Maybe my lawyer needs to advise me on that.

25  Q.  You have a lawyer.  Right?

**October 14, 2008**

## V. Dulleh - Cross

1  A.   I thought I told you earlier I do have a lawyer.

2  Q.   You are aware you can sue Charles Taylor in the United

3  States courts?

4  A.   My lawyer needs to advise me of that.

5  Q.   As the former President of Liberia, you must assume Charles

6  Taylor has many assets?

7  A.   I don't know.  I just assume African leaders as a whole

8  have wealth.  I don't know if Mr. Taylor.

9  Q.   Some African leaders have wealth?

10  A.   Some African leaders.

11  Q.   As you stated, Chuckie is President Taylor's son.

12  A.   Unless you tell me otherwise it's not true, that he's not

13  President Taylor's son.

14  Q.   And your lawyer is here today.  Right?

15  A.   (No response).

16  Q.   Your lawyer is in the courtroom today?

17  A.   My lawyer came with me.

18  Q.   And your lawyer is a civil litigator?

19  A.   Tell me what does that mean.

20  Q.   Your lawyer is involved in money disputes sometimes?

21  A.   I don't know.  I only know my lawyer is involved with me.

22  I know my lawyer practices law actively, an active lawyer.

23  Q.   She's a part of one of the best law firms in all of

24  Chicago.  Right?

25  A.   Again, I don't know much about the legal system in America

**October 14, 2008**

## V. Dulleh - Cross

1   or Chicago, but I know she's one of the best lawyers that I

2   know and I'm so proud of my lawyer.

3   Q.   You're not paying your lawyer, are you?

4   A.   I'm not paying my lawyer right now.

5   Q.   Now, you applied for political asylum in the United States

6   right?

7   A.   I applied through the UNHCR.

8   Q.   As a refugee?

9   A.   Right.

10  Q.   Because you wanted to be resettled and go somewhere other

11  than West Africa?

12  A.   Yes.

13  Q.   You received protected Immigration status in the United

14  States.   Right?

15  A.   I don't know what that means, but I came as a refugee, so

16  I'm protected by that refugee status.

17  Q.   And you're allowed to stay now in the United States.

18  Right?

19  A.   Yes.

20  Q.   And you found out you could stay in the United States on

21  August 18th, 2005.   Does that sound accurate?

22  A.   If I did found out I could stay in the United States on

23  August 18th?  Yes, that was -- can you, can you repeat that

24  question?  It's a little confusing, please.

25  Q.   I'm sorry.   It was probably not a clear question.

**October 14, 2008**

## V. Dulleh - Cross

1                   You learned that you would be allowed to go to the

2    United States on August 18th, 2005.

3    A.  Yes, I think so.  I think.  I'm not sure, but . . .

4    Q.  And you applied for political asylum while you were in

5    Guinea.  Right?

6    A.  I don't know if the asylum process was talking to UNHCR or

7    the process of applying for political asylum.  If that is it,

8    yes.

9    Q.  You spoke to the United Nations in Guinea about

10   resettlement?

11   A.  Right.

12   Q.  And they helped you gain asylum?

13   A.  Right.

14   Q.  And to get resettled to the United States you had to tell

15   them the story of what happened to you in Liberia.  Right?

16   A.  Yes.

17   Q.  And you had to fill out forms?

18   A.  Yes, I think so.

19   Q.  You had to apply to be a refugee?

20   A.  Yes.

21   Q.  You had to fill out forms on whether you were a terrorist

22   or whether you had committed any crimes in the past.  Right?

23   A.  I think so.  I'm not remembering right now.

24   Q.  Did you have a hearing with an Immigration officer?

25   A.  When.

**October 14, 2008**

## V. Dulleh - Cross

1  Q.  In the United States.   Did you have a hearing?

2  A.  No.

3  Q.  Did you have a hearing in Guinea with any officials?

4  A.  Yes.

5  Q.  And that hearing was under oath.   Right?

6  A.  Yes.

7  Q.  You swore to tell the truth.   Right?

8  A.  They just conducted interview and we signed documents.

9  Q.  But you promised what you told them would be true.   Right?

10  A.  Yes.

11  Q.  And the documents you signed you promised the things you

12  put on those documents would be true.   Right?

13  A.  Yes.

14  Q.  And you told those U.N. officials that it would be

15  dangerous for you to go back to Liberia.   Right?

16  A.  Yes.

17  Q.  You stated that Chuckie or people that knew him would hurt

18  you if you went back?

19  A.  I said probably not -- I said those who victimized me could

20  run after me.

21  Q.  And this fear you claimed you say was politically

22  motivated.   Is that correct?

23  A.  There are some political undertones, yes, people being

24  moved politically somehow.

25  Q.  It was your opposition or your problems with the government

**October 14, 2008**

## V. Dulleh - Cross

1  that led to this claimed danger.   Right?

2  A.   Yeah, and my experience that I underwent already when I was

3  in jail because of that political motivation.

4  Q.   So you claimed political persecution?

5  A.   Yes.

6  Q.   And you had to do that to get to the United States.   Is

7  that right?

8  A.   Again, sir, may I state that I didn't go to the United

9  Nations to come to the United States.   May I state I went to

10 the United Nations to be resettled.   It could be Japan, Korea,

11 Canada, America, whatever.   It was not purposely to come to the

12 United States, sir.

13 Q.   I understand.   Fair enough.

14         But to get resettled, you understood you had to say

15 that you were politically persecuted.   Right.

16 A.   Yes.

17 Q.   Because it wasn't enough just to say that Liberia has a war

18 going on.   Right?

19 A.   What I was to do is explain my story and meet the criteria

20 for resettlement.

21 Q.   That criteria -- it isn't enough to say Liberia is poor.

22 Right?

23 A.   Well, sir.   I don't know -- I think you asked me earlier

24 and I told you Liberia is a poor country.   That is a

25 conventional fact.   It's a very poor country.   Something very

### October 14, 2008

## V. Dulleh - Cross

1  unfortunate.  I have to explain my story to you and UNHCR.

2  Q.  If you were just to say "Liberia is very poor.  I want to

3       resettle," that wouldn't be enough, would it?

4  A.  I don't think coming from a poor country, you know, satisfy

5  the criteria of the United Nations to be resettled.  That

6  wasn't the criteria and I was -- I know that what happened to

7  me was a story that I wanted to explain and tell the United

8  Nations and whoever was ready and wanted to listen.

9          I explained my story to them and they had to figure

10 out whether my story was right and fit within the criteria of

11 resettlement.  It was not up to me to determine if my story or

12 what happened to me, my ordeal, was up to the criteria for

13 resettlement.

14 Q.  That was up to the United Nations to determine if you

15 should be resettled.  Right?

16 A.  Right.

17 Q.  But if your story had been "Liberia is very poor.  I want

18       to go somewhere else," that wouldn't have met the criteria

19 right?

20 A.  If I would have given the story Liberia is poor to the

21 UNHCR, I think I know enough to just write Liberia is poor to

22 the UNHCR because I want to travel, that would be a desperate

23 attempt to travel, you know.

24 Q.  Because that wouldn't work.  Right?  You need more?

25 A.  Whether that would work or not, what I'm saying is that I

**October 14, 2008**

## V. Dulleh - Cross

1  would be like a fool-headed to just write "My country is poor"

2  and just go to the UNHCR because I'm desperate to travel.   What

3  I'm trying to say, I wanted to explain my story, explain my

4  ordeal so the UNHCR will hear me and know this person, I have

5  gone through this pain, and it was up to them and, I mean,

6  that's what I did.

7  Q.   Now, when you were telling the story to the United Nations,

8  was Chuckie Taylor present?

9  A.   No.

10  Q.   Was his lawyer or a lawyer for Chuckie Taylor present when

11  you were telling the story to the United Nations?

12  A.   No.

13  Q.   Do you know if Chuckie Taylor or his lawyer was ever

14  notified about your claims to the United Nations?

15  A.   I don't know.

16  Q.   Now, as you stated, these claims you made to the United

17  Nations, they were under oath.   Right?

18  A.   Yes.

19  Q.   And you filled out forms under oath right?

20  A.   Yeah, I signed forms that I filled out.

21  Q.   And these hearings and those forms were subject to the

22  penalty of perjury.   Is that correct?

23  A.   I don't know what that means, sir.

24  Q.   Well, if you were -- if you lied on those forms or during

25  that hearing, you could get in trouble with the law.   Right?

**October 14, 2008**

## V. Dulleh - Cross

1   A.   Yes, but I told you that they wrote the document and

2   probably not all of the lines that I have read and I signed the

3   document, so, obviously, yes.

4   Q.   Okay.

5           And if you were to be found to have done something

6   wrong or violated the law, the United States Government would

7   surely deport you, would they not?

8   A.   I think they will, but I'm not well versed with Immigration

9   law, so I will not definitely say, you know, yes, but I think

10  they might.

11  Q.   Now, your wife and your child also are in the United

12  States?

13  A.   Yes.

14  Q.   And they got to the United States based on your story to

15  the United Nations as well.  Right?

16  A.   Yes.

17  Q.   And you still have two children in Liberia?

18  A.   Yes.  No.  Sorry.  They should be in Guinea.  I don't know

19  if they come back to Liberia.  They should be somewhere in

20  Guinea.

21  Q.   You think they're in Guinea?

22  A.   That I can remember.

23  Q.   You're able to claim derivative asylum claims for them

24  Are you aware of that?

25  A.   Yes, I am aware.

**October 14, 2008**

## V. Dulleh - Cross

1   Q.   Are you going to try to bring them over here?

2   A.   That's what I'm hoping.

3   Q.   You said you applied for asylum in 2005.   Is that right?

4   A.   Are you talking about going to the United Nations?

5   Q.   Yes, sir.

6   A.   Yes.

7   Q.   The war in Liberia was over at that point.   Right?

8   A.   I think so.   I think the war was -- yeah, I think so.   I'm

9   not sure if it was well over.   I'm not pretty sure.

10  Q.   A peace agreement had been signed in 2005?

11  A.   Yeah right.

12  Q.   And disarmament was taking place?

13  A.   Yes.

14  Q.   There was a new President?

15  A.   Yes, there was a new President.

16  Q.   And Charles Taylor was no longer President in 2005?

17  A.   No, he was not President.

18  Q.   In fact, he had left Liberia.   Right?

19  A.   Yes.

20  Q.   And do you know if Chuckie had left Liberia in 2005?

21  A.   I don't know.

22  Q.   Now, since the war is over, why haven't you gone back to

23  Liberia?

24  A.   You have to understand I have started the process of the

25  UNHCR documentation and gone far into it and also I fear there

**October 14, 2008**

## V. Dulleh - Redirect

1  are elements of Charles Taylor who have stayed active.   I still

2  feel somehow insecure.

3  Q.   Excuse me?

4  A.   I felt somehow insecure and I had started the practice

5  already.

6  Q.   In fact, you want to stay in the United States.   Right?

7  A.   If I do want to stay in the United States?

8  Q.   Yes.

9  A.   Right now?

10  Q.   Yes.

11  A.   Obviously, yes.

12  Q.   Because you've applied to become a permanent resident of

13  the United States.   Right?

14  A.   Yes.

15  Q.   And you're aware that it's the United States Government who

16  is going to decide whether you can become a permanent resident

17  or not.   Right?

18  A.   Yes.

19          MR. WYLIE:   No further questions, Your Honor.

20          THE COURT:   Redirect.

21                    REDIRECT EXAMINATION

22  [Beginning at 11:28 a.m., 10/14/08.]

23  BY MR. GRAVELINE:

24  Q.   Mr. Dulleh, do you see exhibit VD 6 on your screen?

25  A.   Yes.

**October 14, 2008**

## V. Dulleh - Redirect

1  Q.   And what was VD 6 again?

2  A.   I think this is a permit, a request for travel from Liberia

3  an exit request.

4  Q.   And was this your exit request in 2003?

5  A.   Yes, this was my exit request under the name I left Liberia

6  with.

7  Q.   That was William Sakie Tokpah?

8  A.   Yes.

9  Q.   You said you had a friend who helped you submit this claim

10 Is that correct?

11 A.   Yes.

12 Q.   Why did you have a friend do it as opposed to yourself,

13 personally?

14 A.   Sir, I was, I was afraid and for the most part of the time

15 I was released, I was in hiding.  I wasn't in the streets.   I

16 was in hiding.  I couldn't expose myself to the government.  If

17 I was to go to the government and say "I'm applying to

18     leave" -- there was no trust anymore.  I couldn't trust

19 them anymore.  That's why I didn't appear by myself.  My friend

20 had to do it.

21 Q.   Once you left Liberia, did you continue to use the name

22 William Sakie Tokpah when you were in Sierra Leone?

23 A.   When I got on the plane and landed in Freetown, that was

24 it.

25 Q.   That was the last time you used the name William Sakie

**October 14, 2008**

## V. Dulleh - Redirect

1  Tokpah?

2  A.   I think I used the name also to get on the flight to

3  Freetown.   That was the travel document I had.   Out of Freetown

4  to Conakry, I was still using the travel document.   Once I had

5  gotten to Conakry, I didn't use William Sakie Tokpah anymore.

6  Q.   I believe you testified you had to leave the country of

7  Liberia twice in the 1990s?

8  A.   Yes.

9  Q.   When you left the country of Liberia, what was the first

10  time you left?

11  A.   I said it was in 1990.

12  Q.   Did you travel by yourself or were you with a group of

13  people?

14  A.   We traveled with a group of people in the car.   This was a

15  mass exodus and everybody just moving out, running away from

16  conflict zones.   When I left, everything was like in shambles.

17  People were fleeing for their lives across the border.

18  Q.   The second time you left, did you leave by yourself or with

19  a group of people?

20  A.   I left with a group of people, again, almost the same

21  scenario, people leaving in mass.

22  Q.   The last time you left when you used the name William Sakie

23  Tokpah, was that the same or different?

24  A.   It was different.   I had to go through documentation and I

25  got on a flight and I left.   This was more organized, but that

**October 14, 2008**

## V. Dulleh - Redirect

1  one was like real running on your heels, running for life.

2  Even though I ran prior, it was different.

3  Q.  Once you left Liberia twice during the 1990s, did you come

4  back?

5  A.  Yes, I did.

6  Q.  And I believe you testified on direct examination you had a

7  job.  Correct?

8  A.  Yes, I did.

9  Q.  What was your job in Liberia?

10  A.  I worked as supervisor at the free port of Monrovia under

11  the National Port Authority.

12  Q.  How long did you work at the National Port Authority?

13  A.  I worked at the National Port Authority from 2 -- sorry --

14  from 1996 to 2002, up to my arrest.

15  Q.  So for six years you had this job at the free port of

16  Monrovia?

17  A.  Yes.

18  Q.  And I believe you testified on cross-examination that

19  President Taylor was elected in 1997.  Is that correct?

20  A.  Yes, there was an election in which he was elected as

21  President in 1997.

22  Q.  So from 1997 to 2002, did you have a good job in Liberia?

23  A.  Oh, yes, I had a good job at the free port of Monrovia.

24  Q.  Were you attending school from that time?

25  A.  Yes, I was jobbing and going to school at the same time.

**October 14, 2008**

## V. Dulleh - Redirect

1   Q.   You had a family?

2   A.   Yes.

3   Q.   At any point from 1997 until your arrest in 2002, had you

4   given any thought about leaving Liberia?

5   A.   No, but there were moments some when some friends of mine

6   at the student unification at the University of Liberia fled,

7   but I didn't give it a thought.   I thought we needed to stand

8   there and be the last voice to champion the cause of freedom

9   and democracy in our country.

10  Q.   I believe the defense asked you a number of questions about

11  some documents.   Are those documents still in front of you?

12  A.   Yes.

13  Q.   I'd like to point your attention to Defense 2 for

14  identification.

15  A.   I have 4 and 3.

16          MR. GRAVELINE:   Your Honor, if I can approach the

17  witness?

18          THE COURT:   You may.

19  BY MR. GRAVELINE:

20  Q.   I'm going to hand you what has been marked Defense Exhibit

21  2 for identification.   Mr. Dulleh, what is the title of that

22  document?

23  A.   "An Account of My Prison Ordeal in Liberia."

24  Q.   How many pages is it?

25  A.   It should be, I think, three pages.   Yeah, it is three

**October 14, 2008**

## V.  Dulleh - Redirect

1   pages.

2   Q.   Did you write this document?

3   A.   If I did write --

4   Q.   Right.   Did you write this, as opposed to being interviewed

5   by someone?

6   A.   No, I did write it, but someone typed it out for me.

7   Q.   Someone was typing and you told them what to type?

8   A.   Yes.   I wrote it out -- actually, this happened in a

9   French-speaking country.   The guy who did it knows a bit of

10  English.   I was reading and he was typing, reading and typing.

11  Q.   In this document you identified who abused you from the

12  Liberian government.

13  A.   Yes.   I mention -- yes, I mentioned the people who tortured

14  me.

15  Q.   I'm directing your attention to the fourth paragraph of

16  this document.   Do you state in this document who President

17  Taylor ordered to compel you to say what he called the truth?

18  A.   Yes.

19          MR. WYLIE:   Objection, Your Honor.   This isn't in

20  evidence and it's not impeachment.

21          MR. GRAVELINE:   Under the rule of completeness, I

22  believe I can ask about other statements in this document other

23  than what just the defense counsel pointed to, one sentence.

24          THE COURT:   Overruled.

25  BY MR. GRAVELINE:

**October 14, 2008**

## V. Dulleh - Redirect

1  Q.   Do you see in paragraph 4 where you state who President

2  Taylor ordered to compel me to say what he called the truth?

3  A.   Yes.

4  Q.   Who did you identify in this document?

5  A.   I identify General Benjamin Yeaten and Chuckie Taylor,

6  commander of the Anti-Terrorist Unit.

7  Q.   In the next paragraph, did you identify what these two

8  generals did to you?

9  A.   Yes, I mentioned what they did to me.

10  Q.   What did you identify as them having done to you?

11  A.   I mentioned they used a pressing iron on me, hot pressing

12  iron on my body.   I mentioned they used hot boiled water on my

13  body and I mentioned they point their guns in my head on two

14  occasions, two different occasions, and I mentioned they use

15  electric device on me to shock me, and I mentioned they use

16  salt in the fresh wounds that I had, put salt in my wounds.

17  Q.   I'd like to direct your attention to Defense Exhibit number

18  3 for identification.

19           What's the title of Defense Exhibit 3 for

20  identification?

21  A.   It says "Refugee claim, Including Events and Reasons

22  Leading to the Granting of Refugee Status.   Reasons for

23  Continued Need for International Protection and the Applicant's

24  Claim"

25  Q.   How was this document prepared?   Did you sit down and write

**October 14, 2008**

## V. Dulleh - Redirect

1  it in your own handwriting?

2  A.   No, I just explained and when I explained I think a lady,

3  she wrote down.   It wasn't on the same day that I explained.

4  She took notes and she went back and wrote everything.

5  Q.   Then did she bring it back and then you reviewed it and

6  signed it?

7  A.   She brought it back and I reviewed it and signed it.

8  Q.   In this document, did you identify the people who abused

9  you from the Liberian government?

10  A.   Yes.

11  Q.   Who did you identify as the people who abused you from the

12  Liberian government?

13  A.   I think I identified Chuckie Taylor and General Benjamin

14  Yeaten.

15  Q.   Did you state in here what they had done to you?

16  A.   Yes.

17  Q.   I direct your attention to the sixth paragraph.

18  A.   Yes.

19  Q.   Do you say in that paragraph where you were taken?

20       MR. WYLIE:   Objection.   Leading.

21       THE COURT:   Overruled.

22  A.   Yes.   I said I was taken to General Yeaten's house from the

23  President's house.

24  Q.   And does it say what you were told to do there?

25  A.   Yes.   They took off my shirt and General Yeaten earlier

**October 14, 2008**

## V. Dulleh - Redirect

1  asked me, interrogated me briefly --

2  Q.   I'm just asking what's here.   Did you also say what General

3  Yeaten and the President's son, Chuckie, then did to you?

4  A.   Yes.

5  Q.   What did you say in that document?

6  A.   They poured boiled water on my skin, put an electric iron

7  on me and used an electric shocking device on me.

8  Q.   Did you also mention in this document anywhere about being

9  forced to call your uncle?

10  A.   I think so.   I did say that to her, that I were forced to

11  talk to my uncle.

12  Q.   I direct you to the very bottom of that first page.

13  A.   Yeah.   Yes.

14  Q.   Did you describe for the UNHCR representative the forced

15  conversation with your uncle?

16  A.   Yes.   I told them exactly what I could remember from the

17  conversation.   I explained that to the UNHCR.

18  Q.   Now, is this document word-for-word your words?

19  A.   No, never my wording.

20  Q.   But, generally speaking, is this what you related to the

21  UNHCR?

22  A.   This is, this is not exactly what I related to the UNHCR.

23  The way I explained it is not the way it was written exactly.

24  Q.   Now, defense counsel asked you about your HIV status.   When

25  did you first find out you were HIV positive?

**October 14, 2008**

## V. Dulleh - Redirect

1    A.    2005.

2    Q.    Where did you find out?

3    A.    Guinea, Conakry.

4    Q.    At what point were you in the asylum process at that time?

5    A.    At the time I have already been interviewed.  I was already

6    coming to the United States and everything was done.  That was

7    the last stage.

8    Q.    Defense counsel also asked you that when you were

9    interviewed through the asylum application, whether Chuckie was

10   present there.   Was he present when you gave this interview

11   during the asylum process?

12   A.    For UNHCR

13   Q.    Correct.

14   A.    No.

15   Q.    So Chuckie Taylor could not hear your accusations then.

16   Correct?

17   A.    No, he couldn't hear.   He wasn't there.

18   Q.    I believe defense counsel asked you if your lawyers were

19   there.

20   A.    No.

21   Q.    Was Chuckie Taylor under the hole at Klay Station with you

22   when you first identified him with some men as the person who

23   tortured you?

24   A.    No, he was never in the hole.   Chuckie Taylor was never in

25   the hole.

**October 14, 2008**

## V. Dulleh - Redirect

1  Q.   So Chuckie Taylor was not there to rebut what you told

2  those men in Klay?

3  A.   Chuckie Taylor was not there.

4            MR. WYLIE:   Objection to leading.

5            THE COURT:   Sustained.

6  BY MR. GRAVELINE:

7  Q.   Was Chuckie Taylor's lawyers under the weigh scale at Klay

8  when you accused him with those men of torture?

9            MR. WYLIE:   Objection.

10            THE COURT:   Sustained.

11  BY MR. GRAVELINE:

12  Q.   Were you able to see everyone in the hole with you when you

13  were first put in there?

14  A.   Yes.

15  Q.   What, if any, attorneys did you see in the hole under the

16  weigh station at Klay?

17  A.   Sorry?

18  Q.   What, if any, lawyers did you see under the weigh station

19  at Klay?

20  A.   Absolutely no lawyers.

21            MR. GRAVELINE:   No further questions.

22            THE COURT:   Thank you.   The witness is excused.

23            [The witness was excused at 11:44 a.m]

24            MR. GRAVELINE:   The United States calls Abraham Kelleh

25  to the stand.

**October 14, 2008**

## Kelleh - Direct

1

2              ABRAHAM KELLEH,  GOVERNMENT'S WITNESS,  SWORN

3                         DIRECT EXAMINATION

4  [Beginning at 11:45 a.m]

5              THE COURT:   Why don't you sit close to the microphone

6  and bring it down a little bit so it's close to you.

7              THE WITNESS:   (Complied.)

8  BY MR. GRAVELINE:

9  Q.   Please state your name and spell it for the record?

10 A.   I'm Abraham Kelleh, K-e-l-l-e-h.

11 Q.   Abraham is the normal spelling?

12 A.   A-b-r-a-h-a-m

13 Q.   Where were you born Mr. Kelleh?

14 A.   I was born in the outskirts of Monrovia, Lofa County.

15 Q.   Do you still live in Liberia?

16 A.   Yes.

17 Q.   Where do you live in Liberia?

18 A.   I live in Monrovia.

19 Q.   What type of work do you do in Liberia?

20 A.   I work at National Port Authority, a tally clerk.

21 Q.   How long have you worked at the port?

22 A.   13 years.

23              THE COURT:   I'm sorry.   Was that "a tally clerk"?

24              Why don't you spell that?

25              THE WITNESS:   T-a-l-l-y c-l-e-r-k.

**October 14, 2008**

## Kelleh - Direct

1  BY MR. GRAVELINE:

2  Q.   During your time at the port, did you ever meet a man named

3  Varmuyan Dulleh?

4  A.   Yes, I met Varmuyan Dulleh at the National Port Authority.

5  He was my supervisor.

6  Q.   Away from work, were you friends with Mr. Dulleh?

7  A.   Yes.

8  Q.   I'd like to focus your attention July, 2002.   Where were

9  you living at that time?

10  A.   I was living Congotown.

11  Q.   Who was the President of Liberia at that time?

12  A.   President Charles Taylor.

13  Q.   Did something out of the ordinary happen to you in July of

14  2002?

15  A.   Yes.

16  Q.   What happened?

17  A.   On July 2003 -- 2002 -- I was arrested from my home,

18  Congotown.

19  Q.   You said in July of 2002 you were arrested?

20  A.   Yes.

21  Q.   Do you remember the exact date you were arrested?

22  A.   1:45 a.m

23  Q.   Do you remember the date, though?

24  A.   No, I can't remember the date.

25  Q.   You said 1:45 a.m?

**October 14, 2008**

## Kelleh - Direct

1    A.    Yes.

2    Q.    That was the TIME you were arrested?

3    A.    Yes.

4    Q.    How can you be sure of that time?

5    A.    Well, I have a clock in my room   I woke up and look at the

6    time.

7    Q.    Now, did your home in Liberia have electricity?

8    A.    Yes.

9    Q.    Is that how you had a clock in your room?

10   A.    I have battery in the clock.

11   Q.    Now, when you were awakened, how were you awakened that

12   night?

13   A.    How.

14   Q.    What woke you up that night?

15   A.    At the port?

16   Q.    At your house.   You said you were arrested.

17   A.    I was sleeping, but they wake me up.

18   Q.    How did they wake you up?

19   A.    From the window side.

20   Q.    Who woke you up at the window side?

21   A.    My friend Mamodou Dulleh.

22   Q.    How did he wake you up?

23         THE COURT:   What is the name of the friend?

24         THE WITNESS:   Mamodou, M a-m o-d-o-u D-u-l-l-e-h.

25   BY MR. GRAVELINE:

**October 14, 2008**

## Kelleh - Direct

1  Q.   Did you actually go outside?

2  A.   I walk outside.

3  Q.   What did you see when you got outside?

4  A.   I saw security personnel.

5  Q.   How were they dressed that night?

6  A.   They dressed mufty.

7  Q.   What does "mufty" mean?

8  A.   Plain clothes, jacket.

9  Q.   Did you see anything in their hands at that time?

10 A.   No.

11 Q.   What, if anything, did they say to you when they came out

12 of the house?

13 A.   Well, they asked me whether I know Varmuyan Dulleh.

14 Q.   What did you tell them?

15 A.   I tell them yes, Dulleh and I worked together.

16 Q.   Did they ask you anything after they asked you that

17 question?

18 A.   Yes.

19 Q.   What did they ask you?

20 A.   They told me if I could help carry them to Varmuyan Dulleh.

21 Q.   What did you say?

22 A.   I told them at this time of the hour, it's too late.  We

23 can leave it to tomorrow.

24 Q.   What did they say?

25 A.   They said "No, we have to go tonight."

**October 14, 2008**

## Kelleh - Direct

1  Q.   Did you take them to Varmuyan Dulleh's house that night?

2  A.   Yeah, I took them 'cause I have no authority but to carry

3  them

4  Q.   Why don't you have any authority but to carry them?

5  A.   I scared to be killed because my tribe, they were arresting

6  my tribe.

7  Q.   What's your tribe?

8  A.   Mandingo.

9  Q.   How did you get to Mr. Dulleh's house that night?

10  A.   There were several cars.  I got in one white car, one Jeep.

11  Q.   Where is Mr. Dulleh's house?

12  A.   Dulleh live Bin Street (ph.)

13  Q.   I'm showing you what has already been put into evidence

14  Government's Exhibit VD 1.  Do you recognize this?

15  A.   Yes, Varmuyan Dulleh house.

16  Q.   Is this the house you brought the men to that night?

17  A.   Yes.

18  Q.   What was the first thing you did when you got to

19  Mr. Dulleh's house?

20  A.   I walk to the window side.

21  Q.   Which window did you walk to?

22  A.   This is the window.

23  Q.   Can you indicate on the screen which window you walked to?

24  A.   Yes.

25  Q.   Can you point to it on the screen?  Can you make an X on

**October 14, 2008**

## Kelleh - Direct

1  the screen which window you went to?

2  A.   Yes.

3  Q.   Go ahead.

4  A.   (Complied.)

5  Q.   Why did you go to that window?

6  A.   They told me to wake up Varmuyan Dulleh.

7  Q.   Had you been to Varmuyan Dulleh's house before?

8  A.   I been there before.  He carried me there.

9  Q.   Did you know which room he usually slept in?

10 A.   Yes.

11 Q.   Is that the room he usually slept in?

12 A.   Yes.

13 Q.   What did you do to get Mr. Dulleh's attention that night?

14 A.   I told him "Your brother want to see you, Mamodou Dulleh."

15 Q.   When you say "brother" --

16 A.   Family.

17 Q.   When you say "brother," does that mean from the same

18 mother?

19 A.   No, no, no, extended family.

20 Q.   Extended family?

21 A.   Yeah.

22 Q.   More cousin than brother?

23 A.   Something like that.  It's in the family, but not from one

24 father and mother, no.

25 Q.   What did you say to Varmuyan Dulleh at the window?

## October 14, 2008

## Kelleh - Direct

1    A.   I told him "It's your brother want to see you outside."

2    Q.   What did Mr. Dulleh say in response?

3    A.   He walked outside.

4    Q.   He walked outside?

5    A.   Yes.

6    Q.   Where did he walk outside from?

7    A.   The front door.

8    Q.   Can you point to where the front door is on the picture?

9    A.   Yes.

10   Q.   Can you put a mark on the front door using the picture, VD

11   1?  Can you put a mark on the picture where the front door is?

12   A.   (Complied.)

13             Okay.

14   Q.   When you saw Mr. Dulleh come outside, what happened then?

15   A.   When he walk out strictly to me, just at the same time he

16   saw a security guard coming from the side of the house and he

17   begin to escape, run away.

18   Q.   Mr. Dulleh began to run?

19   A.   Yeah.

20   Q.   What direction did he run?

21   A.   He ran on the back side on the house.

22   Q.   Using your finger, can you put a mark to show which way he

23   ran on this photograph?

24   A.   Yes.

25   Q.   Go ahead.

**October 14, 2008**

## Kelleh - Direct

1  A.  (Complied.)

2  Q.  Did Mr. Dulleh escape that night around the house?

3  A.  He escape, but the security guard fired on the side, so he

4  was arrested.

5  Q.  You said a security guard fired on the side?

6  A.  Yes.

7  Q.  Using what?

8  A.  I don't know, but I saw a gun with them

9  Q.  Did you see Mr. Dulleh again that night after the guard

10  fired?

11  A.  Yeah.

12  Q.  Did you see Mr. Dulleh again at his house there that night?

13  A.  No, no, he were carried away to the car.

14  Q.  All right.  So you saw him carried to the car?

15  A.  Of course.

16  Q.  At this point, did you see the men outside of Mr. Dulleh's

17  house with anything in their hands?

18  A.  I see them with gun.  Only fire heard.

19  Q.  Gun fired.  Did you see guns at that point?

20  A.  At that time -- I no actually see a gun with them

21          THE COURT:  Why don't we take our lunch recess?

22          Ladies and gentlemen, please return at 1:15.  Please

23  do not discuss the case.  Have a good lunch.

24          [The jury leaves the courtroom at 11:55 a.m]

25          THE COURT:  The witness is excused.

**October 14, 2008**

## Kelleh - Direct

1          [The witness was excused at 11:55 a.m]

2          THE COURT:   What are we going to do?

3          MR. GRAVELINE:   I would suggest that we use the

4    interpreter, Your Honor.   The Government has worked with

5    Mr. Kelleh to slow down and enunciate.   Obviously, he's pretty

6    worked up and going quickly.

7          THE COURT:   Either we use the interpreter or you

8    repeat for our benefit what you understand him to say.

9          MR. GRAVELINE:   We'll use the interpreter.

10          THE COURT:   Have a good lunch.

11          MS. HECK-MILLER:   Thank you, Judge.

12          [Luncheon recess at 11:57 a.m]

13          THE COURT:   Are all of the jurors back?

14          THE COURT SECURITY OFFICER:   Yes.

15          THE COURT:   Let's bring the witness up please.

16          THE WITNESS:   (Complied.)

17          THE COURT:   Bring the jury in, please.

18          [The jury returns to the courtroom at 1:13 p.m]

19          THE COURT:   Everyone please be seated.

20   BY MR. GRAVELINE:

21   Q.   Mr. Kelleh, can you move closer to the microphone.

22          Before the lunchbreak, Mr. Kelleh, I was having a

23   little bit of difficulty understanding everything you were

24   saying.   I have asked the court interpreter to repeat your

25   answers, interpreter from Liberian English into English.   All

**October 14, 2008**

## Kelleh - Direct

1  right?  I'll ask the question.  You answer and give the

2  interpreter a little bit of time in order to interpret your

3  response.   All right?

4  [Through the Interpreter:]

5  A.   Okay.

6         MR.  GRAVELINE:   With the Court's indulgence, I'm going

7  to back up here.

8         MR.  GRAVELINE:   Agent Naples, if you could put exhibit

9  VD 1 on the screen.

10        AGENT NAPLES:   (Complied.)

11 BY MR.  GRAVELINE:

12 Q.   What is this a picture of?

13 A.   This picture is Varmuyan Dulleh house.

14 Q.   Is this the place you got the security men to that night in

15 July?

16 A.   Yes.

17 Q.   Where did you go when you first arrived at this house that

18 night?

19 A.   I went to the window side.

20 Q.   Which window, in particular, did you go to?

21 A.   It's the window at Varmuyan Dulleh's room

22 Q.   Had you been to Varmuyan Dulleh's house before?

23 A.   Yes.

24 Q.   Did you know which room was Varmuyan Dulleh's room?

25 A.   Yes.

**October 14, 2008**

## Kelleh - Direct

1   Q.   And using the computer screen, can you make an X on the

2   room that you understood to be Varmuyan Dulleh's bedroom?

3   A.   (Complied.)

4            MR. GRAVELINE:   Let the record reflect the witness has

5   done as instructed and he has marked the far left window on

6   exhibit VD 1.

7            THE COURT:   The record reflects.

8   BY MR. GRAVELINE:

9   Q.   What did you do to try to get Mr. Dulleh's attention that

10  night?

11  A.   I knocked on the window and Varmuyan Dulleh woke up.

12  Q.   Did you say anything to Mr. Dulleh that night?

13  A.   Yes.

14  Q.   What did you say?

15  A.   I told him "It's your brother who wants to see you, Mamadou

16       Dulleh."

17  Q.   When you say "brother," do you mean actually from the same

18  mother?

