UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 06-20758-CR-ALTONAGA

THE UNITED STATES OF AMERICA,

        Plaintiff,

                        MIAMI, FLORIDA

    vs.

                        OCTOBER 15, 2008

ROY M BELFAST, JR., a/k/a
CHUCKIE TAYLOR, CHARLES
MCARTHUR EMANUEL, CHARLES
TAYLOR, JR. and CHARLES
TAYLOR, III,

        Defendant.
_____

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE CECILIA M ALTONAGA,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                KAREN ROCHLIN, A.U.S.A.
                CAROLINE HECK-MILLER, A.U.S.A.
                Office of the U.S. Attorney
                99 N.E. 4th Street
                Miami, FL 33132 - 305.961.9234
                (Fax) 305.536.4675
                Email: karen.rochlin@usdoj.gov
                       caroline.miller@usdoj.gov

                CHRISTOPHER GRAVELINE, Trial Attorney
                U.S. Department of Justice
                950 Pennsylvania Avenue, N.W
                Washington, D.C. 20530 - 202.514.3270
                christopher.graveline@usdoj.gov

        TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

1
2

**FOR THE DEFENDANT:**

3          JOHN WYLIE, A.F.P.D.
           MIGUEL CARIDAD, A.F.P.D.
           Federal Public Defender's Office
4          150 West Flagler Street
           Miami, FL  33130 - 305/536-6900
5                    (Fax) 305/530-7120
           Email:  miguel_caridad@fd.org
6                          john_wylie@fd.org

7  **REPORTED BY:**

8          BARBARA MEDINA
           Official United States Court Reporter
9          400 North Miami Avenue, Ste. 12-2
           Miami, FL  33128 - 305.523.5518
10                   (Fax) 305.523.5519
           Email:  barbmedina@aol.com

11
                    - - - -
12

                 **TABLE OF CONTENTS**
13

                                              Page
14

Hassan Bility ............................................. 4
15
     Cross-Examination By Mr. Caridad ....................... 4
16
     Redirect Examination By Mr. Graveline ................. 29
17
Mary Tornabene ........................................... 31
18
     Direct Examination By Mr. Graveline ................... 31
19
     Cross-Examination By Mr. Wylie ........................ 35
20
     Redirect Examination By Mr. Graveline ................. 38
21
Varsay Kamara Layee ...................................... 39
22
     Direct Examination By Mr. Graveline ................... 39
23
     Cross-Examination By Mr. Caridad ...................... 75
24
     Redirect Examination By Mr. Graveline ............... 100
25
Reporter's Certificate ................................. 124

**TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION**
**October 15, 2008**

1

2

## INDEX TO EXHIBITS

3

| Exhibits | Marked for Identification | | Received in Evidence | |
|----------|------|------|------|------|
| Description | Page | Line | Page | Line |
| Government Exhibit VD 17 ........ | 32 | 19 | 33 | 9 |

7

8

## CITATION INDEX

9

Page

10

## SIDEBAR CONFERENCE INDEX

12

Descriptions                                           Page

13 Sidebar Conference Begins ................................. 53

14 Proceedings In Open Court Resume ......................... 56

15

## ADMINISTRATIVE CONVENTIONS:

16        When counsel does not identify themselves each time they

17 address the Court during a telephone conference, the

18 industry-standard speaker identification is indicated by

19 chevrons, i.e., >>>:

20

21

22

23

24

25

## October 15, 2008

## Bility - Cross

1              THE COURT:   Good morning.   Please be seated.

2              Do we have the witness here?

3              Any issues before we begin?

4              MR. CARIDAD:   No, Your Honor.   Thank you.

5              THE COURT SECURITY OFFICER:   Bring them in?

6              THE COURT:   Sure.

7          [The jury returns to the courtroom at 9:27 a.m]

8              THE COURT:   Everyone please be seated.

9              Good morning, ladies and gentlemen.   Welcome back.

10             We're missing one.

11             THE COURT SECURITY OFFICER:   In the bathroom

12             THE COURT:   All right.

13             [The juror entered the courtroom at 9:30 a.m]

14             HASSAN BILITY, GOVERNMENT'S WITNESS, RESUMED

15                   CROSS EXAMINATION (cont'd)

16   [Beginning at 9:30 a.m, 10/15/08.]

17   BY MR. CARIDAD:

18   Q.   Good morning, Mr. Bility.

19   A.   Good morning, sir.

20   Q.   Mr. Bility, how long have you known Mr. Dulleh?

21   A.   I have known Mr. Dulleh, I believe, for over --

22   Q.   I'm sorry to interrupt you.   If you could lean in a little

23   bit to the microphone.   Go ahead.   I'm sorry.

24   A.   (Complied.)

25             I've known Mr. Dulleh, I believe, for over 20 years.

## October 15, 2008

## Bility - Cross

1  Q.   So in 2002, you had known him for more than 10 years by

2  that point?

3  A.   Correct.

4  Q.   And how did you know him?

5  A.   I got to know him in a diamond mining town in lower Lofa

6  County called Weisua, some members of his family lived, and one

7  of his, two of his brothers -- actually, one is in Australia

8  now called Vamah Dulleh and another one who was a

9  representative in the Liberian Legislature called Vasleh Dulleh

10 were my very close friends.

11 Q.   You became friends first with his brothers?

12 A.   Yes, sir.

13 Q.   And through the friendship you had with his brothers, you

14 also became a friend --  would you call it a friendship?

15 A.   Oh, yes, we became close friends.

16 Q.   You and Mr. Dulleh became close friends after you had

17 become close with other parts of his family.  Correct?

18 A.   Yes, sir.

19 Q.   Are you and Mr. Dulleh the same age or are you a little

20 older than he is?

21 A.   I'm not 100 percent certain what age he is.  I'm 39, born

22 (redacted).

23 Q.   Did you go to school together with him?

24 A.   We didn't go to the same school, but we were in the

25 University of Liberia together in different departments.

October 15, 2008

## Bility - Cross

1  Q.   Apart from going to the University of Liberia together, how

2  often would you see Mr. Dulleh as you and he were growing up?

3  A.   I would see him during vacation periods that would be in

4  Lofa County.  I would also see him in Monrovia.

5  Q.   You were living in Monrovia.  He was living outside of

6  Monrovia?

7  A.   No, we both lived in Monrovia and because our parents were

8  largely -- including his uncle -- were largely diamond miners

9  in lower Lofa County, we visited those areas for vacation.

10  Q.   Would you say your family was friendly with his family?

11  A.   I would say that.

12  Q.   It wasn't just you two being friendly.  There was a

13  relationship between your families.  Is that correct to say?

14  A.   There was some kind of relationship between his uncle who

15  lived in Weisua and my father who also lived in Weisua.

16  Q.   Would you talk to him often over the phone if you had that

17  ability to do that?

18  A.   Where?  Here in the United States?

19  Q.   No, in Liberia.  As you were growing up, did you have

20  access to telephones where you could stay in contact with him?

21  A.   We didn't have access to telephones.  Back then there were

22  no cell phones.  This is the '80s.  We didn't have the

23  privilege to have cell phones.  I actually had my first cell

24  phone in the year 2000.

25  Q.   So the contact was more personal face-to-face

**October 15, 2008**

## Bility - Cross

1  communication?

2  A.   Yes, sir.

3  Q.   I assume the two families socialized together or not?

4  A.   Well, I wouldn't say that.

5  Q.   Did you socialize with Mr. Dulleh?  Do you go out to dinner

6  with him, drinking with him, entertainment with him?

7  A.   Well, I went to watch soccer games with him and we sat on

8  the campus of the University of Liberia -- I was a member of a

9  different political party and he was a member of different

10  political party, so we discussed school politics.

11  Q.   Would you describe him as one of your best friends?

12  A.   I would describe him as my friend, as my good friend.

13  Q.   Now, you mentioned that you discussed politics.  What

14  political party were you a member of?

15  A.   I was a member of the Student Integration Movement and he

16  was member of the Student Unification Party.

17  Q.   Did the party that you, that you were a member of, did that

18  party have a candidate in the 1997 election?

19  A.   What do you mean 1997?  The University of Liberia student

20  politics or the general election of Liberia?

21  Q.   In the general election.

22  A.   I'm not sure when you say "candidate," like presidential

23  candidate?

24  Q.   Yes.

25  A.   The Student Integration Movement did not, to the best of my

## Bility - Cross

1  knowledge, have a presidential candidate, neither Mr. Charles

2  Taylor, nor his closest rival in the political race, Mrs. Ellen

3  Johnson Sirleaf, the current president.   Neither of them was a

4  member of either of the two parties, to the best of my

5  knowledge.

6  Q.   Of either of the two parties that you were a member of and

7  Mr. Dulleh was a member of.   Is that what you're saying?

8  A.   Yes, sir.

9  Q.   Charles Taylor had his own party and Ellen Sirleaf Johnson

10  had her own party?

11  A.   We're discussing university politics.   When it came to

12  national politics, Charles Taylor as the standard bearer of the

13  National Patriotic Party.   Ellen Johnson Sirleaf was the

14  standard bearer of the Unification Party having, having crossed

15  over from another party.   She was a member of the National

16  Unification Party, the standard bearer.

17  Q.   Were you a member or not a member of either one of those

18  two parties, the party of Charles Taylor or Ellen Sirleaf

19  Johnson?

20  A.   I was not a member of either.

21  Q.   You were old enough to vote in the '97 election, weren't

22  you?

23  A.   Sure, I was.

24  Q.   May I ask who you voted for?

25          MR. GRAVELINE:   Objection, Your Honor.   Relevance.

**October 15, 2008**

# Bility - Cross

1              MR. CARIDAD:   Motive, bias.

2              THE COURT:    Overruled.

3    BY MR. CARIDAD:

4    Q.   You can answer, Mr. Bility.   Who did you support in the

5    1997 election?

6    A.   I had the opportunity to vote.   I was privileged to vote,

7    but due to some problems, I did not vote.

8    Q.   Some problems that what?   I'm sorry.

9    A.   Excuse me?

10   Q.   You said "some problems"?

11   A.   Due to some personal problems like geographic, being out of

12   the precinct in which I was registered to vote, I could not

13   cast my vote.

14   Q.   Who did you support in that election for president?

15   A.   Whom did I support?

16   Q.   Yes.

17   A.   I did not vote.

18   Q.   I understand that, but did you prefer one party or the

19   other?

20   A.   Generally I preferred any party that was opposing the

21   National Patriotic Party.

22   Q.   Who would you have voted for if you had voted?

23   A.   I didn't vote, sir.

24   Q.   If you had been able to vote -- it was only a geographic

25   problem you were not able to vote --  who would you have voted

## Bility - Cross

1  for?

2  A.   I would have preferred to vote for the all Liberian

3  Coalition Party.   I preferred to vote for the Unity Party.   I

4  preferred to vote for the Liberia People's Party.   I preferred

5  to vote for Progressive People's Party which was -- the United

6  People's Party led by Bruce Matthews (ph.).

7  Q.   I understand that, Mr. Bility.   I don't think you get that

8  many votes in any country.

9         Who would you have voted for?

10 A.   If I had the opportunity?

11 Q.   Yes.

12 A.   I would say I would have voted for the All Liberian

13 Coalition Party.

14 Q.   Who was the head of that party?

15 A.   The head was Alhaji Kromah.

16 Q.   Alhaji Kromah is the uncle of Varmuyan Dulleh.   Correct?

17 A.   That's what Varmuyan Dulleh told me.

18 Q.   You and his family had some relationship.   Didn't you know

19 Mr. Kromah was his uncle?

20 A.   I didn't and I could not because the relationship he

21 explained to me was maternal and I didn't get to know that

22 until I was in prison, we were in prison together.   So I only

23 knew his paternal uncles.

24 Q.   Now, when you say "maternal uncle," Alhaji Kromah was the

25 brother of his mother.   Is that correct to say?

**October 15, 2008**

## Bility - Cross

1  A.   That's what he told me.

2  Q.   Now, Alhaji Kromah was the leader of ULIMO-K, wasn't he?

3  A.   Yes, sir.

4  Q.   And ULIMO-K was an organization that between -- in the '90s

5  before the election of '97, was fighting against Charles

6  Taylor's group.   Isn't that correct?

7  A.   Correct.

8  Q.   Okay.

9       Then ULIMO-K itself split up into two factions, one

10 called ULIMO-K, the K standing for Kromah, and ULIMO-J, the J

11 standing for Prince Johnson.   Is that right?

12 A.   No.

13 Q.   Roosevelt Johnson?

14 A.   Did you say ULIMO-K split into two factions?

15 Q.   ULIMO split into two factions, one of which was called

16 ULIMO-K?

17 A.   Correct.

18 Q.   The other faction was called ULIMO-J?

19 A.   Correct.

20 Q.   The letter after each word stands for the last name of the

21 leader of the group?

22 A.   Correct.

23 Q.   In the case of ULIMO-K, Alhaji Kromah, and in the case of

24 ULIMO-J -- who was the leader of that faction?

25 A.   Roosevelt Johnson.

**October 15, 2008**

## Bility - Cross

1  Q.   That's where we get the J from   Right?

2  A.   Correct.

3  Q.   And these groups, ULIMO-J and ULIMO-K, as well as the

4  Charles Taylor party, were fighting against each other --

5  right?  Is that fair to say -- in the '90s?

6  A.   In the '90s as a unit, ULIMO fought against the NPFL.

7  Q.   Correct.

8  A.   And ULIMO split into two factions, K and J.  I'm not

9  certain besides that ULIMO-J fought against the NPFL.  After

10  the warring faction leaders came to Monrovia and were

11  represented in a form of presidium or collective presidency,

12  the ULIMO-K and the NPFL joined to fight ULIMO-J in the hope of

13  arresting and prosecuting its leader, ULIMO-J.  I mean,

14  Roosevelt Johnson.  So they were partners.

15  Q.   What we have is ULIMO as one organization started out

16  trying to get control of the country, as was Charles Taylor.

17  Correct?  Is that fair to say?

18  A.   Trying to get control of the country?  I wouldn't say that

19  phrase is -- I'm not sure that's the way it started.  I

20  wouldn't say that.

21  Q.   They were struggling with each other.  Correct?

22  A.   Correct.

23  Q.   And the ultimate goal was to control as much of the country

24  as they could.  Wouldn't that be fair to say?

25  A.   I'm not sure that the ultimate goal for all of them was to

## October 15, 2008

## Bility - Cross

1  control the country.

2        What we saw -- what I did and what we were told, in

3  addition to what I saw, was the various warring factions, at

4  least three different warring factions, emerged to stop

5  Mr. Taylor from forcibly taking over control of the country.

6  Q.  So let me see if we have this correct.  President Doe was

7  President up to 1990 when he was killed.  Right?

8  A.  Correct.

9  Q.  Okay.

10        And he, himself, President Doe, took control of the

11  country by staging a coup in 1980 and getting rid of the duly

12  elected president.  Isn't that correct?

13  A.  President Doe overthrew President William Richard Tolbert

14  and took over the country.

15  Q.  That was President Tolbert.  That's the name you said.  He

16  was president?

17  A.  Yes.

18  Q.  Doe came along, got rid of him -- correct -- became

19  President of Liberia?

20  A.  If you said "duly elected," there is a question mark.

21  Q.  I'm talking about Tolbert.  Was Tolbert elected?

22        I'm not sure if Tolbert was duly elected, if we look

23  at the facts.  Number one, Tolbert was vice-president to Tubman

24  for 19 years until 1971 in -- after the death of William

25  Tubman,  William Richard Tolbert became president and never

**October 15, 2008**

## Bility - Cross

1    organized the elections.  There were no elections held.  So his

2    being there democratically would be questionable in a sense

3    that if you're trying to say he was duly elected, I didn't see

4    anywhere in which he was elected.  He succeeded Tubman and

5    according to the Liberian Constitution, elections should have

6    been held every four years.  But from 1971 to 1980, there were

7    no elections held and there weren't any other parties but the

8    True Wig Party, the TWP.  So, I'm not sure he was duly elected

9    in that sense.

10   Q.   You're going way back, Mr. Bility.  In your mind, I guess,

11   the bottom line is you're not satisfied that President Tolbert,

12   himself, was properly elected.  Is that what you are telling

13   us?

14   A.   No, I'm not saying.  I was not saying I was not satisfied.

15   I'm just making a correction of history that you brought up,

16   sir.

17   Q.   Very good.

18            Tolbert is in power, however he got there, and Doe

19   comes along and gets him out of power.  This may be simpler

20   than you would put it, but I'm trying to just get the outline

21   to it.  Then Doe, himself, is killed in 1990.  Correct?

22   A.   Correct.

23   Q.   Charles Taylor comes into Liberia in 1989.  Correct?

24   A.   Yeah, correct.

25   Q.   And is it fair to say that he takes control of some parts

**October 15, 2008**

## Bility - Cross

1  of the country.   Right?

2  A.   Correct.

3  Q.   And there are other groups that oppose Charles Taylor doing

4  that and start fighting with him  Is that correct?

5  A.   Correct.

6  Q.   One of those groups was ULIMO?

7  A.   Correct.

8  Q.   Were there other groups?

9  A.   Yes, sir.

10  Q.   That were fighting?

11  A.   Yes, sir.

12  Q.   How many others?

13  A.   There were the group led by George Boley that was called

14  Liberia Peace Council, LPC.   There was another splinter group

15  from the NPFL that became known as the I NPFL, Independent

16  National Patriotic Party, led by Prince Johnson, and there were

17  other smaller groups that came out, but not of real relevance.

18        There were at least three, four major ones.   That

19  would be the NPFL, ULIMO, the Liberia Peace Council and the

20  Independent NPFL.

21  Q.   And is it correct to say that all of those groups at one

22  point close to '97 stopped fighting and had an election?

23  A.   Correct.

24  Q.   And in that election, Charles Taylor was elected President.

25  A.   Correct.

**October 15, 2008**

**Bility - Cross**

1   Q.   Now, the ULIMO group that you talked about, is it -- you

2   told us it was headed by Alhaji Kromah, who was the uncle of

3   Varmuyan Dulleh, the gentleman who testified here the other

4   day.

5   A.   I don't know if he testified.

6   Q.   He did.

7   A.   Okay.

8   Q.   Then is it correct to say that ULIMO was composed largely

9   of people from the Mandingo ethnic group or tribe?  Is that

10  correct?

11  A.   ULIMO --

12  Q.   Yes.

13  A.   -- as such was largely comprised of people from the Krahn

14  and Mandingo ethnic groups.

15  Q.   So it wasn't exclusively one group or the other, but it was

16  a combination of primarily those two groups that you just

17  mentioned?

18  A.   There were many other groups, many other ethnic groups, but

19  it was organized, first of all, by the Krahn ethnic group, the

20  Freetown, Sierra Leone under  LIMO and other guys, and Alhaji

21  Kromah joined them later while they were still in Freetown

22  assisting the Sierra Leonian Government to fight off an

23  extended Charles Taylor aggression into that country.

24  Q.   So it is correct to say, isn't it, that although there were

25  various tribes composing ULIMO, the major two tribes that

**October 15, 2008**

## Bility - Cross

1  composed it were Mandingo and Krahn and Krahn is spelled

2  K-r-a-h-n?

3  A.   Correct.

4  Q.   Going back to Doe for a minute, is it correct to say that

5  his administration favored -- that's my word.   You can disagree

6  with it if you want -- favored the Mandingo ethnic group or

7  tribe?

8  A.   You mean Doe?

9  Q.   Yes.

10 A.   That's an inaccurate statement.

11         Doe, in 1990 -- if you want me to give you history --

12 in 1990 when the war started from Côte D'Ivoire -- that's Ivory

13 Coast -- into Liberia, the first group of people that were

14 killed were Mandingo in Nimba County.

15         As the war progressed into Liberia from the north to

16 the south where the capital is located, there were other ethnic

17 groups who thought, especially Manos and Gios who come from the

18 same county I come from, sided with Charles Taylor, and then

19 they accused, they accused the Mandingo of pointing out the

20 rebels to the Government soldiers in Nimba County because the

21 rebels had taken over the personal homes, houses -- even up to

22 today, the Government of Liberia has not been able to resolve

23 that -- took over the people's homes, drove them out of their

24 homes and said they weren't Liberians, they were foreigners.

25         So what Samuel Doe did was to remind Liberians that

**October 15, 2008**

## Bility - Cross

1    Mandingos, like other Liberian tribes, were Liberians, and he

2    reminded them that after African Americans from the United

3    States went to Liberia to resettle through the assistance of

4    several organizations in the United States, which included the

5    American Colonization Society and the Mississippi Colonization

6    Society, their settlement in Liberia was in danger because

7    there were hostile ethnic groups fighting against them, and

8    there was a Mandingo man called Kel Sal Boso Kamra, who told

9    the other ethnic groups "You don't have to fight these people.

10           They're our brothers.  They've come to settle.  You have

11           sold some piece of land to them and they must have their

12           land."

13                So Doe reminded Liberians of a history, you know, that

14    occurred back between 1815 and 1822 that occurred -- between

15    1815 and 1830 -- that occurred within that time, that Mandingos

16    had been here over 50 years before independence, you know, so

17    it was a reminder.

18    Q.    And the Mandingos were grateful for that reminder and would

19    you say they were supportive of Doe?

20    A.    I would say what happened subsequently was Mandingos were,

21    generally, you know, business people who didn't go to school.

22    They were -- they controlled largely the economy.  That would

23    be -- they were seamstresses, tailors, drivers, basic

24    businesses.  Many of them didn't go beyond high school.

25                Then what happened was they thought that the way to

**October 15, 2008**

## Bility - Cross

1  protect their businesses and their people would be to side, to

2  tell their children to join the military.  Mandingos, they

3  didn't join the government.  They didn't do anything with

4  government.  So in that perspective, a large number of Mandingo

5  young people decided, through the influence of their parents,

6  to defend the country they called home and join the military.

7  Q.   And they joined the military of Doe?

8  A.   Yes, sir.

9  Q.   So it's correct to say the Mandingos think of themselves as

10  a group as a particular tribe.  Is that fair to say?

11  A.   Liberia has 16 tribes historically which every child learns

12  in school.  Mandingo is one of the 16 tribes, sir.

13  Q.   And in this case, as you've told us, the Mandingos, for the

14  reasons you have explained, some of them went into the military

15  that Doe was running?

16  A.   Yes, sir, because as the NPFL advanced, it was the

17  Mandingos who weren't in government, who didn't have anything

18  to do with government, were being killed as well as the Krahn,

19  who were the same ethnic group as President Samuel Doe.

20  Q.   So you have Doe's military that has Mandingos joining it

21  were called upon to fight against Charles Taylor.  Is that

22  correct?

23  A.   You had the Doe military fighting against the NPFL and

24  there was a call from the government to Liberians, young

25  Liberian people, to join the military to fight the rebels, and

**October 15, 2008**

## Bility - Cross

1    Mandingos responded to that call.

2    Q.   I'm sorry.

3              Now, a couple of other people you mentioned were in

4    that hole at Klay Junction.   You mentioned Edmond Wilson.

5    Correct?

6    A.   A/k/a Prince Johnson.

7    Q.   Not the same Prince Johnson?

8    A.   Not Prince Y. Johnson.

9    Q.   Is Edmond Wilson a member of the Mandingo tribe?

10   A.   Prince Johnson is a Grebo tribe.   It comes from Maryland

11   County in Liberia.

12   Q.   Where is he living now?   Do you know?

13   A.   I have not had contact with him since the 7th of December,

14   2002.

15   Q.   And Varsay Layee?

16   A.   Varsay Layee Kamara was in the prison there and I haven't

17   had contact with him since I left prison.

18   Q.   Was he Mandingo also?

19   A.   Varsay Layee is mixed.   Father, Mandingo.   Mother, Kpelle.

20   Q.   How about John Tenba Bengue?

21   A.   He's Kissi.   He's from Lofa County.   He's a Kissi.

22   Q.   Were you friendly with these three people before?

23   A.   No, I had never seen Edmond Wilson .   I had never seen John

24   Tenba Bengue prior to Klay Junction.

25              I have had some sightings, not very close, of Varsay

**October 15, 2008**

## Bility - Cross

1 Layee Kamara.

2 Q.   Do you know if any of these two gentlemen were friendly

3 with Mr. Dulleh?

4 A.   If I know if any of them were friendly with Mr. Dulleh?

5 Q.   Yes.

6 A.   I would say that yeah -- what's his name?  Varsay Layee

7 Kamara.

8 Q.   Was -- would you describe him as a friend of Mr. Dulleh?

9 A.   I would describe him as having -- as knowing Mr. Dulleh.

10 Q.   Do you know how they knew each other?

11 A.   I don't know how they knew each other.  The way I got to

12 know that is when Varmuyan Dulleh was brought into the hole at

13 Klay Junction, the conversation between him and Varsay Layee

14 Kamara made me portend that they knew each other.  If someone

15 walked into the room, the way he would speak to me or the way

16 he would speak to defense counsel, I would be able to deduce,

17 you know, talking about discussions -- if they did talk about

18 events both of them probably were involved in prior to them

19 being right there, that would make me they believe they knew

20 each other.

21 Q.   You assumed they knew each other from their conduct?

22 A.   I believe they knew each other.

23 Q.   Now, you have been in the United States since December of

24 2002?

25 A.   No, sir.

**October 15, 2008**

## Bility - Cross

1  Q.   Since when, Mr. Bility?

2  A.   Since 7th January, 2003.

3  Q.   Now, since you have been in the United States, have you had

4  any contact with Mr. Dulleh?

5  A.   Yes, sir.

6  Q.   And since you arrived in the United States, you were living

7  in Boston.  Is that correct?

8  A.   Yes, sir.

9  Q.   Mr. Dulleh has been living, where, as far as you know?

10 A.   I do not know where he lived prior to my contact with him

11 Q.   And when was the earliest contact you had with him?

12 A.   August, 2008.

13 Q.   Okay.  So just this month --

14 A.   This --

15 Q.   -- these past two months ago?

16 A.   August of 2008.

17 Q.   You spoke to him over the phone?

18 A.   Yes, sir.

19 Q.   Mr. Bility, it's correct to say you were a pretty prominent

20 journalist in Liberia before this happened to you?

21 A.   I would leave that judgment of prominence to the people to

22 decide.  I was a journalist.

23 Q.   But your position before you were arrested was as editor of

24 the Analyst.  Is that correct?

25 A.   Correct, editor in chief of the Analyst Newspaper.

**October 15, 2008**

## Bility - Cross

1  Q.   How old is that newspaper?

2  A.   The newspaper started 2008.  I mean, 1998.  It's 10 years

3  now.

4  Q.   So was -- did it have a large circulation in Liberia?

5  A.   It had a relatively good circulation, sir.

6  Q.   And your name, I guess, showed up in every edition of the

7  newspaper, didn't it, as the editor?

8  A.   Well, I didn't start at the newspaper as the editor in

9  chief.  I started as contributing, as a contributing writer,

10  and I got hired as copy editor and news editor and editor in

11  chief.

12  Q.   When did you become editor in chief of the Analyst

13  Newspaper?

14  A.   I became editor in chief of the Analyst Newspaper in 2001.

15  Q.   2001.

16        So by the time you were arrested, you had been the

17  editor for about a year?

18  A.   I had in been news editor for at least about a year.

19  Q.   And while you were incarcerated, detained, there was

20  actually an effort to get you released --  is that right?

21  A.   Yes, sir.

22  Q.   Okay.

23        -- by members of the press in Liberia.  They were part

24  of that effort to get you released?

25  A.   What was the question?

**October 15, 2008**

## Bility - Cross

1   Q.   Was the press in Liberia part of the effort to get you

2   released?

3   A.   The press union of Liberia?

4   Q.   Or any press.   Was the press involved in trying to get you

5   released?

6   A.   Yes, sir.

7   Q.   And human rights groups were involved, too?

8   A.   Yes, sir.

9   Q.   International groups were involved, too?

10  A.   Yes, sir.

11  Q.   Naturally, the United States Embassy was involved in trying

12  to get you released.   Right?

13  A.   Yes, sir.

14  Q.   Now, going back to the incident in the hole when Mr., you

15  say Mr. Dulleh arrived in the hole.   How long after he arrived

16  in the hole did he tell you what had happened to him?

17  A.   As he was brought into the hole, he came in wailing,

18  crying.

19  Q.   My question is this, Mr. Bility:   How long after he was put

20  in the hole --

21  A.   I'm not sure.   I can't quote a time frame.   I'm sure it was

22  the same day.

23  Q.   I understand.   Was it a half hour --

24  A.   I don't remember that, sir.

25  Q.   Can you give us a best estimate?   Give us the best you can.

**October 15, 2008**

## Bility - Cross

1  If you can't, you can't.

2  A.  The best I can is it was within the same day.

3  Q.  So sometime within a 24 hour period?

4  A.  Yes, sometime within 24 hours.  That's my best estimate.

5  Q.  Now, when he said these things to you, did he already know

6  who else was in the hole with him?

7  A.  As soon as he arrived or after within, like, 24 hours?

8  Which one?

9  Q.  The hole was dark.  Right?  He couldn't see who was there?

10  A.  Right.  I didn't understand the question.

11  Q.  I'm sorry.

12        Yes, the question is this:  When Mr. Dulleh started

13  telling you what had happened to him, did he already know who

14  was in the hole, from what you could tell?

15  A.  By the time he explained that, he already had an idea of

16  some of the people in the hole.

17  Q.  Maybe not of all the people or just some?

18  A.  Well, I can't say that, but I do know that he knew I was

19  there when he said it.  He knew old Bill Kamara, a 68-year-old

20  man in 2002, was in the hole.

21        He knew Mabutu Koroma was in the hole, Varsay Layee

22  Kamara was in the hole, Mohammed Koumara was in the hole.  He

23  knew -- I'm not sure if he knew Edmond Wilson like in person,

24  but I'm sure he must have had some confidence to be able to say

25  it.

**October 15, 2008**

## Bility - Cross

1          This was a cloistered area.   This was underground with

2    long beams and water, three and a half foot high water level.

