UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 06-20758-CR-ALTONAGA

THE UNITED STATES OF AMERICA,

        Plaintiff,

                         MIAMI, FLORIDA

vs.

                         OCTOBER 16, 2008

ROY M. BELFAST, JR., a/k/a
CHUCKIE TAYLOR, CHARLES
McARTHUR EMMANUEL, CHARLES
TAYLOR, JR. and CHARLES
TAYLOR, III,

        Defendant.
_____

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE CECILIA M. ALTONAGA,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                KAREN ROCHLIN, A.U.S.A.
                CAROLINE HECK-MILLER, A.U.S.A.
                Office of the U.S. Attorney
                99 N.E. 4th Street
                Miami, FL  33132 - 305.961.9234
                (Fax) 305.536.4675
                Email:  karen.rochlin@usdoj.gov
                            caroline.miller@usdoj.gov

                CHRISTOPHER GRAVELINE, Trial Attorney
                U.S. Department of Justice
                950 Pennsylvania Avenue, N.W.
                Washington, D.C. 20530 - 202.514.3270
                christopher.graveline@usdoj.gov

        TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

October 16, 2008

1    FOR THE DEFENDANT:

2
                          JOHN WYLIE, A.F.P.D.
3                         MIGUEL CARIDAD, A.F.P.D.
                          Federal Public Defender's Office
4                         150 West Flagler Street
                          Miami, FL  33130 - 305/536-6900
5                                   (Fax) 305/530-7120
                          Email:   miguel_caridad@fd.org
6                                        john_wylie@fd.org

7    REPORTED BY:

8                         BARBARA MEDINA
                          Official United States Court Reporter
9                         400 North Miami Avenue, Ste. 12-2
                          Miami, FL  33128 - 305.523.5518
10                                  (Fax) 305.523.5519
                          Email:   barbmedina@aol.com
11
                              -  -  -  -
12

                          TABLE OF CONTENTS
13

                                                         Page
14

Edmond Wilson ............................................. 5
15
        Direct Examination By Mr. Graveline ................... 5
16
        Cross-Examination By Mr. Caridad ...................... 41
17
        Redirect Examination By Mr. Graveline ................ 79
18
Thomas Gregory Naples, Jr. ................................ 83
19
        Direct Examination By Mr. Graveline ................... 83
20
        Cross-Examination By Mr. Wylie ........................ 98
21
        Redirect Examination By Mr. Graveline ................ 106
22
Jacques Smith ............................................ 112
23
        Direct Examination By Ms. Rochlin .................... 112
24
        Cross-Examination By Mr. Caridad ..................... 141
25
        Redirect Examination By Ms. Rochlin .................. 149

Recross-Examination By Mr. Caridad ................... 152

Redirect Examination By Ms. Rochlin ................. 153

Matthew Baechtle ......................................... 154

Direct Examination By Ms. Heck-Miller ............... 154

Reporter's Certificate .................................. 228

## INDEX TO EXHIBITS

| Exhibits | | Marked for | | Received | |
| Description | | Identification | | in Evidence | |
| | | Page | Line | Page | Line |
| Government Exhibits VD 23 ....... | 12 | | 8 | | |
| Government Exhibit VD 23 ......................... | | | | 12 | 25 |
| Government Exhibit VD 18 ........ | 87 | | 4 | 87 | 20 |
| Government Exhibit CE 1 ........ | 116 | | 13 | 117 | 5 |
| Government Exhibits CE 13,   .... 13 A | 123 | | 14 | 124 | 13 |
| Government Exhibits CE 4 A  .... through 4 J | 126 | | 16 | 127 | 21 |
| Government Exhibit CE 15 ....... | 151 | | 17 | 152 | 8 |
| Government Exhibit CE 12 ....... | 163 | | 9 | 163 | 22 |
| Government Exhibit CE 6 ........ | 166 | | 1 | 166 | 15 |
| Government Exhibit SL 8 ........ | 221 | | 10 | 221 | 19 |

## CITATION INDEX

Page

**October 16, 2008**

SIDEBAR CONFERENCE INDEX

Descriptions                                                      Page

Sidebar Conference Begins .................................  25

Proceedings In Open Court Resume ..........................  28

Sidebar Conference Begins .................................  33

Proceedings In Open Court Resume ..........................  34

Sidebar Conference Begins .................................  90

Proceedings In Open Court Resume ..........................  94

Sidebar Conference Begins ................................. 109

Proceedings In Open Court Resume .......................... 112

Sidebar Conference Begins ................................. 122

Proceedings In Open Court Resume .......................... 123

Sidebar Conference Begins ................................. 226

Proceedings In Open Court Resume .......................... 227

ADMINISTRATIVE CONVENTIONS:

When counsel does not identify themselves each time they address the Court during a telephone conference, the industry-standard speaker identification is indicated by chevrons, i.e., >>>:

October 16, 2008

## Wilson - Direct

1          THE COURT:   Good morning.   Do we have our next
2   witness?
3          MR. GRAVELINE:   We do, Your Honor.
4          THE WITNESS:   [Entered the courtroom at 9:19 a.m]
5          THE COURT:   Bring the jury in, please.
6          [The jury returns to the courtroom at 9:19 a.m]
7          THE COURT:   Everyone please be seated.
8          Good morning, ladies and gentlemen.
9
10          EDMOND WILSON, GOVERNMENT'S WITNESS, SWORN.
11               DIRECT EXAMINATION
12   [Beginning at 9:20 a.m]
13   BY MR. GRAVELINE:
14   Q.   Mr. Wilson, move closer to the microphone.
15   A.   Yes.
16   Q.   Would you, please, state your name and spell it for the
17   record?
18   A.   My name is Edmond Wilson.   My first name is spelled capital
19   E-d-m-o-n-d.   My last name is Wilson.   It's spelled
20   W-i-l-s-o-n.
21   Q.   Where were you born, Mr. Wilson?
22   A.   I was born in Liberia, Yeketa, Ninba County.
23   Q.   Spell the name of the city for the Court.
24   A.   Ninba, N-i-m-b-a.
25   Q.   And the city in Ninba County

October 16, 2008

## Wilson - Direct

1   A.   Yeketa, Y-e-k-e-t-a.

2   Q.   How old are you?

3   A.   Well, I'm 38 right now.

4   Q.   Were you living in Liberia in 1997?

5   A.   Yes.

6   Q.   What were you doing for a job in 1997?

7   A.   1997, I was doing a little bit of business, at the same

8   time doing part-time schooling.

9   Q.   What were you going to school for?

10  A.   I wanted to complete my high school and trying to become a

11  plumber at the same time.

12  Q.   Were there elections held in Liberia in 1997?

13  A.   Yes.

14  Q.   Who did you support for president in 1997?

15  A.   I voted for the former  resident; Charles Taylor.

16  Q.   Did your employment change after the election?

17  A.   Yes.

18  Q.   And where did you begin to work after the election?

19  A.   I got a job at the Executive Mansion as a Special Security

20  Service member.  At the same time, I was taking care of the

21  maintenance department.

22  Q.   The maintenance department at the Executive Mansion?

23  A.   Yes.

24  Q.   Was your new employment at least partially due to the fact

25  you supported Charles Taylor in the past?

## Wilson - Direct

1   A.   Yes.

2   Q.   Prior to 1997, had you been part of the NPFL?

3   A.   Yes.

4   Q.   What specifically were your jobs at the Executive Mansion

5   after 1997?

6   A.   After 1997, I was Special Security Service member at the

7   Executive Mansion and after that, I got a job with the former

8   first lady, Jewel Taylor.

9   Q.   After the election, who was in charge of the Special

10  Security Section?

11  A.   It was the former General Benjamin Yeaten.

12  Q.   As you were working with the SSS at the Executive Mansion,

13  did you become aware of something called the ATU?

14  A.   Yes.

15  Q.   What was the ATU?

16  A.   It was called the Anti-Terrorist Unit, special security

17  guard to the President at the time.

18  Q.   While you worked at the Executive Mansion, did you ever see

19  any ATU soldiers?

20  A.   Yes.

21  Q.   Where did you see them at?

22  A.   I saw them at the barracks of the Executive Mansion.

23  Q.   Is that where they had lived and worked?

24  A.   Yes.

25  Q.   I'm showing you on the computer screen what has already

## Wilson - Direct

1    been admitted as AT 6.

2              Do you recognize what is in that picture?

3              AGENT NAPLES:   (Complied.)

4    A.   This is ATU headquarters at the Executive Mansion.

5    Q.   The ATU headquarters at the Executive Mansion?

6    A.   Yes, one of the buildings there.

7    Q.   I'd also like to show you what has been marked as AT 8.

8              AGENT NAPLES:   (Complied.)

9    BY MR. GRAVELINE:

10   Q.   What is that building?

11   A.   This is Chuckie Taylor's main office.

12   Q.   Where is that located?

13   A.   In the yard of the Executive Mansion.

14   Q.   Now, the ATU soldiers that were there at the Executive

15   Mansion, what did they wear?

16   A.   They wear camouflage.

17   Q.   What type of camouflage did they wear?

18   A.   Like the U.S. camouflage.

19   Q.   What, if any, arms did they have?

20   A.   They have AK-47.   They have special new design GMG and they

21   have the Glock pistols.

22   Q.   Based upon your observations of the ATU at the Executive

23   Mansion, who was in charge of the ATU?

24              MR. CARIDAD:   Objection, Your Honor.   Speculation.

25              THE COURT:   Overruled.

**October 16, 2008**

## Wilson - Direct

1  BY MR. GRAVELINE:

2  Q.   You can answer.

3  A.   Chuckie Taylor.

4  Q.   What kinds of things would you see Chuckie Taylor do at the

5  Executive Mansion that demonstrated to you that he had

6  authority over the ATU soldiers?

7  A.   Giving instructions to the soldiers and they implement

8  right away.

9  Q.   What, if anything, did you hear the ATU soldiers call

10 Chuckie?

11 A.   Chief.   They call him chief.

12 Q.   Would you see Chuckie Taylor regularly at the Executive

13 Mansion?

14 A.   Yes.

15 Q.   And how would he be dressed?

16       MR. CARIDAD:   Excuse me, Your Honor.   Could we have a

17 year?

18       MR. GRAVELINE:   Sure.

19 BY MR. GRAVELINE:

20 Q.   At the Executive Mansion -- well, you mentioned before you

21 worked for the SSS at the Executive Mansion.   Correct?

22 A.   Yes.

23 Q.   And then you stated you began to work for a particular

24 person?

25 A.   Yes.

## Wilson - Direct

1   Q.   Who was that person?

2   A.   Jewel Taylor.

3   Q.   Who is Jewel Taylor?

4   A.   Mr. Taylor's wife.

5   Q.   What year did you begin to work exclusively for Jewel

6   Taylor?

7   A.   2000, 2001 to 2002.

8   Q.   From 1997 to 2000, was your regular place of duty at the

9   Executive Mansion?

10  A.   Yes.

11  Q.   Are those the years that you're referring to when you said

12  you had seen Chuckie Taylor at the Executive Mansion?

13  A.   Before -- after that, I saw him also.

14  Q.   Okay.

15        But what we're asking right now, from 1997 to 2000

16  when you were working at the Executive Mansion --

17  A.   Yes.

18  Q.   -- would you see Chuckie Taylor at the Executive Mansion

19  then?

20  A.   Yes.

21  Q.   When you saw him there during those years, how would he be

22  dressed?

23  A.   He dressed in camouflage.

24  Q.   What, if any, type of weapons did you see with him?

25  A.   Chuckie Taylor always used to move with a pistol on his

**October 16, 2008**

## Wilson - Direct

1  side and at some point in time I seen him with heavy weapon

2  like GMG.

3  Q.   You said a heavy weapon, a GMG.   What is a GMG?

4  A.   An automatic rifle and it is designed the way to have the

5  bullets in the belt.

6  Q.   It's a belt-fed machine gun?

7  A.   Yes.

8  Q.   What was Mr. Taylor's favorite type of pistol?

9  A.   Glock.

10  Q.   Now, you said you started working for Jewel Taylor in 2000?

11  A.   Yes.

12  Q.   And what were your responsibilities in regards to Jewel

13  Taylor?

14  A.   I was superintendent for a project.

15  Q.   All right.

16        Now, when you were working for Jewel Taylor, when you

17  first started in 2000, what were your duties as far as

18  safeguarding her and her family?

19  A.   I was charged with the responsibility of taking her son to

20  school and the security.

21  Q.   What was her son's name?

22  A.   Phillip Taylor.

23  Q.   Is Phillip Taylor Chuckie Taylor's brother?

24  A.   Yes.

25  Q.   Do Phillip and Chuckie come from the same mother?

**October 16, 2008**

## Wilson - Direct

1   A.   No.

2   Q.   So they're half brothers?

3   A.   Yes.

4   Q.   I would like to show the witness what has previously been

5   marked VD 23 for identification and ask if you recognize this

6   photograph.

7        AGENT NAPLES:   (Complied.)

8   [Government Exhibits VD 23 marked for identification.]

9   BY MR. GRAVELINE:

10  Q.   I ask you if you recognize this photograph.

11  A.   Yes.

12  Q.   Who are the people in this photograph?

13  A.   In the back there, I'm the one with the radio and Jewel

14  Taylor in the front wearing the blue and then the special

15  bodyguard commander in the front with the sunglasses and in the

16  back is a guy -- I can't remember his name anymore.

17  Q.   Was this picture taken while you were acting as a bodyguard

18  for Jewel and Phillip Taylor?

19  A.   Yes.

20       MR. GRAVELINE:   Move for the admission of VD 23, Your

21  Honor.

22       MR. CARIDAD:   No objection.

23       THE COURT:   admitted.

24       MR. GRAVELINE:   I'd like to publish it to the jury.

25   [Government Exhibit VD 23 received in evidence.]

October 16, 2008

## Wilson - Direct

1       THE COURT:   You may.

2   BY MR. GRAVELINE:

3   Q.   Mr. Wilson, can you put an X over the picture where you

4   are.

5   A.   (Complied.)

6   Q.   Not over the whole thing.

7   A.   Sorry.

8   Q.   Who is Jewel Taylor?

9   A.   There she is.   She used to be the wife of Mr. Taylor.

10  Q.   What years did you work for Jewel Taylor?

11  A.   2000, 2001, 2002, July.

12  Q.   From the years of 2000 to 2001, where did you usually go to

13  work at on a daily basis?

14  A.   On a daily basis, at the time I used to go in New Kru Town.

15  Q.   Can you spell that?   Is that three words?

16  A.   Yes.   It's N-e-w K-r-u T-o-w-n.

17  Q.   Is New Kru Town here Monrovia?

18  A.   Yes.   Kru is a tribe in Liberia.

19  Q.   Who used to live in New Kru Town?

20  A.   The Kru settlement in Liberia, in Monrovia, used to live in

21  New Kru Town.

22  Q.   Is that where Jewel and Phillip lived as well?

23  A.   No.

24  Q.   Where did they live?

25  A.   Congotown.

**October 16, 2008**

## Wilson - Direct

1  Q.   Would you go to their home in that area on a daily basis?

2  A.   Yes, I make report every day on the house.

3  Q.   What was your responsibility when you showed up there every

4  day?

5  A.   When I showed up every day from the construction work, I do

6  my security work.

7  Q.   When you did your security work, where would you bring

8  Phillip?

9  A.   I would bring Phillip 6:30 to where he wants to go and make

10  sure he's protected.

11  Q.   During those years, from 2000 to 2002, would you see

12  Chuckie Taylor?

13  A.   Yes.

14  Q.   And would you bring Phillip to see Chuckie?

15  A.   Yes.

16  Q.   Where would you bring Phillip to bring Chuckie at?

17  A.   At Chuckie's residence.

18  Q.   How often would you take Phillip to see Chuckie at

19  Chuckie's residence?

20  A.   Sometimes two or three times a week, if he wants to visit.

21  Q.   When you saw Chuckie at his house, what was he dressed

22  like?

23  A.   Military garb.

24  Q.   Who, if anyone, guarded his house?

25  A.   ATU soldiers.

**October 16, 2008**

## Wilson - Direct

1  Q.   From the years of 2000 to 2002, did you see Chuckie

2  continue to hold some authority over the ATU soldiers?

3  A.   Yes.

4  Q.   And what did he do to show that he still held that

5  authority?

6  A.   He moved with his bodyguards and gave instructions, take

7  them on the battle front.

8  Q.   This is from 2000 to 2002?

9  A.   Yes.

10  Q.   Now, when you went to Chuckie Taylor's house, did you ever

11  go inside the house?

12  A.   Yes, I enter the house once.

13  Q.   Did you ever see any weapons inside the house?

14  A.   Yes.

15  Q.   And where were these weapons located?

16  A.   It was located in the house.

17  Q.   All right.   But where in the house?

18  A.   In the sitting room.

19  Q.   And what types of weapons did you see in the house?

20  A.   I saw once a GMG facing on the front side of the house and

21  I saw a Glock and I also saw a Winchester like a (indicating).

22       MR. GRAVELINE:   Let the record reflect the witness

23  looks like he's making a pumping action with his hand.

24  BY MR. GRAVELINE:

25  Q.   Do you mean a Winchester shotgun?

**October 16, 2008**

## Wilson - Direct

1  A.   Yeah.   Yes.

2  Q.   During the years of 2000 to 2002 when you were guarding

3  Phillip, did you see Chuckie at Whiteflower?

4  A.   Yes.

5  Q.   How was he dressed on those occasions?

6  A.   Dressed in military uniform

7  Q.   At a certain point, did Phillip leave Liberia?

8  A.   Yes.

9  Q.   What year was that?

10  A.   Early 2000.

11  Q.   Early 2000?

12  A.   Yeah, late 2001.   I can't remember the exact date.   Between

13  late 2001, early 2000.

14  Q.   You said late 2001, early 2000?

15  A.   Yeah.

16  Q.   Which one is it, 2001, 2002?

17  A.   Between 2001, December, and I don't remember the actual

18  date that he left Liberia for schooling.

19  Q.   Do you mean 2002, early 2002?

20  A.   Yeah, yeah, yeah.

21  Q.   Okay.

22       Late 2001, early 2002 that Phillip leaves Liberia?

23  A.   Yeah.

24  Q.   Were you assigned to a different duty at that point?

25  A.   I was appointed -- I became the superintendent for the

**October 16, 2008**

## Wilson - Direct

1   Jewel Taylor project.

2   Q.   What project was that?

3   A.   Renovations on schools and building schools.

4   Q.   Renovation of schools?

5   A.   Yes.

6   Q.   Was that utilizing your plumbing skills?

7   A.   Yes.

8   Q.   In July of 2002, did something out of the ordinary happen

9   to you?

10  A.   Yes.

11  Q.   What happened to you?

12  A.   I was arrested.

13  Q.   Do you remember the exact day that you were arrested?

14  A.   It was July 19th of 2002.

15  Q.   That day that you were arrested, what was the first thing

16  that happened that may have had you suspicious that something

17  was about to happen to you?

18          MR. CARIDAD:   Objection.   Leading.

19          THE COURT:   Overruled.

20  BY MR. GRAVELINE:

21  Q.   You can answer.

22          What was the first thing that happened to you that you

23  became suspicious that something was up that day?

24  A.   I receive a call from former President Charles Taylor on my

25  cell phone.

**October 16, 2008**

## Wilson - Direct

1  Q.   Had you ever received a telephone call from President

2  Taylor before on your cell phone?

3  A.   No.

4  Q.   Now, based upon your prior experience as being a bodyguard

5  for his wife and his son, had you met President Taylor before?

6  A.   Yeah.

7  Q.   You knew him?

8  A.   Yeah.

9  Q.   He knew you?

10  A.   Yes.

11  Q.   Were you surprised when you received this phone call?

12  A.   Yes.

13  Q.   What were you thinking -- well, first of all, what did

14  President Taylor tell you on the phone?

15  A.   He told me -- he asked me for my location and I gave him --

16        MR. CARIDAD:   Objection, Your Honor.   Hearsay.

17        MR. GRAVELINE:   Your Honor, I believe this goes

18  towards 801(d)(2)(e), part of the conspiracy as charged.

19        THE COURT:   Overruled.

20  BY MR. GRAVELINE:

21  Q.   What did he tell you on the cell phone?

22  A.   He asked me to state where I was and he was sending

23  somebody to come and pick me up.

24  Q.   What were you thinking after this phone call?

25  A.   I had too many things on my mind.   I was kind of afraid and

**October 16, 2008**

## Wilson - Direct

1  also thinking he was going to approve the trip to Taiwan for a

2  scholarship.

3  Q.   You mentioned a trip to Taiwan for a scholarship?

4  A.   Yes.

5  Q.   What was that about?

6  A.   A group of construction men were offered a scholarship from

7  the office of the first lady.   I thought it was already been

8  approved by him

9  Q.   This scholarship was to send you to the country of Taiwan?

10 A.   Yes.

11 Q.   Now, who came to pick you up that day?

12 A.   Some guys, some SSS guys came to pick me up with a black

13 truck, written on it SSS 28.

14 Q.   Did they say anything to you when they stopped there?

15 A.   They said "Papay want to see you.   Papay sent us to pick

16      you up."

17 Q.   Where did they take you?

18 A.   They took me to Whiteflower residence.

19 Q.   Once you got to Whiteflower, who did you see?

20 A.   I saw the chief of Special Security Services, Osibio Denbi.

21 Q.   Osibio Denbi, when you say the chief of the Special

22 Security Service, was he overall in charge of the SSS?

23 A.   No.

24 Q.   What was his position in the SSS?

25 A.   He was responsible to take care of guys, guys in the SSS,

**October 16, 2008**

## Wilson - Direct

1  control the motorcade.

2  Q.   What did Mr. Dembi say to you that day, if anything?

3         MR. CARIDAD:   Objection, Your Honor.   Hearsay.

4         THE COURT:   Overruled.

5  BY MR. GRAVELINE:

6  Q.   Go ahead.

7  A.   Well, he said he was surprised I was the enemy.

8  Q.   Can you repeat that?   He was surprised you were --

9  A.   I was a conniver.

10  Q.   Did you see President Taylor at Whiteflower that day?

11  A.   Yes.

12  Q.   What, if anything, did he say to you?

13  A.   Well, he asked me as to whether I know anything about LURD

14  rebels supplying arms from the Executive Mansion.

15  Q.   LURD rebels supplying arms from where?

16  A.   Excuse me.   The U.S. Embassy, I want to say.   Sorry.

17  Q.   What did you say in response to that?

18  A.   I told him I was innocent.   I didn't know anything about

19  that.

20  Q.   Did President Taylor threaten you with anyone or anything

21  that day?

22  A.   He said if I don't want to tell him the truth, he going to

23  turn me over to Benjamin Yeaten so I would tell him the truth.

24  Q.   Did you know who Benjamin Yeaten was at that time?

25  A.   Yes.

**October 16, 2008**

## Wilson - Direct

1  Q.   And you had worked for General Benjamin Yeaten?

2  A.   Yes.

3  Q.   What was Benjamin Yeaten's reputation in Liberia at that

4  time?

5  A.   Everybody know him to be a dangerous guy.

6  Q.   Now, prior to that day, what, if anything, had you worked

7  out with your wife as far as a signal if you were in trouble?

8  A.   I had a gold watch and my cell phone and I told my wife,

9  every time before I leave my house, I tell my wife "If you see

10     the gold watch and phone coming back with somebody else,

11     I'm in trouble."

12 Q.   What did you witness in Liberia to make you think it was

13 necessary to have a signal worked out with your wife if you

14 were in trouble?

15 A.   Well, I know Mr. Taylor very well.  I know his strategies.

16 He usually send guys on the front line and shoot them in the

17 back of that particular guy and they say he got killed while

18 fighting.  That was his strategy.

19         MR. CARIDAD:   Your Honor, can we describe which Taylor

20 the Government is talking about?

21 BY MR. GRAVELINE:

22 Q.   You said you were familiar with the Taylor strategy.  What

23 Taylor are you talking about?

24 A.   Former President Charles Taylor.

25 Q.   What, if anything, did you do at Whiteflower that day to

**October 16, 2008**

## Wilson - Direct

1  signal to your wife you could be in trouble?

2  A.  I took my gold watch and my phone and gave it to a friend

3  to take it to her, which he didn't.

4  Q.  I'm sorry.  What was that?

5  A.  He didn't take it.

6  Q.  He didn't take it?

7  A.  No.

8  Q.  Did you gave it to someone that day to deliver it to your

9  wife?

10  A.  Yes.

11  Q.  Were you taken anywhere else that evening?

12  A.  Yes.

13  Q.  Where were you taken?

14  A.  I was first taken to Joe Tua residence right behind

15  Whiteflower.

16  Q.  You said Joe Tua?

17  A.  Yes.

18  Q.  Who is Joe Tua?

19  A.  Assistant director to Benjamin Yeaten.

20  Q.  Where does he live?

21  A.  He live right behind -- he used to live right behind

22  Charles Taylor house in Monrovia.

23  Q.  How would you get to Joe Tua's house?

24  A.  Once you past Whiteflower driving from -- if you driving

25  from the old road direction, as soon as you pass the house is a

**October 16, 2008**

## Wilson - Direct

1  road going straight down behind the house.  Joe Tua used to

2  live behind there.

3  Q.  If you're driving from Monrovia and you pass Whiteflower,

4  do you have to turn on a road to get to Joe Tua's house?

5  A.  You have to turn left to go down the hill.

6  Q.  And once you got down the hill, which way would you turn?

7  A.  As soon as you reach the three-way intersection, you turn

8  left again to Joe Tua's house.

9  Q.  If you turned right at that intersection, whose house would

10  you be going to if you turned right at that intersection?

11  A.  Right?

12  Q.  If you go down the hill and stopped at that intersection

13  and you turned right, whose house --

14  A.  You see Benjamin Yeaten house, Joseph Montgomery house and

15  Joe Tua house.

16  Q.  They all lived right behind Whiteflower?

17  A.  All the top directors used to live right behind

18  Whiteflower.

19  Q.  When you were taken to Joe Tua's house, what happened then?

20  A.  He invited me to have dinner with him   I told him I wasn't

21  hungry.  We took off from there.

22  Q.  You said he invited you to have dinner with him?

23  A.  Yes.

24  Q.  Now, did you stay at Joe Tua's house that night?

25  A.  No.

## October 16, 2008

## Wilson - Direct

1  Q.   Where did they take you from there?

2  A.   They took me to Klay.

3  Q.   And what is Klay?

4  A.   Klay is on the highway, it's an intersection between Boni

5  and Cape Mount City.

6  Q.   Who did you see once you got to Klay?

7  A.   I saw Benjamin Yeaten at Klay.   I saw Roland Duo.

8  Q.   Can you spell that?

9  A.   I don't know how to spell that.

10  Q.   Now, is this the same Benjamin Yeaten who was in charge of

11  the SSS?

12  A.   Yes.

13  Q.   Did he say anything to you when you got to Klay?

14  A.   He didn't anything to me, but he already got to take me for

15  investigation.

16  Q.   Were you questioned that night?

17  A.   Yes.

18  Q.   Before you were questioned, did they do anything to you?

19  A.   Yes.

20  Q.   What did they do to you?

21  A.   They stripped me naked.   They tabied me.   I mean, they tie

22  my hands in the back like this.

23          MR. CARIDAD:   Judge, could we have a sidebar?

24

25

**October 16, 2008**

**Wilson - Direct**

1              [Proceedings at sidebar follow]:

2              MR. CARIDAD:   Sorry to interrupt.

3              This is the first time we're hearing anything this man

4    is saying.   The first time I even heard his name was when he

5    was disclosed as a witness August 25th.   I have not had time to

6    investigate his allegations or find out anything about this

7    man.

8              I ask the Court not to permit him to testify about

9    what happened to him or anything else.   I just can't properly

10   defend my client hearing this for the first time now.

11             That's my objection.

12             MR. GRAVELINE:   The same response.   This is one of the

13   men who was held at the Klay Junction with Varmuyan Dulleh.   I

14   believe it is relevant.   He was abused while being questioned.

15   It goes towards the conspiracy count, Count I, and, once again,

16   I'm going to be asking direct questions to elicit specific

17   things to corroborate our victim in this case.

18             THE COURT:   His name was first disclosed late August?

19             MR. GRAVELINE:   August 25th when we handed over the

20   witness list, that's correct.

21             THE COURT:   These photographs were disclosed at the

22   same time?

23             MR. GRAVELINE:   We disclosed those prior.

24             MR. CARIDAD:   I have never seen that photograph ever.

25             MR. GRAVELINE:   It was in our discovery packets.

**October 16, 2008**

## Wilson - Direct

1   MR. CARIDAD:   I don't remember seeing it.  I don't

2   know.   I have never seen it.

3          THE COURT:   When the name was disclosed in late August

4   with respect to Dulleh and his being a witness that would

5   corroborate that, was that information similarly supplied along

6   with the name?

7          MR. GRAVELINE:   Just the name.

8          THE COURT:   Why wasn't any additional information

9   given?

10         MR. GRAVELINE:   Well, because this went back to that

11  litigation we had in March about whether we had to disclose

12  every act and at that time the Court ruled we didn't.

13         THE COURT:   No, I understand, but when you gave him

14  the name on August 25th, why didn't you say "This is part of

15      the Dulleh count"?

16         MR. GRAVELINE:   We were never asked that question.

17         MR. CARIDAD:   The whole thrust of my litigation from

18  day one in this case, I want to take depos, I want to know what

19  the witnesses are going to say.

20         To say I didn't ask for it on this particular day

21  after they refused to give it to me when I asked for it in

22  motions, that's futile to ask for it again.  I made a big

23  issue.

24         THE COURT:   I think it would have simplified matters

25  certainly had you all said "This witness relates to this other

**October 16, 2008**

## Wilson - Direct

1   witness" in that event you had been discovering for the

2   last year and a half.   I think that would have been more

3   prudent.

4           I will not strike the witness' testimony.   The name

5   has been out there over a month.

6           MR. CARIDAD:   I just want to make sure.   I have not

7   been given any information about what any of these witnesses

8   were going to say except for the main victims, so the Court

9   understands.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 16, 2008**

## Wilson - Direct

1              [Proceedings in open court follow]:

2    BY MR. GRAVELINE:

3    Q.   Mr. Wilson, you were stating what happened to you before

4    you were questioned that night.

5    A.   I was tied in the back with my hands like this.  We call

6    that tabie.

7    Q.   After you were tabied, were you questioned?

8    A.   Yes.

9    Q.   And what were the questions that were being asked of you

10   that night?

11   A.   They -- the guy asked me what I knew about LURD rebels and

12   what was my association with the Mandingo people.

13   Q.   Now, are you a Mandingo?

14   A.   No.

15   Q.   What tribe does your family belong to?

16   A.   Grebo.

17   Q.   Can you spell that for the Court?

18   A.   Yeah.   G-r-e-b-o.

19   Q.   Now, after your questioning that night, where did they put

20   you?

21   A.   They put me in a hole located on Klay intersection.

22   Q.   And how were you put in the hole?

23   A.   I was blindfolded and just pushed me right into that hole.

24   Q.   And when you went in the hole, did you go in feet first or

25   head first?  How did you go into the hole?

**October 16, 2008**

## Wilson - Direct

1   A.   I went straight down, my head straight into the hole.

2             MR. GRAVELINE:   Let the record reflect the witness

3   leaned forward with his head.

4             But you have to stay near the microphone when you

5   testify.   All right.

6   BY MR. GRAVELINE:

7   Q.   Which way did you actually go into --

8   A.   I went with my head straight under the steel and back into

9   the hole.

10  Q.   Were you cut that night?

11  A.   Yes, I was bleeding from my head.

12  Q.   What were you dressed like when you were put in the hole?

13  A.   I was naked.

14  Q.   How big was the hole that you were put in?

15  A.   I don't remember the length, but I remember -- I remember

16  the length.   I don't know the width of the hole.   Like three

17  foot high in that hole.

18  Q.   Were you able to stand up straight?

19  A.   No.

20  Q.   Could you see anyone else inside the hole when you were put

21  in?

22  A.   Yes.

23  Q.   Who did you see?

24  A.   I saw my friend, Varsay Layee Kamara, and John Tenba

25  Bengue.

**October 16, 2008**

## Wilson - Direct

1   Q.   You mentioned Varsay Layee?

2   A.   Yes.

3   Q.   Where did you know Mr. Layee from before?

4   A.   I was friend with Layee from the Executive Mansion.

5   Q.   And how did you meet him at the Executive Mansion?

6   A.   On duty.

7   Q.   Did you have a work relationship with Mr. Layee?

8   A.   Yes.

9   Q.   What was your relationship at work with him?

10  A.   I was a shift commander for him at the time and I usually

11  used to deploy him where I want him to be.

12  Q.   I'd like to show you what has been admitted previously as

13  KL 4.   Do you recognize this?

14  A.   Yes.

15  Q.   What is this picture?

16  A.   Inside of this is the hole you see in Klay where I used to

17  have the prison.

18  Q.   Can you place an X where the hole is that you were placed

19  under?

20  A.   (Complied.)

21  Q.   I'd like to show you what has been marked KL 11.

22          AGENT NAPLES:   (Complied).

23  BY MR. GRAVELINE:

24  Q.   Do you recognize that?

25  A.   Yes.

**October 16, 2008**

## Wilson - Direct

1   Q.   What is that?

2   A.   Inside of the hole.

3   Q.   Was it dry or was it wet when you were placed inside the

4   hole?

5   A.   It was wet.

6   Q.   How long were you held in this hole?

7   A.   I don't remember the weeks or days, but I was there for

8   quite a time.

9   Q.   For how long?

10  A.   A few time.   I can't remember how much week or month, but I

11  was there for more than a week or three, yeah.

12  Q.   Now, as you were in this hole, did you see other men placed

13  in this hole?

14  A.   Yes.

15  Q.   Who did you see placed in the hole?

16  A.   I saw Varmuyan Dulleh.   I saw Hassan Bility.   I saw Mabutu

17  Kromah.   I saw Billy Kamara.

18  Q.   When you saw Mr. Varmuyan Dulleh placed in the hole, what

19  was his emotional state like?

20  A.   Varmuyan Dulleh, he was very afraid.   He was afraid.   He

21  didn't talk.   Very, very afraid.

22  Q.   Was he crying when he was put in the hole?

23  A.   Yeah, almost every day.

24  Q.   When he was placed in the hole, did it appear that some of

25  the other men might have known him better?

**October 16, 2008**

## Wilson - Direct

1  A.  Yes.

2  Q.  Who did it appear he knew down in the hole?

3  A.  His uncle, Billy Kamara and Mabutu Kromah.

4  Q.  Did it appear whether he knew Varsay Layee when he was put

5  in the hole?

6  A.  Yes.

7  Q.  Did you know Mr. Varmuyan Dulleh before being put in the

8  hole with him?

9  A.  I knew him by face, but not by name.

10  Q.  When he was initially placed in the hole, would he talk to

11  you?

12  A.  No.

13  Q.  Did you come to find later why that was?

14          MR. CARIDAD:  Objection.  Speculation.  Hearsay.

15          THE COURT:  Overruled.

16  BY MR. GRAVELINE:

17  Q.  Did you come to find out later why that was, why he

18  wouldn't talk to you?

19  A.  Yes.

20  Q.  Why was that?

21  A.  He told me he didn't trust me.

22          MR. GRAVELINE:  Your Honor, if we could have a

23  sidebar.

24

25

## October 16, 2008

## Wilson - Direct

1              [Proceedings at sidebar follow]:

2              MR. GRAVELINE:   Sorry.   I seek to elicit some

3    statements from Mr. Dulleh now.   He's going to say after some

4    time in the hole, Mr. Dulleh realized he was all right and that

5    he confided in him as to what happened to him.   We think this

6    is a prior consistent statement, as opposed to an excited

7    utterance, because it took some time.

8              I wanted to alert the defense to that.   We don't think

9    it's an excited utterance.   It would be offered as a prior

10   consistent statement.

11             MR. CARIDAD:   We object on the ground of prior

12   consistent statement.   The evidence so far that we presented is

13   that the motive to fabricate arose way before this even

14   happened.   We do not believe it's proper to rebut our claim of

15   fabrication when the claim of fabrication before occurred, the

16   motive existed before this statement was made to this

17   gentleman, Mr. Wilson.

18             THE COURT:   Overruled.

19

20

21

22

23

24

25

**October 16, 2008**

## Wilson - Direct

1          [Proceedings in open court follow]:

2     BY MR. GRAVELINE:

3     Q.   Now, when Mr. Dulleh was first put in the hole, did you see

4     him?  Did you observe him speaking with Mr. Layee?

5     A.   Yes.

6     Q.   And could you understand what he was saying to Mr. Layee?

7     A.   No, they were speaking Mandingo.   I didn't understand.

8     Q.   Now, did you have an opportunity to speak to Mr. Dulleh in

9     English?

10    A.   Yes.

11    Q.   And -- well, first, before we get to that, at a certain

12    point were you taken out of the hole in order to eat or urinate

13    or anything along those lines?

14    A.   Yes.

15    Q.   When you were taken out of the hole, did you see Mr. Dulleh

16    out of the hole as well?

17    A.   Yes,

18    Q.   Could you observe -- what, if any, physical injuries did

19    you observe on Mr. Dulleh?

20    A.   I saw burn mark on his body.

21    Q.   Where were the burn marks on his body?

22    A.   On his arms and on his leg.

23    Q.   Did he tell you where he got those burn marks?

24    A.   Yes.

25    Q.   What did he tell you?

**October 16, 2008**

## Wilson - Direct

1  A.   When I questioned him what was going on, he said Chuckie

2  Taylor torture him and he took a bowl of water and put into his

3  hand and force him to speak on the phone with Alhaji Kromah and

4  also take a pressing iron and burn him on his arm and on his

5  leg.

6  Q.   Now, while you were in the hole at Klay, did there come a

7  time where you were questioned?

8  A.   Yes.

9  Q.   And before your questioning, did the men do anything to

10  you?

11  A.   Yes.

12  Q.   Specifically what did they do to you in regards to burns?

13  Did they ever burn you?

14  A.   Yes.

15  Q.   What did they burn you with?

16  A.   They smoke around me and put the cigarette on my body.

17  Burned me with the cigarette.

18  Q.   What, if anything, did they do with electricity?

19  A.   Yes.   It was a 12 volt battery.   They put the negative and

20  positive wires together and electrocuted me through my penis.

21  Q.   I'm sorry.   They would touch you where?

22  A.   My penis.

23  Q.   On your penis?

24  A.   Yes.

25  Q.   Does your body still have some of the scars from what

**October 16, 2008**

## Wilson - Direct

1   happened to you during the questioning at Klay?

2   A.   Yes.

3              MR. GRAVELINE:   Your Honor, at this time I would ask

4   the witness to step down and show the jury his arms.

5              THE COURT:   He may do so.

6   BY MR. GRAVELINE:

7   Q.   If you could take your jacket off, roll up your sleeves and

8   come down here.

9   A.   (Complied.)

10  Q.   I'll hold the microphone.

11  A.   I got these marks from the rope that was placed into my

12  skin.   Cigarette burn mark over my body here.   If you check

13  this arm, you see a lot, too.

14  Q.   Can you roll up that sleeve as well?

15  A.   Yes.

16             (Complied.)   Here, I got here.

17  Q.   Without saying anything, would you just walk in front of

18  the jury and show them your arm?

19  A.   (Complied.)

20  Q.   You can return to your seat.

21  A.   (Complied.)

22  Q.   Take your time.   Do you want to put your jacket back on?

23  A.   Yes.

24  Q.   The circular marks around your elbows, what is that from?

25  A.   Both tabie and cigarette burns.

**October 16, 2008**

**Wilson - Direct**

1  Q.   Did there come a time when you left Klay Junction?

2  A.   Yes.

3  Q.   And where were you taken?

4  A.   I was taken to Sagleipie in Ninba County.

5  Q.   What was the name of that?

6  A.   Sagleipie in Ninba County.

7  Q.   Did Varmuyan Dulleh leave with you?

8  A.   No.

9  Q.   Did you see when Varmuyan Dulleh left Klay Junction?

10 A.   Yes.

11 Q.   How did Mr. Dulleh leave Klay Junction?

12 A.   Mr. Dulleh was taken away in a chopper.

13 Q.   Meaning?

14 A.   In a helicopter.

15 Q.   Did you actually see the helicopter?

16 A.   Yes.

17 Q.   I'm showing you what has already been admitted into

18 evidence as KL 2.

19           AGENT NAPLES:   (Complied.)

20 BY MR. GRAVELINE:

21 Q.   Do you recognize that?

22 A.   This is Klay.

23 Q.   Can you put an X where you saw the helicopter?

24 A.   At this intersection, landed at this intersection.   I was

25 in this building back here.

**October 16, 2008**

## Wilson - Direct

1   Q.   Was anyone else taken away on the same day as Varmuyan

2   Dulleh in the helicopter?

3   A.   Yes.

4   Q.   Who else was taken away?

5   A.   Billy Kamara and Hassan Bility.

6   Q.   Did there come a time that you were returned to Monrovia?

7   A.   Yes.

8   Q.   Were you released as soon as you got back to Monrovia?

9   A.   No.

10  Q.   Where were you taken?

11  A.   I was taken at the NBI office.

12  Q.   NBI?

13  A.   Yes.

14  Q.   Were you still held in confinement there?

15  A.   Yes.

16  Q.   Who, if anyone else, did you see when you were held at NBI?

17  A.   I saw Sheikh Sackor.   I saw Billy Kamara.   I saw Hassan

18  Bility.   I saw Layee Kamara and I saw other people there, too.

19  Q.   Were you finally released from confinement?

20  A.   Yes.

21  Q.   What day were you released from confinement?

22  A.   July 13th, 2003.

23  Q.   I'm sorry.   What?

24  A.   July 2003.

25  Q.   From July 19th, 2002 to July 13th, 2003, were you held in

**October 16, 2008**

## Wilson - Direct

1  continuous confinement?

2  A.   Yes.

3  Q.   Were you ever officially charged with a crime?

4  A.   No.

5  Q.   Were you ever brought to a Court?

6  A.   No.

7  Q.   Once you were released on July 13th, what did you think

8  about your safety in Liberia?

9  A.   I think I was not safe anymore.   My life was not safe

10  anymore in Liberia.

11  Q.   Why did you think that?

12  A.   Yeah, because right after I came out of prison, I was

13  chased at my home.   Security guards came at my home one night

14  asking me for my certificate from prison.

15  Q.   Your certificate from prison?  What certificate was that?

16  A.   That was a Red Cross prison certificate.

17  Q.   The security guards wanted your Red Cross prison

18  certificate?

19  A.   Yes.

20  Q.   What did you do?

21  A.   I told them I was using the bathroom and I ran away out the

22  back door.

23  Q.   You ran away out the back door?

24  A.   Yes.

25  Q.   Did you leave Liberia shortly after that?

**October 16, 2008**

## Wilson - Direct

1    A.    Yes.

2    Q.    How did you leave Liberia?

3    A.    I left by sea.

4    Q.    By sea?

5    A.    Yes.

6    Q.    How did you leave by sea?

7    A.    I bribed some fishing men.

8    Q.    And where did these fishing men take you?

9    A.    Sierra Leone.

10   Q.    Where did you go from Sierra Leone?

11   A.    I went up to Guinea.

12   Q.    And did you eventually file for asylum?

13   A.    Yes, I did.

14   Q.    With what organization?

15   A.    U.N., UNHCR.

16   Q.    Do you live in Liberia now?

17   A.    No.

18   Q.    Where do you live now?

19   A.    I live in Canada.

20          MR. GRAVELINE:   One moment.

21   BY MR. GRAVELINE:

22   Q.    One more question to clarify:   Jewel Taylor, the woman you

23   worked for, she was the wife of who?

24   A.    Charles Taylor.

25   Q.    Not Chuckie Taylor, but Charles Taylor, the President of

**October 16, 2008**

## Wilson - Cross

1  Liberia?

2  A.   Yes.

3  Q.   Okay.   Thank you.

4          MR. GRAVELINE:   No further questions.

5                     CROSS EXAMINATION

6  [Beginning at 10:06 a.m., 10/16/08.]

7  BY MR. CARIDAD:

8  Q.   Mr. Wilson, you said you were a member of the NPFL?

9  A.   Yes.

10 Q.   That is the organization led by Charles Taylor?

11 A.   Yes.

12 Q.   When did you join the NPFL?

13 A.   Late 1989.

14 Q.   In 1989?

15 A.   Late 1989.

16 Q.   Okay.

17          Were you part of the force that entered Liberia in

18 1989?

19 A.   No.

20 Q.   You joined the NPFL after it had already entered Liberia?

21 A.   Yes.

22 Q.   Why did you join the NPFL?

23 A.   Well, at the time -- I was young at the time.  I was fooled

24 by these guys that were going around recruiting young kids at

25 the time.

**October 16, 2008**

## Wilson - Cross

1   Q.   You said you were fooled?

2   A.   I was fooled by them and what they said.   They said the

3   NPFL was coming to liberate our people from the hands of the

4   former President, Samuel Doe.

5   Q.   What year was that that you were recruited?

6   A.   Late 1989.

7   Q.   You say you were fooled by them   Correct?

8   A.   Yes.

9   Q.   And you stayed with them until when?

10   A.   I stayed -- I was still with them until 1992.

11   Q.   And then what did you do in 1992?

12   A.   For some reason I was taken away from the country.   I went

13   in another country.

14   Q.   You left Liberia in 1992?

15   A.   Yes.

16   Q.   Why did you leave in 1992?

17   A.   Because I was shot.

18   Q.   You had been shot?

19   A.   Yeah, by one of the NPFL, some of the NPFL guys.

20   Q.   But you were a member of the NPFL -- correct -- from 1989

21   to 1992?

22   A.   Yes.

23   Q.   And then you were shot?

24   A.   Yes.

25   Q.   By accident or on purpose?

**October 16, 2008**

## Wilson - Cross

1  A.   On purpose.

2  Q.   Who shot you?

3  A.   It was a guy who used to be terrorist commander by the name

4  of Khadafi.   I don't know his full name.   Khadafi shot me.

5  Q.   In Liberia?

6  A.   Yes.

7  Q.   Where did he shoot you?

8  A.   He shot me on my leg.

9  Q.   Why did he shoot you?

10  A.   From what I discovered, because of from my background

11  investigation.   He shot me because of top secret.

12  Q.   Some Liberian named Khadafi shot you in what year?

13  A.   1992, February of 1992.

14  Q.   And this is in Monrovia?

15  A.   It happened in Division 26 around Kakata.

16  Q.   Were you in the middle of a battle when he shot you?

17  A.   I was relaxing from battle front.   It was a Sunday.

18  Q.   So you were not fighting at the time.   You were relaxing on

19  a Sunday and this man just came up to you then and shot you?

20  A.   I told you for some reason he shot me.

21  Q.   You don't know why to this day?

22  A.   I know.

23  Q.   You know why?

24  A.   I know why.

25  Q.   Why did he shoot you?

**October 16, 2008**

## Wilson - Cross

1   A.   He shot me because of some top secret.

2   Q.   Because of some top secret that you had?

3   A.   I knew about it and linked this secret before to President

4   Taylor.   It managed to get to President Taylor and --

5   Q.   Somebody thought you had top secret information that would

6   link Charles Taylor to something else.   Right?

7   A.   That would lead them into trouble.

8   Q.   Into trouble?

9   A.   Yes.

10   Q.   So this man shot you?

11   A.   Not this man.

12   Q.   The man that you named as Khadafi?

13   A.   It's not this man who was going to get into the trouble, is

14   what I'm saying.

15   Q.   Apparently, he was ordered to shoot you?

16   A.   Yes.

17   Q.   And he shot you in the leg?

18   A.   Yes.

19   Q.   He didn't kill you?

20   A.   He didn't kill me.

21   Q.   Did he intend to kill you?

22   A.   Oh, yeah.   I had guards that defended me, too.   I had huge

23   manpower that defended me at the time.

24   Q.   You had men under your control in 1992 that you were

25   commanding?

**October 16, 2008**

## Wilson - Cross

1   A.   Oh, yeah, sure, sure.

2   Q.   This man approached you by himself with a gun and shot you?

3   How did it happen?

4   A.   As a matter of fact, we were all friends.  I didn't know.

5   It's like we were sitting here and I didn't know.  I had the

6   opportunity to get out of town.  I used the opportunity of what

7   he did.

8   Q.   You thought he was your friend.  Right?

9   A.   As a matter of fact, we were all friends together before.

10   Q.   You didn't see him coming.  Right?

11   A.   I saw him coming.

12   Q.   With a gun?

13   A.   He called my name.

14   Q.   He called your name over to where he was?

15   A.   Yes, before he shot me.

16   Q.   Did you have a gun on you?

17   A.   No.

18   Q.   So he called you over.  Right?

19   A.   Yes.

20   Q.   And you walked over to where he is?

21   A.   No.

22   Q.   How did it happened?

23   A.   It's more like a distance away from him  Just spoke my

24   name.  When I turned to him, he opened fired.

25   Q.   He didn't shoot you in the body?

**October 16, 2008**

## Wilson - Cross

1  A.   He shot me in the leg.

2  Q.   I'm sorry?

3  A.   He shoot me in the leg and killed some guys around me.

4  Q.   He was trying to kill you?

5  A.   Yeah.

6         MR. GRAVELINE:   Objection, Your Honor.   Relevance of

7  this event that happened in 1992.

8         THE COURT:   Overruled.

9  BY MR. CARIDAD:

10  Q.   You did didn't have a gun.   He had a gun.   He called you

11  over.   He shot you, apparently, in the leg.   Right?

12  A.   Right.   To be frank with you, I was the guy that had a

13  group of armed guards.   I didn't have to hold a gun at the

14  time.   I had bodyguards.

15  Q.   You weren't expecting this man to do anything to you?

16  A.   No.

17  Q.   He calls you.   You walk over to him   He's intending to

18  kill you and he shoots you in the leg?

19  A.   I did not walk over to him

20  Q.   He called your name?

21  A.   He called my name and opened fire.

22  Q.   How far was he from you when he opened fire on you?

23  A.   I can't remember the distance.

24  Q.   As far as him from you or closer?

25  A.   Something like that.

**October 16, 2008**

## Wilson - Cross

1  Q.  You said this man was a soldier.  Correct?

2  A.  Yes, he was a terrorist commanding general.

3  Q.  He was a commanding general of something.  He was trying to

4  kill you, yet he's as far away from you as I am and you say he

5  shot you in the leg?

6  A.  Yes.

7  Q.  He couldn't get off any more shots?

8  A.  He got fired in return.

9  Q.  The other men started firing at him?

10  A.  My bodyguards start to shoot at him

11  Q.  They were next to you?

12  A.  Yes.

13  Q.  Was he alone or did he have men, too?

14  A.  There was a gun fight.

15  Q.  He missed?

16  A.  He got me.

17  Q.  He was trying to kill you, you say?

18  A.  He got me.

19  Q.  You recovered from that wound?

20  A.  Yes.

21  Q.  You remained as part of the NPFL.

22  A.  Oh, yes.  After I went abroad, let's say, I went to another

23  country for treatment.

24  Q.  I'm sorry to interrupt you.  Go ahead.

25  A.  Yes.  President Taylor sent me away for treatment, for

**October 16, 2008**

## Wilson - Cross

1    treatment, and after the first stage of the treatment, I came

2    right back, but because I had no money, I couldn't go back.

3    Q.   Who sent you for treatment to another country?

4    A.   Charles Taylor.

5    Q.   That was Guinea?

6    A.   No, Côte d'Ivoire.

7    Q.   How long were you at the Ivory Coast?

8    A.   For a year.

9    Q.   Charles Taylor was paying for your treatment?

10   A.   Yes.

11   Q.   He paid for you to come back?

12   A.   Yes.

13   Q.   You say you had information that was top secret that would

14   link Charles Taylor to something that would embarrass him or

15   get him into trouble.  Is that right?

16   A.   Yes.

17   Q.   He, apparently, sent one of his men to shoot you?

18   A.   I believe that.

19   Q.   The man shot you in the leg.  He doesn't kill you.  Right?

20   A.   Yes.

21   Q.   You are then taken by Charles Taylor out of the country to

22   be healed, to be cured at his expense?

23   A.   Yes.

24   Q.   Then you are brought back at his expense to the country?

25   A.   Yes.

**October 16, 2008**

## Wilson - Cross

1   Q.   You work for him even more?

2   A.   No, at the time I was handicap.  I didn't work for him

3   anymore.

4   Q.   When you returned to Liberia, what did you do?

5   A.   I went back home.  I went back to Yeketa to continue my

6   schooling.

7   Q.   No one bothered you anymore?

8   A.   No.

9   Q.   What about the top secret you had?

10  A.   I'm sorry.  I'm not comfortable to tell you anything about

11  the secret right now.

12  Q.   You still had it with you when you came back from Ivory

13  Coast?

14  A.   Excuse me.  I came there for something different.

15  Q.   Sir, I'm asking you questions --

16  A.   I say I'm not comfortable telling you anything about that

17  secret.

18  Q.   My only question is after you came back from the Ivory

19  Coast, you still had that information with you?

20  A.   Oh, yeah.

21  Q.   You said Charles Taylor didn't try to kill you, didn't try

22  to harm you.  Right?

23  A.   Because I keep away from him  I was way too far away from

24  there.

25  Q.   You came back to Liberia from the Ivory Coast in what year?

**October 16, 2008**

## Wilson - Cross

1  A.   I left '92 and came back early '93.

2  Q.   '93?

3  A.   Yes.

4  Q.   And when you came back in '93, did you join rejoin the

5  NPFL?

6  A.   No.

7  Q.   What did you do in '92 when you came back?

8  A.   I told you, I went back to school.

9  Q.   That's in '93.  We know there were elections in '97.

10 Correct?

11 A.   Yeah.

12 Q.   You voted for Charles Taylor?

13 A.   I did.

14 Q.   The man who tried to kill you?

15 A.   Oh, yeah.  We had no choice.

16 Q.   You had no choice?

17 A.   Oh, yeah.

18 Q.   You could have not gone to the ballot box.  Right?

19 A.   I had no choice but to vote for him

20 Q.   You didn't have to vote at all.

21 A.   It was my intention to vote.

22 Q.   All right.

23       But you didn't have to vote at all, yet you voted for

24 him  Is that correct.

25 A.   Excuse me, sir.  You don't have to put words in my mouth.

**October 16, 2008**

## Wilson - Cross

1    I decided to vote for him

2    Q.    Okay.

3    A.    Thank you.

4    Q.    And then after you voted for him in '97, he was elected

5    President of the country?

6    A.    Yes.

7    Q.    And then did you begin to work for his government?

8    A.    Yes, I did.

9    Q.    And what was your first position in his government?

10   A.    I was assigned a shift commander at Executive Mansion.

11   Q.    You were part of the SSS?

12   A.    Yes.

13   Q.    You were working under Benjamin Yeaten?

14   A.    Yes.

15   Q.    Now, let me go back a little bit.   When you were with the

16   NPFL, you were a fighter?

17   A.    Yes.

18   Q.    Did you lead a group of men?

19   A.    Oh, yes.

20   Q.    Did you have a name as a commander?

21   A.    Yes,

22   Q.    What was the name?

23   A.    People knew me as Prince Johnson.

24   Q.    You weren't the famous Prince Johnson in Liberian history?

25   A.    No.

**October 16, 2008**

## Wilson - Cross

1  Q.  That's another person?

2  A.  Yeah.

3  Q.  When you fought for the NPFL, you killed men?

4  A.  I killed people that I fought against.  I believe so.

5  Q.  You were a soldier and it was your job to kill men?

6  A.  Yes.

7  Q.  Did you ever tie people up in tabie?

8  A.  No.

9  Q.  You never did?

10 A.  I can't remember that.

11 Q.  Did you order your men to ever do that?

12 A.  No.

13 Q.  Did you ever see that being done during the war --

14 A.  Yes.

15 Q.  -- to soldiers who were captured?

16 A.  To any soldier who were captured.

17 Q.  You said you never did it?

18 A.  I never did it.  I can't remember doing that.

19 Q.  You never ordered your men to do it?

20 A.  No.

21 Q.  Did you capture soldiers?

22 A.  Yes.

23 Q.  How would you restrain them?

24 A.  You capture a man.  You surround them.  You turn them over

25 to authority, which I did.

**October 16, 2008**

## Wilson - Cross

1  Q.   You never tied anybody?

2  A.   No.

3  Q.   Did you ever abuse anybody?

4  A.   I can't remember.

5  Q.   Never hit anybody?

6  A.   I hit people like I fought somebody physically, people who

7  want to fight me.

8  Q.   You never hit anybody you captured or anybody like that?

9  A.   No.

10  Q.   Never abused then?

11  A.   No.

12  Q.   So now you're working for Benjamin Yeaten.  That is in '97

13  when you start working for him?

14  A.   Yes.

15  Q.   And you joined the SSS?

16  A.   Yes.

17  Q.   Were you getting paid to join the SSS?

18  A.   At a time.

19  Q.   So you were a paid employee of the SSS and your boss was

20  Benjamin Yeaten.   Right?

21  A.   Pardon?

22  Q.   Your boss was Benjamin Yeaten?

23  A.   Yes.

24  Q.   What did you think of him?

25  A.   Benjamin Yeaten?  Oh, I knew he was, he was authority for

**October 16, 2008**

## Wilson - Cross

1   the rules and regulations for him

2   Q.   Did you know he was a cruel man?

3   A.   Cruel?

4   Q.   Cruel.

5   A.   Yes, I knew.

6   Q.   Did you think he was an abusive man?

7   A.   Yes.

8   Q.   Did you think he was a diabolical man?

9   A.   Yes.

10  Q.   And you went to work for this plan?

11  A.   I was working for the Government.  I wasn't working

12  directly for him

13  Q.   Well, you were a member of the SSS.

14  A.   The Government, the Special Security Services.

15  Q.   You joined that organization?

16  A.   Oh, yes.

17  Q.   How long did you work for Benjamin Yeaten?

18  A.   From '97 'til 2002 when I was arrested.

19  Q.   And did you ever see Benjamin Yeaten arrest somebody?

20  A.   Yes.

21  Q.   You worked for him for how many years, Mr. Wilson?  I'm

22  sorry.

23  A.   1997 to 2002.

24  Q.   Five years you worked for Benjamin Yeaten?

25  A.   Yes.  Excuse me, sir.  Not for Benjamin Yeaten.  For the

**October 16, 2008**

## Wilson - Cross

1    Government of Liberia at the time.

2    Q.   And the agency within the Government of Liberia that you

3    worked for was the SSS.   Correct?

4    A.   Yes.

5    Q.   And the SSS was headed by Benjamin Yeaten?

6    A.   Yes.   Just so you can know, I'm not working directly for

7    him   I'm working for the Government.

8    Q.   Well, Benjamin Yeaten could give you orders.   Right?

9    A.   Yes.   That's the rules and regulations of the SSS.   You

10   obey your authority.

11   Q.   When you worked for Benjamin Yeaten, did you ever see him

12   abuse anybody?

13   A.   Yes.

14   Q.   Did you do anything to stop it?

15   A.   I had no authority to stop him

16   Q.   Did you report it to anybody?

17   A.   No.

18   Q.   Did you quit the SSS?

19   A.   No.

20   Q.   Why didn't you quit?

21   A.   It's not that kind of society.   You don't quit and stay

22   there.   You quit to run away.

23   Q.   You joined in the first place.

24   A.   Yes.

25   Q.   When you joined, you knew Benjamin Yeaten was head of the

**October 16, 2008**

## Wilson - Cross

1  SSS?

2  A.   Yes.

3  Q.   You knew what kind of man he was?

4  A.   Yes.

5  Q.   Yet you joined?

6  A.   I joined.

7  Q.   You saw him abuse people?

8  A.   I joined to make life easier for myself, to make money,

9  right.

10  Q.   To make life easier for yourself?

11  A.   Yes.

12  Q.   Now, there came a time when you said that you became -- you

13  were assigned to the first lady, Jewel Taylor.   Right?

14  A.   Yes.

15  Q.   When were you assigned to her?

16  A.   I got assigned to her from 2001.   2000.   I'm sorry.

17  Q.   2000 until when, sir?

18  A.   2000 to 2002.

19  Q.   Were you her bodyguard?

20  A.   Yes.

21  Q.   So you were a member of the SSS, a bodyguard for the first

22  lady?

23  A.   Yes.

24  Q.   For two years?

25  A.   That's the responsibility of the SSS.

**October 16, 2008**

## Wilson - Cross

1   Q.   So you must have been trusted by President Taylor.

2   A.   Yes.

3   Q.   Did you ever discuss with him that you had this top secret,

4   by the way?

5   A.   No, I never had a chance to meet him on that.

6   Q.   Of course, he knew you had it.   Right?

7   A.   I guess.

8   Q.   So he makes you the bodyguard for his wife.   Right?

9   A.   I was bodyguard for his son.

10  Q.   Not for his wife?

11  A.   I say for his wife.

12  Q.   So you were a bodyguard for his wife and her son.

13           You said that Chuckie had an office at the Executive

14  Mansion?

15  A.   Yes.

16  Q.   Okay.

17           That was a building separate from the mansion?

18  A.   Yes, that was an ATU building.   There's a barracks in the

19  mansion built from the previous government to Charles Taylor

20  government.

21  Q.   I'm sorry to interrupt you.

22  A.   This barracks have been there, special bodyguards'

23  barracks.   It have been there before the Charles Taylor

24  administration.

25  Q.   What year did you first see Chuckie at that office?

**October 16, 2008**

## Wilson - Cross

1   A.   At the office?  I saw Chuckie Taylor, I start seeing him at

2   that office from the year 2000.

3   Q.   Until when?

4   A.   Until, until 2001, 2002 he used to go there.

5   Q.   Now, who -- I'm sorry to interrupt you.

6            In 2000, who was your understanding was the head of

7   the ATU?

8   A.   In 2000 I understood before this guy was there temporarily,

9   Chuckie came then.  Chuckie was taking over immediately.

10  Q.   Who was the head of the ATU in 2000?  Do you know?

11  A.   Chuckie.

12  Q.   It was not Momo Jibba?

13  A.   Momo Jibba was a temporary commander at the time.

14  Q.   From when to when?

15  A.   I can't remember.  Everybody knew it was a Chuckie coming.

16  Q.   Momo Jibba was made the commander of the ATU, wasn't he?

17  A.   For some reason Chuckie was going on punishment.  He was

18  suspended for some time.  So Momo Jibba temporarily went in

19  there.

20  Q.   You say Chuckie was the head of the ATU again?

21  A.   Chuckie was the head of the ATU.  For some reason he was

22  suspended and Momo Jibba cover.  The ATU had no other commander

23  besides Chuckie.

24  Q.   That's your opinion.  Right?

25  A.   Yes.

**October 16, 2008**

# Wilson - Cross

1    Q.    Okay.

2            Because you saw Chuckie ordering soldiers around at

3    the ATU barracks behind Whiteflower.   Right?   That's part of

4    the Executive Mansion?

5    A.    Whiteflower is not part of the Executive Mansion.

6    Q.    I made a mistake.   You had that opinion because you saw

7    Chuckie ordering men to do things at the Executive Mansion.

8    Right?

9    A.    No.

10           As I say, please don't put words in my mouth.   I knew

11   exactly Chuckie Taylor was the commander of the ATU and Chuckie

12   Taylor, I saw him before standing there giving instructions to

13   his men to cut grass.

14   Q.    Okay.   This was at the Executive Mansion?

15   A.    Executive Mansion, yes.

16   Q.    You saw him ordering men to cut grass?

17   A.    Yes.

18   Q.    Did Chuckie have his own bodyguards?

19   A.    Oh, yeah.

20   Q.    He certainly had authority to order his own bodyguards

21   around.   Right?

22   A.    Chuckie had authority over his army at the time.

23   Q.    You said you saw him order people to cut grass on the

24   Executive Mansion.   Correct?

25   A.    Yes.

**October 16, 2008**

## Wilson - Cross

1    Q.   You said you saw Chuckie at his own house with bodyguards?

2    A.   Yes.

3    Q.   He could, obviously, order those bodyguards to do what he

4 wanted?

5    A.   The guys that were cutting grass, they were all ATU

6 soldiers.

7    Q.   I understand.

8        You said you saw Chuckie ordering these men to do

9 tasks around the Executive Mansion.

10    A.   Yes.

11    Q.   You also saw him at his own house with his bodyguards?

12    A.   Yes.

13    Q.   Ordering his bodyguards to do what he ordered them to do.

14 Right?

15    A.   At his house, yes.

16    Q.   But you were part of the SSS.  Right?

17    A.   Yes.

18    Q.   You were not part of the ATU?

19    A.   No, no.

20    Q.   Now, in 2001 you were living in Monrovia.  Right?

21    A.   Yes.

22    Q.   So you're familiar with the advance of the LURD rebels into

23 Monrovia, aren't you?

24    A.   Yes.  We heard on the news.  We heard bullet firing.  We

25 saw guys going to the front, coming back telling us about the

**October 16, 2008**

## Wilson - Cross

1  issues at the battle front.

2  Q.   So by 2001, LURD was already advancing within Liberia.   Is

3  that correct?

4  A.   Oh, LURD, LURD has taken, let's say, almost half, the

5  closer part of Lofa towards Guinea, taking almost half of those

6  areas.

7  Q.   And by 2001, they were already trying to get into Monrovia.

8  Is that correct?

9  A.   2001?

10  Q.   Yes.

11  A.   2001, I remember they came close -- they didn't come that

12  close to the city at the time, 2001, but I remember they came

13  close to Po River Bridge.

14  Q.   By early 2002, LURD was even closer to Monrovia.   Is that

15  correct?

16  A.   It was back and front.

17  Q.   Back and forth?

18  A.   Yes.

19  Q.   Is that what you meant to say, "back and forth"?

20  A.   Not in Monrovia.

21  Q.   So they hadn't gotten to Monrovia in 2002 yet?

22  A.   2002?

23  Q.   Right.   Not yet?

24  A.   Not before I went to prison.

25  Q.   But they were advancing and retreating throughout 2001.

**October 16, 2008**

## Wilson - Cross

1   Would you say that?

2   A.   Yeah.   They were around the Klay area.   They used to hit

3   the Klay Junction and the Government pushed them back like

4   that.

5   Q.   So they had advanced as far, LURD had advanced as far to

6   the Klay Junction where you were detained --   correct -- at

7   some point?

8   A.   2002, at some point, I went to detention.   Right?   It was

9   in July.

10   Q.   Yes.

11   A.   Okay.   Yes.

12          Before I went to detention, before I went to

13   dissension, LURD did not enter Monrovia.

14   Q.   Correct.   They had gone as far as Klay?

15   A.   Yes, the farthest was from Klay.

16   Q.   By 2002, early 2002, had they advanced further than Klay

17   towards Monrovia?

18   A.   They were somewhere around Boni County.

19   Q.   Is that close?

20   A.   It's not even close to Monrovia.

21   Q.   Is it closer to Monrovia than Klay?

22   A.   No.

23   Q.   So they were pushed back.   Correct?

24   A.   Yes.

25   Q.   And they started advancing again.   Is that correct?

**October 16, 2008**

## Wilson - Cross

1  A.   Back and forth.   The Government was on the defensive.

2  Q.   The government of Charles Taylor was on the defensive?

3  A.   Yes.

4  Q.   By 2002, there was a state of emergency declared --

5  right -- early 2002?

6  A.   I can't remember whether it was early 2002 or late 2002,

7  but I remember it was state of emergency.

8  Q.   And to summarize the situation in Liberia in 2001 and 2002,

9  LURD was getting stronger and was advancing towards Monrovia.

10  Is that fair to say?

11  A.   Well, we had different situation surrounding the country.

12  It was not only LURD that was attacking the Government.   We had

13  all the rebel factions attacking the Government.

14  Q.   Was that MODEL, sir?

15  A.   Yes, MODEL.

16  Q.   I'm sorry to interrupt you.

17  A.   I can't show you I remember everything, but we used to have

18  different trouble from both ends fighting.   Sometimes you hear

19  bullets.

20  Q.   There was LURD advancing from one direction and MODEL?

21  A.   Yes.

22  Q.   Their objective was to get to Monrovia?

23  A.   Yes.

24  Q.   There was going to be some sort of war, obviously, in

25  Monrovia?

**October 16, 2008**

**Wilson - Cross**

1    A.    Yes.

2    Q.    You say you were detained for about a year beginning in

3    July of 2002?

4    A.    Yes.

5    Q.    Okay.

6              You were in jail during that one year?

7    A.    Beginning July, 2002?

8    Q.    Yes.

9    A.    I was detained in July, yeah, 2002, July 19.

10   Q.    So that time when you were in jail --

11   A.    Yeah.

12   Q.    -- LURD was still advancing into the country, into

13   Monrovia?

14   A.    No.

15   Q.    Did they stop?

16   A.    July, 2002, when I went to jail in July, 2002, I remember

17   LURD was somewhere around the Boni County area.

18   Q.    But their objective, as you said, and the objective of

19   MODEL that was coming from another part of Liberia was to enter

20   Monrovia and take control of it?

21   A.    Yes, that was their aim, I guess.

22   Q.    By violence?

23   A.    Yes.

24   Q.    They were soldiers?

25   A.    They were rebel soldiers.

**October 16, 2008**

## Wilson - Cross

1   Q.   Just like you had been a soldier?

2   A.   Yes.

3   Q.   Their goal was to fight and kill men and take control of

4   the country.   Right?

5   A.   Oh, they have their motive.

6   Q.   But their objective was --

7   A.   I can assure you it wasn't just to kill people around --

8   Q.   It was to take control of the country?

9   A.   They was trying to stop Charles Taylor at the time.

10  Q.   Charles Taylor was fighting with his own men?

11  A.   Yes.

12  Q.   There was certainly going to be violence in Monrovia?

13  A.   Well, there was already violence in Monrovia.

14  Q.   By 2002?

15  A.   Yes.   From 2001, 2002 there was already violence in

16  Monrovia.

17  Q.   So it was a dangerous place to be in?

18  A.   Yes.

19  Q.   Now, you said there came a time when you were arrested,

20  July 19th, 2002.   Correct?

21  A.   Yes.

22  Q.   This was a surprise to you, of course, this arrest?

23  A.   Yeah.

24  Q.   And Charles Taylor accused you of being part of the LURD

25  rebels?

**October 16, 2008**

## Wilson - Cross

1  A.   Yes.

2  Q.   Did he tell you why he thought you were part of the LURD

3  rebels?

4  A.   I was not part of the LURD rebels.

5  Q.   I understand.

6        Did he tell you why he thought you were?

7  A.   No, he didn't talk to me for a very long time.  He didn't

8  tell me that.  He didn't tell me why he thought I was part of

9  the LURD rebels.  He talked to me for like five or seven

10 minutes and that was it.

11 Q.   Did you ask him what evidence he had of this?

12 A.   No, no.

13 Q.   You had been an NPFL fighter, loyal to him?

14 A.   Yes.

15 Q.   You had been trusted enough to take care of his son?

16 A.   Yes.

17 Q.   Take care of his wife?

18 A.   Yes.

19 Q.   You were part of the SSS working under Benjamin Yeaten?

20 A.   Yes.

21 Q.   Can you give me one reason why he would choose you?

22 A.   Why he would choose me?

23 Q.   Why he would arrest you.

24 A.   Charles Taylor was a guy who used to think funny of people

25 and get rid of you.

**October 16, 2008**

## Wilson - Cross

1  Q.   There was no reason he gave you, not a single explanation?

2  A.   I never had the chance.

3  Q.   He never told you why?

4  A.   Taylor, he had his own world.   He was the kind of

5  authority, you don't usually talk back.

6  Q.   Had you done anything at all?

7  A.   No, I was innocent.

8  Q.   As a matter of fact, you were a trusted member of his

9  government?

10  A.   Yes.   I seen other trusted member who had been killed.

11  Q.   We're talking about you.   Right?

12  A.   Yeah.   It could be possible that happen to me.

13  Q.   You were responsible for taking care of his own son?

14  A.   It doesn't mean he can't harm you.

15  Q.   I understand.   But my point is you were very close to this

16  man.

17  A.   Yeah.

18  Q.   You said Taylor's strategy was to send you to the front.

19  Is that where you thought you were going?

20  A.   I did not say Taylor's strategy was to send me to the

21  front.   I said Taylor had a strategy to get rid of his men, to

22  send you to the front and shoot you in the back.   We knew that.

23  Q.   Did he do that to you?

24  A.   No.

25  Q.   Did you get to Klay.   Correct?

**October 16, 2008**

## Wilson - Cross

1   A.   Yes.

2   Q.   Before that, you said that Joe Tua took you to his house?

3   A.   Yes.

4   Q.   Were you tied up when he took you to his house?

5   A.   No.

6   Q.   Did he have his men take you to his house?

7   A.   No, he took me to the house.

8   Q.   This is after Charles Taylor had already accused you of

9   being a LURD rebel?

10  A.   Yes.

11  Q.   How did you get into the custody of Joe Tua?

12  A.   It was Joe Tua who was responsible to take me to Benjamin

13  Yeaten, as I said, assistant director.

14  Q.   Charles Taylor orders you go to Benjamin Yeaten?

15  A.   To go answer questions.

16  Q.   Joe Tua was the one who was taking you to Benjamin Yeaten?

17  A.   Because at the time Benjamin Yeaten was on the battle front

18  and Joe Tua was in Monrovia.

19  Q.   Joe Tua was Benjamin Yeaten's assistant?

20  A.   Yeah.

21  Q.   So I guess Benjamin Yeaten was out of town?

22  A.   I said yes, on the battle front.

23  Q.   Joe Tua took you to his own house?

24  A.   Yes.

25  Q.   And asked you to have dinner with him?

**October 16, 2008**

## Wilson - Cross

1  A.   Yes.

2  Q.   But Joe Tua knew the President thought you were a LURD

3  rebel.   Right?

4  A.   Yes.

5  Q.   Obviously, Charles Taylor must have told Joe Tua, "Listen,

6       take this guy to Benjamin Yeaten because he is a LURD

7       rebel."

8  A.   He said I was going for investigation.   Joe Tua was

9  responsible for taking me for investigation.

10  Q.   Investigation by Benjamin Yeaten?

11  A.   Yes.

12  Q.   On the way, Joe Tua takes you to his house?

13  A.   Yes.   He went home to eat.

14  Q.   He invites you to dinner?

15  A.   Yes.

16  Q.   You said you didn't want to eat?

17  A.   Yes.

18  Q.   So he has dinner?

19  A.   Correct.

20  Q.   And then he takes you to where?

21  A.   He took me to Klay.

22  Q.   Did he tie you up?

23  A.   He didn't tie me up.   He take me to Klay.   He sandwiched

24  me.

25  Q.   What?

**October 16, 2008**

## Wilson - Cross

1  A.   Sandwiched me.   He had two men on this side,  two men on

2  this side squeezing me in the middle.

3  Q.   That was after dinner?

4  A.   Yes.

5  Q.   Now, you said something that somebody suspected you were

6  associated with Mandingo people?

7  A.   Yes.

8  Q.   Had you been associated with Mandingo people?

9  A.   I associated with Varsay Layee.   His sister knew me.   His

10  brothers knew me.

11  Q.   That was one of the men in the hole.   Right?

12  A.   Yes.

13  Q.   Now Varsay Layee is in the United States?

14  A.   Yes.

15  Q.   Do you know where he lives?

16  A.   North Carolina.

17  Q.   How do you know that?

18  A.   Varsay Kamara is my friend.   I could say he's my brother.

19  Q.   He's your brother?

20  A.   When we got approved for asylum, I knew he was coming to

21  the States.   I came to Canada before he did.   When he got to

22  the States,  he called me and told me he was there.

23  Q.   Did you apply for asylum the same time or different times?

24  A.   We both applied at the same time.

25  Q.   In what country?

**October 16, 2008**

## Wilson - Cross

1   A.   In Guinea.

2   Q.   You were both together in Guinea?

3   A.   Oh, yeah.

4   Q.   Did he get to Guinea first or did you?

5   A.   We left together.

6   Q.   You left Guinea together?

7   A.   No, we escaped together from Liberia.

8   Q.   You escaped the same way that Varsay Layee did?

9   A.   Oh, yeah.

10  Q.   On the same fishing boat?

11  A.   Oh, yeah.

12  Q.   You both got to Sierra Leone together?

13  A.   Yes.

14  Q.   Then you got to Guinea together?

15  A.   Yes.

16  Q.   And you applied for asylum together?

17  A.   Yes.

18  Q.   And you were both given asylum at the same time?

19  A.   Yes.

20  Q.   And you both accused the Charles Taylor government of

21  persecuting you?

22  A.   It's something that happened by document.  The media knew.

23  We didn't just go and accuse Charles Taylor he did it to us.

24  Q.   I understand.

25       My question is you both applied for asylum together in

**October 16, 2008**

## Wilson - Cross

1    the same country?

2    A.    Yes.

3    Q.    You both accused the Charles Taylor government of doing

4    something bad to you?

5    A.    Yes, because he did.

6    Q.    The United Nations, because of what you said, got both of

7    you out of Guinea?

8    A.    The United Nations, because what happened to us, they did

9    that investigation.   They found out the truth.   They don't just

10   accept your application.   They find out the truth and gave us

11   asylum

12   Q.    Was there some sort of hearing where you got asylum?

13   A.    What do you mean "hearing"?

14   Q.    A hearing where somebody was asking you questions and you

15   had to present evidence of what happened to you.

16   A.    Oh, yes.

17   Q.    Was Chuckie Taylor represented at that hearing?

18   A.    No.   I was interviewed by UNHCR.   I did not go to court in

19   UNHCR.

20   Q.    Was Charles Taylor represented at that hearing?

21   A.    No.

22   Q.    Was there a jury at that hearing?

23   A.    No.

24   Q.    Was there a Judge at that hearing?

25   A.    It was not a courthouse.

**October 16, 2008**

## Wilson - Cross

1  Q.   Of course not.   It was an office where you said what

2  happened to you and these people decided to give you asylum

3  Is that right?

4  A.   Yes.

5  Q.   They gave you asylum and they put you and Varsay Layee,

6  they shipped you out of Guinea?

7  A.   Yes.

8  Q.   You went to Canada?

9  A.   Yes.

10  Q.   He went to the United States?

11  A.   Yes.

12  Q.   Have you stayed in contact with him since you arrived in

13  Canada?

14  A.   I speak to him once in a while on the phone.

15  Q.   How often do you speak to him?

16  A.   I said once in a while.

17  Q.   Every week?

18  A.   No, not every week.

19  Q.   Every month?

20  A.   Maybe once a month.   I can't remember how often during the

21  month.

22  Q.   Does he visit you?

23  A.   No.

24  Q.   Have you visited him?

25  A.   No.

**October 16, 2008**

## Wilson - Cross

1   Q.   When were you first asked to be a witness in this case?

2   A.   When?

3   Q.   When.

4   A.   Months ago.

5   Q.   Months ago.

6        Who approached you to be a witness in this case?

7   A.   I met with Greg.

8   Q.   Agent Naples?

9   A.   Yes.

10  Q.   And do you know how he got your name?

11  A.   Do I know how he got my name?

12  Q.   Yes.

13  A.   I guess he got information.

14  Q.   From Layee maybe?  From Mr. Layee?

15  A.   Who?

16  Q.   From Mr. Varsay Kamara?

17  A.   I'm not sure.

18  Q.   Did you ask Agent Naples how he got your name?

19  A.   Did I?

20  Q.   Yes.

21  A.   No.

22  Q.   You weren't curious how he got your name?

23  A.   I was not curious.  I knew it was something important I

24  should attend to.

25  Q.   Now, you said that once you were placed in the hole, you

**October 16, 2008**

## Wilson - Cross

1  saw Mr. Dulleh in the hole?

2  A.   Yes.

3  Q.   Okay.

4  A.   No.   Sorry.

5  Q.   He arrived later?

6  A.   Dulleh met me in the hole.

7  Q.   You were there first and then he arrived?

8  A.   Yes.

9  Q.   And he told you that some things had been done to his body.

10  Correct?

11  A.   Yes.

12  Q.   And he told you that somebody had pressed an iron to his

13  body?

14  A.   Yes.

15  Q.   Who did he say had done that?

16  A.   Chuckie Taylor.

17  Q.   Chuckie Taylor.

18         He said "Chuckie Taylor put an iron to my body"?

19  A.   Yes.

20  Q.   Did he say if anything had been done to his penis?

21  A.   Who?

22  Q.   Dulleh.

23  A.   Dulleh?   Yes.

24  Q.   What had been done?

25  A.   Excuse me.   Did he say anything done to his penis?

**October 16, 2008**

## Wilson - Cross

1   Q.   Yes.

2   A.   Not exactly.  I can't remember that.  Did he say it

3   happened to him when Chuckie Taylor tortured on him?

4   Q.   I'm asking you if you remember what Mr. Dulleh told you

5   when you were in the hole at Klay.

6   A.   He told me Chuckie Taylor torture him

7   Q.   You've just told us he said Chuckie Taylor burned him with

8   a pressing iron.   Right?

9   A.   That's torture.

10  Q.   He didn't tell you about anything being done to his penis.

11  Right?

12  A.   That I can't remember.

13  Q.   While you were in the National Bureau of Investigation, did

14  you see a gentleman named Milbah Kamara there?

15  A.   Milbah Kamara?

16  Q.   Did you know him?

17  A.   I know him in prison.

18  Q.   Did he speak to you?

19  A.   Oh, yeah.

20  Q.   Did he speak to other people?

21  A.   Yes.

22  Q.   Did he speak to Hassan Bility?

23  A.   Yes.

24          MR. CARIDAD:   If I could have a moment?

25          THE COURT:   Is this a good time to take a morning

**October 16, 2008**

## Wilson - Cross

1   recess?

2           MR. CARIDAD:   Yes.

3           THE COURT:   Ladies and gentlemen, we'll take 10

4   minutes.   Please don't discuss the case.

5           [The jury leaves the courtroom at 10:46 a.m.]

6           THE COURT:   All right.   We're in recess.

7            [There was a short recess at 10:47 a.m.]

8           THE COURT:   Can we have the jury, please.

9           [The jury returns to the courtroom at 10:59 a.m.]

10          THE COURT:   Everyone please be seated.

11  BY MR. CARIDAD:

12  Q.   Mr. Wilson, is it correct that Benjamin Yeaten was made a

13  four star general at one point?

14  A.   Yes.

15  Q.   Do you know what year that was?

16  A.   No, I can't remember the exact time.

17  Q.   Was it in the year 2000, 2001, 2002, 2003, that period?

18  A.   I can't remember the exact year, but it was in between

19  that.

20  Q.   As a four star general, he had the ability to control the

21  militias that were fighting against LURD and MODEL.   Correct?

22  A.   Yes.

23  Q.   You even said sometimes he went to the front line himself

24  to command these militias?

25  A.   He used to go on the full front himself.

**October 16, 2008**

## Wilson - Cross

1   Q.   Apart from going there himself, he had militias in his

2   command?

3   A.   Yes.

4   Q.   Was he in charge of fighting the war for Charles Taylor?

5   A.   Yes.

6   Q.   When you were speaking to the United Nations High

7   Commission for Refugees, did you tell them you had fought for

8   the NPFL?

9   A.   No.

10   Q.   Did you tell them you had been employed by the SSS?

11   A.   I told them I was working with the government.   I told

12   them - -

13   Q.   Did you specify you were working under Benjamin Yeaten?

14   A.   I said I was working for the Government.   I told them I was

15   working for the SSS.

16   Q.   You didn't mention Benjamin Yeaten.   Right?

17   A.   If I did, I can't remember that.   But I know I was working

18   for the Government.

19   Q.   But it's pretty clear you didn't mention Yeaten by name.

20   A.   I mentioned Yeaten by name because of what he did to me.   I

21   mentioned his name in some of the things that happened to me.

22   Q.   Did you specifically tell them you were working for

23   Benjamin Yeaten at one point?

24   A.   I told them I was working for the government.

25   Q.   Period?

**October 16, 2008**

## Wilson - Redirect

1    A.    Yes.

2    Q.    When Mr. Dulleh was brought into the hole, how long was it

3    before he told anybody what happened to him?  Do you remember?

4    A.    I can't remember how long was it.

5    Q.    But it wasn't right away.  Right?

6    A.    It wasn't right away.

7    Q.    Because he didn't trust you, you say?

8    A.    Yes.

9    Q.    So how long after he was put in the hole did he first talk

10   to you about this?

11   A.    I can't remember how long.  It took a few days before he

12   talked to me.

13   Q.    A few days before you heard him say anything at all about

14   what happened to him?

15   A.    Yes.

16          MR. CARIDAD:   If I could have one moment, Judge.

17          Thank you, Your Honor.  That's all I have.

18          THE COURT:   Redirect.

19                     REDIRECT EXAMINATION

20   [Beginning at 11:03 a.m., 10/16/08.]

21   BY MR. GRAVELINE:

22   Q.    Mr. Wilson, I believe defense counsel asked you whether you

23   saw Benjamin Yeaten commit any abuse while he was the head of

24   the SSS.

25   A.    Yes.

**October 16, 2008**

## Wilson - Redirect

1  Q.   And I believe he asked you whether you ever reported

2  Benjamin Yeaten for that abuse?

3  A.   No.

4  Q.   Who would you have reported Benjamin Yeaten to?

5  A.   I don't know.

6  Q.   And then you mentioned that it was not that kind of

7  society?

8  A.   No.   That society was dirty.

9  Q.   What do you mean by it wasn't that type of society to

10  report what you saw Benjamin Yeaten do?

11  A.   They had no human rights system and it was not a true

12  government.   It was like a police state.

13  Q.   Now, I believe defense counsel asked you whether you asked

14  President Charles Taylor what evidence he had against you.

15  A.   No.

16  Q.   Why didn't you ask him what evidence he had?

17  A.   To me, it would have been very stupid or threat on your

18  life to ask him the kind of question for him to prove what

19  evidence he have against you.

20  Q.   What were you afraid of if you would have asked Charles

21  Taylor what evidence he had against you?

22  A.   I was afraid I could lose my life.

23  Q.   Now, defense counsel questioned you how you saw Chuckie

24  Taylor ordering ATU soldiers to cut grass around the Executive

25  Mansion.

**October 16, 2008**

## Wilson - Redirect

1   A.   Yes.

2   Q.   What do you mean by "cutting grass"?

3   A.   Well, according to ATU soldiers that used to go in the yard

4   to cut grass, if Chuckie Taylor ordered them to cut grass,

5   that's the way he punished them

6   Q.   This wasn't like pushing a lawnmower?

7            MR. CARIDAD:   Objection.   Leading.

8   A.   No, no, cutting grass.

9   Q.   What does "cutting grass" mean in Africa, in Liberia?

10  A.   It's like you getting rid of the grass --  right -- with a

11  cutlass, cut like that.

12  Q.   Was this something one wanted to do, to go and cut grass

13  with cutlasses?

14  A.   Usually people very poor back home, they use clippers and

15  to clean the grass from the yard.   Chuckie also used that to

16  punish his men.

17  Q.   Defense counsel asked you about Chuckie being able to order

18  the bodyguards around.

19  A.   Yes.

20  Q.   Who was Chuckie's bodyguards?

21  A.   ATU soldiers.

22  Q.   Defense counsel also asked you about when Varmuyan Dulleh

23  told you what happened to him

24  A.   Yes.

25  Q.   And he asked you if you remembered how long he was in the

**October 16, 2008**

## Wilson - Redirect

1  hole before Mr. Dulleh told you about what happened to him  Is

2  that right?

3  A.   Yes.

4  Q.   When Mr. Dulleh first got in the hole, would he speak to

5  anybody else other than you?

6  A.   No.   He preferred speaking to the Mandingo guys than me.

7  Q.   He preferred speaking to the Mandingo guys other than you?

8  A.   Yes.

9  Q.   Did he speak with the Mandingo men right away when he got

10  in the hole?

11  A.   Yes.

12  Q.   What language would he use?

13  A.   Speaking Mandingo.

14  Q.   When Mr. Dulleh did talk to you about what happened to him,

15  did he tell you -- what did he tell you about Chuckie Taylor

16  and hot water?

17  A.   He say Chuckie Taylor put the hot water in his hands, put

18  the hot water in his palms like this.

19  Q.   Did you see Mr. Dulleh's hands?

20  A.   Oh, yes.   It was all burned at the time.

21  Q.   I believe defense counsel asked you about your asylum

22  claim

23  A.   Yes.

24  Q.   Did you name Chuckie Taylor as someone who abused you?

25  A.   No, not Chuckie Taylor.

**October 16, 2008**

## Naples - Direct

1    Q.   And you also mentioned you were applying for asylum at the

2    time some other men were applying for asylum in Guinea?

3    A.   Yes.

4    Q.   Mr. Layee?

5    A.   Yes.

6    Q.   Were you aware of whether Mr. Layee ever accused Chuckie

7    Taylor of doing anything to him?

8    A.   No.

9    Q.   Of the people you were confined with, how many people

10   accused Chuckie Taylor of doing something to them, to you?

11            MR. CARIDAD:   Objection.   Sorry to interrupt.

12   Hearsay.   Speculation.

13            THE COURT:   Sustained.

14            MR. GRAVELINE:   No further questions, Your Honor.

15            THE COURT:   Thank you.

16            You may step down.

17            The Government's next witness.

18            MR. GRAVELINE:   The government calls Special Agent

19   Greg Naples to the stand.

20            [The witness was excused at 11:08 a.m.]

21     THOMAS GREGORY NAPLES, JR., GOVERNMENT'S WITNESS, SWORN.

22                     DIRECT EXAMINATION

23   [Beginning at 11:08 a.m.]

24   BY MR. GRAVELINE:

25   Q.   Please state your name and spell it for the record.

**October 16, 2008**

## Naples - Direct

1  A.    My name is Thomas Gregory Naples, Jr. T-h-o-m-a-s

2  G-r-e-g-o-r-y N-a-p-l-e-s.

3  Q.    What organization do you work for?

4  A.    The Federal Bureau of Investigation.

5  Q.    And are you the case agent on this particular case?

6  A.    I am the FBI case agent, yes.

7  Q.    Did you show any photospreads to any of the witnesses or

8  victims in this case?

9  A.    Yes, I did.

10  Q.    Who developed that photospread?

11  A.    I put the photo array together.

12  Q.    How did you do that?

13  A.    We had photographs, booking-type photographs forwarded to

14  us by email and I used the Microsoft Word document program and

15  arranged the photographs on the computer.

16  Q.    Now, when you're putting a photo array or photospread

17  together, what's your goal?

18  A.    The goal of putting a photospread together is to create, in

19  this case, six photographs of individuals with similar

20  characteristics and features.

21  Q.    And what type of characteristics were you looking for when

22  you were putting the photospread together in this case?

23  A.    We wanted to maintain similar characteristic, features of

24  the defendant which would be a light-skinned black male, beard,

25  dark hair.

**October 16, 2008**

## Naples - Direct

1   Q.   When you received the five photographs, who did you receive

2   those photographs from?

3   A.   I received the photographs from the Marshal's Service.

4   Q.   What, if anything, did you do to the photographs when you

5   put them in the photospread?

6   A.   We don't want to have a photospread that's in any way

7   suggestive, so I used the defendant's photograph and I tried to

8   match the spatial things like the distance of the head from the

9   side of the photograph, the amount of clothing that was shown.

10  So in some of the photographs, I either enlarged the head or

11  lightened the individual's skin or I tried to move the head as

12  much as I could to the different sides of the paper.  I didn't

13  touch the defendant's photograph.

14  Q.   In December of 2006, did you show that photospread to

15  Varmuyan Dulleh?

16  A.   Yes, I did.

17  Q.   And where did you show that photospread to Varmuyan Dulleh?

18  A.   We were at a Starbucks coffee shop.

19  Q.   Who else was with you and Varmuyan?

20  A.   Special Agent Matthew Baechtle, Department of Justice Trial

21  Attorney John Cox, Varmuyan Dulleh and Varmuyan Dulleh's

22  attorney, Ms. Lori Lightfoot.

23  Q.   And who was responsible for instructing Mr. Dulleh on what

24  to do when you presented the photospread?

25  A.   I was.

**October 16, 2008**

**Naples - Direct**

1   Q.   And what did you tell him?

2   A.   I explained to Mr. Dulleh that I was going to show him a

3   group of photographs numbered 1 through 6.   I wanted him to

4   review the photographs and I wanted him to let me know if he

5   recognized any of the individuals in the photographs.

6   Q.   Did you specifically name who he was supposed to be looking

7   for?

8   A.   No, I did not.

9   Q.   Did you reference any type of incident about what -- did

10  you reference some incident in connection with the photospread?

11  A.   No, I did not.

12  Q.   Did anyone else give him any instructions about what to do

13  with this photospread?

14  A.   No.

15  Q.   What were the lighting conditions like in the Starbucks

16  that day?

17  A.   It was well lit.

18  Q.   Once he viewed the photospread, did Mr. Dulleh pick out

19  someone in the photospread that he knew?

20  A.   Yes, he did.

21  Q.   And who did he pick out?

22  A.   He recognized the individual in position number 3.

23  Q.   And did he say who that person was?

24  A.   Yes.

25  Q.   Who did he say that was?

**October 16, 2008**

## Naples - Direct

1    A.    Chuckie Taylor.

2              MR. GRAVELINE:   I'd like to show the witness what has

3    been previously marked as VD 18.

4      [Government Exhibit VD 18 marked for identification at 11:13

5                              a.m]

6              AGENT BAECHTLE:   (Complied.)

7    BY MR. GRAVELINE:

8    Q.   Do you recognize that?

9    A.   Yes, I do.

10   Q.   What is that?

11   A.   This is the photospread that was shown to Mr. Dulleh on

12   December 5th, 2006, and it has the signatures of myself, Agent

13   Baechtle and Varmuyan Dulleh.

14             MR. GRAVELINE:   Your Honor, I would move for the

15   admission of VD 18 at this time.

16             MR. WYLIE:   No objection.

17             THE COURT:   Admitted.

18             MR. GRAVELINE:   Seek to publish it to the jury.

19             THE COURT:   You may.

20     [Government Exhibit VD 18 received in evidence at 11:14 a.m]

21   BY MR. GRAVELINE:

22   Q.   Agent Naples, you said Mr. Dulleh selected the individual

23   in position number 3?

24   A.   Yes.

25   Q.   Who did he identify him to be?

**October 16, 2008**

## Naples - Direct

1   A.   Mr. Taylor.

2   Q.   What did you ask Mr. Dulleh to do after he picked out the

3   person in photograph number 3?

4   A.   I asked him if he was positive and he replied he was 100

5   percent positive.

6   Q.   Did you ask him to do anything on the piece of paper that

7   morning?

8   A.   Yes.   I asked him to circle the number of the individual

9   whom he recognized, initial next to it and sign as well.

10  Q.   Now, this photospread that you created, was it used with

11  every witness in this case?

12  A.   Not every witness, no.

13  Q.   Was it -- when a witness was shown a photospread in this

14  case, did you use the same photospread that you had created for

15  Mr. Dulleh?

16  A.   Yes.

17  Q.   Did you show it to a man named Mr. Mulbah Kamara?

18  A.   Yes, I did.

19  Q.   When was that?

20  A.   That was June 28th, 2007.

21  Q.   Was Mr. Kamara able to pick anyone out that he recognized

22  at this time?

23  A.   No, he was not.

24  Q.   Agent Naples, how long have you been investigating this

25  case?

## Naples - Direct

1  A.   Since April, 2006.

2  Q.   And in 2008, did you have the opportunity to travel to

3  Liberia?

4  A.   Yes, I did.

5  Q.   Was this the first trip you had taken to Liberia?

6  A.   No, it was not.

7  Q.   What was the purpose of the June, 2008 trip?

8  A.   The purpose of the June, 2008 trip was to travel with our

9  Evidence Response Team members to create exhibits that would be

10  used for trial.

11           MR. WYLIE:   Objection, Your Honor.   May we approach?

12           THE COURT:   You may.

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 16, 2008**

## Naples - Direct

1           [Proceedings at sidebar follow]:.

2           MR. WYLIE:   They're about to elicit the FBI agents

3    were threatened with the press conference and newspaper article

4    about the heads being chopped off.

5           MR. GRAVELINE:   We're seeking to elicit we went to

6    Whiteflower.   We had a Court order.   We had Liberian police.

7    The man identified as Sando Johnson, who Mr. Layee identified

8    as being the representative of the political party in Bomi

9    County, basically, gathered a group of people and wouldn't

10   allow the Liberian National Police and FBI entrance into

11   Whiteflower.   The situation deteriorated to the point the FBI

12   was not able to go to Gbatala Base to complete their work

13   there.

14          MR. WYLIE:   We object to that coming in.   It's more

15   prejudicial than probative.   There's no evidence Mr. Emmanuel

16   had anything to do with them ordering them away.

17          THE COURT:   It's being elicited to show the continued

18   influence of Taylor loyalists.

19          MR. WYLIE:   We don't know Taylor had them do this.

20   Who knows?   Maybe they don't like FBI agents.   Maybe they don't

21   want Americans poking around on property.

22          THE COURT:   How is that prejudicial?

23          MR. WYLIE:   Are you going to elicit they threatened to

24   chop their heads off?

25          MR. GRAVELINE:   No.

**October 16, 2008**

**Naples - Direct**

1          MR. WYLIE:   You are going to say Sando Johnson turned

2   them away?

3          MR. GRAVELINE:   Yes.

4          MR. WYLIE:   That they threatened them?

5          MR. GRAVELINE:   Not until a group of 70 people showed

6   up and they determined they were in danger and left.

7          We are going to say a large group of people gathered

8   and the FBI felt the situation deteriorated enough and they had

9   to leave.   Over the next few days, they determined the security

10  was not good enough to drive around Monrovia.

11          THE COURT:   They can ask the jury to draw the

12  inference why many of the witnesses the Government has

13  presented have a fear of going back.   You've all questioned why

14  they don't go back repeatedly.

15          MR. WYLIE:   It's so attenuated and it's extremely

16  prejudicial.

17          THE COURT:   I don't see the prejudice to your client.

18  There's nothing to link your client to any of this.   It just

19  goes to areas that you and Mr. Caridad have probed these

20  alleged victims' credibility with respect to why are they here,

21          "Why don't you go back?"

22          MR. WYLIE:   They make it sound like they're a bunch of

23  thugs.

24          THE COURT:   Who is a bunch of thugs?

25          MR. WYLIE:   The 70 people that come around and try to

**October 16, 2008**

# Naples - Direct

1    scare the FBI off.

2              THE COURT:   That's not your client.   That's not

3    anybody your client controls.

4              MR. WYLIE:   They're going to make an inference that

5    it's Taylor people -- which we don't even know that -- and,

6    therefore, Taylor is a co-conspirator and they're going to make

7    the argument he's a co-conspirator, so Mr. Emmanuel is involved

8    in all of this.

9              THE COURT:   Overruled.

10             MR. CARIDAD:   We have prepared a limiting instruction

11   for the Court to consider with this issue.   Can I bring it up?

12             THE COURT:   Sure.

13             Has the Government seen it?

14             MR. CARIDAD:   And maybe add a reference to Gbatala.

15             MR. GRAVELINE:   Our only objection would be to this

16   sentence.   Everything else would be fine.

17             THE COURT:   "You can consider the evidence in

18       evaluating the credibility of those witnesses who testified

19       against the defendant."   So it, in fact, is being used

20   against the defendant indirectly.

21             MR. CARIDAD:   Is there another way we can phrase that?

22             MR. GRAVELINE:   If they take that sentence out, we're

23   fine with the rest of it.

24             MR. CARIDAD:   Gbatala as well.

25             THE COURT:   Do you want me to read it now or after?

## October 16, 2008

1          MR. CARIDAD:    Probably after.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## Naples - Direct

1          [Proceedings in open court follow]:

2     BY MR. GRAVELINE:

3     Q.   Agent Naples, you were discussing a trip to Liberia in June

4     of 2008?

5     A.   Yes.

6     Q.   And you stated that you went with an FBI Evidence Response

7     Team to do what?

8     A.   To create exhibits for trial.

9     Q.   And where were some of the locations you traveled to in

10    order for The Evidence Response Team to start collecting

11    information?

12    A.   We traveled to Moussa Sise's house.  We traveled to

13    Benjamin Yeaten's house and the streets in the Whiteflower

14    vicinity.

15    Q.   What, if any, efforts did the FBI take to gain access to

16    the interior of Whiteflower to collect evidence?

17    A.   Our FBI legal attaché that's assigned to that region worked

18    with the Liberian National Police to obtain a Court order for

19    us to go inside to take photographs and measurements.

20    Q.   And did the FBI attempt to go to Whiteflower and go inside

21    with that Court order?

22    A.   Yes, we did.

23    Q.   Who went with the FBI on that date?

24    A.   The Liberian members from the Liberian National Police.

25    Q.   Were you there as well that day?

**October 16, 2008**

## Naples - Direct

1  A.   Yes, I was.

2  Q.   When you went to Whiteflower, was anyone present at

3  Whiteflower?

4  A.   We were met by one individual, yes.

5  Q.   And did that individual allow you to come in to

6  Whiteflower?

7  A.   We were able to come into the driveway area on the other

8  side of the gate and then he made a phone call.

9  Q.   And who came -- once he made that phone call, who arrived

10  at the residence that day?

11  A.   Another individual whom I later learned his name was Sando

12  Johnson.

13  Q.   What did Mr. Johnson do once he arrived?

14  A.   Mr. Johnson was very, very angry and confrontational and he

15  made us leave the driveway area and we were outside.  Then he

16  just began yelling profusely.

17  Q.   What reaction did this -- what effect did this have on the

18  people on the street there in front of Whiteflower?

19  A.   We had more and more people gather around us at this area

20  in front of Whiteflower.  It was getting quite confrontational.

21  Q.   How many people gathered in front of Whiteflower?

22  A.   I would estimate from 50 to 60.

23  Q.   What was their demeanor at that time?

24  A.   Very angry.

25  Q.   What, if any, decision was made by the FBI whether to

**October 16, 2008**

## Naples - Direct

1  continue their efforts to gain access to Whiteflower that day?

2  A.   We decided it was better for us to get back in our vehicles

3  and leave.

4  Q.   Where were you staying in Liberia during this trip?

5  A.   We stayed on a Embassy compound, housing compound.

6  Q.   Did you have other evidence-gathering trips planned in the

7  subsequent days after this trip to Whiteflower?

8  A.   Yes, we did.

9  Q.   What were you advised by the Embassy personnel concerning

10 the security situation of the FBI driving in Monrovia

11 afterwards?

12 A.   It became a serious situation.   The Embassy actually called

13 an emergency action meeting and would not let those vehicles

14 leave the compound because they were marked.

15 Q.   Did you have a trip planned to go to Gbatala --

16 A.   Yes.

17 Q.   -- to take evidence there?

18 A.   Yes.

19 Q.   Were you able to drive up to Gbatala after this incident?

20 A.   No.

21 Q.   Are you familiar with the Indictment in this case, Agent

22 Naples?

23 A.   Yes, I am

24 Q.   And in the Indictment, are the victims named by name?

25 A.   No, they're not.

**October 16, 2008**

## Naples - Direct

1  Q.   How are they identified?

2  A.   Numbers.

3  Q.   I'd like to ask you to link up numbers with actual victims'

4  names at this point.

5        Who is victim number 1 in the Indictment?

6  A.   Sulaiman Jusu.

7  Q.   Who is victim number 2?

8  A.   Momoh Turay.

9  Q.   Who is victim number 3?

10  A.   Foday Conteh.

11  Q.   Who is number 4, victim number 4?

12  A.   Abdul Cole.

13  Q.   Who is victim number 5?

14  A.   Rufus Kpadeh.

15  Q.   Who is victim number 6?

16  A.   Varmuyan Dulleh.

17  Q.   And who is victim number 7?

18  A.   Mulbah Kamara.

19        MR. GRAVELINE:   One moment.

20  BY MR. GRAVELINE:

21  Q.   Agent Naples, one final question:  Do you know a term named

22  "gat"?

23  A.   Yes, I do.

24  Q.   What is a "gat"?

25  A.   Referred to most likely as a pistol or handgun.

**October 16, 2008**

## Naples - Cross

1           THE COURT:   Cross-examination.

2           MR. WYLIE:   May I request a limiting instruction at

3  this time?

4           THE COURT:   Ladies and gentlemen, you have heard

5  evidence that in 2008 persons who may be loyal to Charles

6  Taylor, the ex-President of Liberia, prevented agents of the

7  American Government from completing their investigation at

8  Whiteflower and Gbatala.   There is no evidence the defendant

9  here had anything to do with that incident or had knowledge

10 that it would occur.

11          This evidence is only relevant to claims made by

12 witnesses who have testified before you that they did not feel

13 it was safe for them to return to Liberia.

14                        CROSS EXAMINATION

15 [Beginning at 11:29 a.m., 10/16/08.]

16 BY MR. WYLIE:

17 Q.   Agent, you met with Mr. Dulleh on December 5th, 2006.   Is

18 that correct?

19 A.   Yes.

20 Q.   And that's when you showed him the photospread.   Is that

21 correct?

22 A.   Yes.

23 Q.   And he -- the allegations in this claim against Mr. Dulleh

24 occurred in July of 2002.   Correct?

25 A.   Yes.

October 16, 2008

## Naples - Cross

1    Q.   You showed him the photospread over four years after the

2    allegations in this Complaint or in this Indictment.   Correct?

3    A.   Yes.

4    Q.   Now, Mr. Emmanuel is the son of the President of Liberia,

5    the former President of Liberia.   Correct?

6    A.   Yes.

7    Q.   So he was a well-known figure in Liberia, Mr. Emmanuel was?

8    A.   I can't say for sure.

9    Q.   His picture appeared in the paper at times, did it not?

10   A.   I can't say for sure.   I never saw newspapers back then.

11   Q.   But as the case agent, you have been investigating this

12   case for a long time.   Right?

13   A.   Yes.

14   Q.   And you've interviewed a lot of people with respect to this

15   case?

16   A.   Yes.

17   Q.   And you've reviewed a lot of documents with respect to this

18   case?

19   A.   Yes.

20   Q.   And based on that investigation, you're aware that many

21   people in Liberia know who Chuckie Taylor is.   Right?

22   A.   Yes.

23   Q.   Therefore, many Liberians would recognize him   Right?

24   A.   I don't know if they have ever seen him

25   Q.   But he traveled as the son of the President with

**October 16, 2008**

**Naples - Cross**

1  bodyguards.   Correct?

2  A.   That's what we learned.

3  Q.   And so he was very noticeable when he would come into an

4  area.   Right?

5  A.   I can't speak for what people saw.

6  Q.   Now, you created a photo array.   Correct?

7  A.   Yes.

8  Q.   And it was your goal to make sure that it was not

9  suggestive.   Is that correct?

10  A.   That is correct.

11  Q.   And you wanted to put six pictures together with similar

12  characteristics or features.   Is that correct?

13  A.   Yes.

14  Q.   You didn't want to make the choice obvious for anybody you

15  were showing it to.   Right?

16  A.   Correct.   We don't want one to stand out more than the

17  other.

18  Q.   Correct.   You don't want to be suggestive.

19  A.   Correct.

20  Q.   So when creating this photo array, you had to be somewhat

21  familiar with the case.   Correct?

22  A.   I was familiar with the case.

23  Q.   Because you had been investigating it.   Right?

24  A.   Yes.

25  Q.   And you realized Mr. Emmanuel was the son of the President

**October 16, 2008**

## Naples - Cross

1  or the former President of Liberia?

2  A.   Yes.

3  Q.   And you realized the victims in this case were making

4  allegations against members of the Liberian government.   Right?

5  A.   Well, they alleged about the defendant.

6  Q.   And also Benjamin Yeaten.   Correct?

7  A.   Yes.

8  Q.   And also Charles Taylor, the President himself.   Correct?

9  A.   Not directly President Taylor.

10  Q.   But he's a co-conspirator in this case, is he not?

11  A.   I believe so.

12  Q.   And Charles Taylor is a very, obviously, a very well known

13  figure in Liberia.   Right?

14  A.   Yes.

15  Q.   He was the President?

16  A.   Yes.

17  Q.   And, assuredly, his picture had been put in the paper?

18  A.   Yes.

19  Q.   And he spoke on television.   Right?

20  A.   I didn't see it, but I would guess he probably did.

21  Q.   Safe assumption.   Right?

22  A.   Yes.

23  Q.   So probably most Liberians would recognize their President

24  during that time, 2002 or so.   They would recognize Charles

25  Taylor?

## October 16, 2008

## Naples - Cross

1    A.    Yes.

2    Q.    You are aware, are you not, witnesses have told you

3    Mr. Emmanuel has a strong resemblance to his father?

4    A.    Yes.

5    Q.    Now, when you were creating this photo array, you chose

6    Mr. Emmanuel's picture and five other pictures that the

7    Marshal's Service gave you.   Right?

8    A.    The Marshal's Service provided all six.

9    Q.    All six?

10   A.    Yes.

11   Q.    And they were booking photos of people who had been

12   arrested in the United States?

13   A.    Yes.

14   Q.    Americans.   Right?

15   A.    I can't say they're Americans, but they were arrested in

16   the U.S.

17   Q.    But you didn't put any prominent Liberians in your photo

18   array, did you?

19   A.    Can you define "prominent Liberians"?

20   Q.    Well known, recognizable Liberians.

21   A.    Not that I know of.

22   Q.    You didn't put any Liberian government officials in your

23   photo array.   Correct?

24   A.    No.

25   Q.    Did you look for pictures of other Government officials?

**October 16, 2008**

## Naples - Cross

1   A.   No, we just wanted something with the same, similar

2   characteristics and features as the defendant.

3   Q.   Well, you would consider being a public figure in Liberia a

4   characteristic, would you not?

5   A.   Physical characteristics.

6   Q.   But you didn't say "physical characteristics."  You said

7   "characteristics" or "features," did you not?

8   A.   Okay.  Well, I'll go further.  Physical characteristics.

9   Q.   Did you show Mr. Dulleh any photo arrays containing a

10   picture of Benjamin Yeaten?

11   A.   No, we did not.

12   Q.   Did you show Mr. Dulleh a photo array of any other of the

13   co-conspirators in this case?

14   A.   No.

15   Q.   So you don't know if he could pick their picture out of a

16   photo array, do you?

17   A.   No.

18   Q.   You also showed this photo array to Milbah Kamara.  Is that

19   correct?

20   A.   Yes.

21   Q.   That was on June 28th, 2007?

22   A.   Yes.

23   Q.   This is the same photo array?

24   A.   Yes.

25   Q.   And Mr. Kamara makes allegations that Mr. Emmanuel injured

**October 16, 2008**

**Naples - Cross**

1  him or abused him   Is that correct?

2  A.   Yes.

3  Q.   But Mr. Kamara could not pick Mr. Emmanuel's picture out of

4  that photo array, could he?

5  A.   No.

6  Q.   And he was given as long as he wanted to look at that photo

7  array.   Right?

8  A.   Yes.

9  Q.   And he couldn't pick anybody out of there?

10 A.   No.

11 Q.   Now, when you scheduled your -- when you scheduled the

12 meeting with Mr. Dulleh, you said it was at a Starbucks.   Is

13 that correct?

14 A.   Yes.

15 Q.   That was in December of '06?

16 A.   Yes.

17 Q.   Had you met with Mr. Dulleh previously?

18 A.   Yes, I did.

19 Q.   So you had already spoken to Mr. Dulleh before this day

20 about this case?

21 A.   Yes.

22 Q.   You had already interviewed him about what he said happened

23 in this case?

24 A.   Yes.

25 Q.   So when you scheduled the meeting for December of 2006, he

**October 16, 2008**

**Naples - Cross**

1    knew what the meeting was about.   Correct?

2    A.   Which meeting?

3    Q.   The December meeting.

4    A.   We had different meetings in December.

5    Q.   The December -- the one -- when was the first time you met

6    with Mr. Dulleh?

7    A.   We met with him December 4th.

8    Q.   That's the first time you talked to him about this case?

9    A.   I believe so.

10   Q.   And on that December 4th meeting, you discussed Chuckie

11   Taylor, did you not?

12   A.   Yes.

13   Q.   You talked about the allegations in this case.   Right?

14   A.   Well, we asked him about what happened to him

15   Q.   You interviewed him about what he said Chuckie did to him

16   Is that correct?

17   A.   Yes.

18   Q.   So it was the next day then after you already discussed the

19   case with him when you asked him if he could identify anybody

20   out of the photo array?

21   A.   Yes.

22   Q.   You already talked about the case with Mr. Dulleh before

23   you showed him the photo array?

24   A.   The day before.

25   Q.   Now, in the four and a half years or so or the over four

**October 16, 2008**

## Naples - Redirect

1  years between the allegations by Mr. Dulleh and the time that

2  you showed Mr. Dulleh the photo array, you don't know every

3  action that Mr. Dulleh took during that time, do you?

4  A.   No.

5  Q.   You don't know what materials he reviewed?

6  A.   No.

7  Q.   You don't know who he talked to about this case?

8  A.   No.

9  Q.   You don't know what newspapers he read?

10 A.   No.

11 Q.   You don't know what Internet searches he may have made?

12 A.   No, I don't.

13         MR. WYLIE:   No more questions.   Thank you.

14                   REDIRECT EXAMINATION

15 [Beginning at 11:40 a.m., 10/16/08.]

16 BY MR. GRAVELINE:

17 Q.   Agent Naples, I believe defense counsel asked you where the

18 photographs were obtained from?

19 A.   Yes.

20 Q.   How many of the photographs were obtained from the U.S.

21 Marshal's Service?

22 A.   Six.

23 Q.   That included the defendant.   That was obtained from the

24 U.S. Marshal's Service as well?

25 A.   Yes.

**October 16, 2008**

## Naples - Redirect

1   Q.   What year was that photograph taken, by the way?

2   A.   That was the booking photograph.   In 2006.

3   Q.   Now, defense counsel asked you whether you included any

4   other prominent Liberians in the photospread.   Is that right?

5   A.   Yes.

6   Q.   Have you seen photographs of Benjamin Yeaten?

7   A.   Yes.

8   Q.   How closely does he resemble the defendant in this case?

9   A.   Not at all.

10  Q.   Have you seen photographs of a man named David Compari?

11  A.   Yes.

12  Q.   How closely does he resemble the defendant in this case?

13  A.   Not similar.

14  Q.   The purpose of the photospread -- what did you testify was

15  the purpose of a photospread?

16  A.   The purpose of a photospread is for, in this case, a

17  witness to determine if he recognizes anybody in the

18  photospread.

19  Q.   When you set up a photospread, what are you trying to

20  accomplish with that?

21  A.   We're trying to accomplish a fair lineup of six photographs

22  that are not suggestive.

23  Q.   And based upon your training, how suggestive would a

24  photospread be if you included pictures who don't look anything

25  alike from each other?

**October 16, 2008**

## Naples - Redirect

1  A.   That would be considered a suggestive photospread.

2           MR. GRAVELINE:   Thank you.

3           No further questions.

4           THE COURT:   Thank you.   You may step down.

5           Government, next witness.

6           MS. ROCHLIN:   Your Honor, the United States calls

7  Jacques Smith.

8           MR. CARIDAD:   Could we have a sidebar regarding this

9  witness?

10          THE COURT:   Yes.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 16, 2008**

## Naples - Redirect

1            [Proceedings at sidebar follow]:

2            MR. CARIDAD:   The Government intends to elicit from

3     this witness when my client was arrested they seized several

4     pages of rap lyrics.   I have them here.   They refer to ATU,

5     profanity, violence.

6            I object as irrelevant.   It's prejudicial.   It doesn't

7     prove anything except character evidence.   Rap lyrics are

8     notoriously violent no matter who writes them   We don't know

9     when they were written.   We don't know by whom they were

10    written.   This is character evidence that he or somebody likes

11    to write about the war and soldiers and violence.

12            THE COURT:   All right.

13            MS. ROCHLIN:   Your Honor, the lyrics in question do

14    refer generally to military activity, to training.   They also

15    on certain pages make explicit reference to the ATU and I think

16    we do have evidence of who wrote the lyrics because some of

17    them are signed.   For example, there's a page signed with the

18    name Charles McArthur Emmanuel that actually matches the

19    signature on the defendant's passport with his photograph.

20            There's another page where the lyrics have been signed

21    as what appears to be Charles Taylor, II and I think the

22    references to the military activity and the ATU are relevant

23    evidence about the defendant's association and affiliation with

24    the particular organization and his connection to it.   Even

25    when at times he may not have been officially the commander,

**October 16, 2008**

## Naples - Redirect

1  the fact that he had this material in his possession as late as

2  March 3rd 2006 is circumstantial evidence of his continuing

3  connection to the ATU which is part of the evidence in this

4  case.

5          THE COURT:  Can you delete the profanity?

6          MS. ROCHLIN:  Judge, what I have done -- I actually

7  don't think there is all that much profanity in these pages.  I

8  made every effort to not include the pages containing explicit

9  sexual references.  There may be a stray word, but what I have

10  also done, as you can see, Your Honor, I have highlighted

11  certain portions on my copies of this these documents and when

12  it comes up on the screen, I'm going to ask the agent to

13  highlight those portions which should not contain profanity and

14  have it published to the jury in that fashion.

15          MR. CARIDAD:  There is no doubt this man is associated

16  with the ATU, has some control over portions of the ATU.

17  That's the only allegations in the Indictment.  That's beyond

18  this.  There's nothing in these documents that makes that more

19  likely than not.

20          It doesn't say "I was in control of the ATU.  I liked

21    the ATU.  I commanded the ATU."  There's nothing that adds

22  to the evidence so far.

23          We're not going to dispute he had the ability to

24  control portions of the ATU and part of the ATU.  This is pure

25  and simple character assassination.  They want to make him look

**October 16, 2008**

## Naples - Redirect

1  like a violent guy because his character is violent.  That's a

2  complete character smear.  They do not need it for anything.

3  It doesn't say anything about torture.  It doesn't say anything

4  like that.

5          THE COURT:  It's probably a good thing it doesn't from

6  your perspective.

7          MR. CARIDAD:  It talks about shooting and muzzling.

8          THE COURT:  Every witness who was questioned by the

9  Government talked about what control he had over the ATU.

10  There would be an objection.  I would overrule it and the

11  witness would testify as to why they perceived your client was

12  in control and how people referred to him  And you have been

13  putting at issue the credibility of each of these witnesses and

14  it includes that testimony, his control.

15          So, overruled.

16          MS. ROCHLIN:  Judge, I also want to point out to be

17  complete as to one document, the highlighted portion contains

18  the phrase "From the north, but I ride wit Floridian tacts,"

19  which we would seek to include, not because of the ATU section,

20  but because it also circumstantially goes to the identity of

21  the author insofar as this evidence shows he was born in

22  Massachusetts and we have testimony he resided in Florida.

23          THE COURT:  Overruled.

24

25

**October 16, 2008**

## Smith - Direct

1          [Proceedings in open court follow]:

2          JACQUES SMITH, GOVERNMENT'S WITNESS, SWORN

3                    DIRECT EXAMINATION

4    [Beginning at 11:48 a.m.]

5    BY MS. ROCHLIN:

6    Q.  Sir, would you, please, say your name out loud and spell it

7    for the court reporter.

8    A.  Yes, ma'am.  Jacques Smith, J-a-c-q-u-e-s S-m-i-t-h.

9    Q.  Good morning, Mr. Smith.

10   A.  Good morning.

11   Q.  Would you, please, tell us where you're from originally?

12   A.  I was born in Ohio.

13   Q.  Where do you live now?

14   A.  Miami-Dade, Florida.

15   Q.  Who do you work for in Miami-Dade County, Florida?

16   A.  United States Customs & Border Protection.

17   Q.  How long have you been with United States Customs & Border

18   Protection?

19   A.  Coming up on six years.

20   Q.  And what, if any, title do you have?

21   A.  Currently I'm a supervisor with CBP.

22   Q.  Is "CBP" short for Customs & Border Protection?

23   A.  Yes, it is.

24   Q.  Where are you currently assigned for CBP?

25   A.  Miami International Airport

**October 16, 2008**

## Smith - Direct

1  Q.   Directing your attention to March of 2006.   At that time

2  were you also assigned to the Miami International Airport?

3  A.   Yes, ma'am I was.

4  Q.   At that time, were you a supervisor?

5  A.   No, ma'am

6  Q.   Could you explain, please, what your duties and

7  responsibilities for Customs & Border Protection involved in

8  March of 2006?

9  A.   My primary responsibilities as an anti-terrorism officer is

10 to interdict persons with contraband into the United States.

11 Q.   Do you have any collateral responsibilities in addition to

12 those you've of just described?

13 A.   I'm assigned to what's known as the Miami Rover Team

14 We're tasked with narcotics interdiction and also handling high

15 profile cases.

16 Q.   Sir, as part of your duties and responsibilities, can you

17 explain us to whether from time to time you're called upon to

18 assist other agencies or law enforcement from other

19 jurisdictions?

20 A.   Yes, ma'am, I am

21 Q.   Directing your attention specifically to March 30th of

22 2006.   On that date, did your responsibilities include anything

23 out of the ordinary or of a collateral nature?

24 A.   Yes, ma'am  We were tasked to assist ICE with apprehending

25 a subject arriving from Trinidad.

**October 16, 2008**

## Smith - Direct

1 Q.   Now, when you refer to ICE, is that Immigration & Customs

2 Enforcement?

3 A.   Yes, ma'am, it is.

4 Q.   And is that an agency separate from Customs & Border

5 Protection?

6 A.   Yes, ma'am, it is.

7 Q.   The ICE agents that you were assisting, do you recall where

8 they were based from?

9 A.   Yes, ma'am, I do.   Agent Matt Baechtle was from the

10 Washington, D.C. headquarters and Agent Matthew Couch was

11 assigned here locally at the airport.

12 Q.   And what specifically were you supposed to do for Agents

13 Baechtle and Couch?

14 A.   We were to identify a passenger arriving from Trinidad and

15 once we were able to identify him, we were to place him under

16 arrest.

17 Q.   Were you given the name of the passenger that you were

18 asked to identify?

19 A.   Yes, ma'am.

20 Q.   What was that name?

21 A.   Charles Emmanuel.

22 Q.   And how were you going to make the identification of

23 Charles Emmanuel when the plane arrived?

24 A.   Myself and another officer performed a passport check at

25 the gate and as all the passengers were deplaning, we asked

**October 16, 2008**

## Smith - Direct

1  them to present their passport for identification.

2  Q.   And where exactly did this take place in relation to the

3  gate?

4  A.   Right outside the jet bridge is a sterile hallway and it

5  happened right there.

6  Q.   And did you, in fact, conduct the passport check?

7  A.   Yes, ma'am.

8  Q.   Were you able to identify the passenger that you were

9  looking for?

10  A.   Yes, ma'am.

11  Q.   And what was it that allowed you to make that

12  identification?

13  A.   We were provided a picture with the passenger and also when

14  he presented the passport, it had his name.

15  Q.   When this individual presented the passport, what name did

16  you see in the passport itself?

17  A.   It was Charles Emmanuel.

18  Q.   And when you saw the passport in the name of Charles

19  Emmanuel, what did you do with that passport?

20  A.   I retained custody of it.

21  Q.   Sir, do you see anywhere in this courtroom today the

22  individual who provided the passport in the name of Charles

23  Emmanuel during your passport check on March 30th of 2006?

24  A.   Yes, ma'am, I do.

25  Q.   Would you, please, point to where that person is located

**October 16, 2008**

## Smith - Direct

1  and tell us what he looks like or what he's wearing?

2  A.   Yes, ma'am  It's the gentleman at that table sitting

3  between the two guys and he's wearing a black suit.

4        MS. ROCHLIN:  For the record, indicating the

5  defendant, Your Honor.

6        THE COURT:  The record so reflects.

7        MS. ROCHLIN:  Your Honor, may I approach the witness?

8        THE COURT:  You may.

9  BY MS. ROCHLIN:

10  Q.  Sir, having shown it to defense counsel, I have handed you

11  what was previously marked for identification as Government's

12  Exhibit CE 1.

13      [Government Exhibit CE 1 marked for identification at

14  BY MS. ROCHLIN:

15  Q.  Do you have that exhibit?

16  A.  Yes, ma'am I do.

17  Q.  Do you recognize that exhibit?

18  A.  Yes, ma'am

19  Q.  What is that exhibit?

20  A.  It's a United States passport.

21  Q.  In whose name?

22  A.  Charles Emmanuel.

23  Q.  How are you able to recognize that passport?

24  A.  It's the one that he handed me when he came off the

25  airplane.

## Smith - Direct

1           MS. ROCHLIN:  Your Honor, the United States now moves

2    for the admission of Government's Exhibit CE 1.

3           MR. CARIDAD:  No objection.

4           THE COURT:  Admitted.

5     [Government Exhibit CE 1 received in evidence at 11:56 a.m]

6           MS. ROCHLIN:  We would seek to publish it to the jury

7    by means of the screen, Your Honor.

8           THE COURT:  You may.

9    BY MS. ROCHLIN:

10   Q.   Directing your attention, sir, to the screen before you, is

11   that the document that you obtained from the defendant on March

12   30th of 2006?

13   A.   Yes, ma'am, it is.

14   Q.   Once you checked the defendant's passport and took it into

15   your custody, what happened then?

16   A.   At that time I explained to the passenger that there were

17   some people here that wished to speak with him, at which time I

18   introduced him to the two agents.

19   Q.   Which two agents did you introduce him to?

20   A.   It was Agent Baechtle and another agent that he was with

21   whose name I do not recall.

22   Q.   Did this introduction happen in the sterile hallway that

23   you described where you did the passport check?

24   A.   Yes, ma'am, it did.

25   Q.   And what, if anything, did you do from there?

October 16, 2008

## Smith - Direct

1  A.   Once the introductions were made, we all proceeded to

2  Passport Control.

3  Q.   And as you were going to Passport Control, who actually had

4  the defendant's passport?

5  A.   I did.

6  Q.   Did you go through Passport Control?

7  A.   Yes, ma'am  We stopped at Special Services to officially

8  enter the passenger into the country.

9  Q.   From there, where did you go?

10 A.   After that was completed, we went downstairs to Baggage

11 Control to retrieve his luggage.

12 Q.   Who, in fact, retrieved the defendant's luggage?

13 A.   It was one of the officers who was with us, whose name I

14 can't recall.

15 Q.   Would you explain how it was the defendant's luggage was

16 retrieved?

17 A.   It arrived on one of the carousals.  We identified his bag

18 with the bag tag numbers and the name on the suitcase.

19 Q.   Do you recall at this time how many bags were recovered

20 from the carousal?

21 A.   Yes, ma'am  There were two bags recovered from the

22 carousal.

23 Q.   Can you tell us whether or not the defendant had any

24 additional luggage in his possession?

25 A.   Yes, ma'am  He had one carry-on bag.

**October 16, 2008**

## Smith - Direct

1  Q.   Once the defendant's luggage was recovered from the baggage

2  area, where did you go then?

3  A.   Once that was completed, we went to an ICE office that's

4  co-located in our facility.

5  Q.   When you say co-located in your facility, what structure

6  are you talking about?

7  A.   It's the FIS at concourse D, lower level, for international

8  passengers arriving.

9  Q.   Is it accurate to say this office is located in the airport

10  itself?

11  A.   Yes, ma'am

12  Q.   Did you escort the defendant to this office?

13  A.   Yes, ma'am  Actually the whole contingent at the same time

14  walked into this office.

15  Q.   On your way to this office, where was the defendant's

16  passport?

17  A.   I believe I still had custody of it at this time.

18  Q.   Who actually went into the office?

19  A.   Actually it was a number of agents, myself and officer

20  McLaren and the defendant.

21  Q.   Did you remain in the office?

22  A.   Yes, ma'am

23  Q.   And what occurred in the office?

24  A.   Once we went into the office, there was a side room where

25  the two agents and the defendant went into and we stayed in the

**October 16, 2008**

## Smith - Direct

1   main office and conducted a luggage examination.

2   Q.   And whose luggage were you examining?

3   A.   Mr. Emmanuel's.

4   Q.   And at the time of that the examination, did you have legal

5   authority to inspect the defendant's luggage?

6   A.   Yes, ma'am

7   Q.   What authority was that?

8   A.   It's a provision of the border search authority.

9   Q.   As someone who works for Customs & Border Protection, do

10  you have legal authority to inspect baggage coming to the

11  United States from outside of the borders?

12  A.   Yes, ma'am

13  Q.   Can you explain how it was that you inspected the

14  defendant's luggage?

15  A.   Yes, ma'am  We opened up each bag one at a time and went

16  through it thoroughly.

17  Q.   And when you say "We," are you referring to yourself?

18  A.   Yes, sir.  I was the main inspector.

19  Q.   And how many other inspectors were with you?

20  A.   Just one other.

21  Q.   And during the course of your inspection, was there

22  anything that came to your attention?

23  A.   Yes, ma'am, there was.

24  Q.   And can you tell us what, if anything, did catch your

25  attention as you were conducting the inspection?

**October 16, 2008**

## Smith - Direct

1  A.   Yes, ma'am  He had a book titled "Guerrilla Tactics" and

2  he also had some spiral notebooks that the a bunch of -- it

3  seemed to be writing in his handwriting like rap lyrics.

4          MS. ROCHLIN:  Your Honor, I would again ask to

5  approach the witness?

6          THE COURT:  You may.

7          MR. CARIDAD:  Can I have a brief sidebar?

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 16, 2008**

## Smith - Direct

1          [Proceedings at sidebar follow]:

2          MR. CARIDAD:   What Ms. Rochlin is offering, it's two

3   pages from a book my client had on him   I believe it's

4   irrelevant, unfairly prejudicial.   I think they're offering it

5   because of the second page.   It has some inscription about the

6   ATU.

7          MS. ROCHLIN:   Your Honor, I anticipate Mr. Smith will

8   testify that he noticed the book in the defendant's possession

9   and he made a copy of the cover of the book and the writing

10  inside of the book which refers to general officer commanding,

11  Anti-Terrorist Unit in abbreviation for Brigadier Charles

12  McArthur Taylor, II, Monrovia, Liberia and the additional

13  notation "Return to G 2 section after reading instruction by

14  GOC."

15         Again, we think the relevance lies both in the

16  military nature and the association of the book itself and the

17  fact that it's in the defendant's possession with the

18  inscription "Charles McArthur Taylor, II" and the references to

19  the ATU and general officer commanding and Monrovia, Liberia.

20         THE COURT:   Overruled.

21

22

23

24

25

**October 16, 2008**

## Smith - Direct

1          [Proceedings in open court follow]:

2   BY MS. ROCHLIN:

3   Q.   Before I approach, let me ask you when you saw in the

4   defendant's luggage the book you just described --

5   A.   Yes, ma'am

6   Q.   -- what, if anything, did you do with respect to that book?

7   A.   I made a photocopy of the cover and inside was a notation

8   on one of the pages.  I made a copy of that also.

9          MS. ROCHLIN:   If I may now approach, Your Honor?

10          THE COURT:   You may.

11   BY MS. ROCHLIN:

12   Q.   Sir, I'm showing you what has been previously marked as

13   Government's Exhibits CE 13 and CE 13 A.

14   [Government Exhibits CE 13, 13 A marked for identification at

15   12:05 p.m

16   BY MS. ROCHLIN:

17   Q.   If you would, please look at those exhibits and when you're

18   ready, let us know if you recognize them

19   A.   Yes, ma'am

20   Q.   What is Government's Exhibit CE 13?

21   A.   It's a copy of the book that I made a copy of.

22   Q.   A copy of the entire book or a portion of the book?

23   A.   I'm sorry.  Just the front cover.

24   Q.   And did you, personally, make the copy of the cover of the

25   book now marked as CE 13?

**October 16, 2008**

## Smith - Direct

1  A.   Yes, ma'am, I did.

2  Q.   Mr. Smith, with respect to CE 13 A, what is that?

3  A.   That is a copy that I made of the page that had the writing

4  on it.

5  Q.   From the inside of the book?

6  A.   From the inside of the book, yes, ma'am

7  Q.   Again, did you, personally, make that copy?

8  A.   Yes, ma'am, I did.

9         MS. ROCHLIN:   Your Honor, at this time the United

10 States moves for the admission of Government's Exhibits CE 13

11 and CE 13 A.

12        THE COURT:   Admitted.

13 [Government Exhibits CE 13, 13 A received in evidence at 12:06

14                        p.m]

15        MS. ROCHLIN:   We would ask to publish first CE 13 to

16 the jury on the screen.

17        AGENT BAECHTLE:   (Complied.)

18 BY MS. ROCHLIN:

19 Q.   Mr. Smith, looking at what appears on your screen, does

20 that match the copy that you made of the cover of the book from

21 the defendant's luggage?

22 A.   Yes, ma'am, it does.

23 Q.   And directing your attention to what appears to be a label

24 with some writing on it.   Do you see what I'm referring to?

25 A.   Yes, ma'am, I do.

**October 16, 2008**

## Smith - Direct

1  Q.   Was that label on the book itself at the time that you saw

2  it?

3  A.   Yes, ma'am, it was.

4  Q.   Does the copy fairly and accurately represent the book that

5  you saw on March 30th, 2006?

6  A.   Yes, ma'am, it does.

7         MS. ROCHLIN:   Your Honor, at this time I would seek to

8  publish Government's Exhibit CE 13 A on the screen.

9         THE COURT:   You may.

10        AGENT BAECHTLE:   (Complied.)

11 BY MS. ROCHLIN:

12 Q.   Mr. Smith, do you see what appears on your screen at this

13 time?

14 A.   Yes, ma'am, I do.

15 Q.   What is it that appears on your screen?

16 A.   It looks like a copy of the page out of the book that I

17 copied.

18 Q.   In fact, does what now appears on the screen, can you tell

19 us whether, in fact, that is an accurate copy of what you saw

20 on the inside of the book?

21 A.   Yes, ma'am, it is.

22        MS. ROCHLIN:   I would ask the agent at this time to

23 take down the image of the writing.

24        AGENT BAECHTLE:   (Complied.)

25 BY MS. ROCHLIN:

## Smith - Direct

1  Q.   Mr. Smith, you mentioned earlier in your testimony there

2  were some other materials you noted in the defendant's luggage.

3  A.   Yes, ma'am

4  Q.   I believe you referred to some spiral notebooks containing

5  rap lyrics?

6  A.   Yes, ma'am

7  Q.   Can you explain please what, if anything, you did with

8  respect to the contents of the spiral notebooks.

9  A.   Yes, ma'am  I made photocopies of them

10            MS. ROCHLIN:   Your Honor, may I approach the witness?

11            THE COURT:   You may.

12  BY MS. ROCHLIN:

13  Q.   Mr. Smith, having shown it to defense counsel, I have now

14  handed you what has been previously marked for identification

15  as Government's Exhibits 4 A through 4 J --

16        [Government Exhibits CE 4 A through 4 J marked for

17                  identification at 12:08 p.m]

18  BY MS. ROCHLIN:

19  Q.   -- and I would ask you to examine those exhibits and let us

20  know, when you're ready, if you recognize them

21  A.   (Complied.)

22            Yes, ma'am  I'm ready.

23  Q.   To clarify, I've handed you exhibits marked as CE 4 A

24  through 4 J.  Is that correct?

25  A.   Yes, ma'am, it is.

**October 16, 2008**

## Smith - Direct

1   Q.   Are you able to recognize those exhibits?

2   A.   Yes, ma'am

3   Q.   What are those exhibits?

4   A.   They're copies that I made of his rap lyrics.

5   Q.   Do those pages consist of all of the rap lyrics that you

6   copied or simply portions of what you copied?

7   A.   Portions that I copied.

8   Q.   And are these the pages obtained from the spiral notebooks

9   in the defendant's luggage?

10  A.   Yes, ma'am

11  Q.   How are you able to recognize those pages, Mr. Smith?

12  A.   I remember looking at them  I was reading through them as

13  I was copying them  I remember the handwriting and also on one

14  of the pages I noticed the acronym, ATU, which I remember

15  seeing in the book, the Anti-Terrorist Unit.  I made the

16  connection.

17         MS. ROCHLIN:   Your Honor, at this time the United

18  States would move for the admission of Government's Exhibit CE

19  4 A through 4 J.

20         THE COURT:   Admitted.

21  [Government Exhibits CE 4 A through 4 J received in evidence at

22                        12:12 p.m]

23         MS. ROCHLIN:   The United States at this time would ask

24  to publish to the jury on the screen Government's Exhibit CE 4

25  A.

**October 16, 2008**

## Smith - Direct

1          THE COURT:   You may.

2          AGENT BAECHTLE:   (Complied.

3    BY MS. ROCHLIN:

4    Q.   Mr. Smith, is what appears now on your screen a copy of

5    Government's Exhibit CE 4 A?

6    A.   Yes, ma'am

7          MS. ROCHLIN:   At this time, I'd ask Agent Baechtle to

8    highlight a portion of that exhibit previously indicated before

9    court today.

10         AGENT BAECHTLE:   (Complied.)

11   BY MS. ROCHLIN:

12   Q.   Mr. Smith, are you able to read the highlighted portion of

13   the exhibit on your screen?

14   A.   Yes, ma'am

15   Q.   Would you read that portion into the record, please?

16   A.   Yes, ma'am

17         "Ways and my heart dump stays all day as we plot and

18       give way.  We see the burst from your muzzle have ya

19       bleedin for days.  More sweat in my training means less

20       blood in my life.  So wit the shots from guns keep it dead

21       and precise.  Bull-doze ambushes in the midst of a fight.

22       Try to cut my supply, you'll be losing your life.  Heed

23       this warning."

24         MS. ROCHLIN:   Agent, if you would take down CE 4 A and

25   if you would, please, put up CE 4 B.

**October 16, 2008**

## Smith - Direct

1           AGENT BAECHTLE:   (Complied.)

2   BY MS. ROCHLIN:

3   Q.   Mr. Smith, do you recognize the document that appears on

4   your screen at this time, CE 4 B?

5   A.   Yes, ma'am

6   Q.   Is that also one of the pages you obtained from the spiral

7   notebooks in the defendant's luggage?

8   A.   Yes, ma'am

9           MS. ROCHLIN:   I'm going to ask Agent Baechtle at this

10  time to go ahead and bring up on the screen exhibit CE 4 C.

11          AGENT BAECHTLE:   (Complied.)

12  BY MS. ROCHLIN:

13  Q.   Mr. Smith, do you see that page on your screen?

14  A.   Yes, ma'am, I do.

15  Q.   Is that another one of the pages from the notebook in the

16  defendant's luggage?

17  A.   Yes, ma'am

18          MS. ROCHLIN:   Your Honor -- excuse me --  at this time

19  I would ask Agent Baechtle to highlight portions of that

20  document previously indicated.

21          AGENT BAECHTLE:   (Complied.)

22  BY MS. ROCHLIN:

23  Q.   Mr. Smith, do you see the highlighted portion on the

24  document now on your screen?

25  A.   Yes, ma'am, I do.

**October 16, 2008**

## Smith - Direct

1    Q.   And can you tell us what the highlighted portion consists

2    of?

3    A.   It appears to be the signature of Mr. Emmanuel.

4    Q.   And before coming to court today, did you compare that

5    signature to the signature appearing in the passport you seized

6    on March 30th of 2006?

7    A.   Yes, ma'am, I did.

8    Q.   Can you tell us, please, how does the signature on the

9    passport, CE 1, compare to the signature on the document now on

10   your screen?

11   A.   It's identical.

12           MS. ROCHLIN:   I'd ask Agent Baechtle to take down the

13   document and bring up CE  5C.

14           AGENT BAECHTLE:   (Complied.)

15   BY MS. ROCHLIN:

16   Q.   Mr. Smith, do you recognize the document now appearing on

17   your screen?

18   A.   Yes, ma'am, I do.

19           MS. ROCHLIN:   I would ask Agent Baechtle to highlight

20   portions of that document previously indicated.

21           AGENT BAECHTLE:   (Complied.)

22   BY MS. ROCHLIN:

23   Q.   Mr. Smith, again, is this one of the pages you copied from

24   the notebook in the defendant's luggage?

25   A.   Yes, ma'am, it is.

**October 16, 2008**

## Smith - Direct

1   Q.   Directing your attention to the highlighted portion at the

2   top of that document, are you able to read that?

3   A.   Yes, ma'am, I am.

4   Q.   Would you, please, read that first highlighted portion into

5   the record?

6   A.   Yes, ma'am.

7           "Just know when we step out killers upon the street,

8       so more out any time of the night, boy watch out.   ATU pan

9       da scene.   So cool out."

10  Q.   Directing your attention to the highlighted portion at the

11  bottom of that page, CE 4 D.   Would you, please, read that

12  portion into the record?

13  A.   "Take this for free, six feet is where you gonna be.   ATU

14      niggas on the scene.   Body bag is all you see.   So tell me

15      what's it going to be," and then he signed his name.

16  Q.   And how does that signature appear on the document?

17  A.   The first name is identical to the signature on the

18  passport.

19  Q.   What is the last name that appears as part of the signature

20  on CE 4 D?

21  A.   The last name is annotated Taylor, II.

22  Q.   So the signature reads "Charles Taylor, II."  Is that

23  correct?

24  A.   I'm sorry.  Yes, ma'am.

25           MS. ROCHLIN:  If we could take down the document and

## Smith - Direct

1    bring up CE 4 D.

2              AGENT BAECHTLE:   (Complied.)

3    BY MS. ROCHLIN:

4    Q.   Mr. Smith, do you recognize the page now appearing on the

5    screen?

6    A.   Yes, ma'am, I do.

7    Q.   Is that one of the pages you copied from the notebooks in

8    the defendant's luggage?

9    A.   Yes, ma'am, it is.

10             MS. ROCHLIN:   At this time I would ask Agent Baechtle

11   to highlight portions previously indicated.

12             AGENT BAECHTLE:   (Complied.)

13   BY MS. ROCHLIN:

14   Q.   Mr. Smith, are you able to read those portions of document?

15   A.   Yes, ma'am

16   Q.   Would you begin by reading the highlighted portion at the

17   top of the document?

18   A.   Yes, ma'am

19         "Many we soldiers don't even blink.   ATU try to stand

20         you will get run over.   Don't try to out cause stays a

21         poser."

22   Q.   Mr. Smith, do you see two smaller words on the left side of

23   the highlighted block?

24   A.   Yes, ma'am  The first word is "come."  I can't make out

25   the second word.   It looks like "soldier."

**October 16, 2008**

## Smith - Direct

1    Q.   Could it be "colder"?

2    A.   "Colder," yes, ma'am

3    Q.   Would that portion of the document read "Don't even blink.

4         ATU come colder.   Try to stand, you will get run over"?

5    A.   Yes, ma'am

6    Q.   Directing your attention to the next highlighted section

7    lower on that same page.   Are you able to read that?

8    A.   Yes, ma'am

9    Q.   What does that say?

10   A.   "ATU keep it gangsta."

11            MS. ROCHLIN:   I'd ask Agent Baechtle to take down CE 4

12   E and to please bring up exhibit CE 4 F.

13            AGENT BAECHTLE:   (Complied.)

14   BY MS. ROCHLIN:

15   Q.   Mr. Smith, do you recognize the page now appearing on the

16   screen?

17   A.   Yes, ma'am, I do.

18            MS. ROCHLIN:   At this time I would ask Agent Baechtle

19   to highlight a portion of that page as previously indicated.

20            AGENT BAECHTLE:   (Complied.)

21   BY MS. ROCHLIN:

22   Q.   Mr. Smith, are you able to read that portion of the

23   document?

24   A.   Yes, ma'am

25   Q.   Let me ask you to read it into the record?

**October 16, 2008**

## Smith - Direct

1    A.    "Talk truth.   Hold gats.   Blow out ya back boy.   Ride don't

2         pack.   ATU bout to clap on site."

3              MS. ROCHLIN:   Agent Baechtle, if you would now take

4    down CE 4 G F and bring up CE 4 G.

5              AGENT BAECHTLE:   (Complied.)

6    BY MS. ROCHLIN:

7    Q.   Mr. Smith, do you see that document on the screen?

8    A.   Yes, ma'am, I do.

9    Q.   Is that one of the pages you copied from the defendant's

10   luggage?

11   A.   Yes, ma'am, it is.

12   Q.   Are you able to read that page?

13   A.   I believe I can, yes, ma'am.

14   Q.   I would ask you to read the section at the top of the page

15   that is written in more of a column or with a narrower margin.

16   A.   Yes, ma'am.

17              "Soldiers have to eat a food.

18              "Soldiers have to make a move.

19              "Soldiers have to load a Glock.

20              "Soldiers have to bust a shot."

21              I can't make out the first.

22              "Have to eat a food.

23              "Have to make a move.

24              "Have to hold a Glock.

25              "Have to bust a shot."

**October 16, 2008**

## Smith - Direct

1   Q.   Thank you, Mr. Smith.

2          MS. ROCHLIN:   Agent Baechtle, if you would take down

3   CE 4 G and bring up CE 4 H.

4          AGENT BAECHTLE:   (Complied.)

5   BY MS. ROCHLIN:

6   Q.   Mr. Smith, is that document also one of the pages you

7   copied?

8   A.   Yes, ma'am

9          MS. ROCHLIN:   If I could ask Agent Baechtle to

10  highlight the portions of that document previously indicated.

11         AGENT BAECHTLE:   (Complied.)

12  BY MS. ROCHLIN:

13  Q.   Directing your attention to the top -- excuse me --

14  directing your attention to the highlighted portion.   Are you

15  able to read that portion, Mr. Smith?

16  A.   Yes, ma'am

17  Q.   Would you, please, read it into the record?

18  A.   "Come clean, man.   We bombard your scene.   Raise you up out

19      your green acquisition for your company.   Turn over.   Hold

20      upper.   Clear the lower and have a base in your place not

21      my true war soldiers, army thugs united."

22         MS. ROCHLIN:   Agent Baechtle, if you could, could you

23  enhance the line that begins "and have a base in your place."

24         AGENT BAECHTLE:   (Complied).

25         MS. ROCHLIN:   A little further than that, if you could

**October 16, 2008**

## Smith - Direct

1    try to bring it up and enhance it.

2                    AGENT BAECHTLE:   (Complied.)

3    BY MS. ROCHLIN:

4    Q.   Mr. Smith, where it reads "and have a base in your place,"

5    what is the next word, if you can make it out?

6    A.   It looks like wit, w-i-t.

7    Q.   Would the line correctly read "and have a base in your

8         place wit my true war soldiers, army thugs united"?

9    A.   Yes, ma'am

10                   MS. ROCHLIN:   Take down the enlarged portion, Agent

11   Baechtle.

12   BY MS. ROCHLIN:

13   Q.   Mr. Smith, do you see a second highlighted block at the

14   bottom of the page?

15   A.   Yes, ma'am

16   Q.   Are you able to read that?

17   A.   Yes, ma'am

18   Q.   Would you, please, read it into the record?

19   A.   "Talk truth.  Hold gats.  Shit, I blow out your back.  I

20        ride wit dat pack.  ATU bout to clap on site.  ATU here we

21        come."

22                   MS. ROCHLIN:   Agent Baechtle, if you would please take

23   down CE 4 H and bring up CE 4 I.

24                   AGENT BAECHTLE:   (Complied.)

25   BY MS. ROCHLIN:

**October 16, 2008**

## Smith - Direct

1    Q.   Is the document on the screen, Mr. Smith, also one of the

2    pages you copied from the defendant's luggage?

3    A.   Yes, ma'am.

4    Q.   And do you see now a highlighted portion on that document?

5    A.   Yes, ma'am.

6    Q.   Would you, please, read for us, if you can, the highlighted

7    portion?

8    A.   "From the north, but I ride with Floridian tacts."

9            MS. ROCHLIN:   Agent Baechtle, if you would bring up CE

10   4 J.

11           AGENT BAECHTLE:   (Complied.)

12   BY MS. ROCHLIN:

13   Q.   Mr. Smith, do you see the document now on your screen?

14   A.   Yes, ma'am, I do.

15   Q.   Is that also one of the pages you copied from the

16   defendant's luggage?

17   A.   Yes, ma'am.

18   Q.   Do you see the highlighted portion at the bottom of the

19   page?

20   A.   Yes, ma'am, I do.

21   Q.   Are you able to read that?

22   A.   Yes, ma'am.

23   Q.   Would you, please, read it into the record?

24   A.   "Talk truth.  Hold gats.  Shit, I blow out your back.  I

25       ride wit dat pack.  ATU bout to clap on site.  ATU here we

**October 16, 2008**

## Smith - Direct

1      come."

2  Q.   Mr. Smith, directing your attention to the first line of

3  the highlighted portion.

4  A.   Yes, ma'am.

5  Q.   After the word "hold," are you able to make out the next

6  word?

7  A.   Not really.  I don't know if it's chats or cats, gats.  I'm

8  sorry.  Gats.  It looks like a G.

9  Q.   G-a-t-s?

10  A.   Yes, ma'am, gats.

11          MS. ROCHLIN:   Thank you, agent.  If you would take

12  down the document.

13          AGENT BAECHTLE:   (Complied.)

14  BY MS. ROCHLIN:

15  Q.   Mr. Smith, eventually what did you do with the defendant's

16  passport, Government's Exhibit CE 1?

17  A.   I turned it over to one of the ICE agents.

18  Q.   And with respect to the pages that you copied, what did you

19  do with the pages that you copied from the defendant's

20  notebooks you observed in his luggage?

21  A.   Same thing.  I turned them over to one of the ICE agents.

22  Q.   With respect to CE 13 and CE 13 A, did you, yourself,

23  retain the copies that you made?

24  A.   I retained a set for myself, yes, ma'am, I did.

25  Q.   And did you also provide copies of that set to others?

**October 16, 2008**

## Smith - Direct

1   A.   To the ICE agents, yes, ma'am

2            MS. ROCHLIN:   If I could have just a moment, Your

3   Honor?

4   BY MS. ROCHLIN:

5   Q.   Mr. Smith, tell us what happened to the actual items in the

6   defendant's luggage.

7   A.   Once all the items were copied and the bags were inspected,

8   we put everything back in and we turned them over to one of

9   Mr. Emmanuel's friends who was at the airport to pick him up.

10           MS. ROCHLIN:   Your Honor, at this time we'll tender

11  the witness for cross-examination.

12           THE COURT:   Ladies and gentlemen, we will take our

13  lunch recess.   I'll ask that everyone return at 1:45.   Please

14  do not discuss the case.   Have a good lunch.

15           [The jury leaves the courtroom at 12:28 p.m.]

16           THE COURT:   All right.   We're in recess.

17           [Luncheon recess at 12:30 p.m.]

18           MS. MILLER:   Your Honor, while we're waiting, I want

19  to note something I was discussing with counsel.   It relates to

20  the upcoming testimony of Agent Baechtle and the motion

21  yesterday about the statements which were coming in and which

22  weren't.

23           The Court ruled we would be allowed to elicit the

24  introductory statement, "Emmanuel admitted that there were

25       situations in which Emmanuel and ATU bodyguards were

**October 16, 2008**

## Smith - Direct

1      associated with the deaths of Liberians."  That was the

2   introduction to 9 A.

3            9 B we had agreed not to bring forward, the rest of

4   the matter of 9 A and 9 B which related to two specific deaths.

5            Mr. Caridad told me if we were going to be eliciting

6   the first sentence, they would actually prefer to have the

7   other material elicited as well, to put it in context.

8            THE COURT:  Very well.

9            MS. HECK-MILLER:  I'm going to do that.  I didn't want

10  the Court to be surprised with our change from the Court's

11  ruling.

12           MR. CARIDAD:  That's correct.  We're still talking

13  about that paragraph 9.  We want to think about it and address

14  it before the agent testifies.

15           MS. HECK-MILLER:  Certainly.

16           THE COURT:  Are we ready for the jury?

17           MS. ROCHLIN:  Your Honor, if I could just flag one

18  matter for the Court.  We anticipate if Agent Baechtle doesn't

19  take us to the end of the day calling Dr. Hymn and beginning

20  his testimony.  There is a pending motion outstanding regarding

21  Dr. Hymn.  I don't believe it's something that needs to hold up

22  his direct examination, but it is there and it is outstanding

23  and at some the Court may wish to address it.

24           THE COURT:  All right.

25           Let's bring the jury in, please.

**October 16, 2008**

**Smith - Cross**

1           [The jury returns to the courtroom at 1:44 p.m.]

2               THE COURT:   Mr. Caridad.

3                         CROSS EXAMINATION

4    [Beginning at 1:45 p.m., 10/16/08.]

5    BY MR. CARIDAD:

6    Q.   Is it Inspector Smith?

7    A.   Yes.

8    Q.   Inspector Smith, you seized a suitcase belonging to my

9    client?

10   A.   We detained it, yes, sir.

11   Q.   And you opened it up and looked inside?

12   A.   Yes, sir.

13   Q.   And you found some 3-ring notebooks?

14   A.   Yes, sir.

15   Q.   How many did you find?

16   A.   I want to say it was will approximately three to four.

17   Q.   Okay.

18           Did it have his name on the outside cover?

19   A.   I don't recall, sir.

20   Q.   Did you copy the outside cover?

21   A.   No, sir.

22   Q.   Did you copy every single page in the three or four 3-ring

23   notebooks?

24   A.   Yes, sir.

25   Q.   They weren't 3-ring notebooks or they were those spiral

**October 16, 2008**

## Smith - Cross

1  notebooks?

2  A.   Yes, sir.

3  Q.   You say you did copy every page or not?

4  A.   Yes, I did, every page that had writing on it.

5  Q.   Then you put it back in the suitcase?

6  A.   Yes, sir.

7  Q.   Someone on behalf of Mr. Emmanuel took the suitcase away

8  with the originals?

9  A.   Yes, sir.

10  Q.   Do you know where the originals are today?

11  A.   No, sir.

12  Q.   You don't have them?

13  A.   No, sir.

14  Q.   The Government, apparently, doesn't have them?

15  A.   No, sir.

16  Q.   Why didn't you keep the originals?

17  A.   It wasn't of interest for CBP to keep them

18  Q.   CBP is what?

19  A.   Customs & Border Protection.

20  Q.   But it was enough interest to copy them?

21  A.   Yes, sir.

22  Q.   Why was it of enough interest to copy them, but not to keep

23  them?

24  A.   I was asked to make copies of them

25  Q.   By whom?

## October 16, 2008

**Smith - Cross**

1   A.   An ICE agent.

2   Q.   Who was that?

3   A.   There were three or four ICE agents there.   One of them

4   asked me to make copies.

5   Q.   My question is why was there an interest in making copies

6   and not an interest in keeping the originals?

7   A.   You would have to ask the ICE agent, sir, who asked me to

8   make copies.

9   Q.   Did you tell Agent Baechtle you found the 3-ring notebooks?

10   A.   No, sir.   He was in the room talking to Mr. Emmanuel.

11   Q.   You thought enough about copying them, not keeping the

12   originals and not showing them to the agent in the room

13   interviewing my client?

14   A.   I gave them to the ICE agent and I'm assuming he was in

15   contact with Mr. Baechtle.

16   Q.   He would have told Agent Baechtle, "Hey, we found some

17        3-ring notebooks here"?

18   A.   I have no idea.

19        MS. ROCHLIN:   Objection to the extent it calls for

20   speculation.

21        THE COURT:   Overruled.

22   BY MR. CARIDAD:

23   Q.   Did Agent Baechtle ever come to you and say "Where are

24        those originals of the spiral binders?"

25   A.   No, sir.

**October 16, 2008**

Smith - Cross

1  Q.  Has anyone asked you for the originals before me today?

2  A.  No, sir.

3  Q.  No one has asked you for the originals of the documents

4  admitted into evidence?

5  A.  No, sir.

6  Q.  But what caught your eye was that some other book, some

7  book that he had on him caught your eye because you saw "ATU"

8  written inside the book?

9  A.  What first drew my attention was the title of the book.

10  Q.  Something about guerrilla warfare?

11  A.  Guerrilla tactics.

12  Q.  You didn't keep that book either?

13  A.  No, sir.

14  Q.  You didn't make copies of that book except for the first

15  two pages?

16  A.  The cover and one of the pages inside the book, yes, sir.

17  Q.  Why didn't you keep the book?

18  A.  We had no reason to keep the book, sir.

19  Q.  Why did you make copies?

20  A.  Again, it was at the request of an ICE agent.

21  Q.  So we don't know where the book is today?

22  A.  Well, it's in a suitcase, wherever the suitcase was taken.

23  Q.  We don't know where the spiral notebooks are today?

24  A.  No, sir.

25  Q.  So you thought enough -- that's what caught your eye and

October 16, 2008

**Smith - Cross**

1  you decided to make copies.  You called them rap lyrics?

2  A.   Yes.

3  Q.   You realized when you saw them, they were rap lyrics?

4  A.   That's what they appeared to be.

5  Q.   Such as music?

6  A.   Yes.

7  Q.   It looked like lyrics somebody was writing that was going

8  to be set to music.  Is that fair?

9  A.   Yes, sir.

10  Q.   As a matter of fact, one of the pages seems to be divided

11  up -- this is CE 5 C.

12         MR. CARIDAD:  Can you put that on the screen, agent,

13  please?

14         AGENT BAECHTLE:  (Complied.)

15         MR. CARIDAD:  No, CE 5.

16         AGENT BAECHTLE:  (Complied.)

17         MR. CARIDAD:  CE 4 D.

18         AGENT BAECHTLE:  (Complied.)

19  BY MR. CARIDAD:

20  Q.   Can you see that on your screen?

21  A.   Yes.

22  Q.   That seems to be divided up into different paragraphs.

23  Correct?

24  A.   Yes, sir.

25  Q.   Like a chorus, maybe?

**October 16, 2008**

**Smith - Cross**

1    A.    Possibly, yes, sir.

2    Q.    Next to the bottom there it says "R&B singing"?

3    A.    Yes, sir.

4    Q.    Like rhythm and blues singing?

5    A.    Yes.

6    Q.    You're correct.   They are lyrics.

7    A.    Yes, sir.

8    Q.    As if they are going to be set to music?

9    A.    Possibly.

10   Q.    That's usually what lyrics are for, to be set to music?

11   A.    Yes.

12   Q.    Did you find any CDs in his bag?

13   A.    Yes, sir.   There were some music CDs.

14   Q.    Did you listen to them?

15   A.    No, sir.

16   Q.    Why not?

17   A.    I have no idea.   I didn't feel like listening to them

18   Q.    Did you keep them?

19   A.    No, sir.

20   Q.    Did you tell anybody you found some CDs?

21   A.    Yes, sir.   Everyone present in the room had seen the CDs.

22   Q.    Nobody told you to listen to them?

23   A.    No, sir.

24   Q.    Nobody told you to keep them?

25   A.    No, sir.

**October 16, 2008**

**Smith - Cross**

1    Q.   And usually when you write music, it's because you may want

2    to record it.   Right?

3    A.   Yes, sir.

4    Q.   You may want to put it on a CD.   Right?

5    A.   Yes, sir.

6    Q.   You might even want to sing it yourself if you've written

7    it.   Right?

8    A.   Yes, sir.

9    Q.   On the lyrics we have in front of us, we see the name

10   Charles Emmanuel, not this particular one -- maybe even that

11   one -- we see the name Charles Taylor, the first or the second?

12   A.   Second.

13   Q.   On the lyrics we see the name Charles Emmanuel.   Right?   At

14   one point we see Charles Emmanuel, II on another?

15   A.   Yes.

16   Q.   Maybe he wanted to record then?

17   A.   It's possible.

18   Q.   Make a CD out of them?

19   A.   Yes, sir.

20   Q.   Stamp his name on them?

21   A.   Yes, sir.

22   Q.   Charles Emmanuel or maybe even Charles Taylor, II?

23   A.   Yes, sir.

24   Q.   And maybe sell them   Right?

25   A.   Yes, sir.

**October 16, 2008**

**Smith - Cross**

1  Q.  To make money.   Right?

2  A.  Yes, sir.

3  Q.  Maybe sell a lot of them   Right?

4  A.  Yes, sir.

5  Q.  Hundreds, maybe hundreds?

6  A.  Yes, sir.

7  Q.  Maybe thousands?

8  A.  Yes, sir.

9  Q.  Maybe millions?

10  A.  If he's lucky.

11  Q.  So the whole world could listen to him singing.   Right?

12  A.  Yes, sir.

13  Q.  About being in the ATU.   Right?

14  A.  Yes, sir.

15  Q.  About carrying Glocks around.   Right?

16  A.  Yes, sir.

17  Q.  About bursting stuff from your muzzle.   Right?

18  A.  Yes, sir.

19  Q.  Would it be fair to say his plan was to record this and

20  have the whole world know that he was associated with the ATU

21  in some way?  Right?

22  A.  Yes, sir.

23  Q.  Millions of people were supposed to see this.   Right?

24  A.  I have no way of knowing that, sir.

25  Q.  It seems logical from what you just said?

**October 16, 2008**

## Smith - Redirect

1    A.   Yes, sir.

2              MR. CARIDAD:   Thank you.   That's all I have Judge.

3                        REDIRECT EXAMINATION

4    [Beginning at 1:53 p.m., 10/16/08.]

5    BY MS. ROCHLIN:

6    Q.   Inspector Smith, opposing counsel asked you maybe the pages

7    from the spiral notebook were meant for certain things.   Do you

8    recall those questions?

9    A.   Yes, ma'am, I do.

10   Q.   He asked you maybe the defendant intended certain things.

11   Do you recall those questions?

12   A.   Yes, ma'am.

13   Q.   Sir, do you know what the defendant intended for these

14   documents?

15   A.   No, ma'am.

16   Q.   Do you know whether the defendant intended to publicize

17   them or keep them private?

18   A.   No, ma'am.

19   Q.   All of those possibilities defense counsel asked you about,

20   do you know if any of those possibilities were intended by the

21   defendant or not?

22   A.   No, ma'am.

23   Q.   Sir, directing your attention to the document on the screen

24   towards the very bottom of the page.   Do you see the area Agent

25   Baechtle is enlarging?

**October 16, 2008**

## Smith - Redirect

1  A.  Yes, ma'am, I do.

2  Q.  Do you see where it says "R&B singing" in the enlarged

3  portion of the document?

4  A.  Yes, ma'am

5  Q.  The words "R&B singing," what other words are they right

6  next to?

7  A.  "Body bag."

8        MS. ROCHLIN:  Thank you, agent.  If you would take the

9  document down, please.

10       AGENT BAECHTLE:  (Complied.)

11 BY MS. ROCHLIN:

12 Q.  Now, Inspector Smith, what was your understanding of who

13 had ownership of the three bags and their contents?

14 A.  Mr. Emmanuel.

15 Q.  And whose permission did you ask before releasing the

16 luggage and their contents at the airport?

17 A.  Mr. Emmanuel.

18 Q.  And did Mr. Emmanuel give you permission to turn his

19 luggage over to the individual waiting for him at the airport?

20 A.  Yes, ma'am, he did.

21 Q.  What did you do to document the fact that by turning over

22 the luggage you were following Mr. Emmanuel's wishes?

23 A.  We executed a release and hold harmless agreement.

24 Q.  Who signed that?

25 A.  Mr. Emmanuel and myself.

**October 16, 2008**

## Smith - Redirect

1          MS. ROCHLIN:  If I could have a moment.

2   BY MS. ROCHLIN:

3   Q.  Sir, did you bring any documents with you to court today?

4   A.  Yes, ma'am, I did.

5   Q.  In those documents you brought to court, by any chance do

6   you have a copy of the agreement you just referred to in your

7   testimony?

8   A.  Yes, ma'am, I do.

9          MS. ROCHLIN:  May I approach the witness, Your Honor?

10         THE COURT:  You may.

11  A.  (Handing to Ms. Rochlin.)

12         MS. ROCHLIN:  May I approach again, Your Honor?

13         THE COURT:  You may.

14  BY MS. ROCHLIN:

15  Q.  Sir, I have handed you what I have just marked for

16  identification as Government's Exhibit CE 15.

17     [Government Exhibit CE 15 marked for identification at

18  1:58 p.m]

19  BY MS. ROCHLIN:

20  Q.  Is that the document you just handed me a moment ago?

21  A.  Yes, ma'am, it is.

22  Q.  Is that the document you were referring to when you

23  mentioned an agreement you had the defendant sign?

24  A.  Yes, ma'am, it is.

25  Q.  Is that a copy of the agreement the defendant signed and

**October 16, 2008**

## Smith - Recross

1  executed at the airport concerning the release of his luggage

2  and property?

3  A.   Yes, ma'am it is.

4          MS. ROCHLIN:   Your Honor, at this time the United

5  States moves for the admission of Government's Exhibit CE 15.

6          MR. CARIDAD:   I have no objection.

7          THE COURT:   Admitted.

8   [Government Exhibit CE 15 received in evidence at 1:59 p.m.]

9          MS. ROCHLIN:   Nothing further, Your Honor.

10          MR. CARIDAD:   Can I recross, Judge?

11          THE COURT:   Yes.

12                    RECROSS EXAMINATION

13  [Beginning at 1:59 p.m., 10/16/08.]

14  BY MR. CARIDAD:

15  Q.   Inspector, you're an official of the Customs & Border

16  Patrol?

17  A.   Border Protection.

18  Q.   You have complete authority to seize evidence from people?

19  A.   That's correct.

20  Q.   You could have taken the spiral notebooks, handed them over

21  to Agent Baechtle, inventoried them in evidence?

22  A.   Correct.

23  Q.   Nothing says you have to give back evidence to someone whom

24  you're interrogating?

25  A.   That's correct.

**October 16, 2008**

# Smith - Redirect

1  Q.   As a matter of fact, it's presumed you're going to seize

2  evidence.   Right?

3  A.   That's correct.

4  Q.   Not give it away.   Right?

5  A.   That's correct.

6  Q.   And this authorization here says that Mr. Emmanuel

7  authorizes somebody named Lutz Sean Smith to take his property?

8  A.   Yes, sir.

9  Q.   And it has his address?

10 A.   Yes, sir.

11 Q.   And it has his phone number?

12 A.   Yes, sir.

13 Q.   Did you contact this gentleman to try to get back those

14 ring binders?

15 A.   No, sir.

16 Q.   Did you contact this gentleman to see if he could let you

17 listen to those CDs to see what was on them?

18 A.   No, sir.

19 Q.   Do you know if anybody from the agents did that?

20 A.   Not to my knowledge, no, sir.

21         MR. CARIDAD:   Thank you, Judge.   That's all I have.

22         MS. ROCHLIN:   May I, Your Honor?

23         THE COURT:   You may.

24                 REDIRECT EXAMINATION

25 [Beginning at 2:00 p.m., 10/16/08.]

**October 16, 2008**

## Baechtle - Direct

1  BY MS. ROCHLIN:

2  Q.   Sir, other than your passport check and your luggage

3  inspection, on May 30th, 2006 did you have any assigned

4  responsibilities in connection with the matter that has become

5  this case?

6  A.   No, ma'am

7          MS. ROCHLIN:   No further questions.

8          THE COURT:   Thank you.

9          You may step down.

10         [The witness was excused at 2:00 p.m]

11         MS. HECK-MILLER:   The United States calls Matthew

12  Baechtle.

13

14       MATTHEW BAECHTLE, GOVERNMENT'S WITNESS, SWORN

15                    DIRECT EXAMINATION

16  [Beginning at 2:01 p.m]

17  BY MS. HECK-MILLER:

18  Q.   Please tell us your name and spell your last name.

19  A.   My name is Matthew Baechtle, B-a-e-c-h-t-l-e.

20  Q.   Sir, what is your job?

21  A.   I'm a Special Agent with the Department of Homeland

22  Security, U.S. Immigration & Customs Enforcement.

23  Q.   And the U.S. Immigration & Customs Enforcement, is that

24  known by an abbreviation?

25  A.   Yes, it's also known as ICE.

**October 16, 2008**

## Baechtle - Direct

1  Q.   Are you one of the case agents in this matter?

2  A.   Yes, I am

3  Q.   Are you the ICE case agent?

4  A.   I'm the ICE case agent.

5  Q.   And Mr. Naples is the FBI case agent?

6  A.   Correct.

7  Q.   Agent Baechtle, where were you on March 30th, 2006 with

8  regard to this case?

9  A.   On March 30th 2006 I started the day in Washington, D.C.

10  and I later ended up in Miami, Florida.

11  Q.   Specifically, where in Miami did you go?

12  A.   Miami International Airport.

13  Q.   And were you awaiting something at Miami International

14  Airport?

15  A.   Yes.

16  Q.   And what were you awaiting?

17  A.   I was -- when I landed at Miami International Airport, I

18  was planning to meet up with another agent from my office.

19  Q.   And what agent was that?

20  A.   Special Agent Chris Malone.

21  Q.   Were you expecting Agent Malone to be bringing something to

22  you?

23  A.   Yes.

24  Q.   What were you expecting?

25  A.   I was expecting Agent Malone to be bringing an arrest

**October 16, 2008**

## Baechtle - Direct

1  warrant with him

2  Q.   For whom was the arrest warrant you were expecting?

3  A.   The arrest warrant was for Charles Emmanuel, the defendant.

4  Q.   And did you coordinate with Customs & Border Protection

5  with regard to this expected arrest warrant?

6  A.   Yes, I did.

7  Q.   Did Agent Malone arrive with the warrant?

8  A.   Agent Malone did arrive with the warrant.

9  Q.   And you said this was an arrest warrant for Charles

10 McArthur Emmanuel.  Is that correct?

11 A.   Yes, ma'am.

12 Q.   Were you expecting Charles McArthur Emmanuel to arrive at

13 Miami International Airport that day, March 30th, 2006?

14 A.   Yes.

15 Q.   On what flight?

16 A.   American Airlines flight number 1668.

17 Q.   Where was that flight coming from?

18 A.   That flight was coming from Port of Spain, Trinidad.

19 Q.   What is Trinidad?

20 A.   Trinidad is an island country located just north of South

21 America in the Caribbean.

22 Q.   Did the flight arrive?

23 A.   It did.

24 Q.   Approximately when?

25 A.   I believe it arrived at approximately 6:40 p.m local time.

**October 16, 2008**

# Baechtle - Direct

1  Q.   And did you see Customs & Border Protection do anything

2  with regard to the arrival of that flight that you could see?

3  A.   I was aware that Customs & Border Protection was going to

4  conduct a passport screen at the plane.

5  Q.   And what was the purpose of the passport screen?

6  A.   To identify the individual that was the subject of the

7  arrest warrant.

8  Q.   And did there come a time when you saw Jacques Smith of the

9  Customs & Border Protection Service?

10  A.   Yes, there was.

11  Q.   And was he with anybody?

12  A.   Yes.

13  Q.   Where did you see Mr. Smith when he was with somebody?

14  A.   There was an area located outside of the jetway, once you

15  pass through the jetway when you come off the plane.  I believe

16  there was an escalator, or at the top of the stairs or

17  escalator is where I recall seeing Inspector Smith and the

18  defendant.

19  Q.   Now, you said you saw Inspector Smith and the defendant,

20  and is that whom you were expecting to see?

21  A.   Yes.

22  Q.   Was that the person you were expecting to see in connection

23  with the arrest warrant that you told us about?

24  A.   Yes, he was.

25  Q.   Agent Baechtle, do you see today in the courtroom the

**October 16, 2008**

# Baechtle - Direct

1  person you just referenced as the defendant whom you saw that

2  day on March 30th 2006?

3  A.  I do.

4  Q.  Could you, please, point him out in the courtroom before

5  us?

6  A.  Sure.  He's sitting between Mr. Caridad and Mr. Wylie.

7          MS. HECK-MILLER:  Your Honor, may the record reflect

8  identification of the defendant?

9          THE COURT:  The record so reflects.

10 BY MS. HECK-MILLER:

11 Q.  Did you then meet up with or have some interaction with

12 Jacques Smith and the defendant?

13 A.  I went up to Inspector Smith and the defendant and I

14 introduced myself to the defendant and showed him my ICE

15 credentials.

16 Q.  And where did that take place?

17 A.  That took place near the jetway at Miami International

18 Airport.

19 Q.  Once you had made that introduction, what happened?

20 A.  Once I made that introduction, I asked Mr. Emmanuel if he

21 would be willing to speak with me and I asked if he would be

22 willing to do so in another section of the airport, in the

23 Customs area where there was an office where we could talk a

24 little bit more privately.

25 Q.  And did he respond?

October 16, 2008

# Baechtle - Direct

1  A.    He responded and said that he would be willing to do so.

2  Q.    And did you and the defendant and Mr. Smith go any place at

3  that point?

4  A.    Yes.

5  Q.    Where did you go?

6  A.    We walked from that location to the area of the airplane

7  where -- for Immigration, the place at which the defendant,

8  while he was with Inspector Smith, would produce his passport

9  to be legally admitted into the country.

10  Q.    And was there any talk or conversation with the defendant

11  as you were making that walk?

12  A.    There was.  We had small talk.  We talked about Trinidad,

13  the weather.  Carnival, I think, came up.

14  Q.    And did anything happen with regard to the defendant and

15  his luggage ticket at that time?

16  A.    At that point, no.

17  Q.    What happened next?

18  A.    From the Immigration booth we proceeded into the baggage

19  claim area at Miami International Airport.

20  Q.    And what happened at the baggage claim area?

21  A.    At that point I believe Mr. Emmanuel's bag claim tickets

22  were turned over to Inspector Smith so that Inspector Smith

23  could retrieve the luggage, Mr. Emmanuel's luggage.

24  Q.    And did that happen?

25  A.    Yes.

**October 16, 2008**

## Baechtle - Direct

1    Q.    And what happened after the luggage area?

2    A.    From that point we continued into an office located within

3    the Customs area at Miami International Airport.

4    Q.    Could you describe this Customs office?

5    A.    Sure.   It was -- it consisted of two rooms.   The first room

6    is a little bit larger.   It had several work stations in it, a

7    copy machine, some other desks and chairs and phones and things

8    like that.

9            Then there was an office or a room located off of that

10   main area that had two desks, several chairs in it.   That's the

11   room we proceeded into.

12   Q.    Who proceeded into that smaller room?

13   A.    Myself, Special Agent Malone and the defendant.

14   Q.    And were there any other people who proceeded into the room

15   with the three of you?

16   A.    At that time, no.

17   Q.    Once the three of you were in that room, what did you do?

18   A.    We sat down, myself, Special Agent Malone and the

19   defendant.   I reintroduced myself to the defendant, showed him

20   my credentials again.   I told him my name and who I worked for.

21   Q.    What did you say to him after that introduction?

22   A.    I told him that I was an individual from the Federal

23   Government who had planned on meeting him in Trinidad the year

24   prior in 2005.

25   Q.    And did you ask whether he was interested in still speaking

**October 16, 2008**

## Baechtle - Direct

1  to you?

2  A.   The purpose of the meeting was to talk to Mr. Emmanuel and

3  I indicated at the time in the office in March, 2006 that I was

4  still interested in doing so.

5  Q.   Did Mr. Emmanuel make any response?

6  A.   He indicated that he would also be willing to talk.

7  Q.   Once Mr. Emmanuel said that, what did you do next?

8  A.   I advised Mr. Emmanuel that he was the subject of a Federal

9  arrest warrant and that before we could have any conversation,

10  it would be necessary for me to advise him of his rights.

11  Q.   Now, at this point, agent, was there any further discussion

12  about the arrest warrant?

13  A.   There was.

14  Q.   What did the defendant say or ask?

15  A.   He asked me what the arrest warrant was for.

16  Q.   Did you tell him?

17  A.   I did.

18  Q.   And at this point was the defendant physically restrained?

19  A.   He was not physically restrained.

20  A.   No.

21  Q.   Was he handcuffed?

22  A.   No.

23  Q.   Had he been handcuffed at any time he was with United

24  States officials?

25  A.   He had not been handcuffed.

**October 16, 2008**

## Baechtle - Direct

1  Q.   Did you have any discussion with the defendant about

2  whether or not he would be handcuffed?

3  A.   I did.

4  Q.   What did you advise him?

5  A.   The normal policy of CBP in situations where there are

6  arrest warrants for arriving passengers into the airport, it

7  was the policy of CBP to meet that individual, the subject of

8  the arrest warrant, at the plane, to place the individual in

9  handcuffs and carry them to whatever location they deemed

10 appropriate.

11 Q.   Did you discuss at all why that had not happened in his

12 case?

13 A.   Yes.

14 Q.   What did you say?

15 A.   I told Mr. Emmanuel in this case I specifically talked to

16 the supervisors at CBP to ensure that that was not the case.

17 We got a waiver of that policy out of respect for him and out

18 of respect for the fact that he was, that he wanted to talk to

19 us in the past.

20 Q.   And did the defendant respond to that?

21 A.   He did.

22 Q.   At that point did you advise the defendant of his rights?

23 A.   Yes.   Before I did that he said that he appreciated the

24 fact that I had done that in regards to the handcuffs, and

25 then, yes, I did advise him of his rights.

**October 16, 2008**

## Baechtle - Direct

1  Q.   How did you do that?

2  A.   I took out a small card that I had in my credentials that I

3  received when I was going through my training that has the

4  Miranda Rights listed on it and I read -- I first read each one

5  of those rights to him

6  Q.   Agent, I'm showing you now on the screen what has been

7  marked for identification purposes as Exhibit CE 12.

8       [Government Exhibit CE 12 marked for identification at

9  2:12 p.m]

10  BY MS. HECK-MILLER:

11  Q.   Do you recognize CE 12?

12  A.   Yes, I do.

13  Q.   What is CE 12?

14  A.   CE 12 is a photocopy of the front and back of that card.

15  Q.   This is a copy of the actual card that you used that day?

16  A.   Yes.

17        MS. HECK-MILLER:   The Government offers CE 12 into

18  evidence.

19        MR. CARIDAD:   No objection.

20        THE COURT:   Admitted.

21   [Government Exhibit CE 12 received in evidence at 2:12 p.m]

22  BY MS. HECK-MILLER:

23  Q.   Does this card have both the English and Spanish on it?

24  A.   Yes.

25  Q.   You only read one of the languages?

**October 16, 2008**

## Baechtle - Direct

1  A.   I read the advisement of rights in English.

2         MS. HECK-MILLER:   If we could publish the card,

3  please, to the jury.

4         THE COURT:   You may.

5         MS. HECK-MILLER:   Agent Naples, if you could blow up

6  and make larger -- I don't know if Agent Baechtle needs it. I

7  certainly do -- the words that are in English.

8  A.   I need it, too.

9         AGENT NAPLES:   (Complied.)

10 BY MS. HECK-MILLER:

11 Q.   Agent Baechtle, could you, please, read from the exhibit

12 the rights you read to the defendant that day at Miami

13 International Airport?

14 A.   Sure.

15         "You have the right to remain silent.  Anything you

16      say can be used against you in court.  You have the right

17      to consult with an attorney and to have them present

18      during questioning.  If you cannot afford an attorney, one

19      will be appointed to represent you prior to any

20      questioning."

21         Then it says -- the next question is "Do you

22      understand your rights?" which I asked him, and the next

23 question is "Are you willing to waive these rights and talk to

24      me?" which I also asked.

25 Q.   Agent, before you got to the questions at the bottom of the

**October 16, 2008**

## Baechtle - Direct

1  card, as you were reading the rights to the defendant, did he

2  do anything?

3  A.   He began to recite a portion of the rights with me.

4  Q.   Was he reading them from anything?

5  A.   No, it appeared he was doing it from memory.

6          MS. HECK-MILLER:   Thank you, Agent Naples.   You can

7  take down the exhibit.

8          AGENT NAPLES:   (Complied.)

9  BY MS. HECK-MILLER:

10  Q.   After you had read the rights out loud to the defendant,

11  did you say or instruct him anything with regard to those

12  rights?

13  A.   I'm sorry.   Can you repeat that?

14  Q.   After you had read the rights out loud to the defendant,

15  did you say anything to him about those rights or give him any

16  instruction about those rights?

17  A.   I asked him if he understood them

18  Q.   Did you hand him anything?

19  A.   Yes.   After that, I provided him with an internal ICE

20  document that was a Waiver of Rights form and I asked him to

21  read the form which also listed out the rights that I had read

22  to him from the Miranda card.

23  Q.   Agent Baechtle, I'm now showing you what has been marked

24  for identification purposes as CE 6.

25     [Government Exhibit CE 6 marked for identification at 2:13

**October 16, 2008**

# Baechtle - Direct

1                          p. m ]

2    BY MS. HECK-MILLER:

3    Q.   Do you recognize that?

4    A.   Yes, I do.

5    Q.   What is CE 6?

6    A.   A copy of the Statement of Rights form and a portion below

7    entitled "Waiver."

8    Q.   Is that a copy of the exact form you used that day, March

9    30th, 2006?

10   A.   Yes, that's a copy of the form after it had been executed.

11            MS. HECK-MILLER:   The Government offers CE 6.

12            MR. CARIDAD:   No objection.

13            THE COURT:   Admitted.

14      [Government Exhibit CE 6 received in evidence at 2:15 p.m ]

15   BY MS. HECK-MILLER:

16   Q.   When you gave this document, CE 6, to the defendant, was

17   there anything that was filled in on it by you?

18   A.   No.

19   Q.   And did the defendant do anything -- withdrawn.

20            Did the defendant appear to you to do anything with

21   regard to this form?

22   A.   He appeared to read through the form

23   Q.   And after you observed the defendant appear to read through

24   the form, did you ask him anything?

25   A.   I asked him to sign the waiver section, yes, indicating

**October 16, 2008**

## Baechtle - Direct

1  that he understood what was on the form   If he agreed to waive

2  his rights, then he would sign.

3  Q.   And did the defendant sign the form?

4  A.   Yes, he did.

5  Q.   And did he also print his name?

6  A.   He did.

7  Q.   And once the form was signed by the defendant, did you add

8  any notations to it?

9  A.   Yes.   I added in the time at which I presented the form to

10  the defendant, the approximate time at which he signed it, the

11  date, and I also signed the form myself and dated it.

12        MS. HECK-MILLER:   Your Honor, the Government asks

13  permission to publish the document now in evidence, CE 06, to

14  the jury.

15        THE COURT:   You may.

16        AGENT NAPLES:   (Complied.)

17  BY MS. HECK-MILLER:

18  Q.   Agent Baechtle, does this document have two parts?

19  A.   Yes, it does.

20  Q.   What is the top part?

21  A.   "Statement of Rights."

22  Q.   And are those the same rights you read to us earlier from

23  the Miranda card, Exhibit CE 12?

24  A.   Yes.

25  Q.   What is the second part?

**October 16, 2008**

## Baechtle  -  Direct

1  A.   It's entitled "Waiver."

2           MS.  HECK-MILLER:   Agent Naples, could you make that

3  section larger, please, the one entitled "Waiver."

4           AGENT NAPLES:   (Complied.)

5  BY MS.  HECK-MILLER:

6  Q.   Agent Baechtle, could you read to us, please, the waiver

7  section.

8  A.   "I have had the above statement of my rights read and

9       explained to me and I fully understand these rights.   I

10      waive them freely and voluntarily without threat or

11      intimidation, without any promise of reward or immunity.   I

12      was taken into custody at" -- then I filled in 19:05 and

13  the date, 3/30/06, and signed this document at, time,

14  19:10, on 3/30/06.   Name, Charles Emmanuel and signature.

15           MS.  HECK-MILLER:   Thank you, Agent Naples.   You can

16  take down the exhibit, please.

17           AGENT NAPLES:   (Complied.)

18  BY MS.  HECK-MILLER:

19  Q.   Once the form was signed, did the defendant ask you

20  anything?

21  A.   He asked me how long I thought this was going to take.

22  Q.   Did he give any explanation as to why he was asking?

23  A.   Yes.   He wanted to know -- he said he had a friend meeting

24  him at the airport.

25  Q.   Did you respond to that question?

**October 16, 2008**

## Baechtle - Direct

1  A.   I responded by telling him we would be more than happy to

2  let the friend know what the situation was.

3  Q.   And was there any discussion also concerning his luggage?

4  A.   Yes.

5  Q.   What was said concerning his luggage and the friend?

6  A.   I believe we indicated if he was willing to, we would turn

7  his luggage over to the individual who was there to meet him

8  Q.   To your knowledge, did that happen?

9  A.   I believe it did.

10  Q.   Now, did you then proceed to have an interview or

11  interrogation session with the defendant?

12  A.   Yes.

13  Q.   Approximately how long did it last?

14  A.   Total, it took about three hours.

15  Q.   Where did it take place?

16  A.   It took place in the room I described before that was part

17  of the Customs office at the baggage claim area.

18  Q.   Was the defendant offered any food or drink during that

19  three hour time period?

20  A.   He was offered both food and drink.

21  Q.   Did he accept?

22  A.   He accepted water on several occasions.

23  Q.   Was the defendant free to use any bathroom facilities

24  during that interview?

25  A.   Yes, he was.

**October 16, 2008**

# Baechtle - Direct

1   Q.   And did you make that known to him?

2   A.   Yes.

3   Q.   And did he accept that offer at one point?

4   A.   He did, I believe, once.

5   Q.   And were you present for the duration of that three hour

6   interview?

7   A.   Yes, I was.

8   Q.   Was the defendant responsive to your questions?

9   A.   Yes.

10  Q.   Were there any questions you asked that he refused to

11  answer?

12  A.   Not that I recall.

13  Q.   How did you start your interview?

14  A.   I started by asking him about some basic biographical data.

15  Q.   Did you ask him his name and birth information?

16  A.   I did.

17  Q.   What did he say his name was?

18  A.   He stated that his name was Charles McArthur Emmanuel.

19  Q.   Did you ask for birth date and place?

20  A.   Yes, I did.

21  Q.   And what did he say?

22  A.   He said that he was born on February 12th, 1977 in Boston,

23  Massachusetts.

24  Q.   Did you ask him for a Social Security number?

25  A.   Yes, I did.

**October 16, 2008**

## Baechtle - Direct

1  Q.   Did he provide you with one?

2  A.   Yes.

3  Q.   What, if anything, did you ask him about any other names

4  that he had or had used?

5  A.   I asked him if he had any other names or if he had used any

6  other names.

7  Q.   What response did he make?

8  A.   He said he hadn't and then he indicated he used the name

9  Roy Belfast in school.

10 Q.   What, if anything, did he say about the name Charles Taylor

11 Jr.?

12 A.   I don't believe he said anything about Charles Taylor, Jr.

13 Q.   What, if anything, did he say about using the name Chuckie

14 Taylor?

15 A.   He didn't say anything about that.

16 Q.   What other biographical data did you ask the defendant?

17 A.   I asked the defendant about his biological parents.

18 Q.   And did you ask him first about his mother or his father?

19 A.   About his mother.

20 Q.   What did he say with regard to his biological mother?

21 First of all, did he say what her name was?

22 A.   He did.

23 Q.   What name did he say?

24 A.   He said her name was Bernice Yolanda Emmanuel.

25 Q.   Did you ask any questions about her?

**October 16, 2008**

## Baechtle - Direct

1   A.   I did.   I asked where she was born.

2   Q.   What did he say?

3   A.   He said she was born in Trinidad.

4   Q.   Did you ask anything else about the defendant's mother?

5   A.   Yes.   In that conversation we spoke, I believe, about the

6   fact that she had family, the defendant and his mother had

7   family in Trinidad.

8   Q.   Did he say anything about the current whereabouts of his

9   mother?

10  A.   Yes.

11  Q.   What did the defendant say about that?

12  A.   He indicated she lived in Orlando, Florida.

13  Q.   Did you ask the defendant in this case about what he had

14  been doing in Trinidad?

15  A.   Yes.

16  Q.   What did you ask?

17  A.   He --

18  Q.   What did you ask?

19  A.   I don't recall specifically what I asked him about that.

20  Q.   Do you recall what he said?

21  A.   I recall that he said he had been in Trinidad working for

22  the past several years.

23  Q.   Did you then ask the defendant about his biological father?

24  A.   Yes, I did.

25  Q.   What did you ask him in that regard?

**October 16, 2008**

## Baechtle - Direct

1   A.   I asked him who his biological father was.

2   Q.   And what did he answer?

3   A.   He answered Charles Taylor.

4   Q.   And did you follow up with a question?

5   A.   Yes.

6   Q.   What did you ask?

7   A.   I asked him if Charles Taylor was the former President of

8   Liberia.

9   Q.   What was the defendant's response?

10   A.   He said "You're making a jump."

11   Q.   After the defendant said "You're making a jump," did he

12   make any gesture?

13   A.   Yes.  He later nodded his head, acknowledging his father

14   was the former President of Liberia, Charles Taylor.

15   Q.   Did you ask the defendant about any other father or father

16   figures or adoptive fathers at that point?

17   A.   Yes.

18   Q.   What did you ask him?

19   A.   I asked him if he had any other fathers or adoptive

20   fathers.

21   Q.   What did he say?

22   A.   He said he did not.

23   Q.   Did you ask him about any other names used by his

24   biological father?

25   A.   Yes.

**October 16, 2008**

## Baechtle - Direct

1    Q.   And what did the defendant say?

2    A.   He said that he wasn't aware of any other names that were

3    used by his father.   At that time, that's what he said.

4    Q.   Did you ask the defendant any questions concerning how he

5    identified his father in applying for his passport?

6    A.   Yes.

7    Q.   Did you and the defendant have any discussion concerning

8    when he had applied for his current U.S. passport?

9    A.   Yes, we did have a discussion about that.

10    Q.   And did the defendant indicate how recently he had applied

11    for a U.S. passport?

12    A.   He stated he had recently, within that month, applied for a

13    passport.   I don't recall the exact date.

14    Q.   Did he say where he applied for that passport?

15    A.   Yes.

16    Q.   Where was that?

17    A.   At the American Embassy in Port of Spain, Trinidad.

18    Q.   Did he say whether he had done that personally?

19    A.   Yes.

20    Q.   What did he say about that?

21    A.   He said he had completed the paperwork personally and he

22    had submitted the application himself and signed the document

23    himself.

24    Q.   Did the defendant say what had happened to his previous

25    passport?

**October 16, 2008**

**Baechtle - Direct**

1    A.   Yes.

2    Q.   What did he say?

3    A.   He said that his previous passport was stolen.

4    Q.   And did the defendant say when he had gotten his new

5    passport?

6    A.   Yes.

7    Q.   What did he say in that regard?

8    A.   He said that he got his new passport the day --

9    yesterday -- which at the time meant March 29th of 2006.

10   Q.   Did you ask him who he put down on his passport application

11   as his father?

12   A.   Yes, I did.

13   Q.   And what did the defendant say?

14   A.   He said that he thought he put down Daniel Smith as his

15   father.

16   Q.   Did you follow up with a question about that?

17   A.   I did.

18   Q.   What question did you ask?

19   A.   I asked him why he would put Daniel Smith in that section

20   of the passport for his father when he told me that his

21   biological father was Charles Taylor.

22   Q.   What did the defendant say?

23   A.   He indicated that he believed that that was a name that his

24   pops once used in the past in Massachusetts, is what he said.

25   He said he thought his father used the name in Massachusetts in

**October 16, 2008**

## Baechtle - Direct

1  the 1980s.

2  Q.   You just used a word, "pops," p-o-p-s.

3  A.   Yes.

4  Q.   Whose word was that?

5  A.   The defendant's.

6  Q.   Did you follow up with any questions to the defendant as to

7  whether he, the defendant, had ever called his father by that

8  name?

9  A.   I asked him that.  I said "Have you ever used that name

10      with your father before?"

11 Q.   And what did the defendant say?

12 A.   He said "Yeah."

13 Q.   Was there any discussion concerning the birth place of his

14 father?

15 A.   Yes.

16 Q.   And did you ask a question in that regard or not?

17 A.   I believe I asked the question where -- I believe I asked

18 where his biological father was born.

19 Q.   And what response did the defendant make?

20 A.   He said he was born in Africa.

21 Q.   Did you follow up with any question concerning any place of

22 birth on the passport application?

23 A.   Yes.  I asked what the place of birth was on the passport

24 application that he put down for his father.

25 Q.   And what response did the defendant say?

**October 16, 2008**

# Baechtle - Direct

1    A.    He said that he thought he put down St. Vincent.

2    Q.    Do you know where St. Vincent is?

3    A.    I believe I do.

4    Q.    Where is that?

5    A.    I think it's another Caribbean island.

6    Q.    During the interview, did you ask the defendant about his

7    history of any travel or residence in Liberia?

8    A.    Yes.

9    Q.    And did the defendant say when he first went to Liberia?

10   A.    He did.

11   Q.    What did he say in that regard?

12   A.    The defendant indicated that he first went to Liberia in

13   1992.

14   Q.    Did he say how old he was at the time?

15   A.    He said he was 15.

16   Q.    Did the defendant say how long he visited Liberia on that

17   first trip?

18   A.    Yes.

19   Q.    What did he say?

20   A.    He said that he was there in Liberia for about three

21   months.

22   Q.    And did the defendant say whether he saw his biological

23   father, Charles Taylor, during that visit?

24   A.    Yes, he did.

25   Q.    What did he say with regard to seeing Charles Taylor during

**October 16, 2008**

# Baechtle - Direct

1 that three month visit?

2 A.   He said that he saw his biological father there and that

3 was the first time he had seen him since he was about three

4 years old, since the defendant was about three years old.

5 Q.   Did the defendant say where he was living at the time that

6 he made the trip to Liberia, the three month trip to Liberia?

7 A.   Yes.   He said he was living in Orlando.

8 Q.   And did he say how the trip to Liberia, the three month

9 trip to Liberia, fit in with his life in Orlando?

10 A.   Yes.

11 Q.   What did he say in that regard?

12 A.   He indicated he went during a school break.   I believe it

13 was the summer break.

14 Q.   Did he say when he returned to Liberia?

15 A.   When he returned to Liberia?

16 Q.   Excuse me.   Thank you, agent.   When he returned to Orlando.

17 A.   Yes.   He indicated he returned to Orlando in August of that

18 year before the school year was getting ready to start.

19 Q.   What, if anything, did the defendant say was the role or

20 position of his father, Charles Taylor, at the time that the

21 defendant made this three month trip to Liberia in 1992?

22 A.   The defendant indicated that his father at that time was

23 the head of the NPFL or the National Patriotic Front of

24 Liberia.

25 Q.   Did the defendant indicate whether his father had any

**October 16, 2008**

# Baechtle - Direct

1   title?

2   A.   Yes.

3   Q.   What did he say about any title that his father had at that

4   time?

5   A.   He said that his father's title was Unit 100.

6   Q.   Did the defendant make any statement about what Unit 100

7   indicated?

8   A.   Yes.   He said that Unit 100 meant that he was the head of

9   the NPFL.

10   Q.   Did the defendant say how he spent his time during that

11   three month initial visit to Liberia?

12   A.   Yes.

13   Q.   What did he say in that regard?

14   A.   He indicated that he spent a lot of time moving around in

15   cars with his father and other members of his father's, the

16   joint chiefs of his father's military unit.

17   Q.   Did he recall any business meetings that his father had?

18   A.   He recalled his father met with Jimmy Carter.

19   Q.   Jimmy Carter is who?

20   A.   The former United States President, Jimmy Carter.

21   Q.   Did the defendant say where he lived during that first

22   three month visit to Liberia?

23   A.   Yes.   He said he lived in Gbarnga at the place abbreviated

24   as CARI, Central Agricultural Research Institute.

25   Q.   Did the defendant say whether anyone else was living in

**October 16, 2008**

## Baechtle - Direct

1  that locale at the time?

2  A.   Yes, I believe his father and some of the other top

3  military leaders of the NPFL.   He also mentioned the NPFL

4  headquarters was in Gbarnga at the time.

5  Q.   What, if anything, did the defendant say he saw during that

6  three month trip concerning any military build-up?

7  A.   The defendant referenced the term Octopus and indicated he

8  was there during the build up for that event.

9  Q.   And that was at Gbarnga that he said he was present?

10 A.   Yes.

11 Q.   Did the defendant indicate what was the relationship of

12 Gbarnga to the NPFL?

13 A.   Yes.   He indicated -- excuse me.

14 Q.   What did he say in that regard?

15 A.   He indicated that Gbarnga was the headquarters for the NPFL

16 at that time.

17 Q.   Now, agent, you told us that the defendant said that he was

18 in Liberia for three months and returned to Orlando in August

19 of 1992.   Is that correct?

20 A.   Yes.

21 Q.   And did the defendant then say whether he went back to

22 Liberia?

23 A.   Yes, he did.

24 Q.   Or to West Africa?

25 A.   Yes.   He said that he went back to West Africa and then he

**October 16, 2008**

## Baechtle - Direct

1  also went back to Liberia.

2  Q.   Did the defendant say where he first went when he went back

3  to West Africa?

4  A.   When -- yes.

5  Q.   Where did he go?

6  A.   When he went back, he said he went to Abidjan, which is in

7  Ivory Coast, and then to Ghana.

8  Q.   Did the defendant say whether he met anyone in Ghana during

9  this second trip to Liberia?

10  A.   During the second trip to West Africa?

11  Q.   Excuse me.

12  A.   No problem

13       When he was in Ghana, he said he met his father there

14  on either two or three occasions.

15  Q.   Did the defendant say what his father was doing at that

16  point in relation -- withdrawn.

17       Did the defendant say what his father was doing at

18  that point?

19  A.   Yes.   He made reference to the fact that his father held

20  critical territory with the NPFL at that time.

21  Q.   And did the defendant indicate how often he visited with

22  his father in Ghana?

23  A.   I believe he said he visited with his father on two or

24  three occasions during the time that the defendant was in

25  Ghana.

October 16, 2008

## Baechtle - Direct

1  Q.   Did the defendant indicate how long he was in Ghana on this

2  second trip to West Africa?

3  A.   I believe he said he was there about four or five months.

4  Q.   Did the defendant say what he did after that four or five

5  months?

6  A.   Yes.

7  Q.   What did he say?

8  A.   After that time, he went from Ghana to, back to Liberia to

9  Gbarnga.

10  Q.   And when was that, according to the defendant?

11  A.   According to the defendant, that was about nine months

12  prior to when he moved to, he and his father moved to Monrovia.

13  He put it in 1995.

14  Q.   And did the defendant say basically -- withdrawn.

15      Did the defendant say what years he was living in West

16  Africa?

17  A.   Yes.

18  Q.   What years did he say?

19  A.   He said that from 1994 to 2000, he primarily resided in

20  West Africa.

21  Q.   And did he indicate whether he made any trips in and out of

22  Liberia during any time in relation to that?

23  A.   Yes.

24  Q.   What did he say about that?

25  A.   He said that he also made trips outside of Liberia during

**October 16, 2008**

## Baechtle - Direct

1  that time frame, within the region.

2  Q.   Agent Baechtle, did the defendant give any further

3  description of life in Gbarnga during the nine months that he

4  spent in Gbarnga before he and his father moved to Monrovia?

5  A.   Yes, he did.

6  Q.   What did the defendant say in that regard?

7  A.   The defendant indicated that there were several checkpoints

8  around that people were walking around with guns and other

9  armaments during that time period.

10  Q.   Did he say anything about whether the situation there was

11  normal?

12  A.   Yes.   He indicated that considering the situation, things

13  were as normal as possible, life was as normal as possible.

14  Q.   Did the defendant say whether he learned to do anything in

15  particular during that time in Gbarnga?

16  A.   Yes.

17  Q.   What did he say in that regard?

18  A.   He said that he learned how to strip down an AK-47.

19  Q.   Now, did the defendant indicate whether the move to

20  Monrovia that you earlier mentioned he and his father made was

21  tied to any particular event or change in Liberia?

22  A.   Yes.

23  Q.   What did the defendant say in that regard?

24  A.   The defendant mentioned that there was a peace deal signed

25  and an interim government formed in the capital City of

**October 16, 2008**

## Baechtle - Direct

1  Monrovia and when that occurred, he and his father moved from

2  Gbarnga to Monrovia.

3  Q.   Did the defendant indicate what role, if any, the heads of

4  warring factions had in that interim government?

5  A.   Yes.   In that interim government, the various heads of the

6  warring factions would represent, would share power within that

7  interim government.

8  Q.   Did the defendant say what he, personally, was doing after

9  that move to Monrovia?

10  A.   Yes.

11  Q.   What did he say?

12  A.   He said that he started going to school at the College of

13  West Africa or CWA.

14  Q.   Did he give any indication of where his father was residing

15  when they moved to Monrovia?

16  A.   Yes.

17  Q.   What did he say in that regard?

18  A.   At first he indicated that they resided at a compound near

19  the U.S. Embassy and he later indicated that his father moved

20  to a house located near the Chinese Embassy.

21  Q.   And was that in a particular part of Monrovia?

22  A.   The second location, the second place near the Chinese

23  Embassy was in Congotown.

24  Q.   And did the defendant state what year that move to the

25  residency near the Chinese Embassy was?

**October 16, 2008**

## Baechtle - Direct

1   A.   I believe he said it was in 1996.

2   Q.   Did the defendant make any statement at that point

3   concerning any fighting breaking out in Monrovia?

4   A.   Yes.

5   Q.   What did he say in that regard?

6   A.   He mentioned the fact that fighting broke out in the city

7   on April 6th, 1996, and it was a result of an arrest warrant

8   issued for, he said, Roosevelt.

9   Q.   Did he say whether the fighting was contained or spreading?

10  A.   He indicated the fighting started in a certain section of

11  town near 19th and 20th Streets and moved more towards the

12  downtown center of Monrovia.

13  Q.   What role, if any, did the defendant say that he had in the

14  armed conflict?

15  A.   The defendant denied having any role in the armed conflict.

16  Q.   Did the defendant say anything about any disagreement with

17  his father in relation to a particular incident?

18  A.   Yes.

19  Q.   And what incident was that?

20  A.   The defendant referenced a fight that the defendant had

21  with an individual named Edmond Snow.

22  Q.   Who did he say Edwin Snow was?

23  A.   Excuse me.   I said Edmond.   Edwin Snow was his

24  brother-in-law.   The defendant said Edwin Snow was married to

25  the defendant's sister, Zoe.

**October 16, 2008**

# Baechtle - Direct

1  Q.   The defendant got into a fight with his brother-in-law?

2  A.   According to him, yes.

3  Q.   Did the defendant say whether that fight had any impact on

4  the defendant's relationship with his father, Charles Taylor?

5  A.   He did.

6  Q.   What did he say happened in terms of his relationship with

7  his father, Charles Taylor, because of that fight?

8  A.   He said because of that fight, he and his father had a

9  disagreement and that the defendant's father put the defendant

10  in jail for two weeks.

11  Q.   Did the defendant say anything about his father being

12  elected President?

13  A.   Yes.

14  Q.   What did he say?

15  A.   He indicated his father was elected President of Liberia in

16  1997.

17  Q.   Now, agent, we're talking of the defendant saying things.

18  Was this simply a narrative by the defendant or was this

19  prompted by questions that you were asking?

20  A.   It was prompted by questions.   It was conversational.

21  Q.   And after the defendant said that his father was elected

22  President, did the defendant indicate what he did as a course

23  of action or activity?

24  A.   Yes.   He indicated that he began an interest and got

25  involved in the rubber and timber industries in Liberia.

**October 16, 2008**

## Baechtle - Direct

1   Q.   And did the defendant say what the outcome of those

2   business endeavors was?

3   A.   He indicated that he did get some royalties from timber

4   concessions.   The way he put it was from the bush, timber that

5   was being gotten from the bush.   He was getting some royalties

6   from that.

7   Q.   Did the defendant indicate what, if anything, was his

8   understanding with his father concerning whether the defendant

9   would work for a living?

10  A.   Yes.   He stated that if, the defendant stated that if he

11  did not work and did not make his own money, that his father,

12  the President, made it clear to him that he wouldn't have any

13  money.

14  Q.   Did the defendant describe his degree of access to persons

15  around his father while his father was President of Liberia?

16  A.   Yes, he did.

17  Q.   And what did he say in that regard?

18  A.   He said that he had, he had a lot of access to people, to

19  people that would go to his father for requests or different

20  discussions as various members within the Taylor government

21  would go to the President for.

22  Q.   Did he discuss whether people who were seeking things from

23  Charles Taylor would hold back in their discussions due to him,

24  the son, being present?

25  A.   He stated they would not hold back in their discussions

## October 16, 2008

## Baechtle - Direct

1   with the President.   Precisely because he was the son of the

2   President, they wouldn't hold back in their discussions or

3   their requests.

4   Q.   Did the defendant say whether -- withdrawn.

5           Did the defendant say whether after the election there

6   was any change in the military situation?

7   A.   He indicated that after the election, there was a period of

8   relative stability.

9   Q.   And did the defendant talk about the personal security

10  situation of his father after the election?

11  A.   Yes, he did.

12  Q.   What did the defendant say in that regard?

13  A.   He said that after the election, his father was guarded by

14  the SSS or Special Security Services.

15  Q.   And did the defendant indicate who headed his father's

16  security detail?

17  A.   Yes.   He said that the SSS was headed by Benjamin Yeaten.

18  Q.   Did the defendant say whether he, the defendant, was a

19  member of the SSS?

20  A.   He denied being a member of the SSS.

21  Q.   Did the defendant say whether he, the defendant, was a

22  member of the Executive Mansion Security Forces?

23  A.   He said he was not a member of that unit.

24  Q.   Did the defendant say whether he was the head of any unit?

25  A.   He said he was not a member of any unit, but he was privy

**October 16, 2008**

# Baechtle - Direct

1   to their activities.

2   Q.   Did the defendant say anything with regard to a base called

3   Gbatala?

4   A.   Yes.

5   Q.   What, if anything, did the defendant say concerning his own

6   role with regard to building or setting up a base called

7   Gbatala?

8   A.   He said that he was involved with and responsible for the

9   construction of a base called Gbatala.

10   Q.   Did the defendant say what Gbatala was or what his role

11   was?

12   A.   Yes.   He indicated -- excuse me.

13   Q.   What did he say?

14   A.   He indicated it was a training base for the ATU, which he

15   later identified as the Anti-Terrorist Unit.

16   Q.   Did he say whether there was any particular part of the

17   base at Gbatala that he was, that he took part in constructing?

18   A.   Yes.   He mentioned he helped construct obstacle courses at

19   the base.

20   Q.   What did the defendant say ATU stood for?

21   A.   He said ATU stood for Anti-Terrorist Unit.

22   Q.   And did the defendant liken the ATU or Anti-Terrorist Unit

23   to any other kind of entity?

24   A.   Yes.

25   Q.   What entity?

**Baechtle - Direct**

1  A.   He likened it to the U.S. Secret Service.

2  Q.   Did the defendant describe the ATU?

3  A.   Yes, he did.

4  Q.   What did he say in describing the ATU or its role?

5  A.   He described its function to be that of a presidential

6  security force tasked with securing the President and also with

7  motorcades, the presidential convoy, making sure that all the

8  members of the President's convoy were moving appropriately.

9  Q.   Did the defendant say anything about a unit known as the

10 EMSSU?

11 A.   Yes, he did.

12 Q.   What did the defendant say was the EMSSU?

13 A.   He said the EMSSU was the security force that guarded the

14 grounds of the Executive Mansion.

15 Q.   Did the defendant say anything about what people or types

16 of people comprised the ATU?

17 A.   Yes.

18 Q.   What did he say?

19 A.   He said the ATU was comprised of the toughest fighters out

20 there, the top guys, and usually most of the people in the ATU

21 had at least five or six years of fighting or war experience.

22 Q.   Did the defendant say he was the commander of the ATU?

23 A.   He said he was not the commander of the ATU.

24 Q.   Did the defendant say whether he was considered to be the

25 commander of the ATU?

**October 16, 2008**

## Baechtle - Direct

1  A.   Yes, he said he was considered to be the commander of the

2  ATU.

3  Q.   Did you ask him to try to clarify what his position was

4  with the ATU?

5  A.   Yes.

6  Q.   What did you ask him?

7  A.   Well, I asked him, I asked him what his jobs were and his

8  responsibilities were with the unit.

9  Q.   What did the defendant say was his role with the ATU?

10 A.   He said he had an advisory role.

11 Q.   Did the defendant state whether he had ATU bodyguards?

12 A.   Yes.

13 Q.   What did he say with regard to having ATU bodyguards?

14 A.   The defendant stated that he had nine ATU bodyguards.

15 Q.   Did he say who commanded those bodyguards?

16 A.   Yes.   He said that he commanded them

17 Q.   Did the defendant say anything concerning a person named

18 Momo Jibba?

19 A.   He did.   He said that after 2000, Momo Jibba was the

20 commander of the ATU.

21 Q.   And did the defendant say what the situation was before

22 2000?

23 A.   He said before 2000, the ATU fell under the command of the

24 SSS director, Benjamin Yeaten.

25 Q.   Did the defendant say what his role was with the ATU before

**October 16, 2008**

## Baechtle - Direct

1   2000?

2   A.   I believe he stated that he had an advisory role.

3   Q.   Did he state whether the ATU project was associated with

4   him in any way?

5   A.   Yes.   He said that the ATU was, in fact, his pet project.

6   Q.   That phrase "pet project," were those your words or his

7   words?

8   A.   Those were his words.

9   Q.   Were those words, "pet project," associated with some time

10  period?

11  A.   Yes.   He indicated that it was his pet project before 2000.

12  Q.   Did you ask the defendant about any circumstance in which

13  ATU bodyguards were associated with the death of Liberians?

14  A.   Yes.   That came up in the questioning.

15  Q.   What did you ask in that regard?

16  A.   I asked if there were any instances he knew of where ATU

17  members were associated with the deaths of any Liberians.

18  Q.   Did the defendant recall any specific incident --

19           Excuse me, Your Honor.   If I might consult with

20  counsel?

21           MS. HECK-MILLER:   (Conferring with Mr. Caridad.)

22           May we go sidebar?

23           THE COURT:   Why don't we give the jury an afternoon

24  recess.   Please don't discuss the case, ladies and gentlemen.

25           [The jury leaves the courtroom at 2:50 p.m.]

**October 16, 2008**

## Baechtle - Direct

1         MS. HECK-MILLER:  Your Honor, counsel had asked me

2    before I got into the specific incident to just confirm with

3    him again as to what their preference was.

4         I consulted with counsel.  Counsel has confirmed in

5    light of the Court's ruling that the Government would be able

6    to adduce the defendant's statement that he admitted that there

7    were situations in which his ATU bodyguards were associated

8    with deaths of Liberians, in that case it was their preference

9    we mention the specific incidents, and that's what I was about

10   to go into.  I just wanted to confirm that on the record.

11        MR. CARIDAD:  Yes, Your Honor.  We have an objection

12   to all of this coming in.  If the first sentence is going to

13   come in, we think the agent should also testify about the

14   incidents that follow concerning Isaac Gono and about a young

15   lady who was killed.

16        THE COURT:  Very well.  We're in recess.

17        [There was a short recess at 2:52 p.m.]

18        MR. CARIDAD:  Your Honor, I think Ms. Rochlin wanted

19   to bring up a scheduling issue.  I'm not sure.

20        MS. ROCHLIN:  Your Honor, as I had indicated

21   previously, if we finish with Agent Baechtle today, then our

22   next witness would be Dr. Bruce Hyma.  Mr. Caridad has told me

23   it looks like his cross-examination of Agent Baechtle will be

24   relatively short.

25        Dr. Hyma examined all five of the living victims in

**October 16, 2008**

## Baechtle - Direct

1    this case, one of whom has yet to testify, and our intention

2    was to start with Dr. Hymn this afternoon.

3                Mr. Caridad informed me that he objects to putting

4    Dr. Hymn on the stand in advance of our final victim   Our

5    final victim is a resident of Kentucky.   He is the individual

6    who was in the car accident.   Efforts were made to contact his

7    doctor today.   The doctor's office is not being cooperative.

8    The doctor isn't there.   The receptionist will not call the

9    doctor.   Other doctors are not willing to sign off on the

10   witness' travel.   Therefore, we do not have any hope of getting

11   the witness here before Monday.   So if Dr. Hymn doesn't --

12               THE COURT:   Dr. Hymn will testify with the

13   understanding that this alleged victim will be here on Monday.

14   If the victim doesn't testify, then anything Dr. Hymn said with

15   respect to that particular alleged victim would be stricken,

16   and that way we move the trial along.

17               MR. CARIDAD:   Judge, my position is that by that time

18   the jury will have heard Dr. Hymn relate what Kamra would have

19   told him and Kamra is going to tell him my client tortured

20   him

21               THE COURT:   Correct.

22               MR. CARIDAD:   I don't think they can erase that.   I

23   didn't make my position clear to the Government.   Dr. Hymn can

24   testify about everyone except Kamra.

25               THE COURT:   Unless you want to break him up and bring

**October 16, 2008**

## Baechtle - Direct

1  him briefly after the alleged victim testifies on Monday and

2  tie up that portion of the testimony, but we will move this

3  along.

4         MS. ROCHLIN:   Understood.

5         MR. GRAVELINE:   Your Honor, did you want to take up

6  the scheduling issue before we talk to the jury.

7         THE COURT:   With the alleged victim with the injury

8  and the uncooperative doctor in Kentucky?

9         MR. GRAVELINE:   We have Dr. Hymn lined up to testify

10  today and tomorrow.   Without that victim here, the other final

11  witnesses, we have five more witnesses.   The other two are

12  coming from overseas.   They are flying in Saturday.   We'll only

13  have Dr. Hymn and one other witness for tomorrow.   We'll be

14  prepared to present what we believe to finish our case on

15  Monday, at the most, a little bit into Tuesday.   We wanted to

16  highlight we might only have Dr. Hymn and one very short

17  witness tomorrow.   I just wanted to let the Court know that.

18         THE COURT:   Very well.

19         Bring the jury in.

20         [The jury returns to the courtroom at 3:04 p.m.]

21  BY MS. HECK-MILLER:

22  Q.   Agent, do you recall that before the break you had asked

23  the defendant whether there were any situations in which his

24  ATU bodyguards were associated with deaths of Liberians?   Do

25  you recall that?

**October 16, 2008**

# Baechtle - Direct

1   A.   I do.

2   Q.   What did the defendant say as to whether there had been any

3   such situations?

4   A.   He acknowledged that there were situations in which ATU

5   men, or his bodyguards, were associated with the deaths of

6   Liberians.

7   Q.   Did he recall any particular incident or incidents?

8   A.   He did.

9   Q.   What did he say in that regard?

10  A.   The first incident he referenced was relating to one of his

11  drivers, an individual named Isaac Gono, G-o-n-o.

12  Q.   What did he say concerning Isaac Gono?

13  A.   He indicated that Isaac Gono was one of his drivers and

14  that at one point the defendant returned home, found that his

15  car, the car driven by Mr. Gono, was damaged and ordered his

16  ATU bodyguards to arrest and detain Mr. Gono.

17  Q.   Did the defendant say what he understood happened after

18  that?

19  A.   The defendant indicated it was his understanding that the

20  bodyguards were then going to take Mr. Gono to jail and he

21  indicated that, according to the defendant, at that point the

22  bodyguards took matters into their own hands, severely beat

23  Mr. Gono to the point where he died.

24  Q.   Did the defendant recall any other incident?

25  A.   He did recall another incident.

October 16, 2008

## Baechtle - Direct

1   Q.   What incident was that?

2   A.   This involved a time the defendant was being driven in a

3   vehicle and the driver, apparently, swerved to avoid an

4   accident, I believe is what he said, and upon doing that, the

5   vehicle struck a girl and killed her.

6   Q.   You said the driver had swerved.  Did he indicate who this

7   driver was?

8   A.   I believe it was an ATU driver.

9   Q.   Did he indicate what relationship this driver had to him,

10  the defendant?

11  A.   I believe that it was -- I'm not sure.

12  Q.   Did the defendant indicate whether this was his driver?

13  A.   Oh, yes, yes.  Sorry.

14  Q.   And did the defendant characterize this incident in terms

15  of whether it was an accident or not?

16  A.   He characterized it as an accident.

17  Q.   Did the defendant have any further conversation concerning

18  overzealous bodyguards?

19  A.   Yes.

20  Q.   What did the defendant say with regard to overzealous

21  bodyguards?

22  A.   The defendant said -- he described some of his bodyguards

23  as being overzealous at times and said they would sometimes do

24  things that were out of line.

25  Q.   That phrase "out of line," is that your phrase or was that

**October 16, 2008**

## Baechtle - Direct

1   the defendant's phrase?

2   A.   No, that was the defendant's phrase.

3   Q.   Did the defendant say what, if anything, he would do with

4   regard to overzealous or out of line bodyguards?

5   A.   Yes.

6   Q.   What did he say he would do?

7   A.   The defendant indicated that he would discipline those

8   bodyguards, but he also said that at times he might not have

9   been strict enough with them and that he didn't always remove

10  them from his detail, his bodyguard detail.

11  Q.   Did the defendant say whether the issue of these

12  overzealous bodyguards created any tension or problem between

13  him, the defendant, and his father?

14  A.   He did.

15  Q.   What did the defendant say in that regard?

16  A.   The defendant stated that his father wasn't happy with the

17  actions that were being taken by some of his bodyguards.

18  Q.   Did the defendant say what, if anything, would happen if

19  somebody got killed in that situation?

20  A.   Yes.

21  Q.   What did he say in that regard?

22  A.   He said that those individuals would be turned over to the

23  police director, Paul Mulbah, and that they would be taken into

24  custody.

25  Q.   Did the defendant say whether he ever saw any of his men

## Baechtle - Direct

1  kill anyone?

2  A.   He said that he never saw his men kill anybody.

3  Q.   Did the defendant say whether he had the authority to order

4  anybody to arrest or detain anybody else?

5  A.   He said that he did have the authority to arrest and

6  detain.

7  Q.   And did he say whether he exercised that authority?

8  A.   Yes.

9  Q.   And what did he say about whether he caused his authority

10  to have people arrested, whether that was exercised?

11  A.   He acknowledged that he did cause his bodyguards to arrest

12  and detain people.

13  Q.   Now, at that point did you have any further questions for

14  the defendant concerning his role within the ATU?

15  A.   Yes.   I believe we returned to asking him more specifically

16  what his roles were within the ATU.

17  Q.   What did the defendant say?

18  A.   He said, again, he was responsible for helping to construct

19  the base and that he, also one of his functions was to make

20  sure that money used to pay for things like food and fuel and

21  clothes all were paid for the appropriate supplies, to make

22  sure those supplies reached the base, the training base.

23  Q.   Did he say who paid for those supplies?

24  A.   Yes.   The supplies were paid for by his father.

25  Q.   And with regard to his responsibility for the construction

**October 16, 2008**

## Baechtle - Direct

1  of Gbatala Base, did he say when that started?

2  A.   Yes.

3  Q.   When was that?

4  A.   Construction started in the last part of 1997.

5  Q.   Did he say how long it took to finish?

6  A.   He said it took about five or six months to finish.

7  Q.   After the defendant said he was responsible for functions

8  such as organizing fuel, food, clothes and construction for the

9  ATU, did you agents, and specifically Agent Malone, follow up

10 on that point with the defendant?

11 A.   We did.

12 Q.   And what was said in that regard?

13 A.   The defendant said --

14 Q.   Withdrawn.

15      What did you agents say in that regard?  What did you

16 do to follow up?

17 A.   We pressed a little bit further on it and we said --

18 essentially, we asked the defendant specifically again what his

19 role was.

20 Q.   And was that in the context of the things he said what his

21 role was in terms of authority to arrest and detain people and

22 construction?

23 A.   Right.

24      He said again he had command functions such as

25 arresting, having authority to arrest and detain people,

**October 16, 2008**

## Baechtle - Direct

1   bringing the food and the clothes and the fuel to the base.

2            What we did was continue to ask, "Well, all these

3       things sound like the role of a commander.  You have the

4       ability to order people to be arrested and detained.

5       You're taking command functions such as arranging for food

6       and clothes and fuel to be brought to this base.  You

7       helped build this base and you say you're not a commander?"

8   Q.   When you confronted the defendant with your proposition

9   that that sounded like the role of a commander, what response

10  did the defendant make?

11  A.   He said he was not the commander of the ATU.

12  Q.   Did you ask the defendant about his own practice in terms

13  of carrying arms?

14  A.   I did.

15  Q.   And what did the defendant say?

16  A.   The defendant indicated that he carried a gun at all times

17  and he said he carried a Glock 21.

18  Q.   Did the defendant say when, if at all, he used that weapon?

19  A.   Yes.

20  Q.   What did he say?

21  A.   He said he used the weapon only on the firing range or the

22  shooting range.

23  Q.   Did the defendant say whether he had ever shot anybody

24  himself?

25  A.   He denied ever having shot anybody.

**October 16, 2008**

## Baechtle - Direct

1   Q.   Did the defendant say whether he ever ordered anybody else

2   to shoot anybody?

3   A.   Again, he denied ordering anybody to shoot anybody else.

4   Q.   Did you ask the defendant concerning any specifics about

5   his own behavior?

6   A.   Yes.

7   Q.   And did he make any statements in that regard?

8   A.   He did.

9   Q.   What did he say?

10  A.   He said -- we were asking him what types of activities he

11  participated in himself and in response to that he indicated at

12  one point he slapped somebody with an open hand.

13  Q.   And did he say whether he ordered that to be done?

14  A.   Yes, I believe he ordered -- I believe he said he ordered

15  somebody to be slapped with an open hand and he also saw people

16  being slapped with open hands.   Later, he said that.

17  Q.   Did the defendant say whether he commanded the arrests of

18  anybody?

19  A.   He said he commanded the arrests, that he ordered people to

20  be arrested or detained.

21  Q.   Did he say whom it was that he ordered, what person or

22  entity that he gave the order to?

23  A.   He ordered the ATU.

24  Q.   Did the defendant say anything with regard to whether he

25  ever ordered anybody to torture anyone?

**October 16, 2008**

## Baechtle - Direct

1   A.   He said he never ordered anybody to torture anybody else.

2   Q.   Did the defendant say whether he ever was on the front

3   lines?

4   A.   The defendant said he was never on the front lines.

5   Q.   What, if anything, did the defendant say as to whether he

6   ever saw anybody in the ATU physically assault somebody?

7   A.   He said he never saw anybody in the ATU I believe he said

8   punch, amputate or kill anybody.

9   Q.   What, if anything, did the defendant say concerning whether

10   the ATU ever used any part of their weapons against anyone?

11   A.   He said that he never saw anybody beaten or never saw the

12   ATU beat anybody with the butts of their rifles.

13   Q.   What, if anything, did he say as to whether he ever saw the

14   ATU shoot anybody?

15   A.   He said he never saw the ATU shoot anybody directly.

16   Q.   What, if anything, did he say concerning his own orders to

17   anyone in the ATU to injure somebody?

18   A.   He said he never ordered anybody to I think it was cut,

19   chop or seriously wound anybody else.

20   Q.   Did you ask the defendant about what was the worst behavior

21   he had seen by any ATU?

22   A.   Yes.

23   Q.   What did you ask him in that regard?

24   A.   I asked him what the worst behavior was he had seen

25   committed by an ATU soldier.

# Baechtle - Direct

1    Q.    What response did he make?

2    A.    He said he saw somebody slapped with an open hand.

3    Q.    Did you continue asking questions to the defendant about

4    physical abuse?

5    A.    We did.

6    Q.    And did he make any response?

7    A.    Yes.

8              After additional questioning, the defendant indicated

9    that he realized what we must be asking him about, the incident

10   that we must be referring to.

11   Q.    And did he describe that incident?

12   A.    Yes, he did.

13   Q.    What incident did he describe?

14   A.    The defendant stated that he was present when a press guy

15   was arrested by Benjamin Yeaten.

16   Q.    Now, this press guy -- is that your paraphrase or are those

17   the defendant's words?

18   A.    Those are the defendant's words.   That's how he referred to

19   him

20   Q.    Did the defendant say whether he was present when Yeaten

21   arrested the -- quote/unquote -- press guy?

22   A.    He stated that he was present when Yeaten arrested the

23   press guy.

24   Q.    Did the defendant say he was present when the press guy had

25   something done to him?

**Baechtle - Direct**

1  A.   Yes.

2  Q.   What did the defendant say the press guy had done to him?

3  A.   He stated that he was, the defendant stated that he was

4  physically present when the press guy was beaten, hit and

5  burned.

6  Q.   And did the defendant say whether he personally saw those

7  things take place?

8  A.   Yes.   He stated he witnessed those things happening.

9  Q.   Did the defendant say anything further about how this

10 person that he saw being burned was, in fact, burned?

11 A.   Yes.

12 Q.   What did the defendant say in that regard?

13 A.   The defendant stated that the press guy, the person he

14 observed, was burned with an iron.

15 Q.   Did the defendant say whether he was present when that

16 happened?

17 A.   He said that he was present when that happened.

18 Q.   Did he say what, if any, role he had in it?

19 A.   He denied taking place in the beating or torture.

20 Q.   Who used the word "torture"?

21 A.   The defendant used that word.

22 Q.   Did the defendant say anything further about Benjamin

23 Yeaten or his style of command?

24 A.   Yes.

25 Q.   What did the defendant say?

**October 16, 2008**

# Baechtle - Direct

1  A.   He stated that Benjamin Yeaten commanded with fear.

2  Q.   Did the defendant talk at all about any disagreement

3  between himself and his father about the course or shape of the

4  ATU?

5  A.   Yes, he did.

6  Q.   And did he put this in some sort of time period?

7  A.   Yes.

8  Q.   What time period did the defendant say this related to?

9  A.   He indicated that this conflict or disagreement began in

10 around 1999 or 2000 and he, I think, was able to recall the

11 date because it was the day that he got married.  When I say

12 "he," I mean the defendant.

13 Q.   What did the defendant say that his father wanted to do?

14 A.   The defendant indicated that his father wanted to join the

15 ATU with other security services at the time, the SSS and the

16 EMSSU.

17 Q.   And did this desire of the father -- withdrawn.

18           Did the defendant agree with that or disagree with

19 that, according to the defendant?

20 A.   The defendant said that he disagreed with that and he

21 wanted the ATU to be more of a focused central highly trained

22 unit, as opposed to a larger, less specified, less concentrated

23 unit.

24 Q.   Now, you said that the defendant pegged this to a certain

25 date.  Is that correct?

**October 16, 2008**

# Baechtle - Direct

1    A.    Yes.

2    Q.    You said the defendant somehow associated this with the

3    date of his, the defendant's, wedding?

4    A.    That's correct.

5    Q.    Did the defendant say what date that was?

6    A.    Yes.

7    Q.    And what date did the defendant say?

8    A.    He said that it was on January 28th, 2000.   January 28th

9    also happening to be his father's birthday.

10   Q.    Did the defendant say whether he went anywhere after

11   January 28th, 2000?

12   A.    Yes.

13   Q.    What did he say about where he went?

14   A.    The defendant said he went on his honeymoon to Trinidad and

15   Tobago.

16   Q.    Did the defendant say whether on his return to Liberia

17   there was any change between himself, between the relationship

18   of himself and his father?

19   A.    Yes.

20   Q.    What did the defendant say in that regard?

21   A.    The defendant said that the relationship between him and

22   his father worsened when he returned to Liberia after his

23   honeymoon.

24   Q.    Did the defendant give a reason as to what was the cause of

25   their deteriorated relationship on his return to Liberia after

**October 16, 2008**

## Baechtle - Direct

1  his honeymoon?

2  A.   Yes.

3  Q.   What was that?

4  A.   The reason was the continued disagreement over the merging

5  of the SSS and the EMSSU with the ATU, the fact the ATU would

6  be a larger unit.

7  Q.   Did the defendant talk about whether he had any other

8  business interests that developed?

9  A.   Yes.   At that time he indicated that he became involved

10  with the diamond business.

11  Q.   And did he state whether his role as the President's son

12  gave him any special advantage or entrée with regard to that

13  business?

14  A.   Yes.   He stated, essentially, that, that because he was the

15  President's son -- I don't recall the exact phrase, but he was

16  able to get things done when it came to business.

17  Q.   And did he say whether or not, whether he made any progress

18  with the diamond business or any kind of mining business?

19  A.   He said he made some progress.   I believe he referenced

20  trying -- he was trying to become involved with a project doing

21  alluvial mining.   Alluvial mining is what he called it, and

22  eventually that project was shut down.

23  Q.   Was that project in Liberia somewhere?

24  A.   Yes, it was in Nimba County, Liberia.

25  Q.   Did the defendant indicate who he said was commander of the

# Baechtle - Direct

1   ATU from 2000 to 2003?

2   A.   Yes.

3   Q.   Who was it the defendant said was commander of the ATU

4   during that time?

5   A.   The defendant said from 2000 to 2003 Momo Jibba was the

6   commander of the ATU.

7   Q.   And did the defendant say how Momo Jibba received his

8   orders?

9   A.   Yes.

10  Q.   What did the defendant say in that regard?

11  A.   The defendant indicated that Momo Jibba received his orders

12  from Charles Taylor.

13  Q.   Did the defendant say what, if any, ATU security detail he

14  continued to have during that time period?

15  A.   Yes.

16  Q.   What did he say?

17  A.   The defendant indicated that during that time period he

18  still had ATU bodyguards.

19  Q.   And why was that?

20  A.   Because he requested them

21  Q.   Did the defendant describe anything else with regard to his

22  perspective on the ATU at that time?

23  A.   Yes.

24  Q.   What did he say?

25  A.   The defendant indicated that he believed that the ATU

**October 16, 2008**

## Baechtle - Direct

1  started to become involved with human rights abuses after 2000.

2  Q.   Did the defendant say whether there was any difference

3  between what he saw the ATU doing and what he, himself, ordered

4  the ATU to do?

5  A.   He said there was a big difference between what he saw the

6  ATU do and what he ordered the ATU to do.

7  Q.   And did he say whether he left the ATU?

8  A.   I believe so, yes.  I believe he said he left the ATU at

9  that point.

10  Q.   And at what time was that, according to the defendant?

11  A.   I believe it was in 2000.

12  Q.   And did he say whether he continued in his advisory role?

13  A.   Right.  His advisory role ceased at that point.

14  Q.   According to him?

15  A.   According to him

16  Q.   Did he address or make any remarks concerning whether the

17  ATU had assignments outside of Monrovia and, if so, when that

18  occurred?

19  A.   Yes.

20  Q.   What did the defendant say in that regard?

21  A.   The defendant indicated that after 2000, the ATU first

22  began having assignments outside of Monrovia.

23  Q.   Did the defendant indicate whether the ATU had assignments

24  outside of Monrovia before 2000?

25  A.   He said they did not have assignments outside of Monrovia

**October 16, 2008**

## Baechtle - Direct

1   before that time.

2   Q.   Now, with regard to the defendant saying that there were

3   human rights abuses after 2000 by the ATU, did the defendant

4   say what these problems resulted from?

5   A.   Yes.

6   Q.   And what did the defendant say he believed those problems

7   resulted from?

8   A.   The defendant believed that those problems resulted from

9   his father's decision to merge the ATU with the other security

10  forces and create a larger force.

11  Q.   Did the defendant say what was necessary in order to have

12  respect?

13  A.   He did.

14  Q.   What did the defendant say in that regard?

15  A.   He said in order for the boys to respect you, you needed to

16  be a strong fighter, or something along those lines.

17  Q.   What was your understanding of what the defendant was

18  referencing when he referenced "the boys"?

19  A.   My understanding was that it was the ATU.

20  Q.   Agent Baechtle, did you or yourself and Agent Malone inform

21  the defendant that your agency had already spoken to witnesses

22  and victims?

23  A.   Yes.

24  Q.   Did you or Agent Malone advise the defendant that your

25  agency, ICE, would continue to identify witnesses and victims

**October 16, 2008**

## Baechtle  -  Direct

1   as your investigation progressed?

2   A.   Yes.

3   Q.   Did the defendant make any response to those propositions?

4   A.   He did.

5   Q.   What did the defendant say?

6   A.   The defendant said that he was being framed by his enemies.

7   Q.   Did the defendant say when he last departed Liberia?

8   A.   He did.

9   Q.   What did he say in that regard?

10  A.   He said that he last departed Liberia in 2003, July.

11  Q.   Did he say whether his father knew about the defendant's

12  departure?

13  A.   He indicated that his father did not know he was leaving at

14  that time.

15  Q.   And did the defendant describe his route leaving Liberia?

16  A.   Yes.

17  Q.   What did the defendant say in that regard?

18  A.   The defendant said that he first flew on a chartered

19  Ghanaen aircraft from Liberia to Togo and from Togo through to

20  Charles De Gaulle Airport, Paris, and continued from Paris

21  through Dulles International Airport in Virginia and transited

22  through there en route to Port of Spain Trinidad.

23  Q.   Did he indicate whether he spent any time in the United

24  States involving that stop at Dulles?

25  A.   He indicated he transited through the United States.

**October 16, 2008**

## Baechtle - Direct

1  Q.   Did the defendant say anything concerning the name, David

2  Smith?

3  A.   Yes, he did.

4  Q.   What did the defendant say about David Smith?

5  A.   He said that David Smith was somebody who he considered a

6  mentor.

7  Q.   Did he say what that involved or what David Smith had done

8  for the defendant?

9  A.   Yes.

10  Q.   What did he say?

11  A.   He indicated, the defendant indicated that David Smith

12  taught the defendant what warfare was about, taught him about

13  the Geneva Convention, explained how the CIA and MI 6 operated,

14  taught him how to shoot.   David Smith taught the defendant how

15  to shoot and David Smith taught the defendant what torture was.

16  Q.   Was he saying that David Smith taught him to commit torture

17  or explained to him what torture was?

18  A.   My understanding was he taught him what torture was.

19  Q.   Did the defendant say whether he relied on David Smith?

20  A.   Yes.   He said he relied upon him because he seemed to know

21  what was going on.

22  Q.   Did the defendant say when he had last communicated with

23  his father, Charles Taylor?

24  A.   Yes, he did.

25  Q.   And on this interview date of March 30th, 2006, what did

# Baechtle - Direct

1  the defendant say about when he had last communicated with his
2  father, Charles Taylor?
3  A.   The defendant said that the last time he spoke with his
4  father was on Saturday, which was the date of -- the Saturday
5  before that Thursday was March 25th, 2006.
6  Q.   Did the defendant describe that communication?
7  A.   Part of it at least.
8  Q.   What did the defendant say about that communication?
9  A.   He said that he told his father or asked his father if he
10 had everything in line if something happened to him  He said
11 the defendant advised his father that he had children going to
12 school in Calabar and brothers and sisters overseas and the
13 defendant advised his dad he wanted to make sure he had
14 everything in line to take care of these people in case
15 something happened to him  He said "You've lived your life.
16      Have you provided for all these other people?"
17 Q.   When you say the defendant reminded his father that he had
18 children living, who was the "he"?
19 A.   That Charles Taylor, the defendant's father, Charles
20 Taylor.
21 Q.   And when the defendant said he mentioned Charles Taylor,
22 that he had brothers and sisters overseas, again, who was the
23 "he"?
24 A.   Charles Taylor.
25 Q.   Did the defendant say whether he had spoken to any persons

**October 16, 2008**

## Baechtle - Direct

1  from the ATU recently in terms of your March 30th, 2006

2  conversation?

3  A.   Yes.

4  Q.   What did he say in that regard?

5  A.   He said that he talked to the ATU during the past two weeks

6  and, again, looking at the calendar, it was during the week of

7  March 13th and during the week of March 20th.

8  Q.   Was the defendant saying in March of 2006, as you

9  understood it, that the ATU still existed then as a government

10  entity?

11  A.   As I understood it, he meant that he talked to people that

12  were formerly in the ATU.

13  Q.   And what did the defendant say -- withdrawn.

14       First of all, did the defendant say how he spoke to

15  these ATU people?

16  A.   Yes.   He indicated he did it over a loud speaker.

17  Q.   And did the defendant say what he told these ATU people

18  over a loud speaker?

19  A.   Yes.

20  Q.   What did he say that he told them?

21  A.   He said that he told them to continue on their paths to

22  maturity, to stay informed because he suspected that they were

23  being watched.

24  Q.   Did the defendant tell you why he said these things to the

25  ATU people?

**October 16, 2008**

## Baechtle - Direct

1   A.   Yes, he did.

2   Q.   What did he say in that regard?

3   A.   He said that he made these comments in order to dispel any

4   thoughts that the defendant may be trying to, may be trying to

5   promote a disturbance by the ATU.

6   Q.   Now, you told us that the interview lasted approximately

7   three hours.   Is that correct, Agent Baechtle?

8   A.   Yes.

9   Q.   Have you told us every detail about that interview?

10  A.   No.

11  Q.   About what time did that interview end?

12  A.   I believe it ended right around 10:00 p.m local time.

13  Q.   Agent, I'd like to turn your attention now to a different

14  matter.

15          In May of 2007, were you working on this case?

16  A.   Yes, I was.

17  Q.   Did there come a time in May of 2007 when you traveled

18  abroad in connection with this case?

19  A.   Yes.

20  Q.   Where did you go in May of 2007?

21  A.   In May of 2007 I went to Sweden.

22  Q.   And specifically on May 10th, 2007, were you working on

23  this case in a setting where you were with the individual known

24  as Sulaiman Jusu?

25  A.   Yes, I was.

**October 16, 2008**

# Baechtle - Direct

1  Q.   Is that the same Sulaiman Jusu that we've seen testify here

2  in this trial?

3  A.   Yes, it is.

4  Q.   Where were you with Sulaiman Jusu on May 10th, 2007?

5  A.   We were in an office building that was a police

6  headquarters building for the Swedish National Police in

7  Stockholm

8  Q.   Who was in the room with you in that police building on May

9  10th, 2007?

10 A.   In the interview room we had, it was myself, Sulaiman Jusu,

11 Mr. Jusu's counsel, Harri Vattsjö and then Swedish National

12 Police Officer Anders Fogelberg.   I believe it's

13 F-o-g-e-l-b-e-r-g.   There's an H in there somewhere.   I'm not

14 sure.

15 Q.   Approximately 4:30 in the afternoon on that date, did you

16 tell Mr. Jusu that you were going to show him something?

17 A.   Yes, I did.

18 Q.   What did you say to Mr. Jusu in that regard?

19 A.   I told Mr. Jusu I was going to show him a piece of paper

20 that had a series of photographs on it and I advised him that

21 he should take a look at the photos, review them and let me

22 know if there was anybody in any of the photos that he

23 recognized.

24 Q.   Where were you physically located in relationship to

25 Mr. Jusu?

**October 16, 2008**

## Baechtle - Direct

1   A.   I was located across a table from Mr. Jusu.

2   Q.   And did you put anything on the table?

3   A.   Yes.   I put the piece of paper with the photos in front of

4   Mr. Jusu and took my hand away.

5            MS. HECK-MILLER:   Agent Naples, if you could put on

6   the screen what is previously received in evidence as

7   Government's Exhibit CE 9.

8            AGENT NAPLES:   (Complied.)

9   BY MS. HECK-MILLER:

10  Q.   Agent Baechtle, do you recognize CE 9?

11  A.   Yes, I do.

12  Q.   What is CE 9?

13  A.   CE 9 is -- those are the six pictures that were on the

14  piece of paper that I presented to Mr. Jusu.

15  Q.   This piece of paper, you heard this previously referred to

16  as a photospread?

17  A.   Yes, it's a photospread.

18  Q.   Was this particular photospread or a duplicate copy of it

19  used multiple times with multiple witnesses throughout the

20  investigation?

21  A.   Yes, it was.

22  Q.   And on this photospread, is there one picture of the

23  defendant?

24  A.   Yes.

25  Q.   Which picture is that?

**October 16, 2008**

# Baechtle - Direct

1    A.    It's picture number 3.

2    Q.    As you put this piece of paper on the table in front of

3    Mr. Jusu, did you give him any indication of what people might

4    be depicted in the photograph?

5    A.    No.

6    Q.    Did anyone else in the room?

7    A.    No.

8    Q.    Did you or anyone in the room make any physical gesture

9    towards the paper?

10   A.    No.

11   Q.    What did Mr. Jusu do?

12   A.    Mr. Jusu took a look at the photos and then he indicated

13   that he didn't recognize anybody in the bottom row, in

14   photographs numbered 4, 5 and 6.

15   Q.    I'm sorry.   Did you say did or did not?

16   A.    He did not recognize anybody in the bottom row.

17   Q.    Did Mr. Jusu make any further remarks?

18   A.    Yes.

19   Q.    What did he say?

20   A.    He said that -- I believe he said that he didn't recall at

21   the time of interactions with Chuckie Chuckie having a bushy

22   beard.

23   Q.    And who introduced the name of Chuckie into that particular

24   conversation?

25   A.    Mr. Jusu introduced the name of Chuckie into that

**October 16, 2008**

## Baechtle - Direct

1  conversation.

2  Q.   Did Mr. Jusu say how long it had been since he had seen

3  Chuckie?

4  A.   Yes.

5  Q.   What did he say?

6  A.   He stated "It has been a long time since I've seen Chuckie"

7  and also commented that his interactions with Chuckie weren't

8  particularly enjoyable.

9  Q.   Did Mr. Jusu say anything further concerning the photo

10 array at that time?

11 A.   He said that he may recognize the person in number 2, but

12 stated that he was not sure about that.

13 Q.   Did he say anything further concerning the photo array?

14 A.   I believe he said, again, he didn't recognize anybody in

15 the bottom row, that he may recognize somebody in the top row,

16 but that was what I recall him saying at that point.

17 Q.   Did he say who he might recognize one of the persons in the

18 top row as?

19 A.   I believe he said he might recognize one of the people in

20 the top as Chuckie, Chuckie Taylor.

21 Q.   Did you give Mr. Jusu any instructions concerning the copy

22 of the photo array that he was looking at?

23 A.   Yes.

24 Q.   What did you instruct him?

25 A.   I told him to sign his name across the top row of photos,

**October 16, 2008**

## Baechtle - Direct

1   photos numbered 1, 2 and 3.

2   Q.   Did you then, in turn, do anything with regard to that

3   document?

4   A.   I also signed it and dated it, as well as the Swedish

5   investigator who was present with me.

6   Q.   Agent Baechtle, I'm showing you what has been marked for

7   identification purposes as Government's Exhibit SL 8.

8       [Government Exhibit SL 8 marked for identification.]

9   BY MS. HECK-MILLER:

10  Q.   What is SL 8?

11  A.   SL 8 is THE photospread I presented to Mr. Jusu that he

12  signed and dated.

13          MS. HECK-MILLER:   Government offers SL 8 into

14  evidence.

15          MR. CARIDAD:   I have no objection.

16          THE COURT:   Admitted.

17      [Government Exhibit SL 8 received in evidence].

18  BY MS. HECK-MILLER:

19  Q.   What, if anything, was said to Mr. Jusu as to whether he

20  picked or had not picked a correct photo?

21  A.   Nothing was said about that.

22          MS. HECK-MILLER:   Thank you agent.   You may take down

23  the exhibit.

24          AGENT NAPLES:   (Complied.)

25  BY MS. HECK-MILLER:

**October 16, 2008**

# Baechtle - Direct

1  Q.   Agent Baechtle, did you have occasion to meet again with

2  Mr. Jusu at a later time the following year?

3  A.   Yes, I did.

4  Q.   Was that in February of 2008?

5  A.   Yes.

6  Q.   On February 28th, 2008, where were you?

7  A.   I was in Stockholm, Sweden in the police headquarters

8  building in Stockholm

9  Q.   And on that date, did you mete with Mr. Jusu?

10 A.   I did.

11 Q.   And did you show him something at that time?

12 A.   Yes.

13 Q.   Who was present on that date when you showed him something?

14 A.   Myself, Special Agent Greg Naples, Assistant U.S. Attorney

15 Karen Rochlin, ICE attaché Richard Klugman and a Swedish police

16 officer Katherine Hermansson, H-e-r-m-a-n-s-s-o-n, and Mr. Jusu

17 was there and Mr. Jusu's counsel, Harri Vattsjö.

18 Q.   What is it you showed Mr. Jusu at that time?

19 A.   At that time I showed him a digital version of a photograph

20 I had in my possession.

21 Q.   Before you showed him this photograph, did you tell him

22 what it depicted?

23 A.   Not at all.

24 Q.   What, if anything, did you indicate about who was pictured

25 in the photograph?

**October 16, 2008**

**223**

## Baechtle - Direct

1  A.   I didn't indicate anything of that nature.

2  Q.   How was the photograph shown to Mr. Jusu?

3  A.   The photograph was shown on a projector.   We had a laptop

4  that was hooked up to the projector and the photo was brought

5  up via the laptop and projected on to the white screen.

6         MS. HECK-MILLER:   Agent Naples, if you could display

7  what is already in evidence as CE 8 and if we could publish

8  that, please.

9         AGENT NAPLES:   (Complied.)

10        MS. HECK-MILLER:   Let me speak with the agent and make

11 sure I've got the right number.

12        AGENT NAPLES:   (Complied.)

13 BY MS. HECK-MILLER:

14 Q.   Agent Baechtle, is that the photograph that was projected

15 and shown to Mr. Jusu that day?

16 A.   Yes.

17 Q.   Were there any markings on it or identification of people

18 when it was shown to him?

19 A.   No.

20        MS. HECK-MILLER:   Thank you, Agent Naples.   You can

21 take down that picture.

22        AGENT NAPLES:   (Complied.)

23 BY MS. HECK-MILLER:

24 Q.   When you showed him that picture, did you ask him anything?

25 A.   Yes.   I asked him if he recognized anybody in the photo.

**October 16, 2008**

## Baechtle - Direct

1   Q.   What did Mr. Jusu did?

2   A.   Mr. Jusu indicated that he did.

3   Q.   What did he did he say?

4   A.   He stated that the person in the center of the photo

5   dressed in white was Charles Taylor, the former Liberian

6   President, and he stated that the individual to the left of

7   President Taylor, when looking at the photo, was Chuckie

8   Taylor.

9   Q.   Did he make any remarks concerning any uniforms?

10  A.   Yes.   He indicated that --

11       MR. CARIDAD:   Objection, Your Honor.   Hearsay.

12       MS. HECK-MILLER:   Your Honor, it's part of the

13  identification.   Let me sharpen the question.

14  BY MS. HECK-MILLER:

15  Q.   Did Mr. Jusu say anything concerning the uniform of the

16  person that he identified as Chuckie?

17  A.   Yes.

18  Q.   What did he say in that regard?

19       MR. CARIDAD:   Same objection, Your Honor.   Hearsay.

20       MS. HECK-MILLER:   Your Honor, I believe under the 801

21  exception for statements of identification, that would also

22  extend to the clothing in terms of identification.

23       THE COURT:   Overruled.

24  A.   He stated that he recognized the camouflage that the person

25  he identified as Chuckie Taylor was wearing as the uniform that

**October 16, 2008**

Baechtle - Direct

1    the Demons used to wear.

2              THE COURT:   Please approach.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

October 16, 2008

## Baechtle - Direct

1                    [Proceedings at sidebar follow]:

2               THE COURT:   We have to break earlier that I thought.

3               MS. HECK-MILLER:   I'm literally about six minutes from

4    the end.

5               THE COURT:   Let's break now.  That gives you more time

6    to take this up tomorrow.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 16, 2008**

## Baechtle - Direct

1          [Proceedings in open court follow]:

2          THE COURT:   Ladies and gentlemen, it appears this may

3    be a good point for us to break for the day.   I'm going to ask

4    you all return tomorrow morning at 9:30.   We will begin at

5    9:30.   Please remember my instructions not to discuss this

6    case.   You have a good evening.

7          [The jury leaves the courtroom at 3:44 p.m]

8          MR. CARIDAD:   Judge, maybe tomorrow morning we could

9    take up the issue of the motion to produce the A-file we

10   believe Dr. Hyma at least reviewed before he examined

11   Mr. Dulleh.

12          THE COURT:   I believe Dr. Hyma said he did not rely on

13   that to formulate his opinion.

14          MR. CARIDAD:   I don't know what he said about that.

15          THE COURT:   We'll address it tomorrow.   You have a

16   good evening.

17          MS. ROCHLIN:   You, too, Judge.

18

19

20

21

22

23

24

25

**October 16, 2008**

```
1                  C E R T I F I C A T E

2         I hereby certify that the foregoing is an accurate

3    transcription of proceedings in the above-entitled matter.

4

5    ___11/14/08_____      _____
        DATE                          BARBARA MEDINA
6                                     Official United States Court Reporter
                                      400 North Miami Avenue,  Suite 12-2
7                                     Miami,  FL   33128 -  305.523.5518
                                                  (Fax)  305.523.5519
8                                     Email:   barbmedina@aol.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Quality Assurance by Proximity Linguibase Technologies**
**October 16, 2008**

**A**

abbreviated 179:23
abbreviation 122:11 154:24
Abdul 97:12
Abidjan 181:6
ability 27:10 110:23 201:4
able 29:18 81:17 88:21 90:12
  95:7 96:19 114:15 115:8
  116:23 127:1,11 128:12 131:2
  132:14 133:7,22 134:12
  135:15 136:16 137:21 138:5
  193:5 206:10 208:16
above-entitled 228:3
abroad 47:22 216:18
abuse 53:3 55:12 56:7 79:23
  80:2 204:4
abused 25:14 53:10 82:24 104:1
abuses 210:1 211:3
abusive 54:6
accept 72:10 169:21 170:3
accepted 169:22
access 1:25 94:15 96:1 187:14
  187:18
accident 42:25 194:6 197:4,15
  197:16
accomplish 107:20,21
accurate 119:9 125:19 228:2
accurately 11:14
accuse 71:23
accused 65:24 68:8 71:20 72:3
  83:6,10
acknowledged 196:4 199:11
acknowledging 173:13
acquisition 135:19
acronym 127:14
act 26:12
acting 12:17
action 15:23 96:13 106:3 186:23
actions 198:17
activities 189:1 202:10
activity 109:14,22 186:23
actual 16:17 97:3 139:5 163:15
add 92:14 167:7
added 167:9
addition 113:11
additional 26:8 118:24 122:12
  204:8
address 4:17 140:13,23 153:9
  210:16 227:15
adds 110:21
adduce 193:6
administration 57:24
ADMINISTRATIVE 4:15
admission 12:20 87:15 117:2
  124:10 127:18 152:5
admitted 8:1 12:23 30:12 37:17
  87:17 117:4 124:12 127:20
  139:24 144:4 152:7 159:9
  163:20 166:13 193:6 221:16
adoptive 173:16,19
advance 60:22 194:4
advanced 62:5,5,16
advancing 61:2,25 62:25 63:9
  63:20 64:12
advantage 208:12
advise 161:10 162:4,22,25
  211:24
advised 96:9 161:8 214:11,13
  217:20
advisement 164:1
advisory 191:10 192:2 210:12
  210:13
affiliation 109:23
afford 64:17
afraid 18:25 31:20,20,21 80:20
  80:22
Africa 81:9 176:20 180:24,25
  181:3,10 182:2,16,20 184:13
afternoon 192:23 194:2 217:15
agencies 113:18
agency 55:2 114:4 211:21,25
agent 8:3,8 12:7 30:22 37:19
  74:8,18,83:18 84:5,6 85:20
  87:6,12,22 88:24 94:3 96:21
  97:21 98:17 99:11 106:17
  110:12 114:9,10 117:20,20
  124:17 125:10,22,24 128:2,7
  128:10,24 129:1,9,11,19,21
  130:12,14,19,21 132:2,10,12
  133:11,13,18,20 134:3,5 135:2
  135:4,9,11,22,24 136:2,10,22
  136:24 137:9,11 138:11,13
  139:20 140:14,18 143:1,7,9,12
  143:14,16,23 144:20 145:12
  145:14,16,18 149:24 150:8,10
  152:21 154:21 155:3,4,5,7,18
  155:19,20,21,25 156:7,8
  157:25 160:13,18 161:11
  163:6 164:5,6,9,11,25 165:6,8
  165:23 167:16,18 168:2,4,6,15
  168:17 178:16 180:17 183:2
  186:17 193:13,21,23 195:22
  200:9 211:20,20,24 216:7,13
  218:5,8,10 221:6,22,24 222:1
  222:14 223:6,9,10,12,14,20,22
agents 90:2,20 98:6 114:7,12
  117:18,19 119:19,25 138:17
  138:21 139:1 143:3 153:19
  155:1 200:9,15
ago 74:4,5 151:20
agree 206:18
agreed 140:3 167:1
agreement 150:23 151:6,23,25
Agricultural 179:24
ahead 20:6 47:24 129:10
aim 64:21
aircraft 212:19
Airlines 156:16
airplane 116:25 159:6
airport 112:25 113:2 114:11
  119:9 139:9 150:16,19 152:1
  155:12,14,17 156:13 158:18
  158:22 159:19 160:3 162:6
  164:13 168:24 212:20,21
AK-47 8:20 183:18
alert 33:8
Alhaji 35:3
alike 107:25
allegations 25:6 98:23 99:2
  101:4 103:25 105:13 106:1
  110:17
alleged 91:20 101:5 194:13,15
  195:1,7
allow 90:10 95:5
allowed 115:11 139:23
alluvial 208:21,21
ALTONAGA 1:13
ambushes 128:21
America 1:4 156:21
American 98:7 156:16 174:17
Americans 90:21 102:14,15
amount 85:9
amputate 203:8
Anders 217:12
angry 95:14,24
annotated 131:21
answer 9:2 17:21 68:15 170:11
  173:2
answered 173:3
anticipate 122:7 140:18
anti-terrorism 113:9
Anti-Terrorist 7:16 122:11
  127:15 189:15,21,22
anybody 53:1,3,5,8,8 55:12,16
  79:3 82:5 92:3 100:14 104:9
  105:19 107:17 146:20 153:19
  157:11 199:2,4,4 201:23,25
  202:1,2,3,3,18,25 203:1,1,6,7
  203:8,11,12,14,15,18,19
  217:22 219:13,16 220:14
  223:25
anymore 12:16 39:9,10 49:3,7
Apart 78:1
apparently 44:15 46:11 48:17
  142:14 197:3
appear 31:24 32:2,4 131:16
  166:20,23
APPEARANCES 1:16
appeared 99:9 145:4 165:5
  166:22
appearing 130:5,16 132:4
  133:15
appears 109:21 124:19,23
  125:12,15,18 128:4 129:3
  130:3 131:19 227:2
application 72:10 174:22 175:10
  176:22,24
applied 70:24 71:16,25 174:8,10
  174:12,14
apply 70:23
applying 83:1,2 174:5
appointed 16:25 164:19
appreciated 162:23
apprehending 113:24
approach 89:11 116:7 121:5
  123:3,9 126:10 151:9,12 225:2
approached 45:2 74:6
appropriate 162:10 199:21
appropriately 190:8
approve 19:1
approved 19:8 70:20
approximate 167:10
approximately 141:16 156:24,25
  169:13 216:6 217:15
April 89:1 185:7
area 14:1 62:2 64:17 95:7,15,19
  100:4 119:2 149:24 157:14
  158:23 159:6,19,20 160:1,3,10
  169:17
areas 61:6 91:19
argument 92:7
arm 35:4 36:13,18
armaments 183:9
armed 46:13 185:14,15
arms 8:19 20:14,15 34:22 36:4
  201:13
army 59:22 135:21 136:8
arose 33:13
arranged 84:15
arranging 201:5
array 84:11,16 100:6,20 102:5
  102:18,23 103:12,16,18,23
  104:4,7 105:20,23 106:2
  220:10,13,22
arrays 103:9
arrest 54:19 65:22 66:23 114:16
  155:25 156:2,3,5,9 157:7,23
  161:9,12,15 162:6,8 185:7
  196:16 199:4,5,11 200:21,25
arrested 17:12,13,15 54:18
  65:19 102:12,15 109:3 199:10
  201:4 202:20 204:15,21,22
arresting 200:25
arrests 202:17,19
arrival 157:2
arrive 156:7,8,12,22
arrived 73:12 75:5,7 95:9,13
  114:23 118:17 156:25
arriving 113:25 114:14 119:8
  162:6
article 90:3
asked 18:15,22 20:13 26:16,21
  28:9,11 68:25 74:1 79:22 80:1
  80:13,13,20 81:17,22,25 82:21
  88:4,8 105:14,19 106:17 107:3
  114:18,25 142:24 143:4,7
  144:1,3 149:6,10,19 158:20,21
  161:15 164:22,24 165:17,20
  166:25 168:21 170:10 171:5
  171:17 172:1,19 173:1,7,19
  175:19 176:9,17,17,23 191:7,7
  192:16 193:1 195:22 200:18
  203:24 214:9 223:25
asking 10:15 25:16 39:14 49:15
  72:14 76:4 168:22 170:14
  186:19 199:15 202:10 204:3,9
asks 167:12
assassination 110:25
assault 203:6
assigned 16:24 51:10 56:13,15
  56:16 94:17 112:24 113:2,13
  114:11 154:3
assignments 210:17,22,23,25
assist 13:18,24
assistant 22:19 68:13,19 222:14
assisting 114:7
associated 70:6,8,9 110:15
  140:1 148:20 192:3,9,13,17
  193:7 195:24 196:5 207:2
association 28:12 109:23
  122:16
assuming 143:14
assumption 101:21
assuredly 101:17
asylum 40:12 70:20,23 71:16,18
  71:25 72:11,12 73:2,5 82:21
  83:1,2
attaché 94:17 222:15
attacking 63:12,13
attempt 94:20
attend 74:24
attention 113:1,21 117:10
  120:22,25 124:23 131:1,10
  133:6 135:13,14 138:2 144:9
  149:23 216:13
attenuated 91:15
attorney 1:18,22 85:21,22
  164:17,18 222:14
ATU 7:13,15,19 8:4,5,14,22,23
  9:6,9 14:25 15:2 57:18 58:7,10
  58:16,20,21,22 59:3,11 60:5
  60:18 80:24 81:3,21 109:4,15
  109:22 110:3,16,16,20,21,21
  110:24,24 111:9,19 122:6,19
  127:14 131:8,13 132:19 133:4
  133:10 134:2 136:20,20
  137:25,25 139:25 144:7
  148:13,20 189:14,20,21,22
  190:2,4,16,19,20,22,23,25
  191:2,4,9,11,13,14,20,23,25
  192:3,5,13,16 193:7 195:24
  196:4,16 197:8 199:14,16
  200:9 201:11 202:23 203:6,7
  203:10,12,14,15,17,21,25
  206:4,15,21 208:5,5 209:1,3,6
  209:13,18,22,25 210:3,4,6,6,7
  210:8,17,21,23 211:3,9,19
  215:1,5,9,12,15,17,25 216:5
August 25:5,18,19 26:3,14
  178:17 180:18
author 111:21
authority 9:6 15:2,5 52:25 53:25
  55:10,15 59:20,22 67:5 120:5
  120:7,8,10 152:18 199:3,5,7,9
  200:21,25
authorization 153:6
authorizes 153:7
automatic 11:4
Avenue 1:23 2:9 228:6
avoid 197:3

awaiting 155:13,16
aware 7:13 83:6 99:20 102:2
 157:3 174:2
A-file 227:9
A.F.P.D 2:2,3
a.m 5:4,6,12 41:6 77:5,7,9 79:20
 83:20,23 87:5,20 98:15 106:15
 112:4 117:5
A.U.S.A 1:17,18
a/k/a 1:8

**B**

B 128:25 129:4 140:3,4
back 12:13,16 21:10,17 24:22
 26:10 28:5 29:8 36:22 37:25
 38:8 39:22,23 48:2,2,11,24
 49:5,5,12,18,25 50:1,4,7,8
 51:15 60:25 61:16,17,19 62:3
 62:23 63:1 67:5,22 81:14
 91:13,14,21 96:2 99:10 134:1
 136:19 137:24 139:8 142:5
 152:23 153:13 163:14 180:21
 180:25 181:1,2,6 182:8 187:23
 187:25 188:2
background 43:10
bad 72:4
Baechtle 3:3 85:20 87:6,13
 114:9,13 117:20 124:17
 125:10,24 128:2,7,10 129:1,9
 129:11,19,21 130:12,14,19,21
 132:2,10,12 133:11,13,18,20
 134:3,5 135:2,4,9,11,22,24
 136:2,11,22,24 137:9,11
 138:13 139:20 140:18 143:9
 143:15,16,23 145:14,16,18
 149:25 150:10 152:21 154:12
 154:14,19 155:7 157:25 164:6
 164:11 165:23 167:18 168:6
 183:2 193:21,23 211:20 216:7
 218:10 221:6 222:1 223:14
bag 118:17,18,25 120:15 131:14
 146:12 150:7 159:21
baggage 118:10 119:1 120:10
 159:18,20 169:17
bags 118:19,21 139:7 150:13
ballot 50:18
BARBARA 2:8 228:5
barbmedina@aol.com 2:10
 228:8
barracks 7:22 57:18,22,23 59:3
base 90:12 135:20,23 136:4,7
 189:2,6,9,14,17,19 199:19,22
 199:22 200:1 201:1,6,7
based 8:22 18:4 99:20 107:23
 114:8
basic 170:14
basically 90:9 182:14
basis 13:13,14 14:1
bathroom 39:21 169:23
battery 35:19
battle 15:7 43:16,17 61:1 68:17
 68:22
beard 84:24 219:22
beat 196:22 203:12
beaten 203:11 205:4
beating 205:19
began 9:23 95:16 165:3 186:24
 206:9 210:22
beginning 5:12 41:6 64:2,7
 79:20 83:23 98:15 106:15
 112:4 140:19 141:4 149:4
 152:13 153:25 154:16
begins 4:3,5,7,9,11,13 135:23
behalf 142:7
behavior 202:5 203:20,24
Belfast 1:8 171:9
believe 18:17 25:14 33:14 48:18

52:4 79:22 80:1,13 82:21
 101:11 105:9 106:17 119:17
 122:3 126:4 134:13 140:21
 156:25 157:15 159:21 169:6,9
 170:4 171:12 172:5 176:17,17
 177:3 178:12 180:2 181:23
 182:3 185:1 192:2 195:14
 197:4,8,11 199:15 202:14,14
 203:7 208:19 210:8,8,11
 216:12 217:12 219:20 220:14
 220:19 224:20 227:10,12
believed 175:23 209:25 211:6,8
belong 28:15
belonging 141:8
belt 11:5
belt-fed 11:6
Bengue 29:25
Benjamin 7:11 20:23,24 21:1,3
 22:19 23:14 24:7,10 51:13
 53:12,20,22,25 54:17,19,24,25
 55:5,8,11,25 66:19 68:12,14
 68:16,17,19,21 69:6,10 77:12
 78:13,16,23 79:23 80:2,4,10
 94:13 101:6 103:10 107:6
 188:17 191:24 204:15 205:22
 206:1
Bernice 171:24
better 31:25 96:2
beyond 110:17
big 26:22 29:14 210:5
Bility 31:16 38:5,18 76:22
Billy 31:17 32:3 38:5,17
binders 143:24 153:14
biographical 170:14 171:16
biological 171:17,20 172:23
 173:1,24 175:21 176:18
 177:22 178:2
birth 170:15,19 176:13,22,23
birthday 207:9
bit 6:7 51:15 158:24 160:6
 195:15 200:17
black 19:12 84:24 116:3
bleedin 128:19
bleeding 29:11
blindfolded 28:23
blink 132:19 133:3
block 132:23 136:13
blood 128:20
blow 134:1 136:19 137:24 164:5
blue 12:14
blues 146:4
boat 71:10
body 34:20,21 35:16,25 36:12
 45:25 75:9,13,18 131:14 150:7
bodyguard 12:15,17 18:4 56:19
 56:21 57:8,9,12 198:10
bodyguards 15:6 46:14 47:10
 57:22 59:18,20 60:1,3,11,13
 81:18,20 100:1 139:25 191:11
 191:13,14,15 192:13 193:7
 195:24 196:5,16,20,22 197:18
 197:21,22 198:4,8,12,17
 199:11 209:18
bombard 135:18
Bomi 24:4 62:18 64:17 90:8
book 121:1 122:3,8,9,10,16
 123:4,6,21,22,22,25 124:5,6
 124:20 125:1,4,16,20 127:15
 144:6,7,8,9,12,14,16,17,18,21
booking 102:11 107:2
booking-type 84:13
booth 159:18
border 112:16,17,22 113:7 114:4
 120:8,9 142:19 152:15,17
 156:4 157:1,3,9
borders 120:11
born 5:21,22 111:21 112:12
 170:22 172:1,3 176:18,20

boss 53:19,22
Boston 170:22
bothered 49:7
bottom 131:11 136:14 137:18
 146:2 149:24 164:25 219:13
 219:16 220:15
bout 134:2 136:20 137:25
bowl 35:2
box 50:18
boy 131:8 134:1
boys 211:15,18
break 178:12,13 194:25 195:22
 226:2,5 227:3
breaking 185:3
bribed 40:7
bridge 61:13 115:4
brief 121:7
briefly 195:1
Brigadier 122:11
bring 5:5 14:7,9,14,16,16 92:11
 129:10 130:13 132:1 133:12
 134:4 135:3 136:1,23 137:9
 140:3,25 151:3 193:19 194:25
 195:19
bringing 155:21,25 201:1
broke 185:6
brother 11:23 70:18,19
brothers 12:2 70:10 214:12,22
brother-in-law 185:24 186:1
brought 39:5 48:24 79:2 151:5
 201:6 223:4
Bruce 193:22
build 180:8 201:7
building 8:10 17:3 37:25 57:17
 57:18 189:6 217:5,6,8 222:8
buildings 8:6
build-up 180:6
built 57:19
bullet 60:24
bullets 11:5 63:19
Bull-doze 128:21
bunch 91:22,24 121:2
Bureau 76:13 84:4
burn 34:20,21,23 35:4,13,15
 36:12
burned 35:17 76:7 82:20 205:5
 205:10,10,14
burns 35:12 36:25
burst 128:18
bursting 148:17
bush 187:4,5
bushy 219:21
business 6:7 179:17 187:2 208:8
 210:3,13,16,18,18
bust 134:20,25
butts 203:12
B-a-e-c-h-t-l-e 154:19

**C**

C 129:10 145:11 228:1,1
Calabar 214:12
calendar 215:6
call 9:9,11 17:24 18:1,11,24 28:5
 95:8,9 194:8
called 7:13,16 45:13,14,18 46:10
 46:20,21 70:22 96:12 113:17
 145:1 176:7 189:2,6,9 208:21
calling 140:19
calls 46:17 83:18 108:6 143:19
 154:11
camouflage 8:16,17,18 10:23
 224:24
Canada 40:19 70:21 73:8,13
Cape 24:5
capital 5:18 183:25
capture 52:21,24
captured 52:15,16 53:8

car 194:6 196:15,15
card 163:2,14,15,23 164:2 165:1
 165:22 167:23
care 6:20 19:25 66:15,17 67:13
 214:14
CARI 179:24
Caribbean 156:21 177:5
Caridad 2:3,16,24 3:1 8:24 9:16
 12:22 17:18 18:16 20:3 21:19
 24:23 25:2,24 26:1,17 27:6
 32:14 33:11 41:7 46:9 76:24
 77:2,11 79:16 81:7 83:11
 91:19 92:10,14,21,24 93:1
 108:8 109:2 110:15 111:7
 117:3 121:7 122:2 140:5,12
 141:2,5 143:22 145:12,15,17
 145:19 149:2 152:6,10,14
 153:21 158:6 163:19 166:12
 192:21 193:11,18,22 194:3,17
 194:22 221:15 224:11,19
 227:8,14
Carnival 159:13
Carolina 70:16
CAROLINE 1:18
caroline.miller@usdoj.gov 1:21
carousal 118:20,22
carousals 118:17
carried 201:16,17
carry 162:9
carrying 148:15 201:13
carry-on 118:25
cars 179:15
Carter 179:18,19,20
case 1:3 25:17 26:18 74:1,6 77:4
 84:5,5,6,8,19,22 88:11,14,25
 96:21 99:11,12,15,18 100:21
 100:22 101:3,10 103:13
 104:20,23 105:8,13,19,22
 106:7 107:8,12,16 110:4
 139:14 154:5 155:1,3,4,5,8
 162:12,15,16 172:13 192:24
 193:8 194:1 195:14 214:14
 216:15,18,23 227:6
cases 113:15
catch 120:24
cats 138:7
caught 144:6,7,25
cause 132:20 199:11 207:24
caused 199:9
CBP 112:21,22,24 142:17,18
 162:5,7,16
CD 147:4,18
CDs 146:12,13,20,21 153:17
CE 3:14,15,16,18,19,20 116:12
 116:13 117:2,5 123:13,13,14
 123:20,25 124:2,10,11,13,15
 125:8 126:16,23 127:18,21,24
 128:5,24,25 129:4,6,10,13,14
 131:11,20 132:1 133:11,12
 134:4,4 135:3,3 136:23,23
 137:9 138:16,22,22 145:11,15
 145:17 151:16,17 152:5,8
 163:7,8,11,13,14,17,21 165:24
 165:25 166:5,11,14,16 167:13
 167:23 218:7,10,12,13 223:7
ceased 210:13
CECILIA 1:13
cell 17:25 18:2,21 21:8
center 185:12 224:4
central 179:24 206:21
certain 16:7 34:11 109:15
 110:11 149:7,10 185:10
 206:24
certainly 26:25 59:20 65:12
 140:15 164:7
certificate 3:5 39:14,15,15,16,18
certify 228:2
chairs 160:7,10

**chance** 57:5 67:2 151:5
**change** 6:16 140:10 183:21
  188:6 207:17
**character** 109:7,10 110:25 111:1
  111:2
**characteristic** 84:23 103:4
**characteristics** 84:20,21 100:12
  103:2,5,6,7,8
**characterize** 197:14
**characterized** 197:16
**charge** 7:9 8:23 19:22 24:10
  78:4
**charged** 11:19 18:18 39:3
**Charles** 1:8,9,9 6:15,25 17:24
  21:24 22:22 40:24,25 41:10
  44:6 48:4,9,14,21 49:21 50:12
  57:19,23 63:2 65:9,10,24
  66:24 68:8,14 69:5 71:20,23
  72:3,20 78:4 80:14,20 98:5
  101:8,12,24 109:18,21 114:21
  114:23 115:17,18,22 116:22
  122:11,18 131:22 147:10,11
  147:13,14,22,22 156:3,9,12
  168:14 170:18 171:10,12
  173:3,7,14 175:21 177:23,25
  178:20 186:4,7 187:23 209:12
  212:20 213:23 214:2,19,19,21
  214:24 224:5
**chartered** 212:18
**chased** 39:13
**chats** 138:7
**check** 36:12 114:24 115:6,23
  117:23 154:2
**checked** 117:14
**checkpoints** 183:7
**chevrons** 4:19
**chief** 9:11,11 19:20,21
**chiefs** 179:16
**children** 214:11,18
**Chinese** 184:20,22,25
**choice** 50:15,16,19 100:14
**choose** 66:21,22
**chop** 90:24 203:19
**chopped** 90:4
**chopper** 37:12
**chorus** 145:25
**chose** 102:5
**Chris** 155:20
**CHRISTOPHER** 1:22
**christopher.graveline@usdoj...**
  1:24
**Chuckie** 1:8 8:11 9:3,4,10,12
  10:12,18,25 11:23,25 14:12,14
  14:16,18,21 15:1,10 16:3 35:1
  40:25 57:13,25 58:1,9,9,11,15
  58:17,20,21,23 59:2,7,11,11
  59:18,22 60:1,8 72:17 75:16
  75:17,18 76:3,6,7 80:23 81:4
  81:15,17 82:15,17,24,25 83:6
  83:10 87:1 99:21 105:10,15
  171:13 219:21,21,23,25 220:3
  220:6,7,20,20 224:7,16,25
**Chuckie's** 14:17,19 81:20
**CIA** 213:13
**cigarette** 35:16,17 36:12,25
**circle** 88:8
**circular** 36:24
**circumstance** 192:12
**circumstantial** 110:2
**circumstantially** 111:20
**CITATION** 3:23
**city** 5:23,25 24:5 61:12 183:25
  185:6
**claim** 33:14,15 82:22 98:23
  159:19,20,21 169:17
**claims** 98:11
**clap** 134:2 136:20 137:25
**clarify** 40:22 126:23 191:3

**clean** 81:15 135:18
**clear** 78:19 135:20 187:12
  194:23
**client** 25:10 91:17,18 92:2,3
  109:3 111:11 122:3 141:9
  143:13 194:19
**clippers** 81:14
**close** 61:11,12,13 62:19,20
  67:15
**closely** 107:8,12
**closer** 5:14 46:24 61:5,14 62:21
**clothes** 199:21 200:8 201:1,6
**clothing** 85:9 224:22
**Coast** 48:7 49:13,19,25 181:7
**coffee** 85:18
**colder** 133:1,2,4
**Cole** 97:12
**collateral** 113:11,23
**collect** 94:16
**collecting** 94:10
**College** 184:12
**column** 134:15
**come** 11:25 18:23 32:13,17 35:6
  36:8 37:1 38:6 48:11 61:11
  91:25 95:5,7 100:3 132:24
  133:4 135:18 136:21 138:1
  143:23 157:8,15 193:13
  216:17
**comes** 110:12
**comfortable** 49:10,16
**coming** 21:10 42:3 45:10,11
  58:15 60:25 64:19 70:20 90:14
  112:19 120:10 130:4 139:21
  156:17,18 193:12 195:12
**command** 77:24 78:2 191:23
  200:24 201:5 205:23
**commanded** 110:21 191:15,16
  202:17,19 206:1
**commander** 12:15 30:10 43:3
  51:10,20 58:13,16,22 59:11
  109:25 190:22,23,25 191:1,20
  201:3,7,9,11 208:25 209:3,6
**commanding** 44:25 47:2,3
  122:10,19
**commented** 220:7
**comments** 216:3
**Commission** 78:7
**commit** 79:23 213:16
**committed** 203:25
**communicated** 213:22 214:1
**communication** 214:6,8
**company** 135:19
**compare** 130:4,9
**Compari** 107:10
**Complaint** 99:2
**complete** 6:10 90:12 111:2,17
  152:18
**completed** 118:10 119:3 174:21
**completing** 98:7
**Complied** 8:3,8 12:7 13:5 30:20
  30:22 36:9,16,19,21 37:19
  87:6 124:17 125:10,24 126:21
  128:2,10 129:1,11,21 130:14
  130:21 132:2,12 133:13,20
  134:5 135:4,11,24 136:2,24
  137:11 138:13 145:14,16,18
  150:10 164:9 165:8 167:16
  168:4,17 218:8 221:24 223:9
  223:12,22
**compound** 96:5,5,14 184:18
**comprised** 190:16,19
**computer** 7:25 84:15
**concentrated** 206:22
**concerning** 96:9 152:1 169:3,5
  174:4,7 176:13,21 180:6 185:3
  187:8 189:5 191:17 193:14
  196:12 197:17 199:14 202:4
  203:9,16 210:16 213:1 220:9

**220**:13,21 224:9,15
**concessions** 187:4
**concourse** 119:7
**conditions** 86:15
**conduct** 115:6 157:4
**conducted** 120:1
**conducting** 120:25
**conference** 4:1,3,5,7,9,11,13,17
  90:3
**Conferring** 192:21
**confided** 33:5
**confined** 83:9
**confinement** 38:14,19,21 39:1
**confirm** 193:2,10
**confirmed** 193:4
**conflict** 185:14,15 206:9
**confrontational** 95:14,20
**confronted** 201:8
**Congotown** 13:25 184:23
**connection** 86:10 109:24 110:3
  127:16 154:4 157:22 216:18
**conniver** 20:9
**consider** 92:11,17 103:3
**considered** 108:1 190:24 191:1
  213:5
**considering** 183:12
**consist** 127:5
**consisted** 160:5
**consistent** 33:6,10,12
**consists** 130:1
**conspiracy** 18:18 25:15
**construct** 189:18 199:18
**constructing** 189:17
**construction** 14:5 19:6 189:9
  199:25 200:4,8,22
**consult** 164:17 192:19
**consulted** 193:4
**contact** 73:12 143:15 153:13,16
  194:6
**contain** 110:13
**contained** 185:9
**containing** 103:9 110:8 126:4
**contains** 111:17
**Conteh** 97:10
**contents** 2:12 126:8 150:13,16
**context** 140:7 200:20
**contingent** 119:13
**continue** 15:2 49:5 96:1 201:2
  204:3 211:25 215:21
**continued** 90:17 160:2 208:4
  209:14 210:12 212:20
**continuing** 110:2
**continuous** 39:1
**contraband** 113:10
**control** 20:1 44:24 64:20 65:3,8
  77:20 110:16,20,24 111:9,12
  111:14 118:2,3,6,11
**controls** 92:3
**Convention** 213:13
**CONVENTIONS** 4:15
**conversation** 159:10 161:9
  172:5 197:17 215:2 219:24
  220:1
**conversational** 186:20
**convoy** 190:7,8
**cool** 131:9
**cooperative** 194:7
**coordinate** 156:4
**copied** 125:17 127:6,6,7 130:23
  132:7 134:9 135:7 137:2,15
  138:18,19 139:7
**copies** 110:11 127:4 138:23,25
  142:24 143:4,5,8 144:14,19
  145:1
**copy** 122:9 123:8,21,21,22,24
  124:3,7,20 125:4,16,19 128:4
  141:20,22 142:3,20,22 151:6
  151:25 160:7 163:15 166:6,8

**166**:10 218:18 220:21
**copying** 127:13 143:11
**correct** 9:21 25:20 42:7,20 47:1
  50:10,24 55:3 59:24 61:3,8,15
  62:6,14,23,25 65:20 67:25
  69:19 75:10 77:12,21 98:18,21
  98:24 99:2,5 100:1,6,9,10,12
  100:16,18,19,21 101:6,8
  102:23 103:19 104:1,13 105:1
  105:16 126:24 131:23 140:12
  145:23 146:6 152:19,22,25
  153:3,5 155:6 156:10 180:19
  194:21 206:25 207:4 216:7
  221:20
**correctly** 136:7
**corroborate** 25:17 26:5
**Couch** 114:10,13
**counsel** 4:16 79:22 80:13,23
  81:17,22 82:21 106:17 107:3
  116:10 126:13 139:19 149:6
  149:19 192:20 193:1,4,4
  217:11 222:17
**count** 25:15,15 26:15
**country** 19:9 42:12,13 47:23
  48:3,21,24 51:5 63:1 64:12
  65:4,8 70:25 72:1 118:8
  156:20 159:9
**County** 5:22,25 37:4,6 62:18
  64:17 90:9 112:15 208:24
**course** 57:6 65:22 73:1 120:21
  186:22 206:3
**courses** 189:18
**court** 1:1 2:8 4:4,6,8,10,12,14,17
  5:1,5,7,23 8:25 12:23 13:1
  17:19 18:19 20:4 25:8,18,21
  26:3,8,12,13,24 27:8 28:1,17
  32:15 33:18 34:1 36:5 39:5
  46:8 72:18 76:25 77:3,6,8,10
  79:18 83:13,15 87:17,19 89:12
  90:6,17,22 91:11,17,24 92:2,9
  92:11,12,17,25 94:1,18,21
  98:1,4 108:4,10 109:12 110:5
  111:5,8,23 112:1,7 116:6,8
  117:4,8 121:6 122:20 123:1,10
  124:12 125:9 126:11 127:20
  128:1,9 130:4 139:12,16,23
  140:8,10,16,18,23,24 141:2
  143:21 151:3,5,10,13 152:7,11
  153:23 154:8 158:9 163:20
  164:4,16 166:13 167:15
  192:23 193:16 194:12,21,25
  195:7,17,18 221:16 224:23
  225:2 226:2,5 227:1,2,12,15
  228:6
**courthouse** 72:25
**courtroom** 1:25 5:4,6 77:5,9
  115:21 139:15 141:1 157:25
  158:4 192:25 195:20 227:7
**Court's** 140:10 193:5
**cover** 58:22 122:9 123:7,23,24
  124:20 141:18,20 144:16
**Cox** 85:21
**co-conspirator** 92:6,7 101:10
**co-conspirators** 103:13
**co-located** 119:4,5
**create** 84:18 89:9 94:8 211:10
**created** 88:10,14 100:6 198:12
**creating** 100:20 102:5
**credentials** 158:15 160:20 163:2
**credibility** 91:20 92:18 111:13
**crime** 39:3
**critical** 181:20
**Cross** 39:16,17 41:5 98:14 141:3
**cross-examination** 2:16,20,24
  98:1 139:11 193:23
**cruel** 54:2,3,4
**crying** 31:22
**cured** 48:22

curious 74:22,23
current 172:8 174:8
currently 112:21,24
custody 68:11 115:20 117:15
  119:17 168:12 198:24
Customs 112:16,17,22 113:7
  114:1,4 120:9 142:19 152:15
  154:22,23 156:4 157:1,3,9
  158:23 160:3,4 169:17
cut 29:10 59:13,16,23 80:24 81:4
  81:4,11,12 128:22 203:18
cutlass 81:11
cutlasses 81:13
cutting 60:5 81:2,8,9
CWA 184:13
Côte 48:6

D
D 119:7 131:11,20 132:1 145:17
da 131:9
dad 214:13
daily 13:13,14 14:1
damaged 196:15
danger 91:6
dangerous 21:5 65:17
Daniel 175:14,19
dark 84:25
dat 136:20 137:25
data 170:14 171:16
date 16:12,18 94:23 113:22
  167:11 168:13 170:19 174:13
  206:11,25 207:3,5,7 213:25
  214:4 217:15 222:9,13 228:5
dated 167:11 221:4,12
David 107:10 213:1,4,5,7,11,14
  213:15,16,19
day 14:2,4,5 17:13,15,23 19:11
  20:2,10,21 21:6,25 22:8 26:18
  26:20 31:23 38:1,21 43:21
  86:16 94:25 95:10 96:1 104:19
  105:18,24 128:17 140:19
  155:9 156:13 158:2 163:15
  164:12 166:8 175:8 206:11
  223:15 227:3
days 31:7 79:11,13 91:9 96:7
  128:19
De 212:20
dead 128:20
deal 183:24
death 192:13
deaths 140:1,4 192:17 193:8
  195:24 196:5
December 16:17 85:14 87:12
  98:17 104:15,25 105:3,4,5,7
  105:10
decided 51:1 73:2 96:2 145:1
decision 95:25 211:9
declared 63:4
deemed 162:9
defend 25:10
defendant 1:11 2:1 84:24 92:19
  92:20 98:8 101:5 103:2 106:23
  107:8,12 116:5 117:11 118:23
  119:12,20,25 149:10,13,16,21
  151:23,25 156:3 157:18,19
  158:1,8,12,13,14 159:2,7,10
  159:14 160:13,19,19 161:14
  161:18 162:1,20,22 164:12
  165:1,10,14 166:16,19,20,23
  167:3,7,10 168:19 169:11,18
  169:23 170:8 171:16,17 172:6
  172:11,13,23 173:11,15 174:1
  174:4,7,10,24 175:4,13,22
  176:6,7,11,19,25 177:6,9,12
  177:16,22 178:4,5,19,21,22,25
  179:6,10,21,25 180:5,7,11,17
  180:21 181:2,8,15,17,21,24

182:1,4,10,11,14,15 183:2,6,7
  183:14,19,23,24 184:3,8,24
  185:2,13,15,16,20,20,24 186:1
  186:3,9,11,17,18,21,22 187:1
  187:7,8,10,14 188:4,5,9,12,15
  188:18,18,21,21,24 189:2,5,10
  189:20,22 190:2,9,19,22,25,24
  191:9,11,14,17,21,25 192:12
  192:18 195:23 196:2,14,17,19
  196:21,24 197:2,10,12,14,17
  197:20,22 198:3,7,11,13,15,16
  198:18,25 199:3,14,17 200:7
  200:10,13,18 201:8,10,12,15
  201:16,18,23 202:1,4,17,24
  203:2,4,5,9,20 204:3,8,14,20
  204:24 205:2,3,6,9,12,13,15
  205:21,22,25 206:2,8,12,13,14
  206:18,19,20,24 207:2,5,7,10
  207:14,16,20,21,24 208:7,25
  209:3,5,7,10,11,13,17,21,25
  210:2,10,20,21,23 211:2,3,6,8
  211:11,14,17,21,24 212:3,5,6
  212:7,15,17,18 213:1,4,8,11
  213:12,14,15,19,22 214:1,3,6
  214:8,11,13,17,21,25 215:8,13
  215:14,17,24 216:4 218:23
defendant's 85:7,13 109:19,23
  117:14 118:4,12,15 119:1,15
  120:5,14 122:8,17 123:4
  124:21 126:2 127:9 129:7,16
  130:24 132:8 134:9 137:2,16
  138:15,19 139:6 172:4 173:9
  176:5 185:25 186:4,9 193:6
  198:1,2 204:17,18 207:3
  212:11 214:19
defended 44:22,23
Defender's 2:3
defense 33:8 79:22 80:13,23
  81:17,22 82:21 106:17 107:3
  116:10 126:13 149:19
defensive 63:1,2
define 102:19
degree 187:14
delete 110:5
deliver 22:8
Dembi 19:20,21 20:2
demeanor 95:23
Demons 225:1
demonstrated 9:5
denied 185:15 188:20 201:25
  202:3 205:19
departed 212:7,10
department 1:22 6:21,22 85:20
  154:21
departure 212:12
depicted 219:4 222:22
deplaning 114:25
deploy 30:11
depos 26:18
describe 21:19 160:4 187:14
  190:2 204:11,13 209:21
  212:15 214:6
described 113:12 117:23 123:4
  169:16 190:5 197:22
describing 190:4
description 3:10 183:3
Descriptions 4:2
design 8:20
designed 11:4
desire 206:17
desks 160:7,10
detail 188:16 198:10,10 209:13
  216:9
detain 196:16 199:4,6,12 200:21
  200:25
detained 62:6 64:2,9 141:10
  201:4 202:20
detention 62:8,12

deteriorated 90:11 91:8 207:25
determine 107:17
determined 91:6,9
developed 84:10 208:8
diabolical 54:8
diamond 208:10,18
died 196:23
difference 210:2,5
different 76:24 49:14 63:11,18
  70:23 85:12 105:4 145:22
  187:19 216:13
digital 222:19
dinner 23:20,22 68:25 69:14,18
  70:3
direct 2:15,19,23 3:4 5:11 25:16
  83:22 112:3 140:22 154:15
directing 113:1,21 117:10
  124:23 131:1,10 133:6 135:13
  135:14 138:2 149:23
direction 22:25 63:20
directly 54:12 55:6 101:9 203:15
director 22:19 68:13 191:24
  198:23
directors 23:17
dirty 80:8
disagree 206:18
disagreed 206:20
disagreement 185:16 186:9
  206:2,9 208:4
discipline 198:7
disclose 26:11
disclosed 25:5,18,21,23 26:3
discovered 43:10
discovering 27:1
discovery 25:25
discuss 57:3 77:4 139:14 162:11
  187:22 192:24 227:5
discussed 105:10,18
discussing 94:3 139:19
discussion 161:11 162:1 169:3
  174:7,9 176:13
discussions 187:20,23,25 188:2
dispel 261:3
display 223:6
dispute 110:23
dissension 62:13
distance 45:23 46:23 85:8
DISTRICT 1:1,1,14
disturbance 216:5
divided 145:10,22
Division 1:2 43:15
doctor 194:7,8,9 195:8
doctors 194:9
doctor's 194:7
document 71:22 84:14 111:17
  117:11 129:3,20,24 130:9,13
  130:16,20 131:2,16,25 132:14
  132:17 133:3,23 134:7 135:6
  135:10 137:1,4,13 138:12
  149:23 150:3,9,21 151:20,22
  165:20 166:16 167:13,18
  168:13 174:22 221:3
documents 99:17 110:11,18
  144:3 149:14 151:3,5
Doe 42:4
doing 6:6,7,8 52:18 72:3 83:7,10
  161:4 165:5 172:14 181:15,17
  184:8 197:4 208:20 210:3
door 39:22,23
doubt 110:15
downstairs 118:10
downtown 185:12
Dr 140:19,21 193:22,25 194:2,4
  194:11,12,14,18,23 195:9,13
  195:16 227:10,12
draw 91:11
dressed 9:15 10:22,23 14:21
  16:5,6 29:12 224:5

drew 144:9
drink 169:18,20
drive 91:10 96:19
driven 196:15 197:2
driver 197:3,6,7,8,9,12
drivers 196:11,13
driveway 95:7,15
driving 22:24,24 23:3 96:10
dry 31:3
due 6:24 187:23
Dulleh 25:13 26:4,15 31:16,18
  31:20 32:7 33:3,4 34:3,8,15,19
  37:7,9,11,12 38:2 75:1,6,22,23
  76:4 79:2 81:22 82:1,4,14
  85:15,17,21,23 86:2,18 87:11
  87:13,22 88:2,15 97:16 98:17
  98:23 103:9,12 104:12,17,19
  105:6,22 106:1,2,3 227:11
Dulleh's 82:19 85:21
Dulles 212:21,24
dump 128:17
Duo 24:7
duplicate 218:18
duration 170:5
duties 11:17 113:6,16
duty 10:8 16:24 30:6
d'Ivoire 48:6
D.C 1:23 114:10 155:9

E
E 133:12 228:1,1
earlier 126:1 167:22 183:20
  226:2
early 16:10,11,13,14,19,22 50:1
  61:14 62:16 63:5,6
easier 56:8,10
eat 34:12 69:13,16 134:17,22
Edmond 2:14 5:10,18 185:21,23
Edwin 185:22,23,24
effect 95:17
effort 110:8
efforts 94:15 96:1 194:6
either 85:10 144:12 181:14
elbows 36:24
elected 51:4 186:12,15,21
election 6:16,18 7:9 188:5,7,10
  188:13
elections 6:12 50:9
electricity 35:18
electrocuted 35:20
elicit 25:16 33:2 90:2,5,23 109:2
  139:23
elicited 90:17 140:7
eliciting 140:5
email 1:20 2:5,10 84:14 228:8
embarrass 48:14
Embassy 20:16 96:5,9,12
  174:17 184:19,20,23,25
emergency 63:4,7 96:13
Emmanuel 1:9 90:15 92:7 99:4,7
  100:25 102:3 103:25 109:18
  114:21,23 115:17,19,23
  116:22 130:3 139:24,25 142:7
  143:10 147:10,13,14,22
  150:14,17,18,25 153:6 156:3
  156:10,12 158:20 161:2,5,7,8
  162:15 168:14 170:18 171:24
Emmanuel's 102:6 104:3 120:3
  139:9 150:22 159:21,23
emotional 31:19
employed 78:10
employee 53:19
employment 6:16,24
EMSSU 190:10,12,13 206:16
  208:5
en 212:22
endeavors 187:2

**ended** 155:10 216:12
**ends** 63:18
**enemies** 212:6
**enemy** 20:7
**enforcement** 113:18 114:2 154:22,23
**English** 34:9 163:23 164:1,7
**enhance** 135:23 136:1
**enjoyable** 220:8
**enlarged** 85:10 136:10 150:2
**enlarging** 149:25
**ensure** 162:16
**enter** 15:12 62:13 64:19 118:8
**entered** 5:4 41:17,20
**entire** 123:22
**entitled** 166:7 168:1,3
**entity** 189:23,25 202:22 215:10
**entrance** 90:10
**entrée** 208:12
**erase** 194:22
**escalator** 157:16,17
**escaped** 71:7,8
**escort** 119:12
**essentially** 200:18 208:14
**estimate** 95:22
**evaluating** 92:18
**evening** 22:11 227:6,16
**event** 27:1 46:7 180:8 183:21
**eventually** 40:12 138:15 208:22
**Everybody** 21:5 58:15
**evidence** 3:9 12:25 33:12 37:18 66:11 72:15 80:14,16,19,21 87:20 89:9 90:15 92:17 94:6 94:10,16 96:17 98:5,8,11 109:7,10,16,23 110:2,3,22 111:21 117:5 124:13 127:21 144:4 152:8,18,21,23 153:2 163:18,21 166:14 167:13 218:6 221:14,17 223:7
**evidence-gathering** 96:6
**exact** 16:12 17:13 77:16,18 166:8 174:13 208:15
**exactly** 59:11 76:2 115:2
**examination** 2:15,17,19,21,23 2:25 3:2,4 5:11 41:5 79:19 83:22 98:14 106:14 112:3 120:1,4 140:22 141:3 149:3 152:12 153:24 154:15
**examine** 126:19
**examined** 193:25 227:10
**examining** 120:2
**example** 109:17
**exception** 224:21
**excited** 33:6,9
**exclusively** 10:5
**excuse** 9:16 20:16 49:14 50:25 54:25 75:25 129:18 135:13 178:16 180:13 181:11 185:23 189:12 192:19
**excused** 83:20 154:10
**executed** 150:23 152:1 166:10
**Executive** 6:19,22 7:4,7,12,18 7:22 8:4,5,13,14,22 9:5,12,20 9:21 10:9,12,16,18 20:14 30:4 30:5 51:10 57:13 59:4,5,7,14 59:15,24 60:9 80:24 188:22 190:14
**exercised** 199:7,10
**exhibit** 3:12,13,14,18,19,20,21 12:25 87:4,20 116:12,13,15,17 116:19 117:2,5 123:20 125:8 127:18,24 128:5,8,13 129:10 133:12 138:16 151:16,17 152:5,8 163:7,8,21 164:11 165:7,25 166:14 167:23 168:16 218:7 221:7,8,17,23
**exhibits** 3:7,8,11,15,16 12:8 89:9 94:8 123:13,14,17 124:10,13
126:15,16,19,23 127:1,3,21
**existed** 33:16 215:9
**expected** 156:5
**expecting** 46:15 155:21,24,25 156:2,12 157:20,22
**expense** 48:22,24
**experience** 18:4 190:21
**explain** 113:6,17 118:15 120:13 126:7
**explained** 86:2 117:16 168:9 213:13,17
**explanation** 67:1 168:22
**explicit** 109:15 110:8
**extend** 224:22
**extent** 143:19
**extremely** 91:15
**ex-President** 98:6
**eye** 144:6,7,25
**E-d-m-o-n-d** 5:19

**F**

**F** 133:12 134:4 228:1
**fabricate** 33:13
**fabrication** 33:15,15
**face** 32:9
**facilities** 169:23
**facility** 119:4,5
**facing** 15:20
**fact** 6:24 45:4,9 67:8 92:19 110:1 115:6 118:12 122:17 125:18 125:19 145:10 150:21 153:1 162:18,24 172:6 181:19 185:6 192:5 205:10 208:5
**factions** 63:13 184:4,6
**fair** 63:10 107:21 145:8 148:19
**fairly** 125:4
**familiar** 21:22 60:22 96:21 100:21,22
**family** 11:18 28:15 172:6,7
**famous** 51:24
**far** 11:17 21:7 33:12 46:22,24 47:4 49:23 62:5,5,14 110:22
**farthest** 62:15
**fashion** 110:14
**father** 102:3 171:18 172:23 173:1,13,15,15,24 174:3,5 175:11,15,20,21,25 176:7,10 176:14,18,24 177:23 178:2,20 178:22,25 179:3,15,17,18 180:2 181:13,15,17,19,22,23 182:12 183:4,20 184:1,14,19 185:17 186:4,7,8,9,11,15,21 187:8,11,15,15,19 188:10,13 198:13,16 199:24 206:3,13,14 206:17 207:18,22 212:11,13 213:23 214:2,4,9,9,11,17,19
**fathers** 173:16,19,20
**father's** 179:5,15,16 188:15 207:9 211:9
**favorite** 118:4
**Fax** 1:20 2:5,10 228:7
**FBI** 84:6 90:2,10,11,20 91:8 92:1 94:6,15,17,20,23 95:25 96:10 155:5
**fear** 91:13 206:1
**features** 84:20,23 100:12 103:2 103:7
**February** 43:13 170:22 222:4,6
**Federal** 2:3 84:4 160:22 161:8
**feel** 98:12 146:17
**feet** 28:24 131:13
**fell** 191:23
**felt** 91:8
**fight** 47:14 53:7 65:3 128:21 185:20 186:1,3,7,8
**fighter** 51:16 66:13 211:16
**fighters** 190:19
**fighting** 21:18 43:18 63:18 65:10 77:21 78:4 185:3,6,9,10 190:21
**figure** 99:7 101:13 103:3
**figures** 173:16
**file** 40:12
**filled** 166:17 168:12
**final** 97:21 194:4,5 195:10
**finally** 38:19
**find** 25:6 32:13,17 72:10 141:15 146:12
**fine** 92:16,23
**finish** 193:21 195:14 200:5,6
**fire** 46:21,22
**fired** 45:24 47:8
**firing** 47:9 60:24 201:21
**first** 5:18 7:8 11:17 17:15,22 18:13 19:7 22:14 25:3,4,10,18 28:24,25 34:3,11 48:1 51:9 55:23 56:13,21 57:25 71:4 74:1 75:7 79:9 82:4 89:5 105:5 105:8 124:15 131:4,17 132:24 134:21 138:2 140:6 144:9,14 147:11 160:5 163:4 171:18,21 177:9,12,17 178:3 179:21 181:2 184:18 193:12 196:10 210:21 212:18 215:14
**FIS** 119:7
**fishing** 40:7,8 71:10
**fit** 178:9
**five** 24:54 66:9 85:1 102:6 182:3 182:4 190:21 193:25 195:11 200:6
**FL** 1:19 2:4,9 228:7
**flag** 140:17
**Flagler** 2:4
**flew** 212:18
**flight** 156:15,16,17,18,22 157:2
**Florida** 1:6 111:22 112:14,15 155:10 172:12
**Floridian** 111:18 137:8
**flying** 195:12
**focused** 206:21
**Foday** 97:10
**Fogelberg** 217:12
**follow** 25:1 28:1 33:1 34:1 90:1 94:1 109:1 112:1 122:1 123:1 173:4 175:16 176:6,21 193:14 200:9,16 226:1 227:1
**following** 150:22 222:2
**food** 134:17,22 169:18,20 199:20 200:8 201:1,5
**fooled** 41:23 42:1,2,7
**foot** 29:17
**force** 35:3 41:17 190:6,13 211:10
**forces** 188:22 211:10
**foregoing** 228:2
**form** 165:20,21 166:6,8,10,21,22 166:24 167:1,3,7,9,11 168:19
**formed** 183:25
**former** 6:15 7:7,11 17:24 21:24 42:4 99:5 101:1 173:7,14 179:20 224:5
**formerly** 215:12
**formulate** 227:13
**forth** 61:17,19 63:1
**forward** 29:3 140:3
**forwarded** 84:13
**fought** 52:3,4 53:6 78:7
**found** 72:9 141:13 143:9,16 146:20 196:14
**four** 77:13,20 99:1 105:25,25 141:16,22,23 143:3 182:3,4
**frame** 183:1
**framed** 212:6
**frank** 46:12
**free** 131:13 169:23
**freely** 168:10
**friend** 22:2 29:24 30:4 45:8 70:18 168:23 169:2,5
**friends** 45:4,9 139:9
**front** 12:14,15 15:7,20 21:16 36:17 43:17 60:25 61:1,16 67:18,21,22 68:17,22 77:23,25 95:18,20,21 123:23 147:9 163:14 178:23 203:2,4 218:3 219:2
**fuel** 199:20 200:8 201:1,6
**full** 43:4 77:25
**fully** 168:9
**function** 190:5
**functions** 199:19 200:7,24 201:5
**funny** 66:24
**further** 41:4 62:16 83:14 103:8 108:3 135:25 152:9 154:7 161:11 183:2 197:17 199:13 200:17 205:9,22 219:17 220:9 220:13
**futile** 26:22
**F-o-g-e-l-b-e-r-g** 217:13

**G**

**G** 122:13 134:4,4 135:3 138:8
**gain** 94:15 96:1
**gangsta** 133:10
**garb** 14:23
**gat** 97:22,24
**gate** 95:8 114:25 115:3
**gather** 95:19
**gathered** 90:9 91:7 95:21
**gats** 134:1 136:19 137:24 138:7 138:8,10
**Gaulle** 212:20
**Gbarnga** 179:23 180:4,9,12,15 182:9 183:3,4,15 184:2
**Gbatala** 90:12 92:14,24 96:15,19 98:8 189:3,7,9,10,17
**general** 7:11 21:1 47:2,3 77:13 77:20 122:10,19
**generally** 109:14
**Geneva** 213:13
**gentleman** 33:17 76:14 116:2 153:13,16
**gentlemen** 5:8 77:3 98:4 139:12 192:24 227:2
**gesture** 173:12 219:8
**getting** 53:17 63:9 81:10 95:20 178:18 187:5 194:10
**Ghana** 181:7,8,13,22,25 182:1,8
**Ghanaen** 212:19
**girl** 197:5
**give** 26:21 55:8 66:21 73:2 86:12 128:18 150:18 152:23 153:4 165:15 168:22 183:2 184:14 192:23 207:24 219:3 220:21
**given** 26:9 27:7 71:18 104:6 114:17
**gives** 226:5
**giving** 9:7 59:12
**Glock** 8:21 11:9 15:21 134:19,24 201:17
**Glocks** 148:15
**GMG** 8:20 11:2,3,3 15:20
**go** 13:12,14 14:1,9 15:11 20:6 23:5,12 28:24,25 29:7 40:10 47:24 48:2 51:15 58:4 68:14 68:15 71:23 72:18 73:8 83:1 81:12 90:12 91:14,21 94:19,20 94:20 96:15 103:8 118:6,9 119:2 129:10 155:11 159:2,5 181:5 187:19,21 192:22 193:10 216:20
**goal** 65:3 84:17,18 100:8
**GOC** 122:14

**goes** 18:17 25:15 91:19 111:20
**going** 6:9 19:1 20:22 23:1,10
25:16 26:19 27:8 33:3 35:1
41:24 44:13 58:17 60:25 63:24
65:12 67:19 69:8 78:1 86:2
90:23 91:1,7,13 92:4,6 110:12
110:23 114:22 118:3 129:9
131:15 140:5,9 145:7 146:8
153:1 157:3 163:3 168:21
184:12 193:12 194:19 196:20
213:21 214:11 217:16,19
227:3
**gold** 21:8,10 22:2
**gonna** 131:13
**Gono** 193:14 196:11,12,13,15,16
196:20,23
**good** 5:1,8 76:25 91:10 111:5
112:9,10 139:14 227:3,6,16
**gotten** 61:21 175:4 187:5
**government** 1:17 3:11,12,13,14
3:15,16,18,19,20,21 12:8,25
21:20 51:7,9 54:11,14 55:1,2,7
57:19,20 62:3 63:1,2,12,13
67:9 71:20 72:3 78:11,14,18
78:24 80:12 83:18 87:4,20
91:12 92:13 98:7 101:4 102:22
102:25 108:5 109:2 111:9
116:13 117:5 123:14 124:13
126:16 127:21 142:14 151:17
152:8 160:23 163:8,17,21
165:25 166:11,14 167:12
183:25 184:4,5,7 187:20 193:5
194:23 215:9 221:8,13,17
**Government's** 5:10 83:17,21
112:2 116:11 117:2 123:13,20
124:10 125:8 126:15 127:18
127:24 128:5 138:16 151:16
152:5 154:14 218:7 221:7
**grass** 59:13,16,23 60:5 80:24
81:2,4,4,8,9,10,12,15
**Graveline** 1:22 2:15,17,19,21 5:3
5:13 8:9 9:1,18,19 12:9,20,24
13:2 15:22,24 17:20 18:17,20
20:5 21:21 25:12,19,23,25
26:7,10,16 28:2 29:2,6 30:23
32:16,22 33:2 34:2 36:3,6
37:20 40:20,21 41:4 46:6
79:21 83:14,18,24 87:2,7,14
87:18,21 90:5,25 91:3,5 92:15
92:22 94:2 97:19,20 106:16
108:2 195:5,9
**Grebo** 28:16
**green** 135:19
**Greg** 74:7 83:19 222:14
**Gregory** 2:18 83:21 84:1
**ground** 33:11
**grounds** 190:14
**group** 19:6 46:13 51:18 86:3
90:9 91:5,7
**guard** 7:17
**guarded** 14:24 188:13 190:13
**guarding** 16:2
**guards** 39:13,17 44:22 46:13
**guerrilla** 121:1 144:10,11
**guess** 57:7 64:21 68:21 74:13
101:20
**Guinea** 40:11 48:5 61:5 71:1,2,4
71:6,14 72:7 73:6 83:2
**gun** 11:6 45:2,12,16 46:10,10,13
47:14 201:16
**guns** 128:20 183:8
**guy** 12:16 21:5,17 28:11 43:3
46:12 58:8 66:24 69:6 111:1
204:14,16,21,23,24 205:2,4,13
**guys** 19:12,12,25,25 21:16 41:24
42:19 46:3 60:5,25 82:6,7
116:3 190:20
**G-a-t-s** 138:9

**G-o-n-o** 196:11
**G-r-e-b-o** 28:18
**G-r-e-g-o-r-y** 84:2

**H**

**H** 135:3 136:23 217:13
**hair** 84:25
**half** 12:2 27:2 61:4,5 105:25
**hallway** 115:4 117:22
**hand** 15:23 35:3 165:18 202:12
202:15 204:2 218:4
**handcuffed** 161:21,23,25 162:2
**handcuffs** 162:9,24
**handed** 25:19 116:10,24 126:14
126:23 151:15,20 152:20
**handgun** 97:25
**handicap** 49:2
**Handing** 151:11
**handling** 113:14
**hands** 24:22 28:5 42:3 82:17,19
196:22 202:16
**handwriting** 121:3 127:13
**happen** 17:8,17 45:3 67:12
117:22 159:14,24 169:8
198:18
**happened** 17:11,16,22 23:19
25:9 28:3 33:5,14 36:1 43:15
45:22 46:7 71:22 72:8,15 73:2
76:3 78:21 79:3,14 81:23 82:1
82:14 104:22 105:14 115:5
117:15 139:5 158:19 159:17
159:20 160:1 162:11 174:24
186:6 196:17 205:16,17
214:10,15
**happening** 205:8 207:9
**happy** 169:1 198:16
**harm** 49:22 67:14
**harmless** 150:23
**Harri** 217:11 222:17
**Hassan** 31:16 38:5,17 76:22
**head** 28:25 29:1,3,8,11 55:25
58:6,10,20,21 79:23 85:8,10
85:11 173:13 178:23 179:8
188:24
**headed** 55:5 188:15,17
**headquarters** 8:4,5 114:10
180:4,15 217:6 222:7
**heads** 90:4,24 184:3,5
**healed** 48:22
**hear** 9:9 63:18
**heard** 25:4 60:24,24 79:13 98:4
194:18 218:15
**hearing** 25:3,10 72:12,13,14,17
72:20,22,24
**Hearsay** 18:16 20:3 32:14 83:12
224:11,19
**heart** 128:17
**heavy** 11:1,3
**Heck-Miller** 1:18 3:4 140:9,15
154:11,17 158:7,10 163:10,17
163:22 164:2,5,10 165:6,9
166:2,11,15 167:12,17 168:2,5
168:15,18 192:21 193:1
195:21 218:5,9 221:9,13,18,22
221:25 223:6,10,13,20,23
224:12,14,20 226:3
**Heed** 128:22
**held** 6:12 15:4 25:13 31:6 38:14
38:16,25 181:19
**helicopter** 37:14,15,23 38:2
**helped** 189:18 201:7
**helping** 199:18
**Hermansson** 222:16
**Hey** 143:16
**high** 6:10 29:17 78:6 113:14
**highlight** 110:13 128:8 129:19
130:19 132:11 133:19 135:10

195:16
**highlighted** 110:10 111:17
128:12 129:23 130:1 131:1,4
131:10 132:16,23 133:6
135:14 136:13 137:4,6,18
138:3
**highly** 206:21
**highway** 24:4
**hill** 23:5,6,12
**history** 51:24 177:7
**hit** 53:5,6,8 62:2 205:4
**hold** 15:2 36:10 46:13 134:1,24
135:19 136:19 137:24 138:5
140:21 150:23 187:23,25
188:2
**hole** 28:21,22,23,24,25 29:1,9,12
29:14,16,17,20 30:16,18 31:2
31:4,6,12,13,15,18,22,24 32:2
32:5,8,10 33:4 34:3,12,15,16
35:6 70:11 74:25 75:1,6 76:5
79:2,9 82:1,4,10
**home** 14:1 39:13,13 49:5 69:13
81:14 196:14
**Homeland** 154:21
**honeymoon** 207:14,23 208:1
**Honor** 5:3 8:24 9:16 12:21 18:16
18:17 20:3 21:19 32:22 36:3
46:6 79:17 83:14 87:14 89:11
108:6 109:13 110:10 116:5,7
117:1,7 121:4 122:7 123:9
124:9 125:7 126:10 127:17
129:18 139:3,10,18 140:17
151:9,12 152:4,9 153:22 158:7
167:12 192:19 193:1,11,18,20
195:5 224:11,12,19,20
**hooked** 223:4
**hope** 194:10
**hot** 82:16,17,18
**hour** 169:19 170:5
**hours** 169:14 216:7
**house** 14:2,21,24 15:10,11,12,13
15:16,17,19,20 21:9 22:22,23
22:25 23:1,4,8,9,13,14,14,15
23:19,24 60:1,11,15 68:2,4,6,7
68:23 69:12 94:12,13 184:20
**housing** 96:5
**huge** 44:22
**human** 80:11 210:1 211:3
**hundreds** 148:5,5
**hungry** 23:21
**Hyma** 140:19,21 193:22,25
194:2,4,11,12,14,18,23 195:9
195:13,16 227:10,12
**H-e-r-m-a-n-s-s-o-n** 222:16

**I**

**ICE** 113:24 114:1,7 119:3 138:17
138:21 139:1 143:1,3,7,14
144:20 154:25 155:3,4 158:14
165:19 211:25 222:15
**idea** 143:18 146:17
**identical** 130:11 131:17
**identification** 3:9 4:18 12:5,8
87:4 114:22 115:1,12 116:11
116:13 123:14 126:14,17
151:16,17 158:8 163:7,8
165:24,25 221:7,8 223:17
224:13,21,22
**identified** 90:7,7 97:1 118:17
174:5 189:15 224:16,25
**identify** 4:16 87:25 105:19
114:14,15,18 115:8 157:6
211:25
**identity** 111:20
**II** 109:21 122:12,18 131:21,22
147:14,22
**III** 1:10

**image** 125:23
**immediately** 58:9
**Immigration** 114:1 154:22,23
159:7,18
**immunity** 168:11
**impact** 186:3
**implement** 9:7
**important** 74:23
**incident** 86:9,10 96:19 98:9
185:17,19 192:18 193:2 196:7
196:10,24,25 197:1,14 204:9
204:11,13
**incidents** 193:9,14 196:7
**include** 110:8 111:19 113:22
**included** 103:23 107:3,24
**includes** 111:14
**INDEX** 3:7,23 4:1
**indicate** 174:10 178:25 180:11
181:21 182:1,21 183:19 184:3
186:22 187:7 188:15 197:6,9
197:12 208:25 210:23 212:23
222:24 223:1
**indicated** 4:18 128:8 129:20
130:20 132:11 133:19 135:10
161:3,6 169:6 171:8 172:12
175:23 177:12 178:12,17,22
179:7,14 180:7,13,15 183:7,12
184:18,19 185:10 186:15,24
187:3 188:7 189:12,14 192:11
193:20 196:13,19,21 198:7
201:16 202:11 204:8 206:9,14
208:9 209:11,17,25 210:21
212:13,25 213:11,11 215:16
219:12 224:2,10
**indicating** 115:21 116:4 166:25
**indication** 184:14 219:3
**Indictment** 96:21,24 97:5 99:2
110:17
**indirectly** 92:20
**individual** 86:22 87:22 88:8 95:4
95:5,11 115:15,22 150:19
157:6 160:22 162:7,8 169:7
185:21 194:5 196:11 216:23
224:6
**individuals** 84:19 86:5 198:22
**individual's** 85:11
**industries** 186:25
**industry-standard** 4:18
**inference** 91:12 92:4
**influence** 90:18
**inform** 211:20
**information** 26:5,8 27:7 44:5
48:13 49:19 74:13 94:11
170:15
**informed** 194:3 215:22
**initial** 88:9 179:11
**initially** 32:10
**injure** 203:17
**injured** 103:25
**injuries** 34:18
**injury** 195:7
**innocent** 20:18 67:7
**inscription** 122:5,18
**inside** 15:11,13 29:20 30:16 31:2
31:3 94:19,20 122:10 123:7
124:5,6 125:20 141:11 144:8
144:16
**insofar** 111:21
**inspect** 120:5,10
**inspected** 120:13 139:7
**inspection** 120:21,25 154:3
**inspector** 120:18 141:6,8 149:6
150:12 152:15 157:17,19
158:13 159:8,22,22
**inspectors** 120:19
**instances** 192:16
**Institute** 179:24
**instruct** 165:11 220:24

**instructing** 85:23
**instruction** 92:10 98:2 122:13
  165:16
**instructions** 9:7 15:6 59:12
  86:12 220:21 227:5
**intend** 44:21
**intended** 149:10,13,16,20
**intending** 46:17
**intends** 109:2
**intention** 50:21 194:1
**interaction** 158:11
**interactions** 219:21 220:7
**interdict** 113:10
**interdiction** 113:14
**interest** 142:17,20,22 143:5,6
  186:24
**interested** 160:25 161:4
**interests** 208:8
**interim** 183:25 184:4,5,7
**interior** 94:16
**internal** 165:19
**international** 112:25 113:2
  119:7 155:12,13,17 156:13
  158:17 159:19 160:3 164:13
  212:21
**Internet** 106:11
**interrogating** 152:24
**interrogation** 169:11
**interrupt** 25:2 47:24 57:21 58:5
  63:16 83:11
**intersection** 23:7,9,10,12 24:4
  28:21 37:24,24
**interview** 169:10,24 170:6,13
  177:6 213:25 216:6,9,11
  217:10
**interviewed** 72:18 99:14 104:22
  105:15
**interviewing** 143:13
**intimidation** 168:11
**introduce** 117:19
**introduced** 117:18 158:14
  219:23,25
**introduction** 117:22 140:2
  158:19,20 160:21
**introductions** 118:1
**introductory** 139:24
**inventoried** 152:21
**investigate** 25:6
**investigating** 88:24 99:11
  100:23
**investigation** 24:15 43:11 69:8,9
  69:10 72:9 76:13 84:4 98:7
  99:20 212:1 218:20
**investigator** 221:5
**invited** 23:20,22
**invites** 69:14
**involved** 92:7 113:7 186:25
  189:8 197:2 208:9,20 210:1
  213:7
**involving** 212:24
**iron** 35:4 75:12,18 76:8 205:14
**irrelevant** 109:6 122:4
**Isaac** 193:14 196:11,12,13
**island** 156:20 177:5
**issue** 26:23 92:11 111:13 193:19
  195:6 198:11 227:9
**issued** 185:8
**issues** 61:1
**items** 139:5,7
**Ivory** 48:7 49:12,18,25 181:7
**i.e** 4:19

**J**

**J** 3:17 126:15,16,24 127:19,21
  137:10
**jacket** 36:7,22
**Jacques** 2:22 108:7 112:2,8

---

**instructing** 157:8 158:12
**jail** 64:6,10,16 186:10 196:20
**January** 207:8,8,11
**jet** 115:4
**jetway** 157:14,15 158:17
**Jewel** 7:8 10:2,3,5 11:10,12,16
  12:13,18 13:8,10,22 17:1
  40:22 56:13
**Jibba** 12:4,13,16,18,22 191:18
  191:19 209:5,7,11
**Jimmy** 179:18,19,20
**job** 6:6,19 7:7 52:5 154:20
**jobs** 7:4 191:7
**Joe** 22:14,16,18,23 23:1,4,8,15
  23:19,24 68:2,11,12,16,18,19
  68:23 69:2,5,8,12
**John** 2:2 29:24 85:21
**Johnson** 51:23,24 90:7 91:1
  95:12,13,14
john_wylie@fd.org 2:6
**join** 41:12,22 50:4 53:17 206:14
**joined** 41:20 53:15 54:15 55:23
  55:25 56:5,6,8
**joint** 179:16
**Joseph** 23:14
**Jr** 1:8,9 2:18 83:21 84:1 171:11
  171:12
**Judge** 1:14 24:23 72:24 79:16
  110:6 111:16 149:2 152:10
  153:21 194:17 227:8,17
**July** 13:11 17:8,14 38:22,24,25
  38:25 39:7 62:9 64:3,7,9,9,16
  64:16 65:20 98:24 212:10
**jump** 173:10,11
**Junction** 25:13 37:1,9,11 62:3,6
  217:18,19,25 218:1,4,14 219:3
  219:11,12,17,25 220:2,9,21
  221:11,19 222:2,9,16,18 223:2
  223:15 224:1,2,15
**Jusu's** 217:11 222:17
**J-a-c-q-u-e-s** 112:8

**K**

**Kakata** 43:15
**Kamara** 29:24 31:17 32:3 38:5
  38:17,18 70:18 74:16 76:14,15
  88:17,21 97:18 103:18,25
  104:3 194:18,19,24
**Karen** 1:17 222:15
karen.rochlin@usdoj.gov 1:20
**Katherine** 222:16
**keep** 49:23 128:20 133:10
  142:16,17,22 144:12,17,18
  146:18,24 149:17
**keeping** 143:6,11
**Kentucky** 194:5 195:8
**Khadafi** 43:4,4,12 44:12
**kids** 41:24
**kill** 44:19,20,21 46:4,18 47:4,17
  48:19 49:21 50:14 52:5 65:3,7
  199:1,2 203:8
**killed** 11:17 46:3 52:3,4 67:10
  193:15 197:5 198:19
**killers** 131:7
**kind** 18:25 55:21 56:3 67:4 80:6
  80:18 189:23 208:18
**kinds** 9:4

---

**KL** 30:13,21 37:18
**Klay** 24:2,3,4,6,7,13 25:13 28:21
  30:16 35:6 36:1 37:1,9,11,22
  62:2,3,6,14,15,16,21 67:25
  69:21,23 76:5
**Klugman** 222:15
**knew** 18:7,9 28:11 32:2,4,9 44:3
  51:23 53:25 54:5 55:25 56:3
  57:6 58:15 59:10 67:22 69:2
  70:9,10,20 71:22 74:23 86:19
  105:1 192:16 212:11
**know** 20:13,18,24 21:5,15,15
  24:9 26:2,18 29:16 30:3 32:7
  43:4,21,22,23,24 45:4,5 50:9
  54:2 55:6 58:10 70:15,17
  74:10,11 76:16,17 77:15 78:17
  80:5 86:4 90:19 92:5 97:21
  99:21,24 102:21 103:15 106:2
  106:5,7,9,11 109:8,9 123:18
  126:20 131:7 138:7 142:10
  144:21,23 148:20 149:13,16
  149:20 153:19 164:6 168:23
  169:2 177:2 195:17 212:13
  213:20 217:22 227:14
**knowing** 148:24
**knowledge** 98:9 153:20 169:8
**known** 31:25 101:12 102:20
  113:13 154:24,25 170:1 190:9
  216:23
**knows** 90:20
**Kpadeh** 97:14
**Kromah** 31:17 32:3 35:3
**Kru** 13:14,17,18,19,20,21
**K-r-u** 13:16

**L**

**label** 124:23 125:1
**ladies** 5:8 77:3 98:4 139:12
  192:24 227:2
**lady** 7:8 19:7 56:13,22 193:15
**landed** 37:24 155:17
**language** 82:12
**languages** 163:25
**laptop** 223:3,5
**large** 91:7
**larger** 160:6 164:6 168:3 206:22
  208:6 211:10
**lasted** 216:6
**late** 16:12,13,14,22 25:18 26:3
  41:13,15 42:6 63:6 110:1
**law** 113:18
**lawnmower** 81:6
**Layee** 29:24 30:1,3,4,7 32:4 34:4
  34:6 38:18 70:9,13 71:8 73:5
  74:14,14 83:4,6 90:7
**lead** 44:7 51:18
**leaders** 180:3
**Leading** 17:18 81:7
**leaned** 29:3
**learned** 95:11 100:2 183:14,18
**leave** 16:7 21:9 37:7,11 39:25
  40:2,6 42:16 91:9 95:15 96:3
  96:14
**leaves** 16:22 77:5 139:15 192:25
  227:7
**leaving** 212:13,15
**led** 41:10
**left** 16:18 23:5,8 37:1,9 40:3
  42:14 50:1 71:5,6 91:6 132:22
  210:7,8 224:6
**leg** 34:22 35:5 43:8 44:17 46:1,3
  46:11,18 47:5 48:19
**legal** 94:17 120:4,10
**legally** 159:9
**length** 29:15,16
**Leone** 40:9,10 71:12
**let's** 47:22 61:4 140:25 226:5

---

**level** 119:7
**liberate** 42:3
**Liberia** 5:22 6:4,12 13:18,20
  16:7,18,22 21:3,12 39:8,10,25
  40:2,16 41:1,17,20 42:14 43:5
  49:4,25 55:1,2 61:2 63:8 64:19
  71:7 81:9 89:3,5 94:3 96:4
  98:6,13 99:4,5,7,21 101:1,13
  103:3 122:12,19 173:8,14
  177:7,9,12,16,20 178:6,6,8,9
  178:14,15,21,24 179:11,22
  180:18,22 181:1,9 182:8,22,25
  183:21 186:15,25 187:15
  207:16,22,25 208:23,24 212:7
  212:10,15,19
**Liberian** 43:12 51:24 90:6,10
  94:18,24,24 101:4 102:22
  224:5
**Liberians** 99:23 101:23 102:17
  102:19,20 107:4 140:1 192:13
  192:17 193:8 195:24 196:6
**lies** 122:15
**life** 39:9 56:8,10 80:18,22 128:20
  128:22 178:9 183:3,13 214:15
**light** 193:5
**lightened** 85:11
**Lightfoot** 85:11
**lighting** 86:15
**light-skinned** 84:24
**liked** 110:20
**liken** 189:22
**likened** 190:1
**likes** 109:10
**limiting** 92:10 98:2
**line** 3:10,10 21:16 77:23 135:23
  136:7 138:2 197:24,25 198:4
  214:10,14
**lined** 195:9
**lines** 34:13 203:3,4 211:16
**lineup** 107:21
**link** 44:6 48:14 91:18 97:3
**linked** 44:3
**list** 25:20
**listed** 163:4 165:21
**listen** 69:5 146:14,22 148:11
  153:17
**listening** 146:17
**lit** 86:17
**literally** 226:3
**litigation** 26:11,17
**little** 6:7 51:15 135:25 158:24
  160:6 195:15 200:17
**live** 13:19,20,24 22:20,21,21
  23:2,17 40:16,18,19 112:13
**lived** 7:23 13:22 23:16 172:12
  179:21,23 214:15
**lives** 70:15
**living** 6:4 60:20 178:5,7 179:25
  182:15 187:9 193:25 214:18
**load** 134:19
**local** 156:25 216:12
**locale** 180:1
**locally** 114:11
**located** 8:12 15:15,16 28:21
  115:25 119:9 156:20 157:14
  160:2,9 184:20 217:24 218:1
**location** 18:15 159:6 162:9
  184:22
**locations** 94:9
**Lofa** 61:5
**logical** 148:25
**long** 31:6,9 48:7 54:17 66:7 79:2
  79:4,9,11 81:25 88:24 99:12
  104:6 112:17 168:21 169:13
  177:16 182:1 200:5 220:2,6
**look** 102:25 104:6 107:24 110:25
  123:17 217:21 219:12
**looked** 141:11 145:7

looking 84:21 86:6 115:9 124:19
127:12 215:6 220:22 224:7
looks 15:23 116:1 125:16 132:25
136:6 138:8 193:23
Lori 85:22
lose 80:22
losing 128:22
lot 36:13 99:14,17 148:3 179:14
187:18
loud 112:6 165:10,14 215:16,18
lower 119:7 133:7 135:20
loyal 66:13 98:5
loyalists 90:18
lucky 148:10
luggage 118:11,12,15,24 119:1
120:1,2,5,14 123:4 124:21
126:2 127:9 129:7,16 130:24
132:8 134:10 137:2,16 138:20
139:6 150:16,19,22 152:1
154:2 159:15,23,23 160:1
169:3,5,7
lunch 139:13,14
Luncheon 139:17
LURD 20:13,15 28:11 60:22 61:2
61:4,4,14 62:5,13 63:9,12,20
64:12,17 65:24 66:2,4,9 68:9
69:2,6 77:21
Lutz 153:7
lyrics 109:4,7,13,16,20 121:3
126:5 127:4,5 145:1,3,7 146:6
146:10 147:9,13

**M**

M 1:8,13
Mabutu 31:16 32:3
machine 11:6 160:7
main 8:11 27:8 120:1,18 160:10
maintain 84:23
maintenance 6:21,22
making 15:23 101:3 143:5
159:11 173:10,11 190:7
male 84:24
Malone 155:20,21,25 156:7,8
160:13,18 200:9 211:20,24
man 25:3,7 43:19 44:10,11,12,13
45:2 46:15 47:1 48:19 50:14
52:24 54:2,6,8 56:3 67:16
88:17 90:7 107:10 110:15
135:18
managed 44:4
Mandingo 28:12,13 34:7 70:6,8
82:6,7,9,13
manpower 44:23
mansion 6:19,22 7:4,7,12,18,22
8:4,5,13,15,23 9:5,13,20,21
10:9,12,16,18 20:14 30:4,5
51:10 57:14,17,19 59:4,5,7,14
59:15,24 60:9 80:25 188:22
190:14
March 26:11 110:2 113:1,8,21
115:23 117:11 125:5 130:6
155:7,9 156:13 158:2 161:3
166:8 175:9 213:25 214:5
215:1,7,7,8
margin 134:15
mark 34:20 36:12
marked 3:8 8:7 12:5,8 30:21
87:3,4 96:14 116:11,13 123:12
123:14,25 126:14,16,23
151:15,17 163:7,8 165:23,25
221:6,8
markings 223:17
marks 34:21,23 36:11,24
married 185:24 206:11
Marshal's 85:3 102:7,8 106:21
106:24
Massachusetts 111:22 170:23

175:24,25
match 85:8 124:20
matches 109:18
material 110:1 140:7
materials 106:5 126:2
Matt 114:9
matter 45:4,9 67:8 109:8 140:4
140:18 145:10 153:1 154:4
155:1 216:14 228:3
matters 26:24 196:22
Matthew 3:3 85:20 114:10
154:11,14,19
maturity 215:22
ma'am 112:8 113:3,5,20,24
114:3,6,9,19 115:7,10,24
116:2,16,18 117:13,24 118:7
118:21,25 119:11,13,22 120:6
120:12,15,23 121:1 123:5,19
124:1,6,8,22,25 125:3,6,14,21
126:3,6,9,22,25 127:2,10
128:6,14,16 129:5,8,14,17,25
130:7,18,25 131:3,6,24 132:6
132:9,15,18,24 133:2,5,8,17
133:24 134:8,11,13,16 135:8
135:16 136:9,15,17 137:3,5,14
137:17,20,22 138:4,10,24
139:1 149:9,12,15,18,22 150:1
150:4,20 151:4,8,21,24 152:3
154:6 156:11
McARTHUR 1:9 109:18 122:12
122:18 156:10,12 170:18
McLaren 119:20
mean 15:25 16:19 24:21 67:14
72:13 80:9 81:2,9 206:12
Meaning 37:13
means 117:7 128:19
meant 61:19 149:7 175:9 179:8
215:11
measurements 94:19
media 71:22
MEDINA 2:8 228:5
meet 30:5 57:5 155:18 158:11
162:7 169:7 222:1
meeting 96:13 104:12,25 105:1
105:2,3,10 160:23 161:2
168:23
meetings 105:4 179:17
member 6:20 7:6 41:8 42:20
54:13 56:21 67:8,10 188:19,20
188:22,23,25
members 89:9 94:24 101:4
179:15 187:20 190:8 192:17
memory 165:5
men 19:6 25:13 31:12,25 35:9
40:7,8 44:24 47:9,13 48:17
51:18 52:3,5,11,19 59:7,13,16
60:8 65:3,10 67:21 68:6 70:1,1
70:11 81:16 82:9 83:2 196:5
198:25 199:2
mention 78:16,19 193:9
mentioned 9:20 19:3 30:1 78:20
78:21 80:6 83:1 126:1 151:23
180:3 183:20,24 185:6 189:18
214:21
mentor 213:6
merge 211:9
merging 208:4
met 18:5 74:7 75:6 95:4 98:17
104:17 105:5,7 179:18 181:8
181:13
mete 222:9
MI 213:13
Miami 1:2,6,19 2:4,9,9 112:25
113:2,13 155:10,11,12,13,17
156:13 158:17 159:19 160:3
164:12 228:6,7
Miami-Dade 112:14,15
microphone 5:14 29:4 36:10

Microsoft 84:14
middle 43:16 70:2
midst 128:21
MIGUEL 2:3
miguel_caridad@fd.org 2:5
military 14:23 16:6 109:14,22
122:16 179:16 180:3,6 188:6
militias 77:21,24 78:1
MILLER 139:18
millions 148:9,23
mind 18:25
mining 208:18,21,21
minutes 16:10 77:4 226:3
Miranda 163:4 165:22 167:23
missed 47:15
mistake 59:6
MODEL 63:14,15,20 64:19 77:21
moment 40:20 76:24 79:16
97:19 139:2 151:1,20
Momo 58:12,13,16,18,22 191:18
191:19 209:5,7,11
Momoh 97:8
Monday 194:11,13 195:1,15
money 48:2 56:8 148:1 187:11
187:13 199:20
Monrovia 13:17,20 22:22 23:3
38:6,8 43:14 60:20,23 61:7,14
61:20,21 62:13,17,20,21 63:9
63:22,25 64:13,20 65:12,13,16
68:18 91:10 96:10 122:12,19
182:12 183:4,20 184:1,5,19
184:21 185:3,12 210:17,22,24
210:25
Montgomery 23:14
month 27:5 31:10 73:19,20,21
174:12 178:1,6,8,21 179:11,22
180:6
months 74:4,5 177:21 180:18
182:3,5,11 183:3 200:6
morning 5:1,8 76:25 88:7 112:9
112:10 227:4,8
mother 11:25 171:18,19,20
172:4,6,9
motion 139:20 140:20 227:9
motions 26:22
motive 33:13,16 65:5
motorcade 20:1
motorcades 190:7
Mount 24:5
Moussa 94:12
mouth 50:25 59:10
move 5:14 10:25 12:20 85:11
87:14 127:18 134:18,23
183:19 184:9,24 194:16 195:2
moved 15:6 182:12,12 183:4
184:1,15,19 185:11
moves 117:1 124:10 152:5
moving 179:14 190:8
Mulbah 76:14,15 88:17 97:18
103:18 198:23
multiple 218:19,19
music 145:5,8 146:8,10,13 147:1
muzzle 128:18 148:17
muzzling 111:7

**N**

naked 24:21 29:13
name 5:16,18,18,19,23 11:21
12:16 25:4,18 26:3,6,7,14 27:4
32:9 37:5 43:3,4 45:13,14,24
46:20,21 51:20,22 74:10,11,18
74:22 78:19,20,21 82:24 83:25
84:1 86:6 95:11 96:24 109:18
112:6 114:17,20 115:14,15,18
115:22 116:21 117:21 118:13
118:18 131:15,17,19,21
141:18 147:9,11,13,20 154:18

154:18,19 160:20 167:5
168:14 170:15,17,18 171:8,10
171:13,21,23,24 175:23,25
176:8,9 213:1 219:23,25
220:25
named 43:12 44:12 76:14 88:17
96:24 97:21 107:10 153:7
185:21 191:17 196:11
names 97:4 171:3,5,6 173:23
174:2
Naples 2:18 8:3,8 12:7 30:22
37:19 74:8,18 83:19,21 84:1
87:22 88:24 94:3 96:22 97:21
106:17 155:5 164:5,9 165:6,8
167:16 168:2,4,15,17 218:5,8
221:24 222:14 223:6,9,12,20
223:22
narcotics 113:14
narrative 186:18
narrower 134:15
National 76:13 90:10 94:18,24
178:23 217:6,11
Nations 72:6,8 78:6
nature 113:23 122:16 223:1
NBI 38:11,12,16
near 29:4 158:17 184:18,20,22
184:25 185:11
necessary 21:13 161:10 211:11
need 111:2 164:8
needed 211:15
needs 140:21 164:6
negative 35:19
never 25:24 26:2,16 52:9,17,18
52:19 53:1,5,8,10 57:5 67:2,3
99:10 199:2 203:1,4,7,11,11
203:15,18
new 6:24 8:20 13:14,17,19,21
175:4,8
news 60:24
newspaper 90:3
newspapers 99:10 106:9
niggas 131:14
night 23:24 24:16 28:4,10,19
29:10 39:13 131:8
Nimba 5:22,24,25 37:4,6 208:24
nine 182:11 183:3 191:14
nodded 173:13
normal 162:5 183:11,13,13
north 2:9 70:16 111:18 137:8
156:20 228:6
notation 122:13 123:7
notations 167:8
note 139:19
notebook 129:15 130:24 149:7
notebooks 121:2 126:4,8 127:8
129:7 132:7 138:20 141:13,23
141:25 142:1 143:9,17 144:23
152:20
noted 126:2
noticeable 100:3
noticed 122:8 127:14
notoriously 109:8
NPFL 7:2 41:8,12,20,22 42:3,19
42:19,20 47:21 50:5 51:16
52:3 66:13 78:8 178:23 179:9
180:3,3,12,15 181:20
number 86:22 87:23 88:3,8 97:5
97:7,9,11,11,13,15,17 119:19
153:11 156:16 170:24 219:1
220:11 223:11
numbered 86:3 219:14 221:1
numbers 97:2,3 118:18
N-a-p-l-e-s 84:2
N-e-w 13:16
N-i-m-b-a 5:24
N.E 1:19
N.W 1:23

**O**

obey 55:10
object 33:11 90:14 109:6
objection 8:24 12:22 17:18
    18:16 20:3 25:11 32:14 46:6
    81:7 83:11 87:16 89:11 92:15
    111:10 117:3 143:19 152:6
    163:19 166:12 193:11 221:15
    224:11,19
objective 63:22 64:18,18 65:6
objects 194:3
observations 8:22
observe 34:4,18,19
observed 138:20 166:23 205:14
obstacle 189:18
obtain 94:18
obtained 106:18,20,23 117:11
    127:8 129:6
obvious 100:14
obviously 60:3 63:24 69:5
    101:12
occasion 222:1
occasions 16:5 169:22 181:14
    181:24
occur 98:10
occurred 33:15 98:24 119:23
    184:1 210:18
OCTOBER 1:7
Octopus 180:7
offer 170:3
offered 19:6 33:9 169:18,20
offering 122:2,4
offers 163:17 166:11 221:13
office 1:18 2:3 8:11 19:7 38:11
    57:13,25 58:1,2 73:1 119:3,9
    119:12,14,15,18,21,23,24
    120:1 155:18 158:23 160:2,4,9
    161:3 169:17 194:7 217:5
officer 113:9 114:24 119:19
    122:10,19 217:12 222:16
officers 118:13
official 2:8 152:15 228:6
officially 39:3 109:25 118:7
officials 102:22,25 161:24
Oh 44:22 45:1 47:22 49:20 50:15
    50:17 51:19 53:25 54:16 59:19
    61:4 65:5 71:3,9,11 72:16
    76:19 82:20 197:13
Ohio 112:12
Okay 10:14 16:21 41:3,16 51:2
    57:16 59:1,14 62:11 64:5 75:3
    103:8 141:17
old 6:2 22:25 177:14 178:4,4
once 15:12,20 19:19 22:24 23:6
    24:6 25:15 39:7 73:14,16,20
    74:25 86:18 95:9,13 114:15
    117:14 118:1 119:1,3,24 139:7
    157:14 158:19,20 160:17
    161:7 167:7 168:19 170:4
    175:24
open 4:4,6,8,10,12,14 28:1 34:1
    94:1 112:1 123:1 202:12,15,16
    204:2 227:1
opened 45:24 46:21,22 120:15
    141:11
operated 213:13
opinion 58:24 59:6 227:13
opportunity 34:8 45:6,6 89:2
opposed 33:6 206:22
opposing 149:6
order 34:12 52:11 59:20,23 60:3
    81:17 90:6 94:10,18,21 199:3
    201:4 202:22 211:11,15 216:3
ordered 44:15 52:19 60:13 81:4
    196:15 202:1,13,14,14,19,21
    202:23,25 203:1,18 210:3,6
ordering 59:2,7,16 60:8,13

80:24 90:16 202:3
orders 55:8 68:14 203:16 209:8
    209:11
ordinary 17:8 113:23
organization 40:14 41:10 54:15
    84:3 109:24
organizing 200:8
originally 112:11
originals 142:8,10,16 143:6,12
    143:24 144:1,3
Orlando 172:12 178:7,9,16,17
    180:18
Osibio 19:20,21
outcome 187:1
outside 95:15 115:4 120:11
    141:18,20 157:14 182:25
    210:17,22,24,25
outstanding 140:20,22
overall 19:22
overrule 111:10
overruled 8:25 17:19 18:19 20:4
    32:15 33:18 46:8 92:9 111:15
    111:23 122:20 143:21 224:23
overseas 195:12 214:12,22
overzealous 197:18,20,23 198:4
    198:12
ownership 150:13

**P**

pack 134:2 136:20 137:25
packets 25:25
page 2:13 3:10,10,24 4:2 109:17
    109:20 122:5 124:3 125:16
    129:13 131:11 132:4 133:7,15
    133:19 134:12,14 136:14
    137:19 141:22 142:3,4 149:24
pages 109:4,15 110:7,8 122:3
    123:8 127:5,8,11,14 129:6,15
    130:23 132:7 134:9 135:6
    137:2,15 138:18,19 144:15,16
    145:10 149:6
paid 48:11 53:17,19 199:21,23
    199:24
palms 42:18
pan 131:8
Papay 19:15,15
paper 85:12 88:6 99:9 101:17
    217:19 218:3,14,15 219:2,9
paperwork 174:21
paragraph 140:13
paragraphs 145:22
paraphrase 204:16
Pardon 53:21
parents 171:17
Paris 212:20,20
part 7:2 8:18 26:14 41:17 47:21
    51:11 59:3,5 60:16,18 61:5
    64:19 65:24 66:2,4,8,19 110:3
    110:24 113:16 131:19 167:20
    167:25 169:16 184:21 189:16
    189:17 200:4 203:10 214:7
    217:24
partially 6:24
participated 202:11
particular 9:23 21:17 26:20 84:5
    109:24 147:10 183:15,21
    184:21 185:17 189:16 194:15
    196:7 218:18 219:23
particularly 220:8
parts 167:18
party 90:8
part-time 6:18
pass 22:25 23:3 157:15
passenger 114:14,17 115:8,13
    117:16 118:8
passengers 114:25 119:8 162:6
passport 109:19 114:24 115:1,6

115:14,15,16,18,19,22,23
    116:20,23 117:14,23 118:2,3,4
    118:6 119:16 130:5,9 131:18
    138:16 154:2 157:4,5 159:8
    174:5,8,11,13,14,25 175:3,5,8
    175:10,20 176:22,23
paths 215:21
Patriotic 178:23
Patrol 52:16
Paul 198:23
pay 199:20
paying 48:9
peace 183:24
pegged 206:24
pending 140:20
penis 35:20,22,23 75:20,25
    76:10
Pennsylvania 1:23
people 12:12 28:12 38:18 42:3
    51:23 52:4,7 53:6,6 56:7 59:23
    65:7 66:24 70:6,8 73:2 76:20
    81:14 83:9,9 90:9 91:5,7,25
    92:5 95:18,19,21 99:14,21
    100:5 102:11 111:12 117:17
    148:23 152:18 160:14 183:8
    187:18,19,22 190:15,16,20
    199:10,12 200:21,25 201:4
    202:15,19 214:14,16 215:11
    215:15,17,25 219:3 220:19
    223:17
perceived 111:11
percent 88:5
performed 114:24
period 77:17 78:25 169:19 183:9
    188:7 192:10 206:6,8 209:14
    209:17
permission 150:15,18 167:13
permit 25:8
persecuting 71:21
person 9:24 10:1 52:1 86:23
    88:3 115:25 157:22 158:1
    191:17 202:21 205:10,13
    220:11 224:4,16,24
personal 188:9
personally 123:24 124:7 174:18
    174:21 184:8 205:6
personnel 96:9
persons 98:5 113:10 187:14
    214:25 220:17
perspective 111:6 209:22
pet 192:5,6,9,11
Phillip 11:22,23,25 12:18 13:22
    14:8,9,14,16,18 16:3,7,22
phone 17:25 18:2,11,14,21,24
    21:8,10 22:3 53:1 73:14 95:8,9
    153:11
phones 160:7
photo 84:11,16 100:6,20 102:5
    102:17,23 103:9,12,16,18,23
    104:4,6 105:20,23 106:2 220:9
    220:13,22 221:20 223:4,25
    224:4,7
photocopies 126:9
photocopy 123:7 163:14
photograph 12:6,10,12 25:24
    85:7,9,13 88:3 107:1,2 109:19
    219:4 222:19,21,25 223:2,3,14
photographs 25:21 84:13,13,15
    84:19 85:1,2,3,4,10 86:3,4,5
    94:19 106:18,20 107:6,10,21
    217:20 219:14
photos 102:11 217:21,22 218:3
    219:12 220:25 221:1
photospread 84:10,16,18,22
    85:5,6,14,17,24 86:10,13,18
    86:19 87:11 98:14,19 98:20
    99:1 107:4,14,15,16,18,19,24
    108:1 218:16,17,18,22 221:11

photospreads 84:7
phrase 92:21 111:18 192:6
    197:25,25 198:1,2 208:15
physical 34:18 103:5,6,8 204:4
    219:8
physically 53:6 161:18,19 203:6
    205:4 217:24
pick 18:23 19:11,12,15 86:18,21
    88:21 103:15 104:3,9 139:9
picked 88:2 221:20,20
picture 8:2 12:17 13:3 30:15
    99:9 101:17 102:6 103:10,15
    104:3 115:13 218:22,25 219:1
    223:21,24
pictured 222:24
pictures 100:11 102:6,25 107:24
    218:13
piece 88:6 217:19 218:3,14,15
    219:2
pistol 10:25 11:8 97:25
pistols 8:21
place 10:8 30:18 55:23 65:17
    114:15 115:2 135:20,23 136:4
    136:8 158:16,17 159:2,7 162:8
    169:15,16 170:19 176:13,21
    176:23 179:23 184:22 205:7
    205:19
placed 30:18 31:3,12,15,18,24
    32:10 36:11 74:25
Plaintiff 1:5
plan 54:10 148:19
plane 114:23 157:4,15 162:8
planned 96:6,15 160:23
planning 155:18
please 5:1,7,16 59:10 77:4,8,10
    83:25 112:6,11 113:6 115:25
    123:17 126:7 128:15,25 130:8
    131:4,11 133:12 135:17
    136:18,22 137:6,23 139:13
    140:25 145:13 150:9 154:18
    158:4 164:3,11 168:3,6,16
    192:24 223:8 225:2 227:5
plot 128:17
plumber 6:11
plumbing 17:6
Po 61:13
point 11:1 16:7,24 34:12 62:7,8
    67:15 77:13 78:23 90:11 97:4
    111:16 115:25 147:14 158:4
    159:3,16,21 160:2 161:11,18
    162:22 170:3 173:16 181:16
    181:18 185:2 196:14,21,23
    199:13 200:10 202:12 210:9
    210:13 220:16 227:3
poking 90:21
police 80:12 90:6,10 94:18,24
    198:23 217:5,6,8,12 222:7,15
policy 162:5,7,17
political 90:8
poor 81:14
pops 175:24 176:2
Port 156:18 174:17 212:22
portion 111:17 123:22 128:8,12
    128:15 129:23 130:1 131:1,4
    131:10,12 132:16 133:3,19,22
    135:14,15 136:10 137:4,7,18
    138:3 150:3 165:3 166:6 195:2
portions 110:11,13,16,24 127:6
    127:7 129:19 130:20 132:11
    132:14 135:10
poser 132:21
position 19:24 51:9 86:22 87:23
    178:20 191:3 194:17,23
positive 35:20 88:4,5
possession 110:1 118:24 122:8
    122:17 222:20
possibilities 149:19,20
possible 67:12 147:17 183:13,13

**Possibly** 146:1,9
**power** 184:6
**practice** 201:12
**precise** 128:21
**Precisely** 188:1
**prefer** 140:6
**preference** 193:3,8
**preferred** 82:6,7
**prejudice** 91:17
**prejudicial** 90:15,22 91:16 109:6 122:4
**prepared** 92:10 195:14
**present** 72:15 95:2 115:1 146:21 164:17 170:5 180:9 187:24 195:14 204:14,20,22,24 205:4 205:15,17 221:5 222:13
**presented** 33:12 85:24 91:13 115:14,15 167:9 218:14 221:11
**president** 6:14 7:17 17:24 18:1,5 18:14 20:10,20 21:24 40:25 42:4 44:3,4 47:25 51:5 57:1 69:2 80:14 99:4,5,25 100:25 101:1,8,9,15,23 173:7,14 179:20 186:12,15,22 187:12 187:15,21 188:1,2 190:6 224:6 224:7
**presidential** 190:5,7
**President's** 190:8 208:11,15
**press** 90:3 204:14,16,21,23,24 205:2,4,13
**pressed** 75:12 200:17
**pressing** 35:4 76:8
**presumed** 153:1
**pretty** 78:19
**prevented** 98:6
**previous** 57:19 174:24 175:3
**previously** 12:4 30:12 87:3 104:17 116:11 123:12 126:14 128:8 129:20 130:20 132:11 133:19 135:10 193:21 218:6 218:15
**primarily** 182:19
**primary** 113:9
**Prince** 51:23,24
**print** 167:5
**prior** 7:2 18:4 21:6 25:23 33:6,9 33:11 160:24 164:19 182:12
**prison** 30:17 39:12,14,15,16,17 61:24 76:17
**private** 149:17
**privately** 158:24
**privy** 188:25
**probably** 93:1 101:20,23 111:5
**probative** 90:15
**probed** 91:19
**problem** 181:12 198:12
**problems** 211:4,6,8
**proceed** 169:10
**proceeded** 118:1 159:18 160:11 160:12,14
**proceedings** 1:13 4:4,6,8,10,12 4:14 25:1 28:1 33:1 34:1 90:1 94:1 109:1 112:1 122:1 123:1 226:1 227:1 228:3
**produce** 159:8 227:9
**profanity** 109:5 110:5,7,13
**profile** 113:15
**profusely** 95:16
**program** 84:14
**progress** 208:17,19
**progressed** 212:1
**project** 11:14 17:1,2 192:3,5,6,9 192:11 208:20,22,23
**projected** 223:5,14
**projector** 223:3,4
**prominent** 102:17,19 107:4
**promise** 168:11

**promote** 216:5
**prompted** 186:19,20
**proper** 33:14
**properly** 25:9
**property** 90:21 152:2 153:7
**proposition** 201:8
**propositions** 212:3
**protected** 14:10
**Protection** 112:16,18,22 113:7 114:5 120:9 142:19 152:17 154:4 157:1,3,9
**prove** 80:18 109:7
**provide** 138:25 171:1
**provided** 102:8 115:13,22 165:19 214:16
**provision** 120:8
**prudent** 27:3
**public** 2:3 103:3
**publicize** 149:16
**publish** 12:24 87:18 117:6 124:15 125:8 127:24 164:2 167:13 223:7
**published** 110:14
**pumping** 15:23
**punch** 203:8
**punish** 81:16
**punished** 81:5
**punishment** 58:17
**pure** 110:24
**purpose** 42:25 43:1 89:7,8 107:14,15,16 157:5 161:2
**purposes** 163:7 165:24 221:7
**pushed** 28:23 62:3,23
**pushing** 81:6
**put** 13:3 28:19,21,22 29:12,14,20 31:22 32:4,7 34:3 35:2,16,19 36:22 37:23 50:25 59:10 73:5 75:18 79:9 82:17,17 84:11 85:5 100:11 101:17 102:17,22 128:25 139:8 140:7 142:5 145:12 147:4 175:10,14,19 176:24 177:1 182:13 186:9 187:4 206:6 218:2,3,5 219:2
**putting** 84:16,18,22 111:13 194:3

**p-o-p-s** 176:2
**p.m** 123:15 124:14 126:17 127:22 139:15,17 141:1,4 149:4 151:18 152:8,13 153:25 154:10,16 156:25 163:9,21 166:1,14 192:25 193:17 195:20 216:12 227:7

---

**Q**

**question** 26:16 40:22 49:18 71:25 80:18 97:21 109:13 143:5 164:21,23 168:25 173:4 175:16,18 176:16,17,21 224:13
**questioned** 24:16,18 25:14 28:4 28:7 35:1,7 80:23 91:13 111:8
**questioning** 28:19 35:9 36:1 164:18,20 192:14 204:8
**questions** 25:16 28:9 41:4 49:15 68:15 72:14 83:14 106:13 108:3 149:8,11 154:7 164:25 170:8,10 171:25 174:4 176:6 186:19,20 199:13 204:3
**quit** 55:18,20,21,22
**quite** 31:8 95:20
**quote/unquote** 204:21

---

**R**

**R** 228:1
**radio** 12:13
**Raise** 135:18
**ran** 39:21,23

**range** 201:21,22
**rap** 109:4,7 121:3 126:5 127:4,5 145:1,3
**reach** 23:7
**reached** 199:22
**reaction** 95:17
**read** 92:25 106:9 128:12,15 131:2,4,11 132:14 133:3,7,22 133:25 134:12,14 135:15,17 136:7,16,18 137:6,21,23 163:4 163:4,25 164:1,11,12 165:10 165:14,21,21 166:22,23 167:22 168:6,8
**reading** 122:13 127:12 132:16 165:1,4
**reads** 131:22 136:4
**ready** 123:18 126:20,22 140:16 178:18
**realized** 33:4 100:25 101:3 145:3 204:9
**really** 138:7
**REALTIME** 1:25
**reason** 42:12 43:20 58:17,21 66:21 67:1 144:18 207:24 208:4
**rebel** 63:13 64:25 68:9 69:3,7
**rebels** 20:14,15 28:11 60:22 65:25 66:3,4,9
**rebut** 33:14
**recall** 114:7 117:21 118:14,19 141:19 149:8,11 157:17 170:12 172:19,20,21 174:13 179:17 192:18 195:22,25 196:7,24,25 206:10 208:15 219:20 220:16
**recalled** 179:18
**receive** 17:24 85:1
**received** 3:8 12:25 18:1,11 85:1 85:3 87:20 117:5 124:13 127:21 152:8 163:3,21 166:14 209:7,11 218:6 221:17
**receptionist** 194:8
**recess** 77:1,6,7 139:13,16,17 192:24 193:16,17
**recite** 165:3
**recognizable** 102:20
**recognize** 8:2 12:5,10 30:13,24 37:21 87:8 99:23 101:23,24 116:17,23 123:18 126:20 127:1,11 129:3 130:16 132:4 133:15 163:11 166:3 218:10 219:13,16 220:11,14,15,17,19
**recognized** 86:5,22 88:9,21 217:23 223:25 224:24
**recognizes** 107:17
**record** 5:17 15:22 29:2 83:25 116:4,6 128:15 131:5,12 133:25 135:17 136:18 137:23 147:2,16 148:19 158:7,9 193:10
**recovered** 47:19 118:19,21 119:1
**recross** 152:10,12
**Recross-Examination** 3:1
**recruited** 42:5
**recruiting** 41:24
**Red** 39:16,17
**Redirect** 2:17,21,25 3:2 79:18,19 106:14 149:3 153:24
**refer** 109:4,14 114:1
**reference** 86:9,10 92:14 109:15 181:19
**referenced** 158:1 180:7 185:20 196:10 208:19 211:18
**references** 109:22 110:9 122:18
**referencing** 211:18
**referred** 97:25 111:12 126:4 151:6 204:18 218:15

**referring** 10:11 120:17 124:24 151:22 204:10
**refers** 122:10
**reflect** 15:22 29:2 158:7
**reflects** 116:6 158:9
**Refugees** 78:7
**refused** 26:21 170:10
**regard** 155:8 156:5 157:2 159:14 165:11 166:21 171:20 172:25 175:7 176:16 177:11,25 178:11 179:13 180:14 183:6 183:17,23 184:17 185:5 187:17 188:12 189:2,6 191:13 192:15 196:9 197:20 198:4,15 198:21 199:25 200:12,15 202:7,24 203:23 205:12 207:20 208:12 209:10,21 210:20 211:2,14 212:9,17 215:4 216:2 217:18 221:2 224:18
**regarding** 108:8 140:20
**regards** 11:12 35:12 162:24
**region** 94:17 183:1
**regular** 10:8
**regularly** 9:12
**regulations** 54:1 55:9
**reintroduced** 160:19
**rejoin** 50:4
**relate** 194:18
**related** 140:4 206:8
**relates** 26:25 139:19
**relating** 196:10
**relation** 115:2 181:16 182:22 185:17
**relationship** 30:7,9 180:11 186:4 186:6 197:9 207:17,21,25 217:24
**relative** 188:8
**relatively** 193:24
**relaxing** 43:17,18
**release** 150:23 152:1
**released** 38:8,19,21 39:7
**releasing** 150:15
**relevance** 46:6 122:15
**relevant** 25:14 98:11 109:22
**relied** 213:19,20
**rely** 227:12
**remain** 119:21 164:15
**remained** 47:21
**remarks** 210:16 219:17 224:9
**remember** 12:16 16:12,17 17:13 26:1 29:15,15,15 31:7,10 46:23 52:10,18 53:4 58:15 61:11,12 63:6,7,17 64:16 73:20 76:2,4,12 77:16,18 78:17 79:3,4,11 127:12,13,14 227:5
**remembered** 81:25
**reminded** 214:17
**remove** 198:9
**Renovation** 17:4
**Renovations** 17:3
**repeat** 20:8 165:13
**repeatedly** 11:14
**replied** 88:4
**report** 14:2 55:16 80:10
**reported** 2:7 80:1,4
**reporter** 2:8 112:7 228:6
**Reporter's** 3:5
**represent** 125:4 164:19 184:6
**representative** 90:8
**represented** 72:17,20
**reputation** 21:3
**request** 98:2 144:20
**requested** 209:20
**requests** 187:19 188:3
**Research** 179:24
**resemblance** 102:3

**resemble** 107:8,12
**resided** 111:22 182:19 184:18
**residence** 14:17,19 19:18 22:14 95:10 177:7
**residency** 184:25
**resident** 6:15 194:5
**residing** 184:14
**respect** 26:4 91:20 99:14,17 123:6 124:2 126:8 138:18,22 162:17,18 194:15 211:12,15
**respond** 158:25 162:20 168:25
**responded** 159:1 169:1
**response** 20:17 25:12 89:9 94:6 94:10 161:5 171:7 173:9 176:19,25 201:9 202:11 204:1 204:6 212:3
**responsibilities** 11:12 113:7,9 113:11,16,22 154:4 191:8
**responsibility** 11:19 14:3 56:25 199:25
**responsible** 19:25 67:13 68:12 69:9 85:23 189:8 199:18 200:7
**responsive** 170:8
**rest** 92:23 140:3
**restrain** 52:23
**restrained** 161:18,19
**result** 185:7
**resulted** 211:4,7,8
**Resume** 4:4,6,8,10,12,14
**retain** 138:23
**retained** 115:20 138:24
**retreating** 61:25
**retrieve** 118:11 159:23
**retrieved** 118:12,16
**return** 36:20 47:8 98:13 122:13 139:13 207:16,25 227:4
**returned** 38:6 49:4 178:14,15,16 178:17 180:18 196:14 199:15 207:22
**returns** 5:6 77:9 141:1 195:20
**review** 86:4 217:21
**reviewed** 99:17 106:5 227:10
**reward** 168:11
**rhythm** 146:4
**Richard** 222:15
**rid** 66:25 67:21 81:10
**ride** 111:18 134:1 136:20 137:8 137:25
**rifle** 11:4
**rifles** 203:12
**right** 6:3 9:8 10:15 11:15 15:17 22:14,21,21 23:9,10,11,13,16 23:17 28:23 29:5 33:4 39:12 44:6 45:8,10,18 46:11,12 48:2 48:15,19 49:11,22 50:18,22 53:20 55:8 56:9,13 57:6,8 58:24 59:3,8,21 60:14,16,20 61:23 62:8 63:5 65:4 67:11 69:3 70:11 73:3 76:8,11 77:6 78:16 79:5,5,6 81:10 82:2,9 99:12,21,23 100:4,15,23 101:4 101:13,19,21 102:7,14 104:7 105:13 107:4 109:12 115:4,5 139:16 140:24 147:2,4,7,13,24 148:1,3,11,13,15,17,21,23 150:5 153:2,4 164:15,16 200:23 210:13 216:12 223:11
**rights** 80:11 161:10 162:22,25 163:4,5 164:1,12,22,23 165:1 165:3,10,12,14,15,16,20,21 166:6 167:2,21,22 168:8,9 210:1 211:3
**ring** 153:14
**River** 61:13
**road** 22:25 23:1,4
**Rochlin** 1:17 2:23,25 3:2 108:6 109:13 110:6 111:16 112:5 116:4,7,9,14 117:1,6,9 121:4

122:2,7 123:2,9,11,16 124:9 124:15,18 125:7,11,22,25 126:10,12,18 127:17,23 128:3 128:7,11,24 129:2,9,12,18,22 130:12,15,19,22 131:25 132:3 132:10,13 133:11,14,18,21 134:3,6 135:2,5,9,12,22,25 136:3,10,12,22,25 137:9,12 138:11,14 139:2,4,10 140:17 143:19 149:5 150:8,11 151:1,2 151:9,11,12,14,19 152:4,9 153:22 154:1,7 193:18,20 195:4 222:15 227:17
**Roland** 24:7
**role** 178:19 184:3 185:13,15 189:6,10 190:4 191:9,10,25 192:2 199:14 200:19,21 201:3 201:9 205:18 208:11 210:12 210:13
**roles** 199:16
**roll** 36:7,14
**room** 15:18 119:24 143:10,12 146:21 160:5,9,11,12,14,17 169:16 217:8,10 219:6,8
**rooms** 160:5
**Roosevelt** 185:8
**rope** 36:11
**route** 212:15,22
**Rover** 113:13
**row** 219:13,16 220:15,15,18,25
**Roy** 1:8 171:9
**royalties** 187:3,5
**rubber** 186:25
**Rufus** 97:14
**ruled** 26:12 139:23
**rules** 54:1 55:9
**ruling** 140:11 193:5
**run** 55:22 132:20 133:4
**R&B** 146:2 150:2,5

**S**

**Sackor** 38:17
**safe** 39:9,9 98:13 101:21
**safeguarding** 11:18
**safety** 39:8
**Sagleipie** 37:4,6
**Samuel** 42:4
**Sando** 90:7 91:1 95:11
**sandwiched** 69:23 70:1
**sat** 160:18
**Saturday** 195:12 214:4,4
**saw** 7:22 10:13,21 14:21 15:20 15:21,21 19:20 24:7,7 29:24 31:16,16,16,17,18 34:20 37:23 38:17,17,17,18 45:11 56:7 58:1 59:2,6,12,16,23 60:1,8,11 60:25 75:1 79:23 80:10,23 99:10 100:5 115:18 123:3 125:1,5,19 144:7 145:3 157:8 157:19 158:1 177:22 178:2 180:5 198:25 199:2 202:15 203:6,7,11,11,13,15 204:2 205:6,10 210:3,5
**saying** 25:4 34:6 36:17 44:14 186:17 211:2 213:16 215:8 220:16
**says** 146:2 150:2 152:23 153:6 164:21
**scare** 92:1
**scars** 35:25
**scene** 131:9,14 135:18
**scheduled** 104:11,11,25
**scheduling** 193:19 195:6
**scholarship** 19:2,3,6,9
**school** 6:9,10 11:20 50:8 171:9 178:12,18 184:12 214:12
**schooling** 6:8 16:18 49:6

**schools** 17:3,3,4
**screen** 7:25 110:12 117:7,10 124:16,19 125:8,12,15,18 127:24 128:4,13 129:4,10,13 129:24 130:10,17 132:5 133:16 134:7 137:1,13 145:12 145:20 149:23 157:4,5 163:6 218:6 223:5
**sea** 40:3,4,6
**Sean** 153:7
**search** 120:8
**searches** 106:11
**seat** 36:20
**seated** 5:7 77:10
**second** 122:5 132:25 136:13 147:11,12 167:25 181:9,10 182:2 184:22,22
**secret** 43:11 44:1,2,3,5 48:13 49:9,11,17 57:3 190:1
**section** 7:10 111:19 122:13 133:6 134:14 158:22 166:25 168:3,7 175:19 185:10
**securing** 190:6
**security** 6:19 7:6,10,16 11:20 14:6,7 19:20,22 39:13,17 54:14 91:9 96:10 154:22 170:24 188:9,14,16,22 190:6 190:13 206:15 209:13 211:9
**see** 7:18,21 9:4,12 10:18,24 14:11,14,18 15:1,13,19 16:3 19:15,19 20:10 21:9 23:14 24:6 29:20,23 30:16 31:12,15 34:3,15 36:13 37:9,15 38:16 45:10 52:13 54:19 55:11 57:25 76:14 82:19 91:17 91:17 101:20 110:10 115:16,21 124:24 125:12 128:18 129:13,23 131:14 132:22 134:7 136:13 137:4,13,18 145:20 147:9,11 147:13,14 148:23 149:24 150:2 153:16,17 157:1,2,13,20 157:22,25
**seeing** 26:1 58:1 127:15 157:17 177:25
**seek** 33:2 87:18 111:19 117:6 125:7
**seeking** 90:5 187:22
**seen** 10:1 11:1 25:24 26:2 67:10 92:13 99:24 107:6,10 146:21 178:3 203:21,24 217:1 220:2,6
**seize** 152:18 153:1
**seized** 109:3 130:5 141:8
**selected** 87:22
**sell** 147:24 148:3
**send** 19:9 21:16 67:18,20,22
**sending** 18:22
**sent** 19:15 47:25 48:3,17
**sentence** 92:16,22 140:6 193:12
**separate** 57:17 114:4
**series** 217:20
**serious** 96:12
**seriously** 203:19
**Service** 6:20 7:6 19:22 85:3 102:7,8 106:21,24 157:9 190:1
**services** 19:20 54:14 118:7 188:14 206:15
**session** 169:11
**set** 107:19 138:24,25 145:8 146:8,10
**setting** 189:6 216:23
**settlement** 13:20
**seven** 66:9
**severely** 96:12
**sexual** 110:9
**shape** 206:3
**share** 184:6
**sharpen** 224:13

**Sheikh** 38:17
**shift** 30:10 51:10
**shipped** 73:6
**Shit** 136:19 137:24
**shoot** 21:16 43:7,9,25 44:15 45:25 46:3 47:10 48:17 67:22 202:2,3 203:14,15 213:14,15
**shooting** 111:7 201:22
**shoots** 46:18
**shop** 85:18
**short** 77:7 112:22 193:17,24 195:16
**shortly** 39:25
**shot** 42:17,18,23 43:2,4,8,11,12 43:16,19,20 44:1,10,17 45:2 45:15 46:1,11 47:5 48:19 134:20,25 201:23,25
**shotgun** 15:25
**shots** 47:7 128:20
**show** 8:7 12:4 15:4 30:12,21 36:4,18 63:17 84:7 85:4,17 86:2 87:2 88:17 90:17 103:9 103:12 217:16,19 222:11
**showed** 14:3,5 91:5 98:20 99:1 103:18 105:23 106:2 158:14 160:19 222:13,18,19,21 223:24
**showing** 7:25 37:17 100:15 123:12 143:12 163:6 165:23 221:6
**shown** 85:9 87:11 88:13 116:10 126:13 223:2,3,15,18
**shows** 111:21
**shut** 208:22
**side** 11:1 15:20 70:1,2 85:9 95:8 119:24 132:22
**sidebar** 4:1,3,5,7,9,11,13 24:23 25:1 32:23 33:1 90:1 108:8 109:1 121:7 122:1 192:22 226:1
**sides** 85:12
**Sierra** 40:9,10 71:12
**sign** 88:9 151:23 166:25 167:2,3 194:9 220:25
**signal** 21:7,13 22:1
**signature** 109:19 130:3,5,5,8,9 131:16,17,19,22 168:14
**signatures** 87:12
**signed** 109:17,17,20 131:15 150:24 151:25 167:7,10,11 168:13,19 174:22 183:24 221:4,12
**silent** 164:15
**similar** 84:19,23 100:11 103:1 107:13
**similarly** 26:5
**simple** 110:25
**simplified** 26:24
**simply** 127:6 186:18
**sing** 147:6
**singing** 146:2,4 148:11 150:2,5
**single** 67:1 141:22
**sir** 49:15 50:25 54:25 56:17 63:14 112:6 113:16 115:21 116:10 117:10 120:18 123:12 141:10,12,14,19,21,24 142:2 142:9,11,13,15,21 143:7,10,25 144:2,5,13,16,18,24 145:9,24 146:1,3,7,13,15,19,21,23,25 147:3,5,8,19,21,23,25 148:6,8,12,14,16,18,22,24 149:1,13,23 151:3,15 153:8,10 153:12,15,18,20 154:2,20
**Sise's** 94:12
**sister** 70:9 185:25
**sisters** 214:12,22
**site** 134:2 136:20 137:25
**sitting** 15:18 45:5 116:2 158:6

**situation** 63:8,11 90:11 91:8 96:10,12 169:2 183:10,12 188:6,10 191:21 198:19
**situations** 139:25 162:5 193:7 195:23 196:3,4
**six** 84:19 100:11 102:8,9 106:22 107:21 112:19 131:13 190:21 200:6 218:13 226:3
**skills** 17:6
**skin** 36:12 85:11
**SL** 3:21 221:7,8,10,11,13,17
**slapped** 202:12,15,16 204:2
**sleeve** 36:14
**sleeves** 36:7
**small** 159:12 163:2
**smaller** 132:22 160:12
**smear** 111:2
**Smith** 2:22 108:7 112:2,8,9 122:7 124:2,19 125:12 126:1 126:13 127:11 128:4,12 129:3 129:13,23 130:16,23 132:4,14 132:22 133:15,22 134:7 135:1 135:6,15 136:4,13 137:1,13 138:2,15 139:5 141:6,8 149:6 150:12 153:7 157:8,13,17,19 158:12,13 159:2,8,22,22 175:14,19 213:2,4,5,7,11,14 213:15,16,19
**smoke** 35:16
**Snow** 185:21,22,23,24
**Social** 170:24
**society** 55:21 80:7,8,9
**soldier** 47:1 52:5,16 65:1 132:25 203:25
**soldiers** 7:19 8:14 9:6,7,9 14:25 15:2 52:15,21 59:2 60:6 64:24 64:25 80:24 81:3,21 109:11 132:19 134:17,18,19,20 135:21 136:8
**somebody** 18:23 21:10 44:5 53:6 54:19 70:5 72:14 75:12 109:10 145:7 153:7 157:13 198:19 202:12,15 203:6,17 204:2 213:5 220:15
**somewhat** 100:20
**son** 11:19 18:5 57:9,12 66:15 67:13 99:4,25 100:25 187:24 188:1 208:11,15
**son's** 11:21
**soon** 22:25 23:7 38:8
**sorry** 13:7 20:16 22:4 25:2 33:2 35:21 38:23 46:2 47:24 49:10 54:22 56:16 57:21 58:5 63:16 75:4 83:11 123:23 131:24 138:8 165:13 197:13 219:15
**sort** 63:24 72:12 206:6
**sound** 91:22 201:3
**sounded** 201:9
**South** 156:20
**SOUTHERN** 1:1
**Spain** 156:18 174:17 212:22
**Spanish** 163:23
**spatial** 85:8
**speak** 34:8 35:3 73:14,15 76:18 76:20,22 82:4,9 100:5 117:17 158:21 223:10
**speaker** 4:18 215:16,18
**speaking** 34:4,7 78:6 82:6,7,13 160:25
**special** 6:19 7:6,9,16 8:20 12:14 19:20,21 54:14 57:22 83:18 85:20 118:7 154:21 155:20 160:13,18 188:14 208:12 222:14
**specific** 25:16 140:4 192:18 193:2,9
**specifically** 7:4 35:12 78:22 86:6 113:21 114:12 155:11 162:15

**specifics** 202:4
**specified** 206:22
**specify** 78:13
**speculation** 8:24 32:14 83:12 143:20
**spell** 5:16,23 13:15 24:8,9 28:17 83:25 112:6 154:18
**spelled** 5:18,19
**spent** 179:10,14 183:4 212:23
**spiral** 121:2 126:4,8 127:8 129:6 141:25 143:24 144:23 149:7 152:20
**spoke** 45:23 101:19 172:5 214:3 215:14
**spoken** 104:19 211:21 214:25
**spreading** 185:9
**squeezing** 70:2
**SSS** 7:12 9:21 19:12,13,22,24,25 24:11 51:11 53:15,17,19 54:13 55:3,5,9,18 56:1,21,25 60:16 66:19 78:10,15 79:24 188:14 188:17,19,20 191:24 206:15 208:5
**St** 177:1,2
**stability** 188:8
**stage** 48:1
**stairs** 158:16
**Stamp** 147:20
**stand** 29:18 83:19 100:16 132:19 133:4 194:4
**standing** 59:12
**star** 77:13,20
**Starbucks** 85:18 86:15 104:12
**start** 47:10 53:13 58:1 94:10 170:13 178:18 194:2
**started** 11:10,17 47:9 62:25 155:9 170:14 184:12 185:10 200:1,4 210:1
**state** 5:16 18:22 31:19 63:4,7 80:12 83:25 184:24 191:11 192:3 208:11
**stated** 9:23 94:6 170:18 174:12 187:10,10,25 191:14 192:2 198:16 204:14,22 205:3,3,8,13 206:1 208:14 220:6,12 224:4,6 224:24
**statement** 33:6,10,12,16 139:24 166:6 167:21 168:8 179:6 185:2 193:6
**statements** 33:3 139:21 202:7 224:21
**States** 1:1,4,14 2:8 70:13,21,22 73:10 102:12 108:6 112:16,17 113:10 116:20 117:1 120:11 124:10 127:18,23 152:5 154:11 161:24 179:20 212:24 212:25 228:6
**stating** 28:3
**stations** 160:6
**stay** 23:24 29:4 55:21 215:22
**stayed** 42:9,10 73:12 96:5 119:25
**staying** 96:4
**stays** 128:17 132:20
**Ste** 2:9
**steel** 29:8
**step** 36:4 83:16 108:4 131:7
**sterile** 115:4 117:22
**Stockholm** 217:7 222:7,8
**stolen** 175:3
**stood** 189:20,21
**stop** 55:14,15 64:15 65:9 212:24
**stopped** 19:14 23:12 118:7
**straight** 23:1 29:1,1,8,18
**strategies** 21:15

**strategy** 21:18,22 67:18,20,21
**stray** 110:9
**street** 1:19 2:4 95:18 131:7
**streets** 94:13 185:11
**stricken** 194:15
**strict** 198:9
**strike** 27:4
**strip** 183:18
**stripped** 24:21
**strong** 102:3 211:16
**stronger** 63:9
**struck** 197:5
**structure** 119:5
**stuff** 148:17
**stupid** 80:17
**style** 205:23
**subject** 113:25 157:6 161:8 162:7
**submitted** 174:22
**subsequent** 96:7
**suggestive** 85:7 100:9,18 107:22,23 108:1
**suit** 116:3
**suitcase** 118:18 141:8 142:5,7 144:22,22
**Suite** 228:6
**Sulaiman** 97:6 216:24 217:1,4 217:10
**summarize** 63:18
**summer** 178:13
**Sunday** 43:17,19
**sunglasses** 12:15
**superintendent** 11:14 16:25
**supervisor** 112:21 113:4
**supervisors** 162:16
**supplied** 26:5
**supplies** 199:21,22,23,24
**supply** 128:22
**supplying** 20:14,15
**support** 6:14
**supported** 6:25
**supposed** 86:6 114:12 148:23
**sure** 9:18 14:10 27:6 45:1,1 74:17 92:12 99:8,10 100:8 158:6 160:5 164:14 190:7 193:19 197:11 199:20,22 214:13 217:14 220:12 223:11
**surprise** 65:22
**surprised** 18:11 20:7,8 140:10
**surround** 52:24
**surrounding** 63:11
**suspected** 70:5 215:22
**suspended** 58:18,22
**suspicious** 17:16,23
**Sustained** 83:13
**sweat** 128:19
**Sweden** 216:21 222:7
**Swedish** 217:6,11 221:4 222:15
**swerved** 197:3,6
**SWORN** 5:10 83:21 112:2 154:14
**system** 80:11
**S-m-i-t-h** 112:8

_____

**T**

**T** 228:1,1
**tabie** 28:6 36:25 52:7
**tabied** 24:21 28:7
**table** 2:12 116:2 218:1,2 219:2
**tactics** 121:1 144:11
**tacts** 111:18 137:8
**tag** 118:18
**Taiwan** 19:1,3,9
**take** 14:18 15:6 19:17,25 22:3,5 22:6 24:1,14 26:18 35:4 36:7 36:22 40:8 64:20 65:3,8 66:15 66:17 68:6,12 69:6,23 76:25

**77:3** 92:22 94:15,19 96:17 115:2 125:23 128:24 130:12 131:13,25 133:11 134:3 135:2 136:10,22 138:11 139:12 140:19 150:8 153:7 158:16 165:7 168:16,21 169:15 195:5 196:20 205:7 214:14 217:21 221:22 223:21 226:6 227:9
**taken** 12:17 22:11,13,14 23:19 34:12,15 37:3,4,12 38:1,4,10 38:11 42:12 48:21 61:4 89:5 107:1 144:22 152:20 168:12 198:17,23
**takes** 69:12,20
**talk** 31:21 32:10,18 66:7 67:5 79:9 82:14 134:1 136:19 137:24 158:23 159:10,12 161:2,6 162:18 164:23 188:9 195:6 206:2 208:7
**talked** 66:9 79:12 105:8,13,22 106:7 111:9 159:12 162:15 215:5,11
**talking** 21:20,23 67:11 119:6 140:12 143:10 186:17
**talks** 111:7
**tasked** 113:14,24 190:6
**tasks** 60:9
**taught** 213:12,12,14,14,15,16,18
**Taylor** 1:8,9,10 6:15,25 7:8 9:3,4 9:12 10:2,3,6,12,18,25 11:10 11:13,16,22,23 12:4,14,18 13:8 13:9,10 14:12 17:1,24 18:2,5 18:14 20:10,20 21:15,19,22,23 21:24 22:22 35:2 40:22,24,25 40:25 41:10 44:4,4,6 47:25 48:4,9,14,21 49:21 50:12 56:13 57:1,19,23 58:1 59:11 59:12 63:2 65:9,10,24 66:24 67:4,21 68:8,14 69:5 71:20,23 72:3,17,20 75:16,17,18 76:3,6 76:7 78:4 80:14,21,24 81:4 82:15,17,24,25 83:7,10 87:1 88:1 90:18,19 92:5,6 98:6 99:21 101:8,9,12,25 105:11 109:21 122:12,18 131:21,22 147:11,22 171:10,12,14 173:3 173:7,14 175:21 177:23,25 178:20 186:4,7 187:20,23 209:12 213:23 214:2,19,20,21 214:24 220:20 224:5,7,8,25
**Taylor's** 8:11 10:4 11:8,23 15:10 67:18,20
**Team** 89:9 94:7,10 113:13
**telephone** 4:17 18:1
**television** 101:19
**tell** 18:14,21 20:22,23 21:9 34:23 34:25 49:10 66:2,6,8,8 76:10 78:7,10,22 82:15,15 86:1 112:11 116:1 118:23 120:24 125:18 130:1,8 131:14 139:5 143:9 146:20 154:18 161:16 194:19 215:24 217:16 222:21
**telling** 49:16 60:25 169:1
**Temba** 29:24
**temporarily** 58:8,18
**temporary** 58:13
**tender** 139:10
**tension** 198:12
**term** 97:21 180:7
**terms** 186:6 197:14 200:21 201:12 215:1 224:22
**territory** 181:20
**terrorist** 43:3 47:2
**testified** 92:18 98:12
**testifies** 140:14 195:1
**testify** 25:8 29:5 107:14 111:11 122:8 193:13 194:1,12,14,24 195:9 217:1

**testimony** 27:4 111:14,22 126:1 139:20 140:20 151:7 195:2
**Thank** 41:3 51:3 79:17 83:15 106:13 108:2,4 135:1 138:11 149:2 150:8 153:21 154:8 165:6 168:15 178:16 221:22 223:20
**thing** 13:6 17:15,22 111:5 138:21
**things** 9:4 18:25 25:17 59:7 75:9 78:21 85:8 149:7,10 160:7 183:12 186:17 187:22 197:24 199:20 200:20 201:3 205:7,8 208:16 215:24
**think** 21:12 26:24 27:2 33:5,8 39:7,9,11 53:24 54:6,8 66:24 109:15,21 110:7 122:4,15 140:13 159:13 177:5 193:13 193:18 194:22 203:18 206:10
**thinking** 18:13,24 19:1
**Thomas** 2:18 83:21 84:1
**thoroughly** 120:16
**thought** 19:7 44:5 45:8 66:2,6,8 67:19 69:2 143:11 144:25 168:21 175:14,25 177:1 226:2
**thoughts** 216:4
**thousands** 148:7
**threat** 80:17 168:10
**threaten** 20:20
**threatened** 90:3,23 91:4
**three** 13:15 14:20 29:16 31:11 141:16,22 143:3 150:13 160:15,17 169:14,19 170:5 177:20 178:1,3,4,6,8,21 179:11,22 180:6,18 181:14,24 216:7
**three-way** 23:7
**thrust** 26:17
**thugs** 91:23,24 135:21 136:8
**Thursday** 214:5
**ticket** 159:15
**tickets** 159:21
**tie** 24:21 52:7 69:22,23 195:2
**tied** 28:5 53:1 68:4 183:21
**timber** 186:25 187:3,4
**time** 4:16 6:8,11,20 7:17 11:1 13:14 20:24 21:4,9 25:3,4,5,10 25:22 26:12 30:10 31:8,10 33:4,7 35:7 36:3,22 37:1 38:6 41:23,23,25 43:18 44:23 46:14 49:2 53:18 55:1 56:12 58:13 58:18 59:22 61:12 64:10 65:9 65:19 66:7 68:17 70:23,24 71:18 76:25 77:16 82:20 83:2 87:15 88:22 95:23 98:3 99:12 101:24 105:5,8 106:1,3 113:1 113:4,17,17 117:16,17 118:19 119:13,17 120:4,15 124:9 125:1,7,13,22 127:17,23 128:7 129:4,10,18 131:8 132:10 133:18 139:10 152:4 156:25 157:8 159:15 160:16 161:3,23 167:9,10 168:13 169:19 174:3 175:9 177:14 178:3,5,20,22 179:4,10,14 180:1,4,16 181:20 181:24 182:8,22 183:1,9,15 192:9 194:17 197:2 206:6,8,15 208:9 209:4,14,17,22 210:10 211:1 212:14,23 214:3 216:11 216:12,17 219:21 220:6,10 222:2,11,18,19 226:5
**times** 14:20 70:23 99:9 109:25 197:23 198:8 201:16 218:19
**title** 112:20 144:9 179:1,3,5
**titled** 121:1
**Tobago** 207:15
**today** 115:21 128:9 130:4 142:10 144:1,21,23 151:3

157:25 193:21 194:7 195:10
**Togo** 212:19,19
**told** 18:15 20:18 21:8 23:20 32:21 39:21 43:20 50:8 67:3 69:5 70:22 75:9,12 76:4,6,7 78:11,11,14,24 79:3 81:23 82:1 102:2 140:5 143:16 146:22,24 157:23 160:20,22 162:15 175:20 180:17 193:22 194:19 214:9 215:17,20,21 216:6,9 217:19 220:25
**tomorrow** 195:10,13,17 226:6 227:4,8,15
**top** 23:17 43:11 44:1,2,5 48:13 49:9 57:3 131:2 132:17 134:14 135:13 157:16 167:20 180:2 190:20 220:15,18,20,25
**torture** 35:2 76:6,9 111:3 202:25 203:1 205:19,20 213:15,16,17 213:18
**tortured** 76:3 194:19
**Total** 1:25 169:14
**touch** 35:25 85:13
**toughest** 190:19
**town** 13:14,17,19,21 45:6 68:21 185:11
**trained** 206:21
**training** 107:23 109:14 128:19 163:3 189:14 199:22
**TRANSCRIPT** 1:13
**transcription** 1:25 228:3
**transited** 212:21,25
**travel** 89:2,8 177:7 194:10
**traveled** 94:9,12,12 99:25 216:17
**treatment** 47:23,25 48:1,1,3,9
**trial** 1:13,22 85:20 89:10 94:8 194:16 217:2
**tribe** 13:18 28:15
**tried** 50:14 85:7,11
**Trinidad** 113:25 114:14 156:18 156:19,20 159:12 160:23 172:3,7,14,21 174:17 207:14 212:22
**trip** 19:1,3 89:5,7,8 94:3 96:4,7 96:15 177:17 178:6,6,8,9,21 190:6 181:9,10 182:2
**trips** 96:6 182:21,25
**trouble** 21:7,11,14 22:1 44:7,8 44:13 48:15 63:18
**truck** 19:13
**true** 80:11 135:21 136:8
**trust** 32:21 79:7
**trusted** 57:1 66:15 67:8,10
**truth** 20:22,23 72:9,10 134:1 136:19 137:24
**try** 49:21,21 91:25 128:22 132:19,20 133:4 136:1 153:13 191:3
**trying** 6:10 46:4 47:3,17 61:7 65:9 107:19,21 208:20,20 216:4,4
**Tua** 22:14,16,18 23:1,15 68:2,11 68:12,16,18,19,24 92:5,8,12 129:5 107:19,21 208:20,20
**Tua's** 22:23 23:4,8,19,24
**Tuesday** 195:15
**Turay** 97:8
**turn** 20:23 23:4,5,6,7 52:24 135:19 150:18 169:6 216:13 221:2
**turned** 23:9,10,13 45:24 91:1 138:17,21 139:8 159:22 198:22
**turning** 150:21
**two** 14:20 56:24 70:1,1 116:3 117:18,19 118:21 119:25 122:2 132:22 140:4 144:15 160:5,10 167:18 181:14,23

186:10 195:11 215:5
**type** 8:17 10:24 11:8 80:9 84:21 86:9
**types** 15:19 190:15 202:10
**T-h-o-m-a-s** 84:1
**T-o-w-n** 13:16

U
**uncle** 32:3
**uncooperative** 195:8
**understand** 26:13 34:6,7 60:7 66:5 67:15 71:24 164:22 168:9
**understanding** 58:6 150:12 187:8 194:13 196:19 211:17 211:19 213:18
**understands** 27:9
**understood** 58:8 165:17 167:1 195:4 196:17 215:9,11
**unfairly** 122:4
**UNHCR** 40:15 72:18,19
**uniform** 16:6 224:15,25
**uniforms** 224:9
**unit** 7:16 122:11 127:15 179:5,6 179:8,16 188:23,24,25 189:15 189:21,22 190:9 191:8 206:22 206:23 208:6
**united** 1:1,4,14 2:8 70:13 72:6,8 73:10 78:6 102:12 108:6 112:16,17 113:10 116:20 117:1 120:11 124:9 127:17,23 135:21 136:8 152:4 154:11 161:23 179:20 212:23,25 228:6
**upcoming** 139:20
**upper** 135:20
**urinate** 34:12
**use** 81:14 82:12 88:14 169:23
**usually** 13:12 21:16 30:10 67:5 81:14 146:10 147:1 190:20
**utilizing** 17:6
**utterance** 33:7,9
**U.N** 40:15
**U.S** 1:18,22 8:18 20:16 102:16 106:20,24 154:22,23 174:8,11 184:19 190:1 222:14

V
**various** 184:5 187:20
**Varmuyan** 25:13 31:16,18,20 32:7 37:7,9 38:1 81:22 85:15 85:17,19,21,21 87:13 97:16
**Varsay** 29:24 30:1 32:4 70:9,13 70:18 71:8 73:5 74:16
**Vattsjö** 217:11 222:17
**VD** 3:11,12,13 12:5,8,20,25 87:3 87:4,15,20
**vehicle** 197:3,5
**vehicles** 96:2,13
**version** 222:19
**vicinity** 94:14
**victim** 25:17 97:5,7,9,11,13,15 97:17 194:4,5,13,14,15 195:1 195:7,10
**victims** 27:8 84:8 91:20 96:24 97:3 101:3 193:25 211:22,25
**viewed** 86:18
**Vincent** 177:1,2
**violence** 64:22 65:12,13,15 109:5,11
**violent** 109:8 111:1,1
**Virginia** 212:21
**visit** 14:20 73:22 177:23 178:1 179:11,22
**visited** 73:24 177:16 181:21,23
**volt** 35:19
**voluntarily** 168:10
**vote** 50:19,20,21,23 51:1

**voted** 6:15 50:12,23 51:4
**vs** 1:7

W
**waiting** 139:18 150:19
**waive** 164:23 167:1 168:10
**waiver** 162:17 165:20 166:7,25 168:1,3,6
**walk** 36:17 46:17,19 159:11
**walked** 45:20 119:14 159:6
**walking** 183:8
**want** 19:15 20:16,22 26:18,18 27:6 30:11 36:22 53:7 69:16 85:6 90:21 92:25 100:14,16,18 110:25 111:16 139:18 140:9 140:13 141:16 147:1,4,6 194:25 195:5
**wanted** 6:10 33:8 39:17 60:4 81:12 84:23 86:3,4 100:11 103:1 104:6 147:16 162:18 168:23 193:10,18 195:15,17 206:13,14,21 214:13
**wants** 14:9,20
**war** 52:13 63:24 78:4 109:11 135:21 136:8 190:21
**warfare** 144:10 213:12
**warning** 128:23
**warrant** 156:1,2,3,5,7,8,9 157:7 157:23 161:9,12,15 162:8 185:7
**warrants** 162:6
**warring** 184:4,6
**Washington** 1:23 114:10 155:9
**wasn't** 23:20 26:8 54:11 58:16 65:7 79:5,6 80:9 81:6 142:17 174:2 198:16
**watch** 21:8,10 22:2 131:8
**watched** 215:23
**water** 35:2 82:16,17,18 169:22
**way** 11:4 23:6 29:7 33:13 49:23 57:4 69:12 71:8 81:5 85:6 92:21 107:1 119:15 128:18 148:21,24 187:4 192:4 194:16
**Ways** 128:17
**weapon** 11:1,3 201:18,21
**weapons** 10:24 15:13,15,19 203:10
**wear** 8:15,16,17 225:1
**wearing** 12:14 116:1,3 224:25
**weather** 159:13
**wedding** 207:3
**week** 14:20 31:10,11 73:17,18 215:6,7
**weeks** 31:7 186:10 215:5
**well-known** 99:7
**went** 15:10 26:10 28:24 29:1,8 40:11 42:12 47:22,22 49:5,5 50:8 54:10 58:18 61:24 62:8 62:12,12 64:16 69:13 73:8,10 77:23 90:5 94:6,23 95:2 118:10 119:3,18,24,25 120:15 158:13 177:9,12 178:12 180:21,25 181:1,2,2,6,6 182:8 207:10,13,14 216:21
**weren't** 46:15 51:24 74:22 139:22 141:25 220:7
**West** 2:4 180:24,25 181:3,10 182:2,15,20 184:13
**wet** 31:3,5
**we'll** 77:3 139:10 195:12,13 227:15
**we're** 10:15 25:3 67:11 77:6 90:5 92:22 107:21 110:23 113:14 139:16,18 140:12 186:17 193:16
**we've** 217:1
**whereabouts** 172:8

**white** 223:5 224:5
**Whiteflower** 16:3 19:18,19 20:10
  21:25 22:15,24 23:3,16,18
  59:3,5 90:6,11 94:13,16,20
  95:2,3,6,18,20,21 96:1,7 98:8
**width** 29:16
**wife** 10:4 13:9 18:5 21:7,8,9,13
  22:1,9 40:23 57:8,10,11,12
  66:17
**willing** 158:21,22 159:1 161:6
  164:23 169:6 194:9
**Wilson** 2:14 5:10,14,18,19,21
  13:3 28:3 33:17 41:8 54:21
  77:12 79:22
**Winchester** 15:21,25
**wires** 35:20
**wish** 140:23
**wished** 117:17
**wishes** 150:22
**wit** 111:18 128:20 136:6,8,20
  137:25
**withdrawn** 166:19 181:16
  182:14 188:4 200:14 206:17
  215:13
**witness** 5:2,4,10 12:4 15:22
  21:12 25:5,20 26:4,25 27:1,4
  29:2 36:4 74:1,6 83:17,20,21
  87:2 88:11,12,13 107:17 108:5
  108:9 109:3 111:8,11 112:2
  116:7 121:5 126:10 139:11
  151:9 154:10,14 193:22
  194:10,11 195:13,17
**witnessed** 205:8
**witnesses** 26:19 27:7 84:7 91:12
  92:18 98:12 102:2 111:13
  195:11,11 211:21,25 218:19
**woman** 40:22
**word** 84:14 110:9 132:24,25
  136:5 138:5,6 176:2,4 205:20
  205:21
**words** 13:15 50:25 59:10 132:22
  150:5,5 164:7 192:6,7,8,9
  204:17,18
**work** 6:18 9:23 10:5 13:10,13
  14:5,6,7 30:7,9 49:1,2 51:7
  54:10,17 84:3 90:12 112:15
  160:6 187:9,11
**worked** 7:18,23 9:21 21:1,6,13
  40:23 54:21,24 55:3,11 94:17
  160:20
**working** 7:12 10:16 11:10,16
  51:13 53:12,13 54:11,11 55:6
  55:7 66:19 78:11,13,14,15,17
  78:22,24 172:21 216:15,22
**works** 120:9
**world** 67:4 148:11,20
**worsened** 207:22
**worst** 203:20,24
**wouldn't** 32:18 90:9 187:12
  188:2
**wound** 47:19 203:19
**write** 109:11 147:1
**writes** 109:8
**writing** 121:3 122:9 124:3,24
  125:23 142:4 145:7
**written** 19:13 109:9,10 134:15
  144:8 147:6
**wrote** 109:16
**Wylie** 2:2,20 87:16 89:11 90:2,14
  90:19,23 91:1,4,15,22,25 92:4
  98:2,16 106:13 158:6
**W-i-l-s-o-n** 5:20
**w-i-t** 136:6

---

**X**

**X** 13:3 30:18 37:23

---

**Y**

**ya** 128:18 134:1
**yard** 8:13 81:3,15
**yeah** 16:1,12,15,20,20,23
  18:6,8 28:18 31:11,23 39:12
  42:19 44:22 45:1 46:5 49:20
  50:11,15,17 52:2 59:19 62:2
  64:9,11 65:23 67:12,17 68:20
  71:3,9,11 76:19 176:12
**year** 9:17 10:5 16:9 27:2 42:5
  43:12 48:8 49:25 57:25 58:2
  64:2,6 77:15,17,18 107:1
  160:23 178:18,18 184:24
  222:2
**years** 10:11,21 13:10,12 14:11
  15:1 16:2 54:21,24 56:24 99:1
  105:25 106:1 112:19 172:22
  178:4,4 182:15,18 190:21
**Yeaten** 7:11 20:23,24 21:1 22:19
  23:14 24:7,10 51:13 53:12,20
  53:22,25 54:17,19,24,25 55:5
  55:8,11,25 66:19 68:13,14,16
  68:17,21 69:6,10 77:12 78:13
  78:16,19,20,23 79:23 80:2,4
  80:10 101:6 103:10 107:6
  188:17 191:24 204:15,20,22
  205:23 206:1
**Yeaten's** 21:3 68:19 94:13
**Yeketa** 5:22 6:1 49:5
**yelling** 95:16
**yesterday** 139:21 175:9
**Yolanda** 171:24
**young** 41:23,24 193:14
**Y-e-k-e-t-a** 6:1

---

**Z**

**Zoe** 185:25

---

**0**

**06** 104:15 167:13
**06-20758-CR-ALTONAGA** 1:3

---

**1**

**1** 3:14,20 86:3 97:5 116:12,13
  117:2,5 130:9 138:16 221:1
**1:44** 141:1
**1:45** 139:13 141:4
**1:53** 149:4
**1:58** 151:18
**1:59** 152:8,13
**10** 3:21 77:3
**10th** 216:22 217:4,9
**10/16/08** 41:6 79:20 98:15
  106:15 141:4 149:4 152:13
  153:25
**10:00** 216:12
**10:06** 41:6
**10:46** 77:5
**10:47** 77:7
**10:59** 77:9
**100** 88:4 179:5,6,8
**106** 2:21
**109** 4:9
**11** 30:21
**11:03** 79:20
**11:08** 83:20,23
**11:13** 87:4
**11:14** 87:20
**11:29** 98:15
**11:40** 106:15
**11:48** 112:4
**11:56** 117:5
**112** 2:22,23 4:10
**116** 3:14
**117** 3:14
**12** 3:11,12,19 35:19 163:7,8,11
  163:13,14,17,21 167:23

---

**12th** 170:22
**12-2** 2:9 228:6
**12:05** 123:15
**12:06** 124:13
**12:08** 126:17
**12:12** 127:22
**12:28** 139:15
**12:30** 139:17
**122** 4:11
**123** 3:15 4:12
**124** 3:15
**126** 3:16
**127** 3:16
**13** 3:14,15,15,15 123:13,13,14
  123:14,20,25 124:2,11,13,13
  124:13,15 125:8 138:22,22
**13th** 38:22,25 39:7 215:7
**14** 3:15
**141** 2:24
**149** 2:25
**15** 3:18,20 151:16,17 152:5,8
  177:15
**150** 2:4
**151** 3:18
**152** 3:1,18
**153** 3:2
**154** 3:3,4
**16** 1:7 3:16
**163** 3:19,19
**166** 3:20,20
**1668** 156:16
**17** 3:18
**18** 3:13 87:3,4,15,20
**19** 3:21 64:9
**19th** 17:14 38:25 65:20 185:11
**19:05** 168:12
**19:10** 168:14
**1977** 170:22
**1980s** 176:1
**1989** 41:13,14,15,18 42:6,20
**1992** 42:10,11,14,16,21 43:13,13
  44:22,24 46:7 177:13 178:21
  182:19
**1994** 182:19
**1995** 182:13
**1996** 185:1,7
**1997** 6:4,6,7,12,14 7:2,5,6 10:8
  10:15 54:23 186:16 200:4
**1999** 206:10

---

**2**

**2** 37:18 97:7 122:13 220:11
  221:1
**2:00** 153:25 154:10
**2:01** 154:16
**2:12** 163:9,21
**2:13** 165:25
**2:15** 166:14
**2:50** 192:25
**2:52** 193:17
**20** 3:13
**20th** 185:11 215:7
**2000** 10:7,8,15 11:10,17 13:11
  13:12 14:11 15:1,8 16:2,10,11
  16:13,14 56:16,17,18 58:2,6,8
  58:10 77:17 182:19 191:19,22
  191:23 192:1,11 206:10 207:8
  207:11 209:1,5 210:1,11,21,24
  211:3
**2001** 10:7 13:11,12 16:12,13,14
  16:16,17,22 56:16 58:4 60:20
  61:2,7,9,11,12,25 63:8 65:15
  77:17
**2002** 10:7 13:11 14:11 15:1,8
  16:2,16,19,19,22 17:8,14
  38:25 54:18,23 56:18 58:4
  61:14,21,22 62:8,16,16 63:4,5

---

63:6,6,8 64:3,7,9,16,16 65:14
  65:15,20 77:17 98:24 101:24
**2003** 38:22,24,25 77:17 209:1,5
  212:10
**2005** 160:24
**2006** 85:14 87:12 89:1 98:17
  104:25 107:2 110:2 113:1,8,22
  115:23 117:12 125:5 130:6
  154:3 155:7,9 156:13 158:2
  161:3 166:9 175:9 213:25
  214:5 215:1,8
**2007** 88:20 103:21 216:15,17,20
  216:21,22 217:4,9
**2008** 1:7 89:2,7,8 94:4 98:5
  222:4,6
**202.514.3270** 1:23
**20530** 1:23
**21** 3:16 201:17
**22** 3:19
**221** 3:21,21
**226** 4:13
**227** 4:14
**228** 3:5
**23** 3:11,12 12:5,8,20,25
**25** 3:12 4:3
**25th** 25:5,19 26:14 214:5
**26** 43:15
**28** 4:4 19:13
**28th** 88:20 103:21 207:8,8,11
  222:6
**29th** 175:9

---

**3**

**3** 86:22 87:23 88:3 97:9 219:1
  221:1
**3rd** 110:2
**3-ring** 141:13,22,25 143:9,17
**3/30/06** 168:13,14
**3:04** 195:20
**3:44** 227:7
**30th** 113:21 115:23 117:12 125:5
  130:6 154:3 155:7,9 156:13
  158:2 166:9 213:25 215:1
**305.523.5518** 2:9 228:7
**305.523.5519** 2:10 228:7
**305.536.4675** 1:20
**305.961.9234** 1:19
**305/530-7120** 2:5
**305/536-6900** 2:4
**33** 4:5
**33128** 2:9 228:7
**33130** 2:4
**33132** 1:19
**34** 4:6
**38** 6:3

---

**4**

**4** 3:13,16,17 30:13 97:11,11
  126:15,15,16,16,23,24 127:19
  127:19,21,21,24 128:5,24,25
  129:4,10 131:11,20 132:1
  133:11,12 134:4,4 135:3,3
  136:23,23 137:10 145:17
  219:14
**4th** 1:19 105:7,10
**4:30** 217:15
**400** 2:9 228:6
**41** 2:16

---

**5**

**5** 2:14,15 3:14 97:13 145:11,15
  219:14
**5C** 130:13
**5th** 87:12 98:17
**50** 95:22

---

**6**

**6** 3:20 8:1 86:3 97:15 165:24,25
166:5,11,14,16 213:13 219:14
**6th** 185:7
**6:30** 14:9
**6:40** 156:25
**60** 95:22

| 7 |
| --- |

**7** 97:17
**70** 91:5,25
**79** 2:17

| 8 |
| --- |

**8** 3:11,18,21 8:7 221:7,8,10,11
221:13,17 223:7
**801** 224:20
**801(d)(2)(e)** 18:18
**83** 2:18,19
**87** 3:13,13

| 9 |
| --- |

**9** 3:19 140:2,3,4,4,13 218:7,10
218:12,13
**9:19** 5:4,6
**9:20** 5:12
**9:30** 227:4,5
**90** 4:7
**92** 50:1,7
**93** 50:1,2,4,9
**94** 4:8
**950** 1:23
**97** 50:9 51:4 53:12 54:18
**98** 2:20
**99** 1:19