# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
## Case 06-20758-CR-ALTONAGA

THE UNITED STATES OF AMERICA,

       Plaintiff,

                            MIAMI, FLORIDA

vs.

                            OCTOBER 22, 2008

ROY M BELFAST, JR., a/k/a
CHUCKIE TAYLOR, CHARLES
McARTHUR EMANUEL, CHARLES
TAYLOR, JR. and CHARLES
TAYLOR, III,

       Defendant.

_____

### TRANSCRIPT OF TRIAL PROCEEDINGS
### BEFORE THE CECILIA M ALTONAGA,
### UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                KAREN ROCHLIN, A.U.S.A.
                CAROLINE HECK-MILLER, A.U.S.A.
                Office of the U.S. Attorney
                99 N.E. 4th Street
                Miami, FL  33132 - 305.961.9234
                (Fax) 305.536.4675
                Email:  karen.rochlin@usdoj.gov
                        caroline.miller@usdoj.gov

                CHRISTOPHER GRAVELINE, Trial Attorney
                U.S. Department of Justice
                950 Pennsylvania Avenue, N.W
                Washington, D.C. 20530 - 202.514.3270
                christopher.graveline@usdoj.gov

        TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

1

**FOR THE DEFENDANT:**

2

3                                    JOHN WYLIE, A.F.P.D.
                                     MIGUEL CARIDAD, A.F.P.D.
                                     Federal Public Defender's Office
4                                    150 West Flagler Street
                                     Miami, FL  33130 - 305/536-6900
5                                              (Fax) 305/530-7120
                                     Email:  miguel_caridad@fd.org
6                                              john_wylie@fd.org

7    **REPORTED BY:**

8                                    BARBARA MEDINA
                                     Official United States Court Reporter
9                                    400 North Miami Avenue, Ste. 12-2
                                     Miami, FL  33128 - 305.523.5518
10                                             (Fax) 305.523.5519
                                     Email:  barbmedina@aol.com

11

                                     -  -  -  -
12

                              **TABLE OF CONTENTS**
13

                                                                  Page
14

Milbah Kamara ............................................... 5

15

        Direct Examination By Mr. Graveline ................... 5

16

        Cross-Examination By Mr. Caridad ..................... 63

17

        Redirect Examination By Mr. Graveline ............... 150

18

Bruce A. Hyma ............................................. 154

19

        Direct Examination By Ms. Rochlin ................... 154

20

        Cross-Examination By Mr. Caridad .................... 181

21

        Redirect Examination By Ms. Rochlin ................. 197

22

        Recross-Examination By Mr. Caridad ................. 204

23

Reporter's Certificate ................................... 212

24

25

                              **INDEX TO EXHIBITS**

**TOTAL  ACCESS  COURTROOM REALTIME  TRANSCRIPTION**
**October  22,  2008**

| Exhibits | Marked for Identification | | Received in Evidence | |
|---|---|---|---|---|
| Description | Page | Line | Page | Line |
| Government Exhibits Hymn  ...... 176-192 | 161 | 18 | | |
| Government Exhibit Hymn  ....... 193 | 197 | 24 | | |

### CITATION INDEX

Page

### SIDEBAR CONFERENCE INDEX

| Descriptions | Page |
|---|---|
| Sidebar Conference Begins ................................ | 10 |
| Proceedings In Open Court Resume .......................... | 11 |
| Sidebar Conference Begins ................................ | 115 |
| Proceedings In Open Court Resume .......................... | 117 |
| Sidebar Conference Begins ................................ | 160 |
| Proceedings In Open Court Resume .......................... | 161 |
| Sidebar Conference Begins ................................ | 199 |
| Proceedings In Open Court Resume .......................... | 200 |

### ADMINISTRATIVE CONVENTIONS:

When counsel does not identify themselves each time they

address the Court during a telephone conference, the

industry-standard speaker identification is indicated by

**October 22, 2008**

1   chevrons, i.e., >>>:

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 22, 2008**

1       THE COURT:   Good morning.   Please be seated.

2       I trust the parties understand that we are missing one

3  juror.

4       MR. CARIDAD:   Yes, Your Honor.

5       THE COURT:   Are you in agreement to proceed without

6  that juror and use the first alternate as a member of the jury?

7       MR. CARIDAD:   Can I have one moment, Your Honor?

8     [Counsel and the defendant confer 9:06 a.m.]

9       Yes, Your Honor.   That's fine.

10      MS. ROCHLIN:   Yes, Your Honor.

11      MR. GRAVELINE:   Your Honor, Mr. Kamara is in a

12  wheelchair.   I want to make sure you are all right with the

13  configuration we have.   I know his back is somewhat to you.

14      THE COURT:   That's fine.

15      Are we ready to proceed?

16      MR. GRAVELINE:   Yes.

17      MR. CARIDAD:   Yes, Your Honor.

18      THE COURT:   Let's bring the jury in.

19      I will explain to the jury we've lost one of their

20  members.

21      [The jury returns to the courtroom at 9:07 a.m.]

22      THE COURT:   Everyone please be seated.

23      Good morning, ladies and gentlemen, and welcome back.

24      You will notice we have lost one of your members.   She

25  had some issues with her child, so she'll no longer be with us.

**October 22, 2008**

## Kamara - Direct

1           MR. GRAVELINE:   The Government next will call Mulbah

2    Kamara to the stand.

3               MULBAH KAMARA, GOVERNMENT'S WITNESS, SWORN

4                         DIRECT EXAMINATION

5    [Beginning at 9:08 a.m]

6    Q.   Please state your full name and spell it for the record?

7    A.   My name is Mulbah Kamara.   M u-l-b-a-h.   Last name,

8    K-a-m a-r-a.

9    Q.   Mr. Kamara, just so the record is clear, you're in a

10   wheelchair today.   Correct?

11   A.   Yes.

12   Q.   Why are you in a wheelchair?

13   A.   I have a car accident.

14   Q.   What were some of your injuries in the car accident?

15   A.   I had three broken leg --

16           THE COURT:   I'm sorry?

17   A.   Three of my teeth are broken from my mouth and I got three

18   broken leg, my right foot.

19   Q.   Your leg was broken in three places?

20   A.   Yes.

21   Q.   This had nothing to do with this case.   Correct?

22   A.   No.

23   Q.   Where were you born, Mr. Kamara?

24   A.   I were born in Liberia, Lofa County.

25   Q.   When were you born?

## Kamara - Direct

1   A.   I were born (redacted.)

2   Q.   Is that Lofa County?  That's in northern Liberia?

3   A.   Yes.

4   Q.   At a certain point did you move from Lofa County to

5   Monrovia?

6   A.   I were a child when my father and mother brought me in

7   Monrovia.

8   Q.   Did you go to school in Monrovia?

9   A.   Yes.

10  Q.   How far did you get in your schooling, Mr. Kamara?

11  A.   I graduated from Booker Washington institute.

12          THE COURT:   I'm sorry.  What did you say?

13  BY MR. GRAVELINE:

14  Q.   You graduated from Booker Washington Institute?

15  A.   Yes.

16  Q.   That's in Monrovia?

17  A.   No, Kakata.

18  Q.   Do you still live in Liberia?

19  A.   No.

20  Q.   Where do you live now?

21  A.   I live in Kentucky, Louisville.

22  Q.   How long have you lived in the United States?

23  A.   I been six years now, over six years.

24  Q.   Do you have any children?

25  A.   I have three children.

## Kamara - Direct

1  Q.  And do they live here in the United States?

2  A.  Yes.

3  Q.  Do you still have family members back in Liberia?

4  A.  Yes.

5  Q.  And how many family members do you have back in Liberia?

6  A.  I have three sister with and three brothers in Liberia.

7  Q.  Four sisters and three brothers?

8  A.  Three brothers in Liberia with three sisters and one lives

9  here.

10  Q.  What, if any, businesses do you have back in Liberia?

11  A.  I have computer school, I have Internet cafe and I have

12  communication center where people go and charge their phone.

13  Q.  Now, taking you back in time a little bit, was Liberia

14  peaceful as you grew up?

15  A.  Before.  Not when the war came.  Everything got changed.

16  Q.  What year did the war come?

17  A.  The war came 1990, '89 to '90.  December '99, I mean, '98.

18  Q.  During the fighting, where did your family live?

19  A.  Well, my family live with me in Monrovia, but I decide to

20  take my sister and my brothers in Lofa.

21  Q.  At any point during this conflict, did you take up weapons

22  and fight?

23  A.  No, I never.

24  Q.  Did you ever join in any way one of the warring factions in

25  Liberia?

## Kamara - Direct

1   A.   I were no part of any of the warring factions.

2   Q.   Were you working during the 1990s in Liberia?

3   A.   Yes.

4   Q.   Where were you working?

5   A.   I were working with the European Union, the EU.

6   Q.   The European Union?

7   A.   Yes.

8   Q.   You used the abbreviation, the EU.

9   A.   Yes.

10  Q.   What year did you get this job with the European Union?

11  A.   Before I was doing business, the business's name was

12  Distant View.

13  Q.   The business's name was Distant View?

14  A.   Before I get employed with EU, I have business.   The

15  business's name was Distant View.   I have bar and restaurant.

16  From the 1990 war, anyway, I had a job.   I had a business

17  going.

18  Q.   What year did you get the job with the European Union?

19  A.   I had a job with the European Union the end of '95 into

20  '96, I think.

21  Q.   What was your job at the European Union?

22  A.   I were the expediter.

23  Q.   What is an expediter?

24  A.   I were responsible to all of the tools that we working with

25  because we had a lot of projects fixing the road, bridges and

## Kamara - Direct

1  making farm, and I were responsible to be able to get all of

2  the tools the people needed to work with and at the same time I

3  was responsible to go and pay people all over the country.

4  Q.   These were for development projects the European Union was

5  working?

6           MR. CARIDAD:   Objection.   Leading.

7           THE COURT:   Can I have counsel approach?

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 22, 2008**

## Kamara - Direct

1          [Proceedings at sidebar follow]:

2          THE COURT:   The jurors are frowning because they can't

3    understand the witness.   I'm looking at the realtime because I

4    don't understand the witness.   That's why there's a little bit

5    of leading.   He needs to repeat what the witness said.

6          MR. GRAVELINE:   Why don't we use Anthony at this

7    point?  That's fine with me

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 22, 2008**

## Kamara - Direct

1    [Proceedings in open court follow]:

2    BY MR. GRAVELINE:

3    Q.   Mr. Kamara, I'm going to ask you when you state your

4    answer, if you can pause and we're going to have the Court's

5    interpreter repeat what you said after you say it.

6         All right?

7    A.   All right.

8    Q.   Now, I'd like to go back to what were your responsibilities

9    as an expediter for the European Union.

10   [From this point forward, the witness answered through the

11                     interpreter.]

12   A.   My responsibility was to get the equipment, the tools that

13   were needed, for example, cutlasses, hoes.

14   Q.   What were the tools to be used for?

15   A.   To be able to cut the bushes, clear the roads, because all

16   the roads were covered by bushes.

17   Q.   You said you were working for the European Union.   Did the

18   European Union have a presence in Monrovia in 1996?

19   A.   Yes, they were present.   They have the consulate and they

20   have a working force in Liberia and they were in several other

21   countries, in Liberia, in different counties.

22   Q.   What was your nickname while you worked for the European

23   Union?

24   A.   Nobody knew me as Mulbah.   Everyone knew me as Truck Five.

25   Q.   During the same time period in 1996 and the later part of

**October 22, 2008**

## Kamara - Direct

1  the 1990s, what, if any, sports teams were you involved with in

2  the Monrovia community?

3  A.   I brought an idea that we should form a team and that team

4  was European Union, EU.

5  Q.   What sport was the team in?

6  A.   It was soccer.   It was a football team, but here it is

7  called soccer.

8  Q.   What position did you hole for the EU soccer team?

9  A.   Excuse me?

10  Q.   What position did you hold for the EU soccer team?

11  A.   We had an election and I was made the president.

12  Q.   How well-known were you in Monrovia during this time?

13  A.   Come back.

14  Q.   How well-known were you in Monrovia during this time, 1996

15  to 2000?

16  A.   I was very popular.   No one knew me by my name.   Everyone

17  called me Truck Five because all of the biggest teams in

18  Liberia at this time, I defeated all of them

19  Q.   Mr. Kamara, when you answer, I'm going to ask you to say an

20  answer and stop and let Mr. Ibeagha translate and we'll pick up

21  from there.

22          All right?

23  A.   All right.

24  Q.   While you were working for the European Union, were there

25  elections held in Liberia?

## Kamara - Direct

1  A.   Yes.

2  Q.   What year was that?

3  A.   I cannot remember the year, but I think 1997.

4  Q.   Who was elected president in Liberia in 1997?

5  A.   President Taylor, Charles Taylor.

6  Q.   From 1997 to 2002, where did you live?

7  A.   I lived in Voinjama, in Monrovia.

8          THE WITNESS:   No, no.

9  A.   I lived in Virginia, in Monrovia.

10  Q.   What is Virginia?

11  A.   Virginia is located a little bit close to Monrovia, but

12  outside of Monrovia.

13  Q.   Something similar to Congotown?

14  A.   It's not the same location.  It's on the opposite side as

15  cross the bridge where they have the conference center.

16  Q.   At this time, were you married?

17  A.   Yes.

18  Q.   And how many children did your wife and you have at that

19  time?

20  A.   Two.

21  Q.   Did you own your own home?

22  A.   Yes, yes.  I had my home.  I had more than two or three

23  houses at the time.  Yes, I was living in my own home.

24  Q.   What were you doing with these houses at this time?

25  A.   I leased them out to people who were interested in leasing

**October 22, 2008**

## Kamara - Direct

1  them

2  Q.   After you worked for the European Union for a few years,

3  did you open your own business?

4  A.   Yes.

5  Q.   What year did you open your own business?

6  A.   19 -- it were the end of 1999.   2000 I had my own business

7  going on, but I decided to open a new business.

8  Q.   What was this new business that you opened?

9  A.   That was the Internet cafe and a communications center.

10  Q.   And how many locations did you open up of the Internet

11  cafe?

12  A.   I had two locations.

13  Q.   Where were these locations at?

14  A.   One was on Carey Street.   One was on Ashmun Street.

15  Q.   Both of those streets were in Monrovia?

16  A.   Yes.

17  Q.   How many computers did you have between these two computer

18  centers?

19  A.   I had 21.

20  Q.   During the years of 1997 to early 2002, did you ever have

21  any run-ins with the Charles Taylor government or any security

22  forces?

23  A.   Come by with that.

24  Q.   During 1997, when Charles Taylor first came to power, to

25  the early months of 2002, did you, personally, ever have any

**October 22, 2008**

## Kamara - Direct

1   run-ins with the government or any security forces in Liberia?

2              MR. CARIDAD:   Objection, Your Honor.   Relevance.

3              THE COURT:   Overruled.

4   BY MR. GRAVELINE:

5   Q.   I just want to make sure you know the time frame, 1997 to

6   the early part of 2002, those five years, did you ever have any

7   difficulty with the Charles Taylor government?

8   A.   The early part of 2002, I did not have any problems with

9   it.   The early part of 2002.

10             THE WITNESS:   The ending part.

11  A.   The ending part of 2002, that was when I had problems with

12  Charles Taylor.

13  Q.   Before the ending part of 2002, prior to that when you were

14  living in Liberia, did you ever have any problems with the

15  Charles Taylor government?

16  A.   Yes, I had problems with Charles Taylor government because

17  somebody went to my business area and ransacked my business

18  area and I reported the case.

19  Q.   Before that.   We're going to get to that.

20             Prior to that, did you ever have any problems with the

21  government with you, personally, prior to that event?

22  A.   No.

23  Q.   Now, I'd like to talk to you about that event that you're

24  referencing.   You mentioned that one of your stores was

25  ransacked, you said?

October 22, 2008

## Kamara - Direct

1    A.   Yes.

2    Q.   Do you remember approximately when that happened?

3    A.   It happened on Thursday night and I reported the case to

4    the police.

5    Q.   Do you remember approximately what month that was?

6    A.   I do not.  I do not recall that now.

7    Q.   What happened to your store that night?

8    A.   That night they broke into the store and they took a few

9    computers and other equipment.

10   Q.   You said you reported that?

11   A.   I report it to the police.

12   Q.   How did you report that to the police?

13   A.   I called the police.  The police came and they saw

14   everything that happened there.

15   Q.   All right.

16        In the next few days, did anything else happen to you?

17   A.   Well, I was on that case with the police and someone called

18   me from home, from my house, and said that they had ransacked

19   my house as well the following day.

20   Q.   What was taken from your house?

21   A.   I had the rest of the computers at home and they took more

22   than 20 computers from the home.  They went into my bedroom and

23   turned the whole place upside down.

24   Q.   Did you report that crime?

25   A.   Yes.  They had a depot in the Virginia area.  I called them

## Kamara - Direct

1  to see what was happening.

2  Q.   After a few days, had you heard back from the Liberian

3  police yet about these break-ins?

4  A.   I kept --

5           THE INTERPRETER:   Can you say that again, sir?

6           THE WITNESS:   (Complied.)

7  A.   I kept calling them and sending people that worked with me.

8  They said they wanted to hear from me, that they needed

9  transportation.   I made my car available to take them around in

10  order that they would be able to help me to know, to find out

11  who did this to me.   It was not resolved.

12  Q.   Did you end up going to the police center yourself?

13  A.   Yes, and what I did, on a Tuesday I decide myself to start

14  going to the police station to check on what was happening.

15           When I got there I went to the CID commander.   I asked

16  him what was going on, "I have not been hearing from you" --

17  Q.   Mr. Kamara, were they able to tell you anything about your

18  case at that point?

19  A.   They said they were going to get back to me, that they had

20  arrested some people, but they couldn't tell me anything.   They

21  just said they had arrested some people and they were going to

22  get back to me.

23  Q.   What, if anything, happened as you were leaving the police

24  station that day?

25  A.   When I left the police station -- I hadn't gone with my car

**October 22, 2008**

## Kamara - Direct

1    -- so I walked through the back part and crossed the street --

2             THE INTERPRETER:   Say that again.

3    A.   -- and I got in front of the Health Ministry looking for a

4    taxi to go to the business area.

5    Q.   What happened as you were standing at the taxi stand?

6    A.   While I was standing there, I saw one of the guards, one of

7    the guys that was assigned to the police director.   He came and

8    held me by my pants and said I was under arrest.

9    Q.   Did he tell you why you were under arrest?

10   A.   I asked him why he was arresting me.   I hadn't done

11   anything wrong, "Leave me alone."

12   Q.   What was his response?

13   A.   He said I was under arrest, but before I knew what was

14   happening, I saw two trucks right in front of me.

15   Q.   Who was in these trucks?

16   A.   At that moment, they threw me into the truck.

17   Q.   Did you see who was in these trucks?

18   A.   They were mixed.   They were ATU.   They had people in

19   military uniforms, but all of them were armed and they took me

20   to the police station.

21   Q.   What, if anything, happened to your clothes when you were

22   taken by these men in the truck?

23   A.   From the time that they put me in the truck, I didn't know

24   what was going on.   All of my clothes were taken away from me.

25   Q.   Once you got to the police station, who did you see there?

**October 22, 2008**

## Kamara - Direct

1   A.   When I was taken out the car, I was taken upstairs to the

2   police director.

3   Q.   Who was the police director?

4   A.   The police director was Paul Mulbah.

5   Q.   What, if anything, did Paul Mulbah say to you when you were

6   brought to him?

7   A.   Paul Mulbah asked me for my name, my father's name, my

8   mother's name.

9   Q.   What did you tell him in response?

10  A.   I gave him all of the names and he sent me down to the

11  second floor to another investigator.

12  Q.   Did Paul Mulbah have any other questions for you other than

13  your name and your family's name?

14  A.   He had no other questions for me.

15  Q.   Mr. Kamara, what's your family's tribal affiliation in

16  Liberia?

17  A.   I am from Mandingo, from Lofa County.

18  Q.   Did Paul Mulbah give you any reason why you were arrested

19  at that point?

20  A.   He gave me no reason.

21  Q.   Once you were taken to the second floor of the police

22  station, what happened there?

23  A.   When they took me to the second floor, the person that they

24  took me to had some papers and he asked me to sign.   I refused

25  to do that and later on I was taken to the prison.

**October 22, 2008**

## Kamara - Direct

1  Q.   Now, where was the prison?

2  A.   The prison at the police station.

3  Q.   Where is that located in the police station?

4  A.   It was located at the back, at the back of Temple of

5  Justice.

6          THE INTERPRETER:   I didn't get that.

7  BY MR. GRAVELINE:

8  Q.   Are you saying the Temple of Justice?

9  A.   Yes.

10 Q.   The back of the Temple of Justice and what other location?

11 A.   The back of Temple Of justice and Bipack.

12 Q.   Bipack?

13 A.   Yes.

14 Q.   That's a street name?

15 A.   Yes.

16 Q.   You said earlier all of your clothes were taken from you

17 when you were put in the truck.

18 A.   Yes.

19 Q.   Did you have any clothes on you after that?

20 A.   Yes, I had clothes on me but it was torn on me.

21 Q.   What clothes did you still have on you?

22 A.   At what time?

23 Q.   When you were put in the prison in the police station.

24 A.   When they took me to the police station, they took off my

25 clothes before putting me in the prison.  I only have the

**October 22, 2008**

## Kamara - Direct

1  T-shirt and a brief.

2  Q.   Now, on that same day, did you see any of your family?

3  A.   Yes.

4  Q.   How did that happen?

5  A.   I was fasting on that day because it was during the fasting

6  month, so about 6:00, going to 7:00.  The person who had the

7  prison door key, he knew me.  He came in.  He came and got me

8  out of the prison and took me to his office and, to my

9  surprise, I saw my wife in there.

10 Q.   Did your wife have anything with her at the time?

11 A.   She brought some food with her.  She kept telling me --

12 Q.   Mr. Kamara, are you all right to continue?

13 A.   She asked me --

14 Q.   Well, let me get to that.

15       What, if anything, did she say to you when you saw

16 her?

17 A.   When she saw me -- first of all, in the beginning I had

18 problems with her coming there, so I asked her "Why are you

19    here?"

20 Q.   What did she say in response?

21 A.   I said -- I told her that "You're not supposed to be here.

22    This is the end.  I'm going to die.  Take care of my

23    children".

24       I told her that several times and she said I should

25 eat and I told her I did not want any food.

**October 22, 2008**

## Kamara - Direct

1    Q.    You mentioned that this was the fast month?

2    A.    Yes.

3    Q.    What fast month are you talking about.   What's the name of

4    the fast month?

5    A.    Ramadan.

6    Q.    So, you're a Muslim, Mr. Kamara?

7    A.    Yes.

8    Q.    Did your wife know that?

9    A.    Yes.   She is a Christian and I'm a Muslim

10   Q.    After you asked your wife to take care of your children,

11   what happened after that?

12   A.    While we were in that process, we had someone saying "Where

13        is he?  Where is he?"  Because we were not far away from

14   the prison, so I told her "I'm the one they are talking about."

15        So when the guy came, the person that took me out of

16   the prison came and got me from in there and from the prison,

17   there is some sort of a way a corridor before you get outside

18   and there were two armed men standing there already when I was

19   taken out.

20   Q.    What did you see when you got outside?

21   A.    I saw two armed men standing right between the corridor and

22   he turned me over to them

23   Q.    What did these two armed men do?

24   A.    They took me to the car.

25   Q.    What type of car were you put in?

**October 22, 2008**

## Kamara - Direct

1   A.   It was a Jeep, a Jeep from the mansion because it was

2   camouflage.

3   Q.   Did anyone else get in the Jeep with you?

4         Mr. Kamara, you have to slow down a little bit.   You

5   have to go sentence by sentence.   All right?

6   A.   Yes.

7   Q.   Let me ask you this question again.   Was there anyone else

8   in the Jeep with you?

9   A.   Yes.

10  Q.   Who else got in the Jeep with you?

11  A.   There were armed men.

12  Q.   Where did these armed men take you?

13  A.   They took me through Old Congotown Road.

14  Q.   Did the vehicle stop at any point?

15  A.   Yes, the vehicle stopped, but I didn't know how I managed

16  to know that it was Old Congotown Road.   It was when they took

17  me down from the car.

18  Q.   And once you got down from the car, were you able to see

19  where you were?

20  A.   Yes.

21  Q.   And where were you?

22  A.   I was on the beach.

23         THE INTERPRETER:   Say that again, sir.

24         THE WITNESS:   I was on the beach.

25  BY MR. CARIDAD:

October 22, 2008

## Kamara - Direct

1  Q.   What did you see on the beach?

2  A.   I saw people lying down on the beach at that moment.

3  Q.   What was the condition of these people?

4  A.   Some were already dead and when, when they brought me down,

5  to me, I wasn't myself anymore.

6  Q.   What do you mean when you say you weren't yourself anymore?

7  A.   I had no thoughts, no feelings.  I just thought that would

8  be the end, effectively.

9  Q.   What, if any, orders did you hear that were given to these

10  men once you were at the beach?

11  A.   Radio communication came in just at that moment.

12  Q.   And what was that radio communication?

13  A.   I didn't hear everything, but I heard "Whiteflower."

14  Q.   Once that radio communication happened, what, if anything,

15  did the armed men do?

16  A.   They put me back in the car.

17  Q.   And where did they take you?

18  A.   They took me to Whiteflower.

19  Q.   What is Whiteflower?

20  A.   It was the President's residence.

21  Q.   Had you ever been inside of Whiteflower prior to that day?

22  A.   Never.

23  Q.   Have you ever driven by or walked by Whiteflower prior to

24  that day?

25  A.   I have never walked by Whiteflower, but I have driven by

**October 22, 2008**

## Kamara - Direct

1  Whiteflower.

2  Q.   And what city is Whiteflower in?

3  A.   Monrovia, Congotown.

4  Q.   I'm now showing you on the computer screen what has already

5  been admitted into evidence as WF 9.

6        Do you recognize that building?

7  A.   Yes, this is Whiteflower.

8  Q.   What time of day was it when you were brought to

9  Whiteflower?

10  A.   It was at night.

11  Q.   Did you have a watch on at that time to tell the exact

12  time?

13  A.   I have no watch with me.   It was at night.   It was early in

14  the night because --

15  Q.   How do you know it was early in the night?

16  A.   Because when my wife came to the police station, at that

17  time I asked what time it was and it didn't take long when they

18  took me from the police station to put me in the car.   So it

19  wasn't long enough from where they took me to and from this

20  last place they took me to, to Whiteflower.   So that was about

21  the time.

22  Q.   What were you wearing at this point of the night?

23  A.   I had on T-shirt with more like a pajama-like brief, like

24  pajamas, like the short one that you can put on under your

25  pants.

**October 22, 2008**

## Kamara - Direct

1  Q.   What were you thinking as you were driven inside of

2  Whiteflower?

3  A.   I thought it was -- the President and myself never had any

4  communication.   We never had any deals.   So I thought it was

5  going to be the end of my life.

6  Q.   What was your emotional state as you were brought into

7  Whiteflower?

8  A.   I have no feelings like living anymore at all.   I thought I

9  was going to die.

10 Q.   Once you were inside the compound of Whiteflower, where

11 were you taken?

12 A.   They took me to the President.

13 Q.   Where was the President?

14 A.   He was in a place like his office, like.   It was office

15 like when they took me there.

16 Q.   Can you describe for the jury, was President Taylor in his

17 office at the time?

18 A.   Yes, he was.

19       When I went, I saw him behind the desk.   He had on

20 uniform and I saw people sitting on the floor.

21 Q.   Did you recognize any of the people sitting on the floor?

22 A.   I did not know them   I have seen some of the faces on

23 television, but I did not know them

24 Q.   The people that you had seen on television, did you know

25 their names?

**October 22, 2008**

## Kamara - Direct

1  A.   No.

2  Q.   What happened once you were in the President's office?

3  A.   While I was in the President's office, the President asked

4  me --

5  Q.   What did the President ask you?

6  A.   He asked me if I knew why I was there, "Do you know what

7       you are here for?"

8  Q.   What was your response?

9  A.   "I do not know."

10  Q.   Did President Taylor say anything else to you?

11  A.   He asked me three times.

12  Q.   What did he ask you three times?

13  A.   I don't know what he asked me three times, but for

14  everything he asked I said "I do not know."

15  Q.   After you said you did not know for the third time, what

16  did President Taylor do?

17  A.   At that moment I felt something which was like something

18  heavy in my back just towards my side and when I turned my

19  eyes, I saw Benjamin Yeaten.

20  Q.   Who is Benjamin Yeaten?

21  A.   Benjamin Yeaten was the SS director.

22  Q.   When you looked at Benjamin Yeaten, was anything said?

23  A.   At the time I had no dealings with him, but he was the SS

24  director.

25  Q.   What did President Taylor do once you saw Benjamin Yeaten?

**October 22, 2008**

## Kamara - Direct

1   A.   And he said "Take him away."

2        As soon as he said "Take him away," that was when

3   Chuckie came in.

4   Q.   Now, you mentioned Chuckie.  Who is Chuckie?

5   A.   The President's son.

6   Q.   Had you ever met Chuckie before that night?

7   A.   I had never, never.

8   Q.   How did you recognize him then?

9   A.   Because I saw him on television as well as in newspaper.

10  Q.   Were you taken out of the room at that point?

11  A.   Yes.

12  Q.   Who took you out of the room?

13  A.   Benjamin Yeaten.

14  Q.   Where did he take you?

15  A.   When we came out of the building, Yeaten left.

16       THE WITNESS:   No.

17  A.   When we came out of the building, they put me in a truck

18  again and they brought me out of the building.   They turned

19  left and they went down --

20       THE INTERPRETER:   Down what, sir?

21  A.   Down the road behind the President's residence.

22  Q.   You said they put you in the truck.   Was anyone else in the

23  truck with you?

24  A.   Yes, there were a lot of armed men in the truck.   There

25  were three trucks.   They put me in one of the trucks.   The

**October 22, 2008**

## Kamara - Direct

1  truck in which I was put had the big gun in it and the men in

2  it were dancing on me.

3  Q.  Now, you said it was the men who was dancing on you or who

4  was in the truck with you?

5  A.  The armed men.  They were like happy because they had found

6  something that they were looking for.

7  Q.  Now, when you said they took you out of Whiteflower and

8  they turned left, you said?

9  A.  Yes.

10 Q.  You said they took you down where?

11 A.  To Benjamin Yeaten's house.

12 Q.  How far away is Benjamin Yeaten's house from Whiteflower?

13 A.  Benjamin Yeaten's house was not far from the President's

14 house.  He lives just down the road from the President's house,

15 down the hill.

16 Q.  Had you ever been to Benjamin Yeaten's house before?

17 A.  I had never been there.  That was my very first time.

18 Q.  Once you got to Benjamin Yeaten's house, were you free to

19 leave and go back to your house at that point?

20 A.  No.

21 Q.  Why not?

22 A.  Because he had me with the armed men.  There were armed men

23 all around me.

24 Q.  When you got to Benjamin Yeaten's house, did you see

25 Benjamin Yeaten?

## Kamara - Direct

1  A.   Benjamin Yeaten was the one that took me with his men and

2  when we got there, Benjamin Yeaten left.

3  Q.   All right.

4       When you first got to Yeaten's house, what was done to

5  you?

6  A.   They stripped me naked and left me in the garage.

7  Q.   Now at this point --

8       THE WITNESS:   No.

9  A.   They told me to lay down, to lie down flat in the garage.

10  Q.   At this point you said you were stripped.   Did you have any

11  clothes on at all at this point?

12  A.   No, they stripped me naked.

13  Q.   What did they do to you when they stripped you naked and

14  lied you on the floor?

15  A.   They brought light from which heat emanates, a flat

16  lightbulb that emanates heat.   They brought it very close to my

17  face.

18  Q.   Now, this type of lightbulb, have you seen it before?

19  A.   In Liberia we use it for security light.

20  Q.   Kind of like a spotlight, an outdoor spotlight?

21  A.   We use it outside for security light.   It's very bright and

22  it has a lot of heat.

23  Q.   How close to your face did they put this light?

24  A.   Very close and I was told not to close my eyes, not to move

25  my eyes, and because of that, I have problems with my eyes.   I

**October 22, 2008**

## Kamara - Direct

1  cannot read unless I use glasses.

2  Q.   What would have happened if you would have blinked your

3  eyes or closed your eyes to the light?

4  A.   I had people all over me, some young boys 10 to 12 years,

5  but there were armed men and they were watching me.

6  Q.   What were these small boys doing while you were forced to

7  lay on the ground?

8  A.   They were the ones who were told to ensure that I did what

9  they told me to do.

10 Q.   When they put the lightbulb near your face, was it painful?

11 A.   It was more than painful.

12 Q.   On a scale of 1 to 10, with 1 being no pain and 10 being

13 unbearable pain, how painful was it?

14 A.   I would say take it to 11 to 12.

15 Q.   Was Benjamin Yeaten still at his house when this light was

16 put in your face?

17 A.   They did that before he left.

18 Q.   I'm going to show you now what has been previously admitted

19 as Prosecution Exhibit BY 3.   Do you recognize this picture?

20 A.   Yes.

21 Q.   What is that picture?

22 A.   This is Benjamin Yeaten's house, and when you're facing the

23 building, I was on the left side laying flat.

24 Q.   Can you put an X on the computer screen where you were?

25 A.   (Complied.)

**October 22, 2008**

## Kamara - Direct

1  Q.   So in that part of the building where the red dot appears?

2  A.   Excuse me?

3  Q.   You see that red dot, can you use your finger to put an X

4  there?

5  A.   Yeah, this is it.

6  Q.   That part right there?

7  A.   Yes.

8  Q.   How long were you on the ground with the light in your

9  eyes.

10  A.   I was on the ground until he came back.  It was in the

11  morning hours.

12  Q.   What, if anything, did they do physically to you while you

13  were laying on the ground in the garage?

14  A.   At that time they had not touched me except from putting

15  the light on my face until Benjamin Yeaten returned.

16  Q.   When Benjamin Yeaten returned, what happened then?

17  A.   He asked them to bring me to him

18       MR. GRAVELINE:   At this time I would ask Agent Naples

19  to bring up BY 6.

20       AGENT NAPLES:   (Complied.)

21  BY MR. GRAVELINE:

22  Q.   Do you know what this is a picture of?

23  A.   Yes.

24  Q.   What is this a picture of?

25  A.   When they took me from in there, Benjamin Yeaten was

**October 22, 2008**

## Kamara - Direct

1  sitting here.

2  Q.   When you say "here," you put a red mark down near the

3  grass.

4  A.   He was sitting on a chair and they brought me and sat me

5  down here.

6  Q.   Were you sitting actually on that piece of cement there?

7  A.   Yes.

8  Q.   What did Benjamin Yeaten say to you at this point?

9  A.   He had something in his hands and he asked me, and he said

10       "Do you know what this is?"

11  Q.   What did you say in response?

12  A.   I said "No."

13  Q.   And what did he say after that?

14  A.   He said "If you speak to me nicely, you will be okay."

15  Q.   What did you say?

16  A.   I said "Okay.   All right."

17  Q.   What did you tell Benjamin Yeaten at that point?

18  A.   I do not know what he was going to ask me.

19  Q.   Did he ask you a question?

20  A.   Yes.   He asked if I knew why I was there.   I said I did not

21  know.   "If you tell me why I am here, I would be able to know."

22  Q.   What was his response to that?

23  A.   He laughed.

24  Q.   What did he tell you to do at that point?

25  A.   He asked me a second time and so I went back to what

**October 22, 2008**

## Kamara - Direct

1   happened to me and I had gone to check what was happening

2   because they ransacked my house, they ransacked my business and

3   I just found myself in this condition.

4   Q.   What did Benjamin Yeaten say to that?

5   A.   He laughed and he said I should bend.

6   Q.   How did he tell you to bend?

7   A.   He told me to turn around where I was sitting and put my

8   head down so my butt was facing him

9   Q.   What did he do at that point?

10  A.   What he had in his hand was like an electric stick.  He put

11  it in my butt.  I have a mark there now.

12  Q.   What did it feel like when this electric stick was put in

13  your butt?

14  A.   It went over me.  It went into my brain, all over me.  It

15  shook me all up.

16  Q.   How painful was it when the electricity went through your

17  body?

18  A.   I thought I was going to die.

19  Q.   How many times did Benjamin Yeaten touch you with the

20  electrical device?

21  A.   He did that to me twice, two times that night.

22  Q.   The second time, where did he put the electrical device?

23  A.   He put it on my penis.

24  Q.   Were you able to see Benjamin Yeaten's face at any point

25  while he was using this electrical device?

**October 22, 2008**

## Kamara - Direct

1  A.   Yes.

2  Q.   What did his face look like?

3  A.   He was a black man, short.

4  Q.   What mood was he expressing in his face?

5  A.   He was angry.

6  Q.   After shocking you twice with the electrical device, did

7  Benjamin Yeaten do anything else to you that night?

8  A.   He turned me over to the boys and they had an older person

9  among the boys.  He said that he was responsible to get the

10  heart, to get human hearts from people, and they started saying

11        "I'm going to get this part.  I'm going to get that

12        part.  I'm going to eat this.  I'm going to do that."

13  Q.   Just so I'm clear, these were the small boys they turned

14  you over to?

15  A.   The old man is the one who was supposed to get it and all

16  the young men who were around there were all joining in saying

17        "I'm going to get this part.  I'm going to get that

18        part.  I'm going to get that part."

19  Q.   They were talking about the parts of your body?

20  A.   Yes.

21  Q.   Where were you taken after Benjamin Yeaten shocked you that

22  night with the device?

23  A.   They took me back into the garage.

24  Q.   What did they do to you once you got back in the garage?

25  A.   They started punishing me because I couldn't -- I mean,

**October 22, 2008**

## Kamara - Direct

1    they started telling me what to do.

2    Q.    How did they punish you?

3    A.    Kicked me around, told me what to do, doing punishment,

4    hanging only on my finger like that.

5    Q.    When you said they were kicking you, where were they

6    kicking you?

7    A.    On my side, my back, my butt, everywhere.

8    Q.    How many boys and men were kicking you at that point?

9    A.    There were about two or three persons.

10   Q.    Were they hitting you with anything?

11   A.    Yes.

12   Q.    What were they hitting you with?

13   A.    The butt of a gun.

14   Q.    After the shocks and after the beating, what did your body

15   feel like?

16   A.    I had sores all over me.   I was helpless.

17   Q.    Where did they leave you after they were done beating you?

18   A.    I was just lying down there doing nothing.   I couldn't do

19   anything for myself.

20   Q.    Where were you lying?

21   A.    In the garage.

22   Q.    Now, you said that when Benjamin Yeaten came back it was

23   morning time again?

24   A.    Yes.

25   Q.    Were you held at Benjamin Yeaten's house for that second

## Kamara - Direct

1  day?

2  A.   Yes,

3  Q.   Who, if anyone, did you see come to Benjamin Yeaten's house

4  on that second day?

5  A.   It was Chuckie.

6  Q.   How did he arrive?

7  A.   He came with two cars, with bodyguards and armed men.

8  Q.   How were these men dressed?

9  A.   Some were in uniform  Some were in colored clothing with

10  jackets with pockets.  Some were in black uniforms and ATU

11  uniforms.

12  Q.   What, if anything, did Chuckie Taylor come and say to you

13  on that day?

14  A.   He asked them to bring me to him

15  Q.   And where did the men bring you to?

16  A.   Right in front of the garage.

17        MR. GRAVELINE:   I'd like to put up BY 3 again.

18        AGENT NAPLES:   (Complied.)

19  BY MR. GRAVELINE:

20  Q.   Can you put an X on where they brought you to?

21  A.   Here.  The cars were parked here and they brought me from

22  in here.

23  Q.   To where?

24  A.   In front of him

25  Q.   And was he near the cars or closer to the house?

**October 22, 2008**

## Kamara - Direct

1  A.   This place is not so big.

2  Q.   What, if anything, did Chuckie say to you once you were

3  brought in front of him?

4  A.   He asked me if I was ready to talk.

5  Q.   What did you say?

6  A.   I said I did not know what to say.

7  Q.   What did Chuckie say in response to that?

8  A.   He laughed.

9          THE INTERPRETER:   I'm sorry?

10 BY MR. GRAVELINE:

11 Q.   What was that?

12 A.   And he was wondering to himself why, despite all the things

13 that have been happening, this man still doesn't want to say

14 anything.

15 Q.   I want you to concentrate on what he said to you.   What did

16 Chuckie say to you?

17 A.   He said "You don't want to talk?"

18 Q.   Did he say anything to the people who were with him when he

19 said --

20 A.   After he said, I said "I don't know what to say" and the

21 boys who were with him, he told them to take care of me.

22 Q.   What happened to you once Chuckie told his boys to take

23 care of you?

24 A.   They started hitting me again.   They started beating me,

25 hitting me and kicking me.

**October 22, 2008**

## Kamara - Direct

1  Q.   Where were they hitting you on your body?

2  A.   They hit me on my side, my back and at some point they

3  kicked me until I fell.

4  Q.   Where did they kick you once you were on the ground?

5  A.   When I was on the ground?

6  Q.   Yes.

7  A.   They stepped on me.

8  Q.   What parts of your body did they step on?

9  A.   They stepped in my front area here and in my stomach area

10 and they kicked me on my side.

11 Q.   When you said your front area, what part of the body did

12 they kick you on?

13 A.   They kicked me and when I fall, they stepped on me.   When I

14 say "my front area," I mean my penis area.

15 Q.   Where was Chuckie when they were beating you?

16 A.   He was right in front of the car and he was laughing.

17 Q.   On a scale of 1 to 10, how painful was this beating?

18 A.   It was just getting worse and worse.

19         THE INTERPRETER:   I did not get the first part of the

20 witness' response.

21 BY MR. GRAVELINE:

22 Q.   Can you repeat that?

23 A.   I have sores on me all over.   It was just getting worse and

24 worse.   I did not want to live anymore.   I just wanted to --

25 the pain was so much for me.

**October 22, 2008**

## Kamara - Direct

1  Q.   Mr. Kamara, I know it has been about six years since what

2  happened at Benjamin Yeaten's house.   Do you think you could

3  recognize Chuckie Taylor if you saw him in the courtroom today?

4  A.   Yes.

5  Q.   Do you see Chuckie Taylor in the courtroom today?

6  A.   Yes.

7  Q.   Where is he?

8  A.   (Indicating.)

9  Q.   Can you describe where he's at?

10  A.   He's right there.

11  Q.   What is he wearing?

12  A.   He got on a blue tie with a white shirt.

13  Q.   And is he sitting with anybody?

14  A.   Yes, he's sitting with the guy in blue, I believe, gray or

15  blue coat.

16       MR. GRAVELINE:   Please let the record reflect

17  Mr. Kamara has identified the defendant, Your Honor.

18       THE COURT:   The record so reflects.

19  BY MR. GRAVELINE:

20  Q.   Did there come a time that Chuckie left that day?

21  A.   After doing everything, he couldn't get anything from me

22  because I did not know what to tell them and they left.

23  Q.   What, if anything, did Benjamin Yeaten do to you after

24  Chuckie left that day?

25  A.   When Benjamin Yeaten came, he came in the night.   I was

**October 22, 2008**

## Kamara - Direct

1    very helpless.   At that time I have not had anything to eat.   I

2    had only drank some water and he asked that I be brought to

3    him, but I could not walk by myself to him   The people had to

4    help me to walk to him

5    Q.   What did he say to you when you were brought to him?

6    A.   He asked if I was ready to talk.

7    Q.   What did you say in response?

8    A.   I said to him "Chief, if you tell me what you want me to

9         say, I will say it."

10   Q.   Did Benjamin Yeaten threaten you with anything that night?

11   A.   Yes.

12              So what he did, while he was sitting in front of me,

13   he requested for a pressing iron.   I did not know at the time

14   it was a pressing iron, but when it was brought, then I knew it

15   was a pressing iron.

16   Q.   When you say "pressing iron," do you mean one that presses

17   clothes?

18   A.   Yes.

19   Q.   What, if anything, did Benjamin Yeaten do once he had the

20   pressing iron?

21   A.   The first thing he did, he put it on my stomach on the left

22   side.   He put it on my knee on the left side and then he put

23   it --

24              THE INTERPRETER:   Can you say that again, sir?

25   A.   He put it around my penis.   Not on my penis, on the side.

**October 22, 2008**

## Kamara - Direct

1  Q.   Was the iron hot?

2  A.   Very hot.   It took my skin off.

3  Q.   Did you try to move away to avoid the iron?

4  A.   People were guarding me not to move.

5  Q.   Did you cry out when the iron was put on your body?

6  A.   I had lost my voice completely.   I cried, but it was --

7  that was the last cry I can cry.   I said all sort of words

8  that . . .

9  Q.   What were you saying at that point to Benjamin Yeaten?

10  A.   I called my mother, my father, my God.   I mean, I just

11  cried.

12  Q.   Did Benjamin Yeaten say anything to you after you were

13  burned?

14  A.   He said I was not serious, that they should take me back

15  and I had sores already all on my knee and where I had this

16  sore, I was asked to kneel down on the sore.

17  Q.   Did the soldiers do anything else to you that night?

18  A.   There was no treatment.   I was just going through the pain.

19  Q.   Were you held at Benjamin Yeaten's through that night as

20  well?

21  A.   Yes.

22  Q.   On the third day, did anything happen to you while you were

23  at Benjamin Yeaten's house?

24  A.   While I was at Benjamin Yeaten's house the third day, to my

25  surprise at night they came and put me in a car, but before

## Kamara - Direct

1  putting me in the car, they covered my face with a bag and I

2  heard some of the armed men saying "This is Taliban.   This is

3       Taliban" and they tied my hands and put me in the car, in

4  the truck.

5  Q.   I'm sorry.   What were they saying?

6  A.   "This is Taliban."

7  Q.   The Taliban?

8  A.   Yes.

9  Q.   Before you were taken away from Benjamin Yeaten's house

10  during this three days that you were there, were you ever

11  allowed to urinate or defecate, go anywhere to relieve

12  yourself?

13  A.   Once I requested that I wanted to pee.

14  Q.   Did they allow you to go anywhere?

15  A.   Yes.   Two armed men led me to the bush.   When I say "bush,"

16  it was actually the same place.   It wasn't far.   It was the

17  same place.

18  Q.   What was the ground like when you were taken there?

19  A.   Soft.   It was just like underneath the tree, but just a

20  little bit bushy.

21  Q.   Was it dry or was it wet?

22  A.   The ground was a little bit soft, just like a swamp area,

23  like that.

24  Q.   Once you were put in the car and had the bag put over your

25  head, did they take you somewhere that day?

**October 22, 2008**

## Kamara - Direct

1   A.   What they did to me when we left Benjamin Yeaten's place,

2   it didn't take long.   I felt like I was on a gravel road, not a

3   hard road, but the car was shaking so much.   So in my mind I

4   thought they were taking me to kill me again.

5   Q.   What were the soldiers saying while you were in the car.

6   Were they saying anything?

7   A.   They were saying a lot of things like "Yes, we're going to

8        do this.   We're going to eat the heart.   We're going to do

9        this," a lot of threatening words, but by God's grace, I

10   was taken to Klay, actually.

11   Q.   When you got to Klay, did you know where you were?

12   A.   I didn't know until the next day that I got to know that I

13   was in Klay.

14   Q.   Now, when you say -- well, when they stopped the vehicle

15   and you said you got to know that it was Klay the next day,

16   what did they do to you once they stopped the vehicle on the

17   first day you got there?

18   A.   What they did to me, they put me in the hole, but I did not

19   know because it was at night, but I knew that I was somewhere

20   close to the war zone because there was lots of shooting.

21   Q.   Now, when you were put in the hole, could you stand up

22   straight in the hole?

23   A.   You have top find your own way, make your own way in the

24   hole.   People were there, but I did not know who was there.

25   Q.   What was the lighting like under the hole?

**October 22, 2008**

## Kamara - Direct

1  A.  Dark, pitch.

2  Q.  How did it smell?

3  A.  Very bad.

4  Q.  I'd like to show you what has already been admitted as KL

5  11.

6        AGENT NAPLES:  (Complied.)

7  BY MR. GRAVELINE:

8  Q.  Do you recognize that?

9  A.  Yes.

10  Q.  What is that a picture of?

11  A.  That was the place where I was held, but the place was

12  filled with water.  You don't want to go down, but there was

13  beams up --

14        THE INTERPRETER:  Can you ask him --

15  BY MR. GRAVELINE:

16  Q.  Slow down.

17        When you see this picture, was there more water or

18  less water when you were in there?

19  A.  There was water in there.

20  Q.  You were trying to explain you were trying to do something

21  with the beams up above?

22  A.  You have to try and be across the irons to rest yourself.

23  If you get into the water, it is bad for you.  It stinks.

24  Maggots, a lot of bad things.  That's where you peed.  That's

25  where you go to toilet.

**October 22, 2008**

## Kamara - Direct

1    Q.   Now, you mentioned that you saw other people in the hole.

2    A.   There were people in the hole.

3    Q.   And did you recognize any of those people?

4    A.   No.

5    Q.   How long were you under this hole?

6    A.   I was there for 13 days.

7    Q.   Could you have escaped if you had wanted to?

8    A.   No.

9    Q.   Why not?

10   A.   You are in, you know, you're in a war zone.   There is no

11   way that you can escape.   You have armed men all over there.

12   The only time you have opportunity to get out is in the night.

13   They bring you out of the hole when they want to investigate

14   you.

15   Q.   When you say "they," who do you mean by "they"?

16   A.   On two occasions, Benjamin Yeaten investigated me.   It was

17   in the night.   Another time when Joe Tua came to investigate

18   me, it was in the night.

19   Q.   After they asked you questions, did they do anything to you

20   physically?

21            MR. CARIDAD:   Objection.   I'm sorry.   Mr. Graveline.

22            My objection, Your Honor, is it assumes facts not in

23   evidence.

24            THE COURT:   Overruled.

25   BY MR. GRAVELINE:

**October 22, 2008**

## Kamara - Direct

1   Q.   Did they do anything to you after they questioned you while

2   you were at Klay?

3   A.   Yes.

4   Q.   What did they do to you?

5   A.   They told me to swim  While I was in Klay, there was

6   shooting going on there.

7   Q.   Mr. Kamara, if I could stop you a second.  You said they

8   told you to swim?

9   A.   Yeah.

10  Q.   What do you mean they told you to swim?

11  A.   They told me to swim on the cold tar, the paved tar road

12  and they also asked me to roll, to roll like a drum

13  Q.   What were you wearing at the time?

14  A.   I had just a brief and a T-shirt on.

15  Q.   What was the road like?  Was it smooth or did it have

16  things on the road?

17  A.   It's a rough road.  It's a tarred road, but it is rough.

18  Q.   Did you ever see Chuckie Taylor present while you were at

19  Klay?

20  A.   No.

21  Q.   Did there come a time when you were taken away from Klay?

22  A.   Yes, but I'd like to go back while we were in Klay --

23  Q.   Let me ask the questions first.

24       Did there come a time you were taken away from Klay?

25  A.   Yes.

**October 22, 2008**

## Kamara - Direct

1    Q.   Where were you taken?

2    A.   I was taken to Cape Mount.

3    Q.   Is that a city?

4    A.   It's a county also.

5    Q.   That's further away in Liberia?

6    A.   Yes.

7    Q.   Was there a time when you were taken to Monrovia?

8    A.   Yes.

9    Q.   Where were you taken once you were brought to Monrovia?

10   A.   They took me to NBI.

11   Q.   You mean, NBI, the National Bureau of Investigation?

12   A.   MBI, yes, not National.  Not National.  M, like Mary.

13   Q.   Once you got there, where were you placed?

14   A.   I didn't even know that I was in Monrovia because my head

15   was covered from Cape Mount to Monrovia.   A helicopter brought

16   me from Cape Mount to Monrovia and I was taken in a truck and

17   it was at night.

18   Q.   Once you got to the MBI, where were you placed?

19   A.   I had my head covered.   Everything was tied and they just

20   pushed me into the prison.

21   Q.   You said it was dark in there?

22   A.   Very dark.

23   Q.   Could you see if there were other men being held with you?

24   A.   At the moment, no.

25   Q.   At a certain point did you become aware whether there were

**October 22, 2008**

## Kamara - Direct

1  other men being held with you?

2  A.   When I was put in there, after a few moments I heard

3  someone say "Who are you?"  Several times that question was

4  asked.

5        I said "Leave me alone" because I thought it was some

6  of the security men that were asking.

7  Q.   Did you come to find out who was asking you?

8  A.   I did not know until the next day.  It was in the morning

9  when the same person asked again and said "My friend, who are

10     you?" and my first response was "Leave me alone" again and

11  they said "We are prisoners.  We are in prison as well."

12  Q.   Did you identify yourself at that time?

13  A.   Then I said "I am Mulbah.  I said my name out and then

14  someone responded and said "Oh, my cousin."

15  Q.   Did he identify himself to you?

16  A.   He was like crying because he was saying "Oh, my God, this

17     is over.  Mulbah in jail?"

18  Q.   Did he identify to you who he was?

19  A.   Yes.

20  Q.   Who was it?

21  A.   Mabutu Koroma.

22  Q.   Over the next several days, were you able to figure out if

23  there were other people you knew in the jail?

24  A.   Yes.

25  Q.   Who were the other people you knew being held in this jail?

## Kamara - Direct

1   A.   How I got to know that there were other persons in jail, we

2   could not see one another, but if you spoke aloud, you would

3   hear the voice.   That was how I got to know that it was

4   Varmuyan -- that's Varmuyan Dulleh --   Sheikh --   I had heard

5   his name, but I had not met him up until the time he was in the

6   prison.   We were from the same tribe or from the same ethnic

7   group as part of the family because he called his name.   He

8   said --

9   Q.   Mr. Kamara, at any time while you're being held in this

10  jail, at any point that you were in this jail with these other

11  men, did you tell them what had happened to you?

12  A.   No.

13  Q.   Why not?

14  A.   No.   We cannot speak to one another because in the first

15  place I was afraid to tell anyone why I was there because I did

16  not know what they were there for.

17  Q.   You mentioned the name Varmuyan Dulleh.   Did you know

18  Varmuyan Dulleh before you were in prison?

19  A.   Yes.

20  Q.   How did you know Varmuyan Dulleh?

21  A.   I knew Varmuyan Dulleh because all the equipment that came

22  from EU, he was working at the free port and the EU had more

23  than 200 cars that came, more than 100 trucks.   I am the person

24  who collects all of these from the National Port Authority.

25  That was part of my responsibility working with the EU as an

**October 22, 2008**

## Kamara - Direct

1  expediter.

2  Q.   That's where you met Varmuyan Dulleh?

3  A.   That was how I got to know him, and later on he said we

4  were from the same place.

5  Q.   Were you ever able to see Varmuyan Dulleh while you were

6  being held in this prison were you ever able to see him with

7  your own eyes?

8  A.   Yes.

9  Q.   And when you saw him, could you see the condition of his

10  body?

11  A.   No.

12  Q.   Why not?

13  A.   Because the only time I got to see him, it was just once

14  when they came to get me out of the prison to take me

15  downstairs for investigation, and at that time, at that moment

16  he was going to the bathroom

17  Q.   Do you know a man by the name of Hassan Bility?

18  A.   Yes.

19  Q.   Do you know whether or not he was being held with you at

20  the same time?

21  A.   I did not know.   I did not know.

22  Q.   Now, did there come a time when you were released from this

23  prison?

24  A.   Excuse me?

25  Q.   Did there come a time when you were released from this

**October 22, 2008**

## Kamara - Direct

1   prison in Monrovia?

2   A.   Yes.

3   Q.   Now, when you were released, do you know what date you were

4   released?

5   A.   I cannot recall, but it took -- released?  I cannot recall

6   the day, but I can recall I was released on a Friday.

7   Q.   Do you know what month it was?

8   A.   It was in December.

9   Q.   This is December of 2002?

10  A.   Yes.

11  Q.   I'd like to walk back with you a little bit now.  How long

12  were you held at this prison in Monrovia?

13  A.   I was in prison -- my arrest and my release took almost

14  three months.  So I don't know in between --

15  Q.   When you said three months, you were arrested then in

16  September of 2002?

17  A.   Yes.

18  Q.   And when you said you were released in December of 2002, is

19  this the early part of December or the late part of December?

20  A.   The later part.

21  Q.   When you were allowed to leave this prison, were you given

22  any instructions?

23  A.   I was told to report to the mansion every blessed day.

24  Q.   What mansion were they talking about?

25  A.   The President's office.

**October 22, 2008**

## Kamara - Direct

1   Q.   Was this Whiteflower?

2   A.   No.   Like we have the White House here, for us we call it

3   the Executive Mansion.

4   Q.   Once you were released from jail, what were your thoughts

5   about your continued safety in Liberia?

6   A.   I did not know what to do.   I felt that my life was not

7   going to be saved.   I was going to die.

8   Q.   What, if anything, did you hear from President Taylor after

9   you were released?

10          THE INTERPRETER:   (Conferring with Mr. Graveline.)

11  BY MR. GRAVELINE:

12  Q.   I think Mr. Ibeagha wants you to repeat that you said.

13  President Taylor wanted you to do what?

14  A.   Every holiday, on a major holiday like Christmas, sometimes

15  he gives a message to the Liberian people, and at that time he

16  was addressing the people in the evening.

17  Q.   And what did he say during that Christmas message about

18  you?

19  A.   He did not call my name directly, but he was angry with the

20  American government at the time because while we were in the

21  prison --

22  Q.   Mr. Kamara, what did he say?   What, if anything, did he say

23  during that Christmas message about people who had been

24  released?

25  A.   THE people who had been released, he was saying he wanted

**October 22, 2008**

## Kamara - Direct

1 them back.

2 Q.   What, if any, plans did you start to make about leaving the

3 country?

4 A.   Before then, I had talked to one of my bosses on two

5 occasions.   He was called David Parker.

6 Q.   David --

7 A.   David Parker.   He was the EU representative at the time in

8 Liberia.

9 Q.   Did you make plans with Mr. Parker in order to get out of

10 Liberia?

11 A.   I just asked him to help me in any way he could for my life

12 to be saved.

13 Q.   Did Mr. Parker help you?

14 A.   Yes.

15 Q.   What did you do with Mr. Parker?

16 A.   What I did was I managed to find my way into the EU

17 compound in Mamba Point right by the American Embassy.   The

18 American Embassy and the EU are sharing the same fence.

19 Q.   That's on the Mamba Point?

20 A.   Yes.

21 Q.   That's one of the districts of Monrovia?

22 A.   Yes.

23 Q.   Once you got into the EU compound, what did you do?

24 A.   I disguised myself.

25 Q.   How did you disguise yourself?

**October 22, 2008**

## Kamara - Direct

1    A.  I dressed like a woman.

2    Q.  What did Mr. Parker do?

3    A.  He put me in the trunk.

4    Q.  What type of car -- what kind of a vehicle did he put you

5 in the trunk of?

6    A.  It was a diplomatic vehicle, a car, a Land Rover, a jeep.

7    Q.  And what did Mr. Parker do?  After you were put in the

8 trunk, where did you go?

9    A.  I did not know where he was taking me, but I knew he was

10 trying to help me to get me out of the country.

11    Q.  Where was your final stop with Mr. Parker?

12    A.  My final stop was in Ninba, in Ghana.

13    Q.  That is close to the border of Guinea?

14    A.  Very close to the border.

15    Q.  Was someone else in the Land Rover when you got out in

16 Ninba County?

17    A.  My wife was in the car with my son, but we did not speak to

18 one another.

19    Q.  Once you got out of the car with your wife and son, where

20 did the three of you go?

21    A.  Everybody went on their own to cross and go through the

22 security and I went on my own to cross.

23    Q.  Did you have travel documents with you?

24    A.  Yes.

25    Q.  Did you use your name of Milbah Kamara on those travel

**October 22, 2008**

## Kamara - Direct

1  documents?

2  A.  No.

3  Q.  Do you remember the name you used on the travel documents?

4  A.  I don't quite remember, but it was something like Mbjama.

5  Q.  Did you ever use that name before that date?

6  A.  No.

7  Q.  Did you ever use that name after that date?

8  A.  No.

9  Q.  Once you left Liberia, where did you go?

10 A.  I went to Conakry, the capital City of Guinea.

11 Q.  What's the capital City of Guinea?  I'm sorry.

12 A.  Conakry.

13 Q.  At that point, what were your plans as far as where you

14 were going to live?

15 A.  I didn't know anybody in Guinea.  At that time David Parker

16 had already spoken with somebody at the American Embassy so

17 they could help me to see if there was somewhere I could live

18 in Guinea.

19 Q.  What were your plans, if any, of coming to America at that

20 time?

21 A.  I had no plans.  I had no idea if I was going to come to

22 America.

23 Q.  Why did you leave Liberia?

24 A.  Because of my life and the life of my family.

25 Q.  When you were in Guinea, did you meet with anyone to tell

**October 22, 2008**

## Kamara - Direct

1   them your story?

2   A.   When I got to Guinea, I went to the American Embassy the

3   next day because I did not know where to start from and at the

4   gate I told the people I wanted to see the political counselor.

5   Q.   Did the political counselor put you in touch with anyone

6   while you were in Guinea, a different organization?

7   A.   I just told them that I wanted to see the political

8   counselor and they helped me to see the political counselor.

9   When I was able to explain my problems to him, then he

10  connected me to --

11              THE INTERPRETER:   Which office, sir?

12              THE WITNESS:   The U.N. office.

13  A.   -- The U.N. office.

14  Q.   Did you relate to the U.N. what had happened to you?

15  A.   I explained to the U.N. what happened to me.

16  Q.   Now, at this point what were your plans about leaving West

17  Africa?   Did you have any plans about leaving West Africa?

18  A.   I was not thinking of anything like that.

19  Q.   What were you thinking about at that time?

20  A.   I was just thinking -- I was only thinking about getting

21  treatment, where to live and to take care of my family.

22  Q.   Now, at any point prior to this time, had you ever filed

23  for a visa to leave Liberia?

24  A.   Never.

25  Q.   Had you ever thought about filing for asylum in any other

**October 22, 2008**

## Kamara - Direct

1    country?

2    A.    Never.

3    Q.    At a certain point, were you asked to leave Guinea?

4    A.    Yes.

5    Q.    Why were you asked to leave Guinea?

6    A.    When they found a place for me to live, while I was in the

7    hotel one afternoon, the U.N. representative came in and told

8    me that this place was not safe for me and I needed to leave on

9    that same day.

10   Q.    Where were you taken that day?

11   A.    They took me to the airport and put me -- but I asked them

12           "Where are you sending me?"  They said I was going to

13   Ghana.

14   Q.    How long did you stay in Ghana?

15   A.    I stay in Ghana for -- I can't be exact, but about two

16   weeks or less than that.

17           THE COURT:   Is this a good point for a recess?

18           MR. GRAVELINE:   Sure.

19           THE COURT:   Ladies and gentlemen, we'll take 10

20   minutes.   Please don't discuss the case.

21           [The jury leaves the courtroom at 10:45 a.m]

22           THE COURT:   All right.   We're in recess.

23            [There was a short recess at 10:45 a.m]

24           THE COURT:   Are we ready?

25           MR. GRAVELINE:   One quick question for scheduling

**October 22, 2008**

## Kamara - Direct

1   purposes.   We only have two witnesses left.   One is Dr. Hyma.

2           Can we just have him come over after lunch?   Once

3   we're done with cross-examination and redirect examination, can

4   we break and tell Dr. Hyma to come here around 1:00 or 1:15?

5           THE COURT:   That's fine.

6           Bring the jury in, please.

7           [The jury returns to the courtroom at 11:02 a.m]

8           THE COURT:   Everyone please be seated.

9   BY MR. GRAVELINE:

10  Q.   Mr. Kamara, before the break I believe you were saying you

11  were in Ghana for a couple of weeks after Guinea.

12  A.   Yes.

13  Q.   When did you actually find out when you were in Ghana that

14  you were going to be coming for the United States?

15  A.   I did not know that I would be coming here until one

16  afternoon when I left and I told my wife and kids that we

17  should go and stroll around the hotel.

18          So while we are strolling around the hotel -- we left

19  about after 4:30 and we came back around at 6:00 and I saw two

20  guys sitting in the lobby of the hotel.

21  Q.   Who were these two gentlemen?

22  A.   I had not met them before, but I saw them sitting and then

23  they said to me, "Mr. Kamara, we are here for you."

24  Q.   What did they want with you that day?

25  A.   They said "You are leaving now" and I said "Where

**October 22, 2008**

## Kamara - Direct

1    to?"  They said "You're going now, today.  This place is

2    not safe.  You're going now," and I asked and I said "Well,

3    I thought you were going to inform me before coming for

4    me."

5         THE INTERPRETER:   Could you break that down?

6    BY MR. GRAVELINE:

7    Q.  We need to break that down a little bit.

8    A.  Just at the time when he asked me what room I was in, when

9    I said the number, they went upstairs and got all of our

10   belongings and they came downstairs and took us to the airport.

11   Q.  Did they tell you where you were going to be flying to that

12   day?

13   A.  Yes.

14   Q.  What did they tell you?

15   A.  They brought a piece of paper in front of me and they said

16   I should sign, and it was just a sheet of paper with my photo

17   on it and they said "This is the paper you're going to travel

18   with," and they said there was somebody waiting for me in

19   Holland.

20   Q.  Did they tell you where your final destination was going to

21   be?

22   A.  Yes.

23   Q.  Where was your final destination?

24   A.  They said I was going to Manchester.

25   Q.  Manchester where?

**October 22, 2008**

## Kamara - Direct

1   A.   In the States.

2   Q.   Manchester, New Hampshire?

3   A.   Yes.

4   Q.   Is that the first time you found out you were coming to the

5   United States?

6   A.   Yes.

7   Q.   Once you came to the United States, have you been able to

8   see doctors about what happened to you?

9   A.   Yes.   They took me to the Cabot Hospital in Manchester.

10  Q.   Did you receive any treatment for any of the injuries that

11  happened to you in 2002?

12  A.   Yes, I received a lot of treatment.

13  Q.   What, if any, treatment have you received for your eyes?

14  A.   They took me to another hospital in New Hampshire for the

15  eye doctor.

16  Q.   Have you had trouble with your eyes since your time at

17  Benjamin Yeaten's house?

18  A.   Yes, I have been having problems with my eyes.

19  Q.   How long was that light on your face when you were on the

20  ground at Benjamin Yeaten's house?

21  A.   It was on -- at every time I was asked to lay down, it was

22  on my face, so I had it on for about three days.

23  Q.   Could you feel the heat every time the light was put on to

24  your face?

25  A.   Up to this time, sometimes I feel the heat even when I'm by

**October 22, 2008**

## Kamara - Direct

1    myself.

2    Q.   Have you had to have treatment for other parts of your body

3    as well?

4    A.   Yes, I've been receiving treatment.

5    Q.   What part of your body have you been receiving treatment

6    for?

7    A.   I have sores all over my body and I've been --

8    Q.   You have sores all over your body?

9    A.   Yes.

10   Q.   And they gave you treatment for that in New Hampshire?

11   A.   Yes.   Excuse me.   I thought I could not function anymore

12   again, but later on they started treating me for that as well.

13   Q.   When you say you could not function, what part of your body

14   did you not think could not function anymore?

15   A.   My penis, and I still have some marks.   If you check my

16   butt, the electric --

17          THE INTERPRETER:   Can you get that?

18   BY MR. GRAVELINE:

19   Q.   I'm sorry?

20   A.   When something was put inside, something came out and to

21   this moment it hasn't gone back.   It is still hanging out.

22   Q.   Going back to the three months that you were in confinement

23   in Liberia, were you ever brought in front of any Court?

24   A.   No.

25   Q.   Did you ever have any official charge brought against you?

**October 22, 2008**

## Kamara - Cross

1    A.    No.

2    Q.    Did you ever see a lawyer?

3    A.    Personally, no.

4    Q.    Do you remember the date that you actually got here to the

5    United States or the month and year?

6    A.    It was February, it was February 12th --  I'm not sure.   I

7    can't remember --  Between the 10th and the 12th, 2003.

8    Q.    Mr. Kamara, why are you testifying here today?

9           MR. CARIDAD:   Objection.   Relevance.

10          THE COURT:   Overruled.

11   BY MR. GRAVELINE:

12   Q.    Why are you testifying here today?

13   A.    I'm testifying because I need justice.

14   Q.    What happened to you back in Liberia, do you think about it

15   often?

16   A.    Every day, every day.   Every night I think about it because

17   what happened to me was painful and I need justice.

18          MR. GRAVELINE:   No further questions, Your Honor.

19          THE COURT:   Cross-examination.

20          THE INTERPRETER:   Can I request the witness move a

21   little to the left so I can see his mouth?

22          THE WITNESS:   (Complied.)

23                    CROSS EXAMINATION

24   [Beginning at 11:12 a.m., 10/22/08.]

25   BY MR. CARIDAD:

**October 22, 2008**

## Kamara - Cross

1  Q.   Mr. Kamara, you had a car accident in Liberia.   Am I

2  correct?

3  A.   Yes.

4  Q.   What was the car accident?

5  A.   About two months ago.

6  Q.   Did you receive any treatment for it in Liberia?

7  A.   No, I told them not to give me any treatment, that I was

8  coming home to see my family.

9  Q.   Why didn't you want them to treat you in Liberia?

10 A.   Because I was anxious that my family would be with me, for

11 my family to be with me.

12 Q.   Did you think you would get better medical treatment in the

13 United States than in Liberia?

14 A.   I just wanted to be with my family.

15 Q.   And you had -- you said you broke both of your legs?

16 A.   No, my right foot.

17 Q.   So the quality of medicine in Liberia had nothing to do

18 with your decision to come here?

19 A.   No.

20 Q.   Now, you have been a businessman all of your life.

21 Correct?

22 A.   Yes, I've been in business.   I've been doing business.

23 Q.   And you had successful businesses.   Right?

24 A.   Yes.

25 Q.   So you would describe yourself as a careful man?

**October 22, 2008**

## Kamara - Cross

1   A.   I'm very careful, though.

2   Q.   Because you have businesses that you have to take care of.

3   Correct?

4   A.   Yes.

5   Q.   So you're very cautious with your businesses because you

6   want to preserve them?

7   A.   Yes.

8   Q.   And you ask questions before going into business?

9   A.   Did I ask for what?

10  Q.   You asked questions before starting a business, such as

11       "Can I handle this business?  Can I afford it?"

12       You asked several questions of yourself before taking

13  that step.   Correct?

14  A.   Yes.

15  Q.   And you said between all of your stay in Liberia, you never

16  were involved with any kind of warring faction at all?

17  A.   Nothing, meaning never.

18  Q.   You never protested against anyone?

19  A.   Nothing, meaning never.

20  Q.   All you were were a businessman?

21  A.   Business, go to work.   That's it.

22  Q.   Now, you said that this problem all began when your

23  business was robbed?

24  A.   Yes.

25  Q.   And you reported that to the police.   Correct?

**October 22, 2008**

## Kamra - Cross

1   A.   Yes.

2   Q.   And you were able to tell us you reported it on a Thursday.

3   Correct?

4   A.   I cannot remember the day, but I reported it to the police.

5   Q.   Well, less than an hour ago you said that Thursday night

6   you reported your case to the police.  Didn't you say that?

7   A.   That's what I'm saying.  I reported it to the police.  It

8   was over the weekend and then the following day they went to my

9   house and ransacked the house.

10   Q.   Are you telling me you did not say that Thursday night you

11   reported this to the police just less than an hour ago?

12   A.   When they ransacked my store, I reported it to the police

13   and the following day while we were on my case, they went to my

14   house and ransacked my house.

15   Q.   So you cannot remember the day you reported it to the

16   police?

17   A.   No.  It was over the weekend.

18   Q.   So while you're reporting the theft at your business to the

19   police, someone ransacked your house?

20   A.   It did not happen the same day.

21   Q.   So now you've got two things to report to the police.

22   Correct?

23   A.   And in two different areas.  One was reported to the police

24   station that happened on Carey Street and the other was

25   reported to the police depot that happened in my residence.

**October 22, 2008**

## Kamara - Cross

1    Q.   How much time passed between each incident?

2    A.   In between, it was less than 24 hours.

3    Q.   So in a period of 24 hours, both your business and your

4    home were ransacked?

5    A.   Yes.

6    Q.   Had that ever happened to you before in all the years you

7    have been in business in Liberia?

8    A.   Yes.

9    Q.   When had it last happen to you?

10   A.   They did not ransack my house, but on this occasion I had a

11   truck.   When I say "truck," I'm referring to a big truck, a 16

12   ton truck.

13           The Government of Liberia, the Minister's name was

14   Alfred Kollie from Public Works.   They went and bull-dozed my

15   truck and I reported it to the police and there was a case and

16   I never got any resolution.

17   Q.   What year was that, sir?

18   A.   I do not recall the year right now, but it happened during

19   the Taylor administration.

20   Q.   And you say a bulldozer came and wrecked your truck?

21   A.   Yes, a 16 ton truck.

22   Q.   Was it an accident?

23   A.   No.   My truck was parked on Broad Street, Snapper Hill, and

24   they deliberately went and bull-dozed the truck.

25   Q.   What was in the truck?

**October 22, 2008**

## Kamara - Cross

1  A.   Nothing, because my truck used to work with the WFP.

2        THE INTERPRETER:   Can you continue, sir?

3  A.   It used to work with WFP.   They used to rent the truck.

4  Q.   So a government bulldozer just destroyed your truck?

5  A.   Yes, and my lawyer at the time was Tiawan Gongoloe and --

6  Q.   Can you say the name again, sir?

7        THE INTERPRETER:   For the record I did not get the

8  names.   I would like to have an opportunity to get the names at

9  another time.

10  BY MR. CARIDAD:

11  Q.   Sir, when you went to the police station in 2002 to report

12  the incident at your house and business, did you fill out a

13  written report?

14  A.   No.

15  Q.   Did the police officer take some information down from you?

16  A.   The police took all the information that they needed from

17  me.

18  Q.   And they kept it in their files, apparently?

19  A.   I do not know.   I was not with them

20  Q.   But when you were talking to them, they were writing

21  everything down?

22  A.   Yes.

23  Q.   And you kept calling the police to ask about any progress

24  in the investigation of the case.   Correct?

25  A.   Yes, I kept asking them how far they have gone with my

**October 22, 2008**

## Kamara - Cross

1  case.

2  Q.   And you said that on a particular day, on Tuesday, you

3  started to go to the police to check out what was going on.

4  Right?

5  A.   Yes.

6  Q.   And you're able to remember it was on a Tuesday that you

7  did that?

8  A.   Excuse me?

9  Q.   You said you did this on a Tuesday that you went to the

10  police to find out what was going on?

11  A.   I think so.

12  Q.   You were able to remember the exact day of the week?

13  A.   Yes, the exact day of the week I went there.  It has been a

14  long time, but it was the middle of the week.

15  Q.   But an hour ago you said it was Tuesday.

16  A.   Yes.

17  Q.   Are you sure it was Tuesday?

18  A.   Yes.

19  Q.   How are you able to remember the particular day of the week

20  of something that happened six years ago?

21  A.   Well, because it was over the weekend when this thing

22  happened and it was the beginning of the week when I sent

23  someone, and I did not get any resolution and the following day

24  I sent someone again.  I did not get any result in the morning

25  hours.  I decided myself to go and follow up and check.

**October 22, 2008**

## Kamara - Cross

1  Q.  So you went yourself to the police station.  Correct?

2  A.  Yes.

3  Q.  And the police, somebody there told you "We'll get back to

4      you.  We arrested some people."  Correct?

5  A.  Yes.

6  Q.  Now, the police weren't expecting you to go there that day,

7  were they?

8  A.  No.

9  Q.  You kind of decided on your own, "Let me just go to the

10     police station to see how the investigation is going."

11  Right?

12  A.  I wanted my business to go ahead, to go on, so I decided to

13  go and check what was going on because they couldn't get back

14  to me.

15  Q.  Now, you had a car, didn't you, sir?

16  A.  Yes.

17  Q.  Did you take your car to the police station that day?

18  A.  No.

19  Q.  Why not?

20  A.  I decided to take a taxi.

21  Q.  So you took a taxi from your home?

22  A.  No.

23  Q.  How did you get from your home to the police station?

24  A.  I did not leave from my home to the police station.  I left

25  from my business area to the police station.

**October 22, 2008**

## Kamara - Cross

1   Q.   How did you get to the business area?

2   A.   It was one of my friends who would never -- he gave me a

3   ride on that day from the home to the business location.

4   Q.   Why didn't you take your own car to the business?

5   A.   Because I did not want to drive on that day.

6   Q.   Why?

7   A.   I just didn't want to drive.

8   Q.   You usually drive to work, don't you?

9   A.   Yes, but I did not want to drive.

10  Q.   So that particular day, it just so happens you could have

11  driven, but decided not to drive.   Right?

12  A.   No, I did not drive to work.

13  Q.   And you asked a neighbor to give you a ride?

14  A.   I was actually walking on the street going to take a taxi

15  and he asked me "Mulbah, where are you going?" and I said I was

16  going to town.

17  Q.   So -- I'm sorry.

18           So you had your car that day with you.   Right?

19  A.   My car was parked in the yard.

20  Q.   You decided to walk, to take a taxi.   Right?

21  A.   Yes.

22  Q.   And you met up with somebody who gave you a ride to your

23  business.   Right?

24  A.   Yes.

25  Q.   And then from your business, you went to the police

**October 22, 2008**

## Kamara - Cross

1  station?

2  A.   Yes.

3  Q.   How did you get to the police station?

4  A.   I took a taxi.

5  Q.   And then when you got to the police station, you asked

6  about your case?

7  A.   Yes.

8  Q.   Okay.

9       They said they had arrested some people and you left

10  the police station.   Correct?

11  A.   They said they were going to get back to me, so I left the

12  police station.

13  Q.   And you didn't have your car.   Right?

14  A.   No.

15  Q.   So could you have walked back to your business?

16  A.   It's a long distance, though.   From Barber to Ashmon Street

17  is a long distance.   I did not want to walk.   I wanted to take

18  a taxi, but you can walk.

19  Q.   So since you did not have your car, you had to take a cab.

20  Right?

21  A.   If you want to.   If you want to walk, you can walk.

22  Q.   It's while waiting for that cab that you say you saw a

23  group of men come in a truck and arrest you.   Right?

24  A.   I did not say so.

25  Q.   What happened when you were looking for the taxi?

**October 22, 2008**

## Kamra - Cross

1   A.   I was waiting for the taxi and a police officer, he ran

2   towards me and got to me and held me by my pants and he said I

3   was under arrest.

4   Q.   Did you ask him why?

5   A.   I asked him why.   I said "Leave me alone.   I did not commit

6        any -- I did not do anything.   Leave me alone."

7   Q.   What did he say to you?

8   A.   He said I was under arrest and just at that point the

9   police, the police came, two trucks.

10  Q.   Now, the man, the police officer who held you by your

11  pants, did he call for the trucks?

12  A.   I don't know how it happened.   I just saw the two trucks.

13  Q.   So you're waiting for a cab.   A policeman grabs you by your

14  pants, tells you you're under arrest, won't tell you why and

15  suddenly two trucks appear?

16  A.   Yes.

17  Q.   Full of men?

18  A.   Armed men.

19  Q.   And you said they were the police?

20  A.   They were in different uniforms.   Some of them had arms.

21  Some of them did not have arms.   Some of them did not have

22  uniforms.

23  Q.   Now, you had done nothing but be a businessman all of your

24  life?

25  A.   Yes.

**October 22, 2008**

## Kamra - Cross

1   Q.   And all you had done was report two crimes to your

2   property.

3   A.   Come back?

4   Q.   All you had done up to this point was be a businessman and

5   you had reported a crime to the police.   Right?

6   A.   Yes.

7   Q.   You were arrested and not told why?

8   A.   No.

9   Q.   And two trucks came and got you?

10  A.   Yes.

11  Q.   Were you armed?

12  A.   No.

13  Q.   You said they took away your clothes.   Right?

14  A.   They tore my clothes from me.

15  Q.   They tore your clothes off?

16  A.   Yes.

17  Q.   Not just take them off, they tore it off?

18  A.   They tore it off from me.   They tore it.   The truck had

19  chairs in the back of the truck.   Not a chair, but a bench.

20  The people would sit on either side of it.   The space between

21  the two benches is very, very small, very little, and that was

22  where I was forced into and each time they forced me down, I

23  would try to pull myself up again, but they kept pushing me

24  down until we got to the police station.

25  Q.   Which police station did they take you to?

**October 22, 2008**

## Kamara - Cross

1    A.   National Police, to the central police station.

2    Q.   The main police station for the entire city?

3    A.   Yes.

4    Q.   So they took you to the police director himself?

5    A.   Yes.

6    Q.   Paul Mulbah?

7    A.   Yes.

8    Q.   The chief of all police for Monrovia?

9    A.   Yes.

10   Q.   And did you ask him why you were under arrest?

11   A.   I not ask him   They took me to him   He asked for my name,

12   my mother's name, my father's name.

13   Q.   Did you ask him why you were arrested?

14   A.   I did not ask him

15   Q.   Why didn't you ask him why you were under arrest?

16   A.   I don't know.

17   Q.   Mr. Kamara, you're a businessman.   Right?

18   A.   Yeah.

19   Q.   You know how to deal with people.   Correct?

20   A.   Yeah.

21   Q.   You run your own business?

22   A.   Aha.

23   Q.   You own more than one business?

24   A.   Yes.

25   Q.   Didn't you figure it was important to ask this man, the

## Kamara - Cross

1   chief of police --

2   A.   These people --

3   Q.   Let me finish my question, Mr. Kamara.

4           Didn't you think it was important to ask this man why

5   you were under arrest?

6   A.   Look, Liberia then and now is not the same.   Liberia was

7   very fearful.

8   Q.   But you asked the policeman who arrested you why you were

9   being arrested.   Right?

10  A.   Yes, but I couldn't ask the police director.   He was the

11  last person in the highest person, the police director.   I

12  couldn't ask him

13          THE INTERPRETER:   Can you do the second part?

14  BY MR. CARIDAD:

15  Q.   Did you complete your answer?

16  A.   Yes.

17  Q.   So you thought if you asked this man why you were arrested,

18  you would be finished.   Is that what you said?

19  A.   I was afraid, so I did not ask him

20  Q.   That's your only reason for not asking this man why you had

21  been arrested, a simple question "Why am I arrested?"   You did

22  not ask him?

23  A.   I did not ask him   That's the answer.

24  Q.   And he didn't ask you anything except for your name, the

25  name of your mother, the name of your father?

**October 22, 2008**

## Kamra - Cross

1   A.   My name, my parents' name.   That's it.

2   Q.   He didn't ask you if you were planning to overthrow the

3   Government?

4   A.   Nothing.

5   Q.   He didn't ask if you had a bunch of guns in your house?

6   A.   Nothing.

7   Q.   He didn't ask you if you were associated with any of the

8   rebels?

9   A.   Nothing.

10   Q.   Simply your name, your mother's name and father's name?

11   A.   Yes.

12   Q.   Then you were taken to the second floor of the building?

13   A.   Yes.

14   Q.   And then you were asked to sign some papers?

15   A.   They asked me to sign a paper.

16   Q.   Did you read the paper?

17   A.   I did not read it.   I said "No."

18   Q.   Did you know what the paper contained?

19   A.   I refused to sign the paper.   That's all.

20   Q.   Did anyone tell you what the paper contained?

21   A.   Excuse me?

22   Q.   Did anyone tell you what the paper contained?

23   A.   No.

24   Q.   You didn't ask?   You didn't read it?   Nobody told you?

25   A.   No.

**October 22, 2008**

**Kamara - Cross**

1  Q.   Now, you say your wife came to see you?

2  A.   Yes.

3  Q.   Where is your wife now?

4  A.   My wife, yes, she is here.

5  Q.   In Miami?

6  A.   Yes.

7  Q.   She lives with you in Kentucky.   Right?

8  A.   Yes.

9  Q.   That's the wife who came to see you at the police station.

10  Right?

11  A.   Yes.

12  Q.   Did you have any clothes on at this time while you were at

13  the police station?

14  A.   I had a T-shirt on with brief.

15  Q.   And you say your wife saw you and brought you some food.

16  Right?

17  A.   Yes.

18  Q.   And then you heard somebody asking or saying "Where is he?

19       Where is he?"  Right?

20  A.   Yes.

21  Q.   And then somebody came and took you away?

22  A.   The same person that took me into the room to see my wife,

23  he came in.   He came and got me out and turned me over to the

24  people.

25  Q.   He turned you over to two armed men.   Right?

**October 22, 2008**

## Kamara - Cross

1    A.   Yes.

2    Q.   And from the police station, they took you to Congotown

3    Road.   Right?

4    A.   Yes.

5    Q.   The car stopped.   Right?

6    A.   Excuse me?

7    Q.   The car stopped at Congotown Road?

8    A.   Yes.

9    Q.   Did you have a hood over your head before you left the

10   police station?

11   A.   Excuse me?

12   Q.   Before you left the police station, did they cover your

13   head?

14   A.   Yes.

15   Q.   So going from the police station to the beach, your head

16   was covered.   Right?

17   A.   Yes.

18   Q.   And then they took you to the beach.   Right?

19   A.   Yes.

20   Q.   Did they keep the cover on your head?

21   A.   They took it off.

22   Q.   Had they told you why they were taking you to the beach?

23   A.   I do not know.   I did not ask.

24   Q.   Did you ask anybody "Why are you taking me here to the

25       beach?"

**October 22, 2008**

## Kanura - Cross

1          THE COURT:   One second.

2          THE INTERPRETER:   I'd like him to take it and break it

3   down.

4          THE COURT:   He needs to repeat the answer.

5   BY MR. CARIDAD:

6   Q.   Could you, please, repeat the answer, Mr. Kanura?  You need

7   to say it slower.

8   A.   When they took me on to the beach, I couldn't ask any

9   questions.   I felt it was the end of my life, and if you shake

10   anymore, you are going to be in trouble.

11          THE INTERPRETER:   At this point I would ask the Court

12   allows me to do simultaneous interpretation.

13   BY MR. CARIDAD:

14   Q.   Now, you say you had 15 people around you?

15   A.   I had a lot of people around me.   I could not check all of

16   them   They were saying something.

17   Q.   You spoke to Government agents about this case.   Correct?

18   A.   Yes.

19   Q.   You spoke to them on three different occasions right?

20   A.   Yes.

21   Q.   August of 2006, May of 2007 and just yesterday, maybe.

22   Correct?

23   A.   Yes.

24   Q.   When you spoke to them in August of 2006, you never even

25   told them you were taken to the beach.   Right?

**October 22, 2008**

## Kamra - Cross

1  A.  I said it to them  Maybe they did not remember.

2           THE COURT:  It can't be at the same time.  We can't

3  hear you.  The court reporter can't hear you.  You have to

4  pause so he can interpret what you are saying.

5           THE WITNESS:  All right.

6           THE COURT:  Thank you.

7  BY MR. CARIDAD:

8  Q.  You are saying you told the agents of the Government in

9  August of 2006 and May of 2007 that you had been taken to the

10  beach, but they maybe didn't take that down?

11  A.  I do not know what they wrote in their paper, but I know

12  that I told them everything happened to me.

13  Q.  Isn't the first time you told the Government about this

14  incident at the beach just a couple of days ago?

15  A.  I do not know.  I've been saying this over and over to

16  people that spoke to me.

17  Q.  So you're standing on the beach.  A lot of armed men are

18  around you.  They have taken the hood off and you say you see

19  dead people around the beach?

20  A.  At that time, they have already killed some people.

21  Q.  How do you know they had killed people?

22  A.  Because they were dead.  They were lying down and they

23  could not move, not shaking.

24  Q.  So it was obvious to you these people had been killed?

25  A.  I assume.

**October 22, 2008**

## Kamara - Cross

1   Q.   You must have assumed "This is what is going to happen to

2        me"?

3   A.   I thought that was the end to me, in fact.

4   Q.   At that moment, you heard a radio communication.   Right?

5   A.   Yes.

6   Q.   Over a radio that one of the men was holding?

7   A.   One of the persons that took me have a radio and they have

8   a radio in the car also as well.

9   Q.   And you heard -- what did you hear over the radio?

10  A.   I do not know what they were saying, but I heard

11  "Whiteflower."

12  Q.   And the minute you heard "Whiteflower," the men took you

13  away and put you back in the car.   Right?

14  A.   They put me back in the car.

15  Q.   It seems you were saved just in the nick of time by this

16  radio communication to the beach.   Right?

17  A.   Excuse me?

18  Q.   It seems you were saved because of this radio communication

19  that came over the radio while you were at this beach with all

20  these dead bodies?

21  A.   I think so.

22  Q.   It seems if the radio communication had come 30 seconds

23  later, you might have been a dead man.   Right?

24  A.   Yes.

25  Q.   Whiteflower is where the President lives?

**October 22, 2008**

## Kamara - Cross

1    A.    Yes.

2    Q.    It seems the President, himself, wanted to see you?

3    A.    Correct.   You may be right.

4    Q.    Do you have any idea why the President of Liberia would

5    want to see you at that moment?

6    A.    I do not know.

7    Q.    Was it in the middle of the night?

8    A.    It was early in the night.

9    Q.    So early in the night, the President presumably sent a

10   communication to his men at the beach and you're taken away to

11   Whiteflower.   Right?

12   A.    I do not know if it was the President who called, but I

13   heard "Whiteflower."

14   Q.    What are you wearing at this time?

15   A.    I had a brief on and I had a T-shirt on.

16   Q.    Now, go back a little bit.   You said when you were taken

17   from the police station to the beach, you said you did have a

18   cover over your head.   Right?

19   A.    Yes.

20   Q.    Do you remember speaking to the prosecution agents in May

21   of 2007 and you made no mention of having a cover on your head?

22   A.    Everything I've said to you here today is what I've been

23   saying.

24   Q.    So if you sad said it to them and they didn't write it

25   down, it's because they missed it?

**October 22, 2008**

**Kamara - Cross**

1    A.   I do not know

2    Q.   You say they covered your head again.   After they took you

3    away from the beach, did they cover your head again?

4    A.   They took me to Whiteflower, but at that time my head was

5    not covered again.

6    Q.   Okay.

7              Did you wonder why your head had been covered from the

8    police station to the beach?

9    A.   I do not know.

10   Q.   And then they took you directly to the President of

11   Liberia.   Right?

12   A.   They took me to the Whiteflower, yes.

13   Q.   And you said you saw some faces you had seen on T.V.

14   Correct?

15   A.   I saw a few faces yes.

16   Q.   And the President, himself, asked you "You know what you're

17       here for?"

18   A.   Yes.

19   Q.   And you said "I do not know."

20   A.   "I do not know," no.

21   Q.   He asked you again, "Do you know what you're here for?"

22   A.   Three times.

23   Q.   You said "I don't know"?

24   A.   Yes.

25   Q.   Again, he asked you "Do you know what you're here for?"

**October 22, 2008**

## Kamara - Cross

1   and you said "I don't know"?

2   A.   No.

3   Q.   Did you ever ask the President when you were there?

4   A.   I did not ask him

5   Q.   Did the President ask you any other questions?

6   A.   No.   The only thing I heard him say was "Take him away" and

7   he was like angry when he was saying that.   He was vexed,

8   vexatious.

9   Q.   He must have been angry because he didn't know why you were

10  there.

11  A.   I do not know why I was there.   I and he, we did not have

12  any dealings.   I haven't had any dealings with him before.

13  Q.   The only thing you told him was "I don't know why I'm

14       here"

15  A.   Yes.

16  Q.   You said that caused him to turn you over to Benjamin

17  Yeaten?

18  A.   Yes.

19  Q.   Did he ever ask you if you were a rebel?

20  A.   No one asked me if I was a rebel.   No one brought any rebel

21  business around me.

22  Q.   He never asked you if you had any arms hidden somewhere?

23  A.   Nobody.   All the time I was in custody, nobody ever asked

24  me that question.

25  Q.   Now, you said at that time when he turned you over to

**October 22, 2008**

## Kamara - Cross

1  Benjamin Yeaten, that's when you saw Chuckie walk in?

2  A.   Yes.

3  Q.   You said you had seen Chuckie on T.V. and newspapers?

4  A.   Yes.

5  Q.   Benjamin Yeaten, himself, took you out of the room   Right?

6  A.   Yes.

7  Q.   Do you know where Benjamin Yeaten is now?

8  A.   I do not know.

9  Q.   Have you heard if anything has happened to him?  Do you

10 know?

11 A.   I do not have any business with him   I have nothing with

12 him

13 Q.   Now, you said they put you in a truck with armed men.

14 Right?

15 A.   Yes, with Benjamin Yeaten himself.

16 Q.   And you said the armed men seemed happy that they had found

17 something?

18 A.   Yes.   They were happy to get me in the truck.   They were

19 dancing.   They were rejoicing.

20 Q.   Just because they had you in the truck?

21 A.   Yes.

22 Q.   Did they say why they were happy when you were in the

23 truck?

24 A.   I did not ask them

25 Q.   I know, but did they say anything?

**October 22, 2008**

## Kamara - Cross

1  A.   They were happy.  I do not know why they were happy for.  I

2  only cared about my life.

3  Q.   Then they took you to Benjamin Yeaten's house.  Right?

4  A.   Yes.

5  Q.   And they stripped you naked.  Right?

6  A.   Yes.

7  Q.   Left you in the garage with no clothes on?

8  A.   No.

9  Q.   Is that correct?

10  A.   Yes.

11  Q.   You said they brought a light close to your face and

12  someone told you not to bat your eyes, not to blink?

13  A.   Yeah, I should look directly at the light.

14  Q.   So you're laying on your back.  Right?

15  A.   Yes.

16  Q.   Who is holding the light over you?

17  A.   The light was hanging.  They hung the light.  They tied a

18  rope and hung the light.

19  Q.   So you're flat on your back.  The light was hanging close

20  to your face?

21  A.   In my face.

22  Q.   Who said to do that?  Who gave the order to do that?

23  A.   It was Benjamin Yeaten because he was the only one that was

24  there.

25  Q.   Did you hear him say that, to do this to you?

**October 22, 2008**

**Kamara - Cross**

1  A.   Yes.

2  Q.   And someone told you not to blink your eyes.   Right?

3  A.   Yeah.

4  Q.   Who told you that?

5  A.   Who told me not to blink my eyes?  It was the other man.

6  He said "Treat him"

7          In Liberia when you say "Treat him," it means to do

8  whatever you can to punish him or whatever to mal-treat him

9          Once they say "Treat him," that's the meaning, and he

10  said that.

11  Q.   He just said to treat you?

12  A.   Yes.

13  Q.   Then he left or did he stay?

14  A.   He stayed until all the lights, everything --

15          THE INTERPRETER:   Could you the state that again, sir?

16  A.   Before he left, he inspected the light, everything, and put

17  it on my face and did all they wanted to do before he left.

18  Q.   How close was this light to your face?

19  A.   Very close.

20  Q.   Did it leave any burn marks on your face?

21  A.   It just spoiled my eyes.   I can't see very well again.

22  Like now, they said if I want to do the operation, the chances

23  are 50/50.   So I decided to take the chance and do my

24  operation, not to do my operation.

25  Q.   How far were the lights to your face?

**October 22, 2008**

## Kanara - Cross

1    A.   I said it was very close.

2    Q.   An inch?

3    A.   I don't know what you call inch, but it was very close.

4    Q.   This much?

5    A.   It was very close.

6          THE COURT:   Mr. Caridad, if you could allow the

7    interpreter to finish.   Everyone is speaking over everybody.

8          MR. CARIDAD:   Sorry.

9    A.   It was very close.

10   Q.   I'm holding up about an inch.

11   A.   I do not know what you are referring to as an inch, but it

12   was very close.

13   Q.   Show me with your fingers how far it was from your face,

14   sir.

15   A.   Yes.   Can you see that?

16   Q.   Yes, I can see that.

17         MR. CARIDAD:   He's holding his hand about --

18   A.   Each time they finished punishing me and beating me, they

19   would ask me to face the light.

20   Q.   And they told you if you blinked -- what would happen to

21   you if you blinked?

22   A.   They would beat me up.

23   Q.   So you didn't blink?

24   A.   I was blinking, but they were giving me the treatment they

25   were supposed to give me.

**October 22, 2008**

**Kamra - Cross**

1  Q.   So you're lying on your back.   They put a light close to

2  your face.   They told you not to blink or if you blinked they

3  would beat you?

4  A.   Yeah.

5  Q.   And they put the light close to your eyes.   How long were

6  you able to keep your eyes open until you blinked?

7  A.   I do not know.

8  Q.   A minute?

9  A.   I do not know.

10  Q.   Two minutes?

11  A.   I wasn't able to check the minutes.   I did not have any

12  watch on me.   I wasn't able to check the minutes, but I know

13  that they have a light on my face and that's the damage today

14  that I'm still suffering.

15  Q.   Sir, you know how long a minute is.   You can tell us how

16  long you had that light on your face before you blinked.

17  Please tell us.

18  A.   I told you the light was in my face.   Each time I blinked,

19  they would beat me.   I'm not able to tell if it was five

20  minutes, 10 minutes, 15 minutes.   I don't know.

21  Q.   That first time they did this to you, sir --

22  A.   They did it to me for three days.

23  Q.   The first time they did it, you were on your back.   How

24  long that first time did they have a light in your face?   Was

25  it an hour, a half hour, two hours?   How long?

**October 22, 2008**

## Kamara - Cross

1  A.  I would say it again.  I did not have a watch on me.  There

2  was no clock on the wall for me to see.  But I know that

3  Benjamin Yeaten gave that order.  He left and until he came

4  back, I was lying with the light on my face and he came in the

5  morning hours.

6  Q.  So you must have been lying on your back with that light in

7  your face for hours.

8  A.  Yes.

9  Q.  And every time you blinked, they beat you?

10 A.  They treat me, yes.  They told me to open my eyes and I

11 would have to open it.

12 Q.  So they must have been beating you every 10, 15, 30

13 seconds?

14 A.  I'm telling you that they told me to open my eyes and I

15 would open them  I told you every time they would ask me to

16 open my eyes, I opened them

17 Q.  And you can't tell us how long you were able to keep your

18 eyes open before they beat you?  You can't tell us that today?

19 A.  I would not be able to tell you that because I do not know.

20 Q.  They kept that up until Benjamin Yeaten came back in the

21 early morning hours.  Right?

22 A.  Yes.

23 Q.  Now, did Benjamin Yeaten ever ask you anything when he took

24 you to his house?

25 A.  When he came back?

**October 22, 2008**

## Kamara - Cross

1  Q.   When he first took you to his house, did he ask you

2  anything?

3  A.   No.

4  Q.   When he came back, he asked you "Do you know why you're

5       here?"

6  A.   He asked me that and if I was ready to talk.

7  Q.   Well, he must have asked you a question besides "Do you

8       know why you're here?"  Did he ask you anything else?

9  A.   No.

10 Q.   Just "Are you ready to talk?"

11 A.   Yes.

12 Q.   Did he tell you what he wanted you to talk about?

13 A.   He did not ask me what he wanted me to talk about, but he

14 had something in his hands and he said "If you speak to me

15      nicely, you will be saved from this."

16 Q.   "If you speak to me nicely," you said?

17 A.   "If you talk to me," yes.

18 Q.   Did you ask him "What do you want me to say, Mr. Yeaten?"

19 A.   If I asked him what he wanted me to say?

20 Q.   Yes.   Did you ask him that?

21 A.   I said to you before that the only thing I told him was

22 what happened to me.

23 Q.   And yet he never asked you a single question except "Do you

24      know why you're here?"

25 A.   Yes.

**October 22, 2008**

## Kamra - Cross

1   Q.   He said "If you speak to me, nicely everything will be

2        okay"?

3   A.   Yes.

4   Q.   But he didn't tell you what he wanted you to speak to him

5   nicely about?

6   A.   No.

7   Q.   After this incident where you say something was put into

8   your body, were you again put under the light?

9   A.   Yes.

10  Q.   For how long were you put into this light again?

11  A.   I told you that I was there for three days and for --

12          THE COURT:   One moment.   We can't hear.

13  A.   They would ask me to lay down, "Lay down flat and open your

14       eyes."

15  Q.   So this went on for three days?

16  A.   Yes.

17  Q.   Exposing you to this light for hours at a time, it seems.

18  Correct?

19  A.   Yes.

20  Q.   And every time you blinked when the light was a few inches

21  from your face you received a beating.   Correct?

22  A.   Yes.

23  Q.   With gun butts.   Right?

24  A.   They would treat me any way they wanted to.   They would

25  treat me anyway they wanted to treat me.   Once they told me to

**October 22, 2008**

## Kamara - Cross

1    open my eyes and I opened my eyes, that would be fine.  I would

2    open my eyes.

3    Q.   Now did you see Benjamin Yeaten the second day?

4    A.   I saw him later, yes.

5    Q.   You say you saw Chuckie there?

6    A.   Yes.

7    Q.   Was that the second day?

8    A.   Yes.

9    Q.   And you say Chuckie asked the men to bring you to him

10   Correct?

11   A.   Yes.

12   Q.   And you say Chuckie asked you "Are you ready to talk?"

13   A.   "Talk to me," yes.

14   Q.   Did you ask him "What do you want me to talk about?"

15   A.   I did not ask him  I was afraid of him

16   Q.   Did he explain to you what he wanted you to talk about?

17   A.   I did not ask him  He did not tell me anything because I

18   was afraid of him

19   Q.   And so you didn't ask him what he wanted you to talk about.

20   He didn't tell you.  When you didn't answer, he ordered his men

21   to beat you.  Is that what happened?

22   A.   Yes.

23   Q.   Now, before Chuckie arrived, had you been burned by the

24   iron already?

25   A.   No.

**October 22, 2008**

## Kamara - Cross

1  Q.   That happened after?

2  A.   Yes.

3  Q.   Who ordered you be burned by an iron?

4  A.   Benjamin.   He asked the people to bring an iron.   I did not

5  know what kind of iron they were bringing until they brought

6  the iron.

7  Q.   And Chuckie wasn't there when they brought the iron.

8  Right?

9  A.   No.

10  Q.   You said they held you and he burned you?

11  A.   Yes.

12  Q.   Or they didn't hold you?

13  A.   They held me, they burned me and then he put it --

14  Q.   And then after Chuckie left, Benjamin Yeaten came back at

15  night.   Right?

16  A.   Yes.

17  Q.   Didn't you say just an hour ago, after Benjamin Yeaten came

18  back, that's when you were burned?

19  A.   I did not say that.   I told you when Chuckie left.

20  Q.   That's when you were burned?

21  A.   That was when Benjamin Yeaten came in the night and that

22  was when they put the iron on me.   That was what I said.

23  Q.   Before they put the iron on you, Benjamin Yeaten asked you

24  again "Are you ready to talk?"   Right?

25  A.   Benjamin Yeaten?

**October 22, 2008**

## Kamara - Cross

1  Q.  Yes.

2  A.  He asked me if I was ready to talk, yes, and I repeated

3  exactly what happened to me.  I told him over and over what

4  happened to me, but he didn't care what happened to me.

5  Q.  But you said Benjamin Yeaten asked you "Are you ready to

6      talk?"  He has a pressing iron in his hand.  Right?

7  A.  No, he put a pressing iron --

8          THE COURT:  One moment, please.

9  A.  No --

10          THE INTERPRETER:  I'm sorry.  Can you say it again?

11  A.  He was angry when he came back.

12  Q.  He was angry because he asked you "Are you ready to

13      talk?" and you just told him what had happened to you the

14  last few days.  Right?

15  A.  Yes.

16  Q.  And, again, you didn't ask him what he wanted you to talk

17  about.  Right?

18  A.  I said this over and over.  These people were fearful.

19  They were fearful.  You can't ask them  These people were

20  fearful.

21          THE INTERPRETER:  He actually means these people were

22  threatening.  These people were not friendly.

23  BY MR. CARIDAD:

24  Q.  But you were able to tell him what had happened to you the

25  last two days.  Right?  You told him that.  You told us you

**October 22, 2008**

## Kamara - Cross

1 told him what had been happening to you.   Right?

2 A.   What has been my situation.   That's the only thing I have

3 to say.   That was the only thing I told anyone.   They broke

4 into my store.   They broke into my house.   That was the only

5 thing I could say.

6 Q.   And after explaining all of that to him, you didn't bother

7 to ask him "What do you want from me?   What do you want me to

8    say?" ?

9 A.   I asked him that if they told me what they wanted me to

10 say, I would say it, but they did not tell me anything.

11 Q.   Not a single explanation of what they wanted you to say?

12 A.   No.

13 Q.   Then you said Benjamin Yeaten said "I was not serious."

14 Did you say he said "I was not serious and they should take me

15    back"?

16       Did you say Benjamin Yeaten said those words?

17 A.   When they put the iron to me, no, Chuckie said that to me.

18 Chuckie and myself went through that.

19 Q.   What did Chuckie say?

20 A.   I had that conversation with Chuckie --

21       THE COURT:   Now, stop, please.   You need to pause so

22 he can speak and tell us what you're saying.   Start your answer

23 over, please.

24       THE INTERPRETER:   "Chuckie and myself had that

25    conversation."   That's what he was saying.

**October 22, 2008**

## Kamara - Cross

1  A.   Chuckie and myself had that conversation.

2  Q.   Tell me what the conversation was, please.

3  A.   When he brought me, that was when we had that conversation

4  because he asked me if I was ready to talk because I did not

5  know what to say.   That was when he said I was not serious.

6  That was when they started beating me up.

7  Q.   Oh, you're saying Chuckie was saying you weren't serious?

8  A.   Yes.

9  Q.   That's what you are saying.   You're not serious.   He

10  accused you of not being serious?

11  A.   Excuse me?

12  Q.   Please tell us, Mr. Kamara, what conversation you say you

13  had with Chuckie about somebody being serious.   Do you

14  understand my question?

15  A.   Aha.

16  Q.   Please tell us what conversation you had with Chuckie over

17  this issue of someone not being serious.   Tell us what was

18  said.

19  A.   He asked me and I did not know what to say and that was

20  when he said "You are not serious.   Treat him"

21  Q.   And what was the question that he asked you?

22  A.   What was the question that he asked me?

23  Q.   What did Chuckie ask you?

24  A.   If I'm ready to talk.

25  Q.   Again, without specifying what he wanted you to talk about?

**October 22, 2008**

## Kamara - Cross

1    A.   No, he didn't say anything to me about what he wanted me to

2    say.

3    Q.   Now, you were there a third day.   Correct?

4    A.   Yes.

5    Q.   And then they took you away from Benjamin Yeaten's house.

6    Right?

7    A.   Yes.

8    Q.   Where did they take you to?

9    A.   I realized the next day that they took me to Klay.

10   Q.   Did they put a bag over your head before they left Benjamin

11   Yeaten's had house?

12   A.   They tied me up and put a bag on my head.

13   Q.   And in between the time you left Benjamin Yeaten's house

14   and you arrived at Klay, were you taken to any other detention

15   facility?

16   A.   No.

17   Q.   Do you remember speaking to Government agents in August of

18   2006 and telling them that after you left Benjamin Yeaten's

19   house you were taken to various detention facilities throughout

20   Monrovia?

21        THE COURT:   I'm sorry.   The witness needs to move to

22   the left so the interpreter can see his mouth.

23        THE WITNESS:   (Complied.)

24        MR. CARIDAD:   Is that better, Mr. Ibeagha?

25        THE INTERPRETER:   Yes.   Thanks.

**October 22, 2008**

**Kamara - Cross**

1  BY MR. CARIDAD:

2  Q.  Mr. Kamara --

3           THE WITNESS:  Can you see me?

4           THE INTERPRETER:  Yes.  Thank you, sir.

5  BY MR. CARIDAD:

6  Q.  My question was whether in speaking to Government agents in

7  August of 2006, didn't you tell them after leaving Benjamin

8  Yeaten's house and before arriving at Klay, you were taken to

9  the various detention facilities throughout Monrovia?

10  A.  I did not say so.

11  Q.  They took you to Klay.  Correct?

12  A.  Yes.

13  Q.  Did you witness a man and a pregnant woman shot at Klay,

14  being shot at Klay?

15  A.  It was when we were brought up for investigation.

16  Q.  You were at Klay.  Right?  You were put in the hole.

17  Correct?

18  A.  That was the time when they would bring us up, bring us out

19  for investigation, for questioning.

20  Q.  So you were brought out of the hole --  right -- at Klay?

21  A.  Yes.

22  Q.  You said you saw the shooting of the man and the pregnant

23  woman?

24  A.  They told the man to walk and to go as if he was going for

25  something.  Meanwhile, he was shot.

**October 22, 2008**

## Kamara - Cross

1  Q.   You saw the shooting of a pregnant woman also?

2  A.   The reason why they shot the woman, because she was helping

3  people, for example, hiding water or food for people who were

4  in the hole.

5  Q.   Did you tell the Government agents that you had seen such a

6  thing?

7  A.   No, I didn't go that far.  I did not tell them that.

8  Q.   The first person you told of this was Dr. Bruce Hymn when

9  he asked you.  Is that what you're saying?

10  A.   I do not know who I spoke to about that either.

11  Q.   Do you remember being examined by Dr. Bruce Hymn, a medical

12  doctor here in Miami?

13  A.   Yes.

14  Q.   And you told him you had seen the shooting of a man and a

15  pregnant woman.  Right?

16  A.   Yes.

17  Q.   You didn't tell the prosecutor that?

18  A.   I did not tell them this, but I saw it.

19  Q.   Why would you not tell the Government agents, but you told

20  Dr. Hymn?

21  A.   We were having conversation and it came up, and the reason

22  it came up, I got a gunshot mark in my back --

23            THE INTERPRETER:  Can you say that again, sir?

24            THE WITNESS:  Yes.

25  A.   I was in Klay.  I was lying on the floor when I was told to

## October 22, 2008

## Kamra - Cross

1 swim and the bullet, I believe the bullet touched the ground,

2 bounced off the ground and popped me on my back in my flesh to

3 the right side, and he saw that --

4         THE INTERPRETER:   Referring to the doctor

5 A.   -- and he saw that and also examined it and, so, while we

6 were in that process, that was when the subject, the topic came

7 up.

8 Q.   Are you telling us now while at Klay, you, yourself, were

9 shot?

10 A.   They did not shoot me.   There were a lot of bullets flying

11 here and there, and this was when we were brought out for

12 investigation.

13 Q.   So you were on your stomach being forced to swim --

14 A.   Yeah.

15 Q.    -- on dry land, and when you were doing this, the bullet

16 entered on your shoulder?

17 A.   It did not enter.   It scratched through.   I have the mark

18 here.

19 Q.   There were all sorts of men guarding you -- right -- around

20 you?   Were there men around you, guarding you?

21 A.   When you are ordered to swim, they are looking at you.   You

22 can't go anywhere.

23 Q.   So they were surrounding you?

24 A.   No, they cannot surround you.   When you're asked to swim,

25 it's a big, big place.   It's a tarred road.   It's big.

**October 22, 2008**

## Kamara - Cross

1  Q.   They took you out of the hole.   They put you on the ground.

2  They make you make some swimming motions.   Right?

3  A.   Yes.

4  Q.   They're watching -- right -- because you're a prisoner?

5  A.   Yes.

6  Q.   A stray bullet comes and hits you on the shoulder?

7  A.   It did not hit.   It's scratched.   There's a mark.   It left

8  a scar.

9  Q.   A bullet left a scar on your shoulder as you're on the

10  ground doing a swimming motion?

11  A.   Yes.

12  Q.   What did the soldiers do when they heard this gunshot?

13  A.   At the times, at the moments during these investigations

14  when bullets were flying around, they did not care.   They just

15  wanted to do the investigation.

16  Q.   So while bullets are flying around, these men take you out

17  of a hole and make you make a swimming motion on the ground and

18  a bullet grazes your shoulder.   Right?   Is that the

19  investigation they were conducting?

20  A.   No.

21  Q.   Were they asking you anything?

22  A.   At all the times that they came there, it was the same

23  questions, the same things they were asking me about.   They did

24  not ask me about anything else.   These are the same things that

25  they kept asking me about.

**October 22, 2008**

## Kamara - Cross

1  Q.   I guess they asked you again "Do you know why you're here?"

2  A.   Yes.   They kept asking me the same questions and I kept

3  telling them that I did not know.

4  Q.   So they take you out of a hole.   They put you on the

5  ground.   There are bullets flying all over the place.   Right?

6  A.   Yes.   Bullets was flying on that day.   It's not every day

7  bullets were flying, but on that day, bullets were flying.

8  Q.   And they're standing there while bullets are flying?

9  A.   In the night when bullets are flying, you could see the

10 light.   It's almost like a Christmas light.   They're not

11 shooting straight at you.   Bullets was flying from far.   You

12 can hear the sound.   It's like two people fighting against each

13 other.

14 Q.   And you say the only reason they took you out of that hole

15 while all these bullets were going around is to ask you if you

16 know why you were here?

17 A.   They did not pull me out.   They did not take me out of the

18 hole because bullets were flying.   They pulled me out of the

19 hole because of the investigation.

20 Q.   And the investigation consisted of you swimming and them

21 asking you "Do you know why you're here?"

22 A.   When you're swimming, they do not ask you at that time, but

23 they would be talking to each other.   They would be talking

24 with another person and then when they're done with that

25 person, then they would bring you over.

**October 22, 2008**

## Kamara - Cross

1   Q.   So they were speaking to somebody else.   They finished.

2   They brought you over for investigation and the only question

3   they asked you is "Do you know why you're here?"

4   A.   Yes.

5   Q.   Did you tell the Government agents that you had been grazed

6   by a bullet in your shoulder?

7   A.   When they met me, I did not tell them that, but when they

8   left, I believe the second time, I spoke with the

9   representative from New Hampshire.   I told the person what

10  happened to me.

11  Q.   Who is the representative from New Hampshire?

12  A.   One of the persons that helped them to locate me.

13  Q.   But you said you never told these agents investigating this

14  case that you had been grazed in the shoulder by a bullet?

15  A.   I did not talk to them, correct.

16  Q.   Well, you spoke with the agents in this case in August,

17  2006 and May, 2007 and just yesterday.   Right?

18  A.   Yes.

19  Q.   Did you or did you not tell them that your shoulder --

20  A.   They did not ask me.

21  Q.   Let me finish my question.

22       Did you or did you not tell them your shoulder had

23  been grazed when you were at Klay?

24  A.   Because I thought they knew about it because I had spoken

25  to someone and I told the person.   I told him

**October 22, 2008**

**Kamara - Cross**

1   Q.   What was the name of the person who you said this to?   Do

2   you know?

3   A.   It was Bob Kollie.   I'm not too sure about it.   It was an

4   undercover police.

5   Q.   So how long did you stay at Klay?

6   A.   I believe it was about 13 days.

7   Q.   Did you see Hassan Bility at Klay?

8   A.   No.

9   Q.   You said you were then taken to Cape Mount?

10   A.   Yes.

11   Q.   Is that a county?

12   A.   Yes.

13   Q.   And it's near the border with what country?

14   A.   Sierra Leone.

15   Q.   And they took you out of the hole at Klay.   Right?

16   A.   Yes.

17   Q.   Did they put a cover on your head?

18   A.   Yes.

19   Q.   And they put you in a helicopter?

20   A.   Yes.

21   Q.   Anybody else in the helicopter?

22   A.   Yes.

23   Q.   Was Hassan Bility in the helicopter with you?

24   A.   No.

25   Q.   How many other people in the helicopter?   Could you tell?

**October 22, 2008**

## Kamara - Cross

1  A.   I don't know them, but there were armed men in the

2  helicopter and there were two other persons in the helicopter,

3  prisoners in the helicopter with me.

4  Q.   And they flew you and two other persons in the helicopter

5  close to the border with Sierra Leone?

6  A.   I do not know because my head was closed, but the next

7  thing I saw myself in an island.   I was surrounded by water.

8  Q.   When you said they took you to Cape Mount -- you said that.

9  Right?

10  A.   Aha.

11  Q.   That's a county near Sierra Leone.   Right?

12  A.   Cape Mount is a little big.   Cape Mount shares a border

13  with Sierra Leone, but that doesn't mean that Cape Mount is

14  close where they took me.   I did not know where I was, but I

15  saw myself in an island surrounded by water.

16  Q.   So they took you on a helicopter to Cape Mount County.   The

17  helicopter landed.   Right?

18  A.   Yes.

19  Q.   They took you out of the helicopter.   Correct?

20  A.   Yes.

21  Q.   Just you or the other two prisoners?

22  A.   The two guys.

23  Q.   Did the helicopter land on an island?

24  A.   Yes.

25  Q.   Could you see the shore from the island?

**October 22, 2008**

## Kamara - Cross

1    A.    Shore?

2    Q.    You were on an island?

3    A.    Yes.

4    Q.    Something surrounded by water?

5    A.    Yes.

6    Q.    And how far away from land --

7    A.    Across the other side.

8    Q.    How far was it from the island to the land?

9    A.    When they took us off of the helicopter, right at that

10   place my head was covered.

11   Q.    And then they uncovered your head?

12   A.    The helicopter landed before they took the bags from our

13   head because they already had armed men there.

14   Q.    And then the helicopter left?

15   A.    Yes.

16   Q.    And they took the cover off your head?

17   A.    Yes.

18   Q.    And you realized you were on an island?

19   A.    Yes.

20   Q.    Somewhere in Cape Mount County, which is a county that

21   borders Sierra Leone?

22   A.    Yes.

23   Q.    How far were you from land?  You were on an island.  How

24   far is the next piece of land from this island?

25   A.    I do not know.

**October 22, 2008**

## Kamara - Cross

1  Q.   Could you see the land from where you were?

2  A.   I could only see the bush, which was far in the forest.

3  Q.   How do you know you were on an island?

4  A.   Because I was surrounded by water.

5  Q.   All around you?

6  A.   Yes.

7  Q.   How far was the next piece of land from this island?

8  A.   We were not by ourselves there.  We were there controlled

9  by armed men.

10  Q.   I know, but you can see.  Right?

11  A.   You can see, but you could not go where you wanted to go,

12  so I do not know the distance.

13  Q.   But you could see you were on an island.  You could see

14  that much?

15  A.   Yes, I saw the water around me where I was.

16  Q.   My question is if you could see you were on an island, how

17  far is the next piece of land across from the island?

18  A.   That's what I'm saying.  I could see the forest.

19          THE INTERPRETER:  I didn't get everything.  I would

20  like him to take it a little slower.

21          THE WITNESS:  All right.

22          THE COURT:  One moment.

23          THE INTERPRETER:  He was defining a Piso, a Piso.

24          THE COURT:  Just interpret what he said.

25          THE INTERPRETER:  Right.

**October 22, 2008**

Kamara - Cross

1          THE COURT:   Why don't you repeat your answer?   We're

2    not getting it.   Slowly.

3    A.   I said the area, it was Lake Piso.   That was the area in

4    the island where we were put.   That's the only thing I could

5    remember.

6    Q.   And were there many --

7          THE COURT:   Were you done?   Was that your answer?

8          THE WITNESS:   Yes.

9    BY MR. CARIDAD:

10   Q.   Now, armed men were there with you on this island?

11   A.   Armed men were there.   A lot of armed men.

12   Q.   How long were you on this island?

13   A.   I do not remember how long I stayed there, but I stayed

14   there for a little while, two, three weeks or more than that.

15   Q.   Were there any buildings on this island?

16   A.   No.   It was a building, but it was kind of all -- there

17   wasn't a real good building there.

18   Q.   How many men were guarding you?

19   A.   We were three prisoners there.   There were a lot of armed

20   men.

21   Q.   Where did the armed men sleep?

22   A.   I do not know.   Where I slept, I knew.

23   Q.   Where did you sleep?

24   A.   They had a broken house where they had us.   It was like a

25   zinc where they covered it.   That was where we used to sleep,

October 22, 2008

## Kamara - Cross

1  but there were armed men with us all the time.

2  Q.   Did anybody ask you anything at all on this island?

3  A.   Where we were there were like one or two armed men who some

4  of the times felt sorry for us.   They would take us around the

5  water.

6          They had like a creek that could be over the water

7  like a peno.   There was like a tree that hangs over the water

8  and it would be like a peno.

9          THE INTERPRETER:   Your Honor, may I try to --

10         THE COURT:   Just say what he's saying.

11         What is "peno"?

12         THE WITNESS:   Peno, that people eat.

13         THE COURT:   Peanut?

14         THE INTERPRETER:   Like a peanut.

15 A.   That's where we would go and peek and then two guys would

16 come, would help us to find a place to boil it and eat because

17 the food was not enough.

18 Q.   How did the soldiers eat?   How did they get food?

19 A.   They have food.

20 Q.   And you were there for three weeks with them?

21 A.   Three weeks or more.

22 Q.   Almost a month?

23 A.   I think so.

24 Q.   Did anyone ever bring supplies for these soldiers?

25 A.   They had their supplies.   I don't know how they got their

**October 22, 2008**

## Kamara - Cross

1  food.   All I know is I'm a prisoner.

2  Q.   Did you ever see anybody bring supplies to these prisoners,

3  to these soldiers, rather?

4  A.   I did not see anything.

5  Q.   Did these soldiers have a place to sleep?

6  A.   Yes.

7  Q.   Where did they sleep?

8  A.   I did not ask them where they sleep.   They had places.   It

9  was not good houses, but they were like broken places.   The war

10  had damaged those other places.

11  Q.   Now, there was a war going on in Liberia at this time,

12  would you say?

13  A.   Yeah.

14  Q.   And they had about how many soldiers guarding you?

15  A.   I did not check, but there were many.

16  Q.   15, 20?

17  A.   I did not check the numbers.

18  Q.   Give us your best estimate.

19  A.   Excuse me.

20  Q.   Give us your best estimate as to how many men were guarding

21  you.

22  A.   I would not be able to give you the exact number, but it

23  may be between 10, 15.

24  Q.   And each of these men had a weapon?

25  A.   Yes.

**October 22, 2008**

## Kanana - Cross

1  Q.   And they were soldiers?

2  A.   Yes.   I did not know if they were police or soldiers

3  whatsoever.   Sometimes they had ATU shirts.   They would have

4  other trousers and sometimes --

5          THE COURT:   Let's pause, Mr. Caridad.   I think this is

6  a good point for us all to take a lunch recess.

7          Ladies and gentlemen, please don't discuss this case.

8  We'll see you back at 1:45.   It's 12:30.   Have a good lunch.

9          [The jury leaves the courtroom at 12:27 p.m.]

10          THE COURT:   This is not acceptable.

11          If you want, we can just put a tape-recorder on and

12  capture whatever sounds are heard in the courtroom, but I don't

13  know how Barbara is taking this down with the gentleman

14  speaking over the interpreter and the interpreter speaking over

15  the gentleman and the attorney speaking over both.

16          This is unacceptable.   Either everyone pauses every

17  three or four words or we'll just put a microphone and

18  tape-recorder and Barbara will not take any more of this

19  cross-examination.

20          MR. CARIDAD:   I'll talk slower.

21          THE COURT:   And the witness needs to be instructed to

22  stop every three or four words so the interpreter can

23  interpret, not over him, but after him.

24          I'll see everyone at 1:45.

25          MR. CARIDAD:   What time Your Honor?   I'm sorry.

**October 22, 2008**

Kamara - Cross

1        THE COURT:    1:45.

2        THE WITNESS:    Thank you.

3               [Luncheon recess at 12:29 p.m.]

4        THE COURT:    Please be seated.

5        Can I ask counsel to approach?

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

October 22, 2008

## Kamara - Cross

1           [Proceedings at sidebar follow]:

2           THE COURT:  I don't know if you have much longer with

3    this witness.  The interpreter has to be instructed not to give

4    his interpretation or embellishment of things, simply to

5    interpret, not to correct grammar, not to give us nicer words

6    than those spoken by the witness.

7           If, perhaps, both of you can explain to him we don't

8    need his improvement on the witness' words, and we'll need to

9    slow it down a little bit, if you intend to proceed with this

10   witness.

11          MR. CARIDAD:  If we could have a minute?

12          MS. HECK-MILLER:  Sometimes there's a word an, English

13   word the interpreter knows it's used in a different way.  He

14   says "They shot me down" and it means they forced him down.

15          THE COURT:  He is changing the order.  He's actually

16   including it.  If the incorrect verb is used, he uses the

17   correct one.  He can't improve a witness' poor grammar, poor

18   diction.  He has to just interpret.

19          MS. HECK-MILLER:  I understand that, but I was just

20   pointing out there are some words, even though they're English

21   words, they do have a different meaning.

22          THE COURT:  I think the better course is to say

23   exactly what it is he's saying and the attorney can say "You

24      used this phrase.  What do you mean by it" and then have

25   the witness say what he meant by it.

**October 22, 2008**

### Kanara - Cross

1          I don't think -- words might be used to convey

2    different meaning.  We just want to know what it is the man is

3    saying.

4          MS. HECK-MILLER:  You just want the pronunciation

5    rechanneled.

6          THE COURT:  I can't understand 25 percent of what he's

7    saying.  If it has a meaning, you can all clarify it, but it

8    shouldn't be the interpreter giving his take.  It's not a

9    foreign language.

10         MS. HECK-MILLER:  To some extent, he's treating it

11   like a foreign language.

12         The one I didn't know, when he said "He shot him

13       down," it means "He forced him down."

14         THE COURT:  That's no different from people using

15   slang when you go to different neighborhood, codes words, like

16   in drug cases.

17         Mr. Caridad, you cannot speak over either of them

18   Sometimes you actually asked another question before the

19   interpreter had a chance to give us what the witness said.  You

20   may understand him, but if we're going to use him, it's very

21   confusing for the court reporter to figure out who it is she is

22   taking down.

23         Before you ask your next question, she needs to write

24   down what the witness said.

25         MS. ROCHLIN:  Can we just take a minute?

**October 22, 2008**

**Kamara - Cross**

1              [Proceedings in open court follow]:

2              MR. CARIDAD:   Thank you, Your Honor.

3              THE COURT:   Are all of the jurors here?

4              THE COURT SECURITY OFFICER:   Yes, Your Honor.

5              THE COURT:   Let's proceed.

6              [The jury returns to the courtroom at 1:44 p.m.]

7              THE COURT:   Everyone please be seated.

8              Mr. Caridad, please continue.

9              MR. CARIDAD:   Yes, Your Honor.

10   BY MR. CARIDAD:

11   Q.   Mr. Kamara, when we left off you were telling us you had

12   been detained on an island in Cape Mount County.   Is that

13   right?

14   A.   Yes.

15   Q.   And then you were taken off the island by a helicopter?

16   A.   Yes.

17   Q.   And you said your head was covered while you were riding in

18   the helicopter away from Cape Mount?

19   A.   Yes.

20   Q.   And then you were flown directly to Monrovia?

21   A.   I saw myself in Monrovia.

22   Q.   And you ended up at a place you called the MBI.   Is that

23   right?

24   A.   Yes.   I got to know the next day.

25   Q.   And you said you saw somebody there named Mabutu Koroma?

**October 22, 2008**

## Kamra - Cross

1    A.    I did not see him   I heard his voice.

2    Q.    Did you have a conversation with him?

3    A.    No.

4    Q.    Did you tell him that you were there?

5    A.    Where?

6    Q.    At MBI?

7    A.    No.

8    Q.    And is this man your cousin?

9    A.    Yes.

10   Q.    And where is he today?

11   A.    He is in Maryland.

12   Q.    Maryland, the United States?

13   A.    Yes.

14   Q.    Now, you said you saw other people at MBI and you said you

15   saw some people that you knew.   Correct?

16   A.    Yes.

17   Q.    Did you ever tell any of those people what happened to you?

18   A.    We could not talk to one another.

19   Q.    That is because you were separated by a wall?

20   A.    We were in different, different rooms, but besides that,

21   you have to speak loud for someone to hear your voice.

22   Q.    Was anybody who you knew in the same cell as you?

23   A.    Excuse me?

24   Q.    Was anybody whom you knew in the same cell that you were?

25   A.    No.

**October 22, 2008**

**Kamara - Cross**

1  Q.   Were you alone in your cell?

2  A.   I were -- yes.

3  Q.   Do you know if Hassan Bility was at MBI?

4  A.   I got to know later on, but the time I was taken there, he

5  was not there.

6  Q.   Did you have any -- so you did not have any conversations

7  with Hassan Bility?

8  A.   No, we did not discuss anything.

9  Q.   And then you said that in late December or late 2002, in

10  December, you were released?

11  A.   Yes.

12  Q.   Where did you go when you were released?

13  A.   I went home.  I went Ashmon Street.  I couldn't go to my

14  house in Virginia.

15  Q.   So where did you go, sir?

16  A.   Ashmon Street where I had my other business.

17  Q.   Why couldn't you go to your home?

18  A.   Because I was afraid.  I wanted to be in the midst of

19  people.

20  Q.   Did you tell your wife you had been released?

21  A.   My wife was with me.  My wife was already at home when they

22  released me from MBI.  She was living on Ashmon Street.

23  Q.   So when you were released from the MBI, you went to your

24  business?

25  A.   I have an apartment right behind -- I have a big building

**October 22, 2008**

**Kamara - Cross**

1  and in that building we had apartment attached to that

2  business.

3  Q.   When you went to the apartment, was your wife there?

4  A.   My wife was there when they arrested me.   Instead, she

5  moved in town instead of living over there.

6  Q.   When you left, you went to your apartment and your wife and

7  family were there?

8  A.   My wife and my kid were there.

9  Q.   You said that before you were released, someone told you

10  that you had to report to the Executive Mansion every day?

11  A.   Yes.

12  Q.   Physically go to the Executive Mansion every day?

13  A.   Yes.

14  Q.   And did you do that?

15  A.   I did it once, two times anyway.

16  Q.   And how did that happen?   You went into the Executive

17  Mansion.   Who did you speak to?

18  A.   I went with a lawyer and I went with a representative, a

19  family member.

20  Q.   What is the name of the lawyer?

21  A.   The lawyer's name was Nota, Judge Nota.

22  Q.   Where is he now?

23  A.   He's not here.   He's in Liberia.

24  Q.   You went with a friend you said the next day?

25  A.   No, no.   The two of them went with me for the first and the

**October 22, 2008**

## Kamara - Cross

1  second time.

2  Q.   What is the name of this other person who went with you?

3  A.   His name is Favani (ph.) Kamara.

4  Q.   Is he related to you?

5  A.   Yes.

6  Q.   What relation to you?

7  A.   He's an uncle.

8  Q.   Where is he today?

9  A.   I do not know where he is.   He may be in Liberia.

10  Q.   You reported twice and then you stopped reporting?

11  A.   I reported the first time.   That was on Monday.   On

12  Tuesday, I reported.   I think Wednesday, that's when the

13  President gave the speech.   I think that is when I left.   I

14  can't recall.

15  Q.   And did you hear the speech by the President?

16  A.   Yeah.   He spoke on the radio, national radio.

17  Q.   And what did he say?

18  A.   I can't recall everything that he said, but I know that he

19  was angry and some words I heard, it was like getting me back

20  in prison.

21  Q.   Some of the words you heard sounded like he wanted you back

22  in prison.   Is that what you said?

23  A.   Yes.

24  Q.   He didn't mention your name, did he?

25  A.   He did not mention my name.

**October 22, 2008**

## Kamara - Cross

1    Q.   So what words do you remember that caused you to think that

2    he wanted you back in prison?

3    A.   Because he said if you have an agreement with big people

4    with people like Big Apple, you will do your part of the

5    agreement and the other people will not do their part of the

6    agreement.

7         So everything was going to be null and void and he

8    called Hassan's name in that speech and I got scared.

9    Q.   I'm sorry.

10        Did you have any kind of agreement with the President

11   of Liberia?  Is that what you are saying?

12   A.   I did not say so.

13   Q.   Okay.

14        Explain to me again why you thought that you might

15   be -- did you think you might be rearrested?

16   A.   Yes.

17   Q.   What did the President say again that led you to believe

18   that?

19   A.   Because he was like having an agreement because before

20   releasing us from prison -- because when I was released, when I

21   was out of prison, they told me to report to the mansion every

22   day, but when they came and talked to me in the prison for the

23   first or second time, people that came to talk to me, they told

24   me that the President said I was not safe if they release me to

25   stay in Liberia.

**October 22, 2008**

## Kamara - Cross

1        He said it clear on the radio, that the Liberian

2 people are going to see me on the street and they're going to

3 beat me.  He did not name me, but he said those that were in

4 prison and I was in prison.

5 Q.  But -- sorry.

6        But he had released you.  Right, sir?

7 A.  That was not a complete release.  He released me and told

8 me to report to the mansion.  Why do I have to go and report to

9 the mansion when I have nothing to do with the mansion?

10        So I was not totally released.  I know that within

11 myself, but I was out of prison, I was home, but there was more

12 danger for me to be outside than to be in prison.

13 Q.  You said somebody came to the jail and told you before you

14 were released that you were going to be released, but it

15 wouldn't be safe for you to be released?

16 A.  I did not say so.

17        I said the President said.  That those who came to

18 talk to us, they told me that "Personally, if you are released,

19      the President said you're not safe because when you're

20      walking on the streets of Monrovia, the Liberian people are

21      angry.  They are going to kill you people or beat you

22      people up."

23        That was the impression that the President put the

24 people on.  So I was going to ask this question to them, the

25 people that came and talked to me, that I did not do anything

**October 22, 2008**

**Kamara - Cross**

1  wrong.

2  Q.   Sir, was your name ever published in the newspaper as

3  somebody who had been detained?

4  A.   I do not know because I was not outside, but I know that my

5  wife went to the human rights people.  She went to the Catholic

6  ARC to go to the people that were protecting me and all of

7  those persons, the people were concerned about me, including

8  the Bishop, Michael Francis.

9  Q.   But, in fact, the President did not have to release you,

10  but decided to release you, apparently.   Right?

11  A.   I don't know.   I only saw myself outside and said "Look, go

12      home" when I was there and the lawyer was there.   The

13  lawyer managed to sign all these papers and the lawyer always

14  went with me.   He went with me to the mansion two times.

15  Q.   Then you decided to go and speak to your boss, David

16  Parker, about this.   Correct?

17  A.   Yes.

18  Q.   When you went to see David Parker, did you bring your

19  family with you?

20  A.   No.

21  Q.   You went alone?

22  A.   Yes.

23  Q.   Was it your plan to leave Liberia at that time?

24  A.   I didn't tell him the things that caused that.   I said

25      "Look, I need help.   Please help me.   I do not think

**October 22, 2008**

## Kamara - Cross

1      that if I stay here, I do not think that I am going to

2      live."

3  Q.   You told him you needed his help to get out of Liberia?

4  A.   I did not tell him to get me out of Liberia.  I told him

5          "Help me."  That was the only thing I told him, "Help

6      me" because while I was living in fear, I was afraid to

7  live in my own place.  I was afraid.

8  Q.   And then he had an idea to get you out of Liberia.  Is that

9  what he told you?

10  A.   He did not tell me that he would be getting me out of

11  Liberia.  What I did -- he told me to meet me at the office.

12  Q.   At his office?  Is that right, Mr. Kamara?

13  A.   The EU, yes, the EU compound.

14  Q.   Did he tell you to meet him the next day after you first

15  went to see him?

16  A.   I met him two times.  That was at the residence.  I don't

17  know how I managed to get there because somehow I had to hid

18  myself to get there.  I couldn't walk directly on the streets.

19  Q.   He tells you he's going to help you.  He asked you to come

20  back to the UE -- to the EU.  Right?

21  A.   The day I left the country, it was in the morning.  He told

22  me "Look, just come."  He told me to go to the office and I

23  went to the office.

24  Q.   When you went to the office, did you know that he was going

25  to try to get you out of the country?

**Kamara - Cross**

1   A.   Yes.

2   Q.   So he had told you he was going to get you out of the

3   country?

4   A.   He and myself had discussed that in the beginning to say

5        "Look, get me out of there," but we had not discussed

6   that to get me out of the country.

7   Q.   When you went to his home or his office, you didn't know

8   what he was going to do with you?

9        THE INTERPRETER:   I'm sorry.

10  A.   At the time I knew I was getting out of the country because

11  he told me to come in the morning and meet me at the office.

12  Q.   You're saying you only learned he was going to get you out

13  of the country when you arrived at his place?

14  A.   No.

15  Q.   Had he told you before?

16  A.   The last discussion he and myself had, he told me "Come in

17       the morning and meet me in the office."

18       That is the time that I knew that he was going to get

19  me out of the country.

20  Q.   My question is you learned he was going to get you out of

21  the country not before you arrived at his office, but when you

22  got there?

23  A.   No.

24  Q.   He had told you before?

25  A.   The last discussion he and myself had before going to the

**October 22, 2008**

## Kanira - Cross

1    office, I knew that he was getting me out of the country.

2    Q.   Did you bring your wife and your children with you when you

3    went to his office?

4    A.   No.

5    Q.   So you were going to leave the country alone?

6    A.   No.   He told me that he was going to help.

7    Q.   I know, but did you bring your family with you when you

8    went to his office?

9    A.   I did not take anybody with me besides I, alone, but I

10   trusted him because he said he was going to help me with my

11   family.

12   Q.   And he put you in the trunk of his car?

13   A.   Yes.

14   Q.   And then where did you go once he put you in the trunk of

15   his car?

16   A.   I was in the trunk, so I do not know where he was going.

17   The only thing I can remember is I disguised myself.   That's

18   all.

19   Q.   Mr. Kanira, did that man tell you where he was taking you?

20   A.   I knew that he was taking me out, but I was not sitting in

21   the car to know where he was going.

22   Q.   I understand, but before you got into the trunk, didn't you

23   ask him "Mr. Parker, where are you going to take me?"

24   A.   He and myself did not discuss that.

25   Q.   Did there come a point when the car stopped and you got out

**October 22, 2008**

## Kamara - Cross

1   of the trunk?

2   A.   Yes.

3   Q.   Where were you when you got out of the trunk?

4   A.   I was in a forest.

5   Q.   Did you see your wife and son at that time?

6   A.   Yes.

7   Q.   Were they in the car?

8   A.   Yes.

9   Q.   Did you know you were going to pick up your wife and son

10  before you got into that trunk?

11  A.   He didn't discuss with me.

12  Q.   Had you told your wife before this trip that Mr. Parker was

13  going to pick her and your family up?

14  A.   I told my wife that Parker was going to help, but I did not

15  tell her where and when.

16  Q.   So you get into the trunk of Parker's car without your wife

17  and family.   You drive somewhere.

18          Do you stop anywhere before you get to the forest

19  where you got out of the car?

20  A.   Excuse me?

21  Q.   You get in the trunk of the car.   You say you drive.   The

22  car stops.   You get out of the trunk.   You're in the forest

23  somewhere and you see your wife and child?

24  A.   I did not see my wife and my kid, my son, before we got

25  into the bush.

**October 22, 2008**

## Kamara - Cross

1   Q.   You get in the trunk of the car.   He drives away.   Right?

2   A.   Yes.

3   Q.   Does he stop anywhere?

4   A.   He stop, yes.

5   Q.   Where did he stop?

6   A.   I do not know because I was in the trunk.

7   Q.   And then he starts up again.   After he stopped, did he go

8   somewhere else?

9   A.   He started driving.   He did not stop for long.

10   Q.   You get somewhere in the bush.   You get out of the trunk

11   and you see your wife and child there.   Right?

12   A.   Yes.

13   Q.   And you weren't expecting them to be there.   Right?

14   A.   No.

15   Q.   What happened after you got out of the trunk.   Did you get

16   into the passenger area of the car?

17   A.   I was already -- I had already disguised myself.

18   Q.   When you got out of the trunk, did you get back into the

19   trunk?

20   A.   No.

21   Q.   You got into the passenger area of the car?

22   A.   Yes.

23   Q.   So now you're with Mr. Parker and your family.   Right?

24   A.   Yes.

25   Q.   And where do you go?

**October 22, 2008**

Kamara - Cross

1    A.    He took me to Nimba.

2    Q.    Nimba County?

3    A.    Yes.

4    Q.    What happened when you got to Nimba County?

5    A.    When we got to Nimba County, he did not get to the border.

6    He stopped.  He turned around.  I came out from the car.  Where

7    we came from, he was facing that way and I came out of the car

8    and I started walking.

9    Q.    And you walked to Guinea?

10   A.    I walked to the security because on the day they carried

11   me, because on the day that they carried me, there was a lot of

12   people.  It looked like it was a market day.  There was so many

13   people.  So I walked on across.

14          While I was there, when he put me down and the family

15   came, we did not go together, but I walked toward the security

16   and asked for my identity.  I showed them the identity that I

17   had.  The same way I dressed is the same way I took the photo

18   and had a different name.

19   Q.    And then where did you walk to?

20   A.    I walked to the border.

21   Q.    Of Guinea?

22   A.    Yes.

23   Q.    With your family?

24   A.    My family went by themself.  I went by myself.  In Guinea,

25   we decide to meet one another.

October 22, 2008

## Kamara - Cross

1  Q.   After you got out of Parker's car, you went one way and

2  your wife and son went another way?

3  A.   It's the same way, but we did not show that we knew one

4  another.

5  Q.   Do you remember speaking to agents of the Government in

6  August of 2006 and telling them that you did not even see your

7  wife and son until you got into Guinea?

8  A.   I did not say so.

9  Q.   You're sure?

10  A.   The only thing I said, that was the only time we had

11  communication with one another.   That's it.

12  Q.   Okay.

13       So somehow you and your wife reunite in Guinea?

14  A.   Yes.   When we crossed we were in Guinea, we decided to be

15  together.

16  Q.   How did you know where to meet?

17  A.   When I crossed the border, I crossed the first gate in

18  Guinea.   As soon as you cross the bridge in Guinea, you have to

19  pass people that will talk to you and I passed by these people.

20  I went to the second place and the second place I identified

21  myself and then I passed there also before you get to where you

22  are supposed to take a car from

23  Q.   Were you with your wife at this point or not yet?

24  A.   No.

25  Q.   Do you know where your wife was?

**October 22, 2008**

## Kamara - Cross

1  A.   I knew that she was coming because we are already -- she

2  was walking and myself, I was walking, but we were not

3  together.

4  Q.   So you crossed the border into Guinea.   Right?

5  A.   Yes.

6  Q.   And then you made it to Conakry?

7  A.   Yes.

8  Q.   Which is the capital of Guinea.   Is that right?

9  A.   Yes, Conakry.

10  Q.   How did you get from the border to the capital?  Did you

11  take a car or did you walk?

12  A.   Yes, I took a car.

13  Q.   And you met your wife in Conakry?

14  A.   No.

15  Q.   Where did you meet your wife?

16  A.   We met in Nzerekore.

17  Q.   Is that in Guinea?

18  A.   Yes.

19  Q.   When you get to Conakry, you went to the U.S. Embassy?

20  A.   Yes.

21  Q.   They put you in contact with some political counselor?

22  A.   Yes.

23  Q.   What was his?  Name do you remember?

24  A.   No, I can't recall the name now.

25  Q.   And he put you in contact with a U.N. officer, you say.

**October 22, 2008**

**Kamara - Cross**

1  A.    Right.

2  Q.    Where were you staying when you were in Conakry, at a hotel

3  or someone's house?

4  A.    The first day that I went before getting into Conakry, the

5  passenger car in which I arrived, I told the driver that I knew

6  nobody in Conakry, so I needed him to help me.  I was going to

7  the American Embassy, so he could help me to get there.  So he

8  showed me the way to get there.

9  Q.    That's when you went to the U.S. Embassy.

10  A.    Yes.

11  Q.    They directed you to the U.N.?

12  A.    They called someone at the U.N. office.  At the time I was

13  ill.  I was sick.  I had a lot of pain in me.

14  Q.    Did you go see the U.N. officer or did he come see you?

15  A.    They called someone from the U.N. office.  They talked to

16  them.  That was how they managed to help me.

17  Q.    What did the U.N. do for you in Guinea?

18  A.    What they did for me was to take me and my family, because

19  I told them that we had no place to live, and they asked me if

20  I had eaten.  I said "No," and they bought food for all of us

21  and they took me to a hotel.

22  Q.    How long were you in that hotel?

23  A.    I cannot remember the time, how many times I spent in the

24  hotel, but I remember I was there for a few days, a few times.

25  Q.    Then you said someone came and told you it was not safe for

**October 22, 2008**

**Kamara - Cross**

1   you to stay in Guinea?

2   A.   The same U.N. people came to me one afternoon and they said

3        "You have to go today."

4   Q.   Because it was not safe for you in Guinea?

5   A.   Yes.

6   Q.   Did they say why it was not safe for you in Guinea?

7   A.   I did not ask them

8   Q.   You didn't ask them why it was unsafe for you to stay in

9   Guinea?

10  A.   I wanted safety and if somebody came to you and told you

11  that the place is not safe enough, you only had to listen to

12  them

13  Q.   But you didn't even ask them "What is going on?   Why am I

14       not safe?"

15  A.   I did not ask her.

16  Q.   Did you want to stay in Guinea?

17  A.   Of course.   If there was a place for me to stay, I would

18  stay.   The place was close to Liberia, but I was not working.

19  Everything had been taken away from me.   I was like nothing.

20  Q.   And did you ask where they were taking you?

21  A.   Yes.

22  Q.   And they said Ghana?

23  A.   Yes.

24  Q.   And they put you on an airplane and flew you to Ghana.   Is

25  that right?

**October 22, 2008**

## Kamara - Cross

1  A.   Yes.

2  Q.   And they put you up at a hotel for two weeks?

3  A.   They put me in a hotel.   I don't know how long I was there,

4  but I was there for some time, maybe two weeks.

5  Q.   Then you said you went for a stroll one day.   You returned

6  at 6:00 and you saw two men in the lobby?

7  A.   It was after 6:00.   Not in the lobby.   In the hotel.

8  Q.   Did they identify themselves?

9  A.   Yes.   They were in the waiting room and they said they came

10  to get me.

11  Q.   Did they say who they were?

12  A.   Yes.

13  Q.   What did they say?

14  A.   They said they were from some U.N.   It was somehow

15  connected to the American Embassy that came to take me to the

16  airport.

17  Q.   Were these African men?

18  A.   They were white, American.

19  Q.   Did you ask them for identification?

20  A.   They showed me their ID cards.   They had their ID cards

21  hanging on them

22  Q.   Did you ask them why you had to leave Ghana?

23  A.   I kept asking them, "I thought you people said before

24      anything happens with me, you will let me know" and they

25  said I am leaving today.

**October 22, 2008**

## Kamara - Cross

1  Q.   Did they explain why you had to leave?

2  A.   That's known to them, not me because they took me there and

3  they said "You have to leave."

4  Q.   You were responsible for your family, weren't you?

5  A.   Excuse me?

6  Q.   You were responsible for your family.  Right?

7  A.   They were taking care of I and my family.

8  Q.   You never met these men before.  Correct?

9  A.   I have not met -- those that came for me, I have not met

10  them before.

11  Q.   They told you they had to get you out of Ghana?

12  A.   Yes.

13  Q.   You didn't ask them why?

14  A.   No.

15  Q.   Did you ask them where you were going?

16  A.   Yes.

17  Q.   Where did they take you?

18  A.   They said I was coming in the States.

19  Q.   And that was okay with you?

20  A.   I wanted safety and I knew no one in Ghana, neither Guinea.

21  I knew no one here in America.  Of course, I have relatives in

22  America that live here, but, of course, I have no contact

23  numbers for them

24  Q.   So you were told you couldn't stay in Guinea.  You were

25  told you couldn't stay in Ghana?

**October 22, 2008**

## Kamra - Cross

1    A.    Yes.

2    Q.    But you weren't told why you couldn't stay except that it

3    wasn't safe, and the next thing you know you were going to the

4    United States?

5    A.    Yes.

6    Q.    That was okay with you?

7    A.    I wanted safety.  They know at the time I was nothing, I

8    had nothing to work with and if they say "We're taking you

9         somewhere for safety" . . .

10   Q.    And they took you straight to the United States?

11   A.    Yes.

12   Q.    You didn't stop at Holland?

13   A.    Excuse me?

14   Q.    Did you go to Holland?

15   A.    Yes, they took me to Holland and somebody was there waiting

16   for me.

17   Q.    How long did you stay in Holland?

18   A.    I was there for -- I can't remember how many hours, but I

19   was there for a few hours.

20   Q.    And then somebody came and told you "We're taking you to

21        Manchester"?

22   A.    No.  When they took me from Holland, they brought me to

23   JFK.

24   Q.    They put you on a plane to JFK.  What happened when you got

25   to JFK?

**October 22, 2008**

**Kamara - Cross**

1  A.   I have somebody -- as soon as I came out of the plane, to

2  my surprise, I saw someone and then they called my name, but I

3  didn't know who was that person, but the person said

4       "Mr. Kamara, welcome," and they took me around to do

5  some paperwork, and from there -- at the time I had only, like,

6  slipper with T-shirt and shorts and it was a winter.  The

7  person asked me "Are you all right?"  I wondered and I started

8  thinking.  I said "Why is its person asking me 'Are you all

9      right?'"

10       Then she said to me, she said "You know what?  I have

11      the car parked across the road there.  What you do is

12      because of you, I'm going to run, so you have to run behind

13      me."

14       The only time I got to know what she was talking about

15  is when I put my face outside.  It was very cold, ice all over

16  and it was a lot of wind on that day, and I went into the car

17  with her, with my family.

18       They took me to another hotel and she told me that

19      "You are not going to see me again," but you will see

20      someone tomorrow morning and that was it.

21  Q.   You said that this lady told you to run?

22  A.   Yes.

23  Q.   From where to where?

24  A.   To where she parked the car, from where we came from

25  because it was very cold and I had nothing to cover my body.

**October 22, 2008**

## Kamara - Cross

1    Q.    So she told you to run with your family to the car?

2    A.    She told me to run.   They were to be fast behind me because

3    it was very cold, but she didn't say that.

4    Q.    And then you ended up in Manchester?

5    A.    Yes.   The next day they came for me and took me to

6    Manchester.

7    Q.    And you set up a business in Manchester?

8    A.    I standard working first.

9    Q.    Now, do you still have businesses today in Liberia,

10   Mr. Kamara?

11   A.    Yes.

12   Q.    So did you keep all these businesses throughout all the

13   years?

14   A.    Yes, I have business running and the business is still

15   running yet.

16          When they arrested me, everything went down, but when

17   I came back, I started working and I have my houses on rent and

18   at the same time I'm working here I decided to reactivate my

19   business in Liberia because my brother and my sister were

20   driven away from Liberia when the war was going on.   My son, my

21   oldest son was beaten.   He have broken -- they broke his hand

22   and my two sisters were raped.   My other brother was put in

23   container for more than two hours and my son is presently here.

24   The doctor can justify everything that happened to my son.

25   Q.    You have your son here in the United States.   Right?

**October 22, 2008**

## Kamara - Cross

1   A.   Yes.

2   Q.   What other family do you have in the United States?   Any

3   other family?

4   A.   I have relatives all over, but my wife and my children,

5   those are the people.

6   Q.   And your brothers, are they back in Liberia?

7   A.   My brother, one in Europe and the rest of them in Liberia

8   with my sisters.

9   Q.   Are you planning to bring anybody over here?

10   A.   They are busy working.   They're going to school.

11   Q.   Have you offered them the chance to come to the United

12   States or no?

13   A.   My other brother who is next to the one in Europe, I have

14   been behind him for the last two or three years to come for

15   visit, but he's busy doing a lot of work there for us.

16   Q.   Mr. Kamara, you have been able to establish businesses

17   since you arrived in the United States?

18   A.   Yes.   I had a business in Manchester New Hampshire.

19   Q.   You could have established these businesses from Guinea,

20   couldn't you.   When you were in Guinea, you could have said "I

21      want to stay in Guinea, close to Liberia, close to my

22      business.   I want to see if I could recover my business."

23         Did you think about doing that?

24   A.   How am I going to think of doing that if I do not know

25   where to start from?

**October 22, 2008**

## Kamara - Cross

1  Q.   You knew where to start from when you arrived in the United

2  States, didn't you?

3  A.   Because I worked hard every day, and when I was in Liberia

4  I worked hard every day to own what I owned.

5  Q.   Why couldn't you try to work hard in Guinea?

6  A.   Because I did not know where to start from   In Liberia I

7  knew where to start from   It was my home, and in America, if

8  you have a dream, you can do everything here.

9  Q.   But not in Guinea?

10  A.   When I was in Liberia, I did not think about coming to

11  America.   With all the war fought in Liberia, I never thought

12  of leaving Liberia and going anywhere.

13  Q.   I understand, but you were in Guinea.   Right?

14  A.   Yes.

15  Q.   You decided you were not going to stay in Guinea.   Right?

16  A.   I did not decide.   I asked for help.

17  Q.   And you could have stayed in Ghana.   Correct, sir?

18  A.   I asked for help and they took me to Ghana.   Those that

19  helped me in Guinea is the same people that took me to Ghana.

20  Q.   And, finally, you got to the United States.   Right, sir?

21  A.   Yes.

22  Q.   Where you said you were going to pursue your dreams.

23  Right?

24  A.   Yes.

25  Q.   It's a free country.   Right?

**October 22, 2008**

## Kamara - Cross

1    A.   Yes.

2    Q.   You can build a business.   Right?

3    A.   I have a business already.

4    Q.   That you built here?

5    A.   Yes.

6    Q.   You didn't try to build it in Guinea and you didn't try to

7    build it in Ghana.   Right, sir?

8    A.   I decided to -- I didn't know where to start from when I

9    was in Guinea.   Everything went well for me, fine for me in

10   Liberia.   Everything is going fine for me here because I'm a

11   man that works hard.

12   Q.   Sir, you had a lot of businesses in Liberia, you said.   You

13   are a successful businessman?

14   A.   I have business in Liberia.

15   Q.   And in 2002 you knew that war was coming to Liberia.

16   Right?

17   A.   War has been in Liberia, true, oh, yes.

18   Q.   It seemed in 2002 it was going to get worse, didn't it?

19   A.   I did not know that because I did not monitor anything.

20   All I cared for was my business.

21   Q.   So you said you were detained in September of 2002.

22   Correct?

23   A.   Yes.

24   Q.   By the summer of 2003, the LURD forces were overrunning

25   Monrovia.   Isn't that fair to say?

**October 22, 2008**

**Kamara - Cross**

1  A.   I did not know nothing about that.   I was not there

2  anymore.

3  Q.   But you knew that the LURD forces had invaded Liberia as

4  early as 1999 and they were advancing towards Liberia.   Didn't

5  you know that, sir?

6  A.   I have no connection with any of the factions were.   All of

7  the factions that were in Liberia, I accept all of them   I

8  have no problems with any of them because my job required that.

9         The NPFL, the ULIMO, the ULIMO-K, the NPC, all of the

10  fighting forces in Liberia, I went to all of the areas.   They

11  had no problems with me.   I had no problems with them

12         When I'd get to NPFL area, I say "Stand in the line.

13    If you do your work, I pay you," and that was how I was

14  going all over the country.

15         To tell you that I served my people the least money I

16  used to take with me to go and pay them, most of the time it

17  used to be 10 to 15,000 United States dollars and I would pay

18  everyone.

19         And whosoever did not work, I would bring the money

20  back and report it to my office.

21  Q.   Sir, my only question was that isn't it true that you were

22  aware in late 2002 that LURD forces had invaded the country of

23  Liberia and were moving towards Monrovia?   Isn't that true?

24  A.   I was not monitoring any of these things.   I was only busy

25  with my business.

**October 22, 2008**

**Kamara - Cross**

1  Q.   So despite your contact with ULIMO, NPFL and all these

2  other groups, you had no idea that LURD forces had invaded

3  Liberia and were advancing towards Monrovia.   Is that right?

4  A.   I did not really care to listen to what they were saying.

5  All I really cared was for my business.   All over, you have the

6  Government controlling all over the country, especially in

7  Monrovia, but my business used to be open to 9:00 to 10:00

8  before I closed my business and I would put my wife and my

9  children in the car and we will go to Virginia where we lived

10  because I had no problem with anyone.   I was a free man.   I was

11  doing everything to take care of my family.

12  Q.   Sir, did you just say you did not care that LURD forces

13  were advancing to Monrovia?   Is that what you're saying?

14  A.   I did not know nothing about LURD forces.

15  Q.   Never heard of them?

16  A.   Even if I heard it, I did not care.

17  Q.   You didn't care that your businesses may be destroyed, that

18  your family might be hurt?   You didn't care about any of that.

19  Right?

20  A.   Well, I knew that we had an elected government.   I -- and I

21  knew that the elected government will do everything possible to

22  protect the citizens.

23  Q.   You weren't concerned at all about what was coming to

24  Monrovia?

25  A.   Well, I knew that we had a government and the government

**October 22, 2008**

## Kamara - Cross

1  was capable enough to take care of their business.

2  Q.  But isn't it true that by August of 2003 that government

3  had left the country overrun by LURD forces?

4  A.  I did not know that.  I was not there.

5  Q.  And you never heard that?

6  A.  No.  When I came here, I was just busy with my treatment.

7  Q.  You mean when you came to the United States, you didn't

8  care about anything else that happened?

9  A.  I was only busy --

10         THE INTERPRETER:  Miguel, you have to ask him to slow

11  down.

12  BY MR. CARIDAD:

13  Q.  Sir, you have to slow down.

14  A.  My son was already here.  My son has already been held by

15  government forces.  My brother, my sister -- two of my sisters

16  were raped.

17  Q.  You must have been concerned about what was happening in

18  Monrovia.  If your family had been so mistreated, you must have

19  been aware what was going on in Monrovia?

20  A.  It was the Government that did that and it took them all

21  the way to Conakry and the U.N. forces, the U.N. people are the

22  ones that helped them all the way from the border to Conakry

23  and they gave them treatment and gave them a place to live.

24  Q.  So you must have been aware of what was going on in your

25  country.  You must have been aware of LURD, the violence that

**October 22, 2008**

## Kamara - Cross

1  was coming and the blood-shed that was coming.  Right?

2  A.  I was not monitoring anything like that.

3  Q.  Completely unaware of it?

4  A.  I was not monitoring anything like that.

5      MR. CARIDAD:  Excuse me, Judge.  If I could have a

6  moment.

7  BY MR. CARIDAD:

8  Q.  Mr. Kamara, you applied for United States residency, didn't

9  you, sir?

10  A.  Yes.

11  Q.  Is that right?

12  A.  Yes.

13  Q.  And you applied for United States residency while you were

14  in Ghana?

15  A.  What?

16  Q.  Did you apply for United States permanent residency while

17  you were in Ghana in January of 2003?

18  A.  In January?

19  Q.  January 24th, 2003, didn't you complete the United States

20  Department of Justice application for permanent residence or to

21  adjust status while you were in Ghana?

22  A.  They did paperwork for me.  I do not know what kind of

23  paperwork they did for me and they took me to the hospital.

24  That was the major things I was concerned about, to get

25  treatment.

**October 22, 2008**

## Kamara - Cross

1   Q.   Sir, you filled out a four-page form, didn't you, in Accra,

2   Ghana, January 24th, 2003, asking for to register as a

3   permanent resident or adjust status.

4              Do you remember doing that?

5   A.   Well, they filled in paperwork for me.   I don't know what

6   was the paperwork.   I don't know if it was paperwork for

7   resident or whatsoever.   I couldn't see anything.

8   Q.   What do you mean you couldn't see anything?   You were shown

9   an application for residence.

10  A.   My eyes, I told you I have problem with my eyes, so if you

11  prepare a document for me and bring it for me to read, I don't

12  know what it is.   The only thing I wanted was safety.

13  Q.   Sir, you were left at the border of Liberia and Guinea and

14  walked into Guinea and found your way to the capital of the

15  country.   Right?

16  A.   Yes.

17  Q.   You could see what you were doing?

18  A.   I can't read.   Bring paper to me now, I'll not be able to

19  read.

20  Q.   You're saying you did not fill out this application?

21  A.   If someone fills in an application for you, it doesn't mean

22  that you, you the one that read it.

23              I didn't read anything.   They took me to the areas

24  that they were taking me.   They took me to the hospital --

25              THE INTERPRETER:   Can you repeat that, sir.

**October 22, 2008**

## Kamara - Cross

1    A.   And to other offices.   I didn't know where they were going.

2    All I needed was safety for my life and for my family.

3    Q.   Sir, do you remember being asked a series of questions by

4    somebody in Ghana and somebody checking off boxes in front of

5    you before you signed the document?  Do you remember that

6    happening?

7    A.   Yes.   They asked me my name, the family name, yes.

8    Q.   And they told you what they were filling out.   Right, sir?

9    A.   I needed safety.

10   Q.   My question is did they explain to you what form they were

11   filling out?

12   A.   They didn't tell me that.   I was filling a form for --

13              THE COURT:   No.

14   A.   What they told me -- all I know --

15              THE INTERPRETER:   Continue, sir.   Continue, sir.

16   BY MR. CARIDAD:

17   Q.   They didn't tell you that you were filling out a form to

18   register for permanent residence or adjust status in the United

19   States?

20   A.   All I knew, everything they were doing for me, it was for

21   me to be safe, my life and my family life.

22   Q.   So you are saying you filled out a form to come to the

23   United States, but you didn't know you were filling out a form

24   to come to the United States.   Is that what you're saying?

25   "Yes" or "No."

**October 22, 2008**

## Kamara - Cross

1   A.   I am saying all the paperwork that they were doing for me

2   was -- once it was for me to be safe and my family to be safe,

3   that was all I needed.

4   Q.   So you did not know you were filling out a form for U.S.

5   residency in Ghana?

6   A.   I repeat, I needed safety.   So whatever document they

7   needed for me to be signed for me to be safe, for my family to

8   be safe, that was all I needed.

9   Q.   And nobody explained to you what this form was?   Nobody

10  explained it to you?

11  A.   I didn't ask.

12  Q.   And nobody explained to you "Mr. Kamara, would you like to

13       go to the United States?  We need to fill out a form"

14            Nobody said that to you?

15  A.   They did not tell me that I was coming here up to the last

16  day.

17  Q.   Isn't one of the questions they asked you, whether you have

18  ever been to the United States?

19  A.   They asked me that and I said "No."

20  Q.   So you must have known you were coming to the United States

21  then?

22  A.   They did not tell me that they were bringing me to the

23  States.   No one told me that.   They only told me that they

24  would get to me and inform me of anything before it happened,

25  that would help me and my family.

**October 22, 2008**

## Kamara - Redirect

1          But to my surprise, one afternoon when I went for a

2 stroll, I came back and I saw people who were sitting and they

3 said "You're leaving today."  That's all I know about.

4 Q.   Even though they asked you if you have ever been to the

5 United States, you didn't think that meant "Maybe I'm going to

6      the United States"?  That account occur to you?

7 A.   I didn't think about it.  I did not think about it.

8 Q.   You didn't care where you went?

9 A.   I just wanted safety.

10 Q.   And it just so happens you ended up in the United States?

11 A.   Thank God.

12 Q.   After filling out an application for residency.  Right?

13 A.   And now I say thank God I'm here and my life is safe.

14          MR. CARIDAD:  If I could have a moment, please.

15          Thank you, Judge.  That's all I have.

16                    REDIRECT EXAMINATION

17 [Beginning at 2:42 p.m., 10/22/08.]

18 BY MR. GRAVELINE:

19 Q.   Mr. Kamara --

20 A.   Yes.

21 Q.   -- how long were you in confinement?

22 A.   Excuse me?

23 Q.   How long were you arrested for?

24 A.   I was arrested three months or more.

25 Q.   So you were arrested in September of 2002?

**October 22, 2008**

## Kamara - Redirect

1    A.   Yes.

2    Q.   So you would have gone to Klay sometime in September of

3    2002?

4    A.   Yes.

5              MR. GRAVELINE:   Agent Naples, if you could bring up

6    Map Number 4, please.

7              AGENT NAPLES:   (Complied.)

8    BY MR. GRAVELINE:

9    Q.   Mr. Kamara, do you see the map on your computer screen

10   there?

11   A.   I see it.   I can't read.

12   Q.   Do you recognize it as a map of the countries?

13   A.   Aha.

14   Q.   What country is that?

15   A.   Here I see Liberia down here.

16   Q.   All right.

17             MR. GRAVELINE:   I'm going to ask Agent Naples to

18   expand the square to the left.   Right there, Agent Naples.   Can

19   you expand that.

20             AGENT NAPLES:   (Complied.)

21   BY MR. GRAVELINE:

22   Q.   Does that help, Mr. Kamara?

23   A.   Yes.

24   Q.   What county of Liberia is shown on the map, the expanded

25   version of the map right there?

**October 22, 2008**

## Kamara - Redirect

1   A.   Grand Cape Mount.

2   Q.   Is that the county you were taken to after Klay?

3   A.   Yes.

4   Q.   Now, I think you were mentioning some type of lake or

5   island?

6   A.   Yes.

7   Q.   Do you see that lake on the map there?  What was the name

8   of the lake you were held at?

9   A.   The only name I know is Piso.  Maybe there are other names.

10  Q.   Do you see Lake Piso on the map, on that expanded version

11  of the map?

12  A.   Yes.

13  Q.   Can you put a mark where you see that lake?

14  A.   That's it.

15  Q.   Defense counsel asked you whether you were able to --

16        MR. GRAVELINE:   We can take the map down, Agent

17  Naples.

18        AGENT NAPLES:   (Complied.)

19  BY MR. GRAVELINE:

20  Q.   Defense counsel asked you whether you were able to restart

21  your businesses while you were in Guinea.   Do you remember

22  those questions?

23  A.   Yes.

24  Q.   How long were you in Guinea?

25  A.   I was in Guinea not too long, for three weeks to a month.

**October 22, 2008**

## Kamara - Redirect

1    I don't know.

2    Q.   What was your physical condition while you were in Guinea?

3    A.   It was very bad.   They took me to a lot of different,

4    different doctors.

5    Q.   When you were in Guinea, did you have time to restart your

6    business in Liberia?

7    A.   No, I had no time.   I only cared for my life at the time

8    because my life was threatened and I had sores in me all over.

9         My penis, I had problems with my penis.   I have

10   problems with my rectum   I had sores on me all over.

11   Q.   Then you were taken to Ghana.   Correct?

12   A.   Yes.

13   Q.   How long were you in Ghana?

14   A.   I was in Ghana for -- I don't think I was in Ghana for more

15   than two weeks.   I'm not too sure.

16   Q.   Did you have time when you were in Ghana to restart your

17   business in Liberia?

18   A.   No.

19   Q.   Defense counsel asked you some questions and I believe you

20   talked about your dealings with the NPFL and ULIMO and NPC.

21   Who were you working for that brought you into contact with

22   those warring factions?

23   A.   I was working with the European Union.

24   Q.   And I believe you testified earlier you worked for the

25   European Union from 1996 to 2000?

**October 22, 2008**

Hyma - Direct

```
 1   A.    Yes.

 2   Q.    That's when you would have had the dealings with those

 3   people?

 4   A.    Yes.

 5   Q.    In 2002, was there any fighting going on in the streets of

 6   Monrovia?

 7   A.    In 2002?

 8   Q.    Right.

 9   A.    I can't remember.  I can't recall.

10   Q.    Do you remember ever seeing any gun battles in the middle

11   of the street while you lived there in 2002?

12   A.    I can't recall.

13              MR. GRAVELINE:   Thank you.

14              No further questions, Your Honor.

15              THE COURT:   Thank you.   The witness is excused.

16              MS. ROCHLIN:   Your Honor, at this time the United

17   States seeks to recall Dr. Bruce Hyma.

18

19              BRUCE A. HYMA, GOVERNMENT'S WITNESS, SWORN

20                        DIRECT EXAMINATION

21   [Beginning at 2:48 p.m]

22   BY MS. ROCHLIN:

23   Q.    Good afternoon, Dr. Hyma.

24   A.    Good afternoon.

25   Q.    Dr. Hyma, you testified previously during this trial.
```

October 22, 2008

## Hymn - Direct

1   Correct?

2   A.   Yes.

3   Q.   And your testimony, your prior testimony concerned several

4   individuals, including Rufus Kpadeh, Monoh Turay, Sulaiman Jusu

5   and Varmuyan Dulleh.   Is that correct?

6   A.   Yes.

7   Q.   Doctor, in connection with your work concerning this

8   matter, did you also meet with anybody on January 3rd of 2008?

9   A.   Yes, I did.

10  Q.   Do you recall the name of the individual you met with on

11  January 23rd of 2008?

12  A.   A man named Mr. Milbah Kamara.

13  Q.   Dr. Hymn, where was it that you met with Milbah Varney

14  Kamara?

15  A.   In my department.

16  Q.   Here in Miami-Dade?

17  A.   Yes.

18  Q.   Initially, when you first encountered Mr. Kamara, do you

19  recall who else was present?

20  A.   You were present with Mr. Kamara.

21  Q.   Do you recall whether anybody else was present besides

22  Mr. Kamara and myself?

23  A.   No, those are the only two.

24  Q.   Dr. Hymn, after your initial meeting with Mr. Kamara, did

25  you have any discussions with Mr. Kamara?

**October 22, 2008**

## Hymn - Direct

1  A.   Yes.

2  Q.   And who was present for your discussions with Mr. Kamara?

3  A.   Mr. Kamara and our photographer.

4  Q.   And was I present for those discussions?

5  A.   No.

6  Q.   Dr. Hymn, what was the purpose for any discussion you had

7  with Mr. Kamara?

8  A.   Evaluation of injuries or any permanent disabilities he may

9  have as a result of injuries.

10 Q.   And did you question him regarding any injuries that he may

11 have had over the course of his life?

12 A.   Yes.   I asked him to tell me what happened and explain

13 whatever injuries he had that, perhaps, could explain any

14 physical disabilities or permanent injury that he had.

15 Q.   And did Mr. Kamara make statements to you which became

16 relevant for any opinion or conclusion you reached relating to

17 injuries for Mr. Kamara?

18 A.   Yes.

19 Q.   Can you tell us, please, what it was Mr. Kamara told you

20 that was relevant for your analysis?

21 A.   Mr. Kamara shared with me that in July or August of 2002 --

22 he couldn't remember the exact date or at the time, he didn't

23 remember the exact date -- that he was arrested by what he

24 calls the Liberian Anti-Terrorist Unit.   He was stripped of his

25 clothes, except for his briefs, and put on the floor of a

**October 22, 2008**

## Hynn - Direct

1    truck.

2            He was taken to a police station where he said

3    "Good-bye" to his wife and four armed men took him to what he

4    called Whiteflower, or what he referred to as the residence of

5    the Liberian President, Charles Taylor.

6            He was asked why he was taken to the President's

7    residence and he answered that he didn't know, according to his

8    words.

9            Then he was approached by a gentleman that he

10   identified as Chuckie or Charles Taylor, the President's son,

11   and a man named Benjamin Yeaten, and they took him to

12   Mr. Yeaten's house and they put him naked on the floor on his

13   back and they shined a bright light in his face, according to

14   Mr. Kamara.

15           According to Mr. Kamara, they made him lay there the

16   whole night in that position and in the morning, Mr. Yeaten

17   displayed what Mr. Kamara called a stick the following day and,

18   in Mr. Kamara's words, told him "If you tell me the truth,

19       you'll see what will happen."

20           Mr. Kamara then went on to describe that this stick

21   was put in his rectum and whereupon he felt an electric current

22   applied to his rectum  He described it actually happening

23   several times.

24           An order was given to burn Mr. Kamara with a clothes

25   iron and he was also struck in the groin with the butt of a

Hyma - Direct

1   rifle.

2           After a few days, he described being taken to a place

3   called Klay.  His face was covered and at that place he

4   describes being shot in the right shoulder with a firearm

5   Following that, he was put in a water-filled pit, according to

6   his description, that was covered with iron bars.

7           Following that, he was taken to an island he said

8   where he lived two or three weeks off the land -- his words --

9   and then from there he was taken to Monrovia and then out of

10  the country.

11  Q.   Dr. Hyma, after your discussions with Mr. Kamara, did you

12  perform a visual examination of his body?

13  A.   Yes I did.

14  Q.   Of what parts of his body?

15  A.   His entire body head-to-toe.

16  Q.   What, if anything, did you do, if anything, to make a

17  record of your visual observations of Mr. Kamara?

18  A.   I recorded them in a report, as well as I photographed his

19  body.

20  Q.   Who was it who took the photographs was of Mr. Kamara's

21  body?

22  A.   Our department photographer.

23  Q.   Dr. Hyma, did you also have the opportunity to review any

24  medical records for Mr. Kamara?

25  A.   Yes, I did.

October 22, 2008

## Hynn - Direct

1          MR. CARIDAD:   I'm sorry to interrupt.   If I could have

2    a brief sidebar, please?

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 22, 2008**

## Hymn - Direct

1          [Proceedings at sidebar follow]:

2          MR. CARIDAD:   Your Honor, it occurred to me I may need

3   to recall Mr. Kamara as my witness, depending on what I hear

4   from Dr. Hymn.   So I don't want him to get on a plane to go

5   home.

6          THE COURT:   Is he out here?

7          MS. ROCHLIN:   I will confer with the agents.   I

8   believe he's in the area.   I don't know exactly when Mr. Kamara

9   is scheduled to return, but I would note it's costing the

10  Government $5,000 every night for his air ambulance for each

11  night he stays in Miami.   They keep the crew on stand-by for

12  not being able to take on other clients.   So we would ask

13  Mr. Kamara's situation, as far as recall is concerned, be

14  decided rather quickly.

15         THE COURT:   How long are you going to be with this

16  witness?

17         MS. ROCHLIN:   Not long at all, Your Honor.   I would be

18  surprised if my direct lasted past 3:30.

19         THE COURT:   All right.   He can be recalled.

20

21

22

23

24

25

**October 22, 2008**

## Hymm - Direct

1          [Proceedings in open court follow]:

2    BY MS. ROCHLIN:

3    Q.   Dr. Hymm, did you have the opportunity to review any

4    medical records for Mr. Kamara?

5    A.   Yes, I did.

6    Q.   Can you tell us whether those included medical records from

7    the Catholic Medical Center in Manchester, New Hampshire?

8    A.   Yes.

9    Q.   Did they also include records from other medical facilities

10   in the state of New Hampshire?

11   A.   Yes.

12          MS. ROCHLIN:   May I approach the witness, Your Honor?

13          THE COURT:   You may.

14   BY MS. ROCHLIN:

15   Q.   Dr. Hymm, I have just handed you what has been marked for

16   identification as Government's Exhibits Hymm Number 176 through

17   192?

18   [Government Exhibits Hymm 176-192 marked for identification at

19   2:57 p.m]

20   BY MS. ROCHLIN:

21   Q.   I would ask you to take a look at those exhibits and when

22   you're ready, let us know if you recognize them

23   A.   All right.

24          (Complied).

25          Yes, I recognize Exhibits 176 through 192.

**October 22, 2008**

## Hymn - Direct

1  Q.   For the record, doctor, are all of those exhibits

2  photographs?

3  A.   Yes, they are.

4  Q.   What are those photographs from?

5  A.   The photographs are from the case file I created of

6  Mr. Kamara, taken by our photographer.

7  Q.   Those are the photographs you took in January, 2008?

8  A.   Yes.

9  Q.   Do they accurately show what you saw on Mr. Kamara's body

10 when you examined him on that date?

11 A.   Yes.

12          MS. ROCHLIN:   Your Honor, at this time the United

13 States moves for the admission of Government's Exhibits 176

14 through 192.

15          MR. CARIDAD:   I have no objection.

16          THE COURT:   Admitted.

17          MS. ROCHLIN:   I would ask if we could publish on the

18 screen Exhibit 176.

19          THE COURT:   You may.

20          AGENT BAECHTLE:   (Complied.)

21 BY MS. ROCHLIN:

22 Q.   Doctor, do you recognize this photograph?

23 A.   Yes.

24 Q.   Who is that?

25 A.   Mr. Kamara.

**October 22, 2008**

## Hyma - Direct

1  Q.   Do you see on the screen any object besides the photograph

2  itself?

3  A.   That's the consult number that has been assigned to his

4  case file.

5  Q.   Is there any other case file with the same case number as

6  the one appearing in this photograph?

7  A.   Not assigned to my other case file, no.

8  Q.   With respect to all of the other individuals you have

9  testified about previously, Dr. Hyma, can you tell us whether

10 those other individuals had their own unique case file numbers

11 as well?

12 A.   Yes, each of them had their own unique case file number.

13 Q.   Can you tell us is there any reason why Mr. Kamara's case

14 file number appears on this photograph in contrast to the other

15 photographs that appeared in this trial?

16 A.   I can't tell you why the photographer happened to include

17 it in this photograph.

18        MS. ROCHLIN:   I would ask if we could take down

19 Exhibit Hyma 176 and bring up Hyma 177 for publication on the

20 screen.

21        AGENT BAECHTLE:   (Complied.)

22 BY MS. ROCHLIN:

23 Q.   Dr. Hyma, what appears in this photograph?

24 A.   This is Mr. Kamara, his shirt removed.   The photograph

25 demonstrates his chest, abdomen and arms and face.

**October 22, 2008**

## Hymn - Direct

1  Q.   Is one purpose of this photograph for orientation?

2  A.   Yes.

3  Q.   Doctor, directing your attention to Mr. Kamara's

4  mid-section.   In this photograph, are you able to determine if

5  any marks or scars appear?

6  A.   Yes, they do.

7  Q.   Can you, please, indicate where?

8  A.   With a circle, the scar here is on the left side of his

9  abdomen.

10         MS. ROCHLIN:   At this time, I would ask agent Baechtle

11  to attempt to enhance the area of the photograph Dr. Hymn has

12  circled.

13         AGENT BAECHTLE:   (Complied.)

14  BY MS. ROCHLIN:

15  Q.   On the large portion of the photograph, Dr. Hymn, can you

16  indicate where you observed the scar?

17  A.   I have circled the scar on the enlarged portion.

18  Q.   How much contrast appears on the area of the scar and

19  Mr. Kamara's abdomen, if you can see the contrast?

20  A.   There is not very much contrast.   You have to look for it

21  to see it's there.

22  Q.   Can you describe the shape of the scar on Mr. Kamara's

23  abdomen?

24  A.   The shape is triangular.   I'll outline it roughly with my

25  finger there.

**October 22, 2008**

## Hymn - Direct

1          MS. ROCHLIN:   At this time, if we could clear the

2    screen and bring up Hymn Exhibit Number 178.

3    BY MS. ROCHLIN:

4    Q.   What appears in this photograph, doctor?

5          AGENT BAECHTLE:   (Complied.)

6    A.   This is a photograph of the left side of his abdomen with a

7    higher magnification.   You can see the scar on the left side of

8    Mr. Kamara's belly button.

9    Q.   Is the case number also photographed in this photograph?

10   A.   Yes.

11   Q.   Are you able to make out any scars or marks on Mr. Kamara's

12   abdomen?

13   A.   Yes.

14   Q.   Can you show us where, please?

15   A.   (Complied.)

16          I have put lines around the scar on the left side of

17   the abdomen.

18   Q.   The lines you put, what shape do they form, doctor?

19   A.   This is a triangular scar.

20          MS. ROCHLIN:   If we could clear the screen and bring

21   up Hymn Exhibit Number 179.

22          AGENT BAECHTLE:   (Complied.)

23   BY MS. ROCHLIN:

24   Q.   What appears in this photograph, Dr. Hymn?

25   A.   Again, this is a little different angle, the same scar that

**October 22, 2008**

## Hymn - Direct

1  was previously discussed in 178.   The scar I will outline here

2  with my finger.

3  Q.   For the record, Dr. Hymn, tell us what shape the outline

4  forms.

5  A.   A triangle.

6           MS. ROCHLIN:   Again, if we could clear the screen and

7  proceed to Exhibit Hymn 180.

8           AGENT BAECHTLE:   (Complied.)

9  BY MS. ROCHLIN:

10  Q.   What is this photograph, doctor?

11  A.   This is the same scar now with a scale for reference size.

12  Q.   Can you mark the area where the scar appears?

13  A.   I have some other menus that came up here.

14           (Complied.)

15  Q.   Again, doctor, what is the shape your marks on the screen

16  have formed?

17  A.   A triangle.

18  Q.   Is there some other purpose in Hymn Exhibit 180 that did

19  not appear in the previous photographs of Mr. Kamara's abdomen?

20  A.   The scale of reference.

21  Q.   And what scale is shown in this photograph?

22  A.   This is a standard ruler that's used in forensic

23  photography.

24  Q.   What does it reflect about the size of the scar?

25  A.   The scar you can see is almost actually 8 centimeters.

**October 22, 2008**

## Hyma - Direct

1  Actually, I measured it at 9 centimeters, this being the size

2  here or even larger.

3            MS. ROCHLIN:  If we could clear the screen and bring

4  up Exhibit Number Hyma 181.

5            AGENT BAECHTLE:  (Complied.)

6  BY MS. ROCHLIN:

7  Q.   Doctor, what appears in this photograph?

8  A.   This is the right -- excuse me -- the left side of

9  Mr. Kamara's chest and abdomen and left arm, again for

10 orientation.

11 Q.   Again, in this photograph, are you able to determine

12 whether any scars or marks appear?

13 A.   Yes.

14 Q.   Can you indicate where, please?

15 A.   The scar we have been discussing is right here on the left

16 side of his abdomen here.

17 Q.   Doctor, were you able to form any opinions or conclusions

18 about the origin of the scar appearing in Hyma Exhibits 177,

19 178, 179, 180 and 181?

20 A.   Yes.

21 Q.   And will you tell us, please, what opinions or conclusions

22 you reached?

23 A.   This is a scar consistent with a healed burn as we've seen

24 earlier on -- you've seen a similar scar on different

25 individuals.

**October 22, 2008**

## Hyma - Direct

1          Again, the scar has a slightly irregular texture.  The

2     scar is not quite as raised as some of the others you've seen,

3     but it's an irregular texture and it also has a triangular

4     configuration consistent with what was described to me as a

5     clothes iron.

6          The scar is not quite as raised as the others, but it

7     has the similar irregularity in its texture and its

8     pigmentation.

9     Q.   Ultimately, Dr. Hyma, did you form an opinion about whether

10    this scar was consistent or inconsistent with Mr. Kamara's

11    account?

12    A.   This scar is consistent with his account of being burned

13    with a clothes iron.

14          MS. ROCHLIN:   At this time, if we could take down Hyma

15    Exhibit 181 and bring up Hyma Exhibit 1 82.

16          AGENT BAECHTLE:   (Complied.)

17    BY MS. ROCHLIN:

18    Q.   Dr. Hyma, can you explain what appears in this photograph?

19    A.   This is the back of Mr. Kamara's right shoulder.

20    Q.   Do any marks or scars appear on the back of Mr. Kamara's

21    right shoulder?

22    A.   Yes.

23    Q.   Can you tell us what those are?

24    A.   The scar is right here.

25    Q.   Can you explain what type of scar that appears to be?

**October 22, 2008**

## Hymn - Direct

1  A.   Well, this scar is slightly raised.  It doesn't have a real

2  specific appearance other than being in a straight line and

3  slightly raised and slightly oval.

4        That's really all I can say about the scar, looking at

5  the scar alone.

6        MS. ROCHLIN:  If we can clear the screen and bring up

7  Exhibit Hymn Number 183.

8        AGENT BAECHTLE:   (Complied.)

9  BY MS. ROCHLIN:

10  Q.   Dr. Hymn, can you explain what appears in this photograph?

11  A.   Yes.  This also has a scar here along with the one that we

12  just saw in 182.

13  Q.   All right.

14        So the scar to the right and to the top, is that the

15  same scar that appeared in the previous photograph, number 182?

16  A.   Yes.

17  Q.   Did Mr. Kamara make any statements to you which were

18  relevant to your observation concerning the scar that appears

19  to the right and above the other scar in this photograph?

20  A.   Yes.

21  Q.   What were his statements that you found to be relevant?

22  A.   He said that he was shot by a firearm in the right shoulder

23  in this area.

24  Q.   By the way, Dr. Hymn, when you describe Mr. Kamara's

25  statements to you, are you describing each and every statement

**October 22, 2008**

## Hymn - Direct

1  that he made or can you tell us whether you are describing

2  those statements you determined to be relevant in relation to

3  your conclusions?

4  A.   I'm describing statements that are relevant to my opinion.

5  I'm excluding other statements that are not relevant.

6  Q.   And with respect to the scar to the right and above the

7  other scar -- and I'm referring to the scar that appears in

8  both Exhibit Numbers 182 and 183 -- tell us, doctor, were you

9  able to form any conclusions or opinions with respect to that

10  scar or not?

11  A.   Yes.

12  Q.   What opinion or conclusion were you able to reach?

13  A.   Given his statement regarding the firearm injury to his

14  right shoulder, these scars are consistent with that kind of

15  injury or a healed injury of that sort.

16  Q.   And why is it you were able to reach that conclusion with

17  the additional information from Mr. Kamara's statements?

18  A.   Well, a firearm injury would produce a perforation in the

19  skin.   If the projectile actually exited the body, it would

20  produce a second perforation.

21          These scars, of course, are nonspecific in terms of

22  the scar appearance alone, but correlated with his injury

23  history, they're consistent with what an injury would heal, a

24  healed injury would appear years after such a firearm injury.

25          MS. ROCHLIN:   If we could take down Hymn Exhibit 183

**October 22, 2008**

## Hymn - Direct

 1   and bring up Hymn Exhibit Number 184.

 2           AGENT BAECHTLE:   (Complied.)

 3   BY MS. ROCHLIN:

 4   Q.   Doctor, can you tell us what appears in this photograph?

 5   A.   This photograph is the outer part of the right side of his

 6   leg.

 7   Q.   Do any marks or scars appear in this photograph?

 8   A.   Yes.

 9   Q.   And can you indicate what marks or scars appear on the

10   outside of Mr. Kamara's right leg?

11   A.   A scar on his ankle and two scars appear on his thigh.

12   Q.   Dr. Hymn, can you explain whether any of these scars were

13   relevant to your analysis of Mr. Kamara's injuries?

14   A.   Yes.   By his account, these scars are not related to the

15   incident he described to me.

16           MS. ROCHLIN:   If we could clear the screen and take

17   down Hymn Exhibit Number 184 and bring up Hymn Exhibit Number

18   185.

19           AGENT BAECHTLE:   (Complied.)

20   BY MS. ROCHLIN:

21   Q.   Doctor, in Exhibit Hymn 185, can you explain what appears

22   in this photograph?

23   A.   Yes.   This is the front of his right shin.

24   Q.   And please tell us, Dr. Hymn, are there any marks or scars

25   appearing in this photo?

**October 22, 2008**

## Hymn - Direct

1  A.    Yes.    There is a scar that I circled here and then there

2  are actually two healing injuries that are actually in the

3  process of healing just above that scar.

4  Q.    Doctor, were either the healing injuries or the scar that

5  you've indicated in the photograph relevant to your analysis

6  concerning Mr. Kamara?

7  A.    No.

8  Q.    And why was that?

9  A.    According to his account, these are not relevant.    In

10  addition, the two that I circled here are healing scars,

11  clearly well outside of the time frame of what he's describing.

12          MS. ROCHLIN:    And if we could clear the screen and

13  bring up Hymn Exhibit 186.

14          AGENT BAECHTLE:    Complied.)

15  BY MS. ROCHLIN:

16  Q.    What appears in Hymn Exhibit 186?

17  A.    This is the front of his left knee and shin.

18  Q.    Do any scars or marks appear on the front of Mr. Kamara's

19  left knee and shin?

20  A.    Yes.

21  Q.    Can you indicate where those are?

22  A.    He has multiple scars here on his knee and multiple scars

23  on his shin.

24  Q.    If you would, doctor, explain whether any of these scars

25  were relevant or related to your analysis of Mr. Kamara.

**October 22, 2008**

## Hymn - Direct

1  A.   They are not relevant.   According to Mr. Kamara's account,

2  these scars are not relevant to the incident he described to

3  me.

4          MS. ROCHLIN:   If we could clear the screen and bring

5  up Hymn Exhibit 187.

6          AGENT BAECHTLE:   (Complied.)

7  BY MS. ROCHLIN:

8  Q.   Doctor, if you could explain what appears in Hymn Exhibit

9  187.

10  A.   187 is the inner aspect of his right thigh.   His groin area

11  is on the right side OF THE photograph depicted in blue and the

12  seat cushion he is sitting on is maroon.

13  Q.   Were you able to determine whether any scars or marks

14  appeared on Mr. Kamara's body in the area shown in this

15  photograph?

16  A.   Yes.

17  Q.   Can you, please, indicate where the scars you observed

18  appear?

19  A.   One scar is here and another scar is here.

20  Q.   Tell us, please, doctor, were these scars related or

21  unrelated to your analysis of Mr. Kamara's condition?

22  A.   These scars are related to my analysis and from

23  Mr. Kamara's account, he was burned with a clothes iron inside

24  his right thigh.

25  Q.   And what were you able to observe about the scars that

**October 22, 2008**

## Hyma - Direct

1  you've indicated on Mr. Kamara's thigh?

2  A.   These scars have a texture to them in terms of the

3  pigmentation, and the one at the top of the photograph has a

4  slight triangular configuration, although smaller than the one

5  that you saw on the left side of the abdomen, and the other

6  scar here closer down to the bottom of the photograph has an

7  inverted triangular configuration, but the same kind of texture

8  and variable pigmentation.

9  Q.   What opinions and conclusions were you able to reach

10 concerning these scars?

11 A.   In my opinion, these scars are consistent with healed burns

12 from a clothes iron described by Mr. Kamara.

13           MS. ROCHLIN:   If we could clear the screen and take

14 down Exhibit 187 and bring up Hyma Exhibit 188.

15           AGENT BAECHTLE:   (Complied.)

16 BY MS. ROCHLIN:

17 Q.   Doctor, can you explain what appears in this photograph?

18 A.   This photograph is, I believe, the inner aspect of his left

19 thigh.   Excuse me.   It's his right thigh.   The lighting is not

20 as adequate as the previous photograph.

21           MS. ROCHLIN:   If we could move to Exhibit Number Hyma

22 189.

23           AGENT BAECHTLE:   (Complied.)

24 BY MS. ROCHLIN:

25 Q.   Are you able to recognize what appears in this photograph,

**October 22, 2008**

## Hymn - Direct

1  doctor?

2  A.   Again, the orientation is switched 90 degrees.   On the

3  right-hand side is the maroon chair cover he is sitting on and

4  the top is his groin.   This is a photograph with a scale

5  reference in it for the right thigh scar.

6  Q.   Is the lighting in this photograph better or not better

7  than the lighting in the previous photograph?

8  A.   This lighting is better.

9  Q.   What can you tell us about what appears in Hymn Exhibit

10  Number 189?

11  A.   The scar here in the triangle.

12  Q.   And is that one of the scars you previously indicated in

13  Exhibit Number Hymn 187?

14  A.   Yes.

15        MS. ROCHLIN:   If we could take down Hymn Exhibit 189

16  and bring up -- thank you -- Exhibit Hymn Number 190.

17        AGENT BAECHTLE:   (Complied.)

18  BY MS. ROCHLIN:

19  Q.   Doctor, were you able to determine what appears in this

20  photograph?

21  A.   Yes.

22  Q.   What is this photograph showing?

23  A.   This is actually the same photograph as 189.

24  Q.   Is this photograph also showing a scale?

25  A.   Yes, it shows a scale.

## Hynn - Direct

1  Q.   Are you able to see in this photograph where any scars

2  appear on Mr. Kamara's thigh?

3  A.   Yes.

4  Q.   Could you, please, mark where the scar appears?

5  A.   Can we erase that?

6  Q.   I think you can erase it, yes.

7  A.   (Complied.)

8  Q.   What is the shape of the marks that you have drawn on the

9  screen, Dr. Hynn?

10  A.   A rectangle.   Excuse me.   A triangle.

11           MS. ROCHLIN:   If we could clear the screen and bring

12  up Exhibit Number Hynn 191.

13           AGENT BAECHTLE:   (Complied.)

14  A.   This photograph is the inner aspect of his left thigh.

15  Q.   Are there any marks or scars appearing on Mr. Kamara's left

16  thigh Dr. Hynn?

17  A.   No.

18           MS. ROCHLIN:   If we could take down Exhibit Number

19  Hynn 191.

20           AGENT BAECHTLE:   (Complied.)

21  BY MS. ROCHLIN:

22  Q.   And before we bring up the next exhibit, doctor, let me ask

23  whether or not in addition to the other parts of Mr. Kamara's

24  body that you examined, did you also examine his rectum

25  A.   Yes.

**October 22, 2008**

## Hymn - Direct

1  Q.   Can you tell us, please, whether or not you found any scars

2  in the area of Mr. Kamara's rectum?

3  A.   Yes, I did.

4  Q.   Were you able to form any opinions or reach any conclusions

5  concerning Mr. Kamara's rectum?

6  A.   Not in any scientific certainty, no.

7  Q.   Can you explain why that was?

8  A.   Mr. Kamara has a rectal scar.  If you were to look at the

9  rectum as a clock face, it's about 4:00 or 5:00.  It's also

10  associated with a skin tag that's slightly hanging from his

11  rectum

12        By history and by review of his medical records, he

13  also had a hemorrhoid in that area that had given him some

14  problems earlier in 2003 and it was documented in those

15  records.

16        I can't form any within with any certainty if that

17  scar is related to that hemorrhoid or related to the incident

18  he described with the electric current applied to his anus.

19  Q.   So the origin of the scar could come from either

20  circumstance, the hemorrhoid or the account that Mr. Kamara

21  provided to you of what happened to him?

22  A.   Yes.

23  Q.   Were you able to reach any kind of conclusive opinion with

24  respect to that particular scar?

25  A.   No.

**October 22, 2008**

## Hymn - Direct

1  Q.   Dr. Hymn, can you tell us whether or not you conducted an

2  examination of Mr. Kamara's genital area?

3  A.   Yes, I did.

4  Q.   And can you explain what that examination involved?

5  A.   I examined his genitalia and his genital area is

6  significant in that his scrotum is very asymmetric.   The right

7  side of his scrotum sags and sags very low, as opposed to the

8  left side.   It sags more than the usual slight asymmetry that

9  male genitalia has.

10        Also, the right side of his scrotum lacks a reflex

11  that the scrotum has.   It's call a cremasteric reflex.   The

12  reflex is gone.   The reflex is one when one touches the inside

13  of the same thigh, the scrotum on that side will retract and

14  pull up towards the body.

15        That reflex is gone, as opposed to the left side, he

16  still had that reflex.   Other than that, I did not observe any

17  other abnormality to Mr. Kamara's genitals.

18  Q.   Dr. Hymn, did Mr. Kamara make any statement to you relative

19  to Mr. Kamara's genitals?

20  A.   Yes.

21  Q.   What statements were those?

22  A.   He said he was struck in the groin with a rifle butt while

23  he was on the ground.

24  Q.   Why were these statements relevant?

25  A.   A rifle butt is a blunt object and a blunt object to the

**October 22, 2008**

## Hyma - Direct

1   groin can cause blunt injury or crushing injury.   Crushing

2   injury can cause bleeding under the skin and in the scrotum and

3   even damage to the nervous tissue that controls the reflexes of

4   the scrotum

5          So, taken together and the permanent deformity that he

6   has, certainly this kind of deformity is consistent with a

7   healed injury of that nature as certainly one explanation for

8   it.

9   Q.   Dr. Hyma, did you also cause photographs to be taken of

10  Mr. Kamara's genital area?

11  A.   Yes.

12          MS. ROCHLIN:   At this time I would ask to publish on

13  the screen Hyma Exhibit Number 192.

14          THE COURT:   You may.

15          AGENT BAECHTLE:   (Complied.)

16  BY MS. ROCHLIN:

17  Q.   What appears in this photograph, doctor?

18  A.   This is a photograph of his genitals.   You can see the

19  right side of his scrotum sags much, much lower than the normal

20  slight asymmetry that the male scrotum has.

21          MS. ROCHLIN:   If we could take down Exhibit Hyma 192.

22          AGENT BAECHTLE:   (Complied.)

23  BY MS. ROCHLIN:

24  Q.   Doctor, were you able to form my opinions or conclusions

25  with respect to what you observed of Mr. Kamara's genital area?

**October 22, 2008**

## Hymn - Direct

1  A.   Yes.   That permanent deformity he has in the scrotum is

2  consistent with the healed injury he described as a rifle butt

3  injury or blunt injury to his scrotum

4  Q.   Dr. Hymn, with respect to the photographs that we have seen

5  in court today, can you explain whether those represent each

6  and every photograph that was taken during your examination of

7  Mr. Kamara?

8  A.   No, this is just a select group of the photographs that

9  were taken.

10  Q.   And did you participate in the selection of the

11  photographs?

12  A.   Yes.

13  Q.   And can you tell us whether the photographs selected were

14  those that were relevant to any opinion or conclusion you were

15  able to reach as to Mr. Kamara?

16  A.   Yes, they are.

17          MS. ROCHLIN:   If I could have just a, moment Your

18  Honor?

19          Your Honor, the United States would tender Dr. Hymn

20  for further cross-examination.

21          THE COURT:   Ladies and gentlemen, we'll take a brief

22  recess.   Please don't discuss the case.

23          [The jury leaves the courtroom at 3:26 p.m]

24          THE COURT:   Bring the jury in.

25          [The jury returns to the courtroom at 3:37 p.m]

**October 22, 2008**

### Hymn - Cross

1          THE COURT:   Please be seated.

2                          CROSS EXAMINATION

3    [Beginning at 3:38 p.m., 10/22/08.]

4    BY MR. CARIDAD:

5    Q.   Dr. Hymn, good afternoon.

6    A.   Good afternoon.

7    Q.   Dr. Hymn, is it your practice when you're examining

8    somebody to take a statement from them before you begin the

9    examination?

10   A.   If they're living, yes.

11   Q.   It would be a one-sided conversation if the person was not

12   living.   Is that consistent with a dead person?

13   A.   Dead individuals speak a different way.   But with their

14   voice, no.

15   Q.   In fact, they do speak to you somehow?

16   A.   In different ways, yes.

17   Q.   But if the person is living, you bring them into your

18   office and ask them questions?

19   A.   Yes, as any other physician would do.   You can ASK them

20   questions about what happened and why they're there to see me.

21   Q.   And you take notes of what they're saying?

22   A.   Yes.

23   Q.   Do you ever record what they're saying?

24   A.   No.

25   Q.   In this case, Mr. Kamra spoke to you and you took notes.

**Hynn - Cross**

1  Right?

2  A.   Yes.

3  Q.   And then you put those notes into your report?

4  A.   Yes.

5  Q.   Your report being your final typed report that you give to

6  whoever asked you to do the exam?

7  A.   Yes, that's correct.

8  Q.   And he told you he was arrested by the Liberian

9  Anti-Terrorist Unit in July or August of 2002?

10  A.   Yes, that's correct.

11  Q.   He didn't identify any other security agency as being

12  responsible for his arrest?

13  A.   No, that's what he related to me.

14  Q.   And then he told you that he was taken to the President's

15  office.   Right?

16  A.   Yes.

17  Q.   Or residence?

18  A.   The residence of the President, yes.

19  Q.   And then he was asked by the President if he knew why he

20  had been taken to the President's residence and Mr. Kamara

21  answered "I don't know"?

22  A.   That's correct.   That's what he told me.

23  Q.   To the President, that's what he answered?

24  A.   He answered the President "I don't know."

25  Q.   Then he told you he was approached by Benjamin Yeaten.

**October 22, 2008**

## Hynn - Cross

1   Right?

2   A.   Yes.

3   Q.   And he called Mr. Yeaten the ATU leader?

4   A.   That's how he identified him, yeah.

5   Q.   He identified Mr. Yeaten as the ATU leader?

6   A.   That's what he told me, yes.

7   Q.   And he said he was approached by Benjamin Yeaten, the ATU

8   leader, but also approached by Chuckie Taylor, the President's

9   son?

10   A.   That's correct.

11   Q.   He said they both approached him and they both took him to

12   Mr. Yeaten's house.   Right?

13   A.   Yes.

14   Q.   And then they put a bright light in his face.   Right?

15   A.   Yes.   Once he was naked on his back on the concrete floor.

16   Q.   Did Mr. Kamara ever report to you this caused injury to his

17   eyes?

18   A.   He didn't describe any injury to his eyes.

19   Q.   None at all?

20   A.   To me, no.

21   Q.   Did he tell you because of this injury, he was unable to

22   see?

23   A.   I didn't speak to him about any injury to his eyes or his

24   vision, any effect of his vision.

25   Q.   But he did tell you that he had been placed naked on his

## Hynn - Cross

1  back on a concrete floor with a bright light in his face and he

2  had been forced to lie in this position the entire night.

3  Right?

4  A.   That's correct.

5  Q.   And he told you that he had been told by -- Mr. Yeaten

6  displayed a stick to him?

7  A.   Yes.

8  Q.   And told him "If you tell me the truth, you will see what

9       will happen."  Is that what he said to you?

10 A.   Yes.

11 Q.   Does that make sense to you, "if you tell me the truth,

12      you will see what will happen"?

13 A.   Yes, that makes sense to me.

14 Q.   How does that make sense?

15 A.   That if he tells him the truth, he'll see what will happen.

16 Maybe nothing will happen --  I don't know -- but he'll see

17 what will happen.

18 Q.   Then he said Mr. Yeaten inserted this into his rectum

19 Right

20 A.   That's what Mr. Kamara told me, yes, he put the stick in

21 his rectum

22 Q.   Did he tell you part of the stick had broken off and was

23 still in his body as he was speaking to you January 23rd, 2008?

24 A.   No

25 Q.   And then he said he was struck with the rifle butt in the

**October 22, 2008**

## Hynn - Cross

1  groin.   Right?

2  A.   Yes,  correct.

3  Q.   And then he said, you said that he said he was shot by a

4  firearm in the right shoulder?

5  A.   Yes.

6  Q.   Did he tell you whether that was an intentional injury or

7  an accidental injury or how it happened?

8  A.   No, he didn't go into any detail how the injury occurred,

9  although it happened at Klay,  the place he described as Klay.

10 Q.   Did he ever tell you that he had received any broken bones

11 at all because of what happened to him?

12 A.   No, no broken bones that he described.

13 Q.   Did he ever tell you that Yeaten had shocked him with an

14 electrical device on different parts of his body aside from the

15 incident where he said it was inserted into his rectum?

16 A.   He only described to he me the application of the stuck and

17 he felt an electric current in his rectum

18 Q.   You noticed these burn marks on his body.   Correct?

19 A.   Yes.   They're scars consistent with healed burns,  yes.

20 Q.   And we've talked about this before regarding burns.   Are

21 you saying they could only have been caused by a burn?

22 A.   No, they're consistent with healed burns.

23 Q.   They could have been caused by something else that was not

24 a burn?

25 A.   Again,  the same discussion that we had earlier this week

**October 22, 2008**

## Hynn - Cross

1    about other agents that could cause similar damage to the skin

2    and the underlying dermis in this kind of configuration, but --

3    Q.   I'm sorry.   Go ahead.

4    A.   -- but my opinion is that these are consistent with healed

5    burns.

6    Q.   What makes them visible like this is that the damage was

7    done to the dermis.   Right?

8    A.   Yes.   There's dermal damage and there's irregular or

9    variable degrees of healing or damage and repigmentation of the

10   skin over the top of that, typical with what you see with

11   burns.

12   Q.   But the damage to the dermis could have been caused by

13   something that wasn't even hot.   Correct?

14   A.   That's correct.   Something that could have damaged the

15   skin, the outer layer and the dermis in this pattern possibly

16   could have caused this kind of scar.

17   Q.   You don't know whether it could have happened to him, it

18   could have happened as a young man or on the day he said it

19   happened.

20   A.   From the scar alone, I couldn't date it except it was a

21   healed remote scar consistent with the years old.

22   Q.   You examined his rectum and you didn't see any scar that

23   you could link in any way conclusively to what he said happened

24   to him   Right?

25   A.   He has a scar.   I really couldn't form an opinion how the

**October 22, 2008**

**Hynn - Cross**

1   scar came about.   He has other verified and documented history

2   that explains, that provides other explanations for that kind

3   of a scar.

4   Q.   Again, he didn't tell you something had lodged into his

5   rectum from that electrical device?

6   A.   No, sir.

7   Q.   You examined his genital area and you noticed the scrotum

8   was asymmetrical.   Right?

9   A.   Yes.

10  Q.   Did he tell you his scrotum became that way because of this

11  injury he received back in 2002?

12  A.   He said his scrotum had been that way since the injury.   He

13  didn't exactly tell me when it appeared that way.

14  Q.   You said he told you the scrotum had been that way since

15  the injury.   What did you interpret that to mean?

16  A.   That at some point that's the Configuration the scrotum

17  took after he was injured.   He describes a rifle butt to the

18  groin and injury from that, but then he describes the

19  appearance of his scrotum as something that appeared after that

20  injury.

21  Q.   Did he tell you if the scrotum looked that way to him

22  sometime after the injury in 2002?

23  A.   Yes.

24  Q.   Did he tell you how long after the incident it looked that

25  way?

**October 22, 2008**

## Hynn - Cross

1  A.   No.

2  Q.   He didn't tell you that it looked that way just in 2007.

3  Right?

4  A.   No.

5  Q.   But it looked that way before?

6  A.   Yes.

7  Q.   Now, before examining Mr. Kamra, you reviewed various

8  medical records.   Correct?

9  A.   Yes.

10  Q.   And one of them was a written result of an examination by a

11  doctor called Boris Golusarsky right?

12  A.   Yes.

13  Q.   And according to your review of the records, Dr. Golusarsky

14  had examined Mr. Kamra at St. Joseph's Hospital in New England

15  on January 19th, 2007.   Correct?

16  A.   Yes.

17        MR. CARIDAD:   Could we have image H 192 on the screen,

18  please?

19        AGENT BAECHTLE:   (Complied.)

20  BY MR. CARIDAD:

21  Q.   Now, this is the picture you took of Mr. Kamra the day you

22  examined him   Correct?

23  A.   Yes.

24  Q.   That's what you're referring to, the asymmetrical scrotum?

25  A.   Yes.

October 22, 2008

## Hymn - Cross

1  Q.   Now, Dr. Golusarsky put in his report dated February 19th,

2  2007 --

3              MS. ROCHLIN:   Objection, Your Honor.   Hearsay.

4              MR. CARIDAD:   703.   He's an expert.   He relied on it.

5              THE COURT:   Overruled.

6  BY MR. CARIDAD:

7  Q.   Dr. Boris Golusarsky put in his report dated February 19th,

8  2007 that a testicular examination was recorded as

9  unremarkable.   Correct?

10 A.   Yes, that's what he wrote in the record.

11 Q.   What does "unremarkable" mean to you?

12 A.   "Unremarkable" in medical records is really a meaningless

13 term   It appears all the time and I don't know what it means.

14 I don't know how he arrived at that conclusion without any

15 further explanation of what that really means.   It's a fairly

16 common medical.   It's a fairly common term, unfortunately, in

17 medical records.

18              I would have to ask the doctor what he actually did to

19 arrive at that conclusion and what it actually means.

20 Q.   Did you call him and ask him what it meant?

21 A.   No.

22 Q.   What does "unremarkable" mean in English?

23 A.   Well, in laymen's terms, it means there's nothing visibly

24 wrong with it, but it's used so frequently in medicine that it

25 really loses its meaning in medical records.

## Hynn - Cross

1  Q.  Let's talk about English.   You said it means -- what did

2  you say?

3  A.  It means there's nothing visibly wrong.   It's unremarkable

4  in every-day conversational English, but in medical records

5  it's such an overused term that it really has lost a lot of

6  meaning, unless there's some more description of what actually

7  is meant by "unremarkable."  I never use or rarely ever use

8  this word unless there's some other additional description.

9  Q.   But Dr. Golusarsky apparently uses that word "unremarkable"

10  to describe the image we're all seeing on the screen, wouldn't

11  you agree?

12  A.   Well, he didn't see this image.

13  Q.   Well, he saw Mr. Kamara's groin area.   He's doing a

14  testicular examination.

15  A.   He may have.   I don't know if Mr. Kamara was standing erect

16  for him or laying on an exam table.   It doesn't say in the

17  record.

18  Q.   You mean laying down, this might look differently?

19  A.   Yeah, it might look different because this asymmetry here

20  is a result of gravity.

21  Q.   So -- I'm sorry.

22  A.   It's a result of gravity.   You change the body position and

23  it may appear different, but this is definitely an abnormal

24  configuration of the scrotum when one is standing erect.

25          I don't know what he means by "unremarkable."  He

**October 22, 2008**

## Hynm - Cross

1  doesn't elaborate in the record, so it's hard for me to

2  understand what that really means.

3  Q.  Do you know what kind of doctor Dr. Golusarsky was or is?

4  A.  I don't recall what specialty he is.

5  Q.  You did receive his report.  Right?

6  A.  Yes.  I would have to look in the files and see what type

7  of doctor he is.

8  Q.  Do you have it there?

9  A.  Yes, I do.

10  Q.  Can you tell us?

11         Did you find his report, doctor?

12  A.  No.

13  Q.  I have it here.  I have a copy here.  I can show it to you.

14  A.  Okay.

15  Q.  Let me show you.

16  A.  I've got it.

17  Q.  You have it?

18  A.  I believe I've got it.

19  Q.  Okay.

20  A.  He was referred to Dr. Golusarsky by a urologist.  I don't

21  see Dr. Golusarsky's specialty listed here.  I don't recall

22  seeing it here.

23         He was referred to Dr. Golusarsky by a urologist for a

24  scrotal hematoma, which is a blood clot in the scrotum

25  Q.  So he was referred to Golusarsky by a urologist?

**October 22, 2008**

## Hynn - Cross

1   A.   Yes.

2   Q.   So Golusarsky could examine his scrotum   Is that what it

3   seems like?

4   A.   He was referred to him for the scrotal hematoma and painful

5   urination and also painful ejaculation.

6          I don't have any note here as to what type of

7   physician Dr. Golusarsky is.

8   Q.   Are you saying -- are you sure that Dr. Golusarsky, that

9   someone referred this man to Dr. Golusarsky or Dr. Golusarsky

10  referred him to somebody else?

11  A.   The record here is associated with a letter from a

12  Dr. Dunetz, who is a urologist.   It's on Dr. Dunetz' letterhead

13  that says "Urology."   I would assume Dr. Dunetz is a urologist.

14  Q.   Just so we have it straight, it seems like Dr. Dunetz is

15  thanking Dr. Golusarsky for having referred Mr. Kamara to him,

16  to Dr. Dunetz.

17  A.   Yes, and Dr. Dunetz is a urologist.

18  Q.   Okay.   So now we have that straight.

19          The point is Dr. Golusarsky is a doing a testicular

20  examination, looks at the image on the screen and writes in the

21  report "unremarkable."

22          MS. ROCHLIN:   Object to the point it assumes facts not

23  in evidence about the image on the screen.

24          THE COURT:   Overruled.

25  BY MR. CARIDAD:

**October 22, 2008**

**Hynn - Cross**

1   Q.   That seems to be the substance of Dr. Golusarsky's

2   conclusion based on what he did upon your reading of the report

3   because you write in your report "Testicular examination by

4        Dr. Golusarsky, St. Joseph's Hospital, February 19th, 2007

5        was recorded as unremarkable."  Right?

6   A.   He records that in his record.  He also records "I

7        appreciate the site of old injury as a result of his

8        torture.  Testicular examination was unremarkable.

9        Discussed with patient at length."

10           Again, I don't know how he came to that conclusion as

11  unremarkable.  I don't know if he was looking at Mr. Kamara

12  supine or lying on an exam table or if he had him standing

13  erect without his clothes observing his scrotum in the way I

14  observed it.

15           So I really don't know what he means by "unremarkable"

16  because he clearly talks about appreciating the site of old

17  injury results from his torture, according to his note.

18  Q.   It seems like he's looking at his testicles.  Mr. Kamara

19  has told him "I was tortured" and Dr. Golusarsky says "I don't

20       see anything unremarkable here."  Right?

21  A.   Well, he says he appreciates the site of his old injury

22  and, again, I don't know what he means by that.

23  Q.   You don't know what Dr. Golusarsky means by anything.

24  A.   It's ambiguous.  It's vague.  I'm not really sure what he

25  means.

**October 22, 2008**

## Hynn - Cross

1        I would actually have to ask him what he meant.   I

2   don't understand what he's referring to in these notes.

3   Q.   Why didn't you ask him?

4   A.   I didn't call him

5   Q.   Why not?

6   A.   Because I have the evidence right in front of me.   I have

7   the evidence right in front of me.   Clearly, he has an

8   asymmetric scrotum here.

9   Q.   But you're depending on what Mr. Kamara told you when he

10   got these injuries.   Right?

11   A.   I'm depending on that.   I'm depending on Dr. Golusarsky's

12   record, as well as the other medical records.

13        I just don't know what -- it's an ambiguous, vague

14   description.   It seems almost contradictory in some sense

15   because he says he appreciates the old site of the injury and

16   then he says the testicular exam is unremarkable.

17        Again, if Mr. Kamara is lying supine on an exam table,

18   perhaps, the scrotum does look unremarkable.

19   Q.   Did it occur to you maybe Mr. Kamara did not receive this

20   injury in 2002, but received it after he saw Dr. Golusarsky in

21   2007?   Did that ever occur to you?

22   A.   Well, anything is possible.   Anything is possible.

23        From what he shared with me and from what the medical

24   records all indicate, he did, in fact, receive a scrotal

25   injury, actually described as a scrotal hematoma by Dr. Dunetz.

**October 22, 2008**

**Hymn - Cross**

1  In his letter, he describes it occurring in Liberia from an

2  altercation three to four years before.

3          So I don't have any reason to believe that Mr. Kamara

4  didn't, in fact, have a scrotal hematoma and, certainly, this

5  is a consistent result from a healed blunt injury to his

6  scrotum

7  Q.  He described it to Dr. Dumetz as an altercation that

8  happened to him?

9  A.  In Dr. Dumetz' letter to Dr. Golusarsky thanking him for

10  referring Mr. Kamara to him --

11  Q.  Aha.

12          -- he goes on to say -- this is Dr. Dumetz now, the

13          urologist -- he describes Mr. Kamara, "A 47-year-old male

14          from Liberia who was in an altercation three or four years

15          ago, suffered scrotal injury with hematoma.  Since that

16          time he has had painful urination at the end of the stream

17          and painful ejaculation."

18  Q.  Dr. Dumetz describes an altercation that happened to him?

19  A.  This is Dr. Dumetz' words to Golusarsky.

20  Q.  Dr. Dumetz says in February, 2007 that his testes were

21  symmetric?

22  A.  Yes, he does.

23  Q.  What does "symmetric" mean?

24  A.  Yes.  He also says they're mildly atrophic, which means

25  they're smaller than normal.  Symmetric, I'm not sure if he

**October 22, 2008**

**Hynn - Cross**

1    means the testes are symmetric, the testes are symmetric or the

2    scrotum is symmetric.

3                  The way I read this letter, the way he uses "they,"

4    he's referring back to the previous sentence which is the

5    testes, not the scrotum   Again, there's ambiguity here.

6    Q.   I'm sorry to interrupt.

7                  MS. ROCHLIN:   Objection.

8    BY MR. CARIDAD:

9    Q.   Go ahead and finish.

10   A.   Again, I can't clear up the ambiguity.   These records

11   certainly are not inconsistent with what Mr. Kamara has told me

12   and what I observed in my examination in January of 2008.

13   Q.   Doctor, you have one report by Dr. Dunetz that you say is

14   ambiguous.   Right?   You have another report by Dr. Golusarsky

15   you say is ambiguous and you have Mr. Kamara telling you one

16   thing and you don't pick up the phone and call these people and

17   say "Hey, I'm doing a professional exam on this man.   I may

18        have to testify in court.   Let me see what you, gentlemen,

19        thought of Mr. "Kamara."   You just take Mr. Kamara's word

20   for it?

21   A.   I take what Mr. Kamara has given me and I take the medical

22   record at face value.   I can't interpret this record any

23   further than what the words are.   I would have to defer to both

24   of the doctors who authored these notes to explain the

25   ambiguities.

**October 22, 2008**

## Hymn - Redirect

1   Q.   Does this image, 192, on the screen, does that look

2   unremarkable to you?

3   A.   No I wouldn't describe that as unremarkable.

4   Q.   Thank you.

5                   REDIRECT EXAMINATION

6   [Beginning at 4:06 p.m., 10/22/08.]

7   BY MS. ROCHLIN:

8   Q.   Dr. Hymn, counsel was asking you about some medical records

9   from Dr. Boris Golusarsky.   Is that correct?

10  A.   Yes.

11  Q.   The record you reviewed, is that a record dated February

12  19th of 2007 from Dr. Golusarsky?

13  A.   Yes.

14            MS. ROCHLIN:   May I approach the witness, Your Honor?

15            THE COURT:   You may.

16            MS. ROCHLIN:   May I approach again, Your Honor?

17            THE COURT:   You may.

18  BY MS. ROCHLIN:

19  Q.   Doctor, have I just returned to you the note from

20  Dr. Golusarsky dated February 19th of 2007?

21  A.   Yes.

22  Q.   Do you see where I have now marked that as Hymn Number 193?

23     [Government Exhibit Hymn 193 marked for identification at

24  A.   Yes.

25  Q.   And that was one page from the medical records you reviewed

**October 22, 2008**

## Hymn - Redirect

1   in connection with your examination of Mulbah Kamara.   Is that

2   correct?

3   A.   Yes, it is.

4   Q.   And it has led you to form certain opinions and conclusions

5   with respect to Mr. Kamara and certain injuries?

6   A.   Yes.

7               MR. CARIDAD:   Your Honor, could I have a sidebar,

8   please?

9               THE COURT:   You may.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 22, 2008**

## Hymn - Redirect

1          [Proceedings at sidebar follow]:

2          MR. CARIDAD:   If counsel is going to offer any record

3    into evidence, I object on the grounds it's hearsay.

4          MS. ROCHLIN:   First of all, I think Mr. Caridad has

5    waived any objection by eliciting the contents of the document

6    and under rule 703, which both sides have invoked, you have

7    discretion to accept publication of records upon which an

8    expert relies.

9          Further, this is a record containing statements made

10   for purposes of medical diagnosis, which I think has been

11   established on cross-examination through the testimony of

12   Dr. Hymn, and the record is admissible pursuant to rule 803(4).

13         MR. CARIDAD:   703 doesn't authorize admission of any

14   documents at all.  He can say what was in these documents, but

15   they haven't established this is a record kept in the regular

16   course of business by this doctor or by any doctor.

17         So on those grounds, I believe it's hearsay.

18         THE COURT:   The Government is eliciting the

19   information no different than Mr. Caridad did in his

20   cross-examination and I'll sustain the objection.

21

22

23

24

25

**October 22, 2008**

## Hyma - Redirect

1    [Proceedings in open court follow]:

2  BY MS. ROCHLIN:

3  Q.   Dr. Hyma, according to the record in front of you marked as

4  Government's Exhibit Hyma 193, does that record refer to

5  certain statements From Milbah Kamara?

6  A.   Yes.

7  Q.   And do those statements from Milbah Kamara concern the

8  status of certain injuries to Mr. Kamara?

9  A.   Yes.

10 Q.   According to that record, what does it reflect Mr. Kamara

11 said with respect to his testicles?

12 A.   I'll read from the record.

13     "The patient told me that back in Liberia he was

14     beaten in his testicles and he developed urinary

15     retention.   They used a flat hot iron torturing him and

16     putting the iron on his stomach.   He still has a

17     recollection of that and poor sleep.   He addresses his

18     insomnia to stress."

19 Q.   Dr. Hyma, the statement in the record concerning a beating

20 to Mr. Kamara's testicles, can you explain whether that

21 statement was consistent or inconsistent with your observation

22 as reflected in Hyma Exhibit Number 192?

23 A.   That statement is consistent with what's reflected in 192.

24 Q.   And Hyma Exhibit Number 192, when was that created, doctor?

25 A.   January of 2008.

October 22, 2008

## Hymn - Redirect

1   Q.   And the note that Mr. Caridad cross-examined you about from

2   Dr. Golusarsky, that was dated in February of 2007.   Is that

3   correct?

4   A.   Yes.

5   Q.   So when Mr. Caridad asked you about Dr. Golusarsky's

6   examination of the image marked as Hymn Exhibit 192, can you

7   explain, based on your knowledge of the origin of that image,

8   whether or not it would have been available to Dr. Golusarsky

9   to examine in connection with Mr. Kamara?

10  A.   No.   The image was -- the photograph wasn't taken until

11  almost 11 months later.

12  Q.   And if Mr. Kamara were prone or if he were lying down for

13  his examination, would his genitals appear in the same fashion

14  as they do in exhibit Hymn Number 192?

15  A.   No, not necessarily.

16  Q.   And does Dr. Golusarsky's use of the word "unremarkable" in

17  his notes from February of 2007 change or not change your

18  opinion and conclusion with respect to your observations of

19  Mr. Kamara's testicles?

20  A.   It doesn't change my opinion.

21  Q.   Why is that?

22  A.   Again, he doesn't explain how he arrived at that conclusion

23  and the term "unremarkable" is rather ambiguous.

24  Q.   Dr. Hymn, in your own report on the second page you

25  referred to a prolapsed skin tag.   Do you recall that?

**October 22, 2008**

## Hymn - Redirect

1    A.    Yes.

2    Q.    Can you explain what a prolapsed skin tag is?

3            MR. CARIDAD:   Objection.   Beyond the scope of cross,

4    Your Honor.

5            MS. ROCHLIN:   I can explain why it's within the scope,

6    Your Honor.

7            THE COURT:   Overruled.

8    BY MS. ROCHLIN:

9    Q.    Can you explain that terminology, please?

10   A.    "Prolapsed" means that it's hanging down or hanging out of

11   a body cavity.

12           A skin tag is a piece of redundant skin that's hanging

13   from the body.   So this is a skin tag that's prolapsed or

14   that's hanging from the rectum

15   Q.    And in connection with the prolapsed skin tag, doctor, your

16   report refers to a perirectal scar in the 4:00 to 5:00 position

17   associated with the prolapsed skin tag.   Is that correct?

18   A.    Yes.

19   Q.    Would it be fair to say any body cavity this particular

20   prolapsed skin tag would have been hanging from would be the

21   rectal cavity?

22   A.    This is from the rectum yes.

23   Q.    So something -- would it be accurate then to say that

24   something from Mr. Kamara's rectum was hanging outside of his

25   rectum?

October 22, 2008

## Hyma - Redirect

1  A.   Not quite.   It's just a redundant, extra redundant skin

2  that's hanging from the rectum

3  Q.   Hanging from the rectum?

4  A.   Yes.

5  Q.   Elsewhere in your report, doctor, you refer to a bleeding

6  thrombose prolapsed rectal hemorrhoid.   Can you explain what

7  those terms mean?

8  A.   Yes.   "Prolapsed" is the same.   It's something hanging from

9  the body cavity.   "Thrombose" means it's clotted.   It has a

10  blood clot in it.   A hemorrhoid is a varicose vein, if you

11  will, or a dilated vein that frequently occurs around the

12  rectum

13        It's a fairly common problem adults have and when they

14  clot, they can cause pain and when they clot, they can bleed

15  and sometimes bleeding may cause damage to the skin which can

16  cause scars.   This was documented in a medical record of March

17  30th, 2003 which I reviewed.

18  Q.   And, doctor, your use of the term "prolapsed."   That means

19  that the rectal hemorrhoid was hanging?

20  A.   Hanging from the rectum, yes.

21  Q.   Dr. Hyma, in connection with your examination of

22  Mr. Kamara, I believe you testified you reviewed records from

23  the Catholic Medical Center.   Is that correct?

24  A.   Yes, that's correct.

25  Q.   Do you recall on cross-examination Mr. Caridad asking you

**October 22, 2008**

## Hymn - Recross

1  questions concerning any injuries to Mr. Kamara's eyes?

2  A.   Yes.

3  Q.   And questions about the light that was described to you

4  shining in Mr. Kamara's eyes?

5  A.   Yes.

6  Q.   Can you tell us, Dr. Hymn, whether or not in the records

7  you reviewed from the Catholic Medical Center whether there are

8  any references to the condition of Mr. Kamara's vision?

9           MR. CARIDAD:   Objection.   Hearsay.

10          THE COURT:   Overruled.

11  A.   No, I didn't see any reference made to any visual problems

12  from the records that I reviewed.

13  Q.   Do you have the records from Catholic Medical Center with

14  you, Dr. Hymn?

15  A.   Yes.

16          MS. ROCHLIN:   May I approach the witness, Your Honor?

17          THE COURT:   You may.

18          MS. ROCHLIN:   Your Honor, I have no further questions.

19          MR. CARIDAD:   May I have some brief?

20          THE COURT:   You may.

21          MR. CARIDAD:   Could you put up image 192?

22          AGENT BAECHTLE:   (Complied.)

23                RECROSS EXAMINATION

24  [Beginning at 4:23 p.m., 10/22/08.]

25  BY MR. CARIDAD:

**October 22, 2008**

## Hynn - Recross

1  Q.  Doctor, are you saying if this man is lying down, you might

2  not notice this condition on the screen?

3  A.  You might not notice the asymmetry.  If you look for his

4  cremasteric reflex, you might not appreciate that.  If he is on

5  his back --

6  Q.  He may or may not?

7  A.  The male scrotum is normally a little bit asymmetric.  It's

8  really exaggerated when he's standing.  This picture was taken

9  when he was standing.

10  Q.  You don't know how Dr. Golusarsky examined this man?

11  A.  That's why I can't interpret "unremarkable."

12  Q.  You can't interpret what he says?

13  A.  I can't interpret what he means by "unremarkable."

14  Q.  If the patient is standing up and you look at his body, you

15  will see this?

16  A.  If he's standing undressed, you will see this.  I can't

17  speak for Dr. Golusarsky.  I don't know how he examines his

18  patients.

19  Q.  Right.

20          Now, your conclusion was as to the incident in

21  Mr. Kamara's rectum, you can't give any opinion as to whether,

22  in fact, he was subjected to that kind of treatment with a rod

23  at all.  Right?

24  A.  I can't confirm it or refute it, no, sir.

25          MR. CARIDAD:  Thank you.

**October 22, 2008**

## Hynn - Recross

1          That's all I have.

2          THE COURT:   Thank you, doctor.   You are excused.

3          THE WITNESS:   You're welcome.

4          Your Honor, is this now part of the Court record?

5          THE COURT:   No.

6          MS. ROCHLIN:   It was not moved into evidence, Your

7    Honor, or not admitted into evidence I should say.

8          [The witness was excused at 4:25 p.m.]

9          THE COURT:   Ladies and gentlemen, I think this is a

10   good point for us to adjourn.   I will ask that you all return

11   tomorrow morning at 9:00.   Please remember my instructions not

12   to discuss the case and not to do any independent reading

13   regarding the case.

14         Have a good evening.

15         [The jury leaves the courtroom at 4:25 p.m.]

16         MR. CARIDAD:   Your Honor, something came up during

17   trial today I need to inform the Court about.

18         MS. ROCHLIN:   Your Honor, before we bring up new

19   matters, could we address, for scheduling purposes, what is

20   going to happen to Mr. Kamara?   If we could get him on the air

21   ambulance tonight --

22         MR. CARIDAD:   If you could give me a second.

23             [Counsel and the defendant confer.]

24         MR. CARIDAD:   We don't need him

25         THE COURT:   He may leave tonight.   Very good.

**October 22, 2008**

## Hymn - Recross

1        MR. CARIDAD:  Your Honor, the issue that came up, I

2   received word from my investigator and confirmed by the

3   Government that an unspecified number of my witnesses who I

4   brought here from Liberia have spoken to the Government and

5   have said that what they had told me for all these months was

6   not right.

7        I'm not sure if they asked the Government for any

8   assistance in this regard, to stay here in the United States or

9   not.  I don't know what's going on, but I'm in no position

10  right now to put anybody on the stand tomorrow.  I don't know

11  what's going on with my witnesses.

12        THE COURT:  Talk to them

13        MR. CARIDAD:  I need to talk to them tomorrow, Judge.

14        THE COURT:  Talk to them this evening.  Ask them if

15  their story has changed since they spoke to you.

16        MR. CARIDAD:  I don't know if I can get to all of

17  them  I don't know who they are.

18        THE COURT:  The Government knows who they are.  Right?

19        We're not going to have a nontrial day tomorrow.  I

20  will let you know we're not having trial or Monday.  If you

21  want to have no trial for the next five or six days, we can

22  proceed that way.

23        MS. ROCHLIN:  Your Honor, the Government has been in

24  contact with two defense witnesses.  These witnesses have

25  expressed a great deal of concern for their physical security,

**October 22, 2008**

## Hymn - Recross

1   a great deal of fear.

2          I do not have any objection to telling Mr. Caridad the

3   names of the witnesses who contacted us.   However, one thing

4   that these witnesses have made quite clear is that they are in

5   the same hotel as other defense witnesses from the ATU and if

6   their identities and the disclosures they have made become

7   public or known, they are extremely concerned about going back

8   to that same hotel.

9          So what I would like to propose is that the defense

10  consider moving the witnesses we disclose to a different hotel

11  at the same government rate --

12          THE COURT:  Let me interrupt you for a moment.   How

13  many witnesses are sitting in the same hotel brought here by

14  the defense?

15          MR. CARIDAD:  I would say about 24.

16          THE COURT:  Out of those 24, Mr. Caridad, you can put

17  on five tomorrow and speak to those who have not given

18  contradictory statements and put those on.

19          You don't have to follow a particular sequence or

20  order, but we do need to keep this trial going.   I gave

21  everybody a day off yesterday when I heard there were problems,

22  but we are proceeding to tomorrow.   I told these jurors to come

23  back tomorrow at 9:00.

24          MR. CARIDAD:  My only concern, Judge, is I've got to

25  speak to all of them

**October 22, 2008**

## Hynn - Recross

1           THE COURT:   You and Mr. Wylie can speak to three each
2    this evening and ascertain the statements they gave you
3    continue to be the statements they will give tomorrow.   I'm not
4    saying speak to all 24, but speak to enough witnesses between
5    the two of you this evening so that you can fill up the day
6    tomorrow with defense witnesses.

7           MR. CARIDAD:   I will do whatever the Court asks me.   I
8    don't know how fast the witnesses will go.   I don't know how
9    many we will need tomorrow.

10          THE COURT:   You will gauge how long you need on direct
11   and estimate the time on cross.   Speak to sufficient numbers
12   this evening so you can fill up the day tomorrow until 4:30.
13   This is what they have been told, from 9:00 to 4:30 and with
14   the breaks you have seen we take during the course of the day.

15          You have sufficient numbers sitting in some hotel in
16   the area that you can go back and talk to them once more and
17   ascertain that they say tomorrow in the courtroom what they
18   told you.   All right?

19          MR. CARIDAD:   I'll do my best.

20          THE COURT:   The Government will give you the names of
21   the two people.

22          I don't think they need to get to those.   You need to
23   know who these two people are that want to be moved from this
24   hotel and deal with that this evening or do you want to speak
25   to some others who don't have the problem?

**October 22, 2008**

## Hynm - Recross

1          MR. CARIDAD:   I'd like to know who the two are.   I'll

2   contact the Marshals and have them moved.   If they tell me they

3   don't want to testify, maybe I'll send them back.

4          THE COURT:   Why don't you give them that information

5   so they don't continue spending money on these two witnesses

6   they don't intend on calling, no different from the gentleman

7   being flown back on an air ambulance.

8          Mr. Wylie.

9          MR. WYLIE:   We received some information, Brady, on a

10  witness they have already called.   They have told me they'll

11  keep him around so we can call him in our case.   I just wanted

12  to put on the record he is to be here tomorrow.

13         THE COURT:   That he is to be here tomorrow.   All

14  right.   There's another witness for you tomorrow.   Very good.

15  We're making progress.

16         MS. HECK-MILLER:   I wouldn't characterize it as Brady.

17  It's a post-testimonial development we alerted counsel to.

18         THE COURT:   Very well.

19         How many other witnesses for the Government tomorrow

20  morning?

21         MR. GRAVELINE:   One.

22         THE COURT:   We're done with the doctor?

23         MR. GRAVELINE:   We just have one witness and we rest.

24         THE COURT:   I'm not going to take lengthy argument

25  from defense counsel while we keep the jury waiting.   If you

**October 22, 2008**

## Hymn - Recross

1   would like to make your arguments now, we can, or you can hold

2   off until the end of the day tomorrow and reserve.

3           MR. CARIDAD:  My rule 29 is going to be very brief.

4           THE COURT:  We can address it at the lunchbreak.  All

5   right?

6           MR. CARIDAD:  Okay.  Very good.

7           THE COURT:  If you like, we can gather together at

8   8:30 and you can give me your rule 29 at that time so there's

9   no break from the short Government witness to the defense case.

10          MR. CARIDAD:  I can do it after the witness is

11  completed.  It's just one witness.  It's going to be a very

12  short argument and we can just move on.

13          THE COURT:  How short is "short"?

14          MR. CARIDAD:  Very short.

15          THE COURT:  10 minutes or less?

16          MR. CARIDAD:  Yes.

17          THE COURT:  Very good.

18          I'll see everyone at 9:00.  Have a good evening.

19

20

21

22

23

24

25

**October 22, 2008**

1          C E R T I F I C A T E

2          I hereby certify that the foregoing is an accurate

3     transcription of proceedings in the above-entitled matter.

4

5     _____          _____

6     DATE  11/14/08                   BARBARA MEDINA
                                       Official United States Court Reporter
6                                      400 North Miami Avenue, Suite 12-2
7                                      Miami, FL  33128 - 305.523.5518
                                                   (Fax) 305.523.5519
8                                      Email:   barbmedina@aol.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Quality Assurance by Proximity Linguibase Technologies**
**October 22, 2008**

## A

**abbreviation** 9:8
**abdomen** 164:25 165:9,19,23
   166:6,12,17 167:19 168:9,16
   175:5
**able** 10:1 12:15 18:10,17 24:18
   34:21 35:24 50:22 52:5,6 58:9
   62:7 67:2 70:6,12,19 91:6,11
   91:12,19 92:17,19 97:24
   113:22 141:16 148:18 153:15
   153:20 161:12 165:4 166:11
   168:11,17 171:9,12,16 174:13
   174:25 175:9,25 176:19 177:1
   178:4,23 180:24 181:15
**abnormal** 191:23
**abnormality** 179:17
**above-entitled** 213:3
**accept** 144:7 200:7
**acceptable** 114:10
**ACCESS** 1:25
**accident** 6:13,14 65:1,4 68:22
**accidental** 186:7
**account** 151:6 169:11,12 172:14
   173:9 174:1,23 178:20
**Accra** 148:1
**accurate** 203:23 213:2
**accurately** 163:9
**accused** 99:10
**addition** 173:10 177:23
**additional** 171:17 191:8
**address** 3:24 207:19 212:4
**addresses** 201:17
**addressing** 54:16
**adequate** 175:20
**adjourn** 207:10
**adjust** 147:21 148:3 149:18
**administration** 68:19
**ADMINISTRATIVE** 3:22
**admissible** 200:12
**admission** 163:13 200:13
**admitted** 26:5 32:18 46:4 163:16
   207:7
**adults** 204:13
**advancing** 144:4 145:3,13
**affiliation** 20:15
**afford** 66:11
**afraid** 51:15 77:19 95:15,18
   120:18 126:6,7
**Africa** 58:17,17
**African** 136:17
**afternoon** 59:7 60:16 135:2
   151:1 155:23,24 182:5,6
**agency** 183:11
**agent** 33:18,20 38:18 46:6 152:5
   152:7,17,18,20 153:16,18
   163:20 164:21 165:10,13
   166:5,22 167:8 168:5 169:16
   170:8 172:2,19 173:14 174:6
   175:15,23 176:17 177:13,20
   180:15,22 189:19 205:22
**agents** 81:17 82:8 84:20 100:17
   101:6 102:5,19 106:5,13,16
   132:5 161:7 187:1
**ago** 65:5 67:5,11 70:15,20 82:14
   96:17 196:15
**agree** 191:11
**agreement** 5:5 123:3,5,6,10,19
**Aha** 76:22 99:15 108:10 152:13
   196:11
**ahead** 71:12 187:3 197:9
**air** 161:10 207:20 211:7
**airplane** 135:24
**airport** 59:11 61:10 136:16
**alerted** 211:17
**Alfred** 68:14
**allow** 44:14 90:6
**allowed** 44:11 53:21

**allows** 81:12
**aloud** 51:2
**altercation** 196:2,7,14,18
**alternate** 5:6
**ALTONAGA** 1:13
**ambiguities** 197:25
**ambiguity** 197:5,10
**ambiguous** 194:24 195:13
   197:14,15 202:23
**ambulance** 161:10 207:21 211:7
**America** 1:4 57:19,22 137:21,22
   142:7,11
**American** 54:20 55:17,18 57:16
   58:2 134:7 136:15,18
**analysis** 157:20 172:13 173:5,25
   174:21,22
**angle** 166:25
**angry** 36:5 54:19 86:7,9 97:11
   97:12 122:19 124:21
**ankle** 172:11
**answer** 12:4 13:19,20 77:15,23
   81:4,6 95:20 98:22 111:1,7
**answered** 12:10 158:7 183:21,23
   183:24
**Anthony** 11:6
**Anti-Terrorist** 157:24 183:9
**anus** 178:18
**anxious** 65:10
**anybody** 41:13 57:15 80:24
   107:21 112:2 113:2 119:22,24
   128:9 141:9 156:8,21 208:10
**anymore** 25:5,6 27:8 40:24
   63:11,14 81:10 144:2
**anyway** 9:16 94:25 121:15
**apartment** 120:25 121:1,3,6
**apparently** 69:18 125:10 191:9
**appear** 74:15 165:5 167:19
   168:12 169:20 171:24 172:7,9
   172:11 173:18 174:18 177:2
   191:23 202:13
**appearance** 170:2 171:22
   188:19
**APPEARANCES** 1:16
**appeared** 164:15 170:15 174:14
   188:13,19
**appearing** 164:6 168:18 172:25
   177:15
**appears** 33:1 164:14,23 165:18
   166:4,24 167:12 168:7 169:18
   169:25 170:10,18 171:7 172:4
   172:21 173:16 174:8 175:17
   175:25 176:9,19 177:4 180:17
   190:13
**Apple** 123:4
**application** 147:20 148:9,20,21
   151:12 186:16
**applied** 147:8,13 158:22 178:18
**apply** 147:16
**appreciate** 194:7 206:4
**appreciates** 194:21 195:15
**appreciating** 194:16
**approach** 10:7 115:5 162:12
   198:14,16 205:16
**approached** 158:9 183:25 184:7
   184:8,11
**approximately** 17:2,5
**ARC** 125:6
**area** 16:17,18 17:25 19:4 40:9,9
   40:11,14,14 44:22 71:25 72:1
   111:3,3 130:16,21 144:12
   161:8 165:11,18 167:12
   170:23 174:10,14 178:2,13
   179:2,5 180:10,25 188:7
   191:13 210:16
**areas** 67:23 144:10 148:23
**argument** 211:24 212:12
**arguments** 212:1
**arm** 168:9

**armed** 19:19 23:18,21,23 24:11
   24:12 25:15 29:24 30:5,22,22
   32:5 38:7 44:2,15 47:11 74:18
   75:11 79:25 82:17 87:13,16
   108:1 109:13 110:9 111:10,11
   111:11,19,21 112:1,3 158:3
**arms** 74:20,21 86:22 164:25
**arrest** 19:8,9,13 53:13 73:23
   74:3,8,14 76:10,15 77:5
   183:12
**arrested** 18:20,21 20:18 53:15
   71:4 73:9 75:7 76:13 77:8,9,17
   77:21,21 121:4 140:16 151:23
   151:24,25 157:23 183:8
**arresting** 19:10
**arrive** 38:6 190:19
**arrived** 95:23 100:14 127:13,21
   134:5 141:17 142:1 190:14
   202:22
**arriving** 101:8
**ascertain** 210:2,17
**Ashmon** 15:14 73:16 120:13,16
   120:22
**aside** 186:14
**asked** 18:15 19:10 20:7,24 22:13
   22:18 23:10 26:17 28:3,6,11
   28:13,14 33:17 34:9,20,25
   38:14 39:4 42:2,6 43:16 47:19
   48:12 50:4,9 55:11 59:3,5,11
   61:2,8 62:21 66:10,12 72:13
   72:15 73:5 74:5 76:11 77:8,17
   78:14,15 85:16,21,25 86:20,22
   86:23 93:4,6,7,19,23 95:9,12
   96:4,23 97:2,5,12 98:9 99:4,19
   99:21,22 102:9 103:24 105:1
   106:3 117:18 126:19 131:16
   134:19 139:7 142:16,18 149:3
   149:7 150:17,19 151:4 153:15
   153:20 154:19 157:12 158:6
   183:6,19 202:5 208:7
**asking** 50:6,7 69:25 77:20 79:18
   104:21,23,25 105:2,21 136:23
   139:8 148:2 198:8 204:25
**asks** 210:7
**aspect** 174:10 175:18 177:14
**assigned** 19:7 164:3,7
**assistance** 208:8
**associated** 78:7 178:10 193:11
   203:17
**assume** 82:25 193:13
**assumed** 83:1
**assumes** 47:22 193:22
**asylum** 58:25
**asymmetric** 179:6 195:8 206:7
**asymmetrical** 188:8 189:24
**asymmetry** 179:8 180:20 191:19
   206:3
**atrophic** 196:24
**attached** 121:1
**attempt** 165:11
**attention** 165:3
**attorney** 1:18,22 114:15 116:23
**ATU** 19:18 38:10 114:3 184:3,5,7
   209:5
**August** 81:21,24 82:9 100:17
   101:7 106:16 132:6 146:2
   157:21 183:9
**authored** 197:24
**Authority** 51:24
**authorize** 200:13
**available** 18:9 202:8
**Avenue** 1:23 2:9 213:6
**avoid** 43:3
**aware** 49:25 144:22 146:19,24
   146:25
**A.F.P.D** 2:2,3
**a.m** 5:8,21 6:5 59:21,23 60:7
   64:24

**A.U.S.A** 1:17,18
**a/k/a** 1:8

## B

**back** 5:13,23 8:3,5,10,13 12:8
   13:13 18:2,19,22 19:1 21:4,4
   21:10,11 25:16 28:18 30:19
   33:10 34:25 36:23,24 37:7,22
   40:2 43:14 48:22 53:11 55:1
   60:19 63:21,22 64:14 71:3,13
   73:11,15 75:3,19 83:13,14
   84:16 88:14,19 91:1,23 92:4,6
   92:20,25 93:4 96:14,18 97:11
   98:15 102:22 103:2 114:8
   122:19,21 123:2 126:20
   130:18 140:17 141:6 144:20
   151:2 158:13 169:19,20
   184:15 185:1 188:11 197:4
   201:13 206:5 209:7,23 210:16
   211:3,7
**bad** 46:3,23,24 154:3
**Baechtle** 163:20 164:21 165:10
   165:13 166:5,22 167:8 168:5
   169:16 170:8 172:2,19 173:14
   174:6 175:15,23 176:17
   177:13,20 180:15,22 189:19
   205:22
**bag** 44:1,24 100:10,12
**bags** 109:12
**bar** 9:15
**Barbara** 2:8 114:13,18 213:5
**Barber** 73:16
**barbmedina@aol.com** 2:10
   213:8
**bars** 159:6
**based** 194:2 202:7
**bat** 88:12
**bathroom** 52:16
**battles** 155:10
**beach** 24:22,24 25:1,2,10 80:15
   80:18,22,25 81:8,25 82:10,14
   82:17,19 83:16,19 84:10,17
   85:3,8
**beams** 46:13,21
**beat** 90:22 91:3,19 92:9,18 95:21
   124:3,21
**beaten** 140:21 201:14
**beating** 37:14,17 39:24 40:15,17
   90:18 92:12 94:21 99:6 201:19
**bedroom** 17:22
**began** 66:22
**beginning** 6:5 22:17 64:24 70:22
   127:4 151:17 155:21 182:3
   198:6 205:24
**Begins** 3:14,16,18,20
**BELFAST** 1:8
**believe** 41:14 60:10 103:1 106:8
   107:6 123:17 154:19,24 161:8
   175:18 192:18 196:3 200:17
   204:22
**belly** 166:8
**belongings** 61:10
**bench** 75:19
**benches** 75:21
**bend** 35:5,6
**Benjamin** 28:19,20,21,22,25
   29:13 30:11,12,13,16,18,24,25
   31:1,2 32:15,22 33:15,16,25
   34:8,17 35:4,19,24 36:7,21
   37:22,25 38:3 41:2,23,25
   42:10,19 43:9,12,19,23,24
   44:9 45:1 47:16 62:17,20
   86:16 87:1,5,7,15 88:3,23 92:3
   92:20,23 95:3 96:4,14,17,21
   96:23,25 97:5 98:13,16 100:5
   100:10,13,18 101:7 158:11
   183:25 184:7

**best** 113:18,20 210:19
**better** 65:12 100:24 116:22 176:6,6,8
**Beyond** 203:3
**big** 30:1 39:1 68:11 103:25,25,25 108:12 120:25 123:3,4
**biggest** 13:17
**Bility** 52:17 107:7,23 120:3,7
**Bipack** 21:11,12
**Bishop** 125:8
**bit** 8:13 11:4 14:11 24:4 44:20,22 53:11 61:7 84:16 116:9 206:7
**black** 36:3 38:10
**bleed** 204:14
**bleeding** 180:2 204:5,15
**blessed** 53:23
**blink** 88:12 89:2,5 90:23 91:2
**blinked** 32:2 90:20,21 91:2,6,16 91:18 92:9 94:20
**blinking** 90:24
**blood** 192:24 204:10
**blood-shed** 147:1
**blue** 41:12,14,15 174:11
**blunt** 179:25,25 180:1 181:3 196:5
**Bob** 107:3
**bodies** 83:20
**body** 35:17 36:19 37:14 40:1,8 40:11 43:5 52:10 63:2,5,7,8,13 94:8 139:25 159:12,14,15,19 159:21 163:9 171:19 174:14 177:24 179:14 185:23 186:14 186:18 191:22 203:11,13,19 204:9 206:14
**bodyguards** 38:7
**boil** 112:16
**bones** 186:10,12
**Booker** 7:11,14
**border** 56:13,14 107:13 108:5,12 131:5,20 132:17 133:4,10 146:22 148:13
**borders** 109:21
**Boris** 189:11 190:7 198:9
**born** 6:23,24,25 7:1
**boss** 125:15
**bosses** 55:4
**bother** 98:6
**bottom** 175:6
**bought** 134:20
**bounced** 103:2
**boxes** 149:4
**boys** 32:4,6 36:8,9,13 37:8 39:21 39:22
**Brady** 211:9,16
**brain** 35:14
**break** 60:4,10 61:5,7 81:2 212:9
**breaks** 210:14
**break-ins** 18:3
**bridge** 14:15 132:18
**bridges** 9:25
**brief** 22:1 26:23 48:14 79:14 84:15 160:2 181:21 205:19 212:3
**briefs** 157:25
**bright** 31:21 158:13 184:14 185:1
**bring** 5:18 33:17,19 38:14,15 47:13 60:6 95:9 96:4 101:18 101:18 105:25 112:24 113:2 125:18 128:2,7 141:9 144:19 148:11,18 152:5 164:19 166:2 166:20 168:3 169:15 170:6 172:1,17 173:13 174:4 175:14 176:16 177:11,22 181:24 182:17 207:18
**bringing** 96:5 150:22
**Broad** 68:23
**broke** 17:8 65:15 98:3,4 140:21

**broken** 6:15,17,18,19 111:24 113:9 140:21 185:22 186:10 186:12
**brother** 140:19,22 141:7,13 146:15
**brothers** 8:6,7,8,20 141:6
**brought** 7:6 13:3 20:6 22:11 25:4 26:8 27:6 29:18 31:15,16 34:4 38:20,21 39:3 42:2,5,14 49:9,15 61:15 63:23,25 79:15 86:20 88:11 96:5,7 99:3 101:15,20 103:11 106:2 138:22 154:21 208:4 209:13
**Bruce** 2:18 102:8,11 155:17,19
**build** 143:2,6,7
**building** 26:6 29:15,17,18 32:23 33:1 78:12 111:16,17 120:25 121:1
**buildings** 11:15
**built** 143:4
**bulldozer** 68:20 69:4
**bullet** 103:1,1,15 104:6,9,18 106:6,14
**bullets** 103:10 104:14,16 105:5,6 105:7,7,8,9,11,15,18
**bull-dozed** 68:14,24
**bunch** 78:5
**Bureau** 49:11
**burn** 89:20 158:24 168:23 186:18,21,24
**burned** 43:13 95:23 96:3,10,13 96:18,20 169:12 174:23
**burns** 175:11 186:19,20,22 187:5,11
**bush** 44:15,15 110:2 129:25 130:10
**bushes** 12:15,16
**bushy** 44:20
**business** 9:11,14,16 15:3,5,6,7,8 16:17,17 19:4 35:2 65:22,22 66:8,10,11,21,23 67:18 68:3,7 69:12 71:12,25 72:1,3,4,23,25 73:15 76:21,23 86:21 87:11 120:16,24 121:2 140:7,14,14 140:19 141:18,22,22 143:2,3 143:14,20 144:25 145:5,7,8 146:1 154:6,17 200:16
**businesses** 8:10 65:23 66:2,5 140:9,12 141:16,19 143:12 145:17 153:21
**businessman** 65:20 66:20 74:23 75:4 76:17 143:13
**business's** 9:11,13,15
**busy** 141:10,15 144:24 146:6,9
**butt** 35:8,11,13 37:7,13 63:16 158:25 179:22,25 181:2 185:25 188:17
**button** 166:8
**butts** 94:23

**C**

**C** 213:1,1
**cab** 73:19,22 74:13
**Cabot** 62:9
**cafe** 8:11 15:9,11
**call** 6:1 54:2,19 74:11 90:3 179:11 190:20 195:4 197:16 211:11
**called** 13:7,17 17:13,17,25 43:10 51:7 55:5 84:12 118:22 123:8 134:12,15 139:2 158:4,17 159:3 184:3 189:11 211:10
**calling** 18:7 69:23 211:6
**calls** 157:24
**camouflage** 24:2
**capable** 146:1
**Cape** 49:2,15,16 107:9 108:8,12

108:12,13,16 109:20 118:12 118:18 153:1
**capital** 57:10,11 133:8,10 148:14
**capture** 114:12
**car** 6:13,14 18:9,25 20:1 23:24 23:25 24:17,18 25:16 26:18 40:16 43:25 44:1,3,24 45:3,5 56:4,6,17,19 65:1,4 71:15,17 72:4,18,19 73:13,19 80:5,7 83:8,13,14 128:12,15,21,25 129:7,16,19,21,22 130:1,16,21 131:6,7 132:1,22 133:11,12 134:5 139:11,16,24 140:1 145:9
**cards** 136:20,20
**care** 22:22 23:10 39:21,23 58:21 66:2 97:4 104:14 137:7 145:4 145:11,12,16,17,18 146:1,8 151:8
**cared** 88:2 143:20 145:5 154:7
**careful** 65:25 66:1
**Carey** 15:14 67:24
**Caridad** 2:3,16,20,22 5:4,7,17 10:6 16:2 24:25 47:21 64:9,25 69:10 77:14 81:5,13 82:7 90:6 90:8,17 97:23 100:24 101:1,5 111:9 114:5,20,25 116:11 117:17 118:2,8,9,10 146:12 147:5,7 149:16 151:14 160:1 161:2 163:15 182:4 189:17,20 190:4,6 193:25 197:8 199:7 200:2,4,13,19 202:1,5 203:3 204:25 205:9,19,21,25 206:25 207:16,22,24 208:1,13,16 209:2,15,16,24 210:7,19 211:1 212:3,6,10,14,16
**CAROLINE** 1:18
caroline.miller@usdoj.gov 1:21
**carried** 131:10,11
**cars** 38:7,21,25 51:23
**case** 1:3 6:21 16:18 17:3,17 18:18 59:20 67:6,13 68:15 69:24 70:1 73:6 81:17 106:14 106:16 114:7 163:5 164:4,5,5 164:7,10,12,13 166:9 181:22 182:25 207:12,13 211:11 212:9
**cases** 117:16
**Catholic** 125:5 162:7 204:23 205:7,13
**cause** 180:1,2,9 187:1 204:14,15 204:16
**caused** 86:16 123:1 125:24 184:16 186:21,23 187:12,16
**cautious** 66:5
**cavity** 203:11,19,21 204:9
**CECILIA** 1:13
**cell** 119:22,24 120:1
**cement** 34:6
**center** 8:12 14:15 15:9 18:12 162:7 204:23 205:7,13
**centers** 15:18
**centimeters** 167:25 168:1
**central** 76:1
**certain** 7:4 49:25 59:3 199:4,5 201:5,8
**certainly** 180:6,7 196:4 197:11
**certainty** 178:6,16
**Certificate** 2:23
**certify** 213:2
**chair** 34:4 75:19 176:3
**chairs** 75:19
**chance** 89:23 117:19 141:11
**chances** 89:22
**change** 191:22 202:17,17,20
**changed** 8:15 208:15
**changing** 116:15
**characterize** 211:16

**charge** 8:12 63:25
**Charles** 1:8,9,9 14:5 15:21,24 16:7,12,15,16 158:5,10 113:17
**check** 18:14 35:1 63:15 70:3,25 71:13 81:15 91:11,12 113:15 113:17
**checking** 149:4
**chest** 164:25 168:9
**chevrons** 4:1
**chief** 42:8 76:8 77:1
**child** 5:25 7:6 129:23 130:11
**children** 7:24,25 14:18 22:23 23:10 128:2 141:4 145:9
**Christian** 23:9
**Christmas** 54:14,17,23 105:10
**CHRISTOPHER** 1:22
christopher.graveline@usdoj... 1:24
**Chuckie** 1:8 29:3,4,4,6 38:5,12 39:2,7,16,22 40:15 41:3,5,20 41:24 48:18 87:1,3 95:5,9,12 95:23 96:7,14,19 98:17,18,19 98:20,24 99:1,7,13,16,23 158:10 184:8
**CID** 18:15
**circle** 165:8
**circled** 165:12,17 173:1,10
**circumstance** 178:20
**CITATION** 3:8
**citizens** 145:22
**city** 26:2 49:3 57:10,11 76:2
**clarify** 117:7
**clear** 6:9 12:15 36:13 124:1 166:1,20 167:6 168:3 170:6 172:16 173:12 174:4 175:13 177:11 197:10 209:4
**clearly** 173:11 194:16 195:7
**clients** 161:12
**clock** 92:2 178:9
**close** 14:11 31:16,23,24,24 45:20 56:13,14 88:11,19 89:18 89:19 90:1,3,5,9,12 91:1,5 108:5,14 135:18 141:21,21
**closed** 32:3 108:6 145:8
**closer** 38:25 175:6
**clot** 192:24 204:10,14,14
**clothes** 19:21,24 21:16,19,20,21 21:25 31:11 42:17 75:13,14,15 79:12 88:7 157:25 158:24 169:5,13 174:23 175:12 194:13
**clothing** 38:9
**clotted** 204:9
**coat** 41:15
**codes** 117:15
**cold** 48:11 139:15,25 140:3
**collects** 51:24
**colored** 38:9
**come** 8:16 13:13 15:23 38:3,12 41:20 48:21,24 50:7 52:22,25 57:21 60:2,4 65:18 73:23 75:3 83:22 112:16 126:19,22 127:11,16 128:25 134:14 141:11,14 149:22,24 178:19 209:22
**comes** 104:6
**coming** 22:18 57:19 60:14,15 61:3 62:4 65:8 133:17 138:17 142:10 143:15 145:23 147:1,1 150:15,20
**commander** 18:15
**commit** 74:5
**common** 190:16,16 204:13
**communication** 8:25 25:11,12 25:14 27:4 83:4,16,18,22 84:10 132:11
**communications** 15:9
**community** 13:2

**complete** 77:15 124:7 147:19
**completed** 212:11
**completely** 43:6 147:3
**Complied** 18:6 32:25 33:20
  38:18 46:6 64:22 100:23 152:7
  152:20 153:18 162:24 163:20
  164:21 165:13 166:5,15,22
  167:8,14 168:5 169:16 170:8
  172:2,19 173:14 174:6 175:15
  175:23 176:17 177:7,13,20
  180:15,22 189:19 205:22
**compound** 27:10 55:17,23
  126:13
**computer** 8:11 15:17 26:4 32:24
  152:9
**computers** 15:17 17:9,21,22
**Conakry** 57:10,12 133:6,9,13,19
  134:2,4,6 146:21,22
**concentrate** 39:15
**concern** 201:7 208:25 209:24
**concerned** 125:7 145:23 146:17
  147:24 156:3 161:13 209:7
**concerning** 156:7 170:18 173:6
  175:10 178:5 201:19 205:1
**conclusion** 157:16 171:12,16
  181:14 190:14,19 194:2,10
  202:18,22 206:20
**conclusions** 168:17,21 171:3,9
  175:9 178:4 180:24 199:4
**conclusive** 178:23
**conclusively** 187:23
**concrete** 184:15 185:1
**condition** 25:3 35:3 52:9 154:2
  174:21 205:8 206:2
**conducted** 179:1
**conducting** 104:19
**confer** 5:8 161:7 207:23
**conference** 3:12,14,16,18,20,24
  14:15
**Conferring** 54:10
**configuration** 5:13 169:4 175:4
  175:7 187:2 188:16 191:24
**confinement** 63:22 151:21
**confirm** 206:24
**confirmed** 208:2
**conflict** 8:21
**confusing** 117:21
**Congotown** 14:13 24:13,16 26:3
  80:2,7
**connected** 58:10 136:15
**connection** 144:6 156:7 199:1
  202:9 203:15 204:21
**consider** 209:10
**consisted** 105:20
**consistent** 168:23 169:4,10,12
  171:14,23 175:11 180:6 181:2
  182:12 186:19,22 187:4,21
  196:5 201:21,23
**consulate** 12:19
**consult** 164:3
**contact** 133:21,25 137:22 145:1
  154:21 208:24 211:2
**contacted** 209:3
**contained** 78:18,20,22
**container** 140:23
**containing** 200:9
**contents** 2:12 200:5
**continue** 22:12 69:2 118:8
  149:15,15 210:3 211:5
**continued** 54:5
**contradictory** 195:14 209:18
**contrast** 164:14 165:18,19,20
**controlled** 110:8
**controlling** 145:6
**controls** 180:3
**CONVENTIONS** 3:22
**conversation** 98:20,25 99:1,2,3
  99:12,16 102:21 119:2 182:11

**conversational** 191:4
**conversations** 120:6
**convey** 117:1
**copy** 192:13
**correct** 6:10,21 65:2,21 66:3,13
  66:25 67:3,22 69:24 71:1,4
  73:10 76:19 81:17,22 84:3
  85:14 88:9 94:18,21 95:10
  100:3 101:11,17 106:15
  108:19 116:5,17 119:15
  125:16 137:8 142:17 143:22
  154:11 156:1,5 183:7,10,22
  184:10 185:4 186:2,18 187:13
  187:14 189:8,15,22 190:9
  198:9 199:2 202:3 203:17
  204:23,24
**correlated** 171:22
**corridor** 23:17,21
**costing** 161:9
**counsel** 3:23 5:8 10:7 115:5
  153:15,20 154:19 198:8 200:2
  207:23 211:17,25
**counselor** 58:4,5,8,8 133:21
**counties** 12:21
**countries** 12:21 152:12
**country** 10:3 55:3 56:10 59:1
  107:13 126:21,25 127:3,6,10
  127:13,19,21 128:1,5 142:25
  144:14,22 145:6 146:3,25
  148:15 152:14 159:10
**county** 6:24 7:2,4 20:17 49:4
  56:16 107:11 108:11,16
  109:20,20 118:12 131:2,4,5
  152:24 153:2
**couple** 60:11 82:14
**course** 116:22 135:17 137:21,22
  157:11 171:21 200:16 210:14
**court** 1:1 2:8 3:15,17,19,21,24
  5:1,5,14,18,22,6 6:16 7:12 10:7
  11:2 12:1 16:3 41:18 47:24
  59:17,19,22,24 60:5,8 63:23
  64:10,19 81:1,4,11 82:2,3,6
  90:6 94:12 97:8 98:21 100:21
  110:22,24 111:1,7 112:10,13
  114:5,10,21 115:1,4 116:2,15
  116:22 117:6,14,21 118:1,3,4
  118:5,7 149:13 155:15 161:6
  161:15,19 162:1,13 163:16,19
  180:14 181:5,21,24 182:1
  190:5 193:24 197:18 198:15
  198:17 199:9 200:18 201:1
  203:7 205:10,17,20 207:2,4,5
  207:9,17,25 208:12,14,18
  209:12,16 210:1,7,10,20 211:4
  211:13,18,22,24 212:4,7,13,15
  212:17 213:6
**courtroom** 1:25 5:21 41:3,5
  59:21 60:7 114:9,12 118:6
  181:23,25 207:15 210:17
**Court's** 5:21
**cousin** 50:14 119:8
**cover** 80:12,20 84:18,21 85:3
  107:17 109:16 139:25 176:3
**covered** 12:16 44:1 49:15,19
  80:16 85:2,5,7 109:10 111:25
  118:17 159:3,6
**created** 163:5 201:24
**creek** 112:6
**cremasteric** 179:11 206:4
**crew** 161:11
**cried** 43:6,11
**crime** 17:24 75:5
**crimes** 75:1
**cross** 14:15 56:21,22 64:23
  132:18 182:2 203:3 210:11
**crossed** 19:1 132:14,17,17
  133:4
**cross-examination** 2:16,20 60:3

64:19 114:19 181:20 200:11
  200:20 204:25
**cross-examined** 202:1
**crushing** 180:1,1
**cry** 43:5,7,7
**crying** 50:16
**current** 158:21 178:18 186:17
**cushion** 174:12
**custody** 86:23
**cut** 12:15
**cutlasses** 12:13

## D

**damage** 91:13 180:3 187:1,6,8,9
  187:12 204:15
**damaged** 113:10 187:14
**dancing** 30:2,3 87:19
**danger** 124:12
**dark** 46:1 49:21,22
**date** 53:3 57:5,7 64:4 157:22,23
  157:10 180:20 213:5
**dated** 190:1,7 198:11,20 202:2
**David** 55:5,6,7 57:15 125:15,18
**day** 17:19 18:24 22:2,5 25:21,24
  26:8 38:1,4,13 41:20,24 43:22
  43:24 44:25 45:12,15,17 50:8
  53:6,23 58:3 59:9,10 60:24
  61:12 64:16,16 67:4,8,13,15
  67:20 70:2,12,13,19,23 71:6
  71:17 72:3,5,10,18 95:3,7
  100:3,9 105:6,6,7 118:24
  121:10,12,24 123:22 126:14
  126:21 131:10,11,12 134:4
  136:5 139:16 140:5 142:3,4
  150:16 158:17 187:18 189:21
  208:19 209:21 210:5,12,14
  212:2
**days** 17:16 18:2 44:10 47:6
  50:22 62:22 82:14 91:22 94:11
  94:15 97:14,25 107:6 134:24
  159:2 208:21
**dead** 25:4 82:19,22 83:20,23
  182:12,13
**deal** 76:19 208:25 209:1 210:24
**dealings** 28:23 86:12,12 154:20
  155:2
**deals** 27:4
**December** 8:17 53:8,9,18,19,19
  120:9,10
**decide** 8:19 18:13 131:25 142:16
**decided** 15:7 70:25 71:9,12,20
  72:11,20 89:23 125:10,15
  132:14 140:18 142:15 143:8
  161:14
**decision** 65:18
**defeated** 13:18
**defecate** 44:11
**defendant** 1:11 2:1 5:8 41:17
  207:23
**Defender's** 2:3
**defense** 153:15,20 154:19
  208:24 209:5,9,14 210:6
  211:25 212:9
**defer** 197:23
**defining** 110:23
**definitely** 191:23
**deformity** 180:5,6 181:1
**degrees** 176:2 187:9
**deliberately** 68:24
**demonstrates** 164:25
**department** 1:22 147:20 156:15
  159:22
**depending** 161:3 195:9,11,11
**depicted** 174:11
**depot** 17:25 67:25
**dermal** 187:8
**dermis** 187:2,7,12,15

**describe** 27:16 41:9 65:25
  158:20 165:22 170:24 184:18
  191:10 198:3
**described** 158:22 159:2 169:4
  172:15 174:2 175:12 178:18
  181:2 186:9,12,16 195:25
  196:7 205:3
**describes** 159:4 188:17,18
  196:1,13,18
**describing** 170:25 171:1,4
  173:11
**description** 3:3 159:6 191:6,8
  195:14
**Descriptions** 3:13
**desk** 27:19
**despite** 39:12 145:1
**destination** 61:20,23
**destroyed** 69:4 145:17
**detail** 186:8
**detained** 118:12 125:3 143:21
**detention** 100:14,19 101:9
**determine** 165:4 168:11 174:13
  176:19
**determined** 171:2
**developed** 201:14
**development** 10:4 211:17
**device** 35:20,22,25 36:6,22
  186:14 188:5
**diagnosis** 200:10
**diction** 116:18
**die** 22:22 27:9 35:18 54:7
**different** 12:21 58:6 67:23 74:20
  81:19 116:13,21 117:2,14,15
  119:20,20 131:18 154:3,4
  166:25 168:24 182:13,16
  186:14 191:19,23 200:19
  209:10 211:6
**differently** 191:18
**difficulty** 16:7
**dilated** 204:11
**diplomatic** 56:6
**direct** 2:15,19 6:4 155:20 161:18
  210:10
**directed** 134:11
**directing** 165:3
**directly** 54:19 85:10 88:13
  118:20 126:18
**director** 19:7 20:2,3,4 28:21,24
  76:4 77:10,11
**disabilities** 157:8,14
**disclose** 209:10
**disclosures** 209:6
**discretion** 200:7
**discuss** 59:20 114:7 120:8
  128:24 129:11 181:22 207:12
**discussed** 127:4,5 167:1 194:9
**discussing** 168:15
**discussion** 127:16,25 157:6
  186:25
**discussions** 156:25 157:2,4
  159:11
**disguise** 55:25
**disguised** 55:24 128:17 130:17
**displayed** 158:17 185:6
**distance** 73:16,17 110:12
**Distant** 9:12,13,15
**DISTRICT** 1:1,1,14
**districts** 55:21
**DIVISION** 1:2
**doctor** 62:15 102:12 103:4
  140:24 156:7 163:1,22 165:3
  166:4,18 167:10,15 168:7,17
  171:8 172:4,21 173:4,24 174:8
  174:20 175:17 176:1,1,19
  177:22 180:17,24 189:11
  190:18 192:3,7,11 197:13
  198:19 200:16,16 201:24
  203:15 204:5,18 206:1 207:2

211:22
**doctors** 62:8 154:4 197:24
**document** 148:11 149:5 150:6
  200:5
**documented** 178:14 188:1
  204:16
**documents** 56:23 57:1,3 200:14
  200:14
**doing** 9:11 14:24 32:6 37:3,18
  41:21 65:22 103:15 104:10
  141:15,23,24 145:11 148:4,17
  149:20 150:1 191:13 193:19
  197:17
**dollars** 144:17
**door** 22:7
**dot** 33:1,3
**downstairs** 52:15 61:10
**Dr** 60:1,4 102:8,11,20 155:17,23
  155:25 156:13,24 157:6
  159:11,23 161:4 162:3,15
  164:9,23 165:11,15 166:24
  167:3 169:9,18 170:10,24
  172:12,24 177:9,16 179:1,18
  180:9 181:4,19 182:5,7 189:13
  190:1,7 191:9 192:3,20,21,23
  193:7,8,9,9,12,12,13,14,15,16
  193:17,19 194:1,4,19,23
  195:11,20,25 196:7,9,9,12,18
  196:19,20 197:13,14 198:8,9
  198:12,20 200:12 201:3,19
  202:2,5,8,16,24 204:21 205:6
  205:14 206:10,17
**drank** 42:2
**drawn** 177:8
**dream** 142:8
**dreams** 142:22
**dressed** 38:8 56:1 131:17
**drive** 72:5,7,8,9,11,12 129:17,21
**driven** 25:23,25 27:1 72:11
  140:20
**driver** 134:5
**drives** 130:1
**driving** 130:9
**drug** 117:16
**drum** 48:12
**dry** 44:21 103:15
**Dulleh** 51:4,17,18,20,21 52:2,5
  156:5
**Dunetz** 193:12,12,13,14,16,17
  195:25 196:7,9,12,18,19,20
  197:13
**D.C** 1:23

**E**

**E** 213:1,1
**earlier** 21:16 154:24 168:24
  178:14 186:25
**early** 15:20,25 16:6,8,9 26:13,15
  53:19 84:8,9 92:21 144:4
**eat** 22:25 36:12 42:1 45:8 112:12
  112:16,18
**eaten** 134:20
**effect** 184:24
**effectively** 25:8
**either** 75:20 102:10 114:16
  117:17 173:4 178:19
**ejaculation** 193:5 196:17
**elaborate** 192:1
**elected** 14:4 145:20,21
**election** 13:11
**elections** 13:25
**electric** 35:10,12 63:16 158:21
  178:18 186:17
**electrical** 35:20,22,25 36:6
  186:14 188:5
**electricity** 35:16
**eliciting** 200:5,18

**Email** 1:20 2:5,10 213:8
**emanates** 31:15,16
**Embassy** 55:17,18 57:16 58:2
  133:19 134:7,9 136:15
**embellishment** 116:4
**EMMANUEL** 1:9
**emotional** 27:6
**employed** 9:14
**encountered** 156:18
**ended** 118:22 140:4 151:10
**England** 189:14
**English** 116:12,20 190:22 191:1
  191:4
**enhance** 165:11
**enlarged** 165:17
**ensure** 32:8
**enter** 103:17
**entered** 103:16
**entire** 76:2 159:15 185:2
**equipment** 112:12 17:9 51:21
**erase** 175:7,6
**erect** 191:15,24 194:13
**escape** 47:11
**escaped** 47:7
**especially** 145:6
**establish** 141:16
**established** 141:19 200:11,15
**estimate** 113:18,20 210:11
**ethnic** 51:6
**EU** 9:5,8,14 13:4,8,10 51:22,22
  51:25 55:7,16,18,23 126:13,13
  126:20
**Europe** 141:7,13
**European** 9:5,6,10,18,19,21
  10:4 12:9,17,18,22 13:4,24
  15:2 154:23,25
**Evaluation** 157:8
**evening** 54:16 207:14 208:14
  210:2,5,12,24 212:18
**event** 16:21,23
**everybody** 56:21 90:7 209:21
**every-day** 191:4
**evidence** 3:2 26:5 47:23 193:23
  195:6,7 200:3 207:6,7
**exact** 26:11 59:15 70:12,13
  113:22 157:22,23
**exactly** 97:3 116:23 161:8
  188:13
**exaggerated** 206:8
**exam** 183:6 191:16 194:12
  195:16,17 197:17
**examination** 2:15,17,19,21 6:4
  60:3 64:23 151:16 155:20
  159:12 179:2,4 181:6 182:9
  189:10 190:8 191:14 193:20
  194:3,8 197:12 198:5 199:1
  202:6,13 204:21 205:23
**examine** 177:24 193:2 202:9
**examined** 102:11 103:5 163:10
  177:24 179:5 187:22 188:7
  189:14,22 206:10
**examines** 206:17
**examining** 182:7 189:7
**example** 12:13 102:3
**excluding** 171:5
**excuse** 51:9 33:2 52:24 63:11
  70:8 78:21 80:6,11 83:17
  99:11 113:19 119:23 129:20
  137:5 138:13 147:5 151:22
  168:8 175:19 177:10
**excused** 155:15 207:2,8
**Executive** 54:3 121:10,12,16
**exhibit** 3:5 32:19 163:18 164:19
  166:2,21 167:7,18 168:4
  169:15,15 170:7 171:8,25
  172:1,17,17,21 173:13,16
  174:5,8 175:14,14,21 176:9,13
  176:15,16 177:12,18,22

**exhibits** 2:25 3:1,4 162:16,18,21
  162:25 163:1,13 168:18
**exited** 171:19
**expand** 152:18,19
**expanded** 152:24 153:10
**expecting** 71:6 130:13
**expediter** 9:22,23 12:9 52:1
**expert** 190:4 200:8
**explain** 5:19 46:20 58:9 95:16
  116:7 123:14 137:1 149:10
  157:12,13 169:18,25 170:10
  172:12,21 173:24 174:8
  175:17 178:7 179:4 181:5
  197:24 201:20 202:7,22 203:2
  203:5,9 204:6
**explained** 58:15 150:9,10,12
**explaining** 98:6
**explains** 188:2
**explanation** 98:11 180:7 190:15
**explanations** 188:2
**Exposing** 94:17
**expressed** 208:25
**expressing** 36:4
**extent** 117:10
**extra** 204:1
**extremely** 209:7
**eye** 62:15
**eyes** 28:19 31:24,25,25 32:3,3
  33:9 52:7 62:13,16,18 88:12
  89:2,5,21 91:5,6 92:10,14,16
  92:18 94:14 95:1,1,2 148:10
  148:10 184:17,18,23 205:1,4

**F**

**F** 213:1
**face** 31:17,23 32:10,16 33:15
  35:24 36:2,4 44:1 62:19,22,24
  88:11,20,21 89:17,18,20,25
  90:13,19 91:2,13,16,18,24
  92:4,7 94:21 139:15 158:13
  159:3 164:25 178:9 184:14
  185:1 197:22
**faces** 27:22 85:13,15
**facilities** 100:19 101:9 162:9
**facility** 100:15
**facing** 32:22 35:8 131:7
**fact** 83:3 125:9 182:15 195:24
  196:4 206:22
**faction** 66:16
**factions** 8:24 9:1 144:6,7 154:22
**facts** 47:22 193:22
**fair** 143:25 203:19
**fairly** 190:15,16 204:13
**fall** 40:13
**family** 8:3,5,18,19 22:2 51:7
  57:24 58:21 65:8,10,11,14
  121:7,19 125:19 128:7,11
  129:13,17 130:23 131:14,23
  131:24 134:18 137:4,6,7
  139:17 140:1 141:2,3 145:11
  145:18 146:18 149:2,7,21
  150:2,7,25
**family's** 20:13,15
**far** 7:10 23:13 30:12,13 44:16
  57:13 69:25 89:25 90:13 102:7
  105:11 109:6,8,23,24 110:2,7
  110:17 161:13
**farm** 10:1
**fashion** 202:13
**fast** 23:1,3,4 140:2 210:8
**fasting** 22:5,5
**father** 7:6 43:10 77:25
**father's** 20:7 76:12 78:10
**Favani** 122:3
**Fax** 1:20 2:5,10 213:7

**fear** 126:6 209:1
**fearful** 77:7 97:18,19,20
**February** 64:6,6 190:1,7 194:4
  196:20 198:11,20 202:2,17
**Federal** 2:3
**feel** 35:12 37:15 62:23,25
**feelings** 25:7 27:8
**fell** 40:3
**felt** 28:17 45:2 54:6 81:9 112:4
  158:21 186:17
**fence** 55:18
**fight** 8:22
**fighting** 8:18 105:12 144:10
  155:5
**figure** 50:22 76:25 117:21
**file** 163:5 164:4,5,7,10,12,14
**filed** 58:22
**files** 69:18 192:6
**filing** 58:25
**fill** 69:12 148:20 150:13 210:5,12
**filled** 46:12 148:1,5 149:22
**filling** 149:8,11,12,17,23 150:4
  151:12
**fills** 148:21
**final** 56:11,12 61:20,23 183:5
**finally** 142:20
**find** 18:10 45:23 50:7 55:16
  60:13 70:10 112:16 192:11
**fine** 5:19,14 11:7 60:5 95:1 143:9
  143:10
**finger** 33:3 37:4 165:25 167:2
**fingers** 90:13
**finish** 77:3 90:7 106:21 197:9
**finished** 77:18 90:18 106:1
**firearm** 159:4 170:22 171:13,18
  171:24 186:4
**first** 5:6 15:24 22:17 30:17 31:4
  40:19 42:21 45:17 48:23 50:10
  51:14 62:4 82:13 91:21,23,24
  93:1 102:8 121:25 122:11
  123:23 126:14 132:17 134:4
  140:8 156:18 200:4
**five** 12:24 13:17 16:6 91:19
  208:21 209:17
**fixing** 9:25
**FL** 1:19 2:4,9 213:7
**Flagler** 2:4
**flat** 31:9,15 32:23 88:19 94:13
  201:15
**flesh** 103:2
**flew** 108:4 135:24
**floor** 20:11,21,23 27:20,21 31:14
  78:12 102:25 157:25 158:12
  184:15 185:1
**FLORIDA** 1:1,6
**flown** 118:20 211:7
**flying** 61:11 103:10 104:14,16
  105:5,6,7,7,8,9,11,18
**follow** 11:1 12:1 70:25 116:1
  118:1 161:1 162:1 200:1 201:1
  209:19
**following** 17:19 67:8,13 70:23
  158:17 159:5,7
**food** 22:11,25 79:15 102:3
  112:17,18,19 113:1 134:20
**foot** 6:18 65:16
**football** 13:6
**force** 12:20
**forced** 32:6 75:22,22 103:13
  116:14 117:13 185:2
**forces** 15:22 16:1 143:24 144:3
  144:10,22 145:2,12,14 146:3
  146:15,21
**foregoing** 213:2
**foreign** 117:9,11
**forensic** 167:22
**forest** 110:2,18 129:4,18,22
**form** 13:3 148:1 149:10,12,17,22

149:23 150:4,9,13 166:18
168:17 169:9 171:9 178:4,16
180:24 187:25 199:4
**formed** 167:16
**forms** 167:4
**forward** 12:10
**fought** 142:11
**found** 30:5 35:3 59:6 62:4 87:16
148:14 170:21 178:1
**four** 8:7 114:17,22 158:3 196:2
196:14
**four-page** 148:1
**frame** 16:5 173:11
**Francis** 125:8
**free** 30:18 51:22 142:25 145:10
**frequently** 190:24 204:11
**Friday** 53:6
**friend** 50:9 121:24
**friendly** 97:22
**friends** 72:2
**front** 19:3,14 38:16,24 39:3 40:9
40:11,14,16 42:12 61:15 63:23
149:4 172:23 173:17,18 195:6
195:7 201:3
**frowning** 11:2
**full** 6:6 74:17
**function** 63:11,13,14
**further** 49:5 64:18 155:14
181:20 190:15 197:23 200:9
205:18

**G**

**garage** 31:6,9 33:13 36:23,24
37:21 38:16 88:7
**gate** 58:4 132:17
**gather** 212:7
**gauge** 210:10
**genital** 179:2,5 180:10,25 188:7
**genitalia** 179:5,9
**genitals** 179:17,19 180:18
202:13
**gentleman** 114:13,15 158:9
211:6
**gentlemen** 5:23 59:19 60:21
114:7 181:21 197:18 207:9
**getting** 40:18,23 58:20 111:2
122:19 126:10 127:10 128:1
134:4
**Ghana** 56:12 59:13,14,15 60:11
60:13 135:22,24 136:22
137:11,20,25 142:17,18,19
143:7 147:14,17,21 148:2
149:4 150:5 154:11,13,14,14
154:16
**give** 20:18 65:7 72:13 90:25
113:18,20,22 116:3,5 117:19
183:5 206:21 207:22 210:3,20
211:4 212:8
**given** 25:9 53:21 158:24 171:13
178:13 197:21 209:17
**gives** 54:15
**giving** 90:24 117:8
**glasses** 32:1
**go** 7:8 8:12 10:3 12:8 19:4 24:5
30:19 44:11,14 46:12,25 48:22
56:8,20,21 57:9 60:17 66:21
70:3,25 71:6,9,12,12,13 84:16
101:24 102:7 103:22 110:11
110:11 112:15 117:15 120:12
120:13,15,17 121:12 124:8
125:6,11,15 126:22 128:14
130:7,25 131:15 134:14 135:3
138:14 144:16 145:9 150:13
161:4 186:8 187:3 197:9 210:8
210:16
**God** 43:10 50:16 151:11,13
**God's** 45:9

**goes** 196:12
**going** 9:17 12:3,4 13:19 15:7
16:19 18:12,14,16,19,21 19:24
22:6,22 27:5,9 32:18 34:18
35:18 36:11,11,12,12,17,17,18
43:18 45:7,8,8 48:6 52:16 54:7
54:7 57:14,21 59:12 60:14
61:1,2,3,11,17,20,24 63:22
66:8 70:3,10 71:10,13 72:14
72:15,16 73:11 80:15 81:10
83:1 101:24 105:15 113:11
117:20 123:7 124:2,2,14,21,24
126:1,19,24 127:2,8,12,18,20
127:25 128:5,6,10,16,21,23
129:9,13,14 134:6 135:13
137:15 138:3 139:12,19
140:20 141:10,24 142:12,15
142:22 143:10,18 144:14
146:19,24 149:1 151:5 152:17
155:5 161:15 200:2 207:20
208:9,11,19 209:7,20 211:24
212:3,11
**Golusarsky** 189:11,13 190:1,7
191:9 192:3,20,23,25 193:2,7
193:8,9,9,15,19 194:4,19,23
195:20 196:9,19 197:14 198:9
198:12,20 202:2,8 206:10,17
**Golusarsky's** 192:21 194:1
195:11 202:5,16
**Gongoloe** 69:5
**good** 5:1,23 59:17 111:17 113:9
114:6,8 155:23,24 182:5,6
207:10,14,25 211:14 212:6,17
212:18
**Good-bye** 188:3
**government** 1:17 3:4,5 6:1
15:21 16:1,7,15,16,21 54:20
68:13 69:4 78:3 81:17 82:8,13
100:17 101:6 102:5,19 106:5
132:5 145:6,20,21,25,25 146:2
146:15,20 161:10 162:18
198:23 200:18 208:3,4,7,18,23
209:11 210:20 211:19 212:9
**Government's** 6:3 155:19
162:16 163:13 201:4
**grabs** 74:13
**grace** 45:9
**graduated** 7:11,14
**grammar** 116:5,17
**Grand** 153:1
**grass** 34:3
**gravel** 45:2
**Graveline** 1:22 2:15,17 5:11,16
6:1 7:13 11:6 12:2 16:4 21:7
33:18,21 38:17,19 39:10 40:21
41:16,19 46:7,15 47:21,25
54:10,11 59:18,25 60:9 61:6
63:18 64:11,18 151:18 152:5,8
152:17,21 153:16,19 155:13
211:21,23
**gravity** 191:20,22
**gray** 41:14
**grazed** 106:5,14,23
**grazes** 104:18
**great** 208:25 209:1
**grew** 8:14
**groin** 158:25 174:10 176:4
179:22 180:1 186:1 188:18
191:13
**ground** 32:7 33:8,10,13 40:4,5
44:18,22 62:20 103:1,2 104:1
104:10,17 105:5 179:23
**grounds** 200:3,17
**group** 51:7 73:23 181:8
**groups** 145:2
**guarding** 43:4 103:19,20 111:18
113:14,20
**guards** 19:6

**guess** 105:1
**Guinea** 56:13 57:10,11,15,18,25
58:2,6 59:3,5 60:11 131:9,21
131:24 132:7,13,14,18,18
133:4,8,17 134:17 135:1,4,6,9
135:16 137:20,24 141:19,20
141:21 142:5,9,13,15,19 143:6
143:9 148:13,14 153:21,24,25
154:2,5
**gun** 30:1 37:13 94:23 155:10
**guns** 78:5
**gunshot** 102:22 104:12
**guy** 23:15 41:14
**guys** 19:7 60:20 108:22 112:15

**H**

**H** 189:17
**half** 91:25
**Hampshire** 62:2,14 63:10 106:9
106:11 141:18 162:7,10
**hand** 35:10 90:17 97:6 140:21
**handed** 162:15
**handle** 66:11
**hands** 34:9 44:3 93:14
**hanging** 37:4 63:21 88:17,19
136:21 178:10 203:10,10,12
203:14,20,24 204:2,3,8,19,20
**hangs** 112:7
**happen** 17:16 22:4 43:22 67:20
68:9 83:1 90:20 121:16 158:19
185:9,12,15,16,17 207:20
**happened** 17:2,3,7,14 18:23
19:5,21 20:22 23:11 25:14
28:2 32:2 33:16 35:1 39:22
41:2 51:11 58:14,15 62:8,11
64:14,17 67:24,25 68:6,18
70:20,22 73:25 74:12 82:12
87:9 93:22 95:21 96:1 97:3,4,4
97:13,24 106:10 119:17
130:15 131:4 138:24 140:24
146:8 150:24 157:12 164:16
178:21 182:20 186:7,9,11
187:17,18,19,23 196:8,18
**happening** 18:1,14 19:14 35:1
39:13 98:1 146:17 149:6
158:22
**happens** 72:10 136:24 151:10
**happy** 30:5 87:16,18,22 88:1,1
**hard** 45:3 142:3,4,5 143:11
192:1
**Hassan** 52:17 107:7,23 120:3,7
**Hassan's** 123:8
**head** 35:8 44:25 49:14,19 80:9
80:13,15,20 84:18,21 85:2,3,4
85:7 100:10,12 107:17 108:6
109:10,11,13,16 118:17
**head-to-toe** 159:15
**heal** 171:23
**healed** 168:23 171:15,24 175:11
180:7 181:2 186:19,22 187:4
187:21 196:5
**healing** 173:2,3,4,10 187:9
**Health** 19:3
**hear** 18:8 25:9,13 51:3 54:8 82:3
82:3 83:9 88:25 94:12 105:12
119:21 122:15 161:3
**heard** 18:2 25:13 44:2 50:2 51:4
79:18 83:4,9,10,12 84:13 86:6
87:9 104:12 114:12 119:1
122:19,21 145:15,16 146:5
209:21
**hearing** 18:16
**hearsay** 190:3 200:3,17 205:9
**heart** 36:10 45:8
**hearts** 36:10
**heat** 31:15,16,22 62:23,25
**heavy** 28:18

**HECK-MILLER** 1:18 116:12,19
117:4,10 211:16
**held** 13:25 19:8 37:25 43:19
46:11 49:23 50:1,25 51:9 52:6
52:19 53:12 74:2,10 96:10,13
146:14 153:8
**helicopter** 49:15 107:19,21,23
107:25 108:2,2,3,4,16,17,19
108:23 109:9,12,14 118:15,18
**help** 18:10 42:4 55:11,13 56:10
57:17 112:16 125:25,25 126:3
126:5,5,19 128:6,10 129:14
134:6,7,16 142:16,18 150:25
152:22
**helped** 58:8 106:12 142:19
146:22
**helping** 102:2
**helpless** 37:16 42:1
**hematoma** 192:24 193:4 195:25
196:4,15
**hemorrhoid** 178:13,17,20 204:6
204:10,19
**Hey** 197:17
**he'll** 185:15,16
**hid** 126:17
**hidden** 86:22
**hiding** 102:3
**higher** 166:7
**highest** 77:11
**hill** 30:15 68:23
**history** 171:23 178:12 188:1
**hit** 40:2 104:7
**hits** 104:6
**hitting** 37:10,12 39:24,25 40:1
**hoes** 12:13
**hold** 13:10 96:12 212:1
**holding** 83:6 88:16 90:10,17
**hole** 13:8 45:18,21,22,24,25 47:1
47:2,5,13 101:16,20 102:4
104:1,17 105:4,14,18,19
107:15
**holiday** 54:14,14
**Holland** 61:19 138:12,14,15,17
138:22
**home** 14:21,22,23 17:18,21,22
65:8 68:4 71:21,23,24 72:3
120:13,17,21 124:11 125:12
127:7 142:7 161:5
**Honor** 5:4,7,9,10,11,17 16:2
41:17 47:22 64:18 112:9
114:25 118:2,4,9 155:14,16
161:2,17 162:12 163:12
181:18,19 190:3 198:14,16
199:7 203:4,6 205:16,18 207:4
207:7,16,18 208:1,23
**hood** 80:9 82:18
**hospital** 62:9,14 147:23 148:24
189:14 194:4
**hot** 43:1,2 187:13 201:15
**hotel** 59:7 60:17,18,20 134:2,21
134:22,24 136:2,3,7 139:18
209:5,8,10,13 210:15,24
**hour** 67:5,11 70:15 91:25,25
96:17
**hours** 33:11 68:2,3 70:25 91:25
92:5,7,21 94:17 138:18,19
140:23
**house** 17:18,19,20 30:11,12,13
30:14,14,16,18,19,24 31:4
32:15,22 35:2 37:25 38:3,3,25
41:2 43:23,24 44:9 54:2 62:17
62:20 67:9,9,14,14,19 68:10
69:12 78:5 88:3 92:24 93:1
98:4 100:5,11,13,19 101:8
111:24 120:14 134:3 158:12
184:12
**houses** 14:23,24 113:9 140:17
**human** 36:10 125:5

**hung** 88:17,18
**hurt** 145:18
**Hyma** 2:18 3:4,5 60:1,4 102:8,11
  102:20 155:17,19,23,25
  156:13,24 157:6 159:11,23
  161:4 162:3,15,16,18 164:9,19
  164:19,23 165:11,15 166:2,21
  166:24 167:3,7,18 168:4,18
  169:9,14,15,18 170:7,10,24
  171:25 172:1,12,17,17,21,24
  173:13,16 174:5,8 175:14,21
  176:9,13,15,16 177:9,12,16,19
  179:1,18 180:9,13,21 181:4,19
  182:5,7 198:8,22,23 200:12
  201:3,4,19,22,24 202:6,14,24
  204:21 205:6,14

**I**

**Ibeagha** 13:20 54:12 100:24
**ice** 139:15
**ID** 136:20,20
**idea** 13:3 57:21 84:4 126:8 145:2
**identification** 3:2,25 136:19
  162:16,18 198:23
**identified** 41:17 132:20 158:10
  184:4,5
**identify** 3:23 50:12,15,18 136:8
  183:11
**identities** 209:6
**identity** 131:16,16
**Ill** 1:10
**ill** 134:13
**image** 189:17 191:10,12 193:20
  193:23 198:1 202:6,7,10
  205:21
**important** 76:25 77:4
**impression** 124:23
**improve** 116:17
**improvement** 116:8
**inch** 90:2,3,10,11
**inches** 94:20
**incident** 68:1 69:12 82:14 94:7
  172:15 174:2 178:17 186:15
  188:24 206:20
**include** 162:9 164:16
**included** 162:6
**including** 116:16 125:7 156:4
**inconsistent** 169:10 197:11
  201:21
**incorrect** 116:16
**independent** 207:12
**INDEX** 2:25 3:8,12
**indicate** 165:7,16 168:14 172:9
  173:21 174:17 195:24
**indicated** 3:25 173:5 175:1
  176:12
**Indicating** 41:8
**individual** 156:10
**individuals** 156:4 164:8,10
  168:25 182:13
**industry-standard** 3:25
**inform** 61:3 150:24 207:17
**information** 69:15,16 171:17
  200:19 211:4,9
**initial** 156:24
**Initially** 156:18
**injured** 188:17
**injuries** 6:14 62:10 157:8,9,10
  157:13,17 172:13 173:2,4
  195:10 199:5 201:8 205:1
**injury** 157:14 171:13,15,15,18
  171:22,23,24,24 180:1,1,2,7
  181:2,3,3 184:16,18,21,23
  186:6,7,8 188:11,12,15,18,20
  188:22 194:7,17,21 195:15,20
  195:25 196:5,15
**inner** 174:10 175:18 177:14

**inserted** 185:18 186:15
**inside** 25:21 27:1,10 63:20
  174:23 179:12
**insomnia** 201:18
**inspected** 86:16
**institute** 7:11,14
**instructed** 114:21 116:3
**instructions** 53:22 207:11
**intend** 116:9 211:6
**intentional** 186:6
**interested** 14:25
**Internet** 8:11 15:9,10
**interpret** 82:4 110:24 114:23
  116:5,18 188:15 197:22
  206:11,12,13
**interpretation** 81:12 116:4
**interpreter** 12:5,11 18:5 19:2
  21:6 24:23 29:20 39:9 40:19
  42:24 46:14 54:10 58:11 61:5
  63:17 64:20 69:2,7 77:13 81:2
  81:11 89:15 90:7 97:10,21
  98:24 100:22,25 101:4 102:23
  103:4 110:19,23,25 112:9,14
  114:14,14,22 116:3,13 117:8
  117:19 127:9 146:10 148:25
  149:15
**interrupt** 160:1 197:6 209:12
**invaded** 144:3,22 145:2
**inverted** 175:7
**investigate** 47:13,17
**investigated** 47:16
**investigating** 106:13
**investigation** 49:11 52:15 69:24
  71:10 101:15,19 103:12
  104:15,19 105:19,20 106:2
**investigations** 104:13
**investigator** 20:11 208:2
**invoked** 200:6
**involved** 13:1 66:16 179:4
**iron** 42:13,14,15,16,20 43:1,3,5
  95:24 96:3,4,5,6,7,22,23 97:6
  97:7 98:17 158:25 159:6 169:5
  169:13 174:23 175:12 201:15
  201:16
**irons** 46:22
**irregular** 169:1,3 187:8
**irregularity** 169:7
**island** 108:7,15,23,25 109:2,8,18
  109:23,24 110:3,7,13,16,17
  111:4,10,12,15 112:2 118:12
  118:15 153:5 159:7
**issue** 99:17 208:1
**issues** 5:25
**i.e** 4:1

**J**

**jackets** 38:10
**jail** 57:17,23,25 51:1,10,10 54:4
  124:13
**January** 147:17,18,19 148:2
  156:8,11 163:7 185:23 189:15
  197:12 201:25
**jeep** 24:1,1,3,8,10 56:6
**JFK** 138:23,24,25
**job** 9:10,16,18,19,21 144:8
**Joe** 47:17
**JOHN** 2:2
**john_wylie@fd.org** 2:6
**join** 8:24
**joining** 36:16
**Joseph's** 189:14 194:4
**JR** 1:8,9
**Judge** 1:14 121:21 147:5 151:15
  208:13 209:24
**July** 157:21 183:9
**juror** 5:3,6
**jurors** 11:2 118:3 209:22

**jury** 5:6,18,19,21 27:16 59:21
  60:6,7 114:9 118:6 181:23,24
  181:25 207:15 211:25
**justice** 1:22 21:5,8,10,11 64:13
  64:17 147:20
**justify** 140:24
**Jusu** 156:4

**K**

**Kakata** 7:17
**Kamara** 2:14 5:11 6:2,3,7,9,23
  7:10 12:3 13:19 18:17 20:15
  22:12 23:6 24:4 41:1,17 48:7
  51:9 54:22 56:25 60:10,23
  64:8 65:1 76:17 77:3 81:6
  99:12 101:2 118:11 122:3
  126:12 128:19 139:4 140:10
  141:16 147:8 150:12 151:19
  152:9,22 156:12,14,18,20,22
  156:24,25 157:2,3,7,15,17,19
  157:21 158:14,15,17,20,24
  159:11,17,24 161:3,8 162:4
  163:6,25 164:24 170:17 173:6
  173:25 175:12 178:8,20
  179:18 181:7,15 182:25
  183:20 184:16 185:20 189:7
  189:14,21 191:15 193:15
  194:11,18 195:9,17,19 196:3
  196:10,13 197:11,15,19,21
  199:1,5 201:5,7,8,10 202:9,12
  204:22 207:20
**Kamara's** 158:18 159:20 161:13
  163:9 164:13 165:3,19,22
  166:8,11 167:19 168:9 169:10
  169:19,20 170:24 171:17
  172:10,13 173:18 174:1,14,21
  174:23 175:1 177:2,15,23
  178:2,5 179:2,17,19 180:10,25
  191:13 197:19 201:20 202:19
  203:24 205:1,4,8 206:21
**KAREN** 1:17
  karen.rochlin@usdoj.gov 1:20
**keep** 80:20 91:6 92:17 140:12
  161:11 209:20 211:11,25
**Kentucky** 7:21 79:7
**kept** 18:4,7 22:11 69:18,23,25
  75:23 92:20 104:25 105:2,2
  136:23 200:15
**key** 22:7
**kick** 40:4,12
**kicked** 37:3 40:3,10,13
**kicking** 37:5,6,8 39:25
**kid** 121:8 129:24
**kids** 60:16
**kill** 45:4 124:21
**killed** 82:20,21,24
**kind** 31:20 56:4 66:16 71:9 96:5
  111:16 123:10 142:22 171:14
  175:7 178:23 180:6 187:2,16
  188:2 192:3 206:22
**KL** 46:4
**Klay** 45:10,11,13,15 48:2,5,19
  48:21,22,24 100:9,14 101:8,11
  101:13,14,16,20 102:25 103:8
  106:23 107:5,7,15 152:2 153:2
  159:3 186:9,9
**knee** 42:22 43:15 173:17,19,22
**kneel** 43:16
**knew** 12:24,24 13:16 19:13 22:7
  28:6 34:20 42:14 45:19 50:23
  50:25 51:21 56:9 106:24
  111:22 119:15,22,24 127:10
  127:18 128:1,20 132:3 133:1
  134:5 137:20,21 142:1,7
  143:15 144:3 145:20,21,25
  149:20 183:19
**know** 5:13 16:5 18:10 19:23 23:8

24:15,16 26:15 27:22,23,24
  28:6,9,13,14,15 33:22 34:10
  34:18,21,21 39:6,20 41:1,22
  42:13 45:11,12,12,15,19,24
  47:10 49:14 50:8 51:1,3,16,17
  51:20 52:3,17,19,21,21 53:3,7
  53:14 54:6 56:9 57:15 58:3
  60:15 69:19 74:12 76:16,19
  78:18 80:23 82:11,11,15,21
  83:10 84:6,12 85:1,9,16,19,20
  85:21,23,25 86:1 91:1,13 87:7
  87:8,10,25 88:1 90:3,11 91:7,9
  91:12,15,20 92:2,19 93:4,8,24
  96:5 99:5,19 102:10 105:1,3
  105:16,21 106:3 107:2 108:1,6
  108:14 109:25 110:3,10,12
  111:22 112:25 113:1 114:23,13
  116:2 117:2,12 118:24 120:3,4
  122:9,18 124:10 125:4,4,11
  126:17,24 127:7 128:7,16,21
  129:9 130:6 132:16,25 136:3
  136:24 138:3,7 139:3,10,14
  141:24 142:6 143:8,19 144:1,5
  145:14 146:4 147:22 148:5,6
  148:12 149:1,14,23 150:4
  151:3 153:9 154:1 158:7 161:8
  162:22 183:21,24 185:16
  187:17 190:13,14 191:15,25
  192:3 194:10,11,15,22,23
  195:13 206:10,17 208:9,10,16
  208:17,20 210:8,8,23 211:1
**knowledge** 202:7
**known** 137:2 150:20 209:7
**knows** 116:13 208:18
**Kollie** 68:14 107:3
**Koroma** 50:21 118:25
**Kpadeh** 156:4
**K-a-m-a-r-a** 6:8

**L**

**lacks** 179:10
**ladies** 5:23 59:19 114:7 181:21
  207:9
**lady** 139:21
**lake** 111:3 153:4,7,8,10,13
**land** 56:6,15 103:15 108:23
  109:6,8,23,24 110:1,7,17
  159:8
**landed** 108:17 109:12
**language** 117:9,11
**large** 165:15
**larger** 168:2
**lasted** 161:18
**late** 53:19 120:9,9 144:22
**laughed** 34:23 35:5 39:8
**laughing** 40:16
**lawyer** 64:2 69:5 121:18,20
  125:12,13,13
**lawyer's** 121:21
**lay** 31:9 32:7 62:21 94:13,13
  158:15
**layer** 187:15
**laying** 32:23 33:13 88:14 191:16
  191:18
**laymen's** 190:23
**leader** 184:3,5,8
**leading** 10:6 11:5
**learned** 127:12,20
**leased** 14:25
**leasing** 14:25
**leave** 19:11 30:19 37:17 50:5,10
  53:21 57:23 58:23 59:3,5,8
  71:24 74:5,6 89:20 125:23
  128:5 136:22 137:1,3 207:25
**leaves** 59:21 114:9 181:23
  207:15
**leaving** 18:23 55:2 58:16,17

60:25 101:7 136:25 142:12
151:3
**led** 44:15 123:17 199:4
**left** 18:25 29:15,19 30:8 31:2,6
32:17,23 41:20,22,24 42:21,22
45:1 57:9 60:1,16,18 64:21
71:24 73:9,11 80:9,12 88:7
89:13,16,17 92:3 96:14,19
100:10,13,18,22 104:7,9 106:8
109:14 118:11 121:6 122:13
126:21 146:3 148:13 152:18
165:8 166:6,7,16 168:8,9,15
173:17,19 175:5,18 177:14,15
179:8,15
**leg** 6:15,18,19 172:6,10
**legs** 65:15
**length** 194:9
**lengthy** 211:24
**Leone** 107:14 108:5,11,13
109:21
**letter** 193:11 196:1,9 197:3
**letterhead** 193:12
**Let's** 5:18 114:5 118:5 191:1
**Liberia** 6:24 7:2,18 8:3,5,6,8,10
8:13,25 9:2 12:20,21 13:18,25
14:4 16:1,14 20:16 31:19 49:5
54:5 55:8,10 57:9,23 58:23
63:23 64:14 65:1,6,9,13,17
66:15 68:7,13 77:6,6 84:4
85:11 89:7 113:11 121:23
122:9 123:11,25 125:23 126:3
126:4,8,11 135:18 140:9,19,20
141:6,7,21 142:3,6,10,11,12
143:10,12,14,15,17 144:3,4,7
144:10,23 145:3 148:13
152:15,24 154:6,17 196:1,14
201:13 208:4
**Liberian** 18:2 54:15 124:1,20
157:24 158:5 183:8
**lie** 31:9 185:2
**lied** 31:14
**life** 27:5 54:6 55:11 57:24,24
65:20 74:24 81:9 88:2 149:2
149:21,21 151:13 154:7,8
157:11
**light** 31:15,19,21,23 32:3,15 33:8
33:15 62:19,23 88:11,13,16,17
88:17,18,19 89:16,18 90:19
91:1,5,13,16,18,24 92:4,6 94:8
94:10,17,20 105:10,10 158:13
184:14 185:1 205:3
**lightbulb** 31:16,18 32:10
**lighting** 45:25 175:19 176:6,7,8
**lights** 89:14,25
**line** 3:3,3 144:12 170:2
**lines** 166:16,18
**link** 187:23
**listed** 192:21
**listen** 135:11 145:4
**little** 8:13 11:4 14:11 24:4 44:20
44:22 53:11 61:7 64:21 75:21
84:16 108:12 110:20 111:14
116:9 166:25 206:7
**live** 7:18,20,21 8:1,18,19 14:6
40:24 57:14,17 58:21 59:6
126:2,7 134:19 137:22 146:23
**lived** 7:22 14:7,9 145:9 155:11
159:8
**lives** 8:8 30:14 79:7 83:25
**living** 14:23 16:14 27:8 120:22
121:5 126:6 182:10,12,17
**lobby** 60:20 136:6,7
**locate** 106:12
**located** 14:11 21:3,4
**location** 14:14 21:10 72:3
**locations** 15:10,12,13
**lodged** 188:4
**Lofa** 6:24 7:2,4 8:20 20:17

**long** 7:22 26:17,19 33:8 45:2
47:5 53:11 59:14 62:19 70:14
73:16,17 91:5,15,16,24,25
92:17 94:10 107:5 111:12,13
130:9 134:22 136:3 138:17
151:21,23 153:24,25 154:13
161:15,17 188:24 210:10
**longer** 5:25 116:2
**look** 36:2 77:6 88:13 125:11,25
126:22 127:5 162:21 165:20
178:8 191:18,19 192:6 195:18
198:1 206:3,14
**looked** 28:22 131:12 188:21,24
189:2,5
**looking** 11:3 19:3 30:6 73:25
103:21 170:4 194:11,18
**looks** 193:20
**loses** 190:25
**lost** 5:19,24 43:6 191:5
**lot** 9:25 29:24 31:22 45:7,9 46:24
62:12 81:15 82:17 103:10
111:11,19 131:11 134:13
139:16 141:15 143:12 154:3
191:5
**lots** 45:20
**loud** 119:21
**Louisville** 7:21
**low** 179:7
**lower** 180:19
**lunch** 60:2 114:6,8
**lunchbreak** 212:4
**Luncheon** 115:3
**LURD** 143:24 144:3,22 145:2,12
145:14 146:3,25
**lying** 25:2 37:18,20 82:22 91:1
92:4,6 102:25 194:12 195:17
202:12 206:1

## M

**M** 1:8,13 49:12
**Mabutu** 50:21 118:25
**Maggots** 46:24
**magnification** 166:7
**main** 76:2
**major** 54:14 147:24
**making** 10:1 211:15
**male** 179:9 180:20 196:13 206:7
**mal-treat** 89:8
**Mamba** 55:17,19
**man** 36:3,15 39:13 52:17 65:25
74:10 76:25 77:4,17,20 83:23
89:5 101:13,22,24 102:14
117:2 119:8 128:19 143:11
145:10 156:12 158:11 187:18
193:9 197:17 206:1,10
**managed** 24:5 55:16 125:13
126:17 134:16
**Manchester** 61:24,25 62:2,9
138:21 140:4,6,7 141:18 162:7
**Mandingo** 20:17
**mansion** 24:1 53:23,24 54:3
121:10,12,17 123:21 124:8,9,9
125:14
**map** 152:6,9,12,24,25 153:7,10
153:11,16
**March** 204:16
**mark** 34:2 35:11 102:22 103:17
104:7 153:13 167:12 177:4
**marked** 3:1 162:15,18 198:22,23
201:3 202:6
**market** 131:12
**marks** 63:15 89:20 165:5 166:11
167:15 168:12 169:20 172:7,9
172:24 173:18 174:13 177:8
177:15 186:18
**maroon** 174:12 176:3
**married** 14:16

**Marshals** 211:2
**Mary** 49:12
**Maryland** 119:11,12
**matter** 156:8 213:3
**matters** 207:19
**MBI** 49:12,18 118:22 119:6,14
120:3,22,23
**McARTHUR** 1:9
**mean** 8:17 25:6 36:25 40:14
42:16 43:10 47:15 48:10 49:11
108:13 116:24 146:7 148:8,21
188:15 190:11,22 191:18
196:23 204:7
**meaning** 66:17,19 89:9 116:21
117:2,7 190:25 191:6
**meaningless** 190:12
**means** 89:7 97:21 116:14 117:13
190:13,15,19,23 191:1,3,25
192:2 194:15,22,23,25 196:24
197:1 203:10 204:9,18 206:13
**meant** 116:25 151:5 190:20
191:7 195:1
**measured** 168:1
**medical** 65:12 102:11 159:24
162:4,6,7,9 178:12 189:8
190:12,16,17,25 191:4 195:12
195:23 197:21 198:8,25
200:10 204:16,23 205:7,13
**medicine** 65:17 190:24
**MEDINA** 2:8 213:5
**meet** 57:25 126:11,14 127:11,17
131:25 132:16 133:15 156:8
**meeting** 156:24
**member** 5:6 121:19
**members** 5:20,24 8:3,5
**men** 19:22 23:18,21,23 24:11,12
25:10,15 29:24 30:1,3,5,22,22
31:1 32:5 36:16 37:8 38:7,8,15
44:2,15 47:11 49:23 50:1,6
51:11 73:23 74:17,18 79:25
82:17 83:6,12 84:10 87:13,16
95:9,20 103:19,20 104:16
108:1 109:13 110:9 111:10,11
111:11,18,20,21 112:1,3
113:20,24 136:6,17 137:8
158:3
**mention** 84:21 122:24,25
**mentioned** 16:24 23:1 29:4 47:1
51:17
**mentioning** 153:4
**menus** 167:13
**message** 54:15,17,23
**met** 29:6 51:5 52:2 60:22 72:22
106:7 126:16 133:13,16 137:8
137:9,9 156:10,13
**Miami** 1:2,6,19 2:4,9,9 79:5
102:12 161:11 213:6,7
**Miami-Dade** 156:16
**Michael** 125:8
**microphone** 114:17
**middle** 70:14 84:7 155:10
**midst** 120:18
**mid-section** 165:4
**Miguel** 2:3 146:10
miguel_caridad@fd.org 2:5
**mildly** 196:24
**military** 19:19
**mind** 45:3
**Minister's** 68:13
**Ministry** 19:3
**minute** 83:12 91:8,15 116:11
117:25
**minutes** 59:20 91:10,11,12,20
91:20,20 212:15
**missed** 84:25
**missing** 5:2
**mistreated** 146:18
**mixed** 19:18

**Mojama** 57:4
**moment** 5:7 19:16 25:2,11 28:17
49:24 52:15 63:21 83:4 84:5
94:12 97:8 110:22 147:6
151:14 181:17 209:12
**moments** 50:2 104:13
**Momoh** 56:4
**Monday** 122:11 208:20
**money** 144:15,19 211:5
**monitor** 143:19
**monitoring** 144:24 147:2,4
**Monrovia** 7:5,7,8,16 8:19 12:18
13:2,12,14 14:7,9,11,12 15:15
26:3 49:7,9,14,15,16 53:1,12
55:21 76:8 100:20 101:9
118:20,21 124:20 143:25
144:23 145:3,7,13,24 146:18
146:19 155:6 159:9
**month** 17:5 22:6 23:1,3,4 53:7
64:5 112:22 153:25
**months** 15:25 53:14,15 63:22
65:5 151:24 202:11 208:5
**mood** 36:4
**morning** 5:1,23 33:11 37:23 50:8
70:24 92:5,21 126:21 127:11
127:17 139:20 158:16 207:11
211:20
**mother** 7:6 43:10 77:25
**mother's** 20:8 76:12 78:10
**motion** 104:10,17
**motions** 104:2
**Mount** 9:2,15,16 107:9 108:8
108:12,12,13,16 109:20
118:12,18 153:1
**mouth** 6:17 64:21 100:22
**move** 7:4 31:24 43:3,4 64:20
82:23 100:21 175:21 212:12
**moved** 121:5 207:6 210:23
211:2
**moves** 163:13
**moving** 144:23 209:10
**Mulbah** 2:14 6:1,3,7 12:24 20:4
20:5,7,12,18 50:13,17 56:25
72:15 76:6 156:12,13 199:1
201:5,7
**multiple** 173:22,22
**Muslim** 23:6,9
**M-u-l-b-a-h** 6:7

## N

**naked** 31:6,12,13 88:5 158:12
184:15,25
**name** 6:6,7,7 9:11,13,15 13:16
20:7,7,8,13,13 21:14 23:3
50:13 51:5,7,17 52:17 54:19
56:25 57:3,5,7 68:13 69:6
76:11,12,12 77:24,25,25 78:1
78:1,10,10,10 107:1 121:20,21
122:2,3,24,25 123:8 124:3
125:2 131:18 133:23,24 139:2
149:7,7 153:7,9 156:10
**named** 118:25 156:12 158:11
**names** 20:10 27:25 69:8,8 153:9
209:3 210:20
**Naples** 33:18,20 38:18 46:6
152:5,7,17,18,20 153:17,18
**national** 49:11,12,12 51:24 76:1
122:16
**nature** 180:7
**NBI** 49:10,11
**near** 32:10 34:2 38:25 107:13
108:11
**necessarily** 202:15
**need** 61:7 64:13,17 81:6 98:21
116:8,8 125:25 150:13 161:2
207:17,24 208:13 209:20
210:9,10,22,22

221

needed 10:2 12:13 18:8 59:8
69:16 126:3 134:6 149:2,9
150:3,6,7,8
needs 11:5 81:4 100:21 114:21
117:23
neighbor 72:13
neighborhood 117:15
neither 137:20
nervous 180:3
never 8:23 25:22,25 27:3,4 29:7
29:7 30:17 58:24 59:2 66:15
66:17,18,19 68:16 72:2 81:24
86:22 93:23 106:13 137:8
142:11 145:15 146:5 191:7
new 15:7,8 62:2,14 63:10 106:9
106:11 141:18 162:7,10
189:14 207:18
newspaper 29:9 125:2
newspapers 87:3
nicely 34:14 93:15,16 94:1,5
nicer 116:5
nick 83:15
nickname 12:22
night 17:3,7,8 26:10,13,14,15,22
29:6 35:21 36:7,22 41:25
42:10 43:17,19,25 45:19 47:12
47:17,18 49:17 64:16 67:5,10
84:7,8,9 96:15,21 105:9
158:16 161:10,11 185:2
Nimba 56:12,16 131:1,2,4,5
nonspecific 171:21
nontrial 208:19
normal 180:19 196:25
normally 206:7
North 2:9 213:6
northern 7:2
Nota 121:21,21
note 161:9 193:6 194:17 198:19
202:1
notes 182:21,25 183:3 195:2
197:24 202:17
notice 5:24 206:2,3
noticed 186:18 188:7
NPC 144:9 154:20
NPFL 144:9,12 145:1 154:20
null 123:7
number 61:9 113:22 152:6
162:16 164:3,5,12,14 166:2,9
166:21 168:4 170:7,15 172:1
172:17,17 175:21 176:10,13
176:16 177:12,18 180:13
198:22 201:22,24 202:14
208:3
numbers 113:17 137:23 164:10
171:8 210:11,15
Nzerekore 133:16
N.E 1:19
N.W 1:23

―――――――――― O ――――――――――

object 164:1 179:25,25 193:22
200:3
objection 10:6 16:2 47:21,22
64:9 163:15 190:3 197:7 200:5
200:20 203:3 205:9 209:2
observation 170:18 201:21
observations 159:17 202:18
observe 174:25 179:16
observed 165:16 174:17 180:25
194:14 197:12
observing 194:13
obvious 82:24
occasion 68:10
occasions 47:16 55:5 81:19
occur 151:6 195:19,21
occurred 161:2 186:8
occurring 196:1

occurs 204:11
OCTOBER 1:7
offer 200:2
offered 141:11
office 1:18 2:3 22:8 27:14,14,17
28:2,3 53:25 58:11,12,13
126:11,12,22,23,24 127:7,11
127:17,21 128:1,3,8 134:12,15
134:22 182:18 183:15
officer 69:15 74:1,10 118:4
133:25 134:14
offices 149:1
official 2:8 63:25 213:6
oh 50:14,16 99:7 143:17
okay 34:14,16 73:8 85:6 94:2
123:13 132:12 137:19 138:6
192:14,19 193:18 212:6
old 24:13,16 36:15 187:21 194:7
194:16,21 195:15
older 36:8
oldest 140:21
once 19:25 20:21 24:18 25:10,14
27:10 28:2,25 30:18 36:24
39:2,22 40:4 42:19 44:13,24
45:16 49:9,13,18 52:13 54:4
55:23 56:19 57:9 60:2 62:7
89:9 94:25 121:15 128:14
150:2 184:15 210:16
ones 32:8 146:22
one-sided 182:11
open 3:15,17,19,21 12:1 15:3,5,7
15:10 91:6 92:10,11,14,15,16
92:18 94:13 95:1,2 118:1
145:7 162:1 201:1
opened 15:8 92:16 95:1
operation 89:22,24,24
opinion 157:16 169:9 171:4,12
175:11 178:23 181:14 187:4
187:25 202:18,20 206:21
opinions 168:17,21 171:9 175:9
178:4 180:24 199:4
opportunity 47:12 69:8 159:23
162:3
opposed 179:7,15
opposite 6:14
order 18:10 55:9 88:22 92:3
116:15 158:24 209:20
ordered 95:20 96:3 103:21
orders 25:9
organization 58:6
orientation 165:1 168:10 176:2
origin 168:18 178:19 202:7
outdoor 31:20
outer 172:5 187:15
outline 165:24 167:1,3
outside 14:12 23:17,20 31:21
124:12 125:4,11 139:15
172:10 173:11 203:24
oval 170:3
Overruled 16:3 47:24 64:10
190:5 193:24 203:7 205:10
overrun 146:3
overrunning 143:24
overthrow 78:2
overused 191:5
owned 142:4

―――――――――― P ――――――――――

page 2:13 3:3,3,9,13 198:25
202:24
pain 32:12,13 40:25 43:18
134:13 204:14
painful 32:10,11,13 35:16 40:17
64:17 193:4,5 196:16,17
pajamas 26:24
pajama-like 26:23
pants 19:8 26:25 74:2,11,14

paper 61:15,16,17 78:15,16,18
78:19,20,22 82:11 148:18
papers 20:24 78:14 125:13
paperwork 139:5 147:22,23
148:5,6,6 150:1
parents 78:1
parked 38:21 68:23 72:19
139:11,24
Parker 55:5,7,9,13,15 56:2,7,11
57:15 125:16,18 128:23
129:12,14 130:23
Parker's 129:16 132:1
part 9:1 12:25 16:6,8,9,10,11,13
19:1 33:1,6 36:11,12,17,18,18
40:11,19 51:7,25 53:19,19,20
63:5,13 77:13 123:4,5 172:5
185:22 207:4
participate 181:10
particular 70:2,19 72:10 178:24
203:19 209:19
parties 5:2
parts 36:19 40:8 63:2 159:14
177:23 186:14
pass 132:19
passed 68:1 132:19,21
passenger 130:16,21 134:5
patient 194:9 201:13 206:14
patients 206:18
pattern 187:11
Paul 20:4,5,7,12,18 76:6
pause 12:4 82:4 98:21 114:5
pauses 114:16
paved 48:11
pay 10:3 144:13,16,17
peaceful 8:14
peanut 112:13,14
pee 44:13
peed 46:24
peek 112:15
penis 35:23 40:14 42:25,25
63:15 154:9,9
Pennsylvania 1:23
peno 112:7,8,11,12
people 8:12 10:2,3 14:25 18:7,20
18:21 19:18 25:2,3 27:20,21
27:24 32:4 36:10 39:18 42:3
43:4 45:24 47:1,2,3 50:23,25
54:15,16,23,25 58:4 71:4 73:9
75:20 76:19 77:2 79:24 81:14
81:15 82:16,19,20,21,24 96:4
97:18,19,21,22 102:3,3 105:12
107:25 112:12 117:14 119:14
119:15,17 120:19 123:3,4,5,23
124:2,20,21,22,24,25 125:5,6
125:7 131:12,13 132:19,19
135:2 136:23 141:5 142:19
144:15 146:21 151:2 155:3
197:16 210:21,23
percent 117:6
perforation 171:18,20
perform 159:12
period 12:25 68:3
perirectal 203:16
permanent 147:16,20 148:3
149:18 157:8,14 180:5 181:1
person 20:23 22:6 23:15 36:8
50:9 51:23 77:11,11 79:22
102:8 105:24,25 106:9,25
107:1 122:12 139:3,3,7,8
182:11,12,17
personally 15:25 16:21 64:3
124:18
persons 37:9 51:1 83:7 106:12
108:2,4 125:7
ph 122:3
phone 8:12 197:16
photo 61:16 131:17 172:25
photograph 163:22 164:1,6,14

164:17,23,24 165:1,4,11,15
166:4,6,9,24 167:10,21 168:7
168:11 169:18 170:10,15,19
172:4,5,7,22 173:5 174:11,15
175:3,6,17,18,20,25 176:4,6,7
176:20,22,23,24 177:1,14
180:17,18 181:6 202:10
photographed 159:18 166:9
photographer 157:3 159:22
163:6 164:16
photographs 159:20 163:2,4,5,7
164:15 167:19 180:9 181:4,8
181:11,13
photography 167:23
phrase 116:24
physical 154:2 157:14 208:25
physically 33:12 47:20 121:12
physician 182:19 193:7
pick 13:20 129:9,13 197:16
picture 32:19,21 33:22,24 46:10
46:17 189:21 206:8
piece 34:6 61:15 109:24 110:7
110:17 203:12
pigmentation 169:8 175:3,8
Piso 110:23,23 111:3 153:9,10
pit 159:5
pitch 46:1
place 17:23 26:20 27:14 39:1
44:16,17 45:1 46:11,11 51:15
52:4 59:6,8 61:1 103:25 105:5
109:10 112:16 113:5 118:22
126:7 127:13 132:20,20
134:19 135:11,17,18 146:23
159:2,3 186:9
placed 49:13,18 184:25
places 6:19 113:8,9,10
Plaintiff 1:5
plan 125:23
plane 138:24 139:1 161:4
planning 78:2 141:9
plans 55:2,9 57:13,19,21 58:16
58:17
please 5:1,22 6:6 41:16 59:20
60:6,8 81:6 91:17 97:8 98:21
98:23 99:2,12,16 114:7 115:4
118:7,8 125:25 151:14 152:6
157:19 160:2 165:7 166:14
168:14,21 172:24 174:17,20
177:4 178:1 181:22 182:1
189:18 199:8 203:9 207:11
pockets 38:10
point 7:4 8:21 11:7 12:10 18:18
20:19 24:14 26:22 29:10 30:19
31:7,10,11 34:8,17,24 35:9,24
37:8 40:2 43:9 49:25 51:10
55:17,19 57:13 58:16,22 59:3
59:17 74:8 75:4 81:11 114:6
128:25 132:23 188:16 193:19
193:22 207:10
pointing 116:20
police 17:4,11,12,13,13,17 18:3
18:12,14,23,25 19:7,20,25
20:2,3,4,21 21:2,3,23,24 26:16
26:18 66:25 67:4,6,7,11,12,16
67:19,21,23,25 68:15 69:11,15
69:16,23 70:3,10 71:1,3,6,10
71:17,23,24,25 72:25 73:3,5
73:10,12 74:1,9,9,10,19 75:5
75:24,25 76:1,1,2,4,8 77:1,10
77:11 79:9,13 80:2,10,12,15
84:17 85:8 107:4 114:2 158:2
policeman 74:13 77:8
political 58:4,5,7,8 133:21
poor 116:17,17 201:17
popped 103:2
popular 13:16
port 51:22,24
portion 165:15,17

position 13:8,10 158:16 185:2
191:22 203:16 208:9
possible 145:21 195:22,22
possibly 187:15
post-testimonial 211:17
power 15:24
practice 182:7
pregnant 101:13,22 102:1,15
prepare 148:11
presence 12:18
present 12:19 48:18 156:19,20
156:21 157:2,4
presently 140:23
preserve 66:6
president 13:11 14:4,5 27:3,12
27:13,16 28:3,5,10,16,25 54:8
54:13 83:25 84:2,4,9,12 85:10
85:16 86:3,5 122:13,15 123:10
123:17,24 124:17,19,23 125:9
158:5 183:18,19,23,24
President's 25:20 28:2,3 29:5,21
30:13,14 53:25 158:6,10
183:14,20 184:8
presses 42:16
pressing 42:13,14,15,16,20 97:6
97:7
presumably 84:9
previous 167:19 170:15 175:20
176:7 197:4
previously 32:18 155:25 164:9
167:1 176:12
prior 16:13,20,21 25:21,23 58:22
156:3
prison 20:25 21:1,2,23,25 22:7,8
23:14,16,16 49:20 50:11 51:6
51:18 52:6,14,23 53:1,12,13
53:21 54:21 122:20,22 123:2
123:20,21,22 124:4,4,11,12
prisoner 104:4 113:1
prisoners 50:11 108:3,21 111:19
113:2
problem 66:22 145:10 148:10
204:13 210:25
problems 16:8,11,14,16,20
22:18 31:25 58:9 62:18 144:8
144:11,11 154:9,10 178:14
205:11 209:21
proceed 5:5,15 116:9 118:5
167:7 208:22
proceeding 209:22
proceedings 1:13 3:15,17,19,21
11:1 12:1 116:1 118:1 161:1
162:1 200:1 201:1 213:3
process 23:12 103:6 173:3
produce 171:18,20
professional 197:17
progress 69:23 211:15
projectile 171:19
projects 9:25 10:4
prolapsed 202:25 203:2,10,13
203:15,17,20 204:6,8,18
prone 202:12
pronunciation 117:4
property 75:2
propose 209:9
prosecution 32:19 84:20
prosecutor 102:17
protect 145:22
protecting 125:6
protested 66:18
provided 178:21
provides 188:2
public 2:3 68:14 209:7
publication 164:19 200:7
publish 163:17 180:12
published 125:2
pull 75:23 105:17 179:14
pulled 105:18

punish 37:2 89:8
punishing 36:25 90:18
punishment 37:3
purpose 157:6 165:1 167:18
purposes 60:1 200:10 207:19
pursuant 200:12
pursue 142:22
pushed 49:20
pushing 75:23
put 19:23 21:17,23 23:25 25:16
26:18,24 29:17,22,25 30:1
31:23 32:10,16,24 33:3 34:2
35:7,10,12,22,23 38:17,20
42:21,22,22,25 43:5,25 44:3
44:24,24,45 45:18,21 50:2 56:3,4
56:7 58:5 59:11 62:23 63:20
83:13,14 87:13 89:16 91:1,5
94:7,8,10 96:13,22,23 97:7
98:17 100:10,12 101:16 104:1
105:4 107:17,19 111:4 114:11
114:17 124:23 128:12,14
131:14 133:21,25 135:24
136:2,3 138:24 139:15 140:22
145:8 153:13 157:25 158:12
158:21 159:5 166:16,18 183:3
184:14 185:20 190:1,7 205:21
208:10 209:16,18 211:12
putting 21:25 33:14 44:1 201:16
p.m 114:9 115:3 118:6 151:17
155:21 162:19 181:23,25
182:3 198:6 205:24 207:8,15

Q

quality 65:17
question 24:7 34:19 50:3 59:25
77:3,21 86:24 93:7,23 99:14
99:21,22 101:6 106:2,21
110:16 117:18,23 124:24
127:20 144:21 149:10 157:10
questioned 48:1
questioning 101:19
questions 20:12,14 47:19 48:23
64:18 66:8,10,12 81:9 86:5
104:23 105:2 149:3 150:17
153:22 154:19 155:14 182:18
182:20 205:1,3,18
quick 59:25
quickly 161:14
quite 57:4 169:2,6 204:1 209:4

R

R 213:1
radio 25:11,12,14 83:4,6,7,8,9
83:16,18,19,22 122:16,16
124:1
raised 169:2,6 170:1,3
Ramadan 23:5
ran 74:1
ransack 68:10
ransacked 16:17,25 17:18 35:2
35:2 67:9,12,14,19 68:4
raped 140:22 146:16
rarely 191:7
rate 209:11
reach 171:12,16 175:9 178:4,23
181:15
reached 157:16 168:22
reactivate 140:18
read 32:1 78:16,17,24 148:11,18
148:19,22,23 152:11 197:3
201:12
reading 194:2 207:12
ready 5:15 39:4 42:6 59:24 93:6
93:10 95:12 96:24 97:2,5,12
99:4,24 162:22
real 111:17 170:1
realized 100:9 109:18

really 145:4,5 170:4 187:25
190:12,15,25 191:5 192:2
194:15,24 206:8
realtime 1:25 11:3
rearrested 123:15
reason 20:18,20 77:20 102:2,21
105:14 164:13 196:3
rebel 86:19,20,20
rebels 78:8
recall 17:6 53:5,5,6 68:18 122:14
122:18 133:24 155:9,12,17
156:10,19,21 161:3,13 192:4
192:21 202:25 204:25
recalled 161:19
receive 62:10 65:6 192:5 195:19
195:24
received 3:1 62:12,13 94:21
186:10 188:11 195:20 208:2
211:9
receiving 63:4,5
recess 59:17,22,23 114:6 115:3
181:22
rechanneled 117:5
recognize 26:6 27:21 29:8 32:19
41:3 46:8 47:3 152:12 162:22
162:25 163:22 175:25
recollection 201:17
record 6:6,9 41:16,18 69:7
159:17 163:1 167:3 182:23
190:10 191:17 192:1 193:11
194:6 195:12 197:22,22
198:11,11 200:2,9,12,15 201:3
201:4,10,12,19 204:16 207:4
211:12
recorded 159:18 190:8 194:5
records 159:24 162:4,6,9 178:12
178:15 189:8,13 190:12,17,25
191:4 194:6,6 195:12,24
197:10 198:8,25 200:7 204:22
205:6,12,13
recover 141:22
RECROSS 205:23
Recross-Examination 2:22
rectal 178:8 203:21 204:6,19
rectangle 177:10
rectum 154:10 158:21,22 177:24
178:2,5,9,11 185:18,21 186:15
186:17 187:22 188:5 203:14
203:22,24,25 204:2,3,12,20
206:21
red 33:1,3 34:2
redacted 7:1
redirect 2:17,21 60:3 151:16
198:5
redundant 203:12 204:1,1
refer 201:4 204:5
reference 167:11,20 176:5
205:11
references 205:8
referencing 16:24
referred 158:4 192:20,23,25
193:4,9,10,15 202:25
referring 68:11 90:11 103:4
171:7 189:24 195:2 196:10
197:4
refers 203:16
reflect 41:16 167:24 201:10
reflected 201:22,23
reflects 41:18
reflex 179:10,11,12,12,15,16
206:4
reflexes 180:3
refused 20:24 78:19
refute 206:24
regard 208:8
regarding 157:10 171:13 186:20
207:13
register 148:2 149:18

regular 200:15
rejoicing 87:19
relate 58:14
related 122:4 172:14 173:25
174:20,22 178:17,17 183:13
relating 157:16
relation 122:6 171:2
relative 179:18
relatives 137:21 141:4
release 53:13 123:24 124:7
125:9,10
released 52:22,25 53:3,4,5,6,18
54:4,9,24,25 120:10,12,20,22
120:23 121:9 123:20 124:6,7
124:10,14,14,15,18
releasing 123:20
Relevance 162:4 64:9
relevant 157:16,20 170:18,21
171:2,4,5 172:13 173:5,9,25
174:1,2 179:24 181:14
relied 190:4
relies 200:8
relieve 44:11
remember 14:3 17:2,5 57:3,4
64:4,7 67:4,15 70:6,12 69:8 82:1
84:20 100:17 102:11 111:5,13
123:1 128:17 132:5 133:23
134:23,24 138:18 148:4 149:3
149:5 153:21 155:9,10 157:22
157:23 207:11
remote 187:21
removed 164:24
rent 69:3 140:17
repeat 11:5 12:5 40:22 54:12
81:4,6 111:1 148:25 150:6
repeated 97:2
repigmentation 187:9
report 17:11,12,24 53:23 67:21
69:11,13 75:1 121:10 123:21
124:8,8 144:20 159:18 183:3,5
183:5 184:16 190:1,7 192:5,11
193:21 194:2,3 197:13,14
202:24 203:16 204:5
reported 2:7 16:18 17:3,10
66:25 67:2,4,6,7,11,12,15,23
67:25 68:15 75:5 122:10,11,12
reporter 2:8 82:3 117:21 213:6
Reporter's 2:23
reporting 67:18 122:10
represent 181:5
representative 55:7 59:7 106:9
106:11 121:18
request 64:20
requested 42:13 44:13
required 144:8
reserve 212:2
residence 25:20 29:21 67:25
126:16 147:20 148:9 149:18
158:4,7 183:17,18,20
residency 147:8,13,16 150:5
151:12
resident 148:3,7
resolution 68:16 70:23
resolved 18:11
respect 164:8 171:6,9 178:24
180:25 181:4 199:5 201:11
202:18
responded 50:14
response 19:12 20:9 22:20 28:8
34:11,22 39:7 40:20 42:7
50:10
responsibilities 12:8
responsibility 12:12 51:25
responsible 9:24 10:1,3 36:9
137:4,6 183:12
rest 17:21 46:22 141:7 211:23
restart 153:20 154:5,16
restaurant 9:15

result 70:24 157:9 189:10
191:20,22 194:7 196:5
results 194:17
Resume 3:15,17,19,21
retention 201:15
retract 179:13
return 161:9 207:10
returned 33:15,16 136:5 198:19
returns 5:21 60:7 118:6 181:25
reunite 132:13
review 159:23 162:3 178:12
189:13
reviewed 189:7 198:11,25
204:17,22 205:7,12
ride 72:3,13,22
riding 118:17
rifle 159:1 179:22,25 181:2
185:25 188:17
right 5:12 6:18 12:6,7 13:22,23
17:15 19:14 22:12 23:21 24:5
31:3 33:6 34:16 38:16 40:16
41:10 55:17 59:22 65:16,23
68:18 70:4 71:11 72:11,18,20
72:23 73:13,20,23 75:5,13
76:17 77:9 79:7,10,16,19,25
80:3,5,16,18 81:19,25 82:5
83:4,13,16,23 84:3,11,18
85:11 87:5,14 88:3,5,14 89:2
92:21 94:23 96:8,15,24 97:6
97:14,17,25 98:1 100:6 101:16
101:20 102:15 103:3,19 104:2
104:4,18 105:5 106:17 107:15
108:9,11,17 109:9 110:10,21
110:25 118:13,23 120:25
124:6 125:10 126:12,20 130:1
130:11,13,23 133:4,8 134:1
135:25 137:6 139:7,9 140:25
142:13,15,20,23,25 143:2,7,16
145:3,19 147:1,11 148:15
149:8 151:12 152:16,18,25
155:8 159:4 161:19 162:23
168:8,15 169:19,21,24 170:13
170:14,19,22 171:6,14 172:5
172:10,23 174:10,11,24
175:19 176:5 179:6,10 180:19
183:1,15 184:1,12,14 185:3,19
186:1,4 187:7,24 188:8 189:3
189:11 192:5 194:5,20 195:6,7
195:10 197:14 206:19,23
208:6,10,18 210:18 211:14
212:5
rights 125:5
right-hand 176:3
road 9:25 24:13,16 29:21 30:14
45:2,3 48:11,15,16,17,17 80:3
80:7 103:25 139:11
roads 12:15,16
robbed 66:23
Rochlin 1:17 2:19,21 5:10
117:25 155:16,22 161:7,17
162:2,12,14,20 163:12,17,21
164:18,22 165:10,14 166:1,3
166:20,23 167:6,9 168:3,6
169:14,17 170:6,9 171:25
172:3,16,20 173:12,15 174:4,7
175:13,16,21,24 176:15,18
177:11,18,21 180:12,16,21,23
181:17 190:3 193:22 197:7
198:7,14,16,18 200:4 201:2
203:5,8 205:16,18 207:6,18
208:23
rod 206:22
roll 48:12,12
room 29:10,12 61:8 79:22 87:5
136:9
rooms 119:20
rope 88:18
rough 48:17,17

roughly 165:24
Rover 56:6,15
ROY 1:8
Rufus 156:4
rule 200:6,12 212:3,8
ruler 167:22
run 76:21 139:12,12,21 140:1,2
running 140:14,15
run-ins 15:21 16:1

**S**

sad 84:24
safe 59:8 61:2 123:24 124:15,19
134:25 135:4,6,11,14 138:3
149:21 150:2,2,7,8 151:13
safety 54:5 135:10 137:20 138:7
138:9 148:12 149:2,9 150:6
151:9
sags 179:7,7,8 180:19
sat 34:4
saved 54:7 55:12 83:15,18 93:15
saw 17:13 19:6,14 22:9,15,17
23:21 25:2 27:19,20 28:19,25
29:9 41:3 47:1 52:9 60:19,22
73:22 74:12 79:15 85:13,15
87:1 95:4,5 101:22 102:1,18
103:3,5 108:7,15 110:15
118:21,25 119:14,15 125:11
136:6 139:2 151:2 163:9
170:12 175:5 191:13 195:20
saying 21:8 23:12 36:10,16 43:9
44:2,5 45:5,6,7 50:16 54:25
60:10 67:7 79:18 81:16 82:4,8
81:15 83:10 84:23 86:7 98:22
98:25 99:7,7,9 102:9 110:18
112:10 116:23 117:3,7 123:11
127:12 145:4,13 148:20
149:22,24 150:1 182:21,23
186:21 193:8 206:1 210:4
says 116:14 193:13 194:19,21
195:15,16 196:20,24 206:12
scale 32:12 40:17 167:11,20,21
176:4,24,25
scar 104:8,9 165:8,16,17,18,22
166:7,16,19,25 167:1,11,12,24
167:25 168:15,18,23,24 169:1
169:2,6,10,12,24,25 170:1,4,5
170:11,14,15,18,19 171:6,7,7
171:10,22 172:11 173:1,3,4
174:19,19 175:6 176:5,11
177:4 178:8,17,19,24 187:16
187:20,21,22,25 188:1,3
203:16
scarred 123:8
scars 165:5 166:11 168:12
169:20 171:14,21 172:7,9,11
172:12,14,24 173:10,18,22,22
173:24 174:2,13,17,20,22,25
175:2,10,11 176:12 177:1,15
178:1 186:19 204:16
scheduled 161:9
scheduling 59:25 207:19
school 7:8 8:11 141:10
schooling 7:10
scientific 178:6
scope 203:3,5
scratched 103:17 104:7
screen 26:4 32:24 152:9 163:18
164:1,20 166:2,20 167:6,15
168:3 170:6 172:16 173:12
174:4 175:13 177:9,11 180:13
189:17 191:10 193:20,23
198:1 206:2
scrotal 192:24 193:4 195:24,25
196:4,15
scrotum 179:6,7,10,11,13 180:2
180:4,19,20 181:1,3 188:7,10

188:12,14,16,19,21 189:24
191:24 192:24 193:2 194:13
195:8,18 196:6 197:2,5 206:7
seat 174:12
seated 5:1,22 60:8 115:4 118:7
182:1
second 20:11,21,23 34:25 35:22
37:25 38:4 48:7 77:13 78:12
81:1 95:3,7 106:8 122:1
123:23 132:20,20 171:20
202:24 207:22
seconds 83:22 92:13
security 15:21 16:1 31:19,21
50:6 56:22 118:4 131:10,15
183:11 208:25
see 18:1 19:17,25 22:2 23:20
24:18 25:1 30:24 33:3 35:24
38:3 41:5 46:17 48:18 49:23
51:2 52:5,6,9,13 57:17 58:4,7
58:8 62:8 64:2,21 65:8 71:10
79:1,9,22 82:18 84:2,5 89:21
90:15,16 92:2 95:3 100:22
101:3 105:9 107:7 108:25
110:1,2,10,11,13,13,16,18
113:2,4 114:8,24 119:1 124:2
125:18 126:15 129:5,23,24
130:11 132:6 134:14,14
139:19,19 141:22 148:7,8,17
152:9,11,15 153:7,10,13
158:19 164:1 165:19,21 166:7
167:25 177:1 180:18 182:20
184:22 185:8,12,15,16 187:10
187:22 191:12 192:6,21
194:20 197:18 198:22 205:11
206:15,16 212:18
seeing 155:10 191:10 192:22
seeks 155:17
seen 27:22,24 31:18 85:13 87:3
102:5,14 168:23,24 169:2
181:4 210:14
select 181:8
selected 181:13
selection 181:10
send 211:3
sending 18:7 59:12
sense 185:11,13,14 195:14
sent 20:10 70:22,24 84:9
sentence 24:5 197:4
separated 119:19
September 53:16 143:21 151:25
152:2
sequence 209:19
series 149:3
serious 43:14 98:13,14 99:5,7,9
99:10,13,17,20
served 144:15
set 140:7
shake 81:9
shaking 45:3 82:23
shape 165:22,24 166:18 167:3
167:15 177:8
shared 157:21 195:23
shares 108:12
sharing 55:18
sheet 61:16
Sheikh 51:4
she'll 5:25
shin 172:23 173:17,19,23
shined 158:13
shining 205:4
shirt 41:12 164:24
shirts 114:3
shocked 36:21 186:13
shocking 36:6
shocks 37:14
shook 35:15
shoot 103:10
shooting 45:20 48:6 101:22

102:1,14 105:11
shore 108:25 109:1
short 26:24 36:3 59:23 212:9,12
212:13,13,14
shorts 139:6
shot 101:13,14,25 102:2 103:9
116:14 117:12 159:4 170:22
186:3
shoulder 103:16 104:6,9,18
106:6,14,19,22 159:4 169:19
169:21 170:22 171:14 186:4
show 32:18 46:4 90:13 132:3
163:9 166:14 192:13,15
showed 131:16 134:8 136:20
showing 26:4 176:22,24
shown 148:8 152:24 167:21
174:14
shows 176:25
sick 134:13
side 14:14 28:18 32:23 37:7 40:2
40:10 42:22,22,25 75:20 103:3
109:7 165:8 166:6,7,16 168:8
168:16 172:5 174:11 175:5
176:3 179:7,8,10,13,15 180:19
sidebar 3:12,14,16,18,20 111:1
116:1 160:2 161:1 199:7 200:1
sides 200:6
Sierra 107:14 108:5,11,13
109:21
sign 20:24 61:16 78:14,15,19
125:13
signed 149:5 150:7
significant 179:6
similar 14:13 168:24 169:7 187:1
simple 77:21
simply 78:10 116:4
simultaneous 81:12
single 93:23 98:11
sir 18:5 24:23 29:20 42:24 58:11
68:17 69:2,6,11 71:15 89:15
90:14 91:15,21 101:4 102:23
120:15 124:6 125:2 142:17,20
143:7,12 144:5,21 145:12
146:13 147:9 148:1,13,25
149:3,8,15,15 188:6 206:24
sister 8:6,20 140:19 146:15
sisters 8:7,8 140:22 141:8
146:15
sit 75:20
site 194:7,16,21 195:15
sitting 27:20,21 34:1,4,6 35:7
41:13,14 42:12 60:20,22
128:20 151:2 174:12 176:3
209:13 210:15
situation 98:2 161:13
six 7:23,23 41:1 70:20 208:21
size 167:11,24 168:1
skin 43:2 171:19 178:10 180:2
187:1,10,15 202:25 203:2,12
203:12,13,15,17,20 204:1,15
slang 117:15
sleep 111:21,23,25 113:5,7,8
201:17
slept 111:22
slight 175:4 179:8 180:20
slightly 169:1 170:1,3,3 178:10
slipper 139:6
slow 24:4 46:16 116:9 146:10,13
slower 81:7 110:20 114:20
Slowly 111:2
small 32:6 36:13 75:21
smaller 174:5 196:25
smell 46:2
smooth 48:15
Snapper 68:23
soccer 13:6,7,8,10
soft 44:19,22
soldiers 43:17 45:5 104:12

112:18,24 113:3,5,14 114:1,2
**somebody** 16:17 57:16 61:18
71:3 72:22 79:18,21 99:13
106:1 118:25 124:13 125:3
135:10 138:15,20 139:1 149:4
149:4 182:8 193:10
**someone's** 134:3
**somewhat** 5:13
**son** 29:5 56:17,19 129:5,9,24
132:2,7 140:20,21,23,24,25
146:14,14 158:10 184:9
**soon** 29:2 132:18 139:1
**sore** 43:16,16
**sores** 37:16 40:23 43:15 63:7,8
154:8,10
**sorry** 6:16 7:12 39:9 44:5 47:21
57:11 63:19 72:17 90:8 97:10
100:21 112:4 114:25 123:9
124:5 127:9 160:1 187:3
191:21 197:6
**sort** 23:17 43:7 171:15
**sorts** 103:19
**sound** 105:12
**sounded** 122:21
**sounds** 114:12
**SOUTHERN** 1:1
**space** 75:20
**speak** 34:14 51:14 56:17 93:14
93:16 94:1,4 98:22 117:17
119:21 121:17 125:15 182:13
182:15 184:23 206:17 209:17
209:25 210:1,4,4,11,24
**speaker** 3:25
**speaking** 84:20 90:7 100:17
101:6 106:1 114:14,14,15
132:5 185:23
**specialty** 192:4,21
**specific** 170:2
**specifying** 99:25
**speech** 122:13,15 123:8
**spell** 6:6
**spending** 211:5
**spent** 134:23
**spoiled** 89:21
**spoke** 51:2 81:17,19,24 82:16
102:10 106:8,16 122:16
182:25 208:15
**spoken** 57:16 106:24 116:6
208:4
**sport** 13:5
**sports** 13:1
**spotlight** 31:20,20
**square** 152:18
**SS** 28:21,23
**St** 189:14 194:4
**stand** 6:2 19:5 45:21 144:12
208:10
**standard** 140:8 167:22
**standing** 19:5,6 23:18,21 82:17
105:8 191:15,24 194:12 206:8
206:9,14,16
**stand-by** 161:11
**start** 18:13 55:2 58:3 98:22
141:25 142:1,6,7 143:8
**started** 36:10,25 37:1 39:24,24
63:12 70:3 99:6 130:9 131:8
139:7 140:17
**starting** 66:10
**starts** 130:7
**state** 6:6 12:3 27:6 89:15 162:10
**statement** 170:25 171:13 179:18
182:8 201:19,21,23
**statements** 157:15 170:17,21,25
171:2,4,5,17 179:21,24 200:9
201:5,7 209:18 210:2,3
**States** 1:1,4,14 2:8 7:22 8:1
60:14 62:1,5,7 64:5 65:13
119:12 137:18 138:4,10

140:25 141:2,12,17 142:2,20
144:17 146:7 147:8,13,16,19
149:19,23,24 150:13,18,20,23
151:5,6,10 155:17 163:13
181:19 208:8 213:6
**station** 18:14,24,25 19:20,25
20:22 21:2,3,23,24 26:16,18
67:24 69:11 71:1,10,17,23,24
71:25 73:1,3,5,10,12 75:24,25
76:1,2 79:9,13 80:2,10,12,15
84:17 85:8 158:2
**status** 147:21 148:3 149:18
201:8
**stay** 59:14,15 66:15 89:13 107:5
123:25 126:1 135:1,8,16,17,18
137:24,25 138:2,17 141:21
142:15 208:8
**stayed** 89:14 111:13,13 142:17
**staying** 134:2
**stays** 161:11
**Ste** 2:9
**step** 40:8 66:13
**stepped** 40:7,9,13
**stick** 35:10,12 158:17,20 185:6
185:20,22
**stinks** 46:23
**stomach** 40:9 42:21 103:13
201:16
**stop** 13:20 24:14 48:7 56:11,12
98:21 114:22 129:18 130:3,4,5
130:9 138:12
**stopped** 24:15 45:14,16 80:5,7
122:10 128:25 130:7 131:6
**stops** 129:22
**store** 17:7,8 67:12 98:4
**stores** 16:24
**story** 58:1 208:15
**straight** 45:22 105:11 138:10
170:2 193:14,18
**stray** 104:6
**stream** 196:16
**street** 1:19 2:4 15:14,14 19:1
21:14 67:24 68:23 72:14 73:16
120:13,16,22 124:2 155:11
**streets** 15:15 124:20 126:18
155:5
**stress** 201:18
**stripped** 31:6,10,12,13 88:5
157:24
**stroll** 60:17 136:5 151:2
**strolling** 60:18
**struck** 158:25 179:22 185:25
**stuck** 186:16
**subject** 103:6
**subjected** 206:22
**substance** 194:1
**successful** 65:23 143:13
**suddenly** 74:15
**suffered** 196:15
**suffering** 91:14
**sufficient** 210:11,15
**Suite** 213:6
**Sulaiman** 156:4
**summer** 143:24
**supine** 194:12 195:17
**supplies** 112:24,25 113:2
**supposed** 22:21 36:15 90:25
132:22
**sure** 5:12 16:5 59:18 64:6 70:17
107:3 132:9 154:15 193:8
194:24 196:25 208:7
**surprise** 22:9 43:25 139:2 151:1
**surprised** 161:18
**surround** 103:24
**surrounded** 108:7,15 109:4
110:4
**surrounding** 103:23
**sustain** 200:20

**swamp** 44:22
**swim** 48:5,8,10,11 103:1,13,21
103:24
**swimming** 104:2,10,17 105:20
105:22
**switched** 176:2
**SWORN** 6:3 155:19
**symmetric** 196:21,23,25 197:1,1
197:2

---

**T**

**T** 213:1,1
**table** 2:12 191:16 194:12 195:17
**tag** 178:10 202:25 203:2,12,13
203:15,17,20
**take** 8:20,21 18:9 22:22 23:10
24:12 25:17 26:17 29:1,1,2,14
32:14 39:21,22 43:14 44:25
45:2 52:14 58:21 59:19 66:2
69:15 71:17,20 72:4,14,20
73:17,19 75:17,25 81:2 82:10
86:6 89:23 98:14 100:8 104:16
105:4,17 110:20 112:4 114:6
114:18 117:8,25 128:9,23
132:22 133:11 134:18 136:15
137:17 144:16 145:11 146:1
153:16 161:12 162:21 164:18
169:14 171:25 172:16 175:13
176:15 177:18 180:21 181:21
182:8,21 197:19,21,21 210:14
211:24
**taken** 17:20 19:22,24 20:1,1,21
20:25 21:16 23:19 27:11 29:10
36:21 44:9,18 45:10 48:21,24
49:1,2,7,9,16 59:10 78:12
81:25 82:9,18 84:10,16 100:14
100:19 101:8 107:9 118:15
120:4 135:19 153:2 154:11
158:2,6 159:2,7,9 163:6 180:5
180:9 181:6,9 183:14,20
202:10 206:8
**Taliban** 44:2,3,6,7
**talk** 16:23 39:4,17 42:6 93:6,10
93:12,13,17 95:12,13,14,16,19
96:24 97:2,6,13,16 99:4,24,25
106:15 114:20 119:18 123:23
124:18 132:19 191:1 208:12
208:13,14 210:16
**talked** 55:4 123:22 124:25
134:15 154:20 186:20
**talking** 23:3,14 36:19 53:24
69:20 105:23,23 139:14
**talks** 194:16
**tape-recorder** 114:11,18
**tar** 48:11,11
**tarred** 48:17 103:25
**taxi** 19:4,5 71:20,21 72:14,20
73:4,18,25 74:1
**Taylor** 1:8,9,10 14:5,5 15:21,24
16:7,12,15,16 27:16 28:10,16
28:25 38:12 41:3,5 48:18 54:8
54:13 68:19 158:5,10 184:8
**team** 13:3,3,5,6,8,10
**teams** 13:1,17
**teeth** 6:17
**telephone** 3:24
**television** 27:23,24 29:9
**tell** 18:17,20 19:9 20:9 26:11
34:17,21,24 35:6 41:22 42:8
51:11,15 57:25 60:4 61:11,14
61:20 67:2 74:14 78:20,22
91:15,17,19 92:17,18,19 93:12
94:4 95:17,20 97:24 98:10,22
99:2,12,16,17 101:7 102:5,7
102:17,18,19 106:5,7,19,22
107:25 119:4,17 120:20
125:24 126:4,10,14 128:19

129:15 144:15 149:12,17
150:15,22 157:12,19 158:18
162:6 164:9,13,16 167:3
168:21 169:23 171:1,8 172:4
172:24 174:20 176:9 178:1
179:1 181:13 184:21,25 185:8
185:11,22 186:6,10,13 188:4
188:10,13,21,24 189:2 192:10
205:6 211:2
**telling** 22:11 37:1 67:10 92:14
100:18 103:8 105:3 118:11
132:6 197:15 209:2
**tells** 74:14 126:19 185:15
**Temple** 21:4,8,10,11
**tender** 181:19
**term** 190:13,16 191:5 202:23
204:18
**terminology** 203:9
**terms** 171:21 175:2 190:23
204:7
**testes** 196:20 197:1,1,5
**testicles** 194:18 201:11,14,20
202:19
**testicular** 190:8 191:14 193:19
194:3,8 195:16
**testified** 154:24 155:25 164:9
204:22
**testify** 197:18 211:3
**testifying** 64:8,12,13
**testimony** 156:3,3 200:11
**texture** 169:1,3,7 175:2,7
**thank** 82:6 101:4 115:2 118:2
151:11,13,15 155:13,15
176:16 198:4 206:25 207:2
**thanking** 193:15 196:9
**Thanks** 100:25
**theft** 67:18
**themself** 131:24
**thigh** 172:11 174:10,24 175:1,19
175:19 176:5 177:2,14,16
179:13
**thing** 42:21 70:21 86:6,13 93:21
98:2,3,5 102:6 108:7 111:4
126:5 128:17 132:10 138:3
148:12 197:16 203:9
**things** 39:12 45:7 46:24 48:16
67:21 104:23,24 116:4 125:24
144:24 147:24
**think** 9:20 14:3 41:2 54:12 63:14
64:14,16 65:12 70:11 77:4
83:21 112:23 114:5 116:22
117:1 122:12,13 123:1,15
125:25 126:1 141:23,24
142:10 151:5,7,7 153:4 154:14
177:6 200:4,10 207:9 210:22
**thinking** 27:1 58:18,19,20,20
139:8
**third** 28:15 43:22,24 100:3
**thought** 25:7 27:3,4,8 35:18 45:4
50:5 58:25 61:3 63:11 77:17
83:3 106:24 123:14 136:23
142:11 197:19
**thoughts** 25:7 54:4
**threaten** 42:10
**threatened** 154:8
**threatening** 45:9 97:22
**three** 6:15,17,17,19 7:25 8:6,6,7
8:8,8 14:22 28:11,12,13 29:25
37:9 44:10 53:14,15 56:20
62:22 63:22 81:19 85:22 91:22
94:11,15 111:14,19 112:20,21
114:17,22 141:14 151:24
153:25 159:8 196:2,14 210:1
**threw** 19:16
**thrombose** 204:6,9
**Thursday** 17:3 67:2,5,10
**Tiawan** 69:5
**tie** 41:12

**tied** 44:3 49:19 88:17 100:12
**time** 3:23 8:13 10:2 12:25 13:12
13:14,18 14:16,19,23,24 16:5
19:23 21:22 22:10 26:8,11,12
26:17,17,21 27:17 28:15,23
30:17 33:14,18 34:25 35:22
37:23 41:20 42:1,13 47:12,17
48:13,21,24 49:7 50:12 51:5,9
52:13,15,20,22,25 54:15,20
55:7 57:15,20 58:19,22 61:8
62:4,16,21,23,25 68:1 69:5,9
70:14 75:22 79:12 82:2,13,20
83:15 84:14 85:4 86:23,25
90:18 91:18,21,23,24 92:9,15
94:17,20 100:13 101:18
105:22 106:8 112:1 113:11
114:25 120:4 122:1,11 123:23
125:23 127:10,18 129:5
132:10 134:12,23 136:4 138:7
139:5,14 140:18 144:16 154:5
154:7,7,16 155:16 157:22
163:12 165:10 166:1 169:14
173:11 180:12 190:13 196:16
210:11 212:8
**times** 22:24 28:11,12,13 35:19
35:21 50:3 85:22 104:13,22
112:4 121:15 125:14 126:16
134:23,24 158:23
**tissue** 180:3
**today** 6:10 41:3,5 61:1 64:8,12
84:22 91:13 92:18 119:10
122:8 135:3 136:25 140:9
151:3 181:5 207:17
**toilet** 46:25
**told** 22:21,24,25 23:14 31:9,24
32:8,9 35:7 37:3 39:21,22 48:5
48:8,10,11 53:23 58:4,7 59:7
60:16 65:7 71:3 75:7 78:24
80:22 81:25 82:8,12,13 86:13
88:12 89:2,4,5 90:20 91:2,18
92:10,14,15 93:21 94:11,25
96:19 97:3,13,25,25 98:1,3,9
101:24 102:8,14,19,25 106:9
106:13,25,25 121:9 123:21,23
124:7,13,18 126:3,4,5,9,11,21
126:22 127:2,11,15,16,24
128:6 129:12,14 134:5,19,25
135:10 137:11,24,25 138:2,20
139:18,21 140:1,2 148:10
149:8,14 150:23,23 157:19
158:18 183:8,14,22,25 184:6
185:5,5,8,20 188:14 194:19
195:9 197:11 201:13 208:5
209:22 210:13,18 211:10
**tomorrow** 139:20 207:11 208:10
208:13,19 209:17,22,23 210:3
210:6,9,12,17 211:12,13,14,19
212:2
**ton** 68:12,21
**tonight** 207:21,25
**tools** 9:24 10:2 12:12,14
**top** 45:23 170:14 175:3 176:4
187:10
**topic** 103:6
**tore** 75:14,15,17,18,18
**torn** 21:20
**torture** 194:8,17
**tortured** 194:19
**torturing** 201:15
**TOTAL** 1:25
**totally** 124:10
**touch** 35:19 58:5
**touched** 33:14 103:1
**touches** 179:12
**town** 72:16 121:5
**TRANSCRIPT** 1:13
**transcription** 1:25 213:3
**translate** 13:20

**transportation** 18:9
**travel** 56:23,25 57:3 61:17
**treat** 65:9 89:6,7,9,11 92:10
94:24,25,25 99:20
**treating** 63:12 117:10
**treatment** 43:18 58:21 62:10,12
62:13 63:2,4,5,10 65:6,7,12
90:24 146:6,23 147:25 206:22
**tree** 44:19 112:7
**trial** 1:13,22 155:25 164:15
207:17 208:20,21 209:20
**triangle** 167:5,17 176:11 177:10
**triangular** 165:24 166:19 169:3
175:4,7
**tribal** 20:15
**tribe** 51:6
**trip** 129:12
**trouble** 62:16 81:10
**trousers** 114:4
**truck** 12:24 13:17 19:16,22,23
21:17 29:17,22,23,24 30:1,4
44:4 49:16 68:11,11,11,12,15
68:20,21,23,24,25 69:1,3,4
73:23 75:18,19 87:13,18,20,23
158:1
**trucks** 19:14,15,17 29:25,25
51:23 74:9,11,12,15 75:9
**true** 143:17 144:21,23 146:2
**trunk** 56:3,5,8 128:12,14,16,22
129:1,3,10,16,21,22 130:1,6
130:10,15,18,19
**trust** 5:2
**trusted** 128:10
**truth** 158:18 185:8,11,15
**try** 43:3 46:22 75:23 112:9
126:25 142:5 143:6,6
**trying** 46:20,20 56:10
**Tua** 47:17
**Tuesday** 18:13 70:2,6,9,15,17
122:12
**Turay** 156:4
**turn** 35:7 86:16
**turned** 17:23 23:22 28:18 29:18
30:8 36:8,13 79:23,25 86:25
131:6
**twice** 35:21 36:6 122:10
**two** 14:20,22 15:12,17 19:14
23:18,21,23 35:21 37:9 38:7
44:15 47:16 55:4 59:15 60:1
60:19,21 65:5 67:21,23 74:9
74:12,15 75:1,9,21 79:25
91:10,25 97:25 105:12 108:2,4
108:21,22 111:14 112:3,15
121:15,25 125:14 126:16
136:2,4,6 140:22,23 141:14
146:15 154:15 156:23 159:8
172:11 173:2,10 208:24 210:5
210:21,23 211:1,5
**type** 23:25 31:18 56:4 153:4
169:25 192:6 193:6
**typed** 183:5
**typical** 187:10
**T-shirt** 22:1 26:23 48:14 79:14
84:15 139:6
**T.V** 85:13 87:3

**U**

**UE** 126:20
**ULIMO** 144:9 145:1 154:20
**ULIMO-K** 144:9
**Ultimately** 169:9
**unable** 184:21
**unacceptable** 114:16
**unaware** 147:3
**unbearable** 32:13
**uncle** 122:7
**uncovered** 109:11

**undercover** 107:4
**underlying** 187:2
**underneath** 44:19
**understand** 5:2 11:3,4 99:14
116:19 117:6,20 128:22
142:13 192:2 195:2
**undressed** 206:16
**unfortunately** 190:16
**uniform** 27:20 38:9
**uniforms** 19:19 38:10,11 74:20
74:22
**Union** 9:5,6,10,18,19,21 10:4
12:9,17,18,23 13:4,24 15:2
154:23,25
**unique** 164:10,12
**Unit** 157:24 183:9
**United** 1:1,4,14 2:8 7:22 8:1
60:14 62:5,7 64:5 65:13
119:12 138:4,10 140:25 141:2
141:11,17 142:1,20 144:17
146:7 147:8,13,16,19 149:18
149:23,24 150:13,18,20 151:5
151:6,10 155:16 163:12
181:19 208:8 213:6
**unrelated** 174:21
**unremarkable** 190:9,11,12,22
191:3,7,9,25 193:21 194:5,8
194:11,15,20 195:16,18 198:2
198:3 202:16,23 206:11,13
**unsafe** 135:8
**unspecified** 208:3
**upside** 17:23
**upstairs** 20:1 61:9
**urinary** 201:14
**urinate** 44:11
**urination** 193:5 196:16
**urologist** 192:20,23,25 193:12
193:13,17 196:13
**Urology** 193:13
**use** 5:6 11:6 31:19,21 32:1 33:3
56:25 57:5,7 117:20 191:7,7
202:16 204:18
**uses** 116:16 191:9 197:3
**usual** 179:8
**usually** 72:8
**U.N** 58:12,13,14,15 59:7 133:25
134:11,12,14,15,17 135:2
136:14 146:21,21
**U.S** 1:18,22 133:19 134:9 150:4

**V**

**vague** 194:24 195:13
**value** 197:22
**variable** 175:8 187:9
**varicose** 204:10
**various** 100:19 101:9 189:7
**Varmuyan** 51:4,4,17,18,20,21
52:2,5 156:5
**Varney** 156:13
**vehicle** 24:14,15 45:14,16 56:4,6
**vein** 204:10,11
**verb** 116:16
**verified** 188:1
**version** 152:25 153:10
**vexatious** 86:8
**vexed** 86:7
**View** 9:12,13,15
**violence** 146:25
**Virginia** 14:9,10,11 17:25 120:14
145:9
**visa** 58:23
**visible** 187:6
**visibly** 190:23 191:3
**vision** 184:24,24 205:8
**visit** 141:15
**visual** 159:12,17 205:11
**voice** 43:6 51:3 119:1,21 182:14

**void** 123:7
**Voinjama** 14:7
**vs** 1:7

**W**

**waiting** 61:18 73:22 74:1,13
136:9 138:15 211:25
**waived** 200:5
**walk** 42:3,4 53:11 72:20 73:17
73:18,21,21 87:1 101:24
126:18 131:19 133:11
**walked** 19:1 25:23,25 73:15
131:9,10,13,15,20 148:14
**walking** 72:14 124:20 131:8
133:2,2
**wall** 92:2 119:19
**want** 5:12 16:5 22:25 39:13,15
39:17 40:24 42:8 46:12 47:13
60:24 65:9 66:6 72:5,7,9 73:17
73:21,21 84:5 89:22 93:18
95:14 98:7,7 114:11 117:2,4
135:16 141:21,22 161:4
208:21 210:23,24 211:3
**wanted** 18:8 40:24 44:13 47:7
54:13,25 58:4,7 65:14 71:12
73:17 84:2 89:17 93:12,13,19
94:4,24,25 95:16,19 97:16
98:9,11 99:25 100:1 104:15
110:11 120:18 122:21 123:2
135:10 137:20 138:7 148:12
151:9 211:11
**wants** 54:12
**war** 8:15,16,17 9:16 45:20 47:10
113:9,11 140:20 142:11
143:15,17
**warring** 8:24 9:1 66:16 154:22
**Washington** 1:23 7:11,14
**wasn't** 25:5 26:19 44:16 91:11
91:12 96:7 111:17 138:3
187:13 202:10
**watch** 26:11,13 91:12 92:1
**watching** 32:5 104:4
**water** 42:2 46:12,17,18,19,23
102:3 108:7,15 109:4 110:4,15
112:5,6,7
**water-filled** 159:5
**way** 8:24 23:17 45:23,23 47:11
55:11,16 94:24 116:13 131:7
131:17,17 132:1,2,3 134:8
146:21,22 148:14 170:24
182:13 187:23 188:10,12,13
188:14,21,25 189:2,5 194:13
197:3,3 208:22
**ways** 182:16
**weapon** 113:24
**weapons** 8:21
**wearing** 26:22 41:11 48:13 84:14
**Wednesday** 122:12
**week** 70:12,13,14,19,22 186:25
**weekend** 67:8,17 70:21
**weeks** 59:16 60:11 111:14
112:20,21 136:2,4 153:25
154:15 159:8
**welcome** 5:23 139:4 207:3
**well-known** 13:12,14
**went** 16:17 17:22 18:15 27:19
29:19 34:25 35:14,14,16 56:21
56:22 57:10 58:2 61:9 67:8,13
68:14,24 69:11 70:9,13 71:1
72:25 94:15 98:18 112:3,13
120:23 121:3,6,16,18,18,24,25
122:2 125:5,5,14,14,18,21
126:15,23,24 127:7 128:3,8
131:24,24 132:1,2,20 133:19
134:4,9 136:5 139:16 140:16
143:9 144:10 151:1,8 158:20
**weren't** 25:6 71:6 99:7 130:13

137:4 138:2 145:23
**West** 2:4 58:16,17
**wet** 44:21
**we'll** 13:20 59:19 71:3 114:8,17
  116:8 181:21
**we're** 12:4 16:19 45:7,8,8 59:22
  60:3 111:1 117:20 138:8,20
  191:10 208:19,20 211:15,22
**we've** 5:19 168:23 186:20
**WF** 26:5
**WFP** 69:1,3
**whatsoever** 114:3 148:7
**wheelchair** 5:12 6:10,12
**white** 41:12 54:2 136:18
**Whiteflower** 25:13,18,19,21,23
  25:25 26:1,2,7,9,20 27:2,7,10
  30:7,12 54:1 83:11,12,25
  84:11,13 85:4,12 158:4
**whosoever** 144:19
**wife** 14:18 22:9,10 23:8,10 26:16
  56:17,19 60:16 79:1,3,4,9,15
  79:22 120:20,21,21 121:3,4,6
  121:8 125:5 128:2 129:5,9,12
  129:14,16,23,24 130:11 132:2
  132:7,13,23,25 133:13,15
  141:4 145:8 158:3
**wind** 139:16
**winter** 139:6
**witness** 13:3,4,5 12:10 14:8
  16:10 18:6 24:24 29:16 31:8
  40:20 58:12 64:20,22 82:5
  100:21,23 101:3,13 102:24
  110:21 111:8 112:12 114:21
  115:2 116:3,6,8,10,17,25
  117:19,24 155:15,19 161:3,16
  162:12 198:14 205:16 207:3,8
  211:10,14,23 212:9,10,11
**witnesses** 60:1 208:3,11,24,24
  209:3,4,5,10,13 210:4,6,8
  211:5,19
**woman** 56:1 101:13,23 102:1,2
  102:15
**wonder** 85:7
**wondered** 139:7
**wondering** 39:12
**word** 116:12,13 191:8,9 197:19
  202:16 208:2
**words** 43:7 45:9 98:16 114:17,22
  116:5,8,20,21 117:1,15 122:19
  122:21 123:1 158:8,18 159:8
  196:19 197:23
**work** 10:2 66:21 69:1,3 72:8,12
  138:8 141:15 142:5 144:13,19
  156:7
**worked** 12:22 15:2 18:7 142:3,4
  154:24
**working** 9:2,4,5,24 10:5 12:17
  12:20 13:24 51:22,25 135:18
  140:8,17,18 141:10 154:21,23
**works** 68:14 143:11
**worse** 40:18,18,23,24 143:18
**wouldn't** 124:15 191:10 198:3
  211:16
**wrecked** 68:20
**write** 84:24 117:23 194:3
**writes** 193:20
**writing** 69:20
**written** 69:13 189:10
**wrong** 19:11 125:1 190:24 191:3
**wrote** 82:11 190:10
**Wylie** 2:2 210:1 211:8,9

_____

**X**

**X** 32:24 33:3 38:20

_____

**Y**

**yard** 72:19

_____

**yeah** 33:5 48:9 76:18,20 88:13
  89:3 91:4 103:14 113:13
  122:16 184:4 191:19
**year** 8:16 9:10,18 14:2,3 15:5
  64:5 68:17,18
**years** 7:23,23 15:2,20 16:6 32:4
  41:1 68:6 70:20 140:13 141:14
  171:24 187:21 196:2,14
**Yeaten** 28:19,20,21,22,25 29:13
  29:15 30:25 31:1,2 32:15
  33:15,16,25 34:8,17 35:4,19
  36:7,21 37:22 41:23,25 42:10
  42:19 43:9,12 47:16 86:17
  87:1,5,7,15 88:23 92:3,20,23
  93:18 95:3 96:14,17,21,23,25
  97:5 98:13,16 158:11,16
  183:25 184:3,5,7 185:5,18
  186:13
**Yeaten's** 30:11,12,13,16,18,24
  31:4 32:22 35:24 37:25 38:3
  41:2 43:19,23,24 44:9 45:1
  62:17,20 88:3 100:5,11,13,18
  101:8 158:12 184:12
**yesterday** 81:21 106:17 209:21
**young** 32:4 36:16 187:18

_____

**Z**

**zinc** 111:25
**zone** 45:20 47:10

_____

**$**

**$5,000** 161:10

_____

**0**

**06-20758-CR-ALTONAGA** 1:3

_____

**1**

**1** 32:12,12 40:17 169:15
**1:00** 60:4
**1:15** 60:4
**1:44** 118:6
**1:45** 114:8,24 115:1
**10** 3:14 32:4,12,12 40:17 59:19
  91:20 92:12 113:23 144:17
  212:15
**10th** 64:7
**10/22/08** 64:24 151:17 182:3
  198:6 205:24
**10:00** 145:7
**10:45** 59:21,23
**100** 51:23
**11** 3:15 32:14 46:5 202:11
**11:02** 60:7
**11:12** 64:24
**115** 3:16
**117** 3:17
**12** 32:4,14
**12th** 64:6,7
**12-2** 2:9 213:6
**12:27** 114:9
**12:29** 115:3
**12:30** 114:8
**13** 47:6 107:6
**15** 81:14 91:20 92:12 113:16,23
**15,000** 144:17
**150** 2:4,17
**154** 2:18,19
**16** 68:11,21
**160** 3:18
**161** 3:4,19
**176** 162:16,25 163:13,18 164:19
**176-192** 3:4 162:18
**177** 164:19 168:18
**178** 166:2 167:1 168:19
**179** 166:21 168:19
**18** 3:4
**180** 167:7,18 168:19

_____

**181** 2:20 168:4,19 169:15
**182** 170:12,15 171:8
**183** 170:7 171:8,25
**184** 172:1,17
**185** 172:18,21
**186** 173:13,16
**187** 174:5,9,10 175:14 176:13
**188** 175:14
**189** 175:22 176:10,15,23
**19** 15:6
**19th** 189:15 190:1,7 194:4
  198:12,20
**190** 176:16
**191** 177:12,19
**192** 162:17,25 163:14 180:13,21
  189:17 198:1 201:22,23,24
  202:6,14 205:21
**193** 3:6 198:22,23 201:4
**197** 2:21 3:5
**199** 3:20
**1990** 8:17 9:16
**1990s** 9:2 13:1
**1996** 12:18,25 13:14 154:25
**1997** 14:3,4,6 15:20,24 16:5
**1999** 15:6 144:4

_____

**2**

**2:42** 151:17
**2:48** 155:21
**2:57** 162:19
**20** 17:22 113:16
**200** 3:21 51:23
**2000** 13:15 15:6 154:25
**2002** 14:6 15:20,25 16:6,8,9,11
  16:13 53:9,16,18 62:11 69:11
  120:9 143:15,18,21 144:22
  151:25 152:3 155:5,7,11
  157:21 183:9 188:11,22
  195:20
**2003** 64:7 143:24 146:2 147:17
  147:19 148:2 178:14 204:17
**2006** 81:21,24 82:9 100:18 101:7
  106:17 132:6
**2007** 81:21 82:9 84:21 106:17
  189:2,15 190:2,8 194:4 195:21
  196:20 198:12,20 202:2,17
**2008** 1:7 156:8,11 163:7 185:23
  197:12 201:25
**202.514.3270** 1:23
**204** 2:22
**20530** 1:23
**21** 15:19
**212** 2:23
**22** 1:7
**23rd** 156:11 185:23
**24** 3:5 68:2,3 209:15,16 210:4
**24th** 147:19 148:2
**25** 117:6
**29** 212:3,8

_____

**3**

**3** 32:19 38:17
**3rd** 156:8
**3:26** 181:23
**3:30** 161:18
**3:37** 181:25
**3:38** 182:3
**30** 83:22 92:12
**30th** 204:17
**305.523.5518** 2:9 213:7
**305.523.5519** 2:10 213:7
**305.536.4675** 1:20
**305.961.9234** 1:19
**305/530-7120** 2:5
**305/536-6900** 2:4
**33128** 2:9 213:7
**33130** 2:4

_____

**33132** 1:19

_____

**4**

**4** 152:6
**4th** 1:19
**4:00** 178:9 203:16
**4:06** 198:6
**4:23** 205:24
**4:25** 207:8,15
**4:30** 60:19 210:12,13
**400** 2:9 213:6
**47-year-old** 196:13

_____

**5**

**5** 2:14,15
**5:00** 178:9 203:16
**50/50** 89:23

_____

**6**

**6** 33:19
**6:00** 22:6 60:19 136:6,7
**63** 2:16

_____

**7**

**7:00** 22:6
**703** 190:4 200:6,13

_____

**8**

**8** 167:25
**8:30** 212:8
**803(4)** 200:12
**82** 169:15
**89** 8:17

_____

**9**

**9** 26:5 168:1
**9:00** 145:7 207:11 209:23 210:13
  212:18
**9:06** 5:8
**9:07** 5:21
**9:08** 6:5
**90** 8:17 176:2
**95** 9:19
**950** 1:23
**96** 9:20
**98** 8:17
**99** 1:19 8:17