# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
## Case 06-20758-CR-ALTONAGA

THE UNITED STATES OF AMERICA,

      Plaintiff,

                      MIAMI, FLORIDA

vs.

                      OCTOBER 23, 2008

ROY M. BELFAST, JR., a/k/a
CHUCKIE TAYLOR, CHARLES
McARTHUR EMMANUEL, CHARLES
TAYLOR, JR. and CHARLES
TAYLOR, III,

      Defendant.
_____

### TRANSCRIPT OF TRIAL PROCEEDINGS
### BEFORE THE CECILIA M. ALTONAGA,
### UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                KAREN ROCHLIN, A.U.S.A.
                CAROLINE HECK-MILLER, A.U.S.A.
                Office of the U.S. Attorney
                99 N.E. 4th Street
                Miami, FL 33132 - 305.961.9234
                (Fax) 305.536.4675
                Email: karen.rochlin@usdoj.gov
                      caroline.miller@usdoj.gov

                CHRISTOPHER GRAVELINE, Trial Attorney
                U.S. Department of Justice
                950 Pennsylvania Avenue, N.W.
                Washington, D.C. 20530 - 202.514.3270
                christopher.graveline@usdoj.gov

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

**October 23, 2008**

1  **FOR THE DEFENDANT:**

2
                                   JOHN WYLIE, A.F.P.D.
3                                  MIGUEL CARIDAD, A.F.P.D.
                                   Federal Public Defender's Office
4                                  150 West Flagler Street
                                   Miami, FL  33130 - 305/536-6900
5                                        (Fax) 305/530-7120
                                   Email:  miguel_caridad@fd.org
6                                          john_wylie@fd.org

7  **REPORTED BY:**

8                                  BARBARA MEDINA
                                   Official United States Court Reporter
9                                  400 North Miami Avenue, Ste. 12-2
                                   Miami, FL  33128 - 305.523.5518
10                                       (Fax) 305.523.5519
                                   Email:  barbmedina@aol.com

11
                                   - - - -
12

13                       **TABLE OF CONTENTS**

                                                              Page
14
David Parker ............................................... 6
15
      Direct Examination By Mr. Graveline ................... 6
16
Wesley Sieh ................................................ 19
17
      Direct Examination By Mr. Wylie ...................... 19
18
      Cross-Examination By Ms. Heck-Miller ................. 27
19
      Redirect Examination By Mr. Wylie .................... 39
20
Matthew Baechtle .......................................... 41
21
      Direct Examination By Mr. Caridad .................... 41
22
Gongehn Lawrence .......................................... 49
23
      Direct Examination By Mr. Caridad .................... 49
24
      Cross-Examination By Ms. Rochlin ..................... 79
25
      Redirect Examination By Mr. Caridad ................. 116

**TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION**
**October 23, 2008**

3

Henry Smith ............................................... 131

       Direct Examination By Mr. Wylie ..................... 131

       Cross-Examination By Ms. Rochlin .................... 145

       Redirect Examination By Mr. Wylie ................... 151

Mana Tarso ............................................... 158

       Direct Examination By Mr. Caridad ................... 158

       Cross-Examination By Ms. Rochlin .................... 170

       Redirect Examination By Mr. Caridad ................. 177

Peewee Zetannh ........................................... 181

       Direct Examination By Mr. Wylie ..................... 181

       Cross-Examination By Ms. Rochlin .................... 195

Reporter's Certificate ................................... 210

### INDEX TO EXHIBITS

| Exhibits | Marked for Identification | | Received in Evidence | |
|---|---|---|---|---|
| Description | Page | Line | Page | Line |
| Defense Exhibits 2, 3, 4, 5, 7, 9 | 44 | 1 | 44 | 9 |

### CITATION INDEX

Page

### SIDEBAR CONFERENCE INDEX

Descriptions                                            Page

**October 23, 2008**

1  Sidebar Conference Begins ................................. 18

2  Proceedings In Open Court Resume ......................... 19

3  Sidebar Conference Begins ................................ 156

4  Proceedings In Open Court Resume ........................ 158

5                    **ADMINISTRATIVE CONVENTIONS:**

6          When counsel does not identify themselves each time they

7  address the Court during a telephone conference, the

8  industry-standard speaker identification is indicated by

9  chevrons, i.e., >>>:

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 23, 2008**

1        THE COURT:   Good morning.

2        MS. HECK-MILLER:   Good morning.

3        THE COURT:   Do we have our first witness?

4        MS. ROCHLIN:   We do.

5        Your Honor, may I bring something quickly to the

6   Court's attention?

7        THE COURT:   Sure.

8        MS. ROCHLIN:   I've been informed Mr. Ibeagha, our

9   interpreter, is losing his voice.   He's willing to go forward

10  and try as needed.   He may not be able to make it today.

11       MR. CARIDAD:   Our witnesses will need the services of

12  an interpreter today.

13       The Government's next witness, I believe, is a

14  gentleman named David Parker who will testify concerning his

15  interaction with Mr. Kamara, yesterday's witness.   I have no

16  objection to Mr. Parker testifying as to what he saw, what he

17  did, but I believe the Government will try to attempt to elicit

18  from Mr. Parker Mr. Kamara told him the persons who tortured

19  him were Chuckie and Benjamin Yeaten.

20       As we have done previously, we move to exclude those

21  statements as prior consistent statements on the ground that

22  according to our cross-examination, the motive to fabricate

23  arose before this event happened and, therefore, anything that

24  Mr. Parker will say does not pre-date that motive to fabricate.

25       On those reasons, we move to exclude his testimony as

**October 23, 2008**

## Parker - Direct

1  to what Mr. Kamara said to him about who tortured him or that

2  he was tortured.

3           THE COURT:   Consistent with my earlier ruling, the

4  motion is denied as previously articulated.

5           Shall we bring Mr. Parker in?

6           MS. ROCHLIN:   Yes, Your Honor.

7           THE WITNESS:   [Entered the courtroom at 9:02 a.m]

8           THE COURT:   Let's bring the jury in please.

9           [The jury returns to the courtroom at 9:02 a.m]

10          THE COURT:   Everyone please be seated.

11          Good morning, ladies and gentlemen.

12          You may proceed.

13             DAVID PARKER, GOVERNMENT'S WITNESS, SWORN

14                    DIRECT EXAMINATION

15  [Beginning at 9:03 a.m]

16          MR. GRAVELINE:   The Government calls David Parker to

17  the stand, Your Honor.

18  BY MR. GRAVELINE:

19  Q.   Can you please state your name and spell it for the record.

20  A.   David Parker, D-a-v-i-d P-a-r-k-e-r.

21  Q.   Where were you born, Mr. Parker?

22  A.   Chester, England, United Kingdom

23  Q.   What is your education?

24  A.   I have a Bachelor's Degree in Agriculture and I also have a

25  Master's Degree.

**October 23, 2008**

## Parker - Direct

1  Q.   And have you ever worked, lived and worked in Liberia?

2  A.   Yes.

3  Q.   And in what capacity have you worked in Liberia?

4  A.   I worked in Liberia from 1996 until late in 2003, and I'm

5  again working in Liberia now in the capacity of when I went in

6  1996 I was the technical assistant to the European Union.  From

7  2001 until 2003, I was the Aid Coordinator and Deputy Delegate

8  for the European Union in Liberia.

9  Q.   Is your Master's degree in Economics and Planning?

10 A.   That's right, it's in economics and planning.

11 Q.   So the work you were doing for the European Union, does

12 that correspond with your previous education and work

13 experience?

14 A.   Yes, it's in the management of aid programs in Liberia.

15 Q.   Now, you said you first arrived in Liberia in 1996?

16 A.   That's correct.

17 Q.   What were some of your responsibilities with the European

18 Union?

19 A.   Initially I was running, managing all of the operations of

20 the European Union in the most populated area of the country,

21 which is the central region, which is Bong, Nimba and Lofa

22 Counties.

23       Then I progressed to be recruited directly by the

24 European Union where I was responsible for all of the aid

25 operations in Liberia that in the European Union was funding.

**October 23, 2008**

## Parker - Direct

1   So that was nationwide.

2   Q.   When you first arrived in Liberia, who was the president of

3   Liberia?

4   A.   There was an interim government and Ruth Sando Perry was

5   the interim President.

6   Q.   In 1997, were there national elections for a new President?

7   A.   That's correct.

8   Q.   Who was elected President in 1997?

9   A.   Charles Taylor was elected President.

10  Q.   Do you know a man by the name of Milbah Kamara?

11  A.   Yes, I know Milbah Kamara.

12  Q.   Where did you meet Milbah?

13  A.   In Monrovia, in Liberia, in 1996.

14  Q.   And how did you meet him?

15  A.   One of my duties for the European Union was to work with

16  the interim Government's Agency for Disarmament and

17  Demobilization.   So he was working for the quasi-government

18  agency and I was representing the European Union in those

19  operations.

20  Q.   And what were your responsibilities with Mr. Kamara when

21  you were working in that capacity?

22  A.   We were responsible for all activities post-disarmament, so

23  the engagement of 2005 ex-combatants nationwide in employment

24  programs, training programs and reintegration back into their

25  communities.

**October 23, 2008**

## Parker - Direct

1  Q.  Did you work with all the various warring factions, NPFL,

2  ULIMO and NPC?

3  A.  Yes.  I was involved and we also worked in all of the

4  counties with all of the factions.

5  Q.  How long did you work with Mr. Kamara?

6  A.  In that role, almost two years.  Later on he was recruited

7  by the European Union and he worked with us until in 2001.

8  Q.  What was Mr. Kamara's personality like when you worked with

9  him at the European Union?

10  A.  He is a very hard-working gentleman and he's very

11  patriotic.  He worked very, very hard and took a lot of risks

12  in order to bring peace and stability into Liberia.

13          Our work was ultimately quite dangerous and --

14          MR. CARIDAD:  Objection, Your Honor.  Beyond the scope

15  of the question.

16  BY MR. GRAVELINE:

17  Q.  According to your own personal knowledge, what, if any,

18  other business interests outside of the European Union did

19  Mr. Kamara have?

20  A.  I think none.  When he left the European Union in 2001,

21  then he started to run a small business I think on the top of

22  Ashmun Street where he had a small Internet cafe and

23  communication business.

24  Q.  I'd like to direct your attention to 2002.  First of all,

25  in 2002, were you aware if Mr. Kamara was married or not?

**October 23, 2008**

## Parker - Direct

1  A.  I knew that he had a wife, but it's -- you know, I don't

2  know if he was legally married or not.

3  Q.  What was that?

4  A.  I don't know if he was legally married or not, but I met

5  his wife more than once.

6  Q.  At some point in 2002, did you have the opportunity to see

7  his wife?

8  A.  Yes.  He brought his wife to a few functions at the

9  European Union when he was working with the European Union, so

10  I met his wife previously.

11  Q.  At some point in 2002, did you become aware that something

12  had happened to Mr. Kamara?

13  A.  Yes.

14  Q.  And how did you become aware of that?

15  A.  The national staff at the European Union informed me --

16          MR. CARIDAD:  Objection.  Hearsay, Your Honor.

17          MR. GRAVELINE:  Your Honor, this isn't being offered

18  for the truth of the matter asserted, but just to go to what

19  happened and his conduct following that.

20          THE COURT:  Sustained.

21  BY MR. GRAVELINE:

22  Q.  Did there come a point where you saw Mrs. Kamara just by

23  herself?

24  A.  Yes.

25  Q.  And when, approximately, was that?

**October 23, 2008**

## Parker - Direct

1  A.   In August of 2002.

2  Q.   And when Mrs. Kamara came to you --

3          MR. CARIDAD:   Objection.   Assumes facts not in

4  evidence.

5          THE COURT:   Overruled.

6  BY MR. GRAVELINE:

7  Q.   When you saw Mrs. Kamara, did she relate anything to you

8  concerning her husband?

9  A.   Yes.   She informed me --

10          MR. CARIDAD:   Objection.   Hearsay.

11          MR. GRAVELINE:   I wasn't seeking the statement.

12  BY MR. GRAVELINE:

13  Q.   Did she relate something to you about her husband?

14  A.   Yes.

15  Q.   Towards the latter end of 2002, did you have an opportunity

16  to see Mulbah Kamara?

17  A.   Yes.

18  Q.   And do you remember approximately when you saw Mulbah

19  Kamara?

20  A.   Approximately the 23rd of December.

21  Q.   What was his physical condition like when you saw him?

22  A.   He had lost weight and he also showed me some injuries that

23  he had to his body.

24  Q.   Where were these injuries located on his body?

25  A.   He had scars on his lower abdomen and he had scars on the

**October 23, 2008**

## Parker - Direct

1  top of his legs in the groin area and he had some scars on his

2  left knee.

3  Q.   What was his emotional condition when he came to see you?

4  A.   He was very broken.   He lost a lot of weight.   He was very

5  down.   He looked like a person who was really broken.

6  Q.   In comparison to the Mr. Kamara you had known when you had

7  worked with him, previously had there been a change between

8  when you had seen him last and when you saw him in December of

9  2002?

10  A.   Yes, there was a fundamental difference in him   He was a

11  totally different person.

12  Q.   After you saw Mr. Kamara, what, if anything, did you decide

13  to do?

14  A.   I decided that I would help him to leave the country.

15  Q.   How active was the diplomatic community in Liberia in

16  helping to get people out of the country at that point?

17           MR. CARIDAD:   Objection.   Speculation.   Hearsay.

18           THE COURT:   Overruled.

19  BY MR. GRAVELINE:

20  Q.   You can answer.

21  A.   They were active for one or two very high profile people,

22  but they were not active for less high profile people getting

23  them out of the country.

24  Q.   Was Mr. Kamara a high profile case or not a high profile

25  case?

**October 23, 2008**

## Parker - Direct

1    A.   He was a low profile case.

2    Q.   Why did you decide to help him get out of the country?

3    A.   I was -- my conscience compelled me to do it, especially I

4    felt that he was my colleague and I imagined how I would feel

5    going through the same that he had gone through and I felt I

6    was in a good position to help him, so I should do so.

7    Q.   What was your plan for getting Mr. Kamara out of Liberia?

8    A.   It was to take him through Liberia to Nimba County and to

9    help him to cross the border into Guinea.

10   Q.   Did you have Mr. Kamara meet you somewhere in order to have

11   this plan take effect?

12   A.   Yes.

13        The next day he came to the European Union office and

14   that's where we started the process.

15   Q.   What did you do to get Mr. Kamara out of the country from

16   the European Union compound?

17   A.   From the European Union compound, we took my vehicle, which

18   was a diplomatic vehicle with diplomatic license plates, very

19   close to the front door of the European Union office and placed

20   Mr. Kamara in the trunk of the vehicle and put some blankets

21   over him and then we proceeded from there.

22   Q.   Where did you proceed to from there?

23   A.   We proceeded to the outskirts of the center of town, the

24   junction of Randall Street and U.N. Drive.  We picked up his

25   wife, Confort, and his son, Milbah.

**October 23, 2008**

## Parker - Direct

1   Q.   Once you had his wife and son, what happened?

2   A.   We drove out of town.   We went through several checkpoints

3   and once we got out of the town to a quieter area, we got

4   Mulbah out of the trunk of the car, let him sit in the car and

5   we proceeded through Margibi, Bong and Nimba County until we

6   got to Ganta and close to the border with Guinea.

7   Q.   Who was manning the checkpoints you had to drive through?

8   A.   There were several security and militia units at the

9   checkpoints ranging from the Liberian National Police to the

10  Bureau of Immigration to armed militias.

11  Q.   What were you thinking as you passed through these

12  checkpoints?

13  A.   I was fairly confident, because lots of people knew me in

14  Liberia, that I would not get stopped at the checkpoints, but,

15  of course, the small part of our mind was thinking that it

16  would be a bit of a problem for all of us if we were stopped

17  and the car was searched, and cars were being searched at that

18  time in Liberia.

19  Q.   On your route out of Liberia, did you pass through Bong

20  County?

21  A.   That's right, yes.

22  Q.   Did you have to pass through the town of Gbatala?

23  A.   Yes.

24  Q.   And as you were approaching Gbatala, what, if anything, did

25  you do with Mr. Kamara?

## October 23, 2008

## Parker - Direct

1  A.   At that point Mr. Kamara was in the car.   I had a driver

2  and I was a passenger and Mr. Kamara was in the back seat with

3  his wife and son.

4  Q.   And what did you do with Mr. Kamara as you passed near the

5  town of Gbatala?

6  A.   Nothing.   We continued to proceed.

7  Q.   Once you arrived near the border, what, if anything, did

8  you do with Mr. Kamara at that point?

9  A.   We stopped, and quite far away from the border, maybe 6,

10 700 meters from the border where it was quiet, and it was on a

11 day there was a big market in Ganta, so there were lots of

12 market women crossing the border, so I dropped Mr. Kamara and

13 his family off and they mingled with a group of market women.

14        He got African cloth around him and both him and his

15 wife carried goods to look as if they were part of the market

16 women group and they went with maybe a group of 10 or so women

17 across the border.

18 Q.   How often have you spoken with Mr. Kamara since you helped

19 him leave Liberia?

20 A.   Two or three times.

21 Q.   Did there come a time where he tried to contact you shortly

22 after he left Liberia?

23 A.   Yes.   A few weeks after leaving Liberia, he called me on

24 the phone.

25 Q.   And what did you tell him at that point?

**October 23, 2008**

## Parker - Direct

1  A.   I told him it was very important that he should not make

2  any attempt to call me again.

3  Q.   And why was that?

4  A.   It was a great risk, I felt, to myself and the operations

5  of the European Union that, for anybody to have any knowledge

6  that I had helped him to cross the border.   So I didn't want to

7  have the risk of anybody finding out about that at that time,

8  and telephones, we understood that telephones and emails were

9  being listened and tapped into, so we felt that was a great

10  risk.

11  Q.   Who were you afraid of finding out about it?

12        MR. CARIDAD:   Objection.   Relevance.   Hearsay.

13        THE COURT:   Overruled.

14  BY MR. GRAVELINE:

15  Q.   You can answer.

16  A.   We were concerned that the Government would find out about

17  it.

18  Q.   And that's the Government of Charles Taylor?

19  A.   That's correct.

20        MR. GRAVELINE:   No further questions, Your Honor.

21        MR. CARIDAD:   No questions, Your Honor.

22        THE COURT:   Thank you.   You are excused.

23        MR. GRAVELINE:   The Government rests, Your Honor.

24        THE COURT:   The defendant's first witness.

25        MR. WYLIE:   The defense calls Wesley Sieh.

**October 23, 2008**

Parker - Direct

1      Your Honor, may we approach briefly?

2      THE COURT:    (Indicating.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

October 23, 2008

## Parker - Direct

1          [Proceedings at sidebar follow]:

2          THE COURT:   Go ahead.

3          MR. WYLIE:   We intend to -- I intend to lead this

4    witness under 611 as a hostile witness.   I wanted to let the

5    Court know.

6          MS. ROCHLIN:   We object to that, Your Honor.   There's

7    no foundation Mr. Sieh is a hostile witness.   He is not

8    particularly aligned with any party.   He answered all defense's

9    questions on cross-examination and he has not expressed any

10   resistance to returning to testify as a witness for the

11   defense.

12         If the foundation develops as Mr. Wylie asks

13   questions, if there's resistance from the witness, that may be

14   another story, but no threshold has been met for treating

15   Mr. Sieh as a hostile witness.

16         MR. WYLIE:   He was called by the Government.   He

17   accused our client of bad things.   He's adverse.   It doesn't

18   matter whether he is going to be hostile to me.   The term

19   "hostile" means he is adverse to our interests.

20         MS. ROCHLIN:   On the contrary, Your Honor, it does not

21   mean adverse.

22         THE COURT:   Don't lead him and let's see how the

23   examination develops.

24

25

**October 23, 2008**

## Sieh - Direct

1                    [Proceedings in open court follow]:

2

3                  WESLEY SIEH, DEFENDANT'S WITNESS, SWORN

4                        DIRECT EXAMINATION

5    [Beginning at 9:21 a.m.]

6    BY MR. WYLIE:

7    Q.   Good morning, Mr. Sieh.

8    A.   Good morning, sir.

9    Q.   Have you previously testified in this case?

10   A.   Yes.

11   Q.   Were you a Government witness?

12   A.   Yes.

13   Q.   And why were you a Government witness?

14   A.   To come to testify.

15   Q.   You said to come to testify?

16   A.   Yes.

17   Q.   You agreed with the Government to come and testify?

18   A.   Yes.

19   Q.   Did the Government ask you to come testify, the United

20   States Government?

21   A.   Yes.

22   Q.   Did the Government pay for your travel to the United

23   States?

24   A.   Yes, sir.

25   Q.   Did the Government pick you up at the airport in the United

**October 23, 2008**

## Sieh - Direct

1  States?

2  A.    Ask again.

3  Q.    Who picked you up at the airport in the United States?

4  A.    The Government.

5  Q.    The United States Government?

6  A.    Yes.

7  Q.    And who paid for your hotel room --

8  A.    The Government.

9  Q.    -- in the United States?

10 A.    The Government.

11 Q.    Who brought you to court when you testified?

12 A.    The Government.

13 Q.    When you came to testify, was it your understanding that

14 you were going to return to Liberia?

15 A.    Yes.

16 Q.    You were brought to the United States for what reason?

17 A.    To testify.

18 Q.    Was there any other reason that you were brought to the

19 United States?

20 A.    No.

21 Q.    So you knew you weren't supposed to stay in the United

22 States?

23 A.    Repeat your question.

24 Q.    Did you know that you were not supposed to stay in the

25 United States after you finished testifying?

**October 23, 2008**

## Sieh - Direct

1   A.   I want to understand your question.

2   Q.   Did you understand that you were not to leave -- excuse me.

3   Did you understand that you were supposed to leave the United

4   States --

5   A.   Yes.

6   Q.   -- after you were done testifying?

7   A.   Yes.

8   Q.   And you told the Government that you were going to leave

9   the United States after you testified?

10  A.   Yes.

11  Q.   Did you leave the United States after you testified?

12  A.   Repeat.

13  Q.   Did you leave the United States after you testified?

14  A.   No.

15  Q.   Where did you go?

16  A.   My sister.

17  Q.   Where does your sister live?

18  A.   In Maryland.

19  Q.   Maryland?

20  A.   Yes.

21  Q.   So you lied to the Government?

22  A.   No.

23  Q.   You did not lie to the Government?

24  A.   Yes.

25  Q.   Did you lie to the Government about staying in the United

**October 23, 2008**

## Sieh - Direct

1   States?

2   A.   Repeat your question.

3   Q.   Did you lie to the Government about staying in the United

4   States?

5   A.   No.

6   Q.   You told them you were going to go home.   Correct?

7   A.   Yes.

8   Q.   And you didn't.   Correct?

9   A.   Yes.

10  Q.   Did the Government take you to the airport?

11  A.   Yes.

12  Q.   Did you get on a plane?

13  A.   Yes.

14  Q.   You did get on a plane?

15  A.   Yes.

16  Q.   Where did you go?

17  A.   Dulles Airport.

18  Q.   Dallas?

19  A.   Yes.

20  Q.   Or Dulles?

21  A.   Dulles.

22  Q.   In Washington, D.C.?

23  A.   Yes.

24  Q.   Did you get on another plane from Dulles?

25  A.   No.

**October 23, 2008**

## Sieh - Direct

1   Q.   Did you fly to Liberia from Dulles?

2   A.   No.

3   Q.   Where did you go?

4   A.   At Dulles Airport I was to be there for six hours.   Within

5   the course of the six hours, I receive a call.   One of the

6   worker called me and told me, announce my name, Wesley, and I

7   answered "Yes."   "Somebody want to see you."

8           I said "Who is that?"

9           "Your sister want to see you outside in 10 minutes.

10      She got some things for you."

11   Q.   You said she had some things for you?

12   A.   Yes.

13          On the way to see my sister, and the individual

14   directed me the way, and I followed the way and the security at

15   the airport told me when she's not traveling, she cannot enter

16   the terminal, but I can talk with somebody outside.   They

17   showed me the way.   I got out to see her.

18   Q.   Who told you that your sister was outside the airport?

19   A.   A worker at the airport, but I can't identify them now

20   because they announce my name.

21   Q.   They announced your name over the loud speaker?

22   A.   Yes, say "Wesley, somebody want to talk to you."

23   Q.   After you left Dulles International Airport, did you go

24   back into the airport and catch your flight to Liberia?

25   A.   No.

**October 23, 2008**

## Sieh - Direct

1   Q.   You stayed with your sister.   Right?

2   A.   Yes.

3   Q.   Did you tell the United States Government that you were

4   going to stay with your sister?

5   A.   No.

6   Q.   So you snuck away from the airport?

7   A.   Ask again.

8   Q.   Did you sneak away from the airport?

9   A.   No.

10   Q.   You tricked the Government, didn't you?

11   A.   Repeat.

12   Q.   Did you trick the United States Government?

13   A.   No.

14   Q.   No?   Didn't you tell them you were going to Liberia?

15   A.   Yes.

16   Q.   But you didn't.   Right?

17   A.   Repeat.

18   Q.   You did not go to Liberia?

19   A.   Yes.

20   Q.   You stayed with your sister.   Right?

21   A.   Yes.

22   Q.   You did not have permission to stay in the United States.

23   Right?

24   A.   Yes.

25   Q.   Did the United States Government tell you you could stay

## Sieh - Direct

1    with your sister?

2    A.    No.

3    Q.    Did the United States Government eventually arrest you?

4    A.    Repeat.

5    Q.    Did someone from the United States Government arrest you?

6    A.    Yes.

7    Q.    And that person told you you needed to go back to Liberia.

8    Is that right?

9    A.    Repeat.

10   Q.    Did that person from the United States Government tell you

11   you had to go back to Liberia?

12   A.    Yes.

13   Q.    Have you asked the United States Government for help?

14   A.    No.

15   Q.    Has the United States Government told you that you may

16   receive money to help you relocate in Liberia?

17   A.    Yes.

18   Q.    Have they told you that you can receive up to 4,000 United

19   States dollars?

20   A.    No.

21   Q.    But they have told you that you can receive money?

22   A.    Yes.

23   Q.    So you're hopeful of getting help from the prosecutors in

24   this case?

25   A.    Repeat.

**October 23, 2008**

## Sieh - Direct

1  Q.   Are you hopeful of getting help from the United States

2  Government as a result of this case?

3  A.   No.

4  Q.   You have asked the United States government for help.

5  Correct?

6  A.   Yes.

7  Q.   You said you're scared to go back to Liberia?

8  A.   No.

9  Q.   You have told the United States Government that you're

10  scared in Liberia now?

11  A.   No.

12  Q.   Was it the United States Government that paid for your trip

13  to the United States?

14  A.   Yes.

15  Q.   So it was the United States Government who paid for your

16  visit to see your sister.  Is that correct?

17  A.   No.

18  Q.   No?

19        Did you pay for your trip to the United States?

20  A.   The Government.

21  Q.   How long did you stay with your sister before you were

22  arrested?

23  A.   Less than a week.

24  Q.   Less than a week?

25  A.   Yes.

**October 23, 2008**

## Sieh - Cross

1  Q.   About five or six days?

2  A.   Yes.

3  Q.   Did you tell any of the prosecutors in this case that you

4  were at your sister's?

5  A.   Repeat.

6  Q.   Did you tell anyone from the United States Government that

7  you were at your sister's house?

8  A.   They call me there.

9  Q.   They called you?

10  A.   Yeah, they called there.

11  Q.   Did you call them?

12  A.   No.

13           MR. WYLIE:   No more questions.

14           THE COURT:   Cross-examination.

15           MS. HECK-MILLER:   Thank you, Your Honor.

16                    CROSS EXAMINATION

17  [Beginning at 9:33 a.m., 10/23/08.]

18  BY MS. HECK-MILLER:

19  Q.   Mr. Sieh, how old is your sister?

20  A.   Repeat.

21  Q.   How old is your sister?

22  A.   She's in her 50s.

23  Q.   And how old, are you?

24  A.   I am in my 30s.

25  Q.   Your sister is quite a bit older than you.   Isn't that so?

**Sieh - Cross**

1  A.   Repeat.

2  Q.   Your sister is quite a bit older than you.  Isn't that so?

3  A.   Yes.

4  Q.   And she's an important person in your family.  Isn't that

5  so?

6  A.   Yes.

7  Q.   Your sister is the one who suggested that the family change

8  their name back when it used to be Taylor.  Isn't that so?

9  A.   Yes.

10  Q.   And she's a person who has had a lot of influence on you.

11  Isn't that so?

12  A.   Yes.

13  Q.   When you came to the United States, did your sister want

14  you to do something?

15  A.   Yes.

16  Q.   What did your sister want you to do?

17  A.   She wanted me to visit her.

18  Q.   And did she want you to do anything about staying in the

19  United States?

20  A.   Ask again.

21  Q.   Did your sister want you to do anything about staying in

22  the United States?

23  A.   Yes.

24  Q.   What did your sister want you to do about staying in the

25  United States?

**October 23, 2008**

## Sieh - Cross

1   A.   She -- at first when I got here, I inform her I were here

2   and she said I should ask if I could see her and I asked and

3   they granted it and I informed her and she said it will be

4   risky for me if I return to Liberia.

5   Q.   And because your sister was saying it would be risky for

6   you to return to Liberia, did she want you to stay in the

7   United States?

8   A.   Yes.

9   Q.   Did she try to persuade you to stay in the United States?

10  A.   Yes.

11  Q.   What did she do to try to persuade you to stay in the

12  United States?

13  A.   She got in contact with a lawyer.  She sent a lawyer to see

14  me, somebody to see me at my hotel room, and I receive a call

15  for someone, for a lawyer I don't know, and they brought a form

16  to me.  I fill in the form and that's what she did.

17  Q.   And did you want that lawyer to be your lawyer?  Did you

18  agree to that?

19  A.   No.

20  Q.   Did you want that lawyer to file for asylum for you?  Did

21  you agree to that?

22  A.   No.

23  Q.   Did you want to file for asylum to stay in the United

24  States?

25  A.   No.

**October 23, 2008**

**Sieh - Cross**

1  Q.   Do you want to file for asylum to stay in the United

2  States?

3  A.   No.

4  Q.   What do you want to do, Mr. Sieh?

5  A.   I want to go home now.

6  Q.   And have you been told that if you want to talk to this

7  lawyer, you're free to do that and have him call you?

8  A.   Yes.

9  Q.   Is that what you want?

10 A.   Repeat.

11 Q.   Is that what you want?

12 A.   Repeat your question.

13 Q.   Do you want to talk to this lawyer and file for asylum?

14 A.   No.

15 Q.   When you left Miami to go to Dulles Airport, were you

16 planning to go back to Liberia?

17 A.   Yes.

18 Q.   And did you have any luggage with you?

19 A.   Yes.

20 Q.   And had you bought things in the United States that you put

21 in your luggage?

22 A.   Yes.

23 Q.   What kind of things did you buy in the United States that

24 you put in your luggage?

25 A.   I bought things for my children.

**October 23, 2008**

**Sieh - Cross**

1   Q.   And where are your children?

2   A.   They are in Liberia, Monrovia.

3   Q.   How many children do you have?

4   A.   Four.

5   Q.   And are these your own children?

6   A.   Biological children.

7   Q.   And did you buy anything for any other relatives?

8   A.   Yes.

9   Q.   What other relatives?

10  A.   My wife.

11  Q.   Where is your wife?

12  A.   In Monrovia, Liberia.

13  Q.   And who supports your wife and your four children?

14  A.   Myself.

15  Q.   And do you have work in Liberia?

16  A.   Yes.

17  Q.   Is that part of the reason why you wanted to go back to

18  Liberia?

19  A.   Yes.

20  Q.   Did you have all those things in your luggage when you left

21  Mani?

22  A.   Repeat.

23  Q.   Did you have all those presents in your luggage when you

24  left Mani?

25  A.   I'm not understanding you.

**October 23, 2008**

**Sieh - Cross**

1    Q.    The things that you bought for your children and your wife,

2    were they packed inside your luggage when you left Miami?

3    A.    Oh, yes.

4    Q.    And what were you planning on doing with your things and

5    your luggage and those gifts?

6    A.    To take them home to my family.

7    Q.    And was that your plan as you landed -- withdrawn.

8          Was that your plan when you landed at Dulles Airport

9    in Maryland?

10   A.    Repeat.

11   Q.    Was that your plan when you landed in Dulles Airport in

12   Maryland?

13   A.    Yes.

14   Q.    Did you know that your sister was going to -- withdrawn.

15         Did you expect to hear your name called out at Dulles

16   Airport?

17   A.    No.

18   Q.    And was that somebody who came around calling your name?

19   A.    Yes.

20   Q.    And you told us you don't know the person's name.   Was it a

21   man?

22   A.    Yes.

23   Q.    Was it somebody who seemed to work at the airport?

24   A.    Yes, they were in uniform, yes.

25   Q.    Once he called your name, did you respond?

**October 23, 2008**

## Sieh - Cross

1   A.   Yes.

2   Q.   And did he direct you somewhere?

3   A.   Yes.

4   Q.   Where was that?

5   A.   He called my name.  I responded to my name.

6        He said "Somebody want to talk to you."

7        I said "Who is that?"

8        "The person's name is Zoe.  When you are not

9   traveling, nobody enters the terminal, so you can talk to

10  the person," and he asked for my document.  I show my

11  passport, my ticket and my document.  They showed me the way to

12  talk to the person and directed me the way out to talk to the

13  person.

14  Q.   And did you recognize the name of the person that he said

15  wanted to talk to you?

16  A.   Yes.

17  Q.   What name was that?

18  A.   My sister's name.

19  Q.   When you left the airplane part of the airport and went to

20  the terminal, did you see somebody you knew?

21  A.   No.

22  Q.   When did you see somebody?

23  A.   When I got out.

24  Q.   Was this still at the airport?

25  A.   I'm not understanding you.

**October 23, 2008**

**Sieh - Cross**

1  Q.   Did you see your sister at the airport?

2  A.   Outside the airport.

3  Q.   But it was in the airport property?

4  A.   Yes.

5  Q.   And did your sister have anything for you?

6  A.   Yes.

7  Q.   What did she have for you?

8  A.   Clothes, shoes.

9  Q.   Did your sister say whether she had more things for you?

10 A.   Yes.

11 Q.   Where did she say those other things were?

12 A.   At her house.

13 Q.   Did you talk to her about going to her house?

14 A.   Repeat.

15 Q.   Did you talk to your sister about going to her house?

16 A.   Yes.

17 Q.   And what did you and your sister talk about about going to

18 her house?

19 A.   She said she got more things that I need to collect from

20 her house and she ask me how many hours I was to be at the

21 airport.  I told her six hours and she said from the airport to

22 her house it was 30, 35 minutes distance, so it is not far.  I

23 can go with her and collect the things.

24 Q.   Did you go with her to her house?

25 A.   Yes.

**October 23, 2008**

**Sieh - Cross**

1  Q.   When you went with your sister to her house, were you still

2  planning on going back to the airport and getting on that

3  airplane?

4  A.   Yes.

5  Q.   That's not what happened, though, Mr. Sieh, is it?

6  A.   (No response.)

7  Q.   But you didn't come back and get on the airplane, did you?

8  A.   Repeat.

9  Q.   After you went to your sister's house, you stayed there,

10  didn't you?

11  A.   Yes.

12  Q.   You didn't come back to the airport and get on the

13  airplane?

14  A.   Yes.

15  Q.   Let me ask the question a different way.   You did not come

16  back to the airport and get on the airplane.   Isn't that

17  correct?

18  A.   Yes.

19  Q.   And then the U.S. Government started looking for you, as

20  far as you know.   Isn't that right?

21  A.   Yes.

22  Q.   Because they found you at your sister's house.   Is that

23  right?

24  A.   Yes.

25  Q.   And they came to your sister's house, didn't they?

**October 23, 2008**

**Sieh - Cross**

1  A.   Yes.

2  Q.   When they came to your sister's house, did they give you a

3  choice?

4  A.   Yes.

5  Q.   What choice did they give you?

6  A.   The choice was if I wanted to go back to Liberia or I want

7  to stay here.   I have the right to have a lawyer if I want to

8  stay here.

9  Q.   What did you choose?

10 A.   I said I want to go home.

11 Q.   Is that your plan right now?

12 A.   Right now.

13 Q.   Are you booked on a flight today to go back to Dulles

14 Airport?

15 A.   Yes.

16 Q.   From Dulles Airport to fly to Brussels?

17 A.   Yes.

18 Q.   From Brussels to fly to Monrovia?

19 A.   Monrovia, Liberia.

20 Q.   Is that your itinerary?

21 A.   Yes.

22 Q.   Is that what you want to do?

23 A.   Yes.

24 Q.   Mr. Sieh, you were asked about why you came to testify

25 here.   Is that right?

**October 23, 2008**

**Sieh - Cross**

1   A.   Yes.

2   Q.   You were also asked whether you expected anything for your

3   testimony.   Do you remember that?

4   A.   Yes.

5   Q.   Did you agree to participate in something known as the

6   Emergency Witness Assistance Program or EWAP?

7   A.   Repeat.

8   Q.   Did you agree to participate in a program to receive money

9   to help you relocate in Monrovia a program called --

10   A.   Yes.

11   Q.   Do you know that program is called EWAP, Emergency Witness

12   Assistance Program?

13   A.   Yes.

14   Q.   Why do you want to relocate when you get back to Monrovia?

15   A.   I want to relocate because of security reasons.

16   Q.   What neighborhood of Monrovia do you live in right now?

17   A.   Congotown.

18   Q.   Who else lives in Congotown?

19   A.   Ex-combatants, former ATU.

20   Q.   Is Congotown the most concentrated area of former ATU

21   soldiers in Monrovia?

22   A.   Yes.

23   Q.   Is that why you want to relocate?

24   A.   Yes.

25   Q.   Are you planning on relocating some place else in the

**October 23, 2008**

## Sieh - Cross

1  country of Liberia?

2  A.   Yes.

3  Q.   Has the Government agreed to assist you with your expenses

4  for relocating?

5  A.   Yes.

6  Q.   Mr. Sieh, do you understand under that program that you

7  have to submit receipts and documents for your expenses?

8  A.   Yes.

9  Q.   Is that what you have to do?

10  A.   Yes.

11  Q.   Mr. Sieh, when the Government asked you to come here to

12  testify, what did they tell you about your testimony?

13  A.   I was told -- after my testimony, I was to return to

14  Liberia.

15  Q.   And what did they tell you about whether you should be

16  truthful in your testimony or not?

17  A.   I should be truthful.

18  Q.   Did the Government tell you that?

19  A.   Yes.

20  Q.   Did the Government tell you to be truthful no matter who

21  you thought it hurt or who you thought it helped?

22  A.   Yes.

23  Q.   Is that what you have done in your testimony?

24  A.   Yes.

25  Q.   Thank you.

**October 23, 2008**

## Sieh - Redirect

1        MS. HECK-MILLER:   I have no further questions.

2        THE COURT:   Redirect.

3        MR. WYLIE:   Thank you.

4                    REDIRECT EXAMINATION

5   [Beginning at 9:46 a.m., 10/23/08.]

6   BY MR. WYLIE:

7   Q.   Mr. Sieh, are you flying through Dulles International

8   Airport again?

9   A.   Yes.

10  Q.   Are you going to be escorted by Government agents?

11  A.   Yes.

12  Q.   Did your sister force you to come with her to her house?

13  A.   Repeat.

14  Q.   Did your sister force you to come to her house?

15  A.   Yes.

16  Q.   She forced you?

17  A.   Yes.

18  Q.   Did she have a gun?

19  A.   No.

20  Q.   Did anyone from the airport prevent you from getting on a

21  plane that day?

22  A.   Repeat.

23  Q.   Did anyone that worked at the airport prevent you from

24  getting on a plane to Liberia?

25  A.   No.

**October 23, 2008**

## Sieh - Redirect

1   Q.   Did anyone that worked at the airport prevent you from

2   re-entering the airport after you spoke with your sister?

3   A.   No.

4   Q.   Did you call the United States Government to tell them that

5   you were at your sister's house?

6   A.   Repeat.

7   Q.   Did you call the United States Government to tell them you

8   were at your sister's house?

9   A.   They called me.

10   Q.   Did you call the United States Government to tell them you

11   wanted to go home?

12   A.   No.

13   Q.   Did your sister prevent you from calling the United States

14   Government?

15   A.   Yes.

16   Q.   She wouldn't let you use the phone?

17   A.   Repeat.

18   Q.   Your sister would not let you use the phone?

19   A.   No.

20   Q.   How old are you, Mr. Sieh?

21   A.   I am in my 30s.

22   Q.   How many kids do you have?

23   A.   Four.

24   Q.   Sir, is Charles Taylor still the President of Liberia?

25   A.   Repeat.

**October 23, 2008**

## Baechtle - Direct

1    Q.   Who is the President of Liberia?

2    A.   Ellen Johnson Sirleaf.

3    Q.   Is Chuckie Taylor in Liberia still?

4    A.   No.

5    Q.   Does the ATU exist anymore?

6    A.   No.

7    Q.   When was the ATU terminated?

8    A.   When Charles Taylor left Liberia.

9    Q.   Was that 2003?

10   A.   (No response.)

11   Q.   Are there U.N. Peacekeepers in Liberia right now?

12   A.   Yes.

13          MR. WYLIE:   No more questions.

14          Thank you, Your Honor.

15          THE COURT:   The witness is excused.

16          [The witness was excused at 9:50 a.m].

17          THE COURT:   The next witness please.

18          MR. CARIDAD:   We call Agent Matthew Baechtle.

19

20          MATTHEW BAECHTLE, DEFENDANT'S WITNESS, SWORN

21                    DIRECT EXAMINATION

22   [Beginning at 9:50 a.m]

23          MR. CARIDAD:   Judge, we need to set up a laptop.

24   BY MR. CARIDAD:

25   Q.   Agent Baechtle, you are one of the case agents in this

**October 23, 2008**

## Baechtle - Direct

1  case?

2  A.  Yes, I am

3  Q.  You testified already in this case?

4  A.  Yes.

5  Q.  So you are still under oath.

6  A.  Yes.

7  Q.  Agent, you went to Liberia in what year to investigate this

8  case?

9  A.  To investigate this case, the first time I went to Liberia

10  was in 2006.

11  Q.  And is that the trip where you went with Agent Doyle?

12  A.  No, I went with Agent Doyle on a later date, on a

13  subsequent trip.

14  Q.  What was the date you went to Liberia with Agent Doyle and

15  he took pictures?

16  A.  I believe that was in May of 2007.

17  Q.  And was Agent Doyle taking the pictures or someone else?

18  A.  Agent Doyle took the majority of the photos, but I took

19  them as well.

20  Q.  You were with him when he was taking the photos or you took

21  them yourself?

22  A.  That's correct.

23  Q.  Some of those photos are the ones that have already been

24  offered into evidence.  Right?

25  A.  Yes.

**October 23, 2008**

## Baechtle - Direct

1  Q.   They are of the bridge area, of the Gbatala Base area and

2  maybe the Gbarnga Police Station.   Right?

3  A.   Yes.

4  Q.   I want to show you some pictures that were taken during

5  that trip of the bridge area.

6        I'm going to show you a notebook that has pictures in

7  it.  I've put some red tabs on some of these pictures.   Would

8  you look through these red tabs here and tell me if you

9  recognize -- not that first, over here -- if you recognize the

10 photographs that have the tab on them

11 A.   (Complied.)

12       I recognize them

13 Q.   Are those photos also taken either by you or Agent Doyle on

14 this trip to the bridge?

15 A.   Yes.

16 Q.   Can you read the numbers of the exhibits, of the ones you

17 looked at, starting with BR and tell us the numbers?

18 A.   Sure.

19       BR 29, BR 30 -- I'm sorry.   Strike that.   BR 31, BR

20 32, BR 41, BR 46, BR 47 and BR 54.

21 Q.   Do those pictures fairly and accurately represent those

22 things you saw on the trip with Agent Doyle?

23 A.   Yes.

24       MR. CARIDAD:   Judge, I would like to move them into

25 the record.

**October 23, 2008**

**Baechtle - Direct**

1    [Defense Exhibits 2, 3, 4, 5, 7, 9 marked for identification at

2    9:55 a.m.]

3              MS. HECK-MILLER:   We have no objection, Your Honor.

4              THE COURT:   Admitted.

5              MR. CARIDAD:   For BR 31 is Defendant's Exhibit 3.   BR

6    32 is Defendant's Exhibit 4.   For BR 41 is Defendant's Exhibit

7    5, for BR 46, Defendant's Exhibit 6, for BR 47 Defense Exhibit

8    9 and for BR 54 Defense Exhibit 7.

9       [Defense Exhibits 2, 3, 4, 5, 7, 9 received in evidence].

10             MS. HECK-MILLER:   Excuse me, Your Honor.   BR 29?

11             MR. CARIDAD:   I'm sorry.   Defense Exhibit 2.

12             Your Honor, I'd like to publish Defense Exhibit 3,

13   which is also BR 31.

14   BY MR. CARIDAD:

15   Q.   Now, Agent Baechtle, do you recognize this photograph?

16   A.   I don't see it on the screen right now.

17   Q.   Can you see it, agent, or not?

18   A.   No, I can see it.

19   Q.   Maybe the monitor is not on, agent.

20             MS. HECK-MILLER:   Does the jury have the photo?   We

21   have a paper copy we can show to the agent.

22   A.   There it is.

23             MR. CARIDAD:   Thank you anyway.

24   BY MR. CARIDAD:

25   Q.   Agent, we're looking at Defendant's Exhibit 3, BR 31.

**October 23, 2008**

## Baechtle - Direct

1  Where is this writing, on which building, as far as you can

2  remember?

3  A.   This is on a building.   When you cross the bridge from Lofa

4  towards Bong County, there is a larger building on the

5  right-hand side.   It has a redish-brownish roof on it.   I

6  believe this was on the side of that.

7  Q.   This was on the side of the red-roofed building referred to

8  earlier in the case?

9  A.   I said "side."  I'm not sure if it's the side.   It's on the

10 wall of the building, yes.

11 Q.   Do you see the writing there of the letters L-U-R-D?

12 A.   I do.

13 Q.   Can you see the writing there?  Are you able to circle it

14 with your finger?

15 A.   (Complied.)

16 Q.   You don't know when the writing was put on that wall, do

17 you?

18 A.   I know it was there when I was in.

19 Q.   You were there in what year, sir?

20 A.   May of 2007.

21        MR. CARIDAD:   If we could look at Defense Exhibit 5,

22 which is also BR 41.   Do you know how to remove that?

23        Thank you, Barbara.

24 BY MR. CARIDAD:

25 Q.   Agent, this is BR 1, Defendant's Exhibit 5.   Can you tell

**October 23, 2008**

## Baechtle - Direct

1  us where -- it seems like a door.   Is that correct?

2  A.   It looks like a door.

3  Q.   Do you remember seeing that during your trip to the bridge?

4  A.   Yes.

5  Q.   Do you remember which building this is?

6  A.   I believe this is also in that same building that I

7  described.

8  Q.   The red-roofed building?

9  A.   I believe so.

10  Q.   Are you able to read what's written on this door?

11  A.   I can try.   I can read part of it.

12  Q.   Go ahead.

13  A.   "COL Jeremiah" -- I'm not sure if that's "Gunde" or

14      "Gunda," "Jr. Legend.   Force," it looks like, "1" and in

15  parentheses there's the number "1.   Special" -- I don't know if

16  I can make out that next word.   It begins with an "F," it looks

17  like.   "Artillery division" and then "May 26th, 2000"  -- I'm

18  not sure what the last number is on that.

19  Q.   Could it be a 3?

20  A.   It could be a 3, yes.

21          MR. CARIDAD:   If we could take that down, please, and

22  if we could put up Defendant's Exhibit 9, ER 47.

23  BY MR. CARIDAD:

24  Q.   Agent, do you recognize this photograph, ER 47, Defense

25  Exhibit 9?

**October 23, 2008**

# Baechtle - Direct

1  A.  Yes, I do.

2  Q.  Can you tell us what this is a photograph of, if you

3  remember?

4  A.  I believe that this photograph was taken in one of the

5  rooms in that same building.

6  Q.  Do you know if this is the same room that Mr. Kpadeh said

7  he was taken into?

8  A.  I'm not 100 percent sure of that.

9  Q.  Do you know if this was the room that had to be opened

10  because it had a lock on it?

11  A.  I can say I believe so, but I'm not 100 percent sure.

12  Q.  Can you try as best you can to read whatever you can make

13  out on BR 47, Defendant's Exhibit 9?

14  A.  Sure.

15       It says "Command" and then it looks like there could

16    be an "e" at the end of it, "ULIMO.  Pussy." I can't make

17  out what's next.

18       At the bottom I see the word "Taylor" and a word that

19  begins with the letter "F" but I really can't make out too

20  clearly on here the words in between.

21  Q.  I think you were able to make out more than I could.

22  A.  You asked the question.

23  Q.  Yes, I did.

24       And it is pretty clear that one of the words there is

25  "ULIMO." Correct?

**October 23, 2008**

## Baechtle - Direct

1  A.  Yes.

2  Q.  From your knowledge of the case, ULIMO was one of the

3  forces that was fighting in the 1990s.  Is that correct?

4  A.  Yes.

5       MR. CARIDAD:  If we could look at BR 54, Defendant's

6  Exhibit 7.

7  BY MR. CARIDAD:

8  Q.  Do you recognize what part of the bridge area this is at?

9  A.  This is one of the walls of the same building that we've

10  been discussing, the one with the red roof or brownish roof.

11  Q.  Can you tell us what it says there, please, as best you

12  can?

13  A.  There's three letters that appear to be an "M," a "P" and a

14  "J."  Below that is written "Victor Suah, Action" and Roman

15  numeral "III" and "NPFL."

16  Q.  NPFL was one of the forces fighting against ULIMO in the

17  '90s.  Is that correct?

18  A.  Yes.

19       MR. CARIDAD:  If I could have a moment, please?

20       Thank you, Judge.  I have no further questions of

21  Agent Baechtle.

22       MS. HECK-MILLER:  No questions, Your Honor.

23       THE COURT:  Defendant's next witness.

24       MS. HECK-MILLER:  Your Honor, the defense calls

25  Gongehn Lawrence.

**October 23, 2008**

## Lawrence - Direct

1

2                  GONGEHN LAWRENCE, DEFENDANT'S WITNESS, SWORN

3                              DIRECT EXAMINATION

4   [Beginning at 10:04 a.m.]

5   BY MR. CARIDAD:

6   Q.   Mr. Lawrence, could you, please, give us your full name?

7   A.   Yes.  My full name is Lawrence K. Gongehn, but I'm usually

8   called Gongehn Lawrence.

9   Q.   Mr. Lawrence, we have an interpreter.  It may be we start

10  using the interpreter at some time.  We're going to proceed in

11  this fashion without an interpreter.  Do you understand?

12               You have to answer "Yes" or "No" to the microphone.

13  A.   Okay.

14  Q.   Mr. Lawrence, where were you born?

15  A.   I was born in Monrovia, Montserrado County.

16  Q.   Is that Montserrado County, M-o-n-t-s-e-r-r-a-d-o?

17  A.   Yes.

18  Q.   What year was were you born, sir?

19  A.   1971, (redacted.)

20  Q.   And where do you presently live, sir?

21  A.   Sorry?

22  Q.   Where do you live today?

23  A.   I live in Grand Gedeh, Grand Gedeh County.

24  Q.   Is that a county in Liberia?

25  A.   Yeah, it's a County in Liberia.

**October 23, 2008**

## Lawrence - Direct

1   Q.   Are you married, sir?

2   A.   Yes.

3   Q.   Do you have any children?

4   A.   Yes.

5   Q.   How many children do you have, sir?

6   A.   Four.

7   Q.   And what do you do for a living, Mr. Lawrence?

8   A.   Can I adjust the microphone?

9   Q.   Yes.   The Marshal will help you.

10  A.   At present, I'm an Evangelist.

11  Q.   Do you have any other occupation at the moment?

12  A.   My occupation is Evangelist.

13  Q.   Do you have any other occupation?

14  A.   By means of sustainability, I do small scale business.

15  Q.   What types of small scale business do you do?

16  A.   I sponsor gold creek and --

17  Q.   Okay.   We're going to try that with the interpreter.

18  A.   Sponsor of gold.

19          THE INTERPRETER:   Can you say that again?

20          THE WITNESS:   Gold creek.

21          THE COURT:   Gold creek.

22  A.   Yes.

23  Q.   Can you describe what that is, please?

24  A.   Yes.   Gold is a substance, is a thing that is got from the

25  ground.   It's looking yellowish, expensive, and it's sold at

## October 23, 2008

## Lawrence - Direct

1  present in Monrovia at the cost of $24 U.S.

2  Q.   Do you buy and sell gold?

3  A.   Yes, I do not buy, per se.   I have some men working on the

4  creek and you sponsor them by buying rice, shovels and others

5  and the creek owner has percentage and you who are sponsoring

6  the men have two divisions.   You subtract your expenses and the

7  other one are divided amongst the partnership.

8  Q.   Mr. Lawrence, were you living in Liberia in 1999?

9  A.   1999, yes.

10  Q.   Were you a member of any government agency in 1999?

11  A.   I was, but I would like to provide clarity in that

12  direction.

13  Q.   Yes.

14          Were you a member of any government agency?  Tell us

15  that first.

16  A.   Yes.

17  Q.   What was that agency?

18  A.   The agency was instituted by the then government in 1997

19  under the former President Charles Taylor.   They called the

20  unit counter-intelligence, which comprised of military

21  intelligence and civilian intelligence.

22  Q.   Was that part of the Armed Forces of Liberia?

23  A.   It was like an attachment because the Armed Forces of

24  Liberia was strictly military.   The counter-intelligence was

25  comprised of military and civilians, but it was directly

## October 23, 2008

## Lawrence - Direct

1  attached to the Armed Forces of Liberia.

2  Q.   And what was your role in that agency?

3  A.   I was serving -- I found myself serving as intelligence.

4  Q.   That was in 1999, sir?

5  A.   1999.

6  Q.   Who was elected President in 1997?

7  A.   President Charles G. Taylor.

8  Q.   I want to ask you about your personal history before 1997.

9  Do you understand, Mr. Lawrence?

10 A.   Yeah.

11 Q.   Did you ever become part of the Armed Forces of Liberia

12 before 1997?

13 A.   No, but I can tell you something later about that.

14 Q.   Were you ever made part of the Armed Forces of Liberia?

15 A.   I suffered constrictions out of my will by the AFL.

16 Q.   In what year were you drafted?

17 A.   In 1990.

18 Q.   And who was the President of Liberia when you were drafted

19 in 1990?

20 A.   President Samuel Doe.

21 Q.   When you were drafted by the AFL in 1990, what role did you

22 play in that organization?

23 A.   I, I was caught while I was playing football, soccer, and

24 the military truck came from Monrovia towards Kakata, and while

25 we were playing I noticed the truck coming back and it stopped

## October 23, 2008

## Lawrence - Direct

1    right by the field.

2             So immediately the military officers jumped down.

3    Some other smart people fled, but I was not lucky.  So I was

4    captured by the AFL and then I was taken and put in the truck

5    and they said "You people didn't know that we are fighting war

6        and you are playing soccer?  Since you people are playing

7        soccer, you people have a job to do."  So we went towards

8    Kakata.

9    Q.   That is how you were drafted by the AFL?

10   A.   Yes.   Excuse me.   I was told to take combination --

11            THE COURT:   Repeat that answer.   "I was told" what?

12            THE WITNESS:   Sorry.

13            THE COURT:   What did you say?   "I was told"?

14   A.   I was told to transport on my head rice and ammunition to a

15   place called 15 Gate (ph.)

16   Q.   Were you told to fight with a weapon on behalf of the AFL?

17   A.   I was told with a weapon, but I say I do not know how to do

18   so.

19   Q.   Did you ever fight for the AFL?

20   A.   I would say no.

21   Q.   Now, did anything happen to you in 1990?

22   A.   Yes.

23   Q.   What happened to you?

24   A.   In the process of transporting on head the supply, the

25   first trip was made.  We covered about three or four miles from

**October 23, 2008**

## Lawrence - Direct

1  where we descended from the truck and we came back to take the

2  second supply.

3          In that process, we were ambushed and I was captured

4  by NPFL with eight other, with seven other persons, including

5  myself make 8.

6  Q.   So while serving with the AFL, you were captured by the

7  NPFL.   Correct?

8  A.   Yes.   I was drafted by the AFL and I was captured by the

9  NPFL.

10 Q.   And did you join the NPFL?

11 A.   I did not join the NPFL.   I was captured and I was taken to

12 the NPFL camp.

13 Q.   Were you later made part of the NPFL?

14 A.   Or -- yes, I were later made part of the NPFL, not as a

15 military personnel.

16 Q.   What was your position within the NPFL?

17 A.   The NPFL was a rebel group, controlling group in Liberia at

18 that time.

19 Q.   What did you do for then?

20 A.   I register supply that was then distributed for a certain

21 orphanage.

22 Q.   Did you have anything to do with surveillance and

23 reconnaissance work while you were with the NPFL?

24 A.   Precisely.

25 Q.   Can you describe what that means, surveillance and

## October 23, 2008

## Lawrence - Direct

1  reconnaissance work?

2  A.   Surveillance and reconnaissance.   After they capture and I

3  suffer incarceration, eventually I was given the opportunity to

4  do the recording and I saw myself again, surveillance and

5  reconnaissance to counter-check, to observe the movement of

6  militaries and civilians and report on such issue.

7  Q.   Is it fair to say you were an intelligence officer?

8  A.   Right.

9  Q.   Now, were you serving in that role up until the election of

10  1997?

11  A.   No, I was injured in a car accident, in a motor accident

12  and my backbone was disjoined.

13          THE COURT:   What?

14          MR. CARIDAD:   Backbone was --

15          THE COURT:   What?

16          THE WITNESS:   Disjoined.

17  A.   I was treated by the herbalist.   In '97, after the election

18  I thought normalcy has returned.   I decided to apply to the

19  Ministry of Defense for a scholarship.

20  Q.   After the election of '97, Mr. Lawrence, were you again

21  part of the AFL?

22  A.   After '97 -- this is why I wanted to provide clarity.   If

23  you wish, I will.

24  Q.   Yes.   What was your role, if any, within the government

25  that was elected in 1997?

**October 23, 2008**

## Lawrence  -  Direct

1    A.   I found myself again on the same track as the military, I

2    mean, as intelligence attached to the AFL.

3    Q.   Now, in 1999 --

4    A.   Yeah.

5    Q.   -- what area of the country of Liberia were you assigned

6    to?

7    A.   I was then taken to Bong County, Gbalatuah.

8    Q.   Bong County, Gbalatuah?

9    A.   Gbalatuah, yes.

10   Q.   Is that near the St. Paul River Bridge?

11   A.   Yes.

12   Q.   I'm going to show you a photograph, Mr. Lawrence.

13            MR. CARIDAD:   I'm going to ask Exhibit ER 2 be brought

14   on the screen.

15   BY MR. CARIDAD:

16   Q.   Mr. Lawrence, if I could ask you to look at the screen in

17   front of you.  Do you see that photograph sir?

18   A.   Yes.

19   Q.   Do you recognize this area?

20   A.   Yes.

21   Q.   What is depicted in this photograph?

22   A.   Sorry?

23   Q.   What is shown in this photograph?

24   A.   It's a white vehicle with a checkpoint.

25   Q.   Do you recognize where this checkpoint is?

Lawrence - Direct

1   A.   Yes.

2   Q.   Where is this checkpoint?

3   A.   This checkpoint is in Gbalatuah.

4   Q.   Is this checkpoint near the St. Paul River Bridge?

5   A.   Yes.

6   Q.   Were you stationed near this checkpoint in 1999?

7   A.   Yes.

8   Q.   Now, when in 1999 did you arrive in this area?

9   A.   I arrived in 1998.

10  Q.   You arrived in '98?

11  A.   Yes.

12  Q.   And how long did you stay in this area?  How many years?

13  A.   Up to late '99.

14  Q.   Did you live in this area?

15  A.   Sorry?

16  Q.   Did you live in this area that we're looking at on the

17  screen?

18  A.   Yes.

19  Q.   Okay.

20       Is this the area where you worked as an intelligence

21  officer?

22  A.   Yes.

23  Q.   Could you describe your duties as an intelligence officer

24  while you were living in this area?

25  A.   Yes.

October 23, 2008

## Lawrence - Direct

1  Q.  Please tell us what you were doing.

2  A.  My duties was to monitor the military and the civilians'

3  relationship and to report everything that I saw done by the

4  military.

5  Q.  Did your duties involve staying in contact with the

6  civilian and the military who were in this area?

7  A.  Sure.

8  Q.  Now, we see in this image, ER 2, some houses.  Do you see

9  those houses?

10  A.  Yes.

11  Q.  Now, were those the same houses that were there in 1999?

12  A.  I'm seeing some strange houses.

13  Q.  But in this area of the image where we see these houses,

14  who was living in that area in 1999?

15  A.  Which one?

16  Q.  The area where we see these houses, the one that has the

17  green and white roof, the brown roof next to the trees.  Who

18  was living in that area in 1999?  Was it civilian or was it

19  military?

20  A.  I see the house with something like a top in green.

21  Q.  Yes.

22  A.  And a white.  Are you talking about that?

23  Q.  Yes, in this area.  Were there areas similar to that in

24  1999?

25  A.  Yes.

## October 23, 2008

## Lawrence - Direct

1  Q.   And who was living in those houses?

2  A.   Civilians.

3  Q.   Now, when you were living and working in this area, where

4  would you spend your day?

5  A.   I spend my day around this perimeter.

6  Q.   Did you ever go to the area where the bridge is?

7  A.   Sorry?

8  Q.   Did you ever go to the area closer to the St. Paul River

9  Bridge?

10  A.   Yes.

11  Q.   Did you also go to this checkpoint?

12  A.   Yes.

13        MR. CARIDAD:   I'm going to ask if we could bring up

14  image ER -- excuse me, Your Honor -- if we could look at ER 60,

15  please.

16  BY MR. CARIDAD:

17  Q.   Do you see that image, Mr. Lawrence?

18  A.   Yes.

19  Q.   Now, there's a building on the right that has a red roof on

20  it.   Do you see that?

21  A.   Red roof with yellow porch and green.   Is that what you're

22  talking about?

23  Q.   Yes, sir.

24  A.   Yes.

25  Q.   Was that building there in 1999?

**October 23, 2008**

## Lawrence - Direct

1    A.    Yes.

2    Q.    What was that building used for in 1999?

3    A.    That building was used for the securities' dwelling place.

4    Q.    The securities' dwelling place?

5    A.    Yes.

6    Q.    Which security agency used this building as a dwelling

7    place?

8    A.    The Army.

9    Q.    The Army?

10   A.    Which is the AFL.

11   Q.    Did anyone else?

12   A.    Yes, the police.

13   Q.    The police?

14   A.    Yes.

15   Q.    Is that Liberian National Police?

16   A.    Yes.

17   Q.    Did anyone else use this as a dwelling place?

18   A.    The Army use it.   The NSA also used it.

19   Q.    The NSA?

20   A.    Yes.

21   Q.    Can you give us the names of some of the people who lived

22   there in 1999?

23   A.    Yes.   I can try.

24   Q.    Try and tell us if you remember, sir.

25   A.    I remember Senah.

## October 23, 2008

## Lawrence  -  Direct

1   Q.   How do you spell that?   Do you know?

2   A.   S-e-n-a-h.

3   Q.   What agency was he with?

4   A.   Sorry?

5   Q.   What agency was he with?

6   A.   The Army.

7   Q.   Do you remember any other person who used this building as

8   a residence in 1999?

9   A.   Yes.

10   Q.   Who else do you remember, sir?

11   A.   I remember Mentee and Thomas.

12   Q.   Mentee?

13   A.   Yes.

14   Q.   Do you know how that is spelled?

15   A.   M e-n-t-e-e.

16   Q.   You mentioned Thomas.   Do you know what his complete name

17   is, sir?

18   A.   Yes.

19   Q.   What is his name?

20   A.   Saye Thomas.

21   Q.   How do you spell Saye?

22   A.   S-a-y-e.

23   Q.   Now, how often did you ever visit this red-roofed building?

24   A.   Sure.

25   Q.   How often did you visit this red-roofed building?

**October 23, 2008**

## Lawrence - Direct

1  A.   It was uncountable.   I was keeping surveillance on their

2  moves.

3  Q.   To your knowledge, in 1999 did you ever see any office or

4  any room in this red-roofed building used as an office to

5  conduct official business?

6  A.   Which building?

7  Q.   The red-roofed building?

8  A.   What I see here with the yellow porch?

9  Q.   Yes.

10 A.   No.

11 Q.   Now, also in this image we see another building that's on

12 the left side of the photograph that has the columns.   Do you

13 see that building sir?

14 A.   Yes.

15 Q.   Was that building there in 1999?

16 A.   Yeah.

17 Q.   What was that building used for in 1999?

18 A.   That building was used for the security office.

19 Q.   What kind of business was conducted for that security

20 office in 1999?

21 A.   Screening.

22 Q.   Who was screened in 1999 in this building?

23 A.   Like the IDP.

24 Q.   You used three initials, IDP.

25 A.   Yes.

**October 23, 2008**

## Lawrence - Direct

1  Q.   What do those initials stand for?

2  A.   Internally displaced person.

3  Q.   What does that mean?

4  A.   Somebody that left that area for another area.

5  Q.   Is another word for internal displaced people refugees?

6  A.   Right.

7  Q.   Did you see refugees coming through this area in 1999?

8  A.   Yeah.

9  Q.   What happened to these refugees you saw coming in 1999 at

10  this building?

11  A.   The Government screen and upon completion of people who

12  were responsible for the screening, they passed through and get

13  a shelter, a dwelling area.  It's a little bit farther than

14  this place I'm looking at.

15  Q.   The dwelling areas where the refugees went after being

16  screened is not visible here.  Correct?

17  A.   Right.

18  Q.   Now, looking at this picture, BR 60, can you see the area

19  that you used to live yourself?

20  A.   Yeah.

21  Q.   Can you please mark an X on the area in the image where you

22  used to live?

23  A.   Yes, sir.

24  Q.   Can you put your finger on the screen and actually touch

25  the screen and make an X?

**October 23, 2008**

## Lawrence - Direct

1   A.   (Complied.)

2   Q.   Did you live in that same house that's underneath the X?

3   A.   No.

4   Q.   Was it a house that was similar to that one?

5   A.   Yes.

6           THE COURT:   Is this a good point for us to take a

7   recess?

8           MR. CARIDAD:   Yes, fine.

9           THE COURT:   Ladies and gentlemen, we'll take our

10  morning recess.   Please don't discuss the case.

11          [The jury leaves the courtroom at 10:33 a.m.]

12          MR. CARIDAD:   Judge, can I tell Mr. Lawrence to wait

13  outside and not discuss his testimony with anyone?

14          THE COURT:   Yes.

15          MR. CARIDAD:   Mr. Lawrence, if you can go outside and

16  come back in 10 minutes.   Please don't discuss your testimony.

17          THE COURT:   I would only ask if you know what this

18  gentleman is going to be saying in response to your questions

19  that you repeat the answer before you go on to the next

20  question, the same as the prosecutor did with the more

21  difficult to understand witnesses.

22          MR. CARIDAD:   Certainly.

23          [There was a short recess at 10:34 a.m.]

24          THE COURT:   Bring the jury in, please.

25          [The jury returns to the courtroom at 10:55 a.m.]

**October 23, 2008**

## Lawrence - Direct

1    THE COURT:   Everyone please be seated.

2   BY MR. CARIDAD:

3   Q.   Mr. Lawrence, before the break we were looking at image BR

4   60.

5             MR. CARIDAD:   If we could have that.

6   BY MR. CARIDAD:

7   Q.   Mr. Lawrence, the house on the left, the building on the

8   left, you told us that was being used to screen IDPs in 1999.

9   Is that correct?

10   A.   Correct.

11   Q.   Now, how often in 1999 did your work take you to the area

12   of this building that's on the left in this photograph?

13   A.   Sorry?

14   Q.   How often in 1999 did you go to this building that's on the

15   left here in this image?

16   A.   I would also say uncountable because I was living right by

17   the building and every movement of the military, I surveillance

18   them

19   Q.   You surveyed them?

20   A.   I surveillanced them

21   Q.   I want to show you another image, BR 61.   Can you see that

22   on the screen, Mr. Lawrence?

23   A.   Yes.

24   Q.   Is this the building where the IDPs were screened?

25   A.   Yes.   They were screened on the other side, but this was

**October 23, 2008**

**Lawrence - Direct**

1  used as a custody.

2  Q.   What was used as a custody?  Can you point to the area that

3  was used as custody?

4  A.   Yeah.

5  Q.   Please touch it on the screen and make an X on it.

6  A.   (Complied.)

7  Q.   I want to ask you about some of the writing that is on the

8  wall to the left of that cell.

9        Do you see the letters "ATU"?

10  A.   Yeah.

11  Q.   What does "ATU" stand for, Mr. Lawrence?

12  A.   Anti-Terrorist Unit.

13  Q.   Now, can you tell us if that writing was there in 1999?

14  A.   No.

15  Q.   You can't tell us?  Was this writing on that wall in 1999

16  when you were there?

17  A.   No.

18  Q.   I want to show you another image.  This one is ER 6.

19        MR. CARIDAD:   If we could remove that X.

20  BY MR. CARIDAD:

21  Q.   Do you see that image on the screen, Mr. Lawrence, ER?  6.

22  A.   I don't know what is ER 6, but I see an image with a yellow

23  post and green paint with brown roof.

24  Q.   Is that the building you said was used as a dwelling place

25  for these men?

**October 23, 2008**

## Lawrence - Direct

1    A.    Yeah.

2    Q.    I want you to focus in on right in the center of the image.

3    There's a drawing of a scorpion.   Do you see that?

4    A.    Yes.

5    Q.    What was that an image for?  For what organization?

6    A.    That image was mostly used by the NPFL.

7    Q.    Did you ever see the image that was used by the ATU?

8    A.    Yes.

9    Q.    Was it the scorpion?

10   A.    It was similar to a scorpion, but it has differences with

11   the NPFL.   A scorpion with snake.

12   Q.    Scenic?

13   A.    No.

14   Q.    A snake?

15   A.    Yeah, passing by and pointing by the scorpion.

16   Q.    The ATU image you say was a scorpion?

17   A.    And a snake.

18   Q.    Did you notice whether these two buildings -- the

19   red-roofed building you say was used as a dwelling and the

20   other building that was used to screen, did they have a lot of

21   writing on them?

22   A.    Yes.

23   Q.    Okay.

24         Are you familiar with ULIMO?

25   A.    I heard of ULIMO.

**October 23, 2008**

## Lawrence - Direct

1  Q.    What is ULIMO?

2  A.    ULIMO was a faction in Liberia that fought the former

3  President Taylor from Lofa County way in 1993 to '4, '5 until

4  the first cease fire.    That was over in the 1997 election.

5  Q.    Did you see any on either of these two buildings, did you

6  see the word "ULIMO" written on these walls while you were

7  there?

8  A.    There was so many writings.

9  Q.    What?    Could you say that again?    What word did you say?

10 A.    I mean, there was so many writings on the wall.

11 Q.    Was one of them "ULIMO," the word "ULIMO"?

12 A.    ULIMO?    I did not see "ULIMO."

13 Q.    Okay.    Did you see the name LURD, L-U-R-D?

14 A.    No.

15 Q.    Do you know if ULIMO ever controlled this area of the St.

16 Paul River Bridge?

17 A.    Yes, because one of the general from ULIMO was one Jungle

18 Blood, and his name was also there.    So it is believed that he

19 has been there, but I did not see ULIMO writing.

20 Q.    Now, did LURD -- L-U-R-D -- also control that area at one

21 time?

22 A.    Yes.

23 Q.    When did LURD control this area?

24 A.    Beginning from 2000.

25 Q.    I want to show you another image here, BR 26, please.

## October 23, 2008

## Lawrence - Direct

1          Do you recognize what this picture shows,

2   Mr. Lawrence?

3   A.    Yes.

4   Q.    Where is that?

5   A.    That is the building that I just saw.

6   Q.    Is that the red-roofed building?

7   A.    Yes.

8   Q.    Okay.

9          Do you see this door on the right-hand side of the

10  picture, the wooden door that has some sort of sticker on it?

11  A.    I could see the wooden door.

12  Q.    Do you remember what that was being used for in 1999?

13  A.    No.

14  Q.    Now, in 1999 did you notice any displaced persons coming

15  through the checkpoint?

16  A.    Yeah.

17  Q.    Do you know what was causing them to come through the

18  checkpoint?

19  A.    Yeah.

20  Q.    What had happened in '99 that caused these internally

21  displaced people to come through the checkpoint?

22  A.    In '98 there was an attack on the soils of Liberia from

23  Guinea, the border with Lofa.

24  Q.    Was Voinjama one of the cities attacked in '98?

25  A.    Yes.

October 23, 2008

## Lawrence - Direct

1  Q.   Do you know if Voinjama was attacked again in 1999?

2  A.   Yeah.

3  Q.   Do you know what month Voinjama was attacked in '99?

4  A.   Yeah.

5  Q.   What month was that, sir?

6  A.   Voinjama, in '99 it were attacked two times.

7  Q.   Could you give us the months of those attacks?

8  A.   Yeah.

9  Q.   What are they, sir?

10 A.   The first attack was late March, yes.

11 Q.   After that attack, did you see displaced people coming

12 through the checkpoint?

13 A.   Yes.

14 Q.   Okay.

15      Now in 1999, did you know who Chuckie Taylor was?

16 A.   Sorry?

17 Q.   In 1999, did you know who Chuckie Taylor was?

18 A.   Yes.

19 Q.   And who was he?

20 A.   In '99 he was then the son of the President, Charles

21 Taylor.

22 Q.   Had you seen Chuckie before 1999?

23 A.   Yes.

24 Q.   Where had you seen him?

25 A.   I saw him

**October 23, 2008**

## Lawrence - Direct

1    Q.    And where did you see him?

2    A.    I saw him in Gbarnga.

3    Q.    Was he with his father?

4    A.    He was not with his father.

5    Q.    Now, did you see Chuckie Taylor again in 1999?

6    A.    In '99, right?

7    Q.    '99.

8    A.    Yeah.

9    Q.    Did you see him at this checkpoint in 1999?

10   A.    Yes.

11   Q.    Do you remember what month you saw him in 1999?

12   A.    April.

13   Q.    Can you tell us what you saw in April of '99?

14   A.    Yes, I saw Chuckie Taylor in '99, April.

15   Q.    Tell us what you saw.

16   A.    He was wearing a black 10 pocket uniform

17   Q.    Where did you see him?

18   A.    Gbalatuah.

19   Q.    Near the checkpoint?

20   A.    Yes.

21   Q.    Did you see how Chuckie arrived at the checkpoint?

22   A.    Yes.

23   Q.    Please describe how he arrived at the checkpoint.

24   A.    He was accompanied by other joint security.

25   Q.    Joint security, did you say?

## Lawrence - Direct

1   A.   Yes, including police, police marked car.

2   Q.   Chuckie arrived in a car?

3   A.   Yes.

4   Q.   What type of car did Chuckie arrive in?

5   A.   Sir, Land Rover.

6   Q.   Was he alone in that car when he arrived?

7   A.   I don't know.

8   Q.   Did you see if any other cars arrived with him?

9   A.   Yes.

10   Q.   How many other cars arrived with him?

11   A.   About, about five.

12   Q.   How many men arrived with him?

13   A.   He was accompanied by a lot of people, but I remember

14   seeing about six or seven of the men believed to be his

15   bodyguards because they were wearing the same black suit.

16   Q.   Can you describe what Chuckie was wearing?

17   A.   Yes, he was wearing a black 10 pocket suit.

18   Q.   Did Chuckie have a gun?

19   A.   That I can't tell because his clothes was covered, but his

20   bodyguard have a gun.

21   Q.   What did you see happen when Chuckie arrived at the

22   checkpoint?

23   A.   I noticed him there and he call the police commander and he

24   deliver to them, to him a truck full of items.

25   Q.   A truck full of items?

**October 23, 2008**

## Lawrence - Direct

1  A.   Yes.

2  Q.   Did you see what kind of items were delivered?

3  A.   It was rice and some used clothing.

4  Q.   What was your understanding of who these items were

5  intended for?

6  A.   For the IDP.

7  Q.   The internally displaced people?

8  A.   Yes.

9  Q.   Did Chuckie get out of his car?

10 A.   The first time he came, he opened his car door, put his

11 right foot down -- yeah, he put his right foot down -- and he

12 start to give his instructions, but he did not get down, per

13 se.

14 Q.   He did not get down, per se?

15 A.   Right.

16 Q.   What did the people in the area do when Chuckie arrived?

17 A.   Who people?

18 Q.   The civilians, the other security personnel.  Did they do

19 anything in particular that you remember?

20 A.   I can't honestly answer that question.

21 Q.   For example, did the civilians walk towards Chuckie?

22 A.   No.

23 Q.   Did the security personnel walk towards Chuckie?

24 A.   Yes, the security personnel.

25 Q.   How long did Chuckie stay at the checkpoint?

**October 23, 2008**

## Lawrence - Direct

1  A.   Please consider I won't be too accurate, but it was like 40

2  to 45 minutes.

3  Q.   Had you seen him at this checkpoint before April of '99?

4  A.   No.

5  Q.   Were you at the checkpoint at least from the beginning of

6  '99 to the end of '99?

7  A.   Yeah, from '98.

8  Q.   Did you ever leave the checkpoint area where you were

9  working for any period of time?

10 A.   It was difficult.

11 Q.   Would you say that you were -- were you at the checkpoint

12 area every day?

13 A.   Yes.

14 Q.   Did you see Chuckie leave?

15 A.   Yes.

16 Q.   Did the trucks and men, the cars and men who came with him

17 also leave?

18 A.   Yes.

19 Q.   While Chuckie was at the checkpoint, did you ever see him

20 shoot anyone?

21 A.   No.

22 Q.   Did you ever see his men cut the heads off anyone and

23 display the heads near the checkpoint?

24 A.   Surprising.

25 Q.   Did you see that?

**October 23, 2008**

## Lawrence - Direct

1  A.   No.

2  Q.   Mr. Lawrence, around this time of April or after '99, did

3  anyone ever tell you that Chuckie had shot somebody at the

4  checkpoint?

5  A.   No.

6          MS. ROCHLIN:   Objection.   Hearsay.   Move to strike.

7          MR. CARIDAD:   The lack of statement, Your Honor.

8          MS. ROCHLIN:   Still hearsay.

9          THE COURT:   Overruled.

10 BY MR. CARIDAD:

11 Q.   Did you overhear anyone say that Chuckie had shot three or

12 four people and cut their heads off and displayed the heads at

13 the checkpoint?

14 A.   No.

15 Q.   Mr. Lawrence, did you see Chuckie again at the checkpoint

16 in 1999?

17 A.   Yes.

18 Q.   When was that, sir?

19 A.   August.

20 Q.   Tell us what you saw in August.

21 A.   He came almost like the first trip he made, but he was this

22 time wearing a camouflage.

23 Q.   A what?

24 A.   Camouflage, 10 pocket.

25 Q.   How would you describe that, sir?  Did it have a name this

## Lawrence - Direct

1  particular type of camouflage?

2  A.   The American-made camouflage.

3           MR. CARIDAD:   If I could have a moment, Your Honor.

4           If you could bring up CE 8, please.

5  BY MR. CARIDAD:

6  Q.   Do you see that picture on the screen, Mr. Lawrence?

7  A.   Yeah.

8  Q.   Do you recognize Chuckie in that picture?

9  A.   I view it good

10  Q.   Can you see it?  Take a look at it and tell me if you

11  recognize Chuckie in the picture.

12  A.   Yeah.

13  Q.   Can you put an X over the person you're identifying as

14  Chuckie with your finger?

15  A.   (Complied.)

16  Q.   Now, is that the type of camouflage he was wearing in

17  August of 1999 when you saw him at the checkpoint?

18  A.   Yes.

19           MR. CARIDAD:   If we could take that image down.

20  BY MR. CARIDAD:

21  Q.   Was he wearing a tiger-striped camouflage?

22  A.   No.

23  Q.   Now, tell us what happened when you saw Chuckie in August

24  of '99.  What did you see?

25  A.   He came accompanied by security, but this time they were in

**October 23, 2008**

## Lawrence - Direct

1  a small size than the first --

2  Q.   I'm sorry.   He was in a smaller --

3  A.   Right.

4  Q.   -- sized car?   What do you mean by "smaller"?

5  A.   Yeah, I mean the people that accompany him, the car, the

6  first time they came was like six, but this time I remember

7  seeing three cars.

8  Q.   Was Chuckie driving one of the cars or a passenger in one

9  of the cars?

10  A.   I don't know.

11  Q.   And what did you see him do?

12  A.   This time around, he got out.

13  Q.   He got out of the car?

14  A.   Yes.

15  Q.   And what did you see him do?

16  A.   He walk towards the checkpoint and I saw him being

17  barricaded by the security also and he gave the instruction

18  again that the trucks that was part of his convoy are to be

19  given to police commander for distribution for the IDPs.

20  Q.   Did you see supplies being contributed?

21  A.   I saw supplies being discharged, but not distributed to the

22  IDPs.   I didn't know how the distribution was done.   I saw

23  supplies being discharged.

24  Q.   What kind of supplies did you see being discharged?

25  A.   Rice and the same used clothing.

**October 23, 2008**

## Lawrence - Direct

1  Q.   How long did Chuckie stay in August of '99 at the

2  checkpoint?

3  A.   Almost the same time.

4  Q.   What did he do then?

5  A.   He talk briefly.  This time around he was in a kind mood.

6  Q.   He was in a kind mood, you say?

7  A.   Yeah.

8  Q.   How long did he stay?

9  A.   I mean, almost -- I would say "almost" because I cannot be

10  too accurate in transporting my memory almost eight years back

11  in accuracy, in time.  It would be impossible.

12  Q.   Give us your best estimate.

13  A.   It could be like 30 minutes or something.

14  Q.   Then what did he do?

15  A.   After talking briefly with the security head, he got back

16  in his car and he headed for Gbarnga.

17  Q.   He headed for Gbarnga?

18  A.   Yeah.

19  Q.   Did you ever see Chuckie during his visit in August of '99

20  to the checkpoint, did you see him enter the red-roofed

21  building that was used as a dwelling by the men?

22  A.   No.

23  Q.   Did you ever see him order his men to detain and tie anyone

24  up at that checkpoint in August of '99?

25  A.   No.

**October 23, 2008**

**Lawrence - Cross**

1  Q.   Mr. Lawrence, in April of '99, was the ATU stationed at the

2  bridge area?

3  A.   No.

4  Q.   Was the ATU stationed at the checkpoint area or the bridge

5  area in August of '99?

6  A.   No.

7           MR. CARIDAD:   If I could have a moment?

8           Tender the witness, Your Honor.

9           THE COURT:   Cross-examination.

10                    CROSS EXAMINATION

11  [Beginning at 11:21 a.m., 10/23/08.]

12  BY MS. ROCHLIN:

13  Q.   Good morning, Mr. Lawrence.

14  A.   Good morning.

15  Q.   How are you today?

16  A.   Pretty fine.

17  Q.   Mr. Lawrence, you told us on your direct examination a

18  little bit about ULIMO.   Do you remember that?

19  A.   Yes.

20  Q.   And you said ULIMO was fighting in '93, '94, '95.   Is that

21  right?

22  A.   '93, '94,.   I remember '93, '94.

23  Q.   And then they stopped fighting.   Is that right?

24  A.   There was cease fire.   ECOMOG build a buffer zone between

25  ULIMO and that of NPFL.

**October 23, 2008**

## Lawrence - Cross

1    Q.   ECOMOG was a peace-keeping force?

2    A.   Right.

3    Q.   Because Liberia is a member of the Economic Community of

4    West African Nations.   Is that right?

5    A.   Yes.

6    Q.   And that community of West African nations created a

7    peace-keeping force, the economic community monitoring

8    operations group.   Is that correct?

9    A.   Precisely.

10   Q.   That's what ECOMOG stands for what?

11   A.   Yes.

12   Q.   And ECOMOG was brought into Liberia during the Civil War

13   that lasted before '97.   Is that right?

14   A.   Right.

15   Q.   And eventually there was a peace-keeping accord.   Correct?

16   A.   Right.

17   Q.   And ULIMO and other factions stopped fighting.   Is that

18   right?

19   A.   Right.

20   Q.   And soon after that, in '97, Charles Taylor was elected

21   President.   Is that correct?

22   A.   Right.

23        MS. ROCHLIN:   Could I ask Agent Naples to bring up BR

24   60.

25        AGENT NAPLES:   (Complied.)

## October 23, 2008

## Lawrence - Cross

1  BY MS. ROCHLIN:

2  Q.   Now, when Mr. Caridad asked you whether or not ULIMO had

3  control of the area in this picture -- do you remember that

4  question, Mr. Lawrence?

5  A.   Yes.

6  Q.   When ULIMO had control of the area shown in this picture,

7  that was before 1999.   correct?

8  A.   Yeah.

9  Q.   It was before 1997.   Right?

10  A.   Yeah.

11  Q.   And you've testified that in 1999 you were assigned to the

12  checkpoint near Gbalatuah.   Is that correct.

13  A.   Yeah.

14  Q.   You were assigned to the area of the St. Paul River Bridge.

15  Right?

16  A.   Right.

17  Q.   And according to your testimony, you had the opportunity to

18  observe what happened in that area.   Right?

19  A.   Right.

20  Q.   In fact, it was your job, wasn't it?

21  A.   Yes, I was surveillance intelligence.   It was my job to do

22  so.

23  Q.   Your government sent you to the area to collect

24  intelligence?

25  A.   It was not the government, per se.

## October 23, 2008

## Lawrence - Cross

1   Q.   Well, were you working there on your own?

2   A.   I was -- I put myself there in certain conditions.

3   Q.   I'm sorry, sir.   Would you repeat the answer you just gave?

4   A.   I said I saw myself under certain conditions, and if you

5   wish, I will provide clarity.

6   Q.   Well, you said you were there for reconnaissance and

7   surveillance.   Is that right?

8   A.   Yes.

9   Q.   You were doing that as your job?

10   A.   Yeah.

11   Q.   Was somebody paying you to do that?

12   A.   No.

13   Q.   You were doing it for free?

14   A.   This is what I wish to tell you.

15   Q.   How were you earning a living -- strike that.

16         Who paid your salary in 1998 and 1999 when you were in

17   the area of the St. Paul River Bridge checkpoint?

18   A.   Thank you.   My case was a terrible case.

19   Q.   Mr. Lawrence, right now I'm just asking who paid your

20   salary.

21   A.   No one paid me salary.

22   Q.   You were not earning any money from 1998 through 1999 --

23   A.   No.

24   Q.   -- while you were at the St. Paul River Bridge?

25   A.   No.

**October 23, 2008**

## Lawrence - Cross

1  Q.   You didn't get any money?

2  A.   No.

3  Q.   You didn't get any rice?

4  A.   No.

5  Q.   You were in there observing.   You were there conducting

6  surveillance of every movement of the military.   Is that

7  correct?

8  A.   Right.

9  Q.   And you weren't receiving anything for what you were doing?

10 A.   Right.

11 Q.   But you were there to surveil every movement of the

12 military.   Is that right?

13 A.   Right, under conditions.

14 Q.   And you would watch what the military did.   Am I correct?

15 A.   Sorry?

16 Q.   You would observe what the military did.   Is that correct?

17 A.   Right.

18 Q.   And then would you tell anybody what you saw the military

19 doing?

20 A.   Yes.

21 Q.   Who would you tell about what you saw the military doing?

22 A.   Except -- sure, you need me to understand what the military

23 was doing because the military was posted there.   They weren't

24 armed when the people come from Gbarnga to Lofa, from Lofa to

25 Gbarnga.   Then they search.

## October 23, 2008

## Lawrence - Cross

1  Q.   I'm afraid.   I'm not getting you, Mr. Lawrence.   You said

2  the military was posted there?

3  A.   Right.

4  Q.   Meaning at the checkpoint?

5  A.   Right.

6  Q.   My question is while the military was posted at the

7  checkpoint, you would surveil them.  Is that right?

8  A.   Right.

9  Q.   Meaning you would watch them?

10  A.   Right.

11  Q.   Meaning you would make your own observations of what they

12  did during the day.   Is that right?

13  A.   Right.

14  Q.   And you were making these observations for a reason.

15  Correct?

16  A.   Right.

17  Q.   And one of those reasons was to report to others what you

18  saw the military doing.   Is that right?

19  A.   Right.

20  Q.   And the other people you would report to were people who

21  were concerned about the activity of the military at that

22  checkpoint.   Is that right?

23  A.   Right.

24  Q.   When you made your observations of the military, who would

25  you tell about those observations?

**October 23, 2008**

## Lawrence - Cross

1   A.   It was one George Kardor.

2   Q.   George Kardor?

3   A.   Yes.

4   Q.   Can you spell the last name, please?

5   A.   K-a-r-d-o-r.

6   Q.   George Kardor?

7   A.   Yeah.

8   Q.   And who was George Kardor?

9   A.   George Kardor was stationed in Gbarnga.

10  Q.   And so you reported to George Kardor?

11  A.   Yeah.

12  Q.   And you would go to George Kardor and tell him your

13  observations?

14  A.   No, I send a report.

15  Q.   You sent the report?

16  A.   Yeah.

17  Q.   You would write the report?

18  A.   Yeah.

19  Q.   Would you write this report on paper?

20  A.   Yeah.

21  Q.   With a pen or a pencil?

22  A.   A pen.

23  Q.   With a pen?

24  A.   Yeah.

25  Q.   Would you type it up?

**October 23, 2008**

## Lawrence - Cross

1    A.    No.

2    Q.    Would you make a report of what you saw every day?

3    A.    Usually what I see every day at the end of the day I make

4    the report per order every two weeks.

5    Q.    Every two weeks you would send the report?

6    A.    Yeah.

7    Q.    And your report would cover your observations from the two

8    weeks before you wrote the report.   Is that correct?

9    A.    Right.

10   Q.    And it would contain your analysis?

11   A.    Right.

12   Q.    It would contain your thoughts?

13   A.    Right.

14   Q.    And you would try to make your report very accurate?

15   A.    Right.

16   Q.    Would you take any notes during the day to use when you

17   were writing your report?

18   A.    Sorry?

19   Q.    Would you take any notes during the day when you were

20   making your surveillance to help you prepare your report?

21   A.    Take any note?   I'm not understanding that question.

22   Please to make me to understand.

23   Q.    Well, two weeks is 14 days' worth of coverage.   Is that

24   right?

25   A.    Right.

## October 23, 2008

## Lawrence - Cross

1  Q.   Instead of trying to carry two weeks' worth of surveillance

2  in your head, would you take notes as you went along so that

3  you could use them to help you remember what you put in your

4  report?

5  A.   Yeah.

6  Q.   And then you would review your notes.  You would look at

7  them   Right?

8  A.   Right.

9  Q.   And you'd look at the material from your notes and put that

10  material into your final report.  Is that right?

11  A.   Right.

12  Q.   And then you would send your report to George Kardor in

13  Gbarnga?

14  A.   Right.

15  Q.   How would you send the report to Gbarnga?

16  A.   There was an agent called patrol agent.  He comes around

17  and get the report and recommendations.

18  Q.   Who does the patrol agent work for?

19  A.   Sorry?

20  Q.   Who did the patrol agent work for?

21  A.   He works, he works for the Ministry of Defense.

22  Q.   And who did George Kardor work for?

23  A.   For the Ministry of Defense.

24  Q.   So you were reporting to people who worked for the Ministry

25  of Defense in 1999?

## October 23, 2008

Lawrence - Cross

1   A.   Yeah.

2   Q.   That's the Ministry of Defense where the Defense Minister

3   was Daniel Chea?

4   A.   Yeah.

5   Q.   And Daniel Chea was the Minister of Defense for Charles

6   Taylor?

7   A.   Yeah.

8   Q.   So your observations on surveillance at the Gbalatuah/St.

9   Paul River Bridge checkpoint were reported to people who worked

10  for the administration of Charles Taylor.   Is that correct?

11  A.   Right.

12  Q.   And in order to make an appropriate report, you had to have

13  some idea of what Mr. Kardor or the Ministry of Defense was

14  concerned with at the checkpoint.   Is that right?

15  A.   Right.

16  Q.   The Ministry of Defense under the Taylor administration was

17  concerned about AFL.   Correct?

18  A.   Sorry?

19  Q.   The Taylor administration was concerned about the AFL.   Is

20  that correct?

21  A.   Not only the AFL, per se.

22  Q.   Excuse me?

23  A.   Not only the AFL, correct.

24  Q.   And they wanted you to surveil every movement of the

25  military.   Is that right?

October 23, 2008

**Lawrence - Cross**

1  A.   Not only the military I was surveillancing.  I was

2  surveillancing the movement with regard to civilians and the

3  military relations.

4  Q.   You were surveilling civilian and military relations?

5  A.   Right.

6  Q.   And the movement of civilians?

7  A.   Right.

8  Q.   In the area of the checkpoint.  Is that right?

9  A.   Right.

10  Q.   Because the Taylor administration, as you understood it,

11  was concerned with military and civilian interaction in that

12  area.  Is that right?

13  A.   Actually, for them being concerned, I can't say "Yes" or

14  "No," but it was what I was placed to do there.

15  Q.   I'm sorry, sir.  Could you repeat your answer?

16  A.   I mean, actually either the Taylor administration was

17  concerned about military movement and civilians, that I can't

18  say "yes," because I write my report and send it to Kardor.

19  But the reason of me going there was predicated upon

20  applications that I wrote to the Ministry of Defense having

21  suffered conscriptions and my education have been delayed and

22  realizing there was normality, I wrote my applications to

23  enable me to acquire higher educations and I was given a month

24  to come for aptitude test in July.  I did the writing.  On '99,

25  September, I went for the aptitude test.  I was driven by one

**October 23, 2008**

## Lawrence - Cross

1    Captain Smith who said that "You people will go for the

2        aptitude test in Gbarnga" and I was driven to Gbarnga,

3    eventually taken to Gbalatuah.  We were at about three.  One

4    was taken to Lofa.  I was in Gbalatuah and another person, I

5    don't know where he was taken, and they say we should get

6    comprehensive report on military and civilians operations with

7    the condition that I was writing my comprehensive report for

8    scrutiny for my scholarship.

9            "We have information that enemy is trying to hit Lofa,

10       so you are to stay there and give reports."  So I find

11   myself again on the track of being forced to live.  So I was

12   not paid.  This is what happened, but I was there giving

13   information, what I could see.

14   Q.   You were preparing a comprehensive report.  Is that what

15   you said, sir?

16   A.   Yeah.

17   Q.   When you talk about your comprehensive report, is that the

18   same report you would send every two weeks to George Kardor or

19   was that a separate report?

20   A.   No, the same report.

21   Q.   And you were preparing this report, you said, as a result

22   of concern that enemies were going to hit in Lofa County.  Is

23   that right?

24   A.   It was not first.  I was given the instruction by Captain

25   Smith, the aptitude test.  "You have to give your comprehensive

## October 23, 2008

## Lawrence - Cross

1          report a week and upon scrutinizing the report, then you

2          will be, you will be eligible for the scholarship."

3              So I took that chance and I left, but subsequently I

4    was -- the whole thing subsided and I was told that I have give

5    my first comprehensive report and subsequently they decided --

6    I was given instruction that "You stay there and you report to

7          Kardor."

8              I was given only a mattress to sleep on and I was not

9    paid, so I found myself again on the track of being maybe

10   drafted or forced again because it was not at my wish and

11   because of insecurity, I choose to do so.

12   Q.   Now, you mentioned something about enemies hitting Lofa

13   County.

14   A.   Yeah.

15   Q.   Do you recall saying that?

16   A.   Right.

17   Q.   And this concern where enemies were hitting Lofa County,

18   was that part of the scholarship that you were sent on?

19   A.   No.   Probably I was used, probably I was used to gather

20   such information to send it to Kardor under that pretense that

21   I was going for aptitude test.

22              Upon arriving there and having spent a week, another

23   instruction took place.

24   Q.   But you agree that your reporting was concerned with

25   enemies of the Taylor administration hitting Lofa County, at

**October 23, 2008**

## Lawrence - Cross

1  least in part.  Is that correct?

2  A.   My, my duties, my duties was first when you went for the

3  aptitude test, my duty was to give reports on civilians and

4  military, civilians and military relationships.

5       You understand that?

6       And Captain Smith said "How good and orderly your

7  report will be, then you will be able to get the

8  scholarship or schooling."

9       I was there and then eventually the order came back

10  and said as you state because there was informations of enemy

11  tricks.

12  Q.   There was information of enemy tricks and that's why you

13  got the order to stay at the checkpoint?

14  A.   Yeah.

15  Q.   While you were at the checkpoint, you saw refugees.  Is

16  that correct?

17  A.   Yeah.

18  Q.   You saw internally displaced people or IDPs.  Is that

19  right?

20  A.   Right.

21  Q.   And these people would come to the checkpoint and be

22  screened.  Is that correct?

23  A.   Right.

24  Q.   And some of the people who would be screened would pass on

25  and some would not.  Is that correct?

## October 23, 2008

## Lawrence - Cross

1    A.    Sorry?

2    Q.    Some of the people who came to the checkpoint would pass

3    through after screening.   Is that correct?

4    A.    Right.

5    Q.    And some of the people would not pass through screening at

6    the checkpoint.   Is that correct?

7    A.    No.   I would not say everybody pass through the checkpoint.

8    I wouldn't say so because the place is bushy area.

9    Q.    You said not everybody passed through the checkpoint

10   because it was a bushy area?

11   A.    Yeah.

12   Q.    So people would take another route?

13   A.    It's possible.

14   Q.    For the people who did come to the checkpoint, especially

15   the people who were coming from Lofa, those people would be

16   screened.   Right?

17   A.    Right.

18   Q.    And the purpose of screening is to decide who gets to pass

19   and who doesn't.   Isn't that correct?

20   A.    No, it was not pass issue.   There was no pass issue.   The

21   screening include where you from, when you left, why you left

22   and where you headed.

23   Q.    So according to you, everybody who came to the checkpoint

24   and got screened got to move on?

25   A.    Yeah.

**October 23, 2008**

## Lawrence - Cross

1  Q.   100 percent of the people?

2  A.   Sorry?

3  Q.   100 percent of the people?

4  A.   Yes.   Whosoever passed through the checkpoint, move on,

5  yeah.

6  Q.   Most of them who passed through the checkpoint moved on.

7  Is that what you said?

8  A.   Yeah.

9  Q.   That means some of them did not move on.   Correct?

10  A.   I, I did not witness anybody who did not move on, but what

11  I witnessed, security would do their screening, a lot of

12  screening, and they pass through and they go towards their

13  displaced camp.   I did not remember seeing someone screened and

14  did not pass through.

15          MS. ROCHLIN:   Could we bring up ER 51.

16          AGENT NAPLES:   (Complied.)

17  BY MS. ROCHLIN:

18  Q.   You were asked some questions about this building by

19  Mr. Caridad.   Do you remember those questions, Mr. Lawrence?

20  A.   Except reiterate.

21  Q.   Excuse me?

22  A.   Except he asked me so many.   I could remember some.

23  Q.   You said this building was used for detention?

24  A.   Right.

25  Q.   You put an X on the part of the building that was used for

## October 23, 2008

## Lawrence - Cross

1   detention.   Do you remember doing that?

2   A.   Right.

3   Q.   Just so we're clear, this building was used to detain

4   people.   Correct?

5   A.   Right.

6   Q.   People at the checkpoint.   Right?

7   A.   Right.

8   Q.   And you witnessed people detained at this building at the

9   checkpoint.   Is that correct, Mr. Lawrence?

10   A.   Right.

11   Q.   Now, part of your duties at the checkpoint were to surveil

12   the movements of the military.   That's what you said?

13   A.   Both the movement of the military and the civilians.

14   Q.   The military was located throughout the checkpoint?

15   A.   You said the military was located where the checkpoint was?

16   Q.   Let me ask the question this way:   There were different

17   buildings at the checkpoint?

18   A.   Right.

19   Q.   The checkpoint was located at the St. Paul River Bridge?

20   A.   Yeah.

21   Q.   There were two sides to the bridge?

22   A.   Two sides to the bridge?   Say that so I understand, please.

23   Q.   The bridge went across the river.   Right?

24   A.   Yeah.

25   Q.   There was military on one side of the bridge.   Is that

**October 23, 2008**

Lawrence - Cross

1  right?

2  A.   Yeah.

3  Q.   There was military on the other side of the bridge?

4  A.   No.

5  Q.   Just on the one side of the bridge?

6  A.   No.

7  Q.   You would go to the different buildings where the military

8  was?

9  A.   Right.

10  Q.   You would look at the different officers in the military?

11  A.   Right.

12  Q.   You were on the move quite a lot, weren't you?

13  A.   Say that.

14  Q.   You were on the move quite a lot, weren't you?

15  A.   I can't understand that question, please.

16  Q.   Do you remember when Mr. Caridad was asking you about the

17  red-roofed building?

18  A.   Yeah.

19  Q.   And he asked if you had ever gone inside of that building.

20  Do you remember that question?

21  A.   Yeah.

22  Q.   He asked you how many times.   Do you remember that?

23  A.   Yeah.

24  Q.   And do you remember giving the answer it was uncountable

25  because you were always on the move?

October 23, 2008

## Lawrence - Cross

1   A.   Yeah.

2   Q.   So you moved around a lot.   Right?

3   A.   Yeah.

4   Q.   You moved to different places on the checkpoint?

5   A.   Yeah.

6   Q.   And that was all part of your conducting surveillance of

7   the civilians or the military.   Isn't that right?

8   A.   Yes.

9   Q.   Then you would have to take notes about what you saw.

10   Correct?

11   A.   Right.

12   Q.   You would have to take time to write your comprehensive

13   report.   Is that right?

14   A.   Right.

15   Q.   And so you would sit down with your pen and your paper and

16   write the report.   Is that right?

17   A.   Right.

18   Q.   And you wanted to make your report thorough?

19   A.   Sorry?

20   Q.   You wanted to make your report complete?

21   A.   The report have to be complete.

22   Q.   You wanted to make it detailed?

23   A.   Detailed.

24   Q.   And you wanted to make it accurate.   Is that right?

25   A.   Right.

**October 23, 2008**

Lawrence - Cross

1   Q.   You put some analysis into the report.   Correct?

2   A.   Right.

3   Q.   Your own thoughts?

4   A.   Say that?

5   Q.   Your own thoughts about what you saw.

6   A.   I'm not understanding the question, please.

7   Q.   You put analysis into your report.   Is that right?

8   A.   Right.

9   Q.   And this wasn't some report that you just wrote in a hurry

10  without taking care to make sure it was a good product.   Right?

11  A.   No, no.

12  Q.   You took your time to prepare the report.   Isn't that

13  right?

14  A.   I did.

15  Q.   And you were trying to do the best job you could, sir.   Am

16  I right?

17  A.   Under the forced labor, I was trying to do the best job I

18  can.

19  Q.   You wanted Mr. Kardor to appreciate your work.   Is that

20  correct

21  A.   Not actually to appreciate my work, but to -- not to

22  appreciate my work, but to really get what has been reported at

23  the checkpoint with regards to what I see.

24  Q.   So there were times when you were writing your report and

25  not conducting surveillance at the checkpoint.   Is that right?

October 23, 2008

## Lawrence - Cross

1   A.   You cannot write report without conducting surveillance.

2          I write the report at night, so writing my report was

3   done undercover because if they should see me writing report,

4   definitely I would face another problem   So I usually write my

5   report at night.

6   Q.   And that's when no one else would see you writing the

7   report.   Is that right?

8   A.   Right.

9   Q.   And you couldn't see anybody else when you were writing the

10  report.   Is that also correct?

11  A.   Yes, because I be concentrating on writing my report at

12  night.

13  Q.   So when you were writing your report at night, you wouldn't

14  see what was happening at the red-roofed building.   Right?

15  A.   At night when I'm writing my report, I won't see what's

16  happening at the red-roofed building.

17  Q.   And at night when you were writing your report, you

18  wouldn't see what was happening at the detention cell at the

19  checkpoint.   Right?

20  A.   Precisely.

21  Q.   Because you didn't want anybody to see you.

22  A.   Right.

23  Q.   Because you were writing an undercover report.   Correct?

24  A.   Right.

25  Q.   To send to Mr. Kardor in Gbarnga.   Is that right?

**October 23, 2008**

## Lawrence - Cross

1    A.   Right.

2    Q.   Mr. Lawrence, you've come a long way to testify in this

3    case, haven't you?

4    A.   Correct.

5    Q.   You got on the plane and you flew here all the way from

6    Liberia.   Is that correct?

7    A.   Sorry?

8    Q.   You got on a plane and flew here all the way from Liberia?

9    A.   Yeah.

10   Q.   You didn't have to pay for that plane ticket, did you?

11   A.   No.

12   Q.   You're staying here in Miami in a hotel.   Is that correct?

13   A.   Right.

14   Q.   You're not paying for your hotel room, are you?

15   A.   No.

16   Q.   It's the defense team that has arranged to take care of

17   those payments for you.   Correct?

18   A.   Right.

19   Q.   Mr. Lawrence, before you ever got on that airplane, before

20   you ever came here to testify, in Liberia you had some

21   discussions about what you were going to say in this case.

22   Isn't that correct?

23   A.   I was interviewed by Randy.

24   Q.   You were interviewed by Randy?

25   A.   Yeah.

**October 23, 2008**

## Lawrence - Cross

1  Q.   And Randy is someone who works with Mr. Caridad.   Is that

2  correct?

3  A.   Right.

4  Q.   He works for the defendant in this case.   Is that right?

5  A.   Yeah.

6  Q.   You spoke with some other people besides Randy before

7  coming here to testify.   Isn't that also correct, Mr. Lawrence?

8  A.   I spoke with Miguel, yeah, also.

9  Q.   And you knew Miguel was an attorney.   Correct?

10  A.   Yes, he told me.

11  Q.   You knew he was an attorney working for the defense.

12  Correct?

13  A.   Yes, he told me by presenting his call card.

14  Q.   And before you spoke with Miguel, did you speak with

15  another attorney?

16  A.   No.

17  Q.   Did you speak with any Liberian attorney?

18  A.   No.

19  Q.   Do you know an attorney by the name of Garlawola?

20  A.   Yes, I know Garlawola.   I heard of him

21  Q.   Excuse me.   You --

22  A.   I heard of him and I saw him

23  Q.   You've seen Mr. Garlawola?

24  A.   Yes.

25  Q.   You saw him before speaking with Mr. Caridad?

**October 23, 2008**

## Lawrence - Cross

1  A.   No.

2  Q.   You saw him after you spoke with Mr. Caridad?

3  A.   Yeah.

4  Q.   You saw him in Monrovia?

5  A.   Yes, I saw him in Monrovia.

6  Q.   Do you know who Sando Johnson is?

7  A.   Sorry?

8  Q.   Do you know who Sando Johnson is?

9  A.   Sando Johnson?  I heard of him

10  Q.   Do you know who John Richardson is?

11  A.   John Richardson?  I also heard of him  I don't know him

12  Q.   Do you know who Jewel Howard Taylor is?

13  A.   She's the senator of Bong County.

14  Q.   And the wife of Charles Taylor?

15  A.   Yeah.

16  Q.   Mr. Lawrence, you were asked to speak with some people

17  working for the Government.  Isn't that also true?

18  A.   Sorry?

19  Q.   You were asked to speak with someone working for the

20  Government of the United States.  Isn't that correct?

21  A.   The United States Government?

22  Q.   Yes.

23  A.   I was asked to speak to somebody working for the United

24  States Government?

25  Q.   Yes.

**October 23, 2008**

## Lawrence - Cross

1   A.   Yes.

2   Q.   And were you willing to speak with the agents from the

3   United States Government who wanted to ask you questions

4   concerning this case?

5   A.   No.

6   Q.   Mr. Lawrence, even though you were at the checkpoint in

7   1999, you couldn't see everything that happened at that

8   checkpoint all the time, could you?

9   A.   You know, I could not see everything that happened at the

10  checkpoint all the time because I'm a human, but my primary

11  duty was to coordinate the affairs with civilians who were very

12  helpful in gathering informations.

13          Upon giving me the information, I check the

14  information, whether it's true or untrue, and based upon that,

15  when information is given, upon counter-checking and upon being

16  convinced, then I sent my report with recommendations.

17  Q.   So you would talk to civilians?

18  A.   Right.

19  Q.   You would go to where the civilians were to speak with

20  them?

21  A.   Right.

22  Q.   You would observe the military?

23  A.   Correct.

24  Q.   You would also sleep sometimes.   Correct?

25  A.   I sleep -- you can't say I won't sleep.   I sleep sometimes.

**October 23, 2008**

### Lawrence - Cross

1    Q.   You would eat sometimes, wouldn't you, sir?

2    A.   Sure.

3    Q.   You would have to go and get the food that you wanted to

4    eat, wouldn't you?

5    A.   Oh, you know the place for which we were, you do not choose

6    to eat what you want to eat because it was a remote area, and I

7    had a friend who used to do regarding to feeding, she was very

8    kind and she was good in my feeding.

9    Q.   You had a friend in the area?

10   A.   Yeah.

11   Q.   She was your girlfriend?

12   A.   She was not a lover.  She was just a girlfriend.

13   Q.   And you spent time with this friend?

14   A.   Say that?

15   Q.   You spent time with this friend?

16   A.   I didn't count the time I spend with the friend.  Like when

17   I go right before when I was living under the plum tree

18   sometimes playing checkers, she was not too far from it.

19   Q.   And you would go to where she was not too far from there.

20   Correct?

21   A.   She was just living the place that I show you, just

22   adjacent the area.  So it was just in the same perimeter of the

23   security corridor.

24   Q.   And she was very kind to you?

25   A.   Sure.

**October 23, 2008**

**Lawrence - Cross**

1  Q.   And when you were with her, you would talk to her?

2  A.   Yes.

3  Q.   And when you were with her, you would be kind to her in

4  return.   Correct?

5  A.   Sorry?

6  Q.   When you were with her, you would be kind to her also?

7  A.   Sure.

8  Q.   And this area of the checkpoint, you said it was remote?

9  A.   Very remote.

10 Q.   But there was a town nearby, wasn't there?

11 A.   That's what makes it remote.

12 Q.   The town nearby made it remote?

13 A.   Right.

14 Q.   The checkpoint was near the town of Gbalatuah.   Isn't that

15 right, Mr. Lawrence?

16 A.   It wasn't just closer to the town of Gbalatuah.   There was

17 a distance.

18 Q.   There was some distance?

19 A.   Yeah.

20 Q.   You could get to the town of Gbalatuah from the bridge.

21 Right?   That's a possible thing to do?

22 A.   No.   People get from the checkpoint from the town.

23 Q.   And from the town to the checkpoint --

24 A.   Yeah, people also do.

25 Q.   And you would do that, too, wouldn't you, Mr. Lawrence?

**October 23, 2008**

## Lawrence - Cross

1  A.   I remember, I remember the time I was taken under that

2  clandestine means and took over that condition of assignment.

3  I left the place in '99, December, December 22nd, yeah.

4  Q.   So you left your assignment on December 22nd, 1999?

5  A.   December 22nd, 1999 went into Gbalatuah town and came back

6  that same day.

7  Q.   You were on your assignment at the checkpoint from 1998 to

8  1999.  Is that right?

9  A.   Right.

10  Q.   And what was -- how many hours a day would you work?

11  A.   Until, until night falls.

12  Q.   And you would work five days a week?

13  A.   I mean, I worked regularly, no day off.

14  Q.   No days off?

15  A.   No days off.

16  Q.   You never went to church?

17  A.   Say that?

18  Q.   You never went to church?

19  A.   At which time I have not been converted to Christianity.

20  So I been converted to Evangelist.  I used to have my service

21  wherever I am

22  Q.   You never went to see a doctor?

23  A.   No.

24  Q.   You never got any rest or relaxation?

25  A.   No.  Why, why not?  I did relax.  I did relax, but it would

**October 23, 2008**

**Lawrence - Cross**

1    be most of the time at night.

2              MS. ROCHLIN:  If I could have a moment, Your Honor.

3    BY MS. ROCHLIN:

4    Q.   Mr. Lawrence, you said you were originally forced to work

5    for the AFL.  Is that right?

6    A.   Right.  Also the NPFL.

7    Q.   Also the NPFL?

8    A.   Right.

9    Q.   Then a time came where you were doing forced labor at the

10   checkpoint.  Is that right?

11   A.   Say that?

12   Q.   Eventually you ended up doing forced labor at the

13   checkpoint.  Is that correct?

14   A.   Right.

15   Q.   You were forced to do what you were doing.  You couldn't

16   say "No"?

17   A.   No choice, because I applied for something else, something

18   that came my way.  So it was not at my will.

19   Q.   It was against your will.  Is that right?

20   A.   Right, right, right.

21   Q.   This wasn't something you wanted to do?

22   A.   No.

23   Q.   This was something you were forced to do?

24   A.   Right.

25   Q.   So throughout your association with any military

**October 23, 2008**

## Lawrence - Cross

1  organization, you were doing what you had to do.   Right?

2  A.   Sure.

3  Q.   What you were forced to do?

4  A.   Right.

5  Q.   Only what you were not given a choice to do?

6  A.   I was -- my association with the military, I was not given,

7  I was not given my right to say because when you are drafted

8  you, you do things that you wish not to do.

9          So, firstly, I was drafted by the AFL, captured by the

10  NPFL, detained by the NPFL, subsequently released on a

11  condition and I found myself in an accident trying to reapply a

12  formality.   I find myself again on the same track.   So I was

13  not, I was not been given my right and I was doing it under the

14  condition.   That was not pleasing to me.

15  Q.   And you applied for one thing and you got another thing?

16  A.   Right.

17  Q.   And you applied for a scholarship.   You ended up doing

18  surveillance.   Is that right?

19  A.   Right.

20  Q.   You didn't want to do surveillance, but you were forced to

21  do surveillance.   Right?

22  A.   Right.

23  Q.   You were forced to do surveillance, to monitor the

24  activities of these Armed Forces of Liberia.   Is that right?

25  A.   The Armed Forces of Liberia and other armed group.

**109**

## Lawrence - Cross

1  Q.   And the Armed Forces of Liberia, that was the standing Army

2  for the country of Liberia.   Correct?

3  A.   Right.

4  Q.   And you were surveilling them and other armed groups.

5  Right?

6  A.   Right.

7  Q.   Our security forces.   Right?

8  A.   Right.

9  Q.   Other security forces working for the Taylor government?

10 A.   Right.

11 Q.   The Taylor government forced you to conduct surveillance?

12 A.   Right.

13 Q.   Which was something you didn't want to do?

14 A.   Right.

15 Q.   You were doing undercover clandestine intelligence work for

16 the Taylor government.   Right?

17 A.   It was not -- you may use that terminology, but it was not

18 clandestine, in my opinion.

19 Q.   Well, your reporting is clandestine.   Right?

20 A.   It may be how you may consider it, but I feel like I was

21 led on a track.   I was not pleased to be there.   I was told to

22 do this, keep surveillance with regards to military and the

23 civilians' operation and keep accurately what you saw and the

24 best recommendation you could make, so I don't think it was

25 clandestine, in my opinion, because I saw things and I wrote

**October 23, 2008**

## Lawrence - Cross

1  about it.   I recommended for the good of the civilians'

2  relationship, also for the good of free movement because I have

3  already been a victim at the hands of military before.

4  Q.   You wrote your reports at night, sir.   Correct?

5  A.   Sorry?

6  Q.   You said you wrote your reports at night.   Right?

7  A.   Yes, I write my report at night.

8  Q.   Because you didn't want the other people to see you writing

9  the report.   Right?

10  A.   Sure.

11  Q.   The other people weren't supposed to know that you were

12  reporting.   Correct?

13  A.   Right.

14  Q.   And you, yourself, used the word "clandestine" to describe

15  how you did your reporting.   Is that right?

16  A.   Maybe I don't know the terminology "clandestine" had.   You

17  really make it explicit to me, but the intelligence as a whole,

18  if the intelligence in the U.S. -- I write the reports

19  secretly.   If it is clandestine, then maybe I may consider it

20  that way.   But once intelligence, writing the report, the

21  uniform officers or what you are writing is not to be seen by

22  other security personnel, but I don't think it's clandestine,

23  in my opinion.

24  Q.   All right.

25         So you were writing secretly.   Is that correct?

## October 23, 2008

## Lawrence - Cross

1    A.    Right.

2    Q.    You were writing secretly at night.   Correct?

3    A.    Right.

4    Q.    Because the other security forces were not supposed to see

5    what you were doing.   Is that right?

6    A.    Right.

7    Q.    And you were doing this because you were trusted to do

8    this.   Correct?

9    A.    I was doing this, yes, because -- I would say so.   I would

10   say so, but, actually, I find myself in that track and,

11   apparently, my first report, apparently my first report that I

12   talk about the movement of some other militias with regards to

13   the civilians or maybe had some ingredients that I was there

14   able to give factuals.   So I think my report was interesting.

15   Q.    And people trusted you to make observations of other

16   security forces.   Correct?

17   A.    Precisely.

18   Q.    People trusted you to make observations of armed men.

19   Correct?

20   A.    Sorry?

21   Q.    People trusted you to make your observations about the

22   other armed men --

23   A.    Yeah.

24   Q.    -- in the area --

25            MR. CARIDAD:   I'm sorry.   If he could finish his

## October 23, 2008

## Lawrence - Cross

1  answer, please.

2  BY MR. ROCHLIN:

3  Q.  I'm sorry, sir.   Was your answer finished?

4  A.  I'm not understanding that.

5  Q.  You were trusted to make observations of other armed men.

6  Correct?

7  A.  Yes, I would say that because I was trusted mostly by the

8  civilians and if anything goes wrong, they would give me the

9  information and say "This is what is going on.   This is what is

10      happening."

11          Then I would also analyze it, monitor it and make my

12  recommendations.   So I was trusted mostly by the civilians.

13  Q.  But you were trusted by the men who received your reports.

14  Correct?

15  A.  No one assign somebody without trust.

16  Q.  So you were forced to do this labor?

17  A.  Right.

18  Q.  Not given a choice.   Correct?

19  A.  Right.

20  Q.  By the people who were trusting in your reports.   Is that

21  right?

22  A.  It's impossible that one would not trust.   Even if you are

23  given a chance to do something and once the person is not there

24  and you are there on the conditions, willingly or not

25  willingly, they have to give you trust.

**October 23, 2008**

## Lawrence - Cross

1  Q.   Mr. Lawrence, you said you saw the defendant in this case,

2  Chuckie Taylor, at the checkpoint at the St. Paul River Bridge.

3  Is that right?

4  A.   Right.

5  Q.   And you said the first time you saw him there was in April.

6  Is that correct?

7  A.   Right.

8  Q.   And you said he came there with his bodyguards.  Right?

9  A.   Right.

10  Q.   And his bodyguards were ATU.   Correct?

11  A.   The bodyguards at which time?  They were not yet ATU.

12  Q.   They were Demon Forces?

13  A.   Okay.  It was the sentiment, but I got to know the

14  definitions of what we call SWAT, special weapon and tactical

15  team, because it was known to myself that they were Demon

16  Forces.

17  Q.   That was something that was known to you?

18  A.   Yes.  What, personally, I felt because I heard the name, so

19  when they came, I think to get to one of the bodyguards and I

20  asked her, him "What this Demon Forces about?" and he told me

21       "We are not Demon Forces.  We are SWAT, but because we

22    do not talk to somebody when we're giving instruction and

23    when we are on guard we stand there talking to no one, but

24    we're Demon Forces."

25        I said what you mean by "SWAT"?  He spelled "SWAT."  I

## October 23, 2008

## Lawrence - Cross

1  asked "What does that mean?"  He said "Special weapon and

2      tactical team unit," so that erased the notion I had they

3  were Demon Forces and I considered them to be SWAT from that

4  day.

5  Q.   Before that day you considered them to be Demon Forces?

6  A.   That's what I heard.

7  Q.   That's what you heard these men being called?

8  A.   Right.

9  Q.   Now, you testified for Mr. Caridad you saw the defendant at

10  the checkpoint in April of 1999.  Is that correct?

11  A.   Right.

12  Q.   And according to you, you saw the defendant at the

13  checkpoint only one other time.  Is that right?

14  A.   Sorry.

15      MR. CARIDAD:   Could we have a date, please?

16  BY MS. ROCHLIN:

17  Q.   The first time you saw the defendant was at the checkpoint

18  in April of 1999 --  is that correct, Mr. Lawrence -- according

19  to your testimony?

20  A.   Yeah.

21  Q.   And is it also your testimony that apart from seeing the

22  defendant at the checkpoint in April of 1999, according to you

23  you saw him at the checkpoint only one other time besides April

24  of 1999?

25  A.   April, 1999 and August, 1999.

**October 23, 2008**

**Lawrence - Cross**

1   Q.   Only those two times, Mr. Lawrence.   Right?

2   A.   Right.

3   Q.   And you said that when you saw the defendant in August of

4   1999, you said he was in a kind mood.   Is that correct?

5   A.   I mean, the first, the first time he has his face very

6   serious and I know him to be the son of a President and I know

7   him also to be in military attire with intelligence.   I could

8   not come closer, but the second time is when I say he was in a

9   kind mood.   There was smiles in his face and he talked lengthy

10   to the commanders.

11   Q.   In contrast to how he looked the first time you saw him?

12   A.   The first time I saw him, his face were tired.   He got down

13   from his car and he gave instructions.   I was not too far from

14   him

15         He say "This supplies for the IDPs and make sure and

16      deliver it," that way.   So there was no way to get closer

17   to him, X, Y, Z.   But the second time he was seen with smiles

18   in his face.   "How are the IDPs?  How," X, Y, Z.   So it was

19   different from the first to the second.

20   Q.   Mr. Lawrence, you said you spoke with Randy who works with

21   Mr. Caridad.

22   A.   Yeah.

23   Q.   How did Randy know how to get in touch with you?

24   A.   Now I'm an Evangelist.   My assumptions say maybe, when

25   maybe I have been getting, paid a visit to Gbalatuah because I

**October 23, 2008**

## Lawrence - Redirect

1  have just led, led a group in Gbalatuah, that it's time for the

2  man to change and I preach the gospel there and I give my

3  telephone number to some people for healings and deliverance

4  and came back to Gbarnga and came by Kakata and came by

5  Monrovia.

6          I was surprised when Randy called me at my number.  I

7  asked him "How did you get my number?"  He say "Your number was

8      given me by somebody."  He said "Are you Lawrence?"  I say

9          "Yeah, I'm Lawrence."

10          He say "Were you assigned in Gbalatuah?"

11          I say "Yes."

12          He say "Can I see you?"

13          I asked him "For what?" and he explained the contents

14  of his invitation, is how I met him

15  Q.   You don't know how Randy got your number?

16  A.   I don't know.

17          MS. ROCHLIN:   No further questions.

18          THE COURT:   Redirect.

19          MR. CARIDAD:   Judge, I need a bathroom break.   Are we

20  going to go through the lunch hour?

21          THE COURT:   We'll finish with this witness.

22          MR. CARIDAD:   (Left the courtroom)

23          [Entered the courtroom at 12:21 p.m]

24          Thank you, Judge.

25                      REDIRECT EXAMINATION

**October 23, 2008**

## Lawrence - Redirect

1    [Beginning at 12:21 p.m., 10/23/08.]

2    BY MR. CARIDAD:

3    Q.   Mr. Lawrence, can you explain to us how you were drafted to

4    be at the St. Paul River checkpoint?  Explain how that

5    happened, please.

6    A.   After been drafted by the Armed Forces of Liberia in '90,

7    captured by NPFL, incarcerated and after a period of time

8    released on the conditions that parole.

9    Q.   You said the word "parole"

10   A.   First time "parole" means I was in the direction of the

11   commander who was advocating for my release.  Like six months

12   later I was gaining a little bit freedom, so unfortunate for

13   me, I was involved in a car accident and this is the mark.  So

14   in 1997, '98, I resolve to seek for scholarship to the Ministry

15   of Defense because they have been responsible, in spite of

16   whose leadership, but it was the Minister of National Defense.

17   I sought scholarship by them

18   Q.   Explain what you mean by "scholarship."

19   A.   It's an opportunity given to you to go to school.  You are

20   paid.  You are given allowance and payment of your tuition is

21   done by the institution who was giving that opportunity.

22   Q.   Who was offering that scholarship?

23   A.   I was trying to seek it.  It was offered by the Ministry of

24   Defense to both military and civilian people.  It was a very

25   beautiful scholarship they have.

**October 23, 2008**

## Lawrence - Redirect

1   Q.   What were you going to study?

2   A.   Sociology.

3   Q.   Sociology?

4   A.   Yes.

5   Q.   To obtain the scholarship, what did you have to do?

6   A.   Actually, before God and man, I wanted to write about my

7   experience.

8   Q.   No, my question is in order to apply for this scholarship,

9   what did you have to do?  How did you apply for it?

10  A.   Oh, you write.  You write applications and take it to the

11  Minister's offers.  The Minister refer you to the liaison

12  officer and the liaison officer opens the envelope.  He reads

13  it and he gives you a schedule.

14  Q.   Did you apply for such a scholarship?

15  A.   Yes.   Right.

16  Q.   What happened after you applied for the scholarship?

17  A.   After I applied for the scholarship, I was told I have to

18  go for aptitude test.

19  Q.   Attitude test?

20  A.   Right. I was given a time and I went there.

21  Q.   Where did you go to take this attitude test?

22  A.   I was told to go to the Minister of Defense for the

23  attitude test.

24  Q.   In what city?

25  A.   Monrovia.

**October 23, 2008**

## Lawrence - Redirect

1   Q.   Did you go for the attitude test?

2   A.   I went for the attitude test and I was told the attitude

3   test would be administered in Bong County.

4   Q.   B-o-n-g?

5   A.   Yes.

6   Q.   What did you do then?

7   A.   I got in the car and headed for Bong County.

8   Q.   What city in Bong County did you go to?

9   A.   Gbarnga.

10  Q.   G-b-a-r-n-g-a?

11  A.   Right.

12  Q.   What happened when you got to Gbarnga?

13  A.   When I got to Gbarnga, I was told to get to Gbalatuah and

14  be there for one week.  It was the attitude test.  According to

15  Captain Smith, who were administering the attitude test, to be

16  in Gbarnga under the covert operations, to be able to give

17  comprehensive of what I saw and what happened there and what

18  would be the best recommendations.  So it was the attitude test

19  itself.

20  Q.   Did you go to Gbalatuah?

21  A.   Yes.

22  Q.   What happened after you got to Gbalatuah?

23  A.   Before getting to Gbalatuah, I was given a mattress and a

24  paper.  There was a mattress -- there was three mattresses.

25  The guy that was heading for Lofa.  I, who was stopping in

**October 23, 2008**

## Lawrence - Redirect

1  Bong, Gbalatuah.  The other guy, I did not know where he went.

2  There were three mattresses for sleeping on.

3         When I get to Gbalatuah, I was told to be there for

4  that week and giving and writing every report.  So I felt I

5  could do my best because I felt it was the attitude test and

6  upon completion, to get back to Monrovia and continue another

7  process.

8  Q.  And how long were you in Gbalatuah?  That one week?

9  A.  Yes, I was there for one week.

10  Q.  And did you write such a report?

11  A.  Right, I wrote such a report.

12  Q.  What is the subject of the report?

13  A.  The subject of the report was civilians and military

14  relationship.

15  Q.  And you had intended to study sociology?

16  A.  Yes.

17  Q.  Did you send the report back to Gbarnga?

18  A.  I sent the report to Gbarnga when I was mandated.

19       "Lawrence, you are to stay there.  This is the

20       instruction:  You stay there until father ordered report to

21       Kardor," whatsoever.

22  Q.  Did you want to stay?

23  A.  No.

24  Q.  Why didn't you leave?

25  A.  Insecurity.

**October 23, 2008**

## Lawrence - Redirect

1  Q.   Did you have any other options?

2  A.   The options I have are two.   One is insecurity and another

3  one I thought they was using strategies to see how submissive I

4  could be to obtain the scholarship.   You understand what I'm

5  saying?

6          So I stay there with the conviction that maybe after

7  another week I go back Monrovia and the week pass, so you knew

8  I was being planted there under that pretense and I could not

9  do otherwise.

10 Q.   Now, was it the Ministry of Defense and the AFL that were

11 keeping you there?

12 A.   Yes.   The AFL, the AFL is the Armed Forces of Liberia and

13 they are within the Ministry of National Defense.   Within the

14 Ministry of National Defense you have, you have various units

15 and various sections.   So it was the Ministry Of National

16 defense that were keeping me there.

17 Q.   Did you want to be there?

18 A.   No.

19 Q.   Did you like being at the checkpoint, the St. Paul River

20 Bridge?

21 A.   No.

22 Q.   How long did you eventually stay at the St. Paul River

23 Bridge checkpoint?

24 A.   Since I took off -- sorry for this -- that clandestine

25 assignment, it was like '98, late '98, around early November,

**October 23, 2008**

## Lawrence - Redirect

1  'til '99, late December.

2  Q.   '99 is when you left?

3  A.   Yeah.

4  Q.   Now, you said that you were not paid a salary.  Is that

5  right?

6  A.   Right, right, right.

7  Q.   Were you still expecting to possibly get a scholarship

8  while you were at the St. Paul River Bridge checkpoint?

9  A.   Sorry?

10 Q.   Did you think you still might get a scholarship because of

11 your work at the St. Paul River checkpoint?

12 A.   I thought I was going to have a scholarship because of my

13 stay and with intelligence you can digest.  I found myself on

14 the list of conscriptions.

15 Q.   Did you think eventually you might get your scholarship?

16 A.   I thought so, I thought so.

17 Q.   Now, since you didn't receive a salary, how did you eat?

18 A.   Beyond explanation.  I can't actually describe the system

19 because it was, yes, pathetic because you eat by the grace of

20 God, would you say so, because you have not been paid.

21       Other people who were regular workers were paid.  The

22 police were paid.  I felt I was subdued because I was not a

23 military personnel and I was seeking for the scholarship and

24 maybe I felt in my applications I mentioned that the Minister

25 of Defense was responsible for the delay in my educations and

**October 23, 2008**

## Lawrence - Redirect

1    my humiliations.  So I thought their analysis with regards to

2    my application has the effect on me, so I accept the

3    conditions.  I was just fed by the mercies of God and other

4    things.

5    Q.   Did people at the village at the checkpoint help you?

6    A.   Nobody -- I could say "yes."  I could say "Yes" because a

7    friend of mine helped me and all the people help me.  All the

8    people who I intervene in cases with regards to military

9    harassment and say this is not the right way, these people are

10   the people we are protecting and with that, other people were

11   very much interested to help me.

12   Q.   You said you intervened between the military and civilians?

13   A.   I did.

14   Q.   What did you interview to do?

15   A.   If you see a military man sometime on issues --

16   Q.   Say it again.

17   A.   Some issues personally with the military and civilians,

18   like maybe I remember one of the militia's commander accuse one

19   of the civilians around there of having an affair with his

20   girlfriend -- excuse me -- and he decided to use his military

21   power to subdue this guy.

22        His name was Flomo.  I went there and said "This is

23        very indecent.  You just heard it.  You did not see it and

24        it is not good for such a treatment.  So, you know, the

25        Bible say persuasions, persuasive words kill the heart's

## October 23, 2008

## Lawrence - Redirect

1    feeling."  I use that, persuasions, and said it wasn't

2    good.

3    Q.  Did you intervene on other occasions between the military

4    and civilians?

5    A.  I intervene in some other cases, like one I can remember,

6    again, a civilian during that time -- it was late December.  I

7    mean, late '99.  There was a car, there was a car that was

8    taking some items, believed to be relief items.  The WHO

9    organization at times used to come and give supply.

10         The civilians, instead of utilizing the supply, they

11   decide to sell it in Gbarnga and they were arrested by the

12   security personnel, the NSA.  They decide to take everything

13   from them and I intervene also.  "How will you feel if you take

14       this thing from these people?  It's food.  You eat it.  You

15       sell.  It you will be punished.  What if they see you, how

16       your face would be."

17         He concluded they carried 50, they carried 50.  So it

18   was my second intervention.

19   Q.  I want to show you the area where you live, Mr. Lawrence.

20         MR. CARIDAD:  Can we have BR 2 on the screen, please.

21   BY MR. CARIDAD:

22   Q.  Is this the area of the checkpoint, Mr. Lawrence?

23   A.  Yeah.

24   Q.  Was the area where you lived to the right of this

25   photograph, outside this photographer?

**October 23, 2008**

## Lawrence - Redirect

1  A.   I'm a little bit confused.   That is Gbarnga?

2  Q.   Yes.

3  A.   This is coming towards Lofa way.   Right?

4  Q.   Yes.

5  A.   I lived that way.

6  Q.   You mentioned a plum tree.   Is that the plum tree in that

7  picture?

8  A.   Yeah.

9  Q.   Could you point it out and mark an X on it, please?

10  A.   (Complied.)

11  Q.   What did you do under that plum tree?

12  A.   I see security personnel play checkers.

13  Q.   Checkers?

14  A.   Yes, and other stuff.

15  Q.   How far is that plum tree from the checkpoint?

16  A.   It's a little bit, like maybe 1 to 2, 300 yards, but you

17  can see from the plum tree whatever goes on at the checkpoint.

18  Q.   Now, you mentioned the ATU did not yet exist in 1999?

19  A.   Yeah.

20  Q.   And this group of people were called Demon Forces?

21  A.   Yes, yes, yes, yes.

22  Q.   You said you were curious about that so you asked one of

23  the men that was with Chuckie?

24  A.   Yes.

25  Q.   What did he say the Demon Forces were?

**October 23, 2008**

## Lawrence - Redirect

1          MS. ROCHLIN:   Objection.   Hearsay.

2          MR. CARIDAD:   Asked and answered on cross-examination.

3          THE COURT:   Overruled.

4    BY MR. CARIDAD:

5    Q.   What did he explain to you the Demon Forces were?

6    A.   He said, he said "We are not Demon Forces."   According to

7    him, "We are SWAT."   I asked him "What does the word 'SWAT'

8         mean?"   He spelled the word, S-W-A-T.   I say "What does the

9         initials mean?"

10              He said "Special weapon and tactical team unit."

11   Q.   Did he explain to you why they were called the Demon

12   Forces?

13   A.   No.

14   Q.   Did anyone say anything to you about "We're Demon Forces

15        because we don't talk to people?"

16   A.   Oh, yeah, yeah.   I remember.   Yes, yes.   I remember that.

17   Q.   What did he say to you?

18   A.   He say "Probably the sentiment says that we are Demon

19        Forces because of statue guards.   We don't talk to nobody."

20   Q.   Static?

21   A.   Statue.   It doesn't move.   "We talk to nobody.   We in a

22        black uniform, have the armed force there."   So that's what

23   he said.

24   Q.   Now, you spoke to Randy, my investigator, in Liberia?

25   A.   Yeah, I did.

**October 23, 2008**

## Lawrence - Redirect

1  Q.   You spoke to me?

2  A.   Yeah, I did.

3  Q.   At the Cape Hotel?

4  A.   Right.

5  Q.   You thought maybe the way we had been in contact with you

6  was because you were in Gbalatuah?

7  A.   Yeah.

8  Q.   What had been going on in Gbalatuah?

9  A.   I told you I'm converted.   I'm an Evangelist.   I go around

10  and pitch the gospel and I have taken my Evangelist church to

11  Gbalatuah, Gbarnga and Kakata.   Any time when I take the tour,

12  I leave my number that you contact me for spiritual healing for

13  the soul.   Apparently, one of the person in Gbalatuah give my

14  number because I'm a popular man there with the gospel now.

15          MR. CARIDAD:   If I can have a moment, Judge.

16  BY MR. CARIDAD:

17  Q.   Mr. Lawrence, this area there with the checkpoint, what is

18  the name of the area?

19  A.   Say that?

20  Q.   What is the name of the area we're looking with the

21  checkpoint?

22  A.   We specifically call this Waterside.

23  Q.   So this area next to the checkpoint is called Waterside?

24  A.   Yes.

25  Q.   That's where you were stationed?

**October 23, 2008**

## Lawrence - Redirect

1  A.   Right.

2  Q.   Where is Gbalatuah?

3  A.   Gbalatuah is a town.   From here you get to the town.   It's

4  a little bit bigger town.

5  Q.   Is Gbalatuah between this checkpoint and Gbarnga?

6  A.   Yeah, yeah, yeah, yeah.

7  Q.   How far is this checkpoint from Gbalatuah?

8  A.   It could be, it could be like pretty close to three or four

9  miles maybe.

10  Q.   Three or four miles?

11  A.   Yeah, maybe, because it takes you like if you're walking

12  fast, it takes you like 45 minutes' walk, yeah.

13           MR. CARIDAD:   If I could have a moment, Judge.

14           If I could have the image, ER 61, on the screen.

15  BY MR. CARIDAD:

16  Q.   Do you see that image, Mr. Lawrence?

17  A.   Yes.

18  Q.   You said people were detained in there?

19  A.   Yes.

20  Q.   Who did you see detained in there?

21  A.   Criminals.

22  Q.   Sorry?

23  A.   Suspects, criminal suspects, military personnels.

24  Q.   Military personnel?

25  A.   Yes.

**October 23, 2008**

## Lawrence - Redirect

1   Q.   Criminal suspects?

2   A.   Criminal suspects.

3   Q.   Anybody else?

4   A.   And others who are, may be charged with disorderly conduct.

5   Q.   Charged with disorderly conduct?

6   A.   And so forth.

7   Q.   How close was where you lived to the red-roofed building?

8   A.   It's not too far.   Like the red-roofed building -- okay --

9   like I would say like from maybe coming this way around the

10  church I attended.   Right after the church.

11  Q.   How many feet would you say to the red-roofed building?

12  A.   It would be like estimation.   I would say like 500 yards or

13  300 yards.

14  Q.   How frequently did you visit the red-roofed building?

15  A.   I was very inquisitive, you know.   I was very, very

16  concerned about many things and I told you it was really

17  uncountable.   I could not tell you how many times I visited.

18           MR. CARIDAD:   Thank you, Judge.   That's all I have.

19           THE COURT:   Ladies and gentlemen, we'll take our lunch

20  recess.   I ask everyone please return by 2:00 and do not

21  discuss the case.

22           [The jury leaves the courtroom at 12:44 p.m.]

23           THE COURT:   All right.   We're in recess.

24           MR. WYLIE:   Your Honor, may I bring up an issue?

25           THE COURT:   The witness is excused.

## October 23, 2008

## Lawrence - Redirect

1            [The witness was excused at 12:45 p.m.]

2            THE COURT:   Mr. Wylie, go ahead.

3            MR. WYLIE:   Yes, Your Honor.

4            I apologize.   We're going to need to take a recess

5    until we get an interpreter.   I know you've asked counsel to

6    repeat back questions, but the prosecutor is speaking very

7    quickly on cross-examination and that's not to say anything bad

8    about them.  They're just doing their job.   We need to make

9    sure our witnesses understand every word.   When they give long

10   explanations, it can't be repeated back to the jury.   This is

11   the best it gets with how they're going to speak.

12           We're about to bring in some people that, quite

13   frankly, don't speak nearly as well as he does.   They don't

14   understand our questions.   I'm very concerned.   They need to

15   understand every word.   This is a very important proceeding.

16   We can't guess on this stuff.   We need to make sure the

17   witnesses understand the question before they answer.

18           THE COURT:   I understand.   We will not adjourn early

19   for that reason, but counsel will speak slowly.   You will

20   instruct your witnesses if they don't understand, to let you

21   know.   I am paying very close attention and you know I

22   interrupt if I don't understand.

23           We'll see you at 2:00.

24               [Luncheon recess at 12:46 p.m.]

25           THE COURT:   Next witness.

**October 23, 2008**

## Smith - Direct

1          MR. WYLIE:   Before the jury comes in, Your Honor, just

2    for the record, the defense objects to proceeding without an

3    interpreter.

4          The next witness is Henry Smith.

5          THE COURT:   All right.   Bring the witness in.

6          Bring the jury in, please.

7          [The jury returns to the courtroom at 2:01 p.m]

8

9          HENRY SMITH, DEFENDANT'S WITNESS, SWORN

10                 DIRECT EXAMINATION

11   [Beginning at 2:02 p.m]

12         THE WITNESS:   Pardon?

13         THE COURT:   Do you solely swear the testimony you are

14   about to give is the truth?

15         THE WITNESS:   Yeah.

16         THE COURT:   Thank you.

17         Ladies and gentlemen, our interpreter has laryngitis

18   today.   If at any time you do not understand the witness, as I

19   instructed you earlier in the trial, please raise your hand and

20   let us know that.

21   BY MR. WYLIE:

22   Q.   Good morning, Mr. Smith.   Could you state your name,

23   please?

24   A.   I'm Henry M Smith.

25   Q.   And, Mr. Smith, where were you born?

**October 23, 2008**

## Smith - Direct

1  A.   I was born at Waterside.

2          THE COURT:   Sir, can you sit close to the microphone.

3          Repeat that, if you would.

4          THE WITNESS:   (Complied.)

5  BY MR. WYLIE:

6  Q.   Where were you born, sir?

7  A.   I was born at Waterside.

8  Q.   Where is Waterside?  What country?

9  A.   Waterside is in Liberia.

10  Q.   And is that near the St. Paul River Bridge?

11  A.   Yes, right next to the St. Paul River Bridge.

12  Q.   Right next to the St. Paul River Bridge?

13  A.   Yes.

14  Q.   Sir, when were you born?

15  A.   I was born (redacted.)

16  Q.   1943?

17  A.   Yes.

18  Q.   Sir, do you have a family?

19  A.   Yes, I do have.

20  Q.   Are you married?

21  A.   Yes.

22  Q.   How many children do you have?

23  A.   Eight.

24  Q.   Do they all live with you in Waterside?

25  A.   I think it's seven live with me at Waterside.

**October 23, 2008**

## Smith - Direct

1   Q.   And where do you currently live?  Where do you live now?

2   A.   I live at Waterside.

3   Q.   So you lived there your whole life?

4   A.   Yes.

5   Q.   Is Waterside near Gbalatuah?

6   A.   Yes, it is near Gbalatuah.

7   Q.   Is Gbalatuah the town toward Gbarnga, the next town toward

8   Gbarnga?

9   A.   No, Waterside is -- from Waterside to Gbalatuah is just 30

10  minute walk.

11  Q.   30 minute walk?

12  A.   Yeah.

13  Q.   Sir, in the year 1999 --

14  A.   Aha.

15  Q.   -- where were you living?

16  A.   1999, I was living at Waterside.

17              MR. WYLIE:   May I have BR 10, please?  Actually, BR 1.

18  Actually, BR 2.

19  BY MR. WYLIE:

20  Q.   Sir, do you see that picture?

21  A.   Yes, I see.

22  Q.   Do you recognize that?

23  A.   Yes.

24  Q.   What is in this picture?

25  A.   That's a gate.

**October 23, 2008**

**Smith - Direct**

1    Q.    Where is the gate located?

2    A.    When you first get into the bridge from Gbalatuah.

3    Q.    Before you get to the bridge from Gbalatuah?

4    A.    Yes.

5    Q.    Is it on the Bong County side of the bridge?

6    A.    Yes, it's on the Bong County side.

7    Q.    So it's not in Lofa County?

8    A.    No.

9    Q.    When you go across the bridge, that's Lofa County.  Is that

10   right?

11   A.    Yes.

12   Q.    Do you see your home in this picture?

13   A.    My home is down the hill.  Before you get into the first

14   tree, you can see on the Bong County side.

15   Q.    It's below this picture?

16   A.    Yeah, my house is below that.

17   Q.    Do you see the plum tree?

18   A.    Yes, I can see the plum tree.

19   Q.    Where is it with respect to the plum true?

20   A.    The plum tree is on the Bong County side and where you

21   drink palm wine.

22   Q.    You drink palm wine?

23   A.    People drink palm wine, but me, I don't drink palm wine.

24   Q.    The plum tree is where you socialize?

25   A.    Yes.

**October 23, 2008**

## Smith - Direct

1  Q.   Where is your house?

2  A.   Before you get to the plum tree, down the hill.

3  Q.   Do you know the hill?

4  A.   You cannot see it in the picture now.

5  Q.   Is it closer to the bridge or further from the bridge?

6  A.   It's further from the bridge.

7  Q.   If you're looking at the plum tree and walking to the plum

8  tree, you keep going to your house?

9  A.   When you walking to the plum tree, you go down to my house.

10 Q.   How far a walk is it from your house to this gate in the

11 picture?

12 A.   From my house to this gate is just about 150 feet.

13 Q.   150 feet?

14 A.   Yes.

15 Q.   Now, in 1999, did you live in Waterside the entire year?

16 A.   I lived there the entire year.   The whole of 1999 I lived

17 there.

18 Q.   Did you ever leave Waterside in 1999?

19 A.   At the ending part of 1999, I left from there.

20 Q.   You said no part in 1999 you left?

21       Was there any day in 1999 that you left Waterside?

22 A.   Sometime we used to go to search for food and sleep and

23 come back.

24 Q.   Where did you search for food?

25 A.   Cross the bridge into Lofa County.   I had a farm there.

**October 23, 2008**

## Smith - Direct

1    Q.   You had a farm in Lofa County?

2    A.   Yes.

3    Q.   And how far a walk was it from your home in Waterside to

4    your farm in Lofa County?

5    A.   30 minutes.

6    Q.   30 minutes?

7    A.   Yes.

8    Q.   And when you walked from your home in Waterside to your

9    farm in Lofa County, would you pass this gate?

10   A.   I would pass the gate and pass on the bridge.

11   Q.   Would you see this gate every day?

12   A.   Yes, I pass by that gate every day.

13   Q.   Sir, you're a farmer?

14   A.   I am a farmer.

15   Q.   Do you have any other job?

16   A.   Yes, a minister of the church.

17   Q.   A minister of a church?

18   A.   Yes.

19   Q.   Do you have a church in Waterside?

20   A.   Yes, we do have.

21          MR. WYLIE:   Can I see BR 3.

22   BY MR. WYLIE:

23   Q.   Sir, do you recognize this picture?

24   A.   Yes, I recognize it.

25   Q.   What is this picture?

**October 23, 2008**

## Smith - Direct

1    A.   That picture is the security building where they sleep.

2    Q.   Where the security would sleep?

3    A.   Yes.

4    Q.   What security would sleep there?

5    A.   Persons presently sleeps there.

6    Q.   Presently security sleeps there?

7    A.   Now, now, now.

8    Q.   In 1999, who slept in this building?

9    A.   That were the soldiers.

10   Q.   Soldiers?

11   A.   Yes.

12   Q.   Did they have any offices in that building?

13   A.   They used to use some of the rooms as office.

14   Q.   They used some of the rooms as office?

15   A.   Aha.

16        MR. WYLIE:   BR 64.

17   BY MR. WYLIE:

18   Q.   Sir, do you recognize this building on the right?

19   A.   Yes.

20   Q.   What is that picture?

21   A.   That was the Immigration place.

22   Q.   The Immigration place?

23   A.   Yes.

24   Q.   And what would that building be used for?

25   A.   You mean presently?

**October 23, 2008**

Smith - Direct

1  Q.   What did anybody use that building for?

2  A.   That was where the soldiers used to sit.

3  Q.   The soldiers used to sit there?

4  A.   Yes.

5          MR. WYLIE:   ER 5, please.

6  BY MR. WYLIE:

7  Q.   Do you see this picture, sir?

8  A.   Yeah, I see the picture.

9  Q.   What is this a picture of?

10  A.   This picture was there before even 1999.

11  Q.   What building is in this picture?

12  A.   This would be the back part of the building you showed me

13  just now.

14  Q.   The one with the red roof?

15  A.   The round one with the red roof.

16  Q.   And when was this writing on the wall?

17  A.   It were before 1999.

18  Q.   Do you recognize that symbol there?

19  A.   Yes, I recognize it.

20  Q.   Do you know what that is a symbol of?

21  A.   I don't know.  I'm not a military man.

22          MR. WYLIE:   I would like to show what has been

23  admitted as ER 1, Government's Exhibit ER 1.

24  BY MR. WYLIE:

25  Q.   Sir, is this how the gate looked?

October 23, 2008

## Smith - Direct

1  A.   No.

2  Q.   In 1999, is this how the gate looked?

3  A.   No.

4  Q.   How is it different now?  What's different about this

5  picture?

6  A.   Before they have one stick in the hole on the other side

7  and another stick with a rope on it.

8  Q.   A rope?

9  A.   The rope from the other stick to the other stick.

10  Q.   Now, during 1999, do you remember any IDPs coming through

11  the gate?

12  A.   Yes.

13  Q.   And why were the IDPs coming through the gate?

14  A.   When they came, there were many.  When they came, they told

15  us there was an attack in Lofa and they were trying to escape.

16  Q.   There was an attack in Lofa, so they were trying to escape?

17  A.   They were trying to escape.

18  Q.   Do you remember what months the IDPs were going through the

19  gate?

20  A.   I think it should be, it should be between April and May,

21  something like that.

22  Q.   April --

23  A.   I don't remember the date directly, really.

24  Q.   You don't remember the date directly?

25  A.   Yeah.

**October 23, 2008**

## Smith - Direct

1  Q.   But it was about April or May?

2  A.   April or May, one of those months.

3  Q.   And how many refugees or -- excuse me -- how many IDPs were

4  coming through the gate?

5  A.   Many.   There were more than 60,000.   Too many.

6  Q.   There were many?

7  A.   Too many.

8  Q.   Were the IDPs walking?

9  A.   Yeah, they were walking.

10  Q.   Did some also come in trucks?

11  A.   No, I didn't see any truck, but I saw them walking.

12  Q.   Did you see any United Nations trucks bringing IDPs?

13  A.   There was no United Nations truck.   There were IRC truck

14  going to Gbalatuah.   Besides that, I didn't see any truck

15  bringing IDP.

16  Q.   Did you say the International Red Cross truck?

17  A.   They used to come to provide food.

18  Q.   To Gbalatuah?

19  A.   Aha.

20  Q.   So would that truck, that Red Cross truck, would it go

21  through the gate?

22  A.   No, it would only stop at Gbalatuah.   It would not go

23  beyond Gbalatuah.

24  Q.   COULD come from Monrovia?

25  A.   And stop at Gbalatuah.

**October 23, 2008**

## Smith - Direct

1   Q.   Do you remember any trucks coming from Lofa County?

2   A.   No.

3   Q.   Sir, do you know Chuckie Taylor?

4   A.   Only once when I went to Waterside we learned that he were

5   coming there.   He came way far in the distance.

6              THE COURT:   No, we're not understanding you, sir.

7              Start over very slowly, if you would.

8              "Do you know Chuckie Taylor?"  Start off.

9   A.   I saw him when he were in a distance.

10  Q.   You saw him when he was in a distance?

11  A.   Yes.

12  Q.   When was that?

13  A.   In the year 1999.

14  Q.   1999?

15  A.   Aha.

16  Q.   Was that the only time you saw him, in 1999?

17  A.   Yeah, I saw him only one time.

18  Q.   Did you know him to be the President's son?

19  A.   Yes, that's what I heard.

20  Q.   That's what you heard?

21  A.   Yes.

22  Q.   How did he arrive?  How did Chuckie arrive?

23  A.   When he arrived at Waterside, we all in order to go and

24  see, we stopped and left a distance between us.   I saw him

25  after he say --

**October 23, 2008**

## Smith - Direct

1          THE COURT:  We're not understanding you, sir.  Sir,

2   repeat your answer slowly.

3          THE WITNESS:  Okay.

4          THE COURT:  "How did he arrive?"

5   A.  When we were there, he arrived that afternoon.

6          THE COURT:  That afternoon?

7          THE WITNESS:  This afternoon.  When he arrived there,

8   we heard the President's son was here.

9          THE COURT:  What?

10  BY MR. WYLIE:

11  Q.  You heard the President's son was here?

12  A.  Yes.

13  Q.  Were there many cars with him?

14  A.  Just one car.

15  Q.  Just one car?

16  A.  Yes.

17  Q.  Did Chuckie have soldiers with him?

18  A.  He had some people with him

19  Q.  Do you remember what he was wearing?

20  A.  Yes, camouflage.

21  Q.  Camouflage?

22  A.  Yes.

23  Q.  When Chuckie came to Waterside, what did you see him do?

24  A.  When he came, he told us that he brought some food.

25  Q.  The security men came and told you that he brought food?

**October 23, 2008**

## Smith - Direct

1   A.   That he brought food and gave us some food.

2   Q.   And gave you some food?

3   A.   Yes.

4            MR. WYLIE:   I'd like to show what has been admitted as

5   Government's Exhibit ER 3.

6   BY MR. WYLIE:

7   Q.   Sir, when you saw Chuckie, did he go in this building?

8   A.   I did not see him go in that building.

9   Q.   You did not see him go in that building?

10  A.   No.

11  Q.   Did Chuckie have an office in that building?

12  A.   No.

13  Q.   Did he sleep in that building?

14  A.   No.

15  Q.   Did you ever see Chuckie tie anyone near the checkpoint at

16  Waterside?

17  A.   Please repeat.

18  Q.   Did you ever see Chuckie Taylor tie anyone near the

19  checkpoint at Waterside?

20  A.   No.

21  Q.   Did you ever see Chuckie order anyone to be tied near the

22  checkpoint in Waterside?

23  A.   No.

24  Q.   Did you ever see Chuckie arrest anyone near the checkpoint

25  in Waterside?

**October 23, 2008**

## Smith - Direct

1   A.    No.

2   Q.    Did you ever see Chuckie order anyone to be arrested near

3   the checkpoint in Waterside?

4   A.    No.

5   Q.    Did you ever see Chuckie shoot anyone near the checkpoint

6   in Waterside?

7   A.    No.

8   Q.    Did anyone ever tell you that Chuckie shot someone near the

9   checkpoint in Waterside?

10  A.    No.

11  Q.    Did you ever see Chuckie order any men to cut anybody's

12  head off near the checkpoint in Waterside?

13  A.    No.

14  Q.    Did anyone ever tell you that Chuckie ordered men's heads

15  to be cut off?

16  A.    No.

17         MR. WYLIE:   May I have a moment Your Honor?

18  BY MR. WYLIE:

19  Q.    Mr. Smith, did you ever see any severed heads displayed at

20  the checkpoint in Waterside?

21  A.    No.

22  Q.    Did anyone ever tell you that they saw severed heads at the

23  checkpoint in Waterside?

24  A.    No.

25         MR. WYLIE:   I tender the witness, Your Honor.

**October 23, 2008**

**Smith - Cross**

1                          CROSS EXAMINATION

2    [Beginning at 2:24 p.m., 10/23/08.]

3    BY MS. ROCHLIN:

4    Q.   Good afternoon, Mr. Smith.

5    A.   Good afternoon.

6    Q.   How are you, sir?

7    A.   I'm much better.

8    Q.   Mr. Smith, you live in Liberia?

9    A.   Yes, I live in Liberia.

10   Q.   Mr. Smith, can I ask you to do me a favor, please?

11   A.   Aha.

12   Q.   Could you try and speak into the microphone in front of you

13   so I can hear you?

14   A.   Yes.   I live in Liberia.

15   Q.   And you live near the St. Paul River?

16   A.   Yes, I live near the St. Paul River.

17   Q.   In Bong County?

18   A.   In Bong County, yes.

19   Q.   And you were there living in 1999?

20   A.   Yes.

21   Q.   You told us you were a minister.   Correct?

22   A.   Yes.

23   Q.   And you're also a farmer.   Is that right?

24   A.   Yes.

25   Q.   And your farm in 1999 was in Lofa County?

**October 23, 2008**

## Smith - Cross

1  A.   Yes.

2  Q.   How big was your farm?

3  A.   It's a medium size farm

4        THE COURT:  We don't understand.  Say that again,

5  please.  Repeat.

6  A.   It's just a medium size farm, not too big.

7  Q.   Mini-size farm?

8  A.   Medium size.

9        THE INTERPRETER:  He is saying "medium sized."

10  BY MS. ROCHLIN:

11  Q.   Medium sized farm?

12  A.   Yes.

13  Q.   What would you grow on your farm?

14  A.   Rice.

15  Q.   So you would go to the farm to plant the rice?

16  A.   Yes.

17  Q.   And you would go to the farm to water the rice?

18  A.   We don't water rise.  We plant the rice.

19  Q.   You plant the rice and the rain comes?

20  A.   We plant the rice.  Water it, no.

21  Q.   Do you have to watch the rice to make sure birds don't eat

22  it when it starts to grow?

23  A.   We watch it for birds not to spoil it.

24  Q.   You don't want the birds to spoil your rice.  Right?

25  A.   Yes.

**October 23, 2008**

**Smith - Cross**

1   Q.   You want to be able to eat your rice.   Correct?

2   A.   Yes.   The birds fly, you can't eat it.

3   Q.   When the rice grows a little more, do you have to worry

4   about animals trying to eat the rice?

5   A.   Sometimes you have to fence it, to fence it to stop animals

6   from eating it.

7   Q.   Would you build the fence for your rice on your farm?

8   A.   We fence it or the ground hog would come and eat it.

9   Q.   You would fence it so the ground hog wouldn't come and eat

10  it?

11  A.   Yes.

12  Q.   Would you check your fence to make sure no animals or

13  people broke your fence?

14  A.   Yes, check the farm, the fence.

15  Q.   So you would go to your farm pretty often to check on it.

16  Right?

17  A.   Yes.

18  Q.   And you would go to your farm to plant the rice when it was

19  time to plant the rice.   Correct?

20  A.   When it's time to plant the rice, I go there to plant it.

21  Q.   When it's time to collect the rice, you would go to collect

22  it.   Right?

23  A.   Yes.

24  Q.   And you would get up in the morning and you'd go to your

25  farm?

**October 23, 2008**

**Smith - Cross**

1  A.   I get up in the morning and go to the farm

2  Q.   Would you spend time on your farm?

3  A.   I spend time there sometime.

4  Q.   And sometimes you'd come back from your farm and it would

5  be during the day?

6  A.   Yes, I come.   During the day, I have to go to the church

7  house.

8  Q.   During the day you have to go to the church house?

9  A.   When I come from the farm during the day, I have to go to

10  the church house.

11  Q.   Sometimes would you stay on your farm until almost dark?

12  A.   No, I don't stay there until it get dark.   I come around

13  4:00 and come home.

14  Q.   You come home around 4:00 in the afternoon?

15  A.   Yes

16  Q.   Now, you said you saw Chuckie at the bridge near the gate?

17  A.   Yes.

18  Q.   And you saw Chuckie at the bridge near the gate only one

19  time.   Is that right?

20  A.   Yes.

21  Q.   And did you get a good look at him?

22  A.   He were a distance from me.

23  Q.   When you were able to see Chuckie, was that during the

24  daytime?

25  A.   That were in the daytime.

**October 23, 2008**

**Smith - Cross**

1  Q.  So the sun was out and it was light and you could see him?

2  A.  The distance was far.  Couldn't get closer.

3  Q.  So you couldn't get close to him?  Right?

4  A.  No.

5  Q.  But it was daytime.  Right?

6  A.  It was daytime.

7  Q.  And when you saw Chuckie, he was in camouflage.  Correct?

8  A.  Yes.

9  Q.  Mr. Smith, do you remember a few minutes ago on your screen

10  there was a picture of a building with a red roof?

11  A.  Yes.

12  Q.  And you said that was the building where there was

13  security?

14  A.  Yes.

15  Q.  Now, were you part of the security force?

16  A.  Pardon?

17  Q.  Were you a security?

18  A.  No.

19  Q.  Were you in the military?

20  A.  No.

21  Q.  So in 1999, you were not part of any security force?

22  A.  No, I were a farmer and a minister.

23  Q.  You were a farmer and a minister.  Is that correct?

24  A.  Yes.

25  Q.  And you didn't live in that building, did you?

**October 23, 2008**

**Smith - Cross**

1  A.    No.

2  Q.    You didn't have any work to do in that building, did you?

3  A.    No.

4  Q.    You didn't have any reason to go in that building, did you?

5  A.    No.

6  Q.    Mr. Smith, you told us a little bit about IDPs.  Is that

7  right?

8  A.    Yes.

9  Q.    And you remember when the IDPs came to Waterside?

10  A.   Yes, it was somewhere, April or May.  I don't remember the

11  date, but somewhere around April or May, sometime there.

12  Q.    You don't remember the exact date, do you?

13  A.   No, no.

14  Q.    But you do remember there were many, many IDPs.  Is that

15  right?

16  A.   Yeah, there was so many, very, very many.

17  Q.    And the IDPs came for many days in April or May.  Isn't

18  that right?

19  A.   They came through to Gbalatuah.

20  Q.    They came to Gbalatuah over many days.  Right?

21  A.   Aha, and they had a camp there.

22  Q.    They had?

23  A.   IDP camp, yes.

24  Q.    Mr. Smith, there was an IDP camp in Gbalatuah in 2002,

25  wasn't there, sir?

**October 23, 2008**

## Smith - Redirect

1   A.   I know of the one that was there in 1999.   1999, I know

2   about the one that was there.

3   Q.   In 1999 there were many people coming to the gate.

4   Correct?

5   A.   Going to Gbalatuah, the IDPs.

6   Q.   The IDPs were at Gbalatuah?

7   A.   Yeah, they were in Gbalatuah.   You go through the gate into

8   Gbalatuah.

9   Q.   There were IDPs coming over the bridge?

10  A.   They were coming from Lofa passing through the bridge.

11  Q.   And there were, you said, as many as 60,000 of them

12  Right?

13  A.   Very many.

14  Q.   And these IDPs were coming from Lofa and crossing the

15  bridge day after day.   Isn't that true?

16  A.   They were coming day after day.

17  Q.   You don't remember what day it was when you saw Chuckie

18  Taylor?

19  A.   No.

20          MS. ROCHLIN:   If I could have a moment, Your Honor?

21  Is.

22          Thank you, Mr. Smith.

23          Your Honor, I have no further questions.

24          THE COURT:   Redirect.

25                  REDIRECT EXAMINATION

**October 23, 2008**

## Smith - Redirect

1   [Beginning at 2:34 p.m., 10/23/08.]

2   BY MR. WYLIE:

3   Q.   Mr. Smith --

4   A.   Yes.

5   Q.   -- did you go to your farm every day?

6   A.   No, not every day.   Sunday I have to go to church.

7   Q.   Sunday you go to church?

8   A.   I go to church and I preach, yes.

9   Q.   On Monday through Saturday, did you go every day?

10  A.   Monday to Saturday.   I go to my farm Monday to Saturday.

11  Q.   On the way to your farm, would you cross the bridge?

12  A.   Yes.

13  Q.   Would you go past the checkpoint?

14  A.   Pass the checkpoint and cross the bridge.

15  Q.   And the IDPs, did they stay in Waterside?

16  A.   Some of them come and stop behind to the Waterside.   Some

17  of them cross and go to Gbalatuah.

18  Q.   Gbalatuah?

19  A.   Yes.

20  Q.   Where would the IDPs sleep?

21  A.   Some of them sleep across on the other side of the bridge

22  and some of them pass.   When they are permitted, they go to

23  Gbalatuah.

24  Q.   Once they cross the bridge, they would continue to go to

25  Gbalatuah?

**October 23, 2008**

# Smith - Redirect

1  A.   Yes, and you have to go to Gbalatuah because Waterside just

2  a small town.

3  Q.   It's a small town?

4  A.   Yes, very small.

5  Q.   How many people live in Waterside?

6  A.   I can't give you an exact amount, but they usually have 45

7  houses there.

8  Q.   45 houses?

9  A.   Aha.

10  Q.   And would you socialize with the other people of Waterside?

11  A.   Pardon?

12  Q.   Would you talk with the other people, the other people that

13  lived in Waterside?

14  A.   Yes, I talk to them

15  Q.   Would you do things with them?

16  A.   I do things with them  I encourage them to go to church

17  with me.

18  Q.   You encourage them to go to church with you?

19  A.   Aha.

20  Q.   And do you talk to people at church?

21  A.   Yes, I talk at church.

22  Q.   And do you talk with people under the plum tree?

23  A.   I talk with people under the plum tree and talk with

24  friends.

25  Q.   When you're not on the farm --

October 23, 2008

## Smith - Redirect

1    A.    Aha.

2    Q.    -- and you're not at church, what do you do in Waterside?

3    A.    If I'm not on the farm and I'm not in church, sometimes I

4    stay at the house because I have different activities besides

5    the farm business.

6    Q.    And were some of those activities outside?

7    A.    We got choir practicing arrangements.

8    Q.    Choir practice?

9    A.    We have other programs.

10   Q.    What kind of programs?

11   A.    Fund-raising rallies.

12   Q.    Say that again.

13   A.    Fund-raising rallies   We get money to help others, for the

14   handicaps, to help them

15   Q.    You gather funds?

16   A.    Yes.

17   Q.    Fund-raising, like charity?

18   A.    Yes.

19   Q.    Would you talk to a lot of people when you were

20   fund-raising?

21   A.    Yes.

22   Q.    Did anyone ever tell you in Waterside that they saw heads,

23   severed heads at the gate in Waterside?

24   A.    No.

25            MR. WYLIE:   No more questions, Your Honor.

**October 23, 2008**

## Smith - Redirect

1    THE COURT:    The witness is excused.

2    Defendant's next witness.

3        [The witness was excused at 2:38 p.m]

4    MR. CARIDAD:    Could we have a sidebar, please?

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**October 23, 2008**

## Smith - Redirect

1          [Proceedings at sidebar follow]:

2          MR. CARIDAD:   Judge, this next witness, just like this

3    one, is very difficult to understand.   I know the Court does

4    not like to be down.   It's almost 3:00.   The Court usually goes

5    to 4:30.   If we could have a recess and begin Tuesday, the

6    interpreter will be better by then.

7          This is very difficult.   I don't know how much they're

8    catching.   We have to kind of build sentences.   The interpreter

9    was fine and healthy for Government witnesses.   Now,

10   unfortunately, he's ill.   All we're asking the Court to do is

11   lose an hour and a half of court today for the sake of giving

12   Mr. Ibeagha a chance to rest.

13         MS. ROCHLIN:   I want to make a slight correction for

14   the record, but when Mr. Wylie said after the lunchbreak the

15   interpreter was not present, I want the record to reflect the

16   interpreter has been present throughout the afternoon session

17   and although he does have laryngitis, he has also been

18   providing assistance to counsel, including myself.

19         MR. CARIDAD:   I just made my personal observation.

20         I think we're further ahead of schedule than we

21   thought we would be as far as the trial.   It's not going to be

22   anywhere near a two month trial.   If the Court would do it, I

23   would appreciate it.

24         THE COURT:   I'm not going to do it.   I will tell you

25   why.   When the interpreter interprets, we have a whole host of

**October 23, 2008**

# Smith - Redirect

1   problems.   We discussed them already on the record.   He does

2   more than interpret.   He embellishes.   He changes testimony.

3   He changes words to make things grammatically correct that are

4   stated grammatically incorrectly.

5           So the use of the interpreter presents its own set of

6   problems.   His role today has been to give us words when we

7   don't understand the witness and even when we ask the witness

8   to restate it, we still don't understand.   He provides us those

9   words.   You are all doing fine.

10          No one is speaking quickly and everyone is

11  incorporating as you see fit into your next question the

12  preceding answer in the event you think it's not all together

13  clear.

14          I told the jury to let me know if they don't

15  understand and I interrupt when I don't understand.   We will

16  continue.

17

18

19

20

21

22

23

24

25

**October 23, 2008**

## Tarso - Direct

1              [Proceedings in open court follow]:

2          MAMA TARSO, DEFENDANT'S WITNESS, SWORN

3                    DIRECT EXAMINATION

4    [Beginning at 2:41 p.m.]

5          THE COURT:   Ma'am, do you solemnly swear the testimony

6    you will give is the truth?

7          THE WITNESS:   Yes.

8          THE COURT:   Thank you.

9    BY MR. CARIDAD:

10   Q.   What is your name?

11   A.   Mama Tarso.

12   Q.   Is it Mama Tarso?

13   A.   Yeah.

14   Q.   I'm going to call you Mrs. Tarso.

15   A.   Aha.

16   Q.   Mrs. Tarso, where do you live?

17   A.   I live Waterside.

18   Q.   You live where?

19   A.   Waterside.

20   Q.   Waterside?

21   A.   Yes.

22   Q.   In what country is Waterside?

23   A.   Huh?

24   Q.   What country is Waterside in?

25   A.   Bong County.

**October 23, 2008**

**Tarso - Direct**

1    Q.    Bong County?

2    A.    Yeah.

3    Q.    What country is Bong County?

4    A.    A --

5    Q.    Do you understand my question?

6    A.    I understand, but, really, I forget.

7    Q.    Is Bong County in Liberia?

8    A.    Yes.

9    Q.    Okay.

10          Where were you born?

11   A.    Me?  I were born in Zorzor.

12   Q.    In Zorzor?

13   A.    Yes.

14   Q.    Z-o-r-z-o-r.

15          Is that a town in Bong County?

16   A.    Huh?

17   Q.    Is Zorzor in Bong County?

18   A.    In Lofa.

19   Q.    In Lofa?

20   A.    Yeah.

21   Q.    Lofa is another county in Liberia?

22   A.    Yeah.

23   Q.    How old are you, Mrs. Tarso?

24   A.    I almost 50, 50.

25   Q.    You're almost 50?

**October 23, 2008**

**Tarso - Direct**

1   A.   Aha.

2   Q.   And how long have you lived in Waterside?

3   A.   30 years.

4   Q.   30 years?

5   A.   30 years.

6   Q.   Three zero, 30.

7        And do you live in Waterside now?

8   A.   Yeah.

9   Q.   Are you married?

10  A.   No.

11  Q.   Do you have any children?

12  A.   Yeah, I got children.

13  Q.   How many children do you have?

14  A.   I got five.

15  Q.   Do your five children live with you in Waterside?

16  A.   Some of them and some of them in Monrovia.

17  Q.   How many of your children live in Waterside?

18  A.   Three.

19  Q.   Is your husband deceased, passed away?

20  A.   Huh?

21  Q.   What happened to your husband?

22  A.   He died in the war.

23  Q.   What do you do for a living?

24  A.   I have food that I can sell.

25  Q.   You have food that you can sell?

**October 23, 2008**

## Tarso - Direct

1   A.   Yes.

2   Q.   You cook in your home?

3   A.   And people come by and buy it.

4   Q.   What kind of food do you cook in your home?

5   A.   All kinds of food.

6   Q.   Do you cook rice?

7   A.   Yes.

8   Q.   Do you cook cassava?

9   A.   Yes.

10  Q.   Were you living in Waterside in 1999?

11  A.   Yeah.

12  Q.   In a house?

13  A.   I got a house there.

14  Q.   Do you live in the same house today?

15  A.   It's no house now.

16  Q.   It's not the same house you had in 1999?

17  A.   In 1999 the house I was in, it burned down.

18  Q.   The house you were in in 1999, it burned down?

19  A.   Yes.

20  Q.   So you built another house?

21  A.   Yes.

22  Q.   So the house you built in 1999, was it close to the bridge?

23  A.   You can be standing at the house and see the checkpoint.

24  Q.   How long does it take you to walk from your house in '99 to

25  the checkpoint?

**October 23, 2008**

## Tarso - Direct

1   A.   (No response.)

2   Q.   Can you tell me if it's further than from where you are to

3   me?

4   A.   From that wall to that wall.

5   Q.   From the wall behind you to the wall at the end of the

6   courtroom?

7   A.   Yes.

8   Q.   Was your house in 1999 near the plum tree?

9   A.   Yeah.

10          MR. CARIDAD:   BR 2.

11   BY MR. CARIDAD:

12   Q.   Mrs. Tarso, I am going to ask you to look at that

13   television in front of you.

14   A.   I see it.

15   Q.   Do you see that picture?

16   A.   Yeah.

17   Q.   Do you see the plum tree?

18   A.   Yeah.

19   Q.   Was your house in 1999, was your house near the plum tree?

20   A.   Right behind the white car.

21   Q.   Is that right?  Your house was right behind the white car?

22   A.   One was behind the plum tree.

23   Q.   Did you have a farm in '99, 1999?

24   A.   No.

25   Q.   Where did you spend most of your time during the day in

**October 23, 2008**

**Tarso - Direct**

1  1999?

2  A.   I cook the food.   From cooking the food, so then I go to

3  the people.

4  Q.   You would cook the food and take it to some people?   People

5  who were coming from Lofa, would cross the bridge and buy your

6  food?

7  A.   Yes.

8  Q.   Did you ever travel?   Did you ever walk to the bridge?

9  A.   Yes.

10  Q.   Every day?

11  A.   Every morning.   Every evening.

12  Q.   You would walk to the bridge?

13  A.   Yeah.

14  Q.   Why would you go to the bridge every morning and every

15  evening why?

16  A.   When they buy the food, I carry it.   I go for dishes.

17  Q.   You make the food.   You carry it to the people?

18  A.   Yeah.

19  Q.   Across the bridge to Lofa?

20  A.   Yeah.

21  Q.   You would sell it?

22  A.   When they buy from me, they can carry it.   I go for my

23  plates.

24  Q.   And then you come back across the bridge to your house?

25  A.   Yes.

**October 23, 2008**

**Tarso  -  Direct**

1   Q.   Okay.

2          How many times a day?

3   A.   Two.

4   Q.   Two times a day you would cross to Lofa?

5   A.   Yeah.

6   Q.   And you would have to go past the checkpoint.   Right?

7   A.   Yes,  I pass the checkpoint.   I pass it.

8   Q.   Did you know,  personally know everybody in Waterside?

9   A.   Now?

10  Q.   In '99,  did you know everybody who was living there?

11  A.   No.

12  Q.   Did you know some of the people who were living in

13  Waterside?

14  A.   Not now?

15  Q.   Yes.

16  A.   Yes,  some people there.

17  Q.   Were they your friends?

18  A.   My mother there,  my son there and people also there..

19          THE COURT:   I didn't understand that.

20          THE INTERPRETER:   "My mother there,  my son there and

21      there are other people who are also there with us."

22          THE COURT:   Thank you.

23  BY MR.  CARIDAD:

24  Q.   In 1999 were you friendly with the other people living in

25  Waterside?

**October  23,  2008**

**Tarso  -  Direct**

1    A.   Yeah, we all friendly there.

2    Q.   Would you talk to each other?

3    A.   Huh?

4    Q.   Did you talk to each other, talk to the other people in

5    Waterside?

6    A.   I used to talk to the people to Waterside.

7    Q.   You did?

8    A.   Me?

9    Q.   Yes.

10         MR. CARIDAD:   Can you help us?

11   A.   (Through the Interpreter):   When a group of people come to

12   me and I give them a place where to stay, we talk with them

13   Q.   Mrs. Tarso, in 1999, were there a lot of refugees coming

14   across the bridge?

15   A.   They were too plenty.

16   Q.   Too plenty?

17   A.   Yeah.

18   Q.   Did you have any responsibility with the refugees.   Did you

19   do anything for them?

20   A.   Well, I have plenty of friends there.

21         THE INTERPRETER:   "Well, I have plenty of friends

22       there."

23         MR. CARIDAD:   Maybe you can translate my question.

24   BY MR. CARIDAD:

25   Q.   Were you helping the refugees in any way?

**October 23, 2008**

## Tarso - Direct

1           MR. CARIDAD:   Judge, I have a suggestion, Judge.
2    Could he stand close to her?
3           THE COURT:   I don't know that he can.
4           MR. CARIDAD:   Mr. Ibeagha?
5           THE COURT:   All right.   You need the hand-held
6    microphone.
7           THE INTERPRETER:   (Complied.)
8    [Through the Interpreter:]
9    BY MR. CARIDAD:
10   Q.   Did you have any type of special responsibilities towards
11   the refugees?
12   A.   Whatever I want that I give to them, I give to them.
13   There's nothing else that I do for them.
14   Q.   Do you remember if in 1999 there were a lot of refugees
15   coming into Waterside?
16   A.   Yeah.
17   Q.   Could you tell if the refugees were coming in a particular
18   time of the year?
19   A.   All day.   All night.   They were just coming.
20   Q.   Were there particular months of the year that they were
21   coming?
22   A.   Uh-uh.
23   Q.   In 1999, did you ever see Chuckie Taylor, the son of the
24   President, in Waterside?
25   A.   Yes.

**October 23, 2008**

**Tarso - Direct**

1   Q.   How many times?

2   A.   Two.

3   Q.   Do you remember what time of year you saw Chuckie Taylor at

4   Waterside?

5   A.   No.

6   Q.   I'm going to ask you about the first time --

7   A.   Aha.

8   Q.   -- that you saw Chuckie Taylor at Waterside.

9   A.   Yes.

10   Q.   What did you see?

11   A.   I was behind the house, the yard, cutting bush, and I saw

12   the soldiers running and I said "What happened?"  They said

13       "The big man has come."

14   Q.   And then what happened?

15   A.   So I came out myself.

16   Q.   And what did you see?

17   A.   When I came out, I saw all the soldiers were running and

18   they were now standing and the big man was standing and talking

19   to them

20   Q.   What did you see next?

21   A.   So it was the man.  It's just the one man.  "Is it a white

22       man?  Is it a white man standing there?"

23   Q.   Then what happened?

24   A.   So after they talked, they all went into their cars.  They

25   left and I went back.

**October 23, 2008**

## Tarso - Direct

1  Q.   Did you say "the white man"?

2  A.   The person who was talking, the people who told me it was

3  Chuckie, he looked like a white man, but I just got closer.

4  Q.   Did you ever see Chuckie?

5  A.   That's what I was telling you.  He was far from me, but he

6  was talking and I asked the people who was talking and they say

7  it was Chuckie.  I see.

8  Q.   Did you see Chuckie again in 1999?

9  A.   After they went, they stayed long.  After a long time, they

10  came back again another time.

11  Q.   What happened?  What did you see the second time that

12  Chuckie came to Waterside?

13  A.   After they came, then they passed and went straight to the

14  gate.  When they got to the gate, he got down.  All the

15  soldiers were there.

16  Q.   Did Chuckie get out of his car?

17  A.   Yeah.

18  Q.   Did you see him?

19  A.   Yeah.

20        THE INTERPRETER:  Can you say that again?

21  A.   When he came, he came down.  They have a kitchen there and

22  they went right around there.  He was talking to the soldiers.

23  We, the civilians there, we cannot go there.  We were standing

24  from far and looking at them

25  Q.   How long did Chuckie stay the second time?

**October 23, 2008**

**Tarso - Direct**

1    A.   After talking to the people who were in that kitchen, he

2    got down got into his car and they moved.   The people who have

3    dined and the soldiers who were left behind, they came to me.

4    They said "Oh, you have food here."

5              MS. ROCHLIN:   Objection to what the soldiers said,

6    Your Honor.   Hearsay.

7              THE COURT:   Overruled.

8    A.   So they asked if I had food.   I said "No."   Luckily, it

9    started raining.   They moved to the gate.   That was what I saw.

10   Q.   Did you say that they gave you rice?

11   A.   No, they did not give me rice.   The food that they brought,

12   they brought for all the people that were there.

13   Q.   Are you saying that the men, Chuckie and the men who came

14   brought rice to Waterside?   Is that what you're saying.

15   A.   When Chuckie came, he told the people that the rice was

16   coming.

17   Q.   And did the rice arrive?

18   A.   Aha.

19   Q.   Is that "Yes"?

20   A.   Yes.

21   Q.   Did Chuckie leave rice for the people that day at

22   Waterside?

23   A.   After they put the -- after they brought the rice down,

24   Chuckie left.

25   Q.   Did you ever see Chuckie on those two visits shoot anybody

**October 23, 2008**

**Tarso - Cross**

1  in Waterside?

2  A.   No.

3  Q.   Did you ever see any of Chuckie's men cut anybody's head

4  off?

5  A.   No.   You cannot see there.

6  Q.   Did you ever see any heads displayed at the checkpoint?

7  A.   No.

8  Q.   Did any of your friends or neighbors ever tell you that

9  they saw human heads displayed at the checkpoint?

10 A.   No, nobody told me.

11 Q.   Did you ever overhear anybody say that they had seen

12 severed heads at the checkpoint?

13 A.   No.   From where I am, I can see the checkpoint.   Just like

14 I'm sitting here, I can see the checkpoint there.

15            MR. CARIDAD:   Hold on a minute.

16            Thank you, Judge.   I tender the witness for cross

17 examination.

18                     CROSS EXAMINATION

19 [Beginning at 3:03 p.m., 10/23/08.]

20            Cross.

21 BY MS. ROCHLIN:

22 Q.   Good afternoon, Ms. Tarso.

23 A.   Oh, all right.

24 Q.   How are you today?

25 A.   Hello.

**October 23, 2008**

## Tarso - Cross

1  Q.   So, Mrs. Tarso, you live at Waterside?

2  A.   Yes, I living there.

3  Q.   And you say you were there in '99?

4  A.   Yeah.

5  Q.   And you say there were two times you saw the President's

6  son?

7  A.   Yeah.

8  Q.   And you don't remember what date that was, do you?

9  A.   Huh?

10 Q.   You don't remember the date?

11 A.   I can't remember the date.  I can't remember the month

12 because I was not thinking of anything else.  I was just

13 selling my food and somebody is passing.

14 Q.   And all the time you have been living in Waterside, have

15 you cooked food?

16 A.   Yes, I can cook food there.

17 Q.   And all the time you have been living in Waterside, you

18 sell the food you cook?

19 A.   Yes, it is food that I sell.

20 Q.   And you start your day getting the food ready to cook it?

21 A.   Yes, it is food that I sell.

22 Q.   Do you try to cook good food?

23 A.   Yeah.

24 Q.   And it must be a lot of work getting the food ready and

25 cooking it?

**October 23, 2008**

**Tarso - Cross**

1  A.   Yes, sometimes it's a lot.

2  Q.   Because you're not cooking just for yourself.   You're

3  cooking to sell to many people.   Right?

4  A.   Huh?

5       (The question was translated by the interpreter.)

6  A.   Yes, and I sell to other people.   Sometimes I give some to

7  my friends.

8  Q.   Do you have a stove in your house where you cook?

9  A.   Huh?

10       (The question was translated by the interpreter.)

11  A.   I use wood to cook.

12  Q.   So in order to cook, you have to get wood for cooking?

13  A.   Yes, we have to get a lot of wood.

14  Q.   And you have to get a lot of wood and then you have to

15  start the fire?

16  A.   Yes.   When I get the wood, I can put the fire down.

17  Q.   And then when the fire starts going, you can actually start

18  to cook the food you want to cook.   Is that right?

19  A.   Huh?

20       (The question was translated by the interpreter.)

21  A.   Yeah.

22  Q.   So every day you have to get the wood, get the food ready

23  and then take the time to cook it.   Right?

24  A.   Sometimes it takes two, three or four days for me to get

25  through.

**October 23, 2008**

## Tarso - Cross

1  Q.   And that's what you were doing in 1999.   Is that right,

2  Mrs. Tarso?

3  A.   That was the only work we did because one month, two months

4  we run away.   We would come back.   One month, two months, we

5  run away.   We would come back.   That was the only thing we did.

6  Q.   So sometimes you would run away in Waterside?

7  A.   Huh?

8       (The question was translated by the interpreter.)

9  A.   Yes, all of us.

10  Q.   And why would all of you run away from Waterside?

11  A.   When we hear the gunshot, the gunshot coming, the people

12  are coming.

13  Q.   Did you run away from Waterside in 1999?

14  A.   I used to leave from there and go to Gbarnga sometimes for

15  one week, like that, and then go back.

16  Q.   And you left from Waterside to get away from fighting.   Is

17  that right?

18  A.   There was plenty there.   Sometimes two, three trucks, but

19  we are civilians who don't have anything.

20  Q.   And if you heard that fighting was coming close to

21  Waterside, would you leave?

22  A.   Yeah.

23  Q.   Would you leave Waterside sometimes even before hearing the

24  gun fire?

25  A.   When I hear gunshot, I will run.   I move from there.

**October 23, 2008**

**Tarso - Cross**

1  Q.   Would people ever tell you that fighting was coming to

2  Waterside?

3  A.   Our people from Waterside, they have big loads on their

4  head.   They come and tell us the fighting is coming and we

5  (indicating) run.

6  Q.   So you would also run when the people would tell you?

7  A.   Huh?

8  Q.   You would also run when the people would tell you?

9  A.   Yes, from the river.   When they tell me, I will run.

10  Q.   And you also saw IDPs and refugees who were running from

11  fighting.   Correct?

12  A.   From where?

13  Q.   From Lofa.

14  A.   Yes.   More people used to come from Lofa.   They come

15  through Waterside.   They passing.

16  Q.   And sometimes the people from Waterside would run to

17  Gbarnga.   Correct?

18  A.   Yes.   When the fighting is plenty, they run away.

19  Q.   Mrs. Tarso --

20  A.   Yes.

21  Q.   -- who is the President now in Liberia?

22       MR. CARIDAD:   I'm sorry, Your Honor.   I apologize.   I

23  didn't hear the question.

24  BY MS. ROCHLIN:

25  Q.   The question is who is the President now in Liberia?

**October 23, 2008**

**Tarso - Cross**

1  A.  I can hear them say it is da, da, da Sirleaf.

2  Q.  And who was President before President Sirleaf?

3  A.  I used to hear them say it Charles Taylor, but I have never

4  laid eyes on the man.

5  Q.  What was the year when Charles Taylor became President?

6  A.  At that time I wasn't there.

7  Q.  You weren't where?

8  A.  1990 I heard it because I was with my husband and he said

9       "War is coming," so me and my husband, we went to

10  Guinea.

11  Q.  How long were you in Guinea?

12  A.  Yes, because then at that time we went there, we stayed

13  long there and then we came back.

14  Q.  What year did you leave Guinea?

15  A.  I cannot remember it now.

16  Q.  What year did Charles Taylor become President?

17  A.  Huh?

18       (The question was translated by the interpreter.)

19  A.  I don't remember.

20  Q.  What year did President Sirleaf become President?

21  A.  Huh?

22       (The question was translated by the interpreter.)

23  A.  No.

24  Q.  Mrs. Tarso, you have children in Monrovia?

25  A.  Yeah.

**October 23, 2008**

## Tarso - Cross

1   Q.   What year did your children go to Monrovia?

2   A.   Huh?

3   Q.   What year did your children go to Monrovia?

4   A.   The other one has been one year there.   The other one

5   almost two years now and the other one just came.   It hasn't

6   been a week.

7   Q.   In 2000, were you cooking food in Waterside?

8   A.   2000?   It's only the year that I cannot remember, but

9   talking about that, that's the only thing I do.

10  Q.   There were many, many IDPs who came to Waterside.   Isn't

11  that right?

12  A.   Huh?

13       (The question was translated by the interpreter.)

14  A.   Yeah, I said "Yeah."

15  Q.   And they would come through Waterside on many, many

16  different days.   Isn't that right?

17  A.   Yeah, day and night.

18  Q.   Day and night on different days and different years?

19  A.   Aha.

20       They come every night, every morning, every evening.

21  Q.   And they came in different years, didn't they, Mrs. Tarso?

22  A.   Yes.   When they come like that, they make fire.   They sit

23  down.   They go.   They can come and go.

24  Q.   And do you remember every year when the refugees came

25  through Waterside?

**October 23, 2008**

## Tarso - Redirect

1   A.   Those times, I cannot remember all.   They come two months,

2   three months.   I cannot remember all.

3           MS. ROCHLIN:   If I can have a moment?

4           No further questions, Your Honor.

5           THE COURT:   Redirect.

6                       REDIRECT EXAMINATION

7   [Beginning at 3:19 p.m., 10/23/08.]

8   BY MR. CARIDAD:

9   Q.   Mrs. Tarso, do you remember seeing Chuckie Taylor in

10  Waterside twice in one year?

11  A.   Yeah.

12  Q.   Can you tell us what year that was?

13  A.   I can't tell you.   I do not remember it at all because the,

14  all the things that are happening from day-to-day, I cannot

15  remember every day.

16  Q.   But you said you remember seeing him twice in one year?

17  A.   Yeah.

18  Q.   Did you see him in Waterside the year after you saw him

19  twice?

20  A.   After I saw him the day that I saw him   It stayed long

21  before he came back again.

22  Q.   I want you to think of the year whenever you saw him that

23  you saw him twice.

24  A.   Yeah.

25  Q.   Did you see him again the next year or no?

**October 23, 2008**

# Tarso - Redirect

1    A.    Uh-uh.    Only during one year time that I saw him, but after

2    he left, it's just we're here.    We move from here.    All the

3    soldiers, they just come.    We just move, and when the war

4    passes and after a long time, a long time, we came back again.

5    Q.    I'm going to ask you about the year that you saw Chuckie

6    twice.    Do you remember that year?

7    A.    Yes.

8    Q.    That year, how many times -- that year did you leave

9    Waterside to live somewhere else, that year?

10   A.    The same year that I saw Chuckie inside, I moved that same

11   year and I came back again that same year.

12   Q.    How long were you away from Waterside when you left?

13   A.    When I left from Waterside, I went to Gbarnga.

14   Q.    How long did you stay in Gbarnga?

15   A.    I did not check it because we were just going up and down.

16   Q.    Did you stay in Gbarnga more than two days?

17   A.    Oh, more than one month even.

18   Q.    Okay.

19          When you came back to Waterside --

20   A.    Aha.

21   Q.    -- after being in Gbarnga --

22   A.    Aha.

23   Q.    -- did anybody in Waterside tell you "Mama, while you were

24         away, I saw heads at the checkpoint"?

25   A.    No.    My children that were there never told me anything.

**October 23, 2008**

# Tarso - Redirect

1   Nobody told me anything.

2   Q.   When you went to Gbarnga and when you came back to

3   Waterside, did anyone ever tell you "Mama, Chuckie shot three

4        people at the checkpoint"?

5   A.   The time I left from there and went to Gbarnga, nobody told

6   me anything.   He did not come there.

7   Q.   The time you went to Gbarnga and when you came back to

8   Waterside, did you hear people talking that Chuckie had shot

9   people three people at the bridge?

10  A.   No.

11  Q.   Did you hear people talking that Chuckie had cut off

12  people's head and displayed them at the bridge?

13  A.   No, no, not one day.   I never heard that.

14  Q.   The year that Chuckie visited Waterside, how many days

15  would you say you were away from Waterside that year?

16  A.   It was only those two days that I saw him

17  Q.   I know, but that year when you saw Chuckie, how many times

18  would you say you were away from Waterside and somewhere else?

19  Out of that whole year, how many times?

20           MR. CARIDAD:   Can you translate that for me?

21           THE INTERPRETER:   The concept of time is not in

22  calendar months, but in planting seasons, farm seasons.   So I'm

23  going to interpret it that way.

24           THE COURT:   All right.

25           THE INTERPRETER:   (Complied.)

**October 23, 2008**

## Tarso - Redirect

1  A.   He left before I went to Gbarnga.   After I came, after two

2  days, I went to Gbarnga for the only time.

3  Q.   Can you tell us, though, Mama, how many days that whole

4  year, how many days did you spend in Gbarnga?

5  A.   I only went to Gbarnga once.

6  Q.   How long did you stay in Gbarnga when you went in that

7  year?

8  A.   One month and a half.

9  Q.   Do you remember if that was in the beginning of the year,

10  the middle of the year or the end of the year?

11  A.   I understand now.   Then was the dry season.

12  Q.   When was the dry season, from what month to what month?

13  Can you tell us is it in the beginning of the year, in the

14  middle --

15  A.   The dry season is like this.   Sometimes in the beginning of

16  the year is the dry season and then it goes further.   The dry

17  season comes back again.

18  Q.   Do you remember which dry season it was that you were in

19  Gbarnga?

20  A.   Because sometimes when we planted the farm, we would check

21  the months for when to harvest and when not to harvest and

22  everybody will be doing like that.

23         I was confused.   I was not checking the months.   I was

24  not checking the days, nothing.

25  Q.   But you're certain that no one ever told you they had seen

**October 23, 2008**

## Zetamah - Direct

1  Chuckie kill anybody?

2  A.    Even in Waterside, there has never been a day when somebody

3  told me that he killed somebody.

4          MR. CARIDAD:    Thank you, Judge.    That's all I have.

5          THE COURT:    Thank you, ma'am    You are excused.

6          [The witness was excused at 3:28 p.m]

7          MR. WYLIE:    The defense calls Peewee Zetamah.

8          PEEWEE ZETAMAH, DEFENDANT'S WITNESS, SWORN

9                  DIRECT EXAMINATION

10 [Beginning at 3:29 p.m]

11 BY MR. WYLIE:

12 Q.    Mr. Zetamah, make sure you answer all my questions with a

13 word --  okay -- and speak into the microphone.

14 A.    Okay.

15 Q.    And if you don't understand any of my questions, tell me.

16 A.    All right.

17 Q.    What's your name?

18 A.    My name is Peewee Zetamah.

19 Q.    Sir, where were you born?

20 A.    I was born in Bong Mines.

21 Q.    Bong Mines?

22 A.    Yes.

23 Q.    Well, a little further away from the microphone.    You're

24 too close.

25 A.    (Complied.)

**October 23, 2008**

## Zetanah - Direct

1    Q.    There you go.

2          Where is Bong Mines?

3    A.    It's in Bong County.

4    Q.    What country is Bong County in?

5    A.    It's Liberia.

6    Q.    Sir, when were you born?

7    A.    Where or when?

8    Q.    When.

9    A.    I were born '58.

10   Q.    1958?

11   A.    Yes.

12   Q.    Sir, do you have a family?

13   A.    Yes.

14   Q.    Do you have a wife?

15   A.    Yes.

16   Q.    Do you have children?

17   A.    Yes.

18   Q.    How many children?

19   A.    I got three.

20   Q.    Do they live with you?

21   A.    Yes.

22   Q.    Where do you live now?

23   A.    I live across the bridge from Waterside in Lofa County.

24   Q.    Across the bridge from Waterside?

25   A.    Yes.

**October 23, 2008**

# Zetamah - Direct

1   Q.   How far a walk is it from your home to Waterside?

2   A.   Five minutes.

3             MR. WYLIE:   Can I have ER 10.

4   BY MR. WYLIE:

5   Q.   Sir, can you see that picture on your television?

6   A.   To show my house?

7   Q.   Well, do you recognize that picture?

8   A.   Yes.

9   Q.   Where is that picture?

10  A.   At Waterside.

11  Q.   Is it Waterside or is it your home?

12  A.   Yes, my home.   This is Lofa.

13  Q.   That's Lofa County?

14  A.   Yes.

15  Q.   Can you see your house there?

16  A.   I live far under the tree here.

17  Q.   Can you put a mark about where you live?

18  A.   Where?

19  Q.   Touch the screen and make a little mark where you live.

20  A.   Yeah.   (Complied.)

21  Q.   Thank you.

22           How long does it take you to walk from there to

23  Waterside?

24  A.   5 minutes.

25  Q.   25 minutes?

**October 23, 2008**

## Zetanah - Direct

1   A.   5 minutes from my house to Waterside.

2   Q.   Five minutes?

3   A.   Yes.

4   Q.   In 1999, where were you living?

5   A.   I were living in Waterside.

6   Q.   You were living in Waterside?

7   A.   Yes.

8   Q.   In 1999?

9   A.   Yes.

10  Q.   You were living on the other side of the bridge from this

11  picture?

12  A.   Yes.

13          MR. WYLIE:   May I have ER 1.

14  BY MR. WYLIE:

15  Q.   You see that picture?

16  A.   Yes.

17  Q.   Do you see your house where you used to live in 1999?

18  A.   No.

19  Q.   Why not?

20  A.   That Bong County there.

21  Q.   That's Bong County?

22  A.   Yes.

23  Q.   And you lived, in 1999 you lived in Lofa County?

24  A.   Yes.

25  Q.   All the time?

**Zetanah - Direct**

1    A.   I used to visit.   I live in Lofa County, but I used to

2    visit across the bridge.

3    Q.   You visited across the bridge?

4    A.   Yeah, the whole day.

5    Q.   The whole day?

6    A.   Yeah.

7    Q.   Would you go to Waterside every day?

8    A.   The whole day.

9    Q.   Why would you go to Waterside every day?

10   A.   We had people there and we go things to buy things, I want

11   to buy.

12   Q.   You would go there to buy things?

13   A.   Yes.

14   Q.   Did you have friends there?

15   A.   Yes.

16   Q.   Did you talk with your friends?

17   A.   I got family there myself.

18   Q.   And you had family there?

19   A.   Yes.

20   Q.   Sir, do you know what months are the dry season?

21   A.   The months of dry season?

22   Q.   Yeah.

23   A.   About November.

24   Q.   November 'til when?

25   A.   Probably dry season start from October 15, go all the way

**October 23, 2008**

## Zetannh - Direct

1  up to January, February, over there.

2  Q.   January or February?

3  A.   Yeah.

4  Q.   And then after that, the rains start to come?

5  A.   Yes.

6  Q.   Have you lived in Lofa County your whole life?

7  A.   Yes.

8  Q.   Did you ever leave Lofa?

9  A.   I left Lofa when the war were.  I came back to Bong County

10  to run away from the rebel.

11  Q.   Where did you go to during the war?

12  A.   I went all the way to Gbarnga.  I went to the displaced

13  camp.

14  Q.   When was that?

15  A.   I talking about close to 2000.

16  Q.   More towards 2000?

17  A.   3000?  No, I say 2000.

18  Q.   So, in 1999, you were living in Lofa?

19  A.   Yes.

20  Q.   The whole year?

21  A.   Yes.

22  Q.   Did you leave Lofa County during 1999 for any time?

23  A.   I left from there, I told you, when the rebel were coming.

24  I cross to go to the displaced camp, 2000.

25  Q.   Did you also leave Lofa during the '90s at all?

**October 23, 2008**

## Zetamah - Direct

1   A.   I'm not understanding.

2   Q.   Excuse me?

3   A.   I'm not understanding.

4   Q.   Did you ever go to Guinea?

5   A.   Yes, I left from Liberia the very first war, 1993.

6   Q.   '93?

7   A.   Yes.

8   Q.   And when did you come back to Liberia?

9   A.   '97.

10   Q.   '97?

11   A.   Yes.

12   Q.   And who was President in 1997 in Liberia?

13   A.   It was Charles Taylor we had an election for.

14   Q.   You had an election for Charles Taylor?

15   A.   Yes.

16   Q.   Who is the President now in Liberia?

17   A.   The President for Liberia now is Sirleaf.

18   Q.   What is that?

19   A.   Sirleaf, Ellen Johnson Sirleaf.

20   Q.   Sir, what is your current job?

21   A.   My job I do?

22   Q.   Your job right now.

23   A.   I'm a farmer.

24   Q.   And what was your job in 1999?

25   A.   I were farming.

**October 23, 2008**

## Zetannh - Direct

1   Q.   Where is your farm?

2   A.   I got my farm behind the town.

3   Q.   Behind which town?

4   A.   Lofa, where I live, behind the town there.

5   Q.   How far a walk is it from your home to your farm?

6   A.   30 to 45 minutes.

7   Q.   30 to 45 minutes?

8   A.   Yes.

9   Q.   Would you go to your farm every day?

10  A.   I went.

11  Q.   I'm going to ask that question again so we understand every

12  word.   I am going to ask the interpreter, during 1999, would

13  you go to your farm every day?

14  A.   And I said "No."  Every time I used to go to the farm, not

15  every day.

16  Q.   Why wouldn't you go every day?

17  A.   I'm not getting you.

18  Q.   Well, why would you not go to the farm some days?

19  A.   Because when we hear about the war --

20  Q.   You would stay in Lofa?

21  A.   You would go on the farm, get what you want and come back.

22  Q.   You would go on the farm, get what you want and come back?

23  A.   Quick.

24  Q.   Would you go to Waterside every day in 1999?

25  A.   Every time there we would cross to get something.

**October 23, 2008**

## Zetanah - Direct

1  Q.   When you walked to Waterside, would you go by this

2  checkpoint on your screen?

3          (The question was translated by the interpreter.)

4  A.   Yes.   That's where I passed and go under the tree.   That's

5  where they used to sell business and things.

6  Q.   And would you talk to people under the plum tree?

7  A.   Pardon me?

8  Q.   Would you go to the plum tree?

9  A.   Yes.

10 Q.   Do you see the plum tree on the T.V.?

11 A.   Yes.

12 Q.   Can you put an X on the plum tree?

13 A.   Yeah.   It's the plum tree.   They got businesses to sell

14 there.

15 Q.   People used to sell things there?

16 A.   Yes.

17 Q.   Can you see the checkpoint from the plum tree?

18 A.   Yes.

19 Q.   Can you see it well?

20 A.   Yes.

21         MR. WYLIE:   Can you show us ER 3, please.

22 BY MR. WYLIE:

23 Q.   Mr. Zetanah, do you recognize this building on your T.V.?

24 A.   Yes.

25 Q.   What was that building used for?

**October 23, 2008**

**Zetamah - Direct**

1    A.    Security was living inside.

2    Q.    And where would the security work?

3    A.    They got to get across the gate.   They work there.

4              MR. WYLIE:   BR 4, please.

5    BY MR. WYLIE:

6    Q.    Do you recognize the white building on the right?

7    A.    Yes.

8    Q.    What was that in 1999?

9    A.    There where the security used to sit.

10   Q.    And is that where the security used to work?

11   A.    Yes.

12   Q.    Was there a jail in that building?

13   A.    I no notice that.

14   Q.    You didn't notice a jail?

15   A.    No.

16             MR. WYLIE:   BR 5, please.

17   BY MR. WYLIE:

18   Q.    Do you recognize that?

19   A.    Yes.

20   Q.    What building is that?

21   A.    Across the road.

22   Q.    Is that the red-roofed building?

23   A.    Yeah.

24   Q.    Is that the building where the security would sleep?

25   A.    Yes.

**October 23, 2008**

## Zetannh - Direct

1    Q.   Do you see the writing on that wall?

2    A.   Yes.

3    Q.   When was that writing there?

4    A.   When I left from Guinea, I went to Guinea in 1993.   When I

5    came back '97, I saw this mark all on the building, plenty.

6    Q.   The first time you saw that mark was when you came back

7    from Guinea in '97?

8    A.   Yes, the very first war, the ULIMO war.

9    Q.   The ULIMO war?

10   A.   Yes.

11   Q.   Do you know what that mark is a symbol of?

12   A.   No.

13   Q.   During 1999, were there a lot of IDPs coming from Lofa?

14   A.   Yes.

15   Q.   How many?

16   A.   I can't tell you.   There were plenty.

17   Q.   A lot of people?

18   A.   A lot of people with loads on their head.

19   Q.   Why were they coming?

20   A.   Because of the war.

21   Q.   Were there certain months where there were more IDPs

22   coming?

23   A.   No.   Every day you find people coming.

24   Q.   Every day?

25   A.   Yeah.

**October 23, 2008**

## Zetamah - Direct

1    Q.   Were they IDPs walking?

2    A.   Walking with their loads on their head.   Every day you find

3    people.

4    Q.   They're walking every day -- I missed the middle part.

5    What did you say there?

6              THE INTERPRETER:   "With their loads on their head."

7    BY MR. WYLIE:

8    Q.   "Loads on their head."

9              Because in Liberia, that's how people carry their

10   stuff.   Right?

11   A.   Yes.

12   Q.   They put it on their head?

13   A.   Aha.

14   Q.   Do you know who Chuckie Taylor is?

15   A.   I know he's the President son.

16   Q.   Did you ever see him come to Waterside in 1999?

17   A.   Yes.

18   Q.   How many times did you see him come to Waterside in 1999?

19   A.   One or two time.

20   Q.   Do you remember how Chuckie arrived at Waterside?

21   A.   He came there in a Jeep with black huge men, he came.

22   Q.   Black huge men?

23   A.   Yeah.

24   Q.   In a Jeep?

25   A.   (Through Interpreter):   I remember that it was a Jeep in

## Zetannah - Direct

1  which they came.

2  Q.   Did you see Chuckie up close when he came?

3  A.   I'm not getting that one.

4  Q.   How far were you from Chuckie when you saw him in

5  Waterside?

6  A.   I was across the checkpoint.

7            THE COURT:   What did he say?

8  BY MR. WYLIE:

9  Q.   How far were you from Chuckie when you saw him in

10  Waterside?

11  A.   I was across the checkpoint, standing, standing from there.

12  They were at the palavar house where they used to sit.

13  Q.   Where did you see Chuckie?

14  A.   This is the palavar house here.

15  Q.   That's where you saw Chuckie?

16  A.   Yes.

17  Q.   Did you see him go into the house on the left with the red

18  roof?

19  A.   No.

20  Q.   Did you ever see him go into that house?

21  A.   I said "No."

22  Q.   Did he have a house -- excuse me.   Did he sleep in that

23  house?

24  A.   No.

25  Q.   Did Chuckie ever stay for a long time in Waterside?

**October 23, 2008**

## Zetannah - Direct

1   A.   I said "No."

2   Q.   When Chuckie came to this spot in 1999, what did he do?

3   A.   I were across the road.  When he called the town chief, he

4   said "Somebody should call the chief of the town."  They said

5         "Are the soldiers giving trouble to the civilian here?"

6   and the town chief told him and said "No."

7   Q.   Did Chuckie bring anything with him that time when he came?

8   A.   I didn't understand.

9   Q.   Did Chuckie bring anything with him to Waterside?

10  A.   Things like what.

11  Q.   Did he bring food?

12  A.   He brought food for the soldiers.

13  Q.   Did he bring anything else?

14  A.   No.

15  Q.   How many times did you see Chuckie come to Waterside?

16  A.   I told you, one or two times.

17  Q.   One or two times?

18  A.   Yes.

19  Q.   When he came to Waterside, did you see him tie anybody up?

20  A.   No, no.

21  Q.   Did you see him order anyone to be tied up?

22  A.   No, no.

23  Q.   Did you see Chuckie arrest anyone in Waterside?

24  A.   No.

25  Q.   Did you see Chuckie order anyone to arrest somebody in

**October 23, 2008**

## Zetamah - Cross

1    Waterside?

2    A.   No, no.

3    Q.   Did you see Chuckie shoot anyone in Waterside?

4    A.   No.

5    Q.   Did anyone ever tell you that Chuckie shot somebody in

6    Waterside?

7    A.   No.

8    Q.   Did you ever see Chuckie order somebody to cut off another

9    person's head?

10   A.   No.

11   Q.   Did anyone tell you that Chuckie ordered someone's head --

12   A.   No, no, no, no.   I never saw that.

13   Q.   Did you ever see any severed heads at the checkpoint in

14   Waterside?

15   A.   No.

16   Q.   Did anyone ever tell you that they saw severed heads at the

17   checkpoint on Waterside?

18   A.   No.

19            MR. WYLIE:   I tender the witness, Your Honor.

20            THE COURT:   Cross-examination.

21                          CROSS EXAMINATION

22   BY MS. ROCHLIN:

23   Q.   Mr. Zetamah, good afternoon.

24   A.   Good afternoon.

25   Q.   How are you today, sir?

**October 23, 2008**

## Zetamah - Cross

1   A.   Fine.

2   Q.   Mr. Zetamah, tell me when is the dry season in Lofa?

3   A.   Pardon me?

4   Q.   When is the dry season in Lofa County, in Liberia?

5   A.   For October 15th upwards.

6   Q.   From October 15th upwards into February?

7   A.   Yes, January, February, but sometimes in July you can start

8   experiencing the rain falling.

9   Q.   So sometimes the rain starts late?

10   A.   Sometimes June, sometimes July.

11   Q.   In a year, is there one dry season or two dry seasons

12   sometimes?

13   A.   I'm not getting you.

14   Q.   In the same year, is there one dry season or more than one

15   dry season?

16   A.   I'm not understanding that.

17   Q.   Mr. Zetamah --

18   A.   Yes.

19   Q.   -- what is a year?

20   A.   I'm not getting you.

21   Q.   Okay.  Let me try and ask the question again.  Can you tell

22   me, sir, what is a year.  What does a year mean?

23   A.   A year?

24   Q.   Yes.

25   A.   What does a year mean?  This is a year we are in.

**October 23, 2008**

**Zetannah - Cross**

1    Q.   So during the same year, does the dry season come only once

2    or can it come more than ones?

3    A.   We got dry reason and rainy season.   This is dry season

4    now.   We are approaching the dry season now.   We are in the dry

5    season.

6    Q.   Mr. Zetannah, you said you saw Chuckie Taylor in Waterside.

7    A.   I say one or two time I saw him

8    Q.   In what year?

9    A.   It were '99.

10   Q.   How do you know it was '99?

11   A.   Because I remember the year.

12   Q.   Excuse me?

13   A.   I could remember the year.

14   Q.   Did you have a calendar?

15   A.   If I have what?

16   Q.   A calendar?

17   A.   I don't have calendar.

18   Q.   Did you write down when you saw Chuckie?

19   A.   I'm not getting you.

20   Q.   After you saw Chuckie, did you write down that you saw him?

21   A.   Did I write down?

22   Q.   Yes.

23   A.   No.

24           MS. ROCHLIN:   If I could ask to have ER 3.

25           AGENT NAPLES:   (Complied.)

**October 23, 2008**

## Zetannah - Cross

1  BY MS. ROCHLIN:

2  Q.   Mr. Zetannah, do you see a photograph on your screen?

3  A.   If I see photograph on the screen?

4  Q.   Yes.   Can you see a photograph right now?

5  A.   Photographer?

6        (The question was translated by the interpreter.)

7  A.   I see picture.   Yes, it has picture.

8  Q.   Did you ever go inside that building?

9  A.   I would say "Yes."

10        THE COURT:   Could you identify the exhibit for the

11  record?

12        MS. ROCHLIN:   Oh, for the record, BR 3, Your Honor.

13  BY MS. ROCHLIN:

14  Q.   Mr. Zetannah, were you ever part of a security force?

15  A.   No.

16  Q.   Were you ever part of a military force?

17  A.   No.

18  Q.   Did you work for a security force --

19  A.   No.

20  Q.   Mr. Zetannah, will you let me finish my question?

21  A.   I'm getting you.

22  Q.   Thank you, Mr. Zetannah.

23        Mr. Zetannah, did you ever work for any security force

24  at the checkpoint?

25  A.   No.

## Zetannah - Cross

1  Q.   Did you ever work for any military force at the checkpoint

2  in Waterside?

3  A.   No.

4  Q.   Did you ever live inside the building that's on your

5  television right now?

6  A.   No.

7  Q.   Did you ever have any business inside of the building on

8  your television screen right now?

9  A.   I said "No."

10  Q.   Mr. Zetannah, do you see ER 5 on your screen right now?

11  A.   Yes.

12  Q.   And did you see that picture on your screen that shows a

13  wall on a building.  Right?

14  A.   I see the picture.

15  Q.   Do you see the writing in the picture?

16  A.   I'm not getting you.

17  Q.   Do you see letters?

18  A.   Yes, I see the letter.

19  Q.   And under the letters, do you see a white picture?

20  A.   Yeah.

21  Q.   Is that a picture of a scorpion?

22  A.   Is what?

23  Q.   Is that a picture of a scorpion?

24  A.   Yes.

25  Q.   Now, before you went to Guinea, was that scorpion on the

**October 23, 2008**

## Zetamah - Cross

1  building?

2  A.   No.

3  Q.   And when you came back from Guinea, was that scorpion on

4  the building?

5  A.   Yes.

6  Q.   And you don't know what that scorpion means, do you?

7  A.   I don't know.

8  Q.   And nobody told you what that scorpion means?

9  A.   They have so many factions there.  As they said, there's so

10  many warring factions.

11  Q.   And nobody told you what that scorpion meant.  Right?

12  A.   No.

13  Q.   You never talked about that scorpion with anybody.  Right?

14  A.   No.

15  Q.   That scorpion was new to you whether you came back.  Right?

16  A.   That's what I'm saying.

17  Q.   And nobody talked to you about that new scorpion that you

18  had never seen before.  Correct?

19  A.   That's what I said.  I don't know about it.  I did not ask.

20  I only came and saw it there.

21  Q.   You didn't want to talk about the warring factions, did

22  you, Mr. Zetamah?

23  A.   What?

24  Q.   When you came back to Waterside, you didn't want to talk

25  about the warring factions, did you?

**October 23, 2008**

## Zetamah - Cross

1   A.   I'm not getting you clear.

2   Q.   You didn't want to talk with other people about what --

3   A.   That was not the reason why I went to Guinea.

4   Q.   Okay.

5          I'm not asking you about why you went to Guinea.   Do

6   you understand that?

7   A.   Yes.

8   Q.   Are you getting me now?

9   A.   I getting you.

10  Q.   When you came back to Guinea, did you want to talk with the

11  people who stayed in Waterside about things the soldiers did in

12  war?

13  A.   They said it was a warring faction that did the thing

14  there.   There were many warring factions.   I told you about the

15  ULIMO.

16          THE INTERPRETER:   I did not get a certain part of his

17  response.

18  BY MS. ROCHLIN:

19  Q.   When you came back to Waterside, you didn't talk about

20  everything the warring factions did with the people who stayed

21  in Waterside.   Is that right?

22  A.   Yes.

23  Q.   You didn't want to talk about things the soldiers did when

24  you were away.   Right?

25  A.   That's what I said.

**October 23, 2008**

## Zetaunah - Cross

1   Q.   All right.

2        It was better for you not to talk about things the

3   soldiers did during war.   Isn't that correct?

4   A.   Yes.

5   Q.   And that's not something people like to talk about, was it?

6   A.   Yes.

7        MS. ROCHLIN:   If I can have a moment, Your Honor.

8        Your Honor, no further questions.

9        MR. WYLIE:   No questions, Your Honor.

10       THE COURT:   The witness is excused.

11       [The witness was excused at 4:02 p.m.]

12       THE COURT:   Ladies and gentlemen, this might be an

13   appropriate time, rather than to take a recess, just to call it

14   a day and we will adjourn at this time.   Let me discuss next

15   week's schedule.   We will begin Monday morning --

16       MR. CARIDAD:   Your Honor, I don't know, I thought the

17   Court was going to take another case on Monday.   We're

18   available.

19       THE COURT:   We're starting Monday morning at 9:15.

20   Please do not discuss this case.   Don't do any reading

21   regarding this case.   We will go Monday through Thursday,

22   generally our schedule, and take Friday off.

23       A JUROR:   What about the 4th, election day?

24       THE COURT:   Election day we'll address next week.

25       THE JUROR:   All right.

**October 23, 2008**

## Zetamah - Cross

1          THE COURT:   You have a good week.

2          [The jury leaves the courtroom at 4:03 p.m]

3          THE COURT:   Why don't we take a brief recess and then

4    I'll hear the argument we didn't hear earlier this morning.

5          MS. ROCHLIN:   How long would you like Your Honor.

6          THE COURT:   10 minutes.

7          MS. ROCHLIN:   Thank you, Judge.

8          [There was a short recess at 4:08 p.m].

9          THE COURT:   Please be seated.

10         I'll hear defense counsel's motion.

11         MR. CARIDAD:   Yes, Your Honor.   We move for a judgment

12   of acquittal as to all counts of the Indictment and renew all

13   previously filed motions.

14         I would just like to make a brief argument about the

15   evidence presented concerning Mr. Kamara.   The Indictment in

16   this case alleges a conspiracy that has as its object to

17   maintain, preserve, protect and strengthen the power and

18   authority of Charles McArthur Taylor's presidency and

19   intimidate, neutralize, punish, weaken and eliminate actual

20   perceived opponents of his administration by means of torture.

21         The evidence presented concerning Mr. Kamara does not

22   show in any way what the purpose of his detention was or the

23   purpose of the acts that were committed against his body were.

24   The record is devoid of all of that.

25         The record only shows that he was detained by a group

**October 23, 2008**

## Zetanah - Cross

1  of armed men, taken to the police station, taken to

2  Whiteflower, taken to Klay, but no evidence at all that this

3  was done to further the object of this conspiracy.

4          So as to him, that is our argument regarding the

5  allegations found in the conspiracy count concerning

6  Mr. Kamara.

7          Now, I believe the Government has made the entire

8  Indictment subject to this purpose, the purpose that I have

9  just read, the object of the conspiracy.  All the other counts

10  are subject to this overarching purpose, and, again, as to the

11  substantive count concerning Mr. Kamara, we would make the same

12  argument, that there has been no evidence that he was detained

13  to further this conspiracy.

14          So we move for a judgment of acquittal as to all

15  counts and we would make this particular argument as to

16  Mr. Kamara.

17          THE COURT:   Thank you.

18          I'll hear from the Government.

19          MS. ROCHLIN:   Your Honor, I'll go in slightly reverse

20  order starting with the substantive count concerning

21  Mr. Kamara, Count VII of the Indictment.

22          As to that, counsel is simply wrong.  That charges a

23  substantive count of torture.  The Government need not prove

24  motive for any substantive count, whether it's torture or any

25  other crime.

**October 23, 2008**

## Zetanah - Cross

1          So as to that particular count, merely because it's in

2    the same Indictment of a broader and more overarching

3    conspiracy, I think counsel is simply wrong and the count

4    should not be dismissed.   It should go to the jury.

5          Additionally, while I'm not sure I do agree with

6    counsel's legal premise that just because one alleges an

7    objective of the conspiracy, that if the Government fails to

8    offer explicit direct evidence of such an objective, that the

9    entire count must fail.

10          In this case, as a matter of fact, I think counsel is

11    also erroneous.   While Mr. Kamara himself could not testify or

12    provide any reason why he was detained by police or other

13    security forces, why he was brought to Whiteflower and

14    questioned by President Charles Taylor, why he underwent the

15    abuses he suffered at the house of Benjamin Yeaten and why he

16    had the particular exchange that he did with the defendant,

17    there are many reasons that a jury could appropriately find

18    that just as with the other victims in this case, these things

19    happened to Mr. Kamara because he was a perceived opponent of

20    the Charles Taylor administration, and the reasons for this are

21    several.   Mr. Kamara testified that he was a member of the

22    Mandingo tribe, and there has been evidence from several

23    witnesses that as Mandingos, either they were viewed as threats

24    or they were perceived as actually being involved in some kind

25    of insurgent activity or coup activity against the Taylor

**October 23, 2008**

# Zetannah - Cross

1    regime.

2           One example of that -- well, there are several

3    examples of that.   Mr. Dulleh provided testimony on that point.

4    Mr. Bility provided testimony as to that point.   So that's one

5    reason why circumstantially a jury could find, in fact,

6    Mr. Kamara, as well as others, were perceived as a threat to

7    the Taylor regime and treated as the Indictment alleges.

8           Additionally, Mr. Kamara was someone who knew Varmuyan

9    Dulleh, who was an associate of his.   He knew several of the

10   other people who were detained at Klay and later detained at

11   the National Bureau of Investigation, and what all of these

12   witnesses, when their testimony is viewed collectively, relate

13   is, in part, they didn't view themselves as threats.   They

14   denied any involvement in coup activity, but of who they were,

15   who they knew and the links that existed among them, they were,

16   apparently, perceived or maybe the better way to put it is

17   misperceived in a certain way as a threat to the Taylor

18   administration, and that, according to their testimony and in

19   their minds, explains how they came into the circumstances that

20   they did, being arrested, detained, tortured, abused, placed

21   underground at Klay and later detained at various places until,

22   for respective reasons, their eventual release.

23          So while in the case of Mr. Kamara the evidence is far

24   less direct, the jury is instructed to weigh direct and

25   circumstantial equally.   There's no reason for the Court to do

**October 23, 2008**

## Zetannah - Cross

1  otherwise.   In this posture, the Court is to view the evidence

2  in the light most favorable to the Government.   In that light,

3  again, defense counsel's argument fails and we ask the Court to

4  proceed with this case and ultimately send it to the jury.

5           THE COURT:   Thank you.

6           Anything additional, Mr. Caridad?

7           MR. CARIDAD:   No, Your Honor, but I do have a couple

8  of other very brief matters to bring up.

9           THE COURT:   Let me first deny the motion for the

10 reasons articulated by the Government, how I am to view the

11 evidence in the light most favorable to the Government and

12 given the evidence presented with respect to this one alleged

13 victim, Mr. Kamara, the request for dismissal and judgment as

14 to those counts is denied, and as to the remaining, the motion

15 is denied.

16          MR. CARIDAD:   During the cross-examination of

17 Mr. Lawrence, the Government asked him who had paid for their

18 air fare and hotel here.   The truth of the matter is that

19 everyone int his room has paid for his air fare.

20          What I would like to do now is ask the Court to unseal

21 the order entered by this Court ordering the United States

22 Marshal to pay for his air fare and his hotel and present that

23 as an exhibit.

24          I've notified the Government, my intention is to call

25 Ron Hayden of the United States Marshal's Service and have him

**October 23, 2008**

## Zetannah - Cross

1  explain the procedure whereby witnesses for indigent

2  defendants, how they are paid for their travel and subsistence.

3          The second thing, I've spoken to the Government about

4  this regarding Mr. Kamara, I have under subpoena Dr. Boris

5  Golusarsky who examined Mr. Kamara.

6          Dr. Golusarsky's office has requested that I either

7  obtain a waiver of Mr. Kamara's privacy rights or the Court

8  enter an Order stating he has waived such right.  I have

9  prepared an Order.  I've given it to the Government.  It may be

10 that we can work this out by contacting Mr. Kamara, so that

11 issue may be resolved.  But I do ask the Court to enter an

12 Order -- I will file an Order asking you to unseal the Order

13 granting issuance of subpoena and payment of expenses regarding

14 Mr. Lawrence.

15          THE COURT:  I'll hear from the Government.

16          MS. ROCHLIN:  Your Honor, if counsel is asking the

17 Court to unseal an order, we have no objection as to that.

18          I don't know if counsel intends to enter the Order

19 into evidence.  We might have some issue there, but if the

20 relief requested is simply unsealing the order, we have no

21 objection.

22          THE COURT:  Very well.  I will unseal the Order.  You

23 can also agree on a stipulation that can be read to the jury.

24 However you want to present it, I'm sure you can talk about it.

25          MR. CARIDAD:  We will.

October 23, 2008

## Zetannah - Cross

1          THE COURT:   The order will be unsealed.

2          Do we have an idea in terms of next week?  I told the

3    jury Friday there would be no trial.   Do the parties anticipate

4    taking the full four days for the defense case and any

5    rebuttal?

6          MS. ROCHLIN:   I will defer to Mr. Caridad.

7          MR. WYLIE:   I expect we'll be done -- obviously, it

8    depends on their cross-examination -- but I see two or three

9    more trial days.

10          THE COURT:   And then a rebuttal case, I would imagine,

11   so we're looking at a closing the following week?

12          MS. ROCHLIN:   Makes sense, Your Honor.

13          MR. CARIDAD:   Ibeagha will be with us on Monday?

14   I hope you feel better.

15          THE INTERPRETER:   Yes.

16          THE COURT:   Make sure you don't talk over the next

17   three days, a gag order.

18          I will see everyone Monday morning.

19

20

21

22

23

24

25

**October 23, 2008**

1              C E R T I F I C A T E

2          I hereby certify that the foregoing is an accurate

3     transcription of proceedings in the above-entitled matter.

4

5    __11/14/08_____          _____
           DATE                    BARBARA MEDINA

6                                  Official United States Court Reporter
                                   400 North Miami Avenue, Suite 12-2

7                                  Miami, FL   33128 - 305.523.5518
                                            (Fax) 305.523.5519

8                                  Email:   barbmedina@aol.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## A

abdomen 11:25
able 5:10 45:13 46:10 47:21 92:7
  111:14 119:16 147:1 148:23
above-entitled 210:3
abused 206:20
abuses 205:15
accept 123:2
ACCESS 1:25
accident 55:11,11 108:11 117:13
accompanied 71:24 72:13 76:25
accompany 77:5
accord 80:15
accuracy 78:11
accurate 74:1 78:10 86:14 97:24
  210:2
accurately 43:21 109:23
accuse 123:18
accused 18:17
acquire 89:23
acquittal 203:12 204:14
Action 48:14
active 12:15,21,22
activities 8:22 108:24 154:4,6
activity 84:21 205:25,25 206:14
acts 203:23
actual 203:19
additional 207:6
Additionally 205:5 206:8
address 4:7 202:24
adjacent 104:22
adjourn 130:18 202:14
adjust 50:8
administered 119:3
administering 119:15
administration 88:10,16,19
  89:10,16 91:25 203:20 205:20
  206:18
ADMINISTRATIVE 4:5
admitted 44:4 138:23 143:4
adverse 18:17,19,21
advocating 117:11
affair 123:19
affairs 103:11
AFL 52:15,21 53:4,9,16,19 54:6
  54:8 55:21 56:2 60:10 88:17
  88:19,21,23 107:5 108:9
  121:10,12,12
afraid 16:11 84:1
African 15:14 80:4,6
afternoon 142:5,6,7 145:4,5
  148:14 156:16 170:22 195:23
  195:24
agency 8:16,18 51:10,14,17,18
  52:2 60:6 61:3,5
agent 41:18,25 42:7,11,12,14,17
  42:18 43:13,22 44:15,17,19,21
  44:25 45:25 46:24 48:21 80:23
  80:25 87:16,16,18,20 94:16
  197:25
agents 39:10 41:25 103:2
ago 149:9
agree 29:18,21 37:5,8 91:24
  205:5 208:23
agreed 19:17 38:3
Agriculture 6:24
Aha 133:14 137:15 140:19
  141:15 145:11 150:21 153:9
  153:19 154:1 158:15 160:1
  167:7 169:18 176:19 178:20
  178:22 192:13
ahead 18:2 46:12 130:2 156:20
aid 7:7,14,24
air 207:18,19,22
airplane 33:19 35:3,7,13,16
  100:19
airport 19:25 20:3 22:10,17 23:4

23:15,18,19,23,24 24:6,8
  30:15 32:8,11,16,23 33:19,24
  34:1,2,3,21,21 35:2,12,16
  36:14,16 39:8,20,23 40:1,2
aligned 18:8
allegations 204:5
alleged 207:12
alleges 203:16 205:6 206:7
allowance 117:20
ALTONAGA 1:13
ambushed 54:3
AMERICA 1:4
American-made 76:2
ammunition 53:14
amount 153:6
analysis 86:10 98:1,7 123:1
analyze 112:11
animals 147:4,5,12
announce 23:6,20
announced 23:21
answer 12:20 16:15 49:12 53:11
  64:19 73:20 82:3 89:15 96:24
  112:1,3 130:17 142:2 157:12
  181:12
answered 18:8 23:7 126:2
anticipate 209:3
Anti-Terrorist 66:12
anybody 16:5,7 83:18 94:10
  99:9,21 129:3 138:1 169:25
  170:11 178:23 181:1 194:19
  200:13
anybody's 144:11 170:3
anymore 41:5
anyway 44:23
apart 114:21
apologize 130:4 174:22
apparently 111:11,11 127:13
  206:16
appear 48:13
APPEARANCES 1:16
application 123:2
applications 89:20,22 118:10
  122:24
applied 107:17 108:15,17 118:16
  118:17
apply 55:18 118:8,9,14
appreciate 98:19,21,22 156:23
approach 17:1
approaching 14:24 197:4
appropriate 88:12 202:13
appropriately 205:17
approximately 10:25 11:18,20
April 71:12,13,14 74:3 75:2 79:1
  113:5 114:10,18,22,23,25
  139:20,22 140:1,2 150:10,11
  150:17
aptitude 89:24,25 90:2,25 91:21
  92:3 118:18
area 7:20 12:1 14:3 37:20 43:1,1
  43:5 48:8 56:5,19 57:8,12,14
  57:16,20,24 58:6,13,14,16,18
  58:23 59:3,6,8 63:4,4,7,13,18
  63:21 65:11 66:2 68:15,20,23
  73:16 74:8,12 79:2,4,5 81:3,6
  81:14,18,23 82:17 89:8,12
  93:8,10 104:6,9,22 105:8
  111:24 124:19,22,24 127:17
  127:18,20,23
areas 58:23 63:15
argument 203:4,14 204:4,12,15
  207:3
armed 14:10 51:22,23 52:1,11
  52:14 83:24 108:24,25,25
  109:1,4 111:18,22 112:5 117:6
  121:12 126:22 204:1
Army 60:8,9,18 61:6 109:1
arose 5:23
arranged 100:16

arrangements 154:7
arrest 25:3,5 143:24 194:23,25
arrested 26:22 124:11 144:2
  206:20
arrive 57:8 72:4 141:22,22 142:4
  169:17
arrived 7:15 8:2 15:7 57:9,10
  71:21,23 72:2,6,8,10,12,21
  73:16 141:23 142:5,7 192:20
arriving 91:22
articulated 6:4 207:10
Artillery 46:17
Ashmon 9:22
asked 25:13 26:4 29:2 33:10
  36:24 37:2 38:11 47:22 81:2
  94:18,22 96:19,22 102:16,19
  102:23 113:20 114:1 116:7,13
  125:22 126:2,7 130:5 168:6
  169:8 207:17
asking 82:19 96:16 156:10 201:5
  208:12,16
asks 18:12
asserted 10:18
assign 112:15
assigned 56:5 81:11,14 116:10
assignment 106:2,4,7 121:25
assist 38:3
assistance 37:6,12 156:18
assistant 7:6
associate 206:9
association 107:25 108:6
Assumes 11:3
assumptions 115:24
asylum 29:20,23 30:1,13
attached 52:1 56:2
attachment 51:23
attack 69:22 70:10,11 139:15,16
attacked 69:24 70:1,3,6
attacks 70:7
attempt 5:17 16:2
attended 129:10
attention 5:6 9:24 130:21
attire 115:7
attitude 118:19,21,23 119:1,2,2
  119:14,15,18 120:5
attorney 1:18,22 101:9,11,15,17
  101:19
ATU 37:19,20 41:5,7 66:9,11
  67:7,16 79:1,4 113:10,11
  125:18
August 11:1 75:19,20 76:17,23
  78:1,19,24 79:5 114:25 115:3
authority 203:18
available 202:18
Avenue 1:23 2:9 210:6
aware 9:25 10:11,14
A.F.P.D 2:2,3
a.m 6:9,15 19:5 27:17 39:5
  41:16,22 44:2 49:4 64:11,23
  64:25 79:11
A.U.S.A 1:17,18
a/k/a 1:8

## B

Bachelor's 6:24
back 8:24 15:2 23:24 25:7,11
  26:7 28:8 30:16 31:17 35:2,7
  35:12,16 36:6,13 37:14 52:25
  54:1 64:16 78:10,15 92:9
  106:5 116:4 120:6,17 121:7
  130:6,10 135:23 138:12 148:4
  163:24 167:25 168:10 173:4,5
  173:15 175:13 177:21 178:4
  178:11,19 179:2,7 180:17
  186:9 187:8 188:21,22 191:5,6
  200:3,15,24 201:10,19
backbone 55:12,14

bad 18:17 130:7
Baechtle 2:20 41:18,20,25 44:15
  48:21
Barbara 2:8 45:23 210:5
barbmedina@aol.com 2:10
  210:8
barricaded 77:17
Base 43:1
based 103:14
bathroom 116:19
beautiful 117:25
beginning 6:15 19:5 27:17 39:5
  41:22 49:4 68:24 74:5 79:11
  117:1 131:11 145:2 152:1
  158:4 170:19 177:7 180:9,13
  180:15 181:10
begins 4:1,3 46:16 47:19
behalf 53:16
BELFAST 1:8
believe 5:13,17 42:16 45:6 46:6
  46:9 47:4,11 204:7
believed 68:18 72:14 124:8
Benjamin 5:19 205:15
best 47:12 48:11 78:12 98:15,17
  109:24 119:18 120:5 130:11
better 145:7 156:6 202:2 206:16
  209:14
beyond 9:14 122:18 140:23
Bible 123:25
big 15:11 146:2,6 167:13,18
  174:3
bigger 128:4
Bility 206:4
Biological 31:6
birds 146:21,23,24 147:2
  117:12 125:1,16 128:4 150:6
bit 14:16 27:25 28:2 63:13 79:18
  192:21,22
black 71:16 72:15,17 126:22
blankets 13:20
Blood 68:18
body 11:23,24 203:23
bodyguard 72:20
bodyguards 72:15 113:8,10,11
  113:19
Bong 7:21 14:5,19 45:4 56:7,8
  102:13 119:3,7,8 120:1 134:5
  134:6,14,20 145:17,18 158:25
  159:1,3,7,15,17 181:20,21
  182:2,3,4 184:20,21 186:9
booked 36:13
border 13:9 14:6 15:7,9,10,12,17
  16:6 69:23
Boris 208:4
born 6:21 49:14,15,18 131:25
  132:1,6,7,14,15 159:10,11
  181:19,20 182:6,9
bottom 47:18
bought 30:20,25 32:1
BR 43:17,19,19,19,20,20,20
  43:20 44:5,5,6,7,7,8,10,13,25
  45:22,25 46:22,24 47:13 48:5
  58:8 59:14,14 63:18 65:3,21
  66:18,21,22 68:25 80:23 94:15
  124:20 128:14 133:17,17,18
  136:21 137:16 138:5,23,23
  143:5 162:10 189:21 190:4,16
  197:24 198:12 199:10
break 65:3 116:19
bridge 43:1,5,14 45:3 46:3 48:8
  56:10 57:4 59:6,9 68:16 79:2,4
  81:14 82:17,24 88:9 95:19,21
  95:22,23,25 96:3,5 105:20
  113:2 121:20,23 122:8 132:10
  132:11,12 134:2,3,5,9 135:5,5
  135:6,25 136:10 148:16,18
  151:9,10,15 152:11,14,21,24
  161:22 163:5,8,12,14,19,24

165:14 179:9,12 182:23,24
184:10 185:2,3
**brief** 203:3,14 207:8
**briefly** 17:1 78:5,15
**bring** 5:5 6:5,8 9:12 59:13 64:24
76:4 80:23 94:15 129:24
130:12 131:5,6 194:7,9,11,13
207:8
**bringing** 140:12,15
**broader** 205:2
**broke** 147:13
**broken** 12:4,5
**brought** 8:20 20:11,16,18 29:15
56:13 80:12 142:24,25 143:1
169:11,12,14,23 194:12
205:13
**brown** 58:17 66:23
**brownish** 48:10
**Brussels** 36:16,18
**buffer** 79:24
**build** 79:24 147:7 156:8
**building** 45:1,3,4,7,10 46:5,6,8
47:5 48:9 59:19,25 60:2,3,6
61:7,23,25 62:4,6,7,11,13,15
62:17,18,22 63:10 65:7,12,14
65:17,24 66:24 67:19,20 69:5
69:6 78:21 94:18,23,25 95:3,8
96:17,19 99:14,16 129:7,8,11
129:14 137:1,8,12,18,24 138:1
138:11,12 143:7,8,9,11,13
149:10,12,25 150:2,4 189:23
189:25 190:6,12,20,22,24
191:5 198:8 199:4,7,13 200:1
200:4
**buildings** 67:18 68:5 95:17 96:7
**built** 161:20,22
**Bureau** 14:10 206:11
**burned** 161:17,18
**bush** 167:11
**bushy** 93:8,10
**business** 9:18,21,23 50:14,15
62:5,19 154:5 189:5 199:7
**businesses** 189:13
**buy** 30:23 31:7 51:2,3 161:3
163:5,16,22 185:10,11,12
**buying** 51:4
**B-o-n-g** 119:4

**C**

**C** 210:1,1
**cafe** 9:22
**calendar** 179:22 197:14,16,17
**call** 16:2 23:5 27:8,11 29:14 30:7
40:4,7,10 41:18 72:23 101:13
113:14 127:22 158:14 194:4
202:13 207:24
**called** 15:23 18:16 23:6 27:9,10
32:15,25 33:5 37:9,11 40:9
49:8 51:19 53:15 87:16 114:7
116:6 125:20 126:11 127:23
194:3
**calling** 32:18 40:13
**calls** 6:16 16:25 48:24 181:7
**camouflage** 75:22,24 76:1,2,16
76:21 142:20,21 149:7
**camp** 54:12 94:13 150:21,23,24
186:13,24
**capacity** 7:3,5 8:21
**Cape** 127:3
**Captain** 90:1,24 92:6 119:15
**capture** 55:2
**captured** 53:4 54:3,6,8,11 108:9
117:7
**car** 14:4,4,17 15:1 55:11 72:1,2,4
72:6 73:9,10 77:4,5,13 78:16
115:13 117:13 119:7 124:7,7
142:14,15 162:20,21 168:16

169:2
**card** 101:13
**care** 98:10 100:16
**Caridad** 2:3,21,23,25 3:6,8 5:11
9:14 10:16 11:3,10 12:17
16:12,21 41:18,23,24 43:24
44:5,11,14,23,24 45:21,24
46:21,23 48:5,7,19 49:5 55:14
56:13,15 59:13,16 64:8,12,15
64:22 65:2,5,6 66:19,20 75:7
75:10 76:3,5,19,20 79:7 81:2
94:19 96:16 101:1,25 102:2
111:25 114:9,15 115:21
116:19,22 117:2 124:20,21
126:2,4 127:15,16 128:13,15
129:18 155:4 156:2,19 158:9
162:10,11 164:23 165:10,23
165:24 166:1,4,9 170:15
174:22 177:8 179:20 181:4
202:16 203:11 207:6,7,16
208:25 209:6,13
**CAROLINE** 1:18
caroline.miller@usdoj.gov 1:21
**carried** 15:15 124:17,17
**carry** 87:1 163:16,17,22 192:9
**cars** 14:17 72:8,10 74:16 77:7,8
77:9 142:13 167:24
**case** 1:3 12:24,25 13:1 19:9
25:24 26:2 27:3 41:25 42:1,3,8
42:9 45:8 48:2 64:10 82:18,18
100:3,21 101:4 103:4 113:1
129:21 202:17,20,21 203:16
205:10,18 206:23 207:4 209:4
209:10
**cases** 123:8 124:5
**cassava** 161:8
**catch** 23:24
**catching** 156:8
**caught** 52:23
**caused** 69:20
**causing** 69:17
**CE** 76:4
**cease** 68:4 79:24
**CECILIA** 1:13
**cell** 66:8 99:18
**center** 13:23 67:2
**central** 7:21
**certain** 54:20 82:2,4 180:25
191:21 201:16 206:17
**Certainly** 64:22
**Certificate** 3:12
**certify** 210:2
**chance** 91:3 112:23 156:12
**change** 12:7 28:7 116:2
**changes** 157:2,3
**charged** 129:4,5
**charges** 204:22
**charity** 154:17
**Charles** 1:8,9,9 8:9 16:18 40:24
41:8 51:19 52:7 70:20 80:20
88:5,10 102:14 175:3,5,16
187:13,14 203:18 205:14,20
**Chea** 88:3,5
**check** 103:13 147:12,14,15
178:15 180:20
**checkers** 104:18 125:12,13
**checking** 180:23,24
**checkpoint** 56:24,25 57:2,3,4,6
59:11 69:15,18,21 70:12 71:9
71:19,21,23 72:22 73:25 74:3
74:5,8,11,19,23 75:4,13,15
76:17 77:16 78:2,20,24 79:4
81:12 82:17 84:4,7,22 88:9,14
89:8 92:13,15,21 93:2,6,7,9,14
93:23 94:4,6 95:6,9,11,14,15
95:17,19 97:4 98:23,25 99:19
103:6,8,10 105:8,14,22,23
106:7 107:10,13 113:2 114:10

114:13,17,22,23 117:4 121:19
121:23 122:8,11 123:5 124:22
125:15,17 127:17,21,23 128:5
128:7 143:15,19,22,24 144:3,5
144:9,12,20,23 152:13,14
161:23,25 164:6,7 170:6,9,12
170:13,14 178:24 179:4 189:2
189:17 193:6,11 195:13,17
198:24 199:1
**checkpoints** 14:2,7,9,12,14
**Chester** 6:22
**chevrons** 4:9
**chief** 194:3,4,6
**children** 30:25 31:1,3,5,6,13
32:1 50:3,5 132:22 160:11,12
160:13,15,17 175:24 176:1,3
178:25 182:16,18
**choice** 36:3,5,6 107:17 108:5
112:18
**choir** 154:7,8
**choose** 36:9 91:11 104:5
**Christianity** 106:19
**CHRISTOPHER** 1:22
christopher.graveline@usdoj...
1:24
**Chuckie** 1:8 5:19 41:3 70:15,17
70:22 71:5,14,21 72:2,4,16,18
72:21 73:9,16,21,23,25 74:14
74:19 75:3,11,15 76:8,11,14
76:23 77:8 78:1,19 113:2
125:23 141:3,8,22 142:17,23
143:7,11,15,18,21,24 144:2,5
144:8,11,14 148:16,18,23
149:7 151:17 166:23 167:3,8
168:3,4,7,8,12,16,25 169:13
169:15,21,24,25 177:9 178:5
178:10 179:3,8,11,14,17 181:1
192:14,20 193:2,4,9,13,15,25
194:2,7,9,15,23,25 195:3,5,8
195:11 197:6,18,20
**Chuckie's** 170:3
**church** 106:16,18 127:10 129:10
129:10 136:16,17,19 148:6,8
148:10 152:6,7,8 153:16,18,20
153:21 154:2,3
**circle** 45:13
**circumstances** 206:19
**circumstantial** 206:25
**circumstantially** 206:5
**CITATION** 3:21
**cities** 69:24
**city** 118:24 119:8
**Civil** 80:12
**civilian** 51:21 58:6,18 89:4,11
117:24 124:6 194:5
**civilians** 51:25 55:6 58:2 59:2
73:18,21 89:2,6,17 90:6 92:3,4
95:13 97:7 103:11,17,19
109:23 110:1 111:13 112:8,12
120:13 123:12,17,19 124:4,10
168:23 173:19
**clandestine** 106:2 109:15,18,19
109:25 110:14,16,19,22
121:24
**clarity** 51:11 55:22 82:5
**clear** 47:24 95:3 157:13 201:1
**clearly** 47:20
**client** 18:17
**close** 13:19 14:6 128:8 129:7
130:21 132:2 149:3 161:22
166:2 173:20 181:24 186:15
193:2
**closer** 59:8 105:16 115:8,16
135:5 149:2 168:3
**closing** 209:11
**cloth** 15:14
**clothes** 34:8 72:19
**clothing** 73:3 77:25

**COL** 46:13
**colleague** 13:4
**collect** 34:19,23 81:23 147:21,21
**collectively** 206:12
**columns** 62:12
**combination** 53:10
**come** 10:22 15:21 19:14,15,17
19:19 35:7,12,15 38:11 39:12
39:14 64:16 69:17,21 83:24
89:24 92:21 93:14 100:2 115:8
124:9 135:23 140:10,17,24
147:8,9 148:4,6,9,12,13,14
152:16 161:3 163:24 165:11
167:13 173:4,5 174:4,14,14
176:15,20,22,23 177:1 178:3
179:6 186:4 187:8 188:21,22
192:16,18 194:15 197:1,2
**comes** 87:16 131:1 146:19
180:17
**Comfort** 13:25
**coming** 52:25 63:7,9 69:14
70:11 93:15 101:7 125:3 129:9
139:10,13 140:4 141:1,5 151:3
151:9,10,14,16 163:5 165:13
166:15,17,19,21 169:16
173:11,12,20 174:1,4 175:9
186:23 191:13,19,22,23
**Command** 47:15
**commander** 72:23 77:19 117:11
123:18
**commanders** 115:10
**committed** 203:23
**communication** 9:23
**communities** 8:25
**community** 12:15 80:3,6,7
**comparison** 12:6
**compelled** 13:3
**complete** 61:16 97:20,21
**completion** 63:11 120:6
**Complied** 43:11 45:15 64:1 66:6
76:15 80:25 94:16 125:10
132:4 166:7 179:25 181:25
183:20 197:25
**compound** 13:16,17
**comprehensive** 90:6,7,14,17,25
91:5 97:12 119:17
**comprised** 51:20,25
**concentrated** 37:20
**concentrating** 99:11
**concept** 179:21
**concern** 90:22 91:17
**concerned** 16:16 84:21 88:14,17
88:19 89:11,13,17 91:24
129:16 130:14
**concerning** 5:14 11:8 103:4
203:15,21 204:5,11,20
**concluded** 124:17
**condition** 11:21 12:3 90:7 106:2
108:11,14
**conditions** 82:2,4 83:13 112:24
117:8 123:3
**conduct** 10:19 62:5 109:11
129:4,5
**conducted** 62:19
**conducting** 83:5 97:6 98:25 99:1
**conference** 3:24 4:1,3,7
**confident** 14:13
**confused** 125:1 180:23
**Congotown** 37:17,18,20
**conscience** 13:3
**conscriptions** 89:21 122:14
**consider** 74:1 109:20 110:19
**considered** 114:3,5
**consistent** 5:21 6:3
**conspiracy** 203:16 204:3,5,9,13
205:3,7
**constrictions** 52:15
**contact** 15:21 29:13 58:5 127:5

127:12
**contacting** 208:10
**contain** 86:10,12
**contents** 2:12 116:13
**continue** 120:6 152:24 157:16
**continued** 15:6
**contrary** 18:20
**contrast** 115:11
**contributed** 77:20
**control** 68:20,23 81:3,6
**controlled** 68:15
**controlling** 54:17
**CONVENTIONS** 4:5
**converted** 106:19,20 127:9
**conviction** 121:6
**convinced** 103:16
**convoy** 77:18
**cook** 161:2,4,6,8 163:2,4 171:16
    171:18,20,22 172:8,11,12,18
    172:18,23
**cooked** 171:15
**cooking** 163:2 171:25 172:2,3
    172:12 176:7
**coordinate** 103:11
**Coordinator** 7:7
**copy** 44:21
**correct** 7:16 8:7 16:19 22:6,8
    26:5,16 35:17 42:22 46:1
    47:25 48:3,17 54:7 63:16 65:9
    65:10 80:8,15,21 81:7,12 83:7
    83:14,16 84:15 86:8 88:10,17
    88:20,23 92:1,16,22,25 93:3,6
    93:19 94:9 95:4,9 97:10 98:1
    98:20 99:10,23 100:4,6,12,17
    100:22 101:2,7,9,12 102:20
    103:23,24 104:20 105:4
    107:13 109:2 110:4,12,25
    111:2,8,16,19 112:6,14,18
    113:6,10 114:10,18 115:4
    145:21 147:1,19 149:7,23
    151:4 157:3 174:11,17 200:18
    202:3
**correction** 156:13
**correspond** 7:12
**corridor** 104:23
**cost** 51:1
**counsel** 4:6 130:5,19 156:18
    204:22 205:3,10 208:16,18
**counsel's** 203:10 205:6 207:3
**count** 104:16 204:5,11,20,21,23
    204:24 205:1,3,9
**counter-check** 55:5
**counter-checking** 103:15
**counter-intelligence** 51:20,24
**counties** 7:22 9:4
**country** 7:20 12:14,16,23 13:2
    13:15 38:1 56:5 109:2 132:8
    158:22,24 159:3 182:4
**counts** 203:12 204:9,15 207:14
**county** 13:8 14:5,20 45:4 49:15
    49:16,23,24,25 56:7,8 68:3
    90:22 91:13,17,25 102:13
    119:3,7,8 134:5,6,7,9,14,20
    135:25 136:1,4,9 141:1 145:17
    145:18,25 158:25 159:1,3,7,15
    159:17,21 182:3,4,23 183:13
    184:20,21,23 185:1 186:6,9,22
    196:4
**coup** 205:25 206:14
**couple** 207:7
**course** 14:15 23:5
**court** 1:1 2:8 4:2,4,7 5:1,3,7 6:3
    6:8,10 10:20 11:5 12:18 16:13
    16:22,24 17:2 18:2,5,22 19:1
    20:11 27:14 39:2 41:15,17
    44:4 48:23 50:21 53:11,13
    55:13,15 64:6,9,14,17,24 65:1
    75:9 79:9 116:18,21 126:3

129:19,23,25 130:2,18,25
    131:5,13,16 132:2 141:6 142:1
    142:4,6,9 146:4 151:24 155:1
    156:3,4,10,11,22,24 158:1,5,8
    164:19,22 166:3,5 169:7 177:5
    179:24 181:5 193:7 195:20
    198:10 202:10,12,17,19,24
    203:1,3,6,9 204:17 206:25
    207:1,3,5,9,20,21 208:7,11,15
    208:17,22 209:1,10,16 210:6
**courtroom** 1:25 6:7,9 64:11,25
    116:22,23 129:22 131:7 162:6
    203:2
**Court's** 5:6
**cover** 86:7
**coverage** 86:23
**covered** 53:25 72:19
**covert** 119:16
**created** 80:6
**creek** 50:16,20,21 51:4,5
**crime** 204:25
**criminal** 128:23 129:1,2
**Criminals** 128:21
**cross** 13:9 16:6 27:16 45:3 79:10
    135:25 140:16,20 145:1
    152:11,14,17,24 163:5 164:4
    170:16,18,20 186:24 188:25
    195:21
**crossing** 15:12 151:14
**cross-examination** 2:18,24 3:3
    3:7,11 5:22 18:9 27:14 79:9
    126:2 130:7 195:20 207:16
    209:8
**curious** 125:22
**current** 187:20
**currently** 133:1
**custody** 66:1,2,3
**cut** 74:22 75:12 144:11,15 170:3
    179:11 195:8
**cutting** 167:11

---

**D**

**da** 175:1,1,1
**Dallas** 22:18
**dangerous** 9:13
**Daniel** 88:3,5
**dark** 148:11,12
**date** 42:12,14 114:15 139:23,24
    150:11,12 171:8,10,11 210:5
**David** 2:14 5:14 6:13,16,20
**day** 13:13 15:11 39:21 59:4,5
    74:12 84:12 86:2,3,3,16,19
    106:6,10,13 114:4,5 135:21
    136:11,12 148:5,6,8,9 151:15
    151:15,16,16,17 152:5,6,9
    162:25 163:10 164:2,4 166:19
    169:21 171:20 172:22 176:17
    176:18 177:15,20 179:13
    181:2 185:4,5,7,8,9 188:9,13
    188:15,16,24 191:23,24 192:2
    192:4 202:14,23,24
**days** 27:1 86:23 106:12,14,15
    150:17,20 172:24 176:16,18
    178:16 179:14,16 180:2,3,4,24
    188:18 209:4,9,17
**daytime** 148:24,25 149:5,6
**day-to-day** 177:14
**deceased** 160:19
**December** 11:20 12:8 106:3,3,4
    106:5 122:1 124:6
**decide** 12:12 13:2 93:18 124:11
    124:12
**decided** 12:14 55:18 91:5 123:20
**defendant** 1:11 2:1 101:4 113:1
    114:9,12,17,22 115:3 205:16
**defendants** 208:2
**defendant's** 16:24 19:3 41:20

44:5,6,6,7,25 45:25 46:22
    47:13 48:5,23 49:2 131:9
    155:2 158:2 181:8
**Defender's** 2:3
**defense** 3:18 16:25 18:11 44:1,7
    44:8,9,11,12 45:21 46:24
    48:24 55:19 87:21,23,25 88:2
    88:2,5,13,16 89:20 100:16
    101:11 117:15,16,24 118:22
    121:10,13,14,16 122:25 131:2
    181:7 203:10 207:3 209:4
**defense's** 18:8
**defer** 209:6
**definitely** 99:4
**definitions** 113:14
**degree** 6:24,25 7:9
**delay** 122:25
**delayed** 89:21
**Delegate** 7:7
**deliver** 72:24 115:16
**deliverance** 116:3
**delivered** 73:2
**Demobilization** 8:17
**Demon** 113:12,15,20,21,24
    114:3,5 125:20,25 126:5,6,11
    126:14,18
**denied** 6:4 206:14 207:14,15
**deny** 207:9
**Department** 1:22
**depends** 209:8
**depicted** 56:21
**Deputy** 7:7
**descended** 54:1
**describe** 50:23 54:25 57:23
    71:23 72:16 75:25 110:14
    122:18
**described** 46:7
**Description** 3:17
**Descriptions** 3:25
**detailed** 97:22,23
**detain** 78:23 95:3
**detained** 95:8 108:10 128:18,20
    203:25 204:12 205:12 206:10
    206:10,20,21
**detention** 94:23 95:1 99:18
    203:22
**develops** 18:12,23
**devoid** 203:24
**died** 160:22
**difference** 12:10
**differences** 67:10
**different** 12:11 35:15 95:16 96:7
    96:10 97:4 115:19 139:4,4
    154:4 176:16,18,18,21
**difficult** 64:21 74:10 156:3,7
**digest** 122:13
**dined** 169:3
**diplomatic** 12:15 13:18,18
**direct** 2:15,17,21,23 3:2,6,10
    6:14 9:24 19:4 33:2 41:21 49:3
    79:17 131:10 158:3 181:9
    205:8 206:24,24
**directed** 23:14 33:12
**direction** 51:12 117:10
**directly** 7:23 51:25 139:23,24
**Disarmament** 8:16
**discharged** 77:21,23,24
**discuss** 64:10,13,16 129:21
    202:14,20
**discussed** 157:1
**discussing** 48:10
**discussions** 100:21
**dishes** 163:16
**disjoined** 55:12,16
**dismissal** 207:13
**dismissed** 205:4
**disorderly** 129:4,5
**displaced** 63:2,5 69:14,21 70:11

73:7 92:18 94:13 186:12,24
**display** 74:23
**displayed** 75:12 144:19 170:6,9
    179:12
**distance** 34:22 105:17,18 141:5
    141:9,10,24 148:22 149:2
**distributed** 54:20 77:21
**distribution** 77:19,22
**DISTRICT** 1:1,1,14
**divided** 51:7
**division** 1:2 46:17
**divisions** 51:6
**doctor** 106:22
**document** 33:10,11
**documents** 38:7
**Doe** 52:20
**doing** 7:11 32:4 58:1 82:9,13
    83:9,19,21,23 84:18 95:1
    107:9,12,15 108:1,13,17
    109:15 111:5,7,9 130:8 157:9
    173:1 180:22
**dollars** 25:19
**door** 13:19 46:1,2,10 69:9,10,11
    73:10
**Doyle** 42:11,12,14,17,18 43:13
    43:22
**Dr** 208:4,6
**drafted** 52:16,18,21 53:9 54:8
    91:10 108:7,9 117:3,6
**drawing** 67:3
**drink** 134:21,22,23,23
**drive** 13:24 14:7
**driven** 89:25 90:2
**driver** 15:1
**driving** 77:8
**dropped** 15:12
**drove** 14:2
**dry** 180:11,12,15,16,16,18
    185:20,21,25 196:2,4,11,11,14
    196:15 197:1,3,3,4,4
**Dulleh** 206:3,9
**Dulles** 22:17,20,21,24 23:1,4,23
    30:15 32:8,11,15 36:13,16
    39:7
**duties** 8:15 57:23 58:2,5 92:2,2
    95:11
**duty** 92:3 103:11
**dwelling** 60:3,4,6,17 63:13,15
    66:24 67:19 78:21
**D-a-v-i-d** 6:20
**D.C** 1:23 22:22

---

**E**

**e** 47:16 210:1,1
**earlier** 6:3 45:8 131:19 203:4
**early** 121:25 130:18
**earning** 82:15,22
**eat** 104:1,4,6,6 122:17,19 124:14
    146:21 147:1,2,4,8,9
**eating** 147:6
**ECOMOG** 79:24 80:1,10,12
**economic** 80:3,7
**economics** 7:9,10
**education** 6:23 7:12 89:21
**educations** 89:23 122:25
**effect** 13:11 123:2
**eight** 54:4 78:10 132:23
**either** 43:13 68:5 89:16 205:23
    208:6
**elected** 8:8,9 52:6 55:25 80:20
**election** 55:9,17,20 68:4 187:13
    187:14 202:23,24
**elections** 8:6
**elicit** 5:17
**eligible** 91:2
**eliminate** 203:19
**Ellen** 41:2 187:19

**Email** 1:20 2:5,10 210:8
**emails** 16:8
**embellishes** 157:2
**Emergency** 37:6,11
**EMMANUEL** 1:9
**emotional** 12:3
**employment** 8:23
**enable** 89:23
**encourage** 153:16,18
**ended** 107:12 108:17
**enemies** 90:22 91:12,17,25
**enemy** 90:9 92:10,12
**engagement** 8:23
**England** 6:22
**enter** 23:15 78:20 208:8,11,18
**entered** 6:7 116:23 207:21
**enters** 33:9
**entire** 135:15,16 204:7 205:9
**envelope** 118:12
**equally** 206:25
**ER** 56:13 183:3 184:13
**erased** 114:2
**erroneous** 205:11
**escape** 139:15,16,17
**escorted** 39:10
**especially** 13:3 93:14
**estimate** 78:12
**estimation** 129:12
**European** 7:6,8,11,17,20,24,25
 8:15,18 9:7,9,18,20 10:9,9,15
 13:13,16,17,19 16:5
**Evangelist** 50:10,12 106:20
 115:24 127:9,10
**evening** 163:11,15 176:20
**event** 5:23 157:12
**eventual** 206:22
**eventually** 25:3 55:3 80:15 90:3
 92:9 107:12 121:22 122:15
**everybody** 93:7,9,23 164:8,10
 180:22
**evidence** 3:16 11:4 42:24 44:9
 203:15,21 204:2,12 205:8,22
 206:23 207:1,11,12 208:19
**EWAP** 37:6,11
**exact** 150:12 153:6
**examination** 2:15,17,19,21,23
 2:25 3:2,4,6,8,10 6:14 18:23
 19:4 27:16 39:4 41:21 49:3
 79:10,17 116:25 131:10 145:1
 151:25 158:3 170:17,18 177:6
 181:9 195:21
**examined** 208:5
**example** 73:21 206:2
**examples** 206:3
**exchange** 205:16
**exclude** 5:20,25
**excuse** 21:2 44:10 53:10 59:14
 88:22 94:21 101:21 123:20
 140:3 187:2 193:22 197:12
**excused** 16:22 41:15,16 129:25
 130:1 155:1,3 181:5,6 202:10
 202:11
**exhibit** 44:5,6,6,7,7,8,11,12,25
 45:21,25 46:22,25 47:13 48:6
 56:13 138:23 143:5 198:10
 207:23
**exhibits** 3:14,15,18 43:16 44:1,9
**exist** 41:5 125:18
**existed** 206:15
**expect** 32:15 209:7
**expected** 37:2
**expecting** 122:7
**expenses** 38:3,7 51:6 208:13
**expensive** 50:25
**experience** 7:13 118:7
**experiencing** 196:8
**explain** 117:3,4,18 126:5,11
 208:1

**explained** 116:13
**explains** 206:19
**explanation** 122:18
**explanations** 130:10
**explicit** 110:17 205:8
**expressed** 18:9
**ex-combatants** 8:23 37:19
**eyes** 175:4

**F**

**F** 46:16 47:19 210:1
**fabricate** 5:22,24
**face** 99:4 115:5,9,12,18 124:16
**fact** 81:20 205:10 206:5
**faction** 68:2 201:13
**factions** 9:1,4 80:17 200:9,10,21
 200:25 201:14,20
**facts** 11:3
**factuals** 111:14
**fail** 205:9
**fails** 205:7 207:3
**fair** 55:7
**fairly** 14:13 43:21
**falling** 196:8
**falls** 106:11
**familiar** 67:24
**family** 15:13 28:4,7 32:6 132:18
 182:12 185:17,18
**far** 15:9 34:22 35:20 45:1 104:18
 104:19 115:13 125:15 128:7
 129:8 135:10 136:3 141:5
 149:2 156:21 168:5,24 183:1
 183:16 188:5 193:4,9 206:23
**fare** 207:18,19,22
**farm** 135:25 136:1,4,9 145:25
 146:2,3,6,7,11,13,15,17 147:7
 147:14,15,18,25 148:1,2,4,9
 148:11 152:5,10,11 153:25
 154:3,5 162:23 179:22 180:20
 188:1,2,5,9,13,14,18,21,22
**farmer** 136:13,14 145:23 149:22
 149:23 187:23
**farming** 187:25
**farther** 63:13
**fashion** 49:11
**fast** 128:12
**father** 71:3,4 120:20
**favor** 145:10
**favorable** 207:2,11
**Fax** 1:20 2:5,10 210:7
**February** 186:1,2 196:6,7
**fed** 123:3
**Federal** 2:3
**feeding** 104:7,8
**feel** 13:4 109:20 124:13 209:14
**feeling** 124:1
**feet** 129:11 135:12,13
**felt** 13:4,5 16:4,9 113:18 120:4,5
 122:22,24
**fence** 147:5,5,7,8,9,12,13,14
**field** 53:1
**fight** 53:16,19
**fighting** 48:3,16 53:5 79:20,23
 80:17 173:16,20 174:1,4,11,18
**file** 29:20,23 30:1,13 208:12
**filed** 203:13
**fill** 29:16
**final** 87:10
**find** 16:16 90:10 108:12 111:10
 191:23 192:2 205:17 206:5
**finding** 16:7,11
**fine** 64:8 79:16 156:9 157:9
 196:1
**finger** 45:14 63:24 76:14
**finish** 111:25 116:21 198:20
**finished** 20:25 112:3
**fire** 68:4 79:24 172:15,16,17

 173:24 176:22
**first** 5:3 7:15 8:2 9:24 16:24 29:1
 42:9 43:9 51:15 53:25 68:4
 70:10 73:10 75:21 77:1,6
 90:24 91:5 92:2 111:11,11
 113:5 114:17 115:5,5,11,12,19
 117:10 134:2,13 167:6 187:5
 191:6,8 207:9
**firstly** 108:9
**fit** 157:11
**five** 27:1 72:11 106:12 160:14,15
 183:2 184:2
**FL** 1:19 2:4,9 210:7
**Flagler** 2:4
**fled** 53:3
**flew** 100:5,8
**flight** 23:24 36:13
**Flomo** 123:22
**FLORIDA** 1:1,6
**fly** 23:1 36:16,18 147:2
**flying** 39:7
**focus** 67:2
**follow** 18:1 19:1 156:1 158:1
**followed** 23:14
**following** 10:19 209:11
**food** 104:3 124:14 135:22,24
 140:17 142:24,25 143:1,1,2
 160:24,25 161:4,5 163:2,2,4,6
 163:16,17 169:4,8,11 171:13
 171:15,16,18,19,20,21,22,24
 172:18,22 176:7 194:11,12
**foot** 73:11,11
**football** 52:23
**force** 39:12,14 46:14 80:1,7
 126:22 149:15,21 198:14,16
 198:18,23 199:1
**forced** 39:16 90:11 91:10 98:17
 107:4,9,12,15,23 108:3,20,23
 109:11 112:16
**forces** 48:3,16 51:22,23 52:1,11
 52:14 108:24,25 109:1,7,9
 111:4,16 113:12,16,20,21,24
 114:3,5 117:6 121:12 125:20
 125:25 126:5,6,12,14,19
 205:13
**foregoing** 210:2
**forget** 159:6
**form** 29:15,16
**formality** 108:12
**former** 37:19,20 51:19 68:2
**forth** 129:6
**forward** 5:9
**fought** 68:2
**found** 35:22 52:3 56:1 91:9
 108:11 122:13 204:5
**foundation** 18:7,12
**four** 31:4,13 40:23 50:6 53:25
 75:12 128:8,10 172:24 209:4
**frankly** 130:13
**free** 30:7 82:13 110:2
**freedom** 117:12
**frequently** 129:14
**Friday** 202:22 209:3
**friend** 104:7,9,13,15,16 123:7
**friendly** 164:24 165:1
**friends** 153:24 164:17 165:20,21
 170:8 172:7 185:14,16
**front** 13:19 56:17 145:12 162:13
**full** 49:6,7 72:24,25 209:4
**functions** 10:8
**fundamental** 12:10
**funding** 7:25
**funds** 154:15
**fund-raising** 154:11,13,17,20
**further** 16:20 39:1 48:20 116:17
 135:5,6 151:23 156:20 162:2
 177:4 180:16 181:23 202:8
 204:3,13

**G**

**G** 52:7
**gag** 209:17
**gaining** 117:12
**Ganta** 14:6 15:11
**Garlawola** 101:19,20,23
**gate** 53:15 133:25 134:1 135:10
 135:12 136:9,10,11,12 138:25
 139:2,11,13,19 140:4,21
 148:16,18 151:3,7 154:23
 168:14,14 169:9 190:3
**gather** 91:19 154:15
**gathering** 103:12
**Gbatuah** 56:7,8,9 57:3 71:18
 81:12 90:3,4 105:14,16,20
 106:5 115:25 116:1,10 119:13
 119:20,22,23 120:1,3,8 127:6
 127:8,11,13 128:2,3,5,7 133:5
 133:6,7,9 134:2,3 140:14,18
 140:22,23,25 150:19,20,24
 151:5,6,7,8 152:17,18,23,25
 153:1
**Gbatuah/St** 88:8
**Gbarnga** 43:2 71:2 78:16,17
 83:24,25 85:9 87:13,15 90:2,2
 99:25 116:4 119:9,12,13,16
 120:17,18 124:11 125:1
 127:11 128:5 133:7,8 173:14
 174:17 178:13,14,16,21 179:2
 179:5,7 180:1,2,4,5,6,19
 186:12
**Gbatala** 14:22,24 15:5 43:1
**Gedeh** 49:23,23
**general** 68:17
**generally** 202:22
**gentleman** 5:14 9:10 64:18
**gentlemen** 6:11 64:9 129:19
 131:17 202:12
**George** 85:1,2,6,8,9,10,12 87:12
 87:22 90:18
**getting** 12:22 13:7 25:23 26:1
 35:2 39:20,24 84:1 115:25
 119:23 171:20,24 188:17
 193:3 196:13,20 197:19
 198:21 199:16 201:1,8,9
**gifts** 32:5
**girlfriend** 104:11,12 123:20
**give** 36:2,5 49:6 60:21 70:7
 73:12 78:12 90:10,25 91:4
 92:3 111:14 112:8,25 116:2
 119:16 124:9 127:13 130:9
 131:14 153:6 157:6 158:6
 165:12 166:12,12 169:11
 172:6
**given** 55:3 77:19 89:23 90:24
 91:6,8 103:15 108:5,6,7,13
 112:18,23 116:8 117:19,20
 118:20 119:23 207:12 208:9
**gives** 118:13
**giving** 90:12 96:24 103:13
 113:22 117:21 120:4 156:11
 194:5
**go** 5:9 10:18 18:2 21:15 22:6,16
 23:3,23 24:18 25:7,11 26:7
 30:5,15,16 31:17 34:23,24
 36:6,10,13 40:11 46:12 59:6,8
 59:11 64:15,19 65:14 85:12
 90:1 94:12 96:7 103:19 104:3
 104:17,19 116:20 117:19
 118:18,21,22 119:1,8,20 121:7
 127:9 130:2 134:9 135:9,22
 140:20,22 141:23 143:7,8,9
 146:15,17 147:15,18,20,21,24
 148:1,6,8,9 150:4 151:7 152:5
 152:6,7,8,9,10,13,17,22,24
 153:1,16,18 163:2,14,16,22
 164:6 168:23 173:14,15 176:1

176:3,23,23 182:1 185:7,9,10
185:12,25 186:11,24 187:4
188:9,13,14,16,18,21,22,24
189:1,4,8 193:17,20 198:8
202:21 204:19 205:4
**God** 118:6 122:20 123:3
**goes** 112:8 125:17 156:4 180:16
**going** 13:5 18:18 20:14 21:8
22:6 24:4,14 32:14 34:13,15
34:17 35:2 39:10 43:6 49:10
50:17 56:12,13 59:13 64:18
89:19 90:22 91:21 100:21
112:9 116:20 118:1 122:12
127:8 130:4,11 135:8 139:18
140:14 151:5 156:21,24
158:14 162:12 167:6 172:17
178:5,15 179:23 188:11,12
202:17
**gold** 50:16,18,20,21,24 51:2
**Golusarsky** 208:5
**Golusarsky's** 208:6
**Gongehn** 2:22 48:25 49:2,7,8
**good** 5:1,2 6:11 13:6 19:7,8 64:6
76:9 79:13,14 92:6 98:10
104:8 110:1,2 123:24 124:2
131:22 145:4,5 148:21 170:22
171:22 195:23,24 203:1
**goods** 15:15
**gospel** 116:2 127:10,14
**government** 1:17 5:17 6:16 8:4
16:16,18,23 18:16 19:11,13,17
19:19,20,22,25 20:4,5,8,10,12
21:8,21,23,25 22:3,10 24:3,10
24:12,25 25:3,5,10,13,15 26:2
26:4,9,12,15,20 27:6 35:19
38:3,11,18,20 39:10 40:4,7,10
40:14 51:10,14,18 55:24 63:11
81:23,25 102:17,20,21,24
103:3 109:9,11,16 156:9 204:7
204:18,23 205:7 207:2,10,11
207:17,24 208:3,9,15
**Government's** 5:13 6:13 8:16
138:23 143:5
**grace** 122:19
**grammatically** 157:3,4
**Grand** 49:23,23
**granted** 29:3
**granting** 208:13
**Graveline** 1:22 2:15 6:16,18 9:16
10:17,21 11:6,11,12 12:19
16:14,20,23
**great** 16:4,9
**green** 58:17,20 59:21 66:23
**groin** 12:1
**ground** 5:21 50:25 147:8,9
**group** 15:13,16,16 54:17,17 80:8
108:25 116:1 125:20 165:11
203:25
**groups** 109:4
**grow** 146:13,22
**grows** 147:3
**guard** 113:23
**guards** 126:19
**guess** 130:16
**Guinea** 13:9 14:6 69:23 175:10
175:11,14 187:4 191:4,4,7
199:25 200:3 201:3,5,10
**gun** 39:18 72:18,20 173:24
**Gunda** 46:14
**Gunde** 46:13
**gunshot** 173:11,11,25
**guy** 119:25 120:1 123:21
**G-b-a-r-r-n-g-a** 119:10

**H**

**half** 156:11 180:8
**hand** 131:19

**handicaps** 154:14
**hands** 110:3
**hand-held** 166:5
**happen** 53:21 72:21
**happened** 5:23 10:12,19 14:1
35:5 53:23 63:9 69:20 76:23
81:18 90:12 103:7,9 117:5
118:16 119:12,17,22 160:21
167:12,14,23 168:11 205:19
**happening** 99:14,16,18 112:10
177:14
**harassment** 123:9
**hard** 9:11
**hard-working** 9:10
**harvest** 180:21,21
**Hayden** 207:25
**head** 53:14,24 78:15 87:2 144:12
170:3 174:4 179:12 191:18
192:2,6,8,12 195:9,11
**headed** 78:16,17 93:22 119:7
**heading** 119:25
**heads** 74:22,23 75:12,12 144:14
144:19,22 154:22,23 170:6,9
170:12 178:24 195:13,16
**healing** 127:12
**healings** 116:3
**healthy** 156:9
**hear** 32:15 145:13 173:11,25
174:23 175:1,3 179:8,11
188:19 203:4,4,10 204:18
208:15
**heard** 67:25 101:20,22 102:9,11
113:18 114:6,7 123:23 141:19
141:20 142:8,11 173:20 175:8
179:13
**hearing** 173:23
**hearsay** 10:16 11:10 12:17
16:12 75:6,8 126:1 169:6
**heart's** 123:25
**Heck-Miller** 1:18 2:18 5:2 27:15
27:18 39:1 44:3,10,20 48:22
48:24
**Hello** 170:25
**help** 12:14 13:2,6,9 25:13,16,23
26:1,4 37:9 50:9 86:20 87:3
123:5,7,11 154:13,14 165:10
**helped** 15:18 16:6 38:21 123:7
**helpful** 103:12
**helping** 12:16 165:25
**Henry** 3:1 131:4,9,24
**herbalist** 55:17
**high** 12:21,22,24,24
**higher** 89:23
**hill** 134:13 135:2,3
**history** 52:8
**hit** 90:9,22
**hitting** 91:12,17,25
**hog** 147:8,9
**Hold** 170:15
**hole** 139:6
**home** 22:6 30:5 32:6 36:10 40:11
134:12,13 136:3,8 148:13,14
161:2,4 183:1,11,12 188:5
**honestly** 73:20
**Honor** 5:5 6:6,17 9:14 10:16,17
16:20,21,23 17:1 18:6,20
27:15 41:14 44:3,10,12 48:22
48:24 59:14 75:7 76:3 79:8
107:2 129:24 130:3 131:1
144:17,25 151:20,23 154:25
169:6 174:22 177:4 195:19
198:12 202:7,8,9,16 203:5,11
204:19 207:7 208:16 209:12
**hope** 209:14
**hopeful** 25:23 26:1
**host** 156:25
**hostile** 18:4,7,15,18,19
**hotel** 20:7 29:14 100:12,14 127:3

207:18,22
**hour** 116:20 156:11
**hours** 23:4,5 34:20,21 106:10
**house** 27:7 34:12,13,15,18,20,22
34:24 35:1,9,22,25 36:2 39:12
39:14 40:5,8 58:20 64:2,4 65:7
134:16 135:1,8,9,10,12 148:7
148:8,10 154:4 161:12,13,14
161:15,16,17,18,20,22,23,24
162:8,19,19,21 163:24 167:11
172:8 183:6,15 184:1,17
193:12,14,17,20,22,23 205:15
**houses** 58:8,9,11,12,13,16 59:1
153:7,8
**Howard** 102:12
**huge** 192:21,22
**Huh** 158:23 159:16 160:20 165:3
171:9 172:4,9,19 173:7 174:7
175:17,21 176:2,12
**human** 103:10 170:9
**humiliations** 123:1
**hurry** 98:9
**hurt** 38:21
**husband** 11:8,13 160:19,21
175:8,9

**I**

**Ibeagha** 5:8 156:12 166:4 209:13
**idea** 88:13 209:2
**identification** 3:16 4:8 44:1
**identify** 4:6 23:19 198:10
**identifying** 76:13
**IDP** 62:23,24 73:6 140:15 150:23
150:24
**IDPs** 65:8,24 77:19,22 92:18
115:15,18 139:10,13,18 140:3
140:8,12 150:6,9,14,17 151:5
151:6,9,14 152:5,20 174:10
176:10 191:13,21 192:1
**III** 1:10 48:15
**ill** 156:10
**image** 58:8,13 59:14,17 62:11
63:21 65:3,15,21 66:18,21,22
67:2,5,6,7,16 68:25 76:19
128:14,16
**imagine** 209:10
**imagined** 13:4
**immediately** 53:2
**Immigration** 14:10 137:21,22
**important** 16:1 28:4 130:15
**impossible** 78:11 112:22
**incarcerated** 117:7
**incarceration** 55:3
**include** 93:21
**including** 54:4 72:1 156:18
**incorporating** 157:11
**incorrectly** 157:4
**indecent** 123:23
**INDEX** 3:14,21,24
**indicated** 4:8
**indicating** 17:2 174:5
**Indictment** 203:12,15 204:8,21
205:2 206:7
**indigent** 208:1
**individual** 23:13
**industry-standard** 4:8
**influence** 28:10
**inform** 29:1
**information** 90:9,13 91:20 92:12
103:13,14,15 112:9
**informations** 92:10 103:12
**informed** 5:8 10:15 11:9 29:3
**ingredients** 111:13
**Initially** 7:19
**initials** 62:24 63:1 126:9
**injured** 55:11
**injuries** 11:22,24

**inquisitive** 129:15
**insecurity** 91:11 120:25 121:2
**inside** 32:2 96:19 178:10 190:1
198:8 199:4,7
**instituted** 51:18
**institution** 117:21
**instruct** 130:20
**instructed** 131:19 206:24
**instruction** 77:17 90:24 91:6,23
113:22 120:20
**instructions** 73:12 115:13
**insurgent** 205:25
**int** 207:19
**intelligence** 51:21,21 52:3 55:7
56:2 57:20,23 81:21,24 109:15
110:17,18,20 115:7 122:13
**intend** 18:3,3
**intended** 73:5 120:15
**intends** 208:18
**intention** 207:24
**interaction** 5:15 89:11
**interested** 123:11
**interesting** 111:14
**interests** 9:18 18:19
**interim** 8:4,5,16
**internal** 63:5
**internally** 63:2 69:20 73:7 92:18
**International** 23:23 39:7 140:16
**Internet** 9:22
**interpret** 157:2 179:23
**interpreter** 5:9,12 49:9,10,11
50:17,19 130:5 131:3,17 146:9
156:6,8,15,16,25 157:5 164:20
165:11,21 166:7,8 168:20
172:5,10,20 173:8 175:18,22
176:13 179:21,25 188:12
189:3 192:6,25 198:6 201:16
209:15
**interprets** 156:25
**interrupt** 130:22 157:15
**intervene** 123:8 124:3,5,13
**intervened** 123:12
**intervention** 124:18
**interview** 123:14
**interviewed** 100:23,24
**intimidate** 203:19
**investigate** 42:7,9
**Investigation** 206:11
**investigator** 126:24
**invitation** 116:14
**involve** 58:5
**involved** 9:3 117:13 205:24
**involvement** 206:14
**IRC** 140:13
**issuance** 208:13
**issue** 55:6 93:20,20 129:24
208:11,19
**issues** 123:15,17
**items** 72:24,25 73:2,4 124:8,8
**itinerary** 36:20
**i.e** 4:9

**J**

**J** 48:14
**jail** 190:12,14
**January** 186:1,2 196:7
**Jeep** 192:21,24,25
**Jeremiah** 46:13
**Jewel** 102:12
**job** 53:7 81:20,21 82:9 98:15,17
130:8 136:15 187:20,21,22,24
**John** 2:2 102:10,11
**Johnson** 41:2 102:6,8,9 187:19
**john_wylie@fd.org** 2:6
**join** 54:10,11
**joint** 71:24,25
**Jr** 1:8,9 46:14

**Judge** 1:14 41:23 43:24 48:20
64:12 116:19,24 127:15
128:13 129:18 156:2 166:1,1
170:16 181:4 203:7
**judgment** 203:11 204:14 207:13
**July** 89:24 196:7,10
**jumped** 53:2
**junction** 13:24
**June** 196:10
**Jungle** 68:17
**JUROR** 202:23,25
**jury** 6:8,9 44:20 64:11,24,25
129:22 130:10 131:1,6,7
157:14 203:2 205:4,17 206:5
206:24 207:4 208:23 209:3
**Justice** 1:22

**K**

**K** 49:7
**Kakata** 52:24 53:8 116:4 127:11
**Kamara** 5:15,18 6:1 8:10,11,20
9:5,19,25 10:12,22 11:2,7,16
11:19 12:6,12,24 13:7,10,15
13:20 14:25 15:1,2,4,8,12,18
203:15,21 204:6,11,16,21
205:11,19,21 206:6,8,23
207:13 208:4,5,10
**Kamara's** 9:8 208:7
**Kardor** 85:1,2,6,8,9,10,12 87:12
87:22 88:13 89:18 90:18 91:7
91:20 98:19 99:25 120:21
**KAREN** 1:17
karen.rochlin@usdoj.gov 1:20
**keep** 109:22,23 135:8
**keeping** 62:1 121:11,16
**kids** 40:22
**kill** 123:25 181:1
**killed** 181:3
**kind** 30:23 62:19 73:2 77:24 78:5
78:6 104:8,24 105:3,6 115:4,9
154:10 156:8 161:4 205:24
**kinds** 161:5
**Kingdom** 6:22
**kitchen** 168:21 169:1
**Klay** 204:2 206:10,21
**knee** 12:2
**knew** 10:1 14:13 20:21 33:20
101:9,11 121:7 206:8,9,15
**know** 8:10,11 10:1,2,4 18:5
20:24 29:15 32:14,20 35:20
37:11 45:16,18,22 46:15 47:6
47:9 53:5,17 61:1,14,16 64:17
66:22 68:15 69:17 70:1,3,15
70:17 72:7 77:10,22 90:5
101:19,20 102:6,8,10,11,12
103:9 104:5 110:11,16 113:13
115:6,6,23 116:15,16 120:1
123:24 129:15 130:5,21,21
131:20 135:3 138:20,21 141:3
141:8,18 151:1,1 156:3,7
157:14 164:8,8,10,12 166:3
179:17 185:20 191:11 192:14
192:15 197:10 200:6,7,19
202:16 208:18
**knowledge** 9:17 16:5 48:2 62:3
**known** 12:6 37:5 113:15,17
**Kpadeh** 47:6
**K-a-r-d-o-r** 85:5

**L**

**labor** 98:17 107:9,12 112:16
**lack** 75:7
**ladies** 6:11 64:9 129:19 131:17
202:12
**laid** 175:4
**Land** 72:5
**landed** 32:7,8,11

**laptop** 41:23
**larger** 45:4
**laryngitis** 131:17 156:17
**lasted** 80:13
**late** 7:4 57:13 70:10 121:25
122:1 124:6,7 196:9
**Lawrence** 2:22 48:25 49:2,6,7,8
49:9,14 50:7 51:8 52:9 55:20
56:12,16 59:17 64:12,15 65:3
65:7,22 66:11,21 69:2 75:2,15
76:6 79:1,13,17 81:4 82:19
84:1 94:19 95:9 100:2,19
101:7 102:16 103:6 105:15,25
107:4 113:1 114:18 115:1,20
116:8,9 117:3 120:19 124:19
124:22 127:17 128:16 207:17
208:14
**lawyer** 29:13,13,15,17,17,20
30:7,13 36:7
**lead** 18:3,22
**leadership** 117:16
**learned** 141:4
**leave** 12:14 15:19 21:2,3,8,11,13
74:8,14,17 120:24 127:12
135:18 169:21 173:14,21,23
175:14 178:8 186:8,22,25
**leaves** 64:11 129:22 203:2
**leaving** 15:23
**led** 109:21 116:1,1
**left** 9:20 12:2 15:22 23:23 30:15
31:20,24 32:2 33:19 41:8
62:12 63:4 65:7,8,12,15 66:8
91:3 93:21,21 106:3,4 116:22
122:2 135:19,20,21 141:24
167:25 169:3,24 173:16 178:2
178:12,13 179:5 180:1 186:9
186:23 187:5 191:4 193:17
**legal** 205:6
**legally** 10:2,4
**Legend** 46:14
**legs** 12:1
**lengthy** 115:9
**letter** 47:19 199:18
**letters** 45:11 48:13 66:9 199:17
199:19
**let's** 6:8 18:22
**liaison** 118:11,12
**Liberia** 7:1,3,4,5,8,14,15,25 8:2
8:3,13 9:12 12:15 13:7,8 14:14
14:18,19 15:19,22,23 20:14
23:1,24 24:14,18 25:7,11,16
26:7,10 29:4,6 30:16 31:2,12
31:15,18 36:6,19 38:1,14
39:24 40:24 41:1,3,8,11 42:7,9
42:14 49:24,25 51:8,22,24
52:1,11,14,18 54:17 56:5 68:2
69:22 80:3,12 100:6,8,20
108:24,25 109:1,2 117:6
121:12 126:24 132:9 145:8,9
145:14 159:7,21 174:2,25
182:5 187:5,8,12,16,17 192:9
192:14
**Liberian** 14:9 60:15 101:17
**license** 13:18
**lie** 21:23,25 22:3
**lied** 21:21
**life** 133:3 186:6
**light** 149:1 207:2,2,11
**Line** 3:17,17
**links** 206:15
**list** 122:14
**listened** 16:9
**little** 63:13 79:18 117:12 125:1
125:16 128:4 147:3 150:6
181:23 183:19
**live** 21:17 37:16 49:20,22,23
57:14,16 63:19,22 64:2 90:11
124:19 132:24,25 133:1,1,2

135:15 145:8,9,14,15,16
149:25 153:5 158:16,17,18
160:7,15,17 161:14 171:1
178:9 182:20,22,23 183:16,17
183:19 184:17 185:1 188:4
199:4
**lived** 7:1 60:21 124:24 125:5
129:7 133:3 135:16,16 153:13
160:2 184:23,23 186:6
**lives** 37:18
**living** 50:7 51:8 57:24 58:14,18
59:1,3 65:16 82:15 104:17,21
133:15,16 145:19 160:23
161:10 164:10,12,24 171:2,14
171:17 184:4,5,6,10 186:18
190:1
**loads** 174:3 191:18 192:2,6,8
**located** 11:24 95:14,15,19 134:1
**lock** 47:10
**Lofa** 7:21 45:3 68:3 69:23 83:24
83:24 90:4,9,22 91:12,17,25
93:15 119:25 125:3 134:7,9
135:25 136:1,4,9 139:15,16
141:1 145:25 151:10,14
159:18,19,21 163:5,19 164:4
174:13,14 182:23 183:12,13
184:23 185:1 186:6,8,9,18,22
186:25 188:4,20 191:13 196:2
196:4
**long** 9:5 26:21 57:12 73:25 78:1
78:8 100:2 120:8 121:22 130:9
160:2 161:24 168:9,9,25
175:11,13 177:20 178:4,4,12
178:14 180:6 183:22 193:25
203:5
**look** 15:15 43:8 45:21 48:5 56:16
59:14 76:10 87:6,9 96:10
148:21 162:12
**looked** 12:5 43:17 115:11 138:25
139:2 168:3
**looking** 35:19 44:25 50:25 57:16
63:14,18 65:3 127:20 135:7
168:24 209:11
**looks** 46:2,14,16 47:15
**lose** 156:11
**losing** 5:9
**lost** 11:22 12:4
**lot** 9:11 12:4 28:10 67:20 72:13
165:13 166:14 171:24 172:1
172:13,14 191:13,17,18
**lots** 14:13 15:11
**loud** 23:21
**lover** 104:12
**low** 13:1
**lower** 11:25
**Luckily** 169:8
**lucky** 53:3
**luggage** 30:18,21,24 31:20,23
32:2,5
**lunch** 116:20 129:19
**lunchbreak** 156:14
**Luncheon** 130:24
**LURD** 68:13,20,23
**L-U-R-D** 45:11 68:13,20

**M**

**M** 1:8,13 48:13 131:24
**maintain** 203:17
**majority** 42:18
**making** 84:14 86:20
**Mama** 3:5 158:2,11,12 178:23
179:3 180:3
**man** 8:10 32:21 116:2 118:6
123:15 127:14 138:21 167:13
167:18,21,21,22,22 168:1,3
175:4

**management** 7:14
**managing** 7:19
**mandated** 120:18
**Mandingo** 205:22
**Mandingos** 205:23
**manning** 14:7
**March** 70:10
**Margibi** 14:5
**mark** 63:21 117:13 125:9 183:17
183:19 191:5,6,11
**marked** 3:15 44:1 72:1
**market** 15:11,12,13,15
**married** 9:25 10:2,4 50:1 132:20
160:9
**Marshal** 50:9 207:22
**Marshal's** 207:25
**Maryland** 21:18,19 32:9,12
**Master's** 6:25 7:9
**material** 87:9,10
**matter** 10:18 18:18 38:20 205:10
207:18 210:3
**matters** 207:8
**Matthew** 2:20 41:18,20
**mattress** 91:8 119:23,24
**mattresses** 119:24 120:2
**ma'am** 158:5 181:5
**McARTHUR** 1:9 203:18
**mean** 18:21 56:2 63:3 68:10 77:4
77:5 78:9 89:16 106:13 113:25
114:1 115:5 117:18 124:7
126:8,9 137:25 196:22,25
**Meaning** 84:4,9,11
**means** 18:19 50:14 54:25 94:9
106:2 117:10 200:6,8 203:20
**meant** 200:11
**MEDINA** 2:8 210:5
**medium** 146:3,6,8,9,11
**meet** 8:12,14 13:10
**member** 51:10,14 80:3 205:21
**memory** 78:10
**men** 51:3,6 66:25 72:12,14 74:16
74:16,22 78:21,23 111:18,22
112:5,13 114:7 125:23 142:25
144:11 169:13,13 170:3
192:21,22 204:1
**Mentee** 61:11,12
**mentioned** 61:16 91:12 122:24
125:6,18
**men's** 144:14
**mercies** 123:3
**merely** 205:1
**met** 10:4,10 18:14 116:14
**meters** 15:10
**Miami** 1:2,6,19 2:4,9,9 30:15
31:21,24 32:2 100:12 210:6,7
**microphone** 49:12 50:8 132:2
145:12 166:6 181:13,23
**middle** 180:10,14 192:4
**Miguel** 2:3 101:8,9,14
miguel_caridad@fd.org 2:5
**miles** 53:25 128:9,10
**militaries** 55:6
**military** 51:20,24,25 52:24 53:2
54:15 56:1 58:2,4,6,19 65:17
83:6,12,14,16,18,21,22,23
84:2,6,18,21,24 88:25 89:1,3,4
89:11,17 90:6 92:4,4 95:12,13
95:14,15,25 96:3,7,10 97:7
103:22 107:25 108:6 109:22
110:3 115:7 117:24 120:13
122:23 123:8,12,15,17,20
124:3 128:23,24 138:21
149:19 198:16 199:1
**militia** 14:8
**militias** 14:10 111:12
**militia's** 57:25
**mind** 14:15
**minds** 206:19

**mine** 123:7
**Mines** 181:20,21 182:2
**mingled** 15:13
**minister** 88:2,5 117:16 118:11
  118:22 122:24 136:16,17
  145:21 149:22,23
**Minister's** 118:11
**Ministry** 55:19 87:21,23,24 88:2
  88:13,16 89:20 117:14,23
  121:10,13,14,15
**Mini-size** 146:7
**minute** 133:10,11 170:15
**minutes** 23:9 34:22 64:16 74:2
  78:13 128:12 136:5,6 149:9
  183:2,24,25 184:1,2 188:6,7
  203:6
**misperceived** 206:17
**missed** 192:4
**moment** 48:19 50:11 76:3 79:7
  107:2 127:15 128:13 144:17
  151:20 177:3 202:7
**Monday** 152:9,10,10 202:15,17
  202:19,21 209:13,18
**money** 25:16,21 37:8 82:22 83:1
  154:13
**monitor** 44:19 58:2 108:23
  112:11
**monitoring** 80:7
**Monrovia** 8:13 31:2,12 36:18,19
  37:9,14,16,21 49:15 51:1
  52:24 102:4,5 116:5 118:25
  120:6 121:7 140:24 160:16
  175:24 176:1,3
**month** 70:3,5 71:11 89:23
  156:22 171:11 173:3,4 178:17
  180:8,12,12
**months** 70:7 117:11 139:18
  140:2 166:20 173:3,4 177:1,2
  179:22 180:21,23 185:20,21
  191:21
**Montserrado** 49:15,16
**mood** 78:5,6 115:4,9
**morning** 5:1,2 6:11 19:7,8 64:10
  79:13,14 131:22 147:24 148:1
  163:11,14 176:20 202:15,19
  203:4 209:18
**mother** 164:18,20
**motion** 6:4 203:10 207:9,14
**motions** 203:13
**motive** 5:22,24 204:24
**motor** 55:11
**move** 5:20,25 43:24 75:6 93:24
  94:4,9,10 96:12,14,25 126:21
  173:25 178:2,3 203:11 204:14
**moved** 94:6 97:2,4 169:2,9
  178:10
**movement** 55:5 65:17 83:6,11
  88:24 89:2,6,17 95:13 110:2
  111:12
**movements** 95:12
**moves** 62:2
**Mulbah** 8:10,11,12 11:16,18
  13:25 14:4
**M-e-n-t-e-e** 61:15
**M-o-n-t-s-e-r-r-a-d-o** 49:16

**N**

**name** 6:19 8:10 23:6,20,21 28:8
  32:15,18,20,25 33:5,5,8,14,17
  33:18 49:6,7 61:16,19 68:13
  68:18 75:25 85:4 101:19
  113:18 123:22 127:18,20
  131:22 158:10 181:17,18
**named** 5:14
**names** 60:21
**Naples** 80:23,25 94:16 197:25
**national** 6:8 10:15 14:9 60:15

117:16 121:13,14,15 208:11
**nations** 80:4,6 140:12,13
**nationwide** 8:1,23
**near** 15:4,7 56:10 57:4,6 71:19
  74:23 81:12 105:14 132:10
  133:5,6 143:15,18,21,24 144:2
  144:5,8,12 145:15,16 148:16
  148:18 156:22 162:8,19
**nearby** 105:10,12
**nearly** 130:13
**need** 5:11 34:19 41:23 83:22
  116:19 130:4,8,14,16 166:5
  204:23
**needed** 5:10 25:7
**neighborhood** 37:16
**neighbors** 170:8
**neutralize** 203:19
**never** 106:16,18,22,24 175:3
  178:25 179:13 181:2 195:12
  200:13,18
**new** 8:6 200:15,17
**night** 99:2,5,12,13,15,17 106:11
  107:1 110:4,6,7 111:2 166:19
  176:17,18,20
**Nimba** 7:21 13:8 14:5
**normalcy** 55:18
**normality** 89:22
**North** 2:9 210:6
**note** 86:21
**notebook** 43:6
**notes** 86:16,19 87:2,6,9 97:9
**notice** 67:18 69:14 190:13,14
**noticed** 52:25 72:23
**notified** 207:24
**notion** 114:2
**November** 121:25 185:23,24
**NPC** 9:2
**NPFL** 9:1 48:15,16 54:4,7,9,10
  54:11,12,13,14,16,17,23 67:6
  67:11 79:25 107:6,7 108:10,10
  117:7
**NSA** 60:18,19 124:12
**number** 46:15,18 116:3,6,7,7,15
  127:12,14
**numbers** 43:16,17
**numeral** 48:15
**N.E** 1:19
**N.W** 1:23

**O**

**oath** 42:5
**object** 18:6 203:16 204:3,9
**objection** 5:16 9:14 10:16 11:3
  11:10 12:17 16:12 44:3 75:6
  126:1 169:5 208:17,21
**objective** 205:7,8
**objects** 131:2
**observation** 156:19
**observations** 84:11,14,24,25
  85:13 86:7 88:8 111:15,18,21
  112:5
**observe** 55:5 81:18 83:16
  103:22
**observing** 83:5
**obtain** 118:5 121:4 208:7
**obviously** 209:7
**occasions** 124:3
**occupation** 50:11,12,13
**October** 1:7 185:25 196:5,6
**offer** 205:8
**offered** 10:17 42:24 117:23
**offering** 117:22
**offers** 118:11
**office** 1:18 2:3 13:13,19 62:3,4
  62:18,20 137:13,14 143:11
  208:6
**officer** 55:7 57:21,23 118:12,12

**officers** 53:2 96:10 110:21
**offices** 137:12
**official** 2:8 62:5 210:6
**Oh** 32:3 104:5 118:10 126:16
  169:4 170:23 178:17 198:12
**okay** 49:13 50:17 57:19 67:23
  68:13 69:8 70:14 113:13 129:8
  142:3 159:9 164:1 178:18
  181:13,14 196:21 201:4
**old** 27:19,21,23 40:20 159:23
**older** 27:25 28:2
**once** 10:5 14:1,3 15:7 32:25
  110:20 112:23 141:4 152:24
  180:5 197:1
**ones** 42:23 43:16 197:2
**open** 4:2,4 19:1 158:1
**opened** 47:9 73:10
**opens** 118:12
**operation** 109:23
**operations** 7:19,25 8:19 16:4
  80:8 90:6 119:16
**opinion** 109:18,25 110:23
**opponent** 205:19
**opponents** 203:20
**opportunity** 10:6 11:15 55:3
  81:17 117:19,21
**options** 121:1,2
**order** 9:12 13:10 78:23 86:4
  88:12 92:9,13 118:8 141:23
  143:21 144:2,11 172:12
  194:21,25 195:8 204:20
  207:21 208:8,9,12,12,17,18
  208:20,22 209:1,17
**ordered** 120:20 144:14 195:11
**ordering** 207:21
**orderly** 92:6
**organization** 52:22 67:5 108:1
  124:9
**originally** 107:4
**orphanage** 54:21
**outside** 9:18 23:9,16,18 34:2
  64:13,15 124:25 154:6
**outskirts** 13:23
**overarching** 204:10 205:2
**overhear** 75:11 170:11
**Overruled** 11:5 12:18 16:13 75:9
  126:3 169:7
**owner** 51:5

**P**

**P** 48:13
**packed** 32:2
**Page** 2:13 3:17,17,22,25
**paid** 20:7 26:12,15 82:16,19,21
  90:12 91:9 115:25 117:20
  122:4,20,21,22 207:17,19
  208:2
**paint** 66:23
**palavar** 193:12,14
**palm** 134:21,22,23,23
**paper** 44:21 85:19 97:15 119:24
**Pardon** 112:12 149:16 153:11
  189:7 196:3
**parentheses** 46:15
**Parker** 2:14 5:14,16,18,24 6:5,13
  6:16,20,21
**parole** 117:8,9,10
**part** 14:15 15:15 31:17 33:19
  46:11 48:8 51:22 52:11,14
  54:13,14 55:21 77:18 91:18
  92:1 94:25 95:11 97:6 135:19
  135:20 138:12 149:15,21
  192:4 198:14,16 201:16
  206:13
**participate** 37:5,8
**particular** 73:19 76:1 166:17,20
  204:15 205:1,16

**particularly** 18:8
**parties** 209:3
**partnership** 51:7
**party** 18:8
**pass** 14:19,22 92:24 93:2,5,7,18
  93:20,20 94:12,14 121:7 136:9
  136:10,10,12 152:14,22 164:7
  164:7
**passed** 14:11 15:4 63:12 93:9
  94:4,6 160:19 168:13 189:4
**passenger** 15:2 77:8
**passes** 178:4
**passing** 67:15 151:10 171:13
  174:15
**passport** 33:11
**pathetic** 122:19
**patriotic** 9:11
**patrol** 87:16,18,20
**Paul** 56:10 57:4 59:8 68:16 81:14
  82:17,24 88:9 95:19 113:2
  117:4 121:19,22 122:8,11
  132:10,11,12 145:15,16
**pay** 19:22 26:19 100:10 207:22
**paying** 82:11 100:14 130:21
**payment** 117:20 208:13
**payments** 100:17
**peace** 9:12
**Peacekeepers** 41:11
**peace-keeping** 41:7,15
**Peewee** 3:9 181:7,8,18
**pen** 85:21,22,23 97:15
**pencil** 85:21
**Pennsylvania** 1:23
**people** 12:16,21,22 14:13 53:3,5
  53:6,7 60:21 63:5,11 69:21
  70:11 72:13 73:7,16,17 75:12
  77:5 83:24 84:20,20 87:24
  88:9 90:1 92:18,21,24 93:2,5
  93:12,14,15,15 94:1,3 95:4,6,8
  101:6 102:16 105:22,24 110:8
  110:11 111:15,18,21 112:20
  116:3 117:24 122:21 123:5,7,8
  123:9,10,10 124:14 125:20
  126:15 128:18 130:12 134:23
  142:18 147:13 151:3 153:5,10
  153:12,12,20,22,23 154:19
  161:3 163:3,4,4,17 164:12,16
  164:18,21,24 165:4,6,11 168:2
  168:6 169:1,2,12,15,21 172:3
  172:6 173:11 174:1,3,6,8,14
  174:16 179:4,8,9,9,11 185:10
  189:6,15 191:17,18,23 192:3,9
  201:2,11,20 202:5 206:10
**people's** 179:12
**perceived** 203:20 205:19,24
  206:6,16
**percent** 47:8,11 94:1,3
**percentage** 51:5
**perimeter** 59:5 104:22
**period** 74:9 117:7
**permission** 24:22
**permitted** 152:22
**Perry** 8:4
**person** 12:5,11 25:7,10 28:4,10
  33:10,12,13,14 61:7 63:2
  76:13 90:4 112:23 127:13
  168:2
**personal** 9:17 52:8 156:19
**personality** 9:8
**personally** 113:18 123:17 164:8
**personnel** 54:15 73:18,23,24
  110:22 122:23 124:12 125:12
  128:24
**personnels** 128:23
**persons** 5:18 54:4 69:14 137:5
**person's** 32:20 33:8 195:9
**persuade** 29:9,11
**persuasions** 123:25 124:1

persuasive 123:25
ph 53:15
phone 15:24 40:16,18
photo 44:20
photograph 44:15 46:24 47:2,4
  56:12,17,21,23 62:12 65:12
  124:25 198:2,3,4
photographer 124:25 198:5
photographs 43:10
photos 42:18,20,23 43:13
physical 11:21
pick 19:25
picked 13:24 20:3
picture 63:18 69:1,10 76:6,8,11
  81:3,6 125:7 133:20,24 134:12
  134:15 135:4,11 136:23,25
  137:1,20 138:7,8,9,10,11
  139:5 149:10 162:15 183:5,7,9
  184:11,15 198:7,7 199:12,14
  199:15,19,21,23
pictures 42:15,17 43:4,6,7,21
pitch 127:10
place 37:25 53:15 60:3,4,7,17
  63:14 66:24 91:23 93:8 104:5
  104:21 106:3 137:21,22
  165:12
placed 13:19 89:14 206:20
places 97:4 206:21
Plaintiff 1:5
plan 13:7,11 32:7,8,11 36:11
plane 22:12,14,24 39:21,24
  100:5,8,10
planning 7:9,10 30:16 32:4 35:2
  37:25
plant 146:15,18,19,20 147:18,19
  147:20,20
planted 121:8 180:20
planting 179:22
plates 13:18 163:23
play 52:22 125:12
playing 52:23,25 53:3,6,6 104:18
please 6:8,10,19 41:17 46:21
  48:11,19 49:6 50:23 58:1
  59:15 63:21 64:10,16,24 65:1
  66:5 68:25 71:23 74:1 76:4
  85:4 86:22 95:22 96:15 98:6
  112:1 114:15 117:5 124:20
  125:9 129:20 131:6,19,23
  133:17 138:5 143:17 145:10
  146:5 155:4 189:21 190:4,16
  202:20 203:9
pleased 109:21
pleasing 108:14
plenty 165:15,16,20,21 173:18
  174:18 191:5,16
plum 104:17 125:6,6,11,15,17
  134:17,18,19,20,24 135:2,7,7
  135:9 153:22,23 162:8,17,19
  162:22 189:6,8,10,12,13,17
pocket 71:16 72:17 75:24
point 10:6,11,22 12:16 15:1,8,25
  64:6 66:2 125:9 206:3,4
pointing 67:15
police 14:9 43:2 60:12,13,15
  72:1,1,23 77:19 122:22 204:1
  205:12
popular 127:14
populated 7:20
porch 59:21 62:8
position 13:6 54:16
possible 93:13 105:21
possibly 122:7
post 66:23
posted 83:23 84:2,6
posture 207:1
post-disarmament 8:22
power 123:21 203:17
practice 154:8

practicing 154:7
preach 116:2 152:8
preceding 157:12
Precisely 54:24 80:9 99:20
  111:17
predicated 89:19
premise 205:6
prepare 86:20 98:12
prepared 208:9
preparing 90:14,21
present 50:10 51:1 156:15,16
  207:22 208:24
presented 203:15,21 207:12
presenting 101:13
presently 49:20 137:5,6,25
presents 31:23 157:5
preserve 203:17
presidency 203:18
president 8:2,5,6,8,9 40:24 41:1
  51:19 52:6,7,18,20 68:3 70:20
  80:21 115:6 166:24 174:21,25
  175:2,2,5,16,20,20 187:12,16
  187:17 192:15 205:14
President's 141:18 142:8,11
  171:5
pretense 91:20 121:8
pretty 47:24 79:16 128:8 147:15
prevent 39:20,23 40:1,13
previous 7:12
previously 5:20 6:4 10:10 12:7
  19:9 203:13
pre-date 5:24
primary 103:10
prior 5:21
privacy 208:7
probably 91:19,19 126:18
  185:25
problem 14:16 99:4
problems 157:1,6
procedure 208:1
proceed 6:12 13:22 15:6 49:10
  207:4
proceeded 13:21,23 14:5
proceeding 130:15 131:2
proceedings 1:13 4:2,4 18:1
  19:1 156:1 158:1 210:3
process 13:14 53:24 54:3 120:7
product 98:10
profile 12:21,22,24,24 13:1
program 37:6,8,9,11,12 38:6
programs 7:14 8:24,24 154:9,10
progressed 7:23
property 34:3
prosecutor 64:20 130:6
prosecutors 25:23 27:3
protect 203:17
protecting 123:10
prove 204:23
provide 51:11 55:22 82:5 140:17
  205:12
provided 206:3,4
provides 157:8
providing 156:18
Public 2:3
publish 44:12
punish 203:19
punished 124:15
purpose 93:18 203:22,23 204:8
  204:8,10
Pussy 47:16
put 13:20 30:20,24 43:7 45:16
  46:22 53:4 63:24 73:10,11
  76:13 82:2 87:3,9 94:25 98:1,7
  169:23 172:16 183:17 189:12
  192:12 206:16
P-a-r-k-e-r 6:20
p.m 116:23 117:1 129:22 130:1
  130:24 131:7,11 145:2 152:1

155:3 158:4 170:19 177:7
  181:6,10 202:11 203:2,8

**Q**

quasi-government 8:17
question 9:15 20:23 21:1 22:2
  30:12 35:15 47:22 64:20 73:20
  81:4 84:6 86:21 95:16 96:15
  96:20 98:6 118:8 130:17
  157:11 159:5 165:23 172:5,10
  172:20 173:8 174:23,25
  175:18,22 176:13 188:11
  189:3 196:21 198:6,20
questioned 205:14
questions 16:21 18:9,13
  27:13 39:1 41:13 48:20,22
  64:18 94:18,19 103:3 116:17
  130:6,14 151:23 154:25 177:4
  181:12,15 202:8,9
Quick 188:23
quickly 5:5 130:7 157:10
quiet 15:10
quieter 14:3
quite 9:13 15:9 27:25 28:2 96:12
  96:14 130:12

**R**

R 210:1
rain 146:19 196:8,9
raining 169:9
rains 186:4
rainy 197:3
raise 131:19
rallies 154:11,13
Randall 13:24
Randy 100:23,24 101:1,6 115:20
  115:23 116:6,15 126:24
ranging 14:9
read 43:16 46:10,11 47:12 204:9
  208:23
reading 202:20
reads 118:12
ready 171:20,24 172:22
realizing 89:22
really 12:5 47:19 98:22 110:17
  129:16 139:23 159:6
REALTIME 1:25
reapply 108:11
reason 20:16,18 31:17 84:14
  89:19 130:19 150:4 197:3
  201:3 205:12 206:5,25
rebel 54:17 186:10,23
rebuttal 209:5,10
recall 91:15
receipts 38:7
receive 23:5 25:16,18,21 29:14
  37:8 122:17
received 3:15 44:9 112:13
receiving 83:9
recess 64:7,10,23 129:20,23
  130:4,24 156:5 202:13 203:3,8
recognize 33:14 43:9,9,12 44:15
  46:24 48:8 56:19,25 69:1 76:8
  76:11 133:22 136:23,24
  137:18 138:18,19 183:7
  189:23 190:6,18
recommendation 109:24
recommendations 87:17 103:16
  112:12 119:18
recommended 110:1
reconnaissance 54:23 55:1,2,5
  82:6
record 6:19 43:25 131:2 156:14
  156:15 157:1 198:11,12
  203:24,25

recording 55:4
recruited 7:23 9:6
red 43:7,8 48:10 59:19,21 138:14
  138:15 140:16,20 149:10
  193:17
redacted 49:19 132:15
Redirect 2:19,25 3:4,8 39:2,4
  116:18,25 151:24,25 177:5,6
redish-brownish 45:19
red-roofed 45:7 46:8 61:23,25
  62:4,7 67:19 69:6 78:20 96:17
  99:14,16 129:7,8,11,14 190:22
refer 118:11
referred 45:7
reflect 156:15
refugees 63:5,7,9,15 92:15
  140:3 165:13,18,25 166:11,14
  166:17 174:10 176:24
regard 89:2
regarding 104:7 202:21 204:4
  208:4,13
regards 98:23 109:22 111:12
  123:1,8
regime 206:1,7
region 7:21
register 54:20
regular 122:21
regularly 106:13
reintegration 8:24
reiterate 94:20
relate 11:7,13 206:12
relations 89:3,4
relationship 58:3 110:2 120:14
relationships 92:4
relatives 31:7,9
relax 106:25,25
relaxation 106:24
release 117:11 206:22
released 108:10 117:8
Relevance 16:12
relief 124:8 208:20
relocate 25:16 37:9,14,15,23
relocating 37:25 38:4
remaining 207:14
remember 11:18 37:3 45:2 46:3
  46:5 47:3 60:24,25 61:7,10,11
  69:12 71:11 72:13 73:19 77:6
  79:18,22 81:3 87:3 94:13,19
  94:22 95:1 96:16,20,22,24
  106:1,1 123:18 124:5 126:16
  126:16 139:10,18,23,24 141:1
  142:19 149:9 150:9,10,12,14
  151:17 166:14 167:3 171:8,10
  171:11,11 175:15,19 176:8,24
  177:1,2,9,13,15,16 178:6
  180:9,18 192:20,25 197:11,13
remote 104:6 105:8,9,11,12
remove 45:22 66:19
renew 203:12
repeat 20:23 21:12 22:2 24:11
  24:17 25:4,9,25 27:5,20 28:1
  30:10,12 31:22 32:10 34:14
  35:8 37:7 39:13,22 40:6,17,25
  53:11 64:19 82:3 89:15 130:6
  132:3 142:2 143:17 146:5
repeated 130:10
report 55:6 58:3 84:17,20 85:14
  85:15,17,19 86:2,4,5,7,8,14,17
  86:20 87:4,10,12,15,17 88:12
  89:18 90:6,7,14,17,18,19,20
  90:21 91:1,1,5,6 92:7 97:13,16
  97:18,20,21 98:1,7,9,12,24
  99:1,2,2,3,5,7,10,11,13,15,17
  99:23 103:16 110:7,9,20
  111:11,11,14 120:4,10,11,12
  120:13,17,18,20
reported 2:7 85:10 88:9 98:22
Reporter 2:8 210:6

**Reporter's** 3:12
**reporting** 87:24 91:24 109:19 110:12,15
**reports** 90:10 92:3 110:4,6,18 112:13,20
**represent** 43:21
**representing** 8:18
**request** 207:13
**requested** 208:6,20
**residence** 61:8
**resistance** 18:10,13
**resolve** 117:14
**resolved** 208:11
**respect** 134:19 207:12
**respective** 206:22
**respond** 32:25
**responded** 33:5
**response** 35:6 41:10 64:18 162:1 201:17
**responsibilities** 7:17 8:20 166:10
**responsibility** 165:18
**responsible** 7:24 8:22 63:12 117:15 122:25
**rest** 106:24 156:12
**restate** 157:8
**rests** 16:23
**result** 26:2 90:21
**Resume** 4:2,4
**return** 20:14 29:4,6 38:13 105:4 129:20
**returned** 55:18
**returning** 18:10
**returns** 6:9 64:25 131:7
**reverse** 204:19
**review** 87:6
**re-entering** 40:2
**rice** 51:4 53:14 73:3 77:25 83:3 146:14,15,17,18,19,20,21,24 147:1,3,4,7,18,19,20,21 161:6 169:10,11,14,15,17,21,23
**Richardson** 102:10,11
**right** 7:10 14:21 24:1,16,20,23 25:8 35:20,23 36:7,11,12,25 37:16 41:11 42:24 43:2 44:16 53:1 55:8 59:19 63:6,17 65:16 67:2 71:6 73:11,11,15 77:3 79:21,23 80:2,4,13,14,16,18 80:19,22 81:9,15,16,18,19 82:7,19 83:8,10,12,13,17 84:3 84:5,7,8,10,12,13,16,18,19,22 84:23 86:9,11,13,15,24,25 87:7,8,10,11,14 88:11,14,15 88:25 89:5,7,8,9,12 90:23 91:16 92:19,20,23 93:4,16,17 94:24 95:2,5,6,7,10,18,23 96:1 96:9,11 97:2,7,11,13,14,16,17 97:24,25 98:2,7,8,10,13,16,25 99:7,8,14,19,22,24,25 100:1 100:13,18 101:3,4 103:18,21 104:17 105:13,15,21 106:8,9 107:5,6,8,10,14,19,20,20,20 107:24 108:1,4,7,13,16,18,19 108:21,22,24 109:3,5,6,7,8,10 109:12,14,16,19 110:6,9,13,15 110:24 111:1,3,5,6 112:17,19 112:21 113:3,4,7,8,9 114:8,11 114:13 115:1,2 118:15,20 119:11 120:11 122:5,6,6,6 123:9 124:24 125:3 127:4 128:1 129:10,23 131:5 132:11 132:12 134:10 137:18 145:23 146:24 147:16,22 148:19 149:3,5 150:7,15,18,20 151:12 162:20,21,21 164:6 166:5 168:22 170:23 172:3,18,23 173:1,17 176:11,16 179:24 181:16 187:22 190:6 192:10

198:4 199:5,8,10,13 200:11,13 200:15 201:21,24 202:1,25 208:8
**rights** 208:7
**right-hand** 45:5 69:9
**rise** 146:18
**risk** 16:4,7,10
**risks** 9:11
**risky** 29:4,5
**river** 56:10 57:4 59:8 68:16 81:14 82:17,24 88:9 95:19,23 113:2 117:4 121:19,22 122:8 122:11 132:10,11,12 145:15 145:16 174:9
**road** 190:21 194:3
**Rochlin** 1:17 2:24 3:3,7,11 5:4,8 6:6 18:6,20 75:6,8 79:12 80:23 81:1 94:15,17 107:2,3 112:2 114:16 116:17 126:1 145:3 146:10 151:20 156:13 169:5 170:21 174:24 177:3 195:22 197:24 198:1,12,13 201:18 202:7 203:5,7 204:19 208:16 209:6,12
**role** 9:6 52:2,21 55:9,24 157:6
**Roman** 48:14
**Ron** 207:25
**roof** 45:5 48:10,10 58:17,17 59:19,21 66:23 138:14,15 149:10 193:18
**room** 20:7 29:14 47:6,9 62:4 100:14 207:19
**rooms** 47:5 137:13,14
**rope** 139:7,8,9
**round** 138:15
**route** 14:19 93:12
**Rover** 72:5
**ROY** 6:3
**ruling** 6:3
**run** 9:21 173:4,5,6,10,13,25 174:5,6,8,9,16,18 186:10
**running** 7:19 167:12,17 174:10
**Ruth** 8:4

**S**

**sake** 156:11
**salary** 82:16,20,21 122:4,17
**Samuel** 52:20
**Sando** 8:4 102:6,8,9
**Saturday** 192:9,10
**saw** 5:16 10:22 11:7,18,21 12:8 12:12 43:22 55:4 58:3 63:9 69:5 70:25 71:2,11,13,14,15 75:20 76:17,23 77:16,21,22 82:4 83:18,21 84:18 86:2 92:15,18 97:9 98:5 101:22,25 102:2,4,5 109:23,25 113:1,5 114:9,12,17,23 115:3,11,12 119:17 140:11 141:9,10,16,17 141:24 143:7 144:22 148:16 148:18 149:7 151:17 154:22 167:3,8,11,17 169:9 170:9 171:5 174:10 177:18,20,20,22 177:23 178:1,5,10,24 179:16 179:17 191:5,6 193:4,9,15 195:12,16 197:6,7,18,20,20 200:20
**Saye** 61:20,21
**saying** 29:5 64:18 91:15 121:5 146:9 169:13,14 200:16
**says** 47:15 48:11 126:18
**scale** 50:14,15
**scared** 26:7,10
**scars** 11:25,25 12:1
**Scenic** 67:12
**schedule** 118:13 156:20 202:15 202:22

**scholarship** 55:19 90:8 91:2,18 92:8 108:17 117:14,17,18,22 117:25 118:5,8,14,16,17 121:4 122:7,10,12,15,23
**school** 117:19
**schooling** 92:8
**scope** 9:14
**scorpion** 67:3,9,10,11,15,16 199:21,23,25 200:3,6,8,11,13 200:15,17
**screen** 44:16 56:14,16 57:17 63:11,24,25 65:8,22 66:5,21 67:20 76:6 124:20 128:14 149:9 183:19 189:2 198:2,3 199:8,10,12
**screened** 62:22 63:16 65:24,25 92:22,24 93:16,24 94:13
**screening** 62:21 63:12 93:3,5,18 93:21 94:11,12
**scrutinizing** 91:1
**scrutiny** 90:8
**se** 51:3 73:13,14 81:25 88:21
**search** 83:25 135:22,24
**searched** 14:17,17
**season** 180:11,12,15,16,17,18 185:20,21,25 196:2,4,11,14,15 197:1,3,3,4,5
**seasons** 179:22,22 196:11
**seat** 15:2
**seated** 6:10 65:1 203:9
**second** 54:2 115:8,17,19 124:18 168:11,25 208:3
**secretly** 110:19,25 111:2
**sections** 121:15
**securities** 60:3,4
**security** 14:8 23:14 37:15 60:6 62:18,19 71:24,25 73:18,23,24 76:25 77:17 78:15 94:11 104:23 109:7,9 110:22 111:4 111:16 124:12 125:12 137:1,2 137:4,6 142:25 149:13,15,17 149:21 190:1,2,9,10,24 198:14 198:18,23 205:13
**see** 10:6 11:16 12:3 18:22 23:7,9 23:13,17 26:16 29:2,13,14 33:20,22 34:1 44:16,17,18 45:11,13 47:18 56:17 58:8,8 58:13,16,20 59:17,20 62:3,8 62:11,13 63:7,18 65:21 66:9 66:21,22 67:3,7 68:5,6,12,13 68:19 69:9,11 70:11 71:1,5,9 71:17,21 72:8,21 73:2 74:14 74:19,22,25 75:15 76:6,10,24 77:11,15,20,24 78:19,20,23 86:3 90:13 98:23 99:3,6,9,14 99:15,18,21 103:7,9 106:22 110:8 111:4 116:12 121:3 123:15,23 124:15 125:12,17 128:16,20 130:23 133:20,21 134:12,14,17,18 135:4 136:11 136:21 138:7,8 140:1,11,12,14 141:24 142:23 143:8,9,15,18 143:21,24 144:2,5,11,19 148:23 149:1 157:11 161:23 162:14,15,17 166:23 167:10 167:16,20 168:4,7,8,11,18 169:25 170:3,5,6,13,14 177:18 177:25 183:5,15 184:15,17 189:10,17,19 191:1 192:16,18 193:2,13,17,20 194:15,19,21 194:23,25 195:3,8,13 198:2,3 198:4,7 199:10,12,14,15,17,18 199:19 209:8,18
**seeing** 46:3 58:12 72:14 77:7 94:13 114:21 177:9,16
**seek** 117:14,23
**seeking** 9:11 122:23
**seen** 12:8 70:22,24 74:3 101:23

110:21 115:17 170:11 180:25 200:18
**sell** 51:2 124:11,15 160:24,25 163:21 171:18,19,21 172:3,6 189:5,13,15
**selling** 171:13
**Senah** 60:25
**senator** 102:13
**send** 85:14 86:5 87:12,15 89:18 90:18 91:20 99:25 120:17 207:4
**sense** 209:12
**sent** 29:13 81:23 85:15 91:18 103:16 120:18
**sentences** 156:8
**sentiment** 113:13 126:18
**separate** 90:19
**September** 89:25
**serious** 115:6
**service** 106:20 207:25
**services** 5:11
**serving** 52:3,3 54:6 55:9
**session** 156:16
**set** 41:23 157:5
**seven** 54:4 72:14 132:25
**severed** 144:19,22 154:23 170:12 195:13,16
**shelter** 63:13
**shoes** 34:8
**shoot** 74:20 144:5 169:25 195:3
**short** 64:23 203:8
**shortly** 15:21
**shot** 75:3,11 144:8 179:3,8 195:5
**shovels** 51:4
**show** 33:10 43:4,6 44:21 56:12 65:21 66:18 68:25 104:21 124:19 138:22 143:4 183:6 189:21 203:22
**showed** 11:22 23:17 33:11 138:12
**shown** 56:23 81:6
**shows** 69:1 199:12 203:25
**side** 45:5,6,7,9,9 62:12 65:25 69:9 95:25 96:3,5 134:5,6,14 134:20 139:6 152:21 184:10
**sidebar** 3:24 4:1,3 18:1 155:4 156:1
**sides** 95:21,22
**Sieh** 2:16 16:25 18:7,15 19:3,7 27:19 30:4 35:5 36:24 38:6,11 39:7 40:20
**similar** 58:23 64:4 67:10
**simply** 204:22 205:3 208:20
**sir** 19:8,24 40:24 45:19 49:18,20 50:1,5 52:4 56:17 59:23 60:24 61:10,17 62:13 63:23 70:5,9 72:5 75:18,25 82:3 89:15 90:15 98:15 104:1 110:4 112:3 132:2,6,14,18 133:13,20 136:13,23 137:18 138:7,25 141:3,6 142:1,1 143:7 145:6 150:25 181:19 182:6,12 183:5 185:20 187:20 195:25 196:22
**Sirleaf** 41:2 175:1,2,20 187:17 187:19,19
**sister** 21:16,17 23:9,13,18 24:1,4 24:20 25:1 26:16,21 27:19,21 27:25 28:2,7,13,16,21,24 29:5 32:14 34:1,5,9,15,17 35:1 39:12,14 40:2,13,18
**sister's** 27:4,7 33:18 35:9,22,25 36:2 40:5,8
**sit** 14:4 97:15 132:2 138:2,3 176:22 190:9 193:12
**sitting** 170:14
**six** 23:4,5 27:1 34:21 72:14 77:6 117:11
**size** 77:1 146:3,6,8

**sized** 77:4 146:9,11
**sleep** 91:8 103:24,25,25,25
135:22 137:1,2,4 143:13
152:20,21 190:24 193:22
**sleeping** 120:2
**sleeps** 137:5,6
**slept** 137:8
**slight** 156:13
**slightly** 204:19
**slowly** 130:19 141:7 142:2
**small** 9:21,22 14:15 50:14,15
77:1 153:2,3,4
**smaller** 77:2,4
**smart** 53:3
**smiles** 115:9,17
**Smith** 3:1 90:1,25 92:6 119:15
131:4,9,22,24,25 144:19 145:4
145:8,10 149:9 150:6,24
151:22 152:3
**snake** 67:11,14,17
**sneak** 24:8
**snuck** 24:6
**soccer** 52:23 53:6,7
**socialize** 134:24 153:10
**sociology** 118:2,3 120:15
**soils** 69:22
**sold** 50:25
**soldiers** 37:21 137:9,10 138:2,3
142:17 167:12,17 168:15,22
169:3,5 178:3 194:5,12 201:11
201:23 202:3
**solely** 131:13
**solemnly** 158:5
**somebody** 23:7,16,22 29:14
32:18,23 33:6,20,22 63:4 75:3
82:11 102:23 112:15 113:22
116:8 171:13 181:2,3 194:4,25
195:5,8
**someone's** 195:11
**son** 13:25 14:1 15:3 70:20 115:6
141:18 142:8,11 164:18,20
166:23 171:6 192:15
**soon** 80:20
**sorry** 43:19 44:11 49:21 53:12
56:22 57:15 59:7 61:4 65:13
70:16 77:2 82:3 83:15 86:18
87:19 88:18 89:15 93:1 94:2
97:19 100:7 102:7,18 105:5
110:5 111:20,25 112:3 114:14
121:24 122:9 128:22 174:22
**sort** 69:10
**sought** 117:17
**soul** 127:13
**SOUTHERN** 1:1
**speak** 101:14,17 102:16,19,23
103:2,19 130:11,13,19 145:12
181:13
**speaker** 4:8 23:21
**speaking** 101:25 130:6 157:10
**special** 46:15 113:14 114:1
126:10 166:10
**specifically** 127:22
**Speculation** 12:17
**spell** 6:19 61:1,21 85:4
**spelled** 61:14 113:25 126:8
**spend** 59:4,5 104:16 148:2,3
162:25 180:4
**spent** 91:22 104:13,15
**spiritual** 127:12
**spite** 117:15
**spoil** 146:23,24
**spoke** 40:2 101:6,8,14 102:2
115:20 126:24 127:1
**spoken** 15:18 208:3
**sponsor** 50:16,18 51:4
**sponsoring** 51:5
**spot** 194:2
**St** 56:10 57:4 59:8 68:15 81:14

82:17,24 95:19 113:2 117:4
121:19,22 122:8,11 132:10,11
132:12 145:15,16
**stability** 9:12
**staff** 10:15
**stand** 6:17 63:1 66:11 113:23
166:2
**standing** 109:1 161:23 167:18
167:18,22 168:23 193:11,11
**stands** 80:10
**start** 49:9 73:12 141:7,8 171:20
172:15,17 185:25 186:4 196:7
**started** 9:21 13:14 35:19 169:9
**starting** 43:17 202:19 204:20
**starts** 146:22 172:17 196:9
**state** 6:19 92:10 131:22
**stated** 157:4
**statement** 11:11 75:7
**statements** 5:21,21
**States** 1:1,4,14 2:8 19:20,23
20:1,3,5,9,16,19,22,25 21:4,9
21:11,13 22:1,14 24:3,12,22,25
25:3,5,10,13,15,19 26:1,4,9,12
26:13,15,19 27:6 28:13,19,22
28:25 29:7,9,12,24 30:2,22,23
40:4,7,10,13 102:20,21,24
103:3 207:21,25 210:6
**Static** 126:20
**stating** 208:8
**station** 43:2 204:1
**stationed** 57:6 79:1,4 85:9
127:25
**statue** 126:19,21
**stay** 20:21,24 24:4,22,25 26:21
29:6,9,11,23 30:1 36:7,8 57:12
73:25 78:1,8 90:10 91:6 92:13
120:19,20,22 121:6,22 122:13
148:11,12 152:15 154:4
165:12 168:25 178:14,16
180:6 188:20 193:25
**stayed** 24:1,20 35:9 168:9
175:12 177:20 201:11,20
**staying** 21:25 22:3 28:18,21,24
58:5 100:12
**Ste** 2:9
**stick** 139:6,7,9,9
**sticker** 69:10
**stipulation** 208:23
**stop** 140:22,25 147:5 152:16
**stopped** 14:14,16 15:9 52:25
79:23 80:17 141:24
**stopping** 119:25
**story** 18:14
**stove** 172:8
**straight** 168:13
**strange** 58:12
**strategies** 121:3
**Street** 1:19 2:4 9:22 13:24
**strengthen** 203:17
**strictly** 51:24
**strike** 43:19 75:6 82:15
**study** 118:1 120:15
**stuff** 125:14 130:16 192:10
**Suah** 48:14
**subdue** 123:21
**subdued** 122:22
**subject** 120:12,13 204:8,10
**submissive** 121:3
**submit** 38:7
**subpoena** 208:4,13
**subsequent** 42:13
**subsequently** 91:3,5 108:10
**subsided** 91:4
**subsistence** 28:2
**substance** 50:24
**substantive** 204:11,20,23,24
**subtract** 51:6
**suffer** 55:3

**suffered** 52:15 89:21 205:15
**suggested** 28:7
**suggestion** 166:1
**suit** 72:15,17
**Suite** 210:6
**sun** 149:1
**Sunday** 152:6,7
**supplies** 77:20,21,23,24 115:15
**supply** 53:24 54:2,20 124:9,10
**supports** 31:13
**supposed** 20:21,24 21:3 110:11
111:4
**sure** 5:7 43:18 45:9 46:13,18
47:8,11,14 58:7 61:24 83:22
98:10 104:2,25 105:7 108:2
110:10 115:15 130:9,16
146:21 147:12 181:12 205:5
208:24 209:16
**surprised** 116:6
**Surprising** 74:24
**surveil** 83:11 84:7 88:24 95:11
**surveillance** 54:22,25 55:2,4
62:1 65:17 81:21 82:7 83:6
86:20 87:1 88:8 97:6 98:25
99:1 108:18,20,21,23 109:11
109:22
**surveillanced** 65:20
**surveillancing** 89:1,2
**surveilling** 89:4 109:4
**surveyed** 65:19
**suspects** 128:23,23 129:1,2
**sustainability** 50:14
**Sustained** 10:20
**SWAT** 113:14,21,25,25 114:3
126:7,7
**swear** 131:13 158:5
**SWORN** 6:13 19:3 41:20 49:2
131:9 158:2 181:8
**symbol** 138:20 191:11
**system** 122:18
**S-a-y-e** 61:22
**S-e-n-a-h** 61:2
**S-W-A-T** 126:8

---

**T**

**T** 210:1,1
**tab** 43:10
**TABLE** 2:12
**tabs** 43:7,8
**tactical** 113:14 114:2 126:10
**take** 13:8,11 22:10 32:6 46:21
53:10 54:1 64:6,9 65:11 76:10
76:19 86:16,19,21 87:2 93:12
97:9,12 100:16 118:10,21
124:12,13 127:11 129:19
130:4 161:24 163:4 172:23
183:22 202:13,17,22 203:3
**taken** 43:4,13 47:4,7 53:4 54:11
56:7 90:3,4,5 106:1 127:10
204:1,1,2
**takes** 128:11,12 172:24
**talk** 23:16,22 30:6,13 33:6,9,12
33:12,15 34:13,15,17 78:5
90:17 103:17 105:1 111:12
113:22 126:15,19,21 153:12
153:14,20,21,22,23,23 154:19
165:2,4,4,6,12 185:16 189:6
200:21,24 201:2,10,19,23
202:2,5 208:24 209:16
**talked** 115:9 167:24 200:13,17
**talking** 58:22 59:22 78:15 113:23
167:18 168:2,6,6,22 169:1
176:9 179:8,11 186:15
**tapped** 16:9
**Tarso** 3:5 158:2,11,12,14,16
159:23 162:12 165:13 170:22
171:1 173:2 174:19 175:24

176:21 177:9
**Taylor** 1:8,9,10 8:9 16:18 28:8
40:24 41:3,8 47:18 51:19 52:7
68:3 70:15,17,21 71:5,14
80:20 88:6,10,16,19 89:10,16
91:25 102:12,14 109:9,11,16
113:2 141:3,8 143:18 151:18
166:23 167:3,8 175:3,5,16
177:9 187:13,14 192:14 197:6
205:14,20,25 206:7,17
**Taylor's** 203:18
**team** 100:16 113:15 114:2
126:10
**technical** 7:6
**telephone** 4:7 116:3
**telephones** 16:8,8
**television** 162:13 183:5 199:5,8
**tell** 15:25 24:3,14,25 25:10 27:3
27:6 38:12,15,18,20 40:4,7,10
43:8,17 45:25 47:2 48:11
51:14 52:13 58:1 60:24 64:12
66:13,15 71:13,15 72:19 75:3
75:20 76:10,23 82:14 83:18,21
84:25 85:12 129:17 144:8,14
144:22 154:22 156:24 162:2
166:17 170:8 174:1,4,6,8,9
177:12,13 178:23 179:3 180:3
180:13 181:15 191:16 195:5
195:11,16 196:2,21
**telling** 168:5
**tender** 79:8 144:25 170:16
195:19
**term** 18:18
**terminal** 23:16 33:9,20
**terminated** 41:7
**terminology** 109:17 110:16
**terms** 209:2
**terrible** 82:18
**test** 89:24,25 90:2,25 91:21 92:3
118:18,19,21,23 119:1,2,3,14
119:15,18 120:5
**testified** 19:9 20:11 21:9,11,13
42:3 81:11 114:9 205:21
**testify** 5:14 18:10 19:14,15,17
19:19 20:13,17 36:24 38:12
100:2,20 101:7 205:11
**testifying** 5:16 20:25 21:6
**testimony** 5:25 37:3 38:12,13,16
38:23 64:13,16 81:17 114:19
114:21 131:13 157:2 158:5
206:3,4,12,18
**Thank** 16:22 27:15 38:25 39:3
41:14 44:23 45:23 48:20 82:18
116:24 129:18 131:16 151:22
158:8 164:22 170:16 181:4,5
183:21 198:22 203:7 204:17
207:5
**thing** 50:24 91:4 105:21 108:15
108:15 124:14 173:5 176:9
201:13 208:3
**things** 18:17 23:10,11 30:20,23
30:25 31:20 32:1,4 34:9,11,19
34:23 43:22 108:8 109:25
123:4 129:16 153:15,16 157:3
177:14 185:10,10,12 189:5,15
194:10 201:11,23 202:2
205:18
**think** 9:20,21 47:21 109:24
110:22 111:14 113:19 122:10
122:15 132:25 139:20 156:20
157:12 177:22 205:3,10
**thinking** 14:11,15 171:12
**Thomas** 61:11,16,20
**thorough** 97:18
**thought** 38:21,21 55:18 121:3
122:12,16,16 123:1 127:5
156:21 202:16
**thoughts** 86:12 98:3,5

**threat** 206:6,17
**threats** 205:23 206:13
**three** 15:20 48:13 53:25 62:24
    75:11 77:7 90:3 119:24 120:2
    128:8,10 160:6,18 172:24
    173:18 177:2 179:3,9 182:19
    209:8,17
**threshold** 18:14
**Thursday** 202:21
**ticket** 33:11 100:10
**tie** 78:23 143:15,18 194:19
**tied** 143:21 194:21
**tiger-striped** 76:21
**time** 4:6 14:18 15:21 16:7 42:9
    49:10 54:18 68:21 73:10 74:9
    75:2,22 76:25 77:6,6,12 78:3,5
    78:11 97:12 98:12 103:8,10
    104:13,15,16 106:1,19 107:1,9
    113:5,11 114:13,17,23 115:5,8
    115:11,12,17 116:1 117:7,10
    118:20 124:6 127:11 131:18
    141:16,17 147:19,20,21 148:2
    148:3,19 162:25 166:18 167:3
    167:6 168:9,10,11,25 171:14
    171:17 172:23 175:6,12 178:1
    178:4,4 179:5,7,21 180:2
    184:25 186:22 188:14,25
    191:6 192:19 193:25 194:7
    197:7 202:13,14
**times** 15:20 70:6 96:22 98:24
    115:1 124:9 129:17 164:2,4
    167:1 171:5 177:1 178:8
    179:17,19 192:18 194:15,16
    194:17
**tired** 115:12
**today** 5:10,12 36:13 49:22 79:15
    131:18 156:11 157:6 161:14
    170:24 195:25
**told** 5:18 16:1 21:8 22:6 23:6,15
    23:18 25:7,15,18,21 26:9 30:6
    32:20 34:21 38:13 53:10,11,13
    53:14,16,17 65:8 79:17 91:14
    101:10,13 109:21 113:20
    118:17,22 119:2,13 120:3
    127:9 129:16 139:14 142:24
    142:25 145:21 150:6 157:14
    168:2 169:15 170:10 178:25
    179:1,5 180:25 181:3 186:23
    194:6,16 200:8,11 201:14
    209:2
**top** 9:21 12:1 58:20
**torture** 203:20 204:23,24
**tortured** 5:18 6:1,2 206:20
**TOTAL** 1:25
**totally** 12:11
**touch** 63:24 66:5 115:23 183:19
**tour** 127:11
**town** 13:23 14:2,3,22 15:5
    105:10,12,14,16,20,22,23
    106:5 128:3,3,4 133:7,7 153:2
    153:3 159:15 188:2,3,4 194:3
    194:4,6
**track** 56:1 90:11 91:9 108:12
    109:21 111:10
**training** 8:24
**TRANSCRIPT** 1:13
**transcription** 1:25 210:3
**translate** 165:23 179:20
**translated** 172:5,10,20 173:8
    175:18,22 176:13 189:3 198:6
**transport** 53:14
**transporting** 53:24 78:10
**travel** 19:22 163:8 208:2
**traveling** 23:15 33:9
**treated** 55:17 206:7
**treating** 18:14
**treatment** 123:24
**tree** 104:17 125:6,6,11,15,17

134:14,17,18,20,24 135:2,7,8
    135:9 153:22,23 162:8,17,19
    162:22 183:16 189:4,6,8,10,12
    189:13,17
**trees** 58:17
**trial** 1:13,22 131:19 156:21,22
    209:3,9
**tribe** 205:22
**trick** 24:12
**tricked** 24:10
**tricks** 92:11,12
**tried** 15:21
**trip** 26:12,19 42:11,13 43:5,14
    43:22 46:3 53:25 75:21
**trouble** 194:5
**truck** 52:24,25 53:4 54:1 72:24
    72:25 140:11,13,13,14,16,20
    140:20
**trucks** 74:16 77:18 140:10,12
    141:1 173:18
**true** 102:17 103:14 134:19
    151:15
**trunk** 13:20 14:4
**trust** 112:15,22,25
**trusted** 111:7,15,18,21 112:5,7
    112:12,13
**trusting** 112:20
**truth** 10:18 131:14 158:6 207:18
**truthful** 38:16,17,20
**try** 5:10,17 29:9,11 46:11 47:12
    50:17 60:23,24 86:14 145:12
    171:22 196:21
**trying** 87:1 90:9 98:15,17 108:11
    117:23 139:15,16,17 147:4
**Tuesday** 156:5
**tuition** 117:20
**twice** 177:10,16,19,23 178:6
**two** 9:6 12:21 15:20 51:6 67:18
    68:5 70:6 86:4,5,7,23 87:1
    90:18 95:21,22 115:1 121:2
    156:22 164:3,4 167:2 169:25
    171:5 172:24 173:3,4,18 176:5
    177:1 178:16 179:16 180:1
    192:19 194:16,17 196:11
    197:7 209:8
**type** 72:4 76:1,16 85:25 166:10
**types** 50:15
**T.V** 189:10,23

---

**U**

**Uh-uh** 166:22 178:1
**ULIMO** 9:2 47:16,25 48:2,16
    67:24,25 68:1,2,6,11,11,12,12
    68:15,17,19 79:18,20,25 80:17
    81:2,6 191:8,9 201:15
**ultimately** 9:13 207:4
**uncountable** 62:1 65:16 96:24
    129:17
**undercover** 99:3,23 109:15
**underground** 206:21
**underneath** 64:2
**understand** 21:1,2,3 38:6 49:11
    52:9 64:21 83:22 86:22 92:5
    95:22 96:15 121:4 130:9,14,15
    130:17,18,20,22 131:18 146:4
    156:3 157:7,8,15,15 159:5,6
    164:19 180:11 181:15 188:11
    194:8 201:6
**understanding** 20:13 31:25
    33:25 73:4 86:21 98:6 112:4
    141:6 142:1 187:1,3 196:16
**understood** 16:8 89:10
**underwent** 205:14
**unfortunate** 117:12
**unfortunately** 156:10
**uniform** 32:24 71:16 110:21
    126:22

**Union** 7:6,8,11,18,20,24,25 8:15
    8:18 9:7,9,18,20 10:9,9,15
    13:13,16,17,19 16:5
**unit** 51:20 66:12 114:2 126:10
**United** 1:1,4,14 2:8 6:22 19:19
    19:22,25 20:3,5,9,16,19,21,25
    21:3,9,11,13,25 22:3 24:3,12
    24:22,25 25:3,5,10,13,15,18
    26:1,4,9,12,13,15,19 27:6
    28:13,19,22,25 29:7,9,12,23
    30:1,20,23 40:4,7,10,13
    102:20,21,23 103:3 140:12,13
    207:21,25 210:6
**units** 14:8 121:14
**unseal** 207:20 208:12,17,22
**unsealed** 209:1
**unsealing** 208:20
**untrue** 103:14
**upwards** 196:5,6
**use** 40:16,18 60:17,18 86:16
    87:3 109:17 123:20 124:1
    137:13 138:1 157:5 172:11
**usually** 49:7 86:3 99:4 153:6
    156:4
**utilizing** 124:10
**U.N** 13:24 41:11
**U.S** 1:18,22 35:19 51:1 110:18

---

**V**

**various** 9:1 121:14,15 206:21
**Varmuyan** 206:8
**vehicle** 13:17,18,20 56:24
**victim** 110:3 207:13
**victims** 205:18
**Victor** 48:14
**view** 76:9 206:13 207:1,10
**viewed** 205:23 206:12
**VII** 204:21
**village** 123:5
**visible** 63:16
**visit** 26:16 28:17 61:23,25 78:19
    115:25 129:14 185:1,2
**visited** 129:17 179:14 185:3
**visits** 169:25
**voice** 5:9
**Voinjama** 69:24 70:1,3,6
**vs** 1:7

---

**W**

**wait** 64:12
**waived** 208:8
**waiver** 208:7
**walk** 73:21,23 77:16 128:12
    133:10,11 135:10 136:3
    161:24 163:8,12 183:1,22
    188:5
**walked** 136:8 189:1
**walking** 128:11 135:7,9 140:8,9
    140:11 192:1,2,4
**wall** 45:10,16 66:8,15 68:10
    138:16 162:4,4,5,5 191:1
    199:13
**walls** 48:9 68:6
**want** 16:6 21:1 23:7,9,22 28:13
    28:16,18,21,24 29:6,17,20,23
    30:1,4,5,6,9,11,13 33:6 36:6,7
    36:10,22 37:14,15,23 43:4
    52:8 65:21 66:7,18 67:2 68:25
    99:21 104:6 108:20 109:13
    110:8 120:22 121:17 124:19
    146:24 147:1 156:13,15
    166:12 172:18 177:22 185:10
    188:21,22 200:21,24 201:2,10
    201:23 208:24
**wanted** 18:4 28:17 31:17 33:15
    36:6 40:11 55:22 88:24 97:18
    97:20,22,24 98:19 103:3 104:3

107:21 118:6
**war** 53:5 80:12 160:22 175:9
    178:3 186:9,11 187:5 188:19
    191:8,8,9,20 201:12 202:3
**warring** 9:1 200:10,21,25 201:13
    201:14,20
**Washington** 1:23 22:22
**wasn't** 11:11 81:20 98:9 105:10
    105:16 107:21 124:1 150:25
    175:6
**watch** 83:14 84:9 146:21,23
**water** 146:17,18,20
**Waterside** 127:22,23 132:1,7,8,9
    132:24,25 133:2,5,9,9,16
    135:15,18,21 136:3,8,19 141:4
    141:23 142:23 143:16,19,22
    143:25 144:3,6,9,12,20,23
    150:9 152:15,16 153:1,5,10,13
    154:2,22,23 158:17,19,20,22
    158:24 160:2,7,15,17 161:10
    164:8,13,25 165:5,6 166:15,24
    167:4,8 168:12 169:14,22
    170:1 171:1,14,17 173:6,10,13
    173:16,21,23 174:2,3,15,16
    176:7,10,15,25 177:10,18
    178:9,12,13,19,23 179:3,8,14
    179:15,16 181:2 182:23,24
    183:1,10,11,23 184:1,5,6
    185:7,9 188:24 189:1 192:16
    192:18,20 193:5,10,25 194:9
    194:15,19,23 195:1,3,6,14,17
    197:6 199:2 200:24 201:11,19
    201:21
**way** 23:13,14,14,17 33:11,12
    35:15 68:3 86:13 95:16 100:2,5,8
    107:18 110:20 115:16,16
    123:9 125:3,5 127:5 129:9
    141:5 152:11 165:25 179:23
    185:25 186:12 203:22 206:16
    206:17
**weaken** 203:19
**weapon** 53:16,17 113:14 114:1
    126:10
**wearing** 71:16 72:15,16,17 75:22
    76:16,21 142:19
**week** 26:23,24 91:1,22 106:12
    119:14 120:4,8,9 121:7,7
    173:15 176:6 202:24 203:1
    209:2,11
**weeks** 15:23 86:4,5,8,23 87:1
    90:18
**week's** 202:15
**weigh** 206:24
**weight** 11:22 12:4
**went** 7:5 14:2 15:16 33:19 35:1,9
    42:7,9,11,12,14 53:7 63:15
    87:2 89:25 92:2 95:23 106:5
    106:16,18,22 118:20 119:2
    120:1 123:22 141:4 167:24,25
    168:9,13,22 175:9,12 178:13
    179:2,5,7 180:1,2,5,6 186:12
    186:12 188:10 191:4 199:25
    201:3,5
**weren't** 20:21 83:9,23 96:12,14
    110:11 175:7
**Wesley** 2:16 16:25 19:3 23:6,22
**West** 2:4 80:4,6
**we'll** 64:9 116:21 129:19 130:23
    202:24 209:7
**we're** 44:25 49:10 50:17 57:16
    95:3 113:22,24 126:14 127:20
    129:23 130:4,12 141:6 142:1
    156:10,20 178:2 202:17,19
    209:11
**we've** 48:9
**whatsoever** 120:21
**white** 56:24 58:17,22 162:20,21
    167:21,22 168:1,3 190:6

199:19
**Whiteflower** 204:2 205:13
**Whosoever** 94:4
**wife** 10:1,5,7,8,10 13:25 14:1
15:3,15 31:10,11,13 32:1
102:14 182:14
**willing** 5:9 103:2
**willingly** 112:24,25
**wine** 134:21,22,23,23
**wish** 55:23 82:5,14 91:10 108:8
**withdrawn** 32:7,14
**witness** 5:3,13,15 6:7,13 16:24
18:4,4,7,10,13,15 19:3,11,13
37:6,11 41:15,16,17,20 48:23
49:2 50:20 53:12 55:16 79:8
94:10 116:21 129:25 130:1,25
131:4,5,9,12,15,18 132:4
142:3,7 144:25 155:1,2,3
156:2 157:7,7 168:2,7 170:16
181:6,8 195:19 202:10,11
**witnessed** 94:11 95:8
**witnesses** 5:11 64:21 130:9,17
130:20 156:9 205:23 206:12
208:1
**women** 15:12,13,16,16
**wood** 172:11,12,13,14,16,22
**wooden** 69:10,11
**word** 46:16 47:18,18 63:5 68:6,9
68:11 110:14 117:9 126:7,8
130:9,15 181:13 188:12
**words** 47:20,24 123:25 157:3,6,9
**work** 7:11,12 8:15 9:1,5,13 31:15
32:23 54:23 55:1 65:11 87:18
87:20,22 98:19,21,22 106:10
106:12 107:4 109:15 122:11
150:2 171:24 173:3 190:2,3,10
198:18,23 199:1 208:10
**worked** 7:1,1,3,4 9:3,7,8,11 12:7
39:23 40:1 57:20 87:24 88:9
106:13
**worker** 23:6,19
**workers** 122:21
**working** 7:5 8:17,21 10:9 51:3
59:3 74:9 82:1 101:11 102:17
102:19,23 109:9
**works** 87:21,21 101:1,4 115:20
**worry** 147:3
**worth** 86:23 87:1
**wouldn't** 40:16 93:8 99:13,18
104:1,4 105:25 147:9 188:16
**write** 85:17,19 89:18 97:12,16
99:1,2,4 110:7,18 118:6,10,10
120:10 197:18,20,21
**writing** 45:1,11,13,16 66:7,13,15
67:21 68:19 86:17 89:24 90:7
98:24 99:2,3,6,9,11,13,15,17
99:23 110:8,20,21,25 111:2
120:4 138:16 191:1,3 199:15
**writings** 68:8,10
**written** 46:10 48:14 68:6
**wrong** 112:8 204:22 205:3
**wrote** 86:8 89:20,22 98:9 109:25
110:4,6 120:11
**Wylie** 2:2,17,19 3:2,4,10 16:25
18:3,12,16 19:6 27:13 39:3,6
41:13 129:24 130:2,3 131:1,21
132:5 133:17,19 136:21,22
137:16,17 138:5,6,22,24
142:10 143:4,6 144:17,18,25
152:2 154:25 156:14 181:7,11
183:3,4 184:13,14 189:21,22
190:4,5,16,17 192:7 193:8
195:19 202:9 209:7

**X**

**X** 63:21,25 64:2 66:5,19 76:13
94:25 115:17,18 125:9 189:12

**Y**

**Y** 115:17,18
**yard** 167:11
**yards** 125:16 129:12,13
**yeah** 27:10 49:25 52:10 56:4
62:16 63:8,20 66:4,10 67:1,15
69:16,19 70:2,4,8 71:8 73:11
74:7 76:7,12 77:5 78:7,18 81:8
81:10,13 82:10 85:7,11,16,18
85:20,24 86:6 87:5 88:1,4,7
90:16 91:14 92:14,17 93:11,25
94:5,8 95:20,24 96:2,18,21,23
97:1,3,5 100:9,25 101:5,8
102:3,15 104:10 105:19,24
106:3 111:23 114:20 115:22
116:9 122:3 124:23 125:8,19
126:16,16,25 127:2,7 128:6,6
128:6,6,11,12 131:15 133:12
134:16 138:8 139:25 140:9
141:17 150:16 151:7 158:13
159:2,20,22 160:8,12 161:11
162:9,16,18 163:13,18,20
164:5 165:1,17 166:16 168:17
168:19 171:4,7,23 172:21
173:22 175:25 176:14,14,17
177:11,17,24 183:20 185:4,6
185:22 186:3 189:13 190:23
191:25 192:23 199:20
**year** 42:7 45:19 49:18 52:16
133:13 135:15,16 141:13
166:18,20 167:3 175:5,14,16
175:20 176:1,3,4,8,24 177:10
177:12,16,18,22,25 178:1,5,6
178:8,8,9,10,11,11 179:14,15
179:17,19 180:4,7,9,10,10,13
180:16 186:20 196:11,14,19
196:22,22,23,25,25 197:1,8,11
197:13
**years** 9:6 57:12 78:10 160:3,4,5
176:5,18,21
**Yeaten** 5:19 205:15
**yellow** 59:21 62:8 66:22
**yellowish** 50:25
**yesterday's** 5:15

**Z**

**Z** 115:17,18
**zero** 160:6
**Zetamah** 3:9 181:7,8,12,18
189:23 195:23 196:2,17 197:6
198:2,14,20,22,23 199:10
200:22
**Zoe** 33:8
**zone** 79:24
**Zorzor** 159:11,12,17
**Z-o-r-z-o-r** 159:14

**$**

**$24** 51:1

**0**

**06-20758-CR-ALTONAGA** 1:3

**1**

**1** 3:18 45:25 46:14,15 125:16
133:17 138:23,23 184:13
**10** 15:16 23:9 64:16 71:16 72:17
75:24 133:17 183:3 203:6
**10/23/08** 27:17 39:5 79:11 117:1
145:2 152:1 170:19 177:7
**10:04** 49:4
**10:33** 64:11
**10:34** 64:23
**10:55** 64:25
**100** 47:8,11 94:1,3
**11:21** 79:11

**116** 2:25
**12-2** 2:9 210:6
**12:21** 116:23 117:1
**12:44** 129:22
**12:45** 130:1
**12:46** 130:24
**131** 3:1,2
**14** 86:23
**145** 3:3
**15** 53:15 185:25
**15th** 196:5,6
**150** 2:4 135:12,13
**151** 3:4
**156** 4:3
**158** 3:5,6 4:4
**170** 3:7
**177** 3:8
**18** 4:1
**181** 3:9,10
**19** 2:16,17 4:2
**1943** 132:16
**195** 3:11
**1966** 181:10
**1971** 49:19
**1990** 52:17,19,21 53:21 175:8
**1990s** 48:3
**1993** 68:3 187:5 191:4
**1996** 7:4,6,15 8:13
**1997** 8:6,8 51:18 52:6,8,12 55:10
55:25 68:4 81:9 117:14 187:12
**1998** 57:9 82:16,22 106:7
**1999** 51:8,9,10 52:4,5 56:3 57:6
57:8 58:11,14,18,24 59:25
60:2,22 61:8 62:3,15,17,20,22
63:7,9 65:8,11,14 66:13,15
69:12,14 70:1,15,17,22 71:5,9
71:11 75:16 76:17 81:7,11
82:16,22 87:25 103:7 106:4,5
106:8 114:10,18,22,24,25,25
115:4 125:18 133:13,16
135:15,16,18,19,20,21 137:8
138:10,17 139:2,10 141:13,14
141:16 145:19,25 149:21
151:1,1,3 161:10,16,17,18,22
162:8,19,23 163:1 164:24
165:13 166:14,23 168:8 173:1
173:13 184:4,8,17,23 186:18
186:22 187:24 188:12,24
190:8 191:13 192:16,18 194:2

**2**

**2** 3:18 44:1,9,11 56:13 58:8
124:20 125:16 133:18 162:10
**2:00** 129:20 130:23
**2:01** 131:7
**2:02** 131:11
**2:24** 145:2
**2:34** 152:1
**2:38** 155:3
**2:41** 158:4
**2000** 46:17 68:24 176:7,8 186:15
186:16,17,24
**2001** 7:7 9:7,20
**2002** 9:24,25 10:6,11 11:1,15
12:9 150:24
**2003** 7:4,7 41:9
**2005** 8:23
**2006** 42:10
**2007** 42:16 45:20
**2008** 1:7
**202.514.3270** 1:23
**20530** 1:23
**210** 3:12
**22nd** 106:3,4,5
**23** 1:7
**23rd** 11:20
**25** 183:25

**26** 68:25
**26th** 46:17
**27** 2:18
**29** 43:19 44:10

**3**

**3** 3:18 44:1,5,9,12,25 46:19,20
136:21 143:5 189:21 197:24
198:12
**3:00** 156:4
**3:03** 170:19
**3:19** 177:7
**3:28** 181:6
**3:29** 181:10
**30** 34:22 43:19 78:13 133:9,11
136:5,6 160:3,4,5,6 188:6,7
**30s** 27:24 40:21
**300** 125:16 129:13
**3000** 186:17
**305.523.5518** 2:9 210:7
**305.523.5519** 2:10 210:7
**305.536.4675** 1:20
**305.961.9234** 1:19
**305/530-7120** 2:5
**305/536-6900** 2:4
**31** 43:19 44:5,13,25
**32** 43:20 44:6
**33128** 2:9 210:7
**33130** 2:4
**33132** 1:19
**35** 34:22
**39** 2:19

**4**

**4** 3:18 44:1,6,9 68:3 190:4
**4th** 1:19 202:23
**4,000** 25:18
**4:00** 148:13,14
**4:02** 202:11
**4:03** 203:2
**4:08** 203:8
**4:30** 156:5
**40** 74:1
**400** 2:9 210:6
**41** 2:20,21 43:20 44:6 45:22
**44** 3:18,18
**45** 74:2 128:12 153:6,8 188:6,7
**46** 43:20 44:7
**47** 43:20 44:7 46:22,24 47:13
**49** 2:22,23

**5**

**5** 3:18 44:1,7,9 45:21,25 68:3
138:5 183:24 184:1 190:16
199:10
**50** 124:17,17 159:24,24,25
**50s** 27:22
**500** 129:12
**51** 94:15
**54** 43:20 44:8 48:5
**58** 182:9

**6**

**6** 2:14,15 15:9 44:7 66:18,21,22
**60** 59:14 63:18 65:4 80:24
**60,000** 140:5 151:11
**61** 65:21 128:14
**611** 18:4
**64** 137:16

**7**

**7** 3:18 44:1,8,9 48:6
**700** 15:10
**79** 2:24

**8**

**8** 54:5 76:4

---

**9**

**9** 3:18,18 44:1,8,9 46:22,25
  47:13
**9:02** 6:7,9
**9:03** 6:15
**9:15** 202:19
**9:21** 19:5
**9:33** 27:17
**9:46** 39:5
**9:50** 41:16,22
**9:55** 44:2
**90** 117:6
**90s** 48:17 186:25
**93** 79:20,22,22 187:6
**94** 79:20,22,22
**95** 79:20
**950** 1:23
**97** 55:17,20,22 80:13,20 187:9
  187:10 191:5,7
**98** 57:10 69:22,24 74:7 117:14
  121:25,25
**99** 1:19 57:13 69:20 70:3,6,20
  71:6,7,13,14 74:3,6,6 75:2
  76:24 78:1,19,24 79:1,5 89:24
  106:3 122:1,2 124:7 161:24
  162:23 164:10 171:3 197:9,10