```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
                     Case 06-20758-CR-ALTONAGA


THE UNITED STATES OF AMERICA,

              Plaintiff,

                                    MIAMI, FLORIDA
              vs.
                                    OCTOBER 28, 2008
ROY M. BELFAST, JR., a/k/a
CHUCKIE TAYLOR, CHARLES
McArther EMMANUEL, CHARLES
TAYLOR, JR. and CHARLES
TAYLOR, III,
              Defendant.
_____

                  TRANSCRIPT OF TRIAL PROCEEDINGS
                  BEFORE THE CECILIA M. ALTONAGA,
                  UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:
                          KAREN ROCHLIN, A.U.S.A.
                          CAROLINE HECK-MILLER, A.U.S.A.
                          Office of the U.S. Attorney
                          99 N.E. 4th Street
                          Miami, FL  33132 - 305.961.9234
                          (Fax) 305.536.4675
                          Email: karen.rochlin@usdoj.gov
                                 caroline.miller@usdoj.gov

                          CHRISTOPHER GRAVELINE, Trial Attorney
                          U.S. Department of Justice
                          950 Pennsylvania Avenue, N.W.
                          Washington, D.C. 20530 - 202.514.3270
                          christopher.graveline@usdoj.gov

            TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION
```

October 28, 2008

```
1   FOR THE DEFENDANT:
2
3                           JOHN WYLIE, A.F.P.D.
                            MIGUEL CARIDAD, A.F.P.D.
                            Federal Public Defender's Office
4                           150 West Flagler Street
                            Miami, FL  33130 - 305/536-6900
5                                  (Fax) 305/530-7120
                            Email:  miguel_caridad@fd.org
6                                   john_wylie@fd.org
7   REPORTED BY:
8                           BARBARA MEDINA
                            Official United States Court Reporter
9                           400 North Miami Avenue, Ste. 12-2
                            Miami, FL  33128 - 305.523.5518
10                                 (Fax) 305.523.5519
                            Email:  barbmedina@aol.com
11
                                - - - -
12
                         TABLE OF CONTENTS
13
                                                     Page
14
    Reporter's Certificate ................................... 174
15
16
                         INDEX TO EXHIBITS
17
    Exhibits                 Marked for          Received
18                           Identification     in Evidence
19  Description              Page    Line     Page   Line
20
21
                         CITATION INDEX
22
                                                     Page
23
24
25                   SIDEBAR CONFERENCE INDEX
```

October 28, 2008

1   Descriptions                                                  Page

2   Sidebar Conference Begins ................................. 169

3   Proceedings In Open Court Resume ......................... 170

4                       ADMINISTRATIVE CONVENTIONS:

5            When counsel does not identify themselves each time they

6   address the Court during a telephone conference, the

7   industry-standard speaker identification is indicated by

8   chevrons, i.e., >>>:

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

October 28, 2008

4

```
1              THE COURT:  Good morning, Your Honor.

2              MR. CARIDAD:  Good morning.

3              THE COURT:  Please be seated.

4              Mr. Caridad, do you want to renew your motion at the

5    close of all the evidence?

6              MR. CARIDAD:  Yes, Your Honor.  At this time I make a

7    motion for judgment of acquittal pursuant to rule 29.

8              THE COURT:  And that motion is denied.

9              Are there any other issues before we bring the jury in

10   for closing arguments?

11             MR. GRAVELINE:  Your Honor, I just noted a couple of

12   typos on the last set of the jury instructions.

13             THE COURT:  Page?

14             MR. GRAVELINE:  Page 7.  Three of the paragraphs just

15   ended up parentheticals.  I don't know --

16             THE COURT:  No, I did that on purpose.  Those are

17   repeats of what I read before.  I'll tell the jury it's there

18   and they can read it if they want to, but it has already been

19   covered.  I find myself repeating myself on instructions.

20             MR. GRAVELINE:  On Page 8, the elements for the

21   924(c)(1), the first element reads "The defendant committed at

22   least one of the crimes of violence as charged in Counts I."

23   It should be "Count I."

24             THE COURT:  All right.  Any others?

25             MR. GRAVELINE:  No, that's it, Your Honor.
```

October 28, 2008

1           THE COURT:  Very well.

2           Are we ready?

3           MR. CARIDAD:  Two minutes to go to the restroom?

4           THE COURT:  Go ahead.

5           MR. CARIDAD:  (Left the courtroom.)

6           [Entered the courtroom at 9:34 a.m.].

7           Thank you, Your Honor.

8           THE COURT:  Let's bring the jury in please.

9           [The jury returns to the courtroom at 9:34 a.m.]

10          THE COURT:  Everyone please be seated.

11          Good morning, ladies and gentlemen.  Welcome back.

12          Ladies and gentlemen, as I indicated yesterday, all of

13  the testimony and evidence have been presented for your

14  consideration.  At this time, I would ask that you put your

15  note pads and pens aside.  Similar to the instruction I gave

16  you at the start of the trial, I ask that you not take any

17  notes during the attorneys' closing arguments as these

18  arguments are not evidence in the case.  However, please do

19  listen very carefully to the arguments you will hear, as they

20  are intended to help you and assist you in assimilating and

21  understanding all of the evidence that was presented and to

22  give you each side's respective position with respect to what

23  it is you did here and see.

24          We'll begin with the Government.

25          MS. ROCHLIN:  Your Honor, may it please the Court,

October 28, 2008

 1  counsel.

 2       Ladies and gentlemen of the jury, as the Judge just

 3  said, the evidence is before you now and it has come to this

 4  courtroom from across an ocean, from the country of Liberia and

 5  elsewhere, and what that evidence inevitably leads to, ladies

 6  and gentlemen, is the fact that the defendant in this case

 7  committed extreme, deliberate and unusually cruel abuses

 8  intended to inflict severe physical pain and suffering on men

 9  in his custody and physical control.

10       Ladies and gentlemen, the evidence shows that this

11  defendant, Charles McArther Emmanuel, Roy Belfast, Jr., Chuckie

12  Taylor, Charles Taylor, II, under whatever name he chooses,

13  committed acts of torture.

14       The evidence shows, ladies and gentlemen, that he

15  burned Sulaiman Jusu with molten plastic and a lit candle and a

16  cigarette.  He beat him with guns and he stabbed him with a

17  bayonet.

18       The evidence shows that this defendant crushed a lit

19  cigarette into Momoh Turay's wrist while his wrist was latched

20  with a plastic cuff to iron bars and barbed wire.

21       It shows the defendant stabbed Turay in the head and

22  leg with a bayonet and caused others to burn Turay with molten

23  plastic, a flaming candle.

24       The evidence shows he explicitly ordered the torture

25  of Rufus Kpadeh saying to David Compari, "Torture that man,"

1    and Compari complied, first forcing Kpadeh's head under water

2    multiple times until the defendant issued his next order, as

3    Mr. Kpadeh testified, "Cut that man's nuts," and that is what

4    Compari attempted to do, cutting Rufus Kpadeh on the penis with

5    a knife, leaving it scared.

6         The defendant ordered and forced Kpadeh to run in a

7    circle with a heavy log on his shoulder as soldiers struck the

8    log with a metal rod.

9         The defendant further caused Rufus Kpadeh to suffer

10   burns from molten plastic, bites from shovels of driver ants

11   and stabbings and jukings with metal rods used to clean the

12   rifles his soldiers carried.

13        The evidence showed, ladies and gentlemen, the

14   defendant sat beside Benjamin Yeaten as he pressed a hot

15   clothing iron into the flesh of Varmuyan Dulleh, and then the

16   defendant, himself, put a gun to Dulleh's head, forcing him to

17   cup his hands and hold hot scalding water in them on pain of

18   death if he spilled a drop.

19        The defendant applied electric shocks to Dulleh's neck

20   and back and penis and he remained while soldiers put salt in

21   Dulleh's fresh, raw and open wounds.

22        He confronted Mulbah Kamara after Benjamin Yeaten

23   forced Kamara to stare into hot, blinding light, after Yeaten

24   sodomized Kamara with an electrically prod and after Yeaten

25   applied more shocks to Kamara's penis.  With Kamara still

1  suffering from the effects of this torment, the defendant

2  ordered his men to beat Kamara in front of Yeaten's garage,

3  which his men did, beating Kamara to the ground, stepping on

4  his penis and kicking his sides.  Then the defendant returned

5  Kamara to the not so tender mercies of Yeaten who retrieved the

6  hot clothing iron, burning Kamara on his belly and the inside

7  of his thigh.

8      The evidence shows, ladies and gentlemen, that the

9  defendant did these things and more all while cloaked in the

10  authority and power of the Liberian state, under pretense of

11  law or what is here called color of law.

12      This is only some of what the defendant either did or

13  caused or condoned or conspired to do.

14      The history of these and other extremes of cruelty in

15  some sense begins in Boston where the defendant was born in

16  1997 under the name Charles McArther Emmanuel as a citizen and

17  responsibility of the United States, as shown in exhibit CE-5,

18  his birth certificate, or CE-1, his passport.  The defendant is

19  the biological son of Bernice Yolanda Emmanuel, by his own

20  account and that of his stepfather, the biological son of

21  Charles Taylor, who by 1997 would become Liberia's elected

22  President in the aftermath of a long and bloody civil war.

23      The defendant grew up first in Boston where his mother

24  married Roy Belfast.  Later the family moved to Orlando,

25  Florida.  There, in 1990, the evidence you've seen reflects the

1  defendant's parents legally changed his name to Roy Belfast,

2  Jr. in an effort to distance him from his biological father,

3  Charles Taylor, who the evidence reflects at that time was

4  waging civil war in Liberia through his Army, the NPFL.

5       Within a few years, however, according to the

6  testimony of Roy Belfast, Sr., the defendant's stepfather, a

7  reluctant witness compelled to testify under subpoena, things

8  changed.  The defendant began to visit Charles Taylor in Africa

9  in approximately 1992 and then, again, more permanently, in

10  1994, an account confirmed by the defendant's own statements in

11  2006 to Special Agent Baechtle.

12       Four years later, by 1998, Charles Taylor, Sr. had

13  been President of Liberia for a year and the defendant had

14  become Chuckie Taylor, Jr.

15       By 1998 he was recruiting men to form a special

16  military unit for presidential protection and other duties.  As

17  you heard from Wesley Sieh, the men the defendant recruited

18  trained at and deployed from the military base in Gbatalah,

19  Liberia, functioning as soldiers even before their training

20  concluded.

21       The first class of recruits graduated by December,

22  1999 and were known, as many witnesses have told you, as the

23  Demon Forces or the Anti-Terrorist Unit, abbreviated as the

24  ATU.

25       This is the unit the defendant commanded, officially

1    or otherwise, throughout the events alleged in the Indictment.

2    This is the unit, in his own words, that the defendant

3    described as his pet project.

4         For 1999 and 1998, ladies and gentlemen, the evidence

5    reflects a period of escalating military tensions in Liberia

6    and across its borders.  As early as 1998, refugees from the

7    country of Sierra Leone fled from their own country's civil war

8    into northern Liberia, running from conflict between government

9    forces, such as the Kamajor militias and the RUF rebels

10   supported by the Charles Taylor government.

11        Many of these refugees, as you have heard, moved

12   deeper and deeper into Liberia, settling in the city of

13   Voinjama in Lofa County, attempting to escape forced

14   recruitment by the RUF and Liberian security organizations.

15        In 1999 and 1998, as refugees came into Liberia, the

16   defendant recruited for the ATU from his father's ex-NPL

17   fighters, seeking to train them for the ATU at Gbatalah.  These

18   recruits not only had to train, but had to build and construct

19   the base itself and even at times deploy before their training

20   was complete.

21        Wesley Sieh described the need for pre-graduation

22   deployments from Gbatalah to Monrovia to Gbarnga and elsewhere,

23   noting his own personal desire to avoid deployments assigning

24   him to checkpoints.

25        Joseph Ketter, another compelled witness under

October 28, 2008

1  subpoena, described how he drove the defendant with guns to

2  Gbatalah in 1998 and 1999 and, again, in his own statements,

3  the defendant, himself, acknowledged his role constructing

4  Gbatalah and supplying the base, even while attempting to deny

5  his commanding roll over the ATU.

6         From the start, ladies and gentlemen, I submit to you

7  the evidence shows at least one purpose for Gbatalah Base was

8  clear.  Civilian access was denied, with rare and limited

9  exception for the likes of Joseph Ketter, the driver, and a few

10 necessary cooks.  Recruits built a wall restricting public view

11 of the base from the road, according to the testimony of Wesley

12 Sieh.  But most telling was the construction of the base

13 itself, construction that included not just a barracks jail,

14 not just the so-called College of Knowledge, but a prison in

15 the ground, a prison, not on dry parts of the base, but in a

16 swamp, a prison of pits filled with water, covered with iron

17 and barbed wire, a prison of pits that witnesses describe as

18 having the size of a grave, of a coffin, a prison where a man

19 could not sit upright, keep dry or even at times fully extend

20 his legs, a prison constructed not just to confine, but to

21 cause injury and suffering.

22        You have heard from one former recruit, Wesley Sieh,

23 who dug the pits and you have heard from witnesses who suffered

24 in those pits, including Sulaiman Jusu, Momoh Turay, Rufus

25 Kpadeh, and you have seen documentation of the remains of those

1   pits in photographs taken by Agent Julian Doyle.

2           Witnesses as diverse and unconnected as Joseph Ketter,

3   Wesley Sieh, Rufus Kpadeh, Sulaiman Jusu, Momoh Turay have all

4   confirmed who ran the base at Gbatalah, the defendant and David

5   Compari, the Gambian soldier and base commander.  David

6   Compari, ladies and gentlemen, as you will be able to see from

7   your own review of the Indictment when you receive it, is

8   identified there as Conspirator D.

9           The defendant did not act alone, not at Gbatalah or at

10  any other place or time covered in the Indictment.  Because he

11  did not act alone, the Indictment has charged the offense of

12  conspiracy, and before you deliberate, ladies and gentlemen,

13  you are going to learn conspiracy is a crime of agreement.  It

14  is simply, and most essentially, that, an agreement to break

15  the law, and is it is the agreement itself to break the law

16  that forms that crime, regardless of whether the agreement is

17  ever successful or even fully carried out.

18          To successfully prove a conspiracy, the Government

19  does not have to show any formal agreement or contract between

20  the participants or that all members planned all details in

21  furtherance of the conspiracy or even knew all details of the

22  conspiracy.  The essence of a conspiracy offense is the making

23  of the unlawful agreement itself.

24          Thus, what the Government must show, as a matter of

25  law, is that two or more persons came to a mutual understanding

1  to accomplish a common and unlawful plan, as charged in the

2  Indictment, and that the defendant voluntarily and knowingly

3  participated in the conspiracy.

4  It is enough if the defendant has a general

5  understanding of the unlawful purpose of the agreement and

6  joins in that plan on one occasion, even if the defendant did

7  not participate before and even if the defendant played only a

8  minor part.

9  Here, the defendant has been charged with two

10  conspiracies, one in Count I of the Indictment and one in Count

11  II.  The first is a conspiracy or an agreement, an unlawful

12  plan, to commit torture.  That is the charge in Count I.

13  The other conspiracy offense is in Count II of the

14  Indictment charging a conspiracy to violate firearms laws by

15  carrying a firearm during and in relation to a crime of

16  violence, namely, torture, or by possessing a firearm in

17  furtherance of such a crime.

18  Each of these, Count I and Count II, are crimes of

19  agreement or of partnership in criminal purposes where each

20  member becomes the agent or partner of every other member in

21  the conspiracy.

22  Because conspiracy also has the character of a

23  partnership, once the defendant agrees to the unlawful plan, he

24  becomes legally and criminally accountable for the actions of

25  his fellow conspirators.

October 28, 2008

1            Where a conspirator furthers the unlawful plan, the

2   charged conspiracy, by committing another separate offense,

3   even without the defendant's participation, the defendant can

4   be found guilty of that other separate offense if he was part

5   of the conspiracy at the time and if the additional offense was

6   a reasonably foreseeable consequence of the conspiracy itself.

7            Subject to these rules, if you find the defendant

8   guilty of the conspiracy to torture, you may also find him

9   guilty of the offenses charged in Counts III through VII, what

10  are known as the substantive torture counts.

11           If you find him guilty of the firearms conspiracy or

12  the torture conspiracy, you may also find him guilty of the

13  offense in Count VIII, known as the substantive firearms

14  violation.

15           With these principles in mind, ladies and gentlemen,

16  what did the evidence show you?  It has shown that on April

17  21st of 1999, unknown forces attacked the city of Voinjama and

18  you may remember Momoh Turay testifying to that date,

19  refreshing his recollection with a letter he wrote in November

20  of 2000.  A little over a year after the event in question, he

21  documented the date.  He had the document to refresh his memory

22  for that date.

23           The residents of Voinjama fled, reaching the St. Paul

24  River checkpoint.  Momoh Turay, Sulaiman Jusu, Madiana Koroma,

25  each described how they and others, including Abdul Cole and

 1  Madiana's fiancé, Albert Williams, and Foday Conteh, along with
 2  many others, came to reach the St. Paul River checkpoint.

 3         Each of these witnesses described how a mix of
 4  security forces separated the men from the women.  The Sierra
 5  Leonian men, among others, were detained, and according to the
 6  testimony you've heard, Sulaiman Jusu, Momoh Turay, Abdul Cole,
 7  Foday Conteh and Albert Williams were among those detained at
 8  the checkpoint.

 9         Momoh Turay told you how he was nearly released back
10  to the truck that brought him to the checkpoint and recalled by
11  security men, and you may recall Madiana's passing testimony,
12  her observation how at the checkpoint they took Momoh back.
13  Madiana and the other women were forced to leave without the
14  men.

15         Sulaiman Jusu and Momoh Turay testified to their
16  detention at the checkpoint, guarded by men with guns where
17  they were not free to leave.  They saw the defendant arrive
18  with ATU soldiers and they each described how the defendant
19  accused the group of detained men of including rebels or
20  Kamajors, the warring Sierra Leonian militia that unlike the
21  RUF did not support Charles Taylor's presidency.

22         They each described how the defendant, failing to
23  receive any concession or acknowledgement of rebel or Kamajor
24  activity, selected at least three men from the group at the
25  checkpoint.  He shot them in the head in front of Sulaiman

Jusu, Momoh Turay and the other men.  According to each of
them, one of the men he shot was Albert Williams, the fiancé of
Madiana Koroma.  The defendant ordered the bodies taken away
and the ATU soldiers complied, dragging the bodies to their
jeeps and then dragging them out of sight.

Momoh Turay and Sulaiman Jusu each described how heads
severed from the bodies were placed at the checkpoint or,
according to Jusu, tied to one of the jeeps.  The inescapable
fact remains, ladies and gentlemen, as you heard from the
witness stand, from that day forward, Madiana Koroma never saw
Albert Williams, her fiancé, ever again.

Later, before leaving the checkpoint, at the
defendant's direction, soldiers tied Sulaiman Jusu and Momoh
Turay in a manner called tabie.  While each of these men were
tied, soldiers beat them with guns and with the boots they wore
on their feet.  Still tied, Turay and Jusu were blindfolded,
tossed in a truck and taken to what they came to see was the
Gbarnga Police Station.  Upon arrival, soldiers beat them
again, in the words of Momoh Turay -- please forgive me --
until he shit himself.

A beating of such force, ladies and gentlemen, I
submit to you reflects this much, an intent to cause severe
pain and the willing participation in a plan to cause severe
pain.  Hitting a man until he soils himself is not the conduct
of someone unwillingly going through the motions of detention

1    or prisoner transport or even unwillingly exercising treatment
2    that is merely cruel.  It is someone zealously participating in
3    an effort to cause extraordinary pain and physical suffering.

4            Both the beatings at the checkpoint and at the police
5    department involved the use of guns.  Armed soldiers struck
6    Momoh Turay and Sulaiman Jusu with either the butts or the
7    muzzles of their weapons.  Turay and Jusu agree, although with
8    different memories of when they left the Gbarnga Police
9    Station.  Leaving this time, the soldiers and the defendant
10   beat them again.

11           Sulaiman Jusu recalls the defendant stepping on his
12   head, tying him in the tabie fashion and kicking him.  Momoh
13   Turay recalls how the defendant stepped on his back and ordered
14   his men to tie Turay.  Both recall returning to a truck and
15   arriving at what they came to know as the Gbatalah Base.  Both
16   recall crossing a swamp and being placed in pits at Gbatalah.

17           Recall also the testimony of later events from Rufus
18   Kpadeh giving a similar account of going over swamp to the
19   pits.  Wesley Sieh confirms that the  its themselves were in
20   swampy ground and in proximity to the swamp the others
21   described.

22           These witnesses, unconnected to each other, provide
23   similar descriptions of the pits, the fact that there were many
24   of them, the fact of the size of the pits, their purpose as a
25   jail, the thatched huts that stood above them, the remains of

October 28, 2008

1    those pits, as I have mentioned, ladies and gentlemen, are
2    documented in the photographs you've previously seen.  Like the
3    detentions at the checkpoint and the Gbarnga Police Station,
4    these pits show how Momoh Turay, Sulaiman Jusu and Rufus Kpadeh
5    were in the defendant's custody and physical control.

6         According to Sulaiman Jusu, the defendant ordered his
7    men to place Jusu, Turay and others who arrived with them,
8    Abdul Cole and Foday Conteh, in the pits.  Once the men were in
9    these pits, unable to sit upright, unable to stand, placed in
10   dirty water, in the defendant's absence, according to these
11   witnesses, the defendant's soldiers used guns to juke or stab
12   Turay and Jusu, and you will each recall they heard the cries
13   of other men.

14        Sulaiman Jusu recalls soldiers forcing burning cassava
15   stems into his mouth.  Turay recalls, in the defendant's
16   absence, soldiers dropping molten plastic on his body.

17        Following this treatment of Jusu Turay and the other
18   prisoners, they heard crying.  First, Abdul Cole, and then with
19   him, Sulaiman Jusu, were able to escape, although their efforts
20   were unsuccessful.  They were recaptured and it wasn't just
21   these two men who suffered punishment for that escape.

22        Momoh Turay testified that in the wake of this first
23   escape attempt, the defendant burned him with a cigarette.  He
24   testified, ladies and gentlemen, that while his hand was tied
25   to the iron and barbed wire above the pit enclosing him, while

October 28, 2008

1 he was unable to move away or defend himself, the defendant

2 took a lit cigarette and, in Turay's words, crushed the

3 cigarette into his wrist.

4         This burn scar was documented by the medical examiner,

5 Dr. Bruce Hyma, in exhibits such as exhibit number Hyma 49,

6 Hyma 50, Hyma 69 and 71 through 74.

7         Dr. Hyma testified how this kind of burn would injure

8 the outer later of the skin, damage the dermis or the

9 underlying layer of skin, and it even burn into the fat beneath

10 the dermis causing a permanent scar.

11        Momoh Turay has shown you the scar on his wrist that

12 he carries even today that is documented in the medical

13 examiner's reports.

14        Although each remembers certain details differently,

15 Momoh Turay and Sulaiman Jusu described the consequences of

16 this first escape attempt, not just the burning cigarette

17 placed on the wrist of Momoh Turay, but the killing of Abdul

18 Cole.

19        As the Court will instruct you, ladies and gentlemen,

20 people may naturally tend to forget some things or remember

21 other things inaccurately and this does not mean that the

22 witness necessarily failed to tell the truth as he or she

23 remembered it.  One reason, as the Court will instruct, is that

24 the details in question may concern unimportant facts that were

25 part of an event.  I submit this would especially be true for

October 28, 2008

 1    the most painful, heinous or traumatic events that a witness
 2    might observe.
 3           What Momoh Turay and Sulaiman Jusu observed after they
 4    were captured, after their beatings by soldiers before being
 5    returned to Gbatalah Base, was the defendant's order to kill
 6    Abdul Cole.
 7           Each consistently remembered the defendant's order of
 8    execution and that it must not happen with a gun.  Each
 9    witness, Turay and Jusu, remember the soldier with the gun, as
10    Turay describes it, in the fire position, as Jusu describes the
11    soldier reaching for the gun and as the defendant responded
12    giving the order not to fire.
13           The soldier who received that order, ladies and
14    gentlemen, as reflected by his conduct, understood that order
15    all too well.  That soldier came forward with a knife and each
16    witness remembers the soldier with the knife sawing off the
17    head of Abdul Cole from the back of his head to the front.
18           Each witness remembers how Cole screamed and begged
19    for his life.  Each remembers that Cole did not live and that
20    on the defendant's order, he was killed.
21           Ladies and gentlemen, while we cannot read minds or
22    look into the human heart to know a man's intent, one can look
23    to what he does.  One can look to his actions.
24           What was the order to kill Abdul Cole if not evidence
25    of intent to cause severe physical pain and suffering?  "Do not

                              October 28, 2008

1  kill by shooting.  Kill with a knife."

2        Consider how the soldier understood that order,

3  reaching for the knife, but not making the killing quick or

4  clean, but sawing off a head not from the front, but from the

5  back of the neck as Cole begged and screamed for his life.

6        The defendant made explicit that this killing was an

7  example and that similar fates awaited those who attempted to

8  escape.

9        Turay and Jusu were returned to their pits after being

10  brought to observe this execution.

11        The evidence reflects, ladies and gentlemen, again

12  with inconsistent details, but with consistent accounts, that a

13  new prisoner came and informed them of his hearing that escape

14  or not, there were plans to kill the Freetown guys the

15  following morning.

16        Turay, Jusu, the new prisoner, referred to as Dumbuya

17  or Dumbuya Dokule, the man whose toes had been chopped off, as

18  each witness described him, were able to escape from their

19  pits.

20        According to the witnesses, they found a fallen spoon

21  that the soldiers had not retrieved from the pit, and you may

22  remember the testimony of Wesley Sieh relating to the facts

23  that among the things issued to the recruits at Gbatalah along

24  with the civilian clothes they initially war, along with the

25  uniforms they received, they received metal utensils, metal

October 28, 2008

1  forks and metal spoons.

2          Jusu and Turay testified they were able to use a spoon
3  to cut the bindings around their wrists.  They were able to
4  escape.  Once again, their escape attempt failed.  ATU soldiers
5  seized Turay and Sulaiman Jusu and, as a result, each man was
6  beaten again by soldiers after they were recaptured from their
7  escape from the Gbatalah Base.

8          When deciding if what occurred to Sulaiman Jusu and
9  Momoh Turay amounted to torture, ladies and gentlemen, consider
10 Turay's statement at that point that he resisted the soldiers
11 at this time because he preferred death over returning to the
12 base at Gbatalah.

13         As a result of this attempted escape, as Turay told
14 you, the defendant stabbed him with a bayonet in the head and
15 in the leg, and as you've seen documented in Hyma's Exhibit 47,
16 in Hyma Exhibits 79 through 83, the defendant bears scars in
17 the head and on his leg which the medical examiner testified
18 were consistent with stab wounds from a bayonet, as he
19 described.

20         As a consequence of the second escape attempt, these
21 witnesses testified the defendant burned Sulaiman Jusu with
22 plastic and with a candle, including burns to his feet and his
23 genitals and other areas of his body.  Jusu testified the
24 defendant stabbed him in the leg with a bayonet and that
25 injury, again, is documented in Hyma Exhibit 141, what Dr. Hyma

October 28, 2008

 1  described as a stabbing or a cutting wound from a sharp object

 2  such as a bayonet, and as Sulaiman Jusu related to Dr. Hyma, as

 3  Dr. Hyma documented in Hyma Exhibit Number 140, Sulaiman Jusu

 4  was burned in the leg with a cigarette.

 5       According to Jusu, this particular set of beatings and

 6  punishments was the most serious and it became so, especially

 7  after a message each witness, Jusu and Turay, testified was

 8  delivered to the defendant, Chuckie Taylor, the message that

 9  the defendant had to bring them to Charles Taylor.

10       The men were tabied again, this time so seriously

11  Momoh Turay testified he attempted to throw himself from the

12  moving truck taking the men to Monrovia.  This was the final

13  time Sulaiman Jusu was tabied for the entire drive from the

14  Gbatalah Base to Monrovia that he took with Momoh Turay and

15  Foday Conteh.

16       Upon arriving in Monrovia, the men were brought to

17  Whiteflower and there they confronted Charles Taylor who asked

18  Jusu, Turay and Conteh why they did not fight in their own

19  country.  Taylor accused them of rebel activity and threatened

20  to bury their heads on the beach.

21       Ladies and gentlemen, consider Exhibit Whiteflower

22  Number 5, showing you an aerial view of Whiteflower within

23  sight of the sea.  As you consider this photograph, as you

24  consider this testimony, consider also the absence of any

25  connection between Sulaiman Jusu, Momoh Turay and the last

1   victim you heard from, Mulbah Kamara.  Consider Kamara's own
2   account of how following his apprehension he was taken to the
3   beach off Old Congotown Road where he saw dead and dying bodies
4   before he was taken to Whiteflower for a confrontation with
5   Charles Taylor of his own.
6          Ladies and gentlemen, Jusu and Turay were taken to
7   Whiteflower and accused by Charles Taylor, in the presence of
8   the defendant and David Compari, of being rebels.  They
9   insisted, when they found the ability to speak, that they were
10  only refugees and Charles Taylor threatened them with being
11  taken to the beach and having their heads buried in the sand.
12         You heard the testimony that at this moment also
13  present was the Defense Minister, Daniel Chea, who intervened,
14  suggesting that killing these men near Whiteflower in Monrovia
15  was not a good idea.  Any killing should have been done where
16  they came from and, in any event, he suggested that they could
17  be interrogated.
18         As a result of this, the men were brought to Barclay
19  Training Center, a military barracks in the city of Monrovia
20  and, ladies and gentlemen, I submit to you the evidence
21  reflects there can be no doubt that Jusu, Turay and Foday
22  Conteh, in fact, were taken and imprisoned in the Barclay
23  Training Center.
24         You know this because you heard the testimony of
25  Dr. Abdul Mansalay, another unwilling witness here pursuant to

**October 28, 2008**

1  subpoena, who related how he was practicing medicine in
2  Monrovia in 1999 and on May 20th of 1999, through a series of
3  events, through fortunate coincidence, a soldier from Voinjama,
4  assigned by May of 1999 to the BTC barracks who recognized
5  Jusu, who encountered his brother in Monrovia, the brother who
6  went to the embassy of Sierra Leone and from there to the
7  United Nations High Commissioner for Refugees, contacting the
8  assistant and senior protection officers, setting a process in
9  motion leading to a radio call from Carolyn Van Buren, Senior.
10 Protection Officer, to Abu Mansalay who traveled to the
11 barracks and saw the three men.

12         He documented their names in a report that he had to
13 refresh his recollection, a report that he testified was dated
14 May 27th, 1999, a mere week after the release of these men, and
15 he told you, ladies and gentlemen, how they were when he saw
16 them.  Poor hygiene, fresh wounds, holding their arms in what
17 he called a flexed or antalgic position, weeping sores above
18 their elbows circling their arms.  He described how they
19 walked, slowly and painfully, just as both Jusu and Turay
20 described how slowly and painfully they walked to the barracks
21 hospital where they encountered WO Kollie, the man who got word
22 out of where they were, who set the process in motion to help
23 them and putting them ultimately in contact with Dr. Mansalay,
24 Dr. Mansalay, who also testified to their statements to him,
25 the statements, in fact, of three men, Jusu, Turay and Foday

October 28, 2008

1  Conteh, how they were in pits with water, how molten plastic
2  was dripped on their bodies.

3          Dr. Mansalay testified that the injuries on their arms
4  were so severe, Jusu and Turay suffered paralysis in their
5  arms.  They needed help to take care of their basic hygiene and
6  to feed themselves, help, as you heard from Maada Jusu, that he
7  provided to his brother.

8          You heard testimony from Maada Jusu, from Madiana
9  Koroma that the injuries on the bodies of these men when they
10  were released from the Barclay Training Center were not there
11  when they lived in Voinjama and were not there when they
12  arrived at the St. Paul River Bridge checkpoint.

13         You've seen evidence, ladies and gentlemen, of the
14  consistent statements these men made to their doctors in Sweden
15  and to Dr. Hyma.  In sum, ladies and gentlemen, you have
16  received evidence corroborating the accounts of Turay and Jusu,
17  accounts which include their statements that they were tortured
18  directly and through others acting for this defendant.

19         To this point, ladies and gentlemen, the evidence
20  establishes not only the initial portion of the conspiracy
21  covering from April 21st until May of 1999, but it establishes
22  evidence for two of the substantive counts.

23         Count III concerns victim number 1 and addresses what
24  happened to Sulaiman Jusu.  For this count, the Government must
25  prove that the defendant acted with the specific intent to

October 28, 2008

1   inflict severe physical pain and suffering, that he did so

2   under color of law against someone in his custody and physical

3   control, and that the acts of the defendant happened outside of

4   the United States.  These are the requirements for Count III.

5        I think even defense counsel will concede the evidence

6   establishes the acts occurred outside of the United States,

7   whatever else is disagreed with.  Color of law, as it applies

8   to this count, refers to the abuse or misuse of power possessed

9   because of official status and the pretense of acting in the

10  course of official duties.

11       It is significant, ladies and gentlemen, in order to

12  act under color of law the defendant, in fact, doesn't have to

13  be an official himself if he acts jointly with governmental

14  units or agents.

15       Whether or not you ultimately decide that the

16  defendant was commanding the ATU or not or part of the ATU or

17  not, the evidence reflects his joint action with the ATU and

18  various other security forces, making his abuses under color of

19  law.

20       The defendant's participation with others is relevant

21  not just for the conspiracy count.  Even if there were no

22  conspiracy count, the law recognizes, as you will learn, that

23  what a person can do for himself can also be accomplished

24  through direction of another person or by acting together with

25  somebody else.  If the defendant directs, authorizes, aids or

October 28, 2008

1 abets while participating in the crime, the law holds the
2 defendant responsible just as if he personally engaged in the
3 conduct at issue.

4        So, for any substantive count, you may consider the
5 defendant guilty for actions that he ordered or actions
6 involving joint participation with others.  For example, the
7 soldiers who beat Turay and Jusu with the butts and muzzles of
8 their guns or dripped plastic on them at Gbatalah Base even
9 when the defendant was not there.

10       It can include joint participation with the defendant,
11 such as the SSS General Benjamin Yeaten or another officer,
12 David Compari.

13       As to victim 1, Count III, the defendant's actions
14 under color of law, purporting to act with the power and
15 authority of the ATU and the Taylor government include the
16 repeated beatings of Sulaiman Jusu with firearms and other
17 objects such as boots, burning Sulaiman Jusu with plastic and
18 candle wax, including on his feet, his genitals and other parts
19 of his body, burning him with a lit cigarette, all while Jusu
20 was under the defendant's custody and physical control in
21 Liberia, and these injuries, ladies and gentlemen, I submit to
22 you, in and of themselves reflect intent to cause severe
23 physical pain and suffering.

24       The same elements, the same rules apply to Count IV.
25 Count IV concerns what happened to Momoh Turay, victim number

**October 28, 2008**

1  2.  Here, the evidence of torture and intent to cause severe

2  physical pain and suffering include the repeated beatings of

3  Momoh Turay with guns and other objects, burning his wrist

4  through the skin, through the dermis, even through fat with a

5  lit cigarette while his wrist was tied to iron bars and barbed

6  wire.  It includes burning Turay with molten plastic and

7  stabbing him with a bayonet.

8       The evidence does not end here for the conspiracy or

9  for additional substantive counts.  While Jusu and Turay were

10 detained at the Samukai Refugee Camp, another attack on

11 Voinjama occurred.  This attack, according to testimony that

12 you've heard, was in August of 1999 and this was the attack

13 that caused not only residents of Voinjama to flee, but Rufus

14 Kpadeh and his family, like others, Kpadeh and his relatives

15 made their way to the City of Zorzor and eventually the St.

16 Paul River checkpoint, as you heard from Kpadeh himself and his

17 had half brother, Henry Marwalo.

18       There, discovery forces Kpadeh's card from the Unity

19 Party, a rival political party to Charles Taylor's.  Kpadeh was

20 taken to the defendant and confronted.  The defendant asked

21 Kpadeh if he was a rebel.  When Kpadeh said "No," the defendant

22 asked if Kpadeh would fight for the defendant and join him.

23 For his answers, Kpadeh was tabied and trucked to Gbatalah

24 Base.  There, the defendant ordered that Kpadeh be put in the

25 pits.  He ordered the base commander and his associate, David

October 28, 2008

1  Compari, to torture that man, an explicit reflection of the

2  defendant's intent.

3      Compari responded to this order by forcing Kpadeh's

4  head under water.  Apparently, as the evidence reflects, that

5  was not enough for the defendant.  He issued the next order to

6  cut Kpadeh's nuts and Compari complied, cutting Kpadeh's penis

7  with a knife, leaving a scar that he bears to this day.  Kpadeh

8  was then put naked and bleeding in a water-filled pit

9  increasing the pain from his injuries, as he testified.

10     The evidence reflects, ladies and gentlemen, it was

11 the defendant who ordered Kpadeh and others to play stone

12 football, ordered Kpadeh and others to engage in forced sodomy.

13 It was the defendant who ordered Kpadeh to run the rim, what

14 other witnesses, such as Layee or Wesley Sieh, have referred to

15 as gbilie, a practice described where the victim runs in a

16 circle with a heavy log as a soldier with a metal rod or other

17 object beats the log.

18     The defendant's intentions with respect to Rufus

19 Kpadeh were, apparently, clear enough that even in his absence,

20 soldiers burned Kpadeh with melted plastic, stabbed him or

21 juked him with metal rods and shoveled stinging driver ants

22 into one of the pits where he was confined.

23     Kpadeh, himself, recalls the practice of soldiers

24 being dragged at Gbatalah Base, a practice also recalled by

25 Wesley Sieh, who testified Compari announced this was being

October 28, 2008

1    done pursuant to the defendant's orders.

2         Kpadeh recalls his fellow prisoner, Richie Abu, who

3    cried out in Mandingo after he was taken from a pit and

4    gunshots were heard and flames were seen.

5         Sieh recalled a Mandingo prisoner believed to be an

6    anti-Taylor guerilla cutting bush at Gbatalah Base.  These

7    accounts not only support and corroborate each other, but

8    provide further insight behind the purpose of Gbatalah Base and

9    the intent of the defendant and others to inflict severe

10   physical pain and suffering on the men confined in the prison

11   pits.

12        Kpadeh remembered another fellow prisoner, someone

13   named Nathaniel Koah and, as you heard, ladies and gentlemen,

14   Nathaniel Koah had the good fortune to have his name disclosed

15   to a man named James Torh, an activist who founded an

16   organization called FOCUS.

17        According to Torh, Koah was the subject of a writ of

18   habeas corpus resulting in Koah's removal from the base and

19   leading to public outcry beginning, at the very least, with an

20   article dated October 14th of 1999 and further articles

21   continuing through and after October 25th of 1999.

22        Following the initial public protest, Kpadeh and

23   others were released from Gbatalah Base, first to the Gbarnga

24   Police Station and then, in Kpadeh's case, to his family.

25        The evidence shows by October 25th, ladies and

October 28, 2008

1    gentlemen, of 1999, Rufus Kpadeh was refusing medical treatment

2    at the JFK Hospital in Sinkor in Monrovia, making consistent

3    statements not only to his brother about what happened to him

4    at Gbatalah and who was responsible, but also making such

5    statements at the JFK Hospital.

6        You may recall RK-28, the medical record where the

7    doctor recorded Kpadeh's references to the Anti-Terrorist Unit

8    and the detention where he was tortured.  This record shows on

9    his extremities, Kpadeh has multiple scars.  It shows other

10   health problems he suffered, including breathing difficulty and

11   a urinary track infection.  It documents his efforts to seek

12   medical treatment for the reasons he gave, his detention and

13   torture at the hands of the ATU.

14       Similarly, his brother recounted how Kpadeh told him

15   that he was not simply tortured, cut, burned with melted

16   plastic, but that this happened as a result of what the

17   defendant did and said and ordered.

18       You also have, ladies and gentlemen, the testimony to

19   consider, again, of Dr. Bruce Hyma, finding not only that

20   Kpadeh's injuries, where indicated by Kpadeh, were consistent

21   with his account, but also noting Kpadeh, himself, excluded

22   certain injuries, informing Dr. Hyma of injuries the defendant

23   and his soldiers were not responsible for.

24       I've referenced several witnesses, ladies and

25   gentlemen, who described the practice of gbilie or running the

1   rim.   The injuries this caused to Rufus Kpadeh were documented
2   in Hyma exhibits, in various Hyma exhibits such as Hyma
3   Exhibits number 2 through 7 and 13 through 16, showing Kpadeh's
4   scars from tabie, and Hyma 24 through 26, showing burn scars
5   consistent with melted liquid plastic, or scars from stabbing
6   and juking as in Hyma 27, and although not necessarily easy to
7   see, although according to Dr. Hyma it would have been healed
8   by the time he went to JFK Hospital on October 25th of 1999,
9   the evidence remains of the wound to Rufus Kpadeh's penis on
10  the day he first arrived at Gbatalah Base in August of 1999 and
11  that scar is documented in Hyma Exhibits 30 and 31.

12          Ultimately, ladies and gentlemen, and up to this point
13  what the evidence reflects is the continuation of the
14  conspiracy through August of 1999, along with the commission of
15  the substantive acts of torture against Rufus Kpadeh in Count
16  Number V.

17          Following the public outcry against Gbatalah Base,
18  ladies and gentlemen, led by James Torh and FOCUS and other
19  activists, it could not really be expected that Gbatalah Base
20  was a safe place to continue the abuse of civilians.   The
21  evidence reflects that abuses at Gbatalah did not stop.   You
22  heard from soldiers there, soldiers in the ATU class of 2000
23  who observed running the rim and dragging and punishments of
24  soldiers at the base.

25          What the evidence reflects as well, however, is that

October 28, 2008

1   the abuses of civilians did not come to an end.  They

2   continued.  This time, they continued at other locations,

3   including Klay Junction and the garage of Benjamin Yeaten.

4           Ladies and gentlemen, you heard the testimony of

5   Hassan Bility, arrested in June of 2002, taken to Whiteflower,

6   confronted by Charles Taylor, sent to the underground weigh

7   station, the hole at Klay Junction.

8           You heard the testimony of Edmond Wilson, arrested on

9   or about July 19th of 2002, called by Charles Taylor, taken

10  into custody first to the Barclay Training Center, ultimately

11  placed underground at Klay Junction.

12          You heard the testimony of Varsay Layee, arrested in

13  July of 2002, confronted by Charles Taylor, dispatched to the

14  underground hole at Klay Junction.

15          Ladies and gentlemen, you also heard the testimony of

16  Varmuyan Dulleh.  When you consider the testimony of Varmuyan

17  Dulleh, ladies and gentlemen, if you consider nothing else, let

18  me ask you to keep two things in mind.  Dulleh described

19  himself as a peaceful student activist, a member of the Student

20  Unification Party at the University of Liberia, and when asked

21  what position or rank he held in that organization, this is

22  what he said.  He said "I was the chairman of the Bureau of

23  Information, Propaganda, Research and Guidance," information

24  and propaganda.

25          I ask you to remember that, ladies and gentlemen, as I

October 28, 2008

1  ask you to remember the defendant's statement to Agent Baechtle

2  in March of 2006 as he tried to distance himself from

3  wrongdoing, to deny wrongdoing, to exculpate himself.  Yet he

4  said he was present when the press guy was burned with an iron.

5  He was present when the press guy was burned with an iron.

6          And what did you learn, ladies and gentlemen, from

7  Varmuyan Dulleh?  You learned how asleep at home on or about

8  July of 2002 in the night, his associate from the Freeport in

9  Monrovia, the man he supervised, Abraham Kelleh, called him

10 from his bedroom, led him out of his house where, for reasons

11 unknown to Dulleh himself, armed men were outside his home,

12 armed men who took him into custody, brought him first to the

13 compound of Moussa Sise -- you may recall the pictures where he

14 waited there outside in a gazebo-like structure -- and then you

15 may recall Varmuyan Dulleh was taken to Whiteflower where he

16 was confronted by Charles Taylor and the defendant and Benjamin

17 Yeaten.  He was confronted by Charles Taylor.  He was accused,

18 like Bility, like Layee, like, later on, Mulbah Kamara of

19 engaging in rebel or insurgent activity which Dulleh tried to

20 deny.

21          When Dulleh denied this, when Dulleh asked for his

22 life, the response of President Charles Taylor, identified in

23 the Indictment as Conspirator C, was "Your life is not in my

24 hands.  Your life is in God's hands," and from there Dulleh was

25 taken a short distance away down a hill to the home of General

October 28, 2008

1    Benjamin Yeaten, commander of the SSS.  His shirt was stripped

2    away, stuffed in his mouth as a gag.

3           You may recall, ladies and gentlemen, Benjamin Yeaten

4    prepared a hot clothing iron and as you think of this

5    testimony, I also ask you to remember the testimony of Varsay

6    Layee who talked about Whiteflower, how it had a generator, how

7    it had power, how there was power at the home of General

8    Yeaten.

9           You've seen the exhibits, ladies and gentlemen,

10   showing the garage, showing the electrical outlets that remain

11   there 'til this day.

12          When Benjamin Yeaten had prepared the hot clothing

13   iron, ladies and gentlemen, the defendant arrived at his garage

14   and you may recall Dulleh's testimony, how the defendant, the

15   man who admitted to being present when the press guy was burned

16   with an iron, you may recall, according to Dulleh, the

17   defendant sat by Benjamin Yeaten and Dulleh was able to watch

18   him as the hot iron was pressed into his flesh.  The iron was

19   pressed into his arm, into his side, into his back.

20          Dulleh testified how he tried to move his body away

21   from the iron and soldiers present in the garage pushed him

22   into the iron.  Dulleh's injuries, ladies and gentlemen, have

23   also been documented for you in exhibits like Hyma 146, showing

24   the burn on his arm below his shoulder in the shape of a

25   triangle, the shape, I submit to you, ladies and gentlemen, of

1    a clothing or pressing iron, and Hyma 157 and 158, showing the

2    configuration and the scale of what Dr. Hyma told you was

3    consistent with an injury, with a scar from a burn.

4         It wasn't just Benjamin Yeaten, ladies and gentlemen,

5    who injured Varmuyan Dulleh.  He testified that the defendant

6    abused him as well.  He testified that the defendant took an

7    electrical device and shocked him on his neck, on his back and

8    on his genitals, specifically his penis, and you may recall,

9    again, testimony from Dr. Hyma noting the presence of scars on

10   Varmuyan Dulleh's penis, scars which Dr. Hyma testified could

11   be consistent with the kind of heat that electricity may

12   generate.

13        According to Varmuyan Dulleh, the defendant wasn't

14   simply sitting there.  It was the defendant who shocked him.

15   It was the defendant, as Varmuyan Dulleh testified, the same

16   defendant witnesses have told you always kept a pistol by his

17   side, the same defendant who was never without arms or guns,

18   the same defendant who drove with Joseph Ketter to Gbatalah in

19   a car with guns, the same defendant, according to witnesses,

20   who had a room full of guns in his home near Sinkor by the

21   beach.

22        Ladies and gentlemen, it was this defendant who,

23   himself, told Agent Baechtle about his presence with a Glock, a

24   type of pistol.  It was this defendant who, according to

25   Varmuyan Dulleh, who took a gun and aimed it at his head.

October 28, 2008

1  Benjamin Yeaten did the same.

2          I ask you to consider this testimony, ladies and

3  gentlemen, as you evaluate Count VIII of the Indictment, the

4  substantive gun count, the count that makes it an offense to

5  possess a firearm in furtherance of a crime of violence or to

6  carry a firearm during and in relation to a crime of violence.

7          Was the defendant's gun carried during and in relation

8  to a crime of violence?  The evidence shows you, ladies and

9  gentlemen, that at this point Varmuyan Dulleh had just been

10 burned with an iron and the defendant was pointing the gun at

11 his forehead, as did Benjamin Yeaten, for a very specific and

12 stated purpose.  The defendant ordered Varmuyan Dulleh to cup

13 his hands and boiling water was poured into his hands, water

14 which Varmuyan Dulleh described at one point as boiling, even

15 if it was not scientifically boiling, water, nevertheless, that

16 was hot enough to change the skin on his hands to white.

17         Varmuyan Dulleh was ordered to cup his hands and not

18 to spill a drop of the scalding water or else he would be shot.

19 Dulleh also testified Yeaten used a cup to scoop up some of the

20 water and put it on his neck, on his head, on his back, causing

21 burns.

22         Dulleh was shocked.  That was not the end of his

23 ordeal.  As you recall, ladies and gentlemen, he had been

24 accused of rebel activity and the burning, the shocking, the

25 scalding water was all connected to an effort to get Varmuyan

October 28, 2008

 1    Dulleh to call an uncle, Alhadji Kromah, a political rival of
 2    Charles Taylor and the formal head from the civil war of one of
 3    the rival warring factions, ULIMO K, that fought with Charles
 4    Taylor's NPFL and other insurgents during the war.  Varmuyan
 5    Dulleh was forced to make a scripted call to his uncle in an
 6    effort, apparently, to uncover a coup plot that Varmuyan Dulleh
 7    denied having any knowledge of.

 8         Even with that effort, ladies and gentlemen, his
 9    ordeal was not over, as his testimony reflects.  The defendant
10    remained in Yeaten's garage while soldiers took table salt
11    which they rubbed into Dulleh's fresh open wounds.

12         Then, according to Dulleh, the defendant left and
13    later you heard his account of how he was transported to Klay
14    Junction.  You heard his account of how he was forced
15    underneath to the weigh station, underneath the weigh station,
16    another hole underground filled with water.

17         As you consider the witnesses' descriptions of Klay
18    Junction, ladies and gentlemen, let me ask you to consider if
19    this location, underground, insufficient space, dirty water,
20    sounds like anything else you've heard of, perhaps descriptions
21    of the pits at Gbatalah Base.

22         You've seen the photographs taken since that time of
23    Klay Junction and you heard the witnesses testify to where they
24    were confined and how they had to sleep, trying to stay out of
25    the filthy water, on the metal beams within the hole itself.

October 28, 2008

1          You have heard the other men, Hassan Bility, Layee,
2   Edmond Wilson, all testified to Dulleh's condition when he
3   arrived at the hole, his terror, his grief, his distress, his
4   crying, his belief that he would die, and you have also heard
5   their testimony of what he told them, how, in his words, he was
6   tortured at the hands of the defendant and General Yeaten, how
7   he was burned with an iron, hurt with hot water, shocked.

8          Whatever minor differences appear in their testimony,
9   ladies and gentlemen, these witnesses, Bility, Wilson, Layee,
10  give a consistent account of Dulleh's own account of what
11  happened to him and who did it, and when Dulleh arrived
12  underneath the dark, fetid, stinking hole at Klay, these
13  witnesses were eventually able to observe that his wounds were
14  fresh and that he had burn marks on his body.

15         You may remember how some of them testified, tapping
16  their shoulder on the side, and you may want to think again
17  about the photographs from Dr. Hyma showing the iron burn in
18  that very spot.

19         You heard testimony, ladies and gentlemen, from
20  Abraham Kelleh confirming how he was seized and forced to lead
21  security men to Dulleh's residence.  You heard testimony from
22  Mary Tornabene, the doctor who treated Dulleh here in the
23  United States.  You heard about her observations of his body,
24  how she documented the various scars and marks, the burns from
25  the iron, the injuries to his body, yet another piece of

October 28, 2008

1  testimony corroborating Varmuyan Dulleh, Varmuyan Dulleh, who

2  stood before you, rolled up his sleeve and showed you the burn,

3  Varmuyan Dulleh, who, like all the other victims in this case,

4  stood at that witness stand or sat at that witness stand and

5  pointed at this man and identified him as the one responsible

6  for his injuries, for his torment, for his severe physical pain

7  and suffering, for his torture.

8       The evidence does not end there, ladies and gentlemen.

9  You heard from Mulbah Kamara, the businessman with the Internet

10 cafe, four separate homes, computers, Mr. Truck Five who also

11 worked as an expediter for the European Union, a man going

12 about his life, forming a soccer team, running his business

13 activities, trying to make his way in Monrovia in 2002, a man

14 who had every reason to pursue the interests he described to

15 you until a store got ransacked, until his home got ransacked,

16 until he complained to the Liberian National Police, until one

17 day outside of the police station, for reasons that remain

18 unknown to him to this very day, he was seized.  He was taken

19 ultimately after detention at a police station, after a

20 briefing encounter with Police Chief Paul Mulbah, he was taken

21 like the others to Whiteflower, the residence of Charles

22 Taylor.

23      He was asked to tell the truth, only Kamara didn't

24 know what to say and for not knowing what to say, as he

25 testified, ladies and gentlemen, he was taken by armed men

October 28, 2008

1  first in a truck along Old Congotown Road, taken to a beach

2  where he saw the injured and the dying, as well as the dead,

3  and you may recall his testimony, ladies and gentlemen, that

4  after seeing that scene on the beach near Old Congotown Road,

5  in his words, he was no longer himself.  He felt that he was

6  going to die.

7        He didn't die.  Instead, he was brought to Yeaten's

8  garage, the garage near Whiteflower, the garage with

9  electricity, the garage where Kamara was burned with an iron,

10  this time, as he told you, at the direction in the presence of

11  Yeaten and the soldiers who were guarding him, the soldiers who

12  forced him to lie on his back, to stare into a light like a

13  security light close to his face and blinding him.

14        Kamara told how he was brought out of the garage,

15  again just to Yeaten, not to anyone else, and ordered to bend

16  over and sodomized with an electrical device sending shock

17  waves he told you he felt throughout his body, causing him

18  severe physical pain and suffering.

19        He told you, ladies and gentlemen, that after what he

20  endured -- the light, the shocking -- the next day he

21  encountered the defendant and he described how the defendant

22  reacted to his circumstances.  He described the defendant's

23  comments.  "Was he ready to talk?"  Kamara still didn't know

24  what he was supposed to say, and that's when he relates the

25  defendant ordered the men, the ATU bodyguards who accompanied

1    him, to beat Kamara, and Kamara told you he was beaten until he
2    fell to the ground.  On the ground, the beating continued.  He
3    was kicked.  The soldiers acting at the defendant's order
4    stepped on his penis and the defendant returned him to General
5    Yeaten, General Yeaten, who retrieved the iron and burned
6    Kamara, burning him with the iron on the side of his belly.

7            Again, ladies and gentlemen, you may remember those
8    photographs, the documentation from Dr. Hyma that he testified
9    was consistent with a burn from an iron on Kamara's stomach,
10   and there it is, ladies and gentlemen.  On the right side of
11   the photograph, not as vivid or as full of contrast as the burn
12   on Varmuyan Dulleh's arm, but there, nevertheless, and marked
13   by the medical examiner photographer with the case number from
14   Kamara's consultation file.

15           Ladies and gentlemen, when you retire to deliberate I
16   ask you to consider all of the evidence, the evidence that I
17   have been able to address in my time here before you, the
18   evidence defense counsel will describe to you, the evidence I
19   have not yet been able to describe.

20           When you retire to deliberate you will be asked to
21   determine if such evidence establishes the offenses in the
22   Indictment beyond a reasonable doubt.

23           As you will learn, ladies and gentlemen, when you are
24   instructed, a reasonable doubt is a real doubt, one based on
25   reason and common sense, and I submit when you consider the

**October 28, 2008**

1 entirety of the evidence in this case from all of the

2 witnesses, the evidence of beatings with gun butts and muzzles,

3 the evidence of stabbings with bayonets, of cigarette burns, of

4 molten plastic, of burning candles put on flesh, of hot irons

5 pressed into flesh while soldiers press it back into the iron,

6 of scalding water, electrical devices, of the defendant's

7 orders, the defendant's actions, the defendant's torture, the

8 defendant's guns, the defendant's soldiers, the defendant's

9 uniforms, there is only one verdict you can reach, ladies and

10 gentlemen.

11         The United States will have the opportunity of

12 addressing you again.  My colleague, Ms. Heck-Miller, will give

13 the final part of the Government's argument, but I submit to

14 you when the arguments are done and the evidence is heard, as

15 she will undoubtedly advise you, beyond a reasonable doubt,

16 there is only one verdict the evidence supports, that this

17 defendant is here before you guilty as charged in every count

18 of the Indictment.

19         I thank you for your patience.

20         THE COURT:  Ladies and gentlemen, we're going to take

21 an early lunch recess at this time.  I will ask that you return

22 at 12:15.  The reason for having an early lunch is so we don't

23 interrupt the defense's closing argument by a lunchbreak.

24         So, please remember my instructions not to discuss the

25 case with each other or with anyone else.  I'll see everyone at

**October 28, 2008**

1    12:15.

2              [The jury leaves the courtroom at 10:54 a.m.]

3              THE COURT:  There's an hour and 18 minutes, just so

4    you know, for your rebuttal.

5              See you at 12:15.

6                   [Luncheon recess at 10:55 a.m.]

7              THE COURT:  Bring the jury in, please.

8              [The jury returns to the courtroom at 12:23 p.m.]

9              THE COURT:  Everyone please be seated.

10             MR. CARIDAD:  Ladies and gentlemen, I think you'll

11   agree with me that you were brought here not to listen to the

12   same story being retold over and over again by people on the

13   stand and then by attorneys for the Government.  You're not

14   here to be horrified.  You're not here to be shocked.  You're

15   not hear to simply hear a prosecutor repeat the same things

16   you've heard for the last two weeks.  All that you heard from

17   the Government was the same thing you heard before, simply that

18   these people should be believed because they have marks on

19   their bodies and they told other people, their family, their

20   friends, similar stories to what they told you.  That is it.

21   That was the Government's presentation.

22             It's time, I believe, that we get down to the serious

23   business of looking at this evidence and trying to decide

24   whether or not the Government has proven beyond a reasonable

25   doubt not that these people were harmed, not that they are

1 victims, not even that they were tortured.  You've got to get

2 down to the serious business of deciding whether the man

3 sitting in the courtroom next to me is responsible for all of

4 that.  That's what our business is today.

5        Now, Wesley Sieh might still be in the United States

6 visiting his sister in Maryland and talking to a lawyer if he

7 had not been tracked down there and brought back before you.

8        Rufus Kpadeh insisted on keeping his decision as to

9 whether he would sue my client a private matter to himself, not

10 something to be considered by you.

11       Varmuyan Dulleh is prospering in Chicago thanks to

12 medicine he's able to obtain to combat his life-threatening

13 disease.

14       Sulaiman Jusu and Momoh Turay lied to the United

15 Nations and to Sweden in order to get a woman out of Liberia

16 and they're still in Sweden, even though their country, Sierra

17 Leone, has been at peace for five years.

18       Mulbah Kamara never intended to come to the United

19 States, apparently, and never knew that he had filled out an

20 application for residence here.  He is now thriving in

21 Kentucky, despite the fact that he could be living in West

22 Africa and taking care of his business in Liberia from there.

23       Edmond Wilson, the man Charles Taylor tried to kill

24 because he had top secret information that he would not share

25 with us, and yet became the bodyguard to his wife is living in

**October 28, 2008**

1   Canada.

2         Varsay Layee, who fled Liberia on the same small

3   fishing boat as his friend Wilson and who applied with Wilson

4   at exactly the same time in Guinea, is living and doing well in

5   North Carolina.

6         What do all these people you've heard from have in

7   common?  They're either living in modern developed countries

8   or, like Mr. Kpadeh and Mr. Sieh, can do so at the drop of a

9   hat with the making of a phone call.  The evidence that they

10  gave concerns one of the most violent, divisive, destructive

11  periods in the history of Liberia and Sierra Leone.  They are

12  all from a culture and a way of life that we cannot begin to

13  understand, comprehend or relate to.

14        They tell us things that happened as long as nine

15  years ago and they all have a strong motive to get out of West

16  Africa, to better the lives of their family and themselves.

17        In a nutshell, ladies and gentlemen, this is why you

18  should find Mr. Emmanuel not guilty.  You cannot rely on the

19  accusations and description of events that happened during a

20  horrible divisive and violent civil war where it's clear that

21  one group of people were fighting to take control of countries

22  from another and whereby making the accusations you heard in

23  court today, these very same people stand a very good chance of

24  getting out of that horrible situation and into a better life

25  for themselves.  Accusations coming from that type of

October 28, 2008

1  environment are not the type of accusations that you can rely

2  upon to find my client guilty beyond a reasonable doubt.

3       I want to be clear about something.  We're not saying

4  that these people you heard from are not victims.  They were

5  born and raised in West Africa, one of the poorest' regions of

6  the world.  They are victims of poverty, underdevelopment,

7  unemployment, lack of education, disease, no health care --

8  the list is endless -- and they lived through a very difficult

9  time in the history of their country.

10      They suffered injuries to their bodies from who knows

11 what sources.  They may have been detained, beaten and

12 arrested.  They have more marks on their bodies than you and I

13 will ever have and that you and I will ever see on another

14 human being.

15      What we are saying is that the prosecution has not

16 proven that these people are victims of Mr. Emmanuel, of what

17 he did.  We're not saying these people should not be living in

18 Sweden or America.  If they receive some type of asylum, some

19 type of protection from our Government, that's not something

20 we're asking anyone to take away from them.  No one wishes them

21 any harm or any ill-will.  No one wishes them to be taken away

22 from the life they've built in the west.

23      What we are saying, though, is the decision to give

24 those people protection, to give them asylum, was not done by a

25 jury in a courtroom with lawyers and prosecutors and the

**October 28, 2008**

1    protection that our Constitution affords us.  It was done, if

2    at all, by somebody in Liberia or some agency in Sweden or the

3    United States.

4            It's one thing, ladies and gentlemen, to rely on the

5    accusations of these people, their allegations, and decide

6    whether they should be living somewhere else, whether they

7    should be out of Africa and in a safer country.  But it's quite

8    another thing to say that we're going to rely on those same

9    accusations, not just to let them live here and live in Sweden,

10   but to put this man before a Federal District Court Judge for

11   sentencing.  We're simply saying that you cannot rely on the

12   uncorroborated words of these people to find my client guilty

13   beyond a reasonable doubt.

14           Now, why do we believe that you have not been

15   presented with enough evidence in this case?  99 percent of the

16   evidence you've heard, almost all of it, is made up of the

17   words of those people you heard from the witness stand and

18   corroborated slightly by the words of their friends or their

19   family.

20           Ask yourselves, ladies and gentlemen, in this case, if

21   this crime had occurred in Miami, Florida just last year, what

22   kind of evidence would you expect there to be in this

23   courtroom?  You would expect there to be eyewitnesses.

24   Probably.  You would expect there to be experienced police

25   officers immediately on the scene taking statements from people

October 28, 2008

1    at the time that the crime occurred or shortly after.  You
2    would expect a crime scene lab to be on the scene to gather
3    blood, DNA, human remains.  You would expect an evidence team
4    to take pictures of the area at a time close to when the crime
5    occurred, and you would expect statements from police officers
6    who went to the scene and investigated it.  You might expect
7    independent people who have nothing to do with the defendant or
8    the victim in the crime to be brought to court.  That's what
9    you would expect if you had seen a crime, if a crime of this
10   magnitude alleged in this Indictment had occurred in Miami,
11   Florida, and it's not fair to my client to say "But
12   Mr. Caridad, it didn't happen in Miami, Florida.  It happened
13   in Liberia as long as nine years ago.  What kind of evidence do
14   you expect the Government to find in Liberia about something
15   that happened nine years ago?  What kind of evidence do you
16   expect there to be, Mr. Caridad, to be recovered from a place
17   that had just suffered and was suffering a horrible civil war?
18   Do you really expect there to be independent police officers
19   around and documents around and a lab around to collect
20   evidence?  Can you really expect that?" you might ask of me.
21        But, ladies and gentlemen, the problem with that
22   question is that it still assumes, at bottom, that there is no
23   such evidence to be found in Africa, there is nothing to be
24   found nine years after, there is nothing to be found in a
25   country that doesn't have the same type of institutions and

October 28, 2008

1    police and investigation that we do.

2        The answer is it simply is not there and it is not the

3    defense's fault that it's not there and if at rock bottom it

4    means the evidence is not there, there's only one conclusion

5    you can have, that my client has not been proven guilty of

6    anything.

7        Now, partly, it's because these things happened in

8    Liberia that there's so little evidence.  But, partly, it's

9    also due to the investigation in this case, and I'll talk about

10   that throughout the course of my comments to you.

11       The first group of people we run into are Jusu and

12   Turay, and you heard that in the 1980s Liberia had been

13   governed by a President named Samuel Doe who had taken control

14   of the country by force 10 years earlier.

15       By 1990, a number of rebel factions began fighting for

16   control of the country.  One of them was my client's father and

17   the NPFL.  The other groups you heard of were ULIMO, which

18   later split into ULIMO K, headed by Alhadji Kromah, the very

19   uncle of one of the witnesses you heard from, Varmuyan Dulleh.

20   The other group, ULIMO-J, headed by a man named Roosevelt

21   Johnson.  There were other groups fighting, but those seemed to

22   be the biggest ones.

23       The fighting stopped and eventually in 1997, Charles

24   Taylor was elected President of the country.  By 1999, as you

25   heard, rebel forces were attacking Liberia, specifically near

October 28, 2008

1  Voinjama.  People started leaving Voinjama, traveling south
2  across the St. Paul River Bridge, and according to the
3  Government, this is when this case really begins.

4       You heard Jusu and Turay say that they were taken down
5  from a truck, separated from the women and sat on the ground.
6  The women were taken away in trucks and that according to them,
7  my client questioned them, asked them if they were rebels.  No
8  one answered and, depending upon who you believe, three men
9  were killed or four men were killed.

10      That is not a small discrepancy, ladies and gentlemen.
11 We're talking about a human being.  We're talking about people
12 who were there and who saw, according to them, my client shoot
13 three or four people in the head.  If they can't get that
14 right, you cannot trust anything else they say.  That is a
15 murder of a human being.

16      Then, according to them, he ordered his men should
17 take them away and later they had the heads reappeared
18 decapitated, displayed at the checkpoint.  After this, the two
19 men were taken to the Gbarnga Police Station where they were
20 kept, according to one for two nights, according to one for
21 just a few hours, and beaten in the Gbarnga Police Station.

22      They were then taken to the ATU base at Gbatalah where
23 they were put in holes in the ground, jabbed with an instrument
24 that's used to clean a rifle, burned with plastic, ill-fed and
25 had their hands stomped on by soldiers.  Two men escaped.  They

October 28, 2008

1   were recaptured the next day and one of them, a man named Abu

2   Cole, was punished, was killed.  According to these people, his

3   head was cut off as a message to everyone else that no one can

4   escape.

5        Nevertheless, Jusu and Turay, hearing from this man

6   that they never met that he had overheard that they were going

7   to be killed the next morning, they find a spoon, they sharpen

8   it and they escape.  They're gone for 18 hours.  They bump into

9   my client after 18 hours who, according to Turay, stabs them in

10  the head with a bayonet, but according to Mr. Jusu, they didn't

11  meet with my client when they were arrested, when they were

12  captured the second time and there was no such stabbing of

13  Mr. Turay's head.

14       Luckily, they're about to be killed and at the last

15  minute, a message comes from Charles Taylor, the President

16  himself, that he wants to see these three men.  "Bring them

17  immediately to Monrovia."

18       They get to Monrovia.  They're taken to a midnight

19  audience with the President who says, asks them some questions

20  that they don't answer.  They're then told "Take them away.

21  Bury them at the beach."

22       Daniel Chea, the Defense Minister, says "No, you

23  should have killed them back at the base.  Let's not kill them.

24  Let's question them."

25       They're taken to the Barclay Training Center where

October 28, 2008

1  they're never questioned.  They linger there for about two

2  weeks.  Luckily somebody recognizes them, although they say

3  their faces were so bloody they can't even recognize each

4  other.  The brother of one of them is tracked down.  He tracks

5  down Carolyn Van Buren.  Carolyn Van Buren goes to Daniel Chea,

6  chastises him.  He gets down on his knees, according to one

7  account, begs for forgiveness.  According to the other witness,

8  no such thing ever happened.

9       They eventually lie to Carolyn Van Buren, the lady who

10  has been helping them.  One of them says that "The lady I

11  brought with me was really not my wife.  She was the other

12  guy's sister."  The other guy says "No, he did that for me, but

13  it wasn't my sister.  It was the niece of somebody I met at a

14  refugee camp."

15       Anyway, they lie about that.  They get away with it

16  and they take not themselves, not just Jusu and Turay, but the

17  whole family.  Brothers, sisters, aunts and uncles, everybody

18  gets on a plane where they now live.

19       Madiana Koroma, the girlfriend of Albert Williams,

20  apparently the girlfriend of one of the men who was killed at

21  the bridge, said she stayed just long enough at the bridge at

22  the checkpoint to hear these gunshots.

23       Maada Jusu testified that he saw his brother,

24  Mr. Jusu, last in Voinjama, saw him again in Monrovia where he

25  looked like he had been abused.

1            Ladies and gentlemen, this story, in and of itself,

2   makes no sense when you think about it and when you break it

3   down into its parts, and that's what you have to do.  You

4   cannot just gloss over this and say "Well, that sounds okay to

5   me."

6            Why does this story not make any sense?  And this is

7   without even considering their motives to fabricate this or the

8   fact that we brought other witnesses who directly contradicted

9   what these people say.

10           First, you cannot believe that in broad daylight at a

11  major checkpoint when NGO trucks and all sorts of trucks were

12  passing north and south on that bridge that anyone would be so

13  foolish, so reckless, as to select three or four people, shoot

14  them in broad daylight and decapitate them.  There are

15  refugees.  There are NGOs.  There's the International Committee

16  for the Red Cross, U.N. representatives, helping all of these

17  refugees get away from Voinjama, and it's in the middle of all

18  of these witnesses that my client is supposed to have done

19  this.

20           Ladies and gentlemen, don't you think if that had

21  happened that day at the bridge that the United States would

22  have the authority, the power, the resources to bring one

23  person, just one person to this courtroom who could say "I

24  worked for the Red Cross.  I worked for the U.N.  I was a

25  refugee crossing that area and I saw what these men are saying

October 28, 2008

1  happened."  Not a single person, and what's more, no evidence

2  that they tried to find a single person, no evidence that they

3  contacted the U.N. or the Red Cross and tried to find this

4  evidence.

5          Wouldn't such an incident have shown up in some report

6  somewhere that would have allowed the Government to track it

7  down and say "All right.  Let's find the eyewitness.  Let's

8  find the person referred to in this report who can say it

9  happened"?  But nothing.  Just the word of these two men.

10          If the Government argues that this type of crime is a

11  crime of terror, meant to scare people, then you would assume

12  there would be people around to see it, people around willing

13  to at least come forward in court and say "I saw it," someone

14  besides the family member, the brother, the sister of these men

15  who, by the way, they didn't even see it.

16          Now, you'll get the Indictment, ladies and gentlemen,

17  and if you read page 5 of it, it will allege -- accuse -- that

18  in April, 1999, the defendant caused members of the group,

19  including two individuals known to the Grand Jury and referred

20  to as victims 1 and 2, as well as other persons known to the

21  Grand Jury, victims 3 and 4 -- 4 is Mr. Cole.  3 is Mr. Conteh,

22  who did not show up in this courtroom either -- transported to

23  the Gbarnga Police Station.

24          Before that, however, the Indictment says -- the

25  Indictment, the accusation by the Government -- it says that

1  the defendant said "I took three persons from the group and
2  summarily shot them in front of the others."

3       I read this paragraph to Mr. Jusu and asked him, "Sir,
4  is that correct?  Did you see my client shoot three people?"
5  He said "No, it's incorrect.  I've always told the Government
6  it was four."

7       So, how does this find its way into the Indictment?
8  The most serious allegation in this case has to be causing the
9  death of someone, and that is wrong.  Right off the bat, that
10 is dead wrong.  How does that happen?  How do two witnesses who
11 have had the chance to speak to the Government for months and
12 years get things so different on such an important point, the
13 death of a human being?

14      Then the description of what happened to these bodies
15 after they were killed is very different.  One man says that
16 the three bodies were each dragged away separately by an ATU
17 van in front of his eyes to the bridge, dragged.  The other man
18 says "No.  Four were killed and they were tied to the back of a
19 truck and dragged through the grounds."

20      Imagine yourselves, ladies and gentlemen, being there
21 on the bridge that day and seeing one thing and having it
22 described in two different ways.  That can only mean they
23 didn't see any of this.  They're trying as best they can to
24 stay coherent, to say the same thing.  But, remember, these
25 people when they first made these statements to somebody to get

1  them into Sweden, they didn't think they were ever going to be

2  in a court of law.  They thought they would just have to

3  convince some bureaucrat or some agency something really bad

4  happened.  Heads were cut off.  It wasn't just anybody.  It was

5  the son of the President.  That's how you raise your hand high

6  enough in Africa to get the attention of the U.N. and to get

7  out.  These guys thought "It doesn't have to be perfect, just

8  enough to get us out of here."

9       But they made the statements.  So now when they get in

10 front of a jury, they can't go back on what they said because

11 what happens if they go back on what they told everybody?

12 Sweden says "Wait a minute.  You told us that this happened and

13 now in court you're saying that this happened?  You violated

14 our laws.  You've lied to us and we're going to kick you out of

15 our country."

16      So what started as a small, to them, insignificant

17 exaggeration, fabrication -- who cares.  All they want is to

18 get out of Africa -- has mushroomed into this monster that we

19 see in this courtroom today.  But the inconsistencies still

20 exist.  The problems are now even bigger because we have trial

21 by jury.  We have cross-examination.  We have the defense

22 presenting witnesses and then what was so innocent to them

23 becomes a big problem now.  They cannot say anything

24 differently on the witness stand.  They have told these agents

25 certain things.  If they take it back, if they recant, they

October 28, 2008

1    would get into trouble.

2            Third, they say they used a spoon to escape, ladies

3    and gentlemen.  This man who had been tied up who could not

4    lift his daughter, could not lift his daughter four months

5    after he was released, is able somehow to get a spoon and with

6    the help of his friend, who's in the same condition, bend it

7    enough so that it breaks.  They then have to use enough force

8    with their arms that are paralyzed, by their own admission, to

9    sharpen this instrument enough to cut a plastic tie -- not even

10   a rope -- a plastic tie police officers use to bind suspects.

11           That did not happen, ladies and gentlemen.  You know

12   it.  You feel it.  That did not happen.

13           So, why are these men talking about escapes at all?

14   Why are they talking about escapes from this base?  I can only

15   speculate, but it makes sense that the escapes were directly

16   tied into the killing of Abdul Cole, which is yet another

17   exaggeration to get the attention of the international

18   community and out of Africa.

19           They escape.  They run around the bush for hours and

20   they end up right back where they started and because of that,

21   Abdul Cole has to be punished to send a signal to everybody

22   else.  That's why we have the escapes in these cases.  You

23   might ask yourself, "Mr. Caridad, why would they invent these

24   escapes?"  This is the reason.  They have to ratchet up how bad

25   this guy is to get the attention of somebody to get out of the

October 28, 2008

1  miserable place they live, and, yet, even when they're

2  describing the death of Abdul Cole, they do so differently.

3  One of the men says Abdul Cole is tied and one ATU man by

4  himself grabbed this man by the head -- one man -- and sawed

5  his head off.

6       The other man said "No, it didn't happen that way,"

7  obviously, because it wouldn't make sense to happen that way.

8  "Two men, of course, had to hold this man down while a third

9  man cut his head off."

10      Can you imagine watching such a horrific incident and

11  having two such different stories come out of the

12  same incident.  What does that say to you?  What is your first

13  reaction as a human being, not even a juror, when you hear

14  something like that?  Someone is making this up.  Something is

15  fishy.

16      But this case may have another reason.  They may have

17  been made up to explain why these two men were not killed on

18  the base.  After all, they're alive, but to explain why they

19  wouldn't just be killed after causing so much havoc on the

20  base, they say this:  One of them says that after they were

21  recaptured the second time, they hear that the President has

22  sent a message not just to bring the two guys from Sierra Leone

23  to Monrovia, but he wants to see the two guys who escaped.

24  That's what one of them testified to under oath.  "When they

25  caught us, we were about to be killed because we had been told

1  if we escaped we would be killed" and, miraculously, a message

2  comes from the President.  "I want to see in Monrovia, the two

3  men who escaped," not the two men who are refusing to fight for

4  their country, not "the two men who are rebels against my

5  country."  Charles Taylor says "I want to see the two men who

6  escaped.

7       How does Charles Taylor know that these two men

8  escaped?  How could he possibly know?  The only logical and

9  weird explanation is that somebody has been communicating with

10  Charles Taylor over the radio and giving him updates about what

11  these two guys are doing on the base.  "They just escaped,

12  Mr."President."  Who are these guys to merit such attention?

13  They're just two refugees.

14       So, that's why you get this escape stuff because "oh,

15  the President heard we escaped.  He wants to see us.  We're the

16  famous escapees."  That's how they survived this.  That's

17  ridiculous.

18       Finally, they escaped a second time because another

19  prisoner, a guy they never met, told them he had heard a

20  conversation that tomorrow they're going to kill the guys from

21  Freetown.

22       Now, this is really a coincidence.  A man they've

23  never met comes to the hole just in the nick of time who has,

24  by some chance, heard a conversation by some people on the base

25  not that they were going to kill the guys on the base, but the

October 28, 2008

1    guys from Freetown.  That's what they said under oath.  Who

2    said anything about Freetown?

3         Did these guys ever identify themselves as being from

4    Freetown, the capital of Sierra Leone?  They are not from

5    Freetown.  This is fabrication.  This is made-up stuff.  It

6    sounds too good to be true, that these guys have so many lies

7    and this thing about stealing clothes from a farm, "What is

8    that about, Mr."Caridad?" you might ask.

9         Ladies and gentlemen, they said they were running

10   around for 18 hours naked in the jungle.  How do you survive 18

11   hours in the Liberian jungle naked?  "Someone is going to ask

12   me that.  Maybe somebody from the asylum board is going to ask

13   me this, someone digging into if what I was saying was true.

14   The only way we can survive is we stole clothes."

15        It sounds like a sit-com.  It doesn't even sound real,

16   but it's not funny.  It's sad, because these people lived

17   through a life that led them to say these things.

18        Seconds after the escape, they stumbled not just on to

19   the ATU, but Chuckie himself, the man himself, who according to

20   Turay stabs him in the head when Turay, despite the fact he can

21   barely lift his arms, is struggling with two men.  Right in

22   front of Jusu, Turay says "He stabbed me in the forehead."

23   Jusu said "I never did that.  It didn't happen."  The man who

24   was his partner who was standing right next to him said that

25   never happened.

**October 28, 2008**

1          How do you make sense of these things?  One conclusion
2   is it never happened.  Ladies and gentlemen, in the criminal
3   law you don't even have to go that far.  All you have to decide
4   is whether the evidence proves beyond a reasonable doubt that
5   it did happen.  The law doesn't leave you alone with a bunch of
6   evidence and sends you back to a room and tells you "Figure
7   this out.  Try to figure out who is telling the truth."

8          That's an impossible task.  So we make it much simpler
9   for you.  We make it much fairer for you.  You don't have to
10  figure out everything that happened in this case.  You don't
11  have to figure out what happened in Liberia.  You have one
12  simple task.  Does the evidence prove beyond a reasonable doubt
13  that my client is guilty of these charges?  That's it.  You
14  don't have to decide whether someone is lying, although in this
15  case it may not be too hard.  All you have to decide is whether
16  the evidence leaves you with a reasonable doubt that what these
17  men say happened, happened, and you don't have to go that far
18  in this case to get to that point.  That is a possible
19  assignment.  That's something juries have been doing for many
20  years now.

21         Now, just as they were about to be killed because they
22  escaped the second time, the message comes from Monrovia over
23  the radio not to kill them because the President wants them for
24  what?  For questioning.  So, this must be sheer fabrication.
25  No one on earth has this much luck.  You might see this in a

October 28, 2008

1  movie.  You might see this in a bad movie.  This does not

2  happen in real life.  Stop and think about it.  Please put

3  aside the suffering that some of these men must have gone

4  through at some point in their lives and think long and hard

5  about this.

6       This is something that is made up to keep the ball

7  rolling, to keep the suspense going in t he story, and despite

8  the fact that the President has just ordered his son to bring

9  these men alive to Monrovia, according to them, he and his men

10 keep beating them and the next punch could kill them.  So, they

11 say that despite the fact that the President has ordered they

12 be brought alive, they keep beating them and they could die at

13 the very next kick, and then the President would be very mad

14 that Chuckie did not bring these men alive to Monrovia.

15      Ladies and gentlemen, you know the fact is if any of

16 this is 50 percent true, these men would not have walked out of

17 that base.  If they had been on that base -- if they had

18 escaped twice, they would not be alive, because who are these

19 men to take up so much time of this elite ATU unit that's

20 fighting a war?  Two men, who pose no danger to anybody, have

21 taken up men at this base to hunt them down.  If that had

22 really happened, if they had escaped just once, they would have

23 been shot after the first escape.

24      Once in Monrovia, the President gives them a personal

25 audience.  We don't know why, for what reason the President

1  takes time off from his busy schedule defending his country to
2  do this.

3        He asked them a question that they don't answer the
4  way he likes and then he turns to somebody and says "Take them
5  to the beach and bury them," not threaten them.  He said "Take
6  them to the beach and kill them."

7        Daniel Chea, the man who was trembling at his knees in
8  front of Carolyn Van Buren, stands up to the President and says
9  "No, they should have been killed back then.  Let's take them
10 for questioning."

11       This is really too much luck.  This is pure fantasy,
12 ladies and gentlemen, not worthy of a consideration by a jury
13 in this country.  This is not believable.

14       They are then taken to the Barclay Training Center
15 where they linger near death for two weeks.  They miraculously
16 see an acquaintance who miraculously gets in touch with Jusu's
17 brother and, eventually, Carolyn Van Buren shows up, chastises
18 Daniel Chea, and in a moment which I hope you don't forget,
19 Mr. Turay got down on his knees and showed us exactly how
20 Mr. Chea asked Ms. Van Buren to please forgive him and to not
21 report this incident to anyone.

22       Ladies and gentlemen, you cannot get any further than
23 the bottom of credibility as far as -- you've come as far as
24 you can from the real world and we're getting very close to the
25 world of hallucinations and dreams.  But, yet, it could go a

October 28, 2008

1  little further, because the compassionate, strong Ms. Van

2  Buren, according to Mr. Turay, says that when he complains to

3  her that while at the Samukai Camp he's repeatedly being

4  beaten, repeatedly being taken out, reports this to her and

5  after that, according to him, this is what he says:  I asked

6  him -- I think the Government asked him "Did you explain to

7  Carolyn Van Buren what was happening to you in the camp?

8          "Yes.

9          "After you explained these things to Carolyn, what

10     happened to you?

11         "Well, she told us that we should just keep to

12     ourselves."

13         That's what Momoh Turay said under oath that Carolyn

14  Van Buren said to him in response to his request for help

15  because he was being beaten daily while he was taken out of the

16  Samukai Refugee Camp.

17         And, finally, what happened next brings us a little

18  bit closer to reality.  When these two men admitted that they

19  lied to Carolyn Van Buren about the young lady that was going

20  to be smuggled out as Mr. Turay's wife.  They both admit that

21  they lied to the Swedish authorities and Carolyn Van Buren and

22  the U.N. about Mr. Turay's relationship to this young lady, but

23  they can't even agree on what the lie is.  One of them says it

24  was Jusu's sister or niece that Turay took as his wife.  The

25  other one said "No, it was the niece of somebody I met at a

October 28, 2008

1    refugee camp."  At least they agree it's a lie.

2         Ladies and gentlemen, this is a mess.  This is a mess
3    for the prosecution of this case.  If these people would lie to
4    get this young lady out of Africa, wouldn't they lie to get
5    themselves out?  Of course, they would, and the obvious problem
6    for the prosecution is this:  Once you put this story in front
7    of a jury, once you present this evidence without any
8    corroboration, then the witnesses that follow, Kpadeh, Dulleh
9    and Kamara, suffer because it's like having a pure bowl of
10   milk.  It's nice at the beginning.  You put just one little
11   drop of black ink into it and slowly but surely it starts
12   turning gray and after a while no one will drink it, and that's
13   what has happened here.

14        Once you say to yourself "I can't believe that.  I see
15   that people have lied and fabricate to get out of that mess,"
16   then it's easier for you to say that other witnesses will do
17   the same, that Dulleh will do the same, that Kamara will do the
18   same, that Kpadeh will do the same.

19        You might say "Well, what about those people who saw
20   Jusu and Turay before they were taken away?  They looked fine
21   before and they looked bad after."

22        All that proves is that something might have happened
23   to these people in the middle of that, after they were seen by
24   their relatives and when they're seen again.  That's all that
25   means, that something happened to these people in Liberia.

October 28, 2008

1    Anybody could have done this to them, a soldier, a security
2    officer, somebody from a militia.  This is the time of war.
3    They could have been tabied by somebody.  All that could have
4    happened.

5         But ask yourself "How did the prosecution find these
6    witnesses who say 'I was with him in Voinjama and I saw him in
7    Monrovia?'"

8         The only way they could have found them is to ask the
9    principal witnesses, Jusu and Turay, "Tell me who was with you.
10   Who do you have to back you up?" and the only people they could
11   have possibly pointed to is their family or their friends.  You
12   saw no one else from Voinjama or from the bridge or from the
13   base.  It was full of ATU soldiers.  There were some civilians
14   on there.  You saw no one, not a single human being come in
15   here independent of their family, independent of being friends
16   and say "Yes, I saw what happened to these men and it is true."

17        And then some of these people, I know, came into court
18   and said "Yeah, but when we saw them in Monrovia, they told us
19   what happened to them.  They told us they were tortured.  They
20   told Tuesday Chuckie did it."  Remember, those people are just
21   listening to what Turay and Jusu are saying and they're their
22   family.  They want to get out of Africa just as badly as Turay
23   and Jusu do.

24        Now, there's one lady, though -- we have to be fair --
25   who is still in Africa.  Madiana Koroma was the girlfriend of

1   Albert Williams, the man who allegedly was killed and beheaded
2   at the bridge.  What does she say?  She said she arrived at the
3   bridge.  They were taken off the trucks and she stayed around.
4   She was taken at a distance from the checkpoint where she could
5   easily see it, and in court she told me it was about as far as
6   she was from me, the checkpoint, and using pictures of this
7   area, everything is close.  There's the checkpoint.  There's
8   the red-roofed house and there's the round house.  She said she
9   was not taken away, but she was taken somewhere where she
10  couldn't see -- impossible -- because if she was where she said
11  she was, she would have seen the checkpoint and the shooting,
12  if it had occurred.  She said she heard gunshots.  Jusu,
13  however, said that Chuckie arrived, he immediately told his men
14  to get rid of the women and said this:

15          "Question:  They sent them off from this particular
16      area with the securities where we were and we were at the
17      checkpoint.

18          "Question:  And the women were sent off?  Did they
19      leave?

20          "Jusu:  Yes, ma'am.  They went off.  They were forced
21      to go.

22          "Did they leave in the truck?

23          "Yes, ma'am," Mr. Jusu answered.  "The trucks
24      continued going.  The trucks Madiana Koroma was in
25      continued going.  She had no opportunity, no chance to

**October 28, 2008**

1       hear or see anything."

2           How about Dr. Mansalay?  He's an independent observer.

3  He's a doctor.  Dr. Mansalay said he saw these men the first

4  time May 20th.  These men fled Voinjama April 21st.  They got

5  to the bridge maybe one or two days later.  They were at the

6  base three or four days.  He sees them for the first time May

7  20th.  By that time, they'd been at the Barclay Training Center

8  two to three weeks and the point is we don't know what happened

9  to these men.  Dr. Mansalay doesn't know what happened to these

10 men.  He didn't see what happened to these men.  He's just

11 reporting what he saw one month after these men were released,

12 they say, from the base at Gbatalah.  They can tell him

13 anything they want.  He's the guy who is the medical expert for

14 the U.N., apparently, or the one who will say "Yeah, these men

15 are hurt.  Get them out of here."  That's their argument.

16          But you must have noticed that aside from talking to

17 friends and family of Jusu and Turay, the prosecution,

18 apparently, made no effort to talk to people who were not

19 friends or family.  It seems from what we heard that no one

20 from the prosecution, one, talked to any of the villagers at

21 Waterside.  They were there.  They took pictures of it.  In

22 some of the pictures you can even see some of the villagers.

23 No one tried to make an effort to locate G.G. Lawrence, the G-2

24 officer with the ALF.  He was stationed there.  We found him.

25 No one made an effort from the prosecution, apparently, to talk

1  to anybody from the Liberian National Police or the Bureau of
2  Immigration.  They must have been there.

3        No one made an effort to talk to U.N. workers, Red
4  Cross workers.  No one made an effort to talk, apparently, to
5  Daniel Chea and no one, unbelievably, made an effort to talk to
6  Carolyn Van Buren.  She's a U.N. employee.  No one made an
7  effort to obtain medical records that Dr. Mansalay said would
8  have kept at the Samukai Camp.  No one made an effort to check
9  if Jusu and Turay really did register with the U.N. when they
10 first arrived in Liberia.

11       No one made an effort to find if Abdul Cole, the man
12 whose head was cut off at the base, has a family member who
13 would have come to court and say "You know what?  I knew Abdul
14 Cole.  He was my brother," at least something, "and I didn't
15 see him anymore."

16       No one went to the ATU base to look for a single human
17 remain.  This was a killing field, according to Mr. Jusu and
18 Turay.  It reeked of the smell and of bones.  Now, is it too
19 much of me to ask the Government to go to that base and try to
20 find a human remain?  You might say -- and you'd probably
21 hear -- "That's ridiculous.  It's a swamp.  This happened in
22 1999."

23       "Well, did you even try?  What's the harm in trying?
24   What's the harm in contacting the Liberian government and
25   I'm sure we have some sort of relationship and say 'Listen,

October 28, 2008

1       can we go on this base?  This is a big deal, a big case.

2       We are prosecuting the son of the former President of your

3       country.  Can we at least try?'"  No.

4           Did they find anyone from Voinjama who would say "Jusu

5       was a businessman in this city," or even try to do that?

6           If is it's too long ago in that country, people left

7   where they were living and went somewhere else or they were

8   killed, the answer is not to bring people into court with no

9   corroboration.  The answer is not to bring the case then.  If

10  you don't have evidence, you don't have it.  It's not my

11  responsibility to find evidence.  It's theirs, and who has more

12  authority, who has more power to find evidence.  Me or the

13  United States Government?  Who has the power to give people

14  asylum?  Who has the power to give people immunity?  Who has

15  the power to contact the Liberian government and say "Look, we

16  need your help over here."  Do you think it's the Public

17  Defender's Office?

18          Did they talk to anyone at the Gbarnga Police Station?

19  We at least found Mr. Gayetay.  I'm not saying the Government

20  has to believe Mr. Gayetay.  I'm saying "Go talk to the man.

21  Go find him.  Go find G.G. Lawrence.  Go find somebody.  At

22  least talk to them."

23          But, no, we just take the word of Mr. Turay.  We

24  receive the witnesses they give us, his brother, sister-in-law,

25  and we put them on the witness stand, and in converse to that,

**October 28, 2008**

1   at least we brought somebody into court, Mama Tarso, Henry

2   Smith, Peewee Zetamah, Murphy Smith, Amos Nuarpa, G.G. Lawrence

3   and Augustine Gayetay who said "Listen, I practically lived at

4   the Gbarnga police station and Chuckie never brought people

5   here to beat them.  It just didn't happen."

6        What possible motive could these people have for

7   coming across the ocean and lying to you?  A trip to Miami, a

8   nice hotel stay, some meals, a little spending money.  If we're

9   going to doubt those people because of those few little perks,

10  imagine how you have to judge the Government witnesses.  What

11  can the Government offer in contrast to a few nights at a

12  hotel, a nice meal?  The Government has the power and authority

13  to allow every one of their witnesses to remain here if they

14  say they feel threatened back in Liberia.

15       Think about what that means in the real world.  Think

16  about what that means to people in underdeveloped countries.

17  These prosecutors in court, they would have told you if they

18  had promised anything to anybody.  I'm sure they would have.

19  It's their duty to have done so.  But they didn't have to

20  promise anything to anybody.  These people received asylum long

21  before the prosecution met them.  But that just shows what

22  power our country and countries like ours have in the world.

23       And I'm talking about how underdeveloped countries

24  view us, and not just countries who are at peace.  Imagine,

25  countries who are at war like Liberia, at war like Sierra

**October 28, 2008**

1   Leone.  What kind of attraction must we be to people in those
2   countries?

3        The United States -- us -- we stand as a permanent
4   incentive for people to come here.  No one has to offer them
5   anything, promise them anything.  We're here 24 hours a day
6   listening to people who claim they're being threatened,
7   tortured and harassed, and that's a good thing, isn't it?  You
8   wouldn't want it any other way.

9        We're smart enough to know some of these people may
10  not be telling us the complete truth, but we take a risk.  "All
11  right.  We'll give you the benefit of the doubt.  You're being
12  tortured and harassed?  Come on in."

13       That's one thing.  But it's another thing to use these
14  same people and put them on the witness stand and say "Now,
15  you, jury, rely on these people to find a man guilty."

16       And don't say to yourself "Poor Government.  What
17  could they do?  This happened long ago in Liberia."  If
18  anything, you've got to be more critical.  You have to examine
19  it more carefully for the very reason it's coming out of that
20  environment for people who are desperate to leave.

21       Maybe the Government will say that "Our witnesses who
22  were at the bridge, they're not making this up.  They just
23  weren't in a position to see what happened or hear what
24  happened."

25       Mrs. Tarso may have been too busy cooking.

October 28, 2008

1   Mr. Zetamah may have been too busy farming.  Don't you think

2   though after they do those chores, if something like this had

3   happened somebody would have said to them "Listen, you'll never

4   believe what happened."  Anybody who has had any experience in

5   a small town, even in a city, knows that things like this

6   spread like wild-fire.

7         Maybe the Government is going to say "They were scared

8   of saying what they saw, talking about what they saw, scared of

9   Chuckie."  All they would have had to do is get on the witness

10  stand and say "You know what?  I did see Chuckie do something."

11  I'd sit down.  These people would be whisked away.  They'd be

12  given protection and they'd be fine.  End of the story.  End of

13  the case.

14        Well, you might ask yourself "Mr. Caridad, how are all

15  these people able to describe Chuckie at all?  I mean, they're

16  from Sierra Leone."  Well, plenty of people -- "How are they

17  able to describe the base, after all, these separate people

18  who, apparently, have nothing to do with each other?"

19        It seems that plenty of people have gone into and out

20  of that base since it was defunct.  Soldiers were there in 1999

21  through 2002.  They left.  They told people about stuff on the

22  base, what it looked like, that there were holes there, the

23  layout of the base.  It's not too hard to get that information.

24        The Government even introduced a newspaper that had

25  some sort of article, some sort of information about the base.

October 28, 2008

1   Imagine, a national newspaper in Liberia describing this base,

2   and Kamara testified that he even saw my client's face on

3   television and in the newspaper.

4           But let's say, for the sake of argument, that they

5   were on the base for a moment, for a day.  What does that

6   prove?  If you believe them, that just proves they were on the

7   base and that someone harmed them.  But why do you have to

8   conclude it was the President's son?  What evidence is there

9   they're telling the truth even about that?

10          And the Government said "Well, why are these people

11  who never met Jusu and Turay, on the one hand, and Kpadeh, on

12  the other -- they have nothing in common -- why are they coming

13  up with this same story?"

14          They do have something in common.  They have the

15  prosecution in common.  The prosecution selected these people.

16  They have one story and they went out looking for something

17  that was similar.  "Did you have any similar experiences?"

18  That's the connection.  That's why these people are in the

19  courtroom today.

20          You might ask, "Mr. Caridad, why are all these people,

21  why would they be making up stories about your client, five

22  people, Jusu, Turay, Kpadeh, Kamara and Dulleh?"  The question

23  is, ladies and gentlemen, not why there are so many.  The

24  question is why are there so few?  If Liberia and Sierra Leone

25  are suffering and millions of people are suffering through the

October 28, 2008

1  same horrible, bad experience, you would expect that there

2  would be a huge pool of people ready to raise their hands and

3  say horrible things about not just a low level soldier, but

4  about Benjamin Yeaten, David Compari, the President of the

5  company, and his son who is reputed to be the head of the ATU.

6  That's the question.  Why aren't there more people, not why

7  aren't there less?  Because if you have tens of thousands

8  complaining, you are likely to come up with five, certainly

9  five.

10        Now, the prosecution will rely heavily on Mr. Kpadeh,

11  at least they should, because you could say "Well, he never

12  even left Liberia.  He's still there.  Why is he saying these

13  things?"

14        I'll talk about that, but, first, I just want to say a

15  little bit about Mr. Kpadeh, what Mr. Kpadeh says happened to

16  him happened at Waterside, too, in August of '99 and our

17  witnesses said it couldn't have happened because that

18  red-roofed building is used to sleep.  It's not used as an

19  office.  No one ever saw Chuckie there, and these people live

20  there 24 hours a day.  That's the very building that Mr. Kpadeh

21  said he was taken to by Chuckie and interviewed by Chuckie

22  alone, without any men in the office.  G.G. Lawrence didn't see

23  it.  None of our witnesses saw it.  No U.N. workers saw it.  No

24  Red Cross workers saw it.  No other refugee saw it.

25        Here I must criticize the investigation just a little

**October 28, 2008**

1    bit.  The first witness on the stand or the second witness

2    showed you pictures of this red-roofed building and the only

3    pictures they showed you were pictures that they thought show

4    that the ATU was in control of this building.

5              If I could have BR-5?

6              This is the red-roofed building, the picture taken by

7    the Government and it has a scorpion.  Mr. Kpadeh was asked

8    "What is that?" and he said "That's the ATU symbol."  It's not.

9    He said that was the ATU symbol.  Well, it's not.

10             You heard from Mr. Sieh, the Government's own witness,

11   that that is the symbol of the NPFL.  It has got nothing to do

12   with the ATU.

13             And then they showed Mr. Kpadeh a picture, BR-61, that

14   has "ATU" written on it and they asked him "Was this there when

15   you were detained in '99?

16             "Yes, it was there.  The ATU was in control of this

17     area."

18             There's a problem with that.  Wesley Sieh, the

19   Government's own witness, said that the ATU did not exist as a

20   unit until December of '99 because that's when they finished

21   training.  That's when they graduated.  That's when they got

22   the tiger stripe uniforms.  So, from their own witness, the ATU

23   did not exist in 1999.

24             Well, think about where this building is.  It's across

25   the street from the red-roofed building.  Mr. Kpadeh readily

**October 28, 2008**

1    said "I recognize that.  It was in '99."

2           How would he have seen this building?  How would he

3    have seen the back of this building with everything he said

4    happened to him, and the only building he described, the only

5    building he was familiar with was the red-roofed building

6    across the street?  How was he able to tell us, by looking at

7    this picture, that this was there in 1999?  It wasn't there in

8    1999.

9           He's so eager to get on board with this ATU train, he

10   will say to the Government "Of course, that was there in 1999."

11   And, yet, when you look at the other pictures that we

12   introduced of these buildings, you'll see writing by LURD.

13   You'll see writing by ULIMO, and then it becomes obvious that

14   you can't tell anything about what happened in this building by

15   simply the writing on it because there's so much writing from

16   different groups, different people, that you cannot simply say

17   "Look at that piece of writing.  That means this."  It's

18   impossible.

19          There's another problem with Mr. Kpadeh's claims.  Why

20   him?  Why spend all this energy to make this man miserable?

21   He's nobody.  He's a member of the Unity Party.  That's it.

22   Why waste all these resources, all this energy, to detain and

23   arrest this man who is no threat to anyone?

24          You might say that some people just want to be cruel,

25   but who have you heard has a reputation for being cruel?

October 28, 2008

1    Benjamin Yeaten was head of the SSS.  Somebody called him

2    diabolical.  David Compari had fought for the NPFL and had run

3    the Cobra Base that was at the exact same location as the

4    Gbatalah Base.  Both those men fought alongside my client's

5    father in a war that was fought when my client was a teen-age

6    her in Orlando.

7          You can expect that from those men, but what about

8    Mr. Emmanuel?  What happened to the guy who just got off the

9    plane from Orlando to be with his father and who was raised by

10   a decent, hard working man like Roy Belfast?  What all of a

11   sudden happened to Mr. Emmanuel, according to the Government?

12   Mr. Compari has been around a while.  Mr. Yeaten has been

13   around a while.  They're in charge of high level security

14   operations in the country.  Mr. Emmanuel arrived there and

15   tried to start, by his own account and by the account of Wesley

16   Sieh, an elite unit that would protect his father.

17         And even Mr. Kpadeh himself said this:  He said that

18   75 percent of the youth in Liberia today listen to what Chuckie

19   says.  He said 75 percent of the youth in Liberia listen to

20   what Chuckie says.  If that's true, why is it true?  Is it true

21   because he's a notorious torturer.  If so, then Liberia is not

22   a normal society and you can't trust anybody that comes out of

23   there to tell you anything.  But that seems unlikely.  It seems

24   that for some reason, according to Mr. Kpadeh, my client enjoys

25   75 percent of the approval of the youth in his country.

October 28, 2008

1          Again, the prosecution has failed to find one single

2    witness who was at the bridge with Mr. Kpadeh who can back up

3    his story, one single witness who was at the base who can back

4    up his story, one single person who can say "I knew Richie

5    Abu," a man we heard about briefly who was, apparently, shot

6    and burned at the base, one man who could say Richie Abu even

7    existed.

8          Don't let the Government tell you that they could not

9    get on to the Gbatalah Base because they had been scared off of

10   Whiteflower when they went to make this expensive model.  They

11   went to Gbatalah.  They went there early.  They could have gone

12   back, and that tour we have of Gbatalah by Mr. Kpadeh followed

13   by the two agents did not seem to me at least like a real

14   investigation.  They followed him around the base.  They let

15   him point to this huge log that from the picture you know a

16   human being cannot lift, especially in the condition in which

17   Kpadeh said he was in.

18         With Mr. Kpadeh at this base, no one, not one of those

19   agents asked a simple question that you would have asked or I

20   would have asked.  "Mr. Kpadeh, can you please just pick up

21   this log for me.  Can you please show me how you did this in

22   1999 when you were tired, beaten and fatigued?"

23         They didn't do it.  They, themselves, didn't even try

24   to lift it because they knew it wasn't possible.  No one played

25   the role of the ordinary cop on the beat to ask the simple,

October 28, 2008

1    obvious questions of Mr. Kpadeh.  Why?  They felt so bad for

2    him.  He had suffered enough.  "We're not going to put this man

3    through this."

4            Mr. Kpadeh's story doesn't bear much examination.  He

5    says his penis was cut.  He was sitting in dirty water for two

6    weeks.  He received no infection, does not report being cut on

7    his penis to Dr. Hyma, and has sex with another man on demand,

8    on the spot, in the condition he's in.

9            He spent three months in and out of JFK Hospital and

10   all we have to show for it is one medical record.  In that

11   medical record he doesn't mention my client.  He doesn't

12   mention what was done to him.  Perhaps something was done to

13   Mr. Kpadeh that caused him to go to the JFK Center and

14   complain.  We do have a medical record, but it says nothing

15   about my client.

16           At that time Mr. Kpadeh didn't need to leave Africa

17   maybe, but when he's called here, when somebody contacts him

18   and says "Listen, the son of the President is going on trial.

19   We have people accusing him," Mr. Kpadeh jumps very easily on

20   the bandwagon.  He has a medical record he has had for years

21   there.  He comes here.  He says this story.  He says he will

22   not tell you if he's planning to sue my client.  He goes back

23   to Liberia, but, ladies and gentlemen, he can come back here at

24   the drop of a hat.  All he has got to say is "I testified for

25   you people.  I'm being threatened back home.  I'm leaving."

October 28, 2008

1   Things are okay now, I guess, because he's a member of the

2   Unity Party.  Ellen Sirleaf Johnson is in power.  That's her

3   party.  But if things go bad in the future, he can get out.  He

4   has testified under oath.  It's on the record.

5          Now, ladies and gentlemen, we've really forgotten,

6   though, about the one witness in this case who makes everything

7   in 1999 that the Government witnesses have said very unlikely,

8   and that's their witness, Wesley Sieh.  I never met the man

9   before.  They've had access to him for who knows how long.

10  They could have talked to him for hours, and probably did, and

11  what he told you is he began on that base in the middle of '98

12  and stayed until December of '99, the exact period of time that

13  Mr. Jusu, Mr. Turay, Mr. Cole, Mr. Conteh, the escapes --

14  Mr. Kpadeh -- the soccer games, the forced sex, the carrying of

15  the pole, everything you heard in this case in 1999 occurred

16  underneath the eyes of Mr. Sieh, who, according to the

17  Government, didn't want to go on deployments, so he stayed on

18  the base 24 hours a day, their witness.

19         You think when they're talking to Mr. Sieh in their

20  office they ask him "Mr. Sieh, did you ever see Mr. Jusu and

21  Turay?  Here is a picture.  Did you have hear about the escape

22  twice?  Did you ever hear about the man with no toes?  Did you

23  ever hear about Abdul Cole being killed?  Did you see him being

24  killed?  Do you know anything about the message received at the

25  last minute to take these men to Monrovia and not kill them?

October 28, 2008

1    Did you see Mr. Kpadeh?  Here is a picture.  Did you see him

2    carrying a log?  Is that the size of the log, Mr. Sieh, that

3    was used at the base?  Did you see the forced sex, the sodomy?

4    Did you see the soccer games, Mr."Sieh?"  Was the question

5    asked?

6           If the answer had been during those debriefings, "Yes,

7    I saw all of that," you would have heard it from Mr. Sieh.

8           What does Mr. Sieh say?  The ATU base had been called

9    Cobra Base, had been run by the NPFL, by the Gambian, by David

10   Compari.  He's the Gambian.  David Compari ran that base before

11   it was even a twinkle in Mr. Emmanuel's eyes.  He said Compari

12   ordered construction of the village.  He said there were POWs

13   at the Village, but what does that mean?  Who?  "Did you see

14   Jusu?  Did you see Turay?  Did you see Kpadeh?"

15          The holes were covered with sticks and thatches, no

16   bars.  Chuckie did not discourse, talk with the recruits when

17   he came.  His driver, Ketter, said when he took Chuckie to the

18   base, the men would swarm around him.  According to Sieh,

19   Compari would execute instructions given by Chuckie.  What

20   instructions?  To punish the men?  How could Chuckie give

21   instructions to punish the men when he's not even there when

22   bad things happened, when he's not even there when someone had

23   to be disciplined?  He said Chuckie was above Compari.  What do

24   you mean by that?  They're trying to paint Chuckie as the guy

25   in control of this and they're trying to squeeze a little bit

**October 28, 2008**

1  out of Mr. Sieh, just enough, but they don't get the whole

2  story out of him, and he's their witness.  It's their

3  responsibility to get this evidence out.

4       He said the ATU was only named, was only commissioned

5  on December 15th 1999.  It could not have been at the bridge in

6  April.  It could not have been at the bridge in August.  They

7  could not have been wearing tiger stripes because they didn't

8  have it, according to Mr. Sieh.

9       He said that the ATU grew in size beyond my client's

10  conception because Taylor, the President, put his old NPFL

11  friends into it.  That was precisely what my client told Agent

12  Baechtle when he was at the airport, explaining to him why he

13  got out of the ATU.  It started as a small unit.  It mushroomed

14  into something he did not want to deal with.

15       He said Prince Dujin, somebody, was arrested because

16  of his ties to ULIMO.  No surprise.  It was a military base.

17  You would expect that people who fought for the enemy would be

18  suspected.  He was made to carry stones in a backpack on his

19  back.  Our marines should be so lucky if that's all they have

20  to do.

21       He said soldiers were punished by carrying a log on

22  their shoulders.  The United States did n to even ask him if

23  the log in the picture they took was the very type of log they

24  were forced to use.

25       He said someone named Kwa was dragged because he went

**October 28, 2008**

1  AWOL twice.  It sounds horrible, being dragged, but is this

2  Government in the business of telling the Liberian military how

3  to discipline their own men?  Is that what the case is about?

4  Can you imagine if the Liberian government came over here to

5  our Marines and said "You cannot do that to your men."  They

6  wouldn't stand for it.

7          Then he said Compari was the one who ordered all of

8  this to be done.  He said the prisoners in the hole were made

9  to work.  Were they civilians?  Who were they?  Were they

10  Sierra Leoneans?  Were they Rufus Kpadeh?  Were they Sulaiman

11  Jusu?  Were they Momoh Turay.  They never asked.

12          He never said anyone ever escaped from the base.  He

13  never said anyone was decapitated at the base.  He never said

14  that two men had been recaptured and saved at the last minute.

15  He said he saw five prisoners tied in the back of a pickup

16  truck.  Who were they?  He said that they were coming from

17  Monrovia, not going to Monrovia.  He said that Montgomery Dolo,

18  Montgomery Dolo, was in charge of the ATU after graduation in

19  December of '99 and that after graduation, he thought Chuckie

20  was still maybe in control of the ATU because he saw --

21  quote -- "Chuckie signing some papers."  That's what led him to

22  conclude that Chuckie was still in charge of the ATU.

23          He said that after Dolo, a man named Momo Jibba became

24  head of the ATU.  He never said that Chuckie was the head of

25  the ATU.

1          Mr. Sieh, effectively, in our eyes, takes care of
2   1999.  Of all the ATU men in that unit, if that's the best they
3   could do, if that's what they were able to get in here, it only
4   proves our case.  Their witness, who was there 24 hours a day,
5   was not asked to corroborate a single allegation made by Momoh
6   Turay, Sulaiman Jusu and Rufus Kpadeh, not a single one.

7          And then we take a huge leap in years from 1999 to
8   2000, nothing, 2001, nothing, except Chuckie ordering somebody
9   to cut the grass at the Executive Mansion grounds, some
10  dragging going on under a guy named Jason Weni at the base.
11  That's what happened in 2000 and 2001.  Nobody even says
12  Chuckie is on the base in those years.  No one has any evidence
13  he has anything to do with this unit in those years.

14         But so what?  Chuckie hangs around the unit with his
15  uniform.  He created it.  He has nine bodyguards, from his own
16  admission.  He can be around the Executive Mansion.  That
17  doesn't mean he's in control of the unit.  It doesn't mean
18  anything of the kind.  Anyway, there's no allegation of torture
19  in 2000, 2001.

20         Then we come back to 2002, to Mr. Dulleh.  You've
21  heard the story.  You know what he says happened to him.  What
22  do you even make of this?  I mean, this is a young man who,
23  apparently, had good job, a family, a home in Liberia.  He's
24  Mandingo, somewhat critical of Taylor.  Should you accept what
25  he's saying beyond a reasonable doubt?  How are you supposed to

October 28, 2008

 1   evaluate this young man's testimony?  He's plopped down here in

 2   the middle of you, someone who lived in Liberia most of his

 3   life who is recently living in Chicago, and the only thing I

 4   can tell you is remember what you have to do.  Did his

 5   testimony prove to you beyond a reasonable doubt that my client

 6   had tortured him?

 7        Mr. Dulleh has a history of leaving Liberia when

 8   things get bad.  You can't blame him.  He left twice before

 9   and, finally, he couldn't take it anymore and after what

10   happened to him, he says, in July of 2002, he left.  He's a man

11   who wanted to improve his life, to get a further his education,

12   and his uncle is the man who was fighting gun battles with my

13   client's father.

14        Alhadji Kromah is Mr. Dulleh's uncle.  He and Charles

15   Taylor had fought a violent and bloody civil war in which

16   Taylor beat all of the opponents.  He beat them in the

17   election, but, as we know, by 1999 war was creeping slowly to

18   Monrovia again.  It must have seemed reasonable to anybody, any

19   sane observer in Monrovia, that there was going to be

20   destruction again, and it's against this background of

21   impending horror and war that you've got to view the testimony

22   not only of Mr. Dulleh, but of Mr. Kamara, and here is the

23   difference between Kamara's and Dulleh's allegations, on one

24   hand, and those of Jusu, Turay and Kpadeh on the other.

25        Jusu, Turay and Kpadeh said what happened, what

1  happened to them happened in public at the bridge.  Dulleh and
2  Kamara are different.  They say what happened to them happened
3  in private, in a private home, the President's home and
4  Benjamin Yeaten's home.  This difference is important, ladies
5  and gentlemen.  We, the defense, we can go to Waterside and
6  hunt down people and find them, and we did.  People live there,
7  they work there and we found them.  But how are we to locate
8  people who were at Benjamin Yeaten's house on July 24th, 2002?
9  How are we expected to do that four, five or six years after
10 the event?  Mr. Dulleh has effectively isolated himself from
11 our investigation.

12        Can the Government do it?  Maybe.  But they haven't.
13 They haven't tried to find even a bodyguard, his staff or
14 anybody who was there.  It might be hard.  I don't doubt it,
15 but should we try?  Should they try?  They get somebody.  They
16 bring him over here.  They give him immunity.  They give him
17 asylum and at least somebody who was there is on the witness
18 stand, but I can't do any of those things.  I can't give
19 anybody immunity.  I can't give anybody asylum.

20        So, what do you do as a jury?  You don't give up and
21 say "Well, it's too hard for the Government.  We're not going
22 to make them bring in witnesses."  You say the opposite.  For
23 whatever reason, they haven't done it and they haven't tried to
24 do it and they don't have someone here who was at Benjamin
25 Yeaten's house who can corroborate what he said.

October 28, 2008

1          So, in the end, you have the uncorroborated allegation

2    of a man opposed to Taylor, because he was, whose uncle was

3    involved in a civil war against Taylor and who had left Liberia

4    twice before to get away from the violence.

5          The question is not why you should doubt this man.

6    The question is why you should conclude beyond a reasonable

7    doubt that he's telling the truth.  It seems to me that before

8    you decide on my client's fate, as you would decide something

9    very important to you, you've got to ask yourself "Let's get a

10   second opinion."  That's what you would do if you were going to

11   do something very important yourself, get married maybe, find a

12   job, move.  Here there is no second opinion.  There is nobody

13   but Mr. Dulleh who said that this happened.

14         Now, you don't ignore the people who were with

15   Mr. Dulleh at Klay.  They were brought in, Mr. Bility,

16   Mr. Layee and Mr. Wilson.  But what all of these people have in

17   common is they are friends of Dulleh and that all of them are

18   outside of Liberia.  They've all left.  They've all gotten some

19   sort of protection, just like Mr. Dulleh.

20         Mr. Layee was a friend of Dulleh who fought for ULIMO,

21   the contrary group to Taylor.  He was arrested in 2002 for

22   insubordination because he wanted to overthrow the President,

23   according to him.  Yet, when he is told that, he's not given

24   any evidence, according to Mr. Layee, as to why the Government

25   believes he was trying to overthrow Taylor.  Yet, you get this

October 28, 2008

1  pattern of these people being arrested for apparently no reason

2  at all, and the reason that they can't give a reason is because

3  maybe they were never arrested.  Layee says he was detained

4  because of insubordination and is not asked or is not given a

5  single explanation as to what the Government means by that.

6        That's why we get these strange, nonsensical stories

7  of people not being told why they are being arrested.

8  Mr. Wilson, he fought for Taylor.  He was shot by Taylor's men

9  because he had some sort of secret he would not share with us.

10 He was taken out of the country by Taylor after he tried to

11 kill him.  He cured him.  He brought him back, made him his

12 wife's bodyguard.  Then he receives a personal phone call from

13 the President accusing him of treason.  He's arrested and then

14 is taken by Joe Tua, the top assistant of the President, to his

15 house for dinner and, yet, he's taken to Klay and what he says

16 Dulleh says is inconsistent with what Dulleh says happened.  He

17 says consistently that Dulleh told him it was Chuckie who

18 burned him with the iron.  The story has changed.  The focus

19 has now become the man who's on trial, and this man, Wilson,

20 considers Layee and the other guy his brother.

21       Now, we have Mr. Bility who says that Mr. Dulleh told

22 him exactly what happened.  What are we to make of that?  Let's

23 believe Mr. Bility for the moment, although he has got his own

24 issues.  He's an opponent of Taylor.  He's on a crusade against

25 Taylor.  Let's assume he is reporting what Mr. Dulleh said

**October 28, 2008**

1    correctly.

2          Dulleh has something that just happened to Dulleh and

3    he's taken to Klay and he sees Bility.  Not just anybody, he

4    sees the most prominent journalist in the whole country, and he

5    hears, we've heard from the Government, that somebody, somebody

6    important -- maybe the US Embassy, International human rights

7    groups -- are trying to get Bility out of jail.  Not Dulleh,

8    Bility.

9          Dulleh is a nobody.  What are his chances of getting

10   out of that hole?  His best chance is to hang on to Mr. Bility

11   as tight as he can, tell Mr. Bility something that will maybe

12   get him out of this hole, not just that some soldier, a low

13   level guy, tortured him, but it was the President's son and

14   Benjamin Yeaten, and it works because we know for some reason,

15   Bility and Dulleh stay together practically from then on.

16         They're both taken out of Klay in a helicopter and

17   they're both taken to the same place and they're both taken

18   back to Monrovia together.  Ask yourselves why.  Is it because

19   Mr. Dulleh has told Mr. Bility what he needs to tell him so

20   that he can get out of that hole?  Has Mr. Dulleh, himself,

21   been consistent?  He says 100 armed men came to get him at his

22   house.  An exaggeration.  That they broke into his door.  Then

23   he says "No, I was tricked to come out."

24         He says that my client electrocuted him on his penis,

25   but then he tells two people, someone who was helping him write

October 28, 2008

1   the statement and his own nurse, "No, what happened to me was
2   that a device was inserted into my penis and the defendant ran
3   electricity through it."  How can those two possible stories be
4   reconciled?
5        Finally, you heard the sad truth that Mr. Dulleh has
6   HIV.  This disease is relevant to this case for three separate
7   reasons.  First, it's virtually a death sentence in Africa.
8   Few, if any, people can afford medicines to prolong their
9   lives.  In America, as a refugee, he gets as much medicine as
10  he needs.  If he had stayed in Africa, he might very well be
11  dead by now.  Second, HIV is still considered a disease
12  associated with homosexual behavior.  In Africa, that kind of
13  behavior is not as tolerated even as much as it is here, and,
14  three, he's a Muslim.  Islam is notoriously intolerant of
15  people who are suspected of being homosexuals.  At least that's
16  the perception.  Mr. Dulleh's life in Africa would not have
17  been a good one.  That's one important reason why he is here,
18  ladies and gentlemen.
19        Finally, we get to Mulbah Kamara.  Again, this story
20  is different from the people at the bridge.  It occurred in
21  private.  The accusations are by now six years old and, again,
22  we should not be expected to get into Mr. Benjamin Yeaten's
23  house and look for witnesses.
24        Now, what happened to Mr. Kamara is really an unusual
25  story.  He is a successful businessman.  He has four computer

October 28, 2008

1  stores and then he reports a robbery of his business and his
2  house to the police.

3         He goes to check on his report.  He's leaving the
4  station and for some reason, two truck-loads of security men
5  arrest him and take him away.  He's taken to the President who
6  asked him "Do you know why you're here?"  He can't answer.
7  He's turned over to Yeaten who asks him "Do you know why you're
8  here?"  He cannot answer.

9         He then, he says, is taken to Klay and really forced
10 to do some weird things like roll like a barrel, swim on dry
11 land, during which time he's grazed by a bullet, flown by
12 helicopter to an island where he has to eat peanuts to live and
13 back to Monrovia where he's released on the condition he report
14 daily to the President.  He's smuggled out of the country and
15 signs some papers that he has not read that just happen to be
16 an application for U.S. residency.  He doesn't want to come
17 here or know he's coming here, but here he is.

18        Ladies and gentlemen, what is going on in this
19 country?  What is going on in Liberia?  How can you possibly
20 understand such a tale?  It seems like a different planet to
21 me.  Maybe a Liberian jury could make sense of this, but an
22 American jury?  How can you possibly evaluate the credibility
23 of such a tale?  All you can do is scratch your head and say
24 "Listen, are you kidding me?  Do you want me to convict this
25 man of this serious crime based upon this story?"

October 28, 2008

1           But think about it.  What does Kamara's story sound

2   like?  A successful businessman.  He has got money.  He has got

3   property.  He has got businesses, and the cops or somebody

4   steals it from him.  That's what happened here.  That's the

5   only thing that seems truthful, is that he was robbed.

6           Then we take off with this bizarre story of these cops

7   getting him away, getting him away from his business.  The

8   thing happens when he reports the theft.  That's when his

9   trouble starts.  This is a poor country, civil servants,

10  security officials, they see this guy who has got property and

11  they're going to take it from him and they do.

12          I mean, that's the only explanation because the

13  questions they ask Mr. Kamara are silly.  "Do you know why

14  you're here?  Do you know why you're here?  Do you know why

15  you're here?"

16          That's what this sounds like.  This doesn't sound like

17  it has anything at all to do with a conspiracy to keep Charles

18  Taylor in power.  These are some low-level cops doing this and

19  it explains why he has to be taken away from Monrovia.  "Get

20  him out of our hair so we can divvy up his property."  There's

21  no other way to explain this.  Poor country.  Poor cops.  This

22  man has got money.  So, what's Kamara to do?  He just lost

23  everything.  He knows David Parker at the EU.  He knows David

24  Parker can help him.  He has nothing left in Monrovia.  It has

25  all been taken away from him.  Maybe he was roughed up.  Maybe

1    he was tortured by these guys.  Who knows?  He has nothing

2    left.  He has got to get out.

3         How does he get out?  By saying "They robbed me"?  Who

4    in the U.N., who in the international community gets somebody

5    out of a country because they've been robbed?  They don't.

6    They take you out when you point your finger at a high enough

7    level man, the son of a President and Benjamin Yeaten.

8         He gets to Guinea and then he says he doesn't even

9    know where he's going.  He fills out some form that for some

10   unexplained reason gets him to the United States.

11        Ladies and gentlemen, that is bizarre.  That is weird.

12   That is not something that you as jurors, as human beings in

13   this country, can understand, and that's the evidence they want

14   you to rely upon to find my client guilty.

15        So, what about these marks on the bodies?  That has

16   been 99 percent of the Government's case.  They want you to

17   look at these marks and be shocked by them.

18        Ladies and gentlemen, remember who these people are.

19   They live in a country where there's very little safety, very

20   little regulation of things.  People cook by coal.  They farm

21   with cutlass.  They have to do their own carpentry sometimes

22   and you even saw these people's bodies, marks there that they,

23   themselves, cannot possibly say were caused by my client.

24        Their bodies are different from ours.  So, when you

25   see these marks, don't be shocked.  Don't say "Oh, my God.

October 28, 2008

1  They must have come from torture."  There are plenty of sources

2  where the marks on these people's bodies could have come from.

3      On top of that, they went through 14 years of civil

4  war during which they were maimed, shot, stabbed.  Then you add

5  on top of that that it's the custom, apparently, in Africa in

6  wartime to tie people in tabie.  It makes perfect sense why

7  they would do that in wartime.  These people don't have

8  handcuffs.  It's brutal.  It's not right, but it's the only way

9  to keep a prisoner in one place.  You can't just tie his hands.

10  You have to incapacitate him, and that happens in wartime.  We

11  don't want it to happen.  We've never tolerated it here, but

12  that's their country.

13      Then you add to that the trial by ordeal.  The very

14  same burn marks that you see on these people's bodies could

15  have been caused by that.  If you have a country that part of

16  it is practicing a ritual whereby if you get burned with a hot

17  iron or metal object, if it leaves a mark, you're telling a

18  lie.  If it does not leave a mark, you're telling the truth.

19  That is practiced in that country.  It just increases the

20  sources of injuries and burns these people might have on their

21  bodies.

22      One of the allegations in this case is a conspiracy

23  from 1999 to 2002.  What conspiracy are they talking about?

24  Who agreed to do this over such a long period of time?  If it's

25  a conspiracy to keep Charles Taylor in power, Kamara has got

October 28, 2008

1  nothing to do with that.

2       What happened to these men was not a conspiracy.
3  Let's assume it happened.  All you have is a bunch of people
4  acting here and there at the spur of the moment, at the bridge,
5  at the base in '99, at the bridge again, nothing for two years,
6  no word of my client doing anything, and then back again in
7  July of 2002, a different set of people doing something else.

8       What does what happened at the bridge have to do with
9  Charles Taylor and Benjamin Yeaten?  What evidence have you
10 seen that they knew or even approved of what was happening at
11 the bridge?

12      There's no evidence that Charles Taylor, the President
13 of the country, ever gave an order, a directive, to detain
14 these men, to detain Kpadeh, to detain Jusu, to detain Turay.
15 Where is the agreement?  These things happen in remote parts of
16 the country separated by time, not a single conversation, not a
17 single piece of paper telling Chuckie to do this or Chuckie
18 asking somebody to do that.  Then he disappears for two years.

19      Ladies and gentlemen, the only statement that makes
20 any sense in this case is the statement made by Chuckie Taylor,
21 the American, when he returns to the United States.  He sits
22 down with these agents for two hours, tells them all that they
23 could possibly want to know.

24      He tells them where he was born, where he was raised,
25 who his parents are, when he went to Africa, that he wanted to

1   start the ATU unit, that it was his project, that he had a hand

2   in constructing the base.  He supplied the base.  He supplied

3   the men.

4          The very torture pit that the Government is talking

5   about, he's admitting up front readily that he's responsible

6   for that base, for constructing that base.  He then tells them

7   that the men were brought on the base.  It was supposed to be a

8   small elite unit, but then his father, contrary to his wishes,

9   started to bring in people from the NPFL, from the militias,

10  from the SSU, and the ATU grew beyond that size and got out of

11  control.

12         He's then asked a series of questions about

13  misbehavior of the ATU.  He said "Listen, sometimes my

14  bodyguards might have done things that they shouldn't have

15  done.  I disciplined them.  I should have disciplined them

16  more maybe."  He even admits his men or some men were

17  responsible for two killings, not that he did it, but he

18  admits, "Yes, I heard these things happened."

19         He tells them that -- they keep insisting, "What did

20  you do?" and he described everything he has ever done.  He

21  slapped somebody with an open hand.  He never shot anybody.  He

22  has never tortured anybody.  They keep asking him.  Then he

23  makes this reference to the press guy at Benjamin Yeaten's

24  house.

25         They don't follow up with any questions.  "When?  Who

**October 28, 2008**

1  was the guy?"  He doesn't even say it was at Benjamin Yeaten's

2  house.  They don't ask him anymore questions about that

3  incident.  All he said is "some press guy," and they want to

4  make the connection that "press" means the guy at some party

5  who hands out information.  Well, that's absurd.  That's

6  stretching it, and if he thought he had done something wrong

7  with that press guy, he wouldn't even bring the subject up.  He

8  wouldn't even talk to these people.  He'd stay quiet about the

9  whole thing.

10       He keeps talking to them, explaining to them what he

11  was doing in Liberia, when he left, where he went, doesn't hide

12  anything, doesn't lie to them.  Here's a man who has just

13  tortured five people in Liberia being questioned by agents of

14  the United States and he's willing to sit down and talk to

15  them?

16       And do the rap here lyrics this case have anything to

17  do with anything?  They don't keep the actual original

18  documents.  They bring a few of them in here and I guess they

19  want you to say "Because this guy writes about this stuff, he

20  must have tortured these people."  That doesn't make any sense.

21  If someone was going to write something, to publish it, to make

22  it into a record, that's drawing attention to yourself.  It's

23  not taking attention away from himself.  Why would a man who

24  had done these things bring such evidence with him to the

25  United States?

October 28, 2008

1           Ladies and gentlemen, in a final desperate effort, I

2    believe, to give you some physical evidence, because, remember,

3    that was the Government's concern during voir dire when they

4    asked you "Can you listen to this case fairly if you don't see

5    any physical evidence?" and you said "Yes," and that's right.

6    They bring in Dr. Hyma and, really, he testified for a long

7    time, but all he could say was "These marks are consistent with

8    what they tell me," but consistent with what?  Not consistent

9    with torture.  Not consistent with my client having tortured

10   anybody, just "As they told me it was a knife wound, I looked

11   at it and I said it could be a knife wound.  If they tell me it

12   was a burn mark, it could be a burn mark," but that's all he

13   could possibly say.

14          Did he really seem objective to you?  He once even

15   used the word "credibility" during his testimony.  It's not his

16   job, ladies and gentlemen, to decide whether these people are

17   credible.  That's your job.

18          I believe at that moment, he became an advocate for

19   people whom he thought had suffered and that's a temptation we

20   must all resist because, as I said, there's no doubt these

21   people suffered.  The question is who caused them to suffer?

22          Ladies and gentlemen, I thought how is this jury

23   supposed to judge the credibility of these people who come from

24   a foreign country, who talk in a way different from ours, who

25   live life experiences different from ours, who express

October 28, 2008

1  themselves in a different way?  How are you supposed to judge
2  these people?  They don't live among us.  They don't talk like
3  us.  They haven't gone through the same things we have, so it's
4  difficult for you to judge these people.  But that is the
5  problem with this case.

6         So, what you may have to do is take a close look at
7  whether they said one thing one day and one thing another, and
8  I'll give you some examples.  Mr. Kamara made three different
9  statements to agents.  He was interviewed three different
10 times, at least.  Remember, that incident that he said happened
11 at the beach where he was taken to the beach and he saw these
12 bodies on the beach dead?  The first time he ever said that to
13 the agent, to the government, was October of this year, shortly
14 before this trial began.  In May of '07 he never mentioned that
15 horrific stop.  In August of '06, he never mentioned that
16 horrific stop.

17        He testified that something was put over his head when
18 he was transported from one place to another.  In August of
19 2006, he said his head was covered.  In May of '07, he said
20 there was no such cover.  In October of '08, he said there was
21 no such cover.

22        He said in August of '06 that he was taken directly
23 from Benjamin Yeaten's house to different places in Monrovia
24 before being taken to Klay.  In May of '07 he said he was taken
25 directly to Klay.

October 28, 2008

 1          Mr. Dulleh spoke to some people at Klay and said
 2  different things to each one.  He told Mr. Bility that the
 3  President had asked him to make a call to his uncle.  Remember
 4  that?  But he said that that phone call was made at Benjamin
 5  Yeaten's house.  Mr. Dulleh said he told Mr. Bility that he was
 6  turned over to Benjamin Yeaten and my client.  In trial, he
 7  testified he was only turned over and given over to Benjamin
 8  Yeaten.

 9          Mr. Dulleh testified it was Benjamin Yeaten who poured
10  water on him, hot water.  He told Mr. Bility it was both
11  Benjamin Yeaten and my client.  In trial, he told you that
12  Mr. Yeaten had burned him with an iron.  He told Mr. Bility
13  that my client had done that.

14          He never mentioned to Mr. Bility the presence of a gun
15  or that he had been shot anywhere on his body.  Mr. Bility said
16  that he saw the mark of an iron on his head, something that
17  Mr. Bility said never happened.

18          Mr. Wilson, at Klay, Mr. Dulleh said that my client
19  did it all.  No mention of Benjamin Yeaten.  No mention of even
20  an electric iron.

21          Ladies and gentlemen, these are the tools you are left
22  with, given the people who were brought here, the remoteness of
23  this case from you, from our country, and its age.

24          You know there may be some cases that can be brought
25  here from outside.  If something happens tomorrow on foreign

October 28, 2008

 1   soil and the FBI is asked to respond, they send people over,
 2   they gather evidence immediately, they take statements
 3   immediately and people who are involved are independent
 4   observers and they bring all that back here, maybe a case like
 5   that you can hear and make sense of, but not this case, not
 6   this case that happened in Liberia in 1999 and 2002 when it was
 7   going through war, when people were suffering, when people were
 8   being harmed and where there was great incentive to get out of
 9   that country.

10        This case is warped.  It is disfigured because of that
11   and your response in that situation can't be "No, let's give
12   the Government a break."  It has to be "No, let's try harder.
13   Let's make sure that we get it right."

14        We believe that the right answer here is a verdict of
15   not guilty.

16        Thank you.

17        THE COURT:  Ladies and gentlemen, we'll take our
18   afternoon recess.  We'll take 10 minutes.  Please do not
19   discuss the case.

20        [The jury leaves the courtroom at 2:13 p.m.]

21        THE COURT:  We're in recess.

22         [There was a short recess at 2:14 p.m.]

23        THE COURT:  Ready, Ms. Miller?

24        MS. HECK-MILLER:  Yes, Your Honor.

25        THE COURT:  Bring the jury in.

October 28, 2008

 1              [The jury returns to the courtroom at 2:28 p.m.]

 2                  THE COURT:  Please be seated.

 3                  MS. HECK-MILLER:  Thank you, Your Honor.

 4                  May it please the Court, counsel, ladies and

 5     gentlemen.

 6                  I would like to thank you, first of all, for your

 7     attention, for your service at this trial.  We know that it has

 8     taken time from your lives and all of us -- I'm sure the

 9     defense as well as the Government and the Court -- know and

10     appreciate the attention that you have given to this case.

11                  On behalf of myself, Caroline Heck-Miller, AUSA

12     Rochlin, AUSA Graveline and Agents Baechtle and Naples, we

13     thank you.

14                  We know also that this case has not been an easy case

15     to listen to.  The evidence has been disturbing, gruesome and

16     you have been attentive.  You have viewed the photographic

17     evidence, which is graphic, with the same attention and care as

18     all the parts of this case, and we appreciate that as well

19     because, of course, ladies and gentlemen, this case is about

20     torture, and although Mr. Caridad in his argument may suggest

21     that such a case cannot appropriately be prosecuted with regard

22     to a matter that happened in another country and during

23     war-time, in fact, you're going to hear that it is the law that

24     it is a Federal crime or offense for a national of the United

25     States or anyone now present in the United States, irrespective

October 28, 2008

1  of nationality, to commit torture while outside of the United

2  States.

3       So, inherent in the very law is the issue that

4  Mr. Caridad would suggest you should dispose of this case on.

5  It happened outside of the United States and you will recall

6  during voir dire you were asked about that and you all said

7  that you could be fair with regard to matters that occurred

8  outside of the United States, and in this case the defendant

9  falls into both categories of persons who are covered by that

10 law.  He is a United States national and he is also present in

11 the United States.

12      So, let's lay to rest the idea that somehow another

13 day, another time, another place it may be appropriate to

14 prosecute torture, but not when it happens outside of the

15 United States.  That's not what the law suggests.  And let's

16 put to rest the notion that some day, another time, another

17 place it may be appropriate to prosecute torture, but not when

18 it occurs in a turbulent and war-torn setting.  Ladies and

19 gentlemen, I would submit to you that that makes no sense

20 because that is when torture is likely to occur.

21      We all deal with the facts as they exist, not as we

22 would wish them to be, but with the reality.

23      In listening to Mr. Caridad's argument, I heard what I

24 would call as the attempt to "otherize" the victims in this

25 case, to make them somehow incomprehensible, foreign, exotic

October 28, 2008

1  and, frankly, stereotyped.  I heard references to "a culture
2  and way of life we cannot begin to understand, comprehend or
3  relate to."

4       I heard remarks about these accusations "coming from
5  that type of environment," and I heard statements like "It
6  seems like a different planet to me.  Maybe a Liberian jury
7  could make sense of this, but an American jury?"  Finally, I
8  heard "Their bodies are different from ours."

9       Ladies and gentlemen, we submit that you should reject
10  this effort to -- quote/unquote -- "otherize" the victims in
11  this case.  Their bodies are not different.  Blood is red.
12  Knives cut.  Fire burns.  Pain hurts.  That's what this case is
13  about, and it is about that for all victims in this case.

14       Now, I'm not saying that the witnesses were always
15  easy for our ears to comprehend, and we're very grateful we had
16  the services of an interpreter to help us.  But I am saying we
17  ask you to reject the notion that somehow these victims are to
18  be put in a separate category and -- quote/unquote --
19  "otherized" or blamed in some way, and we did hear some of that
20  in the defense closing argument also.

21       "They're living it up in Sweden.  They're living it up
22  here in the United States."  Ladies and gentlemen, you saw
23  Varmuyan Dulleh.  Did he strike you as someone who was living
24  it up or did he strike you as a man of profound sorrow?

25       Even when victims were not -- quote -- living it up --

October 28, 2008

1    well, I won't put those in quotes.  Those are my words.  Even

2    when the victims were not enjoying the benefits of a first

3    world country, the argument is made "Well, they could."

4         Rufus Kpadeh has been living in Liberia since 1999.

5    He came here and he testified that's where he was going back

6    to.  Why?  "Because home is best for me."  That's what he said.

7         So, the notion that somehow the victims were on the

8    make and were trying to improve their circumstances just so

9    they could get out of unpleasant economic circumstances and

10   make their way to the United States or to Sweden or to some

11   more economically pleasant country, not only, we submit, is an

12   unworthy argument as to the victims who did move to other

13   countries, but doesn't even make sense because it doesn't

14   apply, for instance, to Mr. Kpadeh.

15        And I'm going to be asking you as I'm making my

16   remarks to reference your own common sense often because,

17   ladies and gentlemen, common sense is a touchstone of the way

18   that you will decide the issues in this case and you will hear

19   that in the Court's instructions.

20        You will hear, for instance, that in considering the

21   evidence, you may make deductions and reach conclusions which

22   reason and common sense lead you to make.  You will also hear

23   that a reasonable doubt is a real doubt based upon reason and

24   common sense after careful and impartial consideration of all

25   the evidence in the case.

October 28, 2008

1           And one common sense proposition, I would submit to

2    you, is that as jurors, of course, you weigh witness

3    credibility.  The suggestion during the defense's closing

4    argument that that is not something that you are supposed to

5    weigh and analyze is quite contrary to the instructions and

6    quite contrary to common sense.

7           You will hear in the instructions that you are judges

8    of the facts in this case and you will also be given careful

9    instruction by the Court on techniques to assess and weigh

10   witness credibility.

11          Now, counsel spoke at length about what he

12   characterized as the improbability of the accounts of some of

13   these victims, and especially of the victims, Turay and Jusu,

14   and that their story was just too improbable because they had

15   too many escapes from death and that could never happen.

16          But, ladies and gentlemen, I think when you think

17   about it and you realize, when you look at it from hindsight,

18   any escape seems to be improbable because, after all, these are

19   the people who are left.

20          I like to think of it this way:  Say, I had a big jar

21   of beans right here at this podium and, say, that there was a

22   hole in the floor right here and I tipped over that jar and all

23   the beans started going into the hole.  If there were 500 beans

24   in that jar, maybe 490 of them would go right into that hole,

25   but 10 of them might bounce around and they wouldn't go into

1   the hole.  Once that process took place, for any one of those

2   10 beans, the trajectory of physics that resulted in them

3   bouncing out and going not into the hole might seem extremely

4   improbable.  They are -- quote/unquote -- the survivors.  But

5   every survivor's tale in that sense seems improbable and, yet,

6   that is what happens.  People do survive and, by definition, it

7   is the people who survive who are here to tell the accounts,

8   and you can see that even in the facts of this case.

9           Remember Mr. Kamara testifying about how he was driven

10  past the beach and saw dead and dying people?  For those

11  people, there was no improbable miracle.  Those people are

12  gone.  He's the one who is here to tell his story.  Does it

13  seem improbable that he lived when all of those died?  But that

14  is what happens.

15          Similarly, with regard to the account of Turay and

16  Jusu.  What about Abdul Cole?  For him, there was no miracle,

17  so that is not the witness we hear from.  We hear from the

18  witnesses, by definition, who were the ones who escaped.

19          Now, in closing, defense counsel suggested other

20  matters that he thought improbable.  For instance, that Rufus

21  Kpadeh would be too weak to lift that log, especially after he

22  had been subjected to the bad conditions of Gbatalah Base.  But

23  Rufus Kpadeh's life depended on lifting that log, ladies and

24  gentlemen.  He was not working out at the gym where the

25  difference between making an effort and not making an effort is

October 28, 2008

1  not as critical.  As he testified, "It depends on the strength
2  you have.  I am an African child.  I am very strong."

3          Similarly, with the suggestion, both in the
4  cross-examination of him and in closing argument, that his
5  account of being forced to commit sodomy and actually
6  committing sodomy is incredible because of his weakened
7  condition and because of the fact that his penis had been
8  injured.  Ladies and gentlemen, there, too, his life depended
9  on committing that act, and to suggest that circumstances made
10 it impossible is not consistent with what we see from that
11 evidence.

12         So, a survivor may always appear to be lucky by
13 hindsight just like the series of improbabilities with those
14 beans may seem incredible when you look at the beans that
15 didn't fall in the hole.  But when you look at the action, it
16 is not incredible and it is not improbable that some of those
17 beans didn't fall in that hole and that there were people who
18 survived.

19         Nor is it especially improbable that there were
20 individuals who were saved from death.  After all, we have
21 evidence in this case that the Charles Taylor government was
22 susceptible to some forms of pressure.  One of the exhibits
23 that you are going to see is a series of newspapers, and
24 they're very odd looking newspapers because we have redacted
25 the contents of the stories.  But these are Government's

October 28, 2008

1  Exhibits 106 A, 107 A and 124 A, and you may recall these were

2  related to the testimony of James Torh from the group, FOCUS,

3  which was putting pressure in October of 1999 on the Taylor

4  administration with regard to Gbatalah Base, and although the

5  content of the articles is not here, the shell of the

6  newspapers is here to document that there was an article about

7  FOCUS and Gbatalah Base on October 26th, 1999, that there was

8  an article about Gbatalah Base on October 14th, 1999 and that

9  there was an article on October 27th, 1999.

10       Ladies and gentlemen, that is the exact window of time

11 that Rufus Kpadeh was released from Gbatalah Base, along with

12 an admonition from the defendant not to tell that he had been

13 at the base, but to pretend instead that he had been at the

14 Gbarnga Police Department.  That is absolutely consistent then

15 with the testimony of James Torh, who is not a friend or family

16 of Rufus Kpadeh.  Independent actors, independent

17 corroboration.

18       Now, what about the so-called miraculous reprieve of

19 the Swedes?  Ladies and gentlemen, do you remember in the

20 testimony Agent Baechtle gave you about the statement of the

21 defendant?  He admitted and acknowledged that things were not

22 always rosy between himself and his father and he even

23 recounted an incident where he had had some sort of altercation

24 with a brother-in-law and his father had reacted so strongly

25 that he had thrown the defendant in jail for two weeks.

October 28, 2008

1          Yes, there is a conspiracy charged in this case and,

2     yes, you see throughout evidence of the defendant working in

3     concert with other co-conspirators, including Charles Taylor,

4     Benjamin Yeaten, David Compari.  But that does not mean that

5     these co-conspirators were always friendly to each other and

6     the fact that Charles Taylor, the father, may have had a more

7     shrewd and political view of the advisability of likely offing

8     people at Gbatalah Base is absolutely consistent with the

9     evidence that there was a radio message to send those Sierra

10    Leoneans to Monrovia with the evidence that this enraged the

11    defendant and that he went into a beating spree on the two

12    witnesses and Foday Conteh and is consistent with what happened

13    later on when they are brought to Whiteflower.

14         Now, just for a moment I want to go back to this issue

15    of the beating spree that took place at that point because

16    Turay and Jusu testified that when the defendant learned that

17    he was going to lose his chance to execute these individuals

18    and that they were instead going to be sent to Monrovia, the

19    beatings got -- well, as Mr. Jusu put it in what might be the

20    understatement of the rear -- quote -- really serious beatings

21    then and that's when they got burnt with the candle wax and

22    that's when there were some bayonet stabbings going on and

23    that's when they got beaten even more severely.

24         And one thing that's important about that is defense

25    counsel also is trying to suggest that Mr. Jusu, for instance,

1  is not credible because he said that he was able to use his
2  hands and manipulate his bonds to effectuate an escape and,
3  yet, claims that he was paralyzed in his hands and arms.  But,
4  ladies and gentlemen, that second escape took place before
5  this -- quote/unquote -- really serious beating when the
6  defendant got extremely angry at the news that his father was
7  taking away his prized prisoners and having them sent to
8  Monrovia.

9       And we had testimony with regard to other incidents in
10  this case of similar efforts.  Aloysius Toe testified to the
11  publicity campaigns that resulted in releases of prisoners.  No
12  one was suggesting on the stand that that was easy, but it does
13  tell you that once a person was in the Taylor detention
14  process -- I hesitate even to call it a system.  I'm not sure
15  that sticking somebody under a weigh station in a filthy hole
16  filled with water could be called a detention system -- but
17  once somebody was immeshed in that process, there were
18  instances where pressure and publicity campaigns did result in
19  their release.  So, that is not the improbability that counsel
20  suggests.

21       Furthermore, ladies and gentlemen, I would submit to
22  you that the scene at Whiteflower when Charles Taylor said
23  "Take them to the beach" and Daniel Chea intervened is not
24  improbable.  Is Charles Taylor just saber-rattling when he says
25  "Take them to the beach and bury them?" and was this part of a

October 28, 2008

1  charade with Daniel Chea?

2  What we do know is that Daniel Chea was a man with an

3  eye to the main chance.  He was trying to curry favor with the

4  United Nations and maybe Daniel Chea perceived correctly that

5  standing next to a person like Charles Taylor can be a

6  dangerous place to be and sought to modulate what was going on

7  by making the very practical observation that "If you were

8  going to kill them, you should have done it already rather than

9  here at Whiteflower," and that was a practical and pragmatic

10 suggestion which Charles Taylor accepted, resulting in those

11 victims being sent to the Barclay Training Center.

12 And that's consistent, ladies and gentlemen, with

13 something else that a completely unrelated witness said, and

14 that was Varmuyan Dulleh.  He used a word.  I don't know if you

15 caught it.  He said Charles Taylor was a schemist.  I would

16 cancel that s-c-h-e-m-i-s-t.  I would take that to mean

17 somebody who was calculating and clever and thought things

18 through.

19 Edmond Wilson said something similar.  He said Charles

20 Taylor was calculating.  He said that even people who were

21 trusted and were high up in that administration would get

22 killed and that one strategy that would be used would be to

23 send that people Charles Taylor wanted to get rid of to the

24 front to be shot in the back.

25 So, somebody like Charles Taylor, who was a clever

**October 28, 2008**

1  thinker, could well make the calculation that it is more

2  prudent to send these refugees off to Barclay Training Center.

3       It also explains, ladies and gentlemen, as some of the

4  witnesses sought to express on the stand, why the line of

5  cross-examination of some of these individuals, "Well, why

6  didn't you ask Charles Taylor what evidence he had against

7  you?" or even "Why didn't you ask Paul Mulbah what evidence he

8  had against you?" was properly met by the observation that was

9  made by one of the witnesses -- I think it was Edmond Wilson --

10  that it would be very stupid to ask Charles Taylor to produce

11  or describe his evidence against you.

12       Further, ladies and gentlemen, if the notion is that

13  these victims all were the beneficiaries of fantastic good luck

14  and narrow escapes, I would remind you that the evidence shows

15  that not all of the twists of fate in this case were lucky ones

16  for these victims.  For instance, Momoh Turay was questioned at

17  the Gbalatuah Bridge and was sent over to the Immigration

18  office and the Immigration people released him.  You remember

19  that testimony from Momoh Turay?  It was only later on that he

20  was called back by the ATU and they arrested him because they

21  didn't believe him and didn't trust him.  So, that was a bad

22  break for Momoh Turay.

23       By the way, ladies and gentlemen, this little detail

24  was something that was corroborated by Madiana Koroma, and do

25  you remember her testimony when she said that the other truck

October 28, 2008

1  that came back, they took the other men and then they took

2  Momoh back.  In other words, Momoh had been restored to them

3  and then they took Momoh back.

4        And along the lines of what I was saying earlier about

5  how there was no miracle for Abdul Cole or no miracle for those

6  people on the beach, certainly the luck for Albert Williams and

7  the other men who were pulled out of the group and were shot

8  was very bad.  For them, also, there was no miracle.

9        Now, another topic that was addressed by counsel in

10  terms of improbabilities -- and, again, it was with regards to

11  Turay and Jusu -- was the idea of how could they escape?  There

12  was no one else who escaped.  Perhaps, ladies and, gentlemen

13  you don't recall -- and, perhaps, I hope you will recall -- in

14  the testimony of Wesley Sieh when he was testifying about a

15  soldier named Kwa who was dragged for going AWOL.  He said

16  after he was dragged he was sent to the hole and then he

17  escaped and he was brought back and he was redragged, and

18  Wesley Sieh testified about how, having been dragged once, he

19  was then redragged and, of course, he was in worse condition

20  then.  So, there were escapes from Gbatalah, not just from the

21  mouths of Turay and Jusu, but also from the mouth of Wesley

22  Sieh.

23        Remember, in April of 1999, it was still fairly early

24  days at Gbatalah.  The Village was fairly new and the

25  Village -- which was the term that Wesley Sieh testified to --

**October 28, 2008**

1    was a pretty disgusting place, not only because of the

2    activities that were going on there, but it was filthy, it

3    stank and it's entirely consistent with the credibility of

4    these witnesses that the guards were not lingering around

5    there, especially at night.

6         Now, later on, in August, when Rufus Kpadeh was there,

7    they would have tightened up their measures, perhaps precisely

8    because of the escapes that had taken place, and, remember, at

9    least one of these witnesses had had a previously successful

10   experience with escape.

11        Do you remember that Sulaiman Jusu talked about how he

12   had been picked up by the SOD with some RUF rebels while he was

13   still in Vahun before he got to the Gbalatuah Bridge and he

14   said as they were being walked to the headquarters, he hung

15   back and they never noticed and he escaped.  So, he had had a

16   positive experience with escape already and it is not

17   surprising that he tried to escape again.

18        With regard to the notion of Daniel Chea and,

19   supposedly, Mr. Turay testified that he was on his knees

20   begging before Carolyn Van Buren, well, you will recall that

21   both witnesses testified that Daniel Chea was worried and

22   concerned about the ire of the United Nations official, Carolyn

23   Van Buren, about how they had been treated, and that was

24   consistent.

25        Yes, Mr. Turay recalled a detail that was different

1  from the details that Mr. Jusu recalled, but I would submit to

2  you that it is just that, a detail, that their accounts are the

3  same.

4         Another theme that we heard during cross-examination

5  was skepticism that the President of Liberia would take a

6  personal interest in these individuals.  We heard that also

7  just in Mr. Caridad's closing argument, skepticism that the

8  President would want to see these two escapees, and Mr. Caridad

9  put a lot of weight on that as some sort of act of

10 aggrandizement of Jusu and Turay that they were the two

11 escapees.

12        Well, first of all, ladies and gentlemen, the

13 testimony was not that it was the two escapees he wanted to

14 see, but all three Sierra Leoneans, and that Jusu, Turay and

15 Mr. Foday Conteh were therefore taken from Gbatalah and sent to

16 Whiteflower.

17        Secondly, ladies and gentlemen, the theme of the

18 President personally encountering these victims is one that

19 cuts across almost all of the victims.  Indeed, Rufus Kpadeh of

20 the five is the only one who did not meet the President.

21 President Taylor summoned Turay and Jusu to be brought to

22 Whiteflower and Dulleh and Kamara also encountered President

23 Taylor, as well as Bility and other witnesses who testified.

24 Furthermore, Paul Mulbah, the chief of police, personally

25 participated in the arrest of Dulleh and Kamara.

October 28, 2008

1          You know, counsel suggested that the problem with the

2    Government's case is not that we have so many victims of

3    torture, but that we have so few and that there should be

4    hundreds or thousands of people pouring through this courtroom

5    to testify about being tortured by the defendant.  But, ladies

6    and gentlemen, that really does not make sense and it is not

7    common sense.  To have, instead, these five individuals

8    testifying about these acts of torture is more than sufficient

9    and also comports with common sense.

10         It is not our charge that this defendant tortured

11   hundreds or thousands of people.  It is the charge that the

12   defendant tortured these five people and, ladies and gentlemen,

13   his own statement meshes extremely well with that.

14         In that statement he said -- and he did not --

15   quote/unquote -- readily admit, as was suggested during defense

16   counsel's closing.  It was only when the agents pressed him

17   about it that he admitted that he had been present at a session

18   in which a -- quote/unquote -- press guy had had an iron placed

19   on his body, but the defendant said "I didn't have anything to

20   do with it.  I was just there."

21         Ladies and gentlemen, I would submit to you that this

22   progression of first feigned ignorance about what the agents

23   could possibly be talking about and then saying "Oh, I know.  I

24   know what you're talking about.  There was this incident," and

25   then making a halfway admission and self-serving statement is

October 28, 2008

121

1  entirely consistent with a person who is cognizant of what he

2  did, cognizant of what happened and simply wants to put the

3  best and most exculpating light on it.

4        And, indeed, in that statement the defendant also

5  acknowledged and conceded to the agents that he had been

6  schooled as to the Geneva Convention.  He knew what torture

7  was.  He had good reason to be less than fully forthcoming in

8  that statement he made to the agents.

9        Now, counsel spent a good deal of time talking about

10  Jusu and Turay, and I also will spend some time talking about

11  the defense witnesses because almost all of the defense

12  witnesses -- well, all of the defense witnesses related to

13  those two victims.  Mr. Caridad suggests they related also to

14  Rufus Kpadeh.  I would question that, but I do want to talk

15  about these defense witnesses.

16        The defense witnesses all testified to not seeing a

17  crime take place.  That is not the same thing, ladies and

18  gentlemen, as establishing that the crime did not take place.

19  And Mr. Caridad was quite correct in anticipating the one point

20  that I would make to you in rebuttal argument is that all of

21  these witnesses acknowledge that they were not continually at

22  the places where these acts supposedly took place and,

23  therefore, they did not know what happened at Waterside at

24  every single moment.

25        Officer Gayetay was not at the Gbarnga Police Station

**October 28, 2008**

 1   every single moment.  Even for a man who worked, as he said,
 2   seven days a week with a 12 hour shift, that's still 50 percent
 3   of the time he was not there.

 4          Nonetheless, the defense suggests that this negative
 5   testimony of these witnesses is enough for you to not only
 6   reject the testimony of Turay and Jusu, but conclude that they
 7   are outright lying.

 8          Ladies and gentlemen, with regard to this notion that
 9   Mr. Jusu and Mr. Turay came into this Court and lied, I'd ask
10   you to consider a point that was raised during the examination
11   of Mr. Jusu.  You may recall we had several witnesses from whom
12   we elicited the fact that they did not want to be here and that
13   they were here pursuant to subpoena.  All of those witnesses,
14   ladies and gentlemen -- and that was Mr. Belfast, Dr. Mansalay
15   and Mr. Ketter -- I believe those three -- all of them live in
16   the United States.  Mr. Jusu does not.  He lives in Sweden, and
17   Mr. Jusu in his testimony acknowledged that he could not be
18   forced to come here to testify and, instead, he came here
19   voluntarily.

20          So, if Jusu and Turay only fingered this defendant as
21   a way of getting out of Sweden and if they would be at risk,
22   based on Mr. Caridad's speculation because there is no
23   evidence, but his speculation was that somehow they would be at
24   risk if they admitted that they didn't see Chuckie Taylor, that
25   they could be sent back to Africa -- again, there's no evidence

October 28, 2008

1 of that -- why in the world would they voluntarily come to the

2 United States and give that testimony?  They did not have to.

3 They were not living in the United States.  They were not

4 subject to that compulsion.

5      Why would they come here and do that gratuitously,

6 further exposing, according to Mr. Caridad's like, the

7 untruthfulness of their original account?  Wouldn't common

8 sense dictate that a witness who had told such a big whopper,

9 as Mr. Caridad would have you believe, would just stay quietly

10 in Sweden and not come here and rock the boat?

11      Ladies and gentlemen, the conclusion suggests itself.

12 They came here because their account was true and they were

13 seeking justice, as they've told you.

14      So, when we contrast that testimony which the defense

15 would have you not only not consider fully accurate, but simply

16 discard as a fabrication based on the testimony of witnesses

17 who are negative witnesses, who can testify only that they did

18 not see that a crime occurred, I would submit to you that that

19 is not a sound, good, common sense argument.

20      And I'd like to talk about these defense witnesses at

21 some length for a moment.  There were, I believe, six of them

22 from Waterside, G.G. Lawrence, Henry Smith, Mama Tarso, Peewee

23 Zetamah, Murphy Smith and Amos Nuarpa.  They all had something

24 to say, but, perhaps, the most important was the lady, Mama

25 Tarso who testified through an interpreter, and she testified

October 28, 2008

1   "When there was trouble and fighting and when we heard gunfire,

2   we all ran away and we ran away to Gbarnga for long periods of

3   time."

4        She didn't say just she ran away.  She said "We all

5   ran away."  The town ran away.  I would submit to you, ladies

6   and gentlemen, that that makes sense and that would also

7   explain why these witnesses would not have seen the events

8   Mr. Turay and Mr. Jusu were talking about.  Those events

9   involved gunfire.  They involved violence.  They involved

10  trouble at Waterside, exactly the situation in which, according

11  to Mama Tarso, "We all ran away."

12       Now, the first defense witness we heard from was G.G.

13  Lawrence.  On cross-examination, we learned that this secret

14  surveillance work that he was doing at Waterside was for the

15  Ministry of Defense.  He was, ladies and gentlemen, working for

16  the Taylor administration, the Ministry of Defense headed by

17  Daniel Chea.  So, he is not a totally disinterested witness.

18  He described a life of -- quote/unquote -- forced labor for the

19  Government, always being conscripted into doing things for,

20  first, the Doe administration and then the Taylor

21  administration that he didn't want to do.

22       In their opening statement, the defense described

23  their witnesses as having no stake, but we would submit that

24  Mr. Lawrence did, in fact, have a stake.  He was working for

25  the Taylor Ministry of Justice.  He was working for Daniel

October 28, 2008

1  Chea.  How likely would he have been to report misconduct by

2  the ATU or by Chuckie, the son of the President whose

3  administration he was working for?

4       Mr. Lawrence said he visited that red-roofed building

5  uncountable times --  that was his word.  He used it twice --

6  and he never saw it used as an office.  But do you remember the

7  very next defense witness, Henry Smith?  Henry Smith, the

8  second defense witness, did see it used as an office and none

9  of these witnesses, ladies and gentlemen, including witnesses

10 who said they were in the building, addressed or explained the

11 words that I'd like to show you right now.

12      Agent, could we take a look at BR-42, please?

13      AGENT NAPLES:  (Complied.)

14      MS. HECK-MILLER:  And I don't know if you can make it

15 out because it's a little dark on the screen, but you may

16 recall the testimony of Agent Doyle that this is the shot

17 outside of the room that Rufus Kpadeh said was the one that he

18 was examined in the red-roofed building, and up above it says

19 "Office of the MP Commander."

20      Could we now look also at BR-45, agent?

21      AGENT NAPLES:  (Complied.)

22      MS. HECK-MILLER:  And we also had testimony that this

23 is the inside of the room and Agent Doyle testified to taking

24 this photograph and Mr. Kpadeh testified this lettering was in

25 the room the day he was interrogated there, "Office of the MP

1  Commander."  This is inconsistent with the account of G.G.

2  Lawrence that that room was never used as an office.

3          Now, we also heard testimony about the scorpion

4  symbol, that the scorpion was used by the NPFL.  But, ladies

5  and gentlemen, the ATU also used the scorpion.  Their patch, as

6  Rufus Kpadeh described it to you, was a cobra and a scorpion,

7  and that makes perfect sense because it was the combination of

8  the cobra from the Cobra Base that David Compari had been

9  running before Chuckie Taylor started using Gbatalah Base for

10  his -- quote/unquote -- pet project, the combination of the

11  cobra, of the Cobra Base, and of the scorpion of the NPFL.

12  Cobra plus scorpion equals ATU.

13          And the testimony of defense witnesses that those

14  words, "Mission Possible Base," were there prior to 1999 is

15  completely consistent with Rufus Kpadeh's testimony.  He did

16  not say that those words only appeared in 1999.  What he

17  testified to was that the day that he was arrested at

18  Gbatalah -- excuse me -- at Gbalatuah, those words, "Mission

19  Possible Base," and the scorpion were on the building that day.

20          And just in case you wanted to have your memory

21  refreshed as to what this room is that we're talking about, I'd

22  like to show you some of the photographs of the further door of

23  that room.

24          If we could have BR-26.

25          AGENT NAPLES:  (Complied.)

October 28, 2008

1          MS. HECK-MILLER:  Here you see the shot of the hallway

2   of the red-roofed building.  That's Mr. Kpadeh at the end of

3   the hallway and on the right is the door to the room where

4   Chuckie Taylor interrogated him.

5          Then if we could take a look at 28.

6          AGENT NAPLES:  (Complied.)

7          MS. HECK-MILLER:   And here we have that room.

8   Remember, the agent testified it had a lock.  They had to ask

9   somebody to unlock it for them.

10          And BR-42.

11          AGENT NAPLES:  (Complied.)

12          MS. HECK-MILLER:  Again, that's the outside with the

13   writing above it.

14          Another suggestion defense counsel made during closing

15   argument was that Mr. Kpadeh's account is unbelievable because

16   THERE'S no reason that he would have been picked up, he was a

17   knob.  All he was was a member of the Unity Party.  But, ladies

18   and gentlemen, that overlooks THAT there were two things that

19   he was asked that day.  One, was he a rebel and, two, would he

20   fight for Chuckie Taylor, for the Taylor administration, and he

21   said "No" to both of those things.  So, there was a reason that

22   he was picked up.  This was recruitment, ATU style, and because

23   he didn't want to be recruited, he ended up in prison.

24          G.G. Lawrence was not somebody who was candid with the

25   people among who he lived.  He wrote his reports at night in

October 28, 2008

 1  secret.  He was spying on them, after all.  So, it would not be

 2  a surprised if people did not speak to him freely.

 3        We next heard from Henry Smith who had a farm in Lofa

 4  County, 30 minutes walk over the bridge.  He would spend whole

 5  days at the farm.  He said with regard to the red-roofed

 6  building -- quote -- "They used to use some of the rooms as

 7  office."  He also said that that scorpion sign was on that

 8  building before 1999 and that he did not know what the symbol

 9  was.

10        Now, this was a theme that we heard from others.  Do

11  you remember Peewee Zetamah?  He testified that he had been

12  gone.  He had fled from fighting and came back in 1997 and that

13  that's when he first saw those letters and the words "Mission

14  Possible Base" with the scorpion.

15        And if we could take a look at BR-6, please, agent.

16        AGENT NAPLES:  (Complied.)

17        MS. HECK-MILLER:  BR-6 is the red-roofed building and

18  here are the words, "Mission Possible Base."

19        Henry Smith said he didn't know what the symbol was of

20  and Mr. Zetamah said that the scorpion was new to him when he

21  came back and nobody ever talked to him about it.  And when he

22  was asked about it, he got a bit testy and he said "That's what

23  I said.  I don't know about it.  I did not ask."

24        Now, ladies and gentlemen, this is the most prominent

25  building in this tiny little postage stamp of a town, and this

October 28, 2008

1  is lettering that is right in the middle of that building.

2  What does it suggest to you that Mr. Zetamah didn't ask and

3  didn't know about that lettering or that Henry Smith didn't?

4          I think that it is revealed in a further statement

5  that Mr. Zetamah made when he was further asked:

6          "When you came back to Waterside, you didn't talk

7      about everything, the warring factions, the people who

8      stayed in Waterside.  Is that right?

9          "Answer:  Yes.

10         "Question:  You didn't want to talk about things the

11     soldiers did when you were away.  Right?

12         "Answer:  That's what I said.

13         "Question:  All right.  It was better for you not to

14     talk about things the soldiers did during war.  Isn't that

15     correct?

16         "Answer:  Yes.

17         "Question:  And that's not something people like to

18     talk about, was it?

19         "Answer:  Yes."

20         Ladies and gentlemen, I would suggest to you that this

21 is an explanation as to why these witnesses all uniformly said

22 they never heard about anything bad happening with Chuckie,

23 they certainly never saw anything and they never heard about

24 anything.  These are not healthy things to talk about and the

25 attitude of these witnesses toward this Mission Possible Base

October 28, 2008

1    is part of what shows you that.

2         We also heard in that regard from Murphy Smith,

3    another witness who knew nothing about anything except that

4    during 1999 he saw refugees and that Chuckie Taylor did not do

5    anything bad during 1999.

6         Murphy Smith testified that he saw refugees in 1999,

7    but doesn't know about any refugees coming after that.  He only

8    saw them in 1999.

9         Ladies and gentlemen, this was the man who said he

10   lived six seconds from the checkpoint.  He saw many, many

11   refugees in 1999.  Never saw any refugees after that.

12        The very next witness, Amos Nuarpa, came in and said

13   there were thousands of refugees in 2001, 2001 and on.  How

14   could Murphy Smith, six seconds from the checkpoint, miss that?

15        Again, ladies and gentlemen, I would suggest to you

16   that there are things that it is not healthy to talk about and

17   to see and that the terrible events of war are among them.

18        Indeed, Mr. Nuarpa, when he was asked on direct

19   examination, "Did anyone ever tell you that they had seen human

20     heads displayed at the checkpoint?" the very first answer

21   he gave was "It was not my concern at that time."

22        Now, later on he did forthrightly say "No, I didn't

23     see that."  But, again, I would submit it's telling his

24   first response is "It was not my concern."

25        Ladies and gentlemen, I would submit to you there were

October 28, 2008

1   things these witnesses not only did not know, but things they

2   did not want to know and that a lot of this is explained by the

3   testimony of Mama Tarso that "We would run away when we heard

4   gunfire."

5          After all, ladies and gentlemen, who runs toward

6   gunfire?  Common sense suggests that the very time of the

7   chaotic and violent events that are testified to by Jusu,

8   Turay, and to some extent also by Kpadeh, are the very times

9   that the townspeople would flee.

10         Now, let me mention one thing when you look at the

11   Indictment, Ms. Rochlin mentioned to you about co-conspirator D

12   referenced in the Indictment, D for David Compari.  You will

13   also see in the Indictment references to co-conspirator B and

14   co-conspirator C, and I will suggest to you the context and the

15   evidence you've heard will unable you easily to deduce that

16   co-conspirator B is Benjamin Yeaten and co-conspirator C is

17   Charles Taylor.

18         A point that was made several times during the

19   defense's closing argument is that the allegations that these

20   victims made may be okay for an asylum proceeding, but not for

21   a criminal trial.

22         Ladies and gentlemen, the testimony of these witnesses

23   is tested by the same due process that is afforded any criminal

24   defendant in a criminal trial.  The mere fact that these

25   witnesses may have previously had Immigration proceedings at

**October 28, 2008**

1  which they made some of the same points does not disqualify

2  them from being witnesses here.  It is a kind of perverse

3  argument to suggest that because somebody has presented the

4  same accusation in another setting that it cannot be fairly

5  assessed in this setting.

6       Defense counsel has had the opportunity to cross

7  examine these witnesses, has had the benefit of all the rules

8  that apply to any criminal case and that due process has been

9  followed and complied with.

10      Defense argues that the only people who corroborate

11  these witnesses are their family and friends.  Well, ladies and

12  gentlemen, Rufus Kpadeh is not friends with Momoh Turay, with

13  Wesley Sieh and with Sulaiman Jusu.  Yet, each of them

14  testified to seeing the same things.  At Gbatalah Base, there

15  are the holes.  Kpadeh and Wesley Sieh both testified to the

16  process of running the rim, which Wesley Sieh called gbilie,

17  and Varsay Layee, who is also not friends with either of them,

18  testified to seeing the same thing, gbilie.

19      Mulbah Kamara is not friends with Varmuyan Dulleh.

20  Yet, each of them testified to remarkably similar experiences

21  in the garage of Benjamin Yeaten, having torture perpetrated

22  upon them with the participation or the instigation or the

23  direction of the defendant.

24      Now, we also had multiple suggestions from the defense

25  that this case has not been investigated properly, where is the

1   DNA?  Ladies and gentlemen, you saw a wealth of physical
2   evidence in this case on the bodies of these defendants.  Now,
3   the suggestion that -- excuse me --  of these victims.  Now,
4   the suggestion that Rufus Kpadeh, Sulaiman Jusu and Momoh Turay
5   all could end up with -- and Edmond Wilson -- all could end up
6   with the same, and I think Dr. Mansalay used the term
7   circumferential scars around the elbows from little household
8   accidents that occur only in Liberia is, I would submit to you,
9   absurd.

10        The practice of tabie was described by multiple
11  witnesses who experienced it at multiple times and places and
12  the evidence of it is branded on their bodies, and speaking of
13  branding, that was also a term that Dr. Hyma used as
14  characterizing the iron marks that are on the bodies of Mulbah
15  Kamara and Varmuyan Dulleh.

16        I would submit to you that Dr. Hyma was not a partisan
17  witness.  He was a scientific witness.  He did not simply
18  endorse the statements of witnesses.  He examined their
19  injuries and gave scientific consideration to whether those
20  injuries were consistent with the types of incidents that they
21  described.  So, he was able to distinguish between marks that
22  were burn marks and marks that were cutting marks and when he
23  found that the witness' accounts were consistent, it was
24  because what they said was a burn mark matched what he, as a
25  scientist, understands to be a scar left by a burn, as opposed

October 28, 2008

1 to a scar left by a cut, which, again, matched the accounts
2 they gave of how and when they were cut.

3       Defense counsel's argument also suggested all kinds of
4 deficiencies in the Government's investigation and case.  Well,
5 ladies and gentlemen, a lot of that was based on pure
6 speculation, speculation as to what the Government did or
7 didn't do.

8       The Judge is going to instruct you that what the
9 lawyers say is not evidence.  For Mr. Caridad to get up here
10 and say "They didn't even try to follow up X, Y," that is not
11 evidence and there is no testimony about that.  We had the FBI
12 and the ICE agents on the stand and that question was not posed
13 to them.  That was not explored.

14       Now, the defense is not under any obligation to show
15 anything to you from any particular witness.  On the other
16 hand, they are not free when they have had an opportunity to
17 question that witness to simply speculate as to what could have
18 been adduced and suggest that that is evidence because there
19 was not evidence with regard to many of the matters that
20 Mr. Caridad argued were investigative failures in this case.

21       Now, I would like to talk to you about the topic of
22 inconsistencies because that is one that the defense addressed
23 in some detail and there were things that differed in some of
24 the accounts of some of the witnesses who were at the same time
25 and place.

October 28, 2008

1           Ladies and gentlemen, I would submit to you that that

2    is a sign, that your common sense will tell you, a sign not of

3    lying, but of normal human nature.  12 of you will go back and

4    deliberate and you will talk about your recollections of the

5    testimony in this case and different ones of you will remember

6    different things and that will be done in good faith.  That

7    does not mean that these are lies.

8           You will get an instruction from the Court as to how

9    to assess witness credibility and you will get an instruction

10   with regard to how to assess any misstatements by a witness.

11          The Court will tell you that you should keep in mind

12   that a simple mistake by a witness does not necessarily mean

13   that the witness was not telling the truth as he or she

14   remembers it because people naturally tend to forget some

15   things or remember other things inaccurately.  So, if a witness

16   has made a misstatement, you need to consider whether it was

17   simply an innocent lapse of memory or an intentional falsehood

18   and the significance of that may depend on whether it has to do

19   with an important fact or with only an unimportant detail.

20          I would submit to you, ladies and gentlemen, that many

21   of the things the defense is asking you to focus on as badges

22   of lying by these witnesses are unimportant details as to which

23   there are minute differences.

24          For instance, Momoh Turay said that the checkpoint at

25   Waterside or Gbalatuah Bridge had sticks.  Jusu said it had

**October 28, 2008**

1  drums.  Ladies and gentlemen, I would submit to you each of you

2  was remembering a different component of that checkpoint and in

3  this case we have proof of that because you may recall the

4  testimony of Madiana Koroma which harmonized the two accounts.

5          "The checkpoint that were crossed, there was drums and

6      there were sticks on top."

7          The efforts to establish difference in calculation of

8  times by these witnesses, I would submit to you, again, these

9  witnesses were being tormented.  They were in great pain.  They

10  did not have watches.  To suggest that they would be exactly

11  the same in their recollections of times is not logical and is

12  not common sense.  When a person is in pain, all times are

13  long.

14          Jusu and Turay did give slightly different accounts of

15  what happened when they were picked up after their escape

16  together.  One of them said that Chuckie, himself, was there.

17  The other said they did not encounter Chuckie until they got

18  back to the base, that they were picked up by soldiers.  One

19  recalled pants.  Another did not talk about pants.  But both of

20  them testified that one thing that happened was that when that

21  escape was intercepted, Momoh Turay went crazy and he started

22  fighting with the guards, even though it was a losing battle,

23  because, as he testified, he would rather die than go back to

24  Gbatalah Base.

25          So, ladies and gentlemen, I would suggest to you that

1    that is a moment of chaos and confusion and, certainly, that is

2    enough, in and of itself, to account for any differences in

3    unimportant details between those two accounts.

4         Similarly, the effort to make Dulleh seem as if he is

5    lying because in one account that he gave he said "Men forced

6    their way into my house" and on the stand he explained "I was

7    talking about when they forced their way into my bedroom,"

8    ladies and gentlemen, I would submit to you that is a

9    reasonable explanation and also harmonizes those two accounts.

10        With regard to the issue of whether Mr. Dulleh said at

11   one point "Chuckie Taylor put an electric shock on my penis" or

12   "put a wire in my penis," I would also submit to you, ladies

13   and gentlemen, that that is something that also is not the sort

14   of discrepancy that would cause you to reject the testimony of

15   Varmuyan Dulleh.

16        After all, as he testified, "I didn't exaggerate when

17    I said Chuckie Taylor used an electric device to shock my

18    penis and the back of my neck and my back.  That was not an

19    exaggeration.

20        "Question:  Nothing was inserted within your body?

21        "Answer:  The shock was inserted, of course.  The

22     electric shock was put into my body.  But something into

23     my penis, no."

24        And with regard to Mr. Dulleh, I must, again, make the

25   point that speculation by counsel in a closing argument is not

October 28, 2008

1    the same as evidence.  There was no evidence concerning

2    homosexuality or the source of Mr. Dulleh's HIV infection.

3    That is not something that there's any basis in this record for

4    you to draw a conclusion about and it is not evidence.  It is

5    pure speculation.

6          What we do know, because this was adduced on the

7    stand, about Mr. Dulleh and his HIV status is that he did not

8    even know that he was HIV positive until 2005 when he was in

9    Guinea, long after he had made his statements that named

10   Chuckie Taylor as one of his torturers.  So, the suggestion

11   that somehow Mr. Dulleh was engaging in some calculation

12   whereby "Well, gee, I have just been tortured, but maybe I can

13       turn this to good because this my big chance to get to

14       America for HIV treatment and now that I have been put in

15       the pit in Klay, I'm going to make up this story of Chuckie

16       Taylor," that does not comport either with common sense or

17   with the facts as they have been adduced at this trial.

18         Now, another point that was made by defense counsel is

19   the issue of how many people were shot at this checkpoint.  Was

20   it four or was it three?  Mr. Turay said that it was three and

21   Mr. Jusu testified that it was four.  Counsel suggests somehow

22   the Government was improvident or reckless in then allowing a

23   charge to be drafted that includes the words that three people

24   were shot at the checkpoint.

25         Well, ladies and gentlemen, what makes more sense to

**October 28, 2008**

1   you?  If there are two people and they agree that at least
2   three people were shot, that that is the more prudent course
3   than, instead, to make an allegation as to an additional person
4   who is remembered only by one of them.

5        There was no evidence that these individuals, Jusu and
6   Turay, would get kicked out of Sweden if they did not come to
7   this country and testify about the defendant.  That is not
8   based in any evidence.

9        The proposition that the fact that an event is
10  horrific means that it would be seared into the memory in such
11  a way that there could never be any reasonable or fair
12  explanation for deviations in facts also does not reflect
13  common sense.  All of us, at least vicariously, have been
14  exposed to horrific events such as 9/11, but I would submit to
15  you that the way people describe the events of 9/11 often vary
16  in the details.  It is not that it is not an important matter.
17  It's that people remember the important things about it and
18  some of the details may vary in their accounts.

19       Mr. Turay admitted on the stand that he had
20  manipulated to get a young woman to accompany him to Sweden who
21  was not his wife.  He thought his wife was dead and he held her
22  out as his wife.  Ladies and gentlemen, I would submit to you
23  that that is a vastly different matter than coming to a foreign
24  country to make a gratuitous false accusation against this
25  defendant.  They are in no way to be equated.  Mr. Turay

October 28, 2008

1  admitted what had happened on the stand and his candor is not

2  something that you should take as a hallmark that he's lying

3  about Chuckie Taylor.

4          The proposition that because Mr. Caridad suggests that

5  there is something suspect about Turay and Jusu, that,

6  therefore, you must necessarily also suspect Kpadeh, Dulleh and

7  Kamara is also without foundation.  That is pure guilt by

8  association and you will hear from the Court that each of these

9  counts charges a separate crime and each is to be considered

10  separately.

11          The independent witnesses included not only Dr. Hyma,

12  but also Dr. Mansalay, also the medical record for Rufus

13  Kpadeh.  That medical record -- and if we could take a look at

14  RK-28.

15          AGENT NAPLES:  (Complied.)

16          MS. HECK-MILLER:  And if we could blow up the language

17  in the middle of the page.

18          AGENT NAPLES:  (Complied.)

19          MS. HECK-MILLER:  Ms. Rochlin showed this to you, but

20  I want to again note, he had just gotten out of Gbatalah Base.

21  He's going for medical treatment and he says "According to

22      patient, he was imprisoned by the Anti-Terrorist Unit for

23      two months and tortured."

24          Mr. Caridad would fault that because it doesn't say

25  "He was imprisoned by the Anti-Terrorist Unit for two months

October 28, 2008

1   and tortured by Chuckie Taylor and by David Compari and by

2   individual soldiers."

3          Ladies and gentlemen, that does not make sense.  That

4   is not the purpose for which this medical statement was being

5   taken and I would submit to you that if Rufus Kpadeh had made

6   those remarks, Mr. Caridad would be arguing that that, in and

7   of itself, is unnatural and unbelievable.

8          Thank you, agent.

9          As to the remark "How would Rufus Kpadeh have seen

10   this building," BR-61, "in 1999?" ladies and gentlemen, I

11   would submit to you that, perhaps, Mr. Caridad is confusing

12   Rufus Kpadeh with the Sierra Leone victims.  They had never

13   been to Gbalatuah Bridge before.  But Mr. Kpadeh testified that

14   he had been on that road many times during his life and he even

15   recalled, even though the people who lived there were unable to

16   or unwilling to recall, a time when it was used as a mission

17   and as a school building.

18          Mr. Caridad's argument about Rufus Kpadeh that he had

19   only named the ATU as his torturer and then somebody contacted

20   him and said "Listen, the President's son is going on trial.

21   Can you join us?" that is completely contrary to the evidence

22   ladies and gentlemen.

23          You heard the testimony from Henry Marwalo, Rufus

24   Kpadeh's half brother, that Rufus Kpadeh noted that the

25   defendant was among those who tortured him as early as 1999,

October 28, 2008

1    not just somebody from the Government calling him up and trying
2    to enlist him in a trial many years later.

3          This argument that Wesley Sieh failed to corroborate
4    and failed to talk about seeing Jusu and Turay and Rufus Kpadeh
5    at Gbatalah Base completely overlooks the testimony of Wesley
6    Sieh.  Wesley Sieh testified that he was not an MP, that there
7    were certain ATU recruits who were put into that service as an
8    MB.  They were at the Village.  Other soldiers might be there
9    under carefully controlled circumstances to clean or to do
10   other duties, but they were not given free rein of the Village
11   and, indeed, Wesley Sieh testified that there were three duties
12   he never wanted to have, being an MP, working a checkpoint or
13   being a bodyguard and when he was asked why he said "Because
14   you might be asked to carry out orders you might not be
15   satisfied to carry out."

16          I would suggest, ladies and gentlemen, his testimony
17   was completely consistent with the reality that the activities
18   of the MPs and the Village were not paraded through all of
19   Gbatalah, and, indeed, Wesley Sieh, even though he was not an
20   MP, he was able to see some of the prisoners.  He saw the
21   prisoner who was identified as a Mandingo and having been a
22   guerrilla fighter, supposedly, cutting brush.  He saw other
23   prisoners who were tabied.  Mr. Caridad makes the point that
24   "Well, they were coming from Monrovia, not going to Monrovia."
25   Well, Wesley Sieh did not say and the Government didn't suggest

1  he saw the exact same tabied prisoners as testified here.  The

2  point is he corroborated that there were civilian prisoners,

3  that they were tabied, that they were perceived as political

4  prisoners of the Taylor regime.

5          Mr. Caridad argues that the witnesses and the

6  Government are trying to make the defendant who is the one in

7  control of the ATU.  Ladies and gentlemen, it was the

8  defendant, himself, in his own statement to Agent Baechtle who

9  said the ATU was his -- quote/unquote -- "pet project," who

10  said that "Well, I wasn't the commander of the ATU, but I was

11  considered the commander of the ATU."

12          It was the defendant who certainly aspired to that and

13  you may recall that along with those rap lyrics that were

14  mentioned, there was also the book that the defendant was

15  carrying around --

16          Do we have this on the scanner, Agent Naples, CE-13-A?

17          AGENT NAPLES:  (Complied.)

18          MS. HECK-MILLER:  -- which is what the defendant had

19  on his person the day that he gave the statement to Agent

20  Baechtle.  "General officer commanding, Anti-Terrorist Unit,

21  Brigadier Charles McArther Taylor, II."

22          He certainly put himself, at least in his own mind, in

23  a significant position with regard to the ATU.

24          Further, ladies and gentlemen, the idea that "Well,

25  the evidence is scanty that he was in as big a role at the ATU

**October 28, 2008**

1  after 1999," completely overlooks the fact that it was in 1999
2  that the ATU-based crimes are charged to have occurred.  The
3  events of 2002 involve the defendant.  To some extent they
4  involve his bodyguards of the ATU, but his command of the ATU
5  bodyguards was sufficient for those crimes to be carried out.
6  So, that argument is not one that really fits in with any
7  appropriate defense against these charges.

8         The notion that our Marines should be so lucky as to
9  only have to suffer the punishments that Prince Dujin suffered
10 again overlooks the evidence.  In argument, that point was made
11 with regard to the punishment of having to carry rocks on his
12 backpack, but that overlooks the testimony of Wesley Sieh that
13 Pince Dujin also was subjected to the more horrific punishment
14 of gbilie, of running around in that circle with a log on his
15 shoulder, with the log being pounded by metal, and all of you
16 saw the scar in person that that left on Rufus Kpadeh's
17 shoulder.  It is my hope, ladies and gentlemen, that our
18 Marines never would have to endure gbilie or other such types
19 of treatment.

20        Victims such as Varmuyan Dulleh and Mulbah Kamara were
21 not, to use a phrase from the defense's opening statement,
22 desperate and disgruntled Africans.  They were people with a
23 middle-class life.  They were business people.  They were
24 university students.  They were not looking to get out of
25 Liberia until these events happened to them.

October 28, 2008

1          The notion that Mulbah Kamara's account is
2   unbelievable because there's no explanation for his arrest and
3   he was simply told over and over again "Tell us the truth,"
4   that it's a strange, nonsensical story of people not being told
5   why they're arrested, ladies and gentlemen, that is the way
6   that a regime such as this would act with regard to having
7   picked up somebody for whom they did not have any evidence, but
8   were trying to beat or coerce a confession out of him.  Just
9   keep saying "Tell us what you did" and keep beating him or
10  tormenting him until he says something that, hopefully, might
11  justify the detention that he had been put in.

12         Again, inconsistencies that were referenced with
13  regard to Mulbah Compari.  One time he said something was put
14  over his head.  Another time he did not say that something was
15  put over his head or said that it wasn't.  Ladies and
16  gentlemen, I would submit to you that that is the kind of
17  detail that the Court's instruction to you addresses and that
18  you may consider those matters as not being diabolical lies,
19  but by being, rather, a simple mistake by a witness that does
20  not necessarily mean that the witness was not telling the truth
21  as he or she remembers it.

22         I would submit to you that is also true of some of the
23  points that defense counsel raised with regard to Mr. Dulleh's
24  statements as to whether both Yeaten and the defendant poured
25  water on him and at trial he said only Yeaten poured water on

October 28, 2008

1  him.  He certainly testified about the defendant's role in

2  forcing him to hold scalding water in his hands, resulting in

3  severe burns.

4         Ladies and gentlemen, with five weeks' worth of

5  testimony, obviously, you know, and with lawyers in front of

6  you, you know we can go on a long time, but I think you have

7  heard enough at this point.  You have listened to the evidence.

8  You know the strength of the Government's case.  It is not

9  based on innuendo.  It is not based on inferences.  It is the

10  direct testimony of individuals who suffered the crimes that

11  were testified to that are alleged in this Indictment and it is

12  strong, it is clearly, it is corroborated and it is impartial,

13  and it is now time for you to turn to your role in this case.

14         Ladies and gentlemen, as I walk into this courthouse,

15  this amazing building, every day, one of the most amazing

16  things about it, I find, is the fountain wall that you've all

17  seen as you come into the courthouse which has water cascading

18  down it.  That wall reminds me of words that have been quoted

19  at another time in our history, words of the Prophet Amos.

20         "Let justice roll down as waters and righteousness as

21     a mighty stream."

22         It is time for those waters of justice now, ladies and

23  gentlemen, for those waters to flush out and cleanse the filth

24  of the pits of Gbatalah, to short-circuit the dreadful

25  electricity in Benjamin Yeaten's garage and to cleanse,

October 28, 2008

1    finally, the tears of suffering by human beings at the hands

2    and caused by this man here, the defendant.

3              We ask you now to turn to your verdict, a word that

4    means to speak the truth.  We ask you to return a verdict of

5    justice and a verdict of truth and to find the defendant guilty

6    on all counts.

7              Thank you.

8              THE COURT:  Ladies and gentlemen, we'll take a brief

9    recess, five minutes, and then we'll continue.  Please don't

10   discuss the case.

11             [The jury leaves the courtroom at 3:45 p.m.]

12             THE COURT:  Please be seated.

13             THE COURT:  I believe we do not have a verdict form.

14   Am I correct?

15             MR. CARIDAD:  I haven't seen it, Judge.

16             MS. ROCHLIN:  I do have one.  If I could just take a

17   moment to show it to co-counsel and defense counsel.

18             THE COURT:  Very well.

19             MS. ROCHLIN:  Your Honor, we also have the redacted

20   version of the Indictment pursuant to our request to amend

21   Count VIII.

22             THE COURT:  Do you want to share that with defense

23   counsel?

24             MS. ROCHLIN:  Mr. Graveline informs me they have been

25   provided with a copy, Your Honor.

**October 28, 2008**

 1                    THE COURT:  Very well.

 2                    To our Court Security Officer, can you let us know

 3      when they're ready so they can be brought in?

 4                    No objections to the verdict form?

 5                    MR. CARIDAD:  No, Your Honor.

 6                    MS. ROCHLIN:  (Handing to the Court.)

 7                    THE COURT:  I assume I will be finished reading the

 8      instructions before 4:30 when the juror has to leave.  I will

 9      be excusing for tomorrow jurors Gabriel Mendoza and Diaz.

10                    No objection?

11                    MS. ROCHLIN:  No, Your Honor.

12                    MR. CARIDAD:  No, Your Honor.

13                    MS. ROCHLIN:  Your Honor, the jurors, when the jurors

14      are excused, will you be instructing them as to publicity, just

15      in case --

16                    THE COURT:  I think I do that pretty much every day,

17      but I'll say it once more, of course.

18                    THE COURT SECURITY OFFICER:  Ready.

19                    [The jury returns to the courtroom at 3:50 p.m.]

20                    THE COURT:  Ladies and gentlemen, I am providing you

21      with the instructions I'm about to read so you can read along

22      and you each have instructions with you when you begin your

23      deliberations.

24                    Members of the Jury, it is now my duty to instruct you

25      on the rules of law you must follow and apply in this case.

October 28, 2008

1  When I have finished you will go to the jury room and begin
2  your discussions, what away call your deliberations.  It will
3  be your duty to decide whether the Government has proved beyond
4  a reasonable doubt the specific facts necessary to find the
5  defendant guilty of the crimes charged in the Second
6  Superseding Indictment.

7       You must make your decision only on the basis of the
8  testimony and other evidence presented here during the trial
9  and you must not be influenced in any way by either sympathy or
10 prejudice for or against the defendant or the Government.

11      You must also follow the law as I explain it to you,
12 whether you agree with that law or not, and you must follow all
13 of my instructions as a whole.  You may not single out or
14 disregard any of the Court's instructions on the law.

15      The Indictment or formal charge against any defendant
16 is not evidence of guilt.  Indeed, every defendant is presumed
17 by the law to be innocent.  The law does not require a
18 defendant to prove innocence or to produce any evidence at all
19 and if a defendant elects not to testify, you cannot consider
20 that in any way during your deliberations.

21      The Government has the burden of proving a defendant
22 guilty beyond a reasonable doubt and if it fails to do so, you
23 must find that defendant not guilty.  Thus, while the
24 Government's burden of proof is a strict or heavy burden, it is
25 not necessary that a defendant's guilt be proved beyond all

**October 28, 2008**

1   possible doubt.  It is only required that the Government's

2   proof exclude any reasonable doubt concerning the defendant's

3   guilt.  A reasonable doubt is a real doubt based upon reason

4   and common sense after careful and impartial consideration of

5   all the evidence in the case.

6           Proof beyond a reasonable doubt, therefore, is proof

7   of such a convincing character that you would be willing to

8   rely and act upon it without hesitation in the most important

9   of your own affairs.  If you are convinced that the defendant

10  has been proved guilty beyond a reasonable doubt, say so.  If

11  you are not convinced, say so.

12          As I said earlier, you must consider only the evidence

13  I have admitted in the case.  The term "evidence" includes the

14  testimony of the witnesses and the exhibits admitted in the

15  record.  Remember that anything the lawyers say is not evidence

16  in the case.  It is your own recollection and interpretation of

17  the evidence that controls.

18          What the lawyers say is not binding upon you.  Also,

19  you should not assume from anything I may have said that I have

20  any opinion concerning any of the issues in this case.  Except

21  for my instructions to you on the law, you should disregard

22  anything I may have said during the trial in arriving at your

23  own decision concerning the facts.

24          In considering the evidence, you may make deductions

25  and reach conclusions which reason and common sense lead you to

1  make and you should not be concerned about whether the evidence
2  is direct or circumstantial.

3         Direct evidence is the testimony of one who asserts
4  actual knowledge of a fact, such as an eyewitness.
5  Circumstantial evidence is proof of a chain of facts and
6  circumstances tending to prove or disprove any fact in dispute.
7  The law makes no distinction between the weight you may give to
8  either direct or circumstantial evidence.

9         Now, in saying that you must consider all of the
10 evidence, I do not mean that you must accept all of the
11 evidence as true or accurate.  You should decide whether you
12 believe what each witness had to say and how important that
13 testimony was.  In making that decision, you may believe or
14 disbelieve any witness in whole or in part.  Also, the number
15 of witnesses testifying concerning any particular dispute is
16 not controlling.

17        In deciding whether you believe or do not believe any
18 witness, I suggest you ask yourself these questions:  Did the
19 witness impress you as one who was telling the truth?  Did the
20 witness have any particular reason not to tell the truth?  Did
21 the witness have a personal interest in the outcome of the
22 case?  Did the witness seem to have a good memory?  Did the
23 witness have the opportunity and ability to observe accurately
24 the things he or she testified about?  Did the witness appear
25 to understand the questions clearly and answer them directly?

October 28, 2008

1  Did the witness' testimony differ from other testimony or other
2  evidence?

3      You should also ask yourself whether there was
4  evidence tending to prove that a witness testified falsely
5  concerning some important fact or whether there was evidence
6  that at some other time a witness said or did something or
7  failed to say or do something which was different from the
8  testimony the witness gave before you during the trial.

9      You should keep in mind, of course, that a simple
10 mistake by a witness does not necessarily mean that the witness
11 was not telling the truth as he or she remembers it because
12 people naturally tend to forget some things or remember other
13 things inaccurately.  So, if a witness has made a misstatement,
14 you need to consider whether it was simply an innocent lapse of
15 memory or an intentional falsehood, and the significance of
16 that has to do with whether it has to do with an important fact
17 or with only an unimportant detail.

18     When the Government offers testimony or evidence that
19 a defendant made a statement or admission to someone after
20 being arrested or detained, the jury should consider the
21 evidence concerning such a statement with caution and great
22 care.  It is for you to decide, one, whether the defendant made
23 the statement, and, two, if so, how much weight to give to it.
24 In making these decisions, you should consider all of the
25 evidence about the statement, including the circumstances under

October 28, 2008

1 which the defendant may have made it.

2 In any criminal case the Government must prove of
3 course the identity of the defendant as the person who
4 committed the alleged crime.  When a witness points out and
5 identifies a defendant as the person who committed a crime, you
6 must first decide, as with any other witness, whether that
7 witness is telling the truth.  Then if you believe the witness
8 was truthful, you must still decide how accurate the
9 identification was.  Again, I suggest you ask yourself a number
10 of questions.  Did the witness have an adequate opportunity at
11 the time of the crime to observe the person in question?  What
12 length of time did the witness have to observe the person?
13 What were the prevailing conditions at that time in terms of
14 visibility or distance and the like?  Had the witness known or
15 observed the person at earlier times?

16 You may also consider the circumstances surrounding
17 the later identification itself including, for example, the
18 manner in which the defendant was presented to the witness for
19 identification and the length of time that elapsed between the
20 events in question and the witness' identification of the
21 defendant.

22 After examining all the testimony and evidence in the
23 case, if you have a reasonable doubt as to the identity of the
24 defendant as the perpetrator of the offenses charged, you must
25 find the defendant not guilty.

October 28, 2008

1        You may not draw any inference, favorable or

2   unfavorable, toward the Government or the defendant on trial

3   from the fact that any person in addition to the defendant is

4   not on trial here.  You may also not speculate as to the

5   reasons why other persons are not on trial.  Those matters are

6   wholly outside your concern and have no bearing on your

7   function as jurors.

8        In this case you have been permitted to take notes

9   during the course of the trial and most of you, perhaps all of

10  you, have taken advantage of that opportunity and have made

11  notes from time to time.  You will have your notes available to

12  you during your deliberations, but you should make use of them

13  only as an aid to your memory.  In other words, you should not

14  give your notes any precedence over your independent

15  recollection of the evidence or the lack of evidence and

16  neither should you be unduly influenced by the notes of other

17  jurors.

18       I emphasize that notes are not entitled to any greater

19  weight than the memory or impression of each juror as to what

20  the testimony may have been.

21       At this time I will explain the Second Superseding

22  Indictment which charges eight separate offenses called counts.

23  I will not read it to you at length because you will be given a

24  copy of the Indictment for reference during your deliberations.

25       In summary, Count I charges that the defendant

1    knowingly and voluntarily conspired together with others to

2    commit torture in that the defendant and others conspired to

3    commit acts under the color of law with the specific intent to

4    inflict severe physical pain and suffering upon other persons

5    within the conspirator's custody and physical control.

6         Counts III the through VII, respectively, charge the

7    commission of what are referred to as substantive offenses,

8    namely, that the defendant committed torture.

9         Likewise, Count II charges that the defendant

10   knowingly and voluntarily conspired together with others to use

11   and carry firearms during and in relation to a crime of

12   violence, that is, torture and conspiracy to torture.

13        Count VIII charges the commission of what is referred

14   to as a substantive offense, namely, that the defendant used or

15   carried a firearm during and in relation to a crime of

16   violence, that is, torture and conspiracy to torture.

17        I will explain the law governing those substantive

18   offenses in a moment.  First, however, as to Counts I and II

19   you will note that the defendant is not charged in those counts

20   with committing substantive offenses.  Rather, he is charged

21   with having conspired to do so.

22        Title 18, United States Code, § 2340A(c) makes it a

23   separate Federal crime or offense for anyone to conspire or

24   agree with someone else to do something which, if actually

25   carried out, would be a violation of § 2340A.  As I will

**October 28, 2008**

1  explain in further detail, § 2340A makes it a crime to commit
2  torture outside the United States.

3      So, under the law, a conspiracy is an agreement or a
4  kind of partnership in criminal purposes in which each member
5  becomes the agent or partner of every other member.

6      In order to establish a conspiracy offense, it is not
7  necessary for the Government to prove that all of the people
8  named in the Indictment were members of the scheme or that
9  those who were members had entered into any formal type of
10  agreement or that the members had planned together all of the
11  details of the scheme or the acts in furtherance of the
12  conspiracy that the Indictment charges would be carried out in
13  an effort to commit the intended crime.

14      Also, because the essence of a conspiracy offense is
15  the making of the agreement itself, it is not necessary for the
16  Government to prove that the conspirators actually succeeded in
17  accomplishing their unlawful plan.

18      What the evidence in the case must show beyond a
19  reasonable doubt is, first, that two or more persons in some
20  way or manner came to a mutual understanding to try to
21  accomplish a common and unlawful plan, as charged in the
22  Indictment.

23      Second, that the defendant knowingly or voluntarily
24  joined or participated in the conspiracy and, third, that the
25  object of the unlawful plan was to commit torture, as charged.

October 28, 2008

1          An act in furtherance of the conspiracy is any
2   transaction or event, even one which may be entirely innocent
3   when considered alone, but which is knowingly committed by a
4   conspirator in an effort to accomplish some object of the
5   conspiracy.

6          A person may become a member of a conspiracy without
7   full knowledge of all of the details of the unlawful scheme or
8   the names or identities of all of the other alleged
9   conspirators.  So, if a defendant has a general understanding
10  of the unlawful purpose of the plan and knowingly and
11  voluntarily joins in that plan on one occasion, that is
12  sufficient to convict that defendant for conspiracy even though
13  the defendant did not participate before and even though the
14  defendant played only a minor part.  Of course, mere presence
15  at the scene of a transaction or event or the mere fact that
16  certain persons may have associated with each other and may
17  have assembled together and discussed common aims and interests
18  does not, standing alone, establish proof of a conspiracy.
19  Also, a person who has no knowledge of a conspiracy but who
20  happens to act in a way which advances some purpose of one does
21  not thereby become a conspirator.

22         In some instances, a conspirator may be held
23  responsible under the law for a substantive offense in which he
24  or she had no direct or personal participation if such offense
25  was committed by other members of the conspiracy during the

October 28, 2008

1  course of such conspiracy and in furtherance of its objects.

2  So, in this case, with regard to Counts III through

3  VII, insofar as the defendant is concerned, if you have first

4  found the defendant guilty of the conspiracy offenses charged

5  in Count I of the Second Superseding Indictment, you may also

6  find the defendant guilty of any of the offenses charged in

7  Counts III through VII, even though the defendant did not

8  personally participate in such offenses if you find beyond a

9  reasonable doubt, first, that the offense charged in such count

10 was committed by a conspirator during the existence of the

11 conspiracy and in furtherance of its object.

12 Second, that the defendant was a knowing and voluntary

13 member of the conspiracy at the time of the commission of such

14 offense and, third, that the commission of any of the offenses

15 charged in Counts III through VII by a co-conspirator was a

16 reasonable foreseeable consequence of the conspiracy.

17 Title 18, United States Code, § 2340A makes it a

18 Federal crime or offense for a national of the United States or

19 anyone now present in the United States, irrespective of

20 nationality, to commit torture while outside the United States.

21 "Torture" means an act committed by a person acting

22 under the color of law, specifically intended to inflict severe

23 physical pain or suffering, other than pain or suffering

24 incidental to lawful sanctions, upon another person within his

25 custody or physical control.

October 28, 2008

1          Lawful sanctions include judicially imposed sanctions

2   and other enforcement actions authorized by law, including the

3   death penalty, but do not include sanctions that defeat the

4   object and the purpose of the law prohibiting torture.

5          The defendant can be found guilty of that offense only

6   if all of the following facts are proved beyond a reasonable

7   doubt:  First, that the defendant committed an act with the

8   specific intent to inflict severe physical pain or suffering.

9          Second, that the defendant was acting under the color

10  of law.

11         Third, that the act of torture was against another

12  person who was within the defendant's custody or physical

13  control and, fourth, that the act of torture occurred outside

14  the United States.

15         Specific intent to inflict severe physical pain or

16  suffering means to act with the intent to commit the act as

17  well as the intent to achieve the consequences of the act,

18  namely, the infliction of severe physical pain or suffering.

19         An act that results in the unanticipated or unintended

20  severity of pain and suffering is not torture.  Severe physical

21  pain means bodily pain that is extreme in intensity and

22  difficult to endure.

23         Severe physical suffering means physical distress that

24  is extreme considering its intensity and duration or

25  persistence and that is difficult to endure.

October 28, 2008

1          The term "torture" is usually reserved for extreme,

2    deliberate and unusually cruel practices, rather than lesser

3    forms of cruel, inhuman or degrading treatment or punishment.

4    The severity of the intended pain and suffering is the

5    distinguishing characteristic of torture under 18, United

6    States Code, § 2340A.

7          Oh to act under color of law means to act beyond the

8    bounds of lawful authority, but in such a manner that the

9    unlawful acts were done while the official was purporting or

10   pretending to act in the performance of official duties.  In

11   other words, the unlawful acts must consist of abuse or misuse

12   of power which is possessed by the official only because that

13   person is an official.

14         The defendant may be found guilty of the charges

15   contained in the second Superseding Indictment, however, even

16   though the defendant was not an official or an employee of a

17   governmental unit if you find beyond a reasonable doubt that

18   the essential facts constituting the offense charged have been

19   established, as defined in these instructions, and that the

20   defendant was a willful participant together with the

21   governmental unit or its agents in the doing of such acts.

22         Title 18, United States Code, § 924(o) makes it a

23   separate Federal crime or offense for anyone to conspire or

24   agree with someone else to do something which, if actually

25   carried out, would be a violation of § 924(c)(1).

October 28, 2008

1              § 924(c)(1) makes it a crime for anyone to contrary a

2    firearm during and in relation to a crime of violence and to

3    possess a firearm in furtherance of a crime of violence.

4              Again, under the law, a conspiracy is an agreement or

5    a kind of partnership in criminal purposes in which each member

6    becomes the agent or partner of every other member.

7              You will see language in parentheses.  I won't read it

8    again to you.  Those instructions apply and I have read them

9    already to you previously.

10             What the evidence in the case must show beyond a

11   reasonable doubt is, first, that two or more persons in some

12   way or manner came to a mutual understanding to try to

13   accomplish a common and unlawful plan, as charged in the

14   Indictment.

15             Second, that the defendant knowingly and voluntarily

16   joined or participated in the conspiracy and, third, the object

17   of the unlawful plan was to carry a firearm during and in

18   relation to a crime of violence and to possess a firearm in

19   furtherance of a crime of violence.

20             Again, the language in parentheses below does apply.

21             In some instances, a conspirator may be held

22   responsible under the law for a substantive offense in which he

23   or she had no direct or personal participation if such offense

24   was committed by other members of the conspiracy during the

25   course of such conspiracy and in furtherance of its objects.

October 28, 2008

1          So, in this case, with regard to Count VIII, and

2    insofar as the defendant is concerned, if you have first found

3    the defendant guilty of the conspiracy offenses charged in

4    Count II of the Second Superseding Indictment, you may also

5    find the defendant guilty of the offense charged in Count VIII

6    even though such defendant did not personally participate in

7    such offense if you find beyond a reasonable doubt, first, that

8    the offense charged in such count was committed by a

9    conspirator during the existence of the conspiracy and in

10   furtherance of its objects, second, that the defendant under

11   consideration was a knowing and voluntary member of the

12   conspiracy at the time of the commission of the offense and,

13   third, if the commission of the offense by a co-conspirator was

14   a reasonably foreseeable consequence of the conspiracy.

15         Title 18, United States Code, § 924(c)(1) makes it a

16   separate Federal crime or offense for anyone to carry a firearm

17   during and in relation to a crime of violence or to possess a

18   firearm in furtherance of a crime of violence.

19         The defendant can be found guilty of that offense as

20   charged in Count VIII of the Indictment only if all of the

21   following facts are proved beyond a reasonable doubt:

22         First, that the defendant committed at least one of

23   the crimes of violence charged in Count I, paragraphs 24

24   through 34, and/or Count VI of the Second Superseding

25   Indictment.

**October 28, 2008**

1        Second, that during the commission of one or both of

2   those crimes of violence the defendant knowingly carried or

3   possessed a firearm, as charged, and, third, that the defendant

4   carried the firearm in relation to or possessed the firearm in

5   furtherance of the crime of violence.

6        The term "firearm" means any weapon which is designed

7   to or may readily be converted to expel a projectile by an

8   action of a explosive, and the term includes the frame or

9   receiver of any such weapon or any firearm muffler or firearm

10  silencer.

11       To carry or possess a firearm means the defendant

12  either had a firearm on or around his person or transported,

13  conveyed or controlled a firearm in such a way that it was

14  available for immediate use if the defendant so desired during

15  the commission of the crime of violence, and to carry a firearm

16  in relation to an offense means that there must be a connection

17  between the defendant, the firearm and the crime of violence so

18  that the presence of the firearm was not accidental or

19  coincidental, but facilitated the crime by serving some

20  important function or purpose of the criminal activity.

21       To possess a firearm in furtherance of an offense

22  means something more than mere presence of a firearm.  It must

23  be shown that the firearm helped, furthered, promoted or

24  advanced the offense in some way.

25       The Second Superseding Indictment charges that the

October 28, 2008

1    defendant knowingly carried a firearm during and in relation to
2    a crime of violence and possessed a firearm in furtherance of a
3    crime of violence.  It is charged, in other words, that the
4    defendant violated the law as charged in Count VIII in two
5    separate ways.  It is not necessary, however, for the
6    Government to prove that the defendant violated the law in both
7    of those ways.  It is sufficient that the Government prove
8    beyond a reasonable doubt that the defendant knowingly violated
9    the law in either way, but in that event you must unanimously
10   agree upon the way in which the defendant committed the
11   violation.

12          The guilt of a defendant in a criminal case may be
13   proved without evidence that the defendant personally did every
14   act involved in the commission of the crime charged.

15          The law recognizes that ordinarily anything a person
16   can do for one's self may also be accomplished through
17   direction of another person as an agent or by acting together
18   with or under the direction of another person or persons in a
19   joint effort.

20          So, if the acts or conduct of an agent, employee or
21   other associate of the defendant are willfully directed or
22   authorized by the defendant or if the defendant aids and abets
23   another person by willfully joining together with that person
24   in the commission of a crime, then the law holds the defendant
25   responsible for the conduct of that other person just as though

October 28, 2008

1   the defendant had personally engaged in such conduct.

2          However, before any defendant can be held criminally
3   responsible for the conduct of others, it is necessary that the
4   defendant willfully associate in some way with the crime and
5   willfully participate in it.  Mere presence at the scene of a
6   crime and even knowledge that a crime is being committed are
7   not sufficient to establish that a defendant either directed or
8   aided and abetted the crime.  You must find beyond a reasonable
9   doubt that the defendant was a willful participant and not
10  merely a knowing spectator.

11         During the trial you have heard testimony by witnesses
12  and argument by counsel that the Government did not utilize
13  specific investigative techniques.  You may consider these
14  facts in considering whether the Government has met its burden
15  of proof because, as I told you, you should look to all of the
16  evidence or lack of evidence in deciding whether the defendant
17  is guilty.  However, you are also instructed that specific
18  investigative techniques such as DNA and fingerprints are not
19  required to be presented in order for you to find the defendant
20  guilty of the charges in this case.  Your concern, as I have
21  said, is to determine whether or not on the evidence or lack of
22  evidence the defendant's guilt has been proved beyond a
23  reasonable doubt.

24         You will note the Second Superseding Indictment
25  charges each offense was committed on or about certain dates.

1  The Government does not have to prove with certainty the exact

2  date of the alleged offenses.  It is sufficient if the

3  Government proves beyond a reasonable doubt that the offenses

4  were committed on dates reasonably near the dates alleged.

5       The word "knowingly," as that term is used in the

6  second Superseding Indictment or in these instructions, means

7  the act was done voluntarily and intentionally and not because

8  of mistake or accident.

9       Intent and motive are different concepts and should

10  not be confused.

11       Motive is what prompts a person to act or fail to act.

12  Intent refers only to the state of mind with which the act is

13  done or omitted.

14       Personal and political advancement or gain, for

15  example, are two well-recognized motives for much of human

16  conduct.  These praiseworthy motives, however, may prompt one

17  person while prompting another person to voluntary acts of

18  crime while prompting another person to voluntary acts of

19  crime.

20       Good motive alone is never a defense where the act

21  done or omitted is a crime.  The motive of a defendant is,

22  therefore, immaterial except insofar as evidence of motive may

23  aid in the determination of state of mind or the intent of the

24  defendant.

25       A separate crime or offense is charged in each Count

1  of the Second Superseding Indictment.  Each charge and the

2  evidence pertaining to it should be considered separately.  The

3  fact that you may find the defendant guilty or not guilty as to

4  one of the offenses charged should not affect your verdict as

5  to any other offense charged.

6          I caution you, Members of the, Jury that you are here

7  to determine from the evidence in this case whether the

8  defendant is guilty or not guilty.  The defendant is on trial

9  only for those specific offenses alleged in the Indictment.

10         Also, the question of punishment should never be

11  considered by the jury in any way in deciding the case.  If the

12  defendant is convicted, the matter of punishment is for the

13  Judge alone to determine later.

14         Any verdict you reach in the jury room, whether the

15  guilty or not guilty, must be unanimous.  In other words, to

16  return a verdict you must all agree.  Your deliberations will

17  be secret.  You will never have to explain your verdict to

18  anyone.

19         It is your duty as jurors to discuss the case with one

20  another in an effort to reach agreement if you can do so.  Each

21  of you must decide the case for yourself, but only after full

22  consideration of the evidence with the other Members of the

23  Jury.

24         While you are discussing the case, do not hesitate to

25  reexamine your own opinions and change your mind if you become

October 28, 2008

1  convinced that you were wrong, but do not give up your honest

2  beliefs solely because the others think differently or merely

3  to get the case over with.

4         Remember, that in a very real way you are judges,

5  judges of the facts.  Your only interest is to seek the truth

6  from the evidence in this case.

7         When you go to the jury room, you should first select

8  one of your members to act as your foreperson.  The foreperson

9  will preside over your deliberations and speak for you here in

10  court.

11         As an aside, do not make the foreperson selection

12  decision hastily.  Take your time and select someone you have

13  confidence in leading your discussions.

14         A form of verdict has been prepared for your

15  convenience, ladies and gentlemen.  It is a two-page verdict

16  form.  You will take this verdict form to the jury room and

17  when have reached unanimous agreement, you will have your

18  foreperson fill in the verdict form, date and sign it, and then

19  return to the courtroom.

20         The verdict form very simply asks you as to each count

21  whether you find the defendant guilty or not guilty.

22         If you should desire to communicate with me at any

23  time, please write down your message or question and pass the

24  note to the Marshal who will bring it to my attention.  I will

25  then respond as promptly as possible, either in writing or by

 1    having you returned to the courtroom so that I can address you

 2    orally.

 3              I caution you, however, with regard to any message or

 4    question you might send that you should not tell me your

 5    numerical division at the time.

 6              I will ask counsel to approach briefly.

 7              [Proceedings at sidebar follow]:

 8              THE COURT:  The Government didn't want an expert

 9    witness instruction.  I think you tendered Dr. Hyma.

10              MS. ROCHLIN:  We have no objection to it, Your Honor,

11    and it would probably be appropriate.  It was an oversight.

12              THE COURT:  Do you want me to read it at this time?

13              MS. ROCHLIN:  Sure.  That's okay.

14              Judge, do you need a copy of the redacted Indictment?

15    I don't know if I handed it up.

16              THE COURT:  The verdict form speaks of the

17    Indictment --

18              MS. ROCHLIN:  Not the Second Superseding.

19              THE COURT:  That's why I suspect we should give it to

20    them in the morning.

21              MR. CARIDAD:  One of the exhibits is a DVD.  I have a

22    computer in my office --

23              THE COURT:  I think you have a number of exhibits.

24              MR. GRAVELINE:  We have hard copies.

25              MR. CARIDAD:  Maybe the jury can be told if they want

October 28, 2008

1    to watch it, they could come back into the courtroom.

2              THE COURT:  I think we have had them see DVD's before

3    on computers with nothing on them.

4              MR. CARIDAD:  Does the Court have one?

5              THE COURT:  We can ask Computer Services.

6              [Proceedings in open court follow]:

7              THE COURT:  I neglected to give you one instruction,

8    ladies and gentlemen.  It is not in the written instructions.

9              When knowledge of a technical subject matter might be

10   helpful to the jury, a person having special training or

11   experience in that technical field is permitted to state an

12   opinion concerning those technical matters.  Merely because

13   such a witness has expressed an opinion, however, does not mean

14   that you must accept that opinion.  The same as with any other

15   witness, it is up to you to decide whether to rely upon it.

16             Ladies and gentlemen, I know, given the hour, it's

17   almost to the time for you all to leave.  We'll have you go

18   into the jury room and you may select -- I probably would

19   recommend you not select your foreperson yet and not begin your

20   deliberations, but do so fresh tomorrow morning upon your

21   return.

22             I will ask you all return at 9:15 to begin those

23   deliberations and, again, as I instructed you, the first step

24   is to select a foreperson.

25             I give you these instructions daily and pretty much at

**October 28, 2008**

1   every break:  It is especially important now that you not do

2   any reading concerning this case, that you avoid reading any

3   newspaper or any other print media or looking at any account

4   regarding this case between today and tomorrow when you return

5   to begin those deliberations.

6          We have three members of the jury who will not

7   participate in those deliberations.  They will be excused at

8   this time.  They were selected to serve as alternates, given if

9   not all of you could make it through to the end.  Mr. Jarrell,

10  Mr. Mendoza and Ms. Diaz will not be with us tomorrow morning.

11         As soon as you all gather together at 9:15, you will

12  begin those deliberations.  You will each have your notebooks

13  and your set of instructions.  All of the exhibits and evidence

14  will be in the jury room for your review.  You will have a

15  copy, as I indicated earlier, of the Second Superseding

16  Indictment and I believe there is at least one DVD, not more.

17  In the event you wish to view that DVD, you will simply let the

18  Marshal know and we will go about getting the equipment so you

19  can do that.

20         With the exception of those three jurors whose names I

21  mentioned, I will ask you stay briefly so I can give you some

22  forms.  The rest of you are excused to return tomorrow at 9:15

23  to begin those deliberations.

24         Have a good evening.

25         [The jury leaves the courtroom at 4:27 p.m.]

October 28, 2008

 1           THE COURT:  Mr. Jarrell, Ms. Diaz -- you think she

 2  went back inside --  Mr. Mendoza.

 3           If you could give these to the alternate jurors.

 4  These are forms from our Jury Pool Section showing dates of

 5  your service, as well as certificates of appreciation from me.

 6           I would ask you not discuss the case.  In the event if

 7  any juror is missing tomorrow, we would ask you to come to

 8  participate in the deliberations phase of the trial.  Please

 9  continue to observe my request that you not discuss this case

10  until its conclusion.

11           Thank you very much.

12           [Alternate jurors excused at 4:28 p.m.]

13           THE COURT:  I would ask the Government to get me that

14  by 9:15 tomorrow morning, the verdict form.

15           You can all gather the evidence together.  That way we

16  can have it in the jury room.  When they begin, they can all be

17  there, as well as the DVD, and if they need to view that, we'll

18  take the equipment inside.

19           I do want to commend the attorneys on fine closing

20  arguments by all of you.

21           MR. CARIDAD:  Thank you very much.

22           MS. ROCHLIN:  Thank you.

23           MR. CARIDAD:  Do you want us here --

24           THE COURT:  Other than coming just by habit alone,

25  there's no need to come tomorrow morning.  Make sure all of the

**October 28, 2008**

1   exhibits are together and we can take them in, and I just need

2   that verdict form.

3        MS. ROCHLIN:  Judge, would you like me to email it to

4   you?

5        THE COURT:  It would probably be easier.

6        MR. GRAVELINE:  Your Honor, I also prepared a list of

7   all of the exhibits for the jury, if that's all right.  We

8   provided a copy to defense counsel.  I don't think they have

9   any objection.  It's just, basically, listing them and a brief

10  description.

11       THE COURT:  That might be helpful.

12       Any objection from the defense?

13       MR. CARIDAD:  No, Your Honor.

14       THE COURT:  Very good.

15

16

17

18

19

20

21

22

23

24

25

October 28, 2008

1                  C E R T I F I C A T E

2          I hereby certify that the foregoing is an accurate

3   transcription of proceedings in the above-entitled matter.

4

5   _____      _____
         06/08/09
         DATE                  BARBARA MEDINA
6                              Official United States Court Reporter
                               400 North Miami Avenue, Suite 12-2
7                              Miami, FL  33128 - 305.523.5518
                                       (Fax) 305.523.5519
8                              Email:  barbmedina@aol.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Quality Assurance by Proximity Linguibase Technologies
October 28, 2008

**A**

**abbreviated** 9:23
**Abdul** 14:25 15:6 18:8,18 19:17
  20:6,17,24 24:25 59:16,21
  60:2,3 71:11,13 83:23 110:16
  117:5
**abets** 28:1 164:22
**ability** 24:9 151:23
**able** 12:6 18:19 21:18 22:2,3
  36:17 40:13 43:17,19 46:12
  59:5 75:15,17 79:6 87:3 114:1
  133:21 142:20
**above-entitled** 174:3
**Abraham** 35:9 40:20
**absence** 18:10,16 23:24 30:19
**absolutely** 112:14 113:8
**absurd** 100:5 133:9
**Abu** 25:10 31:2 53:1 81:5,6
**abuse** 27:8 33:20 160:11
**abused** 37:6 54:25
**abuses** 6:7 27:18 33:21 34:1
**accept** 87:24 151:10 170:14
**accepted** 115:10
**access** 1:25 11:8 83:9
**accident** 166:8
**accidental** 163:18
**accidents** 133:8
**accompanied** 42:25
**accompany** 139:20
**accomplish** 13:1 156:21 157:4
  161:13
**accomplished** 27:23 164:16
**accomplishing** 156:17
**account** 8:20 9:10 17:18 24:2
  32:21 39:13,14 40:10,10 54:7
  80:15,15 110:15 111:5 123:7
  123:12 126:1 127:15 137:2,5
  145:1 171:3
**accountable** 13:24
**accounts** 21:12 26:16,17 31:7
  109:12 110:7 119:2 133:23
  134:1,24 136:4,14 137:3,9
  139:18
**accurate** 123:15 151:11 153:8
  174:2
**accurately** 151:23
**accusation** 56:25 132:4 139:24
**accusations** 47:19,22,25 48:1
  49:5,9 93:21 107:4
**accuse** 56:17
**accused** 15:19 23:19 24:7 35:17
  38:24
**accusing** 82:19 91:13
**achieve** 159:17
**acknowledge** 121:21
**acknowledged** 11:3 112:21
  121:5 122:17
**acknowledgement** 15:23
**acquaintance** 65:16
**acquittal** 4:7
**act** 12:9,11 27:12 28:14 111:9
  119:9 145:6 150:8 157:1,20
  158:21 159:7,11,13,16,16,17
  159:19 160:7,7,10 164:14
  166:7,11,11,12,20 168:8
**acted** 26:25
**acting** 26:18 27:9,24 43:3 98:4
  158:21 159:9 164:17
**action** 27:17 111:15 163:8
**actions** 13:24 20:23 28:5,5,13
  44:7 159:2
**activist** 31:15 34:19
**activists** 33:19
**activities** 41:13 118:2 142:17
**activity** 15:24 23:19 35:19 38:24
  163:20

**actors** 112:16
**acts** 6:13 27:3,6,13 33:15 120:8
  121:22 155:3 156:11 160:9,11
  160:21 164:20 166:17,18
**actual** 100:17 151:4
**add** 97:4,13
**addition** 154:3
**additional** 14:5 29:9 139:3
**address** 3:6 43:17 169:1
**addressed** 117:9 125:10 134:22
**addresses** 26:23 145:17
**addressing** 44:12
**adduced** 134:18 138:6,17
**adequate** 153:10
**administration** 112:4 115:21
  124:16,20,21 125:3 127:20
**ADMINISTRATIVE** 3:4
**admission** 59:8 87:16 120:25
  152:19
**admit** 66:20 120:15
**admits** 99:16,18
**admitted** 36:15 66:18 112:21
  120:17 122:24 139:19 140:1
  150:13,14
**admitting** 99:5
**admonition** 112:12
**advanced** 163:24
**advancement** 166:14
**advances** 157:20
**advantage** 154:10
**advisability** 113:7
**advise** 44:15
**advocate** 101:18
**aerial** 23:22
**affairs** 150:9
**affect** 167:4
**afford** 93:8
**afforded** 131:23
**affords** 49:1
**Africa** 9:8 46:22 47:16 48:5 49:7
  50:23 58:6,18 59:18 67:4
  68:22,25 82:16 93:7,10,12,16
  97:5 98:25 122:25
**African** 111:2
**Africans** 144:22
**aftermath** 8:22
**afternoon** 104:18
**age** 103:23
**agency** 49:2 58:3
**agent** 9:11 12:1 13:20 35:1 37:23
  85:11 102:13 112:20 125:12
  125:13,16,20,21,23 126:25
  127:6,8,11 128:15,16 140:15
  140:18 141:8 143:8,16,17,19
  156:5 161:6 164:17,20
**agents** 27:14 58:24 81:13,19
  98:22 100:13 102:9 105:12
  120:16,22 121:5,8 134:12
  160:21
**aggrandizement** 119:10
**ago** 47:15 50:13,15 72:6 74:17
**agree** 17:7 45:11 66:23 67:1
  139:1 149:12 155:24 160:24
  164:10 167:16
**agreed** 97:24
**agreement** 12:13,14,15,16,19,23
  13:5,11,19 98:15 156:3,10,15
  161:4 167:20 168:17
**agrees** 13:23
**ahead** 5:4
**aid** 154:13 166:23
**aided** 165:8
**aids** 27:25 164:22
**aimed** 37:25
**aims** 157:17
**airport** 55:12
**Albert** 15:1,7 16:2,11 54:19 69:1
  117:6

**ALF** 70:24
**Alhadji** 39:1 51:18 88:14
**alive** 60:18 64:9,12,14,18
**allegation** 57:8 87:5,18 90:1
  139:3
**allegations** 49:5 88:23 97:22
  131:19
**allege** 56:17
**alleged** 10:1 50:10 146:11 153:4
  157:8 166:2,4 167:9
**allegedly** 69:1
**allow** 73:13
**allowed** 56:6
**allowing** 138:22
**alongside** 80:4
**Aloysius** 114:10
**altercation** 112:23
**alternate** 172:3,12
**alternates** 171:8
**ALTONAGA** 1:13
**amazing** 146:15,15
**amend** 147:20
**America** 1:4 48:18 93:9 138:14
**American** 94:22 98:21 107:7
**Amos** 73:2 123:23 130:12
  146:19
**amounted** 22:9
**analyze** 109:5
**and/or** 162:24
**angry** 114:6
**announced** 30:25
**answer** 51:2 53:20 65:3 72:8,9
  84:6 94:6,8 104:14 129:9,12
  129:16,19 130:20 137:21
  151:25
**answered** 52:8 69:23
**answers** 29:23
**antalgic** 25:17
**anticipating** 121:19
**anti-Taylor** 31:6
**Anti-Terrorist** 9:23 32:7 140:22
  140:25 143:20
**ants** 7:10 30:21
**anybody** 58:4 64:20 68:1 71:1
  73:18,20 75:4 80:22 88:18
  89:14,19,19 92:3 99:21,22
  101:10
**anymore** 71:15 88:9 100:2
**Anyway** 54:15 87:18
**apparently** 30:4,19 39:6 46:19
  54:20 70:14,18,25 71:4 75:18
  81:5 87:23 91:1 97:5
**appear** 40:8 111:12 151:24
**APPEARANCES** 1:16
**appeared** 126:16
**application** 46:20 94:16
**applied** 7:19,25 47:3
**applies** 27:7
**apply** 28:24 108:14 132:8 148:25
  161:8,20
**appreciate** 105:10,18
**appreciation** 172:5
**apprehension** 24:2
**approach** 169:6
**appropriate** 106:13,17 144:7
  169:11
**appropriately** 105:21
**approval** 80:25
**approved** 98:10
**approximately** 9:9
**April** 14:16 26:21 56:18 70:4
  85:6 117:23
**area** 50:4 55:25 69:7,16 78:17
**areas** 22:23
**argued** 134:20
**argues** 56:10 132:10 143:5
**arguing** 141:6
**argument** 44:13,23 70:15 76:4

**ALTONAGA** 105:20 106:23 107:20 108:3
  108:12 109:4 111:4 119:7
  121:20 123:19 127:15 131:19
  132:3 134:3 137:25 141:18
  142:3 144:6,10 165:12
**arguments** 4:10 5:17,18,19
  44:14 172:20
**arm** 36:19,24 43:12
**armed** 17:5 35:11,12 41:25
  92:21
**arms** 25:16,18 26:3,5 37:17 59:8
  62:21 114:3
**Army** 9:4
**arrest** 79:23 94:5 119:25 145:2
**arrested** 34:5,8,12 48:12 53:11
  85:15 90:21 91:1,3,7,13
  116:20 126:17 145:5 152:20
**arrival** 16:18
**arrive** 15:17
**arrived** 18:7 26:12 33:10 36:13
  40:3,11 69:2,13 71:10 80:14
**arriving** 17:15 23:16 150:22
**article** 31:20 75:25 112:6,8,9
**articles** 31:20 112:5
**aside** 5:15 64:3 70:16 168:11
**asked** 23:17 29:20,22 34:20
  35:21 41:23 43:20 52:7 57:3
  65:3,20 66:5,6 78:7,14 81:19
  81:19,20 84:5 86:11 87:5 91:4
  94:6 99:12 101:4 103:3 104:1
  106:6 127:19 128:22 129:5
  130:18 142:13,14
**asking** 48:20 98:18 99:22 108:15
  135:21
**asks** 53:19 94:7 168:20
**asleep** 35:7
**aspired** 143:12
**assembled** 157:17
**asserts** 151:3
**assess** 109:9 135:9,10
**assessed** 132:5
**assigned** 25:4
**assigning** 10:23
**assignment** 63:19
**assimilating** 5:20
**assist** 5:20
**assistant** 25:8 91:14
**associate** 29:25 35:8 164:21
  165:4
**associated** 93:12 157:16
**association** 140:8
**assume** 56:11 91:25 98:3 148:7
  150:19
**assumes** 50:22
**asylum** 48:18,24 62:12 72:14
  73:20 89:17,19 131:20
**attack** 29:10,11,12
**attacked** 14:17
**attacking** 51:25
**attempt** 18:23 19:16 22:4,20
  106:24
**attempted** 7:4 21:7 22:13 23:11
**attempting** 10:13 11:4
**attention** 58:6 59:17,25 61:12
  100:22,23 105:7,10,17 168:24
**attentive** 105:16
**attitude** 129:25
**Attorney** 1:18,22
**attorneys** 5:17 45:13 172:19
**attraction** 74:1
**ATU** 9:24 10:16,17 11:5 15:18
  16:4 22:4 27:16,16,17 28:15
  32:13 33:22 42:25 52:22 57:16
  60:3 62:19 64:19 68:13 71:16
  77:5 78:4,8,9,12,14,16,19,22
  79:9 84:8 85:4,9,13 86:18,20
  86:22,24,25 87:2 99:1,10,13
  116:20 125:2 126:5,12 127:22

141:19 142:7 143:7,9,10,11,23
143:25 144:4,4
**ATU-based** 144:2
**audience** 53:19 64:25
**August** 29:12 33:10,14 77:16
85:6 102:15,18,22 118:6
**Augustine** 73:3
**aunts** 54:17
**AUSA** 105:11,12
**authorities** 66:21
**authority** 8:10 28:15 55:22 72:12
73:12 160:8
**authorized** 159:2 164:22
**authorizes** 27:25
**available** 154:11 163:14
**Avenue** 1:23 2:9 174:6
**avoid** 10:23 171:2
**awaited** 21:7
**AWOL** 86:1 117:15
**A.F.P.D** 2:2,3
**a.m** 5:6,9 45:2,6
**A.U.S.A** 1:17,18
**a/k/a** 1:8

**B**

**B** 131:13,16
**back** 5:11 7:20 15:9,12 17:13
20:17 21:5 36:19 37:7 38:20
42:12 44:5 46:7 53:23 57:18
58:10,11,25 59:20 63:6 65:9
68:10 73:14 79:3 81:2,3,12
82:22,23,25 85:19 86:15 87:20
91:11 92:18 94:13 98:6 104:4
108:5 113:14 115:24 116:20
117:1,2,3,17 118:15 122:25
128:12,21 129:6 135:3 136:18
136:23 137:18,18 170:1 172:2
**background** 88:20
**backpack** 85:18 144:12
**bad** 58:3 59:24 64:1 67:21 77:1
82:1 83:3 84:22 88:8 110:22
116:21 117:8 129:22 130:5
**badges** 135:21
**badly** 68:22
**Baechtle** 9:11 35:1 37:23 85:12
105:12 112:20 143:8,20
**ball** 64:6
**bandwagon** 82:20
**BARBARA** 2:8 174:5
**barbed** 6:20 11:17 18:25 29:5
**barbmedina@aol.com** 2:10
174:8
**Barclay** 24:18,22 26:10 34:10
53:25 65:14 70:7 115:11 116:2
**barely** 62:21
**barracks** 11:13 24:19 25:4,11,20
**barrel** 94:10
**bars** 6:20 29:5 84:16
**base** 9:18 10:19 11:4,7,11,12,15
12:4,5 17:15 20:5 22:7,12
23:14 28:8 29:24,25 30:24
31:6,8,18,23 33:10,17,19,24
39:21 52:22 53:23 59:14 60:18
60:20 61:11,24,25 64:17,17,21
68:13 70:6,12 71:12,16,19
72:1 75:17,20,22,23,25 76:1,5
76:7 80:3,4 81:3,6,9,14,18
83:11,18 84:3,8,9,10,18 85:16
86:12,13 87:10,12 98:5 99:2,2
99:6,6,7 110:22 112:4,7,8,11
112:13 113:8 126:8,9,11,14,19
128:14,18 129:25 132:14
136:18,24 140:20 142:5
**based** 43:24 94:25 108:23
122:22 123:16 134:5 139:8
146:9,9 150:3
**basic** 26:5

**basically** 173:9
**basis** 138:3 149:7
**bat** 57:9
**battle** 136:22
**battles** 88:12
**bayonet** 6:17,22 22:14,18,24
23:2 29:7 53:10 113:22
**bayonets** 44:3
**beach** 23:20 24:3,11 37:21 42:1
42:4 53:21 65:5,6 102:11,11
102:12 110:10 114:23,25
117:6
**beams** 39:25
**beans** 109:21,23,23 110:2
111:14,14,17
**bear** 82:4
**bearing** 154:6
**bears** 22:16 30:7
**beat** 6:16 8:2 16:15,18 17:10
28:7 43:1 73:5 81:25 88:16,16
145:8
**beaten** 22:6 43:1 48:11 52:21
66:4,15 81:22 113:23
**beating** 8:3 16:21 43:2 64:10,12
113:11,15 114:5 145:9
**beatings** 17:4 20:4 23:5 28:16
29:2 44:2 113:19,20
**beats** 30:17
**bedroom** 35:10 137:7
**began** 9:8 51:15 83:11 102:14
**begged** 20:18 21:5
**begging** 118:20
**beginning** 31:19 67:10
**begins** 3:2 8:15 52:3
**begs** 54:7
**behalf** 105:11
**behavior** 93:12,13
**beheaded** 69:1
**beings** 96:12 147:1
**Belfast** 1:8 6:11 8:24 9:1,6 80:10
122:14
**belief** 40:4
**beliefs** 168:2
**believable** 65:13
**believe** 45:22 49:14 52:8 55:10
67:14 72:20 75:4 76:6 91:23
101:2,18 104:14 116:21
122:15 123:9,21 147:13
151:12,13,17,17 153:7 171:16
**believed** 31:5 45:18
**believes** 90:25
**belly** 8:6 43:6
**bend** 42:15 59:6
**beneath** 19:9
**beneficiaries** 116:13
**benefit** 74:11 132:7
**benefits** 108:2
**Benjamin** 7:14,22 28:11 34:3
35:16 36:1,3,12,17 37:4 38:1
38:11 77:4 80:1 89:4,8,24
92:14 93:22 96:7 98:9 99:23
100:1 102:23 103:4,6,7,9,11
103:19 113:4 131:16 132:21
146:25
**Bernice** 8:19
**best** 57:23 87:2 92:10 108:6
121:3
**better** 47:16,24 129:13
**beyond** 43:22 44:15 45:24 48:2
49:13 63:4,12 85:9 87:25 88:5
90:6 99:10 149:3,22,25 150:6
150:10 156:18 158:8 159:6
160:7,17 161:10 162:7,21
164:8 165:8,22 166:3
**big** 58:23 72:1,1 109:20 123:8
138:13 143:25
**bigger** 58:20
**biggest** 51:22

**Bility** 34:5 35:18 40:1,9 90:15
91:21,23 92:3,7,8,10,11,15,19
103:2,5,10,12,14,15,17 119:23
**bind** 59:10
**binding** 150:18
**bindings** 22:3
**biological** 8:19,20 9:2
**birth** 8:18
**bit** 66:18 77:15 78:1 84:25
128:22
**bites** 7:10
**bizarre** 95:6 96:11
**black** 67:11
**blame** 88:8
**blamed** 107:19
**bleeding** 30:8
**blindfolded** 16:16
**blinding** 7:23 42:13
**blood** 50:3 107:11
**bloody** 8:22 54:3 88:15
**blow** 140:16
**board** 62:12 79:9
**boat** 47:3 123:10
**bodies** 16:3,4,7 24:3 26:2,9
45:19 48:10,12 57:14,16 96:15
96:22,24 97:2,14,21 102:12
107:8,11 133:2,12,14
**bodily** 159:21
**body** 18:16 22:23 28:19 36:20
40:14,23,25 42:17 103:15
120:19 137:20,22
**bodyguard** 46:25 89:13 91:12
142:13
**bodyguards** 42:25 87:15 99:14
144:4,5
**boiling** 38:13,14,15
**bonds** 114:2
**bones** 71:18
**book** 143:14
**boots** 16:15 28:17
**borders** 10:6
**born** 8:15 48:5 98:24
**Boston** 8:15,23
**bottom** 50:22 51:3 65:23
**bounce** 109:25
**bouncing** 110:3
**bounds** 160:8
**bowl** 67:9
**branded** 133:12
**branding** 133:13
**break** 12:14,15 55:2 104:12
116:22 171:1
**breaks** 59:7
**breathing** 32:10
**bridge** 26:12 52:2 54:21,21
55:12,21 57:17,21 68:12 69:2
69:3 70:5 74:22 81:2 85:5,6
89:1 93:20 98:4,5,8,11 116:17
118:13 128:4 135:25 141:13
**brief** 147:8 173:9
**briefing** 41:20
**briefly** 81:5 169:6 171:21
**Brigadier** 143:21
**bring** 4:9 5:8 23:9 45:7 53:16
55:22 60:22 64:8,14 72:8,9
89:16,22 99:9 100:7,18,24
101:6 104:4,25 168:24
**brings** 66:17
**broad** 55:10,14
**broke** 92:22
**brother** 25:5,5 26:7 29:17 32:3
32:14 54:4,23 56:14 65:17
71:14 72:24 91:20 141:24
**Brothers** 54:17
**brother-in-law** 112:24
**brought** 15:10 21:10 23:16
24:18 35:12 42:7,14 45:11
46:7 50:8 54:11 55:8 64:12

73:1,4 90:15 91:11 99:7
103:22,24 113:13 117:17
119:21 148:3
**Bruce** 19:5 32:19
**brush** 142:22
**brutal** 97:8
**BR-26** 126:24
**BR-42** 125:12 127:10
**BR-45** 125:20
**BR-5** 78:5
**BR-6** 128:15,17
**BR-61** 78:13 141:10
**BTC** 25:4
**build** 10:18
**building** 77:18,20 78:2,4,6,24,25
79:2,3,4,5,5,14 125:4,10,18
126:19 127:2 128:6,8,17,25
129:1 141:10,17 146:15
**buildings** 79:12
**built** 11:10 48:22
**bullet** 94:11
**bump** 53:8
**bunch** 63:5 98:3
**burden** 149:21,24,24 165:14
**Bureau** 34:22 71:1
**bureaucrat** 58:3
**Buren** 25:9 54:5,5,9 65:8,17,20
66:2,7,14,19,21 71:6 118:20
118:23
**buried** 24:11
**burn** 6:22 19:4,7,9 33:4 36:24
37:3 40:14,17 41:2 43:9,11
97:14 101:12,12 133:22,24,25
**burned** 6:15 18:23 22:21 23:4
30:20 32:15 35:4,5 36:15
38:10 40:7 42:9 43:5 52:24
81:6 91:18 97:16 103:12
**burning** 8:6 18:14 19:16 28:17
28:19 29:3,6 38:24 43:6 44:4
**burns** 7:10 22:22 38:21 40:24
44:3 97:20 107:12 146:3
**burnt** 113:21
**bury** 23:20 53:21 65:5 114:25
**bush** 31:6 59:19
**business** 41:12 45:23 46:2,4,22
86:2 94:1 95:7 144:23
**businesses** 95:3
**businessman** 41:9 72:5 93:25
95:2
**busy** 65:1 74:25 75:1
**butts** 17:6 28:7 44:2

**C**

**C** 35:23 131:14,16 174:1,1
**cafe** 41:10
**calculating** 115:17,20
**calculation** 116:1 136:7 138:11
**call** 25:9 39:1,5 47:9 91:12 103:3
103:4 106:24 114:14 149:2
**called** 8:11 16:14 25:17 31:16
34:9 35:9 80:1 82:17 84:8
114:16 116:20 132:16 154:22
**calling** 142:1
**camp** 29:10 54:14 66:3,7,16 67:1
71:8
**campaigns** 114:11,18
**Canada** 47:1
**cancel** 115:16
**candid** 127:24
**candle** 6:15,23 22:22 28:18
113:21
**candles** 44:4
**candor** 140:1
**capital** 62:4
**captured** 20:4 53:12
**car** 37:19
**card** 29:18

care 26:5 46:22 48:7 87:1 105:17 152:22
careful 108:24 109:8 150:4
carefully 5:19 74:19 142:9
cares 58:17
Caridad 2:3 4:2,4,6 5:3,5 45:10 50:12,16 59:23 62:8 75:14 76:20 105:20 106:4 119:8 121:13,19 123:9 134:9,20 140:4,24 141:6,11 142:23 143:5 147:15 148:5,12 169:21 169:25 170:4 172:21,23 173:13
Caridad's 106:23 119:7 122:22 123:6 141:18
Carolina 47:5
Caroline 1:18 105:11
caroline.miller@usdoj.gov 1:21
Carolyn 25:9 54:5,5,9 65:8,17 66:7,9,13,19,21 71:6 118:20 118:22
carpentry 96:21
carried 7:12 12:17 38:7 144:5 155:15,25 156:12 160:25 163:2,4 164:1
carries 19:12
carry 38:6 85:18 142:14,15 144:11 155:11 161:17 162:16 163:11,15
carrying 13:15 83:14 84:2 85:21 143:15
cascading 146:17
case 1:3 5:18 6:6 31:24 41:3 43:13 44:1,25 49:15,20 51:9 52:3 57:8 60:16 63:10,15,18 67:3 72:1,9 75:13 83:6,15 86:3 87:4 93:6 96:16 97:22 98:20 100:16 101:4 102:5 103:23 104:4,5,6,10,19 105:10,14,14 105:18,19,21 106:4,8,25 107:11,12,13 108:18,25 109:8 110:8 111:21 113:1 114:10 116:15 120:2 126:20 132:8,25 133:2 134:4,20 135:5 136:3 146:8,13 147:10 148:15,25 150:5,13,16,20 151:22 153:2 153:23 154:8 156:18 158:2 161:10 162:1 164:12 165:20 167:7,11,19,21,24 168:3,6 171:2,4 172:6,9
cases 59:22 103:24
cassava 18:14
categories 106:9
category 107:18
caught 60:25 115:15
cause 11:21 16:22,23 17:3 20:25 28:22 29:1 137:14
caused 6:22 7:9 8:13 29:13 33:1 56:18 82:13 96:23 97:15 101:21 147:2
causing 19:10 38:20 42:17 57:8 60:19
caution 152:21 167:6 169:3
CECILIA 1:13
Center 24:19,23 26:10 34:10 53:25 65:14 70:7 82:13 115:11 116:2
certain 19:14 32:22 58:25 142:7 157:16 165:25
certainly 77:8 117:6 129:23 137:1 143:12,22 146:1
certainty 166:1
certificate 2:14 8:18
certificates 172:5
certify 174:2
CE-1 8:18
CE-13-A 143:16
CE-5 8:17

chain 151:5
chairman 34:22
chance 47:23 57:11 61:24 69:25 92:10 113:17 115:3 138:13
chances 92:9
change 38:16 167:25
changed 9:1,8 91:18
chaos 137:1
chaotic 131:7
character 13:22 150:7
characteristic 160:5
characterized 109:12
characterizing 133:14
charade 115:1
charge 13:12 80:13 86:18,22 120:10,11 138:23 149:15 155:6 167:1
charged 4:22 12:11 13:1,9 14:2 14:9 44:17 113:1 144:2 149:5 153:24 155:19,20 156:21,25 158:4,6,9,15 160:18 161:13 162:3,5,8,20,23 163:3 164:3,4 164:14 166:25 167:4,5
charges 63:13 140:9 144:7 154:22,25 155:9,13 156:12 160:14 163:25 165:20,25
charging 13:14
Charles 1:8,9,9 6:11,12 8:16,21 9:3,8,12 10:10 15:21 23:9,17 24:5,7,10 29:19 34:6,9,13 35:16,17,22 39:2,3 41:21 46:23 51:23 53:15 61:5,7,10 88:14 95:17 97:25 98:9,12 111:21 113:3,6 114:22,24 115:5,10,15,19,23,25 116:6,10 131:17 143:21
chastises 54:6 65:17
Chea 24:13 53:22 54:5 65:7,18 65:20 71:5 114:23 115:1,2,4 118:18,21 124:17 125:1
check 71:8 94:3
checkpoint 14:24 15:2,8,10,12 15:16,25 16:7,12 17:4 18:3 26:12 29:16 52:18 54:22 55:11 69:4,6,7,11,17 130:10,14,20 135:24 136:2,5 138:19,24 142:12
checkpoints 10:24
chevrons 3:8
Chicago 86:11 88:3
chief 41:20 119:24
child 111:2
chooses 6:12
chopped 21:17
chores 75:2
CHRISTOPHER 1:22
christopher.graveline@usdoj... 1:24
Chuckie 1:8 6:11 9:14 23:8 62:19 64:14 68:20 69:13 73:4 75:9,10,15 77:19,21,21 80:18 80:20 84:16,17,19,20,23,24 86:19,21,22,24 87:8,12,14 91:17 98:17,17,20 122:14 125:2 126:9 127:4,20 129:22 130:4 136:16,17 137:11,17 138:10,15 140:3 141:1
cigarette 6:16,19 18:23 19:2,3 19:16 23:4 28:19 29:5 44:3
circle 7:7 30:16 144:14
circling 25:18
circumferential 133:7
circumstances 42:22 108:8,9 111:9 142:9 151:6 152:25 153:16
circumstantial 151:2,5,8
CITATION 2:21
citizen 8:16

city 10:12 14:17 24:19 29:15 72:5 75:5
civil 8:22 9:4 10:7 39:2 47:20 50:17 88:15 90:3 95:9 97:3
civilian 11:21 21:24 143:2
civilians 33:20 34:1 68:13 86:9
claim 74:6
claims 79:19 114:3
class 9:21 33:22
clean 7:11 21:4 52:24 142:9
cleanse 146:23,25
clear 11:8 30:19 47:20 48:3
clearly 146:12 151:25
clever 115:17,25
client 46:9 48:2 49:12 50:11 51:5 52:7,12 53:9,11 55:18 57:4 63:13 76:21 80:5,24 82:11,15 82:22 85:11 88:5 92:24 96:14 96:23 98:6 101:9 103:6,11,13 103:18
client's 51:16 76:2 80:4 85:9 88:13 90:8
cloaked 8:9
close 4:5 42:13 50:4 65:24 69:7 102:6
closer 66:18
closing 4:10 5:17 44:23 107:20 109:3 110:19 111:4 119:7 120:16 127:14 131:19 137:25 172:19
clothes 21:24 62:7,14
clothing 7:15 8:6 36:4,12 37:1
coal 96:20
cobra 80:3 84:9 126:6,8,8,11,11 126:12
Code 155:22 158:17 160:6,22 162:15
coerce 145:8
coffin 11:18
cognizant 121:1,2
coherent 57:24
coincidence 25:3 61:22
coincidental 163:19
Cole 14:25 15:6 18:8,18 19:18 20:6,17,18,19,24 21:5 53:2 56:21 59:16,21 60:2,3 71:11 71:14 83:13,23 110:16 117:5
colleague 44:12
collect 50:19
College 11:14
color 8:11 27:2,7,12,18 28:14 155:3 158:22 159:9 160:7
combat 46:12
combination 126:7,10
come 6:3 34:1 46:18 56:13 60:11 65:23 68:14 71:13 74:4,12 77:8 82:23 87:20 92:23 94:16 97:1,2 101:23 122:18 123:1,5 123:10 139:6 146:17 170:1 172:7,25
comes 53:15 61:2,23 63:22 80:22 82:21
coming 47:25 73:7 74:19 76:12 86:16 94:17 107:4 130:7 139:23 142:24 172:24
command 144:4
commanded 9:25
commander 12:5 29:25 36:1 125:19 126:1 143:10,11
commanding 11:5 27:16 143:20
commend 172:19
comments 42:23 51:10
commission 33:14 155:7,13 158:13,14 162:12,13 163:1,15 164:14,24
commissioned 85:4
Commissioner 25:7
commit 13:12 106:1 111:5 155:2

155:3 156:1,13,25 158:20 159:16
committed 4:21 6:7,13 153:4,5 155:8 157:3,25 158:10,21 159:7 161:24 162:8,22 164:10 165:6,25 166:4
Committee 55:15
committing 14:2 111:6,9 155:20
common 13:1 43:25 47:7 76:12 76:14,15 90:17 108:16,17,22 108:24 109:1,6 120:7,9 123:7 123:19 131:6 135:2 136:12 138:16 139:13 150:4,25 156:21 157:17 161:13
communicate 168:22
communicating 61:9
community 59:18 96:4
company 77:5
Compari 6:25 7:1,4 12:5,6 24:8 28:12 30:1,3,6,25 77:4 80:2,12 84:10,10,11,19,23 86:7 113:4 126:8 131:12 141:1 145:13
compassionate 66:1
compelled 9:7 10:25
complain 82:14
complained 41:16
complaining 77:8
complains 66:2
complete 10:20 74:10
completely 115:13 126:15 141:21 142:5,17 144:1
complied 7:1 16:4 30:6 125:13 125:21 126:25 127:6,11 128:16 132:9 140:15,18 143:17
component 136:2
comport 138:16
comports 120:9
compound 35:13
comprehend 47:13 107:2,15
compulsion 123:4
computer 93:25 169:22 170:5
computers 41:10 170:3
concede 27:5
conceded 121:5
conception 85:10
concepts 166:9
concern 19:24 101:3 130:21,24 154:6 165:20
concerned 118:22 151:1 158:3 162:2
concerning 138:1 150:2,20,23 151:15 152:5,21 170:12 171:2
concerns 26:23 28:25 47:10
concert 113:3
concession 15:23
conclude 76:8 86:22 90:6 122:6
concluded 9:20
conclusion 51:4 63:1 123:11 138:4 172:10
conclusions 108:21 150:25
condition 40:2 59:6 81:16 82:8 94:13 111:7 117:19
conditions 110:22 153:13
condoned 8:13
conduct 16:24 20:14 28:3 164:20,25 165:1,3 166:16
conference 2:25 3:2,6
confession 145:8
confidence 168:13
configuration 37:2
confine 11:20
confined 30:22 31:10 39:24
confirmed 9:10 12:4
confirming 40:20
confirms 17:19
conflict 10:8
confrontation 24:4

confronted 7:22 23:17 29:20
34:6,13 35:16,17
confused 166:10
confusing 141:11
confusion 137:1
Congotown 24:3 42:1,4
connected 38:25
connection 23:25 76:18 100:4
163:16
conscripted 124:19
consequence 14:6 22:20 158:16
162:14
consequences 19:15 159:17
consider 21:2 22:9 23:21,23,24
23:24 24:1 28:4 32:19 34:16
34:17 38:2 39:17,18 43:16,25
122:10 123:15 135:16 145:18
149:19 150:12 151:9 152:14
152:20,24 153:16 165:13
consideration 5:14 65:12
108:24 133:19 150:4 162:11
167:22
considered 46:10 93:11 140:9
143:11 157:3 167:2,11
considering 55:7 108:20 150:24
159:24 165:14
considers 91:20
consist 160:11
consistent 21:12 22:18 26:14
32:2,20 33:5 37:3,11 40:10
43:9 92:21 101:7,8,8,9 111:10
112:14 113:8,12 115:12 118:3
118:24 121:1 126:15 133:20
133:23 142:17
consistently 20:7 91:17
conspiracies 13:10
conspiracy 12:12,13,18,21,22
12:22 13:3,11,13,14,21,22
14:2,5,6,8,11,12 26:20 27:21
27:22 29:8 33:14 95:17 97:22
97:23,25 98:2 113:1 155:12,16
156:3,6,12,14,24 157:1,5,6,12
157:18,19,25 158:1,4,11,13,16
161:4,16,24,25 162:3,9,12,14
conspirator 12:8 14:1 35:23
157:4,21,22 158:10 161:21
162:9
conspirators 13:25 156:16
157:9
conspirator's 155:5
conspire 155:23 160:23
conspired 8:13 155:1,2,10,21
constituting 160:18
Constitution 49:1
construct 10:18
constructed 11:20
constructing 11:3 99:2,6
construction 11:12,13 84:12
consultation 43:14
contact 25:23 72:15
contacted 56:3 141:19
contacting 25:7 71:24
contacts 82:17
contained 160:15
Conteh 15:1,7 18:8 23:15,18
24:22 26:1 56:21 83:13 113:12
119:15
content 112:5
contents 2:12 111:25
context 131:14
continually 121:21
continuation 33:13
continue 33:20 147:9 172:9
continued 34:2,2 43:2 69:24,25
continuing 31:21
contract 12:19
contradicted 55:8
contrary 90:21 99:8 109:5,6

141:21 161:1
contrast 43:11 73:11 123:14
control 6:9 18:5 27:3 28:20
47:21 51:13,16 78:4,16 84:25
86:20 87:17 99:11 143:7 155:5
158:25 159:13
controlled 142:9 163:13
controlling 151:16
controls 150:17
convenience 168:15
Convention 121:6
CONVENTIONS 3:4
conversation 61:20,24 98:16
converse 72:25
converted 163:7
conveyed 63:13
convict 94:24 157:12
convicted 167:12
convince 58:3
convinced 150:9,11 168:1
convincing 150:7
cook 96:20
cooking 74:25
cooks 11:10
cop 81:25
copies 169:24
cops 95:3,6,18,21
copy 147:25 154:24 169:14
171:15 173:8
corpus 31:18
correct 57:4 121:19 129:15
147:14
correctly 92:1 115:4
corroborate 31:7 87:5 89:25
132:10 142:3
corroborated 49:18 116:24
143:2 146:12
corroborating 26:16 41:1
corroboration 67:8 72:9 112:17
counsel 3:5 6:1 27:5 43:18 105:4
109:11 110:19 113:25 114:19
117:9 120:1 121:9 127:14
132:6 137:25 138:18,21
145:23 147:17,23 165:12
169:6 173:8
counsel's 120:16 134:3
count 4:23 13:10,10,12,13,18,18
14:13 26:23,24 27:4,8,21,22
28:4,13,24,25 33:15 38:3,4,4
44:17 147:21 154:25 155:9,13
158:5,9 162:1,4,5,8,20,23,24
164:4 166:25 168:20
countries 47:7,21 73:16,22,23
73:24,25 74:2 108:13
country 6:4 10:7 23:19 46:16
48:9 49:7 50:25 51:14,16,24
58:15 61:4,5 65:1,13 72:3,6
73:22 80:14,25 91:10 92:4
94:14,19 95:9,21 96:5,13,19
97:12,15,19 98:13,16 101:24
103:23 104:9 105:22 108:3,11
139:7,24
country's 10:7
counts 2:24 14:9,10 26:22 29:9
140:9 147:6 154:22 155:6,18
24:22 26:1 56:21 83:13 113:12
County 10:13 128:4
coup 39:6
couple 4:11
course 27:10 51:10 60:8 67:5
79:10 105:19 109:2 117:19
137:21 139:2 148:17 152:9
153:3 154:9 157:14 158:1
161:25
court 1:1 2:8 3:3,6 4:1,3,8,13,16
4:24 5:1,4,8,10,25 19:19,23
44:20 45:3,7,9 47:23 49:10
50:8 56:13 58:2,13 68:17 69:5

71:13 72:8 73:1,17 104:17,21
104:23,25 105:2,4,9 109:9
122:9 135:8,11 140:8 147:8,12
147:13,18,22 148:1,2,6,7,16
148:18,20 168:10 169:8,12,16
169:19,23 170:2,4,5,6,7 172:1
172:13,24 173:5,11,14 174:6
courthouse 146:14,17
courtroom 1:25 5:5,6,9 6:4 45:2
45:8 46:3 48:25 49:23 55:23
56:22 58:19 76:19 104:20
105:1 120:4 147:11 148:19
168:19 169:1 170:1 171:25
Court's 108:19 145:17 149:14
cover 102:20,21
covered 4:19 11:16 12:10 84:15
102:19 106:9
covering 26:21
co-conspirator 131:11,13,14,16
131:16 158:15 162:13
co-conspirators 113:3,5
co-counsel 147:17
crazy 136:21
created 87:15
credibility 65:23 94:22 101:15
101:23 109:3,10 118:3 135:9
credible 101:17 114:1
creeping 88:17
cried 31:3
cries 18:12
crime 12:13,16 13:15,17 28:1
38:5,6,8 49:21 50:1,2,4,8,9,9
56:10,11 94:25 105:24 121:17
121:18 123:18 140:9 153:4,5
153:11 155:11,15,23 156:1,13
158:18 160:23 161:1,2,3,18,19
162:16,17,18 163:5,15,17,19
164:2,3,14,24 165:4,6,6,8
168:9 118:9,21,25
crimes 4:22 13:18 144:2,5
146:10 149:5 162:23 163:2
criminal 13:19 63:2 131:21,23
131:24 132:8 153:2 156:4
161:5 163:20 164:12
criminally 13:24 165:2
critical 74:18 87:24 111:1
criticize 77:25
cross 55:16,24 56:3 71:4 77:24
132:6
crossed 136:5
crossing 17:16 55:25
cross-examination 58:21 111:4
116:5 119:4 124:13
cruel 6:7 17:2 79:24,25 160:2,3
cruelty 8:14
crusade 91:24
crushed 6:18 19:2
crying 18:18 40:4
cuff 6:20
culture 47:12 107:1
cup 7:17 38:12,17,19
cured 91:11
curry 115:3
custody 6:9 18:5 27:2 28:20
34:10 35:12 155:5 158:25
159:12
custom 97:5
cut 7:3 22:3 30:6 32:15 53:3 58:4
59:9 60:9 71:12 82:5,6 87:9
107:12 134:1,2
cutlass 96:21
cuts 119:19
cutting 7:4 23:1 30:6 31:6
133:22 142:22

daily 66:15 94:14 170:25
damage 19:8
danger 64:20
dangerous 115:6
Daniel 24:13 53:22 54:5 65:7,18
71:5 114:23 115:1,2,4 118:18
118:21 124:17,25
dark 40:12 125:15
date 14:18,21,22 166:2 168:18
174:5
dated 25:13 31:20
dates 165:25 166:4,4 172:4
daughter 59:4,4
David 6:25 12:4,5 24:8 28:12
29:25 77:4 80:2 84:9,10 95:23
95:23 113:4 126:8 131:12
141:1
day 16:10 30:7 33:10 36:11
41:17,18 42:20 53:1 55:21
57:21 74:5 76:5 77:20 83:18
87:4 102:7 106:13,16 125:25
126:17,19 127:19 143:19
146:15 148:16
daylight 55:10,14
days 70:5,6 117:24 122:2 128:5
102:12 110:10 139:21
dead 24:3 42:2 57:10 93:11
102:12 110:10 139:21
deal 72:1 85:14 106:21 121:9
death 7:18 22:11 57:9,13 60:2
65:15 93:7 109:15 111:20
159:3
debriefings 84:6
decapitate 55:14
decapitated 52:18 86:13
December 9:21 78:20 83:12 85:5
86:19
decent 80:10
decide 27:15 45:23 49:5 63:3,14
63:15 90:8,8 101:16 108:18
149:3 151:11 152:22 153:6,8
167:21 170:15
deciding 22:8 46:2 151:17
165:16 167:11
decision 46:8 48:23 149:7
150:23 151:13 168:12
decisions 152:24
deduce 131:15
deductions 108:21 150:24
deeper 10:12,12
defeat 159:3
defend 19:1
defendant 1:11 2:1 4:21 6:6,11
6:18,21 7:2,6,9,14,16,19 8:1,4
8:9,12,15,18,23 9:8,13,17,25
10:2,16 11:1,3 12:4,9 13:2,4,6
13:7,9,23 14:3,7 15:17,18,22
16:3 17:9,11,13 18:6,23 19:1
20:11 21:6 22:14,16,24 23:21
23:8,9 24:8 26:18,25 27:3,12
27:16,25 28:2,5,9,10 29:20,20
29:21,22,24 30:5,11,13 31:9
32:17,22 35:16 36:13,14,17
37:5,6,13,14,15,16,17,18,19
37:22,24 38:10,12 39:9,12
40:6 42:21,21,25 43:4 44:17
50:7 56:18 57:1 93:2 106:8
112:12,21,25 113:2,11,16
114:6 120:5,10,12,19 121:4
122:20 131:24 132:23 139:7
139:25 141:25 143:6,8,12,14
143:18 144:3 145:24 147:2,5
149:5,10,15,16,18,19,21,23
150:9 152:19,22 153:1,3,5,18
153:21,24,25 154:2,3,25 155:2
155:8,9,14,19 156:23 157:9,12
157:13,14 158:3,4,6,7,12
159:5,7,9 160:14,16,20 161:15
162:2,3,5,6,10,19,22 163:2,3

**D**

D 12:8 131:11,12

163:11,14,17 164:1,4,6,8,10
164:12,13,21,22,22,24 165:1,2
165:4,7,9,16,19 166:21,24
167:3,8,8,12 168:21
**defendants** 133:2
**defendant's** 9:1,6,10 14:3 16:13
18:5,10,11,15 20:5,7,20 27:20
28:13,20 30:2,18 31:1 35:1
38:7 42:22 43:3 44:6,7,7,8,8,8
146:1 149:25 150:2 159:12
165:22
**Defender's** 2:3 72:17
**defending** 65:1
**defense** 24:13 27:5 43:18 53:22
58:21 89:5 105:9 107:20
110:19 113:24 120:15 121:11
121:11,12,15,16 122:4 123:14
123:20 124:12,15,16,22 125:7
125:8 126:13 127:14 132:6,10
132:24 134:3,14,22 135:21
138:18 144:7 145:23 147:17
147:22 166:20 173:8,12
**defense's** 44:23 51:3 109:3
131:19 144:21
**deficiencies** 134:4
**defined** 160:19
**definition** 110:6,18
**defunct** 75:20
**degrading** 160:3
**deliberate** 6:7 12:12 43:15,20
135:4 160:2
**deliberations** 148:23 149:2,20
154:12,24 167:16 168:9
170:20,23 171:5,7,12,23 172:8
**delivered** 23:8
**demand** 82:7
**Demon** 9:23
**denied** 4:8 11:8 35:21 39:7
**deny** 11:4 35:3,20
**department** 1:22 17:5 112:14
**depend** 135:18
**depended** 110:23 111:8
**depending** 52:8
**depends** 111:1
**deploy** 10:19
**deployed** 9:18
**deployments** 10:22,23 83:17
**dermis** 19:8,10 29:4
**describe** 11:17 43:18,19 75:15
75:17 116:11 139:15
**described** 10:3,21 11:1 14:25
15:3,18,22 16:6 17:21 19:15
21:18 22:19 23:1 25:18,20
30:15 32:25 34:18 38:14 41:14
42:21,22 57:22 79:4 99:20
124:18,22 126:6 133:10,21
**describes** 20:10,10
**describing** 60:2 76:1
**description** 2:19 47:19 57:14
173:10
**descriptions** 3:1 17:23 39:17,20
**designed** 163:6
**desire** 10:23 168:22
**desired** 163:14
**desperate** 74:20 101:1 144:22
**despite** 46:21 62:20 64:7,11
**destruction** 88:20
**destructive** 47:10
**detail** 116:23 118:25 119:2
134:23 135:19 145:17 152:17
156:1
**details** 12:20,21 19:14,24 21:12
119:1 135:22 137:3 139:16,18
156:11 157:7
**detain** 79:22 98:13,14,14,14
**detained** 15:5,7,19 29:10 48:11
78:15 91:3 152:20
**detention** 15:16 16:25 32:8,12

41:19 114:13,16 145:11
**detentions** 18:3
**determination** 166:23
**determine** 43:21 165:21 167:7
167:13
**developed** 47:7
**deviations** 39:12
**device** 37:7 42:16 93:2 137:17
**devices** 44:6
**diabolical** 80:2 145:18
**Diaz** 148:9 171:10 172:1
**dictate** 123:8
**die** 40:4 42:6,7 64:12 136:23
**died** 110:13
**differ** 152:1
**differed** 134:23
**difference** 88:23 89:4 110:25
136:7
**differences** 40:8 135:23 137:2
**different** 17:8 57:12,15,22 60:11
79:16,16 89:2 93:20 94:20
96:24 98:7 101:24,25 102:1,8
102:9,23 103:2 107:6,8,11
118:25 135:5,6 136:2,14
139:23 152:7 166:9
**differently** 19:14 58:24 60:2
168:2
**difficult** 48:8 102:4 159:22,25
**difficulty** 32:10
**digging** 62:13
**dinner** 91:15
**dire** 101:3 106:6
**direct** 130:18 146:10 151:2,3,8
157:24 161:23
**directed** 164:21 165:7
**direction** 16:13 27:24 42:10
132:23 164:17,18
**directive** 98:13
**directly** 16:18 55:8 59:15 102:22
102:25 151:25
**directs** 27:25
**dirty** 18:10 39:19 82:5
**disagreed** 27:7
**disappears** 98:18
**disbelieve** 151:14
**discard** 123:16
**discipline** 86:3
**disciplined** 84:23 99:15,15
**disclosed** 31:14
**discourse** 84:16
**discovery** 29:18
**discrepancy** 52:10 137:14
**discuss** 44:24 104:19 147:10
167:19 172:6,9
**discussed** 157:17
**discussing** 167:24
**discussions** 149:2 168:13
**disease** 46:13 48:7 93:6,11
**disfigured** 104:10
**disgruntled** 144:22
**disgusting** 118:1
**disinterested** 124:17
**dispatched** 34:13
**displayed** 52:18 130:20
**dispose** 106:4
**disprove** 151:6
**dispute** 151:6,15
**disqualify** 132:1
**disregard** 149:14 150:21
**distance** 9:2 35:2,25 69:4 153:14
**distinction** 151:7
**distinguish** 133:21
**distinguishing** 160:5
**distress** 40:3 159:23
**District** 1:1,1,14 49:10
**disturbing** 105:15
**diverse** 12:2
**division** 1:2 169:5

**divisive** 47:10,20
**divvy** 95:20
**DNA** 50:3 133:1 165:18
**doctor** 32:7 40:22 70:3
**doctors** 26:14
**document** 14:21 112:6
**documentation** 11:25 43:8
**documented** 14:21 18:2 19:4,12
22:15,25 23:3 25:12 33:1,11
36:23 40:24
**documents** 32:11 50:19 100:18
**Doe** 51:13 124:20
**doing** 47:4 61:11 63:19 95:18
98:6,7 100:11 124:14,19
160:21
**Dokule** 21:17
**Dolo** 86:17,18,23
**door** 92:22 126:22 127:3
**doubt** 24:21 43:22,24,24 44:15
45:25 48:2 49:13 63:4,12,16
73:9 74:11 87:25 88:5 89:14
90:5,7 101:20 108:23,23 149:4
149:22 150:1,2,3,3,6,10
153:23 156:19 158:9 159:7
160:17 161:11 162:7,21 164:8
165:9,23 166:3
**Doyle** 12:1 125:16,23
**Dr** 19:5,7 22:25 23:2,3 24:25
25:23,24 26:3,15 32:19,22
33:7 37:2,9,10 40:17 43:8 70:2
70:3,9 71:7 82:7 101:6 122:14
133:6,13,16 140:11,12 169:9
**drafted** 138:23
**dragged** 30:24 57:16,17,19
85:25 86:1 117:15,16,18
**dragging** 16:4,5 33:23 87:10
**draw** 138:4 154:1
**drawing** 100:22
**dreadful** 146:24
**dreams** 65:25
**drink** 67:12
**dripped** 26:2 28:8
**drive** 23:13
**driven** 110:9
**driver** 7:10 11:9 30:21 84:17
**drop** 7:18 38:18 47:8 67:11
82:24
**dropping** 18:16
**drove** 11:1 37:18
**drums** 136:1,5
**dry** 11:15,19 94:10
**due** 51:9 131:23 132:8
**dug** 11:23
**Dujin** 85:15 144:9,13
**Dulleh** 7:15 34:16,17,18 35:7,11
35:15,19,21,21,24 36:16,17,20
37:5,13,15,25 38:9,12,14,17
38:19,22 39:1,5,6,12 40:11,22
41:1,1,3 46:11 51:19 67:8,17
76:22 87:20 88:7,22 89:1,10
90:13,15,17,19,20 91:16,16,17
91:21,25 92:2,2,7,9,15,19,20
93:5 103:1,5,9,18 107:23
115:14 119:22,25 132:19
133:15 137:4,10,15,24 138:7
138:11 140:6 144:20
**Dulleh's** 7:16,19,21 36:14,22
37:10 39:11 40:2,10,21 43:12
88:14,23 93:16 138:2 145:23
**Dumbuya** 21:16,17
**duration** 159:24
**duties** 9:16 27:10 142:10,11
160:10
**duty** 73:19 148:24 149:3 167:19
**DVD** 169:21 171:16,17 172:17
**DVD's** 170:2
**dying** 24:3 42:2 110:10
**D.C** 1:23

---

## E

**E** 174:1,1
**eager** 79:9
**earlier** 51:14 117:4 150:12
153:15 171:15
**early** 10:6 44:21,22 81:11 117:23
141:25
**ears** 107:15
**earth** 63:25
**easier** 67:16 173:5
**easily** 69:5 82:19 131:15
**easy** 33:6 105:14 107:15 114:12
**eat** 94:12
**economic** 108:9
**economically** 108:11
**Edmond** 34:8 40:2 46:23 115:19
116:9 133:5
**education** 48:7 88:11
**effectively** 87:1 89:10
**effects** 8:1
**effectuate** 114:2
**effort** 9:2 17:3 38:25 39:6,8
70:18,23,25 71:3,4,5,7,8,11
101:1 107:10 110:25,25 137:4
156:13 157:4 164:19 167:20
**efforts** 18:19 32:11 114:10 136:7
**eight** 154:22
**either** 8:12 17:6 47:7 56:22
132:17 138:16 149:9 151:8
163:12 164:9 165:7 168:25
**elapsed** 153:19
**elbows** 25:18 133:7
**elected** 8:21 51:24
**election** 88:17
**electric** 7:19 103:20 137:11,17
137:22
**electrical** 36:10 37:7 42:16 44:6
**electrically** 7:24
**electricity** 37:11 42:9 93:3
146:25
**electrocuted** 92:24
**elects** 149:19
**element** 4:21
**elements** 4:20 28:24
**elicited** 122:12
**elite** 64:19 80:16 99:8
**Ellen** 83:2
**email** 1:20 2:5,10 173:3 174:8
**embassy** 25:6 92:6
**Emmanuel** 1:9 6:11 8:16,19
47:18 48:16 80:8,11,14
**Emmanuel's** 84:11
**emphasize** 154:18
**employee** 71:6 160:16 164:20
**enclosing** 18:25
**encounter** 41:20 136:17
**encountered** 25:5,21 42:21
119:22
**encountering** 119:18
**ended** 4:15 127:23
**endless** 48:8
**endorse** 133:18
**endure** 144:18 159:22,25
**endured** 42:20
**enemy** 85:17
**energy** 79:20,22
**enforcement** 159:2
**engage** 30:12
**engaged** 28:2 165:1
**engaging** 35:19 138:11
**enjoying** 108:2
**enjoys** 80:24
**enlist** 142:2
**enraged** 113:10
**entered** 5:6 156:9
**entire** 23:13
**entirely** 118:3 121:1 157:2

entirety 44:1
entitled 154:18
environment 48:1 74:20 107:5
equals 126:12
equated 139:25
equipment 171:18 172:18
escalating 10:5
escape 10:13 18:19,21,23 19:16
  21:8,13,18 22:4,4,7,13,20 53:4
  53:8 59:2,19 61:14 62:18
  64:23 83:21 109:18 114:2,4
  117:11 118:10,16,17 136:15
  136:21
escaped 52:25 60:23 61:1,3,6,8
  61:11,15,18 63:22 64:18,22
  86:12 110:18 117:12,17
  118:15
escapees 61:16 119:8,11,13
escapes 59:13,14,15,22,24
  83:13 109:15 116:14 117:20
  118:8
especially 19:25 23:6 81:16
  109:13 110:21 111:19 118:5
  171:1
essence 12:22 156:14
essential 160:18
essentially 12:14
establish 136:7 156:6 157:18
  165:7
established 160:19
establishes 26:20,21 27:6 43:21
establishing 121:18
EU 95:23
European 41:11
evaluate 38:3 88:1 94:22
evening 171:24
event 14:20 19:25 24:16 89:10
  139:9 157:2,15 164:9 171:17
  172:6
events 10:1 17:17 20:1 25:3
  47:19 124:7,8 130:17 131:7
  139:14,15 144:3,25 153:20
eventually 29:15 40:13 51:23
  54:9 65:17
everybody 54:17 58:11 59:21
evidence 2:18 4:5 5:13,18,21 6:3
  6:5,10,14,18,24 7:13 8:8,25
  9:3 10:4 11:7 14:16 20:24
  21:11 24:20 26:13,16,19,22
  27:5,17 29:1,8 30:4,10 31:25
  33:9,13,21,25 38:8 41:8 43:16
  43:16,18,18,21 44:1,2,3,14,16
  45:23 47:9 49:15,16,22 50:3
  50:13,15,20,23 51:4,8 56:1,2,4
  63:4,6,12,16 67:7 72:10,11,12
  76:8 85:3 87:12 90:24 96:13
  98:9,12 100:24 101:2,5 104:2
  105:15,17 108:21,25 111:11
  111:21 113:2,9,10 116:6,7,11
  116:14 122:23,25 131:15
  133:2,12 134:9,11,18,19 138:1
  138:1,4 139:5,8 141:21 143:25
  144:10 145:7 146:7 149:8,16
  149:18 150:5,12,13,15,17,24
  151:1,3,5,8,10,11 152:2,4,5,18
  152:21,25 153:22 154:15,15
  156:18 161:10 164:13 165:16
  165:16,21,22 166:22 167:2,7
  167:22 168:6 171:13 172:15
exact 80:3 83:12 112:10 143:1
  166:1
exactly 47:4 65:19 91:22 124:10
  136:10
exaggerate 137:16
exaggeration 58:17 59:17 92:22
  137:19
examination 82:4 122:10 130:19
examine 74:18 132:7

examined 125:18 133:18
examiner 19:4 22:17 43:13
examiner's 19:13
examining 153:22
example 21:7 28:6 153:17
  166:15
examples 102:8
exception 11:9 171:20
exclude 150:2
excluded 32:21
exculpate 35:3
exculpating 121:3
excuse 126:18 133:3
excused 148:14 171:7,22 172:12
excusing 148:9
execute 84:19 113:17
execution 20:8 21:10
Executive 87:9,16
exercising 17:1
exhibit 8:17 19:5 22:15,25 23:3
  23:21
exhibits 2:16,17 19:5 22:16 33:2
  33:2,3,11 36:9,23 111:22
  112:1 150:14 169:21,23
  171:13 173:1,7
exist 58:20 78:19,23 106:21
existed 81:7
existence 158:10 162:9
exotic 106:25
expect 49:22,23,24 50:2,3,5,6,9
  50:14,16,18,20 77:1 80:7
  85:17
expected 33:19 89:9 93:22
expediter 41:11
expel 163:7
expensive 81:10
experience 75:4 77:1 118:10,16
  170:11
experienced 49:24 133:11
experiences 76:17 101:25
  132:20
expert 70:13 169:8
explain 60:17,18 66:6 95:21
  124:7 149:11 154:21 155:17
  156:1 167:17
explained 66:9 125:10 131:2
  137:6
explaining 85:12 100:10
explains 95:19 116:3
explanation 61:9 91:5 95:12
  129:21 137:9 139:12 145:2
explicit 21:6 30:1
explicitly 6:24
explored 134:13
explosive 163:8
exposed 139:14
exposing 123:6
express 101:25 116:4
expressed 170:13
extend 11:19
extent 131:8 144:3
extraordinary 17:3
extreme 6:7 159:21,24 160:1
extremely 110:3 114:6 120:13
extremes 8:14
extremities 32:9
ex-NPL 10:16
eye 115:3
eyes 57:17 83:16 84:11 87:1
eyewitness 56:17 96:14
eyewitnesses 49:23

———————— F ————————
F 174:1
fabricate 55:7 67:15
fabrication 58:17 62:5 63:24
  123:16

face 42:13 76:2
faces 54:3
facilitated 163:19
fact 6:6 16:9 17:23,24 24:22
  25:25 27:12 46:21 55:8 62:20
  64:8,11,15 105:23 111:7 113:6
  122:12 124:24 131:24 135:19
  139:9 144:1 151:4,6 152:5,16
  154:3 157:15 167:3
factions 39:3 51:15 129:7
facts 19:24 21:22 106:21 109:8
  110:8 138:17 139:12 149:4
  150:23 151:5 159:6 160:18
  162:21 165:14 168:5
fail 166:11
failed 19:22 22:4 81:1 142:3,4
  152:7
failing 15:22
fails 149:22
failures 134:20
fair 50:11 68:24 106:7 139:11
fairer 63:9
fairly 101:4 117:23,24 132:4
faith 136:6
fall 111:15,17
fallen 21:20
falls 106:9
false 139:24
falsehood 135:17 152:15
falsely 154:4
familiar 79:5
family 8:24 29:14 31:24 45:19
  47:16 49:19 54:17 56:14 68:11
  68:15,22 70:17,19 71:12 87:23
  112:15 132:11
famous 61:16
fantastic 116:13
fantasy 65:11
far 63:3,17 65:23,23 69:5
farm 62:7 96:20 128:3,5
farming 75:1
fashion 17:12
fat 19:9 29:4
fate 90:8 116:15
fates 21:7
father 9:2 51:16 80:5,9,16 88:13
  99:8 112:22,24 113:6 114:6
father's 10:16
fatigued 81:22
fault 51:3 140:24
favor 115:3
favorable 154:1
Fax 1:20 2:5,10 174:7
FBI 104:1 134:11
Federal 2:3 49:10 105:24 155:23
  158:18 160:23 162:16
feed 26:6
feel 59:12 73:14
feet 16:16 22:22 28:18
feigned 120:22
fell 43:2
fellow 13:25 31:2,12
felt 42:5,17 82:1
fetid 40:12
fiancé 15:1 16:2,11
field 71:17 170:11
fight 23:18 29:22 61:3 127:20
fighter 142:22
fighters 10:17
fighting 47:21 51:15,21,23 64:20
  88:12 124:1 128:12 136:22
figure 63:6,7,10,11
file 43:14
fill 168:18
filled 11:16 39:16 46:19 114:16
fills 96:9
filth 146:23
filthy 39:25 114:15 118:2

final 23:12 44:13 101:1
finally 61:18 66:17 88:9 93:5,19
  107:7 147:1
find 4:19 14:7,8,11,12 47:18 48:2
  49:12 50:14 53:7 56:2,3,7,8
  57:7 68:5 71:11,20 72:4,11,12
  72:21,21,21 74:15 81:1 89:6
  89:13 90:11 96:14 146:16
  147:5 149:4,23 153:25 158:6,8
  160:17 162:5,7 165:8,19 167:3
  168:21
finding 32:19
fine 67:20 75:12 172:19
finger 96:6
fingered 122:20
fingerprints 165:18
finished 78:20 148:7 149:1
fire 20:10,12 107:12
firearm 13:15,16 38:5,6 155:15
  161:2,3,17,18 162:16,18 163:3
  163:4,4,6,9,9,11,12,13,15,17
  163:18,21,22,23 164:1,2
firearms 13:14 14:11,13 28:16
  155:11
first 4:21 7:1 8:23 9:21 13:11
  18:18,22 19:16 31:23 33:10
  34:10 35:12 42:1 51:11 55:10
  57:25 60:12 64:23 70:3,6
  71:10 77:14 78:1 93:7 102:12
  105:6 108:2 119:12 120:22
  124:12,20 128:13 130:20,24
  153:6 155:18 156:19 158:3,9
  159:7 161:11 162:2,7,22 168:7
  170:23
fishing 47:3
fishy 60:15
fits 144:6
five 41:10 46:17 76:21 77:8,9
  86:15 89:9 100:13 119:20
  120:7,12 146:4 147:9
FL 1:19 2:4,9 174:7
Flagler 2:4
flames 31:4
flaming 6:23
fled 10:7 14:23 47:2 70:4 128:12
flee 29:13 131:9
flesh 7:15 36:18 44:4,5
flexed 25:17
floor 109:22
Florida 1:1,6 8:25 49:21 50:11
  50:12
flown 94:11
flush 146:23
focus 31:16 33:18 91:18 112:2,7
  135:21
Foday 15:1,7 18:8 23:15 24:21
  25:25 113:12 119:15
follow 67:8 99:25 134:10 148:25
  149:11,12 169:7 170:6
followed 81:12,14 132:9
following 18:17 21:15 24:2
  31:22 33:17 159:6 162:21
foolish 55:13
football 30:12
force 16:21 51:14 59:7
forced 7:6,23 10:13 15:13 30:12
  39:5,14 40:20 42:12 69:20
  83:14 84:3 85:24 94:9 111:5
  122:18 124:18 137:5,7
forces 9:23 10:9 14:17 15:4
  27:18 29:18 51:25
forcing 7:1,16 18:14 30:3 146:2
foregoing 174:2
forehead 38:11 62:22
foreign 101:24 103:25 106:25
  139:23
foreperson 168:8,8,11,18
  170:19,24

**foreseeable** 14:6 158:16 162:14
**forget** 19:20 65:18 135:14 152:12
**forgive** 16:19 65:20
**forgiveness** 54:7
**forgotten** 83:5
**forks** 21:17
**form** 9:15 96:9 147:13 148:4 168:14,16,16,18,20 169:16 172:14 173:2
**formal** 12:19 39:2 149:15 156:9
**former** 11:22 72:2
**forming** 41:12
**forms** 12:16 111:22 160:3 171:22 172:4
**forthcoming** 121:7
**forthrightly** 130:22
**fortunate** 25:3
**fortune** 31:14
**forward** 16:10 20:15 56:13
**fought** 39:3 80:2,4,5 85:17 88:15 90:20 91:8
**found** 14:4 21:20 24:9 50:23,24 50:24 68:8 70:24 72:19 89:7 133:23 158:4 159:5 160:14 162:2,19
**foundation** 140:7
**founded** 31:15
**fountain** 16:16
**four** 9:12 41:10 52:9,13 55:13 57:6,18 59:4 70:6 89:9 93:25 138:20,21
**fourth** 159:13
**frame** 163:8
**frankly** 107:1
**free** 15:17 134:16 142:10
**freely** 128:2
**Freeport** 35:8
**Freetown** 21:14 61:21 62:1,2,4,5
**fresh** 7:21 25:16 39:11 40:14 170:20
**friend** 47:3 59:6 90:20 112:15
**friendly** 113:5
**friends** 45:20 49:18 68:11,15 70:17,19 85:11 90:17 132:11 132:12,17,19
**front** 8:2 15:25 20:17 21:4 57:2 57:17 58:10 62:22 65:8 67:6 99:5 115:24 146:5
**full** 37:20 43:11 68:13 157:7 167:21
**fully** 11:19 12:17 121:7 123:15
**function** 154:7 163:20
**functioning** 9:19
**funny** 62:16
**further** 7:9 31:8,20 65:22 66:1 88:11 116:12 123:6 126:22 129:4,5 143:24 156:1
**furtherance** 12:21 13:17 38:5 156:11 157:1 158:1,11 161:3 161:19,25 162:10,18 163:5,21 164:2
**furthered** 163:23
**Furthermore** 114:21 119:24
**furthers** 14:1
**future** 83:3

**G**

**Gabriel** 148:9
**gag** 36:2
**gain** 166:14
**Gambian** 12:5 84:9,10
**games** 83:14 84:4
**garage** 8:2 34:3 36:10,13,21 39:10 42:8,8,8,9,14 132:21 146:25
**gather** 50:2 104:2 171:11 172:15

**Gayetay** 72:19,20 73:3 121:25
**gazebo-like** 35:14
**Gbalatuah** 116:17 118:13 126:18 135:25 141:13
**Gbarnga** 10:22 16:18 17:8 18:3 31:23 52:19,21 56:23 72:18 73:4 112:14 121:25 124:2
**Gbatalah** 9:18 10:17,22 11:2,4,7 12:4,9 17:15,16 20:5 21:23 22:7,12 23:14 28:8 29:23 30:24 31:6,8,23 32:4 33:10,17 33:19,21 37:18 39:21 52:22 70:12 80:4 81:9,11,12 110:22 112:4,7,8,11 113:8 117:20,24 119:15 126:9,18 132:14 136:24 140:20 142:5,19 146:24
**gbilie** 30:15 32:25 132:16,18 144:14,18
**gee** 138:12
**general** 13:4 28:11 35:25 36:7 40:6 43:4,5 143:20 157:9
**generate** 37:12
**generator** 36:6
**Geneva** 121:6
**genitals** 22:23 28:18 37:8
**gentlemen** 5:11,12 6:2,6,10,14 7:13 8:8 10:4 11:6 12:6,12 14:15 16:9,21 18:1,24 19:19 20:14,21 21:11 22:9 23:21 24:6,20 25:15 26:13,15,19 27:11 28:21 30:10 31:13 32:1 32:18,25 33:12,18 34:4,15,17 34:25 35:6 36:3,9,13,22,25 37:4,22 38:3,9,23 39:8,18 40:9 40:19 41:8,25 42:3,19 43:7,10 43:15,23 44:10,20 45:10 47:17 49:4,20 50:21 52:10 55:1,20 56:16 57:20 59:3,11 62:9 63:2 64:15 65:12,22 67:2 76:23 82:23 83:5 89:5 93:18 94:18 96:11,18 98:19 101:1,16,22 103:21 104:17 105:5,19 106:19 107:9,22 108:17 109:16 110:24 111:8 112:10 112:19 114:4,21 115:12 116:3 116:12,23 117:12 119:12,17 120:6,12,21 121:18 122:8,14 123:11 124:6,15 125:9 126:5 127:18 128:24 129:20 130:9 130:15,25 131:5,22 132:12 133:1 134:5 135:1,20 136:1,25 137:8,13 138:25 139:22 141:3 141:10,22 142:16 143:7,24 144:17 145:5,16 146:4,14,23 147:8 148:20 168:15 170:8,16
**getting** 47:24 65:24 92:9 95:7,7 122:21 171:18
**girlfriend** 54:19,20 68:25
**give** 5:22 40:10 44:12 48:23,24 72:13,14,24 74:11 84:20 89:16 89:16,18,19,20 91:2 101:2 102:8 104:11 123:2 136:14 151:7 152:23 154:14 168:1 169:19 170:7,25 171:21 172:3
**given** 75:12 84:19 90:23 91:4 103:7,22 105:10 109:8 142:10 154:23 170:16 171:8
**gives** 64:24
**giving** 17:18 20:12 61:10
**Glock** 37:23
**gloss** 55:4
**go** 5:3,4 58:10,11 63:3,17 65:25 69:21 71:19 72:1,20,21,21 82:13 83:3,17 89:5 109:24,25 113:14 135:3 136:23 146:6 149:1 168:7 170:17 171:18
**God** 96:25

**God's** 35:24
**goes** 54:5 82:22 94:3
**going** 12:13 16:25 17:18 41:11 42:6 44:20 49:8 53:6 58:1,14 61:20,25 62:11,12 64:7 66:19 69:24,25 73:9 75:7 82:2,18 86:17 87:10 88:19 89:21 90:10 94:18,19 95:11 96:9 100:21 104:7 105:23 108:5,15 109:23 110:3 111:23 113:17,18,22 115:6,8 117:15 118:2 134:8 138:15 140:21 141:20 142:24
**good** 4:1,2 5:11 24:15 31:14 47:23 62:6 74:7 87:23 93:17 116:13 121:7,9 123:19 135:6 138:13 151:22 166:20 171:24 173:14
**gotten** 90:18 140:20
**governed** 51:13
**governing** 155:17
**government** 1:17 5:24 10:8,10 12:18,24 26:24 28:15 45:13,17 45:24 48:19 50:14 52:3 56:6 56:10,25 57:5,11 66:6 71:19 71:24 72:13,15,19 73:10,11,12 74:16,21 75:7,24 76:10 78:7 79:10 80:11 81:8 83:7,17 86:2 86:4 89:12,21 90:24 91:5 92:5 99:4 102:13 104:12 105:9 111:21 124:19 134:6 138:22 142:1,25 143:6 149:3,10,21 152:18 153:2 154:2 156:7,16 164:6,7 165:12,14 166:1,3 169:8 172:13
**governmental** 27:13 160:17,21
**Government's** 44:13 45:21 78:10,19 96:16 101:3 111:25 120:2 134:4 146:8 149:24 150:1
**grabbed** 60:4
**graduated** 9:21 78:21
**graduation** 86:18,19
**Grand** 56:19,21
**graphic** 105:17
**grass** 87:9
**grateful** 107:15
**gratuitous** 139:24
**gratuitously** 123:5
**grave** 11:18
**Graveline** 1:22 4:11,14,20,25 105:12 147:24 169:24 173:6
**gray** 67:12
**grazed** 94:11
**great** 104:8 136:9 152:21
**greater** 154:18
**grew** 8:23 85:9 99:10
**grief** 40:3
**ground** 8:3 11:15 17:20 43:2,2 52:5,23
**grounds** 57:19 87:9
**group** 15:19,24 47:21 51:11,20 56:18 57:1 90:21 112:2 117:7
**groups** 51:17,21 79:16 92:7
**gruesome** 105:15
**guarded** 15:16
**guarding** 42:11
**guards** 118:4 136:22
**guerilla** 31:6
**guerrilla** 142:22
**guess** 83:1 100:18
**Guidance** 34:23
**guilt** 140:7 149:16,25 150:3 164:12 165:22
**guilty** 14:4,8,9,11,12 28:5 44:17 47:18 48:2 49:12 51:5 63:13 74:15 96:14 104:15 147:5 149:5,22,23 150:10 153:25 158:4,6 159:5 160:14 162:3,5

162:19 165:17,20 167:3,3,8,8 167:15,15 168:21,21
**Guinea** 47:4 96:8 138:9
**gun** 7:16 20:8,9,11 37:25 38:4,7 38:10 44:2 88:12 103:14
**gunfire** 124:1,9 131:4,6
**guns** 6:16 11:1 15:16 16:15 17:5 18:11 28:8 29:3 37:17,19,20 44:8
**gunshots** 31:4 54:22 69:12
**guy** 35:4,5 36:15 54:12 59:25 61:19 70:13 80:8 84:24 87:10 91:20 92:13 95:10 99:23 100:1 100:3,4,7,19 120:18
**guys** 21:14 58:7 60:22,23 61:11 61:12,20,25 62:1,3,6 96:1
**guy's** 54:12
**gym** 110:24
**G-2** 70:23
**G.G** 70:23 72:21 73:2 77:22 123:22 124:12 126:1 127:24

**H**

**habeas** 31:18
**habit** 172:24
**hair** 95:20
**half** 29:17 141:24
**halfway** 120:25
**hallmark** 140:2
**hallucinations** 65:25
**hallway** 127:1,3
**hand** 18:24 58:5 76:11 88:24 99:1,21 134:16
**handcuffs** 167:8
**handed** 169:15
**Handing** 148:6
**hands** 7:17 32:13 35:24,24 38:13 38:13,16,17 40:6 52:25 77:2 97:9 100:5 114:2,3 146:2 147:1
**hang** 92:10
**hangs** 87:14
**happen** 20:8 50:12 57:10 59:11 59:12 60:6,7 62:23 63:5 64:2 73:5 94:15 97:11 98:15 109:15
**happened** 26:24 27:3 28:25 32:3 32:16 40:11 47:14,19 50:12,15 51:7 54:8 55:21 56:1,7 57:14 58:4,12,13 62:25 63:2,10,11 63:17,17 64:22 66:10,17 67:13 67:22,25 68:4,16,19 70:8,9,10 71:21 74:17,23,24 75:3,4 77:15,16,17 79:4,14 80:8,11 84:22 87:11,21 88:10,25 89:1 89:1,2,2 90:13 91:16,22 92:2 93:1,24 95:4 98:2,3,8 99:18 102:10 103:17 104:6 105:22 106:5 113:12 121:2,23 136:15 136:20 140:1 144:25
**happening** 66:7 98:10 129:22
**happens** 58:11 95:8 97:10 103:25 106:14 110:6,14 157:20
**harassed** 74:7,12
**hard** 63:15 64:4 75:23 80:10 89:14,21 169:24
**harder** 104:12
**harm** 48:21 71:23,24
**harmed** 45:25 76:7 104:8
**harmonized** 136:4
**harmonizes** 137:9
**Hassan** 34:5 40:1
**hastily** 168:12
**hat** 47:9 82:24
**havoc** 60:19
**head** 6:21 7:1,16 15:25 17:12 20:17,17 21:4 22:14,17 30:4

37:25 38:20 39:2 52:13 53:3
53:10,13 60:4,5,9 62:20 71:12
77:5 80:1 86:24,24 94:23
102:17,19 103:16 145:14,15
**headed** 51:18,20 124:16
**headquarters** 118:14
**heads** 16:6 23:20 24:11 52:17
58:4 130:20
**healed** 33:7
**health** 32:10 48:7
**healthy** 129:24 130:16
**hear** 5:19 45:15,15 54:22 60:13
60:21 70:1 71:21 74:23 83:21
83:22,23 104:5 105:23 107:19
108:18,20,22 109:7 110:17,17
140:8
**heard** 9:17 10:11 11:22,23 15:6
16:9 18:12,18 24:1,12,24 26:6
26:8 29:12,16 31:4,13 33:22
34:4,8,12,15 39:13,14,20,23
40:1,4,19,21,23 41:9 44:14
45:16,16,17 47:6,22 48:4
49:16,17 51:12,17,19,25 52:4
61:15,19,24 69:12 70:19 78:10
79:25 81:5 83:15 84:7 87:21
92:5 93:5 99:18 106:23 107:1
107:4,5,8 119:4,6 124:1,12
126:3 128:3,10 129:22,23
130:2 131:3,15 141:23 146:7
165:11
**hearing** 21:13 53:5
**hears** 92:5
**heart** 20:22
**heat** 37:11
**heavily** 77:10
**heavy** 7:7 30:16 149:24
**Heck-Miller** 1:18 44:12 104:24
105:3,11 125:14,22 127:1,7,12
128:17 140:16,19 143:18
**heinous** 20:1
**held** 34:21 139:21 157:22 161:21
165:2
**helicopter** 92:16 94:12
**help** 5:20 25:22 26:5,6 59:6
66:14 72:16 95:24 107:16
**helped** 163:23
**helpful** 170:10 173:11
**helping** 54:10 55:16 92:25
**Henry** 29:17 73:1 123:22 125:7,7
128:3,19 129:3 141:23
**hesitate** 114:14 167:24
**hesitation** 150:8
**hide** 100:11
**high** 25:7 58:5 80:13 96:6 115:21
**hill** 35:25
**hindsight** 109:17 111:13
**history** 8:14 47:11 48:9 88:7
146:19
**Hitting** 16:24
**HIV** 93:6,11 138:2,7,8,14
**hold** 7:17 60:8 146:2
**holding** 25:16
**holds** 28:1 164:24
**hole** 34:7,14 39:16,25 40:3,12
61:23 86:8 92:10,12,20 109:22
109:23,24 110:1,3 111:15,17
114:15 117:16
**holes** 52:23 75:22 84:15 132:15
**home** 35:7,11,25 36:7 37:20
41:15 82:25 87:23 89:3,3,4
108:6
**homes** 41:10
**homosexual** 93:12
**homosexuality** 138:2
**homosexuals** 93:15
**honest** 168:1
**Honor** 4:1,6,11,25 5:7,25 104:24
105:3 147:19,25 148:5,11,12

148:13 169:10 173:6,13
**hope** 65:18 117:13 144:17
**hopefully** 145:10
**horrible** 47:20,24 50:17 77:1,3
86:1
**horrific** 60:10 102:15,16 139:10
139:14 144:13
**horrified** 45:14
**horror** 88:21
**hospital** 25:21 32:2,5 33:8 82:9
**hot** 7:14,17,23 8:6 36:4,12,18
38:16 40:7 44:4 97:16 103:10
**hotel** 73:8,12
**hour** 45:3 122:2 170:16
**hours** 52:21 53:8,9 59:19 62:10
62:11 74:5 77:20 83:10,18
87:4 98:22
**house** 35:10 69:8,8 89:8,25
91:15 92:22 93:23 94:2 99:24
100:2 102:23 103:5 137:6
**household** 133:7
**huge** 77:2 81:15 87:7
**human** 20:22 48:14 50:3 52:11
52:15 57:13 60:13 68:14 71:16
71:20 81:16 92:6 96:12 130:19
135:3 147:1 166:15
**hundreds** 120:4,11
**hung** 118:14
**hunt** 64:21 89:6
**hurt** 40:7 70:15
**hurts** 107:12
**huts** 17:25
**hygiene** 25:16 26:5
**Hyma** 19:5,5,6,6,7 22:16,25,25
23:2,3,3 26:15 32:19,22 33:2,2
33:2,4,6,7,11 36:23 37:1,2,9
37:10 40:17 43:8 82:7 101:6
133:13,16 140:11 169:9
**Hyma's** 22:15

**I**

**ICE** 134:12
**idea** 24:15 106:12 117:11 143:24
**identification** 2:18 3:7 153:9,17
153:19,20
**identified** 12:8 35:22 41:5
142:21
**identifies** 153:5
**identify** 3:5 62:3
**identities** 157:8
**identity** 153:3,23
**ignorance** 120:22
**ignore** 90:14
**II** 6:12 13:11,13,18 143:21 155:9
155:18 162:4
**III** 1:10 14:9 26:23 27:4 28:13
155:6 158:2,7,15
**ill-fed** 52:24
**ill-will** 48:21
**imagine** 57:20 60:10 73:10,24
76:1 86:4
**immaterial** 166:22
**immediate** 163:14
**immediately** 49:25 53:17 69:13
104:2,3
**immeshed** 114:17
**Immigration** 71:2 116:17,18
131:25
**immunity** 72:14 89:16,19
**impartial** 108:24 146:12 150:4
**impending** 88:21
**important** 57:12 89:4 90:9,11
92:6 93:17 113:24 123:24
135:19 139:16,18 157:8
151:12 152:5,16 163:20 171:1
**imposed** 159:1
**impossible** 63:8 69:10 79:18

111:10
**impress** 151:19
**impression** 154:19
**imprisoned** 24:22 140:22,25
**improbabilities** 111:13 117:10
**improbability** 109:12 114:19
**improbable** 109:14,18 110:4,5
110:11,13,20 111:16,19
114:24
**improve** 88:11 108:8
**improvident** 138:22
**inaccurately** 19:21 135:15
152:13
**incapacitate** 97:10
**incentive** 74:4 104:8
**incident** 56:5 60:10,12 65:21
100:3 102:10 112:23 120:24
**incidental** 158:24
**incidents** 114:9 133:20
**include** 26:17 28:10,15 29:2
159:1,3
**included** 11:13 140:11
**includes** 29:6 138:23 150:13
163:8
**including** 11:24 14:25 15:19
22:22 28:18 32:10 34:3 56:19
113:3 125:9 152:25 153:17
159:2
**incomprehensible** 106:25
**inconsistencies** 58:19 134:22
145:12
**inconsistent** 21:12 91:16 126:1
**incorrect** 57:5
**increases** 97:19
**increasing** 30:9
**incredible** 111:6,14,16
**independent** 50:7,18 68:15,15
70:2 104:3 112:16,16 140:11
154:14
**INDEX** 2:16,21,25
**indicated** 3:7 5:12 32:20 171:15
**Indictment** 10:1 12:7,10,11 13:2
13:10,14 35:23 38:3 43:22
44:18 50:10 56:16,24,25 57:7
131:11,12,13 146:11 147:20
149:6,15 154:22,24 156:8,12
156:22 158:5 160:15 161:14
162:4,20,25 163:25 165:24
166:6 167:1,9 169:14,17
171:16
**individual** 141:2
**individuals** 56:19 111:20 113:17
116:5 119:6 120:7 139:5
146:10
**industry-standard** 3:7
**inescapable** 16:8
**inevitably** 6:5
**infection** 32:11 82:6 138:2
**inference** 154:1
**inferences** 146:9
**inflict** 6:8 27:1 31:9 155:4 158:22
159:8,15
**infliction** 159:18
**influenced** 149:9 154:16
**information** 34:23,23 46:24
75:23,25 100:5
**informed** 21:13
**informing** 32:22
**informs** 147:24
**inherent** 106:3
**inhuman** 160:3
**initial** 26:20 31:22
**initially** 21:24
**injure** 19:7
**injured** 37:5 42:2 111:8
**injuries** 26:3,9 28:21 30:9 32:20
32:22,22 33:1 36:22 40:25
41:6 48:10 97:20 133:19,20

**injury** 11:21 22:25 37:3
**ink** 67:11
**innocence** 149:18
**innocent** 58:22 135:17 149:17
152:14 157:2
**innuendo** 146:9
**inserted** 93:2 137:20,21
**inside** 8:6 125:23 172:2,18
**insight** 31:8
**insignificant** 58:16
**insisted** 24:9 46:8
**insisting** 99:19
**insofar** 158:3 162:2 166:22
**instance** 108:14,20 110:20
113:25 116:16 135:24
**instances** 114:18 157:22 161:21
**instigation** 132:22
**institutions** 50:25
**instruct** 19:19,23 134:8 148:24
**instructed** 43:24 165:17 170:23
**instructing** 148:14
**instruction** 5:15 109:9 135:8,9
145:17 169:9 170:7
**instructions** 4:12,19 44:24
84:19,20,21 108:19 109:5,7
148:8,21,22 149:13,14 150:21
160:19 161:8 166:6 170:8,25
171:13
**instrument** 52:23 59:9
**insubordination** 90:22 91:4
**insufficient** 39:19
**insurgent** 35:19
**insurgents** 39:4
**intended** 5:20 6:8 46:18 156:13
158:22 160:4
**intensity** 159:21,24
**intent** 16:22 20:22,25 26:25
28:22 29:1 30:2 31:9 155:3
159:8,15,16,17 166:9,12,23
**intentional** 135:17 152:15
**intentionally** 166:7
**intentions** 30:18
**intercepted** 136:21
**interest** 119:6 151:21 168:5
**interests** 41:14 157:17
**international** 55:15 59:17 92:6
96:4
**Internet** 41:9
**interpretation** 150:16
**interpreter** 107:16 123:25
**interrogated** 24:17 125:25 127:4
**interrupt** 44:23
**intervened** 24:13 114:23
**interviewed** 77:21 102:9
**intolerant** 93:14
**introduced** 75:24 79:12
**invent** 59:23
**investigated** 50:6 132:25
**investigation** 51:1,9 77:25 81:14
89:11 134:4
**investigative** 134:20 165:13,18
**involve** 144:3,4
**involved** 17:5 90:3 104:3 124:9
124:9,9 164:14
**involving** 28:6
**ire** 118:22
**iron** 6:20 7:15 8:6 11:16 18:25
29:5 35:4,5 36:4,13,16,18,18
36:21,22 37:1 38:10 40:7,17
40:25 42:9 43:5,6,9 44:5 91:18
97:17 103:12,16,20 120:18
133:14
**irons** 44:4
**irrespective** 105:25 158:19
**Islam** 93:14
**island** 94:12
**isolated** 89:10
**issue** 28:3 106:3 113:14 137:10

138:19

**issued** 7:2 21:23 30:5
**issues** 4:9 91:24 108:18 150:20
**IV** 28:24,25
**i.e** 3:8

**J**

**jabbed** 52:23
**jail** 11:13 17:25 92:7 112:25
**James** 31:15 33:18 112:2,15
**jar** 109:20,22,24
**Jarrell** 171:9 172:1
**Jason** 87:10
**jeeps** 16:5,8
**JFK** 32:2,5 33:8 82:9,13
**Jibba** 86:23
**job** 87:23 90:12 101:16,17
**Joe** 91:14
**JOHN** 2:2
**Johnson** 51:21 83:2
john_wylie@fd.org 2:6
**join** 29:22 141:21
**joined** 156:24 161:16
**joining** 164:23
**joins** 13:6 157:11
**joint** 27:17 28:6,10 164:19
**jointly** 27:13
**Joseph** 10:25 11:9 12:2 37:18
**journalist** 92:4
**Jr** 1:8,9 6:11 9:2,14
**judge** 1:14 6:2 49:10 73:10
  101:23 102:1,4 134:8 147:15
  167:13 169:14 173:3
**judges** 109:7 168:4,5
**judgment** 4:7
**judicially** 159:1
**juke** 18:11
**juked** 30:21
**juking** 33:6
**jukings** 7:11
**Julian** 12:1
**July** 34:9,13 35:8 88:10 89:8
  98:7
**jumps** 82:19
**Junction** 34:3,7,11,14 39:14,18
  39:23
**June** 34:5
**jungle** 62:10,11
**juries** 63:19
**juror** 60:13 148:8 154:19 172:7
**jurors** 96:12 109:2 148:9,13,13
  154:7,17 167:19 171:20 172:3
  172:12
**jury** 4:9,12,17 5:8,9 6:2 45:2,7,8
  48:25 56:19,21 58:10,21 65:12
  67:7 74:15 89:20 94:21,22
  101:22 104:20,25 105:1 107:6
  107:7 147:11 148:19,24 149:1
  152:20 167:6,11,14,23 168:7
  168:16 169:25 170:10,18
  171:6,14,25 172:4,16 173:7
**justice** 1:22 123:13 124:25
  146:20,22 147:5
**justify** 145:11
**Jusu** 6:15 11:24 12:3 14:24 15:6
  15:15 16:1,6,8,13,16 17:6,7,11
  18:4,6,7,12,14,17,19 19:15
  20:3,9,10 21:9,16 22:2,5,8,21
  22:23 23:2,3,5,7,13,18,25 24:6
  24:21 25:5,19,25 26:4,6,8,16
  26:24 28:7,16,17,19 29:9
  46:14 51:11 52:4 53:5,10
  54:16,23,24 57:3 62:22,23
  67:20 68:9,21,23 70:12,20,23
  70:17 71:9,17 72:4 76:11,22
  83:13,20 84:14 86:11 87:6
  88:24,25 98:14 109:13 110:16

113:16,19,25 117:11,21
118:11 119:1,10,14,21 121:10
122:6,9,11,16,17,20 124:8
131:7 132:13 133:4 135:25
136:14 138:21 139:5 140:5
142:4
**Jusu's** 65:16 66:24

**K**

**K** 39:3 51:18
**Kamajor** 10:9 15:23
**Kamajors** 15:20
**Kamara** 7:22,23,24,25 8:2,3,5,6
  24:1 35:18 41:9,23 42:9,14,23
  43:1,1,6 46:18 67:9,17 76:2,22
  88:22 89:2 93:19,24 95:13,22
  97:25 102:8 110:9 119:22,25
  132:19 133:15 140:7 144:20
**Kamara's** 7:25 24:1 43:9,14
  88:23 95:1 145:1
**KAREN** 1:17
karen.rochlin@usdoj.gov 1:20
**keep** 11:19 34:18 64:6,7,10,12
  66:11 95:17 97:9,25 99:19,22
  100:17 135:11 145:9,9 152:9
**keeping** 46:8
**keeps** 100:10
**Kelleh** 35:9 40:20
**Kentucky** 46:21
**kept** 37:16 52:20 71:8
**Ketter** 10:25 11:9 12:2 37:18
  84:17 122:15
**kick** 58:14 64:13
**kicked** 43:3 139:6
**kicking** 8:4 17:12
**kidding** 94:24
**kill** 20:5,24 21:1,1,14 46:23
  53:23 61:20,25 63:23 64:10
  65:6 83:25 91:11 115:8
**killed** 20:20 52:9,9 53:2,7,14,23
  54:20 57:15,18 60:17,19,25
  61:1 63:21 65:9 69:1 72:8
  83:23,24 115:22
**killing** 19:17 21:3,6 24:14,15
  59:16 71:17
**killings** 99:17
**kind** 19:7 37:11 49:22 50:13,15
  74:1 87:18 93:12 132:2 145:16
  156:4 161:5
**kinds** 134:3
**Klay** 34:3,7,11,14 39:13,17,23
  40:12 90:15 91:15 92:3,16
  94:9 102:24,25 103:1,18
  138:15
**knees** 54:6 65:7,19 118:19
**knew** 12:21 44:19 71:13 81:4,24
  98:10 121:6 130:3
**knife** 7:5 20:15,16 21:1,3 30:7
  101:10,11
**Knives** 107:12
**knob** 127:17
**know** 4:15 17:15 20:22 24:24
  41:24 42:23 45:4 59:11 61:7,8
  64:15,25 68:17 70:8,9 71:13
  74:9 75:10 81:15 83:24 87:21
  88:17 92:14 94:6,7,17 95:13
  95:14,14 96:9 98:23 103:24
  105:7,9,14 115:2,14 120:1,23
  120:24 121:23 125:14 128:8
  128:19,23 129:3 130:7 131:1,2
  138:6,8 146:5,6,8 148:2
  169:15 170:16 171:18
**knowing** 41:24 158:12 162:11
  165:10
**knowingly** 13:2 155:1,10 156:23
  157:3,10 161:15 163:2 164:1,8
  166:5

**knowledge** 11:14 39:7 151:4
  157:7,19 165:6 170:9
**known** 9:22 14:10,13 56:19,20
  153:14
**knows** 48:10 75:5 83:9 95:23,23
  96:1
**Koah** 31:13,14,17
**Koah's** 31:18
**Kollie** 25:21
**Koroma** 14:24 16:3,10 26:9
  54:19 68:25 69:24 116:24
  136:4
**Kpadeh** 6:25 7:3,4,6,9 11:25
  12:3 17:18 18:4 29:14,14,16
  29:19,21,21,22,23,24 30:7,11
  30:12,13,19,20,23 31:2,12,22
  32:1,9,14,20,21 33:1,15 46:8
  47:8 67:8,18 76:11,22 77:10
  77:15,15,20 78:7,13,25 80:17
  80:24 81:2,12,17,18,20 82:1
  82:13,16,19 83:14 84:1,14
  86:10 87:6 88:24,25 98:14
  108:4,14 110:21 112:11,16
  118:6 119:19 121:14 125:17
  125:24 126:6 127:2 131:8
  132:12,15 133:4 140:6,13
  141:5,9,12,13,18,24 142:4
**Kpadeh's** 7:1 29:18 30:3,6,6
  31:24 32:7,20 33:3,9 79:19
  82:4 110:23 126:15 127:15
  141:24 144:16
**Kromah** 39:1 51:18 88:14
**Kwa** 85:25 117:15

**L**

**lab** 50:2,19
**labor** 124:18
**lack** 48:7 154:15 165:16,21
**ladies** 5:11,12 6:2,5,10,14 7:13
  8:8 10:4 11:6 12:6,12 14:15
  16:9,21 18:1,2,14 19:19 20:13
  20:21 21:11 22:9 23:21 24:6
  24:20 25:15 26:13,15,19 27:11
  28:21 30:10 31:13,25 32:18,24
  33:12,18 34:4,15,17,25 35:6
  36:3,9,13,22,25 37:4,22 38:2,8
  38:23 39:8,18 40:9,19 41:8,25
  42:3,19 43:7,16,25 44:9,20
  45:10 47:17 49:4,20 50:21
  52:10 55:1,20 56:16 57:20
  59:2,11 62:9 63:2 64:15 65:12
  65:22 67:2 76:23 82:23 83:5
  89:4 93:18 94:18 96:11,18
  98:19 101:1,16,22 103:21
  104:17 105:4,19 106:18 107:9
  107:22 108:17 109:16 110:23
  111:8 112:10,19 114:4,21
  115:12 116:3,12,23 117:12
  119:12,17 120:5,12,21 121:17
  122:8,14 123:11 124:5,15
  125:9 126:4 127:17 128:24
  129:20 130:9,15,25 131:5,22
  132:11 133:1 134:5 135:1,20
  136:1,25 137:8,12 138:25
  139:22 141:3,10,22 142:16
  143:7,24 144:17 145:5,15
  146:4,14,22 147:8 148:20
  168:15 170:8,16
**lady** 54:9,10 66:19,22 67:4 68:24
  123:24
**land** 94:11
**language** 140:16 161:7,20
**lapse** 135:17 152:14
**latched** 6:19
**law** 8:11,11 12:15,15,25 27:2,7
  27:12,19,22 28:1,14 58:2 63:3
  63:5 105:23 106:3,10,15

148:25 149:11,12,14,17,17
150:21 151:7 155:3,17 156:3
157:23 158:22 159:2,4,10
160:7 161:4,22 164:4,6,9,15
164:24
**lawful** 158:24 159:1 160:8
**Lawrence** 70:23 72:21 73:2
  77:22 123:22 124:13,24 125:4
  126:2 127:24
**laws** 13:14 58:14
**lawyer** 46:6
**lawyers** 48:25 134:9 146:5
  150:15,18
**lay** 106:12
**Layee** 30:14 34:12 35:18 36:6
  40:1,9 47:2 90:16,20,24 91:3
  91:20 132:17
**layer** 19:9
**layout** 75:23
**lead** 40:20 108:22 150:25
**leading** 25:9 31:19 168:13
**leads** 6:5
**leap** 87:7
**learn** 12:13 27:22 35:6 43:23
**learned** 35:7 113:16 124:13
**leave** 15:13,17 63:5 69:19,22
  74:20 82:16 97:18 148:8
  170:17
**leaves** 45:2 63:16 97:17 104:20
  147:11 171:25
**leaving** 7:5 16:12 17:9 30:7 52:1
  82:25 88:7 94:3
**led** 33:18 35:10 62:17 86:21
**left** 5:5 17:8 39:12 72:6 75:21
  77:12 88:8,10 90:3,18 95:24
  96:2 100:11 103:21 109:19
  133:25 134:1 144:16
**leg** 6:22 22:15,17,24 23:4
**legally** 9:1 13:24
**legs** 11:20
**length** 109:11 123:21 153:12,19
  154:23
**Leone** 10:7 25:6 46:17 47:11
  60:22 62:4 74:1 75:16 76:24
  141:12
**Leoneans** 86:10 113:10 119:14
**Leonian** 15:5,20
**lesser** 160:2
**letter** 14:19
**lettering** 125:24 129:1,3
**letters** 128:13
**let's** 5:8 53:23,24 56:7,7 65:9
  76:4 90:9 91:22,25 98:3
  104:11,12,13 106:12,15
**level** 77:3 80:13 92:13 96:7
**Liberia** 6:4 9:4,13,19 10:5,8,12
  10:15 28:21 34:20 46:15,22
  47:2,11 49:2 50:13,14 51:8,12
  51:25 63:11 67:25 71:10 73:14
  73:25 74:17 76:1,24 77:12
  80:18,19,21 82:23 87:23 88:2
  88:7 90:3,18 94:19 100:11,13
  104:6 108:4 119:5 133:8
  144:25
**Liberian** 8:10 10:14 41:16 62:11
  71:1,24 72:15 86:2,4 94:21
  107:6
**Liberia's** 8:21
**lie** 42:12 54:9,15 66:23 67:1,3,4
  97:18 100:12
**lied** 46:14 58:14 66:19,21 67:15
  122:9
**lies** 62:6 135:7 145:18
**life** 20:19 21:5 35:22,23,24 41:12
  47:12,24 48:22 62:17 64:2
  88:3,11 93:16 101:25 107:2
  110:23 111:8 124:18 141:14
  144:23

life-threatening 46:12
lift 59:4,4 62:21 81:16,24 110:21
lifting 110:23
light 7:23 42:12,13,20 121:3
likes 11:9 65:4
Likewise 155:9
limited 11:8
line 2:19,19 116:4
lines 117:4
linger 54:1 65:15
lingering 118:4
liquid 33:5
list 48:8 173:6
listen 5:19 45:11 71:25 73:3 75:3
   80:18,19 82:18 94:24 99:13
   101:4 105:15 141:20
listened 146:7
listening 68:21 74:6 106:23
listing 173:9
lit 6:15,18 19:2 28:19 29:5
little 14:20 51:8 66:1,17 67:10
   73:8,9 77:15,25 84:25 96:19
   96:20 116:23 125:15 128:25
   133:7
live 20:19 49:9,9 54:18 60:1
   77:19 89:6 94:12 96:19 101:25
   102:2 122:15
lived 26:11 48:8 62:16 73:3 88:2
   110:13 127:25 130:10 141:15
lives 47:16 64:4 93:9 105:8
   122:16
living 46:21,25 47:4,7 48:17 49:6
   72:7 88:3 107:21,21,23,25
   108:4 123:3
locate 70:23 89:7
location 39:19 80:3
locations 34:2
lock 127:8
Lofa 10:13 128:3
log 7:7,8 30:16,17 81:15,21 84:2
   84:2 85:21,23,23 110:21,23
   144:14,15
logical 61:8 136:11
long 8:22 47:14 50:13 54:21 64:4
   72:6 73:20 74:17 83:9 97:24
   101:6 124:2 136:13 138:9
   146:6
longer 42:5
look 20:22,22,23 71:16 72:15
   79:11,17 93:23 96:17 102:6
   109:17 111:14,15 125:12,20
   127:5 128:15 131:10 140:13
   165:15
looked 54:25 67:20,21 75:22
   101:10
looking 45:23 76:16 79:6 111:24
   144:24 171:3
lose 113:17
losing 136:22
lost 95:22
lot 119:9 131:2 134:5
low 77:3 92:12
low-level 95:18
luck 63:25 65:11 116:13 117:6
Luckily 53:14 54:2
lucky 85:19 111:12 116:15 144:8
lunch 44:21,22
lunchbreak 44:23
Luncheon 45:6
LURD 79:12
lying 63:14 73:7 122:7 135:3,22
   137:5 140:2
lyrics 100:16 143:13

——————————————
                  M
——————————————
M 1:8,13
Maada 26:6,8 54:23

mad 64:13
made-up 62:5
Madiana 14:24 15:13 16:3,10
   26:8 54:19 68:25 69:24 116:24
   136:4
Madiana's 15:1,11
magnitude 50:10
maimed 97:4
main 115:3
major 55:11
making 12:22 21:3 27:18 32:2,4
   47:9,22 60:14 74:22 76:21
   108:15 110:25,25 115:7
   120:25 151:13 152:24 156:15
Mama 73:1 123:22,24 124:11
   131:3
man 6:25 11:18 16:24 21:17 22:5
   25:21 30:1 31:15 35:9 36:15
   41:5,11,13 46:2,23 49:10
   51:20 53:1,5 57:15,17 59:3
   60:3,4,4,6,8,9 61:22 62:19,23
   65:7 69:1 71:11 72:20 74:15
   79:20,23 80:10 81:5,6 82:2,7
   83:8,22 86:23 87:22 88:10,12
   90:2,5 91:19,19 94:25 95:22
   96:7 100:12,23 107:24 115:2
   122:1 130:9 147:2
Mandingo 31:3,5 87:24 142:21
manipulate 114:2
manipulated 139:20
manner 16:14 153:18 156:20
   160:8 161:12
Mansalay 24:25 25:10,23,24
   26:3 70:2,3,9 71:7 122:14
   133:6 140:12
Mansion 87:9,16
man's 7:3 20:22 88:1
March 35:2
marines 85:19 86:5 144:8,18
mark 97:17,18 101:12,12 103:16
   133:24
marked 2:17 43:12
marks 40:14,24 45:18 48:12
   96:15,17,22,25 97:2,14 101:7
   133:14,21,22,22,22
married 8:24 90:11
Marshal 168:24 171:18
Marwalo 29:17 141:23
Mary 40:22
Maryland 46:6
matched 133:24 134:1
matter 12:24 46:9 105:22 139:16
   139:23 167:12 170:9 174:3
matters 106:7 110:20 134:19
   145:18 154:5 170:12
ma'am 69:20,23
MB 142:8
McArther 1:9 6:11 8:16 143:21
meal 73:12
meals 73:8
mean 19:21 57:22 75:15 84:13
   84:24 87:17,17,22 95:12 113:4
   115:16 135:7,12 145:20
   151:10 152:10 170:13
means 51:4 67:25 73:15,16
   79:17 91:5 100:4 139:10 147:4
   158:21 159:16,21,23 160:7
   163:6,11,16,22 166:6
meant 56:11
measures 118:7
media 171:3
medical 19:4,12 22:17 32:1,6,12
   43:13 70:13 71:7 82:10,11,14
   82:20 140:12,13,21 141:4
medicine 25:1 46:12 93:9
medicines 93:8
MEDINA 2:8 174:5
meet 53:11 119:20

melted 30:20 32:15 33:5
member 13:20,20 34:19 56:14
   71:12 79:21 83:1 127:17 156:4
   156:5 157:6 158:13 161:5,6
   162:11
members 12:20 56:18 148:24
   156:8,9,10 157:25 161:24
   167:6,22 168:8 171:6
memories 17:8
memory 14:21 126:20 135:17
   139:10 151:22 152:15 154:13
   154:19
men 6:8 8:2,3 9:15,17 15:4,5,11
   15:14,16,19,24 16:1,2,14
   17:14 18:7,8,13,21 23:10,12
   23:16 24:14,18 25:11,14,25
   26:9,14 31:10 35:11,12 40:1
   40:21 41:25 42:25 52:8,9,16
   52:19,25 53:16 54:20 55:25
   56:9,14 59:13 60:3,8,17 61:3,3
   61:4,5,7 62:21 63:17 64:3,9,9
   64:14,16,19,20,21 66:18 68:16
   69:13 70:3,4,9,10,10,11,14
   77:22 80:4,7 83:25 84:18,20
   84:21 86:3,5,14 87:2 91:8
   92:21 94:4 98:2,14 99:3,7,16
   99:16 117:1,7 137:5
Mendoza 148:9 171:10 172:2
mention 82:11,12 103:19,19
   131:10
mentioned 18:1 102:14,15
   103:14 131:11 143:14 171:21
mercies 8:5
mere 25:14 131:24 157:14,15
   163:22 165:5
merely 17:2 165:10 168:2
   170:12
merit 61:12
meshes 120:13
mess 67:2,2,15
message 23:7,8 53:3,15 60:22
   61:1 63:22 83:24 113:9 168:23
   169:3
met 53:6 54:13 61:19,23 66:25
   73:21 76:11 83:8 116:8 165:14
metal 7:8,11 21:25,25 22:1 30:16
   30:21 39:25 97:17 144:15
Miami 1:2,6,19 2:4,9,9 49:21
   50:10,12 73:7 174:6,7
middle 55:17 67:23 83:11 88:2
   129:1 140:17
middle-class 144:23
midnight 53:18
mighty 146:21
MIGUEL 2:3
miguel_caridad@fd.org 2:5
military 9:16,18 10:5 24:19
   85:16 86:2
militia 15:20 68:2
militias 10:9 99:9
milk 67:10
Miller 104:23
millions 76:25
mind 14:15 34:18 135:11 143:22
   152:9 166:12,23 167:25
minds 20:21
Minister 24:13 53:22
Ministry 124:15,16,25
minor 13:8 40:8 157:14
minute 53:15 58:12 83:25 86:14
   135:23
minutes 5:3 45:3 104:18 128:4
   147:9
miracle 110:11,16 117:5,5,8
miraculous 112:18
miraculously 61:1 65:15,16
misbehavior 99:13
misconduct 125:1

miserable 60:1 79:20
missing 172:7
mission 126:14,18 128:13,18
   129:25 141:16
misstatement 135:16 152:13
misstatements 135:10
mistake 135:12 145:19 152:10
   166:8
misuse 27:8 160:11
mix 15:3
model 81:10
modern 47:7
modulate 115:6
molten 6:15,22 7:10 18:16 26:1
   29:6 44:4
moment 24:12 65:18 76:5 91:23
   98:4 101:18 113:14 121:24
   122:1 123:21 137:1 147:17
   155:18
Momo 86:23
Momoh 6:19 11:24 12:3 14:18
   14:24 15:6,9,12,15 16:1,6,13
   16:19 17:6,12 18:4,22 19:11
   19:15,17 20:3 22:9 23:11,14
   23:25 28:25 29:3 46:14 66:13
   86:11 87:5 116:16,19,22 117:2
   117:2,3 132:12 133:4 135:24
   136:21
money 73:8 95:2,22
Monrovia 10:22 23:12,14,16
   24:14,19 25:2,5 32:2 35:9
   41:13 53:17,18 54:24 60:23
   61:2 63:22 64:9,14,24 68:7,18
   83:25 86:17,17 88:18,19 92:18
   94:13 95:19,24 102:23 113:10
   113:18 114:8 142:24,24
monster 58:18
Montgomery 86:17,18
month 70:11
months 57:11 59:4 82:9 140:23
   140:25
morning 4:1,2 5:11 21:15 53:7
   169:20 170:20 171:10 172:14
   172:25
mother 8:23
motion 4:4,7,8 25:9,22
motions 16:25
motive 47:15 73:6 166:9,11,20
   166:21,22
motives 55:7 166:15,16
Moussa 35:13
mouth 18:15 36:2 117:21
mouths 117:21
move 19:1 36:20 90:12 108:12
moved 8:24 10:11
movie 64:1,1
moving 23:12
MP 125:19,25 142:6,12,20
MPs 142:18
muffler 163:9
Mulbah 7:22 24:1 35:18 41:9,20
   46:18 93:19 116:7 119:24
   132:19 133:14 144:20 145:1
   145:13
multiple 7:2 32:9 132:24 133:10
   133:11
murder 52:15
Murphy 73:2 123:23 130:2,6,14
mushroomed 58:18 85:13
Muslim 93:14
mutual 12:25 156:20 161:12
muzzles 17:7 28:7 44:2

——————————————
                  N
——————————————
n 85:22
naked 30:8 62:10,11
name 6:12 8:16 9:1 31:14

named 31:13,15 51:13,20 53:1
85:4,25 86:23 87:10 117:15
138:9 141:19 156:8
names 25:12 157:8 171:20
Naples 105:12 125:13,21 126:25
127:6,11 128:16 140:15,18
143:16,17
narrow 116:14
Nathaniel 31:13,14
national 41:16 71:1 76:1 105:24
106:10 158:18
nationality 106:1 158:20
Nations 25:7 46:15 115:4 118:22
naturally 19:20 135:14 152:12
nature 135:3
near 24:14 37:20 42:4,8 51:25
65:15 166:4
nearly 15:9
necessarily 19:22 33:6 135:12
140:6 145:20 152:10
necessary 11:10 149:4,25 156:7
156:15 164:5 165:3
neck 7:19 21:5 37:7 38:20
137:18
need 10:21 72:16 82:16 135:16
152:14 169:14 172:17,25
173:1
needed 26:5
needs 92:19 93:10
negative 122:4 123:17
neglected 170:7
neither 154:16
never 16:10 37:17 46:18,19 53:6
54:1 61:19,23 62:23,25 63:2
73:4 75:3 76:11 77:11 83:8
86:11,12,13,13,24 91:3 97:11
99:21,22 102:14,15 103:14,17
109:15 118:15 125:6 126:2
129:22,23,23 130:11 139:11
141:12 142:12 144:18 166:20
167:10,17
nevertheless 38:15 43:12 53:5
new 21:13,16 117:24 128:20
news 114:6
newspaper 75:24 76:1,3 171:3
newspapers 111:23,24 112:6
NGO 55:11
NGOs 55:15
nice 67:10 73:8,12
nick 61:23
niece 54:13 66:24,25
night 35:8 118:5 127:25
nights 52:20 73:11
nine 47:14 50:13,15,24 87:15
nonsensical 91:6 145:4
normal 80:22 135:3
north 2:9 47:5 55:12 174:6
northern 10:8
note 5:15 140:20 155:19 165:24
168:24
notebooks 171:12
noted 4:11 141:24
notes 5:17 154:8,11,11,14,16,18
noticed 70:16 118:15
noting 10:23 32:21 37:9
notion 106:16 107:17 108:7
116:12 118:18 122:8 144:8
145:1
notorious 80:21
notoriously 93:14
November 14:19
NPFL 9:4 39:4 51:17 78:11 80:2
84:9 85:10 99:9 126:4,11
Nuarpa 73:2 123:23 130:12,18
number 19:5 23:3,22 26:23
28:25 33:3,16 43:13 51:15
151:14 153:9 169:23
numerical 169:5

nurse 93:1
nuts 7:3 30:6
nutshell 47:17
N.E 1:19
N.W 1:23

O

oath 60:24 62:1 66:13 83:4
object 23:1 30:17 97:17 156:25
157:4 158:11 159:4 161:16
objection 148:10 169:10 173:9
173:12
objections 148:4
objective 101:14
objects 28:17 29:3 158:1 161:25
162:10
obligation 134:14
observation 15:12 115:7 116:8
observations 40:23
observe 20:2 21:10 40:13
151:23 153:11,12 172:9
observed 20:3 33:23 153:15
observer 70:2 88:19
observers 104:4
obtain 46:12 71:7
obvious 67:5 79:13 82:1
obviously 60:7 146:5
occasion 13:6 157:11
occur 106:20 133:8
occurred 22:8 27:6 29:11 49:21
50:1,5,10 69:12 83:15 93:20
106:7 123:18 144:2 159:13
occurs 106:18
ocean 6:4 73:7
October 1:7 31:20,21,25 33:8
102:13,20 112:3,7,8,9
odd 111:24
offense 12:11,22 13:13 14:2,4,5
14:13 38:4 105:24 155:14,23
156:6,14 157:23,24 158:9,14
158:18 159:5 160:18,23
161:22,23 162:5,7,8,12,13,16
162:19 163:16,21,24 165:25
166:25 167:5
offenses 14:9 43:21 153:24
154:22 155:7,18,20 158:4,6,8
158:14 162:3 166:2,3 167:4,9
offer 73:11 74:4
offers 152:18
office 1:18 2:3 72:17 77:19,22
83:20 116:18 125:6,8,19,25
126:2 128:7 169:22
officer 25:10 28:11 68:2 70:24
121:25 143:20 148:2,18
officers 25:8 49:25 50:5,18
59:10
official 2:8 27:9,10,13 118:22
160:9,10,12,13,16 174:6
officially 9:25
officials 95:10
offing 113:7
oh 61:14 96:25 120:23 160:7
okay 55:4 83:1 131:20 169:13
old 24:3 42:1,4 85:10 93:21
omitted 166:13,21
once 13:23 18:8 22:4 64:22,24
67:6,7,14 101:14 110:1 114:13
114:17 117:18 148:17
ones 51:22 110:18 116:15 135:5
one's 164:16
open 3:3 7:21 39:11 99:21 170:6
opening 124:22 144:21
operations 80:14
opinion 90:10,12 150:20 170:12
170:13,14
opinions 167:25
opponent 91:24

opponents 88:16
opportunity 44:11 69:25 132:6
134:16 151:23 153:10 154:10
opposed 90:2 133:25
opposite 89:22
orally 169:2
ordeal 38:23 39:9 97:13
order 7:2 20:5,7,12,13,14,20,24
21:2 27:11 30:3,5 43:3 46:15
98:13 156:6 165:19
ordered 6:24 7:6 8:2 16:3 17:13
18:6 28:5 29:24,25 30:11,12
30:13 32:17 38:12,17 42:15,25
52:16 64:8,11 84:12 86:7
ordering 87:8
orders 31:1 44:7 142:14
ordinarily 164:15
ordinary 81:25
organization 31:16 34:21
organizations 10:14
original 100:17 123:7
Orlando 8:24 80:6,9
otherize 106:24 107:10
otherized 107:19
outcome 151:21
outcry 31:9 33:17
outer 19:8
outlets 36:10
outright 122:7
outside 27:3,6 35:11,14 41:17
90:18 103:25 106:1,5,8,14
125:17 127:12 154:6 156:2
158:20 159:13
overheard 53:6
overlooks 127:18 142:5 144:1
144:10,12
oversight 169:11
overthrow 90:22,25

P

pads 5:15
page 2:13,19,19,22 3:1 4:13,14
4:20 56:17 140:17
pain 6:8 7:17 16:23,24 17:3
20:25 27:1 28:23 29:2 30:9
31:10 41:6 42:18 107:12 136:9
136:12 155:4 158:23,23 159:8
159:15,18,20,21,21 160:4
painful 20:1
painfully 25:19,20
paint 84:24
pants 136:19,19
paper 98:17
papers 86:21 94:15
paraded 142:18
paragraph 57:3
paragraphs 4:14 162:23
paralysis 26:4
paralyzed 59:8 114:3
parentheses 161:7,20
parentheticals 4:15
parents 9:1 98:25
Parker 95:23,24
part 13:8 14:4 19:25 27:16 44:13
97:15 114:25 130:1 151:14
157:14
participant 160:20 165:9
participants 12:20
participate 13:7 157:13 158:8
162:6 165:5 171:7 172:8
participated 13:3 119:25 156:24
161:16
participating 17:2 28:1
participation 14:3 16:23 27:20
28:6,10 132:22 157:24 161:23
particular 23:5 69:15 134:15
151:15,20

partisan 133:16
partly 51:7,8
partner 13:20 62:24 156:5 161:6
partnership 13:19,23 156:4
161:5
parts 11:15 28:18 55:3 98:15
105:18
party 29:19,19 34:20 79:21 83:2
83:3 100:4 127:17
pass 168:23
passing 15:11 55:12
passport 8:18
patch 126:5
patience 44:19
patient 140:22
pattern 91:1
Paul 14:23 15:2 26:12 29:16
41:20 52:2 116:7 119:24
peace 46:17 73:24
peaceful 34:19
peanuts 94:12
Peewee 73:2 123:22 128:11
penalty 159:3
penis 7:4,20,25 8:4 30:6 33:9
37:8,10 43:4 82:5,7 92:24 93:2
111:7 137:11,12,18,23
Pennsylvania 1:23
pens 5:15
people 19:20 45:12,18,19,25
47:6,21,23 48:4,16,17,24 49:5
49:12,17,25 50:7 51:11 52:1
52:11,13 53:2 55:9,13 56:11
56:12,12 57:4,9,25 61:24 62:16
67:3,15,19,23,25 68:10,17,20
70:18 72:6,8,13,14 73:4,6,9,16
73:20 74:1,4,6,9,14,15,20
75:11,15,16,17,19,21 76:10,15
76:18,20,22,25 77:2,6,19
79:16,24 82:19,25 85:7 89:6
89:6,8 90:14,16 91:1,7 92:25
93:8,15,20 96:18,20 97:6,7,20
98:3,7 99:9 100:8,13,20
101:16,19,21,23 102:2,4 103:1
103:22 104:1,3,7,7 109:19
110:6,7,10,11,11 111:17 113:8
115:20,23 116:18 117:6 120:4
120:11,12 127:25 128:2 129:7
129:17 132:10 135:14 138:19
138:23 139:1,2,15,17 141:15
144:22,23 145:4 152:12 156:7
people's 96:22 97:2,14
perceived 115:4 143:3
percent 49:15 64:16 80:18,19,25
96:16 122:2
perception 93:16
perfect 58:7 97:6 126:7
performance 160:10
period 10:5 83:12 97:24
periods 47:11 124:2
perks 73:9
permanent 19:10 74:3
permanently 9:9
permitted 154:8 170:11
perpetrated 132:21
perpetrator 153:24
persistence 159:25
person 27:23,24 55:23,23 56:1,2
56:8 81:4 114:13 115:5 121:1
136:12 139:3 143:19 144:16
153:3,5,11,12,15 154:3 157:6
157:19 158:21,24 159:12
160:13 163:12 164:15,17,18
164:23,23,25 166:11,17,17,18
170:10
personal 10:23 64:24 91:12
119:6 151:21 157:24 161:23
166:14
personally 28:2 119:18,24 158:8

162:6 164:13 165:1
**persons** 12:25 56:20 57:1 106:9
154:5 155:4 156:19 157:16
161:11 164:18
**pertaining** 167:2
**perverse** 132:2
**pet** 10:3 126:10 143:9
**phase** 172:8
**phone** 47:9 91:12 103:4
**photograph** 23:23 43:11 125:24
**photographer** 43:13
**photographic** 105:16
**photographs** 12:1 18:2 39:22
40:17 43:8 126:22
**phrase** 144:21
**physical** 6:8,9 17:3 18:5 20:25
27:1,2 28:20,23 29:2 31:10
41:6 42:18 101:2,5 133:1
155:4,5 158:23,25 159:8,12,15
159:18,20,23,23
**physics** 110:2
**pick** 81:20
**picked** 118:12 127:16,22 136:15
136:18 145:7
**pickup** 86:15
**picture** 78:6,13 79:7 81:15 83:21
84:1 85:23
**pictures** 35:13 50:4 69:6 70:21
70:22 78:2,3,3 79:11
**piece** 40:25 79:17 98:17
**Pince** 144:13
**pistol** 37:16,24
**pit** 18:25 21:21 30:8 31:3 99:4
138:15
**pits** 11:16,17,23,24 12:1 17:16
17:19,23,24 18:1,4,8,9 21:9,19
26:1 29:25 30:22 31:11 39:21
146:24
**place** 12:10 18:7 33:20 50:16
60:1 92:17 97:9 102:18 106:13
106:17 110:1 113:15 114:4
115:6 118:1,8 121:17,18,22
134:25
**placed** 16:7 17:16 18:9 19:17
34:11 120:18
**places** 102:23 121:22 133:11
**Plaintiff** 1:5
**plan** 13:1,6,12,23 14:1 16:23
156:17,21,25 157:10,11
161:13,17
**plane** 54:18 80:9
**planet** 94:20 107:6
**planned** 12:20 156:10
**planning** 82:22
**plans** 21:14
**plastic** 6:15,20,23 7:10 18:16
22:22 26:1 28:8,17 29:6 30:20
32:16 33:5 44:4 52:24 59:9,10
**play** 30:11
**played** 13:7 81:24 157:14
**pleasant** 108:11
**please** 4:3 5:8,10,18,25 16:19
44:24 45:7,9 64:2 65:20 81:20
81:21 104:18 105:2,4 125:12
128:15 147:9,12 168:23 172:8
**plenty** 75:16,19 97:1
**plopped** 88:1
**plot** 39:6
**plus** 126:12
**podium** 109:21
**point** 22:10 26:19 33:12 38:9,14
57:12 63:18 64:4 70:8 81:15
96:6 113:15 121:19 122:10
131:18 137:11,25 138:18
142:23 143:2 144:10 146:7
**pointed** 41:5 68:11
**pointing** 38:10
**points** 132:1 145:23 153:4

**pole** 83:15
**police** 16:18 17:4,8 18:3 31:24
41:16,17,19,20 49:24 50:5,18
51:1 52:19,21 56:23 59:10
71:1 72:18 73:4 94:2 112:14
119:24 121:25
**political** 29:19 39:1 113:7 143:3
166:14
**pool** 77:2 172:4
**poor** 25:16 74:16 95:9,21,21
**poorest** 43:10
**portion** 26:20
**pose** 64:20
**posed** 134:12
**position** 5:22 20:10 25:17 34:21
74:23 143:23
**positive** 118:16 138:8
**possess** 38:5 161:3,18 162:17
163:11,21
**possessed** 27:8 160:12 163:3,4
164:2
**possessing** 13:16
**possible** 63:18 73:6 81:24 93:3
126:14,19 128:14,18 129:25
150:1 168:25
**possibly** 61:8 68:11 94:19,22
96:23 98:23 101:13 120:23
**postage** 128:25
**pounded** 144:15
**poured** 38:13 103:9 145:24,25
**pouring** 120:4
**poverty** 48:6
**power** 8:10 27:8 28:14 36:7,7
55:22 72:12,13,14,15 73:12,22
83:2 95:18 97:25 160:12
**POWs** 84:12
**practical** 115:7,9
**practically** 73:3 92:15
**practice** 30:15,23,24 32:25
133:10
**practiced** 97:19
**practices** 160:2
**practicing** 25:1 97:16
**pragmatic** 115:9
**praiseworthy** 166:16
**precedence** 154:14
**precisely** 85:11 118:7
**preferred** 22:11
**prejudice** 149:10
**prepared** 36:4,12 168:14 173:6
**presence** 24:7 37:9,23 42:10
103:14 157:14 163:18,22
165:5
**present** 24:13 35:4,5 36:15,21
67:7 105:25 106:10 120:17
158:19
**presentation** 45:21
**presented** 5:13,21 49:15 132:3
149:8 153:18 165:19
**presenting** 58:22
**preside** 168:9
**presidency** 15:21
**President** 8:22 9:13 35:22 51:13
51:24 53:15,19 58:5 60:21
61:2,12,15 63:23 64:8,11,13
64:24,25 65:8 72:2 77:4 82:18
85:10 90:22 91:13,14 94:5,14
96:7 98:12 103:3 119:5,8,18
119:20,21,22 125:2
**presidential** 9:16
**President's** 76:8 89:3 92:13
141:20
**press** 35:4,5 36:15 44:5 99:23
100:3,4,7 120:18
**pressed** 7:14 36:18,19 44:5
120:16
**pressing** 37:1
**pressure** 111:22 112:3 114:18

**presumed** 149:16
**pretend** 112:13
**pretending** 160:10
**pretense** 8:10 27:9
**pretty** 118:1 148:16 170:25
**prevailing** 153:13
**previously** 18:2 118:9 131:25
161:9
**pre-graduation** 10:21
**Prince** 85:15 144:9
**principal** 68:9
**principles** 14:15
**print** 171:3
**prior** 126:14
**prison** 11:14,15,16,17,18,20
31:10 127:23
**prisoner** 17:1 21:13,16 31:2,5,12
61:19 97:9 142:21
**prisoners** 18:18 86:8,15 114:7
114:11 142:20,23 143:1,2,4
**private** 46:9 89:3,3 93:21
**prized** 114:7
**probably** 49:24 71:20 83:10
169:11 170:18 173:5
**problem** 50:21 58:23 67:5 78:18
79:19 122:5 120:1
**problems** 32:10 58:20
**proceeding** 131:20
**proceedings** 1:13 3:3 131:25
169:7 170:6 174:3
**process** 25:8,22 110:1 114:14
114:17 131:23 132:8,16
**prod** 7:24
**produce** 116:10 149:18
**profound** 107:24
**progression** 120:22
**prohibiting** 159:4
**project** 10:3 99:1 126:10 143:9
**projectile** 163:7
**prolong** 93:8
**prominent** 92:4 128:24
**promise** 73:20 74:5
**promised** 73:18
**promoted** 163:23
**prompt** 166:16
**prompting** 166:17,18
**promptly** 168:25
**prompts** 166:11
**proof** 136:3 149:24 150:2,6,6
151:5 157:18 165:15
**propaganda** 34:23,24
**properly** 116:8 132:25
**property** 95:3,10,20
**Prophet** 146:19
**proposition** 109:1 139:9 140:4
**prosecute** 106:14,17
**prosecuted** 105:21
**prosecuting** 72:2
**prosecution** 48:15 67:3,6 68:5
70:17,20,25 73:21 76:15,15
77:10 81:1
**prosecutor** 45:15
**prosecutors** 48:25 73:17
**prospering** 46:11
**protect** 80:16
**protection** 9:16 25:8,10 48:19
48:24 49:1 75:12 90:19
**protest** 31:22
**prove** 12:18 26:25 63:12 76:6
88:5 149:18 151:6 152:4 153:2
156:7,16 164:6,7 166:1
**proved** 149:3,25 150:10 159:6
162:21 164:13 165:22
**proven** 45:24 48:16 51:5
**proves** 63:4 67:22 76:6 87:4
166:3
**provide** 17:22 31:8
**provided** 26:7 147:25 173:8

**providing** 148:20
**proving** 149:21
**proximity** 17:20
**prudent** 116:2 139:2
**public** 2:3 11:10 31:19,22 33:17
72:16 89:1
**publicity** 114:11,18 148:14
**publish** 100:21
**pulled** 117:7
**punch** 64:10
**punish** 84:20,21
**punished** 53:2 59:21 85:21
**punishment** 18:21 144:11,13
160:3 167:10,12
**punishments** 23:6 33:23 144:9
**pure** 65:11 67:9 134:5 138:5
140:7
**purporting** 28:14 160:9
**purpose** 4:16 11:7 13:5 17:24
31:8 38:12 141:4 157:10,20
159:4 163:20
**purposes** 13:19 156:4 161:5
**pursuant** 4:7 24:25 31:1 122:13
147:20
**pursue** 41:14
**pushed** 36:21
**put** 5:14 7:16,20 29:24 30:8
38:20 44:4 49:10 52:23 64:2
67:6,10 72:25 74:14 82:2
85:10 102:17 106:16 107:18
108:1 113:19 119:9 121:2
137:11,12,22 138:14 142:7
143:22 145:11,13,15
**putting** 25:23 112:3
**p.m** 45:8 104:20,22 105:1 147:11
148:19 171:25 172:12

### Q

**question** 14:20 19:24 50:22
53:24 65:3 69:15,18 76:22,24
77:6 81:19 84:4 90:5,6 101:21
121:14 129:10,13,17 134:12
134:17 137:20 153:11,20
167:10 168:23 169:4
**questioned** 52:7 54:1 100:13
116:16
**questioning** 63:24 65:10
**questions** 53:19 82:1 95:13
99:12,25 100:2 151:18,25
153:10
**quick** 21:3
**quiet** 100:8
**quietly** 123:9
**quite** 49:7 109:5,6 121:19
**quote** 86:21 107:25 113:20
128:6
**quoted** 146:18
**quotes** 108:1
**quote/unquote** 107:10,18 110:4
114:5 120:15,18 124:18
126:10 143:9

### R

**R** 174:1
**radio** 25:9 61:10 63:23 113:9
**raise** 58:5 77:2
**raised** 48:5 80:9 98:24 122:10
145:23
**ran** 12:4 84:10 93:2 124:2,2,4,5,5
124:11
**rank** 34:21
**ransacked** 41:15,15
**rap** 100:16 143:13
**rare** 11:8
**ratchet** 59:24
**raw** 7:21
**reach** 15:2 44:9 108:21 150:25

167:14,20
**reached** 168:17
**reaching** 14:23 20:11 21:3
**reacted** 42:22 112:24
**reaction** 60:13
**read** 4:17,18 20:21 56:17 57:3
94:15 148:21,21 154:23 161:7
161:8 169:12
**readily** 78:25 99:5 120:15 163:7
**reading** 148:7 171:2,2
**reads** 4:21
**ready** 5:2 42:23 77:2 104:23
148:3,18
**real** 43:24 62:15 64:2 65:24
73:15 81:13 108:23 150:3
168:4
**reality** 66:18 106:22 142:17
**realize** 109:17
**really** 33:19 50:18,20 52:3 54:11
58:3 61:22 64:22 65:11 71:9
83:5 93:24 94:9 101:6,14
113:20 114:5 120:6 144:6
**REALTIME** 1:25
**reappeared** 52:17
**rear** 113:20
**reason** 19:23 41:14 43:25 44:22
59:24 60:16 64:25 74:19 80:24
89:23 91:1,2,2 92:14 93:17
94:4 96:10 108:22,23 121:7
127:16,21 150:3,25 151:20
**reasonable** 43:22,24 44:15
45:24 48:2 49:13 63:4,12,16
87:25 88:5,18 90:6 108:23
137:9 139:11 149:4,22 150:2,3
150:6,10 153:23 156:19 158:9
158:16 159:6 160:17 161:11
162:7,21 164:8 165:8,23 166:3
**reasonably** 14:6 162:14 166:4
**reasons** 32:12 35:10 41:17 93:7
154:5
**rebel** 15:23 23:19 29:21 35:19
38:24 51:15,25 127:19
**rebels** 10:9 15:19 24:8 52:7 61:4
118:12
**rebuttal** 45:4 121:20
**recall** 15:11 17:14,16,17 18:12
32:6 35:13,15 36:3,14,16 37:8
38:23 42:3 106:5 112:1 117:13
117:13 118:20 122:11 125:16
136:3 141:16 143:13
**recalled** 15:10 30:24 31:5 118:25
119:1 136:19 141:15
**recalls** 17:11,13 18:14,15 30:23
31:2
**recant** 58:25
**recaptured** 18:20 22:6 53:1
60:21 86:14
**receive** 12:7 15:23 48:18 72:24
**received** 2:17 20:13 21:25,25
26:16 73:20 82:6 83:24
**receiver** 163:9
**receives** 91:12
**recess** 44:21 45:6 104:18,21,22
147:9
**reckless** 55:13 138:22
**recognize** 54:3 79:1
**recognized** 25:4
**recognizes** 27:22 54:2 164:15
**recollection** 14:19 25:13 150:16
154:15
**recollections** 135:4 136:11
**recommend** 170:19
**reconciled** 93:4
**record** 2:6,8 82:10,11,14,20
83:4 100:22 138:3 140:12,13
150:15
**recorded** 32:7
**records** 71:7

**recounted** 32:14 112:23
**recovered** 50:16
**recruit** 11:22
**recruited** 9:17 10:16 127:23
**recruiting** 9:15
**recruitment** 10:14 127:22
**recruits** 9:21 10:18 11:10 21:23
84:16 142:7
**red** 55:16,24 56:3 71:3 77:24
107:11
**redacted** 111:24 147:19 169:14
**redragged** 117:17,19
**red-roofed** 69:8 77:18 78:2,6,25
79:5 125:4,18 127:2 128:5,17
**reeked** 71:18
**reexamine** 167:25
**reference** 99:23 108:16 154:24
**referenced** 32:24 131:12 145:12
**references** 32:7 107:1 131:13
**referred** 21:16 30:14 56:8,19
155:7,13
**refers** 27:8 166:12
**reflect** 28:22 139:12
**reflected** 20:14
**reflection** 30:1
**reflects** 8:25 9:3 10:5 16:22
21:11 24:21 27:17 30:4,10
33:13,21,25 39:9
**refresh** 14:21 25:13
**refreshed** 126:21
**refreshing** 14:19
**refugee** 29:10 54:14 55:25 66:16
67:1 77:24 93:9
**refugees** 10:6,11,15 24:10 25:7
55:15,17 61:13 116:2 130:4,6
130:7,11,11,13
**refusing** 32:1 61:3
**regard** 105:21 106:7 110:15
112:4 114:9 118:18 122:8
128:5 130:2 134:19 135:10
137:10,24 143:23 144:11
145:6,13,23 158:2 162:1 169:3
**regarding** 171:4
**regardless** 12:16
**regards** 117:10
**regime** 143:4 145:6
**regions** 48:5
**register** 71:9
**regulation** 96:20
**rein** 142:10
**reject** 107:9,17 122:6 137:14
**relate** 47:13 107:3
**related** 23:2 25:1 112:2 121:12
121:13
**relates** 42:24
**relating** 21:22
**relation** 13:15 38:6,7 155:11,15
161:2,18 162:17 163:4,16
164:1
**relationship** 66:22 71:25
**relatives** 29:14 67:24
**release** 25:14 114:19
**released** 15:9 26:10 31:23 59:5
70:11 94:13 112:11 116:18
**releases** 114:11
**relevant** 27:20 93:6
**reluctant** 9:7
**rely** 47:18 48:1 49:4,8,11 74:15
77:10 96:14 150:8 170:15
**remain** 36:10 41:17 71:17,20
73:13
**remained** 7:20 30:9
**remains** 11:25 16:9 17:25 33:9
50:3
**remark** 141:9
**remarkably** 132:20
**remarks** 107:4 108:16 141:6
**remember** 14:18 19:20 20:9

21:22 34:25 35:1 36:5 40:15
43:7 44:24 57:24 68:20 88:4
96:18 101:2 102:10 103:3
110:9 112:19 116:18,25
117:23 118:8,11 125:6 127:8
128:11 135:5,15 139:17
150:15 152:12 168:4
**remembered** 19:23 20:7 31:12
139:4
**remembering** 136:2
**remembers** 19:14 20:16,18,19
135:14 145:21 152:11
**remind** 116:14
**reminds** 146:18
**remote** 98:15
**remoteness** 103:22
**removal** 31:18
**renew** 4:4
**repeat** 45:15
**repeated** 28:16 29:2
**repeatedly** 66:3,4
**repeating** 4:19
**repeats** 4:17
**report** 25:12,13 56:5,8 65:21
82:6 94:3,13 125:1
**REPORTED** 2:7
**Reporter** 2:8 174:6
**Reporter's** 2:14
**reporting** 70:11 91:25
**reports** 19:13 66:4 94:1 95:8
127:25
**representatives** 55:16
**reprieve** 112:18
**reputation** 79:25
**reputed** 77:5
**request** 66:14 147:20 172:9
**require** 149:17
**required** 150:1 165:19
**requirements** 27:4
**Research** 34:23
**reserved** 160:1
**residence** 40:21 41:21 46:20
**residency** 94:16
**residents** 14:23 29:13
**resist** 101:20
**resisted** 22:10
**resources** 55:22 79:22
**respect** 5:22 30:18
**respective** 5:22
**respectively** 155:6
**respond** 104:1 168:25
**responded** 20:11 30:3
**response** 35:22 66:14 104:11
130:24
**responsibility** 8:17 72:11 85:3
**responsible** 28:2 32:4,23 41:5
46:3 99:5,17 157:23 161:22
164:25 165:3
**rest** 106:12,16 171:22
**restored** 117:2
**restricting** 11:10
**restroom** 5:3
**result** 22:5,13 24:18 32:16
114:18
**resulted** 110:2 114:11
**resulting** 31:18 115:10 146:2
**results** 159:19
**Resume** 3:3
**retire** 43:15,20
**retold** 45:12
**retrieved** 8:5 21:21 43:5
**return** 44:21 147:4 167:16
168:19 170:21,22 171:4,22
**returned** 8:4 20:5 21:9 43:4
169:1
**returning** 17:14 22:11
**returns** 5:9 45:8 98:21 105:1
148:19

**revealed** 129:4
**review** 12:7 171:14
**Richie** 31:2 81:4,6
**rid** 69:14 115:23
**ridiculous** 61:17 71:21
**rifle** 52:24
**rifles** 7:12
**right** 4:24 43:10 52:14 56:7 57:9
59:20 62:21,24 74:11 97:8
101:5 104:13,14 109:21,22,24
125:11 127:3 129:1,8,11,13
173:7
**righteousness** 146:20
**rights** 92:6
**rim** 30:13 33:1,23 132:16
**risk** 74:10 122:21,24
**ritual** 97:16
**rival** 29:19 39:1,3
**River** 14:24 15:2 26:12 29:16
52:2
**RK-28** 32:6 140:14
**road** 11:11 24:3 42:1,4 141:14
**robbed** 95:5 96:3,5
**robbery** 94:1
**Rochlin** 1:17 5:25 105:12 131:11
140:19 147:16,19,24 148:6,11
148:13 169:10,13,18 172:22
173:3
**rock** 51:3 123:10
**rocks** 144:11
**rod** 7:8 30:16
**rods** 7:11 30:21
**role** 11:3 81:25 143:25 146:1,13
**roll** 11:5 94:10 146:20
**rolled** 41:2
**rolling** 64:7
**room** 37:20 63:6 125:17,23,25
126:2,21,23 127:3,7 149:1
167:14 168:7,16 170:18
171:14 172:16
**rooms** 128:6
**Roosevelt** 51:20
**rope** 59:10
**rosy** 112:22
**roughed** 95:25
**round** 69:8
**Roy** 1:8 6:11 8:24 9:1,6 80:10
**rubbed** 39:11
**RUF** 10:9,14 15:21 118:12
**Rufus** 6:25 7:4,9 11:24 12:3
17:17 18:4 29:13 30:18 32:1
33:1,9,15 46:8 86:10 87:6
108:4 110:20,23 112:11,16
118:6 119:19 121:14 125:17
126:6,15 132:12 133:4 140:12
141:5,9,12,18,23,24 142:4
144:16
**rule** 4:7
**rules** 14:7 28:24 132:7 148:25
**run** 7:6 30:13 51:11 59:19 80:2
84:9 131:3
**running** 10:8 32:25 33:23 41:12
62:9 126:9 132:16 144:14
**runs** 30:15 131:5

---

**S**

**saber-rattling** 114:24
**sad** 62:16 93:5
**safe** 33:20
**safer** 49:7
**safety** 96:19
**sake** 76:4
**salt** 7:20 39:10
**Samuel** 51:13
**Samukai** 29:10 66:3,16 71:8
**sanctions** 158:24 159:1,1,3
**sand** 24:11

sane 88:19
sat 7:14 36:17 41:4 52:5
satisfied 142:15
saved 86:14 111:20
saw 15:17 16:10 24:3 25:11,15
  42:2 52:12 54:23,24 55:25
  56:13 67:19 68:6,12,14,16,18
  70:3,11 75:8,8 76:2 77:19,23
  77:23,24,24 84:7 86:15,20
  96:22 102:11 103:16 107:22
  110:10 125:6 128:13 129:23
  130:4,6,8,10,11 133:1 142:20
  142:22 143:1 144:16
sawed 60:4
sawing 20:16 21:4
saying 6:25 48:3,15,17,23 49:11
  55:25 58:13 62:13 68:21 72:19
  72:20 75:8 77:12 87:25 96:3
  107:14,16 117:4 120:23 145:9
  151:9
says 53:19,22 54:10,12 56:24,25
  57:15,18 58:12 60:3,20 61:5
  62:22 65:4,8 66:2,5,23 77:15
  80:19,20 82:5,14,18,21,21
  87:11,21 88:10 91:3,15,16,16
  91:17,21 92:21,23,24 94:9
  96:8 114:24 125:18 140:21
  145:10
scalding 7:17 38:18,25 44:6
  146:2
scale 37:2
scanner 143:16
scanty 143:25
scar 19:4,10,11 30:7 33:11 37:3
  133:25 134:1 144:16
scare 56:11
scared 7:5 75:7,8 81:9
scars 22:16 32:9 33:4,4,5 37:9
  37:10 40:24 133:7
scene 42:4 49:25 50:2,2,6
  114:22 157:15 165:5
schedule 65:1
scheme 156:8,11 157:7
schemist 115:15
school 141:17
schooled 121:6
scientific 133:17,19
scientifically 38:15
scientist 133:25
scoop 38:19
scorpion 78:7 126:3,4,5,6,11,12
  126:19 128:7,14,20
scratch 94:23
screamed 20:18 21:5
screen 125:15
scripted 39:5
sea 23:23
seared 139:10
seated 4:3 5:10 45:9 105:2
  147:12
second 22:20 53:12 60:21 61:18
  63:22 78:1 90:10,12 93:11
  114:4 125:8 149:5 154:21
  156:23 158:5,12 159:9 160:15
  161:15 162:4,10,24 163:1,25
  165:24 166:6 167:1 169:18
  171:15
Secondly 119:17
seconds 62:18 130:10,14
secret 46:24 91:9 124:13 128:1
  167:17
Section 172:4
securities 69:16
security 10:14 15:4,11 27:18
  40:21 42:13 68:1 80:13 94:4
  95:10 148:2,18
see 5:23 12:6 16:17 33:7 44:25
  45:5 48:13 53:16 56:12,15

57:4,23 58:19 60:23 61:2,5,15
  63:25 64:1 65:16 67:14 69:5
  69:10 70:1,10,22 71:15 74:23
  75:10 77:22 79:12,13 83:20,23
  84:1,1,3,4,13,14,14 95:10
  96:25 97:14 101:4 110:8
  111:10,23 113:2 119:8,14
  122:24 123:18 125:8 127:1
  130:17,23 131:13 142:20
  161:7 170:2
seeing 42:4 57:21 121:16 132:14
  132:18 142:4
seek 32:11 168:5
seeking 10:17 123:13
seen 8:25 11:25 18:2 22:15
  26:13 31:4 36:9 39:22 50:9
  67:23,24 69:11 79:2,3 98:10
  124:7 130:19 141:9 146:17
  147:15
sees 70:6 92:3,4
seized 22:5 40:20 41:18
select 55:13 168:7,12 170:18,19
  170:24
selected 15:24 76:15 171:8
selection 168:11
self 164:16
self-serving 120:25
send 59:21 104:1 113:9 115:23
  116:2 169:4
sending 42:16
sends 63:6
senior 25:8,9
sense 8:15 43:25 55:2,6 59:15
  60:7 63:1 94:21 97:6 98:20
  100:20 104:5 106:19 107:7
  108:13,16,17,22,24 109:1,6
  110:5 120:6,7,9 123:8,19
  124:6 126:7 131:6 135:2
  136:12 138:16,25 139:13
  141:3 150:4,25
sent 34:6 60:22 69:15,18 113:18
  114:7 115:11 116:17 117:16
  119:15 122:25
sentence 93:7
sentencing 49:11
separate 14:2,4 41:10 75:17
  93:6 107:18 140:9 154:22
  155:23 160:23 162:16 164:5
  166:25
separated 15:4 52:5 98:16
separately 57:16 140:10 167:2
series 25:2 99:12 111:13,23
serious 23:6 45:22 46:2 57:8
  94:25 113:20 114:5
seriously 23:10
servants 95:9
serve 171:8
service 105:7 142:7 172:5
services 107:16 170:5
serving 163:19
session 120:17
set 4:12 23:5 25:22 98:7 171:13
setting 25:8 106:18 132:4,5
settling 10:12
seven 122:2
severe 6:8 16:22,23 20:25 26:4
  27:1 28:22 29:1 31:9 41:6
  42:18 146:3 155:4 158:22
  159:8,15,18,20,23
severed 16:7
severely 113:23
severity 159:20 160:4
sex 82:7 83:14 84:3
shape 36:24,25
share 46:24 91:9 147:22
sharp 23:1
sharpen 53:7 59:9
sheer 63:24

shell 112:5
shift 122:2
shirt 36:1
shit 16:20
shock 42:16 137:11,17,21,22
shocked 37:7,14 38:22 40:7
  45:14 96:17,25
shocking 38:24 42:20
shocks 7:19,25
shoot 52:12 55:13 57:4
shooting 21:1 69:11
short 35:25 104:22
shortly 50:1 102:13
short-circuit 146:24
shot 15:25 16:2 38:18 57:2 64:23
  81:5 91:8 97:4 99:21 103:15
  115:24 117:7 125:16 127:1
  138:19,24 139:2
shoulder 7:7 36:24 40:16 144:15
  144:17
shoulders 85:22
shoveled 30:21
shovels 7:10
show 12:19,24 14:16 18:4 56:22
  78:3 81:21 82:10 125:11
  126:22 134:14 147:17 156:18
  161:10
showed 7:13 41:2 65:19 78:2,3
  78:13 140:19
showing 23:22 33:3,4 36:10,10
  36:23 37:1 40:17 172:4
shown 8:17 14:16 19:11 56:5
  163:23
shows 6:10,14,18,21,24 8:8 11:7
  31:25 32:8,9 38:8 65:17 73:21
  116:14 130:1
shrewd 113:7
side 36:19 37:17 40:16 43:6,10
sidebar 2:25 3:2 169:7
sides 8:4
side's 5:22
Sieh 9:17 10:21 11:12,22 12:3
  17:19 21:22 30:14,25 31:5
  46:5 47:8 78:10,18 80:16 83:8
  83:16,19,20 84:2,4,7,8,18 85:1
  85:8 87:1 117:14,18,22,25
  132:13,15,16 142:3,6,6,11,19
  142:25 144:12
Sierra 10:7 15:4,20 25:6 46:16
  47:11 60:22 62:4 73:25 75:16
  76:24 86:10 113:9 119:14
  141:12
sight 16:5 23:23
sign 128:7 135:2,2 168:18
signal 59:21
significance 135:18 152:15
significant 27:11 143:23
signing 86:21
signs 94:15
silencer 163:10
silly 95:13
similar 5:15 17:18,23 21:7 45:20
  76:17,17 114:10 115:19
  132:20
Similarly 32:14 110:15 111:3
  137:4
simple 63:12 81:19,25 135:12
  145:19 152:9
simpler 63:8
simply 12:14 32:15 37:14 45:15
  45:17 49:11 51:2 79:15,16
  121:2 123:15 133:17 134:17
  135:17 145:3 152:14 168:20
  171:17
single 56:1,2 68:14 71:16 81:1,3
  81:4 87:5,6 91:5 98:16,17
  121:24 122:1 149:13
Sinkor 32:2 37:20

Sir 57:3
Sirleaf 83:2
Sise 35:13
sister 46:6 54:12,13 56:14 66:24
sisters 54:17
sister-in-law 72:24
sit 11:19 18:9 75:11 100:14
sits 98:21
sitting 37:14 46:3 82:5
situation 47:24 104:11 124:10
sit-com 62:15
six 89:9 93:21 123:21 130:10,14
size 11:18 17:24 84:2 85:9 99:10
skepticism 119:5,7
skin 19:8,9 29:4 38:16
slapped 99:21
sleep 39:24 77:18
sleeve 41:2
slightly 49:18 136:14
slowly 25:19,20 67:11 88:17
small 47:2 52:10 58:16 75:5
  85:13 99:8
smart 74:9
smell 71:18
Smith 73:2,2 123:22,23 125:7,7
  128:3,19 129:3 130:2,6,14
smuggled 66:20 94:14
soccer 41:12 83:14 84:4
society 80:22
SOD 118:12
sodomized 7:24 42:16
sodomy 30:12 84:3 111:5,6
soil 104:1
soils 16:24
soldier 12:5 20:9,11,13,15,16
  21:2 25:3 30:16 68:1 77:3
  92:12 117:15
soldiers 7:7,12,20 9:19 15:18
  16:4,13,15,18 17:5,9 18:11,14
  18:16 20:4 21:21 22:4,6,10
  28:7 30:20,23 32:23 33:22,22
  33:24 36:21 39:10 42:11,11
  43:3 44:5,8 52:25 68:13 75:20
  85:21 129:11,14 136:18 141:2
  142:8
solely 168:2
somebody 27:25 49:2 54:2,13
  57:25 59:25 61:9 62:12 65:4
  66:25 68:2,3 72:21 73:1 75:3
  80:1 82:17 85:15 87:8 89:15
  89:17 92:5,5 95:3 96:4 98:18
  99:21 114:15,17 115:17,25
  127:9,24 132:3 141:19 142:1
  145:7
somewhat 87:24
son 8:19,20 58:5 64:8 72:2 76:8
  77:5 82:18 92:13 96:7 125:2
  141:20
soon 171:11
sores 25:17
sorrow 107:24
sort 71:25 75:25,25 90:19 91:9
  112:23 119:9 137:13
sorts 55:11
sought 115:6 116:4
sound 62:15 95:1,16 123:19
sounds 39:20 55:4 62:6,15 86:1
  95:16
source 138:2
sources 48:11 97:1,20
south 52:1 55:12
SOUTHERN 1:1
so-called 11:14 112:18
space 39:19
speak 24:9 57:11 128:2 147:4
  168:9
speaker 3:7
speaking 133:12

189

**speaks** 169:16
**special** 9:11,15 170:10
**specific** 26:25 38:11 149:4 155:3
159:8,15 165:13,17 167:9
**specifically** 37:8 51:25 158:22
**spectator** 165:10
**speculate** 59:15 134:17 154:4
**speculation** 122:22,23 134:6,6
137:25 138:5
**spend** 79:20 121:10 128:4
**spending** 73:8
**spent** 82:9 121:9
**spill** 38:18
**spilled** 7:18
**split** 51:18
**spoke** 103:1 109:11
**spoon** 21:20 22:2 53:7 59:2,5
**spoons** 22:1
**spot** 40:18 82:8
**spread** 75:6
**spree** 113:11,15
**spur** 98:4
**spying** 128:1
**squeeze** 84:25
**Sr** 9:6,12
**SSS** 28:11 36:1 80:1
**SSU** 99:10
**St** 14:23 15:2 26:12 29:15 52:2
**stab** 18:11 22:18
**stabbed** 6:16,21 22:14,24 30:20
62:22 97:4
**stabbing** 23:1 29:7 33:5 53:12
**stabbings** 7:11 44:3 113:22
**stabs** 53:9 62:20
**staff** 89:13
**stake** 124:23,24
**stamp** 128:25
**stand** 16:10 18:9 41:4,4 45:13
47:23 49:17 58:24 72:25 74:3
74:14 75:10 78:1 86:6 89:18
114:12 116:4 134:12 137:6
138:7 139:19 140:1
**standing** 62:24 115:5 157:18
**stands** 65:8
**stank** 118:3
**stare** 7:23 42:12
**start** 5:16 11:6 80:15 99:1
**started** 52:1 58:16 59:20 85:13
99:9 109:23 126:9 136:21
**starts** 67:11 95:9
**state** 8:10 166:12,23 170:11
**stated** 38:12
**statement** 22:10 35:1 93:1 98:19
98:20 112:20 120:13,14,25
121:4,8 124:22 129:4 141:4
143:8,19 144:21 152:19,21,23
152:25
**statements** 9:10 11:2 25:24,25
26:14,17 32:3,5 49:25 50:5
57:25 58:9 102:9 104:2 107:5
133:18 138:9 145:24
**States** 1:1,4,14 2:8 8:17 27:4,6
40:23 44:11 46:5,19 49:3
55:21 72:13 74:3 85:22 96:10
98:21 100:14,25 105:25,25
106:2,5,8,10,11,15 107:22
108:10 122:16 123:2,3 155:22
156:2 158:17,18,19,20 159:14
160:6,22 162:15 174:6
**station** 16:18 17:9 18:3 31:24
34:7 39:15,15 41:17,19 52:19
52:21 56:23 72:18 73:4 94:4
114:15 121:25
**stationed** 70:24
**status** 27:9 138:7
**stay** 39:24 57:24 73:8 92:15
100:8 123:9 171:21
**stayed** 54:21 69:3 83:12,17

93:10 129:8
**Ste** 2:9
**stealing** 62:7
**steals** 95:4
**stems** 18:15
**step** 170:23
**stepfather** 8:20 9:6
**stepped** 17:13 43:4
**stepping** 8:3 17:11
**stereotyped** 107:1
**sticking** 114:15
**sticks** 84:15 135:25 136:6
**stinging** 30:21
**stinking** 40:12
**stole** 62:14
**stomach** 43:9
**stomped** 52:25
**stone** 30:11
**stones** 85:18
**stood** 17:25 41:2,4
**stop** 33:21 64:2 102:15,16
**stopped** 51:23
**store** 41:15
**stores** 94:1
**stories** 45:20 60:11 76:21 91:6
93:3 111:25
**story** 45:12 55:1,6 64:7 67:6
75:12 76:13,16 81:3,4 82:4,21
85:2 87:21 91:18 93:19,25
94:25 95:1,6 109:14 110:12
138:15 145:4
**strange** 91:6 145:4
**strategy** 115:22
**stream** 146:21
**street** 1:19 2:4 78:25 79:6
**strength** 111:1 146:8
**stretching** 100:6
**strict** 149:24
**strike** 107:23,24
**stripe** 78:22
**stripes** 85:7
**stripped** 36:1
**strong** 47:15 66:1 111:2 146:12
**strongly** 112:24
**struck** 7:7 17:5
**structure** 35:14
**struggling** 62:21
**student** 34:19,19
**students** 144:24
**stuff** 61:14 62:5 75:21 100:19
**stuffed** 36:2
**stumbled** 62:18
**stupid** 116:10
**style** 127:22
**subject** 14:7 31:17 100:7 123:4
170:9
**subjected** 110:22 144:13
**submit** 11:6 16:22 19:25 24:20
28:21 36:25 43:25 44:13
106:19 107:9 108:11 109:1
114:21 119:1 120:21 123:18
124:5,23 130:23,25 133:8,16
135:1,20 136:1,8 137:8,12
139:14,22 141:5,11 145:16,22
**subpoena** 9:7 11:1 25:1 122:13
**substantive** 14:10,13 26:22 28:4
29:9 33:15 38:4 155:7,14,17
155:20 157:23 161:22
**succeeded** 156:16
**successful** 12:17 93:25 95:2
118:9
**successfully** 12:18
**sudden** 80:11
**sue** 46:9 82:22
**suffer** 7:9 67:9 101:21 144:9
**suffered** 11:23 18:21 26:4 32:10
48:10 50:17 82:2 101:19,21
144:9 146:10

**suffering** 6:8 8:1 11:21 17:3
20:25 27:1 28:23 29:2 31:10
41:7 42:18 50:17 64:3 76:25
76:25 104:7 147:1 155:4
158:23,23 159:8,16,18,20,23
160:4
**sufficient** 120:8 144:5 157:12
164:7 165:7 166:2
**suggest** 105:20 106:4 111:9
113:25 129:2,20 130:15
131:14 132:3 134:18 136:10
136:25 142:16,25 151:18
153:9
**suggested** 24:16 110:19 120:1
120:15 134:3
**suggesting** 24:14 114:12
**suggestion** 109:3 111:3 115:10
127:14 133:3,4 138:10
**suggestions** 132:24
**suggests** 106:15 114:20 121:13
122:4 123:11 131:6 138:21
140:4
**Suite** 174:6
**Sulaiman** 6:15 11:24 12:3 14:24
15:6,15,25 16:6,13 17:6,11
18:4,6,14,19 19:15 20:3 22:5,8
22:21 23:2,3,13,25 26:24
28:16,17 46:14 86:10 87:6
118:11 132:13 133:4
**sum** 26:15
**summarily** 57:2
**summary** 154:25
**summoned** 119:21
**Superseding** 149:6 154:21
158:5 160:15 162:4,24 163:25
165:24 166:6 167:1 169:18
171:15
**supervised** 35:9
**supplied** 99:2,2
**supplying** 11:4
**support** 15:21 31:7
**supported** 10:10
**supports** 44:16
**supposed** 42:24 55:18 87:25
99:7 101:23 102:1 109:4
**supposedly** 118:19 121:22
142:22
**sure** 71:25 73:18 104:13 105:8
114:14 169:13 172:25
**surely** 67:11
**surprise** 85:16
**surprised** 128:2
**surprising** 118:17
**surrounding** 153:16
**surveillance** 124:14
**survive** 62:10,14 110:6,7
**survived** 61:16 111:18
**survivor** 111:12
**survivors** 110:4
**survivor's** 110:5
**susceptible** 111:22
**suspect** 140:5,6 169:19
**suspected** 85:18 93:15
**suspects** 59:10
**suspense** 64:7
**swamp** 11:16 17:16,18,20 71:21
**swampy** 17:20
**swarm** 84:18
**Sweden** 26:14 46:15,16 48:18
49:2,9 58:1,12 107:21 108:10
122:16,21 123:10 139:6,20
**Swedes** 112:9
**Swedish** 66:21
**swim** 94:10
**symbol** 78:8,9,11 126:4 128:8
128:19
**sympathy** 149:9
**system** 114:14,16

**s-c-h-e-m-i-s-t** 115:16

**T**

**t** 64:7 174:1,1
**tabie** 16:14 17:12 33:4 97:6
133:10
**tabied** 23:10,13 29:23 68:3
142:23 143:1,3
**table** 2:12 39:10
**take** 5:16 26:5 44:20 47:21 48:20
50:4 52:17 53:20 54:16 58:25
64:19 65:4,5,9 72:23 74:10
83:25 87:7 88:9 94:5 95:6,11
96:6 102:6 104:2,17,18 114:23
114:25 115:16 119:5 121:17
121:18 125:12 127:5 128:15
140:2,13 147:8,16 154:8
168:12,16 172:18 173:1
**taken** 12:1 16:3,17 24:2,4,6,11
24:22 29:20 31:3 34:5,9 35:15
35:25 39:22 41:18,20,25 42:1
48:21 51:13 52:4,6,19,22
53:18,25 64:21 65:14 66:4,15
67:20 69:3,4,9,9 77:21 78:6
91:10,14,15 92:3,16 117:17
94:5,9 95:19,25 102:11,22,24
102:24 105:8 118:8 119:15
141:5 154:10
**takes** 65:1 87:1
**tale** 94:20,23 110:5
**talk** 42:23 51:9 70:18,25 71:3,4,5
72:18,20,22 77:14 84:16 100:8
100:14 101:24 102:2 121:14
122:3,20 129:6,10,14,18,24
130:16 134:21 135:4 136:19
142:4
**talked** 36:6 70:20 83:10 118:11
128:21
**talking** 46:6 52:11,11 59:13,14
70:16 73:23 75:8 83:19 97:23
99:4 100:10 120:23,24 121:9
121:10 124:8 126:21 137:7
**tapping** 40:15
**Tarso** 73:1 74:25 123:22,25
124:11 131:3
**task** 63:8,12
**Taylor** 1:8,9,10 6:12,12 8:21 9:3
9:8,12,14 10:10 23:8 17,19,17,19
24:5,7,10 28:15 34:6,9,13
35:16,17,22 39:2 41:22 46:23
51:24 53:15 61:5,7,10 85:10
87:24 88:15,16 90:2,3,21,25
91:8,10,24,25 95:18 97:25
98:9,12,20 111:21 112:3 113:3
113:6 114:13,22,24 115:5,10
115:15,20,23,25 116:6,10
119:21,23 122:24 124:16,20
124:25 126:9 127:4,20,20
130:4 131:17 137:11,17
138:10,16 140:3 141:1 143:4
143:21
**Taylor's** 15:21 29:19 39:4 91:8
**team** 41:12 50:3
**tears** 147:1
**technical** 170:9,11,12
**techniques** 109:9 165:13,18
**teen-age** 80:5
**telephone** 3:6
**television** 76:3
**tell** 4:17 19:22 41:23 47:14 68:9
70:12 79:6,14 80:23 81:8
82:22 88:4 92:11,19 101:8,11
110:7,12 112:12 114:13
130:19 135:2,11 145:3,9
151:20 169:4
**telling** 11:12 63:7 74:10 76:9
86:2 90:7 97:17,18 98:17

130:23 135:13 145:20 151:19
152:11 153:7
**tells** 63:6 92:25 98:22,24 99:6,19
**temptation** 101:19
**tend** 19:20 135:14 152:12
**tender** 8:5
**tendered** 169:9
**tending** 151:6 152:4
**tens** 77:7
**tensions** 10:5
**term** 117:25 133:6,13 150:13
160:1 163:6,8 166:5
**terms** 117:10 153:13
**terrible** 130:17
**terror** 40:3 56:11
**tested** 131:23
**testified** 7:5 11:15 18:22,24 19:7
22:2,17,21,23 23:7,11 25:13
25:24 26:3 30:9,25 36:20 37:5
37:6,10,15 38:19 40:2,15
41:25 43:8 54:23 60:24 76:2
82:24 83:4 101:6 102:17 103:7
103:9 108:5 111:1 113:16
114:10 117:18,25 118:19,21
119:23 121:16 123:25,25
125:23,24 126:17 127:8
128:11 130:6 131:7 132:14,15
132:18,20 136:20,23 137:16
138:21 141:13 142:6,11 143:1
146:1,11 151:24 152:4
**testify** 9:7 39:23 120:5 122:18
123:17 139:7 149:19
**testifying** 14:18 110:9 117:14
120:8 151:15
**testimony** 5:13 9:6 11:11 15:6
15:11 17:17 21:22 23:24 24:12
24:24 26:8 29:11 32:18 34:4,8
34:12,15,16 36:5,5,14 37:9
38:2 39:9 40:5,8,19,21 41:1
42:3 88:1,5,21 101:15 112:2
112:15,20 114:9 116:19,25
117:14 119:13 122:5,6,17
123:2,14,16 125:16,22 126:3
126:13,15 131:3,22 134:11
135:5 136:4 137:14 141:23
142:5,16 144:12 146:5,10
149:8 150:14 151:3,13 152:1,1
152:8,18 153:22 154:20
165:11
**testy** 128:22
**thank** 5:7 44:19 104:16 105:3,6
105:13 141:8 147:7 172:11,21
172:22
**thanks** 46:11
**thatched** 17:25
**thatches** 84:15
**theft** 95:8
**theirs** 72:11
**theme** 119:4,17 128:10
**they'd** 70:7 75:11,12
**thigh** 8:7
**thing** 45:17 49:4,8 54:8 57:21,24
62:7 74:7,13,13 88:3 95:5,8
100:9 102:7,7 113:24 121:17
131:10 132:18 136:20
**things** 8:9 9:7 19:20,21 21:23
34:18 45:15 47:14 51:7 57:12
58:25 62:17 63:1 66:9 75:5
77:3,13 83:1,3 84:22 88:8
89:18 94:10 96:20 98:15 99:14
99:18 100:24 102:3 103:2
112:21 115:17 124:19 127:18
127:21 129:10,14,24 130:16
131:1,1 132:14 134:23 135:6
135:15,15,21 139:17 146:16
151:24 152:12,13
**think** 27:5 36:4 40:16 45:10 55:2
55:20 58:1 64:2,4 66:6 72:16

73:15,15 75:1 78:24 83:19
95:1 109:16,16,20 116:9 129:4
133:6 146:6 148:16 168:2
169:9,23 170:2 172:1 173:8
**thinker** 116:1
**third** 59:2 60:8 156:24 158:14
159:11 161:16 162:13 163:3
**thought** 58:2,7 78:3 86:19 100:6
101:19,22 110:20 115:17
139:21
**thousands** 77:7 120:4,11 130:13
**threat** 79:23
**threaten** 65:5
**threatened** 23:19 24:10 73:14
74:6 82:25
**three** 4:14 15:24 25:11,25 52:8
52:13 53:16 55:13 57:1,4,16
70:6,8 82:9 93:6,14 102:8,9
119:14 122:15 138:20,20,23
139:2 142:11 171:6,20
**thriving** 46:20
**throw** 23:11
**thrown** 112:25
**tie** 17:14 59:9,10 97:6,9
**tied** 16:8,13,15,16 18:24 29:5
57:18 59:3,16 60:3 86:15
**ties** 85:16
**tiger** 78:22 85:7
**tight** 92:11
**tightened** 118:7
**time** 3:5 4:6 5:14 9:3 12:10 14:5
17:9 22:11 23:10,13 33:8 34:2
39:22 42:10 43:17 44:21 45:22
47:4 48:9 50:1,4 53:12 60:21
61:18,23 63:22 64:19 65:1
68:2 70:4,6,7 82:16 83:12
94:11 97:24 98:16 101:7
102:12 105:8 106:13,16
112:10 121:9,10 122:3 124:3
130:21 131:6 134:24 141:16
145:13,14 146:6,13,19,22
152:6 153:11,12,13,19 154:11
154:11,21 158:13 162:12
168:12,23 169:5,12 170:17
171:8
**times** 7:2 10:19 11:19 102:10
125:5 131:8,18 133:11 136:8
136:11,12 141:14 153:15
**tiny** 128:25
**tipped** 109:22
**tired** 81:22
**Title** 155:22 158:17 160:22
162:15
**today** 19:12 46:4 47:23 58:19
76:19 80:18 171:4
**Toe** 114:10
**toes** 21:17 83:22
**told** 9:22 15:9 22:13 25:15 32:14
37:2,16,23 40:5 42:10,14,17
42:19 43:1 45:19,20 53:20
57:5 58:11,12,24 60:25 61:19
66:11 68:18,19,20 69:5,13
73:17 75:21 83:11 85:11 90:23
91:7,17,21 92:19 101:10 103:2
103:5,10,11,12 123:8,13 145:3
145:4 165:15 169:25
**tolerated** 93:13 97:11
**tomorrow** 61:20 103:25 148:9
170:20 171:4,10,22 172:7,14
172:25
**tools** 103:21
**top** 46:24 91:14 97:3,5 136:6
**topic** 117:9 134:21
**Torh** 31:15,17 33:18 112:2,15
**torment** 8:1 41:6
**tormented** 136:9
**tormenting** 145:10
**Tornabene** 40:22

**torture** 6:13,24,25 13:12,16 14:8
14:10,12 22:9 29:1 30:1 32:13
33:15 41:7 44:7 87:18 97:1
99:4 101:9 105:20 106:1,14,17
106:20 120:3,8 121:6 122:21
155:2,8,12,12,16,16 156:2,25
158:20,21 159:4,11,13,20
160:1,5
**tortured** 21:17 32:8,15 40:6 46:1
68:19 74:7,12 88:6 92:13 96:1
99:22 100:13,20 101:9 120:5
120:10,12 138:12 140:23
141:1,25
**torturer** 80:21 141:19
**torturers** 138:10
**tossed** 16:17
**TOTAL** 1:25
**totally** 124:17
**touch** 65:16
**touchstone** 108:17
**tour** 81:12
**town** 75:5 124:5 128:25
**townspeople** 131:9
**track** 32:11 56:6
**tracked** 46:7 54:4
**tracks** 54:4
**train** 10:17,18 79:9
**trained** 9:18
**training** 9:19 10:19 24:19,23
26:10 34:10 53:25 65:14 70:7
78:21 115:11 116:2 170:10
**trajectory** 110:2
**transaction** 157:2,15
**TRANSCRIPT** 1:13
**transcription** 1:25 174:3
**transport** 17:1
**transported** 39:13 56:22 102:18
163:12
**traumatic** 20:1
**traveled** 25:10
**traveling** 52:1
**treason** 91:13
**treated** 40:22 118:23
**treatment** 17:1 18:17 32:1,12
138:14 140:21 144:19 160:3
**trembling** 65:7
**trial** 1:13,22 5:16 58:20 82:18
91:19 97:13 102:14 103:6,11
105:7 131:21,24 138:17
141:20 142:2 145:25 149:8
150:22 152:8 154:2,4,5,9
165:11 167:8 172:8
**triangle** 36:25
**tricked** 92:23
**tried** 35:2,19 36:20 46:23 56:2,3
70:23 80:15 89:13,23 91:10
118:17
**trip** 73:7
**trouble** 59:1 95:9 124:1,10
**truck** 15:10 16:17 17:14 23:12
41:10 42:1 52:5 57:19 69:22
86:16 116:25
**trucked** 29:23
**trucks** 52:6 55:11,11 69:3,23,24
**truck-loads** 94:4
**true** 19:25 62:6,13 64:16 68:16
80:20,20,20 123:12 145:22
151:11
**trust** 52:14 80:22 116:21
**trusted** 115:21
**truth** 19:22 41:23 63:7 74:10
76:9 90:7 93:5 97:18 135:13
145:3,20 147:4,5 151:19,20
152:11 153:7 168:5
**truthful** 95:5 153:8
**try** 63:7 71:19,23 72:3,5 81:23
89:15,15 104:12 134:10
156:20 161:12

**trying** 39:24 41:13 45:23 57:23
71:23 84:24,25 90:25 92:7
108:8 113:25 115:3 142:1
143:6 145:8
**Tua** 91:14
**Tuesday** 68:20
**Turay** 6:21,22 11:24 12:3 14:18
14:24 15:6,9,15 16:1,6,14,16
16:19 17:6,7,13,14 18:4,7,12
18:15,17,22 19:11,15,17 20:3
20:9,10 21:9,16 22:2,5,9,13
23:7,11,14,18,25 24:6,21
25:19,25 26:4,16 28:7,25 29:3
29:6,9 46:14 51:12 52:4 53:5,9
54:16 62:20,20,22 65:19 66:2
66:13,24 67:20 68:9,21,22
70:17 71:9,18 72:23 76:11,22
83:13,21 84:14 86:11 87:6
88:24,25 98:14 109:13 110:15
113:16 116:16,19,22 117:11
117:21 118:19,25 119:10,14
119:21 121:10 122:6,9,20
124:8 131:8 132:12 133:4
135:24 136:14,21 138:20
139:6,19,25 140:5 142:4
**Turay's** 6:19 19:2 22:10 53:13
66:20,22
**turbulent** 106:18
**turn** 138:13 146:13 147:3
**turned** 94:7 103:6,7
**turning** 67:12
**turns** 65:4
**twice** 64:18 83:22 86:1 88:8 90:4
125:5
**twinkle** 84:11
**twists** 116:15
**two** 5:3 12:25 13:9 18:21 26:22
34:18 45:16 52:18,20,25 54:1
56:9,19 57:10,22 60:8,11,17
60:22,23 61:2,3,4,5,7,11,13
62:21 64:20 65:15 66:18 70:5
70:8 81:13 82:5 86:14 92:25
93:3 94:4 98:5,18,22 99:17
112:25 113:11 119:8,10,13
121:13 127:18,19 136:4 137:3
137:9 139:1 140:23,25 152:23
156:19 161:11 164:4 166:15
**two-page** 168:15
**tying** 17:12
**type** 37:24 47:25 48:1,18,19
50:25 56:10 85:23 107:5 156:9
**types** 133:20 144:18
**typos** 4:12

---
**U**
---

**ULIMO** 39:3 51:17,18 79:13
85:16 90:20
**ULIMO-J** 51:20
**ultimately** 25:23 27:15 33:12
34:10 41:19
**unable** 18:9,9 19:1 131:15
141:15
**unanimous** 167:15 168:17
**unanimously** 164:9
**unanticipated** 159:19
**unbelievable** 127:15 141:7
145:2
**unbelievably** 71:5
**uncle** 39:1,5 51:19 88:12,14 90:2
103:3
**uncles** 54:17
**unconnected** 12:2 17:22
**uncorroborated** 49:12 90:1
**uncountable** 125:5
**uncover** 39:6
**underdeveloped** 73:16,23
**underdevelopment** 48:6

underground 34:6,11,14 39:16
39:19
underlying 19:9
underneath 39:15,15 40:12
83:16
understand 47:13 94:20 96:13
107:2 151:25
understanding 5:21 12:25 13:5
156:20 157:9 161:12
understands 133:25
understatement 113:20
understood 20:14 21:2
undoubtedly 44:15
unduly 154:16
unemployment 48:7
unexplained 96:10
unfavorable 154:2
Unification 34:20
uniform 87:15
uniformly 129:21
uniforms 21:25 44:9 78:22
unimportant 19:24 135:19,22
137:3 152:17
unintended 159:19
Union 41:11
unit 9:16,23,25 10:2 32:7 64:19
78:20 80:16 85:13 87:2,13,14
87:17 99:1,8 140:22,25 143:20
160:17,21
units 27:14
Unity 29:18 79:21 83:2 127:17
university 34:20 144:24
unknown 14:17 35:11 41:18
unlawful 12:23 13:1,5,11,23 14:1
156:17,21,25 157:7,10 160:9
160:11 161:13,17
unlock 127:9
unnatural 141:7
unpleasant 108:9
unrelated 115:13
unsuccessful 18:20
untruthfulness 123:7
unusual 93:24
unusually 6:7 160:2
unwilling 24:25 141:16
unwillingly 16:25 17:1
unworthy 108:12
updates 61:10
upright 11:19 18:9
urinary 32:11
use 17:5 22:2 59:7,10 74:13
85:24 114:1 128:6 144:21
154:12 155:10 163:14
usually 160:1
utensils 21:25
utilize 165:12
U.N 55:16,24 56:3 58:6 66:22
70:14 71:3,6,9 77:23 96:4
U.S 1:18,22 94:16

V

V 33:16
Vahun 118:13
van 25:9 54:5,5,9 57:17 65:8,17
65:20 66:1,7,14,19,21 71:6
118:20,23
various 27:18 33:2 40:24
Varmuyan 7:15 34:16,16 35:7,15

37:5,10,13,15,25 38:9,12,14
38:17,25 39:4,6 41:1,1,3 43:12
46:11 51:19 107:23 115:14
132:19 133:15 137:15 144:20
Varsay 34:12 36:5 47:2 132:17
vary 139:15,18
vastly 139:23
verdict 44:9,16 104:14 147:3,4,5
147:13 148:4 167:4,14,16,17
168:14,15,16,18,20 169:16
172:14 173:2
version 147:20
VI 162:24
vicariously 139:13
victim 24:1 26:23 28:13,25 30:15
50:8
victims 41:3 46:1 48:4,6,16
56:20,21 106:24 107:10,13,17
107:25 108:2,7,12 109:13,13
115:11 116:13,16 119:18,19
120:2 121:13 131:20 133:3
141:12 144:20
view 11:10 23:22 73:24 88:21
113:7 171:17 172:17
viewed 105:16
VII 14:9 155:6 158:3,7,15
VIII 14:13 38:3 147:21 155:13
162:1,5,20 164:4
village 84:12,13 117:24,25 142:8
142:10,18
villagers 70:20,22
violate 13:14
violated 58:13 164:4,6,8
violation 14:14 155:25 160:25
164:11
violence 4:22 13:16 38:5,6,8
90:4 124:9 155:12,16 161:2,3
161:18,19 162:17,18,23 163:2
163:5,15,17 164:2,3
violent 47:10,20 88:15 131:7
virtually 93:7
visibility 153:14
visit 9:8
visited 125:4
visiting 46:6
vivid 43:11
Voinjama 10:13 14:17,23 25:3
26:11 29:11,13 52:1,1 54:24
55:17 68:6,12 70:4 72:4
voir 101:3 106:6
voluntarily 13:2 122:19 123:1
155:1,10 156:23 157:11
161:15 166:7
voluntary 158:12 162:11 166:17
166:18
vs 1:7

W

waging 9:4
Wait 58:12
waited 35:14
wake 18:22
walk 128:4 146:14
walked 25:19,20 64:16 118:14
wall 11:10 146:16,18
want 4:4,18 40:16 48:3 58:17
61:2,5 68:22 70:13 74:8 77:14
79:24 83:17 85:14 94:16,24
96:13,16 97:11 98:23 100:3,19
113:14 119:8 121:14 122:12
124:21 127:23 129:10 131:2
140:20 147:22 169:8,12,25
172:19,23
wanted 81:1 90:22 98:25
115:23 119:13 126:20 142:12
wants 53:16 60:23 61:15 63:23
121:2

war 8:22 9:4 10:7 21:24 39:2,4
47:20 50:17 64:20 68:2 73:25
73:25 80:5 88:15,17,21 90:3
97:4 104:7 129:14 130:17
warped 104:10
warring 15:20 39:3 129:7
wartime 97:6,7,10
war-torn 106:18
Washington 1:23
wasn't 18:20 37:4,13 54:13 58:4
79:7 81:24 143:10 145:15
waste 79:22
watch 36:17 170:1
watches 136:10
watching 60:10
water 7:1,17 11:16 18:10 26:1
30:4 38:13,13,15,18,20,25
39:16,19,25 40:7 44:6 82:5
103:10,10 114:16 145:25,25
146:2,17
waters 146:20,22,23
Waterside 70:21 77:16 89:5
121:23 123:22 124:10,14
129:6,8 135:25
water-filled 30:8
waves 42:17
wax 28:18 113:21
way 29:15 41:13 47:12 56:15
57:7 60:6,7 62:14 65:4 68:8
74:8 95:21 97:8 101:24 102:1
107:2,19 108:10,17 109:20
116:23 122:21 137:6,7 139:11
139:15,25 145:5 149:9,20
156:20 157:20 161:12 163:13
163:24 164:9,10 165:4 167:11
168:4 172:15
ways 57:22 164:5,7
weak 110:21
weakened 111:6
wealth 133:1
weapon 163:6,9
weapons 17:7
wearing 85:7
week 25:14 122:2
weeks 45:16 54:2 65:15 70:8
82:6 112:25 146:4
weeping 25:17
weigh 34:6 39:15,15 109:2,5,9
114:15
weight 119:9 151:7 152:23
154:19
weird 61:9 94:10 96:11
Welcome 5:11
well-recognized 166:15
Weni 87:10
went 25:6 33:8 50:6 69:20 71:16
72:7 76:16 81:10,11,11 85:25
97:3 98:25 100:11 113:11
136:21 172:2
weren't 74:23
Wesley 9:10 10:21 11:11,22 12:3
17:19 21:22 30:14,25 46:5
78:18 80:15 83:8 117:14,18,21
117:25 132:13,15,16 142:3,5,6
142:11,19,25 144:12
west 2:4 46:21 47:15 48:5,22
we'll 5:24 74:11 104:17,18 147:8
147:9 170:17 172:17
we're 44:20 48:3,17,20 49:8,11
52:11,11 58:14 61:15 65:24
73:8 74:5,9 82:2 89:21 104:21
107:15 126:21
we've 83:5 92:5 97:11
whisked 75:11
white 38:16
Whiteflower 23:17,21,22 24:4,7
24:14 34:5 35:15 36:6 41:21

42:8 81:10 113:13 114:22
115:9 119:16,22
wholly 154:6
whopper 123:8
wife 46:25 54:11 66:20,24
139:21,21,22
wife's 91:12
wild-fire 75:6
willful 160:20 165:9
willfully 164:21,23 165:4,5
Williams 15:1,7 16:2,11 54:19
69:1 117:6
willing 16:23 56:12 100:14 150:7
Wilson 34:8 40:2,9 46:23 47:3,3
90:16 91:8,19 103:18 115:19
116:9 133:5
window 112:10
wire 6:20 11:17 18:25 29:6
137:12
wish 106:22 171:17
wishes 48:20,21 99:8
witness 9:7 10:25 16:10 19:22
20:1,9,16,18 21:18 23:7 24:25
41:4,4 49:17 54:7 58:24 72:25
74:14 75:9 78:1,1,10,19,22
81:2,3 83:6,8,18 85:2 87:4
89:17 109:2,10 110:17 115:13
123:8 124:12,17 125:7,8 130:3
130:12 133:17,17,23 134:15
134:17 135:9,10,12,13,15
145:19,20 151:12,14,18,19,20
151:21,22,23,24 152:1,4,6,8
152:10,10,13 153:4,6,7,7,10
153:12,14,18,20 169:9 170:13
170:15
witnesses 9:22 11:17,23 12:2
15:3 17:22 18:11 21:20 22:21
30:14 32:24 37:16,19 39:17,23
40:9,13,14 42:2 51:19 55:8,18
57:10 58:22 67:8,16 68:6,9
72:24 73:10,13 74:21 77:17,23
83:7 89:22 93:23 107:14
110:18 113:12 116:4,9 118:4,9
118:21 119:23 121:11,12,12
121:15,16,21 122:5,11,13
123:16,17,20 124:7,23 125:9,9
126:13 129:21,25 131:1,22,25
132:2,7,11 133:11,18 134:24
135:22 136:8,9 140:11 143:5
150:14 151:15 165:11
WO 25:21
woman 46:15 139:20
women 15:4,13 52:5,6 69:14,18
word 25:21 56:9 72:23 98:6
101:15 115:14 125:5 147:3
166:5
words 10:2 16:19 19:2 40:5 42:5
49:12,17,18 108:1 117:2
125:11 126:14,16,18 128:13
128:18 138:23 146:18,19
154:13 160:11 164:3 167:15
wore 16:15
work 86:9 89:7 124:14
worked 41:11 55:24,24 122:1
workers 71:3,4 77:23,24
working 80:10 110:24 113:2
124:15,24,25 125:3 142:12
works 92:14
world 48:6 65:24,25 73:15,22
108:3 123:1
worried 118:21
worse 117:19
worth 146:4
worthy 65:12
wouldn't 56:5 60:7,19 67:4 74:8
86:6 100:7,8 109:25 123:7
wound 23:1 33:9 101:10,11
wounds 7:21 22:18 25:16 39:11

40:13
**wrist** 6:19,19 19:3,11,17 29:3,5
**wrists** 22:3
**writ** 31:17
**write** 92:25 100:21 168:23
**writes** 100:19
**writing** 79:12,13,15,15,17
127:13 168:25
**written** 78:14 170:8
**wrong** 57:9,10 100:6 168:1
**wrongdoing** 35:3,3
**wrote** 14:19 127:25
**WYLIE** 2:2

---

**X**

---

**X** 134:10

---

**Y**

---

**Y** 134:10
**Yeah** 68:18 70:14
**year** 9:13 14:20 49:21 102:13
**years** 9:5,12 46:17 47:15 50:13
50:15,24 51:14 57:12 63:20
82:20 87:7,12,13 89:9 93:21
97:3 98:5,18 142:2
**Yeaten** 7:14,22,23,24 8:5 28:11
34:3 35:17 36:1,3,8,12,17 37:4
38:1,11,19 40:6 42:11,15 43:5
43:5 77:4 80:1,12 92:14 94:7
96:7 98:9 103:6,8,9,11,12,19
113:4 131:16 132:21 145:24
145:25
**Yeaten's** 8:2 39:10 42:7 89:4,8
89:25 93:22 99:23 100:1
102:23 103:5 146:25
**yesterday** 5:12
**Yolanda** 8:19
**young** 66:19,22 67:4 87:22 88:1
139:20
**youth** 80:18,19,25

---

**Z**

---

**zealously** 17:2
**Zetamah** 73:2 75:1 123:23
128:11,20 129:2,5
**Zorzor** 29:15

---

**0**

---

**06** 102:15,22
**06-20758-CR-ALTONAGA** 1:3
**07** 102:14,19,24
**08** 102:20

---

**1**

---

**1** 26:23 28:13 56:20
**10** 51:14 104:18 109:25 110:2
**10:54** 45:2
**10:55** 45:6
**100** 92:21
**106** 112:1
**107** 112:1
**12** 122:2 135:3
**12-2** 2:9 174:6
**12:15** 44:22 45:1,5
**12:23** 45:8
**124** 112:1
**13** 33:3
**14** 97:3
**14th** 31:20 112:8
**140** 23:3
**141** 22:25
**146** 36:23
**15th** 85:5
**150** 2:4
**157** 37:1
**158** 37:1
**16** 33:3

---

**169** 3:2
**170** 3:3
**174** 2:14
**18** 45:3 53:8,9 62:10,10 155:22
158:17 160:5,22 162:15
**19th** 34:9
**1980s** 51:12
**1990** 8:25 51:15
**1992** 9:9
**1994** 9:10
**1997** 8:16,21 51:23 128:12
**1998** 9:12,15 10:4,6,15 11:2
**1999** 9:22 10:4,15 11:2 14:17
25:2,2,4,14 26:21 29:12 31:20
31:21 32:1 33:8,10,14 51:24
56:18 71:22 75:20 78:23 79:7
79:8,10 81:22 83:7,15 85:5
87:2,7 88:17 97:23 104:6
108:4 112:3,7,8,9 117:23
126:14,16 128:8 130:4,5,6,8
130:11 141:10,25 144:1,1

---

**2**

---

**2** 29:1 33:3 56:20
**2:13** 104:20
**2:14** 104:22
**2:28** 105:1
**20th** 25:2 70:4,7
**2000** 14:20 33:22 87:8,11,19
**2001** 87:8,11,19 130:13,13
**2002** 34:5,9,13 35:8 41:13 75:21
87:20 88:10 89:8 90:21 97:23
98:7 104:6 144:3
**2005** 138:8
**2006** 9:11 35:2 102:19
**2008** 1:7
**202.514.3270** 1:23
**20530** 1:23
**21st** 14:17 26:21 70:4
**2340A** 155:25 156:1 158:17
160:6
**2340A(c)** 155:22
**24** 33:4 74:5 77:20 83:18 87:4
162:23
**24th** 89:8
**25th** 31:21,25 33:8
**26** 33:4
**26th** 112:7
**27** 33:6
**27th** 25:14 112:9
**28** 1:7 127:5
**29** 4:7

---

**3**

---

**3** 56:21,21
**3:45** 147:11
**3:50** 148:19
**30** 33:11 128:4
**305.523.5518** 2:9 174:7
**305.523.5519** 2:10 174:7
**305.536.4675** 1:20
**305.961.9234** 1:19
**305/530-7120** 2:5
**305/536-6900** 2:4
**31** 33:11
**33128** 2:9 174:7
**33130** 2:4
**33132** 1:19
**34** 162:24

---

**4**

---

**4** 56:21,21
**4th** 1:19
**4:27** 171:25
**4:28** 172:12
**4:30** 148:8
**400** 2:9 174:6

---

**47** 22:15
**49** 19:5
**490** 109:24

---

**5**

---

**5** 23:22 56:17
**50** 19:6 64:16 122:2
**500** 109:23

---

**6**

---

**69** 19:6

---

**7**

---

**7** 4:14 33:3
**71** 19:6
**74** 19:6
**75** 80:18,19,25
**79** 22:16

---

**8**

---

**8** 4:20
**83** 22:16

---

**9**

---

**9/11** 139:14,15
**9:15** 170:22 171:11,22 172:14
**9:34** 5:6,9
**924(c)(1)** 4:21 160:25 161:1
162:15
**924(o)** 160:22
**950** 1:23
**98** 83:11
**99** 1:19 49:15 77:16 78:15,20
79:1 83:12 86:19 96:16 98:5