**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 06-20758-CR-ALTONAGA/Turnoff**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROY M. BELFAST, JR.
a/k/a Charles McArthur Emmanuel,

    Defendant.

_____/

## COUNSEL FOR VICTIM 6'S MOTION TO WITHDRAW

Counsel for non-party Victim 6 (as identified in the superseding indictment) respectfully submit this motion to withdraw and to cease receiving Electronic Court Filing notifications.

Lori E. Lightfoot and Catherine L. Doyle of Mayer Brown LLP and Christina M. Frohock and Jeffrey E. Marcus of Kenny Nachwalter, P.A. ("counsel for Victim 6") filed appearances on behalf of Victim 6 to protect his privacy interests leading up to his trial testimony. Victim 6's testimony concluded on October 14, 2008. As a non-party witness, Victim 6's involvement in these proceedings has also concluded. Counsel for Victim 6 thus seek to withdraw their appearances and to discontinue receiving Electronic Court Filing notifications related to this case.

Pursuant to Local Rule 88.9, counsel for Victim 6 have informed the Government and counsel for Defendant of this Motion, and neither the Government nor counsel for Defendant oppose this Motion. Pursuant to Local Rule 11.1(D)(3), counsel for Victim 6 are serving Notice of this Motion on Victim 6.

Wherefore, counsel for Victim 6 respectfully request an order withdrawing counsels' appearances and terminating counsels' receipt of Electronic Court Filing Notifications.

Dated:  July 17, 2009               Respectfully submitted,
                                    Counsel for Victim 6


                    By: _____
                        Lori E. Lightfoot
                        llightfoot@mayerbrown.com
                        Catherine L. Doyle
                        cdoyle@mayerbrown.com
                        Mayer Brown LLP
                        71 South Wacker Drive
                        Chicago, IL 60606
                        Telephone: (312) 782-0600
                        Facsimile: (312) 701-7711
                        Attorneys for Victim 6


                        Christina M. Frohock
                        Fla. Bar ID No. 691534
                        cfrohock@kennynachwalter.com
                        Jeffrey E. Marcus
                        Fla. Bar ID No. 310890
                        jmarcus@kennynachwalter.com
                        Kenny Nachwalter, P.A.
                        100 Miami Center
                        201 South Biscayne Boulevard
                        Miami, Florida, 33131
                        Telephone: (305) 381-7461
                        Facsimile: (305) 372-1861
                        Local Counsel for Victim 6

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Counsel for Victim 6's Motion to Withdraw was served via U.S. Mail and e-mail on July 17, 2009 on all counsel or parties of record on the service list, and was also served via U.S. Mail upon Victim 6.

_____
**Christina M. Frohock**

**SERVICE LIST**
*United States of America v. Roy M. Belfast, Jr.*
Case No. 06-20758-CR-Altonaga/Turnoff
United States District Court, Southern District of Florida


**John William Wylie, IV, Esq.**
**John_wylie@fd.org**
**Miguel Caridad, Esq.**
**Miguel_cardidad@fg.org**
**Tracy Dreispul**
**Tracy_Dreispul@fd.org**
**Federal Public Defender's Office**
**150 West Flagler Street, 17th Floor**
**Miami, FL 33130-1556**
**Telephone     305-530-7000**
**Facsimile     305-536-4559**
**[Via U.S. Mail]**
*Attorneys for Defendant*
*Roy M. Belfast, Jr. a/k/a*
*Charles Emmanuel*

**Karen Rochlin, Esq.**
**Karen.rochlin@usdoj.gov**
**Telephone     305-961-9234**
**Facsimile     305-536-4675**
**Caroline Heck Miller, Esq.**
**Caroline.miller@usdoj.gov**
**Telephone     305-961-9432**
**Facsimile     305-530-6168**
**United States Attorney's Office**
**99 NE 4 Street**
**Miami, FL 33132**
**[Via U.S. Mail]**
*Attorneys for Plaintiff*
*United States of America*