UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20758-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ROY M. BELFAST, JR.**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Defendant's 60(b)(4) Void Judgment [ECF No. 724], seeking appropriate relief. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**.

**DONE AND ORDERED** in Miami, Florida this 26th day of February, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Defendant, *pro se*