19  A.   No, it's an extended family.

20  Q.   What did Mr. Dulleh say in reply to you?

21  A.   He hesitated and then he walked outside.

22  Q.   Where did he walk outside from?

23  A.   He walked outside from the leave door side, the front door.

24  Q.   Can you some place an X on the photograph to show where

25  Mr. Dulleh walked out of the house from?

**October 14, 2008**

## Kelleh - Direct

1    A.    (Complied.)

2              MR. GRAVELINE:   May the record reflect the witness has

3    done as instructed on the stairway.

4    BY MR. GRAVELINE:

5    Q.    What did Mr. Dulleh to do once he came outside the house?

6    A.    He walked straight to me.

7    Q.    And where were you standing that night?

8    A.    I was standing right around here.

9    Q.    Can you make an X on where you were standing that night?

10   A.    Yes.

11   Q.    Please do so.

12   A.    (Complied.)

13   Q.    What did you see Mr. Dulleh do after he walked toward you

14   that night?

15   A.    When he walked directly to me, he saw a security guard

16   coming directly him and so he started escaping.

17   Q.    When he say he tried to escape, what did he do?

18   A.    Ran by the side of the house, behind the house.

19   Q.    Can you make a mark on the photograph of which side he ran

20   around?

21   A.    Yes.

22   Q.    Please do so.

23   A.    (Complied.)

24   Q.    Were the security guards able to detain Mr. Dulleh that

25   night?

**October 14, 2008**

## Kelleh - Direct

1   A.   Yes.   He was arrested.

2   Q.   How did they stop him?

3   A.   They fired by the side.

4   Q.   And what did they fire?

5   A.   A gun.

6   Q.   Did you see the gun or did you hear the gun?

7   A.   I heard the gun.

8   Q.   What did you see the men do with Mr. Dulleh?

9   A.   I only saw them going, everybody, all of them going

10   together.

11   Q.   Going where?

12   A.   To the car.

13   Q.   And were you -- what was done with you when you saw

14   Mr. Dulleh taken to the car?

15   A.   I was taken in a separate car and he was taken in a

16   different car.

17   Q.   Was there any other civilian under arrest that night with

18   you and Mr. Dulleh?

19   A.   Yes.

20   Q.   Who?

21   A.   Manodou Dulleh he was arrested before me.

22   Q.   Is that the same person you saw at your house earlier that

23   night?

24   A.   Yes.

25   Q.   Where were you taken?

## Kelleh - Direct

1  A.   We were taken to Yanorah (ph.) house, the chief of

2  protocol.

3  Q.   Can you repeat the name of the chief of protocol?

4  A.   Yanorah.  I can't spell his name.  I can't spell his name,

5  but I can pronounce it, Yanorah.

6  Q.   What was his position?

7  A.   Yanorah's house, not too far from the Whiteflower.

8  Q.   What was the man's position in the Government?

9  A.   He was the chief of protocol.  We knew him as chief of

10 protocol.

11 Q.   Where was the chief of protocol's house located?

12 A.   It wasn't too far from the Red Flower.

13 Q.   Was it Red Flower, you said?

14 A.   It wasn't too far from the Whiteflower.

15 Q.   What was Whiteflower?

16 A.   Whiteflower at Congotown.

17 Q.   Who lived in Whiteflower at the time?

18 A.   Charles Taylor.

19 Q.   And is that the same Charles Taylor who was the President

20 of Liberia?

21 A.   Yes.

22 Q.   So you were taken to the chief of protocol's house?

23 A.   Yes.

24 Q.   What happened to you when you were taken to the chief of

25 protocol's house?

**October 14, 2008**

## Kelleh - Direct

1  A.   When I was taken to the chief of protocol's house, they

2  took me to a small house.

3  Q.   Was anyone else with you in this small house?

4  A.   Yes.

5  Q.   Who was with you?

6  A.   Chief Cisse, and there were several security guards.

7  Q.   Did you see Varmuyan Dulleh at the chief of protocol's

8  house?

9  A.   Yes.

10  Q.   Where was he at that time?

11  A.   We were all together at the hut.

12          MR. GRAVELINE:   I would ask Agent Naples to put

13  exhibit MC 3 on the scene.

14          AGENT NAPLES:   (Complied.)

15  BY MR. GRAVELINE:

16  Q.   Do you recognize this?

17  A.   Yes.

18  Q.   What is that?

19  A.   This is Yamorah's house.

20  Q.   This is the chief of protocol you mentioned before?

21  A.   Yes.

22  Q.   You said you were taken to a small house?

23  A.   Yes.

24  Q.   Do you see that house in the picture here?

25  A.   Yes.

**October 14, 2008**

## Kelleh - Direct

1   Q.   Can you place an X on the small house you were talking

2   about?

3   A.   (Complied.)

4          MR. GRAVELINE:   Let the record reflect the witness did

5   so, the small hut on the left-hand side of the picture with the

6   red roof.

7          THE COURT:   The record reflects.

8   BY MR. GRAVELINE:

9   Q.   You mentioned there were other men around this hut at the

10  time?

11  A.   Yes.

12  Q.   Did you see those men carrying anything in their hands?

13  A.   Guns.   All the security guards had guns.

14  Q.   Based upon what you saw at this house that night, were

15  either you or Mr. Dulleh free to leave this house that night?

16  A.   No.

17  Q.   Why not?

18  A.   We were taken to police zone 5.

19  Q.   When you were seated in the hut in this house, could you

20  have gotten up and just left the house that night?

21  A.   No.

22  Q.   Why not?

23  A.   They told Mamadou Dulleh to take off his trousers and give

24  it to his brother, Varmuyan Dulleh, because Varmuyan Dulleh had

25  short pants on.

**October 14, 2008**

## Kelleh - Direct

1   Q.   We'll get to what happened later in just a second.

2          The question I had for you was the armed gunmen, what

3   would they have done if you would have tried to stand up and

4   walk out without their permission that night?

5   A.   They surrounded us.   We were just sitting down.   We didn't

6   go anywhere.

7   Q.   At a certain point that night, did someone come to take

8   Mr. Dulleh away?

9   A.   Yes.

10  Q.   Who came to take Mr. Dulleh away?

11  A.   The police director.

12  Q.   What was the police director's name?

13  A.   Paul Mulbah.

14  Q.   When you were first brought to this hut, what was

15  Mr. Dulleh wearing?

16  A.   Mr. Dulleh had short pants on.

17  Q.   Did the men ask him to change into different clothes?

18  A.   Yes.

19  Q.   And how did that happen?

20  A.   They told his brother to take off his pants, trousers, and

21  give to him to put it on.

22  Q.   Did you see Mr. Dulleh leave this compound that night?

23  A.   Yes.

24  Q.   Who did he leave with?

25  A.   Paul Mulbah, the police director.

**October 14, 2008**

## Kelleh - Cross

1  Q.   Were you released that night?

2  A.   No.

3  Q.   Where were you taken that night?

4  A.   We slept there.   The next day we were taken to police zone

5  5.

6  Q.   How long were you detained at the police zone 5?

7  A.   One month.

8  Q.   Were official charges ever brought against you?

9  A.   No charges.

10        MR. GRAVELINE:   No further questions.

11                CROSS EXAMINATION

12  [Beginning at 1:26 p.m., 10/14/08.]

13  BY MR. WYLIE:

14  Q.   Sir, when Mr. -- you said Mr. Dulleh was taken away by Paul

15  Mulbah.   Is that correct?

16  A.   Yes.

17  Q.   And you did not see him again that night?

18  A.   No.

19  Q.   You did not go to Whiteflower?

20  A.   No.

21  Q.   Now, you've met with the prosecutors or the agents in this

22  case before today.   Right?

23  A.   Yes.

24  Q.   You've met with them a few times?

25  A.   What do you mean?

## Kelleh - Cross

1  Q.   You've sat down and spoken with the prosecutors and agents

2  in this case before today?

3  A.   (No response.)

4  Q.   Do you understand?

5  A.   I understand, but I would need you to repeat the meaning.

6  Q.   No problem

7        You have spoken to the prosecutors in this case before

8  today?

9  A.   Who are the prosecutors?

10 Q.   The people sitting at this table right here.

11 A.   No.

12 Q.   You have never spoken to them before?

13 A.   I never spoken to them

14 Q.   Have you spoken to anybody from the United States

15 Government about this case before today?

16 A.   No.

17 Q.   Today is the first time you have ever spoken about this

18 case to anybody?

19 A.   Yes.

20 Q.   Really?

21 A.   Yes.

22 Q.   So are you saying in August of 2006 you did not speak to

23 anybody from the United States Government about this case?

24 A.   About what?

25 Q.   August, 2006?

**October 14, 2008**

## Kelleh - Cross

1    A.    2006?   I do not know if they are agents.

2    Q.    United States officials, government workers for the United

3    States.   Have you spoken to them before today?

4    A.    Government officials?   No, I haven't spoken, I have not

5    spoken to Government officials.

6    Q.    Have you spoken to anybody about this case before today?

7    A.    No, no.

8    Q.    So you didn't speak to anyone about this case in August of

9    2006?

10   A.    I cannot remember.

11   Q.    Sir, didn't you in, fact tell, someone that you had, that

12   you went to Whiteflower with Mr. Dulleh that night, with

13   Varmuyan Dulleh?

14   A.    If there was somebody that went with me to Whiteflower?

15   Q.    No.   Did you go to Whiteflower with Mr. Dulleh?

16   A.    No.

17   Q.    But you have said in the past that you did go to

18   Whiteflower with Mr. Dulleh?

19   A.    I did not go to the Whiteflower with Mr. Dulleh, no.

20   Q.    So you didn't see anything that happened to Mr. Dulleh at

21   Whiteflower --

22   A.    No.

23   Q.    -- in July of 2003?

24   A.    No.

25   Q.    Did you go to Benjamin Yeaten's house with Varmuyan Dulleh?

**October 14, 2008**

## Kelleh - Cross

1    A.    No.

2    Q.    So you didn't see anything that may have happened to

3    Mr. Dulleh at Benjamin Yeaten's house?

4    A.    No.

5    Q.    Now, you said the police came to your house before you went

6    to Varmuyan Dulleh's house.  Is that right?

7    A.    The police director?  The police director came to my house?

8    No, he did not come to my house.

9    Q.    Did security men come to your house?

10   A.    Yes.

11   Q.    That was before you went to Varmuyan Dulleh's house?

12   A.    Yes.

13   Q.    And how many security men came to your house?

14   A.    Actually, I can't recall.  There were many.  I did not

15   check to see how many there were.

16   Q.    About how many?

17   A.    There were more than five, six.

18   Q.    Five or six?

19   A.    There were men, because they had several cars in line.

20   Q.    Was it maybe 10 people?

21   A.    I cannot really estimate.

22   Q.    Not at all?

23   A.    No.

24   Q.    How many cars were there?

25   A.    I believe I can guesstimate the cars, about seven, seven

**October 14, 2008**

## Kelleh - Cross

1  vehicles.

2  Q.   Seven vehicles?

3  A.   Yes.

4  Q.   Were the security men wearing uniforms?

5  A.   No.

6  Q.   No?

7  A.   They were in colored clothes, jackets.

8  Q.   Civilian clothes?

9  A.   Yes.

10  Q.   And you said one of the men, one of the security men fired

11  a gun?

12  A.   Yes.

13  Q.   Are you sure about that?

14  A.   I'm sure.

15  Q.   And that security man shot at Varmuyan Dulleh?

16  A.   On the side.

17  Q.   Who was that security men shooting at?

18  A.   I do not know him

19  Q.   When you got to Varmuyan Dulleh's house, you knocked on the

20  window?

21  A.   Yes.

22  Q.   Did you tell him you wanted to spend the night at his

23  house?

24  A.   No.

25  Q.   You told him to come outside.   Right?

**October 14, 2008**

**Kelleh - Cross**

1    A.   Yes.

2    Q.   And he came outside?

3    A.   Of course.

4    Q.   And then he went running.   Is that right?

5    A.   He walked towards me.

6    Q.   And then the security men went towards him?

7    A.   Yes.

8    Q.   And he ran?

9    A.   Of course.

10   Q.   So the security men didn't break down Varmuyan Dulleh's

11   door?

12   A.   No.

13   Q.   Were you taken in the same vehicle --

14   A.   No.

15   Q.   Let me finish my question.

16           Were you taken in the same vehicle with Varmuyan

17   Dulleh and his cousin, Manodou Dulleh?  Were you taken in the

18   same car to the chief of protocol's house.

19   A.   Varmuyan Dulleh rode, went in one vehicle and Manodou

20   Dulleh went in another vehicle.

21   Q.   You were taken by security men from your house to Varmuyan

22   Dulleh's house.   Is that right?

23   A.   Yes.

24   Q.   How many security men went to Varmuyan Dulleh's house?

25   A.   As I already told you, I cannot estimate the number of

**October 14, 2008**

## Kelleh - Redirect

1    security men.

2    Q.   But it was about seven cars?

3    A.   Seven vehicles I saw.

4    Q.   What type of vehicles were these, Jeeps?

5    A.   Jeeps yes.

6    Q.   And cars?

7    A.   Jeeps.

8    Q.   There were no big huge, trucks were there?

9    A.   Jeeps.

10   Q.   Jeeps?

11   A.   Yes.

12   Q.   And you said those security men had civilian clothing on?

13   A.   Of course.

14   Q.   No uniforms?

15   A.   I did not see them in uniforms.

16   Q.   Did you see any ATU uniforms?

17   A.   No.

18          MR. WYLIE:   No more questions.

19                    REDIRECT EXAMINATION

20   [Beginning at 1:36 p.m., 10/14/08.]

21   BY MR. GRAVELINE:

22   Q.   Mr. Kelleh --

23   A.   Yeah.

24   Q.   -- the other attorney just asked you about meeting with

25   Government officials from the United States.

**October 14, 2008**

## Kelleh - Redirect

1  A.   Yeah.

2  Q.   Have you ever met with me before today?

3  A.   (No response.)

4  Q.   Have you sat down and talked with me about what happened

5  that night before today?

6  A.   I cannot recall.

7  Q.   Do you remember meeting me in Liberia last year to talk

8  about what happened that night in July?

9  A.   I cannot recall.

10  Q.   Do you remember meeting Ms. Rochlin in Liberia in 2006?

11  A.   No, no.

12  Q.   Do you remember meeting with Special Agent Matt Baechtle?

13  A.   No.

14  Q.   When you came here to the United States, have talked with

15  us before you came into court here today?

16  A.   No, no.

17  Q.   All right.

18          Mr. Kelleh --

19  A.   Yeah.

20  Q.   -- do you remember traveling to the U.S. Embassy in

21  Monrovia last year?

22  A.   Yes, I recall that.

23  Q.   And when you were at the U.S. Embassy, did you sit down and

24  talk with some people about what happened that night with you

25  and Varmuyan Dulleh?

**October 14, 2008**

## Bunn - Direct

1   A.   Which month was it?

2   Q.   November of 2007, last year.

3   A.   Oh, yes, I can remember that, yes.

4   Q.   Did there come a time that you brought some of the people

5   you talked with there to Varmuyan Dulleh's house?

6   A.   Oh, yes.

7   Q.   Did you show those people around Varmuyan Dulleh's house?

8   A.   Yes.

9   Q.   And you talked about what happened that night?

10  A.   But I did not know they were Government officials.

11  Q.   Thank you.

12           MR. GRAVELINE:   No further questions.

13           THE COURT:   Thank you.   You are excused.

14           The witness is excused.

15           THE INTERPRETER:   You can come out from there.

16              [The witness was excused at 1:40 p.m.]

17           MR. GRAVELINE:   If the United States calls Mary Bunn

18  to the stand.

19

20           MARY BUNN, GOVERNMENT'S WITNESS, SWORN

21                    DIRECT EXAMINATION

22  [Beginning at 1:40 p.m.]

23           MR. WYLIE:   Your Honor, may we approach?

24

25

**October 14, 2008**

**Bunn - Direct**

1              [Proceedings at sidebar follow]:

2              MR. WYLIE:   The Government is going to elicit from

3    this witness Mr. Dulleh told this nurse that he was tortured,

4    he was tortured, and I understand the Court has approved this

5    ruled on this.   We just want to make a record.

6              THE COURT:   You have a standing objection.

7              MR. WYLIE:   Thank you.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 14, 2008**

## Bunn - Direct

1           [Proceedings in open court follow]:

2    BY MR. GRAVELINE:

3    Q.   Can you please state your name and spell it for the record?

4    A.   Mary, M-a-r-y, Bunn, B-u-n-n.

5    Q.   Ms. Bunn, what do you do for a living?

6    A.   I am the associate director of the Heartland Alliance

7    Marjorie Kovler Center.

8    Q.   The center, what does it specialize in?

9    A.   The center specializes in providing treatment to foreign

10   nationals who have experienced a certain kind of trauma.

11   Q.   What degrees do you hold in order to allow you to do the

12   work at the center?

13   A.   I have a Bachelor's degree from Indiana University and I

14   have a Master's degree from the University of Chicago.

15   Q.   What is your Master's degree in?

16   A.   Social work, clinical social work.

17   Q.   How long have you been working at the Kovler Center?

18   A.   Since April, 2005.

19   Q.   What are your job responsibilities there?

20   A.   I'm one of three staff clinicians who is responsible for

21   conducting comprehensive intake for eligible clients and

22   mapping out an initial treatment plan for their ongoing

23   services.   I also have some management responsibilities as the

24   associate director.

25   Q.   What type of treatment do you offer a client at the Kovler

**October 14, 2008**

## Bunn - Direct

1  Center?

2  A.   Our treatments are focused on three general categories,

3  mental health services, primary health care services -- I

4  should say health and rehabilitative services -- and case

5  management services.

6  Q.   How important is it for a prospective patient or client to

7  relate accurate information to you during this initial intake

8  evaluation?

9  A.   Well, accuracy at the stage of intake leads to better

10 prioritizing of treatment services.  So the better clinical

11 picture we get of a client at the onset, the better we're going

12 to be able to meet their needs and provide services to support

13 them

14 Q.   During that initial evaluation, do you ask about medical

15 history?

16 A.   We do.

17 Q.   And do you ask about any physical injuries and the cause of

18 those physical injuries?

19 A.   Yes, we do.

20 Q.   Why do you ask about those?

21 A.   We ask about those, again, because we see it as part of the

22 overall clinical picture, trying to understand the extent of

23 physical injury and physical damage that an individual might

24 have suffered, and also trying to understand if they're in any

25 current pain, physical pain, that adds another layer to the

**October 14, 2008**

## Bunn - Direct

1  overall presentation.

2  Q.   Do you use their answers to plan out a course of treatment

3  for the client?

4  A.   Yes, we do.

5  Q.   Ms. Bunn, do you know a man by the name of Varmuyan Dulleh?

6  A.   Yes, I do.

7  Q.   When was the first time you met Mr. Dulleh?

8  A.   We met for our first intake appointment in February of

9  2006.

10  Q.   Where did you meet Mr. Dulleh?

11  A.   At my office at the Kovler Center.

12  Q.   What was the reason behind that meeting?

13  A.   He had been referred by his primary health care provider

14  who is also a staff member of Heartland Alliance.   He had been

15  referred to the Kovler Center for an assessment and for

16  treatment.   He was interested in pursuing treatment.

17  Q.   At the time of your meeting, did you know Mr. Dulleh's

18  nationality?

19  A.   Yes.

20  Q.   What was your understanding of his nationality?

21  A.   He was from Liberia.

22  Q.   What, if anything, did Mr. Dulleh tell you about what

23  happened to him in his native country that affected his

24  physical or mental health?

25  A.   Mr. Dulleh talked about having been detained for

**October 14, 2008**

## Bunn - Direct

1  approximately a year during which time he was severely beaten,

2  had physical scars from burns with an iron, as well as boiling

3  water.

4          He talked about having been forced to be held in a

5  contained space that had some amount of water and that he was

6  forced to remain in a crouched position for prolonged periods

7  of time.

8          He talked about having been denied basic food and

9  water, basic needs for long periods of time as well.

10  Q.   Based upon that information, what treatment program did you

11  set up for Mr. Dulleh?

12  A.   He was referred for ongoing individual therapy with a

13  Kovler Center therapist.  He was referred for ongoing

14  psychiatric care.

15          He would continue to see the nurse practitioner who

16  was, again, part of our larger organization for medical

17  concerns, and he also received some basic support from our case

18  management staff in terms of looking for a job or things like

19  that.

20          MR. GRAVELINE:   Thank you.

21          No further questions.

22          MR. WYLIE:   No questions, Your Honor.   Thank you.

23          THE COURT:   Thank you, ma'am   You are excused.

24          [The witness was excused at 1:47 p.m]

25          MR. GRAVELINE:   Your Honor the United States calls

**October 14, 2008**

## Bryant - Direct

1   Special Agent Katie Bryant to the stand.

2             KATHLEEN BRYANT, RESPONDENTS' WITNESS, SWORN

3                         DIRECT EXAMINATION

4   [Beginning at 1:47 p.m.]

5   BY MR. GRAVELINE:

6   Q.   Had please state your name and spell it for the record.

7   A.   Kathleen Bryant, K-a-t-h-l-e-e-n B-r-y-a-n-t.

8   Q.   What do you do for a living?

9   A.   I'm a Special Agent with the FBI.

10  Q.   And where are you stationed or located as a Special Agent?

11  A.   My office is in Washington, D.C.

12  Q.   Do you have additional duties on top of just being a case

13  agent as working on an Evidence Response Team?

14  A.   Yes.

15  Q.   And as part of the evidence response team, do you have a

16  special proficiency you do when you act as part of an Evidence

17  Response Team?

18  A.   I have additional training as a photographer.

19  Q.   Now, at a certain point were you asked to travel to Liberia

20  to investigate certain things in this case?

21  A.   Yes.

22  Q.   When was that?

23  A.   It was requested early '08 that we travel in June of 2008.

24  Q.   And what was your understanding of what the Evidence

25  Response Team was going to Liberia to do?

**October 14, 2008**

## Bryant - Direct

1  A.   The Evidence Response Team was not specifically going.  It

2  was members from the team that have specialized training to go

3  over to help collect some information for the trial.

4  Q.   What type of information did you understand that you were

5  being called upon to obtain?

6  A.   I was going there specifically to take photographs of the

7  areas in Liberia.

8  Q.   Were you directed to a house that was identified as a house

9  for Moussa Cisse?

10  A.   Yes.

11  Q.   Did you travel there in June, 2008?

12  A.   Yes.

13  Q.   Can you describe the house a little bit for the jury?

14  A.   It's a white structured house with like a compound

15  surrounding it.

16       MR. GRAVELINE:   I'd like to show the witness MC 3

17  which has already been put into evidence.

18  BY MR. GRAVELINE:

19  Q.   Do you recognize that, Special Agent Bryant?

20  A.   Yes.

21  Q.   What is that?

22  A.   It's a photograph I took of the house I know of Cisse's.

23       MR. GRAVELINE:   May I approach the witness?

24       THE COURT:   You may.

25  BY MR. GRAVELINE:

**October 14, 2008**

## Bryant - Direct

1    Q.    I'm now handing you what has been marked Government's

2    Exhibit MC 1, 2, 4 and 5 --

3      [Government Exhibits 1, 2, 4, 5 marked for identification at

4    1:51 p.m]

5    BY MR. GRAVELINE:

6    Q.    -- and ask you if you can take a look at those.

7    A.    (Complied.)

8    Q.    Do you recognize those?

9    A.    Yes.

10   Q.    And what are they?

11   A.    These are all photographs that I took of the residence

12   there.

13   Q.    And do they fairly and accurately depict what you observed

14   that day?

15   A.    Yes.

16            MR. GRAVELINE:    Move for the admission of MC 1, 2, 4

17   and 5, Your Honor.

18            MR. CARIDAD:    No objection.

19            THE COURT:    Admitted.

20     [Government Exhibits 1, 2, 4, 5 received in evidence at 1:52

21                              p.m]

22            MR. GRAVELINE:    Seek to publish them to the jury, Your

23   Honor.

24            THE COURT:    You may.

25            MR. GRAVELINE:    First MC 1.

**October 14, 2008**

## Bryant - Direct

1   BY MR. GRAVELINE:

2   Q.   Special Agent Bryant, what is this a photograph of.

3   A.   This is a photograph from the main road looking on to the

4   compound road and the house.

5   Q.   MC 2.

6   A.   This is another view of the front of the building and the

7   wall from another location from the main road.

8   Q.   I've just been informed the jury might not be seeing the

9   photograph.

10          We'll go back to MC 1.   What is that again?

11  A.   This is a photograph of the wall and the building from the

12  main road.

13  Q.   MC 2?

14  A.   Another angle of the front from the main road.

15  Q.   MC Number 4?

16  A.   This is a photograph from within the compound and I'm

17  standing at the lower level and I'm -- this photograph is

18  facing towards the main road which is on the other side of that

19  wall.

20  Q.   Now, were there other members of the Evidence Response Team

21  with you on the day you were taking these photographs?

22  A.   Yes.

23  Q.   What were they doing?

24  A.   They were there to document the measurements and things

25  like that, taking measurements of the area.

**October 14, 2008**

**Bryant - Direct**

1  Q.   I'd also like to show you MC 5.   What's that a photograph

2  of?

3  A.   This is a photo of the gazebo, which is the building with

4  the red roof, and part of the house which has the rock wall to

5  the left.

6  Q.   After you had taken the photographs of this location, was

7  your attention directed to another larger compound down the

8  road?

9  A.   Yes.

10  Q.   Did you learn the name of the larger compound at some

11  point?

12  A.   Yes.

13  Q.   What was the name of that compound?

14  A.   It was Whiteflower.

15       MR. GRAVELINE:   If I can have Agent Naples put on what

16  has already been entered into evidence as WF 9.

17       AGENT NAPLES:   (Complied.)

18  BY MR. GRAVELINE:

19  Q.   Do you recognize that?

20  A.   Yes.

21  Q.   What is that a picture of?

22  A.   This is a picture of the front of the Whiteflower complex.

23  Q.   Did you take this particular picture?

24  A.   No.

25  Q.   Is this a fair and accurate picture of Whiteflower?

## Bryant - Direct

1  A.   Yes, it is.

2  Q.   On this photograph, where, approximately, is Moussa Cisse's

3  house away from Whiteflower?  If you can mark that using your

4  computer, just with your finger.

5  A.   It's further down the road this way.

6  Q.   Were you able to take other photographs of this compound,

7  Whiteflower?

8  A.   From the street, no, I was not.

9  Q.   From what vantage points were you able to take photographs?

10  A.   I was able to take them from the air.

11  Q.   And how did you go about taking photographs from the air?

12  A.   The Embassy established a relationship with the United

13  Nations that is within Liberia and they agreed to take us up in

14  one of their helicopters and fly over some areas, which

15  included the Whiteflower complex.

16       MR. GRAVELINE:   Your Honor, if I can approach and show

17  the witness WF 2, 3, 5, 6 and 7.

18  [Government Exhibits WF 2, 3, 5, 6, 7 marked for identification

19                        at 1:56 p.m]

20  BY MR. GRAVELINE:

21  Q.   Who took these photographs?

22  A.   I did.

23  Q.   Are they a fair and accurate depiction of what you observed

24  that day?

25  A.   Yes.

**October 14, 2008**

## Bryant - Direct

1            MR. GRAVELINE:  Move for the admission of WF 2, 3, 5,

2   6 and 7, Your Honor.

3            MR. CARIDAD:  No objection.

4            THE COURT:  Admitted.

5   [Government Exhibits WF 2, 3, 5, 6, 7 received in evidence].

6   BY MR. GRAVELINE:

7   Q.  I'm now going to show you what has been previously admitted

8   WF 1.

9            AGENT NAPLES:  (Complied.)

10  BY MR. GRAVELINE:

11  Q.  Do you recognize that photograph?

12  A.  Yes.

13  Q.  What is that?

14  A.  This is a photo I took from the air of Whiteflower.

15  Q.  Then I'm going to show WF 2.

16           AGENT NAPLES:  (Complied.)

17  BY MR. GRAVELINE:

18  Q.  What is that a photograph of?

19  A.  This is another photo of Whiteflower, just from a different

20  angle.

21  Q.  And where you see the cars, is that the main road you were

22  talking about before?

23  A.  Yes.

24  Q.  And WF 3.

25           AGENT NAPLES:  (Complied).

**October 14, 2008**

## Bryant - Direct

1  A.    This is the back side of Whiteflower.   You can't really see

2  the main road from here, but it's just to the front of it.

3  Q.   WF 5?

4        AGENT NAPLES:   (Complied.)

5  A.    This is a wider angle of the Whiteflower complex which is

6  towards the center of the shot.   That also includes the ocean

7  there.

8  Q.   So the water up at the top, that's what?

9  A.   The ocean, the Atlantic Ocean.

10 Q.   WF 6?

11        AGENT NAPLES:   (Complied.)

12 A.    This is another photograph from the back of Whiteflower.

13 Q.   And WF 7?

14        AGENT NAPLES:   (Complied.)

15 A.    Another angle from Whiteflower, more towards the side and

16 the back.

17        MR. GRAVELINE:   I'm going to ask Agent Naples if he

18 could put an arrow on the red roof structure at the very top of

19 the photograph on the right-hand side.

20        AGENT NAPLES:   (Complied.)

21 BY MR. GRAVELINE:

22 Q.   Do you see where that arrow is pointing, Agent Bryant?

23 A.   Yes.

24 Q.   Do you recognize what that red roof structure is?

25 A.    That is the gazebo inside the compound walls at Cisse's

**October 14, 2008**

## Bryant - Direct

1   house.

2         MR. GRAVELINE:   Agent Naples, if you could put an

3   arrow on the white building that's towards the left of center

4   in the photograph.

5         AGENT NAPLES:   (Complied.)

6   BY MR. GRAVELINE:

7   Q.   What is that building?

8   A.   That is Whiteflower.

9   Q.   And the smaller white building right there, was that

10  building identified for you?

11  A.   Yes.

12  Q.   What was that building identified as?

13  A.   It was identified as Yeaten's house.

14  Q.   Now, were you able to go inside the compound of Whiteflower

15  and take photographs?

16  A.   No.

17  Q.   And why not?

18  A.   We attempted with the help of the Liberian police to obtain

19  a Court order --

20         MR. CARIDAD:   Objection, Your Honor.   Relevance.

21         MR. GRAVELINE:   It goes to explain why this evidence

22  wasn't obtained, Your Honor.

23         MR. CARIDAD:   Same objection.   Irrelevant.

24         THE COURT:   Sustained.

25         MR. GRAVELINE:   Your Honor, if I can approach and show

## Bryant - Direct

1    the witness exhibits BY 1, 2, BY 5 through 16 and BY 18 through
2    20.
3                    THE COURT:   You may.
4                    MR. GRAVELINE:   Your Honor, while the witness is
5    looking at the photographs, can I request a sidebar?
6                    THE COURT:   You may.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**October 14, 2008**

## Bryant - Direct

1           [Proceedings at sidebar follow]:

2               MR. GRAVELINE:  Going back to the question of why we

3    weren't able to photograph Whiteflower, the defense has been

4    arguing these witnesses have not gone back to Liberia, it's a

5    different regime now.  The reason the agent was not able to get

6    into Whiteflower, loyalists who live in Whiteflower now ran off

7    the Liberian National Police even with the Court Order and

8    threatened the agents during this trip.  That precluded them

9    from traveling to Gbatala Base and also to get evidence from

10   Whiteflower.  The Taylor loyalists are still there and are

11   fairly strong in Liberia.

12              THE COURT:  Does she have personal knowledge?

13              MR. GRAVELINE:  When she arrived, the person that came

14   out started calling out.  They also held a news conference, the

15   Taylor loyalists and said "They're trying to plant gun's in

16       Papay's house" and made threats if the Government agents

17   came back they would be beheaded.

18              THE COURT:  She's going to talk about a news

19   conference she saw on television?

20              MR. GRAVELINE:  No.  It was all in the papers and the

21   Liberian National Police said "You can't travel because of a

22       security threat."

23              THE COURT:  How are you going to bring that in?

24              MR. GRAVELINE:  "Did you travel there.  Did you see

25       what happened the day you went to get photographs?"

**October 14, 2008**

## Bryant - Direct

1              "Yes.   We were essentially chased off by a very large

2      group of people in the Congotown area."

3              MR. CARIDAD:   Judge, first of all, it's hearsay.

4              THE COURT:   Not that part.

5              MR. CARIDAD:   Assuming she said she went there --

6              THE COURT:   She went there.   She was chased off.

7              MR. CARIDAD:   How is that relevant to anything,

8      whether it has to do with loyalists or not loyalists?

9              THE COURT:   It doesn't.   Right now it doesn't.   You'll

10     have to make the linkage some other way as to who was chasing

11     her off and the identity of who the people were.   It goes to

12     the theory "Why didn't you all go back to Liberia?"

13             MR. CARIDAD:   It's a fair point, but we don't know who

14     those people were.

15             THE COURT:   They may get that far with another

16     witness.

17             MR. CARIDAD:   It has nothing to do with my client and

18     the fact they're chasing people away from a house, it doesn't

19     make it more likely people would be threatened or harmed if

20     they went back to Liberia, people being chased away from the

21     President's house.

22             THE COURT:   But if the ones who are doing the chasing

23     are going to be shown to be Taylor loyalists, it shows Taylor

24     loyalists still hold sway in the country.   Therefore, it's not

25     unlikely why these people would like to remain in the United

## October 14, 2008

## Bryant - Direct

1   States or Sweden.

2          MR. CARIDAD:   It's a great leap to say somebody who is

3   associated with Taylor chased people away from a house and,

4   therefore, that supports what the witnesses are saying, that

5   they're scared to go back because their life is in danger.

6   That's what they said.

7          What we have is an incident of people being chased

8   away from a house that's miles away from somebody whose life is

9   in danger.   The witnesses said "We don't want to go back

10     because my security is at risk."   How does chasing somebody

11   away --

12          THE COURT:   I see the link.   You can argue it's too

13   attenuated to show anything.   The Government will show the role

14   these folks presently play today in Liberia and the power they

15   hold over Court orders issued by a Court in Liberia.

16          MR. CARIDAD:   Are they going to get into somebody said

17   they were cut going people's heads off?

18          THE COURT:   I would assume that would come in as

19   excited utterances.   Why don't you talk about the full extent

20   of what the Government may show with this witness?

21          MR. GRAVELINE:   This witness would be able to say she

22   went there.   "There was a Court order.   People came and we were

23     not allowed to get in.   The Liberian National Police were

24     with us trying to enforce that Court order."

25          MR. CARIDAD:   My other objection, it's 403.   It

## Bryant - Direct

1    implies my client had something to do with it.

2              THE COURT:   She can make clear your client was in the

3    United States during all of these events in question.

4              MR. CARIDAD:   Nothing about heads being cut off?

5              MR. GRAVELINE:   Not from this witness.

6              THE COURT:   That's why I said they may not be able to

7    get this in with this witness, but they may be able to put the

8    linkage together with other witnesses.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# Bryant - Direct

1          [Proceedings in open court follow]:

2  BY MR. GRAVELINE:

3  Q.  Were you able to take a look at all those photographs,

4  Agent Bryant?

5  A.  Yes.

6  Q.  Before we move on to those photographs, I believe I asked

7  you were you able to get inside the Whiteflower compound to

8  take photographs?