3    Everybody was cloistered in the same place.   We sat on beams.

4    We slept in the water.   If he were close to old man Bill Kamara

5    and he told him -- he considered him his grandson, as he said,

6    so he felt more comfortable in the presence of him and in the

7    presence of Mabutu.

8    Q.   It seems like he knew everybody who was there.

9    A.   Pardon?

10   Q.   It seems to you he knew everyone who is in the hole?

11   A.   I wouldn't say everyone.   I'm not sure he knew John Tenba

12   Bengue.   I'm not sure he knew Edmond Wilson when he got there.

13   Q.   Mr. Bility, are you familiar with a practice in Liberia

14   called trial by ordeal?

15   A.   Yes, sir.

16   Q.   I'm going to try to describe it.   You tell me if it's

17   correct.

18          It's a practice whereby someone, in trying to decide

19   whether someone is telling the truth or not, applies, in one

20   instance, a hot piece of metal to someone's body and if the

21   person is burned, he's not telling the truth.   If the person is

22   not burned, he's telling the truth.

23          Is that a fair description of it?

24   A.   Are you suggesting, counsel, that that was an acceptable

25   standard by successive Liberian governments?

**October 15, 2008**

## Bility - Cross

1    Q.   No, I'm just asking a simple question.

2    A.   I consider such methods torture.

3    Q.   That's not my question, Mr. Bility.  My question is is this

4    a practice that was carried on in Liberia, to your knowledge?

5    A.   You say "carried on."  Carried on by whom?  By militia

6    group or by government, sir?

7    Q.   Anyone.

8    A.   The government didn't carry that out.  If those happened,

9    I'm not really aware.  I've heard stories that people did

10   those.  I haven't heard stories that government officials or

11   government designated persons has done that in order to strike

12   evidence that could be admissible in court.

13            What I do know is that such a practice was always

14   condemned as torture.

15   Q.   I didn't ask, Mr. Bility, if the Government did it or if it

16   was torture.  I just asked you if this is a practice that was

17   done in your country at some time and maybe even today.  Do you

18   know?

19   A.   I'm not aware ever that, sir.

20   Q.   You're not --

21   A.   Sir, if it's a practice, there are people that violate the

22   law.  Are you saying people practice them and that's it?  It's

23   normal?

24   Q.   I'm not saying it's normal, whether it's right, whether

25   it's wrong.  I'm asking you if this is a practice that happened

**October 15, 2008**

## Bility - Cross

1  in Liberia.

2  A.   May I ask, sir, what time?  Between what time and what

3  time?

4  Q.   Let's say in the 1990s, in the 1980s, in the 2000s,

5  whatever you have knowledge of.

6  A.   Sir, I do know such practices did occur.  I also know they

7  were condemned as torture both in the '80s and in the '90s.

8  Q.   So they did occur.  They were condemned as something that

9  should not happen?

10 A.   They weren't sanctioned practices.

11 Q.   By "sanctioned," you mean they weren't approved by the

12 government?

13 A.   Yes, sir.

14 Q.   Now, Mr. Bility, what is your status here in the United

15 States now?

16 A.   What do you mean?

17 Q.   I'm sorry?

18 A.   I am a Liberian, legal resident in the United States.

19 Q.   Are you a permanent legal resident?  Do you have your green

20 card, as you call it?

21 A.   I'm a legal resident in the United States.

22 Q.   And do you have the intention of becoming a U.S. citizen or

23 not?

24 A.   I do have intention to make sure that my country, you know,

25 is fine.  I haven't really made up my mind that I want to

**October 15, 2008**

## Bility - Redirect

1  become a U.S. citizen.  I haven't made up my mind.  I'm still,

2  like, looking to help my country.

3  Q.  Okay.

4       MR. CARIDAD:  If I could have one moment, Judge.

5       Thank you, Judge.  That's all I have.

6       THE COURT:  Redirect.

7            REDIRECT EXAMINATION

8  [Beginning at 10:09 a.m, 10/15/08.]

9  BY MR. GRAVELINE:

10  Q.  Mr. Bility, prior to being arrested in 2002, have you ever

11  filed for asylum to leave Liberia?

12  A.  Never ever.  Never ever applied for the United States visa

13  and on the 25th, 25th September, 2002 when I was in jail, there

14  were several of us made to have been released.  One of such

15  efforts was the United States Ambassador, Ambassador John

16  Blaney, and the Visa Counselor Wheeler and a Deputy Ambassador

17  Thomas White went to see me in prison and encouraged me that

18  they have talked to President Taylor.  He was willing to

19  release me and I should accept to go into exile to the United

20  States.

21       If I had accepted it on the 25th of September, I would

22  have only spent three months in jail.  I flat out rejected it.

23  I said I did not want to leave Liberia.  I wanted to go to

24  court.

25       It took three more months before the Embassy could

**October 15, 2008**

# Bility - Redirect

1  come talk to me after I had communication slipped into prison

2  from my mother --

3  Q.  Mr. Bility, what changed your mind to seek the asylum the

4  U.S. Embassy offered you in September?

5  A.  What changed my mind was one of the prison guards called

6  Isaac Wallace had brought in a communication and the

7  communication said, it was said to have come from my mother

8  encouraging me that if I believed that she's my mother and if I

9  respected her, I should accept the offer to leave prison and

10 then just come to the United States.

11      That's what changed my mind on December 5th, 2002 and

12 on the 7th, 2002 I left.

13 Q.  Defense counsel asked you about a phone conversation you

14 had with Mr. Dulleh in August of 2008.  Do you remember that

15 question?

16 A.  Yes, sir.

17 Q.  What, if anything, did you discuss with Mr. Dulleh about

18 the substance of your testimony and his testimony as it applies

19 to this case?

20 A.  I never -- I did not discuss any substance, anything

21 substantive or relative to the details of mine or his

22 testimony.

23      What I did discuss with him was --

24      MR. CARIDAD:  Objection.  Beyond the scope of the

25 question, Your Honor.

**October 15, 2008**

## Tornabene - Direct

1          MR. GRAVELINE:   That's fine, Your Honor.

2          No further questions.

3          THE COURT:   Thank you, sir.   You are excused.

4          [The witness was excused at 10:12 a.m.]

5          MR. GRAVELINE:   At this time, Your Honor the United

6   States calls Mary Tornabene to the stand.

7

8          MARY TORNABENE, GOVERNMENT'S WITNESS, SWORN

9                  DIRECT EXAMINATION

10   [Beginning at 10:12 a.m.]

11   BY MR. GRAVELINE:

12   Q.   Please state your name and spell it for the record.

13   A.   My name is Mary Tornabene, T-o-r-n-a-b, as in boy, b-e-n-e.

14   Q.   Mr. Tornabene, what do you do for a living?

15   A.   I'm a family nurse practitioner.

16   Q.   What organization do you work for?

17   A.   I work for Heartland Health Outreach.

18   Q.   What are some of your job responsibilities at Heartland?

19   A.   Well, my job responsibilities are to provide comprehensive

20   health care to homeless clients and refugees with medical

21   needs.

22   Q.   When you do an evaluation of a person, how important is it

23   that that person relate to you truthful information?

24   A.   It's incredibly important.

25   Q.   What do you do with that information?

## October 15, 2008

## Tornabene - Direct

1  A.   It guides treatment, diagnosis and treatment.

2  Q.   Now, did you have an opportunity to meet a man named

3  Varmuyan Dulleh?

4  A.   Yes, I have.

5  Q.   When was the first time you met Mr. Dulleh?

6  A.   In December of 2005.

7  Q.   Where did you meet Mr. Dulleh?

8  A.   At our clinic in Chicago.

9  Q.   And what was the reason behind your meeting that day?

10 A.   For a physical examination.

11 Q.   Were you actually able to examine Mr. Dulleh and see his

12 body that day?

13 A.   Yes, I was.

14 Q.   Did you do something to memorialize what you saw on that

15 day?

16 A.   Yes, I did.   I documented his injuries on a body map.

17         MR. GRAVELINE:   Your Honor, at this time I'd like to

18 show the witness what has previously been marked as

19 Government's Exhibit VD 17 for identification.

20     [Government Exhibit VD 17 marked for identification at

21 10:15 a.m]

22         THE COURT:   You may.

23 BY MR. GRAVELINE:

24 Q.   Do you see that on the computer screen?

25 A.   I do not.

**October 15, 2008**

## Tornabene - Direct

1           Okay.

2   Q.   Do you recognize that?

3   A.   Yes, I do.

4   Q.   What is that?

5   A.   That is the body map I did in December of 2005.

6           MR. GRAVELINE:   Move for the admission of Government's

7   Exhibit VD 17 for identification.

8           MR. WYLIE:   No objection.

9           THE COURT:   Admitted.

10   [Government Exhibit VD 17 received in evidence at 10:15 a.m]

11           MR. GRAVELINE:   Seek to publish it to the jury.

12           THE COURT:   You may.

13   BY MR. GRAVELINE:

14   Q.   Ms. Tornabene, I'd like to walk through the diagram with

15   you a little bit starting with the drawing of the person on the

16   left, a frontal view of the person.   Starting with the right

17   arm, what did you see on Mr. Dulleh's right arm?

18   A.   I saw a scar.

19   Q.   And how large was that scar?

20   A.   Fairly large.

21   Q.   And what did Mr. Dulleh tell you was the cause of that

22   scar?

23   A.   He told me that he was burned by an iron.

24   Q.   Going down and on his legs, did you see any scarring or

25   abrasions on his legs?

**October 15, 2008**

## Tornabene - Direct

1  A.   I saw several scars more on the right than on the left.

2  Q.   What did Mr. Dulleh tell you was the cause of that

3  scarring?

4  A.   That he had had hot water poured on his legs.

5  Q.   Now, going up to the chest area, and I believe there's a

6  line showing both on the chest and on the upper back.

7  A.   Aha.

8  Q.   What is your annotation there?

9  A.   I believe -- saster scars.

10         Herpes sasters is currently referred to as shingles.

11  It's a post-chicken pox rash people get several years after

12  they have had chicken pox.  It's very common.

13  Q.   Now, going across on the back view now to the right

14  shoulder, what did you observe on Mr. Dulleh's right shoulder?

15  A.   Two oval burn scars.

16  Q.   What did Mr. Dulleh tell you about how he got those burn

17  scars?

18  A.   He said they were from irons.

19  Q.   Going down on the left side of the back, did you see

20  anything else on his left shoulder blade?

21  A.   There were two or three other areas of scar.

22  Q.   What did Mr. Dulleh tell you how he obtained those scars?

23  A.   They were also from iron burns.

24  Q.   And then on his right kind of lower back, what did you see

25  there?

**October 15, 2008**

## Tornabene - Cross

1   A.   Two oval long lesions or -- I'm sorry -- they're scars.

2   Q.   And what did Mr. Dulleh tell you about those scars?

3   A.   That he was burned with a hot iron.

4   Q.   Now, what you saw of those scars, were those consistent

5   with burns or being touched by a hot iron?

6   A.   They are consistent with poorly healed burns.

7   Q.   And what, if anything, did Mr. Dulleh tell you about any

8   type of electrical shock he had received?

9   A.   He told me he had had at least one electric probe inserted

10  into his penis and he had been shocked.

11  Q.   What, if anything, did Mr. Dulleh say about having his life

12  threatened?

13  A.   He said he had had his life threatened repeatedly.

14  Q.   What, if anything, did Mr. Dulleh say to you about dirty

15  water, being kept in dirty water?

16  A.   He told me he had been held in dirty water for over one

17  month.

18  Q.   What, if anything, did Mr. Dulleh tell you about how his

19  treatment in his native country was affecting his mental

20  health?

21  A.   He said that he was having flashbacks and nightmares,

22  trouble sleeping.

23  Q.   Thank you.

24          MR. GRAVELINE:   No further questions.

25                     CROSS EXAMINATION

**October 15, 2008**

## Tornabene - Cross

1   [Beginning at 10:19 a.m., 10/15/08.]

2   BY MR. WYLIE:

3   Q.   Nurse Tornabene, good morning.

4   A.   Good morning.

5   Q.   Did I pronounce that right, Tornabene?

6   A.   That's fine.

7   Q.   And you're a nurse for Heartland, you stated?

8   A.   Yes.

9   Q.   And you examined Mr. Dulleh on what date?

10  A.   December of 2005, December -- I don't have his medical

11  record in front of me.

12  Q.   In approximately December of 2005?

13  A.   Aha.

14  Q.   That's the first time you saw him?

15  A.   Yes, it is.

16  Q.   So you didn't see any of his injuries occur.  Correct?

17  A.   That is correct.

18  Q.   So when you write on here "iron burn," that's because

19  that's what he told you?

20  A.   Yes, it is.

21  Q.   You didn't see that happen?

22  A.   That's true.

23  Q.   On your diagram there, there are no scars on or at least

24  indicated on this diagram on Mr. Dulleh's head.  Is that

25  correct?

**October 15, 2008**

## Tornabene - Cross

1  A.   I did not document any on his head at that time.

2  Q.   There were no triangular scars on his head?

3  A.   I don't know.  I did not document or examine his head at

4  that time.

5  Q.   Because you don't remember the injuries other than what

6  you're looking at here on this report.  Is that correct?

7  A.   I didn't examine his head at that time for scars.

8  Q.   You didn't examine his head?

9  A.   I didn't examine his head for scars at that time.

10  Q.   If you would have seen a scar, you would have put it on

11  this paper.  Right?

12  A.   Yes.

13  Q.   You examined his entire body?

14  A.   No, I did not.  In the actual medical record, he deferred

15  some of the examination.

16  Q.   And you stated that Mr. Dulleh told you that something was

17  inserted into his penis?

18  A.   Yes.

19  Q.   That would be into the shaft of his penis?

20  A.   Yes.

21  Q.   And you stated Mr. Dulleh deferred part of the examination?

22  A.   Yes.

23  Q.   What do you mean by that?  There was part of the body he

24  would not let you look at?

25  A.   He asked that we complete the genital area at a different

**October 15, 2008**

## Tornabene - Redirect

1    time, the examination of that.

2    Q.   So did you examine his penis?

3    A.   Not at that day, no, I did not.

4    Q.   Did you at a later date?

5    A.   Certainly.

6    Q.   And you didn't find any scars on there?

7    A.   I don't recall.

8    Q.   But there are no scars indicated on this diagram here?

9    A.   As I stated, the client deferred on this date to have that

10   examination completed.

11          MR. WYLIE:   No further questions, Your Honor.

12          THE COURT:   Redirect.

13                REDIRECT EXAMINATION

14   [Beginning at 10:23 a.m., 10/15/08.]

15   BY MR. GRAVELINE:

16   Q.   Ms. Tornabene, what was Mr. Dulleh's mood on this day when

17   you examined him?

18   A.   He was quite anxious and depressed.  He was very monotone

19   in his presentation talking about his history.  He avoided eye

20   contact.

21   Q.   And was he eager to show you what had happened to him?

22   A.   Actually, he didn't --

23          MR. WYLIE:   Objection, Your Honor.  Beyond the scope.

24          THE COURT:   Overruled.

25   A.   He didn't volunteer any of the information.  Initially, we

**October 15, 2008**

## Layee - Direct

1  went through his physical health.   When I gave him the gown and

2  drape to undress, I came back in and I noticed the marks on his

3  legs.   I then walked around the right side of his body and saw

4  the remainder of his scars.

5           MR. GRAVELINE:   No further questions.

6           THE COURT:   Thank you, ma'am   You are excused.

7                    [The witness was excused.]

8           THE COURT:   Government's next witness.

9           MR. GRAVELINE:   Government calls Varsay Layee.

10          VARSAY KAMARA LAYEE, GOVERNMENT'S WITNESS, SWORN

11                    DIRECT EXAMINATION

12  [Beginning at 10:25 a.m]

13  Q.   Mr. Layee, I'm going to ask you to sit close to the

14  microphone.   All right?

15  A.   Okay.

16  Q.   Would you, please, state your name and spell it for the

17  record?

18  A.   Well, my name is Varsay Kamara Lahee.   Varsay, V-a-r-s-a-y,

19  Kamara, K-a-m-a-r-a.   Layee is spelled L-a-y-e-e.

20  Q.   Where were you born?

21  A.   I was born in Liberia.

22  Q.   What country of Liberia?

23  A.   Boni County.

24  Q.   How old, are you?

25  A.   I'm 36.

**October 15, 2008**

## Layee - Direct

1   Q.   Do you know a man by in the name of Varmuyan Dulleh?

2   A.   Yes, sir.

3   Q.   How do you know him?

4   A.   He's my friend.

5   Q.   And how long have you known him?

6   A.   For a long time.

7   Q.   When, if ever, did you see him in 2002?

8   A.   I saw Varmuyan at Klay in 2002.

9   Q.   And when you say "at Klay," where was he at Klay?

10  A.   He was underground jail where I was.   He was brought there

11  in 2002.

12  Q.   Before we get to your experience at Klay, what tribe or

13  tribes did your family belong to?

14  A.   Well, my family belong to the Gola and Mandingo tribe.

15  Q.   During the 1990s, was there fighting in Liberia?

16  A.   Yes.

17  Q.   What were some of the warring factions in Liberia.

18  A.   We had the NPFL, INPFL, ULIMO-K, ULIMO-J, Lofa Defense

19  Force and LPC.

20  Q.   Were you a part of one of the warring factions?

21  A.   Yes, sir.

22  Q.   Which one?

23  A.   ULIMO-K.

24  Q.   And what years were you part of ULIMO-K?

25  A.   From 2 -- '93, '94.

## October 15, 2008

## Layee - Direct

1  Q.   Now, you said 2000, '93 '94?

2  A.   '93 to '94.

3  Q.   What was your role or job in ULIMO-K?

4  A.   I was responsible to get people free passage from Monrovia

5  to ULIMO-K territory and get passage from ULIMO territory to

6  Monrovia, free passage.

7  Q.   Were you ever a front line soldier for the ULIMO-K?

8  A.   No, sir.

9  Q.   Did you ever participate in any fighting between ULIMO-K

10  and the NPFL?

11  A.   No, sir.

12  Q.   Did there come a time that you were injured, however?

13  A.   Yes, sir.

14  Q.   How were you injured?

15  A.   I shot myself in the leg by mistake.  I didn't know much

16  about arms.

17  Q.   You said that you were part of the ULIMO-K until 1994.   Is

18  that right?

19  A.   Yes, sir.

20  Q.   What did you do after you left ULIMO-K in 1994?

21  A.   I went to school in sigh on while I was working with

22  Lassana Kromah.

23  Q.   Can you spell that?

24  A.   L-a-s-s-a-n-a K-r-o-m-a-h.

25  Q.   What were you doing for Lassana Kromah?

**October 15, 2008**

## Layee - Direct

1    A.   I was helping him wash his clothes, drawing water for him

2    until he became Finance Minister and I was assigned as his SSS

3    personnel.

4    Q.   First you were his aide?

5    A.   Yes, sir.

6    Q.   Then you said he became the Finance Minister?

7    A.   Yes, sir.

8    Q.   For the entire country of Liberia?

9    A.   Yes, sir.

10   Q.   You stated that you joined the SSS.   Is that correct?

11   A.   Yes, sir, Special Security Service.

12   Q.   Is that a part of the Government of Liberia?

13   A.   Yes, sir.

14   Q.   What are the responsibilities of the SSS?

15   A.   The responsibilities of the SSS is to protect the

16   President, his immediate family and the higher ranking people

17   in the government.

18   Q.   And what year did you become a part of the SSS?

19   A.   1995.

20   Q.   And when you joined the SSS who was the head of the SSS?

21   A.   It was Suana Johnson.

22   Q.   Now, while you were still part of the SSS, did there come a

23   time when there were elections in 1997?

24   A.   Yes.

25   Q.   Who was elected President in 1997?

**October 15, 2008**

## Layee - Direct

1   A.   Former President Charles Taylor.

2   Q.   Did the election of President Taylor affect your duties in

3   any way with the SSS?

4   A.   No, sir.

5   Q.   What were your duties with the SSS after Charles Taylor

6   came into power?

7   A.   I used to work on the base shift, go to work on the base

8   shift and come home in the morning.

9   Q.   Base shift?

10   A.   Shift duty.

11   Q.   What would you guard when you were on base shift?

12   A.   We would guard the Executive Mansion.

13   Q.   Where was the Executive Mansion?

14   A.   In the capital opposite the University of Liberia in

15   Monrovia.

16   Q.   You were, essentially, a guard for the Executive Mansion?

17   A.   Yes, sir.

18   Q.   After the election of President Taylor, did there come to

19   be a new person in charge of the SSS?

20   A.   Yes, sir.

21   Q.   Who became in charge of the SSS under President Taylor?

22   A.   Benjamin Yeaten.

23   Q.   During your time at the Executive Mansion, did you become

24   familiar with a man named Sando Johnson?

25   A.   Yes, sir.

**October 15, 2008**

**Layee - Direct**

1   Q.   Who is Sando Johnson?

2   A.   Sando Johnson was the Boni County representative.

3   Q.   What political party was he affiliated with?

4           MR. CARIDAD:   Objection, Your Honor.   Relevance.

5           THE COURT:   Overruled.

6   BY MR. GRAVELINE:

7   Q.   What political party was Sando Johnson a part of?

8   A.   The MPP.

9   Q.   Whose political party was that?

10  A.   President Charles Taylor.

11  Q.   After the election of President Taylor, did you become

12  aware of something called the ATU?

13  A.   Yes, sir.

14  Q.   What was the ATU?

15  A.   The ATU was the Anti-Terrorist Unit.

16  Q.   And did the Anti-Terrorist Unit have a nickname?

17  A.   Yes, sir.

18  Q.   What was the nickname?

19  A.   Demon Forces.

20  Q.   As a guard at the Executive Mansion, did you ever see any

21  of the ATU soldiers?

22  A.   Yes, sir.

23  Q.   Where would you see them?

24  A.   In the Executive Mansion yard.

25  Q.   Where did the ATU soldiers live?

**October 15, 2008**

## Layee - Direct

1   A.   They used to live in the Executive Mansion yard at the

2   barracks.   At the military barracks at the Executive Mansion

3   yard, they used to live there.

4           MR. GRAVELINE:   At this time, Your Honor, I'd like to

5   show the witness what has previously been admitted as AT 6.

6   Actually, I guess the jury can see this as well.

7           AGENT NAPLES:   (Complied.)

8   BY MR. GRAVELINE:

9   Q.   Do you recognize what that is a picture of?

10  A.   Yes, sir.

11  Q.   What is that a picture of?

12  A.   One of the offices of the ATU where they used to live at.

13  Q.   On what grounds are these buildings of the ATU on?

14  A.   On the Executive Mansion grounds.

15  Q.   I'm also going to show you what has previously been

16  admitted into evidence as AT 8.

17          AGENT NAPLES:   (Complied).

18  BY MR. GRAVELINE:

19  Q.   Do you recognize that building?

20  A.   Yes, sir.

21  Q.   What is that?

22  A.   It also was used as an office of the ATU on the Executive

23  Mansion grounds.

24  Q.   Now, when you saw the ATU, what were these men wearing?

25  A.   Military uniform

**October 15, 2008**

## Layee - Direct

1   Q.   What color?

2   A.   Green military uniform, different colors, black, green.

3   Q.   What, if any, type of weapons did they have?

4   A.   AK-47s, pistols.

5   Q.   Based upon your observations while at the Executive

6   Mansion, who was in charge of the ATU?

7   A.   Chuckie Taylor.

8        MR. CARIDAD:   Objection, Your Honor.

9        If we could have a time, please.

10  BY MR. GRAVELINE:

11  Q.   From 1997 until -- well, let me ask you this question

12  first:   Did there come a time when you were sent away for some

13  training?

14  A.   Yes, sir.

15  Q.   What year was that?

16  A.   It was 2000.

17  Q.   From 1997, when President Taylor took office, until 2000,

18  until you went for training --

19  A.   Yes, sir.

20  Q.   -- did you see someone who you believed to be in charge of

21  the ATU?

22       MR. CARIDAD:   Objection.   Speculation.

23       THE COURT:   Overruled.

24  BY MR. GRAVELINE:

25  Q.   Did you see someone who you believed to be in charge of the

**October 15, 2008**

## Layee - Direct

1  ATU?

2  A.   Yes, sir.

3  Q.   Who was that?

4  A.   It was Chuckie Taylor.

5  Q.   What kind of things did you see Chuckie Taylor do that

6  demonstrated he had authority over the ATU?

7  A.   Well, I saw Chuckie Taylor gave order at Executive Mansion

8  grounds to take people to jail, take people to break stone in

9  the Executive Mansion yard.

10  Q.   When you say "break stone," what was that?

11  A.   Big stone, to break the stone with hammer as a punishment.

12  Q.   What, if anything, did you hear the ATU soldiers call

13  Chuckie Taylor?

14  A.   Chief.

15  Q.   Would you see Chuckie Taylor regularly at the Executive

16  Mansion?

17  A.   Yes, sir.

18  Q.   What would he be dressed like?

19  A.   He would be dressed in military uniform

20  Q.   What, if any, type of weapons did you see with him?

21  A.   Pistol.

22  Q.   What was his demeanor around the ATU soldiers?

23  A.   He never laughed at them  He was kind of mean to them

24  Q.   What, if anything, did Chuckie Taylor have on his license

25  plate of his vehicle?

**October 15, 2008**

## Layee - Direct

1   A.   "Demon."

2   Q.   You say in 2000 you were sent for some additional training?

3   A.   Yes, sir.

4   Q.   What was that training that was offered to you?

5   A.   It was National Police Academy.   It was police training.

6   Q.   And this training at the National Police Academy, how long

7   did it last for?

8   A.   For a couple of months.

9   Q.   What were some of the things you were learning at the

10   national Police Academy?

11   A.   We learn about discipline, courtesy.   We learn about human

12   rights and we learn about protection of the President.

13   Q.   And at a certain point, were you told to finish your

14   training you had to go to some place else?

15          MR. CARIDAD:   Objection.   Leading.

16   A.   Yes, sir.

17          MR. CARIDAD:   Objection.

18          THE COURT:   Overruled.

19   BY MR. GRAVELINE:

20   Q.   Where were you told you had to go to complete your

21   training?

22   A.   They told me I had to go to a Anti-Terrorist Unit base.

23   Q.   Where was this Anti-Terrorist Unit base?

24   A.   In Bong County, Gbatala.

25   Q.   What did you think about going to Gbatala Base?

**October 15, 2008**

## Layee - Direct

1          MR. CARIDAD:   Objection.   Relevance.

2          THE COURT:   Overruled.

3    BY MR. GRAVELINE:

4    Q.   You can answer.

5    A.   I felt bad about going to ATU base.

6    Q.   Prior to you going to Gbatala, what was your understanding

7    about who was allowed to go to Gbatala Base?

8          MR. CARIDAD:   Objection, Your Honor.   Speculation.

9    Hearsay.

10          MR. GRAVELINE:   What was his understanding about who

11   was allowed to go there.

12          MR. CARIDAD:   Same objection.

13          THE COURT:   Overruled.

14   BY MR. GRAVELINE:

15   Q.   You, can answer.

16   A.   Anti-Terrorist Unit soldiers.

17   Q.   Now, when you went to this training at Gbatala Base, what

18   year was that?

19   A.   That was in 2001.

20   Q.   At that point, did you learn whether Chuckie Taylor was

21   still in charge of the ATU?

22          MR. CARIDAD:   Objection, Your Honor.   Requires

23   hearsay.

24          MR. GRAVELINE:   I can lay more of a foundation.

25          THE COURT:   Lay the foundation, if you would.

**October 15, 2008**

## Layee - Direct

1  BY MR. GRAVELINE:

2  Q.   When you went to Gbatala Base, were classes offered to you

3  there?

4  A.   Yes, sir.

5  Q.   Where would the classes be held?

6  A.   At the College of Knowledge.

7        MR. GRAVELINE:   I'd like to show the witness what has

8  been previously offered as GB 1.

9        AGENT NAPLES:   (Complied.)

10  BY MR. GRAVELINE:

11  Q.   Do you recognize that building?

12  A.   This is the building of the College of Knowledge.

13  Q.   Where would the classes be held in this building?

14  A.   In here.

15  Q.   If you can touch the screen and put an X on where the

16  classes were held.

17  A.   You want me to touch it?

18  Q.   Yes.

19  A.   (Complied.)

20  Q.   So on the left-hand side of the photograph?

21  A.   Yeah.   This whole place, this whole place used to be our

22  classroom

23  Q.   Did you see anyone else on the base other than the police

24  people who were receiving police training?

25  A.   Sir?

**October 15, 2008**

## Layee - Direct

1   Q.   While you were at Gbatala Base, did you see anyone else on

2   the base other than people who were taking the classes with

3   you?

4   A.   Yes, sir.

5   Q.   Who did you see on Gbatala Base?

6   A.   I saw some white guys on the Gbatala Base.

7   Q.   Who else did you see on Gbatala Base?

8   A.   Anti-Terrorist Unit soldiers.

9   Q.   While you were on Gbatala Base, did you see anyone being

10  punished there?

11  A.   Yes, sir.

12  Q.   If someone was being punished, where were they placed?

13  A.   Would be placed in a hole.

14  Q.   How many holes did you see?

15  A.   I saw more than one hole.

16  Q.   How big were these holes?

17  A.   A hole was as wide as this, long, as wide as this and long.

18  The deepness was at least around my waist.

19          MR. GRAVELINE:   Your Honor, if the record could

20  reflect initially when he said the width was a little bit

21  broader than his shoulders and the depth was up to his waist.

22          THE COURT:   The record reflects.

23  BY MR. GRAVELINE:

24  Q.   You can have a seat, Mr. Layee.

25  A.   (Complied.)

## October 15, 2008

## Layee - Direct

1    Q.   What, if anything, was on top of the holes that you saw?

2    A.   It had barbwire on top of the hole to close it up.

3    Q.   What, if anything, was built near the hole?

4    A.   They have something built near the hole covered with palm

5    thatches.

6    Q.   If you were at the College of Knowledge, where were these

7    holes located?