9  A.  No, I was not.

10  Q.  And what attempt had the FBI made to gain access into

11  Whiteflower to take photographs?

12  A.  We worked with the local police department and government

13  to obtain a Court order so that we could enter into the

14  Whiteflower compound to just take photographs.

15          Once we arrived, the occupant of the compound called

16  people and they started to show up and a mob scene started and

17  our physical security and safety was put into question.  So we

18  left the compound without taking any photographs and not

19  entering it.

20  Q.  Were the Liberian National Police with you at the time when

21  you went to that compound that day?

22  A.  Yes, they were

23  Q.  Turning your attention back to the photographs, I am

24  handing you what has been marked as BY 1, 2, 5 through 16 and

25  18 through 28 for identification.  Who took those photographs.

## Bryant - Direct

1  A.   I did.

2  Q.   Are they a true and accurate representation of what you

3  observed that day?

4  A.   Yes.

5          MR. GRAVELINE:   Offer Exhibits BY 1, 2, 5 through 16

6  and 18 through 28 into evidence, Your Honor.

7          MR. CARIDAD:   May I have a moment with Mr. Graveline?

8          THE COURT:   You may.

9          MR. CARIDAD:   (Conferring with Mr. Graveline).

10          MR. CARIDAD:   No objection.

11          THE COURT:   Admitted.

12  [Government Exhibits 1, 2, 5-16, 18-28 received in evidence at

13                2:09 p.m]

14          MR. GRAVELINE:   Permission to publish these

15  photographs to the jury, Your Honor.

16          THE COURT:   You may.

17  BY MR. GRAVELINE:

18  Q.   BY 1, what is this a photograph of?

19  A.   This is the front of Yeaten's house from the road that's in

20  front of it.

21  Q.   BY 2, what is this a photograph of?

22  A.   This is another angle of the front of the house further

23  down the road.

24          MR. GRAVELINE:   The next photograph, Agent Naples.

25          AGENT NAPLES:   (Complied)

## October 14, 2008

## Bryant - Direct

1  BY MR. GRAVELINE:

2  Q.   BY 3, what is this a photograph of?

3  A.   This is a photo of the carport area and second floor space

4  from the road.

5           MR. GRAVELINE:   BY 5.

6           AGENT NAPLES:   (Complied.)

7  BY MR. GRAVELINE:

8  Q.   What is this a photograph of?

9  A.   This is a more close up shot of the carport area.

10           MR. GRAVELINE:   BY 6.

11           AGENT NAPLES:   (Complied.)

12  BY MR. GRAVELINE:

13  Q.   What is this a photograph of?

14  A.   This is the area just to the left of the carport towards

15  the front door.

16           MR. GRAVELINE:   BY 7.

17           AGENT NAPLES:   (Complied.)

18  A.   Another angle of the front of the house to include the

19  front door space and part of the carport.

20           MR. GRAVELINE:   BY 8.

21           AGENT NAPLES:   (Complied.)

22  A.   A more zoomed in photograph of the front of the house.

23  Q.   Do you see the front door in this photograph?

24  A.   Yes.

25  Q.   Can you mark that for the jury?

**October 14, 2008**

## Bryant - Direct

1  A.  (Complied.)

2          MR. GRAVELINE:  Let the record reflect the witness did

3  as requested.

4          THE COURT:  The record reflects.

5  BY MR. GRAVELINE:

6  Q.  BY 10, what is this a photograph of?

7  A.  This is a space inside the carport area you can't see from

8  the road.  You have to actually be in the carport and look to

9  the left.

10          MR. GRAVELINE:  I'm sorry.  Can we go back to BY 9

11  first.

12          AGENT NAPLES:  (Complied.)

13  BY MR. GRAVELINE:

14  Q.  What is this a photograph of?

15  A.  This is a photograph of the carport standing, if you're

16  facing the house from the road, I'm standing to the right and

17  I'm shooting inside the carport.

18  Q.  Do you see a doorway in this photograph?

19  A.  Yes.

20  Q.  Where does that doorway lead to?

21  A.  That doorway leads to the house.

22  Q.  Directing your attention to the left-hand side of the

23  photograph, do you see something stacked up inside of the

24  carport?

25  A.  Yes.

**October 14, 2008**

## Bryant - Direct

1  Q.   What is that?

2  A.   It's like ceramic tile type items stacked up.

3           MR. GRAVELINE:   BY 10.

4           AGENT NAPLES:   (Complied.)

5  BY MR. GRAVELINE:

6  Q.   What is that a photograph of?

7  A.   This is a closer view of that space with the tiles inside

8  the carport.

9  Q.   Do you see an electrical outlet in this photograph?

10  A.   Yes.

11  Q.   Can you circle that?

12  A.   (Complied.)

13           MR. GRAVELINE:   BY 11.

14           AGENT NAPLES:   (Complied.)

15  BY MR. GRAVELINE:

16  Q.   What is that a photograph of?

17  A.   That is of the same electrical outlet, just a closer photo

18  of it.

19  Q.   BY 12, what is that a photograph of?

20           AGENT NAPLES:   (Complied.)

21  A.   This is a photograph of the back wall.   To the left you can

22  see the door opening that was in the prior photo.

23  Q.   Do you see an electrical outlet in this photograph?

24  A.   Yes.

25  Q.   Can you circle that?

## October 14, 2008

## Bryant - Direct

1  A.   (Complied.)

2           MR. GRAVELINE:   BY 13.

3           AGENT NAPLES:   (Complied.)

4  BY MR. GRAVELINE:

5  Q.   What is that a photograph of?

6  A.   A closer photograph of the same electrical outlet.

7  Q.   BY 14, what is that a photograph of?

8  A.   This is a photograph of the carport to include part of the

9  roof.

10          MR. GRAVELINE:   BY 15.

11          AGENT NAPLES:   (Complied.)

12 BY MR. GRAVELINE:

13 Q.   What is that a photograph of?

14 A.   This was some wires, some electrical wires that were

15 hanging from the roof of the carport.

16          MR. GRAVELINE:   BY 16.

17          AGENT NAPLES:   (Complied.)

18 A.   A closer shot of the same electrical wires hanging.

19          MR. GRAVELINE:   BY 18.

20          AGENT NAPLES:   (Complied.)

21 BY MR. GRAVELINE:

22 Q.   What is this a photograph of?

23 A.   This is the side of Yeaten's house.   If you're facing the

24 house from the road it's the right side.

25 Q.   This vegetation back on the right-hand side, how thick is

**October 14, 2008**

## Bryant - Direct

1  that?

2  A.   Extremely thick.

3          I tried to take photographs from up in the area and it

4  was very thick and I wasn't able to get back there completely.

5          MR. GRAVELINE:   BY 19.

6  BY MR. GRAVELINE:

7  Q.   What is that a photograph of?

8          AGENT NAPLES:   (Complied.)

9  A.   It's the same shot of the side of the house.

10         MR. GRAVELINE:   BY 20.

11         AGENT NAPLES:   (Complied.)

12 A.   This is a shot from -- I'm standing actually in the carport

13 and I'm shooting towards the road.   You can see part of

14 Whiteflower as well in the photo.

15         MR. GRAVELINE:   BY 21.

16         AGENT NAPLES:   (Complied.)

17 A.   I'm standing in the same spot.   I zoomed in a little more

18 to show Whiteflower.

19         MR. GRAVELINE:   BY 22.

20         AGENT NAPLES:   (Complied.)

21 A.   This is the entrance to the driveway, to the carport, and

22 I'm showing here the edge of that wall at the front of the

23 house and the street that's in front of the house.

24         MR. GRAVELINE:   BY 23.

25         AGENT NAPLES:   (Complied.)

**October 14, 2008**

## Bryant - Direct

1  A.   A photograph of Whiteflower from Yeaten's roadway.

2           MR. GRAVELINE:   BY 24.

3           AGENT NAPLES:   (Complied.)

4  A.   This is part of the house -- I'm sorry -- part OF THE

5  roadway.   After I took the shot on 22, i just stepped out a

6  little bit and turned to the right and you can see the roadway

7  in front of the house.

8  Q.   Is this a lengthy roadway between the driveway at this

9  particular house to that intersection right there?

10 A.   From the driveway to that road is not lengthy, no.

11          MR. GRAVELINE:   BY 25.

12          AGENT NAPLES:   (Complied.)

13 A.   I am -- I'm sorry.

14 Q.   Go ahead.   What is that a photo of?

15 A.   This photo, I just continued walking down the roadway just

16 taking pictures, walking along the roadway.   To the right is

17 Yeaten's house.

18          MR. GRAVELINE:   BY 26.

19          AGENT NAPLES:   (Complied.)

20 A.   I have reached the curve in the roadway and I'm continuing

21 to document the road.

22          MR. GRAVELINE:   BY 27.

23          AGENT NAPLES:   (Complied.)

24 A.   This is the road up towards the main road that's in front

25 of Whiteflower.

**October 14, 2008**

## Bryant - Direct

```
 1              MR. GRAVELINE:   BY 28.

 2              AGENT NAPLES:   (Complied.)

 3  A.   This is the same picture of the road that's a hill up to

 4  the road in front of Whiteflower.

 5  Q.   I'd like to direct your attention back to BY 7 for a

 6  moment.

 7              AGENT NAPLES:   (Complied.)

 8              MR. GRAVELINE:   I'm sorry.   Not WW 7.   WF 7.

 9              AGENT NAPLES:   (Complied.)

10  BY MR. GRAVELINE:

11  Q.   Do you see that roadway, that hill roadway on this

12  photograph?

13  A.   I see part of it, yes.

14  Q.   Can you trace a line on where you see?

15  A.   (Complied.)

16  Q.   That's the road that was depicted in BY 28?

17  A.   Yes.

18  Q.   Now, as you were taking photographs of this house down at

19  the bottom of the hill, what were the other members of the ERT

20  team doing?

21  A.   They were taking measurements around the house.

22  Q.   Did you have an opportunity to travel to a place called

23  Klay Junction?

24  A.   I flew over Klay Junction.

25  Q.   Did you also travel there on the road?
```

**October 14, 2008**

**Bryant - Direct**

1   A.   No.

2   Q.   You didn't travel to a weigh scale at Klay Junction?

3   A.   I'm sorry.   I was thinking of something else.

4        Yes, I did go to Klay Junction.

5   Q.   I'm going to show you what has been marked KL 1 through 7

6   for identification and 12 through 16 for identification and ask

7   you if you recognize them

8   [Government Exhibits KL 1-7, 12-16 marked for identification at

9   2:18 p.m]

10   BY MR. GRAVELINE:

11   Q.   Do you recognize those?

12   A.   Yes.

13   Q.   What are those photographs of?

14   A.   They're photographs of the Klay Junction area.

15   Q.   Are they a fair and accurate depiction of what you saw when

16   you traveled to Klay junction?

17   A.   Yes.

18        MR. GRAVELINE:   Move for the admission of KL 1 through

19   7 and 12 through 16, Your Honor.

20        MR. CARIDAD:   No objection.

21        THE COURT:   Admitted.

22   [Government Exhibits KL 1-7, 12-16 received in evidence at 2:19

23        p.m]

24        MR. GRAVELINE:   Seek to publish them not jury.

25        THE COURT:   You may.

**October 14, 2008**

## Bryant - Direct

1    BY MR. GRAVELINE:

2    Q.   KL 1, what is this a photograph of?

3    A.   An aerial photograph I took over Klay Junction.

4    Q.   Do you see a small green building in the middle of the

5    photograph?

6    A.   Yes.

7    Q.   Are you familiar with that building?

8    A.   Yes.

9    Q.   What is that building next to at Klay Junction?

10   A.   It's next to a truck weigh station.

11   Q.   KL 2, what is that a photograph of?

12   A.   This is the same area of Klay Junction just from a

13   different angle.

14           MR. GRAVELINE:   KL 3.

15           AGENT NAPLES:   (Complied.)

16   A.   Again, same aerial shot of Klay Junction from a different

17   area.

18   Q.   Can you see the weigh scale in this photograph?

19   A.   Yes.

20   Q.   Can you trace a line over the weigh scale?

21   A.   (Complied.)

22           MR. GRAVELINE:   KL 4.

23           AGENT NAPLES:   (Complied.)

24   BY MR. GRAVELINE:

25   Q.   What is this?

**October 14, 2008**

## Bryant - Direct

1   A.   This is a photograph from on the road by the weigh station.

2            MR. GRAVELINE:   KL 5.

3            AGENT NAPLES:   (Complied.)

4   A.   This is one of the holes to gain access underneath the

5   steel plates for the weigh station.

6            MR. GRAVELINE:   KL 6.

7            AGENT NAPLES:   (Complied.)

8   A.   Another hole for underneath the weigh station.

9            MR. GRAVELINE:   KL 7.

10           AGENT NAPLES:   (Complied.)

11  A.   Another whole.

12  Q.   How many different access points are there?

13  A.   There are three.

14  Q.   Did you actually go underneath the weigh scale?

15  A.   I did.

16  Q.   What precautions did you take before going underneath the

17  weigh scale?

18           MR. CARIDAD:   Objection.   Relevance.

19           THE COURT:   Overruled.

20  A.   I had to wear Tyvek that completely covered me from neck to

21  foot.   I wore knee pads.   I wore red -- I'm sorry -- yellow

22  plastic booties that were actually taped to the Tyvek so

23  nothing could leak in.   I had gloves on that were taped to the

24  Tyvek so nothing could seep in between my gloves.   I wore a

25  safety harness which was affixed an oxygen meter to make sure

**October 14, 2008**

## Bryant - Direct

1   the oxygen underneath the weigh station was safe.   I wore a

2   face mask respirator with particulate matter filters on it to

3   protect me from anything that was underneath the weigh station

4   so I wouldn't inhale it.

5   Q.   Was the air tested underneath the weigh scale?

6   A.   Yes.

7   Q.   How safe was the air underneath the weigh scale?

8          MR. CARIDAD:   Objection, Your Honor.   Relevance 2007

9   or 2008 when this happened.

10          THE COURT:   Overruled.

11  A.   It was safe to the point I could go under for a short

12  amount of time, but I had to keep a monitor on me to make sure

13  while I was down there the oxygen levels did not change where

14  it became unsafe.

15          MR. GRAVELINE:   I'd like to show the witness what has

16  been marked as KL 12.

17          AGENT NAPLES:   (Complied.)

18  BY MR. GRAVELINE:

19  Q.   What is this a photograph of?

20  A.   This is a photograph from underneath the weigh station that

21  includes the beams that were in there.

22  Q.   Was it this light -- was there this much illumination down

23  there underneath the weigh scale?

24  A.   No, this is illuminated by my flash.

25          MR. GRAVELINE:   KL 13.

**October 14, 2008**

## Bryant - Direct

1              AGENT NAPLES:   (Complied.)

2    BY MR. GRAVELINE:

3    Q.   What is this a photograph of?

4    A.   This is another photograph from one of the holes and you

5    can see halfway towards the middle of the weigh station.

6    Q.   And, once again, is this photograph illuminated with your

7    flash?

8    A.   Yes.

9              MR. GRAVELINE:   KL 14.

10             AGENT NAPLES:   (Complied.)

11   A.   Another photograph from underneath the weigh station which

12   was taken with a flash.

13             MR. GRAVELINE:   KL 15.

14             AGENT NAPLES:   (Complied.)

15   A.   Another photograph from underneath the weigh station with a

16   flash.

17             MR. GRAVELINE:   KL 19.

18             AGENT NAPLES:   (Complied.)  --

19             MR. GRAVELINE:   I'm sorry.   KL 16.   I'm sorry.

20             AGENT NAPLES:   (Complied.)

21   A.   Another photograph underneath the weigh station with a

22   flash.

23   Q.   What was the floor of the weigh scale like?

24   A.   It was wet.   It was covered in -- I don't even know what it

25   was covered in.   It was disgusting.   I didn't want to be down

**October 14, 2008**

## Bryant - Direct

1    there.

2              MR. GRAVELINE:   Your Honor, I'd like to approach the

3    witness and show too more photographs, KL 17 and 18, for

4    identification.

5    BY MR. GRAVELINE:

6    Q.   Did you take those photographs, Agent Bryant?

7    [Government Exhibits KL 17 and 18 marked for identification at

8    2:24 p.m]

9    A.   No, I did not.

10   Q.   Are they fair and accurate depictions, nonetheless --

11   A.   Yes.

12   Q.   -- of underneath the way scale?

13   A.   Yes.

14             MR. GRAVELINE:   For move for the admission of KL 17

15   and 18.

16             THE COURT:   Admitted.

17   [Government Exhibits KL 17 and 18 received in evidence at 2:25

18                              p.m]

19             MR. GRAVELINE:   Move to publish them to the jury.

20   BY MR. GRAVELINE:

21   Q.   Did you see signs of spiders and other type of animals

22   below the weigh scale?

23   A.   Yes.

24             MR. GRAVELINE:   And KL 18.

25             AGENT NAPLES:   (Complied.)

**October 14, 2008**

## Bryant - Direct

1  BY MR. GRAVELINE:

2  Q.   Is that an accurate depiction of what the weigh scale

3  looked like underneath there?

4  A.   Yes.

5  Q.   You were underneath the weigh scale.   Did another member of

6  the ERT team go down and take the measurements of the height

7  and width of the weigh scale?

8  A.   Yes

9       MR. GRAVELINE:   I have previously shown this to the

10  defense, Your Honor, marked as KL 28, 29, 30 for identification

11  and I show them to the witness now.

12  [Government Exhibits KL 28, 29, 30 marked for identification at

13  2:26 p.m.]

14  BY MR. GRAVELINE:

15  Q.   Have you ever seen this before, Agent Bryant?

16  A.   Yes.

17  Q.   And do you recognize these exhibits?

18  A.   Yes.

19  Q.   What are these exhibits?

20  A.   They are photographs that I took.

21  Q.   And do they have markings on them as well?

22  A.   Yes, they do.

23  Q.   What are these markings?

24  A.   They are the measurements taken by the other team member.

25  Q.   Are they accurate to what you remember the measurements to

**October 14, 2008**

## Bryant - Direct

1  be while you were there taking photographs?

2  A.   Yes.

3          MR. GRAVELINE:   Move for the admission of KL 28, 29,

4  30, Your Honor.

5          MR. CARIDAD:   No objection.

6          THE COURT:   Admitted.

7  [Government Exhibits KL 28, 29, 30 received in evidence at 2:26

8                          p.m.]

9  BY MR. GRAVELINE:

10 Q.   Agent Bryant, KL 28, what is that a photograph of?

11 A.   That is the underneath the little green hut that's next to

12 the weigh station.

13 Q.   How tall is the hole in that particular location?

14 A.   Three feet four inches.

15 Q.   Is that height pretty consistent throughout underneath the

16 weigh scale?

17 A.   Yes.

18 Q.   Were you ever able to stand straight up in the weigh scale

19 while you were underneath it?

20 A.   No.

21 Q.   KL 29, what is that a photograph of?

22 A.   That is a photograph of the edge of the weigh station.

23 Q.   And how tall was the height at the end of the weigh station

24 underneath the beam?

25 A.   Underneath the beams, it was two feet three and three

## Bryant - Cross

1   quarter inches.

2   Q.   And KL 30, what is that a photograph of?

3   A.   That is a photograph from the other side of the weigh

4   station.

5   Q.   What is the height at this particular location of the weigh

6   station?

7   A.   To the beam, it's two feet three and three quarter inches.

8         MR. GRAVELINE:   No further questions.

9                    CROSS EXAMINATION

10  [Beginning at 2:28 p.m., 10/14/08.]

11  BY MR. CARIDAD:

12  Q.   Agent Bryant, you said you're part of a team that can

13  travel to a location to take photographs?

14  A.   Yes.

15  Q.   Does your team do anything else besides take photographs?

16  A.   Yes.

17  Q.   What else do they do?

18  A.   We do the measurements.   We recover evidence and we process

19  crime scenes.

20  Q.   So it's one unit within the FBI that is responsible for

21  going to crime scenes, gathering evidence and taking

22  photographs.   Anything else?

23  A.   We're a specialized group.   It's our ancillary duty that we

24  do outside of being case agents.   It's not a full-time

25  position.   It's not a unit, but it's a team that constantly

**October 14, 2008**

## Bryant - Cross

1  sort of has people going and coming from it.

2  Q.  What is the team called?

3  A.  The Evidence Response Team

4  Q.  Apparently, they can go anywhere in the world --

5  A.  Yes.

6  Q.  -- at the drop of a hat, more or less?

7  A.  When requested, yes.

8  Q.  Okay.

9       You were asked to go to Liberia.  The request was made

10  to your group to go to Liberia in early 2008?

11  A.  Yes.

12  Q.  That's the first time you were contacted to go to Liberia

13  to gather evidence?

14  A.  I wasn't specifically part of the initial coordination of

15  it.  I was asked maybe a month beforehand if I would go, since

16  I had the specialized training as a photographer.

17  Q.  You were notified for the first time that the FBI wanted

18  you to go to Liberia in early 2008?

19  A.  Yes, about a month before I left.

20  Q.  This year?

21  A.  Yes.

22  Q.  Were you told you would be examining a crime scene from

23  2002?

24  A.  All I was told was I was going over there to take

25  photographs.  The specific details were then later given to me.

**October 14, 2008**

## Bryant - Cross

1  Q.   But you realized the crime scene you were taking

2  photographs of was a crime scene from six years before?

3  A.   Yes, that's what was told to me.

4  Q.   And did anyone go over to Liberia except the photographic

5  squad?

6  A.   No.   I'm confused.   There was more than just myself.

7  Q.   But the people that went with you as part of this group,

8  they were exclusively there to take photographs?

9  A.   No.

10  Q.   What else were they there to do?

11  A.   We had a two-team group that were there to take

12  measurements.   We had a medic and we had a team leader.

13  Q.   You had someone to take photographs.   Right?   Someone to

14  take the measurements we have seen inside the hole and maybe

15  other places as well?

16  A.   Yes.

17  Q.   And a medic in case one of you got sick?

18  A.   Yes.

19  Q.   And that was it?

20  A.   A team leader and our case agent.

21  Q.   Now, I want to show you a picture of the area of

22  Whiteflower, WF 1.

23          MR. CARIDAD:   If you could put that on if the screen,

24  agent, please.

25          AGENT NAPLES:   (Complied.)

**October 14, 2008**

**Bryant - Cross**

1  BY MR. CARIDAD:

2  Q.   Now, when you're taking these pictures, you're taking them

3  in the middle of this year, 2008?

4  A.   Yes.

5  Q.   So you don't know what the area looked like in 2002?

6  A.   Correct.

7  Q.   You don't know if the same buildings were there.  Right?

8  A.   No.

9  Q.   You don't know if the vegetation was the same?

10  A.   No.

11  Q.   You're the taking pictures six years after the crime

12  occurred.  Right?

13  A.   Yes.

14        MR. CARIDAD:   There's another shot, WF 5, maybe?

15        AGENT NAPLES:   (Complied).

16        MR. CARIDAD:   That's 4.  Do you have WF 5?

17        AGENT NAPLES:   (Complied).

18  BY MR. CARIDAD:

19  Q.   WF 5 is an area showing Whiteflower in the middle.

20  A.   Yes.

21  Q.   The road the left of the screen is the road running from

22  Benjamin Yeaten's up to the street of Whiteflower?

23  A.   Yes.

24  Q.   Are you able to draw on the screen with your finger to show

25  us that road?

**October 14, 2008**

## Bryant - Cross

1    A.    (Complied.)

2    Q.    By any chance, you don't know what this area looked like in

3    2002?

4    A.    Correct.

5    Q.    You don't know if the vegetation was the same.   Right?

6    A.    No, I don't.

7    Q.    You don't know if the water was flooded like that or

8    flooded like that regularly?

9    A.    No.

10   Q.    You don't know if the buildings were the same?

11   A.    Correct.

12   Q.    When you told us on BY 19 that it was extremely thick

13   vegetation at the back of this house, you have no idea what was

14   back there in 2002?

15   A.    No.   It was thick when I was there.

16   Q.    And, again, when you were in that hole at Klay Junction,

17   you don't know what the conditions were like back in 2002, do

18   you?

19   A.    No, I don't.

20           MR. CARIDAD:   If I could have a moment, Judge?

21           THE COURT:   Yes.

22           MR. CARIDAD:   Thank you, Your Honor.

23           I don't have any further questions

24           THE COURT:   Redirect?

25           MR. GRAVELINE:   None, Your Honor.

**October 14, 2008**

## Miller - Direct

1          THE COURT:   Thank you very much, agent.

2          Next witness.

3          MR. GRAVELINE:   The United States calls Special Agent

4   Michelle Miller to the stand.

5

6          MICHELLE MILLER, GOVERNMENT'S WITNESS, SWORN

7                  DIRECT EXAMINATION

8   [Beginning at 2:35 p.m]

9   BY MR. GRAVELINE:

10  Q.   State your name for the record and spell it.

11  A.   Michelle L. Miller, M-i-c-h-e-l-l-e M-i-l-l-e-r.

12  Q.   Where do you work?

13  A.   I'm assigned to the Washington Field Office, Washington,

14  D.C., Criminal Division.

15  Q.   What organization?

16  A.   The FBI.

17  Q.   As an ancillary addition to your duties as a field agent to

18  the FBI, do you also serve on an Evidence Response Team?

19  A.   I do.

20  Q.   Were you asked to travel to the country of Liberia in June

21  of 2008?

22  A.   Yes.

23  Q.   Did you have a special proficiency which is why you were

24  picked to make that trip in 2008?

25  A.   That is correct.

**October 14, 2008**

## Miller - Direct

1  Q.   What proficiency is that?

2  A.   I'm what they call a Nikon Total Station operator.

3  Q.   You said a Nikon Total Station.   What is that?

4  A.   In essence, it's surveying equipment that the FBI has

5  adopted in order to reconstruct crime scenes proficiently and

6  accurately and precisely.

7  Q.   What was your understanding of the purpose of the trip as

8  far as you were concerned?

9  A.   It was my understanding that we were asked to visit a

10  couple -- actually several different sites -- in an effort to

11  reconstruct at one site three different structures or three

12  different residences, not only the actual structures

13  themselves, but how they relate to one another and the

14  geological formations and the contour of the ground that

15  surrounds all three.

16  Q.   Now, is the first thing you did to take these measurements,

17  did you travel to a house that had been identified to you as

18  the house of Moussa Cisse?

19  A.   That is correct.

20          MR. GRAVELINE:   I'd like to put up MC 3 on to the

21  screen.

22          AGENT NAPLES:   (Complied.)

23  BY MR. GRAVELINE:

24  Q.   Do you recognize that?

25  A.   Yes, I do.

**October 14, 2008**

# Miller - Direct

1  Q.   What is that?

2  A.   That is the residence that was described to me as belonging

3  to the home of Moussa Cisse.

4  Q.   Did you set up the surveying equipment here to take

5  measurements of the inside of this compound?

6  A.   Yes, I did.

7  Q.   Where, approximately, on the grounds did you set up your

8  surveying equipment?

9  A.   The first time I actually set the equipment up was at the

10 end of the driveway close to the far end of the wall towards

11 the rear of the residence.

12        MR. GRAVELINE:   Let the record reflect the witness

13 made a red mark at the end of the driveway, Your Honor.

14        THE COURT:   The record reflects.

15 BY MR. GRAVELINE:

16 Q.   When you set up your surveying equipment, what exactly are

17 you recording or taking measurements of?

18 A.   You are actually taking points -- you're, basically,

19 wanting to collect enough data so the structure or the scene

20 you are collecting can be reconstructed three dimensionally

21 through a CAD program, so you want to collect as many points on

22 a structure in which linear lines can be drawn by yourself or a

23 CAD operator so that model can be constructed.   The more

24 points, the more accurate you are.   The more data you collect,

25 the more helpful to the model builder and CAD operator.

**October 14, 2008**

## Miller - Direct

1          To make less work for yourself, you don't want to have

2     to move your station.   It's a very complex process.   Therefore,

3     you want to pick a point where you can collect the most amount

4     of points from one position.

5          So the reason that I actually selected this point was

6     I could collect the two outbuildings, the entire or the

7     majority of the gazebo and almost two sides of the entire

8     residence.

9     Q.   I'd like to direct your attention to what has been marked

10    as CG 14 for identification.   Do you recognize this.

11    [Government Exhibit CG 14 marked for identification].

12    A.   Yes.

13    Q.   What is the building on the top left-hand corner of CG 14

14    for identification?

15    A.   That would be the residence belonging to Moussa Cisse that

16    was described to me.

17    Q.   And based upon your measurements, how accurate of a replica

18    is that house and that gazebo in that compound?

19    A.   They took the data I collected and, basically, shrunk it by

20    1/16th, so it's an exact measurement or exact replica according

21    to my data I collected with sub-millimeter accuracy.

22    Q.   After taking your measurements of the house in that

23    compound, were you directed to a building identified as

24    Whiteflower?

25    A.   Yes.

**October 14, 2008**

## Miller - Direct

1  Q.   I'm showing you what is already in evidence as WF 9.   Do

2  you recognize this photograph?

3  A.   Yes, I do.   It is the front or the street-facing portion of

4  the building described to me as the Whiteflower residence.

5  Q.   Were you able to take, using your surveying equipment, a

6  measurement from how far it is from Moussa Cisse's house down

7  to Whiteflower?

8  A.   Yes.   We actually mapped in the entire road, both sides of

9  the road from Moussa Cisse's house all the way down and past

10  Whiteflower.

11  Q.   How is it from Moussa Cisse's house to Whiteflower?

12  A.   Approximately 900, just over 900 feet.

13  Q.   Now, were you able to bring your equipment inside of

14  Whiteflower to take the measurements of the building inside of

15  Whiteflower?

16  A.   No, sir.

17  Q.   So the building as reflected in the model, how was that

18  constructed?

19  A.   We were not allowed to enter the compound of Whiteflower.

20  However, as we mapped in the road in front of Whiteflower, what

21  we were able to do is mark the points where the driveway

22  entered, where like the garage door started, where the garage

23  door ended and where the front door was and a couple of other

24  significant points.   We were able to mark that on our map.

25          Then we had several aerial photographs that were taken

**October 14, 2008**

## Miller - Direct

1  in which the model-makers were able to look at my data and take

2  the data that I had and overlay it with the aerial photographs

3  and scale it in and that's how they were able to accurately

4  construct the model.

5  Q.   After measuring the main road here, did you begin to map

6  out going down the hill?

7  A.   Yes.   We actually mapped the main road that passed in front

8  of the Whiteflower residence.   We actually mapped a little bit

9  past it to integrate the curve of the road that passes down

10  inside.   We took measurements approximately every 10 feet to

11  ensure we got the exact declination and incline of the hill.

12  We took those measurements on both sides of the road all the

13  way down to where the road intersects and on to the next

14  residence.

15  Q.   The next residence I'd like to show you is BY 2.

16           AGENT NAPLES:   (Complied.)

17  BY MR. GRAVELINE:

18  Q.   What is this a picture of?

19  A.   This is a picture of the front of the residence once

20  belonging to, as described to me, Benjamin Yeaten.

21  Q.   Did you use your equipment to obtain mathematical points

22  from that house?

23  A.   We obtained measurements for about three quarters of the

24  house until we were no longer able to finish the project.

25  Q.   Based on your measurements how far away is Benjamin

**October 14, 2008**

## Miller - Direct

1  Yeaten's house from Whiteflower?

2  A.   It's about 300 feet.   Yeah, about 325 feet.

3          It actually seems like it's a lot longer because of

4  the incline of that hill.

5  Q.   Now, this model -- I'd like to show you what has been

6  marked as WF 7 or 9.   WF 7.

7          AGENT NAPLES:   (Complied.)

8  BY MR. GRAVELINE:

9  Q.   There appears there's a number of other buildings and

10 structures along the hill and the main road.   The model does

11 not reflect that.   Why not?

12 A.   That is correct.   We were not told to integrate those

13 buildings into our model or into our data collection, that they

14 were not relevant.   They were looking more for the relation of

15 these three buildings in relation to one another and not

16 necessarily the buildings in between.

17 Q.   How much more time would it have taken to do every building

18 on this hill?

19 A.   It took us one entire day just to collect the data for

20 Moussa Cisse's house and just the construction, in general, is

21 very simple.   So to get an entire house done in one day, it's

22 usually unheard of.   In America, it would probably take two

23 days to get a good American-style house because of the

24 architecture.   I was very fortunate to be able to get his house

25 done in one day.

**October 14, 2008**

## Miller - Cross

1            Yeaten's house, I wasn't able to finish in one day.

2   To be able to finish all the buildings in between, I would have

3   been there anywhere from one to two months.

4   Q.   This model right here, the 1/16th model of the actual

5   distances between the locations as identified to you?

6   A.   It's a 1/16th scale.

7            MR. GRAVELINE:   Thank you.   No further questions.

8                    CROSS EXAMINATION

9   [Beginning at 2:46 p.m., 10/14/08.]

10  BY MR. CARIDAD:

11  Q.   Agent, this FBI team also has a name?

12  A.   Correct.

13  Q.   What is it called?

14  A.   We're an Evidence Response Team

15  Q.   Are you part of the team that takes pictures of places?

16  A.   You've got two different teams, a Rapid Deployment Team and

17  Evidence Response Team

18  Q.   So Kathleen Bryant is with which group?

19  A.   She's with both also.   Anybody who travels overseas, you

20  have to be parted of a Rapid Deployment Team   She's also part

21  of an Evidence Response Team

22  Q.   The two teams that went to Liberia at the same time --

23  A.   No, we're both part -- I mean, they're two separate teams,

24  but you kind of wear two hats is, basically, what it is.   An

25  Evidence Response Team, you work everywhere.   We have got

## October 14, 2008

## Miller - Cross

1  Evidence Response Team members all over America in all the

2  field offices.   In order to be a Rapid Deployment member, you

3  have to be ready to travel overseas and there's only four field

4  offices in the FBI.

5  Q.   When were you initially asked to do this

6  A.   We were initially approached in March?

7  Q.   Of this year, 2008?

8  A.   Yes.

9  Q.   How many of you were responsible to bring the model here to

10  court?

11  A.   There were two of us that were actually assigned to the

12  Total Station and one agent who took photographs.

13  Q.   It took a whole day to take the measurements to do what we

14  have in front of us?

15  A.   It took us one day to take the measurements from

16  Mr. Cisse's house and another day to do the roads in front of

17  Yeaten's house?

18  Q.   The information, this model gives us the distances between

19  three houses.   Right?

20  A.   Aha.

21  Q.   Okay.   You have to answer "Yes" or "No."

22  A.   Yes.

23  Q.   And does it give us any more information than that?

24  A.   It also tells you the exact contour of the lay of the land

25  as far as the topography, and one of the big, one of the big

**October 14, 2008**

## Miller - Cross

1    issues that was brought up was the steep incline of the hill

2    along Whiteflower.  So we wanted to make sure that the

3    gradation of that hill was correct and accurate.  That's the

4    reason we made sure to take measurements every 10 feet.