8    A.   When I leave from the main road, pass the College of

9    Knowledge, these holes would be located behind the shooting

10   range on my right-hand side.

11   Q.   What was the ground like around the holes as you approached

12   the holes?

13   A.   The ground, it would be hard ground.   After the hard ground

14   was a swamp.

15   Q.   How were you able to see these holes?   Where were you when

16   you saw these holes?

17   A.   Every time we go in the shooting range, when someone hit

18   target, we have to go to the holes to see the target.   So I

19   managed to see the hole.

20   Q.   Did you ever witness any physical punishments being done to

21   any of the soldiers?

22   A.   Yes, sir.

23        MR. CARIDAD:   Objection, Your Honor.   Can we have a

24   sidebar, please?

25

**October 15, 2008**

## Layee - Direct

1          [Proceedings at sidebar follow]:

2          MR. CARIDAD:   The same objection I've had.   This man,

3    I assume, is going to relate things I have not had an

4    opportunity to investigate.

5          I assume he's going to name people who were abused or

6    tortured in some way.   The first time I will hear the names

7    from a witness on the stand is through this man.   I have no way

8    of investigating.   If I'm correct, he's going to say somebody

9    was tortured.   On that ground alone, I ask he not be allowed to

10   testify as to this.

11         Second, there has been no evidence this has anything

12   to do with torture or related to the object of the conspiracy,

13   which is to punish the enemies of Charles Taylor.   I assume

14   he's going to say the soldiers were punished in some way.

15         First, I'd like to know what he's going to say.   If it

16   is as I say, I move to exclude it.

17         MR. GRAVELINE:   We're seeking to elicit two different

18   punishments.   One, he saw a man who was forced to carry a log

19   on his soldier and was beaten while he was running around.   He

20   will also say he does know the name of the man, but I do not

21   seek to elicit that.

22         Secondly, a punishment he saw was known as dragging.

23   The punished man's shirt would be taken from him   Another

24   soldier would sit on top of him   They would drag him on a

25   gravel road, turn him on his side, a soldier would sit on his

## Layee - Direct

1    again and drag him back.   That's what he witnessed.   I'm not

2    going to elicit the specific names.   We believe this goes

3    towards, one, corroboration for our victims and, two, the

4    command and control of the ATU.

5             Now, at this point I will also seek to elicit while on

6    Gbatala Base he believed that Mono Jibba was the commander.   He

7    still believed the ATU was doing these same things that our

8    witnesses said happened to them, basically, a year, year and a

9    half prior to this time.

10            MR. CARIDAD:   Judge, could I just ask a question of

11   the Government?   Is Mr. Layee saying he knows the name of the

12   person who was subjected to these or the person who caused it?

13            MR. GRAVELINE:   The people subjected to, not the

14   people who caused it.   He will just say "soldiers."

15            MR. CARIDAD:   The people this was being done to were

16   ATU soldiers?

17            MR. GRAVELINE:   Yes, and the man who was running the

18   rim was killed at that time.   I'm not seeking to elicit that.

19   Soldiers were hitting the log.   They hit the man over the head

20   and he was killed.   I'm not seeking to elicit that.

21            MR. CARIDAD:   The same objection.

22            If this happened in 2000, there has not been any

23   allegation in the Indictment anything happened in 2000.

24   Everything is '99, 2002.   I have not looked for witnesses who

25   were on the base in 2000 under the command of Mono Jibba.

**October 15, 2008**

## Layee - Direct

1           THE COURT:   These are not acts attributed to the

2   defendant, but the conspiracy he was a part of?

3           MR. GRAVELINE:   In Count I, he's charged with a

4   continuing conspiracy from '99 to 2002.   This would include

5   that time period.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 15, 2008**

## Layee - Direct

1          [Proceedings in open court follow]:

2    BY MR. GRAVELINE:

3    Q.   Mr. Layee, did you ever witness any physical punishment of

4    the soldiers who were held in the holes?

5    A.   Yes, sir.

6    Q.   Specifically, did you see a physical punishment having to

7    do with a log?

8    A.   Yes, sir.

9    Q.   What did you see?

10   A.   I saw a soldier has been put in a ring and a log on his

11   shoulder and the log was hit by group of ATU soldiers in a

12   ring.

13   Q.   Is there an African term that you heard that correlates to

14   what was happening to this soldier?

15   A.   Yes, sir.   They call it Gbili.

16   Q.   How big was the log that was on his shoulder?

17   A.   This log was bigger than my thigh, bigger than this, my

18   thigh.

19   Q.   At Gbatala Base, did you ever see a punishment that had to

20   do with dragging?

21   A.   Yes, sir.

22   Q.   What did you see in terms of dragging someone?

23   A.   I saw them drag O. Jibba in the ATU base in the gravel.   He

24   lie down on his back, someone sat on his chest, two persons had

25   his two feet and they drag him on the gravel.

**October 15, 2008**

## Layee - Direct

1   Q.   Dragged him over the gravel.

2   A.   Yes.

3   Q.   At the time you were at Gbatala Base, did you come to find

4   out who the ATU commander was at that time?

5   A.   Yes, sir.

6   Q.   Who was the ATU commander at that time?

7   A.   It was Momo Jibba.

8   Q.   And this is in 2001?

9   A.   Yes, sir.

10  Q.   Did you eventually graduate from your training at the

11  Gbatala Base?

12  A.   Yes, sir.

13  Q.   And after you finished your training, were you still a

14  member of the SSS?

15  A.   Yes, sir.

16  Q.   What was your next assignment with the SSS?

17  A.   I was on the Presidential motorcade.

18  Q.   How long were you on the Presidential motorcade?

19  A.   I was there until I got arrested, 2002, July 16th.

20  Q.   You graduated from the Gbatala Base in 2001?

21  A.   Yes, sir.

22  Q.   You said you were arrested in July of 2002?

23  A.   Yes, sir.

24  Q.   Do you remember the month of 2001 that you graduated from

25  Gbatala Base?

**October 15, 2008**

## Layee - Direct

1  A.   No, sir, I can't remember.

2  Q.   Maybe to help you with a time reference, do you remember

3  when America was attacked on September 11th, 2001?

4  A.   September 11th, 2001 I was already on duty working the

5  Presidential motorcade.

6  Q.   As part of the Presidential motorcade, did you ever have an

7  opportunity to visit what is known as Whiteflower?

8  A.   Yes, sir.

9  Q.   I'm now showing you what has previously been admitted as WF

10 9.

11        AGENT NAPLES:   (Complied.)

12 A.   Yes, sir.   This is the home of the former President Charles

13 Taylor.

14 Q.   What was the name of this home?

15 A.   Whiteflower.

16 Q.   I'm now showing you what has been previously admitted as WF

17 1.

18        AGENT NAPLES:   (Complied).

19 BY MR. GRAVELINE:

20 Q.   Do you recognize that?

21 A.   Yes, sir.

22 Q.   What is that a picture of?

23 A.   That's the entire Congotown.

24 Q.   Congotown?

25 A.   Yes, sir, Congotown.   That's the President's house right

**October 15, 2008**

**Layee - Direct**

1  there.

2  Q.   Can you put an X on the President's house?

3  A.   Yes, sir.

4  Q.   When you say "Congotown," is that like a suburb of

5  Monrovia?

6  A.   Yes, sir.

7  Q.   When you were at Whiteflower in 2001, would you ever see

8  Chuckie Taylor?

9  A.   Yes.

10  Q.   What was he dressed like?

11  A.   Dressed in military attire.

12  Q.   Did you ever see a badge on his uniform?

13  A.   Yes, sir.

14  Q.   What badge would you see on his uniform?

15  A.   Anti-Terrorist Unit badge.

16  Q.   What, if any, weapons would he have on him?

17  A.   Pistol.

18  Q.   At any point did you see him give any orders to ATU

19  soldiers in 2001 while he was at Whiteflower?

20  A.   Yes, sir.

21  Q.   Did you ever see any weapons delivered to Whiteflower?

22  A.   Yes, sir.

23  Q.   What kind of weapons?

24  A.   AK-47, RPG, grenade and ammunitions.

25  Q.   And how often would you see these weapons?

**October 15, 2008**

## Layee - Direct

1   A.   How often did they bring them?

2   Q.   Yes.

3   A.   In six months, three months, four months, whatever time

4   they get them

5   Q.   What would happen when the weapons would arrive at

6   Whiteflower?

7   A.   They would ask us to store the weapon in the storage area.

8   Q.   Where would the weapons be stored?

9   A.   The weapons would be stored down in the warehouse right to

10  the stair going down by President Taylor's house.   They would

11  be stored right there.

12  Q.   I'd like to show you what has previously been admitted as

13  WF 3 and ask you if you recognize that.   Do you recognize that

14  photograph?

15       AGENT NAPLES:   (Complied.)

16  A.   Yes, sir.

17  Q.   Do you see the building where you would put the weapons and

18  ammunition?

19  A.   Yes, sir.

20  Q.   Can you put an X on that building?

21  A.   Yes, sir.   (Complied.)

22       MR. GRAVELINE:   Agent Naples, right below that

23  building is a long gray object.   Could you put a box on it and

24  enlarge it, please.

25       AGENT NAPLES:   (Complied.)

**October 15, 2008**

## Layee - Direct

1  BY MR. GRAVELINE:

2  Q.   Mr. Layee, do you recognize that gray object?

3  A.   Yes, sir.

4  Q.   What is that?

5  A.   They used to use this for fuel.  We used to bring the fuel

6  for the President's generator and pour fuel in there.

7  Q.   President Taylor had a generator for Whiteflower?

8  A.   Yes, sir.

9  Q.   Did that generator only supply power for Whiteflower?

10  A.   No, sir.

11  Q.   Who else did it supply power to?

12  A.   To his able-bodied men around his community, like Benjamin

13  Yeaten and other people.

14  Q.   You mentioned you were on the President's motorcade until

15  your arrest in 2002.  Do you remember the exact day you were

16  arrested?

17  A.   The date?

18  Q.   Yes.

19  A.   Yes.  It was July 16th.  It was a Tuesday.

20  Q.   Who came to arrest you?

21  A.   It was Cyrus Johnny.

22  Q.   Who is Cyrus Johnny?

23  A.   He was bodyguard to the President.

24  Q.   I'm sorry?

25  A.   He was bodyguard to the President.

**October 15, 2008**

## Layee - Direct

1  Q.   Who did Cyrus Johnny work for?

2  A.   He was the bodyguard for the president, Charles Taylor.

3  Q.   Where were you arrested at?

4  A.   On duty at Whiteflower.

5  Q.   Did Cyrus Johnny take you somewhere?

6  A.   Yes, sir.

7  Q.   Where did he take you?

8  A.   Cyrus Johnny took me to the Barclay Training Center, the

9  BTC barracks.

10 Q.   Did Cyrus Johnny tell you the accusation against you?

11 A.   He did not tell me.   When he took me to the Barclay

12 Training Center, he just told the military police "By the order

13      of the chief, this person is to be kept in solitary

14      confinement for gross insubordination."

15 Q.   That was gross insubordination?

16 A.   That's what he said.   He said "By the order of the

17      President."

18 Q.   After you were held at the Barclay Training Center, were

19 you taken any place else that evening?

20 A.   Yes, sir.

21 Q.   Who came for you?

22 A.   Cyrus Johnny came for me.

23 Q.   What time did he come for you?

24 A.   1:00 a.m

25 Q.   How do you know the time?

**October 15, 2008**

## Layee - Direct

1   A.   Where I was in had a clock.

2   Q.   When Cyrus Johnny came back to the Barclay Training Center

3   to pick you up, did he take anyone else with you?

4   A.   Yes, sir.

5   Q.   Who else did he take out of the Barclay Training Center?

6   A.   He took me along with John Bengue,

7   Q.   Can you spell Bengue?

8   A.   B-e-n-g-u-e.

9   Q.   Where did Cyrus Johnny take you?

10  A.   Cyrus Johnny took me to Benjamin Yeaten's house.

11  Q.   The same Benjamin Yeaten who was in charge of the SSS?

12  A.   Yes, sir.

13  Q.   At this point, how long had you worked for the SSS under

14  Benjamin Yeaten?

15  A.   From the time in 1997 up to the time I was arrested.

16  Q.   Did Cyrus Johnny drive you to his house?

17  A.   To Benjamin Yeaten's house, yes.

18  Q.   Where is Benjamin Yeaten's house located?

19  A.   Benjamin Yeaten's house is located near President Taylor's

20  house.

21  Q.   If you were driving there, can you describe how you would

22  drive there?

23  A.   Yes, sir.

24        You come from the end of Monrovia, from town.   From

25  the time you reach President Taylor's house --

**October 15, 2008**

## Layee - Direct

1   Q.   Stay near the microphone.

2   A.   Okay.

3         Driving from town, immediately you pass President

4   Taylor's house.   You make a left going down the hill.   When you

5   go down the hill, you see the end of the road.   One is going to

6   the right.   One is going to the left.   You make a right turn

7   and immediately, as soon as you make an immediate right, on the

8   left it would be Benjamin Yeaten's house.

9   Q.   When you arrived at Benjamin Yeaten's house, who was there?

10  A.   I saw Benjamin Yeaten with a group of soldiers.

11  Q.   How were the soldiers dressed?

12  A.   In military uniform

13  Q.   Where was Benjamin Yeaten at his house?

14  A.   Benjamin Yeaten was sitting on the floor of his porch.

15  Q.   Was there any light coming from the house?

16  A.   Yes, sir.

17  Q.   So Benjamin Yeaten's house had electricity?

18  A.   Yes, sir.

19  Q.   What, if anything, did someone say at that point?

20        MR. CARIDAD:   Objection, Your Honor.   Hearsay.   Not in

21  furtherance of the charged conspiracy.

22        THE COURT:   Overruled.

23  BY MR. GRAVELINE:

24  Q.   Go ahead.   You can answer.

25  A.   Benjamin Yeaten asked Cyrus Johnny "These are the guys?"

**October 15, 2008**

**Layee - Direct**

1              Cyrus Johnny said "Yes."

2              He said "Okay.  Put them in the truck."

3    Q.   Were you put in the truck at that point?

4    A.   Yes, sir.

5    Q.   And who else was in the truck when you were put in the

6    truck?

7    A.   A group of soldiers was in the truck escorting us.

8    Q.   What did these soldiers have with them?

9    A.   They had AK-47s with them

10   Q.   Was there anyone else other than the soldiers and you in

11   the truck?

12   A.   Benjamin Yeaten was in the front seat of the truck.

13   Q.   Did Benjamin Yeaten say anything to you while you were in

14   the truck?

15   A.   Yes, sir.

16              MR. CARIDAD:   Objection.   Hearsay.   Same objection.

17              THE COURT:   Overruled.

18   BY MR. GRAVELINE:

19   Q.   What did Benjamin Yeaten say to you while you were in the

20   truck?

21   A.   Benjamin Yeaten said "Gentlemen, you know why you guys were

22        arrested for?"

23              I, personally, told him "No."

24              He said "You guys were arrested because you want to

25        overthrow the Liberian President, Charles Taylor, and part

**October 15, 2008**

## Layee - Direct

1      of a coup against him"

2  Q.   Had you ever been part of a coup plot against President

3  Taylor?

4  A.   No, sir.

5  Q.   Prior to that, had you ever been a member of a coup plot

6  against President Taylor?

7  A.   No, sir.

8  Q.   What else did Benjamin Yeaten say to you in the truck?

9  A.   Benjamin Yeaten told me I would never see Monrovia again.

10 Q.   What did you say in reply?

11 A.   I told him "That's what you said.   That's not what God

12      said," but I didn't said it verbally.   He didn't hear it.

13 I said it to myself.   He said I would never see Monrovia.   I

14 replied to him, responded "That's what you said.   That's not

15      what God said."

16 Q.   Where were you taken that night?

17 A.   I was taken at Klay that night.

18 Q.   Can you describe what it looked like at Klay when you get

19 there?

20 A.   Yes, sir.

21 Q.   What does it look like?

22 A.   From Monrovia, when you enter Klay, you're going to see a

23 fence built on the left and right side of the road and there's

24 a little house built on top of one of the fence, both fence,

25 for security guard.   Security guard sit there to watch the

**October 15, 2008**

## Layee - Direct

1  checkpoint.

2          You cross the checkpoint.  There's an Immigration

3  house on the right-hand side and there's a place on the

4  left-hand side where we been put in jail, in a hole there.

5  Q.   When you got to Klay, did anyone question you?

6  A.   Yes, sir.

7  Q.   Who questioned you?

8  A.   Benjamin Yeaten questioned me.

9  Q.   What did he ask you?

10 A.   He say "What do you know about LURD rebel?"

11 Q.   What did you tell him?

12 A.   I say "I know nothing about LURD rebel."

13 Q.   What happened to you after you denied being part of any

14 LURD rebels?

15 A.   They stripped me naked and one of my brief was left on me

16 and put me in the hole.

17 Q.   Was anyone else put in the hole with you?

18 A.   Yes.

19 Q.   You moved away from the microphone.

20 A.   John Bengue was put in the hole with me, John Bengue.

21 Q.   I'm going to show you what has been marked and previously

22 admitted as KL 4 and ask if you recognize this paragraph.

23          AGENT NAPLES:   (Complied.)

24 A.   That's the hole I was put in right here.

25 Q.   Showing you what has been marked as KL 11 --

**October 15, 2008**

## Layee - Direct

1                    AGENT NAPLES:   (Complied.)

2    BY MR. GRAVELINE:

3    Q.   -- do you recognize this photograph?

4    A.   This is the hole.

5    Q.   Are you all right, Mr. Layee?  Do you need a moment?

6    A.   Huh?

7    Q.   Do you need a moment?

8    A.   Go ahead.

9    Q.   Was this the amount of light that was in the hole when you

10   were underneath there?

11   A.   Say that?

12   Q.   How much light was in the hole when you were underneath

13   there?

14   A.   There was no light in the hole.

15   Q.   Could you stand up straight in the hole?

16   A.   No.

17             THE COURT:   Why don't we take our morning recess?

18             Ladies and gentlemen, we'll take 10 minutes.  Please

19   do not discuss the case.

20             [The jury leaves the courtroom at 11:00 a.m.]

21             THE COURT:   Are we all right to go?

22             MR. GRAVELINE:   Yes, ma'am.

23             THE COURT:   Let's bring the jury in.

24        [The jury returns to the courtroom at 11:19 a.m.]

25             THE COURT:   Everyone please be seated.

**October 15, 2008**

## Layee - Direct

BY MR. GRAVELINE:

Q.   Mr. Layee, how were you dressed when you were placed in the hole?

A.   I was stripped naked and left with my brief on.

Q.   Was there anyone else in the hole when you got there?

A.   No, sir.

Q.   Did other men begin to arrive?

A.   Yes, sir.

Q.   Who?

A.   When I was in the hole, I saw Varmuyan Dulleh.   I saw Hassan Bility, Mohammed Kamara, Edmond Wilson, Billy Kamara and John Bengue was already there.

Q.   You mentioned a man by the name of Varmuyan Dulleh?

A.   Yes, sir.

Q.   I believe you said previously in your testimony you knew him before?

A.   Say that again.

Q.   Did you know Mr. Dulleh before this happened?

A.   Yes, sir.

Q.   And when he was placed in the hole, what, if any, attempt did you go and try to speak with Mr. Dulleh?

A.   When Mr. Dulleh got in the hole, I went to hug him closer to me.   When I hug him closer to me, he drew back from me.

Q.   What was his emotional state as he was put in the hole?

A.   He was crying.   He was crying bitterly.

**October 15, 2008**

## Layee - Direct

1  Q.   When he first got in the hole, did Mr. Dulleh explain to

2  you what had happened to him?

3  A.   Yes, sir.

4  Q.   What did he say happened to him?

5          MR. CARIDAD:   Same objection, Your Honor.

6          THE COURT:   Overruled.

7  BY MR. GRAVELINE:

8  Q.   Go ahead.

9  A.   Varmuyan Dulleh told me he has been tortured by Chuckie

10 Taylor and Benjamin Yeaten.

11 Q.   What specifically did he say Chuckie Taylor and Benjamin

12 Yeaten had done to him?

13 A.   He said Chuckie Taylor and Benjamin Yeaten pointed two

14 pistol on his forehead like this and force him to call his

15 uncle, Alhaji Kromah, in the United States and spoke with his

16 uncle, and after that he was pressed with hot iron, pressing

17 iron, on his skin, and he was -- boiled water was put in a pot

18 and set on his head.

19 Q.   At a certain point, were you able to get a better look at

20 his injuries?

21 A.   Yes, sir.

22 Q.   And was that when you were outside the hole?

23 A.   Yes, sir.

24 Q.   What did his injuries look like?

25 A.   It look like pressing iron mark you see there.

**October 15, 2008**

## Layee - Direct

1    Q.   Where was this pressing iron mark?

2    A.   It was on his hand and on his leg.

3    Q.   How did these wounds look?

4    A.   It was fresh.   The wound was fresh and it was like a real

5    iron mark.

6    Q.   What did they smell like?

7    A.   The first time I saw him, it had not start smelling yet.

8    Later on his body have a smell in the hole.   It was smelling

9    rotten when we were in the hole.

10   Q.   During your confinement at Klay, were you removed from the

11   hole for questioning?

12   A.   Yes, sir.

13   Q.   What, if any, physical beatings were you subjected to?

14        MR. CARIDAD:   Objection, Your Honor.   Beyond the scope

15   of this allegation in the Indictment.

16        THE COURT:   Overruled.

17   A.   I was tortured.   Tied my two elbow, touch one another to my

18   back.   Two planks was placed across my leg and behind my leg

19   and tied from both sides.   Do you understand what I'm saying?

20   Can I come and demonstrate what happened to me?

21   Q.   Sure.

22        I'll needs.   You to use the microphone.

23   A.   They tied me down --

24        THE COURT:   The microphone needs to be turned on.   You

25   need to speak into the microphone, if you would.

**October 15, 2008**

## Layee - Direct

1  A.   They sat me down on the floor and straight my two legs and

2  took a plank, a long plank crossed one under my leg and made

3  sure they tied it on both sides of my leg.  They tied my leg on

4  both side and made sure my two elbow touch one another to the

5  back and blindfolded me and start to whip me.

6  Q.   Have a seat.

7  A.   (Complied.)

8  Q.   Mr. Layee, is there an African term for the way they tied

9  you?

10  A.   Yes, sir.

11  Q.   What is the African word for that?

12  A.   They call it jebekutu.

13          THE COURT:   Can you spell that, please?

14  BY MR. GRAVELINE:

15  Q.   Can you spell it?

16  A.   Jebekutu.  It's just a street name.  Anyway, the way you

17  understand it, jebekutu.

18          THE INTERPRETER:   I can assist.   J-e-b-e-k-u-t-u.

19  BY MR. GRAVELINE:

20  Q.   Is that the African term for what they did to your leg?

21  A.   Jebekutu.

22  Q.   Is there an African term for what they did to your arms?

23  A.   They call it dog fight tabie.

24  Q.   Dog fight tabie?

25  A.   Yeah, dog fight tabie.

**October 15, 2008**

## Layee - Direct

1   Q.   At a certain point while you were at Klay, did they take

2   you out of the hole?

3   A.   Yes, sir.

4   Q.   And did there come a time that you were taken away from

5   Klay Junction all together?

6   A.   Yes, sir.

7   Q.   Was Varmuyan Dulleh with you when you left Klay?

8   A.   No, sir.

9   Q.   Where was he?

10          MR. CARIDAD:   Objection.   Speculation.

11          THE COURT:   Overruled.

12  A.   Varmuyan Dulleh was blindfolded, tied and put in a

13  helicopter before me and they flew with him   I don't know

14  where they took him

15  Q.   You saw him fly away in a helicopter?

16  A.   Yes, sir.

17  Q.   Was anyone else taken away the same day as Varmuyan Dulleh?

18  A.   Yes, sir.

19  Q.   Who else was taken?

20  A.   Hassan Bility.

21  Q.   Now, after you left Klay, where did you go?

22  A.   They took me to President Charles Taylor's farm

23  Q.   Where is President Taylor's farm?

24  A.   In Bong County.

25  Q.   At a certain point, were you returned to Monrovia?

**October 15, 2008**

## Layee - Direct

1   A.   Yes, sir.

2   Q.   Were you released once you got to Monrovia?

3   A.   No, sir.

4   Q.   Where were you held?

5   A.   NBI, National Bureau of Investigation.

6   Q.   Did you see anyone there you recognized?

7   A.   Yes, sir.

8   Q.   Who did you see there?

9   A.   I saw all the other people that was with me in Klay.

10  Q.   Did you see some other people other than the people you saw

11  at Klay as well?

12  A.   Yes, sir.

13  Q.   When were you finally released from confinement?

14  A.   I was released July 1st, 2003.

15  Q.   So from July 16th, 2002 to July 1st, 2003, were you in

16  continuous confinement?

17  A.   Yes, sir.

18  Q.   During that one year, were you ever charged with a crime?

19  A.   No, sir.

20  Q.   Were you ever brought before a Court?

21  A.   No, sir.

22  Q.   Did you ever see a lawyer?

23  A.   No, sir.

24  Q.   Once you were released, what was your belief as to your

25  safety in Liberia?

**October 15, 2008**

**Layee - Cross**

1    A.   I didn't believe I was safe in Liberia.

2    Q.   Do you still live in Liberia?

3    A.   No, sir.

4    Q.   Where do you live now?

5    A.   In the United States.

6    Q.   When did you leave Liberia?

7    A.   I can't remember the exact time I left Liberia.

8    Q.   Why did you leave Liberia?

9    A.   Because I was not safe.

10            MR. GRAVELINE:   Thank you.

11            No further questions.

12                      CROSS EXAMINATION

13   [Beginning at 11:28 a.m., 10/15/08.]

14   BY MR. CARIDAD:

15   Q.   Should I call you Mr. Layee or Mr. Kamara?

16   A.   Mr. Layee.

17   Q.   Layee.

18            Mr. Layee, how long have you known Varmuyan Dulleh.

19   A.   For long time I know Varmuyan Dulleh.

20   Q.   Are you and he the same age, more or less?

21   A.   Yeah.

22   Q.   Did you go to school together?

23   A.   No.

24   Q.   Did you grow up near him?

25   A.   Partially.

**October 15, 2008**

## Layee - Cross

1  Q.   In Monrovia?

2  A.   Yes, sir.

3  Q.   You both lived in Monrovia?

4  A.   Yes, sir.

5  Q.   You knew each other as children?

6  A.   Yes, sir.

7  Q.   And would you play together?

8  A.   Yeah.

9  Q.   But you didn't go to the same school?

10 A.   No.

11 Q.   As you were growing up, did you consider Mr. Dulleh one of

12 your best friends?

13 A.   Aha.

14 Q.   You have to say "Yes" or "No," Mr. Layee.

15 A.   Yes.

16 Q.   And from the time you were a youngster up until the time

17 that you were put in Klay, you considered yourself a close

18 friend of Varmuyan Dulleh?

19 A.   Yes, sir.

20 Q.   And would you see him frequently?

21 A.   Yes, sir.

22 Q.   Would you see him every day?

23 A.   No.

24 Q.   Every week?

25 A.   At least, yeah, every week.   When we grow, we all doing

**October 15, 2008**

**Layee - Cross**

1  different things.  We couldn't see every week anymore.

2  Q.   You saw him when you were adults and you still considered

3  him your friend?

4  A.   Yeah.

5  Q.   When you were adults, would you see him maybe a few times a

6  month, maybe?

7  A.   Yeah, a month, once a month or maybe two months.  We all be

8  doing different things.

9  Q.   You weren't working in the same place he was working at?

10  A.   No.

11  Q.   You would see each other socially?

12  A.   Aha.

13  Q.   Is that correct?

14  A.   Yes.

15  Q.   Now, your family wasn't related to his family, were they?

16  A.   No, except the African way, the African way, when you and

17  someone are close, so close, you call them family.

18  Q.   You were close enough to him in the African tradition to

19  consider him part of your family?

20  A.   Yes.

21  Q.   Maybe a brother?

22  A.   (Nodded.)

23  Q.   You have to answer "Yes" or "No."  This lady is taking

24  everything down?

25  A.   Yes.

**October 15, 2008**

**Layee - Cross**

1  Q.   Are your families close?

2  A.   Yes.

3  Q.   You would get together for social occasions?

4  A.   Yes.

5  Q.   His family and your family?

6  A.   Yes.

7  Q.   And you said you were part Gola, a part Mandingo.  Gola is

8  another tribe in Liberia and Mandingo is a tribe in Liberia?

9  A.   Yes, sir.

10  Q.   The fact you and Mr. Dulleh were Mandingos, did that make

11  you any closer?

12  A.   Yes.

13  Q.   Apart from friendship, being from the same tribe is an

14  important thing in Africa, isn't it?

15  A.   Yes.

16  Q.   It binds people together?

17  A.   Don't bind you together.  We decide to be friends.  I was

18  friends with different tribes, too, not because he was

19  Mandingo.

20  Q.   But the fact he was Mandingo made your ties to him even

21  stronger, wouldn't you say?

22  A.   Because we liked one another.

23  Q.   Sure.

24        You said in the 1990s, there was fighting going on in

25  Liberia.   Right?

**October 15, 2008**

## Layee - Cross

1    A.    Yes, sir.

2    Q.    And you listed a bunch of groups, the NPFL, INPFL, ULIMO,

3    the Lofa Defense Force, the LDF?

4    A.    Aha.

5    Q.    Liberian Peace Council?

6    A.    Yes.

7    Q.    These are all groups actually fighting against each other?

8    A.    Yes, sir.

9    Q.    When I say "fighting," I mean killing each other.

10   A.    Yes, sir.

11   Q.    With guns?

12   A.    Yes, sir.

13   Q.    Knives?

14   A.    Yes, sir.

15   Q.    Weapons people were using against each other during the

16   1990s?