5    Q.   You measured the inclination of the hill.  Right?

6    A.   That's correct.

7    Q.   You don't know what's on the right is accurate, what's on

8    the left is accurate as far as the lay of the land, do you?

9    A.   That's all we were actually allowed to collect while we

10   were there.  We intended to collect a lot more.

11   Q.   About the land to the right of the road here?

12   A.   Everything, everything that was collected as far as the

13   elevation and the topography is supplemented by the photographs

14   that Agent Bryant had taken.

15   Q.   This area here to the right of the road, were you allowed

16   to collect information about this area to the right?

17   A.   There was also buildings -- the area to the right of the

18   road was not necessarily important.  They needed to know the

19   gradation of the actual road from the top of the road down to

20   the bottom of the road.  We surveyed the road, the sides of the

21   road and that's what we were asked to survey?

22   Q.   That's how steep the road was?

23   A.   They needed to know the steep of the road.

24   Q.   You said you couldn't do any more at Whiteflower?

25   A.   We were not allowed.

**October 14, 2008**

## Miller - Cross

1  Q.   You were not allowed in any of the places around here?

2  A.   We actually did two full days of surveying and there was an

3  incident and we were no longer allowed back.   There was a

4  safety issue.

5  Q.   Back to Whiteflower, you were not allowed to return to

6  Whiteflower?

7  A.   We couldn't go anywhere near that site.

8  Q.   The side of the road or anything like that?

9  A.   Okay.   The road that passed down to Yeaten's house by

10  Whiteflower, if we were even to access that road, we were

11  putting our lives in danger.

12  Q.   Did you go down this road?

13  A.   I went down that road several times.

14  Q.   You were allowed to go down the road to Benjamin Yeaten's

15  house?

16  A.   Before my life was in danger, yes.   Once the incident

17  happened and there was an uprising, we were not going down the

18  road again.

19  Q.   You were able to go down there once.   Right?

20  A.   Initially, yes.

21  Q.   And how long did you stay there?

22  A.   We were down there one day.

23  Q.   One entire day?

24  A.   Mapping the road and doing Yeaten's house.   We were

25  actually planning on going back the next day and we could not

**October 14, 2008**

## Miller - Cross

1  go back.

2  Q.   You were there for the whole day, one whole day?

3  A.   We had to map an entire road also.

4  Q.   Does this model and your efforts on that day give us any

5  other information about this area in any respect?

6  A.   What information are you wanting?

7  Q.   That's my question.   Was there any other information this

8  model gave you about this area, the grading of the road?

9  A.   It gives the grading of the road, the orientation of the

10  relation to the houses of each, exactly how the houses looked,

11  the exact orientation of the houses on the property and both

12  Benjamin Yeaten's house on three sides of the house, it shows

13  you exactly where the roof line is, the windows are, the

14  porches are.   I mean, it's an exact replica model for somebody

15  to come in and if something were to happen on any of those

16  properties, somebody could come in and say that's exactly where

17  it happened.

18  Q.   What does this show us that a photograph does not?

19  A.   There's not a lens that's large enough that's going to be

20  able to capture that.

21  Q.   We just saw a photograph with all three houses in it.

22  There was a photograph of Moussa Cisse's house, Whiteflower and

23  Benjamin Yeaten's house.

24  A.   There was one photograph that had all three residences in

25  it.   It did not capture the detail a model would.

**October 14, 2008**

## Miller - Cross

1   Q.   When we take a photograph of Benjamin Yeaten's house, if we

2   take a photograph of Whiteflower and one of Moussa Cisse's

3   house, what does this add?

4   A.   It doesn't put them in relation or context to one another.

5   Q.   The model shows --

6   A.   It also provides a three dimensional -- I mean, three

7   dimensions provide something to --  I mean, everybody can

8   attest to that a three dimensional model provides something

9   that a two dimensional photograph does not.

10   Q.   What is that?

11   A.   I mean, it's a tactile versus visual.  I mean --

12   Q.   You can touch it?

13   A.   Not only you can touch it.  I mean, you can actually -- not

14   everybody is spatially minded.  So it allows those of us who

15   are not spatially minded to actually see exactly into a space

16   that your mind does not allow you to go.

17   Q.   Do you really think this is better than a photograph of the

18   actual living scene, this model?

19   A.   Yes, I do.

20   Q.   You also talked about geological formations.  There is no

21   geological formations to construct how steep the road is?

22   A.   There's all kinds of geological formations that can be

23   surveyed.  There was really no reason other than the distance

24   between the houses and the actual steep and the gradation of

25   that road that was pertinent in this case.

**October 14, 2008**

## Miller - Cross

1  Q.   You don't pretend this model to be an accurate and complete

2  reconstruction of the way this area a looked in 2002.   Right?

3  The buildings that are listed, this is not an accurate

4  reconstruction of the way this area looked in 2002.   Would you

5  agree with me?

6  A.   The intent was not for it to make it look like it looked in

7  2002.   The intent was for it to represent what the houses

8  looked like, how they were associated to one another and to

9  create a three dimensional perspective of how the houses are

10  now.

11  Q.   So if we were to go to Liberia right now, it, basically,

12  would not look like this?

13  A.   They would see a lot more trees.   They would see several

14  houses in between.

15  Q.   There's no way to go back to 2002 to see what it looked

16  like.   Right?

17  A.   We can never go back in time.

18          MR. CARIDAD:   The thank you.   That's all.

19          MR. GRAVELINE:   No further questions, Your Honor.

20          THE COURT:   Thank you.   You are excused.

21          THE COURT:   Ladies and gentlemen, we'll take a brief

22  10 minute recess.   Please do not discuss the case.

23          [The jury leaves the courtroom at 2:55 p.m]

24          THE COURT:   All right.   We're in recess.

25             [There was a short recess at 2:55.p.m]

**October 14, 2008**

## Miller - Cross

1          THE COURT:   Your next witness.

2          MS. ROCHLIN:   Can we take an issue up before the jury

3   comes in?  Basically, we have good news and bad news.   We

4   really believe the Government will be resting its case in chief

5   by Tuesday this coming week.   The bad news is we had a witness

6   who missed a flight.   We believe we may be able to go to the

7   end of the day with our next witness, but we're not going to

8   fill up the day tomorrow.

9          What we would propose is, if the Court is willing,

10  maybe taking a half day using the witnesses we have available

11  in the district now and, perhaps, recessing after lunch.

12         THE COURT:   Tomorrow?

13         MS. ROCHLIN:   Tomorrow.

14         THE COURT:   All right.

15         Just so I can let the jury know.   In fact, there was

16  one juror who had the issue we addressed in my Chambers, if you

17  will recall --

18         MS. ROCHLIN:   Yes.

19         THE COURT:   -- she mentioned to my courtroom deputy

20  she had placed a child either in before-school care or

21  after-school care and wanted to have assurance the trial would

22  take as long as we had indicated at the start it would take.

23         Apparently, she has now made those arrangements which

24  she had not had prior to the case.   So if we're going to be

25  stopping early tomorrow, it would be helpful for the jurors to

## October 14, 2008

**Miller - Cross**

1   know what schedule we anticipate tomorrow.  We could start at

2   around 9:15 and go until 1:00 or so.

3            MS. ROCHLIN:  Or until we run out of people to call,

4   Your Honor.  That sounds reasonable.

5            THE COURT:  Mr. Caridad.

6            MR. CARIDAD:  I don't have any objection.  My only

7   request is the following:  Since we're not going to have a full

8   day tomorrow, the next witness may be 30 to 45 minutes.  If we

9   could recess after his direct so I could have a chance to speak

10  to my client.  That way we could do the cross tomorrow.  We

11  could fill up a little bit more tomorrow anyway.

12           THE COURT:  We could talk real slowly and drag it out.

13           MR. CARIDAD:  I have one matter to bring up regarding

14  the next witness, a gentleman by the name of Hassan Bility.  I

15  was advised Mr. Bility would be a witness on August 25th when

16  the Court Ordered the Government to provide us with the witness

17  list.

18           Mr. Bility is going to testify about things that were

19  done to him personally I don't believe by my client, but under

20  the Government's theory as part of a conspiracy.  He's also

21  going to testify about things that Mr. Dulleh said to him while

22  Mr. Dulleh was at Klay such as "I was tortured," maybe not in

23  those conclusively words, "Something happened to me and Chuckie

24      Taylor did it."

25           I have two objections.  One, I have filed a written

**October 14, 2008**

## Miller - Cross

 1   objection saying any witness who was noticed to me on August

 2   25th whom I did not know about as a principal victim in this

 3   case, I don't believe the Government should be allowed to

 4   present testimony of harm to themselves because I consider that

 5   to be a whole independent case that I have not had an

 6   opportunity to investigate.

 7          The second point is that we don't believe the prior

 8   consistent statements that Mr. Bility will testify to are

 9   admissible.  By our theory, by the evidence we presented

10   through Mr. Dulleh, the motive to fabricate arose in the 1990s

11   given the living conditions in Liberia and the war in Liberia.

12          What we would object to Mr. Bility coming in and

13   saying, sometime after 2002 he was in a facility with

14   Mr. Dulleh and Mr. Dulleh told him "I was tortured and Chuckie

15       Taylor tortured me."  Those are prior consistent

16   statements.  We don't believe the proponent of the statement,

17   the Government, has shown they are admissible at this point.

18          MR. GRAVELINE:  Your Honor, I'll take up the

19   statements first.  The statements are going to be offered first

20   under excited utterance.  Mr. Bility is the person who heard

21   Mr. Dulleh say right after Mr. Dulleh got put in the hole what

22   happened do him  We have already elicited those from

23   Mr. Dulleh.  This is the person he was telling that to.  So

24   Under the excited utterance to the Hearsay Rule.  It could also

25   be a prior consistent statement as well.

**October 14, 2008**

## Miller - Cross

1       While the defense characterizes a motive to fabricate

2   pre-dating into the 1990s.  What we heard from Mr. Dulleh, he

3   had a job.  He was a university student.  He had a family.  He

4   had no intention of leaving Liberia until his arrest,

5   detention, abuse at the hands of the Charles Taylor government.

6       So there has been no evidence to show that his motive

7   to fabricate pre-dated these statements that occurred right

8   after he was abused at Benjamin Yeaten's house and then put

9   into this hole in Klay.  Under those two theories we're going

10  to offer these statements.

11      As to the abuse suffered by Mr. Bility, I believe the

12  Court has already addressed this on a couple of occasions, the

13  first being back on March 3rd when the defense brought this up

14  and the Court's remedy at that point was to move our deadline

15  up two weeks to three weeks before trial for a witness list.

16  That has been complied with.

17      Secondly, I believe last week the Court denied their

18  motion that Mr. Caridad just referred to and, secondly, what I

19  plan to elicit on direct is going to be very carefully tailored

20  with very specific direct examination questions.

21      Mr. Bility suffered a lot of abuse over a number of

22  years in Liberia.  The Government is not seeking to introduce a

23  wide range.  We're going to ask him specifically what happened

24  to him at Klay and specifically those types of abuses that are

25  akin to what happened to our other victims in this case.  We do

**October 14, 2008**

## Bility - Direct

1   not plan on eliciting every abuse that ever happened to

2   Mr. Hassan Bility.

3           THE COURT:  All right.

4           The objections are overruled and they're noted.  The

5   defense has a continuing objection.

6           Where is the witness?  Let's bring the witness up

7   first.

8           THE WITNESS:  (Complied.)

9           THE COURT:  Bring The jury in please.

10          [The jury returns to the courtroom at 3:23 p.m.]

11          THE COURT:  Everyone be seated.

12

13          HASSAN BILITY, GOVERNMENT'S WITNESS, SWORN

14                  DIRECT EXAMINATION

15  [Beginning at 3:24 p.m.]

16  BY MR. GRAVELINE:

17  Q.   Please state your name and spell it for the record.

18  A.   My name is Hassan Bility, H-a-s-s-a-n B-i-l-i-t-y.

19  Q.   Can I ask you just to make sure you speak into the

20  microphone, Mr. Bility.  I think you're a little soft-spoken.

21          Where were you born?

22  A.   I was born in Yekepa.

23  Q.   Can you spell Yekepa?

24  A.   Y-e-k-e-p-a.

25  Q.   And that's in which county of Liberia?

**October 14, 2008**

## Bility - Direct

1   A.   That's in Nimba County, north in Liberia.

2   Q.   What tribe does your family belong to?

3   A.   Mandingo.

4   Q.   Do you still live in Liberia?

5   A.   No, sir.

6   Q.   Where do you live?

7   A.   I live in the United States.

8   Q.   When did you leave Liberia?

9   A.   7 December, 2002.

10  Q.   In December of 2002, who was the President of Liberia?

11  A.   Mr. Charles Taylor.

12  Q.   When had Charles Taylor come to power in Liberia?

13  A.   July, 1997.

14  Q.   When you lived in Liberia, what was your profession?

15  A.   Journalism

16  Q.   What type of media outlet were you a journalist of?

17  A.   Print media.  That would be newspaper.

18  Q.   Was there a particular topic or topics you used to report

19  on?

20  A.   Yes, sir.

21  Q.   What was that topic?

22  A.   Human rights.

23  Q.   In that vein, have you ever written anything critical about

24  the Charles Taylor administration and its human rights record?

25  A.   Yes, sir.  I wrote what I saw.

**October 14, 2008**

## Bility - Direct

1  Q.   I would like to direct your attention to June of 2002.   Did

2  something out of ordinary happen to you in June of 2002?

3  A.   Yes, sir.

4  Q.   What happened?

5  A.   I was at the offices of the Analyst Newspaper.   That's the

6  newspaper I served as editor in chief for, and two guys walked

7  into the offices of the newspaper and told me that they had

8  some very important information that they would like for the

9  Analyst Newspaper to publish, and they told me that they

10  thought the other editors with the different newspapers weren't

11  courageous enough, wouldn't have the guts to publish it.

12        So I asked them what was it.   They said, well, I

13  needed to walk with them -- they asked me to come with them

14  down and then they would give it to me.

15        So I designated a reporter to go with them  They said

16  no, they didn't trust anybody.   They said they trusted me.   So

17  my little son was with me.   He was four years old then.   At the

18  same time he was asking for popcorn, so I said "Okay.   Let's

19    walk down."

20        We walked down the stairs and got on the street.   That

21  was Benson Street, half a block from the Ministry of National

22  Defense.

23  Q.   What happened when you got down on to the street?

24  A.   A red vehicle crossed the street and came and parked right

25  in front of me and some guy got out of vehicle, along with the

## Bility - Direct

1    two guys who had gone to the newspaper office, and they began

2    to beat me and kick me and to force me into the vehicle.   They

3    did successfully force me into the vehicle.

4    Q.    What happened to the vehicle once you were inside?

5    A.    The vehicle left my son standing on the street, four years

6    old to fend for himself, and took off and went to the

7    headquarters of the Liberian National Police on Capitol Hill,

8    Monrovia.

9    Q.    What was the accusation against you?

10   A.    I was accused of plotting to assassinate and subsequently

11   assassinate President Charles Taylor and subsequently overthrow

12   the government.

13   Q.    Who accused you of you?

14   A.    President Charles Taylor personally accused me of that.

15   Q.    Where did he accuse you of this?

16   A.    At his official residence in Congotown that was referred to

17   as Whiteflower.

18   Q.    Was that on the same day that you were arrested?

19   A.    It was two hours after the scene there because I was

20   arrested at about 3:35 p.m on the -- local time -- on the 24th

21   and then I stayed in the police headquarters until like

22   midnight and then I was driven from the police headquarters to

23   his residence.   When we got there, it was already a few minutes

24   afternoon 12:00.

25   Q.    And you said the President, himself, accused you of being

**October 14, 2008**

## Bility - Direct

1  part of a coup plot against him?

2  A.   Yes, sir.   The president accused me, along with the current

3  President of Liberia, Mrs. Johnson Sirleaf, the then Bishop of

4  the Catholic Diocese of Monrovia, Michael Francis, and two

5  other political figures, along with the former Assistant

6  Secretary of State for African Affairs, Robert Barrett, of the

7  U.S. State Department.

8  Q.   Prior to your arrest, had you ever taken up arms against

9  the Charles Taylor administration?

10  A.   No, sir.

11  Q.   Had you ever been part of any arms or rebel force in

12  Liberia?

13  A.   No, sir.

14  Q.   Had you ever been part of any coup attempt against Charles

15  Taylor?

16  A.   No, sir.

17  Q.   What was your response when President Taylor accused you of

18  being part of this plot?

19  A.   The first statement I made, if he believed I was part of

20  the coup plot, then the coup plot did not exist.   Then it was a

21  nonexistent plot because I was never ever a part of any coup

22  plot, and I also told him that I believe he arrested me because

23  of my writings and because of my ethnic background.

24  Q.   What was President Taylor's demeanor or mood after you

25  denied being part of this coup plot?

**October 14, 2008**

## Bility - Direct

1    A.    Rage.

2    Q.    Did he threaten you with anyone or with anything after you

3    denied you were part of the coup plot?

4    A.    Yes, sir.

5    Q.    What did he threaten you with?

6    A.    He threatened with Benjamin Yeaten.   He also threatened me

7    with the Anti-Terrorist Unit, the ATU.

8    Q.    Do you know who was the head of the ATU at the time?

9    A.    At which time?   At the time of my arrest?

10   Q.    At the time of your arrest.

11   A.    Yes, sir.

12   Q.    Who was the head of the ATU?

13   A.    His son who was then referred to generally as Chuckie, but

14   officially I think it's Charles Taylor, Jr.

15   Q.    Subsequent to your arrest, were you held in confinement?

16   A.    Yes, sir.

17   Q.    Were you always held during that confinement, were you

18   always held at just one location?

19   A.    No, sir.

20   Q.    How many different locations were you held at?

21   A.    That is between June 24th to December 7th, I was held in 13

22   different locations around Liberia.

23   Q.    What were some of the various locations you were held at?

24   A.    I was held at Foya.   I was held at the National Bureau of

25   Investigation.   That would be the NBI.   I was held at Klay

**October 14, 2008**

# Bility - Direct

1  Junction, halfway between Monrovia the capital and Tubmanburg.

2  Q.   You mentioned Klay Junction.   What is Klay Junction?

3  A.   Klay Junction is a small town between the capital city,

4  Monrovia, and administrative capital of Bomi County,

5  Tubmanburg, and it's at a junction leading to the Republic of

6  Sierra Leone.

7  Q.   Where were you held at Klay Junction?

8  A.   I was held in an abandoned weigh station.

9  Q.   I would like you to look at what has already been admitted

10 into evidence as KL 23.

11          AGENT NAPLES:   (Complied.)

12 BY MR. GRAVELINE:

13 Q.   Do you recognize this picture?

14 A.   Yes, sir, I do.

15 Q.   What is that in this picture?

16 A.   This is a security booth leading from Monrovia to

17 Tubmanburg on the left-hand side and a highway is on the right

18 and a security booth is just by the weigh station.

19 Q.   And WHEN you said you were held at the weigh station, where

20 were you held at this weigh station?

21 A.   This weigh station is actually a hole like a sewage in the

22 ground in the middle, slightly away from the middle of the

23 highway, and I was held inside underground there.

24 Q.   Do you remember the exact day you arrived at Klay Junction?

25 A.   I don't remember the exact date anymore, but it was

**October 14, 2008**

## Bility - Direct

1  certainly in July.

2  Q.  Were there armed men at Klay?

3  A.  Yes, sir.

4  Q.  What happened after you arrived at the Klay junction?

5  A.  I was immediately taken out of the back of the Jeep or what

6  you may call pickup truck and taken into the hole.  They beat

7  and kicked me and forced me into that hole.

8  Q.  I'm showing you what has been marked as Government's

9  Exhibit KL 24.  Do you recognize this photograph?

10         AGENT NAPLES:   (Complied.)

11  A.  Yes, sir.

12  Q.  What is this a photograph of?

13  A.  That's the lid into the hole.

14  Q.  So what would have to happen to this lid in order to get

15  underneath the weigh scale?

16  A.  Two persons have to hold it, one at each end, and lift it,

17  remove it and then the person going in would have to stand

18  straight and go down.

19  Q.  Once you climbed underneath the weigh scale, how big of an

20  area was it?

21  A.  Well, not very big.  I think -- I'm not really sure about

22  the exact measurement, but it must have been, in width it must

23  have been more than six feet.  In length, probably about 20

24  feet in length.

25  Q.  Could you stand up straight underneath the weigh scale?

**October 14, 2008**

## Bility - Direct

1   A.   I could not.

2   Q.   What was the lighting like underneath the weigh scale?

3   A.   It was very black, pitch black, and there was water on the

4   floor that would stop above my knees.

5   Q.   How did it smell?

6   A.   Oh, it's probably the most horrible smell I have ever

7   experienced.

8   Q.   Was there anyone else under the weigh scale when you got

9   there?

10  A.   Yes.   When I got there, there were three persons there.

11  Q.   What were their names?

12  A.   Edmond Wilson, who was commonly referred to as Prince

13  Johnson, Varsay Layee Kamara and John Temba Bengue.

14  Q.   Do you know a man by the name of Varmuyan Dulleh?

15  A.   Yes, sir, I do know him

16  Q.   Did you ever see him at Klay junction?

17  A.   Yes, sir, I did.

18  Q.   When did you first see him?

19  A.   I first saw him at Klay junction when he was brought there.

20  He was yelling and appeared to be very much traumatized, crying

21  and looking in all directions, scared and he was made to climb

22  down into the hole.

23  Q.   What was his emotional state as he first got in the hole?

24  A.   I think he was traumatized.   He was scared.   He was -- he

25  was afraid.   He was scared and he was yelling.   He thought he

**October 14, 2008**

## Bility - Direct

1  would die and he asked people around him "Am I going to die?

2      Am I dying?" like someone very traumatized, actually.

3  Q.  Did Mr. Dulleh explain to you what had happened to him?

4  A.  Yes, sir.

5  Q.  And what did he tell you had happened to him?

6  A.  Mr. Dulleh explained to me that he was arrested and taken

7  to President Charles Taylor's place and there was a phone call

8  that President Taylor had asked him to make, that he placed a

9  call and he spoke to somebody, but then after that, he was

10  turned over to the son of President Charles Taylor, Charles

11  McArthur -- Charles Taylor Jr. -- and Benjamin Yeaten, and he

12  said he was taken to Benjamin Yeaten's house and while there

13  they were trying to force confession out of him to say he was

14  aware or a part of a coup plot, and when he wouldn't say

15  anything, they put a pot full of water on the stove, boiled it

16  hot and then give it to him to hold it on his head and they

17  also took pressing iron and put it on his body and threatened

18  to kill him if he didn't tell them where the arms were.

19      According to him, they had said there were some arms

20  abandoned in some places and he was sort of coordinating

21  something like that.  The bottom line, they used pressing iron

22  on him and they put hot pot of water on his head.

23  Q.  Now, at a certain point were you able to see whether

24  Mr. Dulleh had any injuries to him?

25  A.  Absolutely.

## Bility - Direct

1  Q.   Were you able to see it while you were underneath in the

2  hole?

3  A.   No.   I could smell it because the scent there was different

4  then the other scent we had been accustomed to.   I couldn't see

5  it in the hole because it was very black, dark in there, but I

6  could see it outside.

7  Q.   When did you go outside the hole with Mr. Dulleh?

8  A.   We went outside to eat right by your Exhibit A.   There's a

9  little security booth.   They had food for us.   The security

10  guards would come and remove the lid to the hole and ask us to

11  come out come and eat and we would sit right in front of

12  Exhibit A and they would eat there, and Varmuyan's body was --

13  Q.   Let me ask you a question about that.   When you saw

14  Varmuyan's body when you got outside to eat, what did you see?

15  A.   I saw sore marks, sores on his body and fluid leaking out

16  of that and on his head I saw pressing iron mark, a little

17  rectangular, triangular shape like that on his body, and he

18  kept telling us it was a pressing iron that was used, and it's

19  similar, in my opinion, to the nose part of the pressing iron.

20  Sores on him and leaks from those sores.

21  Q.   Did those wounds appear to be fresh wounds when you saw

22  them?

23  A.   When I saw them, I really can't say they appeared to be

24  very fresh.   It had been at least 24 hours.   So, in some

25  respect, yeah, they appeared to be fresh and the sore, actually

**October 14, 2008**

## Bility - Direct

1 the sores were like red.   So in that respect, yes.

2 Q.   How long were you held underneath this weigh scale?

3 A.   I'm not sure exactly.   I do know that -- I'm not sure

4 exactly how long I was continuously held in the weigh station

5 because at some point they will take us out for like two or

6 three days and later on they would take us back to the weigh

7 station, but I do know when I left there.

8 Q.   What date did you leave there?

9 A.   Not a specific date, but in August.

10 Q.   During your confinement at Klay, were you subjected to any

11 physical beatings or other abuse?

12 A.   Yes, sir.

13 Q.   And in what context were you subjected to those physical

14 beatings?

15 A.   Excuse me.   In what context?

16 Q.   Right.   What would happen to you that would precipitate a

17 physical beating to occur?

18 A.   There were several things.   One of the things that would

19 happen was if Mr. Chuckie Taylor visited there either alone or

20 with Benjamin Yeaten and when he left the physical beating will

21 increase and they would call me out to interrogate me.   You

22 don't want to say anything and then them keep beating me.

23          As far as the torture --

24 Q.   Let me ask you a question.   What, if any, abuse occurred to

25 you using electricity while you were at Klay?

**October 14, 2008**

# Bility - Direct

1  A.   Yes, sir, electrocution.

2  Q.   What parts of your body?

3              MR. CARIDAD:   Objection.

4  A.   On my private parts.

5              MR. CARIDAD:   Excuse me.   Object.   Irrelevant.

6  Outside the scope of the conspiracy charged in the Indictment.

7              THE COURT:   Overruled.

8  BY MR. GRAVELINE:

9  Q.   You can answer.   What parts of your body were electrocuted?

10 A.   My private parts.

11 Q.   Did there come a time when you were taken away from Klay

12 junction?

13 A.   Yes, sir.

14 Q.   How did that happen?

15 A.   Blindfolded, along with Varmuyan Dulleh.

16 Q.   Where were you taken?

17 A.   I was put on a chopper and taken to Foya in Liberia.

18 Q.   When you got to the Foya, an area of Liberia, where were

19 you held initially?

20 A.   Initially we were held at the residence of one of the

21 commander called Paul.

22 Q.   And then where were you moved to after that?

23 A.   Then we were moved to an abandoned toilet hut, toilet

24 building, small hut.

25 Q.   Who was held in that toilet hut?

**October 14, 2008**

## Bility - Direct

1  A.   It was I and Varmuyan Dulleh.

2  Q.   Can you describe the toilet hut at THIS location?

3  A.   Yes, sir.

4           When we were there, it was a very small place, like

5  from this wall to where, to like here.  We couldn't sleep AND

6  we couldn't really stretch our legs, and there were toilets

7  there that had been freshly filled.  Once we were there, the

8  rain would seep through the ceiling.  It had one hole to the

9  back and it had the name there, "Kpelle Town" -- that's the

10 name of the town -- "Kpelle Town, 1978" written on the wall.

11 Q.   Were you free to leave this toilet hut while you were held

12 there?

13 A.   No.

14 Q.   Why not?

15 A.   Because there were always guards there making sure that we

16 were held there and that we stayed there.

17 Q.   Were these guards armed?

18 A.   Yes, sir, all the time.

19 Q.   How long were you and Mr. Dulleh held in that area?

20 A.   Because I'm not sure of the exact date in August that we

21 were taken there, I can't say how long in terms of days, but I

22 do know that we were taken out of there on the 19th of

23 September 2002.

24 Q.   Where were you taken after that?

25 A.   Taken back to the National Bureau of Investigation, the

**October 14, 2008**

# Bility - Direct

1   NBI.

2   Q.   Did you see anyone you recognized there?

3   A.   Yes, sir, I did.

4   Q.   Did you see the men who had been held with you at the Klay

5   Junction?

6   A.   The men who had been held with me at Klay Junction,

7   Mohammed Kamara, Varsay Layee Kamara, Edmond Wilson or Prince

8   Johnson, his alias, John Temba Bengue, and I also saw some new

9   faces.

10  Q.   Was one of the new faces you saw there a man by the name of

11  Kamara?

12  A.   In terms of physical description or --

13  Q.   Who did you know him to be?

14  A.   Mulbah Kamara was a friend from childhood for many, many

15  years and after school he set up a business on Ashmon Street by

16  the --

17          MR. CARIDAD:   Judge.   Object.   No foundation.   Lack of

18  personal knowledge.   Hearsay.

19          MR. GRAVELINE:   Your Honor, he said he knew this --

20          THE WITNESS:   I know --

21          THE COURT:   Overruled.

22  BY MR. GRAVELINE:

23  Q.   I'd like to talk to you about whether you saw any physical

24  injuries on Mr. Kamara.   First of all, was Mr. Kamara in

25  confinement at NBI?

**October 14, 2008**

## Bility - Direct

1   A.   Yes.

2   Q.   Did you ever see any physical injuries on Mr. Mulbah

3   Kamara?

4   A.   No, sir, I did not.

5   Q.   When were you finally released from confinement?

6   A.   7th December, 2002.

7   Q.   From June 24th, 2002 to December 7th, 2002, were you in

8   continuous confinement?

9   A.   Yes, sir.

10  Q.   During that six months, were you ever charged with a crime?

11  A.   No, sir.

12  Q.   Were you ever brought before a Court?

13  A.   No, sir.

14  Q.   Were you allowed to see a lawyer?

15  A.   No, sir.

16  Q.   After you were released December 7th, 2002 what was your

17  belief as to your safety in Liberia?

18  A.   I didn't think I would be safe there anymore.

19  Q.   What were your thoughts about staying in Liberia at that

20  time?

21  A.   I didn't want to stay there.

22       MR. GRAVELINE:   No further questions.

23       Just a moment.

24       No further questions.

25       MR. CARIDAD:   Judge, are we going to do this tomorrow?

## October 14, 2008

## Bility - Direct

1          THE COURT:   All right.

2          Ladies and gentlemen, we will break early today.   I

3    will ask that you all return tomorrow morning.   We will begin

4    at 9:30 and I don't think we will stay through to 4:30

5    tomorrow.   I think we may be ending a little bit earlier

6    tomorrow as well due to some witness issues.

7          We will begin at 9:30 and please remember my

8    instructions not to discuss this case.   Have a good evening.

9          [The jury leaves the courtroom at 3:49 p.m]

10          THE COURT:   The witness is excused.

11          [The witness was excused at 3:50 p.m].

12          THE COURT:   Are there any issues we need to address?

13          MR. CARIDAD:   No, Your Honor.

14          MS. ROCHLIN:   Nothing.

15          THE COURT:   We'll see you at 9:30.   Have a good

16    evening.

17

18

19

20

21

22

23

24

25

**October 14, 2008**

1          C E R T I F I C A T E

2          I hereby certify that the foregoing is an accurate

3     transcription of proceedings in the above-entitled matter.