17   A.    Yes, sir.

18   Q.    It was a very violent time in Liberia.   Correct?

19   A.    Aha.

20   Q.    Correct?

21   A.    Yes, sir.

22   Q.    Now, you decided to join ULIMO?

23   A.    Yes, sir.

24   Q.    Correct.

25         And the head of ULIMO was Alhaji Kromah?

**October 15, 2008**

**Layee - Cross**

1  A.   Yes, sir.

2  Q.   And he is Mr. Dulleh's uncle.   Correct?

3  A.   Yes, sir.

4  Q.   But you said you were not a fighter yourself?

5  A.   No.

6  Q.   Were you given a gun?

7  A.   Yes, sir.

8  Q.   You did have a gun?

9  A.   Yeah.

10  Q.   Was it a long rifle?  Was it a handgun?

11  A.   AK-47.

12  Q.   You, yourself, carried an AK-47?

13  A.   Sir?

14  Q.   You, yourself, carried an AK-47?

15  A.   Yes.

16  Q.   It wasn't only the NPFL carrying AK-47s, everybody was at

17  least ULIMO.   Correct?

18  A.   Yeah.

19  Q.   All right.

20        And you said your responsibility was giving free

21  passes from ULIMO controlled areas to Monrovia?

22  A.   Yeah, and from Monrovia to ULIMO territory.

23  Q.   What part of Liberia was controlled by ULIMO?

24  A.   Part of Boni County was controlled by ULIMO.

25  Q.   Part of Boni County BOM?

**October 15, 2008**

## Layee - Cross

1    A.    Yeah.

2    Q.    Was controlled by ULIMO?

3    A.    Yeah.

4    Q.    Your responsibility was taking people from Monrovia to

5    ULIMO?

6    A.    Not taking.   I was at the checkpoint.   When they come, I

7    gave them free passes and they go get food and come back.

8    Q.    So you stood at the border between the ULIMO controlled

9    areas and the rest of the country?

10   A.    Yes, sir.

11   Q.    If somebody wanted to go into the area controlled by ULIMO,

12   they had to get a pass from you.   Correct?

13   A.    Yes.

14   Q.    You gave them one at the checkpoint and said "You could

15   go"?

16   A.    Yes.

17   Q.    It was, apparently, dangerous to go into ULIMO territory if

18   you did not have a pass?

19   A.    It was not dangerous.

20   Q.    Why did you need a pass?

21   A.    Because there were armed people.   Everybody cannot be the

22   same.   Every organization have bad and good people.   My

23   responsibility was to protect the Liberian people.

24   Q.    But you were part of an organization that was trying to

25   take control of this country.   Isn't that fair?

**October 15, 2008**

## Layee - Cross

1   A.   No, no, no, no.

2   Q.   But ULIMO already had control of Boni County?

3   A.   Yes, but we were not trying to take control of the country.

4   Q.   Well, you had control of a part of the country?

5   A.   Yes.

6   Q.   Are you saying Mr. Kromah didn't want to control anymore?

7   He wanted to stop there?

8   A.   Mr. Kromah, the objective of ULIMO --

9   Q.   You have to speak a little slower.

10  A.   The aim and objective of ULIMO was to stop anybody that was

11  trying to take, hijack the country through the military way or

12  through the guns because it was against the law of Liberia.

13  The Constitution of Liberia say if you decide to be a

14  president, you go through the ballot box to vote for

15  presidency, not by the will of the arm

16            To defend the Liberian people, stop Mr. Taylor until

17  we can go to the ballot box and that's what happened.

18  Q.   ULIMO was not part of the Liberian government, was it?

19  A.   No.

20  Q.   ULIMO had not been elected by anybody?

21  A.   No, sir.

22  Q.   Alhaji Kromah took up arms and effectively controlled part

23  of that country?

24  A.   Not that he would control.   He was conserving it for the

25  Government.

**October 15, 2008**

## Layee - Cross

1  Q.   He was conserving it for the Government?

2  A.   The Liberians was going to be attacked by Charles Taylor

3  and NPFL.   So it came to protect the Liberian government,

4  Liberian people.

5  Q.   Alhaji Kromah took it upon himself --

6  A.   Yeah.

7  Q.   -- to take up arms?

8  A.   Yes.

9  Q.   To get a group of people together?

10  A.   Yes, sir.

11  Q.   You say without the permission of the Liberian government,

12  he decided to take control of part of this country?  That's

13  what happened?

14  A.   Well, it was in collaboration of some government people.

15  Q.   Some Liberian government people wanted Alhaji Kromah to

16  take control of the government, different parts of the country?

17  A.   To stop Taylor from hijacking the Government or hijacking

18  the country.

19  Q.   When Taylor came into the country, Doe was President?

20  A.   Yes, sir.

21  Q.   Doe had taken control of the country forcefully --  isn't

22  that right -- in 1980?

23  A.   Yes, sir.

24  Q.   Doe had taken control of the government forcefully?

25  A.   Yes, sir.

**October 15, 2008**

## Layee - Cross

1  Q.  You are saying Taylor came in to get Doe out of the

2  country.   Right?

3  A.  After --

4  Q.  Is that right?  Taylor came into that country to get Doe

5  out?

6  A.  Yes, sir.

7  Q.  Okay.

8       Alhaji Kromah, didn't like that so he started his own

9  group of armed men to stop Taylor.   Is that what happened?

10  A.  I want to make something clear.   Before President Taylor

11  attacked President Doe government, the government was elected.

12  President Taylor wished war on the government people.

13  Q.  Have you talked to Mr. Bility to see if he would agree with

14  you that Mr. Doe was correctly elected?

15  A.  I just said President Doe did overthrow the Government and

16  went for election.   He was elected by the Liberian people.

17  That makes him legal to be the President of Liberia.

18  Q.  No one elected Alhaji Kromah to do anything?

19  A.  I didn't say Alhaji Kromah.

20  Q.  Alhaji Kromah took it upon himself to form an organization

21  that had guns and knives?

22  A.  Alhaji Kromah protected Liberian people.

23  Q.  And you were part of ULIMO?

24  A.  Yes, sir.

25  Q.  Now, you eventually joined the SSS.   Right?

**October 15, 2008**

**Layee - Cross**

1    A.   Yes.

2    Q.   In 1995.   Right?

3    A.   Yes, sir.

4    Q.   And the purpose of the SSS was to protect the President.

5    Is that correct?

6    A.   Yes, sir.

7    Q.   Now, eventually, the head of the SSS became Benjamin Yeaten

8    after Charles Taylor was elected President.   Right?

9    A.   Yes, sir.

10   Q.   So Benjamin Yeaten became your commander?

11   A.   Yes, sir.

12   Q.   And you thought Benjamin Yeaten was a fine commander?

13   A.   Huh?

14   Q.   A fine commander?

15   A.   No.

16   Q.   Do you remember speaking to an investigator from my office,

17   Sally Perez, over the telephone on September 22nd, 2008?

18   A.   Yeah.

19   Q.   You spoke to her?

20   A.   Yeah.

21   Q.   She identified herself?

22   A.   Yeah.

23   Q.   Didn't you tell her -- didn't she ask you "How was Yeaten

24       as a commander?"   Didn't you answer that Yeaten was a --

25   quote -- "a fine commander"?

**October 15, 2008**

**Layee - Cross**

1    A.   Who?

2    Q.   You said that to my investigator, didn't you, sir?

3    A.   Benjamin Yeaten?

4    Q.   Yes.

5    A.   No, I didn't tell her.

6    Q.   You didn't say that?

7    A.   There is no way I could describe Benjamin Yeaten, fine

8    commander.

9    Q.   Okay.

10        Now, you said something about the ATU.  You were never

11   part of the ATU.  Right?

12   A.   No.

13   Q.   And you were asked questions about their uniform

14   A.   Aha.

15   Q.   Correct?

16        Now, did you ever see an ATU officer or a soldier?

17   A.   Yes.

18   Q.   I'm sorry.  My question is in 1999, did you ever see one

19   dressed in uniform?

20   A.   In '99?

21   Q.   Yes.

22   A.   I can't remember that.

23   Q.   You can't remember that.

24        In 2000, did you see an ATU, a man in an ATU uniform?

25   A.   Yes, sir.

**October 15, 2008**

## Layee - Cross

1  Q.   How would you describe that uniform?

2  A.   Military uniform

3  Q.   Was it camouflage?

4  A.   They had all different uniforms.

5  Q.   My question is did you notice if there were two different

6  types of camouflage they were wearing?

7  A.   They were wearing all type of uniform, not only camouflage.

8  Q.   Were you familiar with the tiger stripe uniform?

9  A.   Yes.

10  Q.   Did you see them wearing that in 1999?

11  A.   I can't remember.

12  Q.   Did you see them wearing that in 2000?

13  A.   Yeah.

14  Q.   The tiger stripe?

15  A.   Aha.

16  Q.   In 2000, did you see them wearing any other type of

17  camouflage, what's called American camouflage, in 2000?

18  A.   They had all type of uniforms, all type.

19  Q.   Did you see a type of camouflage that was different from

20  the tiger stripe?

21  A.   Yeah.

22  Q.   In 2000?

23  A.   Aha.

24  Q.   You have to answer "Yes" or "No," Mr. Layee.

25  A.   Yes, sir.

**October 15, 2008**

**Layee - Cross**

1  Q.   Now, you said that you saw my client, Chuckie Taylor, give

2  an order for someone to break stone with a hammer.

3  A.   Yes, sir.

4  Q.   What year was that?

5  A.   I can't remember the year.   I was always seeing people

6  doing that.

7  Q.   Where?

8  A.   In the Executive Mansion yard.

9  Q.   So the Executive Mansion had grounds and the ATU had

10  certain offices on the grounds?

11  A.   Yes, sir.

12  Q.   So you say you saw or heard Chuckie Taylor order a soldier

13  to break stone with a hammer?

14  A.   Yes, sir.

15  Q.   As a discipline?

16  A.   Torture.   Well, discipline, torture.

17  Q.   He ordered a soldier to take a hammer and break rocks with

18  it?

19  A.   Yes, sir.

20  Q.   Now, after, while you were in the SSS, you went for

21  training at the National Police Academy?

22  A.   Yes, sir.

23  Q.   You were still part of the SSS, but you went to training at

24  the Liberian National Police Academy?

25  A.   Yes, sir.

**October 15, 2008**

## Layee - Cross

1  Q.   Now, when did you go to the Liberian National Police

2  Academy for training?  What year, sir?

3  A.   It was 2000, 2001.

4  Q.   Can you tell us if it was 2000 or 2001?

5  A.   It was 2000.

6  Q.   2000?

7  A.   Yes.

8  Q.   Now, as part of that training, were you sent to the base,

9  to the base at Gbatala?

10  A.   No, it was not part of the training because it was not

11  legal.  It was just a prerequisite of getting our diploma.

12          After I went through the legal process, I was doing my

13  diploma.  They said they couldn't give me my diploma until I go

14  to the ATU base.

15  Q.   As part of the SSS, you were sent to the National Police

16  Academy for training?

17  A.   Yes.

18  Q.   You completed the that training?

19  A.   Yeah.

20  Q.   You remained part of the SSS?

21  A.   Yes, sir.

22  Q.   And then you were sent for additional training to the ATU

23  base.  Is that correct?

24  A.   Yes, sir.

25  Q.   Can you tell us what year you were sent for additional

**October 15, 2008**

**Layee - Cross**

1  training at the ATU base?

2  A.   Yeah.   2001.

3  Q.   2001.

4           And you said in 2001 when you went, you saw some white

5  men --

6  A.   Yeah.

7  Q.   -- who appeared to be trainers?

8  A.   Yes, sir.

9  Q.   Now, do you remember what type of camouflage the ATU

10  soldiers on the base were wearing in 2001?  Was it tiger stripe

11  or another type?

12  A.   They have all type of uniforms on the base, all type.

13  Q.   Now, you said that when you arrived at the ATU base in

14  2001, it was your belief that the head of the ATU was Mono

15  Jibba?

16  A.   Yeah, by then.

17  Q.   The entire ATU?

18  A.   It was Mono Jibba.

19  Q.   The base commander when you arrived was Jason, J-a-s-o-n,

20  Weni, W-e-n-i?

21  A.   Aha.

22  Q.   You have to answer "yes," once I ask a question.

23  A.   Yes, sir.

24  Q.   The base commander in 2001 when you arrived there was Jason

25  Weni?

**October 15, 2008**

**Layee - Cross**

1  A.  Yes, sir.

2  Q.  And you said on the base there was an area that had holes

3  in it?

4  A.  Yes, sir.

5  Q.  Tell me if this is a correct description:  There's an area

6  where the holes are.  Correct?

7  A.  Aha.  Yes, sir.

8  Q.  Next to it is the firing range?

9  A.  You pass the firing range before the hole.

10  Q.  So if I'm standing at the firing range and I'm firing --

11  A.  Yeah.

12  Q.  -- am I firing towards the area where the holes are?

13  A.  Yes, sir.

14  Q.  So if I walked to the end of the firing range where the

15  targets are and kept going, I will get to the area where you

16  say the holes were?

17  A.  Yes, sir.

18  Q.  So the area where the holes are is not very far from the

19  firing range.  In fact, they're right next to each other?

20  A.  Yes, sir.

21  Q.  Now, you described some physical punishment that you saw on

22  the base, running the rim and dragging.  Correct?

23  A.  Yes, sir.

24  Q.  And the person, when you saw this in 2001, again, the

25  person who was in charge of that base was Jason Weni?

**October 15, 2008**

**Layee - Cross**

1    A.   Yes, sir.

2    Q.   You thought Jason Weni was a good commander, didn't you?

3    A.   I didn't say so.

4    Q.   Do you remember speaking to my investigator, the same lady?

5    A.   I didn't say so.  Point of clarification, please.  She did

6    ask me about Mono Jibba.

7    Q.   I'm not talking about Mono Jibba.  I'm talking about Jason

8    Weni?

9    A.   I didn't describe Jason Weni as good commander.  You asked

10   if I said Benjamin Yeaten was a good commander.  I said "No."

11   You asked me if I said Jason Weni was a good commander.  I said

12   "No."

13   Q.   You're telling me you did not tell my investigator, Sally

14   Perez, you thought Jason Weni was a good commander?

15   A.   No, I didn't say he was a good commander.

16   Q.   How long were you at the base?

17   A.   Three months.

18   Q.   And then you were assigned again by the SSS --

19   A.   Yeah.

20   Q.   -- to the Presidential motorcade?

21   A.   Yes, sir.

22   Q.   That's when you say had you visited Whiteflower as part of

23   your job?

24   A.   Yes, sir.

25   Q.   And you say you saw Chuckie giving some orders to some ATU

**October 15, 2008**

**Layee - Cross**

1   soldiers at Whiteflower?

2   A.   Yes, sir.

3   Q.   Eventually, you say you, yourself, were arrested July 16th,

4   2002.   Right?

5   A.   Yes, sir.

6   Q.   And you said on your direct testimony that the person who

7   arrested you ordered that you be arrested for gross

8   insubordination by order --

9   A.   Yes, sir.

10  Q.   Excuse me.

11           -- by order of the President, the chief?

12  A.   Yes, sir.

13  Q.   You were referring to Charles Taylor?

14  A.   Charles Taylor.

15  Q.   The chief?

16  A.   Charles Taylor.

17  Q.   Now, you were put into a truck and taken to Benjamin

18  Yeaten's house and then taken to Klay.   Right?

19  A.   Yeah, but I was put in the truck to the Barclay Training

20  Center first, the BTC barracks, and put in a truck and taken

21  there.

22  Q.   You were eventually put in a truck and taken to Klay?

23  A.   Yes, sir.

24  Q.   You said when you got put in the hole, you said there was

25  nobody else there or John Bengue was already there?

**October 15, 2008**

## Layee - Cross

1  A.   John Bengue and myself was there together.   We were in the
2  hole together.
3  Q.   Who was the first person you saw arrive?
4  A.   Say that?
5  Q.   Who was the first person that you saw placed into the hole
6  after you arrived?
7  A.   I can't remember.   I can't remember.
8  Q.   Were the next people who came -- was there one person who
9  came or was it a group of people who came into the hole?
10  A.   I can't remember that.   I saw all of them when I was there.
11  Q.   I know, but you told us you and John Bengue were the first
12  people there.
13  A.   Yes, sir.
14  Q.   I'm trying to see if you remember who was the next person.
15  A.   All of them were there.
16  Q.   After you arrived, how long did it take for all the people
17  to get into the hole?   Were they brought the same day, a week
18  later, a month later?
19  A.   Some the same day.   Some a week after.
20  Q.   Would it be a day after, weeks after?
21  A.   It could be days, weeks.
22  Q.   Who arrived first, Hassan Bility or --
23  A.   I can't remember.
24  Q.   This was a very vivid experience for you, a very important
25  experience for you, a bad one.

**October 15, 2008**

**Layee - Cross**

1    A.    It was bad experience for me.

2    Q.    Of course.   You even got emotional over it.

3    A.    Yeah.

4    Q.    Can you just tell us a little bit about who arrived first?

5    A.    I said I don't know.

6    Q.    You don't remember that?

7    A.    No.

8    Q.    Now, but at some point Varmuyan Dulleh arrived?

9    A.    Yeah.

10   Q.    Did he arrive by himself or with somebody else?

11   A.    I saw Varmuyan Dulleh in the hole.   The place was very

12   dark.   It was dark when he come.

13   Q.    Varmuyan Dulleh started telling you things or you asked him

14   what happened to him?

15   A.    He was crying.   He was crying.   I want to hug him and he

16   pushed me.

17   Q.    Did you ask him what had happened to him?

18   A.    I asked him what happened.   He started to push me.

19   Q.    Was Hassan Bility already there?

20   A.    Yeah.

21   Q.    Okay.

22          And you asked him what had happened.   Now, you

23   couldn't see him at that point, could you?

24   A.    Varmuyan?

25   Q.    Yes.

**October 15, 2008**

## Layee - Cross

1   A.   No.

2   Q.   And how long was Varmuyan Dulleh in the hole with you?

3   A.   We were all in the hole the same time.   We came out of the

4   hole the same time.   I can't remember how long we stayed in the

5   hole.

6   Q.   A week, two weeks?

7   A.   No, more than two weeks.

8   Q.   A month?

9   A.   Pretty close to a month or more than a month.

10  Q.   Now, you said you ended up at NBI.   Right?

11  A.   Yes, sir.   That was my last place of confinement.

12  Q.   And you saw a fellow named Mulbah Kamara there.   Right?

13  A.   Yes, sir.

14  Q.   And Mulbah Kamara never told you he had been abused or

15  tortured.   Right?

16  A.   He told me he was arrested.

17  Q.   That's it?

18  A.   I didn't go further in talking to him

19  Q.   He didn't say anything else to you?

20  A.   No.

21  Q.   Sir, when did you leave Liberia?

22  A.   I can't remember the main date I left Liberia.

23  Q.   Pardon?

24  A.   I can't remember the main date I left Liberia.

25  Q.   Was it in 2003?

**October 15, 2008**

**Layee - Cross**

1   A.   Yes, sir.

2   Q.   Did you go straight from Liberia to the United States?

3   A.   No, I went to Guinea, Conakry.

4   Q.   You drove across the border to Guinea?

5   A.   No, I went through Sierra Leone.  I went to Sierra Leone

6   and to Guinea.

7   Q.   And how did you get to the United States?

8   A.   By asylum

9   Q.   While you were in Guinea, did you apply for asylum to the

10  United States?

11  A.   Yes, sir.  What's that?

12  Q.   When you were in Guinea --

13  A.   Aha.

14  Q.   -- is that when you applied for asylum in the United

15  States?

16  A.   Not the United States.  I applied for asylum

17  Q.   With what agency?  With whom?

18  A.   United Nations.

19  Q.   The High Commission for Refugees in Guinea?

20  A.   Yeah.  Yes, sir.

21  Q.   You applied for asylum?

22  A.   Yes, sir.

23  Q.   You told them what happened to you?

24  A.   Yes, sir.

25  Q.   Where did you go?

**October 15, 2008**

**Layee - Cross**

1    A.    They brought me over here.

2    Q.    They brought you to the United States?

3    A.    Yeah.

4    Q.    Because of what you told them happened to you?

5    A.    Yeah.

6    Q.    When did you arrive in the United States?

7    A.    I arrive in the United States September.  I think it was

8    September 12th.

9    Q.    Of what year, sir?

10   A.    199 -- 2005.

11   Q.    2005?

12   A.    Yeah.

13   Q.    You're living in the United States ever since?

14   A.    Yes.

15   Q.    Where do you live, sir?  What part of the country,

16   northeast, mid-west?

17   A.    I'm in North Carolina.

18   Q.    And you have your family here with you?

19   A.    Yes.

20   Q.    That consists of your wife?

21   A.    No.

22   Q.    Do you have children here?

23   A.    Yes, sir.

24   Q.    Are they here with you in the United States?

25   A.    Yes, sir.

**October 15, 2008**

**Layee - Cross**

1   Q.   And how are you employed now?

2   A.   Huh?

3   Q.   How are you working?  Do you work?

4   A.   Yeah.   I work right now.

5   Q.   How are you employed?

6   A.   How?

7   Q.   What do you do for a living?

8   A.   I work for a living.

9   Q.   What do you do?

10  A.   I drive forklift.

11  Q.   And do you have an apartment or do you own a home?

12  A.   Yes, sir, apartment.

13  Q.   Do you have any other family here in the United States with

14  you?

15  A.   Yeah, my sister is here.

16  Q.   Did she come over with you?

17  A.   No.

18  Q.   She was already here?

19  A.   Aha.

20  Q.   Yes?

21  A.   Yes, sir.

22  Q.   Are you a United States permanent resident?

23  A.   I applied for the permanent resident.

24  Q.   You applied for it?

25  A.   Yeah.

**October 15, 2008**

**Layee - Redirect**

1    Q.   The application is pending right now?

2    A.   Yes.

3    Q.   You hope to get that residency, of course?

4    A.   Yes, sir.

5    Q.   The next step you hope to take is become a U.S. citizen?

6    A.   Yes, sir.

7              MR. CARIDAD:   If I could have a moment, Judge.

8              I don't have any further questions.   Thank you.

9              THE COURT:   Redirect.

10                        REDIRECT EXAMINATION

11   [Beginning at 11:57 a.m., 10/15/08.]

12   BY MR. GRAVELINE:

13   Q.   Mr. Layee, defense counsel asked you about you being part

14   of ULIMO.   Correct?

15   A.   Yes, sir.

16   Q.   And then you joined the SSS?

17   A.   Yes, sir.

18   Q.   When you were on the Presidential motorcade, what were your

19   duties in terms of protecting Charles Taylor, the President?

20   A.   My duty was to protect the President, the people elected.

21   Q.   Charles Taylor was the elected President?

22   A.   Yes, sir.

23   Q.   Did you have any problems protecting him?

24   A.   No.

25   Q.   Defense counsel asked you about who arrived first in the

**October 15, 2008**

# Layee - Redirect

1  hole or how long you were in the hole.   Did you have a watch on

2  when you were in the hole?

3  A.   No, I never had a watch on.

4  Q.   Did you have a calendar to tell you what day it was or how

5  long you were in the hole?

6  A.   No, sir.

7  Q.   Defense counsel asked you about your characterization of

8  Benjamin Yeaten as a commander.

9  A.   Aha.

10  Q.   What is your opinion of Benjamin Yeaten as a commander?

11  A.   He's not a good commander.   I say that over and over.   He's

12  not a good commander.

13  Q.   Defense counsel asked you about your asylum, when you got

14  to Guinea and you filed for asylum through the UNHCR.

15  A.   Yes, sir.

16  Q.   When you filed for asylum through UNHCR, did you

17  specifically ask to come to the United States?

18  A.   No, no.   You don't ask them.   They just decide.

19  Q.   And during your asylum application, did you ever accuse

20  Chuckie Taylor of doing anything to you?

21  A.   No, sir.

22           MR. GRAVELINE:   Thank you.   No further questions.

23           THE COURT:   Thank you.   You are excused.

24           [The witness was excused at 11:59 a.m.]

25           THE COURT:   Ladies and gentlemen, I think we'll

**October 15, 2008**

## Layee - Redirect

1    adjourn for lunch at this time.

2            MR. GRAVELINE:  Actually, that's the extent of our

3    witnesses.

4            THE COURT:  That's it for the day?

5            MR. GRAVELINE:  Yes, Your Honor.

6            THE COURT:  That means we're done for the day.

7            Ladies and gentlemen, we resume tomorrow morning at

8    9:15.  Please remember not to discuss this case, not to do any

9    reading regarding the case or any of the events you have been

10   hearing about.

11           Have a good afternoon and we'll see you at 9:15

12   tomorrow.

13           [The jury leaves the courtroom at 12:00 p.m]

14           THE COURT:  Are there any issues we need to address?

15           MS. HECK-MILLER:  Yes, Your Honor.

16           Tomorrow the Government plans to call as a witness

17   Agent Baechtle who is going to testify about the defendant's

18   post-arrest statement.  There's a motion pending about that.  I

19   thought we might want to take that up now.

20           In addition, we have some scheduling issues

21   Mr. Graveline might want to fill the Court in on first.

22           MR. GRAVELINE:  Your Honor, the final victim listed in

23   the Indictment, victim 7, Mulbah Kamara, he was in a serious

24   car accident about two months ago, "serious" meaning both legs

25   broken and head injuries.  This actually occurred in Liberia

# Layee - Redirect

1  and once he got back here to the states, he had to have both

2  legs reset and additional work being done.

3          We're working with his doctors to bring him down.   We

4  plan on having him here Friday, but that's one of the

5  scheduling issues, why we had a half day today.   We wanted to

6  alert the Court, we're coming to the end of our case but

7  Mr. Kamara's physical condition is something we're still

8  working with.   We hope to have him here Friday as a witness.

9  It might trickle over into Monday.   That's as far as our plans.

10  We hope to have him here in two days.

11          THE COURT:   Is he your last witness?

12          MR. GRAVELINE:   He is close to our last witness.

13          Before we call our last three witnesses, we need him

14  on the stand in order to lay the necessary foundation for the

15  other three people's testimony.   I believe it's him and then we

16  would call his wife and a couple of other witnesses who have

17  seen him and that should be about it.

18          THE COURT:   All right.

19          The defense has witnesses for next week then?

20          MR. CARIDAD:   Yes.   We would like -- they're still

21  arriving.   I had filed a motion for a one week recess.   The

22  Court denied it.   I need some time to get them ready to

23  testify, to speak to them again.

24          Let's say the Government finishes on Monday, could the

25  Court allow us a couple of days to begin putting our case on?

**October 15, 2008**

# Layee - Redirect

1          THE COURT:   You have the weekend to get them ready,

2    don't you?

3          MR. CARIDAD:   Yes, but we also have the weekend to get

4    ready for the remaining Government witnesses.

5          THE COURT:   It looks like it's just three

6    corroborating witnesses.

7          MR. GRAVELINE:   Tomorrow we plan on calling the

8    following people:   Edmond Wilson, Sheikh Sackor, Greg Naples,

9    Jacques Smith, Matt Baechtle.   Friday, Aloysius Toe, Mabendu

10   Dulleh, Milbah Kamara and Confort Kamara.   Monday, Paula Mahon,

11   James Saybay, David Parker and Dr. Bruce Hyma.

12          MR. CARIDAD:   I don't know if Mr. Kamara will be

13   finished by Friday.   If he finishes Friday, I cross examine him

14   on Monday.   That's a lot to do on the weekend.   We have a lot

15   of witnesses coming in.

16          Whatever time the Court feels it can give me, I would

17   appreciate.

18          MS. ROCHLIN:   Your Honor, for what it's worth, the

19   Government believes the weekend should be sufficient.   The

20   witnesses, if any, remaining for Monday are few in number.

21   Dr. Hyma is certainly a witness that the defense has known

22   about for quite a while.   They have had extensive discussions

23   with him   They have had his reports which they reviewed with

24   Dr. Hyma line by line previously.

25          The Government really sees no reason why if witnesses

**October 15, 2008**

## Layee - Redirect

1    do spill over into Monday, the defense cannot be ready for

2    those witnesses.

3            While the defense has had many witnesses to prepare,

4    so has the Government.   We do not believe it is unreasonable

5    for counsel to be ready early next week to start putting on

6    their case, and we also think it is important as much as

7    possible to keep this trial progressing forward for the benefit

8    of the jury, to keep them on schedule, to keep things as much

9    as possible fresh in their minds.

10            So the United States would encourage the Court to go

11   forward with the trial on schedule.   Counsel had already

12   requested a mid-trial recess, which the Court had denied, and

13   the United States believes that the Court's ruling was correct.

14            THE COURT:   I certainly won't give a day's break.

15            First of all, we're losing the rest of today due to

16   witness issues on the prosecution side.   We lost one day

17   because of a juror whose son was ill.   If we take any days off,

18   we're going to take two to three days so I can try other cases

19   in between.   It won't be a day break.   It will be a two to

20   three day break, if I give a break at all.   I'm not inclined to

21   say we'll just take another day off.   My calendar meanwhile has

22   cases waiting with litigants that need to be heard as well.

23            MR. CARIDAD:   From my point of view, two or three days

24   is fine.   When the Government asked me yesterday about any

25   problems with the schedule we're on today, I said "Of course

**October 15, 2008**

# Layee - Redirect

1    not."

2          The reason we don't have witnesses today is not me.

3    It's the Government.  They're standing before you telling you

4    that we've got to move this case along and not to give us an

5    extra day when they, themselves, are responsible for the delay

6    we're having right now.  That is most unfair to us.

7          THE COURT:  As I say, it won't be -- just so the

8    Government knows as well --  I won't give a day break, but I

9    would give a two to three day break and get another case

10   concluded and litigants heard.

11         MS. ROCHLIN:  For the record, I don't think it's fair

12   to characterize this as the Government's fault.  Our witnesses

13   have had certain issues.  One recently gave birth to a child

14   and has travel issues because of her cesarean section.  One

15   witness yesterday missed a flight.  This is not something I

16   think can be blamed on the Government.  It's just an

17   unfortunate set of circumstances.

18         THE COURT:  I'm not passing blame on anyone.  I'm just

19   saying I'm not inclined to grant the defendant's request to

20   give them a day's break.  If a break is given, it will be two

21   to three days in duration.