4

5     _____          _____

          DATE                     BARBARA MEDINA

6                                  Official United States Court Reporter

                                   400 North Miami Avenue, Suite 12-2

7                                  Miami, FL  33128 - 305.523.5518

                                             (Fax) 305.523.5519

8                                  Email:   barbmedina@aol.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Quality Assurance by Proximity Linguibase Technologies**
**October 14, 2008**

**A**

**abandoned** 189:8 192:20 195:23
**ability** 71:17
**able** 15:25 18:23 47:2,4 85:23
  97:12 109:24 126:12 134:6,9
  134:10 137:14 139:3,5 141:21
  142:6,7 143:3,7 149:4 159:18
  163:24 169:5,13,21,24 170:1,3
  170:24 171:24 172:1,2 175:19
  176:20 179:6 192:23 193:1
**above-entitled** 200:3
**Abraham** 2:17 44:20 58:1 64:8
  97:24 98:2,10,11
**Absolutely** 97:20 192:25
**abuse** 182:5,11,21 183:1 194:11
  194:24
**abused** 92:11 94:8,11 182:8
**abuses** 26:14 182:24
**access** 1:25 143:10 154:4,12
  175:10
**Account** 56:8 58:23 91:23
**accuracy** 126:9 168:21
**accurate** 7:20 17:8,9 30:24
  44:12 57:4,5 63:17 67:8,9,16
  71:20 72:8 79:21 126:7 133:25
  134:23 144:2 152:15 157:10
  158:2,25 167:24 168:17 174:3
  174:7,8 178:1,3 200:2
**accurately** 131:13 166:6 170:3
**accusation** 186:9
**accusations** 35:10 96:15
**accuse** 186:15
**accused** 27:9,10,11 33:20,22
  35:4 97:8 186:10,13,14,25
  187:2,17
**accustomed** 193:4
**achievement** 36:23
**act** 129:16
**acting** 35:24 47:23
**actions** 49:8
**active** 78:22 87:1
**actively** 78:22
**activist** 41:12
**actual** 166:12 172:4 174:19
  177:18,24
**add** 47:3,10 177:3
**addition** 49:11 165:17
**additional** 129:12,18
**address** 4:13 199:12
**addressed** 179:16 182:12
**adds** 126:25
**administration** 184:24 187:9
**administrative** 4:11 189:4
**admissible** 181:9,17
**admission** 131:16 135:1 152:18
  157:14 159:3
**admitted** 131:19 135:4,7 144:11
  152:21 157:16 159:6 189:9
**adopted** 61:10,11 166:5
**adults** 17:8
**advice** 47:23 48:13 49:7
**advise** 77:24 78:4
**advised** 48:15 49:9,9 180:15
**advocating** 41:15
**aerial** 153:3,16 169:25 170:2
**Affairs** 187:6
**affixed** 154:25
**afford** 16:22
**afraid** 88:14 191:25
**Africa** 50:10,13 51:11 52:4,20
  53:14,18,21 60:24 71:1 79:11
**African** 23:16 78:7,9,10 187:6
**afternoon** 186:24
**after-school** 179:21
**agency** 19:22
**agent** 47:7 107:8,10 112:12,14
  122:12 129:1,9,10,13 130:19

132:2 133:15,17 135:9,16,25
  136:4,11,14,17,20,22 137:2,5
  139:5 143:4 144:24,25 145:6
  145:11,17,21 146:12 147:4,14
  147:20 148:3,11,17,20 149:8
  149:11,16,20,25 150:3,12,19
  150:23 151:2,7,9 153:15,23
  154:3,7,10 155:17 156:1,10,14
  156:18,20 157:6,25 158:15
  159:10 160:12 162:20,24,25
  163:15,17 165:1,3,17 166:22
  170:16 171:7 172:11 173:12
  174:14 189:11 190:10
**agents** 45:20 47:12 48:16 115:21
  116:1 117:1 139:8,16 160:24
**ago** 61:23 65:11
**agree** 14:3 21:20 26:11 41:13
  46:18,21 63:10 178:5
**agreed** 134:13
**agreement** 86:10
**Aha** 20:12 173:20
**ahead** 73:20 103:3 104:25
  150:14
**air** 134:10,11 135:14 155:5,7
**akin** 182:11
**Alhaji** 27:22
**alias** 197:8
**alive** 8:6
**Alliance** 125:6 127:14
**allow** 125:11 177:16
**allowed** 21:5 79:17 80:1 141:23
  169:19 174:9,15,25 175:1,3,5
  175:14 181:3 198:14
**allows** 177:14
**alternative** 30:4
**ALTONAGA** 1:13
**ambassador** 42:1,4,6,17,19
**America** 1:4 78:25 82:11 171:22
  173:1
**Americans** 40:10
**American-style** 171:23
**Amnesty** 42:2
**amount** 128:5 155:12 168:3
**Analyst** 185:5,9
**ancillary** 160:23 165:17
**and/or** 62:18
**angle** 132:14 135:20 136:5,15
  144:22 145:18 153:13
**angry** 11:12
**animals** 157:21
**annual** 19:11
**answer** 9:23 33:18 35:2,3 66:9
  107:1 173:21 195:9
**answering** 46:23
**answers** 106:25 127:2
**anticipate** 180:1
**Anti-Terrorist** 93:6 188:7
**anybody** 9:4 10:5 35:20 75:15
  76:13 116:14,18,23 117:6
  172:19 185:16
**anymore** 11:7 88:18,19 89:5
  189:25 198:18
**anyway** 180:11
**apartment** 17:17,19,20,24
**Apparently** 161:4 179:23
**appear** 88:19 193:21
**APPEARANCES** 1:16
**appeared** 34:17 191:20 193:23
  193:25
**appears** 171:9
**applicant** 63:7
**applicants** 63:16 72:5
**Applicant's** 93:23
**application** 96:9
**applied** 79:5,7 80:4 86:3 87:12
**apply** 80:19
**applying** 80:7 88:17
**appointment** 127:8

**approach** 50:16 62:4 65:2 91:16
  123:23 130:23 134:16 137:25
  157:2
**approached** 58:8 173:6
**approved** 124:4
**approximate** 44:13 46:3
**approximately** 44:8 128:1 134:2
  167:7 169:12 170:10
**April** 125:18
**archaic** 29:23
**architecture** 171:24
**area** 132:25 140:2 145:3,9,14
  146:7 149:3 152:14 153:12,17
  162:21 163:5,19 164:2 174:15
  174:16,17 176:5,8 178:2,4
  190:20 195:18 196:19
**areas** 30:13 130:7 134:14
**argue** 141:12
**arguing** 139:4
**armed** 11:14 59:11 63:6,15,23
  68:2 114:2 190:2 196:17
**arms** 10:17 34:24 35:1 187:8,11
  192:18,19
**arose** 181:10
**arrange** 48:8
**arrangements** 179:23
**arrest** 15:10 42:21 57:10 90:14
  91:3 110:17 182:4 187:8 188:9
  188:10,15
**arrested** 28:21,23 29:1,3 40:3,4
  40:5,8,10 43:24 44:2 55:13
  57:17,19 75:8 99:17,19,21
  100:2,16 105:4 110:1,21
  186:18,20 187:22 192:6
**arresting** 102:5
**arrive** 54:14
**arrived** 32:9,11,13 107:17
  139:13 143:15 189:24 190:4
**arrow** 136:18,22 137:3
**articles** 39:19,23
**ashes** 26:13
**Ashmon** 197:15
**asked** 9:22 31:3,6 33:24 34:13
  34:19,24 35:1,6,23 48:17,24
  58:17 82:23 91:10 95:1,24
  96:8,18 101:13,16 106:24
  121:24 129:19 143:6 161:9,15
  165:20 166:9 173:5 174:21
  185:12,13 192:1,8
**asking** 31:6 33:16 46:23 95:2
  185:18
**aspect** 17:2
**assassinate** 186:10,11
**assessment** 127:15
**assets** 78:6
**assigned** 165:13 173:11
**assistance** 16:17
**Assistant** 187:5
**associate** 125:6,24
**associated** 41:1,10 141:3 178:8
**assume** 32:21 34:21 54:10 78:5
  78:7 141:18
**assumed** 7:15 8:8
**Assuming** 140:5
**assurance** 179:21
**asylum** 51:9 56:13,25 57:2 79:5
  80:4,6,7,12 83:23 86:3 96:4,9
  96:11
**Atlantic** 136:9
**attached** 7:17 52:12
**attempt** 34:3 42:12 59:7 83:23
  143:10 187:14
**attempted** 137:18
**attending** 90:24
**attention** 21:23 30:14 39:23,24
  40:12 49:22 50:3 54:7 62:12
  62:25 91:13 92:15 93:17 94:17
  99:8 103:13 108:9 133:7

143:23 146:22 151:5 168:9
  185:1
**attenuated** 141:13
**attest** 177:8
**attorney** 1:18,22 121:24
**attorneys** 97:15
**ATU** 56:4 57:20 74:24,24 121:16
  188:7,8,12
**August** 79:21,23 80:2 116:22,25
  117:8 180:15 181:1 194:9
  196:20
**authorities** 57:7
**authority** 27:7 31:4 90:11,12,13
  98:20 99:4 102:2,4
**available** 53:15 179:10
**Avenue** 1:23 2:9 200:6
**awakened** 100:11,11
**aware** 30:2,3 40:5,7,10 47:25
  76:23 77:11,13,21 78:2 85:24
  85:25 87:15 192:14
**A-b-r-a-h-a-m** 98:12
**A.F.P.D** 2:2,3
**a.m** 5:7,14 45:15 62:10 65:19,21
  65:25 87:22 97:23 98:4 99:22
  99:25 105:24 106:1,12
**A.U.S.A** 1:17,18
**a/k/a** 1:8

**B**

**Bachelor's** 125:13
**back** 5:9 9:23 21:3,4,6,13,14,15
  21:17 32:23 47:5 51:11,11
  58:17,19 64:10 72:25 73:13,14
  75:17 81:15,18 85:19 86:22
  90:4 94:4,5,7 104:21 106:13
  107:7 132:10 136:1,12,16
  139:2,4,17 140:12,20 141:5,9
  143:23 146:10 147:21 148:25
  149:4 151:5 164:13,14,17
  175:3,5,25 176:1 178:15,17
  182:13 190:5 194:6 196:9,25
**background** 187:23
**bad** 32:14 52:4 179:3,5
**Baechtle** 122:12
**BARBARA** 2:8 200:5
barbmedina@aol.com 2:10
  200:8
**Barrett** 187:6
**Base** 139:9
**based** 85:14 113:14 128:10
  168:17 170:25
**basic** 128:8,9,17
**basically** 167:18 168:19 172:24
  178:11 179:3
**baton** 72:13,15
**battery** 100:10
**beam** 159:24 160:7
**beams** 152:21 159:25
**beat** 186:2 190:6
**beaten** 128:1
**beating** 194:17,20,22
**beatings** 194:11,14
**bed** 43:22
**bedroom** 58:17,19 59:17,19 60:6
  60:7 63:21,25 64:1,3,6 108:2
**before-school** 179:21
**began** 13:6,7 32:8 43:18 57:12
  104:18 186:1
**beginning** 5:14 28:10 87:22 98:4
  115:12 121:20 123:22 129:4
  160:10 165:8 172:9 183:15
**Begins** 4:5,7,9
**begun** 32:6
**beheaded** 139:17
**BELFAST** 1:8
**belief** 31:10 198:17
**believe** 30:7,8,11 31:5,12 42:20

43:4 47:1 66:3 89:6 90:6,18
91:10 92:22 96:18 118:25
143:6 179:4,6 180:19 181:3,7
181:16 182:11,17 187:22
**believed** 26:13 43:7 187:19
**belong** 184:2
**belonging** 167:2 168:15 170:20
**benefit** 19:11,13 106:8
**Bengue** 191:13 197:8
**Benjamin** 36:18,19,20 45:12
93:5 94:13 117:25 118:3
163:22 170:20,25 175:14
176:12,23 177:1 182:8 188:6
192:11,12 194:20
**Benson** 185:21
**best** 44:7 45:14 78:23 79:1
**better** 21:1,2,9,11,12,14,20 57:3
59:7,9 64:25 126:9,10,11
177:17
**big** 19:10 41:14 51:12 121:8
173:25,25 190:19,21
**Bility** 3:4 39:4,5,7,8,11,13,16,22
40:18,21 41:1,3,5,10,14,17
180:14,15,18 181:8,12,20
182:11,21 183:2,13,18,20
**Bin** 102:12
**birth** 5:24 6:1,5 9:17
**Bishop** 187:3
**bit** 26:20 92:9 98:6 106:23 107:2
130:13 150:6 170:8 180:11
199:5
**black** 56:2 57:20 191:3,3 193:5
**Blaney** 42:1,4,17,19
**blanket** 15:22
**Blindfolded** 195:15
**block** 185:21
**board** 6:24 7:1,20
**body** 29:12 48:22 72:11 73:2,4
73:15,17,23 74:2 93:12,13
192:17 193:12,14,15,17 195:2
195:9
**bodyguards** 67:16
**boiled** 93:12 95:6 192:15
**boiling** 128:2
**Bomi** 189:4
**booth** 189:16,18 193:9
**booties** 154:22
**border** 89:17
**born** 98:13,14 183:21,22
**bottom** 11:6 95:12 151:19
174:20 192:21
**break** 26:20 39:15 65:13 66:3
120:10 199:2
**breaking** 60:2 63:20,21 64:4
67:19,19
**brief** 178:21
**briefly** 22:6 95:1
**bring** 5:6 65:24 86:1 94:5 98:6
106:15,17 139:23 169:13
173:9 180:13 183:6,9
**broke** 12:18 28:1 59:12,15,18
60:9 63:6,15,23 67:16,17
**broken** 64:10,11
**brother** 103:14,15,17,22 104:1
108:15,17 113:24 114:20
**brought** 25:21 94:7 102:16
114:14 115:8 123:4 174:1
182:13 191:19 198:12
**brutal** 30:22 31:8
**Bryant** 2:23 129:1,2,7 130:19
132:2 136:22 143:4 157:6
158:15 159:10 160:12 172:18
174:14
**builder** 167:25
**building** 132:6,11 133:3 137:3,7
137:9,10,12 153:4,7,9 168:13
168:23 169:4,14,17 171:17
195:24

**buildings** 163:7 164:10 171:9,13
171:15,16 172:2 174:17 178:3
**built** 26:12
**Bunn** 2:21 123:17,20 125:4,5
127:5
**Bureau** 6:19 7:24 9:9 188:24
196:25
**burn** 29:11
**burning** 29:15
**burns** 128:2
**bush** 34:16
**bushes** 34:20
**business** 197:15
**B-i-l-i-t-y** 183:18
**B-r-y-a-n-t** 129:7
**B-u-n-n** 125:4

**C**

**C** 200:1,1
**CAD** 167:21,23,25
**call** 47:4,8,9 74:13,16,22 95:9
166:2 180:3 190:6 192:7,9
194:21
**called** 10:5 47:10 56:8 58:5,5
67:19 74:6 92:17 93:2 130:5
143:15 151:22 161:2 172:13
195:21
**calling** 40:20 44:6 139:14
**calluda** 30:22,25 31:8
**calls** 97:24 123:17 128:25 165:3
**calm** 11:19
**Camp** 29:2,4
**campus** 41:13
**Canada** 82:11
**candles** 14:24
**capital** 22:19 189:1,3,4
**Capitol** 186:7
**capture** 176:20,25
**car** 54:25 55:2 63:8,17 76:1,3,4
76:11,15,21 89:14 102:10
105:13,14 110:12,14,15,16
120:18
**card** 7:4,5
**care** 17:7 18:23 19:5,7,14 126:3
127:13 128:14 179:20,21
**carefully** 182:19
**Caridad** 2:3,25 3:3 5:2 131:18
135:3 137:20,23 140:3,5,7,13
140:17 141:2,16,25 142:4
144:7,9,10 152:20 154:18
155:8 159:5 160:11 162:23
163:1,14,16,18 164:20,22
172:10 178:18 180:5,6,13
182:18 195:3,5 197:17 198:25
199:13
**CAROLINE** 1:18
caroline.miller@usdoj.gov 1:21
**carport** 145:3,9,14,19 146:7,8,15
146:17,24 147:8 148:8,15
149:12,21
**carried** 103:8 105:13,14
**carry** 101:20 102:2,4
**carrying** 113:12
**cars** 54:14,15,16,17,23 55:1
102:10 118:19,24,25 121:2,6
135:21
**case** 1:3 47:17 48:16 61:18
62:17 65:17 105:23 115:22
116:2,7,15,18,23 117:6,8
126:4 128:17 129:12,20
160:24 162:17,20 177:25
178:22 179:4,24 181:3,5
182:25 199:8
**categories** 182:7
**Catholic** 42:2 187:4
**caught** 58:15
**cause** 91:8 102:2 126:17

**CECILIA** 1:13
**ceiling** 196:8
**cell** 32:22 33:2
**center** 125:7,8,9,12,17 126:1
127:11,15 128:13 136:6 137:3
**ceramic** 147:2
**certain** 11:1 33:10 39:20 44:13
114:7 125:10 129:19,20
192:23
**certainly** 7:9 21:12 40:25 190:1
**certificate** 3:6 7:18
**certified** 61:17 71:13,15
**certifies** 62:16
**certify** 67:3 200:2
**CG** 3:22 168:10,11,13
**Chambers** 179:16
**champion** 91:8
**chance** 63:4 164:2 180:9
**change** 47:3,4,6,9 51:10 68:2
114:17 155:13
**changing** 72:1
**character** 75:1
**characterizes** 182:1
**charged** 195:6 198:10
**charges** 41:4 115:8,9
**Charles** 1:8,9,9 6:24 11:11 25:15
25:16 28:14 39:18 42:21 68:13
75:4 78:2,5 86:16 87:1 99:12
111:18,19 182:5 184:11,12,24
186:11,14 187:13,14 188:14
192:7,10,10,11
**chased** 140:1,6,20 141:3,7
**chasing** 140:10,18,22 141:10
**check** 65:22 118:15
**chevrons** 4:15
**Chicago** 17:11,13,18,22 18:5,7,9
18:11,12,15,21,23 19:16,20,21
53:23 78:24 79:1 125:14
**chief** 36:22,23 111:1,3,9,9,11,22
111:24 112:1,6,7,20 120:18
179:4 185:6
**child** 85:11 179:20
**childhood** 197:14
**children** 15:25 17:7,9 18:15
85:17
**choice** 58:21
**choose** 9:17
**chopper** 195:17
**CHRISTOPHER** 1:22
christopher.graveline@usdoj...
1:24
**Chronological** 45:3
**Chuckie** 1:8 30:21 32:6,9,11,13
32:14,17,24 33:7 36:15 70:18
73:12,22 74:4,5,7,8,15,16,18
74:21,22 77:21 78:11 81:17
84:8,10,13 86:20 93:5 94:13
95:3 96:9,15,21,24 97:1,3,7
180:23 181:14 188:13 194:19
**Church** 42:2
**circle** 147:11,25
**Cisse** 112:6 130:9 166:18 167:3
168:15
**Cisse's** 44:17 67:22 68:3,17 69:2
69:21 75:9,12 76:2,6 130:22
134:2 136:25 169:6,9,11
171:20 173:16 176:22 177:2
**CITATION** 3:24
**city** 22:19 189:3
**civil** 78:18
**civilian** 110:17 119:8 121:12
**civilians** 12:12
**claim** 33:10 64:13 70:21 71:5
85:23 88:9 93:21,24
**claimed** 5:23 81:21 82:1,4
**claiming** 60:15
**claims** 72:20 77:3 84:14,16
85:23

**clarify** 63:14
**clarifying** 25:9
**Clean** 18:3,4
**clear** 7:22 10:12 25:6 27:20 35:8
75:7 79:25 142:2
**clearances** 9:9
**clerk** 98:20,23
**client** 125:25 126:6,11 127:3
140:17 142:1,2 180:10,19
**clients** 125:21
**climb** 191:21
**climbed** 190:19
**clinical** 125:16 126:10,22
**clinicians** 125:20
**clock** 100:5,9,10
**close** 27:3,7 44:9 69:3 98:5,6
145:9 167:10
**closed** 15:16 61:19 62:18 64:5
**closer** 106:21 147:7,17 148:6,18
**clothes** 57:10 59:12 62:8 101:8
114:17 119:7,8
**clothing** 121:12
**collaborator** 34:12
**colleagues** 15:10
**collect** 130:3 167:19,21,24 168:3
168:6 171:19 174:9,10,16
**collected** 168:19,21 174:12
**collecting** 167:20
**collection** 171:13
**college** 15:8,9
**colored** 119:7
**come** 47:5 56:17 64:9 82:9,11
85:19 90:3 104:14 114:7 118:8
118:9 119:25 123:4,15 141:18
176:15,16 184:12 185:13
193:10,11,11 195:11
**comes** 17:2 51:5 179:3
**comfortable** 9:24 42:24
**coming** 55:5,19 59:20 83:4 96:6
104:16 109:16 161:1 179:5
181:12
**commander** 74:24 93:6 195:21
**commission** 76:24 77:3,9,11,17
77:19
**Commissioner** 6:15
**committed** 26:13 80:22
**commonly** 191:12
**communicated** 47:16 49:2
**community** 40:7,17,19 41:8,16
**company** 18:8
**compared** 53:1,3
**comparing** 16:11
**compel** 92:17 93:2
**complete** 178:1
**completely** 149:4 154:20
**completeness** 92:21
**complex** 133:22 134:15 136:5
168:2
**complicated** 25:1
**complied** 63:3 68:21 98:7 103:4
104:12 105:1 106:16 107:10
108:3 109:1,12,23 112:14
113:3 131:7 133:17 135:9,16
135:25 136:4,11,14,20 137:5
144:25 145:6,11,17,21 146:1
146:12 147:4,12,14,20 148:1,3
148:11,17,20 149:8,11,16,20
149:25 150:3,12,19,23 151:2,7
151:9,15 153:15,21,23 154:3,7
154:10 155:17 156:1,10,14,18
156:20 157:25 162:25 163:15
163:17 164:1 166:22 170:16
171:7 182:16 183:8 189:11
190:10
**composition** 27:14,17
**compound** 31:15 33:2 42:9,16
45:2,4 114:22 130:14 132:4,16
133:7,10,13 134:6 136:25

137:14 143:7,14,15,18,21
167:5 168:18,23 169:19
**comprehensive** 125:21
**computer** 108:1 134:4
**Conakry** 22:18,21,21,23 23:1,4
89:4,5 96:3
**concerned** 166:8
**concerns** 128:17
**concerted** 40:16
**conclusively** 180:23
**condition** 21:13 51:12
**conditions** 8:3 17:7 21:12 23:6
164:17 181:11
**conducted** 81:8
**conducting** 125:21
**conference** 4:3,5,7,9,13 139:14
139:19
**Conferring** 144:9
**confession** 192:13
**confinement** 188:15,17 194:10
197:25 198:5,8
**conflict** 11:14 26:14 89:16
**confuse** 25:2
**confused** 162:6
**confusing** 79:24
**Congotown** 68:13 99:10,18
111:16 140:2 186:16
**consider** 60:2,6,9 181:4
**considered** 63:19,21 72:13
**consistent** 159:15 181:8,15,25
**conspiracy** 180:20 195:6
**constantly** 160:25
**constitute** 27:16
**construct** 170:4 177:21
**constructed** 167:23 169:18
**construction** 171:20
**consultant** 60:12
**contact** 10:15 47:2
**contacted** 28:18 161:12
**contained** 61:15,18 62:17 128:5
**CONTENTS** 2:12
**context** 177:4 194:13,15
**continue** 21:6,18 67:17,18 88:21
128:15
**continued** 34:1,2 93:23 150:15
**continuing** 11:12 150:20 183:5
**continuous** 198:8
**continuously** 194:4
**contour** 166:14 173:24
**cont'd** 5:13
**conventional** 82:25
**CONVENTIONS** 4:11
**conversation** 95:15,17
**conversations** 46:10,11 74:17
74:19
**coordinating** 192:20
**coordination** 161:14
**corner** 168:13
**correct** 5:20,21,22,25 7:17 9:13
13:21 14:15 15:4 21:25 23:8
24:5 26:6 27:13 29:13 33:8,9
38:8 44:25 46:10 48:17,25
50:8 52:13 53:24 57:1 61:10
67:6 68:3 69:6 71:14 74:5 75:9
77:6 81:22 84:22 88:10 90:7
90:19 96:13,16 115:15 163:6
164:4,11 165:25 166:19
171:12 172:12 174:3,6
**correctness** 61:15,17 62:16
**counsel** 4:12 48:13,14 63:12
92:23 95:24 96:8,18
**counselor** 62:22
**count** 54:10,15
**countries** 16:11,12
**country** 5:23 7:3 14:9 82:24,25
83:4 84:1 89:6,9 91:9 92:9
127:23 140:24 165:20
**county** 98:14 183:25 184:1

189:4
**coup** 187:1,14,20,20,21,25 188:3
192:14
**couple** 166:10 169:23 182:12
**courageous** 185:11
**course** 46:16 73:16 105:15
120:3,9 121:13 127:2
**court** 1:1 2:8 4:6,8,10,13 5:1,4,6
5:8 24:13,18 26:1,17 30:5
50:17 52:1,2,15 62:5 65:3,13
65:16,20,22,23,24 66:1 87:20
91:18 92:24 94:21 97:5,10,22
98:5,23 100:23 105:21,25
106:2,7,10,13,14,15,17,19,24
108:7 113:7 122:15 123:13
124:4,6 125:1 128:23 130:24
131:19,24 135:4 137:19,24
138:3,6 139:7,12,18,23 140:4
140:6,9,15,22 141:12,15,15,18
141:22,24 142:2,6 143:1,13
144:8,11,16 146:4 152:21,25
154:19 155:10 157:16 159:6
164:21,24 165:1 167:14
173:10 178:20,21,24 179:1,9
179:12,14,19 180:5,12,16
182:12,17 183:3,9,11 195:7
197:21 198:12 199:1,10,12,15
200:6
**courtroom** 1:25 5:7 65:18,25
78:16 105:24 106:18 178:23
179:19 183:10 199:9
**courts** 77:22 78:3
**Court's** 107:6 182:14
**cousin** 44:20 75:24 76:21 103:22
120:17
**covered** 154:20 156:24,25
**crazy** 22:12
**create** 178:9
**created** 27:2,4 41:12
**crime** 160:19,21 161:22 162:1,2
163:11 166:5 198:10
**crimes** 80:22
**Criminal** 165:14
**criteria** 82:19,21 83:5,6,10,12,18
**critical** 28:8,12 39:19 184:23
**cross** 5:13 115:11 160:9 172:8
180:10
**crossed** 185:24
**cross-examination** 2:15,19,25
3:3 90:18
**crouched** 128:6
**crying** 191:20
**current** 71:23 72:7 126:25 187:2
**curve** 150:20 170:9
**custody** 38:2
**custom** 29:18
**cut** 141:17 142:4
**cycle** 40:2
**c-l-e-r-k** 98:25

**D**

**damage** 126:23
**damages** 77:11
**danger** 82:1 141:5,9 175:11,16
**dangerous** 81:15
**dark** 193:5
**data** 167:19,24 168:19,21 170:1
170:2 171:13,19
**date** 5:24 6:1,5,10 9:17 28:23
65:9 99:21,23,24 189:25 194:8
194:9 196:20 200:5
**day** 22:7 28:20 94:3 115:4
131:14 132:21 134:24 139:25
143:21 144:3 171:19,21,25
172:1 173:13,15,16 175:22,23
175:25 176:2,2,4 179:7,8,10
180:8 186:18 189:24

**days** 171:23 175:2 194:6 196:21
**deadline** 182:14
**deal** 47:11
**December** 184:9,10 188:21
198:6,7,16
**decide** 51:7 87:16
**declination** 170:11
**declined** 47:22 49:5
**deduce** 34:19
**Defendant** 1:11 2:1
**Defendant's** 65:6
**Defender's** 2:3
**defense** 3:12,13 47:17,22 48:5,9
48:13,24 49:6 51:3 62:8,9 65:7
72:19 91:10,13,20 92:23 93:17
93:19 95:24 96:8,18 139:3
158:10 182:1,13 183:5 185:22
**definitely** 43:7 85:9
**degree** 125:13,14,15
**degrees** 125:11
**demanded** 33:10
**demanding** 33:18
**demeanor** 187:24
**democracy** 91:9
**denied** 34:10 128:8 182:17
187:25 188:3
**deny** 34:1
**department** 1:22 143:12 187:7
**depends** 16:25
**depict** 131:13
**depicted** 151:16
**depiction** 134:23 152:15 158:2
**depictions** 157:10
**Deployment** 172:16,20 173:2
**deport** 85:7
**deported** 51:10
**deposits** 35:1
**depth** 27:17
**deputy** 179:19
**derivative** 85:23
**describe** 74:23 95:14 130:13
196:2
**described** 30:22 167:2 168:16
169:4 170:20
**description** 3:11 197:12
**Descriptions** 4:4
**desperate** 83:22 84:2
**detail** 46:17 59:23 60:2 176:25
**details** 59:23,25 60:1,1 161:25
**detain** 109:24
**detained** 115:6 127:25
**detention** 182:5
**determine** 83:11,14
**device** 70:19 72:11,14,25 73:1,8
73:13,23 74:1 93:15 95:7
**diabolical** 30:22
**diagnosed** 50:8
**die** 17:9 35:16 53:20 192:1,1
**difference** 67:18,20
**differences** 28:14
**different** 12:14,18 29:14 63:10
89:23,24 90:2 93:14 110:16
114:17 135:19 139:5 153:13
153:16 154:12 166:10,11,12
172:16 185:10 188:20,22
193:3
**difficult** 14:6 53:9
**difficulty** 106:23
**dimensional** 177:6,8,9 178:9
**dimensionally** 167:20
**dimensions** 177:7
**Diocese** 187:4
**diplomatic** 10:18
**direct** 2:18,22,24 3:2,5 22:17,20
22:22 90:6 93:17 94:17 95:12
98:3 123:21 129:3 151:5 165:7
168:9 180:9 182:19,20 183:14

185:1
**directed** 130:8 133:7 168:23
**directing** 92:15 146:22
**direction** 55:19 104:20
**directions** 191:21
**directly** 22:23 36:10 109:15,16
**director** 114:11,25 118:7,7 125:6
125:24
**director's** 114:12
**disarmament** 86:12
**discovered** 61:19 62:18
**discriminated** 24:3,15,20,22
**discriminating** 25:24
**discuss** 65:17 105:23 178:22
199:8
**discussed** 37:23 38:1
**disease** 16:4 52:10,17,20
**disgusting** 156:25
**disputes** 78:20
**distance** 177:23
**distances** 172:5 173:18
**district** 1:1,1,14 179:11
**Division** 1:2 165:14
**doctor** 48:19,22,25
**doctors** 16:19
**document** 5:23 7:23 61:5,9
62:13,15 65:10 66:15,19,20,24
67:1,12 69:4,24 70:1,7,9,11,13
70:15 71:3,4,5,10,11,12,14,16
72:8,17 73:4,8,18 74:3 85:1,3
89:3,4 91:22 92:2,11,16,16,22
93:4,25 94:8 95:5,8,18 132:24
150:21
**documentation** 86:25 89:24
**documents** 9:7 81:8,11,12 91:11
91:11
**doing** 132:23 140:22 151:20
175:24
**door** 63:6,16,19,23 64:1,4,5,5,8
104:7,8,10,11 108:23,23
120:11 145:15,19,23 147:22
169:22,23,23
**doorway** 146:18,20,21
**draft** 56:19,19
**drag** 180:12
**draw** 163:24
**drawn** 167:22
**dressed** 55:25 57:22 101:5,6
**drink** 29:20
**driven** 186:22
**driver** 75:13,15,17,19
**driveway** 149:21 150:8,10
167:10,13 169:21
**drop** 161:6
**drove** 76:9
**drugs** 53:7
**due** 19:7,9 199:6
**Dulleh** 2:14 5:12,16 44:20 62:7
66:3 76:21 87:24 91:21 99:3,4
99:6 100:21 101:13,15,20
102:12,15 103:6,14,25 104:2
104:14,18 105:2,9,12 107:13
108:11,12,16,20,25 109:5,13
109:24 110:8,14,18,21 112:7
113:15,23,24,24 114:8,10,15
114:16,22 115:14 117:12,13
117:15,18,19,20,25 118:3
119:15 120:17,17,19,20
122:25 124:3 127:5,7,10,22,25
128:11 180:21,22 181:10,14
181:14,21,21,23 182:2 191:14
192:3,6,24 193:7 195:15 196:1
196:19
**Dulleh's** 102:1,9,11,19 103:7,13
105:16 107:21,22,24 108:2,9
118:6,11 119:19 120:10,22,24
123:5,7 127:17
**duties** 129:12 165:17

October 14, 2008

**duty** 160:23
**dying** 35:15 38:21 192:2
**D-u-l-l-e-h** 100:24
**D.C** 1:23 129:11 165:14

**E**

**E** 200:1,1
**earlier** 41:23 63:18 64:16 78:1
82:23 94:25 110:22 199:5
**early** 13:8 43:24 129:23 161:10
161:18 179:25 199:2
**easily** 38:8
**eat** 193:8,11,12,14
**edge** 149:22 159:22
**editor** 185:6
**editors** 185:10
**Edmond** 191:12 197:7
**education** 21:18,18
**effect** 56:20,22
**effort** 40:16 166:10
**efforts** 176:4
**either** 14:22 20:23 47:7 106:7
113:15 179:20 194:19
**elaborate** 25:8
**elected** 28:8 90:19,20
**election** 11:21,22 90:20
**elections** 11:18 75:2,5
**electric** 32:8 72:6,10,25 73:1,13
73:16,22 74:1 93:15 95:6,7
**electrical** 14:14,16 70:19 71:23
147:9,17,23 148:6,14,18
**electricity** 14:20 17:24 100:7
194:25
**electrocute** 74:1
**electrocuted** 72:10,11,14 73:23
195:9
**electrocution** 195:1
**element** 27:5,5
**elements** 25:23 87:1
**elevation** 174:13
**elicit** 124:2 182:19
**elicited** 181:22
**eliciting** 183:1
**eligible** 125:21
**eliminate** 35:24
**eliminated** 14:15
**Email** 1:20 2:5,10 200:8
**embarrass** 50:7
**embassy** 10:14,16,16,19,20,24
11:1,4 34:14,16,18,21,22 35:7
122:20,23 134:12
**embodied** 27:8
**EMMANUEL** 1:9
**emotional** 191:23
**ended** 33:5 169:23
**enemies** 35:20
**enforce** 141:24
**enforcement** 45:20 47:7
**English** 70:3 71:7 92:10 106:25
106:25
**enjoys** 19:14
**ensure** 170:11
**enter** 143:13 169:19
**entered** 64:2,6,10 133:16 169:22
**entering** 63:19 143:19
**entire** 7:22 74:10 168:6,7 169:8
171:19,21 175:23 176:3
**entrance** 149:21
**enunciate** 106:5
**environment** 8:5,12 11:3
**episode** 33:10,12 74:10
**equipment** 166:4 167:4,8,9,16
169:5,13 170:21
**ERT** 151:19 158:6
**escape** 6:3,6 7:6,8 8:4,8 9:24
10:2 11:2,3 104:17 105:2,3
109:17

**escaped** 21:22
**escaping** 9:10 109:16
**espouse** 25:18
**essence** 166:4
**essentially** 6:21 19:5 36:4 60:19
140:1
**establish** 36:2
**established** 134:12
**estate** 16:8
**estimate** 118:21 120:25
**ethnic** 13:20,22,24,25 14:2,4
187:23
**ethnicity** 23:8,19
**evaluation** 126:8,14
**evening** 199:8,16
**event** 46:17 56:21
**events** 93:21 142:3
**eventually** 33:5 41:17 50:1
**everybody** 43:2 89:15 110:9
177:7,14
**evidence** 3:10 92:20 102:13
129:13,15,16,24 130:1,17
131:20 132:20 133:16 135:5
137:21 139:9 144:6,12 152:22
157:17 159:7 160:18,21 161:3
161:13 165:18 169:1 172:14
172:17,21,25 173:1 181:9
182:6 189:10
**exact** 99:21 166:18 120,20 170:11
173:24 176:11,14 189:24,25
190:22 196:20
**exactly** 25:6 63:12 64:1 65:11
72:24 73:21 95:16,22,23
167:16 176:10,13,16 177:15
194:3,4
**exaggerate** 73:12
**exaggerated** 73:10
**exaggeration** 69:18,19 73:14
**exam** 48:17 49:11,13,14
**examination** 2:16,18,20,22,24
3:2,5 5:13 49:15,16 87:21 90:6
98:3 115:11 121:19 123:21
129:3 160:9 165:7 172:8
182:20 183:14
**examining** 161:22
**example** 16:8 51:8 74:22
**excited** 141:19 181:20,24
**exclusively** 19:12 162:8
**excuse** 49:24 61:16 77:1 87:3
194:15 195:5
**excused** 97:22,23 105:25 106:1
123:13,14,16 128:23,24
178:20 199:10,11
**executed** 37:11
**exhibit** 3:12,13,22 62:8,9 63:12
65:6,7 68:20 72:19 87:24
91:20 93:17,19 102:14 107:8
108:6 112:13 131:2 168:11
190:9 193:8,12
**exhibits** 3:8,9,14,15,17,18,19,21
131:3,20 134:18 135:5 138:1
144:5,12 152:8,22 157:7,17
158:12,17,19 159:7
**exist** 187:20
**exit** 10:9,11 22:2 88:3,4,5
**exodus** 89:15
**expected** 31:8
**expensive** 53:5,7
**experience** 46:19 82:2
**experienced** 60:4 125:10 191:7
**expert** 16:6 17:2 48:24 49:5
**explain** 15:5 29:8 70:14 82:19
83:1,7 84:3,3 137:21 192:3
**explained** 25:19 83:9 94:2,2,3
95:17,23 192:6
**expose** 86:16
**extended** 103:19,20 108:19
**extent** 126:22 141:19