22         MS. ROCHLIN:  For that reason, the United States

23   recommends no break and would further suggest the schedule

24   we're on, allowing the parties a recess of one day per week,

25   should also help address opposing counsel's concerns.

**October 15, 2008**

# Layee - Redirect

1    I would think opposing counsel can cover a few days of

2    next week, we'll get our day off, there will be an additional

3    weekend and counsel can prepare on a rolling basis.  It's what

4    the Government has done throughout this trial.

5         To be candid with the Court, I know how efficient Your

6    Honor can be with the Court's docket, but hearing that another

7    trial is going to take up any gap concerns me greatly because

8    trials are unpredictable and delays happen and I would hate for

9    this case to risk any additional delay based on the needs of

10   another case underway with another jury.

11        So for the Government's position, we recommend no

12   break.  We think there is more than ample time for counsel to

13   be prepared.  If there are specific needs along the way, if

14   counsel needs some hours off, I think it would be reasonable to

15   accommodate that, but let's keep the case going.

16        MR. CARIDAD:  One final thing:  The Government had two

17   weeks of having its witnesses around the town to talk to them

18   because the trial was supposed to start sometime mid-September

19   and it didn't start until two weeks later.  They enjoyed the

20   benefit of having these witnesses here for two weeks so they

21   could talk to them before trial.

22        I'm not having that.  I'm not asking for two weeks.

23   It would be unreasonable to ask for two weeks.  All I'm asking

24   is for a couple of days, let us catch our breath to get these

25   people ready to testify.  I think it will save time in the end.

**October 15, 2008**

# Layee - Redirect

1           THE COURT:    Why don't we hear the issues concerning

2    the defendant's statement.

3           MR. CARIDAD:    Yes, Your Honor.

4           Judge, I filed under seal a copy of the agent's report

5    that contains my client's statements made on March 30th, 2006

6    and I circled the portions I thought were objectionable.    The

7    Government responded by referring to each paragraph that I had

8    objected to and making their position known in its own

9    pleading.    So the Court has my pleading that has the agent's

10   report with the paragraphs that I objected to circled and the

11   Court has the Government's response where they took the same

12   report and numbered the paragraphs and then referred to each

13   paragraph as they saw fit.

14           Perhaps it makes more sense for me to use the

15   Government's pleading because it refers to numbers.

16           THE COURT:    Right.

17           MR. CARIDAD:    Paragraph number 1, the first objection

18   being the Social Security number.    The Government doesn't

19   object that that not be stated.    We have objection to the use

20   of the Roy Belfast name at all.    The Court has denied that

21   motion already.

22           Then the personal identification such as who his

23   mother is, that he was in route to Orlando from Trinidad.    That

24   paragraph we do not believe is relevant to this case at all.

25           Then paragraph 2, my client stated that he had no

**October 15, 2008**

# Layee - Redirect

1  other fathers or adopted fathers, that he was not familiar with

2  any other names used by his biological father.  These are

3  things that have to do with the passport fraud case and making

4  false statements on a passport application.  That's why we

5  don't think it's relevant to this case.

6         Paragraph 3 is specifically about the passport

7  application.  That involved another crime.  It has nothing to

8  do with this case and is not relevant to this case at all.

9         The same for the next few paragraphs, which are

10  numbered 3 by the Government, and that continues into yet

11  another page of the agent's report concluding where the

12  Government has written "3 continued."

13        Paragraph 4, as indicated by the Government, has to do

14  with a suicide attempt which I think they agree that should not

15  come in.

16        Paragraph 5, I believe, that he's smoking marijuana.

17  If I'm correct, they have no objection to that not being

18  mentioned.

19        Paragraph 6 has to do with statements by my client

20  concerning child soldiers fighting on behalf of the NPFL and

21  stripping down and AK-47s while in his residence in Gbarnga.

22  There's no evidence the defendant used an AK-47 for any purpose

23  at all in this case.

24        Paragraph 7 has to do with disagreement between the

25  defendant and his brother-in-law which I cannot understand what

**October 15, 2008**

# Layee - Redirect

1    that has at all to do with this case.

2            Paragraph 8, his travel to Libya, which the Government

3    agrees should not be disclosed to the jury.

4            Then paragraph 9 we believe is irrelevant, unfairly

5    prejudicial.  It is a conversation that my client had with the

6    agent concerning the deaths of Liberians.  His car had been

7    damaged, ordered somebody be taken to jail.  It may be that the

8    Government is not going to offer any evidence about Mr. Gonoh.

9    I think that's their position.  Anyway, the beginning of that

10   paragraph talks about the ATU being associated with deaths of

11   Liberians.

12           Paragraph 9 B, I believe they agree they will not

13   elicit that.

14           Paragraph 9 C describes statements by the defendant

15   that his bodyguards or detail might have been out of line,

16   doesn't even specify what they're talking about.  It's

17   confusing.  It will let the jury speculate about things that

18   are not specified in the statement.  We don't know what this is

19   referring to.

20           Then paragraph 10, which is on page 11 of the report,

21   has to do with ATU raping women and stealing.  They're asking

22   him about these reports.  We believe that's unfairly

23   prejudicial and it's irrelevant.  It involves a rumor.

24           I think the Government responded to this that

25   knowledge about torture is relevant, but this case is not about

## October 15, 2008

## Layee - Redirect

1  knowledge of torture.   This case is about actual torture.   My

2  client has been accused not of knowing about it, but actually

3  doing it.   I don't see how this paragraph is relevant.

4          Paragraph 11 is divided into four sections by the

5  Government and the first, paragraph 11, Agent Malone is

6  advising the defendant about things Agent Malone has uncovered

7  about the ATU.   They want to bring in hearsay that the agent

8  has uncovered in his investigation of this case and confront

9  the defendant with them, and all the defendant says is "I

10     didn't do that.   I'm being framed."

11         I don't see how that adds anything to the allegations

12  here.   We have to now confront what the agent found out, bring

13  it to the defendant, the defendant says "I didn't do any of

14     that."

15         The jury is going to be wondering what has the agent

16  found?   The agent is out there saying people are making these

17  allegations against my client and it's unfair.   The only reason

18  it's offered is to show the defendant denied the allegations.

19  Well, that's why we're here in trial.   He has denied these

20  allegations.   They can just say he has already made other

21  denials during the course of this interrogation.   I don't see

22  how that adds to anything and it is unfairly prejudicial.

23         The rest of the paragraphs we just believe they are

24  irrelevant and have nothing to do with this case.

25         That goes for the rest of what the Government has

**October 15, 2008**

## Layee - Redirect

1  labeled paragraph 11.   That's our position on those statements,
2  Your Honor.
3          THE COURT:   Thank you.
4          I'll hear from the Government.
5          MS. HECK-MILLER:   Thank you, Your Honor.
6          The Government has endeavored to make a meaningful
7  distinction between that which we don't need to elicit and that
8  which we think is relevant.   Therefore, we've already made a
9  number of concessions and we think that is the appropriate
10  analysis here.
11          We think the material that remains in dispute between
12  the Government and the defense is clearly relevant and that the
13  defense has not offered cogent reasons why it is not relevant.
14          For instance, with regard to numbered paragraph 1,
15  counsel notes we already have had testimony concerning use of
16  the name Roy Belfast.   The Court has already ruled on that.
17          Similarly, we have already had testimony concerning
18  the matter in the second paragraph which is his family history
19  and provenance.   We would submit his family history is directly
20  relevant here.   Obviously, his relationship with the father,
21  Charles Taylor, is relevant and the history of how his family
22  evolved in this regard is, we submit, relevant and the defense
23  also has not articulated any reason why that relevant evidence
24  is unfairly prejudicial in any way.   We believe the entirety of
25  numbered section 1 should come in except for the Social

**October 15, 2008**

## Layee - Redirect

1   Security number, which we have agreed to withhold.

2          With regard to paragraph 2 or numbered section 2, the

3   initial, the statement concerning not having any other fathers

4   and not being familiar with any other names used by his

5   biological father is relevant and this really segues into the

6   discussion of section 3.

7          Defense counsel said "Well, this relates to the

8       passport violation and, therefore, it's not relevant."

9          The "therefore" is not correct, Your Honor.   There's

10  clearly relevance in this case to the defendant having sought

11  to obscure and hide the identity of his father in a case in

12  which he is charged with being a co-conspirator with his

13  father.   There's no question that it's relevant.

14         Defense counsel's objection -- if I could do myself

15  the injury of making the better objection than they did, some

16  claim it's somehow prejudicial or irrelevant or unfairly

17  prejudicial, we submit it's not, Your Honor.   First of all, we

18  are not going to delve in any way into the notion of a

19  passport -- quote/unquote -- violation or a notion that this

20  was a distinct crime.   We will elicit the defendant was

21  arrested.   This is a post-arrest statement, but we will not

22  bring out the substance of the matter for which he was

23  arrested.

24         The fact an individual makes a false statement

25  concerning material that is directly pertinent to his crime is

**October 15, 2008**

# Layee - Redirect

1    typically a classic example of something that is admissible.

2    Many of those admissions are done in settings where they

3    constitute an independent crime.   Every false denial of guilt

4    that a defendant or a suspect makes could also be characterized

5    as a false statement in violation of 1001.

6                We do not believe that the mere fact that in this case

7    it was done in a passport application insulates it from

8    production.

9                As I said, we're perfectly willing not to elicit in

10   any way that this gave rise to a prosecution or that it

11   constitutes a distinct criminal offense, but in this case we

12   have seen the defense make very pointed use of false statements

13   supposedly by witnesses as pertinent and here the false

14   statement by the defendant is pertinent specifically to the

15   matter of this case which involves and implicates his

16   relationship with his father.

17               So, of this large section which is numbered 3, we do

18   not intend to elicit nearly everything that is stated here.   If

19   it would assist the Court, I can tell you exactly what we do

20   intend to elicit, but it is, basically, the defendant

21   acknowledging that in his passport application he gave

22   information concerning the name of his father that is not the

23   name of his father and the place of birth that is not the place

24   of birth of his father.

25               THE COURT:   As to the paragraph numbered 2 --

**October 15, 2008**

# Layee - Redirect

1          MS. HECK-MILLER:    yes, ma'am

2          THE COURT:   -- what is the relevance of his statement

3    that he had no other fathers or adopted fathers.

4          MS. HECK-MILLER:  Well, first of all, we see that that

5    is not -- that that itself is false.

6          THE COURT:  Beyond the falsity of it, what is the

7    relevance?

8          MS. HECK-MILLER:  More specifically, the relevance is

9    his indication he was not familiar with any other names used by

10   his biological father because later on in the statements that

11   are contained in section 3, he says when he's asked about the

12   false name that he gave for his father, he says "I think it's

13      one of the names my pops used."  So he claims the name he

14   put down of Daniel Smith, he said "I think it's one of the

15      names my pops used."  That's the relationship between

16   circled item 2 and circled item 3.

17          Your Honor, with regard to item 4, that's moot.  We've

18   agreed not to elicit that.   Item 5 is moot.

19          Item 6, the defendant's appreciation and admitted

20   curiosity about child soldiers is directly relevant in this

21   case.   This case revolves around the relationship and the

22   command relationship between the defendant and the ATU.   His

23   focus on the existence of child soldiers is something that is

24   pertinent to his own command and control tactics and techniques

25   that he used for the ATU and is relevant.

**October 15, 2008**

# Layee - Redirect

1           Similarly, his admission of learning how to strip down

2    an AK-47 is relevant.   This is a case in which we have charged

3    a conspiracy to use firearms in the commission of crimes of

4    violence and we also have a substantive count to that effect,

5    and although in that substantive count the victim's testimony

6    was with regard to a pistol and not with regard to an AK-47, we

7    believe that the conspiracy count clearly subsumes the array of

8    weaponry that was used by the ATU.

9           The Court may recall also that we had testimony from

10   one witness as to the defendant actually being the one who

11   brought weapons to Gbatala Base and, therefore, we think that

12   that statement is relevant.

13          With regard to item 7, Your Honor, defense counsel

14   characterizes it as irrelevant because it references a

15   disagreement between the defendant and his brother-in-law.   But

16   the significance is not the disagreement with the

17   brother-in-law, per se, but the fact that that fight that he

18   had with the brother-in-law gave rise to a disagreement with

19   his father, Charles Taylor, and led to Charles Taylor putting

20   the defendant in jail for two weeks.

21          This is a case in which we have already seen

22   circumstances in which, although they are in a conspiracy

23   together, there are certain tensions between father and son.

24   For instance, we had the testimony from him Jusu and Turay

25   concerning how enraged the defendant became when he learned

**October 15, 2008**

# Layee - Redirect

1  that there was a message from his father to take those men to

2  Monrovia and that their lives were going to be spared.

3           We believe that the contentions between the father and

4  the son are relevant.  They certainly tend to make more

5  probable the scenario that was described by the two witnesses

6  that I just mentioned, Jusu and Turay, and, in fact, defense

7  counsel in their cross-examination of at least one of them

8  expressed some sort of skepticism at that notion.  Therefore,

9  we think that it is pertinent that the defendant himself

10  acknowledges the tensions between himself and his father as

11  reflected in item 7.

12           Item 8 is moot.  We have agreed not to elicit that.

13           With regard to item 9, Your Honor, we have broken it

14  down into three paragraphs and what we seek to elicit is the

15  first sentence of paragraph 9 A.   "He admitted that there were

16     situations in which the ATU bodyguards were associated with

17     the deaths of Liberians."

18           We have agreed -- this is a matter of some sensitivity

19  to the defense -- not to elicit the specific death of this

20  individualize, Isaac Gonoh and, therefore, the rest of

21  paragraph 9 we would not be eliciting.  We have also agreed not

22  to elicit paragraph 9 B with regard to an incident in which a

23  girl was killed in his presence.

24           However, we believe paragraph 9 C could not be more

25  relevant to this case.  The defendant's admission that there

**October 15, 2008**

# Layee - Redirect

1    were persons under his command that he said were --

2    quote/unquote -- overzealous is directly relevant to his

3    knowledge and appreciation of conduct by people under his

4    command.   Of course, he did some rationalizing statements about

5    those, but we believe that those rationalizations also are

6    relevant.   His statement he may not have been as strict as he

7    should have been with his men is relevant and also introduces

8    the premise which I earlier alluded to that his father didn't

9    like the fact Chuckie Taylor's men would act in such ways.

10            We believe that all of this is directly relevant to

11   the issue both of the defendant's appreciation of misconduct by

12   people that he commanded and also of the relationship between

13   the defendant and his father.

14            Certainly the statement that he never personally saw

15   his men kill anybody is directly relevant as a false

16   exculpatory statement directly contrary to evidence in this

17   case.

18            With regard to item number 10, Your Honor, we believe

19   that, again, this reflects appreciation by the defendant of

20   misconduct by the ATU and that that is pertinent in the context

21   of this, the charged conspiracy.

22            Finally, Your Honor, with regard to paragraph 11,

23   first of all, let me dispose of portions 11 C, D, C and D,

24   because we have agreed not to bring those out.   So those are

25   moot.

## October 15, 2008

# Layee - Redirect

1        With regard to paragraph A, we do not intend to

2    develop at great length the whole proposition that was

3    presented by the agent to the defendant that brought forth his

4    response, but simply that they confronted the defendant with

5    the fact that they were investigating him and that there

6    were -- let me just take a look at this.

7        Basically, I would keep it as general as possible,

8    that the agents told the defendant that they were investigating

9    acts supposedly by the defendant and the ATU and that he should

10   come clean and that the defendant said he was being framed by

11   his enemies.  It is that statement, that he was being framed by

12   his enemies that is pertinent and that is relevant here.

13       Your Honor, there is case law that supports the

14   proposition that in eliciting a defendant's statement, the

15   elicitation of the agent's questioning that gives some context

16   to them is permissible, and we would seek to do it in that very

17   generalized fashion so that when we get to what is clearly

18   admissible, which is the defendant's response, his claim that

19   he's being framed by his enemies.

20       With regard to paragraph 11 B, the travel of the

21   defendant that eventually brought him to Trinidad is pertinent

22   here.  It marries up to the testimony that he is arriving from

23   Trinidad to Miami International Airport and is what brings him

24   into the Southern District of Florida, which is one of the

25   facts that we do have to prove, the joint basis for

**October 15, 2008**

## Layee - Redirect

1  jurisdiction here being citizenship and being found in the

2  United States.  The defense has not articulated any prejudice

3  either from the elicitation of 11 B.

4           With regard to 11 C, Your Honor, which I think is the

5  last item, I cannot imagine anything that could be more

6  pertinent and relevant than the defendant's acknowledgement

7  that he has been taught about the Geneva Convention and has had

8  explained to him what torture was.

9           That certainly goes to show his --

10          THE COURT:  I'm sorry.  Where are you reading from?

11          MS. HECK-MILLER:  11 C, Your Honor, on page 12.

12          THE COURT:  Yes.

13          MS. HECK-MILLER:  This is where he's talking about

14  David Smith, who was his mentor, and acknowledges that Smith

15  taught him how to shoot, explained the Geneva Convention,

16  explained what torture was, et cetera, et cetera, and we

17  believe that is directly pertinent in terms of the defendant's

18  knowledge concerning the conduct that is at issue in this case.

19          Accordingly, Your Honor, we would respectfully submit

20  that the division of these items as we set them forth --

21          THE COURT:  I'm sorry.  You agreed not to read in 11

22  D?

23          MS. HECK-MILLER:  Yes, Your Honor.  We've agreed --

24  let me make sure.  All of this about transporting weapons, 11

25  D, beginning on page 12 and carrying over to page 13, we've

October 15, 2008

## Layee - Redirect

1  agreed not to elicit that.

2           THE COURT:   And 11 E?

3           MS. HECK-MILLER:   11 E -- Sorry, Your Honor.   I

4  skipped 11 E.   That we do intend to elicit.   This also relates

5  to his relationship with his father and, again, goes to the

6  tension aspect that I earlier expressed.   That even though he

7  was at odds with his father, he also was keeping close with his

8  father, that he had previously spoken to his father just a few

9  days prior to that and had given his father this advice which I

10 think one fair reading is at least a suggestion that Charles

11 Taylor should continue to provide for his family, i.e.,

12 possibly the inference including the defendant himself.

13          THE COURT:   Let me go over these numbered paragraphs

14 giving you my decision as to each, having carefully considered

15 the arguments today, as well as the parties' memoranda filed

16 earlier.

17          As to paragraph 1, it all comes in except for the

18 actual number of the Social Security of the defendant.

19          Paragraph number 2 is admissible.

20          Paragraph number 3 is admissible.

21          Paragraph number 4, deleted.

22          Paragraph number 5, deleted.

23          When I say "paragraph number," I'm referring to those

24 portions the Government has identified.

25          In paragraph number 6, the first statement regarding

## October 15, 2008

## Layee - Redirect

1  child soldiers is inadmissible.   The remainder is admissible.

2          Paragraph number 7, admissible.

3          Paragraph number 8, deleted.

4          Paragraph 9 A and 9 B are deleted.   9 C is admissible.

5          10 admissible.

6          11 A may be read as follows:   "Agents informed

7      Emmanuel that ICE had already spoken to witnesses and

8      victim blank.   Agents further advised Emmanuel that ICE

9      would continue to identify as witnesses and victims as

10      their investigations progressed, and blank.

11          "In response, Emmanuel claims that he was being framed

12      by his enemies."

13          11 B is admissible.   11 C is admissible.   11 D is

14  deleted and 11 E is admissible.

15          MS. HECK-MILLER:   Excuse me, Your Honor.   In paragraph

16  9 A, which the Court will recall we agreed not to bring out

17  about the death of Isaac Gonoh --

18          THE COURT:   Correct.

19          MS. HECK-MILLER:   -- we did want to bring out the

20  first sentence, and I don't know if the Court wanted to address

21  that separately.

22          THE COURT:   Where he admitted there were situations in

23  which his bodyguards were associated with the deaths of

24  Liberians?

25          MS. HECK-MILLER:   Yes, Your Honor.

**October 15, 2008**

## Layee - Redirect

1          THE COURT:   But not the remainder.   Yes, that's fine.

2          MS. HECK-MILLER:   Thank you.

3               Your Honor, I will get from Barbara the exact language

4     on the way to frame item 11 A.

5               Where the Court has indicated "and blank," is it

6     acceptable if we just eliminate that and keep the generality?

7          THE COURT:   Sure.

8               Any other issues for tomorrow?

9          MR. CARIDAD:   I'm just looking at the Court's ruling

10    on paragraph 9.   If the Court is going to allow any of it in,

11    it may be we think everything should come in.   If I could just

12    think about that?

13         THE COURT:   Very well.

14         MR. CARIDAD:   Thank you.   We're done then?

15         THE COURT:   Nothing else?

16         MS. HECK-MILLER:   Nothing further, Judge.

17         THE COURT:   You all have a good afternoon.

18

19

20

21

22

23

24

25

**October 15, 2008**

1        **C E R T I F I C A T E**

2            I hereby certify that the foregoing is an accurate

3    transcription of proceedings in the above-entitled matter.

4

5    __11/14/08__                    _____
         **DATE**                   **BARBARA MEDINA**

6                                    **Official United States Court Reporter**
                                     **400 North Miami Avenue, Suite 12-2**

7                                    **Miami, FL 33128 - 305.523.5518**
                                                   **(Fax) 305.523.5519**

8                                    **Email:** **barbmedina@aol.com**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Quality Assurance by Proximity Linguibase Technologies**
**October 15, 2008**

**A**

**ability** 6:17
**able** 9:24,25 17:22 21:16 25:24 32:11 52:15 70:19
**able-bodied** 61:12
**above-entitled** 124:3
**abrasions** 33:25
**abused** 53:5 96:14
**Academy** 48:5,6,10 88:21,24 89:2,16
**accept** 29:19 30:9
**acceptable** 26:24 123:6
**accepted** 29:21
**access** 1:25 6:20,21
**accident** 102:24
**accommodate** 107:15
**accurate** 124:2
**accusation** 62:10
**accuse** 101:19
**accused** 17:19,19 111:2
**acknowledgement** 120:6
**acknowledges** 117:10 120:14
**acknowledging** 114:21
**act** 118:9
**acts** 55:1 119:9
**actual** 37:14 111:1 121:18
**addition** 13:3 102:20
**additional** 48:2 89:22,25 103:2 107:2,9
**address** 3:17 102:14 106:25 122:20
**adds** 111:11,22
**adjourn** 102:1
**administration** 17:5
**ADMINISTRATIVE** 3:15
**admissible** 27:12 114:1 119:18 121:19,20 122:1,2,4,5,13,13 122:14
**admission** 33:6 116:1 117:25
**admissions** 114:2
**admitted** 33:9 45:5,16 58:9,16 60:12 67:22 115:19 117:15 122:22
**adopted** 109:1 115:3
**adults** 77:2,5
**advanced** 19:16
**advice** 121:9
**advised** 122:8
**advising** 111:6
**affect** 43:2
**affiliated** 44:3
**Africa** 78:14
**African** 18:2 56:13 72:8,11,20,22 77:16,16,18
**afternoon** 102:11 123:17
**age** 5:19,21 75:20
**agency** 97:17
**agent** 45:7,17 50:9 58:11,18 60:15,22,25 67:23 68:1 102:17 110:6 111:5,6,7,12,15,16 119:3
**agents** 119:8 122:6,8
**agent's** 108:4,9 109:11 119:15
**aggression** 16:23
**ago** 22:15 102:24
**agree** 84:13 109:14 110:12
**agreed** 113:1 115:18 117:12,18 117:21 118:24 120:21,23 121:1 122:16
**agrees** 110:3
**Aha** 34:7 36:13 76:13 77:12 79:4 79:19 86:14 87:15,23 90:21 91:7 97:13 99:19 101:9
**ahead** 4:23 64:24 68:8 70:8
**aide** 42:4
**aim** 82:10
**Airport** 119:23

**AK-47** 59:24 80:11,12,14 109:22 116:2,6
**AK-47s** 46:4 65:9 80:16 109:21
**alert** 103:6
**Alhaji** 10:15,16,24 11:2,23 16:2 16:20 70:15 79:25 82:22 83:5 83:15 84:8,18,19,20,22
**allegation** 54:23 71:15
**allegations** 111:11,17,18,20
**allow** 103:25 123:10
**allowed** 49:7,11 53:9
**allowing** 106:24
**alluded** 118:8
**Aloysius** 104:9
**ALTONAGA** 1:13
**Ambassador** 29:15,15,16
**America** 1:4 58:3
**American** 18:5 87:17
**Americans** 18:2
**ammunition** 60:18
**ammunitions** 59:24
**amount** 68:9
**ample** 107:12
**analysis** 112:10
**Analyst** 22:24,25 23:12,14
**annotation** 34:8
**answer** 9:4 49:4,15 64:24 77:23 85:24 87:24 90:22
**Anti-Terrorist** 44:15,16 48:22,23 49:16 51:8 59:15
**anxious** 38:18
**anybody** 82:10,20 118:15
**anymore** 77:1 82:6
**Anyway** 72:16 110:9
**Apart** 6:1 78:13
**apartment** 99:11,12
**apparently** 81:17
**APPEARANCES** 1:16
**appeared** 90:7
**application** 100:1 101:19 109:4 109:7 114:7,21
**applied** 29:12 97:14,16,21 99:23 99:24
**applies** 26:19 30:18
**apply** 97:9
**appreciate** 104:17
**appreciation** 115:19 118:3,11,19
**approached** 52:11
**appropriate** 112:9
**approved** 28:11
**approximately** 36:12
**area** 26:1 34:5 37:25 60:7 81:11 91:2,5,12,15,18
**areas** 6:9 34:21 80:21 81:9
**arguments** 121:15
**arm** 33:17,17 82:15
**armed** 81:21 84:9
**arms** 41:16 72:22 82:22 83:7
**array** 116:7
**arrest** 61:15,20
**arrested** 22:23 23:16 29:10 57:19,22 61:16 62:3 63:15 65:22,24 93:3,7,7 96:16 113:21,23
**arresting** 12:13
**arrive** 60:5 69:7 94:3 95:10 98:6 98:7
**arrived** 24:6 24:15,15 25:7 64:9 90:13,19,24 94:6,16,22 95:4,8
**arriving** 103:21 119:22
**articulated** 112:23 120:2
**asked** 27:16 30:13 37:25 64:25 86:13 92:9,11 95:13,18,22 100:13,25 101:7,13 105:24 115:11
**asking** 27:1,25 107:22,23 110:21
**aspect** 121:6

**assigned** 42:2 92:18
**assignment** 57:16
**assist** 72:18 114:19
**assistance** 18:3
**assisting** 16:22
**associated** 110:10 117:16 122:23
**assume** 7:3 53:3,5,13
**assumed** 21:21
**asylum** 29:11 30:3 97:8,9,14,16 97:21 101:13,14,16,19
**attacked** 58:3 83:2 84:11
**attempt** 69:20 109:14
**attire** 59:11
**Attorney** 1:18,22
**attributed** 55:1
**ATU** 44:12,14,15,21,25 45:12,13 45:22,24 46:6,21 47:1,6,12,22 49:5,21 54:4,7,16 56:11,23 57:4,6 59:18 86:10,11,16,24 86:24 88:9 89:14,22 90:1,9,13 90:14,17 92:25 110:10,21 111:7 115:22,25 116:8 117:16 118:20 119:9
**August** 22:12,16 30:14
**Australia** 5:7
**authority** 47:6
**Avenue** 1:23 2:9 124:6
**avoided** 38:19
**aware** 27:9,19 44:12
**A.F.P.D** 2:2,3
**a.m** 4:7,13,16 29:8 31:4,10 32:21 33:10 36:1 38:14 39:12 62:24 68:20,24 75:13 100:11 101:24
**A.U.S.A** 1:17,18
**a/k/a** 1:8 20:6

**B**

**B** 110:12 117:22 119:20 120:3 122:4,13
**back** 4:9 6:21 14:10 17:4 18:14 24:14 34:6,13,19,24 39:2 54:1 56:24 63:2 69:23 71:18 72:5 81:7 103:1
**bad** 49:5 81:22 94:25 95:1
**badge** 59:12,14,15
**Baechtle** 102:17 104:9
**ballot** 62:1
**Barbara** 2:8 123:3 124:5
**barbmedina@aol.com** 2:10 124:8
**barbwire** 52:2
**Barclay** 62:8,11,18 63:2,5 93:19
**barracks** 45:2,2 62:9 93:20
**base** 43:7,7,9,11 48:22,23,25 49:5,7,17 50:2,23 51:1,2,5,6,7 51:9 54:6,25 56:19,23 57:3,11 57:20,25 89:8,9,14,23 90:1,10 90:12,13,19,24 91:2,22,25 92:16 116:11
**based** 46:5 107:9
**basic** 18:23
**basically** 54:8 114:20 119:7
**basis** 107:3 119:25
**bathroom** 4:11
**beams** 26:2,3
**bearer** 8:12,14,16
**beaten** 53:19
**beatings** 71:13
**becoming** 28:22
**beginning** 4:16 29:8 31:10 36:1 38:14 39:12 75:13 100:11 110:9 120:25
**Begins** 3:13
**behalf** 109:20
**Belfast** 1:8 108:20 112:16
**belief** 74:24 90:14