**extremely** 149:2 164:12

**F**

**F** 200:1
**fabricate** 51:5 181:10 182:1,7
**face** 7:14,15,21 155:2
**faces** 197:9,10
**facility** 181:13
**facing** 132:18 146:16 148:23
**fact** 14:19 23:22 40:7 43:1 59:15
61:14 66:18 82:25 86:18 87:6
117:11 140:18 179:15
**factions** 13:13,14
**fair** 25:14 28:13 69:17 73:10
82:13 133:25 134:23 140:13
152:15 157:10
**fairly** 24:25 131:13 139:11
**faith** 24:15,20 52:17
**false** 6:5,5,10,10,12,14,15,18,21
7:3,11,25 8:2,20,20,22 9:2,4
9:15 10:2 35:24 61:19 62:19
**familiar** 29:7 153:7
**family** 8:18,22 9:4 14:7,7 18:25
19:14 91:1 103:16,19,20,23
108:19 182:3 184:2
**famous** 39:18,19
**far** 56:23 86:25 108:5 111:7,12
111:14 140:15 166:8 167:10
169:6 170:25 173:25 174:8,12
194:23
**father** 103:24
**Fax** 1:20 2:5,10 200:7
**FBI** 129:9 143:10 160:20 161:17
165:16,18 166:4 172:11 173:4
**fear** 81:21 86:25
**February** 127:8
**Federal** 2:3
**feel** 17:20 23:10 87:2
**feeling** 24:24
**feet** 159:14,25 160:7 169:12
170:10 171:2,2 174:4 190:23
190:24
**felt** 6:8,10 9:18,21 11:1,2,3,12
23:1,18,23 36:11,14 87:4
**fend** 186:6
**feud** 28:13
**field** 165:13,17 173:2,3
**fight** 13:6
**fighters** 25:5,13
**fighting** 11:25 12:14,23,25 13:4
13:7,11,15,18,19,25 21:7
35:13
**figure** 83:9
**figures** 187:5
**filed** 180:25
**fill** 80:17,21 179:8 180:11
**filled** 84:19,20 196:7
**filters** 155:2
**final** 70:11,12
**finally** 198:5
**find** 8:12 11:3 19:23,25 20:2,4
21:20 59:9 95:25 96:2
**finger** 104:22 134:4 163:24
**finish** 15:8,9 120:15 170:24
172:1,2
**fire** 105:18 110:4
**fired** 105:3,5,10,19 110:3 119:10
**firms** 78:23
**first** 20:9 21:24 22:15 41:2 44:17
46:5 62:25 67:25 72:22,23
75:9 89:9 95:12,25 96:22
97:13 102:18 107:17 114:14
116:17 127:7,8 131:25 140:3
146:11 161:12,17 166:16
167:9 181:19,19 182:13 183:7
187:19 191:18,19,23 197:24
**fit** 83:10

**five** 46:4 118:17,18
**FL** 1:19 2:4,9 200:7
**Flagler** 2:4
**flash** 155:24 156:7,12,16,22
**fled** 8:14,16,18,24 9:2,12 10:6
20:13,15 21:7 23:22 30:3 91:6
**flee** 10:24 11:1
**fleeing** 9:8 89:17
**fleet** 54:17
**flew** 151:24
**flight** 22:7,17,20,22 89:2,25
179:6
**flooded** 164:7,8
**floor** 145:3 156:23 191:4
**FLORIDA** 1:1,6
**Flower** 111:12,13
**fluid** 193:15
**fly** 134:14
**focus** 63:1 99:8
**focused** 126:2
**focusing** 68:22,23
**folks** 141:14
**follow** 51:1 52:1 124:1 125:1
139:1 143:1
**following** 32:10 49:21,23 77:7
180:7
**food** 128:8 193:9
**fool-headed** 84:1
**foot** 154:21
**force** 21:5 23:15,17 31:3,6 186:2
186:3 187:11 192:13
**forced** 59:17,18 68:2 95:9,10,14
128:4,6 190:7
**forcibly** 64:1,6
**forcing** 63:6 63:18
**foregoing** 200:2
**foreign** 125:9
**form** 29:20 43:8 61:15,18 62:17
**formations** 166:14 177:20,21,22
**former** 78:5 187:5
**forms** 80:17,21 84:19,20,21,24
**fortunate** 171:24
**forum** 77:6
**fought** 13:1,3 26:5 27:20
**found** 51:3,4,6 71:16 79:20,22
85:5
**foundation** 197:17
**foundational** 51:2
**four** 46:4 64:16 65:11 159:14
173:3 185:17 186:5
**fourth** 63:1 92:15
**Foya** 188:24 195:17,18
**Francis** 187:4
**free** 19:5 90:10,15,23 113:15
196:11
**freedom** 25:19 40:25 91:8
**Freetown** 22:20,20,20,21 23:1,1
88:23 89:3,3
**French-speaking** 92:9
**fresh** 93:16 193:21,24,25
**freshly** 196:7
**Friday** 30:17,20,21 39:10 55:20
55:24 56:5,7 57:19 58:1 64:7,9
64:9,11,16 67:22 70:18 73:1
73:25 74:1
**friend** 7:23,25 75:21 88:9,12,19
100:21,23 197:14
**friends** 77:16,19 91:5 99:6
**front** 36:25 37:1,2,4 55:13,22
77:16 91:11 104:7,8,10,11
108:23 132:6,14 133:22 136:2
144:19,20,22 145:15,18,19,22
145:23 149:22,23 150:7,24
151:4 169:3,20,23 170:7,19
173:14,16 185:25 193:11
**full** 31:4 141:19 175:2 180:7
192:15
**full-time** 160:24

**further** 87:19 97:21 115:10
123:12 128:21 134:5 144:22
160:8 164:23 172:7 178:19
198:22,24

**G**

**gain** 80:12 143:10 154:4
**garage** 31:22,23 32:2,3,4 33:13
169:22,22
**gather** 161:13
**gathering** 160:21
**gazebo** 133:3 136:25 168:7,18
**Gbatala** 37:3 139:9
**general** 30:17,19,20,21,22 31:8
36:23 37:2,23,24,25 39:11
93:5 94:13,22,25 95:2 126:2
171:20
**generally** 95:20 188:13
**generals** 93:8
**generator** 14:22
**gentleman** 64:20 180:14
**gentlemen** 5:9 65:16 105:22
178:21 199:2
**geological** 166:14 177:20,21,22
**getting** 9:7 12:8,10,12 40:12
51:13 54:1 56:13
**give** 7:25 34:5 91:7 107:1 113:23
114:21 173:23 176:4 185:14
192:16
**given** 10:11 19:21 35:19 36:10
36:14 43:1,2,11 47:7 68:25
83:20 91:4 161:25 181:11
**gives** 173:18 176:9
**giving** 10:9 57:6
**gloves** 154:23,24
**go** 7:24 9:8 10:13,19,19 15:25
16:3 22:15,22 26:1 49:22
51:10,11 55:23 59:22 73:20
77:9 79:10 80:1 81:15 82:8
83:18 84:2 88:17 89:24 101:1
101:25 103:3,5 104:25 107:17
107:20 114:6 115:19 117:15
117:17,19,25 130:2 132:10
134:11 137:14 140:12 141:5,9
146:10 150:14 152:4 154:14
155:11 158:6 161:4,9,10,12,15
161:18 162:4 175:7,12,14,19
176:1 177:16 178:11,15,17
179:6 180:2 185:15 190:18
193:7
**God** 37:9
**God's** 36:8,9
**goes** 70:14 137:21 140:11
**going** 10:6 11:14,15,17,25 17:22
22:2,8,10,12,21 30:4,12,15
35:8,12,14,16 36:6,10,11,13
36:14,21,22,23,24 37:1,6,7,13
37:21 42:21 43:5 48:7 49:7
50:6 51:3 54:16 55:18 60:6,21
63:1,18 76:1 82:18 86:1,4
87:16 90:25 91:20 106:2,6
107:6 110:9,9,11 124:2 126:11
129:25 130:1,6 135:7,15
136:17 139:2,18,23 140:23
141:16,17 152:5 154:16
160:21 161:1,24 170:6 175:17
175:25 176:19 179:7,24 180:7
180:18,21 181:19 182:9,19,23
190:17 192:1 198:25
**good** 5:1,2,3,9,16,17 15:14
16:10 17:4 20:23 41:1,2,3,4,5
41:6,7,8,10 65:13 90:22,23
105:23 106:10 171:23 179:3
199:8,15
**gotten** 89:5 113:20
**government** 1:17 3:14,15,17,18
3:19,21,22 6:22 7:2,6,8,11,13

10:8 17:1 22:17 25:2,7,14,15
25:23 28:7 33:23 34:4,22 35:4
35:8,9 37:14 39:20 40:2 41:24
42:11 45:20 46:13,17,20 47:2
49:12,12,17 51:9 59:12 81:25
85:6 87:15 88:16,17 92:12
94:9,12 106:4 111:8 116:15,23
117:2,4,5 121:25 123:10 124:2
131:3,20 134:18 135:5 139:16
141:13,20 143:12 144:12
152:8,22 157:7,17 158:12
159:7 168:11 179:4 180:16
181:3,17 182:5,22 186:12
**governments** 22:24,25
**Government's** 5:12 68:20 98:2
102:14 123:20 131:1 165:6
180:20 183:13 190:8
**gradation** 174:3,19 177:24
**grading** 176:8,9
**graduating** 15:11
**Granting** 93:22
**Graveline** 1:22 2:16,20,22,24 3:2
3:5 5:5 24:12,17 26:16 50:15
51:2 52:14 63:11 71:25 87:23
91:16,19 92:21,25 97:6,11,21
97:24 98:8 99:1 100:25 106:3
106:9,20 107:6,8,11 108:4,8
109:2,4 112:12,15 113:4,8
115:10 121:21 123:12,17
125:2 128:20,25 129:5 130:16
130:18,23,25 131:5,16,22,25
132:1 133:15,18 134:16,20
135:1,6,10,17 136:17,21 137:2
137:6,21,25 138:4 139:2,13,20
139:24 141:21 142:5 143:2
144:5,7,9,14,17,24 145:1,5,7
145:10,12,16,20 146:2,5,10,13
147:3,5,13,15 148:2,4,10,12
148:16,19,21 149:5,6,10,15,19
149:24 150:2,11,18,22 151:1,8
151:10 152:10,18,24 153:1,14
153:22,24 154:2,6,9 155:15,18
155:25 156:2,9,13,17,19 157:2
157:5,14,19,20,24 158:1,9,14
159:3,9 160:8 164:25 165:3,9
166:20,23 167:12,15 170:17
171:8 172:7 178:19 181:18
183:16 189:12 195:8 197:19
197:22 198:22
**great** 46:17 141:2
**green** 153:4 159:11
**grid** 14:14
**ground** 166:14 189:22
**grounds** 51:2 167:7
**group** 89:12,14,19,20 140:2
160:23 161:10 162:7,11
172:18
**groups** 12:14,18 13:10,23 26:12
26:23 27:6
**guard** 104:16 105:3,5,9 109:15
**guards** 109:24 112:6 113:13
193:10 196:15,17
**guess** 21:15 42:9 45:14
**guesstimate** 118:25
**Guinea** 8:24 9:2,12 10:24 11:1
20:18,20,24 21:7,9,19 22:12
22:19 43:14,16 50:1,3 51:5,6
52:25 53:12 80:5,9 81:3 85:18
85:20,21 96:3
**gun** 105:8,18,19,20 110:5,6,6,7
119:11
**gunmen** 75:13,15 76:4,5,12,14
114:2
**guns** 93:13 105:19 113:13,13
**gun's** 139:15
**guts** 185:11
**guy** 44:5 92:9 185:25
**guys** 185:6 186:1

**H**

**half** 44:5 69:21 179:10 185:21
**halfway** 55:6 189:1
**hand** 91:20
**handed** 68:20
**handing** 62:7 65:5 131:1 143:24
**hands** 36:8,9,9 101:9 105:17
113:12 182:5
**handwriting** 94:1
**hanging** 148:15,18
**happen** 38:10 99:13 114:19
176:15 185:2 190:14 194:16
194:19 195:14
**happened** 9:6,10 31:7 41:21
56:23 59:23 60:3 64:12 68:25
70:23 80:15 83:6,12 92:8
99:16 104:14 111:24 114:1
117:20 118:2 122:4,8,24 123:9
127:23 139:25 155:9 175:17
176:17 180:23 181:22 182:23
182:25 183:1 185:4,23 186:4
190:4 192:3,5
**happening** 36:14
**harassed** 23:11
**hard** 15:21 43:2
**harm** 181:4
**harmed** 140:19
**harness** 154:25
**Hassan** 3:4 39:3,5,7,8,11,13,16
40:1,3,18,21 41:1,3,5,6,10,14
180:14 183:2,13,18
**hat** 10:3 161:6
**hats** 172:24
**head** 7:1 27:24 28:4 93:13 188:8
188:12 192:16,22 193:16
**headed** 37:4 41:25
**heading** 31:8
**headquarters** 186:7,21,22
**heads** 141:17 142:4
**health** 16:24 17:2,3,4,6 18:23
19:5,7,10,14 126:3,3,4 127:13
127:24
**hear** 84:4 96:15,17 110:6
**heard** 27:12 42:20 76:25 77:2
105:18 110:7 181:20 182:2
**hearing** 80:24 81:1,3,5 84:25
**hearings** 84:21
**hears** 77:3
**hearsay** 140:3 181:24 197:18
**Heartland** 125:6 127:14
**HECK-MILLER** 1:18 5:3 106:11
**heels** 90:1
**height** 158:6 159:15,23 160:5
**held** 128:4 139:14 188:11,15,18
188:20,21,23,24,24,25 189:7,8
189:19,20,23 194:2,4 195:19
195:20,25 196:11,16,19 197:4
197:6
**helicopters** 134:14
**help** 19:16,19 62:1 101:20 130:3
137:18
**helped** 7:25 19:23,25 20:2,4,6
80:12 88:9
**helpful** 167:25 179:25
**hesitated** 108:21
**Hey** 49:17
**hidden** 34:25
**hiding** 34:13 55:6,7,8 88:15,16
**high** 14:12
**highway** 37:3 189:17,23
**hill** 151:3,11,19 170:6,11 171:4
171:10,18 174:1,3,5 186:7
**history** 13:15 14:2,4 126:15
**HIV** 50:8,13 51:4 52:4,13 53:5,7
53:17,21 54:1 95:24,25
**hold** 125:11 140:24 141:15
190:16 192:16

**holding** 42:13
**hole** 96:21,24,25 97:12,15 154:8
159:13 162:14 164:16 181:21
182:9 189:21 190:6,7,13
191:22,23 193:2,5,7,10 196:8
**holes** 154:4 156:4
**home** 21:11,13,16 39:5 99:17
100:7 167:3
**honest** 45:24
**Honor** 5:5,11 24:12,17 26:16
50:15 52:14 62:4 63:11 65:2
71:25 87:19 91:16 92:19 106:4
123:23 128:22,25 131:17,23
134:16 135:2 137:20,22,25
138:4 144:6,15 152:19 155:8
157:2 158:10 159:4 164:22,25
167:13 178:19 180:4 181:18
197:19 199:13
**Honorable** 6:14
**hope** 60:23
**hopes** 56:13
**hoping** 86:2
**horrible** 56:18 191:6
**hospitals** 16:19
**hot** 93:11,12 192:16,22
**hour** 44:4,5 101:22
**hours** 45:13 186:19 193:24
**house** 14:19 15:1 17:18 28:21
30:16 31:17,21,24,25 32:20,21
33:1,3 38:13,16 44:8,18 45:8
45:12 54:8,9,24 55:5,10,12,14
55:17,18,18 58:2,7 59:12,16
59:18,21 60:2 63:20 67:16,22
68:3,17,17 69:2,2,6,11,18,21
69:21 75:9,11,12 76:1,2,6
94:22,23 100:16 101:12 102:1
102:9,11,15,16,19 103:7
104:16,21 105:2,12,17 107:13
107:17,22 108:25 109:5,18,18
110:22 111:1,7,11,22,25 112:1
112:2,3,8,19,22,24 113:1,14
113:15,19,20 117:25 118:3,5,6
118:7,8,9,11,13 119:19,23
120:18,21,22,24 123:5,7 130:8
130:8,13,14,22 132:4 133:4
134:3 137:1,13 139:16 140:18
140:21 141:3,8 144:19,22
145:18,22 146:16,21 148:23
148:24 149:9,23,23 150:4,7,9
150:17 151:18,21 164:13
166:17,18 168:18,22 169:6,9
169:11 170:22,24 171:1,20,21
171:23,24 172:1 173:16,17
175:9,15,24 176:12,12,22,23
177:1,3 182:8 192:12
**houses** 173:19 176:10,10,11,21
177:24 178:7,9,14
**huge** 121:8
**human** 26:14 27:9,11 39:10,12
40:3,17,20 184:22,24
**humanitarian** 16:16
**hurt** 31:4 81:17
**hut** 112:11 113:5,9,19 114:14
159:11 195:23,24,25 196:2,11
**H-a-s-s-a-n** 183:18

**I**

**idea** 164:13
**identification** 3:10 4:14 9:4 62:8
62:9 65:5,7 91:14,21 93:18,20
131:3 134:18 143:25 152:6,6,8
157:4,7 158:10,12 168:10,11
168:14
**identified** 92:11 94:13 96:22
130:8 137:10,12,13 166:17
168:23 172:5
**identify** 4:12 93:4,5,7,10 94:8,11

identity 8:8,20,22 140:11
ignorance 52:10
Ill 1:10
illuminated 155:24 156:6
illumination 155:22
immediately 42:20 190:5
immense 41:23
Immigration 6:19,24 7:1,20,24
  9:9 79:13 80:24 85:8
impeachment 92:20
implications 49:8
implies 142:1
important 62:22 71:20 74:13,16
  126:6 174:18 185:8
importantly 51:8
impossible 53:9
imprisonment 15:9,10
improve 8:2
improved 21:13,13
inches 159:14 160:1,7
incident 141:7 175:3,16
inclination 174:5
incline 170:11 171:4 174:1
include 145:18 148:8
included 134:15
includes 136:6 155:21
Including 93:21
income 19:11
incorporated 25:5
incorrect 69:9,10 71:17
increase 194:21
independent 181:5
INDEX 3:8,24 4:3
Indiana 125:13
indicate 102:23
indicated 4:14 179:22
Indictment 195:6
individual 126:23 128:12
indulgence 107:6
industry-standard 4:14
information 33:11 34:5 35:18,25
  61:15,17,19 62:16,18 71:13
  126:7 128:10 130:3,4 173:18
  173:23 174:16 176:5,6,7 185:8
informed 132:8
inhale 155:4
initial 125:22 126:7,14 161:14
initially 17:14 173:5,6 175:20
  195:19,20
injured 12:12
injuries 12:6 126:17,18 192:24
  197:24 198:2
injury 126:23
injustice 25:21,22,24,25 26:3,4
innocent 40:18,21
INPFL 13:4
insecure 43:11 87:2,4
insecurity 43:10
inserted 71:22 72:5,12,15 73:4
  73:15,16,24
inside 31:25 136:25 137:14
  143:7 146:7,17,23 147:7
  162:14 167:5 169:13,14
  170:10 186:4 189:23
instances 36:11
institution 10:18
institutions 16:16,19
instructed 108:5 109:3
instructions 199:8
insurance 16:24 17:2,3,4 19:3,4
  19:10 54:4
intake 125:21 126:7,9 127:8
integrate 170:9 171:12
intellectuals 29:23
intended 174:10
intent 178:6,7
intention 182:4
interested 127:16

interior 30:13
international 40:7,17,19 41:7,23
  42:2 93:23
interpret 107:2
interpreted 69:8
interpreter 67:5 68:15 69:1,7,20
  69:22 106:4,7,9,24,25 107:2,4
  123:15
interrogate 194:21
interrogated 95:1
intersection 150:9
intersects 170:13
interview 46:12 64:13 65:9 66:4
  66:7 68:11 69:14 70:16 81:8
  96:10
interviewed 92:4 96:5,9
interviewing 69:4
interviews 46:14
introduce 182:22
investigate 129:20 181:6
Investigation 188:25 196:25
involved 38:11,14,17 78:20,21
involvement 33:24
iron 32:8,12 93:11,12 95:6 128:2
  192:17,21 193:16,18,19
Irrelevant 137:23 195:5
issue 25:1 51:8 175:4 179:2,16
issued 141:15
issues 174:1 199:6,12
items 147:2
i.e 4:15

J

jacket 101:8
jackets 119:7
jail 7:16 10:13 11:5 15:10,11,13
  40:15,18,19,24 41:2,3,4,5,7,9
  41:11,14,17 42:5,7,15 49:21
  82:3
Jan 64:20 66:4
January 67:23
Japan 82:10
Jeep 37:24 75:17,18 102:10
  190:5
Jeeps 121:4,5,7,9,10
job 17:1,3,4 19:2,4 20:2,4 90:7,9
  90:15,22,23 125:19 128:18
  182:3
jobbing 90:25
Joe 37:20,21,23,24 38:2
John 2:2 42:1 191:13 197:8
Johnson 187:3 191:13 197:8
john_wylie@fd.org 2:6
Journalism 184:15
journalist 39:12 184:16
Jr 1:8,9 188:14 194:11
Judge 1:14 5:3 106:11 140:3
  164:20 197:17 198:25
judgment 26:2
July 28:20 30:14,15,15 43:18
  58:2 75:7,8 99:8,13,17,19
  107:15 117:23 122:8 184:13
  190:1
jumped 55:22
jumpsuits 56:2 57:20
junction 151:23,24 152:2,4,14
  152:16 153:3,9,12,16 164:16
  189:1,2,2,3,5,7,24 190:4
  191:16,19 195:12 197:5,6
June 5:24 129:23 130:11 165:20
  185:1,2 188:21 198:7
juror 179:16
jurors 65:22 106:13 179:25
jury 5:4,6,7 51:7 65:18,25
  105:24 106:17,18 130:13
  131:22 132:8 144:15 145:25
  152:24 157:19 178:23 179:2

179:15 183:9,10 199:9
justice 1:22 25:18 41:15

K

Kamara 191:13 197:7,7,11,14,24
  197:24 198:3
KAREN 1:17
karen.rochlin@usdoj.gov 1:20
Kathleen 2:23 129:2,7 172:18
Katie 129:1
keep 155:12 194:22
Kelleh 2:17,18 44:20 45:10 58:1
  58:8 64:8 75:21 76:15 97:24
  98:2,10,13 106:5,21,22 121:22
  122:18
Kenema 20:15
kept 193:18
kick 186:2
kicked 190:7
kill 11:13 36:4,6,10,11,15,18,19
  36:21,23 37:3,7 42:21 43:5
  192:18
killed 23:13 24:2,22 28:11 36:12
  36:13,14,25 37:6,8,9,13 38:6,9
  38:23 40:2 102:5
killing 25:4
kind 19:9 22:23,24 27:2 31:22
  42:25 56:20 74:8 125:10
  172:24
kinds 29:14 56:18 177:22
KL 3:18,19,21 152:5,8,18,22
  153:2,11,14,22 154:2,6,9
  155:16,25 156:9,13,17,19
  157:3,7,14,17,24 158:10,12
  159:3,7,10,21 160:2 189:10
  190:9
Klay 33:5,7 38:4 39:1,3,8,22
  96:21 97:2,7,16,19 151:23,24
  152:2,4,14,16 153:3,9,12,16
  164:16 180:22 182:9,24
  188:25 189:2,2,3,7,24 190:2,4
  191:16,19 194:10,25 195:11
  197:4,6
knee 154:21
knees 191:4
knew 7:6,8,11,13,13,14,15 22:8
  12:10,12,23 39:7,7,22 40:1,1,2
  40:3,4,12,14,16 57:4 62:21
  67:8,10 71:16 81:17 111:9
  197:19
knocked 58:4 108:11 119:19
know 10:1,5,17 13:17,24 15:18
  15:18 16:6 17:1,3,4 21:11
  22:16 23:3 27:5,14,14,15,18
  28:11 29:15,25 30:1,10,11,12
  30:13 31:5,7 32:24 35:25 37:4
  37:4 38:25 40:1 44:3 45:12
  46:22,22 47:5,6,11 48:8,12
  49:14,15 55:9,10 56:17 57:12
  60:21 61:23 66:9 67:18,20
  68:15,16 70:11,12 73:6,19,21
  74:15 75:13,18,19,21,24 76:14
  77:14,15,20,23,23 78:7,8,21
  78:21,22,25 79:1,2,15 80:6
  82:23 83:4,6,21,23 84:4,13,15
  84:23 85:9,18 86:20,21 101:13
  103:9 105:8 107:24 117:1
  119:18 123:10 127:5,17
  130:22 140:13 156:24 163:5,7
  163:9 164:2,5,7,10,17 174:7
  174:18,23 179:15 180:1 181:2
  188:8 191:14,15 194:3,7
  196:22 197:13,20
knowledge 139:12 197:18
known 29:9 38:23,24 39:21
  41:13
knows 47:24 92:9

Korea 82:10
Kovler 125:7,17,25 127:11,15
  128:13
Kpelle 9:20,21,22,23,23,24
  196:9,10
Kromah 27:22 28:6,17,18 75:4
K-a-t-h-l-e-e-n 129:7
K-e-l-l-e-h 98:10

L

L 165:11
Lack 197:17
ladies 5:9 65:16 105:22 178:21
  199:2
lady 94:2
land 173:24 174:8,11
landed 88:23
large 140:1 176:19
largely 9:19 23:23 24:8,9 25:18
  27:13
larger 128:16 133:7,10
largest 26:12
late 44:4 101:22
law 45:20 47:7,24 78:22,23
  84:25 85:6,9
lawyer 47:11,13,14,15,16,20,23
  47:24,25 48:3,4,7,8,11,15 49:1
  49:3,7,8,10 77:24,25 78:1,4,14
  78:16,17,18,20,21,22,22 79:2
  79:3,4 84:10,10,13 198:14
lawyers 47:12,17,22 48:9,24
  79:1 96:18 97:7,18,20
lay 173:24 174:8
Layee 191:13 197:7
layer 126:25
lead 146:20
leader 162:12,20
leaders 78:7,9,10
leading 93:22 94:20 97:4 189:5
  189:16
leads 126:9 146:21
leak 154:23
leaking 193:15
leaks 193:20
leap 141:2
learn 133:10
learned 80:1
leave 5:23 14:9 88:18 89:6,18
  101:23 108:23 113:15 114:22
  114:24 184:8 194:8 196:11
leaves 65:18 105:24 178:23
  199:9
leaving 5:18 7:3,9 20:11 89:21
  91:4 182:4
led 82:1
left 11:8 14:19 20:8,9,10 21:17
  21:19,23 22:8,13 23:5,6 30:12
  32:17,17,22,24 34:19,21 43:9
  43:10 76:6 86:18,20 88:5,21
  89:9,10,16,18,20,22,25 90:3
  108:5 113:20 133:5 137:3
  143:18 145:14 146:9 147:21
  161:19 163:21 174:8 186:5
  194:7,20
left-hand 113:5 146:22 168:13
  189:17
legal 47:23 49:8 77:23 78:25
legs 196:6
length 190:23,24
lengthy 150:8,10
lens 176:19
Leone 8:16,17,24 20:16,18,20
  21:19,24 22:3,5,6,9,10,12,15
  23:2,22 43:12 53:2,12 88:22
  189:6
letter 6:15 7:17 56:7,11,12,13,16
  56:25 57:2,4,6,9,14 58:22,24

59:1,3,5,7,11,15,20,25
**Let's** 5:6 27:20 65:24 106:15
183:6 185:18
**level** 132:17
**levels** 155:13
**Liberia** 5:18 6:3,6 7:6,8 8:8,14
9:12,19,20 10:2 11:6,24 12:3
13:16,20 14:2,6,12,20 15:24
16:4,7,10,24 17:8 20:9,13 21:1
21:2,3,4,15,17,24 22:8,13 23:5
23:6,10,13 24:16,21,22 25:20
26:8 28:18,24 29:9,11,16,18
29:23 30:3,8,10,12 39:16
41:12 43:9,10 49:21,23,25
51:4,11 52:22 53:10 56:8
57:15 58:23 74:25 75:2 76:24
77:4 78:5 80:15 81:15 82:17
82:21,24 83:2,17,20,21 85:17
85:19 86:7,18,20,23 88:2,5,21
89:7,9 90:3,9,22 91:4,6,23
98:15,17,19 99:11 100:7
111:20 122:7,10 127:21
129:19,25 130:7 134:13 139:4
139:11 140:12,20 141:14,15
161:9,10,12,18 162:4 165:20
172:22 178:11 181:11,11
182:4,22 183:25 184:1,4,8,10
184:12,14 187:3,12 188:22
195:17,18 198:17,19
**Liberian** 6:18,21 10:8 22:16 25:2
25:14,15 33:22 41:15 92:12
94:9,12 106:25 137:18 139:7
139:21 141:23 143:20 186:7
**Liberians** 24:24 39:25 40:18,21
42:24
**Liberia's** 26:12
**lid** 190:13,14 193:10
**lied** 84:24
**lies** 41:4
**life** 8:12 11:2 21:20 26:1 36:8,8,9
57:3 90:1 141:5,8 175:16
**lifes** 21:5
**lift** 190:16
**light** 14:24 155:22
**lighting** 191:2
**line** 3:11,11 11:6 54:15 68:23
69:25 70:1,5,6 72:21 118:19
151:14 153:20 176:13 192:21
**linear** 167:22
**lines** 36:25 37:1,2,4 85:2 167:22
**link** 141:12
**linkage** 140:10 142:8
**list** 180:17 182:15
**listed** 178:3
**listen** 83:8
**litigator** 78:18
**little** 26:20 31:21,23 39:15 59:23
59:25,25 60:1,2 61:23 79:24
98:6 106:23 107:2 130:13
149:17 150:6 159:11 170:8
180:11 183:20 185:17 193:9
193:16 199:5
**live** 11:7 17:11,17,17,19 18:10
18:12 19:23,25 20:23 57:3
59:8,10 98:15,17,18 102:12
139:6 184:4,6,7
**lived** 23:10,16,17 111:17 184:14
**lives** 18:9,15 89:17 175:11
**living** 8:2 14:19 18:11 23:6 31:19
31:20,24 32:3 33:16 50:10
99:9,10 125:5 129:8 177:18
181:11
**local** 143:12 186:20
**located** 111:11 129:10
**location** 132:7 133:6 159:13
160:5,13 188:18 196:2
**locations** 172:5 188:20,22,23
**Lofa** 98:14

**long** 22:5 26:21 28:19 46:8,9
47:14 54:15 68:4,5,25 90:12
98:21 115:6 125:17 128:19
175:21 179:22 194:2,4 196:19
196:21
**longer** 86:16 170:24 171:3 175:3
**look** 62:1 63:4 64:24 66:9 68:20
100:5 131:6 143:3 146:8 170:1
178:6,12 189:9
**looked** 48:19 158:3 163:5 164:2
176:10 178:2,4,6,8,15
**looking** 128:18 132:3 138:5
171:14 191:21
**lose** 71:17
**lot** 11:24 12:6 13:13,14,15,18
16:2,4,8 30:17 38:21 46:15
52:10 55:14 76:3,4 171:3
174:10 178:13 182:21
**lower** 132:17
**loyalists** 139:6,10,15 140:8,8,23
140:24
**lunch** 105:21,23 106:10 179:11
**lunchbreak** 106:22
**Luncheon** 106:12
**LURD** 13:6,7 26:11,23,25 27:3,6
27:7,11,12,13,14,15,17,18,20
33:24
**lying** 38:1

---

**M**

**M** 1:8,13
**main** 132:3,7,12,14,18 135:21
136:2 150:24 170:5,7 171:10
**maintain** 67:17,19
**majority** 27:16 168:7
**make-believe** 35:22
**making** 196:15
**malaria** 16:8
**Mamodou** 100:21,24 103:14
108:15 110:21 113:23 120:17
120:19
**Mamudu** 44:20
**man** 9:22 23:10 30:25 42:25
52:17 58:1 99:2 119:15 127:5
191:14 197:10
**management** 125:23 126:5
128:18
**Mandingo** 23:8,10 24:25 27:13
27:18 102:8 184:3
**Mandingos** 23:12,16,23,25 24:3
24:5,7 25:4,11,24 26:5,9 27:15
27:20
**manifesto** 25:20
**man's** 26:1 111:18
**map** 169:24 170:5 176:3
**mapped** 169:8,20 170:7,8
**mapping** 125:22 175:24
**March** 173:6 182:13
**Marjorie** 125:7
**mark** 104:10,11,22 109:19 134:3
145:25 167:13 169:21,24
193:16
**marked** 3:9 62:7,9 65:5,7 91:20
108:5 131:1,3 134:18 143:24
152:5,8 155:16 157:7 158:10
158:12 168:9,11 171:6 190:8
**markings** 158:21,23
**marks** 193:15
**Mary** 2:21 123:17,20 125:4
**mask** 155:2
**mass** 89:15,21
**Master** 35:21
**Master's** 125:14,15
**mathematical** 170:21
**Matt** 122:12
**matter** 53:12 155:2 180:13 200:3
**ma'am** 128:23

**MC** 112:13 130:16 131:2,16,25
132:5,10,13,15 133:1 166:20
**McARTHUR** 1:9 192:11
**mean** 14:16 15:5 19:18 46:22
78:19 84:5 101:7 103:17
108:17 115:25 172:23 176:14
177:6,7,11,11,13
**meaning** 116:5
**means** 50:7 73:19,21 79:15
84:23
**meant** 31:5 36:22 59:17 72:10
**measured** 174:5
**measurement** 168:20 169:6
190:22
**measurements** 132:24,25
151:21 158:6,24,25 160:18
162:12,14 166:16 167:5,17
168:17,22 169:14 170:10,12
170:23,25 173:13,15 174:4
**measuring** 170:5
**media** 40:2 184:16,17
**medic** 162:12,17
**medical** 16:6,10,13,17,18,21,23
17:5 48:17 49:5,11,22,25 50:3
50:5 51:12 52:22 53:2 54:4
126:14 128:16
**medication** 53:14 54:1
**MEDINA** 2:8 200:5
**meet** 42:14,17 48:24 49:5 82:19
99:2 126:12 127:10
**meeting** 39:8 48:1 62:21 64:19
66:11 121:24 122:7,10,12
127:12,17
**meetings** 46:7,7,16,20
**member** 25:20 127:14 158:5,24
173:2
**members** 25:10 42:1 130:2
132:20 151:19 173:1
**men** 28:21 30:16 44:8 54:8,9,10
54:11,12,13,14,19,21,23 55:6
55:14,19,20,24 57:9,16,18
58:10,12,13 59:12,15,21 63:6
63:15,23 64:3 68:2 96:22 97:2
97:8 102:16 105:16 107:14
110:8 113:9,12 114:17 118:9
118:13,19 119:4,10,10,17
120:6,10,21,24 121:1,12 190:2
190:6
**mental** 126:3 127:24
**mention** 64:10,11 92:13 95:8
**mentioned** 42:4 92:13 93:9,11
93:12,13,14,15 112:20 113:9
179:19 189:2
**met** 39:5,22 42:15 46:3 48:5
60:12,22 83:18 99:4 115:21,24
122:2 127:7,8
**meter** 154:25
**method** 30:6
**Miami** 1:2,6,19 2:4,9,9 48:19
200:6,7
**Michael** 187:4
**Michelle** 3:1 165:4,6,11
**microphone** 98:5 106:21 183:20
**middle** 153:4 156:5 163:3,19
189:22,22
**midnight** 186:22
**MIGUEL** 2:3
**miguel_caridad@fd.org** 2:5
**miles** 141:8
**military** 31:16 32:12
**Miller** 3:1 165:4,6,11
**mind** 56:18 57:12 177:16
**minded** 177:14,15
**mine** 7:23 91:5
**minimum** 19:11
**Ministry** 185:21
**minute** 178:22
**minutes** 65:17 180:8 186:23