**believe** 4:21,25 21:19,22 34:5,9 54:2 69:15 75:1 103:15 105:4 108:24 109:16 110:4,12,22 111:23 112:24 114:6 116:7 117:3,24 118:5,10,18 120:17
**believed** 30:8 46:20,25 54:6,7
**believes** 104:19 105:13
**belong** 40:13,14
**benefit** 105:7 107:20
**Bengue** 20:20,24 26:12 63:6,7 67:20,20 69:12 93:25 94:1,11
**Benjamin** 43:22 61:12 63:10,11 63:14,17,18,19 64:8,9,10,13 64:14,17,25 65:12,13,19,21 66:8,9 67:8 70:10,11,13 85:7 85:10,12 86:3,7 92:10 93:17 101:8,10
**best** 7:11,25 8:4 24:25,25 25:2,4 76:12
**better** 70:19 113:15
**beyond** 18:24 30:24 38:23 71:14 115:6
**bias** 9:1
**big** 47:11 51:16 56:16
**bigger** 56:17,17
**Bility** 2:14 4:14,18,20 9:4 10:7 14:10 22:1,19 24:19 26:13 27:3,15 28:14 29:10 30:3 69:11 73:20 84:13 94:22 95:19
**Bill** 25:19 26:4
**Billy** 69:11
**bind** 78:17
**binds** 78:16
**biological** 109:2 113:5 115:10
**birth** 106:13 114:23,24
**bit** 4:23 33:15 51:20 95:4
**bitterly** 69:25
**black** 46:2
**blade** 34:20
**blame** 106:18
**blamed** 106:16
**Blaney** 29:16
**blank** 122:8,10 123:5
**blindfolded** 72:5 73:12
**body** 26:20 32:12,16 33:5 37:13 37:23 39:3 71:8
**bodyguard** 61:23,25 62:2
**bodyguards** 110:15 117:16 122:23
**boiled** 70:17
**Boley** 15:13
**Bomi** 39:23 44:2 80:24,25,25 82:2
**Bong** 48:24 73:24
**border** 81:8 97:4
**born** 5:21 39:20,21
**Boso** 18:8
**Boston** 22:7
**bottom** 14:11
**box** 60:23 82:14,17
**boy** 31:13
**break** 47:8,10,11 88:2,13,17 105:14,19,20,20 106:8,9,20,20 106:23 107:12
**breath** 107:24
**brief** 67:15 69:4
**bring** 4:5 60:1 61:5 68:23 103:3 111:7,12 113:22 118:24 122:16,19
**brings** 119:23
**broader** 51:21
**broken** 102:25 117:13
**brother** 10:25 77:21
**brothers** 5:7,11,13 18:10
**brother-in-law** 109:25 116:15,17 116:18
**brought** 14:15 21:12 24:17 30:6 40:10 74:20 94:17 98:1,2

116:11 119:3,21
**Bruce** 10:6 104:11
**BTC** 62:9 93:20
**building** 45:19 50:11,12,13
60:17,20,23
**buildings** 45:13
**built** 52:3,4 66:23,24
**bunch** 79:2
**Bureau** 74:5
**burn** 34:15,16 36:18
**burned** 26:21,22 33:23 35:3
**burns** 34:23 35:5,6
**business** 18:21
**businesses** 18:24 19:1
**b-e-n-e** 31:13
**B-e-n-g-u-e** 63:8

---

**C**

**C** 110:14 117:24 118:23,23 120:4
120:11 122:4,13 124:1,1
**calendar** 101:4 105:21
**call** 5:14 19:24 20:1 28:20 47:12
56:15 70:14 72:12,23 75:15
77:17 102:16 103:13,16
**called** 5:6,8,9 11:10,15,18 15:13
18:8 19:6,21 26:14 30:5 44:12
87:17
**calling** 104:7
**calls** 31:6 39:9
**camouflage** 87:3,6,7,17,17,19
90:9
**campus** 7:8
**candid** 107:5
**candidate** 7:18,22,23 8:1
**capital** 17:16 43:14
**car** 102:24 110:6
**card** 28:20
**care** 31:20
**carefully** 121:14
**Caridad** 2:3,15,23 4:4,17 9:1,3
29:4 30:24 44:4 46:8,22 48:15
48:17 49:1,8,12,22 52:23 53:2
54:10,15,21 64:20 65:16 70:5
71:14 73:10 75:14 100:7
103:20 104:3,12 105:23
107:16 108:3,17 123:9,14
**Carolina** 98:17
**CAROLINE** 1:18
caroline.miller@usdoj.gov 1:21
**carried** 27:4,5,5 80:12,14
**carry** 27:8 53:18
**carrying** 80:16 120:25
**case** 1:3 11:23,23 19:13 30:19
68:19 102:8,9 103:6,25 105:6
106:4,9 107:9,10,15 108:24
109:3,5,8,8,23 110:1,25 111:1
111:8,24 113:10,11 114:6,11
114:15 115:21,21 116:2,21
117:25 118:17 119:13 120:18
**cases** 105:18,22
**cast** 9:13
**catch** 107:24
**cause** 33:21 34:2
**caused** 54:12,14
**CECILIA** 1:13
**cell** 6:22,23,23
**Center** 62:8,12,18 63:2,5 93:20
**certain** 5:21 12:9 48:13 70:19
73:1,25 88:10 106:13 116:23
**certainly** 38:5 104:21 105:14
117:4 118:14 120:9
**Certificate** 2:25
**certify** 124:2
**cesarean** 106:14
**cetera** 106:16,16
**changed** 30:3,5,11
**characterization** 101:7

---

**characterize** 106:12
**characterized** 114:4
**characterizes** 116:14
**charge** 43:19,21 46:6,20,25
49:21 63:11 91:25
**charged** 55:3 64:21 74:18
113:12 116:2 118:21
**Charles** 1:8,9,9 8:1,9,12,18 11:5
12:4,16 14:23 15:3,24 16:23
17:18 19:21 43:1,5 44:10
53:13 58:12 62:2 65:25 73:22
83:2 85:8 93:13,14,16 100:19
100:21 112:21 116:19,19
121:10
**checkpoint** 67:1,2 81:6,14
**chest** 34:5,6 56:24
**chevrons** 3:19
**Chicago** 32:8
**chicken** 34:12
**chief** 22:25 23:9,11,12,14 47:14
62:13 93:11,15
**child** 19:11 106:13 109:20
115:20,23 122:1
**children** 19:2 76:5 98:22
**CHRISTOPHER** 1:22
christopher.graveline@usdoj...
1:24
**Chuckie** 1:8 46:7 47:4,5,7,13,15
47:24 49:20 59:8 70:9,11,13
88:1,12 92:25 101:20 118:9
**circled** 108:6,10 115:16,16
**circulation** 23:4,5
**circumstances** 106:17 116:22
**CITATION** 3:8
**citizen** 28:22 29:1 100:5
**citizenship** 120:1
**claim** 113:16 119:18
**claims** 115:13 122:11
**clarification** 92:5
**classes** 50:2,5,13,16 51:2
**classic** 114:1
**classroom** 50:22
**clean** 119:10
**clear** 84:10
**clearly** 112:12 113:10 116:7
119:17
**client** 38:9 88:1 108:25 109:19
110:5 111:2,17
**clients** 31:20
**client's** 108:5
**clinic** 32:8
**clock** 63:1
**cloistered** 26:1,3
**close** 5:10,15,16,17 15:22 20:25
26:4 39:13 52:2 76:17 77:17
77:17,18 78:1 96:9 103:12
121:7
**closer** 69:22,23 78:11
**closest** 8:2
**clothes** 42:1
**Coalition** 10:3,13
**Coast** 17:13
**cogent** 112:13
**collaboration** 83:14
**collective** 12:11
**College** 50:6,12 52:6,8
**Colonization** 18:5,5
**color** 46:1
**colors** 46:2
**combination** 16:16
**come** 17:17,18 18:10 30:1,7,10
41:12 42:22 43:8,18 46:12
57:3 62:23 63:24 71:20 73:4
81:6,7 95:12 99:16 101:17
109:15 112:25 119:10 123:11
**comes** 14:19,23 20:10 121:17
**Comfort** 104:10
**comfortable** 26:6

---

**coming** 64:15 103:6 104:15
**command** 54:4,25 115:22,24
118:1,4
**commanded** 118:12
**commander** 54:6 57:4,6 85:10
85:12,14,24,25 86:8 90:19,24
92:2,9,10,11,14,15 101:8,10
101:11,12
**commission** 97:19 116:3
**common** 34:12
**communication** 7:1 30:1,6,7
**community** 61:12
**complete** 37:25 48:20
**completed** 38:10 89:18
**Complied** 4:24 45:7,17 50:9,19
51:25 58:11,18 60:15,21,25
67:23 68:1 72:7
**composed** 16:8 17:1
**composing** 16:25
**comprehensive** 31:19
**comprised** 16:13
**computer** 32:24
**Conakry** 97:3
**concerning** 108:1 109:20 110:6
112:15,17 113:3,25 114:22
116:25 120:18
**concerns** 106:25 107:7
**concessions** 112:9
**concluded** 106:10
**concluding** 109:11
**condemned** 27:14 28:7,8
**condition** 103:7
**conduct** 21:21 118:3 120:18
**conference** 3:11,13,17
**confidence** 25:24
**confinement** 62:14 71:10 74:13
74:16 96:11
**confront** 111:8,12
**confronted** 119:4
**confusing** 110:17
**Congotown** 58:23,24,25 59:4
**conserving** 82:24 83:1
**consider** 27:2 76:11 77:19
**considered** 26:5 76:17 77:2
121:14
**consistent** 35:4,6
**consists** 98:20
**conspiracy** 53:12 55:2,4 64:21
116:3,7,22 118:21
**constitute** 114:3
**constitutes** 114:11
**Constitution** 14:5 82:13
**contact** 6:20,25 20:13,17 22:4
22:10,11 38:20
**contained** 115:11
**contains** 108:5
**contentions** 117:3
**CONTENTS** 2:12
**context** 118:20 119:15
**continue** 121:11 122:9
**continued** 109:12
**continues** 109:10
**continuing** 55:4
**continuous** 74:16
**contrary** 118:16
**contributing** 23:9,9
**control** 12:16,18,23 13:1,5,10
14:25 54:4 81:25 82:2,3,4,6,24
83:12,16,21,24 115:24
**controlled** 18:22 80:21,23,24
81:2,8,11 82:22
**cont'd** 4:15
**Convention** 120:7,15
**CONVENTIONS** 3:15
**conversation** 21:13 30:13 110:5
**copy** 23:10 108:4
**correct** 5:3,17 6:13 10:16,25
11:6,7,17,19,22 12:2,7,17,21

---

12:22 13:6,8,12,18 14:21,22
14:23,24 15:2,4,5,7,21,23,25
16:8,10,24 17:3,4 19:9,22 20:5
22:7,19,24,25 26:17 36:16,17
36:25 37:6 42:10 53:8 77:13
79:18,20,24 80:2,17 81:12
85:5 86:15 89:23 91:5,6,22
100:14 105:13 109:17 113:9
122:18
**correction** 14:15
**correctly** 84:14
**correlates** 56:13
**corroborating** 104:6
**corroboration** 54:3
**Council** 15:14,19 79:5
**counsel** 3:16 21:16 26:24 30:13
100:13,25 101:7,13 105:5,11
107:1,3,12,14 112:15 113:7
116:13 117:7
**Counselor** 29:16
**counsel's** 106:25 113:14
**count** 55:3 116:4,5,7
**country** 10:8 12:16,18,23 13:1,5
13:11,14 15:1 16:23 19:6
27:17 28:24 29:23 39:3 39:22
42:8 81:9,25 82:3,4,11,23
83:12,16,18,19,21 84:2,4
98:15
**county** 5:6 6:4,9 17:14,18,20
20:11,21 39:23 44:2 48:24
73:24 80:24,25 82:2
**coup** 13:11 66:1,2,5
**couple** 20:3 48:8 103:16,25
107:24
**course** 95:2 100:3 105:25
111:21 118:4
**court** 1:1 2:8 3:14,17 4:1,5,6,8
4:11,12 9:2 27:12 29:6,24 31:3
32:22 33:9,12 38:12,24 39:6,8
44:5 46:23 48:18 49:2,13,25
51:22 55:1 56:1 64:22 65:17
68:17,21,23,25 70:6 71:16,24
72:13 73:11 74:20 100:9
101:23,25 102:4,6,14,21 103:6
103:11,18,22,25 104:1,5,16
105:10,12,14 106:7,18 107:5
108:1,9,11,16,20 112:3,16
114:19,25 115:2,6 116:9
120:10,12,21 121:2,13 122:16
122:18,20,22 123:1,5,7,10,13
123:15,17 124:6
**courtesy** 48:11
**courtroom** 1:25 4:7,13 68:20,24
102:13
**Court's** 105:13 107:6 123:9
**cover** 107:1
**covered** 52:4
**co-conspirator** 113:12
**crime** 74:18 109:7 113:20,25
114:3
**crimes** 116:3
**criminal** 114:11
**cross** 4:15 35:25 67:2 75:12
104:13
**crossed** 8:14 72:2
**cross-examination** 2:15,19,23
117:7
**crying** 24:18 69:25,25 95:15,15
**curiosity** 115:20
**current** 8:3
**currently** 34:10
**Cyrus** 61:21,22 62:1,5,8,10,22
63:2,9,10,16 64:25 65:1
**Côte** 17:12

---

**D**

**D** 118:23,23 120:22,25 122:13

**damaged** 110:7
**danger** 18:6
**dangerous** 81:17,19
**Daniel** 115:14
**dark** 25:9 95:12,12
**date** 36:9 38:4,9 61:17 96:22,24
124:5
**David** 104:11 120:14
**day** 16:4 24:22 25:2 32:9,12,15
38:3,16 61:15 73:17 76:22
94:17,19,20 101:4 102:4,6
103:5 105:16,19,20,21 106:5,8
106:9,24 107:2
**days** 94:21 103:10,25 105:17,18
105:23 106:21 107:1,24 121:9
**day's** 105:14 106:20
**death** 13:24 117:19 122:17
**deaths** 110:6,10 117:17 122:23
**December** 20:13 21:23 30:11
32:6 33:5 36:10,10,12
**decide** 22:22 26:18 78:17 82:13
101:18
**decided** 19:5 79:22 83:12
**decision** 121:14
**deduce** 21:16
**deepness** 51:18
**defend** 19:6 82:16
**defendant** 1:11 2:1 55:2 109:22
109:25 110:14 111:6,9,9,13,13
111:18 113:10,20 114:4,14,20
115:22 116:10,15,20,25 117:9
118:13,19 119:3,4,8,9,10,21
121:12,18
**defendant's** 102:17 106:19
108:2 115:19 117:25 118:11
119:14,18 120:6,17
**Defender's** 2:3
**defense** 21:16 30:13 40:18 79:3
100:13,25 101:7,13 103:19
104:21 105:1,3 112:12,13,22
113:7,14 114:12 116:13 117:6
117:19 120:2
**deferred** 37:14,21 38:9
**delay** 106:5 107:9
**delays** 107:8
**deleted** 121:21,22 122:3,4,14
**delivered** 59:21
**delve** 113:18
**demeanor** 47:22
**democratically** 14:2
**Demon** 44:19 48:1
**demonstrate** 71:20
**demonstrated** 47:6
**denial** 114:3
**denials** 111:21
**denied** 67:13 103:22 105:12
108:20 111:18,19
**Department** 1:22
**departments** 5:25
**depressed** 38:18
**depth** 51:21
**Deputy** 29:16
**describe** 7:11,12 21:8,9 26:16
63:21 66:18 86:7 87:1 92:9
**described** 91:21 117:5
**describes** 110:14
**description** 3:5 26:23 91:5
**Descriptions** 3:12
**designated** 27:11
**detail** 110:15
**details** 30:21
**detained** 23:19
**develop** 119:2
**diagnosis** 32:1
**diagram** 33:14 36:23,24 38:8
**diamond** 5:5 6:8
**different** 5:25 7:9,9 13:4 37:25
46:2 53:17 77:1,8 78:18 83:16

87:4,5,19
**dinner** 7:5
**diploma** 89:11,13,13
**direct** 2:18,22 31:9 39:11 93:6
**directly** 112:19 113:25 115:20
118:2,10,15,16 120:17
**dirty** 35:14,15,16
**disagree** 17:5
**disagreement** 109:24 116:15,16
116:18
**discipline** 48:11 88:15,16
**disclosed** 110:3
**discuss** 30:17,20,23 68:19 102:8
**discussed** 7:10,13
**discussing** 8:11
**discussion** 113:6
**discussions** 21:17 104:22
**dispose** 118:23
**dispute** 112:11
**distinct** 113:20 114:11
**distinction** 112:7
**District** 1:1,1,14 119:24
**divided** 111:4
**division** 1:2 120:20
**docket** 107:6
**doctors** 103:3
**document** 37:1,3
**documented** 32:16
**Doe** 13:6,10,13,18 14:18,21 17:4
17:8,11,25 18:13,19 19:7,15
19:19,23 83:19,21,24 84:1,4
84:11,14,15
**Doe's** 19:20
**dog** 72:23,24,25
**doing** 15:3 41:25 54:7 76:25
77:8 88:6 89:12 101:20 111:3
**Dr** 104:11,21,24
**drag** 53:24 54:1 56:23,25
**Dragged** 57:1
**dragging** 53:22 56:20,22 91:22
**drape** 39:2
**drawing** 33:15 42:1
**dressed** 47:18,19 59:10,11
64:11 69:2 86:19
**drew** 69:23
**drinking** 7:6
**drive** 63:16,22 99:10
**drivers** 18:23
**driving** 63:21 64:3
**drove** 17:23 97:4
**due** 9:7,11 105:15
**Dulleh** 4:20,21,25 5:8,9,16,19
6:2 7:5 8:7 10:16,17 16:3 21:3
21:4,8,9,12 22:4,9 24:15 25:12
30:14,17 32:3,5,7,11 33:21
34:2,16,22 35:2,7,11,14,18
36:9 37:16,21 40:1 69:10,13
69:18,21,22 70:1,9 73:7,12,17
75:18,19 76:11,18 78:10 95:8
95:11,13 96:2 104:10
**Dulleh's** 33:17 34:14 36:24
38:16 80:2
**duly** 13:11,20,22 14:3,8
**duration** 106:21
**duties** 43:2,5 100:19
**duty** 43:10 58:4 62:4 100:20
**D'Ivoire** 17:12
**D.C** 1:23

**E**

**E** 121:2,3,4 122:14 124:1,1
**eager** 38:21
**earlier** 118:8 121:6,16
**earliest** 22:11
**early** 105:5
**economy** 18:22
**edition** 23:6

**editor** 22:23,25 23:7,8,10,10,10
23:12,14,17,18
**Edmond** 20:4,9,23 25:23 26:12
69:11 104:8
**effect** 116:4
**effectively** 82:22
**efficient** 107:5
**effort** 23:20,24 24:1
**efforts** 29:15
**either** 8:4,6,17,20 120:3
**elbow** 71:17 72:4
**elected** 13:12,20,21,22 14:3,4,8
14:12 15:24 42:25 82:20 84:11
84:14,16,18 85:8 100:20,21
**election** 7:18,20,21 8:21 9:5,14
11:5 15:22,24 43:2,18 44:11
84:16
**elections** 14:1,1,5,7 42:23
**electric** 35:9
**electrical** 35:8
**electricity** 64:17
**elicit** 53:17,21 54:2,5,18,20
110:13 112:7 113:20 114:9,18
114:20 115:18 117:12,14,19
117:22 121:1,4
**elicitation** 119:15 120:3
**eliciting** 117:21 119:14
**eliminate** 123:6
**Ellen** 8:2,9,13,18
**Email** 1:20 2:5,10 124:8
**Embassy** 24:11 29:25 30:4
**emerged** 13:4
**Emmanuel** 1:9 122:7,8,11
**emotional** 69:24 95:2
**employed** 99:1,5
**encourage** 105:10
**encouraged** 29:17
**encouraging** 30:8
**endeavored** 112:6
**ended** 96:10
**enemies** 53:13 119:11,12,19
122:12
**enjoyed** 107:19
**enlarge** 60:24
**enraged** 116:25
**enter** 66:22
**entered** 4:13
**entertainment** 7:6
**entire** 37:13 42:8 58:23 90:17
**entirety** 112:24
**escorting** 65:7
**especially** 17:17
**essentially** 43:16
**estimate** 24:25 25:4
**et** 120:16,16
**ethnic** 16:9,14,18,19 17:6,16
18:7,9 19:19
**evaluation** 31:22
**evening** 62:19
**events** 21:18 102:9
**eventually** 57:10 84:25 85:7
93:3,22 119:21
**everybody** 26:3,8 80:16 81:21
**evidence** 3:4 27:12 33:10 45:16
53:11 109:22 110:8 112:23
118:16
**evolved** 112:22
**exact** 61:15 75:7 123:3
**exactly** 114:19
**examination** 2:16,18,20,22,24
4:15 29:7 31:9 32:10 35:25
37:15,21 38:1,10,13 39:11
75:12 100:10
**examine** 32:11 37:3,7,8,9 38:2
104:13
**examined** 36:9 37:13 38:17
**example** 114:1
**exclude** 53:16

**exclusively** 16:15
**exculpatory** 118:16
**Excuse** 9:9 93:10 122:15
**excused** 31:3,4 39:6,7 101:23,24
**Executive** 43:12,13,16,23 44:20
44:24 45:1,2,14,22 46:5 47:7,9
47:15 88:8,9
**Exhibit** 3:6 32:19,20 33:7,10
**Exhibits** 3:2,3
**exile** 29:19
**existence** 115:23
**experience** 40:12 94:24,25 95:1
**explain** 70:1
**explained** 10:21 19:14 25:15
120:8,15,16
**expressed** 117:8 121:6
**extended** 16:23
**extensive** 104:22
**extent** 102:2
**extra** 106:5
**eye** 38:19

**F**

**F** 124:1
**face-to-face** 6:25
**fact** 78:10,20 91:19 113:24 114:6
116:17 117:6 118:9 119:5
**faction** 11:18,24 12:10
**factions** 11:9,14,15 12:8 13:3,4
40:17,20
**facts** 13:23 119:25
**fair** 12:5,17,24 14:25 19:10 26:23
81:25 106:11 121:10
**Fairly** 33:20
**false** 109:4 113:24 114:3,5,12,13
115:5,12 118:15
**falsity** 115:6
**familiar** 26:13 43:24 87:8 109:1
113:4 115:9
**families** 6:13 7:3 78:1
**family** 5:6,17 6:10,10 10:18
31:15 40:13,14 42:16 77:15,15
77:17,19 78:5,5 98:18 99:13
112:18,19,21 121:11
**far** 22:9 91:18 103:9
**farm** 73:22,23
**fashion** 119:17
**father** 6:15 20:19 109:2 112:20
113:5,11,13 114:16,22,23,24
115:10,12 116:19,23 117:1,3
117:10 118:8,13 121:5,7,8,8,9
**fathers** 109:1,1 113:3 115:3,3
**fault** 106:12
**favored** 17:5,6
**Fax** 1:20 2:5,10 124:7
**Federal** 2:3
**feels** 104:16
**feet** 56:25
**fellow** 96:12
**felt** 26:6 49:5
**fence** 66:23,24,24
**fight** 12:12 16:22 18:9 19:21,25
72:23,24,25 116:17
**fighter** 80:4
**fighting** 11:5 12:4 15:4,10,22
18:7 19:23 40:15 41:9 78:24
79:7,9 109:20
**filed** 29:11 101:14,16 103:21
108:4 121:15
**fill** 102:21
**final** 102:22 107:16
**finally** 74:13 118:22
**Finance** 42:2,6
**find** 38:6 57:3
**fine** 28:25 31:1 36:6 85:12,14,25
86:7 105:24 123:1
**finish** 48:13

finished 57:13 104:13
finishes 103:24 104:13
firearms 116:3
firing 91:8,9,10,10,12,14,19
first 5:11 6:23 16:19 17:13 32:5
36:14 42:4 46:12 53:6,15 70:1
71:7 93:20 94:3,5,11,22 95:4
100:25 102:21 105:15 108:17
111:5 113:17 115:4 117:15
118:23 121:25 122:20
fit 108:13
FL 1:19 2:4,9 124:7
Flagler 2:4
flashbacks 35:21
flat 29:22
flew 73:13
flight 106:15
floor 64:14 72:1
Florida 1:1,6 119:24
fly 73:15
focus 115:23
follow 53:1 56:1
following 104:8
follows 122:6
food 81:7
foot 26:2
force 40:19 70:14 79:3
forced 53:18
forcefully 83:21,24
Forces 44:19
forcibly 13:5
foregoing 124:2
forehead 70:14
foreigners 17:24
forklift 99:10
form 12:11 84:20
former 43:1 58:12
forth 119:3 120:20
forward 105:7,11
fought 12:6,9
found 111:12,16 120:1
foundation 49:24,25 103:14
four 14:6 15:18 60:3 111:4
frame 24:21 123:4
framed 111:10 119:10,11,19
122:11
fraud 109:3
free 41:4,6 80:20 81:7
Freetown 16:20,21
frequently 76:20
fresh 71:4,4 105:9
Friday 103:4,8 104:9,13,13
friend 5:14 7:12,12 21:8 40:4
76:18 77:3
friendly 6:10,12 20:22 21:2,4
friends 5:10,11,15,16 7:11 76:12
78:17,18
friendship 5:13,14 78:13
front 36:11 41:7 65:12
frontal 33:16
fuel 61:5,5,6
further 31:2 35:24 38:11 39:5
75:11 96:18 100:8 101:22
106:23 122:8 123:16
furtherance 64:21

G

games 7:7
gap 107:7
GB 50:8
Gbarnga 109:21
Gbatala 48:24,25 49:6,7,17 50:2
51:1,5,6,7,9 54:6 56:19 57:3
57:11,20,25 89:9 116:11
Gbili 56:15
general 7:20,21 119:7
generality 123:6

generalized 119:17
generally 9:20 18:21
generator 61:6,7,9
Geneva 120:7,15
genital 37:25
gentleman 16:3
gentlemen 4:9 21:2 65:21 68:18
101:25 102:7
geographic 9:11,24
George 15:13
getting 13:11 89:11
Gios 17:17
girl 117:23
give 17:11 24:25,25 59:18 88:1
89:13 104:16 105:14,20 106:4
106:8,9,20
given 80:6 106:20 121:9
gives 119:15
giving 80:20 92:25 121:14
go 4:23 5:23,24 7:5 18:21,24
29:19,23 43:7 48:14,20,22
49:7,11 52:17,18 64:5,24 68:8
68:21 69:21 70:8 73:21 75:22
76:9 81:7,11,15,17 82:14,17
89:1,13 96:18 97:2,25 105:10
121:13
goal 122:3,25
God 66:11,15
goes 54:2 111:25 120:9 121:5
going 6:1 14:10 17:4 24:14
26:16 33:24 34:5,13,19 39:13
45:15 48:25 49:5,6 53:3,5,8,14
53:15 54:2 60:10 64:4,5,6
66:22 67:21 78:24 83:2 91:15
102:17 105:18 107:7,15 110:8
111:15 113:18 117:2 123:10
Gola 40:14 78:7,7
Gonoh 110:8 117:20 122:17
good 4:1,9,18,19 7:12 14:17
23:5 36:3,4 81:22 92:2,9,10,11
92:14,15 101:11,12 102:11
123:17
government 1:17 3:16 16:22
17:20,22 19:3,4,17,18,24 27:6
27:8,10,11,15 28:12 32:20
33:10 39:9 42:12,17 54:11
82:18,25 83:1,3,11,14,15,16
83:17,24 84:11,11,12,15
102:16 103:24 104:4,19,25
105:4,24 106:3,8,16 107:4,16
108:7,18 109:10,12,13 110:2,8
110:24 111:5,25 112:4,6,12
121:24
governments 26:25
Government's 4:14 31:8 32:19
33:6 39:8,10 106:12 107:11
108:11,15
gown 39:1
graduate 57:10
graduated 57:20,24
grandson 26:5
grant 106:19
grateful 18:18
gravel 53:25 56:23,25 57:1
Graveline 1:22 2:16,18,20,22,24
8:25 29:9 31:1,5,11 32:17,23
33:6,11,13 35:24 38:15 39:5,9
44:6 45:4,8,18 46:10,24 48:19
49:3,10,14,24 50:1,7,10 51:19
51:23 53:17 54:13,17 55:3
56:2 58:19 60:22 61:1 64:23
65:18 68:2,22 69:1 70:7 72:14
72:19 75:10 100:12 101:22
102:2,5,21,22 103:12 104:7
gray 60:23 61:2
great 119:2
greatly 107:7
Grebo 20:10

green 28:19 46:2,2
Greg 104:8
grenade 59:24
gross 62:14,15 93:7
ground 52:11,13,13,13 53:9
grounds 45:13,14,23 47:8 88:9
88:10
group 11:6,21 15:13,14 16:1,9
16:15,19 17:6,13 19:10,19
27:6 56:11 64:10 65:7 83:9
84:9 94:9
groups 12:3 15:3,6,8,17,21
16:14,16,18,18 17:17 18:7,9
24:7,9 79:2,7
grow 75:24 76:25
growing 6:2,19 76:11
guard 43:11,12,16 44:20 66:25
66:25
guards 30:5
guess 14:10 23:6 45:6
guides 32:1
guilt 114:3
Guinea 97:3,4,6,9,12,19 101:14
gun 80:6,8
guns 79:11 82:12 84:21
guys 16:20 51:6 64:25 65:21,24