**misinterpretation** 69:19
**misinterpreted** 69:22
**mispronouncing** 45:7
**missed** 179:6
**mob** 143:16
**model** 26:11,23,24 27:3 167:23
167:25 169:17 170:4 171:5,10
171:13 172:4,4 173:9,18 176:4
176:8,14,25 177:5,8,18 178:1
**model-makers** 170:1
**Mohammed** 197:7
**moment** 144:7 151:6 164:20
198:23
**moments** 91:5
**money** 19:16,18,19,22 78:20
**monitor** 155:12
**Monrovia** 9:11 10:12,14 15:11
15:21 21:5,14 22:19,23 23:1,4
23:15,17 34:16,21,23 77:15
90:10,16,23 98:14,18 122:21
186:8 187:4 189:1,4,16
**month** 115:7 123:1 161:15,19
**months** 72:3 198:10
**mood** 187:24
**morning** 5:1,2,3,9,16,17 32:23
43:25 45:13 54:8 58:2 75:8
199:3
**mother** 103:18,24 108:18
**motion** 182:18
**motivated** 81:22
**motivation** 82:3
**motive** 51:5 181:10 182:1,6
**Moussa** 44:17 67:22 68:3,17
69:2,21 75:9,11 76:2,6 130:9
134:2 166:18 167:3 168:15
169:6,9,11 171:20 176:22
177:2
**move** 106:21 131:16 135:1 143:6
152:18 157:14,19 159:3 168:2
182:14
**moved** 9:6 19:16,21 81:24
195:22,23
**movement** 25:3,3 34:3
**moving** 9:10 89:15
**mufty** 101:6,7
**Mulbah** 44:24 45:1 76:9 114:13
114:25 115:15 197:14 198:2
**Muslim** 24:11,15,20 52:12,17
**Muslims** 24:5,7,8,9,22 25:4
**M-a-m-o-d-o-u** 100:24
**M-a-r-y** 125:4
**M-i-c-h-e-l-l-e** 165:11
**M-i-l-l-e-r** 165:11

---

**N**

**naked** 68:12,16 69:5,11,17,21
**name** 5:19,21 6:5,10,16 7:9,11
7:13,25 8:20 9:2,15,17,21,24
10:2,3 37:17 42:8,8 59:4 74:22
74:23 88:5,21,25 89:2,22 98:9
100:23 111:3,4,4 114:12 125:3
127:5 129:6 133:10,13 165:10
172:11 180:14 183:17,18
191:14 196:9,10 197:10
**named** 13:10 27:22 45:2,5 58:1
64:20 99:2
**names** 45:8 191:11
**Naples** 107:8,10 112:12,14
133:15,17 135:9,16,25 136:4
136:11,14,17,20 137:2,3,5
144:24,25 145:6,11,17,21
146:12 147:4,14,20 148:3,11
148:17,20 149:8,11,16,20,25
150:3,12,19,23 151:2,7,9
153:15,23 154:3,7,10 155:17
156:1,10,14,18,20 157:25
162:25 163:15,17 166:22

170:16 171:7 189:11 190:10
**National** 90:11,12,13 98:20 99:4
139:7,21 141:23 143:20
185:21 186:7 188:24 196:25
**nationality** 127:18,20
**nationals** 125:10
**Nations** 60:13,22 80:9 82:9,10
83:5,8,14 84:7,11,14,17 85:15
86:4 134:13
**native** 127:23
**nature** 35:19
**NBI** 188:25 197:1,25
**near** 33:16 175:7
**necessarily** 171:16 174:18
**neck** 73:13 154:20
**need** 11:3 39:13 47:6 83:24
93:23 116:5 199:12
**needed** 6:10 7:6,8 8:13 47:8
67:10 91:7 174:18,23 185:13
**needs** 77:24 78:4 126:12 128:9
**never** 27:3,7 33:7 95:19 96:24
96:24 116:12,13 178:17
187:21
**new** 8:8 17:24 86:14,15 197:8,10
**news** 139:14,18 179:3,3,5
**newspaper** 184:17 185:5,6,7,9
186:1
**newspapers** 39:20 185:10
**nice** 17:17
**night** 30:15,15 43:22 44:4 54:9
57:9,17 75:7 100:12,14 101:5
102:1,9,16 103:13 105:2,9,12
107:14,18 108:10,12 109:7,9
109:14,25 110:17,23 113:14
113:15,20 114:4,7,22 115:1,3
115:17 117:12 119:22 122:5,8
122:24 123:9
**Nikon** 166:2,3
**Nimba** 184:1
**nonexistent** 187:21
**normal** 21:5 98:11
**north** 2:9 184:1 200:6
**nose** 193:19
**note** 74:21
**noted** 183:4
**notes** 46:25 94:4
**noticed** 181:1
**notified** 84:14 161:17
**notorious** 37:3
**November** 123:2
**NPFL** 12:23,25 13:1,3 23:21 25:2
25:3,5,7,10,13
**NPFLs** 23:14
**number** 39:5 47:8 62:8 91:10
93:17 120:25 132:15 171:9
182:21
**nurse** 124:3 128:15
**N.E** 1:19
**N.W** 1:23

---

**O**

**oath** 81:5 84:17,19
**object** 26:16 51:2 72:1 181:12
195:5 197:17
**objection** 24:12,17 50:15 52:14
63:11 92:19 94:20 97:4,9
124:6 131:18 135:3 137:20,23
141:25 144:10 152:20 154:18
155:8 159:5 180:6 181:1 183:5
195:3
**objections** 180:25 183:4
**observed** 131:13 134:23 144:3
**obtain** 130:5 137:18 143:13
170:21
**obtained** 137:22 170:23
**obviously** 14:1 23:12 25:23
26:10 38:6 40:22,24 52:19

**occasions** 20:13 40:19 93:14,14
182:12
**occupant** 143:15
**occur** 194:17
**occurred** 163:12 182:7 194:24
**occurring** 35:10
**ocean** 136:6,9,9
**October** 1:7 65:10 66:4
**offer** 125:25 144:5 182:10
**offered** 181:19
**office** 1:18 2:3 31:7,13 74:11
127:11 129:11 165:13 186:1
**officer** 37:16 65:23 80:24 106:14
**officer's** 37:17
**offices** 173:2,4 185:5,7
**official** 2:8 10:16 11:4 37:14 57:6
67:12 68:11 115:8 186:16
200:6
**officially** 188:14
**officials** 42:6 81:3,14 117:2,4,5
121:25 123:10
**oh** 16:22 28:14 73:9 90:23 123:3
123:6 191:6
**Okay** 13:9 30:14 32:25 36:3 54:6
60:11 61:25 66:14 70:17 85:4
104:13 107:5 161:8 173:21
175:9 185:18
**old** 18:19 185:17 186:6
**once** 23:15 88:21 89:4 90:3
109:5 143:15 156:6 170:19
175:16,19 186:4 190:19 196:7
**ones** 140:22
**ongoing** 77:6 125:22 128:12,13
**onset** 28:9 126:11
**open** 4:6,8,10 52:1 64:5 125:1
143:1
**opened** 64:1,8
**opening** 10:17 63:19 147:22
**operator** 166:2 167:23,25
**opinion** 193:19
**opportunity** 77:8 151:22 181:6
**opposed** 25:16 26:3,4 88:12
92:4
**opposing** 39:18
**opposite** 28:15
**opposition** 81:25
**ordeal** 29:7 46:19 56:8 58:23
83:12 84:4 91:23
**order** 6:10 9:22 32:11 36:10
107:2 125:11 137:19 139:7
141:22,24 143:13 166:5 173:2
190:14
**ordered** 31:1 92:17 93:2 180:16
**orders** 141:15
**ordinary** 99:13 185:2
**organization** 77:14 128:16
165:15
**organizations** 40:3,17,20
**organized** 89:25
**orientation** 176:9,11
**outbuildings** 168:6
**outlet** 147:9,17,23 148:6 184:16
**outside** 37:25 58:6 59:21 101:1
101:2,3 104:1,3,4,6,14 105:16
108:21,22,23 109:5 119:25
120:2 160:24 193:6,7,8,14
**outskirts** 98:14
**outspoken** 28:6
**overall** 126:22 127:1
**overlay** 170:2
**overruled** 24:18 26:17 52:2,15
92:24 94:21 154:19 155:10
183:4 195:7 197:21
**overseas** 172:19 173:3
**oversighted** 70:1,6
**overthrow** 33:22,25 34:3 35:4,7

35:8 186:11
**oxygen** 154:25 155:1,13

---

**P**

**package** 19:21
**pads** 154:21
**page** 2:13 3:11,11,25 4:4 62:12
62:25 72:22,23 95:12
**pages** 91:24,25 92:1
**pain** 84:5 126:25,25
**pants** 113:25 114:16,20
**Papay's** 139:16
**paper** 72:1
**papers** 139:20
**paragraph** 63:2 72:20 92:15
93:1,7 94:17,19
**parked** 185:24
**part** 25:21 27:6 29:16 34:2 40:16
41:15,24 42:10 55:14 73:23
74:12 78:23 88:14 126:21
128:16 129:15,16 133:4 140:4
145:19 148:8 149:13 150:4,4
151:13 160:12 161:14 162:7
172:15,20,23 180:20 187:1,11
187:14,18,19,21,25 188:3
192:14 193:19
**parted** 172:20
**participated** 27:15
**participating** 27:18
**particular** 9:17 15:19 107:20
133:23 150:9 159:13 160:5
184:18
**particularly** 52:12,17
**particulate** 155:2
**parts** 72:11 74:2 195:2,4,9,10
**party** 25:19
**passed** 31:20 170:7 175:9
**passes** 170:9
**patient** 126:6
**Paul** 45:1 76:9 114:13,25 115:14
195:21
**paying** 54:4 79:3,4
**peace** 11:21 25:19 86:10
**peaceful** 11:20
**peace-keeping** 21:5 23:15,17
**penalty** 84:22
**penis** 70:19 71:23 72:6,11,12,15
72:25 73:13,17,23,25 74:2
**Pennsylvania** 1:23
**people** 11:12 12:8,10 16:2,13,19
16:20,22 19:10 21:22 24:15,20
28:11 29:15,15,17 30:8,10,24
35:13,15,16,21,21,25 38:11,13
38:16,21 40:1,3,5,12,14 46:25
52:7,9 53:17,20 55:22,22 66:7
75:1 77:8 81:17,23 89:13,14
89:17,19,20,21 92:13 94:8,11
116:10 118:20 122:24 123:4,7
140:2,11,14,18,19,20,25 141:3
141:7,22 143:16 161:1 162:7
180:3 192:1
**people's** 141:17
**perceives** 35:20
**perception** 36:1
**periodically** 11:15
**periods** 128:6,9
**perjury** 84:22
**permanent** 87:12,16
**permission** 114:4 144:14
**permit** 88:2
**persecuted** 23:18 82:15
**persecution** 67:4 68:24 82:4
**person** 9:25 10:4 74:23 75:16,18
84:4 96:22 110:22 139:13
181:20,23 190:17
**personal** 139:12 197:18
**personality** 41:14

**personally** 7:24 30:7 39:7 42:4
42:14,17 88:13 180:19 186:14
**personnel** 101:4
**persons** 190:16 191:10
**perspective** 178:9
**pertinent** 177:25
**perused** 61:5,6 66:22
**Peterson** 64:20 66:4,11 67:15
68:11,12,18 69:5,9
**ph** 102:12 111:1
**philosophy** 25:18
**phone** 47:8 192:7
**photo** 133:3 135:14,19 145:3
147:17,22 149:14 150:14,15
**photograph** 104:23 108:24
109:19 130:22 132:2,3,9,11,16
132:17 133:1 134:2 135:11,18
136:12,19 137:4 139:3 144:18
144:21,24 145:2,8,13,22,23
146:6,14,15,18,23 147:6,9,16
147:19,21,23 148:5,6,7,8,13
148:22 149:7 150:1 151:12
153:2,3,5,11,18 154:1 155:19
155:20 156:3,4,6,11,15,21
159:10,21,22 160:2,3 169:2
176:18,21,22,24 177:1,2,9,17
190:9,12
**photographer** 129:18 161:16
**photographic** 162:4
**photographs** 130:6 131:11
132:21 133:6 134:6,9,11,21
137:15 138:5 139:25 143:3,6,8
143:11,14,18,23,25 144:15
149:3 151:18 152:13,14 157:3
157:6 158:20 159:1 160:13,15
160:22 161:25 162:2,8,13
169:25 170:2 173:12 174:13
**physical** 126:17,18,23,23,25
127:24 128:2 143:17 194:11
194:13,17,20 197:12,23 198:2
**pick** 10:3 168:3
**picked** 165:24
**pickup** 190:6
**picture** 7:17,20 104:8,10,11
107:12,13 112:24 113:5
126:11,22 133:21,22,23,25
151:3 162:21 170:18,19
189:13,15
**pictures** 48:20,22 150:16 163:2
163:11 172:15
**pitch** 191:3
**place** 12:4,5 19:23,25 20:23 21:9
21:24 41:2 44:17 57:2 59:7,9
64:14 67:25 71:1 86:12 107:14
108:24 113:1 151:22 192:7
196:4
**placed** 179:20 192:8
**places** 9:9 37:3 55:12 162:15
172:15 175:1 192:20
**plain** 57:10 59:12 101:8
**plainclothes** 57:16,18
**Plaintiff** 1:5
**plan** 22:13 34:3 125:22 127:2
182:19 183:1
**plane** 88:23
**planning** 175:25
**plant** 14:16 139:15
**plastic** 154:22
**plates** 154:5
**play** 141:14
**played** 41:15
**please** 5:8 25:8 26:18 64:22
65:17 66:1 74:21 79:24 98:9
105:22,22 106:15,17,19
109:11,22 125:3 129:6 162:24
178:22 183:9,17 199:7
**plot** 187:1,18,20,20,21,22,25
188:3 192:14

**plotting** 186:10
**point** 12:1,1,5,19 37:12 39:22
65:13 86:7 91:3,13 93:13 96:4
102:25 104:8 105:16,19 114:7
129:19 133:11 140:13 155:11
168:3,5 181:7,17 182:14
192:23 194:5
**pointed** 92:23
**pointing** 136:22
**points** 12:3 134:9 154:12 167:18
167:21,24 168:4 169:21,24
170:21
**poisonous** 29:21
**police** 113:18 114:11,12,25
115:4,6 118:5,7,7 137:18
139:7,21 141:23 143:12,20
186:7,21,22
**political** 13:15 25:19 51:9 56:13
79:5 80:4,7 81:23 82:3,4 187:5
**politically** 81:21,24 82:15
**poor** 16:20,22 52:25 53:2 82:21
82:24,25 83:2,4,17,20,21 84:1
**popcorn** 185:18
**porch** 58:6
**porches** 176:14
**port** 90:10,11,12,13,15,23 98:20
98:21 99:2,4 100:15
**portion** 169:3
**position** 111:6,8 128:6 160:25
168:4
**positive** 50:8 51:4 95:25
**possess** 37:25
**possible** 7:10 67:9,11
**pot** 192:15,22
**poured** 95:6
**power** 13:22,25 14:1,14,16 25:5
141:14 184:12
**powerful** 16:12
**practice** 29:11 30:1,2 87:4
**practiced** 29:25
**practices** 39:20 78:22
**practitioner** 47:24 128:15
**precautions** 154:16
**precipitate** 194:16
**precise** 44:3
**precisely** 166:6
**precluded** 139:8
**preparation** 48:16
**prepared** 93:25
**presence** 67:4
**present** 47:25 48:4 84:8,10
96:10,10 181:4
**presentation** 127:1
**presented** 181:9
**presently** 141:14
**president** 28:8 31:1,10 32:10
33:25 34:4,8,10,11,15,24 35:3
35:17,19 36:4,6,8 40:20 41:24
42:2,23 43:2,7 69:11 74:11,12
74:25 78:5,11,13 86:14,15,16
86:17 90:19,21 92:16 93:1
99:11,12 111:19 184:10
186:11,14,25 187:2,3,17,24
192:7,8,10
**presidential** 31:15 67:15
**President's** 38:16 69:6,18 71:22
72:5 73:24 74:4,6,7,8,10,13,18
74:20 94:23 95:3 140:21
**pressing** 32:12 93:11,11 192:17
192:21 193:16,18,19
**pressure** 41:24 42:3,11 43:1,4
**pretend** 178:1
**pretty** 27:7 42:8 43:10 44:4,9
45:13,15 48:3 86:9 106:5
159:15
**previous** 10:15 42:23
**previously** 10:23 14:9 44:11
135:7 158:9

**pre-dated** 182:7
**pre-dating** 182:2
**primary** 11:11 126:3 127:13
**Prince** 191:12 197:7
**principal** 181:2
**Print** 184:17
**prior** 20:11 28:20,23 45:17 56:7
90:2 147:22 179:24 181:7,15
181:25 187:8
**prioritizing** 126:10
**prison** 56:8,17 58:23 91:23
**prisoner** 10:18
**prisoners** 10:21 39:6 42:10,12
**private** 195:4,10
**probably** 22:6 29:8 35:24 42:11
59:24 60:7 69:1,7,8,20,25 70:2
79:25 81:19 85:2 171:22
190:23 191:6
**problem** 15:24 50:11,12 51:12
116:6
**problems** 15:3,5 77:8,9 81:25
**proceedings** 1:13 4:6,8,10 51:1
52:1 124:1 125:1 139:1 143:1
200:3
**process** 9:7 50:4 80:6,7 86:24
96:4,11 160:18 168:2
**processing** 7:22
**profession** 184:14
**professional** 49:22
**proficiency** 129:16 165:23 166:1
**proficiently** 166:5
**program** 19:10,13,19 128:10
167:21
**project** 170:24
**prolonged** 128:6
**promised** 81:9,11
**pronounce** 111:5
**proper** 16:21 53:9,17
**properties** 176:16
**property** 36:20 176:11
**proponent** 181:16
**propose** 179:9
**prosecutors** 45:18 47:11 48:16
115:21 116:1,7,9
**prosecutor's** 47:8
**prospective** 126:6
**protect** 155:3
**protected** 79:13,16
**Protection** 93:23
**protocol** 111:2,3,9,10 112:20
**protocol's** 111:11,22,25 112:1,7
120:18
**proud** 79:2
**provide** 126:12 177:7 180:16
**provider** 127:13
**provides** 177:6,8
**providing** 16:16 125:9
**pseudonym** 10:2
**psychiatric** 128:14
**psychiatrist** 49:18
**psychological** 49:13,14
**public** 2:3 18:21
**publish** 131:22 144:14 152:24
157:19 185:9,11
**purely** 36:2
**purpose** 166:7
**purposely** 82:11
**purposes** 62:8 65:6
**pursue** 21:18
**pursuing** 127:16
**put** 29:1,3 39:1,3,3 41:24 61:13
63:8,17 68:7 73:17 81:12
93:16 95:6 97:13 102:13
104:10,11,22 107:8 112:12
114:21 130:17 133:15 136:18
137:2 142:7 143:17 162:23
166:20 177:4 181:21 182:8
192:15,17,22 195:17

**putting** 175:11
**p.m** 106:18 115:12 121:20
123:16,22 128:24 129:4 131:4
131:21 134:19 144:13 152:9
152:23 157:8,18 158:13 159:8
160:10 165:8 172:9 178:23
183:10,15 186:20 199:9,11

### Q

**quarter** 160:1,7
**quarters** 170:23
**question** 26:18 79:24,25 101:17
107:1 114:2 120:15 139:2
142:3 143:17 176:7 193:13
194:24
**questioned** 34:8
**questions** 33:16 35:3,6,10 46:23
46:24 50:6 66:8 87:19 91:10
97:21 115:10 121:18 123:12
128:21,22 160:8 164:23 172:7
178:19 182:20 198:22,24
**quickly** 106:6
**quite** 28:19
**quoting** 73:7

### R

**R** 200:1
**Rage** 188:1
**raging** 23:14,21
**rain** 196:8
**ran** 55:17,18 58:13 71:23 72:6
75:4 90:2 104:21,23 109:18,19
120:8 139:6
**range** 182:23
**Rapid** 172:16,20 173:2
**reached** 150:20
**read** 61:21 63:12 68:22 70:3,5
71:9,15,25 72:3 77:13 85:2
**reading** 27:17 69:25 92:10,10
**ready** 5:4 35:7 65:22 83:8 173:3
**real** 7:9 9:25 10:3 18:8 90:1
180:12
**reality** 43:11
**realize** 57:12
**realized** 162:1
**really** 38:10 54:12,13 68:25
116:20 118:21 136:1 177:17
177:23 179:4 190:21 193:23
196:6
**REALTIME** 1:25
**rear** 167:11
**reason** 11:11 13:24 21:4 74:10
127:12 139:5 168:5 174:4
177:23
**reasonable** 180:4
**reasons** 11:9 13:17,18,19 25:16
93:21,22
**rebel** 25:3,3 26:12,23 27:6 33:20
34:1,3,10,11,12,20,22 187:11
**rebut** 97:1
**recall** 118:14 122:6,9,22 179:17
**receive** 53:17
**received** 3:9 79:13 128:17
131:20 135:5 144:12 152:22
157:17 159:7
**receiving** 39:23 53:23
**recess** 65:14,20,21 105:21
106:12 178:22,24,25 180:9
**recessing** 179:11
**recognize** 45:8 102:14 112:16
130:19 131:8 133:19 135:11
136:24 152:7,11 158:17
166:24 168:10 169:2 189:13
190:9
**recognized** 197:2
**recollect** 66:6
**recollection** 62:2 66:10

**Reconciliation** 76:23
**reconstruct** 166:5,11
**reconstructed** 167:20
**reconstruction** 178:2,4
**record** 98:9 108:4,7 109:2 113:4
113:7 124:5 125:3 129:6 146:2
146:4 165:10 167:12,14
183:17 184:24
**recording** 167:17
**recover** 160:18
**rectangular** 193:17
**red** 111:12,13 113:6 133:4
136:18,24 154:21 167:13
185:24 194:1
**Redirect** 2:16,20 87:20,21
121:19 164:24
**reduced** 60:4
**refer** 58:22 70:21
**referred** 39:10 74:4,4,17,20,20
127:13,15 128:12,13 182:18
186:16 188:13 191:12
**referring** 60:8,10 63:25 64:2
72:19
**reflect** 108:4 109:2 113:4 146:2
167:12 171:11
**reflected** 169:17
**reflects** 108:7 113:7 146:4
167:14
**refresh** 62:2 66:10
**refugee** 9:8 19:7,9,13,19,22,25
60:15 64:13,19 70:21 71:5
72:20 79:8,15,16 80:19 93:21
120:3
**refugees** 9:6,8 19:12
**refused** 48:13
**regarding** 77:3 180:13
**regime** 139:5
**regularly** 164:8
**rehabilitative** 126:4
**rejected** 61:18 62:17
**relate** 126:7 166:13
**related** 9:19 52:4 67:4 95:20,22
**relates** 56:23
**relation** 171:14,15 176:10 177:4
**relationship** 22:25 134:12
**relatively** 11:19,20 15:15 21:1,2
46:9
**release** 9:11 10:13,17,21 11:5
40:21 41:8 42:3,20,25 43:8
49:21,23
**released** 10:18 40:22,24,25
41:17,19,22,25 43:1,4 88:15
115:1 198:5,16
**Relevance** 24:12,17 26:16
137:20 154:18 155:8
**relevant** 140:7 171:14
**relief** 16:17
**religion** 24:7,10
**relocate** 19:17,18,20
**rely** 47:24
**remain** 128:6 140:25
**remedy** 182:14
**remember** 10:25 37:17 45:23,24
45:25 46:1,2,5 56:9 57:9,11
59:4,11,13 61:9,21,23 64:20
64:22,24 66:5,6,8,18 68:13,18
68:19,19 69:25 75:2,16 76:16
76:17,20,22 85:22 95:16 99:21
99:23,24 117:10 122:7,10,12
122:20 123:3 158:25 189:24
189:25 199:7
**remembering** 56:21 80:23
**remind** 64:22
**remnants** 27:2
**remove** 190:17 193:10
**repeat** 12:24 20:10 26:18 79:23
106:8,24 111:3 116:5
**repeated** 25:25

**replica** 168:17,20 176:14
**reply** 108:20
**report** 184:18
**REPORTED** 2:7
**reporter** 2:8 185:15 200:6
**Reporter's** 3:6
**represent** 178:7
**representation** 144:2
**representative** 95:14
**Republic** 74:25 189:5
**reputation** 41:13
**request** 47:20 49:2 88:2,3,4,5
  138:5 161:9 180:7
**requested** 129:23 146:3 161:7
**requesting** 34:6
**requests** 48:9,11
**requisite** 17:10
**resettle** 83:3
**resettled** 67:13 69:15 70:9 71:17
  79:10 80:14 82:10,14 83:5,15
**resettlement** 50:4 60:12,22
  62:22 70:13 80:10 82:20 83:11
  83:13
**residence** 68:13 131:11 167:2
  167:11 168:8,15 169:4 170:8
  170:14,15,19 186:16,23
  195:20
**residences** 166:12 176:24
**resident** 87:12,16
**respect** 64:19 176:5 193:25
  194:1
**respirator** 155:2
**RESPONDENTS** 129:2
**response** 78:15 104:2 107:3
  116:3 122:3 129:13,15,17,25
  130:1 132:20 161:3 165:18
  172:14,17,21,25 173:1 187:17
**responsibilities** 125:19,23
**responsible** 125:20 160:20
  173:9
**resting** 179:4
**Resume** 4:6,8,10
**RESUMED** 5:12
**return** 105:22 175:5 199:3
**returns** 5:7 65:25 106:18 183:10
**review** 66:16
**reviewed** 61:4 62:15 66:18 69:24
  71:3 94:5,7
**reviewing** 63:1
**right** 6:9,15 7:7,12,21 8:1,3,14
  8:16,25 10:6 11:10,16,25 12:4
  12:12,14,19 13:6,16 14:7,20
  14:22,24 15:17,23 16:1,5,8,9
  16:14,24 17:11,14,22 18:3,9
  18:10 20:9,19,23 22:3,14 23:6
  25:24,25 27:9 28:2,7 29:21
  30:18 31:2,4,13 32:7,19 33:3
  33:11 34:6,14,25 35:5,11,13
  35:15 36:1,21 37:8,15,22
  38:11,19 39:8,16 42:22 43:14
  43:19,22 45:18,21,22 46:1,8
  46:13,25 47:8,18,20 48:1,6,10
  48:20 49:6,19 50:1,11,14 52:8
  52:10,11,23,25 53:3,5,8,11,13
  53:18 54:2,4 55:17,25 56:14
  56:16 57:4,7,17 58:2,4,8,13,18
  58:24 59:1,5,8,16 60:5,17,20
  61:2,12,20 62:23 63:24 64:7
  64:17 66:12,16,24 67:1,3,8,13
  67:18 69:15,24 70:3,19,23
  71:1,3,7,18,20 73:2,5,18 74:14
  75:5,21,22,24 76:7 77:9,12,22
  77:25 78:14,24 79:4,6,9,14,18
  80:5,11,13,15,22,23 81:5,7,9
  81:12,15 82:1,7,15,18,22
  83:10,15,16,19,24 84:17,19,25
  85:15 86:3,7,11,18 87:6,9,13
  87:17 92:4 105:14 107:1,3

109:8 115:22 116:10 118:6
  119:25 120:4,22 122:17 137:9
  140:9 146:16 148:24 150:6,9
  150:16 162:13 163:7,12 164:5
  172:4 173:19 174:5,7,11,15,16
  174:17 175:19 178:2,11,16,24
  179:14 181:21 182:7 183:3
  185:24 189:17 193:8,11
  194:16 199:1
**rights** 26:14 27:9,11 30:23 39:10
  39:12 40:3,17,20 184:22,24
**right-hand** 136:19 148:25
**risk** 141:10
**road** 54:16 132:3,4,7,12,14,18
  133:8 134:5 135:21 136:2
  144:19,23 145:4 146:8,16
  148:24 149:13 150:10,21,24
  150:24 151:3,4,16,25 154:1
  163:21,21,25 169:8,9,20 170:5
  170:7,9,12,13 171:10 174:11
  174:15,18,19,19,20,20,21,22
  174:23 175:8,9,10,12,13,14,18
  175:24 176:3,8,9 177:21,25
**roads** 173:16
**roadway** 150:1,5,6,8,15,16,20
  151:11,11
**roaming** 43:3
**Robert** 187:6
**Rochlin** 1:7 122:10 179:2,13,18
  180:3 199:14
**rock** 133:4
**rode** 120:19
**role** 141:13
**roof** 113:6 133:4 136:18,24
  148:9,15 176:13
**room** 31:19,20,21,23,24 32:3
  33:2,15,16 63:18 64:10 67:19
  100:5,9 103:9,11 107:21,24,24
  108:2
**route** 23:1
**ROY** 1:8
**rule** 52:14 92:21 181:24
**ruled** 124:5
**run** 55:11 81:20 104:17,18,20
  180:3
**running** 15:1 18:1 55:21,21
  58:10 64:9 89:15 90:1,1 120:4
  163:21
**rush** 61:13
**rushed** 46:10,11,14 56:16 61:12
  71:11,12

**S**

**safe** 6:11 8:4,12,13 11:3,8,9,11
  17:20 23:1 155:1,7,11 198:18
**safer** 71:1
**safety** 6:12 143:17 154:25 175:4
  198:17
**Sakie** 9:19 10:5 88:7,22,25 89:5
  89:22
**salt** 93:16,16
**sanctuary** 10:19,21
**Sassywood** 29:9,11,14,16,16,20
  29:22,24 30:4,6,9,11,11,12
**sat** 116:1 122:4
**satisfy** 83:4
**saw** 7:20 33:7 54:25 55:2 58:7,8
  58:10,12 101:4 104:14,16
  105:8,14 109:15 110:9,13,22
  113:14 121:3 139:19 152:15
  176:21 184:25 191:19 193:13
  197:8,10,13,21 197:8,10,23
**saying** 23:20 52:7 57:9 59:13
  60:3 63:25 66:12 68:14,15,16
  68:18 83:25 106:24 116:22
  141:4 181:1,13
**says** 51:6 62:19 63:6,12,13,15

63:23 67:3 72:5,9 73:4,18,24
  93:21
**scale** 97:7 152:2 153:18,20
  154:14,17 155:5,7,23 156:23
  157:12,22 158:2,5,7 159:16,18
  170:3 172:6 190:15,19,25
  191:2,8 194:2
**scared** 102:5 141:5 191:21,24,25
**scars** 128:2
**scenario** 89:21
**scene** 112:13 143:16 161:22
  162:1,2 167:19 177:18 186:19
**scenes** 160:19,21 166:5
**scent** 193:3,4
**schedule** 180:1
**schemist** 35:21
**Scheufflin** 29:2,4
**school** 15:20,20,25 16:3,18
  18:21 20:6 90:24,25 197:15
**schools** 15:16,22
**scientifically** 52:8,9
**scope** 195:6
**screen** 87:24 102:23,25 103:1
  107:9 108:1 162:23 163:21,24
  166:21
**seated** 5:8 66:1 106:19 113:19
  183:11
**second** 72:20 89:18 114:1 145:3
  181:7
**secondly** 182:17,18
**Secretary** 187:6
**secure** 17:20
**security** 21:13 59:12 65:23
  101:4 104:16 105:3,5 106:14
  107:14 109:15,24 112:6
  113:13 118:9,13 119:4,10,15
  119:17 120:6,10,21,24 121:1
  121:12 139:22 141:10 143:17
  189:16,18 193:9,9
**see** 29:12 42:9,12,19 44:23
  45:10 49:18 51:5 54:23 55:7
  62:13 65:10 66:25 68:25 70:2
  73:6 76:5 87:24 93:7 97:12,15
  97:18 101:3,9 103:14 104:1
  105:9,12,16,18,19,20 108:15
  109:13 110:6,8 112:7,24
  113:12 114:22 115:17 117:20
  118:2,15 121:15,16 126:21
  128:15 135:21 136:1,22
  139:24 141:12 145:23 146:7
  146:18,23 147:9,22,23 149:13
  150:6 151:11,13,14 153:4,18
  156:5 157:21 177:15 178:13
  178:13,15 191:16,18 192:23
  193:1,4,6,14 197:2,4 198:2,14
  199:15
**seeing** 59:21 132:8
**seek** 10:19 49:22,25 50:3 56:25
  57:2 59:7 131:22 152:24
**seeking** 182:22
**seen** 158:15 162:14
**seep** 154:24 196:8
**selected** 168:5
**selectively** 23:13 25:4 28:12
**send** 56:11
**sent** 6:15 59:1
**sentence** 72:1 92:23
**separate** 110:15 172:23
**September** 196:23
**serve** 165:18
**served** 185:6
**service** 19:25
**services** 125:23 126:3,3,4,5,10
  126:12
**session** 15:21
**set** 128:11 167:4,7,9,16 197:15
**settle** 19:22
**seven** 118:25,25 119:2 121:2,3

**severely** 128:1
**sewage** 189:21
**shaft** 71:23 72:6 73:24
**shambles** 89:16
**shape** 43:8 193:17
**shirt** 94:25
**shock** 72:14,25 73:9,13,16,16
  93:15
**shocked** 73:2
**shocking** 95:7
**shooting** 119:17 146:17 149:13
**short** 65:21 113:25 114:16
  155:11 178:25
**shortly** 29:1,3
**shot** 12:8 119:15 136:6 145:9
  148:18 149:9,12 150:5 153:16
  163:14
**show** 104:22 108:24 123:7
  130:16 133:1 134:16 135:7,15
  137:25 141:13,13,20 143:16
  149:18 152:5 155:15 157:3
  158:11 162:21 163:24 170:15
  171:5 176:18 182:6
**showed** 32:7
**showing** 102:13 149:22 163:19
  169:1 190:8
**shown** 140:23 158:9 181:17
**shows** 140:23 176:12 177:5
**shrunk** 168:19
**shunned** 52:20
**sick** 162:17
**sicknesses** 16:7
**side** 55:18 75:17 100:19,20
  102:20 104:16,21 105:3,5
  107:19 108:23 109:18,19
  110:3 113:5 119:16 132:18
  136:1,15,19 146:22 148:23,24
  148:25 149:9 160:3 175:8
  189:17
**sidebar** 4:3,5,7,9 51:1 124:1
  138:5 139:1
**sides** 28:15 168:7 169:8 170:12
  174:20 176:12
**Sierra** 8:16,17,24 20:15,18,20
  21:19,24 22:2,5,6,9,10,12,15
  23:2,22 43:12 53:2,12 88:22
  189:6
**sign** 70:15
**signature** 62:13,16 66:25 67:3
**signed** 59:3 61:8,11,14 66:24
  67:1 69:4 70:1,7 71:9,10 73:8
  81:8,11 84:20 85:2 86:10 94:6
  94:7
**significant** 169:24
**signing** 61:9,12 71:11,12
**signs** 157:21
**similar** 193:19
**simple** 171:21
**singled** 23:24,25
**sir** 6:4 10:8 15:6 28:20 29:1,7
  33:12 37:5,23 38:1,12 39:24
  40:23 42:19 44:3,13,14 45:6,9
  45:11,24 46:2 48:15 50:6 52:4
  52:16 54:7,20 55:20 59:11,22
  60:4 61:21,24 62:15 63:10
  64:7,22 65:9 67:15,17,20 70:1
  73:11 76:23 82:8,12,23 84:23
  86:5 88:14 115:14 117:11
  169:16 184:5,20,25 185:3
  187:2,10,13,16 188:4,11,16,19
  189:14 190:3,11 191:15,17
  192:4 194:12 195:1,13 196:3
  196:18 197:3 198:4,9,11,13,15
**Sirleaf** 187:3
**sit** 93:25 98:5 122:23 193:11
**site** 166:11 175:7
**sites** 166:10
**sitting** 75:16 114:5 116:10

situation 9:10 35:22,23 56:18
six 90:15 118:17,18 162:2
  163:11 190:23 198:10
sixth 72:21 94:17
skin 95:6
sleep 196:5
sleeping 100:17
slept 44:4 103:9,11 115:4
slightly 189:22
slipped 57:12
slow 106:5
slowly 180:12
small 112:2,3,22 113:1,5 153:4
  189:3 195:24 196:4
smaller 137:9
smell 191:5,6 193:3
smuggle 34:15
smuggled 34:20,23 35:7
snatch 43:5
social 125:16,16
soft-spoken 183:20
soldier 30:23 36:20
soldiers 34:20,22 35:6 43:3 76:3
somebody 37:14 45:2,5 117:14
  141:2,8,10,16 176:14,16 192:9
somebody's 29:12 45:8
son 20:6 71:22 72:5 73:24 74:5,6
  74:7,8,10,13,18,20,25 78:11
  78:13 95:3 185:17 186:5
  188:13 192:10
sore 193:15,25
sores 193:15,20,20 194:1
sorry 18:17 24:6 73:20 77:18
  79:25 85:18 90:13 97:17 98:23
  146:10 150:4,13 151:8 152:3
  154:21 156:19,19
sort 19:2,4 35:17 48:7 161:1
  192:20
sought 63:7,13,16
sound 44:11 79:21
sounds 180:4
source 14:16
SOUTHERN 1:1
space 128:5 145:3,19 146:7
  147:7 177:15
spatially 177:14,15
speak 9:18,21,23 47:17,22 48:9
  48:13 56:20 116:22 117:8
  180:9 183:19
speaker 4:14
speaking 95:20
speaks 9:22
special 122:12 129:1,9,10,16
  130:19 132:2 165:3,23
specialize 125:8
specialized 130:2 160:23 161:16
specializes 125:9
specific 54:20 161:25 182:20
  194:9
specifically 16:2 130:1,6 161:14
  182:23,24
spell 98:9,24 111:4,4 125:3
  129:6 165:10 183:17,23
spelling 98:11
spend 119:22
spiders 157:21
spoke 80:9 192:9
spoken 45:17,20 116:1,7,12,13
  116:14,17 117:3,4,5,6
spot 149:17
squad 162:5
stabbed 12:10
stacked 146:23 147:2
staff 125:20 127:14 128:18
stage 96:7 126:9
stairs 185:20
stairway 109:3
stand 91:7 97:25 114:3 123:18