H

half 24:23 26:2 54:9 103:5
hammer 47:11 88:2,13,17
hand 71:2
handgun 80:10
happen 28:9 36:21 60:5 107:8
happened 18:20,25 22:20 24:16
25:13 27:8,25 38:21 54:8,22
54:23 67:13 69:18 70:2,4
71:20 82:17 83:13 84:9 95:14
95:17,18,22 97:23 98:4
happening 56:14
hard 52:13,13
Hassan 2:14 4:14 69:11 73:20
94:22 95:19
hate 107:8
head 10:14,15 36:24 37:1,2,3,7,8
37:9 42:20 54:19 70:18 79:25
85:7 90:14 102:25
headed 16:2
healed 35:6
health 31:17,20 35:20 39:1
hear 47:12 53:6 66:12 108:1
112:4
heard 27:9,10 56:13 88:12
105:22 106:10
hearing 102:10 107:6
hearsay 49:9,23 64:20 65:16
111:7
Heartland 31:17,18 36:7
HECK-MILLER 1:18 102:15
112:5 115:1,4,8 120:11,13,23
121:3 122:15,19,25 123:2,16
held 14:1,6,7 35:16 50:5,13,16
56:4 62:18 74:4
helicopter 73:13,15
help 29:2 58:2 106:25
helping 42:1
Herpes 34:10
hide 113:11
high 18:24 26:2 97:19
higher 42:16
hijack 82:11
hijacking 83:17,17
hill 64:4,5
hired 23:10
historically 19:11
history 14:15 17:11 18:13 38:19
112:18,19,21
hit 52:17 54:19 56:11

hitting 54:19
hole 20:4 21:12 24:14,15,16,17
24:20 25:6,9,14,16,21,22
25:22 26:10 51:13,15,17 52:2
52:3,4,19 67:4,16,17,20,24
68:4,9,12,14,15 69:3,5,10,20
69:22,24 70:1,22 71:8,9,11
73:2 91:9 93:24 94:2,5,9,17
95:11 96:2,3,4,5 101:1,12,25
holes 51:14,16 52:1,7,9,11,12,15
52:16,18 56:4 91:2,6,12,16,18
home 19:6 43:8 58:12,14 99:11
homeless 31:20
homes 17:21,23,24
Honor 4:4 8:25 30:25 31:1,5
32:17 38:11,23 44:4 45:4 46:8
49:8,22 51:19 52:23 64:20
70:5 71:14 102:5,15,22 104:18
107:6 108:3 112:2,5 113:9,17
115:17 116:13 117:13 118:18
118:22 119:13 120:4,11,19,23
121:3 122:15,25 123:3
hope 12:12 100:3,5 103:8,10
hostile 18:7
hot 26:20 34:4 35:3,5 70:16
hour 24:23 25:3
hours 25:4,7 107:14
house 58:25 59:2 60:10 63:10,16
63:17,18,19,20,25 64:4,8,9,13
64:15,17 66:24 67:3 93:18
houses 17:21
hug 69:22,23 95:15
Huh 68:6 85:13 99:2
human 24:7 48:11
Hyma 104:11,21,24

I

ICE 122:7,8
idea 25:15
identification 3:4,18 32:19,20
33:7 108:22
identified 85:21 121:24
identify 3:16 122:9
identity 113:11
Ill 1:10
ill 105:17
imagine 120:5
immediate 42:16 64:7
immediately 64:3,7
Immigration 67:2
implicates 114:15
important 31:22,24 78:14 94:24
105:6
inaccurate 17:10
inadmissible 122:1
incarcerated 23:19
incident 24:14 117:22
inclined 105:20 106:19
include 55:4
included 18:4
including 6:8 121:12
incredibly 31:24
independence 18:16
independent 15:15,20 114:3
INDEX 3:2,8,11
indicated 3:18 36:24 38:8
109:13 123:5
indication 115:9
Indictment 54:23 71:15 102:23
individual 113:24
individualize 117:20
industry-standard 3:18
inference 121:12
influence 19:5
information 31:23,25 38:25
114:22
informed 122:6

**initial** 113:3
**initially** 38:25 51:20
**injured** 41:12,14
**injuries** 32:16 36:16 37:5 70:20 70:24 102:25
**injury** 113:15
**INPFL** 40:18 79:2
**inserted** 35:9 37:17
**instance** 26:20 112:14 116:24
**insubordination** 62:14,15 93:8
**insulates** 114:7
**Integration** 7:15,25
**intend** 114:18,20 119:1 121:4
**intention** 28:22,24
**International** 24:9 119:23
**INTERPRETER** 72:18
**interrogation** 111:21
**interrupt** 4:22
**introduces** 118:7
**investigate** 53:4
**investigating** 53:8 119:5,8
**investigation** 74:5 111:8
**investigations** 122:10
**investigator** 85:16 86:2 92:4,13 109:7
**involves** 110:23 114:15
**involved** 21:18 24:4,7,9,11 109:7
**iron** 33:23 34:23 35:3,5 36:18 70:16,17,25 71:1,5
**irons** 34:18
**irrelevant** 110:4,23 111:24 113:16 116:14
**Isaac** 30:6 117:20 122:17
**issue** 118:11 120:18
**issues** 4:3 102:14,20 103:5 105:16 106:13,14 108:1 123:8
**item** 115:16,16,17,18,19 116:13 117:11,12,13 118:18 120:5 123:4
**items** 120:20
**Ivory** 17:12
**i.e** 3:19 121:11

**J**

**J** 11:10 12:1,8
**Jacques** 104:9
**jail** 29:13,22 40:10 47:8 67:4 110:7 116:20
**James** 104:11
**January** 22:2
**Jason** 90:19,24 91:25 92:2,7,9 92:11,14
**jebekutu** 72:12,16,17,21
**Jibba** 54:6,25 56:23 57:7 90:15 90:18 92:6,7
**job** 31:18,19 41:3 92:23
**John** 2:2 20:20,23 26:11 29:15 63:6 67:20,20 69:12 93:25 94:1,11
**Johnny** 61:21,22 62:1,5,8,10,22 63:2,9,10,16 64:25 65:1
**Johnson** 8:3,9,13,19 11:11,13 11:25 12:14 15:16 20:6,7,8,10 42:21 43:24 44:1,2,7
john_wylie@fd.org 2:6
**join** 19:2,3,6,25 79:22
**joined** 12:12 16:21 19:7 42:10,20 84:25 100:16
**joining** 19:20
**joint** 119:25
**journalist** 22:20,22
**JR** 1:8,9
**Judge** 1:14 29:4,5 54:10 100:7 108:4 123:16
**judgment** 22:21
**July** 57:19,22 61:19 74:14,15,15 93:3

**Junction** 20:4,24 21:13 73:5
**jurisdiction** 120:1
**juror** 4:13 105:17
**jury** 4:7 33:11 45:6 68:20,23,24 102:13 105:8 107:10 110:3,17 111:15
**Justice** 1:17
**Jusu** 116:24 117:6
**J-a-s-o-n** 90:19
**J-e-b-e-k-u-t-u** 72:18

**K**

**K** 11:10 12:8
**Kamara** 2:21 18:8 20:16 21:1,7 21:14 25:19,22 26:4 39:10,18 39:19 69:11,11 75:15 96:12,14 102:23 104:10,10,12
**Kamara's** 103:7
**KAREN** 1:17
karen.rochlin@usdoj.gov 1:20
**keep** 105:7,8,8 107:15 119:7 123:6
**keeping** 121:7
**Kel** 18:8
**kept** 35:15 62:13 91:15
**kill** 118:15
**killed** 13:7 14:21 17:14 19:18 54:18,20 117:23
**killing** 79:9
**kind** 6:14 34:24 47:5,23 59:23
**Kissi** 20:21,21
**KL** 67:22,25
**Klay** 20:4,24 21:13 40:8,9,9,12 66:17,18,22 67:5 71:10 73:1,5 73:7,21 74:9,11 76:17 93:18 93:22
**knew** 10:23 21:10,11,14,19,21 21:22 25:18,19,21,23,23 26:8 26:10,11,12 69:15 76:5
**knives** 79:13 84:21
**know** 5:4,5 10:18,21 16:5 18:13 18:16,21 20:12 21:2,4,10,11 21:12,17 22:9,10 25:5,13,18 27:13,18 28:6,6,24 37:3 40:1,3 41:15 53:15,20 62:25 65:21 67:10,12 69:18 73:13 75:19 94:11 95:5 104:12 107:5 110:18 122:20
**knowing** 21:9 111:2
**knowledge** 8:1,5 27:4 28:5 50:6 50:12 52:6,9 110:25 111:1 118:3 120:18
**known** 4:20,21,25 5:1 15:15 40:5 53:22 58:7 75:18 104:21 108:8
**knows** 54:11 106:8
**Koroma** 25:21
**Koumara** 25:22
**Kpelle** 20:19
**Krahn** 16:13,19 17:1,1 19:18
**Kromah** 10:15,16,19,24 11:2,10 11:23 16:2,21 41:22,25 70:15 79:25 82:6,8,22 83:5,15 84:8 84:18,19,20,22
**K-a-m-a-r-a** 39:19
**K-r-a-h-n** 17:2
**K-r-o-m-a-h** 41:24

**L**

**labeled** 112:1
**ladies** 4:9 68:18 101:25 102:7
**lady** 77:23 92:4
**Lahee** 39:18
**land** 18:11,12
**language** 123:3
**large** 19:4 23:3 33:19,20 114:17
**largely** 6:8,8 16:8,13 18:22
**Lassana** 41:22,25

**laughed** 47:23
**law** 27:22 82:12 119:13
**lawyer** 74:22
**lay** 49:24,25 103:14
**Layee** 2:21 20:15,16 21:1,6 21:13 25:21 39:9,10,13,19 51:24 54:11 56:3 61:2 68:5 69:2 72:8 75:15,16,17,18 76:14 87:24 100:13
**LDF** 79:3
**leader** 11:2,21,24 12:13
**leaders** 12:10
**Leading** 48:15
**lean** 4:22
**learn** 48:11,11,12 49:20
**learned** 116:25
**learning** 48:9 116:1
**learns** 19:11
**leave** 22:21 29:11,23 30:9 52:8 75:6,8 96:21
**leaves** 68:20 102:13
**led** 10:6 15:13,16 116:19
**left** 20:17 30:12 33:16 34:1,19,20 41:20 64:4,6,8 66:23 67:15 69:4 73:7,21 75:7 96:22,24
**left-hand** 50:20 67:4
**leg** 41:15 71:2,18,18 72:2,3,3,20
**legal** 28:18,19,21 84:17 89:11,12
**Legislature** 5:9
**legs** 33:24,25 34:4 39:3 72:1 102:24 103:2
**length** 119:2
**Leone** 16:20 97:5,5
**Leonian** 16:22
**lesions** 35:1
**letter** 11:20
**let's** 28:4 68:23 103:24 107:15
**level** 26:2
**Liberia** 5:25 6:1,1 19 7:8,19,20 10:4 13:19 14:23 15:14,19 17:13,15,22 18:3,6 19:11 20:11 22:20 23:4,23 24:1,3 26:13 27:4 28:1 29:11,23 39:21,22 40:15,17 42:8,12 43:14 74:25 75:1,2,6,7,8 78:8 78:8,25 79:18 80:23 82:12,13 84:17 96:21,22,24 97:2 102:25
**Liberian** 5:9 10:2,12 14:5 18:1 19:25 26:25 28:18 65:25 79:5 81:23 82:16,18 83:3,4,11,15 84:16,22 88:24 89:1
**Liberians** 17:24,25 18:1,13 19:24 83:2 110:6,11 117:17 122:24
**Libya** 110:2
**license** 47:24
**lie** 56:24
**life** 35:11,13
**light** 64:15 68:9,12,14
**liked** 78:22
**LIMO** 16:20
**line** 3:5,5 14:11 34:6 41:7 104:24 102:24 110:15
**listed** 79:2 102:22
**litigants** 105:22 106:10
**little** 4:22 5:19 13:15 51:20 66:24 82:9 95:4
**live** 44:25 45:1,3,12 75:2,4 98:15
**lived** 5:6 6:7,15,15 22:10 76:3
**lives** 117:2
**living** 6:5,5 20:12 22:6,9 31:14 98:13 99:7,8
**located** 17:16 52:7,9 63:18,19
**Lofa** 5:6,4,9 20:21 40:18 79:3
**log** 53:18 54:19 56:7,10,11,16,17
**long** 4:20 24:15,19 26:23 35:1 40:5,6 48:6 51:17,17 57:18 60:23 63:13 72:2 75:18,19

80:10 92:16 94:16 96:2,4 101:1,5
**look** 13:22 37:24 66:21 70:19,24 70:25 71:3 119:6
**looked** 54:24 66:18
**looking** 29:2 37:6 123:9
**looks** 104:5
**losing** 105:15
**lost** 105:16
**lot** 104:14,14
**lower** 5:5 6:9 34:24
**LPC** 15:14 40:19
**lunch** 102:1
**LURD** 67:10,12,14
**L-a-s-s-a-n-a** 41:24
**L-a-y-e-e** 39:19

**M**

**M** 1:8,13
**Mabendu** 104:9
**Mabutu** 25:21 26:7
**Mahon** 104:10
**main** 52:8 96:22,24
**major** 15:18 16:25
**making** 14:15 108:8 109:3 111:16 113:15
**Malone** 111:5,6
**man** 18:8 25:20 26:4 32:2 40:1 43:24 53:2,7,18,20 54:17,19 69:13 86:24
**managed** 52:19
**Mandingo** 16:9,14 17:1,6,14,19 18:8 19:4,12 20:9,18,19 40:14 78:7,8,19,20
**Mandingos** 18:1,15,18,20 19:2,9 19:13,17,20 20:1 78:10
**Manos** 17:17
**Mansion** 43:12,13,16,23 44:20 44:24 45:1,2,14,23 46:6 47:7,9 47:16 88:8,9
**man's** 53:23
**map** 32:16 33:5
**March** 108:5
**marijuana** 109:16
**mark** 13:20 70:25 71:1,5
**marked** 3:3 32:18,20 67:21,25
**marks** 39:2
**marries** 119:22
**Mary** 2:17 31:6,8,13
**Maryland** 20:10
**material** 112:11 113:25
**maternal** 10:21,24
**Matt** 104:9
**matter** 112:18 113:22 114:15 117:18 124:3
**Matthews** 10:6
**ma'am** 39:6 68:22 115:1
**McARTHUR** 1:17
**mean** 7:19 12:13 17:8 23:2 28:11 28:16 37:23 47:23 79:9
**meaning** 102:24
**meaningful** 112:6
**means** 102:6
**medical** 31:20 36:10 37:14
**MEDINA** 2:8 124:5
**meet** 32:2,7
**meeting** 32:9
**members** 7:8,9,14,15,16,17 8:4,6 8:7,15,17,17,20 20:9 57:14 66:5
**members** 5:6 23:23
**memoranda** 121:15
**memorialize** 32:14
**men** 45:24 61:12 69:7 84:9 90:5 117:1 118:7,9,15
**mental** 35:19
**mentioned** 7:13 16:17 20:3,4

61:14 69:13 109:18 117:6
**mentor** 120:14
**mere** 114:6
**message** 117:1
**met** 32:5
**metal** 26:20
**methods** 27:2
**Miami** 1:2,6,19 2:4,9,9 119:23
124:6,7
**microphone** 4:23 39:14 64:1
67:19 71:22,24,25
**mid-September** 107:18
**mid-trial** 105:12
**mid-west** 98:16
**MIGUEL** 2:3
**miguel_caridad@fd.org** 2:5
**military** 19:2,6,7,14,20,23,25
45:2,25 46:2 47:19 59:11
62:12 64:12 82:11 87:2
**militia** 27:5
**mind** 14:10 28:25 29:1 30:3,5,11
**minds** 105:9
**mine** 30:21
**miners** 6:8
**mining** 5:5
**Minister** 42:2,6
**minute** 17:4
**minutes** 68:18
**misconduct** 118:11,20
**missed** 106:15
**missing** 4:10
**Mississippi** 18:5
**mistake** 41:15
**mixed** 20:19
**Mohammed** 25:22 69:11
**moment** 29:4 68:5,7 100:7
**Momo** 54:6,25 57:7 90:14,18
92:6,7
**Monday** 103:9,24 104:10,14,20
105:1
**monotone** 38:18
**Monrovia** 6:4,5,6,7 12:10 41:4,6
43:15 59:5 63:24 66:9,13,22
73:25 74:2 76:1,3 80:21,22
81:4 117:2
**month** 22:13 35:17 57:24 77:6,7
77:7 94:18 96:8,9,9
**months** 22:15 29:22,25 48:8
60:3,3,3 77:7 92:17 102:24
**mood** 38:16
**moot** 115:17,18 117:12 118:25
**morning** 4:1,9,18,19 36:3,4 43:8
68:17 102:7
**mother** 10:25 20:19 30:2,7,8
108:23
**motion** 102:18 103:21 108:21
**Motive** 9:1
**motorcade** 57:17,18 58:5,6
61:14 92:20 100:18
**move** 33:6 53:16 106:4
**moved** 67:19
**Movement** 7:15,25
**MPP** 44:8
**Mulbah** 96:12,14 102:23 104:10

**N**

**naked** 67:15 69:4
**name** 11:20 13:15 21:6 23:6
31:12,13 39:16,18 40:1 53:5
53:20 54:11 58:14 69:13 72:16
108:20 112:16 114:22,23
115:12,13
**named** 32:2 43:24 96:12
**names** 53:6 54:2 109:2 113:4
115:9,13,15
**Naples** 45:7,17 50:9 58:11,18
60:15,22,25 67:23 68:1 104:8

**national** 8:12,13,15 9:17 15:16
48:5,6,10 74:5 88:21,24 89:1
89:15
**Nations** 97:18
**native** 35:19
**Naturally** 24:11
**NBI** 74:5 96:10
**near** 52:3,4 63:19 64:1 75:24
**nearly** 114:18
**necessary** 103:14
**need** 68:5,7 71:25 81:20 102:14
103:13,22 105:22 112:7
**needs** 31:21 71:22,24 107:9,13
107:14
**neither** 8:1,3
**never** 13:25 20:23,23 29:12,12
30:20 47:23 66:9,13 86:10
96:14 101:3 118:14
**new** 43:19
**news** 23:10,18
**newspaper** 22:25 23:1,2,7,8,13
23:14
**nickname** 44:16,18
**night** 66:16,17
**nightmares** 35:21
**Nimba** 17:14,20
**Nodded** 77:22
**normal** 27:23,24
**north** 2:9 17:15 98:17 124:6
**northeast** 98:16
**notes** 112:15
**notice** 87:5
**noticed** 39:2
**notion** 113:18,19 117:8
**NPFL** 12:6,9,12 15:15,15,19,20
19:16,23 40:18 41:10 79:2
80:16 83:3 109:20
**number** 13:23 19:4 104:20
108:17,18 112:9 113:1 118:18
121:18,19,20,21,22,23,25
122:2,3
**numbered** 108:12 109:10 112:14
112:25 113:2 114:17,25
121:13
**numbers** 108:15
**nurse** 31:15 36:3,7
**N.E** 1:19
**N.W** 1:23

**O**

**O** 56:23
**object** 53:12 60:23 61:2 108:19
**objected** 108:8,10
**objection** 8:25 30:24 33:8 38:23
44:4 46:8,22 48:15,17 49:1,8
49:12,22 52:23 53:2 54:21
64:20 65:16,16 70:5 71:14
73:10 108:17,19 109:17
113:14,15
**objectionable** 108:6
**objective** 82:8,10
**obscure** 113:11
**observations** 46:5
**observe** 34:14
**obtained** 34:22
**Obviously** 112:20
**occasions** 78:3
**occur** 28:6,8 36:16
**occurred** 18:14,14,15 102:25
**OCTOBER** 1:7
**odds** 121:7
**offense** 114:11
**offer** 30:9 110:8
**offered** 30:4 48:4 50:2,8 111:18
112:13
**office** 1:18 2:3 45:22 46:17 85:16
**officer** 4:5,11 86:16

**offices** 45:12 88:10
**Official** 2:8 124:6
**officials** 27:10
**Oh** 5:15
**Okay** 11:8 13:9 16:7 22:13 23:22
29:3 33:1 39:15 64:2 65:2 84:7
86:9 95:21
**old** 8:21 23:1 25:19 26:4 39:24
**older** 5:20
**once** 74:2,24 77:7 90:22 103:1
**ones** 15:18
**open** 3:14 56:1
**opinion** 101:10
**opportunity** 9:6 10:10 32:2 53:4
58:7
**oppose** 15:3
**opposing** 9:20 106:25 107:1
**opposite** 43:14
**ordeal** 26:14
**order** 27:11 47:7 62:12,16 88:22
88:12 93:8,11 103:14
**ordered** 88:17 93:7 110:7
**orders** 59:18 92:25
**organization** 11:4 12:15 31:16
81:22,24 84:20
**organizations** 18:4
**organized** 14:1 16:19
**Orlando** 108:23
**outline** 14:20
**Outreach** 31:17
**outside** 6:5 70:22
**oval** 34:15 35:1
**Overruled** 9:2 38:24 44:5 46:23
48:18 49:2,13 64:22 65:17
70:6 71:16 73:11
**overthrew** 13:13
**overthrow** 65:25 84:15
**overzealous** 118:2

**P**

**page** 2:13 3:5,5,9,12 109:11
110:20 120:11,25,25
**palm** 52:4
**paper** 37:11
**paragraph** 67:22 108:7,13,17,24
108:25 109:6,13,16,19,24
110:2,4,10,12,14,20 111:3,4,5
112:1,14,18 113:2 114:25
117:15,21,22,24 118:22 119:1
119:20 121:17,19,20,21,22,23
121:25 122:2,3,4,15 123:10
**paragraphs** 108:10,12 109:9
111:23 117:14 121:13
**Pardon** 26:9 96:23
**parents** 6:7 19:5
**Parker** 104:11
**part** 23:23 24:1 37:21,23 40:20
40:24 41:17 42:12,18,22 44:7
55:2 58:6 65:25 66:2 67:13
77:19 78:7,7 80:23,24,25
81:24 82:4,18,22 83:12 84:23
86:11 88:23 89:8,10,15,20
92:22 98:15 100:13
**Partially** 75:25
**participate** 41:9
**particular** 19:10
**parties** 8:4,6,18 14:7 106:24
121:15
**partners** 12:14
**parts** 5:17 14:25 83:16
**party** 7:9,10,14,16,17,18 8:9,10
8:13,14,15,16,18 9:18,20,21
10:3,3,4,5,6,13,14 12:4 14:8
15:16 44:3,7,9
**pass** 52:8 64:3 81:12,18,20 91:9
**passage** 41:4,5,6
**passes** 80:21 81:7

**passing** 106:18
**passport** 109:3,4,6 113:8,19
114:7,21
**paternal** 10:23
**Patriotic** 8:13 9:21 15:16
**Paula** 104:10
**Peace** 15:14,19 79:5
**pending** 100:1 102:18
**penis** 35:10 37:17,19 38:2
**Pennsylvania** 1:23
**people** 16:9,13 17:13 18:9,21
19:1,5,25 20:3,22 22:21 25:16
25:17 27:9,21,22 34:11 41:4
42:16 47:8,8 50:24 51:2 53:5
54:13,14,15 61:13 74:9,10,10
78:16 79:15 81:4,21,22,23
82:16 83:4,9,14,15 84:12,16
84:22 88:5 94:8,9,12,16
100:20 104:8 107:25 111:16
118:3,12
**people's** 10:4,5,6 17:23 103:15
**percent** 5:21
**Perez** 85:17 92:14
**perfectly** 114:9
**period** 25:3 55:5
**periods** 6:3
**permanent** 28:19 99:22,23
**permissible** 119:16
**permission** 83:11
**person** 25:23 26:21,21 31:22,23
33:15,16 43:19 54:12,12 62:13
91:24,25 93:6 94:3,5,8,14
**personal** 6:25 9:11 17:21 108:22
**personally** 65:23 118:14
**personnel** 42:3
**persons** 27:11 56:24 118:1
**perspective** 19:4
**pertinent** 113:25 114:13,14
115:24 117:9 118:20 119:12
119:21 120:6,17
**ph** 10:6
**phone** 6:16,24 22:17 30:13
**phones** 6:22,23
**photograph** 50:20 60:14 68:3
**phrase** 12:19
**physical** 32:10 39:1 52:20 56:3,6
71:13 91:21 103:7
**pick** 63:3
**picture** 45:9,11 58:22
**piece** 18:11 26:20
**pistol** 47:21 59:17 70:14 116:6
**pistols** 46:4
**place** 26:3 48:14 50:21,21 62:19
67:3 77:9 95:11 96:11 114:23
114:23
**placed** 51:12,13 69:2,20 71:18
94:5
**Plaintiff** 1:5
**plan** 103:4 104:7
**plank** 72:2,2
**planks** 71:18
**plans** 102:16 103:9
**plate** 47:25
**play** 76:7
**pleading** 108:9,9,15
**please** 4:1,8 31:12 39:16 46:9
52:24 60:24 68:18,25 72:13
92:5 102:8
**plot** 66:2,5
**point** 5:2 15:22 48:13 49:20 54:5
59:18 63:13 64:19 65:3 70:19
73:1,25 92:5 95:8,23 105:23
**pointed** 70:13 114:12
**pointing** 17:19
**police** 48:5,5,6,10 50:23,24
62:12 88:21,24 89:1,15
**political** 7:9,10,14 8:2 44:3,7,9
**politics** 7:10,13,20 8:11,12

poorly 35:6
pops 115:13,15
porch 64:14
portend 21:14
portions 108:6 118:23 121:24
position 22:23 107:11 108:8
110:9 112:1
possible 105:7,9 119:7
possibly 121:12
post-arrest 102:18 113:21
post-chicken 34:11
pot 70:17
pour 61:6
poured 34:4
power 14:18,19 43:6 61:9,11
pox 34:11,12
practice 26:13,18 27:4,13,16,21
27:22,25
practices 28:6,10
practitioner 31:15
precinct 9:12
prefer 9:18
preferred 9:20 10:2,3,4,4
prejudice 120:2
prejudicial 110:5,23 111:22
112:24 113:16,17
premise 118:8
prepare 105:3 107:3
prepared 107:13
prerequisite 89:11
presence 26:6,7 117:23
presentation 38:19
presented 119:3
presidency 12:11 82:15
president 8:3 9:14 13:6,7,10,12
13:13,13,15,16,19,25 14:11
15:24 19:19 29:18 42:16,25
43:1,2,18,21 44:10,11 46:17
48:12 58:12 60:10 61:7,23,25
62:2,17 63:19,25 64:3 65:25
66:2,6 73:22,23 82:14 83:19
84:10,11,12,15,17 85:4,8
93:11 100:19,20,21
presidential 7:22 8:1 57:17,18
58:5,6 92:20 100:18
President's 58:25 59:2 61:6,14
presidium 12:11
press 23:23 24:1,3,4,4
pressed 70:16
pressing 70:16,25 71:1
pretty 22:19 96:9
previously 32:18 45:5,15 50:8
58:9,16 60:12 67:21 69:15
104:24 121:8
primarily 16:16
Prince 11:11 15:16 20:6,7,8,10
prior 20:24 21:18 22:10 29:10
49:6 54:9 66:5 121:9
prison 10:22,22 20:16,17 29:17
30:1,5,9
privilege 6:23
privileged 9:6
probable 117:5
probably 21:18
probe 35:9
problem 9:25
problems 9:7,8,10,11 100:23
105:25
proceedings 1:13 3:14 53:1 56:1
124:3
process 89:12
production 114:8
progressed 17:15 122:10
progressing 105:7
Progressive 10:5
prominence 22:21
prominent 22:19
pronounce 36:5

properly 14:12
proposition 119:2,14
prosecuting 12:13
prosecution 105:16 114:10
protect 19:1 42:15 81:23 83:3
85:4 100:20
protected 84:22
protecting 100:19,23
protection 48:12
prove 119:25
provenance 112:19
provide 31:19 121:11
Public 2:3
publish 33:11
punish 53:13
punished 51:10,12 53:14,23
punishment 47:11 53:22 56:3,6
56:19 91:21
punishments 52:20 53:18
purpose 85:4 109:22
push 95:18
pushed 95:16
put 14:20 24:19 37:10 50:15
56:10 59:2 60:17,20,23 65:2,3
65:5 67:4,16,17,20,24 69:24
70:17 73:12 76:17 93:17,19,20
93:22,24 115:14
putting 103:25 105:5 116:19
p.m 102:13

Q
question 13:20 23:25 24:19
25:10,12 27:1,3,3 30:15,25
46:11 54:10 67:5 86:18 87:5
90:22 113:13
questionable 14:2
questioned 67:7,8
questioning 71:11 119:15
questions 31:2 35:24 38:11 39:5
75:11 86:13 100:8 101:22
quite 38:18 104:22
quote 24:21 85:25
quote/unquote 113:19 118:2

R
R 124:1
race 8:2
range 52:10,17 91:8,9,10,14,19
ranking 42:16
raping 10:21
rash 34:11
rationalizations 118:5
rationalizing 118:4
reach 63:25
read 120:21 122:6
reading 102:9 120:10 121:10
ready 103:22 104:1,4 105:1,5
107:25
real 15:17 71:4
really 27:9 28:25 104:25 113:5
REALTIME 1:25
reason 32:9 104:25 106:2,22
111:17 112:23
reasonable 107:14
reasons 19:14 112:13
rebel 67:10,12
rebels 17:20,21 19:25 67:14
recall 38:7 116:9 122:16
received 3:3 33:10 35:8
receiving 50:24
recess 68:17 103:21 105:12
106:24
recognize 33:2 45:9,19 50:11
58:20 60:13,13 61:2 67:22
68:3
recognized 74:6
recommend 107:11

recommends 106:23
record 31:12 36:11 37:14 39:17
51:19,22 106:11
redacted 5:22
Redirect 2:16,20,24 29:6,7 38:12
38:13 100:9,10
reference 58:2
references 116:14
referred 34:10 108:12
referring 93:13 108:7 110:19
121:23
refers 108:15
reflect 51:20
reflected 117:11
reflects 51:22 118:19
refugees 31:20 97:19
regard 112:14,22 113:2 115:17
116:6,6,13 117:13,22 118:18
118:22 119:1,20 120:4
regarding 102:9 121:25
registered 9:12
regularly 47:15
rejected 29:22
relate 31:23 53:3
related 53:12 77:15
relates 113:7 121:4
relationship 6:13,14 10:18,20
112:20 114:16 115:15,21,22
118:12 121:5
relative 30:21
relatively 23:5
release 29:19
released 23:20,24 24:2,5,12
29:14 74:2,13,14,24
relevance 83:25 15:17 44:4 49:1
113:10 115:2,7,8
relevant 108:24 109:5,8 110:25
111:3 112:8,12,13,20,21,22,23
113:5,8,13 115:20,25 116:2,12
117:4,25 118:2,6,7,10,15
119:12 120:6
remainder 39:4 122:1 123:1
remained 89:20
remaining 104:4,20
remains 112:11
remember 24:24 30:14 37:5
57:24 58:1,2 61:15 75:7 85:16
86:22,23 87:11 88:5 90:9 92:4
94:7,7,10,14,23 95:6 96:4,22
96:24 102:8
remind 17:25
reminded 18:2,13
reminder 18:17,18
removed 71:10
repeatedly 35:13
replied 66:14
reply 66:10
report 37:6 108:4,10,12 109:11
110:20
REPORTED 2:7
Reporter 2:8 124:6
Reporter's 2:25
reports 104:23 110:22
representative 5:9 44:2
represented 12:11
request 106:19
requested 105:12
Requires 49:22
reset 103:2
resettle 18:3
residence 109:21
residency 100:3
resident 28:18,19,21 99:22,23
resolve 17:22
respected 30:9
respectfully 120:19
responded 20:1 66:14 108:7
110:24

response 108:11 119:4,18
122:11
responsibilities 31:18,19 42:14
42:15
responsibility 80:20 81:4,23
responsible 41:4 106:5
rest 81:9 105:15 111:23,25
117:20
resume 3:14 102:7
RESUMED 4:14
returned 73:25
returns 4:7 68:24
reviewed 104:23
revolves 115:21
Richard 13:13,25
rid 13:11,18
rifle 80:10
right 4:12 11:11 12:1,5 13:7 15:1
21:19 23:20 24:12 25:9,10
27:24 33:16,17 34:1,13,14,24
36:5 37:11 39:3,14 41:18
58:25 60:9,11,22 64:6,6,7
66:23 67:24 68:5,21 78:25
80:19 83:22 84:2,4,25 85:2,8
86:11 91:19 93:4,18 96:10,12
96:15 99:4 100:1 103:18 106:6
108:16
rights 24:7 48:12
right-hand 52:10 67:3
rim 54:18 91:22
ring 56:10,12
rise 114:10 116:18
risk 107:9
rival 8:2
road 52:8 53:25 64:5 66:23
ROCHLIN 1:17 104:18 106:11,22
rocks 88:17
role 41:3
rolling 107:3
room 21:15
Roosevelt 11:13,25 12:14
rotten 71:9
route 108:23
Roy 1:8 108:20 112:16
RPG 59:24
ruled 112:16
ruling 105:13 123:9
rumor 110:23
running 19:15 53:19 54:17 91:22