129:1 159:18 165:4 190:17,25
standing 109:7,8,9 124:6 132:17
  146:15,16 149:12,17 186:5
start 61:16 179:22 180:1
started 32:4,10,12,13 86:24 87:4
  109:16 139:14 143:16,16
  169:22
starts 72:19
state 59:24,25 82:8,9 92:16 93:1
  94:15 98:9 125:3 129:6 165:10
  183:17 187:6,7 191:23
stated 10:23 14:9 20:8,15 30:17
  43:18 44:11 52:22 55:17 58:1
  61:14 68:2 69:14 78:11 81:17
  84:16
statement 6:21 8:4 15:22 17:8,9
  26:11 42:23 61:10,12,24 62:1
  69:9,10 70:21 72:8 73:10
  181:16,25 187:19
statements 6:12,14,18 8:2 92:22
  181:8,16,19 182:7,10
states 1:1,4,14 2:8 8:10,11 10:14
  10:15,20,24,25 11:4 20:8,11
  34:16,17,20,22 41:25 43:16
  45:18 46:13 50:14 52:23 53:3
  60:20,22 63:7,16 77:21 78:3
  79:5,14,17,20,22 80:2,14 81:1
  82:6,9,12 85:6,12,14 87:6,7,13
  87:15 96:6 97:24 116:14,23
  117:2,3 121:25 122:14 123:17
  128:25 141:1 142:3 165:3
  184:7 200:6
stating 59:11
station 96:21 97:16,18 153:10
  154:1,5,8 155:1,3,20 156:5,11
  156:15,21 159:12,22,23 160:4
  160:6 166:2,3 168:2 173:12
  189:8,18,19,20,21 194:4,7
stationed 129:10
status 19:7,9 64:13,20 79:13,16
  93:22 95:24
stay 8:6 22:5,9,10,12 79:17,20
  79:22 87:6,7 175:21 198:21
  199:4
stayed 20:21 22:6 33:1 87:1
  186:21 196:16
staying 198:19
Ste 2:9
steel 154:5
steep 174:1,22,23 177:21,24
stepped 58:6,7 150:5
stigma 52:4,12
stigmatizing 52:18
stood 58:11
stop 15:12,13 30:23 110:2 191:4
stopped 37:14
stopping 179:25
stories 35:20
story 51:10 59:9 60:17,19 61:1
  67:4 70:25 80:15 82:19 83:1,7
  83:9,10,11,17,20 84:3,7,11
  85:14
stove 192:15
straight 109:8 159:18 190:18,25
street 1:19 2:4 42:24,25 43:3
  102:12 134:8 149:23 163:22
  185:20,21,23,24 186:5 197:15
streets 88:15
street-facing 169:3
stretch 196:6
strictly 104:15
stripped 68:12,16 69:5
strong 139:11
structure 136:18,24 167:19,22
structured 130:14
structures 166:11,12 171:10
struggle 13:22
student 15:14 25:19 41:12 91:6

182:3
studies 15:12,13
studying 15:3,6
stuff 30:18
subject 84:21
subjected 194:10,13
submit 49:12 88:9
subscribe 25:22
Subsequent 188:15
subsequently 186:10,11
sub-millimeter 168:21
successfully 186:3
sue 77:21 78:2
suffered 126:24 182:11,21
suggest 106:3
suit 9:21
Suite 200:6
supervisor 90:10 99:5
supplemented 174:13
support 126:12 128:17
supports 141:4
sure 13:7,8 15:7 26:19 41:6 42:7
  42:8 44:5 45:16 48:2,3 53:1
  64:23 65:15 80:3 86:9,9 100:4
  119:13,14 154:25 155:12
  174:2,4 183:19 190:21 194:3,3
  196:15,20
surely 85:7
surrounded 114:5
surrounding 130:15
surrounds 166:15
survey 174:21
surveyed 174:20 177:23
surveying 166:4 167:4,8,16
  169:5 175:2
suspended 10:9
suspicion 22:24
Sustained 24:13 97:5,10 137:24
sway 140:24
Sweden 141:1
swore 81:7
SWORN 98:2 123:20 129:2
  165:6 183:13
system 17:1 18:21 70:12,14
  77:23 78:25
systematic 9:7

| T |
| --- |

T 200:1,1
table 2:12 116:10
tactile 177:11
tailored 182:19
take 5:18 17:5 26:1 37:21 39:15
  39:15 48:17 49:12 50:5 58:17
  62:1,25 64:14 65:16 66:9
  68:20,22 102:1 105:21 113:23
  114:7,10,20 130:6 131:6
  133:23 134:6,9,10,13 137:15
  143:3,8,11,14 149:3 154:16
  157:6 158:6 160:13,15 161:24
  162:8,11,13,14 166:16 167:4
  169:5,14 170:1 171:22 173:13
  173:15 174:4 177:1,2 178:21
  179:2,22,22 181:18 193:18
taken 32:22 36:24 37:1,2,11
  44:17,22,23 45:2,4 54:25 55:2
  65:9 67:25 68:9,12,17 69:2,5
  69:11,17,21 75:8 94:19,22
  110:14,15,15,25 111:1,22,24
  112:1,22 113:18 115:3,4,14
  120:13,16,17,21 133:6 156:12
  158:24 169:25 171:17 174:14
  187:8 190:5,6 192:6,12 195:11
  195:16,17 196:21,22,24,25
takes 172:15
talk 11:4 42:9 47:5,12 48:2,3,11
  70:15 95:11 122:7,24 139:18

141:19 180:12 197:23
talked 37:25 42:10 46:16 122:4
  122:14 123:5,9 127:25 128:4,8
  177:20
talking 15:19 20:24 25:7,8 41:8
  46:24 59:24 66:3 72:13,17,24
  74:3 80:6 86:4 113:1 135:22
tall 159:13,23
tally 98:20,23
taped 154:22,23
Taylor 1:8,9,10 6:24 11:11 25:4
  25:15,17 28:7,8,9,10,13,14
  31:1,5,10 32:9 33:25 34:4,24
  35:3,17,19 39:18 41:24 42:2
  42:21,23 43:2,7 68:13 73:12
  73:22 74:4,5,7,9,15,16,18,21
  74:22 75:4 78:2,6,8 84:8,10,13
  86:16 87:1 90:19 92:17 93:2,5
  94:13 96:15,21,24 97:1,3
  99:12 111:18,19 139:10,15
  140:23,23 141:3 180:24
  181:15 182:5 184:11,12,24
  186:11,14 187:9,15,17 188:14
  192:8,10,11 194:19
Taylor's 31:13 32:10 78:11,13
  97:7 187:24 192:7
team 129:13,15,17,25 130:1,2
  132:20 151:20 158:6,24
  160:12,15,25 161:2,3 162:12
  162:20 165:18 172:11,14,15
  172:16,17,20,21,25 173:1
teams 172:16,22,23
telephone 4:13
television 139:19
tell 6:8 25:6 27:4,6,7,16,17 29:24
  31:3 32:22 33:24 34:2 36:10
  37:23,25 41:6 44:3 59:9 70:13
  74:21 75:1 77:9,15,20 78:12
  78:19 80:14 81:7 83:7 101:14
  101:15 117:11 119:22 127:22
  192:5,18
telling 29:12 61:1 70:25 73:22
  84:7,11 181:23 193:18
tells 173:24
Temba 191:13 197:8
tension 14:5 22:24
tensions 13:20,25 14:2 23:2,3,3
term 29:7
terms 16:11 48:6 128:18 196:21
  197:12
terrible 31:9,11 32:14
terrorist 80:21
tested 155:5
testified 56:4 64:7 67:22 70:18
  73:25 77:16,19 89:6 90:6,18
testify 180:18,21 181:8
testifying 45:17 56:7
testimony 64:16 181:4
thank 5:11 25:9 26:22 37:9 97:22
  106:11 123:11,13 124:7
  128:20,22,23 164:22 165:1
  172:7 178:18,20
theories 182:9
theory 140:12 180:20 181:9
therapist 128:13
therapy 128:12
thick 148:25 149:2,4 164:12,15
thing 22:16 29:22,23 41:2,3,4,5
  41:6,7,9,11 57:11 61:14 64:3
  102:18 166:16
things 32:14,14 41:21 56:18,24
  81:11 128:18 129:20 132:24
  180:18,21 194:18,18
think 6:2 7:5,5,22 10:10,19,20,22
  14:24 19:9,12 22:4,4 23:7
  28:18 29:14 34:17 35:17 36:1
  37:1 39:10 42:7,15 44:1,4,7
  47:15 49:15,20 52:7,8,9 55:24

57:11,15,24 59:14 60:7 61:22
64:15 66:6,7,13,17,20 67:21
68:16 69:7,22 76:3,19 77:7,10
80:3,3,18,23 82:23 83:4,21
85:8,9,21 86:8,8,8 88:2 89:2
91:25 94:2,13 95:10 177:17
183:20 188:14 190:21 191:24
198:18 199:4,5
thinking 152:3
third 23:5 68:23
Thomas 42:7,14,15
thorough 46:12,21,22
thought 35:8 36:13,24 37:6,7,11
37:12,13 63:22 78:1 91:4,7,7
185:10 191:25
thoughts 198:19
threat 139:22
threaten 36:18 188:2,5
threatened 7:10 10:21 11:2,2
36:4,15,19 139:8 140:19 186:8
188:6 192:17
threats 139:16
three 91:25,25 125:20 126:2
154:13 159:14,25,25 160:7,7
166:11,11,15 167:20 170:23
171:15 173:19 176:12,21,24
177:6,6,8 178:9 182:15 191:10
194:6
tied 63:7,16
tile 147:2
tiles 147:7
time 4:12 5:18 8:20,22 9:15
10:11 11:17,17,19 12:1,1,3,5
13:11,20 14:6,12 15:19 16:18
16:18 20:9 21:14 22:17,18
23:5,12 27:24 28:11,19 32:8
32:13 35:11 36:7 38:12,12,19
39:15 43:2,3 44:2,3,7,11,13,14
45:3,4,12,14,16 46:5,15 48:2
60:21 61:22 63:1,19 68:17,22
74:3 88:14,25 89:10,18,22
90:24,25 96:4,5 99:2,9,11
100:2,4,6 101:9,22 104:15
105:20 107:2 111:17 112:10
113:10 116:17 123:4 127:7,17
128:1,7,9 143:20 155:12
161:12,17 167:9 171:17
172:22 178:17 185:18 186:20
188:8,9,9,10 195:11 196:18
198:20
times 11:20 12:23,25 14:10
15:16 21:19 23:18,20 26:5
45:18,21,23,25 46:1,3,4,4
48:12 53:14 115:24 175:13
title 74:8 91:21 93:19
today 45:17 78:14,16 115:22
116:2,8,15,17 117:3,6 122:2,5
122:15 141:14 199:2
toilet 195:23,23,25 196:2,11
toilets 196:6
Tokpah 5:19 9:19,25 10:1,5 88:7
88:22 89:1,5,23
told 6:12 10:16,24 21:21 31:10
34:11 36:7,7,8,9,20 37:21
47:20 48:11 49:1 51:9 60:17
67:15 68:12 70:22 71:22 73:7
77:13 78:1 81:9,14 82:24 85:1
92:7 94:24 95:16 97:1 101:20
101:22 103:6,14 104:1 108:15
113:23 114:20 119:25 120:25
124:3 161:22,24 162:3 164:12
171:12 181:14 185:7,9 187:22
tomorrow 101:23 179:8,12,13
179:25 180:1,8,10,11 198:25
199:3,5,6
tonight 101:25
top 72:20 129:12 136:8,18
168:13 174:19

topic 184:18,21
topics 184:18
topography 173:25 174:13
torture 56:24 73:9 74:12 97:8
194:23
tortured 30:20,21 92:13 96:23
124:3,4 180:22 181:14,15
torturing 32:4,6
Total 1:25 166:2,3 173:12
touch 177:12,13
touched 70:18 73:1
town 189:3 196:9,10,10
trace 151:14 153:20
traditional 29:15,18
traditionally 29:17,25 30:4
training 129:18 130:2 161:16
TRANSCRIPT 1:13
transcription 1:25 200:3
transported 44:24
trauma 125:10
traumatized 191:20,24 192:2
travel 83:22,23 84:2 88:2 89:3,4
89:12 129:19,23 130:11
139:21,24 151:22,25 152:2
160:13 165:20 166:17 173:3
traveled 49:23,25 89:14 152:16
traveling 37:10 122:20 139:9
travels 172:19
TRC 77:14
treat 31:2
treated 23:25 24:1,2
treating 16:19 24:24
treatment 16:10,14,15,21,23
17:5,10 50:5 52:22 53:2,5,7,10
53:17,23 54:1 125:9,22,25
126:10 127:2,16,16 128:10
treatments 126:2
tree 55:13,13
trees 178:13
trial 1:13,22 29:7 130:3 179:21
182:15
triangular 193:17
tribe 9:18,20,21 102:5,6,7 184:2
tribes 9:20
tried 57:5 67:9,11 109:17 114:3
149:3
tries 35:21
trip 139:8 165:24 166:7
troops 34:13,15,17
trouble 56:21 84:25
trouser 68:4
trousers 68:4,5 69:1,12,13
113:23 114:20
truck 37:15 153:10 190:6
trucks 121:8
true 5:21 6:1,2 10:8,10 63:6,15
74:19 78:12 81:9,12 144:2
trumped 41:4
trust 23:16 88:18,18 185:16
trusted 185:16
truth 6:8 29:12 31:3,6 34:2,11
67:6 76:23 81:7 92:17 93:2
truthful 62:22 67:10,11
try 67:13 69:14 86:1 108:9
trying 33:22,25 35:4,44 40:14
55:11 56:19,25 57:2 66:6 84:3
126:22,24 139:15 141:24
192:13
Tua 37:20,21,23,24 38:2
Tubmanburg 189:1,5,17
Tuesday 179:5
turn 21:23 30:14 54:7 62:12,25
turned 150:6 192:10
Turning 143:23
twice 89:7 90:3
two 12:18 14:10 22:24,25 37:24
85:17 93:7,13,14 159:25 160:7
168:6,7 171:22 172:3,16,22,23

172:24 173:11 175:2 177:9
180:25 182:9,15 185:6 186:1
186:19 187:4 190:16 194:5
two-team 162:11
type 92:7 98:19 121:4 125:25
130:4 147:2 157:21 184:16
typed 92:6
types 182:24
typing 92:7,10,10
Tyvek 154:20,22,24
T-a-I-I-y 98:25

U

ULIMO 12:16,18 26:13 27:2,4,5
27:9,10,24
ULIMO-J 12:21 28:1
ULIMO-K 12:21 28:1,4
ultimately 8:10,11,12 14:1 41:11
71:19
unable 15:8,9 16:13
uncle 27:22 28:6 75:4 95:9,11,15
undergo 29:17
underground 189:23
underneath 154:4,8,14,16 155:1
155:3,5,7,20,23 156:11,15,21
157:12 158:3,5 159:11,15,19
159:24,25 190:15,19,25 191:2
193:1 194:2
understand 25:2 31:25 42:6
61:16,18 62:17 69:20 72:15
82:13 86:24 106:8 116:4,5
124:4 126:22,24 130:4
understanding 22:18 50:13 51:3
106:23 127:20 129:24 166:7,9
understood 48:5 82:14 108:2
undertones 81:23
underwent 82:2
unemployment 14:12
unfair 25:10
unfairly 23:23,25 24:1,2
unfortunate 83:1
unfortunately 16:4,20 17:6
38:21 50:7 53:20
unfriendly 22:25
UNHCR 56:12,19 59:9 61:22
66:7 70:12,13,15 74:19 75:1
79:7 80:6 83:1,21,22 84:2,4
86:25 95:14,17,21,22 96:12
unheard 171:22
unification 91:6
unified 55:25,25 57:21,21,23,24
57:24
uniforms 56:4 57:20 119:4
121:14,15,16
unit 93:6 160:20,25 188:7
United 1:1,4,14 2:8 8:10,11
10:14,15,20,23,25 11:4 20:8
20:11 34:16,17,20,22 41:25
43:16 45:18 46:12 50:14 52:23
53:3 60:13,20,21,22 77:21
78:2 79:5,13,17,20,22 80:2,9
80:14 81:1 82:6,8,9,10,12 83:5
83:7,14 84:7,11,14,16 85:6,11
85:14,15 86:4 87:6,7,13,15
96:6 97:24 116:14,23 117:2,2
121:25 122:14 123:17 128:25
134:12 140:25 142:3 165:3
184:7 200:6
university 25:20 91:6 125:13,14
182:3
unjust 26:2
unsafe 155:14
unscientific 30:6
uprightly 16:15
uprising 175:17
use 8:20,22 9:2,4,15,24 88:21
89:5 93:14,15 106:3,7,9 127:2

170:21
usually 47:12 77:10 103:9,11
171:22
utterance 181:20,24
utterances 141:19
U.N 59:1 60:15,17 62:21 68:11
70:22,22 71:22 74:17 81:14
U.S 1:18,22 10:16 34:13 35:7
122:20,23 187:7

V

vaccination 7:4,5
vantage 134:9
various 188:23
Varmuyan 2:14 5:12 99:3,4
101:13,20 102:1,15 103:6,7,25
107:13,21,22,24 108:2,11
112:7 113:24,24 117:13,25
118:6,11 119:15,19 120:10,16
120:19,21,24 122:25 123:5,7
127:5 191:14 195:15 196:1
Varmuyan's 193:12,14
Varsay 191:13 197:7
Vassa 45:2,5
VD 87:24 88:1 102:14 104:10
107:9 108:6
vegetation 148:25 163:9 164:5
164:13
vehicle 75:11 120:13,16,19,20
185:24,25 186:2,3,4,5
vehicles 119:1,2 121:3,4
vein 184:23
versed 29:22 85:8
versus 177:11
victim 181:2
victimized 81:19
victims 182:25
view 132:6 147:7
violate 30:23
violated 85:6
violations 27:9,11
violent 12:4,5
virus 52:13 53:21
visa 10:11 22:2
visas 10:9
visit 42:4 166:9
visited 42:6,8 194:19
visual 177:11
voice 91:8
vs 1:7

W

wake 100:17,18,22 103:6
walk 101:2 102:20,21 104:6,15
108:22 114:4 185:13,19
walked 102:23 104:3,4 108:21
108:23,25 109:6,13,15 120:5
185:6,20
walking 58:11 150:15,16
wall 132:7,11,19 133:4 147:21
149:22 167:10 196:5,10
walls 136:25
want 5:18 21:23 25:6,6 29:8
30:14 36:2 49:17 54:7 58:22
70:21 75:7 83:2,17,22 87:6,7
103:14 104:1 124:5 141:9
156:25 162:21 167:21 168:1,3
194:22 198:21
wanted 21:17 40:22,24,25 47:17
79:10 83:7,8 84:3 119:22
161:17 174:2 179:21
wanting 167:19 176:6
wants 35:22 108:15
war 9:8,10 10:6,11 11:10,14,17
11:18,19 12:2 14:14 15:3,8,16
15:18,20,22,25 16:17 17:6,10
17:22 21:21,22 23:12 26:9

27:16 28:15 35:11,12,14,16
38:19,21 77:3,9 82:17 86:7,8
86:22 181:11
**Washington** 1:23 129:11 165:13
165:13
**wasn't** 20:23 21:14 40:2 41:2,3,5
41:6 43:7 46:11 82:17 83:6
88:15 94:3 96:17 111:12,14
137:22 149:14 161:14 172:1
**water** 15:1 18:1,3 39:13 93:12
95:6 128:3,5,9 136:8 164:7
191:3 192:15,22
**way** 6:11 11:15 43:8 72:18 95:23
95:23 104:22 134:5 140:10
157:12 169:9 170:13 178:2,4
178:15 180:10
**wealth** 78:8,9
**wear** 68:4 69:1 154:20 172:24
**wearing** 57:19 114:15 119:4
**week** 179:5 182:17
**weeks** 182:15,15
**weigh** 97:7,16,18 152:2 153:10
153:18,20 154:1,5,8,14,17
155:1,3,5,7,20,23 156:5,11,15
156:21,23 157:22 158:2,5,7
159:12,16,18,22,23 160:3,5
189:8,18,19,20,21 190:15,19
190:25 191:2,8 194:2,4,6
**welcome** 5:9
**well-being** 42:12
**well-known** 39:16
**went** 13:18 20:18,20 21:3,4,6,15
21:17,24 43:12,14,16,22 45:8
56:24 64:8 66:20 76:6 81:18
82:9 94:4 103:1 107:19 117:12
117:14 118:5,11 120:4,6,19,20
120:24 139:25 140:5,6,20
141:22 143:21 162:7 172:22
175:13 186:6 193:8
**weren't** 15:14 22:8 23:2 29:1
139:3 185:10
**West** 2:4 23:16 50:10,13 51:11
52:4,20 53:14,18,21 60:23
71:1 79:11
**wet** 156:24
**we'll** 65:16 106:9 114:1 132:10
178:21 199:15
**we're** 65:20 74:3 126:11 160:23
172:14,23 178:24 179:7,24
180:7 182:9,23
**WF** 3:15 133:16 134:17,18 135:1
135:5,8,15,24 136:3,10,13
151:8 162:22 163:14,16,19
169:1 171:6,6
**white** 42:7,14,15 102:10 130:14
137:3,9
**Whiteflower** 44:22,23,24 45:10
68:9 69:3 76:7,9 111:7,14,15
111:16,17 115:19 117:12,14
117:15,18,19,21 133:14,22,25
134:3,7,15 135:14,19 136:1,5
136:12,15 137:8,14 139:3,6,6
139:10 143:7,11,14 149:14,18
150:1,25 151:4 162:22 163:19
163:22 168:24 169:4,7,10,11
169:14,15,19,20 170:8 171:1
174:2,24 175:5,6,10 176:22
177:2 186:17
**wide** 182:23
**wider** 136:5
**width** 158:7 190:22
**wife** 18:9 20:4 67:1 85:11
**William** 5:19 9:19,25 10:1,5 42:1
88:7,22,25 89:5,22
**willing** 43:7 179:9
**willingly** 43:2
**Wilson** 191:12 197:7
**window** 58:4,7 100:19,20 102:20

102:21,22,23 103:1,5,25
107:19,20,21 108:5,11 119:20
**windows** 176:13
**wire** 71:23,24 72:6,7,12,14 73:4
73:24
**wires** 148:14,14,18
**witness** 5:12 91:17 97:22,23
98:2,7,25 100:24 105:25 106:1
106:15,16 108:4 109:2 113:4
123:14,16,20 124:3 128:24
129:2 130:16,23 134:17 138:1
138:4 140:16 141:20,21 142:5
142:7 146:2 155:15 157:3
158:11 165:2,6 167:12 179:1,5
179:7 180:8,14,15,16 181:1
182:15 183:6,6,8,13 197:20
199:6,10,11
**witnesses** 38:10 139:4 141:4,9
142:8 179:10
**woke** 100:5,14,20 108:11
**wondering** 46:20
**word** 36:7 51:7 55:25
**wording** 95:19
**words** 72:2 95:18 180:23
**word-for-word** 95:18
**wore** 154:21,21,24 155:1
**work** 6:24 7:1 16:25 70:12 83:24
83:25 90:12 98:19,20 99:6
125:12,16,16 165:12 168:1
172:25
**worked** 74:11,24 90:10,13 98:21
101:15 106:4,6 143:12
**workers** 21:14 117:2
**working** 18:5,8,13 125:17
129:13
**works** 29:24 49:18 70:14 77:23
**world** 161:4
**worse** 26:14
**wouldn't** 10:10 22:22 27:17
45:24,24 46:17 48:3 61:23
83:3,18,24 155:4 185:11
192:14
**wounds** 93:16,16 193:21,21
**wristwatch** 45:16
**write** 57:14 83:21 84:1 92:2,3,4,6
93:25
**writing** 39:19 59:4 60:4 66:12
**writings** 187:23
**written** 71:7 73:6,7 95:23 180:25
184:23 196:10
**wrong** 36:2 60:5 85:6
**wrote** 39:23 56:7,16,25 57:2
58:23 59:5,15 61:1,4 66:15,20
71:10 73:8 85:1 92:8 94:3,4
184:25
**WY** 151:8
**Wylie** 2:2,14,15,19 5:10,11,15
24:14,19 51:6 52:3 62:4,6,11
65:2,4,8,15 66:2 72:3,4 87:19
92:19 94:20 97:4,9 115:13
121:18 123:23 124:2,7 128:22

**X**

**X** 102:25 108:1,24 109:9 113:1

**Y**

**Yamorah** 111:1,4,5
**Yamorah's** 111:7 112:19
**Yassa** 45:7
**yeah** 14:4 25:15 28:14 36:2
41:20 53:6 62:3 65:12 66:25
82:2 84:20 86:8,11 91:25
95:13 102:2 103:21 104:19
105:11 121:23 122:1,19 171:2
193:25
**year** 7:16 122:7,21 123:2 128:1
161:20 163:3 173:7

**years** 64:16 65:11 90:15 98:22
162:2 163:11 182:22 185:17
186:5 197:15
**Yeaten** 30:17,19,20,21,22 31:1,4
31:6,10,13,25 32:10,12,19,19
33:3,10 34:5 36:18,19,21,23
37:2,10,21,24 93:5 94:14,25
95:3 170:20 188:6 192:11
194:20
**Yeaten's** 32:20 33:1,13 36:20
37:14 38:13 45:12 94:22
117:25 118:3 137:13 144:19
148:23 150:1,17 163:22 171:1
172:1 173:17 175:9,14,24
176:12,23 177:1 182:8 192:12
**Yekepa** 183:22,23
**yelling** 191:20,25
**yellow** 154:21
**young** 17:7
**Y-e-k-e-p-a** 183:24

**Z**

**zero** 36:22
**zone** 9:8 113:18 115:4,6
**zones** 89:16
**zoomed** 145:22 149:17

**0**

**06-20758-CR-ALTONAGA** 1:3
**08** 129:23

**1**

**1** 3:13,14,17 102:14 104:11
107:9 108:6 131:2,3,16,20,25
132:10 135:8 138:1 143:24
144:5,12,18 152:5,18 153:2
162:22
**1-7** 3:18 152:8,22
**1/16th** 168:20 172:4,6
**1:00** 45:13 180:2
**1:13** 106:18
**1:15** 105:22
**1:26** 115:12
**1:36** 121:20
**1:40** 123:16,22
**1:45** 44:11,15 99:22,25
**1:47** 128:24 129:4
**1:51** 131:4
**1:52** 131:20
**1:56** 134:19
**10** 65:16 118:20 146:6 147:3
170:10 174:4 178:22
**10/14/08** 5:14 87:22 115:12
121:20 160:10 172:9
**10:36** 62:10
**10:42** 65:19
**10:43** 65:21
**10:53** 65:25
**100** 54:11,11,12,13,14,19,21
55:5 57:9
**11** 3:22 147:13
**11th** 65:10
**11:28** 87:22
**11:44** 97:23
**11:45** 98:4
**11:55** 105:24 106:1
**11:57** 106:12
**114** 2:19
**12** 3:17,21 18:20 147:19 152:6
152:19 155:16
**12-16** 3:18 152:8,22
**12-2** 2:9 200:6
**12:00** 44:9,9,9,15 186:24
**121** 2:20
**123** 2:21,22
**124** 4:7
**125** 4:8

**129** 2:23,24
**13** 98:22 148:2 155:25 188:21
**131** 3:14,14
**134** 3:15
**135** 3:15
**139** 4:9
**14** 1:7 3:22 148:7 156:9 168:10
168:11,13
**143** 4:10
**144** 3:17
**15** 148:10 156:13
**150** 2:4
**152** 3:18,18
**157** 3:19,19
**158** 3:21
**159** 3:21
**16** 9:20 138:1 143:24 144:5
148:16 152:6,19 156:19
**160** 2:25
**165** 3:1,2
**168** 3:22
**17** 3:19,19 157:3,7,14,17
**172** 3:3
**18** 3:15,20 138:1 143:25 144:6
148:19 157:3,7,15,17,24
**18th** 79:21,23 80:2
**18-28** 3:17 144:12
**183** 3:4,5
**19** 149:5 156:17 164:12
**19th** 196:22
**1975** 5:24
**1978** 196:10
**1989** 8:16 11:15,24 23:22
**1990** 8:17 16:15 23:12 89:11
**1990s** 16:2 23:13,21 89:7 90:3
181:10 182:2
**1992** 20:21
**1996** 9:12 21:7,9 90:14
**1997** 11:18,22 75:2 90:19,21,22
91:3 184:13

**2**

**2** 3:14,15,17 90:13 91:13,21
131:2,3,16,20 132:5,13 134:17
134:18 135:1,5,15 138:1
143:24 144:5,12,21 153:11
170:15
**2nd** 5:24
**2:00** 45:15,15
**2:09** 144:13
**2:18** 152:9
**2:19** 152:22
**2:24** 157:8
**2:25** 157:17
**2:26** 158:13 159:7
**2:28** 160:10
**2:35** 165:8
**2:46** 172:9
**2:55** 178:23
**2:55.p.m** 178:25
**20** 3:14 138:2 149:10 190:23
**200** 3:6
**2000** 13:8
**2002** 28:20 43:18 90:14,22 91:3
99:8,14,17,19 161:23 163:5
164:3,14,17 178:2,4,7,15
181:13 184:9,10 185:1,2
196:23 198:6,7,7,16
**2003** 10:6 11:15,24 12:3 14:20
21:23 23:5 57:15,16 58:24
88:4 99:17 117:23
**2004** 61:22 64:15,15 65:10 66:4
**2005** 79:21 80:2 86:3,10,16,20
96:1 125:18
**2006** 46:6 47:15 116:22,25 117:1
117:9 122:10 127:9
**2007** 123:2 155:8

**2008** 1:7 64:18 129:23 130:11
   155:9 161:10,18 163:3 165:21
   165:24 173:7
**202.514.3270** 1:23
**20530** 1:23
**21** 149:15
**22** 3:18 149:19 150:5
**23** 149:24 189:10
**24** 150:2 190:9 193:24
**24th** 30:15 43:21,21,22 186:20
   188:21 198:7
**25** 150:11
**25th** 28:20 30:14,15 43:18,21,21
   43:25 45:4 54:8 58:2 67:23
   75:7,8 180:15 181:2
**26** 150:18
**27** 150:22
**28** 3:21 143:25 144:6 151:1,16
   158:10,12 159:3,7,10
**29** 3:21 158:10,12 159:3,7,21

       **3**

**3** 3:12,14,16 62:8,9 72:19 91:15
   93:18,19 112:13 130:16
   134:17,18 135:1,5,24 145:2
   153:14 166:20
**3rd** 182:13
**3:23** 183:10
**3:24** 183:15
**3:35** 186:20
**3:49** 199:9
**3:50** 199:11
**30** 3:21 158:10,12 159:4,7 160:2
   180:8
**300** 171:2
**305.523.5518** 2:9 200:7
**305.523.5519** 2:10 200:7
**305.536.4675** 1:20
**305.961.9234** 1:19
**305/530-7120** 2:5
**305/536-6900** 2:4
**325** 171:2
**33128** 2:9 200:7
**33130** 2:4
**33132** 1:19

       **4**

**4** 3:13,14 65:6,7 68:20 91:15
   93:1 131:2,3,16,20 132:15
   153:22 163:16
**4th** 1:19
**4:30** 199:4
**400** 2:9 200:6
**403** 141:25
**45** 180:8

       **5**

**5** 2:14,15 3:12,14,15,16 113:18
   115:5,6 131:2,3,17,20 133:1
   134:17,18 135:1,5 136:3 138:1
   143:24 144:5 145:5 154:2
   163:14,16,19
**5-16** 3:17 144:12
**51** 4:5
**52** 4:6

       **6**

**6** 3:16 87:24 88:1 134:17,18
   135:2,5 136:10 145:10 154:6
**610** 52:14
**62** 3:12
**65** 3:13

       **7**

**7** 3:16,19,21 134:17,18 135:2,5
   136:13 145:16 151:5,8,8 152:5
   152:19 154:9 171:6,6 184:9

**7th** 188:21 198:6,7,16

       **8**

**8** 3:18 145:20
**87** 2:16
**89** 12:3 20:15

       **9**

**9** 133:16 146:10 169:1 171:6
**9:06** 5:7
**9:07** 5:14
**9:15** 180:2
**9:30** 199:4,7,15
**90** 20:15
**90s** 12:23,25 13:4,6,7 14:6 15:24
   16:20 24:21 26:5,15
**900** 169:12,12
**93** 21:17
**950** 1:23
**97** 2:17,18 21:15
**99** 1:19