S
Sackor 104:8
safe 75:1,9
safety 74:25
Sal 18:8
Sally 85:17 92:13
Samuel 17:25 19:19
sanctioned 28:10,11
Sando 43:24 44:1,2,7
saster 34:9
sasters 34:10
sat 7:7 26:3 56:24 72:1
satisfied 14:11,14
save 107:25
saw 13:2,3 32:14 33:18 34:1
35:4 36:14 39:3 40:8 45:24
47:7 51:6,15 52:1,16 53:18,22
56:10,23 64:10 69:10,10 71:7
73:15 74:9,10 77:2 88:1,12
90:4 91:21,24 92:25 94:3,5,10
95:11 96:12 108:13 118:14
Saybay 104:11
saying 8:7 14:14,14 27:22,24
54:11 71:19 82:6 84:1 106:19
111:16
says 111:9,13 115:11,12
scar 33:18,19,22 34:21 37:10

scarring 33:24 34:3
scars 34:1,9,15,17,22 35:1,2,4
36:23 37:2,7,9 38:6,8 39:4
scenario 117:5
schedule 105:8,11,25 106:23
scheduling 102:20 103:5
school 5:23,24 7:10 18:21,24
19:12 41:21 75:22 76:9
scope 30:24 38:23 71:14
screen 32:24 50:15
se 116:17
seal 108:4
seamstresses 18:23
seat 51:24 65:12 72:6
seated 4:1,8 68:25
second 53:11 112:18
Secondly 53:22
section 106:14 112:25 113:2,6
114:17 115:11
sections 111:4
security 4:5,11 42:11 66:25,25
108:18 113:1 121:18
see 6:2,3,4 13:6 14:3 25:9 29:17
32:11,24 33:17,24 34:19,24
36:16,21 40:7 44:20,23 45:6
46:20,25 47:5,15,20 50:23
51:1,5,7,9,14 52:15,18,19 56:6
56:9,19,22 59:7,12,14,18,21
59:25 60:17 64:5 66:9,13,22
70:25 74:6,8,10,22 76:20,22
77:1,5,11 84:13 86:16,18,24
87:10,12,16,19 94:14 95:23
102:11 111:3,11,21 115:4
seeing 88:5
seek 30:3 33:11 53:21 54:5
117:14 119:16
seeking 53:17 54:18,20
seen 20:23,23 37:10 103:17
114:12 116:21
sees 104:25
segues 113:5
sense 14:2,9 108:14
sensitivity 117:18
sent 46:12 48:2 89:8,15,22,25
sentence 117:15 122:20
separately 122:21
September 29:13,21 30:4 58:3,4
85:17 98:7,8
serious 102:23,24
Service 42:11
set 70:18 106:17 120:20
settings 114:2
settle 18:10
settlement 18:6
shaft 37:19
Sheikh 104:8
shift 43:7,8,9,10,11
shingles 34:10
shirt 53:23
shock 35:8
shocked 35:10
shoot 120:15
shooting 52:9,17
shot 41:15
shoulder 34:14,14,20 56:11,16
shoulders 51:21
show 32:18 38:21 45:5,15 50:7
60:12 67:21 111:18 120:9
showed 23:6
showing 34:6 58:9,16 67:25
side 19:1 34:19 39:3 50:20 52:10
53:25 66:23 67:3,4 72:4
105:16
sidebar 3:11,13 52:24 53:1
sided 17:18
sides 71:19 72:3
Sierra 16:20,22 97:5,5
sigh 41:21

sightings 20:25
significance 116:16
Similarly 112:17 116:1
simple 27:1
simpler 14:19
simply 119:4
sir 4:19 5:12,18 7:2 8:8 9:23 11:3
14:16 15:9,11 19:8,12,16
21:25 22:5,8,18 23:5,21 24:6,8
24:10,13,24 26:15 27:6,19,21
28:2,6,13 30:16 31:3 40:2,21
41:8,11,13,19 42:5,7,9,11,13
43:4,17,20,25 44:13,17,22
45:10,20 46:14,19 47:2,17
48:3,16 50:4,25 51:4,11 52:22
56:5,8,15,21 57:5,9,12,15,21
57:23 58:1,8,12,21,25 59:3,6
59:13,20,22 60:16,19,21 61:3
61:8,10 62:6,20 63:4,12,23
64:16,18 65:4,15 66:4,7,20
67:6 69:6,8,14,19 70:3,21,23
71:12 72:10 73:3,6,8,16,18
74:1,3,7,12,17,19,21,23 75:3
76:2,4,6,19,21 78:9 79:1,8,10
79:12,14,17,21,23 80:1,3,7,13
81:10 82:21 83:10,20,23,25
84:6,24 85:3,6,9,11 86:2,25
87:25 88:3,11,14,19,22,25
89:2,21,24 90:8,23 91:1,4,7,13
91:17,20,23 92:1,21,24 93:2,5
93:9,12,23 94:13 96:11,13,21
97:1,11,20,22,24 98:9,15,23
98:25 99:12,21 100:4,6,15,17
100:22 101:6,15,21
Sirleaf 8:3,9,13,18
sister 99:15
sit 39:13 53:24,25 66:25
sitting 64:14
situations 117:16 122:22
six 60:3
skepticism 117:8
skin 70:17
skipped 121:4
sleeping 35:22
slept 26:4
slipped 30:1
slower 82:9
smaller 15:17
smell 71:6,8
smelling 71:7,8
Smith 104:9 115:14 120:14,14
smoking 109:16
soccer 7:7
social 78:3 108:18 112:25
121:18
socialize 7:5
socialized 7:3
socially 77:11
Society 18:5,6
sold 18:11
soldier 41:7 53:19,24,25 56:10
56:14 86:16 88:12,17
soldiers 17:20 44:21,25 47:12
47:22 49:16 51:8 52:21 53:14
54:14,16,19 56:4,11 59:19
64:10,11 65:7,8,10 90:10 93:1
109:20 115:20,23 122:1
solitary 62:13
somebody 53:8 81:11 95:10
110:7
someone's 26:20
son 105:17 116:23 117:4
soon 25:7 64:7
sorry 4:22,23 9:8 20:2 25:11
28:17 35:1 61:24 86:18 120:10
120:21 121:3
sort 117:8
sought 113:10

south 17:16
Southern 1:1 119:24
spared 117:2
speak 21:15,16 69:21 71:25 82:9
103:23
speaker 3:18
speaking 85:16 92:4
Special 42:11
specific 54:2 107:13 117:19
specifically 56:6 70:11 101:17
109:6 114:14 115:8
specified 110:18
specify 110:16
speculate 110:17
Speculation 46:22 49:8 73:10
spell 31:12 39:16 41:23 63:7
72:13,15
spelled 17:1 39:19
spent 29:22
spill 105:1
splinter 15:14
split 11:9,14,15 12:8
spoke 22:17 70:15 85:19
spoken 121:8 122:7
SSS 117:21,24 118:1,15,18,20,22
43:3,5,19,21 57:14,16 63:11
63:13 84:25 85:4,7 88:20,23
89:15,20 92:18 100:16
staging 13:11
stair 60:10
stand 31:6 53:7 68:15 103:14
standard 8:12,14,16 26:25
standing 11:10,11 91:10 106:3
stands 11:20
start 15:4 23:8 71:7 72:5 105:5
107:18,19
started 12:15,19 17:12 23:2,9
25:12 84:8 95:13,18
starting 33:15,16
state 31:12 39:16 69:24
stated 36:7 37:16,21 38:9 42:10
108:19,25 114:18
statement 17:10 102:18 108:2
110:18 113:3,21,24 114:5,14
115:2 116:12 118:6,14,16
119:11,14 121:25
statements 108:5 109:4,19
110:14 112:1 114:12 115:10
118:4
states 1:1,4,14 2:8 6:18 18:3,4
21:23 22:3,6 24:11 28:15,18
28:21 29:12,15,20 30:10 31:6
70:15 75:5 97:2,7,10,15,16
98:2,6,7,13,24 99:13,22
101:17 103:1 105:10,13
106:22 120:2 124:6
status 28:14
stay 6:20 64:1
stayed 96:4
Ste 2:9
stealing 110:21
step 100:5
stone 47:8,10,11,11 88:2,13
stood 81:8
stop 13:4 82:7,10,16 83:17 84:9
stopped 15:22
storage 60:7
store 60:7
stored 60:8,9,11
stories 27:9,10
straight 68:15 72:1 97:2
street 1:19 2:4 72:16
strict 118:6
strike 27:11
strip 116:1
stripe 87:8,14,20 90:10
stripped 67:15 69:4
stripping 109:21

stronger 78:21
struggling 12:21
student 7:15,16,19,25
Suana 42:21
subjected 54:12,13 71:13
submit 112:19,22 113:17 120:19
subsequently 18:20
substance 30:18,20 113:22
substantive 30:21 116:4,5
subsumes 116:7
suburb 59:4
succeeded 14:4
successive 26:25
sufficient 104:19
suggest 106:23
suggesting 26:24
suggestion 121:10
suicide 109:14
Suite 124:6
supply 61:9,11
support 9:4,14,15
supportive 18:19
supports 119:13
supposed 107:18
supposedly 114:13 119:9
sure 4:6 7:22 8:23 12:19,25
13:22 14:8 24:21,21 25:23,24
26:11,12 28:24 71:21 72:3,4
78:23 120:24 123:7
suspect 114:4
swamp 52:14
SWORN 31:8 39:10

T

T 124:1,1
tabie 72:23,24,25
TABLE 2:12
tactics 115:24
tailors 18:23
take 47:8,8 62:5,7 63:3,5,9 68:17
68:18 73:1 81:25 82:3,11 83:7
83:12,16 88:17 94:16 100:5
102:19 105:17,18,21 107:7
117:1 119:6
taken 17:21 53:23 62:19 66:16
66:17 73:4,17,19 83:21,24
93:17,18,20,22 110:7
takes 14:25
talk 6:16 21:17 30:1 107:17,21
talked 16:1 29:18 84:13
talking 13:21 21:17 38:19 92:7,7
96:18 110:16 120:13
talks 110:10
target 52:18,18
targets 91:15
taught 120:7,15
Taylor 1:8,9,10 8:2,9,12,18 12:4
12:16 13:5 14:23 15:3,24
16:23 17:18 19:21 29:18 43:1
43:2,5,18,21 44:10,11 46:7,17
47:4,5,7,13,15,24 49:20 53:13
58:13 59:8 61:7 62:2 65:25
66:3,6 70:10,11,13 82:16 83:2
83:17,19 84:1,4,9,10,12 85:8
88:1,12 93:13,14,16 100:19,21
101:20 112:21 116:19,19
121:11
Taylor's 11:6 60:10 63:19,25
64:4 73:22,23 118:9
techniques 115:24
telephone 3:17 85:17
telephones 6:20,21
tell 19:2 24:16 25:14 26:16 33:21
34:2,16,22 35:2,7,18 62:10,11
67:11 85:23 86:5 89:4,25 91:5
92:13 95:4 101:4 114:19
telling 14:12 25:13 26:19,21,22

92:13 95:13 106:3
**Temba** 20:20,24 26:11
**tend** 117:4
**tension** 121:6
**tensions** 116:23 117:10
**term** 56:13 72:8,20,22
**terms** 56:22 100:19 120:17
**territory** 41:5,5 80:22 81:17
**testified** 16:3,5
**testify** 53:10 102:17 103:23
    107:25
**testimony** 30:18,18,22 69:15
    93:6 103:15 112:15,17 116:5,9
    116:24 119:22
**Thank** 4:4 29:5 31:3 35:23 39:6
    75:10 100:8 101:22,23 112:3,5
    123:2,14
**thatches** 52:5
**thigh** 56:17,18
**thing** 78:14 107:16
**things** 25:5 47:5 48:9 53:3 54:7
    77:1,8 95:13 105:8 109:3
    110:17 111:6
**think** 10:7 19:9 48:25 98:7
    101:25 105:6 106:11,16 107:1
    107:12,14,25 109:5,14 110:9
    110:24 112:8,9,11 115:12,14
    116:11 117:9 120:4 121:10
    123:11,12
**Thomas** 29:17
**thought** 17:17 18:25 85:12 92:2
    92:14 102:19 108:6
**threatened** 35:12,13
**three** 13:4 15:18 20:22 26:2
    29:22,25 34:21 60:3 92:17
    103:13,15 104:5 105:18,20,23
    106:9,21 117:14
**tied** 71:17,19,23 72:3,3,8 73:12
**ties** 78:20
**tiger** 87:8,14,20 90:10
**time** 3:16 18:15 23:16 24:21
    25:15 27:17 28:2,2,3 31:5 32:5
    32:17 36:14 37:1,4,7,9 38:1
    40:6 41:12 42:23 43:23 45:4
    46:9,12 52:17 53:6 54:9,18
    55:5 57:3,4,6 58:2 60:3 62:23
    62:25 63:15,15,25 71:7 73:4
    75:7,19 76:16,16 79:18 96:3,4
    102:1 103:22 104:16 107:12
    107:25
**times** 77:5
**today** 17:22 27:17 103:5 105:15
    105:25 106:2 121:15
**Toe** 104:9
**Tolbert** 13:13,15,21,21,22,23,25
    14:11,18
**told** 10:17 11:1 13:2 16:2 18:8
    19:13 26:5 33:23 35:9,16
    36:19 37:16 48:13,20,22 62:12
    65:23 66:9,11 70:9 94:11
    96:14,16 97:23 98:4 119:8
**tomorrow** 102:7,12,16 104:7
    123:8
**top** 52:1,2 53:24 66:24
**Tornabene** 2:17 31:6,8,13,14
    33:14 36:3,5 38:16
**torture** 27:2,14,16 28:7 53:12
    88:16,16 110:25 111:1,1 120:8
    120:16
**tortured** 53:6,9 70:9 71:17 96:15
**TOTAL** 1:25
**touch** 50:15,17 71:17 72:4
**touched** 35:5
**town** 5:5 63:24 64:3 107:17
**tradition** 77:18
**trainers** 90:7
**training** 46:13,18 48:2,4,5,6,14
    48:21 49:17 50:24 57:10,13

62:8,12,18 63:2,5 88:21,23
    89:2,8,10,16,18,22 90:1 93:19
**TRANSCRIPT** 1:13
**transcription** 1:25 124:3
**transporting** 120:24
**travel** 106:14 110:2 119:20
**treatment** 32:1,1 35:19
**trial** 1:13,22 26:14 105:7,11
    107:4,7,18,21 111:19
**trials** 107:8
**triangular** 37:2
**tribe** 16:9 17:7 19:10 20:9,10
    40:12,14 78:8,8,13
**tribes** 16:25,25 18:1 19:11,12
    40:13 78:18
**trickle** 103:9
**Trinidad** 108:23 119:21,23
**trouble** 35:22
**truck** 65:2,3,5,6,7,11,12,14,20
    66:8 93:17,19,20,22
**true** 14:8 80:22
**truth** 26:19,21,22
**truthful** 31:23
**try** 26:16 69:21 105:18
**trying** 12:16,18 14:3,20 24:4,11
    26:18 81:24 82:3,11 94:14
**Tubman** 13:23,25 14:4
**Tuesday** 61:19
**Turay** 116:24 117:6
**turn** 53:25 64:6
**turned** 71:24
**two** 5:7 6:12 7:3 8:4,6,18 11:9,14
    11:15 12:8 16:16,25 21:2
    22:15 34:15,21 35:1 53:17
    54:3 56:24,25 70:13 71:17,18
    72:1,4 77:7 87:5 96:6,7 102:24
    103:10 105:18,19,23 106:9,20
    107:16,19,20,22,23 116:20
    117:5
**TWP** 14:8
**type** 35:8 46:3 47:20 87:7,16,18
    87:18,19 90:9,11,12,12
**types** 87:6
**typically** 114:1
**T-o-r-n-a-b** 31:13

U

**ULIMO** 11:15 12:6,8,15 15:6,19
    16:1,8,11,25 41:5 79:2,22,25
    80:17,21,22,23,24 81:2,5,8,11
    81:17 82:2,8,10,18,20 84:23
    100:14
**ULIMO-J** 11:10,18,24 12:3,9,12
    12:13 40:18
**ULIMO-K** 11:2,4,9,10,14,16,23
    12:3,12 40:18,23,24 41:3,5,7,9
    41:17,20
**ultimate** 12:23,25
**uncle** 6:8,14 10:16,19,24 16:2
    70:15,16 80:2
**uncles** 10:23
**uncovered** 111:6,8
**underground** 26:1 40:10
**underneath** 68:10,12
**understand** 9:18 10:7 24:23
    25:10 71:19 72:17 109:25
**understanding** 49:6,10
**underway** 107:10
**undress** 39:2
**unfair** 106:6 111:17
**unfairly** 110:4,22 111:22 112:24
    113:16
**unfortunate** 106:17
**UNHCR** 101:14,16
**Unification** 7:16 8:14,16
**uniform** 45:25 46:2 47:19 59:12
    59:14 64:12 86:13,19,24 87:1

87:2,7,8
**uniforms** 87:4,18 90:12
**union** 24:3
**unit** 12:6 44:15,16 48:22,23
    49:16 51:8 59:15
**United** 1:1,4,14 2:8 6:18 10:5
    18:2,4 21:23 22:3,6 24:11
    28:14,18,21 29:12,15,19 30:10
    31:5 70:15 75:5 97:2,7,10,14
    97:16,18 98:2,6,7,13,24 99:13
    99:22 101:17 105:10,13
    106:22 120:2 124:6
**Unity** 10:3
**university** 5:25 6:1 7:8,19 8:11
    43:14
**unpredictable** 107:8
**unreasonable** 105:4 107:23
**upper** 34:6
**use** 64:5 71:22 108:14,19 112:15
    114:12 116:3
**U.S** 1:18,22 28:22 29:1 30:4
    100:5

V

**vacation** 6:3,9
**Vamah** 5:8
**various** 13:3 16:25
**Varmuyan** 10:16,17 16:3 21:12
    32:3 40:1,8 69:10,13 70:9 73:7
    73:12,17 75:18,19 76:18 95:8
    95:11,13,24 96:2
**Varsay** 2:21 20:15,16,19,25 21:6
    21:13 25:21 39:9,10,18,18
**Vasleh** 5:9
**VD** 3:6 32:19,20 33:7,10
**vehicle** 47:25
**verbally** 66:12
**vice-president** 13:23
**victim** 102:22,23 122:8
**victims** 54:3 122:9
**victim's** 116:5
**view** 33:16 34:13 105:23
**violate** 27:21
**violation** 113:8,19 114:5
**violence** 116:4
**violent** 79:18
**visa** 29:12,16
**visit** 58:7
**visited** 6:9 92:22
**vivid** 94:24
**volunteer** 38:25
**vote** 8:21 9:6,6,7,12,13,17,23,24
    9:25 10:2,3,4,5 82:14
**voted** 8:24 9:22,22,25 10:9,12
**votes** 10:8
**vs** 1:7
**V-a-r-s-a-y** 39:18

W

**wailing** 24:17
**waist** 51:18,21
**waiting** 105:22
**walk** 33:14
**walked** 21:15 39:3 91:14
**Wallace** 30:6
**want** 17:6,11 28:25 29:23 50:17
    65:24 82:6 84:10 95:15 102:19
    102:21 111:7 122:19
**wanted** 29:23 81:11 82:7 83:15
    103:5 122:20
**war** 17:12,15 84:12
**warehouse** 60:9
**warring** 12:10 13:3,4 40:17,20
**wash** 42:1
**Washington** 1:23
**wasn't** 6:12 11:2 16:15 77:15
    80:16

**watch** 7:7 66:25 101:1,3
**water** 26:2,2,4 34:4 35:15,15,16
    42:1 70:17
**way** 12:19 14:10 18:25 21:11,15
    21:15 43:3 53:6,7,14 72:8,16
    77:16,16 82:11 86:7 107:13
    112:24 113:18 114:10 123:4
**ways** 118:9
**weapon** 60:7
**weaponry** 116:8
**weapons** 46:3 47:20 59:16,21,23
    59:25 60:5,8,9,17 79:15
    116:11 120:24
**wearing** 45:24 87:6,7,10,12,16
    90:10
**week** 76:24,25 77:1 94:17,19
    96:6 103:19,21 105:5 106:24
    107:2
**weekend** 104:1,3,14,19 107:3
**weeks** 94:20,21 96:6,7 107:17
    107:19,20,22,23 116:20
**Weisua** 5:6 6:15,15
**Welcome** 4:9
**Weni** 90:20,25 91:25 92:2,8,9,11
    92:14
**went** 7:7 18:3 19:14 29:17 39:1
    41:21 46:18 49:17 50:2 69:22
    84:16 88:20,23 89:12 90:4
    97:3,5,5
**weren't** 8:21 14:7 17:24 19:17
    28:10,11 77:9
**West** 2:4
**we'll** 68:18 101:25 102:11 105:21
    107:2
**we're** 4:10 8:11 53:17 102:6
    103:3,6,7 105:15,18,25 106:6
    106:24 111:19 114:9 123:14
**we've** 106:4 112:8 115:17
    120:23,25
**WF** 58:9,16 60:13
**Wheeler** 29:16
**whip** 72:5
**white** 29:17 51:6 90:4
**Whiteflower** 58:7,15 59:7,19,21
    60:6 61:7,9 62:4 92:22 93:1
**wide** 51:17,17
**width** 51:20
**wife** 98:20 103:16
**Wig** 14:8
**William** 13:13,24,25
**willing** 29:18 114:9
**Wilson** 20:4,9,23 25:23 26:12
    69:11 104:8
**wished** 84:12
**withhold** 113:1
**witness** 43:1 31:4,8 32:18 39:7
    39:8,10 40:5 50:7 52:20 53:7
    56:3 101:24 102:16 103:8,11
    103:12 104:21 105:16 106:15
    116:10
**witnessed** 54:1
**witnesses** 54:8,24 102:3 103:13
    103:16,19 104:4,6,15,20,25
    105:2,3 106:2,12 107:17,20
    114:13 117:5 122:7,9
**women** 110:21
**wondering** 111:15
**word** 11:20 17:5 72:11
**work** 31:16,17 43:7,7 62:1 99:3,4
    99:8 103:2
**worked** 63:13
**working** 41:21 58:4 77:9,9 99:3
    103:3,8
**worth** 104:18
**wouldn't** 7:4 12:18,20,24 26:11
    78:21
**wound** 71:4
**wounds** 71:3

**write** 36:18
**writer** 23:9
**written** 109:12
**wrong** 27:25
**Wylie** 2:2,19 33:8 36:2 38:11,23
**W-e-n-i** 90:20

---

**X**

**X** 50:15 59:2 60:20

---

**Y**

**Y** 20:8
**yard** 44:24 45:1,3 47:9 88:8
**yeah** 14:24 21:6 50:21 72:25
  75:21 76:8,25 77:4,7 80:9,18
  80:22 81:1,3 83:6 85:18,20,22
  87:13,21 89:19 90:2,6,16
  91:11 92:19 93:19 95:3,9,20
  97:20 98:3,5,12 99:4,15,25
**year** 6:24 23:17,18 42:18 46:15
  49:18 54:8,8 74:18 88:4,5 89:2
  89:25 98:9
**years** 4:25 5:1 13:24 14:6 18:16
  23:2 34:11 40:24
**Yeaten** 43:22 61:13 63:11,14
  64:10,13,14,25 65:12,13,19,21
  66:8,9 67:8 70:10,12,13 85:7
  85:10,12,23,24 86:3,7 92:10
  101:8,10
**Yeaten's** 63:10,17,18,19 64:8,9
  64:17 93:18
**yesterday** 105:24 106:15
**young** 19:5,24
**youngster** 76:16

---

**0**

**06-20758-CR-ALTONAGA** 1:3

---

**1**

**1** 50:8 58:17 108:17 112:14,25
  121:17
**1st** 74:14,15
**1:00** 62:24
**10** 5:1 23:2 68:18 110:20 118:18
  122:5
**10/15/08** 4:16 29:8 36:1 38:14
  75:13 100:11
**10:09** 29:8
**10:12** 31:4,10
**10:15** 32:21 33:10
**10:19** 36:1
**10:23** 38:14
**10:25** 39:12
**100** 2:24 5:21
**1001** 114:5
**11** 67:25 110:20 111:4,5 112:1
  118:22,23 119:20 120:3,4,11
  120:21,24 121:2,3,4 122:6,13
  122:13,13,14 123:4
**11th** 58:3,4
**11:00** 68:20
**11:19** 68:24
**11:28** 75:13
**11:57** 100:11
**11:59** 101:24
**12** 120:11,25
**12th** 98:8
**12-2** 2:9 124:6
**12:00** 102:13
**124** 2:25
**13** 120:25
**15** 1:7
**150** 2:4
**16** 19:11,12
**16th** 57:19 61:19 74:15 93:3
**17** 3:6 32:19,20 33:7,10
**1815** 18:14,15

---

**1822** 18:14
**1830** 18:15
**19** 3:6 13:24
**1971** 13:24 14:6
**1980** 13:11 14:6 83:22
**1980s** 28:4
**1989** 14:23
**199** 98:10
**1990** 13:7 14:21 17:11,12
**1990s** 28:4 40:15 78:24 79:16
**1994** 41:17,20
**1995** 42:19 85:2
**1997** 7:18,19 9:5 42:23,25 46:11
  46:17 63:15
**1998** 23:2
**1999** 86:18 87:10

---

**2**

**2** 40:25 108:25 113:2,2 114:25
  115:16 121:19
**20** 4:25
**2000** 6:24 41:1 46:16,17 48:2
  54:22,23,25 86:24 87:12,16,17
  87:22 89:3,4,5,6
**2000s** 28:4
**2001** 23:14,15 49:19 57:8,20,24
  58:3,4 59:7,19 89:3,4 90:2,3,4
  90:10,14,24 91:24
**2002** 5:1 20:14 21:24 25:20
  29:10,13 30:11,12 40:7,8,11
  54:24 55:4 57:19,22 61:15
  74:15 93:4
**2003** 22:2 74:14,15 96:25
**2005** 32:6 33:5 36:10,12 98:10
  98:11
**2006** 108:5
**2008** 1:7 22:12,16 23:2 30:14
  85:17
**202.514.3270** 1:23
**20530** 1:23
**22nd** 85:17
**24** 25:3,4,7
**25th** 29:13,13,21
**29** 2:16

---

**3**

**3** 60:13 109:6,10,12 113:6
  114:17 115:11,16 121:20
**30th** 108:5
**305.523.5518** 2:9 124:7
**305.523.5519** 2:10 124:7
**305.536.4675** 1:20
**305.961.9234** 1:19
**305/530-7120** 2:5
**305/536-6900** 2:4
**31** 2:17,18
**32** 3:6
**33** 3:6
**33128** 2:9 124:7
**33130** 2:4
**33132** 1:19
**35** 2:19
**36** 39:25
**38** 2:20
**39** 2:21,22 5:21

---

**4**

**4** 2:14,15 67:22 109:13 115:17
  121:21
**4th** 1:19
**400** 2:9 124:6

---

**5**

**5** 109:16 115:18 121:22
**5th** 30:11
**50** 18:16
**53** 3:13

---

**56** 3:14

---

**6**

**6** 45:5 109:19 115:19 121:25
**68-year-old** 25:19

---

**7**

**7** 102:23 109:24 116:13 117:11
  122:2
**7th** 20:13 22:2 30:12
**75** 2:23

---

**8**

**8** 45:16 110:2 117:12 122:3
**80s** 6:22 28:7

---

**9**

**9** 3:6 58:10 110:4,12,14 117:13
  117:15,21,22,24 122:4,4,4,16
  123:10
**9:15** 102:8,11
**9:27** 4:7
**9:30** 4:13,16
**90s** 11:4 12:5,6 28:7
**93** 40:25 41:1,2
**94** 40:25 41:1,2
**950** 1:23
**97** 8:21 11:5 15:22
**99** 1:19 54:24 55:4 86:20